FILED

OCT 22 1991

CLERK, U. S. DISTRICT COURT
EASTERN DIST
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

     Plaintiffs,           No. CIV S-90-0520 LKK JFM P

  vs.

PETE WILSON, et al.,

     Defendants.         <u>FINDINGS AND RECOMMENDATIONS</u>

_____/

     This matter came on for hearing on plaintiffs' motion for class certification.  Upon review of the papers filed in support of and opposition to the motion, after consideration of the arguments of counsel and good cause appearing therefore, the court finds that the conditions for class certification pursuant to Federal Rule of Civil Procedure 23(a), 23(b)(1)(A), 23(b)(1)(B), and 23(b)(2) have been met as set forth in the proposed order certifying the class lodged on September 11, 1991, a copy of which is appended hereto. The court further finds that the parties have stipulated to the form of the proposed order and the notice appended thereto.

101

1    Accordingly, IT IS HEREBY RECOMMENDED that the district

2    court certify this action as a class action by signing the proposed

3    Order Certifying the Class forthwith and that the court direct the

4    parties to post copies of the appended notice in conspicuous places

5    at all of the affected institutions within five (5) days of the

6    order of the court.

7    These findings and recommendations are submitted to the

8    United States District Judge assigned to the case, pursuant to the

9    provisions of Title 28 U.S.C. § 636(b)(1).  Within ten days after

10   being served with these findings and recommendations, defendants

11   may file written objections with the court.  The document should be

12   captioned "Objections to Magistrate Judge's Findings and

13   Recommendations."

14   DATED: *October 15, 1991*

15

16   _____

                    UNITED STATES MAGISTRATE JUDGE

17   JFM:

18

19

20

21

22

23

24

25

26

2

United States District Court
for the
Eastern District of California
October 22, 1991


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

    v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  October 22, 1991, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter                              SS/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964
                                            DAG
Warren E George Jr
McCutchen Doyle Brown and Enersen
Three Embarcadero Center                    M B/LKK
Suite 1800
San Francisco, CA  94111

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Sidney Wolinsky
Disability Rights Education and Defense Fund
2212 Sixth Street
Berkeley, CA  94710

Richard L Goff
Heller Ehrman White and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA  94104-2878

Amelia A Craig

Amelia A Craig

Heller Ehrman White and McAuliffe

333 Bush Street
Suite 3100
San Francisco, CA  94104-2878

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk