PRISON LAW OFFICE
DONALD SPECTER (State Bar # 83925)
ALISON HARDY (State Bar # 139566)
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

McCUTCHEN, DOYLE, BROWN & ENERSEN
WARREN E. GEORGE (State Bar # 53588)
SARAH W. ANDERSON (State Bar # 148745)
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & ASARO
MICHAEL W. BIEN (State Bar # 96891)
ADELA B. KARLINER (State Bar # 124732)
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF (State Bar # 36377)
AMELIA A. CRAIG (State Bar # 14178)
INGRID S. LEVERETT (State Bar # 148813)
333 Bush Street
San Francisco, California 94104
Telephone: (415) 772-6000

DISABILITY RIGHTS EDUCATION AND DEFENSE FUND
SIDNEY M. WOLINSKY (State Bar # 33716)
LINDA D. KILB (State Bar # 136101)
2212 6th Street
Berkeley, California 94710
Telephone: (415) 644-2627

Attorneys for Plaintiffs

FILED
OCT 24 1991
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

LODGED
SEP 11 1991
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>Plaintiffs,<br>v.<br>PETE WILSON, et al.<br>Defendants. | No. CivS-90-0520 LKK-JFM<br>~~[PROPOSED]~~ ORDER CERTIFYING THE CLASS |

103

The motion of plaintiffs RALPH COLEMAN, WINIFRED WILLIAMS, DAVID HEROUX, DAVID McKAY, ROY JOSEPH and all others similarly situated for class certification under Rules 23(b)(1)(A), 23(b)(1)(B) and Fed. R. Civ. P. 23(b)(2) of the Federal Rules of Civil Procedure came on regularly for hearing before this Court at 9:00 a.m. on August 29, 1991, the Honorable John F. Moulds presiding.

After considering the moving and opposition papers, arguments of counsel and all other matters presented to the Court, this Court makes the following findings of fact:

A. The prerequisites to maintenance of a class set forth in subparts (1), (2), (3) and (4) of Fed. R. Civ. P. 23(a) are met in that:

(1) The class of inmates confined within the California Department of Corrections (except San Quentin State Prison, the Northern Reception Center at Vacaville and the California Medical Facility-Main at Vacaville) with serious mental disorders is so numerous that joinder of all members is impracticable;

(2) There are questions of law and fact common to all members of the class, including the adequacy of psychiatric care provided to class members by defendants and the constitutionality of that care or lack thereof;

(3) The claims of the representative parties are typical of the claims of the class; and

(4) The representative parties will fairly and adequately protect the interests of the class.

B. A class action is maintainable under Rules 23(b)(1)(A), 23(b)(1)(B) and 23(b)(2) of the Federal Rules of Civil Procedure in that:

(1) The prosecution of separate actions by individual members of the class would create a risk of (a) inconsistent or varying adjudications with respect to individual members of the class which would establish incompatible standards of conduct for defendants and (b) adjudications with respect to individual class members which would as a practical matter be dispositive of the interests of the other members not parties to the adjudications.

(2) In maintaining its current policies and practices with respect to providing psychiatric care, defendants have acted or refused to act on grounds generally applicable to the class.

IT IS HEREBY ORDERED THAT the motion for class certification under Rules 23(b)(1)(A), 23(b)(1)(B) and 23(b)(2) of the Federal Rules of Civil Procedure is GRANTED. The class shall consist of all inmates with serious mental disorders who are now or who will in the future be confined within the California Department of Corrections (except the San Quentin State Prison, the Northern Reception Center at Vacaville and the California Medical Facility-Main at Vacaville).

IT IS FURTHER ORDERED THAT, pursuant to Rule 23(d)(2) of the Federal Rules of Civil Procedure, notice shall be given to the class in the above-entitled action in the following manner:

Defendants shall post copies of the notice attached as Exhibit A ("Notice"), at defendants' expense, on all bulletin

boards and all other places where notices to inmates are usually posted within each of the prisons administered by the California Department of Corrections (except San Quentin State Prison, the Northern Reception Center at Vacaville and the California Medical Facility-Main at Vacaville) ("all Prisons"). Defendants shall post Notice in all Prisons no later than September 30, 1991. Said Notice shall remain posted in all Prisons until further order of the Court.

Dated: 10/23/91

United States District Judge

kw

United States District Court
for the
Eastern District of California
October 24, 1991

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 24, 1991, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA 94964

MB/LKK

SS/JFM

Warren E George Jr
McCutchen Doyle Brown and Enersen
Three Embarcadero Center
Suite 1800
San Francisco, CA 94111

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA 94104

Sidney Wolinsky
Disability Rights Education and Defense Fund
2212 Sixth Street
Berkeley, CA 94710

Richard L Goff
Heller Ehrman White and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA 94104-2878

~~Amelia A Craig~~

Amelia A Craig
Heller Ehrman White and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA 94104-2878

Jack L. Wagner, Clerk

BY: [signature]
Deputy Clerk

# NOTICE OF CLASS ACTION CONCERNING PSYCHIATRIC CARE IN STATE PRISONS
## TO ALL PRISONERS WITH SERIOUS MENTAL DISORDERS CONFINED WITHIN THE CALIFORNIA DEPARTMENT OF CORRECTIONS

(Except those confined at San Quentin State Prison, the Northern Reception Center at Vacaville and the California Medical Facility-Main at Vacaville)

Five inmates at different prisons within the California Department of Corrections ("CDC") have filed a lawsuit, Coleman v. Wilson, CIVS-90-0520 LKK-JFM, in the United States District Court for the Eastern District of California. Defendants are the Governor; the Secretary of the Youth and Adult Corrections Agency; the Director of Corrections; the Assistant Director for Medical Services; and the Chief Psychiatrist of the Department of Corrections.

Plaintiffs complain that they and other prisoners with serious mental disorders are suffering from inadequate psychiatric care, including (but not limited to): improper, inadequate or non-existent screening, diagnosis and treatment for prisoners with serious mental disorders; lack of a system-wide mental health quality assurance program which would detect errors in treatment and diagnosis; and insufficient mental health staffing, facilities and resources. The prisoners also complain that they and other prisoners with serious mental disorders are subjected to discriminatory exclusion from various programs and activities including work, education therapy and other rehabilitation programs in which they are qualified to participate. Defendants deny that they have failed to provide seriously mentally ill prisoners with adequate psychiatric care. They also deny that they have discriminated against prisoners with mental disorders.

The Court has certified the lawsuit as a class action. The plaintiff class consists of all prisoners with serious mental disorders who are or will be confined within the CDC, excluding inmates at the San Quentin State Prison, the Northern Reception Center at Vacaville and the California Medical Facility-Main at Vacaville.

The prisoners are asking the Court to order the defendants to provide all seriously mentally ill prisoners with constitutionally adequate psychiatric care. This class action seeks declaratory and injunctive relief only and not money damages. Please note that this action may prejudice the right of an individual prisoner to seek damages on the basis of a separate individual action.

The United States District Court has not determined whether the above allegations are true or whether the prisoners are entitled to any relief. When the Court makes its determination, however, it will be binding on all class members whether it is favorable to them or not.

The prisoners are represented by attorneys from the following organizations and law firms: THE PRISON LAW OFFICE; ROSEN, BIEN & ASARO; McCUTCHEN, DOYLE, BROWN & ENERSEN; HELLER, EHRMAN, WHITE & McAULIFFE; and the DISABILITY RIGHTS EDUCATION AND DEFENSE FUND.

Defendants are represented by:

DANIEL E. LUNGREN, ATTORNEY GENERAL OF THE STATE
 OF CALIFORNIA
KARL MAYER
DEPUTY ATTORNEY GENERAL
455 Golden Gate Avenue, Room 6200
San Francisco, California 94102

Any prisoner who believes that he or she is seriously mentally ill or who has information relevant to this lawsuit may write to the attorneys for either side. Letters to the attorneys representing the plaintiff class should be addressed to:

HELLER, EHRMAN, WHITE & McAULIFFE
333 Bush Street
San Francisco, California 94104
Attention: Nilsa Gallardo

To prove their claims, the prisoners' attorneys may examine the central file, medical file and psychiatric file of inmates with serious mental disorders without further notice. Information obtained from inmates' files will remain confidential and will not be disclosed to anyone not connected with this lawsuit. If you would object to the attorneys' review of your files, please write to the attorneys at the addresses given above.

All letters from inmates regarding this lawsuit will be sent unopened and should be delivered for mailing in sealed envelopes marked on the front "Coleman v. Wilson."

NO LETTERS, PAPERS OR DOCUMENTS OF ANY KIND RELATING TO THIS CASE SHOULD BE SENT TO ANY JUDGE OR MAGISTRATE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. **THIS NOTICE OF CLASS ACTION IS GIVEN BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.**

EXHIBIT A