FILED

NOV 14 1991

CLERK, U. S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,        No. CIV S-90-0520 LKK JFM P

  vs.

PETE WILSON, et al.,

    Defendants.       ORDER
_____/

    On October 22, 1991, the magistrate judge issued findings and recommendations recommending that this court certify the above-captioned action as a class action by signing a proposed class certification order appended to the findings and recommendations. This court signed the proposed class certification order on October 23, 1991 and the order was filed the next day. The class certification order was entered prior to the end of a ten day objection period included in the findings and recommendations issued by the magistrate judge. Accordingly, the court will vacate the October 24, 1991 class certification order.

1

Good cause appearing, IT IS HEREBY ORDERED that the class certification order filed October 24, 1991 is VACATED.

DATED: November 12, 1991.

*[signature]*
UNITED STATES DISTRICT JUDGE

/hg:ml

```
              United States District Court
                       for the
              Eastern District of California
                    November 14, 1991


            * * CERTIFICATE OF SERVICE * *


                               2:90-cv-00520

    Coleman

        v.

    Reagan
_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  November 14, 1991, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.


        Donald Specter                           MB/LKK
        Prison Law Office
        General Delivery
        San Quentin, CA  94964                   SS/JFM

        Warren E George Jr
        McCutchen Doyle Brown and Enersen        DAG
        Three Embarcadero Center
        Suite 1800
        San Francisco, CA  94111

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Sidney Wolinsky
        Disability Rights Education and Defense Fund
        2212 Sixth Street
        Berkeley, CA  94710

        Richard L Goff
        Heller Ehrman White and McAuliffe
        333 Bush Street
        Suite 3100
        San Francisco, CA  94104-2878
```

Amelia A Craig
Heller Ehrman White and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA  94104-2878

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk