FILED

NOV 1 4 1991

CLERK, U. S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

     Plaintiffs,           No. CIV S-90-0520 LKK JFM P

  vs.

PETE WILSON, et al.,

     Defendants.         ORDER

_____/

     Plaintiffs in the above-captioned action are state prisoners proceeding with a civil rights action.  The matter has been referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On October 22, 1991, the magistrate judge filed findings and recommendations herein, recommending that plaintiffs' motion for preliminary injunction be denied.  The findings and recommendations were served on the parties and which contained notice that any objections were to be filed within ten (10) days.  Neither party has filed objections to the findings and recommendations.

/////

110.1

1     The court has reviewed the file and finds the findings and

2   recommendations to be supported by the record and by the magistrate

3   judge's analysis.   Accordingly, IT IS HEREBY ORDERED that:

4       1.   The Findings and Recommendations filed October 22, 1991,

5   are adopted in full; and

6       2.   Plaintiffs' motion for preliminary injunction filed

7   August 1, 1991 is DENIED.

8   DATED:   November /Հ , 1991.

9

10

                                    _____
                                    UNITED STATES DISTRICT JUDGE

11   /hg:ml

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

AO 72
(Rev.8/82)

United States District Court
for the
Eastern District of California
November 14, 1991

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  November 14, 1991, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

Donald Specter                       MB/LKK
Prison Law Office
General Delivery
San Quentin, CA   94964          SS/JFM

Warren E George Jr
McCutchen Doyle Brown and Enersen    DAG
Three Embarcadero Center
Suite 1800
San Francisco, CA   94111

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Sidney Wolinsky
Disability Rights Education and Defense Fund
2212 Sixth Street
Berkeley, CA   94710

Richard L Goff
Heller Ehrman White and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA   94104-2878

Amelia A. Craig
Heller Ehrman White and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA  94104-2878

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk