```
 1 │ DANIEL E. LUNGREN, Attorney General
   │ of the State of California
 2 │ GEORGE WILLIAMSON, Chief
   │ Assistant Attorney General
 3 │ JOAN W. CAVANAGH, Bar No. 56708
   │ KARL S. MAYER, Bar No. 38896
 4 │ ISMAEL A. CASTRO, Bar No. 85452
   │ Deputy Attorneys General
 5 │ 455 Golden Gate Avenue, Room 6200
   │ San Francisco, CA  94102-3600
 6 │ Telephone:  (415) 703-1732
 7 │ Attorneys for Defendants
   │ Wilson, Sandoval, Gomez, Khoury and Zil
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV S 90-0520 LKK-JFM |
| Plaintiffs, | **DEFENDANTS PRE-TRIAL PROPOSED FINDINGS OF FACT** |
| v. | |
| PETE WILSON, et al., | |
| Defendants. | |

## INTRODUCTION

Pursuant to the court's direction, there follows defendants pre-trial version of proposed findings of fact. Defendants reserve the right to amend these proposed, and to amend or add to them after trial.

**The Defendants:**

Defendants Wilson, Sandoval, and Gomez, who are each sued only in their official capacities respectively as Governor, Secretary of The Youth and Adult Corrections Agency (YACA), and Director of Corrections (CDC), each took office in 1991.

Defendants Khoury and Zil do not have line authority independently to increase or redirect staff; to increase budget

1.  358-1

1  outlays; or to change policies or regulations.
2  **The CDC:**
3      The CDC is a part of the YACA.
4      The CDC has 22 prisons on-line, with 3 more scheduled
5  to open during calendar 1993.
6      Since 1983 the total inmate population has grown from
7  under 30,000 inmates to the present population of about 109,000
8  inmates.
9      Since 1983 ____ new prisons have been built, of which
10 _____ have opened, and _____ are to open during 1993.
11      Presently the CDC receives approximately _____ inmates
12 annually, and releases on parole or discharge approximately _____
13 annually.
14      All inmates are assigned custody level classifications.
15 These levels include Levels I, II, III, IV, Condemned.
16      Level I is the lowest security level, and typically
17 involves camp placement with dorm living. Level IV is the highest
18 general custody level.
19      Any inmate from any custody level may, for cause, be
20 assigned to administration segregation (Ad Seg), or to security
21 housing units (SHU).
22      All inmates at all custody levels and at all placements
23 receive features of support which include: nutrious food three
24 times daily; clothing; hygiene; living quarters; laundry;
25 bedding; out of cell exercise; visits by family, friends, and
26 attorneys; books, magazines, newspapers; library access,
27 including law books; television and radio controlled by the
28 inmate; access to courts; incoming and out going mail; religious

practitioners; access without cost to medical, dental, and mental health services.

Inmates who are not assigned to SHU or Ad Seg have daily access to out door exercise, education, work, support groups, day-rooms, and other activities. These inmates are essentially out of their cells all day long.

**The Mental Health Services System:**

**Initial Screening For Mental Health Needs:**

Every incoming prisoner is screened for mental health needs. The screening starts with general questions asked of the incoming inmates just after they get off the bus at a reception center. The general questions are typically asked by a medical technical assistant (MTA) or nurse, but may be asked by a trained officer. Also, every incoming inmate is personally seen by an MTA or nurse who takes a medical history, and then is personally examined by a physician whose inquiry addresses medical history, including mental health questions. Throughout the reception process the incoming inmate must pass through a number of stations for tests and interviews with many different staff persons. Throughout the reception process each inmate is under scrutiny 24 hours a day by custodial or licensed professional staff. If a mental health problem is identified, or complained about, or raised by any person including the inmate, custody staff, lay staff, professional staff, or even by other inmates, then referrals are made to bring the inmate in contact with mental health clinicians.

The files built during the reception process include

3.

1  information from the committing court records including the
2  probation report, any comments by the prosecuting attorney, the
3  sentencing judge, or by the defense attorney.
4        Near the conclusion of the reception process the inmate
5  spends time with a correctional counselor who goes over the files
6  accumulated during the process to check out the information and
7  to look for needed amendments or additions.
8        Upon assignment of an inmate from a reception center to
9  an institution and arrival at the new institution, the inmate is
10 again interviewed and observed, and his file examined for
11 information, including mental health information, to be used for
12 local placement.
13       Throughout their prison experience every inmate is
14 observed 24 hours a day by custody staff, professional staff, lay
15 staff, or other inmates. Any of these persons can and do refer,
16 suggest, or request a clinical mental health contact with an
17 inmate.
18       The CDC has systematic methods and procedures for
19 initial screening on inmates for mental health needs, as well as
20 continuous supplemental procedures for subsequent detection and
21 referral of such inmates not detected during initial screening.
22 The CDC screening system is not Constitutionally deficient.
23 **Segregation and Close Supervision:**
24       Mental health services in the CDC entail far more than
25 mere segregation and close supervision. A wide panoply of
26 services are available to the inmates including simple referral
27 and clinical diagnosis; general population placement with
28 appropriate medications and clinical contacts; sheltered living

with supplementary programs in an extensive enhanced outpatient program (EOP), and full inpatient care at licensed psychiatric hospitals run by the Department of Mental Health. In all cases of psychotropic medications, the medications are daily hand delivered to the inmate patient and ingestion of the medication is observed. Refusals or failure to take the medications are required to be reported to clinicians.

The mental health services in the CDC are not limited to mere segregation and close supervision and are not Constitutionally deficient in this respect.

**Individualized Treatment:**

Extensive individualized treatment is available for inmates requiring special treatment for serious mental disorders, including the sheltered and supplemental care available in the EOP, and inpatient care at the DMH. Sufficient beds for these purposes are on-line, or authorized and coming on-line. For inmates needing less intensive treatment, and able to get along in a general population setting, medications are prescribed by physicians and administered on an individualized basis.

More staff is desired for these purposes, and sufficient staff has been requested and authorized. There have long been on-going recruitment efforts to fill such vacancies, which are difficult to fill. Vacancies must be filled before more staff can be authorized for budget purposes. Every reasonable effort continues to be made in this area. In the mean time, individualized treatment is afforded these inmates.

The CDC has adequate facilities and staff to afford individualized treatment to inmates with serious mental disorders

in need of individualized treatment.

Mental Health Care Records:

The keeping of mental health care records begins for each inmate at the reception center upon his or her arrival. For each inmate there is a medical file. For any with a mental health contact, there is also a "psych" file. The forms used for these files are prescribed uniform CDC forms.

CDC regulations require that these records be complete, up to date, and include necessary information to be useful to clinicians.

The mental health record keeping in the CDC is not Constitutionally deficient.

Psychotropic Medications:

Psychotropic medications for inmates in the CDC are prescribed only by licensed physicians.

Such medications are hand delivered to the inmate patients on a daily dose basis, and ingestion of the medications by the inmate is required to be observed. Delivery and observed ingestion are each done by a licensed professional, usually a MTA or nurse.

Medication prescriptions must be regularly renewed. Renewals can be done only by a physician. The longest duration before renewal is 90 days. Usually the renewal is set for 30 or 60 days. Clinical contacts accompany renewals.

Sometimes physicians who are not psychiatrists prescribe psychotropic medications. This is lawful under their license, and is not prohibited by the Eighth Amendment.

Physicians who are not also psychiatrists in the CDC

1  may consult with a CDC, or other, Psychiatrist by telephone, to
2  otherwise, as they feel is appropriate in their medical judgment
3  for the case at hand.
4      The CDC has computerized the dispensing of medications,
5  including psychotropic medications, so that these records are
6  current and instantly available to clinical personnel. This
7  system also serves the scheduling of clinical contacts for
8  renewal of medications.
9      The methods and procedures for dispensing psychotropic
10 medications in the CDC are not Constitutionally deficient.
11 **Suicidal Inmates**
12     The CDC has in place adequate training for all medical
13 and custodial staff for suicide prevention.
14     Each institution has in place procedures for detecting
15 and handling inmates with suicidal tendencies.
16     When a suicidal inmate is detected there are procedures
17 for suicide watch under which the inmate is placed in safe
18 housing and observed at least every 15 minutes. Mental health
19 clinical contacts are available for such inmates, and appropriate
20 supplemental clinical measures are available to try to stabilize
21 the inmate, or to take other clinically appropriate actions,
22 including transfer of the inmate for inpatient care.
23     The CDC inmate suicide rate is far below the rate for
24 the general population outside the prisons.
25     It is not reasonably possible to detect in advance all
26 persons or inmates who might commit suicide.
27     The system, training, and procedures in the CDC for
28 suicidal inmates and suicide prevention are not Constitutionally

1  deficient.

## CONCLUSION

The mental health services system in the CDC does not deprive the plaintiffs' class of the minimal civilized measures of life's necessities in the context of mental health services, and is not Constitutionally deficient.

The defendants are not, and have not been culpable of wanton neglect, or deliberate indifference to the needs of the plaintiff class for mental health services.

The defendants have been and continue to be concerned and deliberately attentive to the needs of the plaintiffs class for mental health services.

DATED: February 22, 1993

Respectfully submitted,

DANIEL E. LUNGREN, Attorney General
for the State of California

GEORGE WILLIAMSON, Chief
Assistant Attorney General

JOAN W. CAVANAGH
Deputy Attorney General

KARL S. MAYER
Deputy Attorney General

ISMAEL A. CASTRO
Deputy Attorney General

Attorneys for Defendants
Wilson, Sandoval, Gomez, Khoury and Zil

KSM:jy
c:\coleman\

8.