## DECLARATION OF SERVICE BY MAIL

Case Name:            *Ralph Coleman v. Pete Wilson, et al.*

No.:            CIV S-90-0520 LKK-JFM

I declare:

I am employed in the County of Sacramento, California. I am 18 years of age or older and not a party to the within entitled cause; my business address is 1515 K Street, Suite 511, P. O. Box 944255, Sacramento, California 95814.

On February 22, 1993, I served the attached

**DEFENDANTS' TRIAL BRIEF**

in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Sacramento, California, addressed as follows:

AMELIA CRAIG
HELLER EHRMAN WHITE & MCAULIFFE
333 BUSH STREET
SAN FRANCISCO, CA 94104

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at Sacramento, California, on February 22, 1993.

_____
(C. Bain)

358-2