

FILED

DEC 11 1995

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,        No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,        ORDER APPOINTING SPECIAL

    Defendants.        MASTER

_____/

    By order filed September 13, 1995, this matter was referred to the magistrate judge for nomination of a special master. On November 16, 1995, the magistrate judge issued findings and recommendations nominating J. Michael Keating, Jr. to serve as special master in this case. The findings and recommendations were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within ten (10) days. Neither party has filed objections to the findings and recommendations.[1]

_____

[1] On December 1, 1995, defendants filed objections to separate findings and recommendations regarding the order of reference. In those objections, defendants specifically state that they do not

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 305, this court has conducted a <u>de novo</u> review of this case. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed November 16, 1995 are adopted in full; and

2. J. Michael Keating, Jr. is appointed to serve as special master in this case.

DATED: December 11, 1995.

Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

---

object to the November 16, 1995 Findings and Recommendations regarding appointment of the special master. (Defendants' Objections to Findings and Recommendations re: Order of Reference, filed December 1, 1995, at 3.)

2

United States District Court
for the
Eastern District of California
December 12, 1995

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 12, 1995, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

SJ/LKK

CF/JFM

Warren E George Jr
McCutchen Doyle Brown and Enersen
Three Embarcadero Center
Suite 1800
San Francisco, CA  94111

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Richard L Goff
Heller Ehrman White and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA  94104-2878

Amelia A Craig
Heller Ehrman White and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA  94104-2878

Ismael A Castro
Attorney General's Office of the State of California
P O Box 944255
1300 I Street
Suite 1101
Sacramento, CA  94244-2550

Karl S Mayer
Attorney General's Office of the State of California
50 Fremont Street
Suite 300
San Francisco, CA  94105-2239

Catherine I. Hanson
California Medical Association
221 Main Street
San Francisco, CA  94105

Ann M Hansen
Seltzer and Cody
180 Grand Avenue
Suite 1300
Oakland, CA  94612


                                    Jack L. Wagner, Clerk

                              BY: _____
                                    Deputy Clerk