FILED

FEB 16 1996

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.

        Plaintiffs,        No. CIV S-90-0520 LKK JFM P

vs.

PETE WILSON, et al.,

        Defendants.

## Special Master's Request for Appointment of Staff and Expert

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of, among others, experts and assistants, the special master seeks the approval of the court for the appointment of the following personnel:

1. **Lloyd T. Baccus, M.D.**, as a mental health expert to assist the master in the review of plans, protocols, forms, systems, etc. developed by the defendants to remedy the deficiencies in mental health services identified by the court. Dr. Baccus has had long experience both in the provision of mental health services in the correctional context and in the evaluation of such services in court-related roles. The special master in this case monitored compliance with a court order in the Fulton County



Jail from 1988 to 1994, where Dr. Baccus was responsible for mental health services. The care provided was exceptional and continually surpassed all applicable measures for effectiveness. In addition, Dr Baccus was a member of the panel of forensic mental health professionals that provided advice during the compilation of the Scarlett Carp and Associates Report, so central to this case. He is, therefore, no stranger to the California Department of Corrections and its mental health system. It is anticipated that Dr. Baccus will review documents; meet with defendants, plaintiff counsel and the master, as needed in the discretion of the master, to work with parties to reconcile differences over proposed plans, protocols, forms, systems, etc.; and, from time to time as required by the master, participate in the review of aspects of the defendants' compliance with approved plans, protocols, forms, systems, etc.

    Dr. Baccus' curriculum vitae is attached. He is to be compensated at an hourly rate of $175.00, plus reasonable expenses.

    2.  **Matthew A. Lopes, J.D.**, as deputy special master to assist the master in the organization and conduct

2

of the defendants' compliance with approved plans, protocols, forms, systems, etc. in all of the California Department of Correction institutions except those specifically excluded by the terms of the court's September 15, 1995 Order. Mr. Lopes has served as an assistant to the special master in this case in cases in Georgia and Texas, and has, without formal appointment, helped the special master in this case in other correctional cases in Massachusetts and Rhode Island. In addition, Mr. Lopes has served recently as a special consultant to the Sheriff of Fulton County on medical care issues in the Fulton County (Atlanta) Jail.

Under the supervision of the master, Mr. Lopes will direct and conduct the compliance reviews required in the order of reference in this case and compile periodic reports as required by the court and the master. Mr. Lopes shall exercise all of the powers enumerated as applicable to the special master in the December 11, 1995 Order of Reference.

Mr. Lopes' curriculum vitae is attached. He is to be compensated at an hourly rate of one hundred and forty ($140.00), except that he shall be compensated at seventy-

five ($75.00) per hour for travel time, plus reasonable travel expenses.

                                        Respectfully submitted,

                                        J. Michael Keating, Jr.
                                        Special Master

February 15, 1996

mastering/21aptreq.doc

4