FILED

JAN 30 1997

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,     No. CIV S-90-0520 LKK/JFM P

  vs.

PETE WILSON, et al.,     ORDER MODIFYING TIMELINES

    Defendants.
_____/

On February 7, 1996, this court issued an order setting timelines for the submission of remedial plans in the above-entitled action. Intervening events now require modification of that order. Accordingly, after consultation with the Special Master and good cause appearing therefore, IT IS HEREBY ORDERED that the order setting timelines filed February 7, 1996 is hereby MODIFIED as follows:

    1. On or before April 15, 1997, the special master shall submit for court approval plans, procedures, policies, forms and other applicable documentation concerning the following aspects of defendants' delivery of mental health care services to

1

795

the plaintiff class:

  a. Mental health screening procedures for new admissions and readmissions to the California Department of Corrections;

  b. Training programs for staff on how to recognize and respond to mentally ill inmates;

  c. Arrangements for providing prompt inpatient hospitalization, when needed;

  d. Use of 37mm guns on mentally ill inmates;

  e. A ratio or formula for health care staffing and a recruitment program for mental health staff;

  f. Medication management, including the establishment of an adequate formulary, ensuring timely refilling of prescriptions, maintaining continuity of medication delivery, providing adequate monitoring of medication recipients and avoiding the hoarding of medications;

  g. Use of mechanical restraints and involuntary medication on mentally ill inmates;

  h. The placement, retention and care of mentally ill inmates in administrative segregation or segregated housing;

  i. Mental health screening of intra-departmental transfers;

  j. Compilation and maintenance of mental health records;

  k. Quality review and peer review program for mental health services; and

        1.  Procurement of mental health records from county jails for newly admitted inmates and transfer medical notes and records of inmates moved inter-institutionally within the department.

        2.  The provisions of the February 7, 1996 order regarding defendants' implementation of and compliance with court-approved plans remain in full force and effect.

        3.  Beginning on April 15, 1997, the special master shall review defendants' compliance with court-approved plans and shall report on compliance quarterly.  In addition to the matters listed above, the special master shall include:

        (a) with the submission of plans for court approval a report on the extent to which the defendants have filled presently authorized mental health care positions;

        (b) in his first compliance report filed in accordance with this order a supplemental report on the defendants' compliance with medication-related heat management plans; and

        (c) in the compliance report filed after approval of plans for staffing ratios and recruitment (i) a report on the extent to which defendants have filled any new mental health positions created pursuant to the proposed ratios; and (ii) the extent to which the defendants' compliance with their suicide

////
////
////

prevention program is effected by the availability of mental health staff.

IT IS SO ORDERED.

DATED: January 30, 1997.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
Chief Judge Emeritus
United States District Court

4

United States District Court
for the
Eastern District of California
January 30, 1997

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 30, 1997, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Donald Specter                              SJ/LKK
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Bruce Michael Slavin
    Attorney General's Office of the State of California
    50 Fremont Street
    Suite 300
    San Francisco, CA  94105-2239

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI  02903

Edmund F Brennan
United States Attorney
650 Capitol Mall
Sacramento, CA  95814

                                        Jack L. Wagner, Clerk

                                        BY: _____
                                            Deputy Clerk