**FILED**

DEC 2 4 1997

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,              No. CIV S-90-0520 LKK JFM P

   vs.

PETE WILSON, et al.,

      Defendants.          <u>ORDER</u>
_____/

      The special master has filed a request for an extension of time until January 15, 1998 to submit his first quarterly report on defendants' implementation of and compliance with the provisionally approved remedial plans for delivery of mental health services to members of the plaintiff class. The special master also requests that the part of this court's June 27, 1997 order which requires submission of quarterly compliance reports be modified to require submission of said reports semi-annually. Good cause appearing, both requests will be granted.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. The special master shall submit his first compliance report on or before January 15, 1998;

      2. The special master's request for modification of this court's June 27, 1997 order is granted; and

905

1

3. The special master shall submit compliance reports on a semi-annual basis.

DATED: December 23, 1997.

Lawrence K. Karlton
LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

/master.ext

United States District Court
for the
Eastern District of California
December 24, 1997


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

    v.

Reagan


_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  December 24, 1997, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.


        Donald Specter                      SJ/LKK
        Prison Law Office
        General Delivery
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Bruce Michael Slavin
        Attorney General's Office of the State of California
        50 Fremont Street
        Suite 300
        San Francisco, CA  94105-2239

        J Michael Keating Jr
        Christopher H Little & Associates
        50 S Main St
        Providence, RI  02903

        Edmund F Brennan
        United States Attorney
        555 Capitol Mall
        Suite 1550
        Sacramento, CA  95814

Jack L. Wagner, Clerk