FILED
JUN 16 1998
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY___

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　　　　No. CIV S-90-0520 LKK JFM P

vs.

PETE WILSON, et al.,

    Defendants.　　　　　　　ORDER
_____/

    The special master has submitted his first monitoring report on defendants' compliance with the plans, policies and protocols provisionally approved by this court on June 27, 1997. The special master identifies some system-wide deficiencies in defendants' compliance and recommends several orders to address those deficiencies. Plaintiffs have filed objections to the report, and defendants have filed a reply to plaintiffs' objections. After review of the special master's report and the parties' briefs filed in connection therewith, and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. Within sixty days from the date of this order, defendants shall submit to the special master and file with the court evidence demonstrating that they have improved both the quality and quantity of contracted psychiatric services and/or that they have implemented their recruitment program sufficiently to fill vacancies in presently authorized clinical positions.

948

1

2. Within sixty days from the date of this order, defendants shall submit to the special master and file with the court a written statement of the California Department of Corrections' department-wide policy on the relationship between the use of force against seriously mentally ill inmates and general departmental policies on the use of 37mm weapons, OC gas, and cell extractions. Said written statement shall be accompanied by appropriate evidence of the existence of such a policy.

3. The reporting schedule contained in the June 27, 1997 order is modified as follows:

> a. On or before September 1, 1998, the special master shall conduct and report on a survey of the extent to which the inmate population incarcerated prior to mid-1994 has received a mental health screening;
>
> b. On or before November 15, 1998, the special mater shall file recommendations for staffing ratios;
>
> c. On or before December 31, 1998, the special master shall file recommendations on involuntary medications, on any proposed changes in the delivery of mental health care services in administrative segregation, and on the use of a computerized identifier code for seriously mentally disordered inmates.

4. Within thirty days from the date of this order, the special master shall file with the court a recommended schedule for implementation of defendants' quality assurance plans.

5. The deadlines set in this order will be strictly enforced and no extensions of time will be granted except on a showing of exceptional cause.

DATED: June 15, 1998.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
June 16, 1998

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 16, 1998, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

    Donald Specter                    SJ/LKK
    Prison Law Office
    General Delivery
    San Quentin, CA   94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA   94104

    Bruce Michael Slavin
    Attorney General's Office of the State of California
    50 Fremont Street
    Suite 300
    San Francisco, CA   94105-2239

    J Michael Keating Jr
    Christopher H Little & Associates
    50 S Main St
    Providence, RI   02903

Edmund F Brennan
United States Attorney
555 Capitol Mall
Suite 1550
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk