

JUL 23 1998

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

        Defendants.        ORDER
_____/

        The special master in this case has submitted a request for approval of appointment of an additional expert. The special master seeks approval of Dennis F. Koson, M.D. as a mental health expert, said expert to be compensated at an hourly rate of seventy-five dollars ($75.00) for travel time and otherwise at an hourly rate of two hundred dollars ($200.00) plus reasonable expenses. Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The special master's request for approval of an expert is GRANTED; and

/////

/////

/////

2. The special master is authorized to appoint Dennis F. Koson, M.D. as a mental health expert to perform the duties set forth in the Special Master's Request for Appointment of Expert, filed July 20, 1998, and to be compensated at the rates set forth therein;

DATED: July 22, 1998.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
July 23, 1998

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 23, 1998, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter                                    SJ/LKK
Prison Law Office
General Delivery                                  CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
50 Fremont Street
Suite 300
San Francisco, CA  94105-2239

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI  02903

Edmund F Brennan
United States Attorney
555 Capitol Mall
Suite 1550
Sacramento, CA  95814

 

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk