

FILED
AUG - 7 1998
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,           No. CIV S-90-0520 LKK JFM P

vs.

PETE WILSON, et al.,

    Defendants.        <u>ORDER</u>

_____/

      The special master in this case has submitted a request for approval of appointment of an additional expert. The special master seeks approval of Melissa G. Warren, Ph.D. as a mental health expert, said expert to be compensated at an hourly rate of seventy-five dollars ($75.00) for travel time and otherwise at an hourly rate of one hundred thirty dollars ($130.00) plus reasonable expenses. Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

      1. The special master's request for approval of an expert is GRANTED; and

/////

/////

/////

963

1

2. The special master is authorized to appoint Melissa G. Warren, Ph.D. as a mental health expert to perform the duties set forth in the Special Master's Request for Appointment of Expert, filed July 27, 1998, and to be compensated at the rates set forth therein;

DATED: July 31, 1998.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

2

```
              United States District Court
                         for the
               Eastern District of California
                      August 7, 1998


              * * CERTIFICATE OF SERVICE * *


                                     2:90-cv-00520


    Coleman

        v.

    Reagan

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  August 7, 1998, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.


        Donald Specter                    SJ/LKK
        Prison Law Office
        General Delivery                  CF/JFM
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Bruce Michael Slavin
        Attorney General's Office of the State of California
        50 Fremont Street
        Suite 300
        San Francisco, CA  94105-2239

        J Michael Keating Jr
        Christopher H Little & Associates
        50 S Main St
        Providence, RI  02903
```

Edmund F Brennan
United States Attorney
555 Capitol Mall
Suite 1550
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk