

1 | DANIEL E. LUNGREN
Attorney General
2 | GEORGE WILLIAMSON
Chief Assistant Attorney General
3 | PETER J. SIGGINS
Senior Assistant Attorney General
4 | MORRIS LENK
Supervising Deputy Attorney General
5 | BRUCE M. SLAVIN
Deputy Attorney General
6 | State Bar No. 115192
    50 Fremont St., Room 300
7 |   San Francisco, CA  94105
      Telephone:  (414) 356-6048
8 | Attorneys for Defendants

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

90 –

RALPH COLEMAN, et al.,

                    Plaintiffs,

        v.

PETE WILSON, et al.,

                    Defendants.

No. CIV S-0520 LKK JFM P

**DEFENDANTS' SUBMITTAL IN RESPONSE TO JUNE 16, 1998 ORDER**

Defendants hereby submit the following documents in response to the Court's Order filed on June 16, 1998.

Attachment A is an memorandum from David Tristan, Deputy Director of Institutions Division, and Susann Steinberg, M.D., Deputy Director of Health Care Services Division.  The memo is addressed to all wardens and health care managers, and it sets forth the use of force policies as they pertain to seriously mentally ill inmates.



1    Attachment B is a memorandum sent to the Special Master on
2    July 15, 1998.  It sets forth the mental health positions filled
3    by contract services as well as plans for further recruitment.
4
5
6    Dated:  August 14, 1998.
7                          Respectfully submitted,
8                          DANIEL E. LUNGREN
                           Attorney General
9
                           GEORGE WILLIAMSON
10                         Chief Assistant Attorney General
11                         PETER J. SIGGINS
                           Senior Assistant Attorney General
12
                           MORRIS LENK
13                         Supervising Deputy Attorney General
14
                           Bruce M. Slavin
15
                           BRUCE M. SLAVIN
16                         Deputy Attorney General
17                         Attorneys for Defendants
18
19
20
21
22
23
24
25
26
27

2

ATTACHMENT    A

# Memorandum

Date :

To :    Wardens
        Health Care Managers

Subject:    **USE OF FORCE ON SERIOUSLY MENTALLY DISORDERED INMATES**

The following information is being provided to clarify the California Department of Corrections (CDC) Policy on the Use of Force on Seriously Mentally Disordered inmates.

**A seriously mentally disordered inmate is defined as:** An inmate in a mental health treatment designation within the Mental Health Services Delivery System. Specifically, Enhanced Outpatient Program (EOP) inmates, Correctional Clinical Case Management System (CCCMS) inmates, Mental Health Crisis Beds (MHCB), Psychiatric Services Unit (PSU) inmates and "Cat I, J, and U" inmates at the California Medical Facility.

**Use of Force is defined as:** All force, which is greater than that required for unresisted searching, escorting, or handcuffing. Use of Force must be reported and documented as soon as it is safe and practical to do so. The unresisted application of authorized restraint equipment is not considered Use of Force. All Use of Force incidents shall be documented on a Crime/Incident Report (CDC 837).

Levels of force are designated into three categories: Physical Force; Less Than Lethal Force; and Lethal Force.

**Physical Force is defined as:** The effort used by an employee to overcome the resistance of an uncooperative inmate. This level does not include the use of authorized equipment.

**Less Than Lethal Force is defined as:** Force with authorized equipment (i.e., 37mm launcher, Oleoresin Capsicum (OC) and cell extractions) in order to gain an inmate's compliance.

**Lethal Force is defined as:** Force which is likely to cause death or grave bodily injury, or which creates some degree of risk that a reasonable and prudent person would consider likely to cause death or grave injury.

CDC 1817 (3/89)

**Emergency use of force is defined as:** When the behavior of the inmate(s) constitutes an immediate, serious threat to the safety of staff, visitors, other inmates, damage to a substantial amount of valuable property, or threatens institution security (i.e. assaults on staff, preventing escapes, controlling disturbances, etc.)

**Calculated use of force is defined as:** Any situation where one or more inmates are in an area that can be isolated or controlled. It **does not** involve the immediate threat to loss of life, substantial loss of property, or institutional security. Calculated use of force requires preliminary preparation.

Staff are expected to exercise good sound judgment and to implement the appropriate application of force which applies in either an emergency or calculated use of force situation.

**An extraction is defined as:** The involuntary removal of an inmate from an area through use of physical force and authorized less than lethal equipment. An extraction shall occur when an inmate(s) presence in an area poses a clear threat to safety or security and the inmate(s) refuse to voluntarily comply with staff orders. All efforts shall be utilized to gain compliance prior to the utilization of the extraction team, including verbal intervention and a cool down period, unless an emergency (imminent loss of life, great bodily injury, etc.) justifies the immediate extraction. The main objective of an extraction is to remove the inmate(s) from an area using the minimum force necessary, thus avoiding or minimizing injury to staff and inmate(s).

If an inmate is designated as seriously mentally disordered, prior to going forward with the pre-planned/calculated tactical extraction, medical staff shall be consulted and present on site for counseling with the inmate. Medical Staff will confer as required by licensure about recommendations made. Licensed medical staff may include MTA, R.N., LCSW, Psychologist or Psychiatrist. This will allow custody staff to make an informed decision on whether to proceed with the extraction or seek alternatives. The name and title, results of the consultation, and the basis for final decision to proceed with the method of extraction are to be documented in the CDC 837 and Unit Health Care Record. Along with health care staff's consultation, custody staff must also consider the inmate's demeanor (i.e., verbal aggression as opposed to physical aggression, prior history of violence, physical threat to the safety of others, etc.) before making the final decision to proceed with the extraction. If a decision is made to override the medical recommendation, the

reason for such override will be documented by the Incident Commander on a CDC Form 128 B, Informational Chrono, and in the CDC 837.

If during the preliminary stages of a calculated tactical extraction the decision to utilize OC is made, medical staff shall be consulted to identify medical contraindication and provide recommendations in order to allow custody staff to make an informed decision on whether to proceed using this method. The name and title, results of the consultation, and the basis for final decision to proceed with the use of OC are to be documented in the CDC Form 837.

Should custody staff decide to use OC in an override of the medical recommendations raised by medical staff, the reasons for that decision will be documented by the Incident Commander on a CDC Form 128 B, Informational Chrono, and in the CDC 837.

The use of the 37mm launcher using approved multiple baton ammunition (i.e., 264R and Def-Tec No. 20F) is prohibited for direct or indirect use, against a seriously mentally disordered inmate (i.e., his/her body, barricade removal) in calculated tactical extraction situations. This method is not to be used on a seriously, mentally disordered inmate except in emergencies (i.e., where self inflicted injury or injury to others is present).

In the event of an emergency, the use of the 37mm launcher utilizing departmentally approved ammunition (Federal Laboratories 264W and 264R) will continue to be an option for use against inmates to gain control of a disturbance in large open spaces, which includes but is not limited to dayrooms, dining rooms, exercise yards, and open work areas, for incidents involving multiple inmates who may or may not be known to be seriously mentally disordered.

Prior to rehousing, inmates involved in any use of force are to be referred to medical staff for evaluation and such treatment as required. In addition to this medical referral, it is expected that seriously mentally disordered inmates will be referred to mental health staff for psychiatric follow-up care related to their mental disorder. The referral shall be documented on an informational chrono, CDC 128B, titled "Staff Referral for Mental Health Services", which will briefly summarize the basis for the referral.

The CDC utilizes several types of gurneys for transporting inmates to medical treatment facilities. Transportation of inmates confined to a gurney is to ensure

that an inmate is safely moved from one area to another without injury to staff or the inmate. .

Departmentally authorized gurneys include:

**Stokes litter:** The stokes litter is a fabricated metal litter with carrying handles on both sides. Approved models of the stokes litter have seat belt type canvas straps attached to the litter that are to be fastened over the individual being transported to prevent them from becoming separated from the litter in the event the inmate is dropped.

**Ambulance type gurney:** Ambulance type gurneys have retractable legs, mounted on wheels. This type of gurney has seat belt type straps that are to be fastened over the person being transported.

**Backboard:** Backboard are flat , solid wood boards utilized when back/neck injuries are suspected or possible.

The application of restraint devices while being transported on a gurney shall be determined by several factors:

• If the inmate is combative/violent, mechanical restraint devices may be applied.

• If the custody status of the inmate dictates, restraint devices are mandatory. If information on the inmate obtained from the inmates central file indicates a past history of escape attempts or violent behavior, restraint devices will be applied, for transportation outside of the security perimeter. Five point restraints will be ordered by a licensed physician or, in an emergency, a registered nurse.

• If the inmate has been involved in a serious incident where a possible felony has been committed or other violent action, restraint devices will be applied for transportation inside or outside the security perimeter.

The Warden has overall responsibility for this procedure. The responsible Facility Captain/Correctional Captain shall be present and monitor the extraction except in the case of emergency extractions. During non-working hours, the Administrative Officer of the day shall be present and monitor the extraction except in the case of an emergency.

**Wardens/Health Care Managers**
**Page 5**

If you have any questions or require additional information please contact Bill Dieball, Assistant Deputy Director, Institutions Division, (916) 322-7595. Institution staff may contact Marty Jones, Chief, Emergency Operations Unit, (916) 324-8995 for technical information.

DAVID TRISTAN
Deputy Director
Institutions Division

SUSANN J. STEINBERG, M.D.
Deputy Director
Health Care Services Division

cc: Lewis N. Jones
    M.T. Pickett
    K. W. Prunty
    Bill Dieball
    M. Veal
    M.B. Jones
    Randy Ferguson
    Tom Voss
    Richard Malan, D.D.S.
    Roger Hagen, Ph. D.

ATTACHMENT    B

**DEPARTMENT OF CORRECTIONS**

Health Care Services Division
P.O. Box 942883
Sacramento, CA 94283-0001



July 15, 1998

J. Michael Keating, Jr.
Mediator and Specialist
50 South Main Street
Providence, RI  02903

Via:

Bruce Slavin, Deputy Attorney General
Department of Justice
50 Fremont Street, Suite 300
San Francisco, CA 94105-2239

Dear Mr. Keating:

This is in response to the first monitoring report regarding the California Department of Corrections (CDC) compliance with the plans, policies and protocols provisionally approved by the court on June 27, 1997 and the court order dated June 15, 1998 which requires the submittal of recruitment information within 60 days of the order.

During the last 12 months the CDC Recruitment Program aggressively focused on the recruitment and use of registries to perform mental health functions in the institutions.  To measure our compliance, CDC closely tracks and monitors the Statewide availability of mental health services on a monthly basis.  We have been collecting this data and will continue to collect and monitor this data.  The chart below reflects the latest data available.  During May 1998 the filled positions and contract services provided for the three primary entry level mental health classifications were:

| MENTAL HEALTH PROFESSIONALS | TOTAL POSITION EQUIVALENTS | ①FILLED POSITIONS | ②CONTRACT SERVICES (POSITION EQUIVALENTS) | VACANCY RATE % |
|---|---|---|---|---|
| Staff Psychiatrist | 115 | 89 | 26 | 0 |
| Clinical Psychologist | 181 | 142 | .7 | 21 |
| Psychiatric Social Worker | 121 | 100 | 0 | 17.4 |

① Data as of 6/3/98
② Data as of 5/98

J. Michael Keating, Jr.
Page 2

More specific data is available which shows the number of successful mental health appointments which have been made through the period of June 1997 through May 1998. The Department will continue to aggressively recruit to fill its positions.

| MENTAL HEALTH PROFESSIONALS | 6/97 - 12/97 | 1/98 - 5/98 | TOTAL |
|---|---|---|---|
| Staff Psychiatrist | 15 | 14 | 29 |
| Clinical Psychologist | 38 | 28 | 66 |
| Psychiatric Social Worker | 15 | 20 | 35 |

Several efforts have contributed to CDC's successful ability to appoint and hire new mental health staff as stated below:

1. A **Centralized Hiring Process** in which we streamlined the hiring process for Staff Psychiatrists. During the period of February through June 1998 we coordinated efforts for 17 institutions resulting in seven actual appointments. Although this process is a relatively new concept, it has proven so effective that CDC has begun to hire Clinical Psychologists using the same process.

2. Attendance at 14 **Conferences and Conventions** during the period of January through December 1998. (Refer to Enclosure A).

3. The Health Care Services Division (HCSD) Recruitment Staff and institutional health care professionals use **Internet applications** to advertise Statewide opportunities. Such applications ensure the widest possible dissemination of Health Care Employment Opportunities throughout California and the nation.

   A. These journals provide the CDC, in addition to a display ad, a free listing in the **Internet**:

      - Mayo Clinic Proceedings (Physician/Surgeon [P/S] and Chief Medical · Officer [CMO] vacancies)
      - New England Journal of Medicine (P/S, CMO vacancies)
      - Western Journal of Medicine (P/S, CMO vacancies)
      - Psychiatric Times (psychiatric vacancies)
      - Psychiatric Services (psychiatric vacancies)
      - Psychiatric News (psychiatric vacancies)
      - JAMA (P/S, CMO vacancies)
      - American College of Physicians (physician vacancies)
      - Nurseweek (registered nurse vacancies)

J. Michael Keating, Jr.
Page 3

    B. Other recruitment **Internet** sources:

- Practice Opportunity Line
- American Psychiatric Association Job Opportunity (psychiatric vacancies)
- Mental Health Source Psychiatric Times (psychiatric vacancies)
- State Personnel Board (SPB) Internet (They list every job bulletin for our various disciplines. We work with SPB on special focused recruitment efforts such as at High Desert State Prison, Pelican Bay State Prison, and most recently, North Kern State Prison for psychiatrists and psychologists).
- Rural Health Policy Council/State of California Health and Welfare Agency Internet (This agency lists job orders covering our various health care disciplines).
- Corrections Connections

4. CDC has initiated a process to contract with a **Search Firm** to augment CDC efforts to recruit and hire Mental Health professionals in the most difficult to recruit locations and classifications. A contract request form is being reviewed by HCSD management to initiate this process and to identify funding.

5. Development of a new **Health Care Recruitment Poster** for use in our Statewide advertising campaign. This poster is distributed throughout the State to individuals and organizations in key locations to ensure the widest visibility possible of our variety of employment opportunities.

6. Secure **enhanced compensation** for mental health providers via: (a) Base Salary Adjustments through the bargaining process (i.e., The Governor, Legislature and Employee Bargaining Units have not finalized the Budget there is a proposed salary adjustment of three percent and ten percent in the institution); and (b) Recruitment and Retention (R&R) differentials proposed through the annual budget process (i.e., CDC is pursing a 14 percent R&R differential for ten classes at 15 facilities throughout the State.) A $1,300 a month R&R differential for the classification of Chief Psychiatrist at California State Prison, Corcoran has been approved by the Department of Personnel Administration.

7. A new **Recruitment Action Plan** (refer to Enclosure B) for Fiscal Year (FY) 1998/99 which provides direction to our Statewide Health Care outreach efforts with specific focus on mental health classifications with the highest vacancy rate. This Plan details specific needs, a timetable and specific activities that will be taken for each classification.

8. Initiate discussions with Headquarters Contracts Section to set-up **"Transitional Personnel Services Contracts"** to hire Staff Psychiatrists on a time and encumbrance limited basis in anticipation of hiring them as civil service employees at some future date. This approach allows candidates to be gainfully employed, provide clinical services to CDC and at the same time "test out" working in a prison setting with inmate clientele. This approach also provides CDC with adequate time to complete the selection, hiring and appointment process

J. Michael Keating, Jr.
Page 4

for candidates who have expressed a desire to work for CDC, but are unable to wait for the hiring process to be completed.

9. Implement a **Fast Track Examination Plan** for FY 1998/99 that will provide for six Staff Psychiatrists, four Clinical Psychologists, and three Psychiatric Social Workers examinations. Such efforts allow CDC to quickly add candidates to our Statewide eligible lists. Additionally, as new candidates are identified on a local basis, it will be possible to "expedite" the exam process and allow candidates to gain list eligibility in as short a period of time as seven to ten days.

10. Headquarters Health Care Regional Administrators called each institution to ensure that each institution has at least three current **mental health registry contracts**. The Regional Administrators will work with the institutions in those cases where less than three are available to ensure contracts are obtained.

11. Additionally, headquarters mental health clinicians and our Regional Administrators have been assigned specific institutional responsibilities. Their charge is to work at the institutions with mental health management to provide support and assistance at the local level. This includes the recruitment and training of staff and registry clinicians.

12. We continue to add telemedicine sites throughout the State to provide psychiatric consultations and services to those sites needing additional assistance.

| OPERATIONAL TELEMEDICINE SYSTEMS | PLANNED OPERATIONAL SYSTEMS BETWEEN 9/98 - 10/98 |
| --- | --- |
| Pelican Bay State Prison | Mule Creek State Prison |
| California Medical Facility | California State Prison - Sacramento |
| California Men's Colony | California State Prison - Solano |
| Ironwood State Prison | Pleasant Valley State Prison |
| Chuckawalla Valley Prison | Corcoran State Prison |
| | Substance Abuse Treatment Facility |
| | High Desert State Prison |

13. We are actively encouraging the custodial and business side of each institution to call the Health Care Services Division, Assistant Deputy Director (responsible for budget, personnel and recruitment functions) whenever recruitment, contract registry, or budget issues occur which could slow down the process. This has proven to be an expedient and proactive way to solve issues.

In summary, we believe our aggressive efforts are paying off. We are confident that our focused recruitment activities and centralized hiring process will continue to show very successful and positive results.

J. Michael Keating, Jr.
Page 5


Should you have any questions regarding the aforementioned efforts, please contact Sandra K. Duveneck, Assistant Deputy Director, Program Support and Evaluation, HCSD, at (916) 327-2238.

Sincerely,


SUSANN J. STEINBERG, M.D.
Deputy Director
Health Care Services Division

Enclosures

cc:    C. A. Terhune
       Steven Cambra, Jr.
       Teresa Rocha
       Peter Siggins
       Pamela Smith-Steward
       David Tristan
       Bill Anderson
       Roger E. Hagen, Ph.D.
       Marjorie TaVoularis, M.D.

J. Michael Keating, Jr.
Page 6


bcc:  Nadim K. Khoury, M.D.
      Sandra K. Duveneck
      Stephen K. Larsen
      Ron Metz
      Betty Sutton
      Yong Joo Erwin
      Evelyn Domingo
      Jack Martin
      Phyllis Scott
      Tina Poole
      Coleman File
      Dave Hutchinson
      Nancy Bither
      Jackie Clark
      Laurie Weaver
      DH98-062901


DHDisk6/keating

Enclosure A

RECRUITMENT EVENTS PLANNED
FISCAL YEAR 1998

| | January | February | March | April | May | June | July | August | September | October | November |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | American College of Physicians San Diego | | | | | | American Psychiatric Associations 50th Institute Los Angeles | |
| 2 | | | | | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | | | Psychology & the Law Society Redondo Beach | | | | | | | | |
| 5 | | | | | | | | | | | |
| 6 | | | CME, Inc. Symposium Los Angeles | | | | | | | | |
| 7 | | | | | | | | | | | |
| 8 | | | | | | | | | | | |
| 9 | | California Academy of Family Practice Anaheim | | | | | | | | | |
| 10 | | | | | | | | | | | |
| 11 | | | | | | | | | | | |
| 12 | | | | | | | | American Psychological Association Annual Convention San Francisco | | | |
| 13 | | | | | | | | | | | |
| 14 | | | | | | | | | | | |
| 15 | NCPS Job Fair San Francisco | | | | | Academy of Family Physicians San Diego | | | | | |
| 16 | | | | | | | | | | | |
| 17 | | | Forensic Mental Health Association Asilomar | | | | | | | | US Psychiatric Congress San Francisco |
| 18 | | | | | | | | | | | |
| 19 | | | Central California Psychiatric Society Sacramento | | | | | | | | |
| 20 | | | | | Psychiatric Times CME Monterey | | | | | | |
| 21 | | | | | | | | | | | |
| 22 | | | | | | | | | | | |
| 23 | | | | | | | | | | | |
| 24 | | | | | | | | | | | |
| 25 | | | California Psychological Associations Convention Pasadena | | | | | | | American Academy of Child & Adoles. Psych Anaheim | |
| 26 | | | | | | | | | | | |

APDI487/ass

State of California                                                                 Department of Corrections

# Memorandum

Date    :  **MAY 2 7 1998**

To      :  Susann J. Steinberg, M.D.
           Deputy Director
           Health Care Services Division

Subject :  **RECRUITMENT ACTION PLAN FISCAL YEAR 1998/99**

Attached is a copy of the Health Care Services Division (HCSD) Recruitment Action Plan for
Fiscal Year 1998/99. As you may know, staff has prepared a Plan of this type each year for
the last five years.

This Plan provides updated direction to fill existing vacancies, deal with anticipated growth,
meet needs identified in the Coleman lawsuit, and deal with balancing our health care
workforce by ethnicity/gender.

Should you have any questions, Dave Hutchinson, Chief, Personnel and Recruitment, HCSD
and I would be pleased to meet with you.

*Sandy D.*

SANDRA K. DUVENECK
Assistant Deputy Director
Program Support and Evaluation
Health Care Services Division

Attachment

cc: Dave Hutchinson, Chief, Personnel and Recruitment

CDC 1617 (3/89)

Susann J. Steinberg, M.D.
Page 2

bcc:    Roger E. Hagen, Ph.D.
        Nadim K. Khoury, M.D.
        Steve Larsen
        Yulanda Mynhier, Personnel Examining Section
        Nancy Bither, Personnel Operations Section
        DH98-012601

## FISCAL YEAR
### 1998/99
## HEALTH CARE STAFFING
## ACTION PLAN
## INDEX

Assumptions

Health Care Staffing Action Plan

Fiscal Year 1998/99 Staffing Needs        Attachment #1

Recruitment Techniques/Activities for
Specific Health Care Classifications        Attachment #2

Fiscal Year 1998/99 Examination Schedule        Attachment #3

## HEALTH CARE STAFFING ACTION PLAN
### FISCAL YEAR 1998/99
### ASSUMPTIONS

1. Testing Program:
   - Adjust existing centralized "Fast Track" testing program as necessary, to include or exclude health care classifications. This program will primarily be used for classifications with the most critical need. Institutions will continue to administer certain delegated exams.

   - PES and Institutions testing staff should screen applications for individuals with immigration visa's (J1 and H1B) to preclude illegal hires.

2. On an as needed basis HCSD will consider additional blanket Hiring Above Minimum and Recruitment and Retention Bonuses for identified: (1) hard-to-recruit health care classifications; and (2) hard-to-recruit locations.

3. The Recruitment Unit will continue to utilize a media buying service to assist in the development of advertising/marketing plans, creating advertisements, and placing advertisements nationally and Statewide.

4. The Department will utilize contracts with temporary hiring Registries to augment hiring needs on a short term basis for institutions with critical needs.

5. The Recruitment Unit will continue to promote the hiring of physicians licensed in other states, allowing a two year waiver to obtain California Medical Licensure (section 2072 Business and Professions Code, Medical Practices Act). Institutions will continue to make hires from this additional candidate pool. HCM's need to ensure physicians hired from this pool obtain licensure within two years (i.e., this will require coordination with the Medical Board of California and HCSD).

6. It is the responsibility of the HCM's to conduct reference checks and ensure licenses, certificates, and registrations are current for new hires.

7. As necessary, HCSD management should become actively involved in the interviewing/screening/hiring process for field health care staff when no CMO or Chief Psychiatrist is on staff at any given institution; or participate in the hiring interview process when it is believed necessary to augment the institution health care interview panel (refer to item #14).

8. Consider developing pool of existing health care staff that could be loaned out to "needy" institutions: (a) in the event critical staff vacancies occur; or (b) to serve as "trainers" of new staff as they come on board. Such training would help ensure uniformity and standardization of health care operations throughout the State.

9.  The Recruitment Unit will expand the participation of health care clinical staff in its ongoing outreach efforts.

10. The Recruitment Unit will continue to utilize a toll free line and call router system to assist candidates in applying for career opportunities with CDC.

11. The Recruitment Unit will actively promote diversity outreach into various ethnic communities as part of ongoing R&R efforts. Such activity will allow CDC to better balance the health care workforce within CDC.

12. The Recruitment Unit will actively evaluate/monitor recruitment/selection/hiring processes through use of the following reports:
    - Monthly Vacancy Report (PALS)
    - Publicity Questionnaire Summary
    - Certification List Status
    - Appointments Made Summary
    - Mental Health Recruitment and Retention Bonus Project Plan (Coleman)
    - HCSD Strategic Management Action Plan

13. The Recruitment Unit will continue to pursue R&R bonus augmentations through the Fiscal Year: (A) BCP Process; and (B) Individual requests to DPA for the most critical issues/needs.

14. The Recruitment Unit through the Centralized Hiring Process will continue to hire Staff Psychiatrists for our Statewide facilities.

15. The Recruitment Unit will augment its outreach efforts by contracting with a search firm. This firm will assist us in hiring the most difficult to find clinicians (i.e., by specialty, by location).

# HEALTH CARE STAFFING
## ACTION PLAN
### FISCAL YEAR 1998/99

| | ACTIVITY | DUE DATE | DATE INITIATED | DATE COMPLETED | RESPONSIBILITY |
|---|---|---|---|---|---|
| 1 | Preplanning (Preliminary Activity)<br>• P&R initial planning<br>• Finalize decisions regarding staffing needs, vacancies by class, hard to recruit classes/locations, and population driven needs (refer to Attachment #1)<br>• HCSD management review of institution needs and plan | 1/98<br>1/98 & 2/98<br><br><br><br><br><br>5/98 | 1/28/98<br>1/98 | 5/1/98<br>5/98 | P&R<br>P&R and HCSD Mgmt |
| 2 | Copy of RAP to HDQ/POS, and PES for information/review | 5/98 | | | P&R |
| 3 | Determine by what date hires will be made | Spring 98 | | Ongoing FY98/99 | |
| 4 | Develop Material and Handouts | Ongoing; continue throughout FY 98/99 | 2/1/93 | Ongoing | P&R : Continue to revise, develop, and distribute as necessary. |
| 5 | Direct Mail | Ongoing; continue throughout FY 98/99 | 2/1/93 | Ongoing | P&R and F |
| 6 | Place Advertisements | Ongoing; continue throughout FY 98/99 | 2/1/93 | Ongoing | P&R (and F when appropriate) |
| 7 | Focused Recruitment Activities/Participation to include but not be limited to:<br>• National Health Conventions<br>• Health Care Conferences<br>• Job Fairs<br>• Seminars<br>• Symposiums<br>• Medical Schools<br>• Military Recruitment<br>• Hospital Facilities Facing Closures<br>• Unions (i.e. UAPD, CCPOA, AFSCME-AFL/CIO, CSEA)<br>• All Appropriate Medical Boards (i.e. LVN, RN, Pharmacy)<br>• Medical Societies<br>• Professional Association's<br>• Other Community Activities<br>• Universities | Activities continue to be identified, scheduled, implemented, and participated in throughout FY 98/99<br><br><br><br><br><br><br><br><br><br><br><br>(Refer to Attachment #2 for specific activities by class). | 10/92 | Ongoing | P&R, Ops, and F as necessary |
| 8 | Focused recruitment activities/State agencies facing reductions: | | | | P&R, Ops, and F as necessary |
| 8a | Napa State Hospital *<br>- Initial contact | Ongoing/as required | 7/1/93 | | P&R, Ops, and F as necessary |

-1-

# HEALTH CARE STAFFING
## ACTION PLAN
### FISCAL YEAR 1998/99

| | ACTIVITY | DUE DATE | DATE INITIATED | DATE COMPLETED | RESPONSIBILITY |
|---|---|---|---|---|---|
| 8b | Porterville Developmental Center *<br>- Initial contact | Ongoing/as required | 11/94 | | P&R, Ops, and F as necessary |
| 8c | Sonoma Developmental Center *<br>- Initial contact | Ongoing/as required | 9/6/94 | | P&R, Ops, and F as necessary |
| 8d | Atascadero State Hospital *<br>- Initial contact | Ongoing/as required | 10/94 | | P&R, Ops, and F as necessary |
| 8e | Patton State Hospital *<br>- Initial contact | Ongoing/as required | 2/93 | | P&R, Ops, and F as necessary |
| 8f | Lanterman Developmental Center *<br>- Initial contact | Ongoing/as required | 1/23/95 | | P&R, Ops, and F as necessary |
| 8g | Agnew Developmental Center *<br>- Initial contact | Ongoing/as required | 1/23/95 | | P&R, Ops, and F as necessary |
| 8h | Fairview Developmental Center *<br>- Initial contact | Ongoing/as required | 6/6/95 | | P&R, Ops, and F as necessary |
| 9<br>9a | Selection Process:<br>Recruitment staff will refer applications to appropriate testing locations (i.e., headquarters for fast track and centralized exams and the field for delegated exams). | | | | P&R, IPO, Ops, and HCM |
| | 1. Informational copies of applications will also be provided to Health Care Regional Administrators for critical classifications (i.e. Physician and Surgeon, Staff Psychiatrist, and Clinical Psychologist) | Weekly basis | 12/94 | Ongoing | P&R |

\* No active recruitment is being undertaken at this time; HCSD Recruitment staff provides the CDC Job Opportunity Bulletin to each of these facilities on a monthly basis. Additionally, staff will continue to contact these facilities on a quarterly basis via telephone regarding any assistance they may need in placing staff.

DaveDisk3/PLAN98/99
Revised 4/21/98

# HEALTH CARE STAFFING
## ACTION PLAN
### FISCAL YEAR 1998/99

| | ACTIVITY | DUE DATE | DATE INITIATED | DATE COMPLETED | RESPONSIBILITY |
|---|---|---|---|---|---|
| 9b | Testing Activity (i.e., PES and P&R for fast track and centralized exams and the field for delegated exams). | | | | |
| | 1. Meeting of PES and P& R to discuss the annual Exam Plan (i.e., fast track, centralized, regionalized and delegated). | 1/98 & 2/98 | | 1/30/98 | P&R, PES |
| | 2. P&R evaluate exam needs and send plans to PES for FY 98/99. | 2/98 & 3/98 | | 3/4/98 Centralized 2/27/98 Fast Track | P&R, Ops, PES |
| | 3. Implement exam plan | 7/98 | | | PES, P&R |
| | 4. Develop and issue Bulletins/Riders for exams. | 7/98 | | | PES |
| | 5. Review applications (FFD is continuous). | Ongoing | | | PES, P&R |
| | 6. Follow-up with applicants who do not appear to meet MQ's. | Ongoing | | | PES, P&R |
| | 7. Apply E&E criteria and input scores by location and add veterans points where applicable. | Ongoing | | | PES, P&R |
| | 8. PES to administer "critical expedited" exams on exception basis. | Ongoing | | | PES |
| | 9. Release lists. | Ongoing | Ongoing | Ongoing | HQ Certif. Section |
| | 10. Verify license/certificate prior to hire. | Ongoing | | | HCSD, HCM, IPO |
| | 11. Verify immigration status prior to hire. | Ongoing | Ongoing | Ongoing | PES, IPO, HCM |
| 9c | Salary needs alternatives (R&R Bonuses, HAMs, Geographic Differentials, Salary Range Adjustments) | | | | |
| | 1. Institution staff will continue to process individual requests to POS when there is a need to offer salaries that are more competitive and will attract health care providers to work for CDC. | As needs are determined during the year. | Ongoing | Ongoing | IPO, P&R and POS (depending on class) |
| | 2. Assess need for additional HAM's and R&R's (on a case by case basis). | Ongoing | Ongoing | Ongoing | HCM, IPO, P&R and POS |

-3-

# HEALTH CARE STAFFING
## ACTION PLAN
### FISCAL YEAR 1998/99

| | ACTIVITY | DUE DATE | DATE INITIATED | DATE COMPLETED | RESPONSIBILITY |
|---|---|---|---|---|---|
| 9d | Hiring Process *<br>1. Continue the hiring process at the local level. | | | | IM and HCM |
| | 2. Institution to provide monthly status, update reports regarding recruitment, testing and hiring. | Monthly | | Ongoing | HCM, IPO |
| | 3. Review staffing considerations in the event recruitment/hiring is not possible:<br>• Consider using comparable or alternate classifications and/or reclassify positions as necessary.<br>• Consider alternative locations for placement of staff (i.e., redirect positions) as necessary. | Ongoing | | Ongoing review and evaluation | Ops |
| | • Initiate contracting process Statewide master registry (i.e., Staff Psychiatrist/Physician and Surgeon) | 7/98 | | | P&R, HCSD Contracts, and CAMB |
| | 4. Medical Examinations: The processing of an applicants medical examination will continue to be handled through the Institution Personnel Office. | Ongoing | 2/1/93 | Ongoing | IPO |
| | 5. Background Investigations: Continue process as currently defined in DOM Section 31060.9.4.3 (15 classes) | | 2/1/93 | Ongoing | IPO, P&R, and S&S |
| 10 | Final Hires* | Ongoing | | Ongoing as needed | IPO, HCM, and Ops. |
| 11 | Evaluate/Monitor recruitment and selection hiring process | Monthly | | | P&R |

\* P&R Centralized Hiring Program (CHP) will handle this process for Staff Psychiatrists and eventually Clinical Psychologists and Psychiatric Social Workers.

Attachment 1

## FISCAL YEAR 1998/99

### STAFFING NEEDS

Total Staffing Needs

| | |
|---|---|
| A.  Total BCP Positions | 128.3 |
| B.  Population/Ratio Positions | 33.5 |
| C.  Average Vacancies | 540.0 |
| Total | 701.8 |

A 1

DaveDisk3/FY9899

RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

HEALTH CARE CLASSIFICATIONS

| Classification: | Need: |
|---|---|
| Chief Psychiatrist, CF<br>Senior Psychiatrist, CF (Spec. & Supr.)<br>Staff Psychiatrist, CF | __X__ Chronically Vacant<br>__X__ Mental Health Delivery System<br>_____ New Institution<br>__X__ Critical Individual Local Need |

1. Publicity/Advertising:
    a. Professional Medical Journals/Magazines:
       American Academy of Addiction
       American Journal of Psychiatry
       American Psychiatric Placement Service
       Archives of General Psychiatry
       Army, AF, Navy Times
       Calif. Hispanic Medical Assoc.
       Calif. Physician
       Clinical Psychiatry News
       Federal Pracitioner
       Hospital and Community Psychiatry
       Physician Recruiter's Association
       Primary Psychiatry
       Psychiatric Annals
       Psychiatric Services
       The LA. Calif. Medical Association Publication
       The New England Journal of Medicine
       The Psychiatric News
       The Psychiatric Times
       The Western Journal of Medicine

    b. Newspapers/other publications (i.e. general & minority):
       Affirmative Action News
       Calif. Medical Association's Physician Placement Bulletin
       Calif. Youth Authority Newsletter
       California Medicine
       California Psychiatric Association's Newsletters
       Capitol Weekly
       CDC Job Bulletin
       Central Calif. Psychiatric Society Newsletter
       Contra Costa Times
       Correct Care
       Eugene Register
       Eureka Times
       Fresno Bee
       Humboldt Del Norte Medical Society Newsletter
       LA Times

Marin Journal
Military Base Newspapers
Northern Calif. Medicine
Northern Calif. Psychiatric Society Membership Directory
Orange County Psychiatric Society Newsletter
Orange County Register
Sacramento Bee
San Bernardino Medical Assoc. Membership Directory
San Bernardino Medical Society Newsletter
San Bernardino Sun
SF Chronicle
Southern Calif. Psychiatric Society Newsletter
UAPD-Newsletter
Union Tribune (San Diego)
Ventura County Medical Society Newsletter

   c.  Television/Radio/Internet/Job Bank:
      American Psychiatric Association Job Bank
      Crescent City - Cable Television
      New England Journal of Medicine
      Practice Opportunity Inc.
      Psychiatric Times Mental Health Source

2.  Health Care and Community Contacts/Resources:
    African American Psychiatrist of Northern Calif.
    American Association of Psychiatry and the Law
    American Medical Women's Assoc.
    Atascadero State Hospital
    Calif. Hispanic American Medical Assoc.
    Camp Pendleton
    Chief Medical Officers (all institutions)
    Chief Psychiatrists (all institutions)
    Corrections Parole Outpatient Clinics
    Corrections Planning & Construction
    Employment Development Department
    Forensic Mental Health Association
    Fresno/Madera Medical Society
    Humbolt County Medical Society
    Imperial County Medical Society
    Medical Board of Calif.
    Metropolitan State Hospital
    Napa State Hospital
    Nevada Medical Association
    Nevada Medical Society (Reno)
    Oregon Department of Mental Health
    Patton State Hospital
    Psychiatric Residency Program
    Psychiatric Times, CME, Inc.
    San Bernardino Medical Society
    San Diego Naval Hospital
    San Diego Society of Psychiatric Physicians
    State of Calif. Social Services, Disability Evaluations Branch
    The American College of Forensic Psychiatry
    The American College of Physicians
    The American Psychiatric Association

The Calif. Medical Association
The Calif. Psychiatric Association
The Central Calif. Psychiatric Society
The Northern Calif. Psychiatric Society
The Orange County Psychiatric Society
The San Bernardino County Psychiatric Society
The San Francisco General Hospital Extended Education
The Southern Calif. Psychiatric Society
The US Federal Bureau of Prisons
Travis AFB
UAPD
UC, San Francisco, Medical Center
UCD, Medical Center
UCSD
UCSF
University of Southern Calif. Psychiatric Residency Program
Visalia Medical Society

3. Direct Mail:
Dept. of Consumer Affairs - Psychiatrist labels
File Search - Existing files
Fresno/Madera Medical Society
New applicant file
The American Psychiatric Association
The Calif. Medical Association
The Central Calif. Psychiatric Society
The Forensic Mental Health Association
The Medical Board of Oregon - Psychiatrist
The Northern Calif. Psychiatric Society
The Orange County Psychiatric Society
The Southern Calif. Psychiatric Society

4. Colleges/Universities:
UC Davis; UCLA; USF Medical Center; S.F. General Hospital; U.C. Irvine Residency
Program; UC San Diego; Stanford University; and UC San Francisco

5. Conferences/Conventions/Job Fairs:
The California Psychiatric Association Annual Meeting
Los Angeles, CA. Oct. 1998
Recruitment Exhibit
Recruit for: Psychiatrists (all levels)

Northern California Psychiatric Society Annual Psychiatric Job Fair
San Francisco, CA. Jan. 1999
Recruitment Exhibit
Recruit for: Psychiatrists (all levels)

Central Calif. Psychiatric Society Annual Meeting
Mar. 1999
Recruitment Exhibit
Recruit for: Psychiatrists (all levels) and Psychologist-Clinical

California Psychological Association Annual Convention
Mar. 1999
Recruitment Exhibit

Recruit for: Psychiatrists (all levels), Psychologist-Clinical, and Psychiatric Social
Worker

The Forensic Mental Health Conference
Asilomar, CA. Mar. 1999
Recruitment Exhibit
Recruit for: Psychiatrists (all levels), Psychologist-Clinical, and Psychiatric Social
Worker

California Hispanic American Medical Association Annual Meeting
Los Angeles, CA. Oct. 1998
Recruitment Exhibit
Recruit for: Psychiatrists (all levels), Psychologist-Clinical, Physician/Surgeon, and
Psychiatric Social Worker

The Northern California Psychiatric Society Annual Meeting
Apr. 1999
Recruitment Exhibit
Recruit for: Staff Psychiatrist

The American Psychiatric Association National Convention
Washington, DC May 1999
Recruitment Exhibit
Recruit for: Psychiatrist (all levels), Psychologist-Clinical, Chief Medical Officer, and
Psychiatric Social Worker

The Psychiatric Times - CME
Done four times yearly at different locations
Recruitment Exhibit
Recruit for: Psychiatrists (all levels) and Psychologist-Clinical

Medical Board of California (Licensing Exams)
San Francisco and Los Angeles, CA. Sept. and Nov. 1998
Recruitment Exhibit
Recruit for: Psychiatrists (all levels), Chief Medical Officer, and Physician and Surgeon

Psychiatric Times, U.S. Psychiatric Congress
San Diego, Nov. 1998
Recruitment Exhibit
Recruit for: Psychiatrists (all levels) and Psychologist-Clinical

Association of Military Surgeons of the US Annual Meeting
Nov. 1998
Recruit for: Psychiatrists (all levels), Chief Medical Officer, and Physician and Surgeon

updated 3/9/98
Misc2Disk/1A

2-A4

Attachment 2-B

RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

HEALTH CARE CLASSIFICATIONS

| Classification: | Need: |
|---|---|
| Chief Psychologist, CF<br>Senior Psychologist, CF<br>Clinical Psychologist, CF | _____ Chronically Vacant<br>___X__ Mental Health Delivery System<br>_____ New Institution<br>___X__ Critical Individual Local Need |

1.  Publicity/Advertising:
    a.  APA Monitor
        Calif. Psychologist
        Independent Pracitioner
        National Psychologist
        Psychologist Discourse

    b.  Newspapers/other publications (i.e. general & minority)
        Bakersfield Californian
        Calif. Psychological Association Newsletter/Convention Program
        Calif. School of Psychology Alumni Newsletter
        Capitol Weekly
        CDC Job Bulletin
        Contra Costa Times
        Correct Care
        Fresno Bee
        Job Journal
        Los Angeles County Psychological Association Annual Program
        Military Base Newspapers
        Orange County Register
        Sacramento Bee
        San Francisco Chronicle
        Stockton Record

    c.  Television/Radio/Internet:
        Crescent City - Cable Television
        State Personnel Board Internet

2.  Health Care and Community Contacts/Resources:
    American Psychological Association
    American Psychology Law Society
    Atascadero State Hospital
    Calif. Psychological Association
    Camp Pendleton
    Forensic Mental Health Association of Calif.
    Napa State Hospital
    Patton State Hospital
    San Diego Naval Hospital
    State of Calif. Board of Psychology


Travis AFB
UC, San Francisco, Medical Center
UCD, Medical Center
Western Psychological Association

3. Direct Mail: N/A

4. Colleges/Universities: Alumni Newsletters (i.e., Fresno School of Psychology)

5. Conferences/Conventions/Job Fairs:
The California Psychiatric Association Annual Meeting
Los Angeles, CA. Oct. 1998
Recruitment Exhibit
Recruit for: Psychiatrists (all levels)

Northern California Psychiatric Society Annual Psychiatric Job Fair
San Francisco, CA. Jan. 1999
Recruitment Exhibit
Recruit for: Psychiatrists (all levels)

California Psychological Association Annual Convention
Mar. 1999
Recruitment Exhibit
Recruit for: Psychiatrists (all levels), Psychologist-Clinical, and Psychiatric Social
Worker

The Forensic Mental Health Conference
Asilomar, CA. Mar. 1999
Recruitment Exhibit
Recruit for: Psychiatrists (all levels), Psychologist-Clinical, and Psychiatric Social
Worker

California Psychological Association Annual Meeting
Apr. 1999
Recruitment Exhibit
Recruit for: Psychiatrists (all levels), Psychologist-Clinical, Physician/Surgeon, and
Psychiatric Social Worker

The Northern California Psychiatric Society Annual Meeting
Apr. 1999
Recruitment Exhibit
Recruit for: Staff Psychiatrist

The American Psychiatric Association National Convention
Washington, D. C., May 1999
Recruitment Exhibit
Recruit for: Psychiatrist (all levels), Psychologist-Clinical, Chief Medical Officer, and
Psychiatric Social Worker

The Psychiatric Times - CME
Done four times yearly at different locations
Recruitment Exhibit
Recruit for: Psychiatrists (all levels) and Psychologist-Clinical

Psychiatric Times, U.S. Psychiatric Congress
San Diego, Nov. 1998
Recruitment Exhibit
Recruit for: Psychiatrists (all levels) and Psychologist-Clinical

updated 3/9/98
Misc2Disk/1B

## RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

## HEALTH CARE CLASSIFICATIONS

| Classification: | Need: |
|---|---|
| Chief Medical Officer, CF<br>Chief Physician/Surgeon, CF<br>Physician/Surgeon, CF | _____Chronically Vacant<br>___X___Mental Health Delivery System<br>_____New Institution<br>_____Critical Individual Local Need |

1. Publicity/Advertising:
   a. Professional Medical Journals/Magazines

   ACP Observer
   AMA Physician Recruitment Advance
   American College of Physicians
   Annals of Internal Medicine
   Army, Air Force, Navy Times
   Calif. Physician
   California Medicine
   Correct Care
   Family Physician Recruiter
   Family Practice News
   Federal Practitioner
   Hospital Medicine and Life in Medicine
   Humboldt County Medical Society
   Infectious Disease News
   Internal Medicine News

   JAMA
   Life in Medicine
   Managed Health Care News
   Mayo Clinic Proceedings
   New England Journal of Medicine
   Orange County Medical Society
   Physician Placement Bulletin
   Practice Opportunity Inc.
   Resident & Staff Physician
   San Bernardino Medical Society
   The American Journal of Medicine
   The L.A. Calif. Medical Assoc. Physician
   UAPD Newsletter
   Western Journal of Medicine
   Young Physician

   b. Newspapers/other publications (i.e., general & minority)
   American College of Physicians Congress Program
   California Academy of Family Practice Convention Program

   Bakersfield Californian
   Contra Costa Times
   Fresno Bee
   L.A. Times

   Orange County Register
   S.F. Chronicle
   Sacramento Bee
   San Diego Academy of Fam. Physicians

   c. Television/Radio/Internet
   Cable Television
   Practice Opportunity Line
   Public Service Announcements
   Public Television
   State Personnel Board Internet

2. Health Care and Community Contacts/Resources:

   AMA
   American College of Medical Admin.
   American College of Physicians
   Annuals of Internal Medicine
   Black Coalition on Aids

   Medical Economics
   Medical Societies (all State/County)
   Medical Tribune
   Napa State Hospital
   Physician Association

Calif. Academy of Family Physicians
Calif. Association of Public Hospitals
Calif. Medicine
California Army National Guard
Camp Pendleton
Center for Aids Prevention
Family Physician Recruiter
Fresno/Madera Medical Society
Fresno/Visalia Medical Society
Humbolt County Medical Society
Imperial County Medical Society
JAMA
Journals/Magazines
L.A. County Dept. of Health Services
L.A. County Medical Center
Mayo Clinic
Medical Board of Calif.

Resident Express
S.F. Dept. of Public Health
S.F. General Hospital
San Bernandino Medical Society
San Diego Medical Society
San Diego Naval Hospital
Stanford University Hospital
Studies, UCD
The American Correctional Association
The Calif. Medical Association
The International Aids Society-USA
Travis AFB
U.S. Department of Justice
U.S. Dept. of Health Services
UCSD Medical Center
Western Journal of Medicine

3. Direct Mail:
The Medical Board of Calif. (requests for Licensure packages)

4. Colleges/Universities:
UC Davis; UCLA; USF Medical Center; S.F. General Hospital; U.C. Irvine Residency
Program; UC San Diego; Stanford University; and UC San Francisco.

5. Conferences/Conventions/Job Fairs
American College of Physicians Annual Meeting (April 1999)
Calif. Academy of Family Practice (February 1999)
California Hispanic American Medical Association (October 1998)
Continuing Medical Education Sessions
Military Surgeons National Association
San Diego Academy of Family Physicians (June 1999)
The Calif. Medical Association
The HIV National Update Conference
The Medical Board of Calif., written & oral exams
UCD Medical Center Job Fair (December 1998)

Updated 3/3/99
Misc2Disk/10

## RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

## HEALTH CARE CLASSIFICATIONS

## (MILITARY OUTREACH)

| Classification: | Need: |
|---|---|
| All Health Care Classifications | <u> X </u> Chronically Vacant<br>_____ Mental Health Delivery System<br>_____ New Institution<br><u> X </u> Critical Individual Local Need |

1. Publicity/Advertising:
   a. Professional Medical Journals/Magazines:
      Military Medicine
      Army Times
      Navy Times
      Air Force Times
      Military Internet (i.e., Electronic Bulletin Board)
   b. Newspapers:
      Run ads as necessary in military base and community newspapers to announce vacancies and planned visits.

2. Health Care and Community Contacts/Resources:
   a. Transition Assistance Programs--assist military members, departing the service, contact potential employers by coordinating job fairs, seminars, and providing access to the military job internet service.
   b. Military Hospital Staff--assist in establishing contacts, distribution of current job opportunity information, and planning and coordinating on-site recruitment visits.
   c. Institution Staff (with prior military service)--assist in establishing and maintaining positive relationships with military medical personnel within their geographic area.

3. Military Downsizing:
   Contracted medical care has become the rule instead of the exception. Military medical resources are limited. As a result, recruitment activities will be carefully considered prior to a decision to participate.

4. Key military installations, within the State with full service hospitals:
   a. Camp Pendleton
   b. San Diego Naval Hospital
   c. Travis AFB

   These facilities, because they have a large concentration of health care providers, will be the focus of recruitment efforts within the State.

5. Conferences/Conventions/Job Fairs:
   a. Transition Assistance Programs (TAP) are mandated by federal law to organize and present job fairs. The HCSD Recruitment Staff is in contact with various TAP offices to maintain an awareness of upcoming recruitment events.
   b. Attend installation activities if assured that medical personnel will be attending. (i.e., a letter or phone call to the hospital commander will be required prior to participation by HCSD).
   c. Pending approval to attend the Annual Association of Military Surgeons of the United States meeting in San Antonio, TX (November 8--13, 1998).

Updated 3/13/98
MiscDisk2/MILITARY

Attachment 2-E

## RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

## HEALTH CARE CLASSIFICATIONS

| Classification: | Need: |
|---|---|
| Pharmacist I | _____Chronically Vacant<br>_____Mental Health Delivery System<br>_____New Institution<br>___X___Critical Individual Local Need |

1. Publicity/Advertising:
   a. Professional Medical Journals/Magazines
      California Journal of Hospital Pharmacy (Directory of Employment Opportunities)
      California Pharmacists Association Publication

   b. Newspapers/other publications:
      Run ads as necessary. The use of local and regional newspapers is the primary tool to advertise a vacancy at a specific location. Projected plans are to continue directing ads at military personnel and other organization's that are experiencing or anticipating major cutbacks or reductions in personnel.

   c. Television/Radio/Internet: N/A

2. Health Care and Community Contacts/Resources:

   Place advertisements in Newsletters of the following Associations:

   - California Pharmacist Association
   - California Association of Hospitals and Health Systems
   - California Society of Hospital Pharmacist

3. Direct Mail:
   Mailing list will be obtained from the California Department of Consumer Affairs:
   - To contact all licensed pharmacists within California to inform them of CDC opportunties.

4. Colleges/Universities:
   Once a year visit and/or participate in recruitment activities answering questions handing out job related information at the following universities:

   a. University of Pacific (UOP)
   b. University of California, San Francisco (UCSF)
   c. University of Southern California (USC)

5. Conferences/Conventions/Job Fairs:
   California Pharmacist Association Conference (Sept. 1998)

Updated 3/13/98
Misc2Disk/12

RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

HEALTH CARE CLASSIFICATIONS

| Classification:<br><br>Registered Nurse, CF<br>Supervising Registered Nurse I, CF | Need:<br><br>_____Chronically Vacant<br>_____Mental Health Delivery System<br>_____New Institution<br>__X__Critical Individual Local Need |
|---|---|

1. Publicity/Advertising:
   a. Professional Medical Journals/Magazines
      Nurseweek, Nevada Nurse Association, Hispanic Nurse, Newsline for Nursing
      Other journals/magazines - RN Times, RN Magazine, Nursing Opportunities, and
      AJN could be used if the need arises.

   b. Newspapers/other publications (i.e. general minority)

      | | |
      |---|---|
      | American Nurses Credential Center | Riverside Press Enterprise |
      | Bakersfield Californian | Sacramento Bee |
      | Capitol Weekly | San Bernardino Co. Sun |
      | Fresno Bee | San Diego Union Tribune |
      | Nursing Boards in other states, (i.e., Nevada) | Vacaville Press |
      | Redding Record Searchlight | |

   c. Television/Radio/Internet
      CA Job Journal, if the need arises
      Nurseweek Internet
      Rural Health Council Internet
      State Personnel Board Internet

2. Health Care and Community Contacts/Resources:
   CA Nurses Association
   Board of Registered Nursing
   CA Youth Authority
   Department of Developmental Services and the Developmental Centers
   Department of Mental Health and the State Hospital
   Department of Health Services

3. Direct Mail:
   If the need arises, a listing can be obtained from the Board of Registered Nursing.
   A review of the names that are currently inactive on the Department's RN list of eligibles
   will be made. All names inactive and not hired will be contacted for possible
   reactivation.


4. Colleges/Universities:

Plan to attend:

CSU Chico Nursing Career Day, April 1999

Samuel Merritt College, May 1999

Additional Colleges will be contacted and a schedule will be developed to attend Nursing Career Days.

5. Conferences/Conventions/Job Fairs:

Plan to attend:

Nurse Week Career Fair, San Francisco, February 1999

Nurse Week Career Fair, Los Angeles, March 1999

American Nurses Association Convention, San Diego June 25, 1998

Updated 3/13/98
MiscDisk2/SRN

2-F 2

RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

HEALTH CARE CLASSIFICATIONS

| Classification: | Need: |
|---|---|
| Psychiatric Social Worker, CF | \_\_\_\_\_Chronically Vacant<br>\_\_X\_\_Mental Health Delivery System<br>\_\_\_\_\_New Institution<br>\_\_\_\_\_Critical Individual Local Need |

1. Publicity/Advertising:

    a. Professional Medical Journals/Magazines
       Calif. Society for Clinical Social Work
       Military Medical News
       National Assoc. of Social Work (NASW)
       NASW Bulletin Board

    b. Newspapers/other publications (i.e., general & minority)
       Fresno Bee                     San Bernardino Sun
       Orange County Register         San Diego Union
       Sacramento Bee                 Marin Independent Journal
       San Luis Obispo Telegram

    c. Television/Radio/Internet
       To be determined.

2. Health Care and Community Contacts/Resources:
       National Association of Social Workers
       California Department of Consumer Affairs
       California Society for Clinical Social Work

3. Direct Mail:
   Mailing labels for licensed Clinical Social Workers within California will be used to
   supplement other efforts.

4. Colleges/Universities:
   Schools with an MSW curriculum will be contacted and offered information relevant
   to the Psychiatric Social Worker classification.

5. Conferences/Conventions/Job Fairs
       Annual Latino Social Work Network
       NASW Annual Conference
       Annual Social Work Conference in the San Joaquin Valley

## RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

## HEALTH CARE CLASSIFICATIONS

| Classification: | Need: |
|---|---|
| Psychiatric Technician, Forensic Facility | _____Chronically Vacant<br>___X__Mental Health Delivery System<br>_____New Institution<br>___X__Critical Individual Local Need |

1. Publicity/Advertising:
   a. California Association of Psychiatric Technician (CAPT) will advertise in newsletter.

   b. Newspapers/other publications
      Sacramento Bee, Fresno Bee, LA Times and other major newspapers within the state.
      Newspapers serving small communities will be contacted to target vacancies at
      specific institutions.

   c. Television/Radio/Internet
      CAPT provides information regarding employment opportunities on the Internet.

2. Health Care and Community Contacts/Resources:
   CAPT employees:
   Keith Hearns and Candace Murch
   2000 O Street, Suite 250
   Sacramento, CA 95814
   (916) 329-9140 or 1-(800) 677-2278
   Fax (916) 329-9145
   http://www.psych-health.com

3. Direct Mail:
   As necessary CAPT will direct mail to members (state and private employees)
   announcing employment opportunities.

4. Colleges/Universities:
   Staff will establish contact with school program Directors and determine the best way
   to communicate our employment opportunities with students in these programs (i.e.,
   classroom presentations; mail materials; job fairs). The following are accredited
   Psychiatric Technician Schools in California:

   Atascadero School of Psychiatric Technology      Porterville College
   P.O. Box 7001                                    100 East College Avenue
   Atascadero, CA 93423-7001                        Porterville, CA 93257
   (808) 468-2375                                   (209) 791-2321

Cypress College
9200 Valley View Street
Cypress, CA 90630

Grossmont Health Occupations Center
9368 Oakbourne Road
Santee, CA 92071-2314
(619) 579-4780

Mission College
3000 Mission College Boulevard
Santa Clara, CA 95054
(408) 748-2750

Mount San Antonio College
1100 North Grand Avenue
Walnut, CA 91789
(909) 594-5611

Napa College
2277 Napa-Vallejo Highway
Napa, CA 94558
(707) 253-3000

Saddleback Community College
28000 Marguerite Parkway
Mission Viejo, CA 92692
(714) 582-4500

San Bernardino Valley College
701 South Mount Vernon Ave.
San Bernardino, CA 92410
(909) 888-6511

San Joaquin Delta College
5151 Pacific Avenue
Stockton, CA 95207
(209) 474-5502

Santa Rosa Junior College
1501 Mendocino Avenue
Santa Rosa, CA 95401
(707) 527-4272

Yuba College
2088 North Beale Road
Marysville, CA 95901
(916) 741-6959

5. Conferences/Conventions/Job Fairs:
   There are no activities identified for this classification at this time.

Updated 3/25/98
Misc2Disk/PT

## RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

## HEALTH CARE CLASSIFICATIONS

| Classification: | Need: |
|---|---|
| Recreation Therapist, CF | _____ Chronically Vacant<br> X Mental Health Delivery System<br> _____ New Institution<br> _____ Critical Individual Local Need |

1. Publicity/Advertising:
   a. Professional Medical Journals/Magazines
      Advance Magazine for Occupational Therapist
      California Park and Recreation Society
      Additional names of journals/magazines to be provided by Media Buying Service.

   b. Newspapers/other publications
      Capitol Weekly
      Regional Newspapers (i.e., LA Times; Sacramento Bee; San Francisco Chronicle; Fresno Bee)
      Local Newspapers (in the vicinity of institutions with vacancies)

   c. Television/Radio/Internet
      Military Bulletin Board Internet

2. Health Care and Community Contacts/Resources:
   County Parks and Recreation Departments throughout the State.

3. Direct Mail:
   Purchase mailing lists from available sources (i.e., California Park and Recreation Society).

4. Colleges/Universities:
   Continue to contact career counselors and request their assistance in posting job opportunities at various colleges/universities and provide interested students with job related information. Staff plans to attend programs at 10--15 of the larger Colleges/Universities.

5. Conferences/Conventions/Job Fairs:
   Attend Annual California and Pacific Southwest Recreation and Park Training Conference (March 1999).

Updated 3/16/98
Misc2Disk/2

## RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

## HEALTH CARE CLASSIFICATIONS

### (AFFIRMATIVE ACTION OUTREACH)

| Classification: | Need: |
|---|---|
| Various Classifications | _____Chronically Vacant<br>_____Mental Health Delivery System<br>_____New Institution<br>_____Critical Individual Local Need |

1. Publicity/Advertising:
   a. Professional Medical Journals/Magazines:
   American Medical Women's Association, Inc.
   801 N. Fairfax St., Suite 400
   Alexandria, VA 22314

   American Academy of Family Physicians
   8880 Ward Parkway
   Kansas City, Missouri 64114-2797
   (816)333-9700 ext. 5510

   Affirmative Action Register
   The National EEO Recruitment Publication
   Directed to Females, Minorities, Veterans, and Disabled
   8356 Olive Blvd.
   St. Louis, Missouri 631132
   (314)991-1335

   The Chicano/Latino Medical Association of California
   414 N. Boyle Ave.
   Los Angeles, CA 90033
   (213)268-5000 ext. 2394

   California Psychologist
   1022 G Street
   Sacramento, CA 95814

   b. Newspapers/other publications (i.e. general & minority):

   Asian Week                          Asian Week
   808 N. Spring St., #628             809 Sacramento St.
   Los Angeles, CA 90012               San Francisco, CA 94108

   Vida                                Philippine News
   3425 N. First St., #201             P.O. Box 2769
   Fresno, CA 93726                    S. San Francisco, CA 94083

   Korean Times                        Chinese Times
   141 N. Vermont Ave.                 686 Sacramento St.
   Los Angeles, CA 90004               San Francisco, CA 94111

Attachment 2-J

The New Korea
1368 W. Jefferson Blvd.
Los Angeles, CA 90007

Philippine-American News
3301 Beverly Blvd.
Los Angeles, CA 90004

Chinese Daily News
736 Monterey Pass Rd.
Monterey Park, CA 91754

La Opinion
411 W. 5th St.
Los Angeles, CA 90013

The Japan Times
5750 Wilshire Blvd., #287
Los Angeles, CA 90036

Southern Calif. Publishing Co.-South
2100 W. Beverly Blvd.
Montebello, CA 90640

Philippine News
1052 W. 6th St., #420
Los Angeles, CA 90017

Northeast Publications
3590 E. 1st St.
Los Angeles, CA 90033

Eastern Group
2912 E. Brooklyn
Los Angeles, CA 90033

Noticias Del Mundo
1301 W. 2nd St.
Los Angeles, CA 90026

La Prensa
1950 Fifth Ave.
San Diego, CA 92101

Ahora Now
675 E. San Ysidro Blvd.
San Diego, CA 92173

Black Enterprise (212)886-9554

Native American Professionals

Equal Opportunity

Working Woman Magazine (212) 551-9354

Moderna (Latina Magazine)

Hispanic Nurse

Hispanic Business

Hispanic Magazine

The Black Collegian

Hispanic Alliance for Career Enhancement

LULAC Career Development Guide (League of United Latin American Citizens)

NAACP (National Association for the Advancement of Colored People)

c.  Television/Radio/Internet-Web Pages/Job Bank:

"Woman Aware"
KSFN -TV (Channel 30)
1777 G St.
Fresno, CA 93706

"Women Today"
KSEE-TV (Channel 24)
P.O. Box 24000
Fresno, CA 93779

"La Communidad"
KSEE-TV (Channel 24)
P.O. Box 12907
Fresno, CA 93779

"Perspectives: Women"
KSEE-TV (Channel 24)
P.O. Box 24000
Fresno, CA 93779

The Universal Black Pages
www.ubp.com

Hispanic Online
www.hisp.com

Rural Health Policy Council
1600 9th St. Ste. 439C
Sacramento, CA 95814

2. Health Care and Community Contacts/Resources: N/A

3. Direct Mail: N/A

4. Colleges:
Howard University
2400 Sixty St., N.W.
Washington, DC 20059
(202)636-6100

Morehouse College
223 Chestnut St., S.W.
Atlanta, GA 30314
(404)681-2800

Spelman College
350 Spelman Ln., S.W.
Atlanta, GA 30314

Dominican College of San Rafael
San Rafael, CA

Fresno School of Psychology
Fresno, CA

5. Conferences/Conventions/Organizations/Job Fairs:

Latino Social Work Network
C/O Victor Cota, Ph.D.
14180 Beach Blvd., Suite 113
Westminster, CA 92683
(714)896-7556

Japanese American Citizens League
Pacific Southwest Region
244 S. San Pedro, #504
Los Angeles, CA 90012

Chinese for Affirmative Action
17 Walter U. Lum Pl.
San Francisco, CA 94108

N.A.A.C.P.
7560 Collingwood Way
Sacramento, CA 95822

Tiempo Latino
870 Market St., #952
San Francisco, CA 94102

Las Mujeres
5338 E. Beverly Blvd.
Los Angeles, CA 90022

Asian Pacific State Employees Assoc.
P.O. Box 22909
Sacramento, CA 95822

Filipino American State Employee Assoc.
P.O. Box 2284
Sacramento, CA 95812

Black Advocates in State Service
P.O. Box 1596
Sacramento, CA 95807

Filipino Social Workers/Counselors Assoc.
562 E. J St.
Chula Vista, CA 92010

Association of Black Psychologists
(202)722-0808

American Indian State Employee Assoc.
P.O. Box 2826
Sacramento, CA 95814

California Indian Manpower Consor.
429 N. Brand Ave.
Glendale, CA 91209

Indian Centers Inc. of Los Angeles
1111 W. Washington Blvd.
Los Angeles, CA 90015

N.A.A.C.P.
595 Lincoln Ave., #103
Pasadena, CA  91103

International Council of Nurses

National Assoc. of Black Social Workers
Detroit, MI
(313)862-6700, (212)383-1772

National Black Nurses Assoc.
New York, NY
(202)393-6870

LA County Filipino American Employees Assoc.
P.O. Box 17074
Los Angeles, CA  90017

Natl Assoc of Negro Business and Professional Women's Club
New York, NY
(202)483-4206

Misc:Disk/2J

Attachment 2-K

## RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

## HEALTH CARE CLASSIFICATIONS

| Classification: | Need: |
|---|---|
| Dentist | _____ Chronically Vacant<br>_____ Mental Health Delivery System<br>_____ New Institution<br>__X__ Critical Individual Local Need |

1. Publicity/Advertising:
   a. Component Dental Societies of the California Dental Association (CDA)

   | | |
   |---|---|
   | Alameda County Dental Society | Redwood Empire Dental Society |
   | Berkeley Dental Society | Sacramento District Dental Society |
   | Butte-Sierra Dental Society | San Diego County Dental Society |
   | Central Coast Dental Society | San Fernando Valley Dental Society |
   | Contra Costa Dental Society | San Francisco Dental Society |
   | Fresno-Madera Dental Society | San Gabriel Valley Dental Society |
   | Harbor Dental Society | San Joaquin Dental Society |
   | Humboldt-Del Notre Dental Society | San Mateo County Dental Society |
   | Kern County Dental Society | Santa Barbara Ventura County Dental Society |
   | Los Angeles Dental Society | Santa Clara County Dental Society |
   | Marin County Dental Society | Southern Alameda County Dental Society |
   | Mid-Peninsula Dental Society | Stanislaus Dental Society |
   | Monterey Bay Dental Society | Tri-County Dental Society |
   | Napa-Solano Dental Society | Tulare-Kings County Dental Society |
   | Northern California Dental Society | Western Dental Society |
   | Orange County Dental Society | Yosemite Dental Society |

Note: The above publications will be used periodically as local needs arise.

   b. Newspapers/other publications:
   Advertise in local and regional newspapers and professional publications (i.e., California Dental Association Newsletter). Staff plans to continue advertising with the military and other organizations that are experiencing or anticipating major cutbacks or reductions in staff.

2. Health Care and Community Contacts/Resources:
   California Dental Association - place advertisements in Newsletters

3. Direct Mail:
   a. Obtain mailing lists from the California Department of Consumer Affairs, CDA, and various Dental Societies as needs arise.

4. Colleges/Universities:
   Conduct periodic visits or participate in recruitment activities (i.e., answer questions, distribute informational hand outs, and other job related materials at the following universities); and provide materials to be distributed to graduating seniors:

   | | | |
   |---|---|---|
   | a. Loma Linda University | c. | University of Southern California |
   | b. University of California, San Francisco | d. | University of California, LA |

2-K 1

Attachment 2-K

5. Conferences/Conventions/Job Fairs:
   California Dental Association Conference (April 1999)

## RECRUITMENT TECHNIQUES/ACTIVITIES FOR SPECIFIC

## HEALTH CARE CLASSIFICATIONS

| Classification: | Need: |
|---|---|
| Physical Therapist, Correctional Facility | _____Chronically Vacant<br>_____Mental Health Delivery System<br>_____New Institution<br>_____Critical Individual Local Need<br>__X__New Positions |

1. Publicity/Advertising:
   a. California Chapter of the American Physical Therapy Association
      Media kits have been requested for review by staff.

   b. Newspapers/other publications
      Sacramento Bee, Fresno Bee, LA Times and other major newspapers within the state.
      Newspapers serving small communities will be contacted to target vacancies at
      specific institutions.

   c. Television/Radio/Internet:  To be determined

2. Health Care and Community Contacts/Resources:
   American Physical Therapy Association
   (916) 929-2782

3. Direct Mail:
   As necessary, mailing labels will be purchased from the Department of Consumer
   Affairs.  (916) 263-2550

4. Colleges/Universities:
   Information is being researched regarding schools within the state that offer a physical
   therapist curriculum.

5. Conferences/Conventions/Job Fairs:
   Information is being researched regarding schools within the state that offer a physical
   therapist curriculum.

Note:  In March 1998 staff learned that the Department received ten Physical Therapist
   positions in the following institutions:  Avenal, CCWF, CIM, CMF, COR, SATF,
   HDSP, PVSP, SVSP, and VSPW.  Staff is now in the process of researching various
   recruitment options available to us.

MEDICAL EXAMINATIONS (Fast Track)
Exam Schedule for Fiscal Year 1998/99

Attachment

| EXAMINATION | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chief Medical Officer | | 8/7/98 | | 10/2/98 | | | | | 3/5/99 | | 5/14/99 | |
| Chief Physician & Surgeon | | | | | | | | | | | | |
| Chief Psychiatrist | 7/3/98 | | 9/11/98 | | 11/6/98 | | | 2/5/99 | | 4/2/99 | | 6/4/99 |
| Chief Psychologist | 7/24/98 | | | | | | | | | | | |
| Health Records Tech II (Specialist) | 7/10/98 | | | | | | | | | | | |
| Health Records Tech III (Supervisor) | 7/10/98 | | | | | | | | | | | |
| Nurse Consultant I | | | | | 11/13/98 | | | | | | 5/21/99 | |
| Pharmacist I | | | | | | | | | 3/19/99 | | | |
| Pharmacist II | | | | | | | 1/8/99 | | | | | |
| Physician & Surgeon | | 8/14/98 | | | | | | 2/12/99 | | 4/9/99 | | |
| Psychiatric Social Worker | | | 9/18/98 | | | | 1/22/99 | | | | 5/7/99 | |
| Psychologist | | 8/20/98 | | 10/16/98 | | | | 2/19/99 | | | | 6/4/99 |
| Public Health Nurse I | | | | | 11/13/98 | | | | | 4/23/99 | | |
| Recreation Therapist | | | | | | | | | | | | |
| Registered Nurse | | | 9/25/98 | | | 12/11/98 | | | 3/12/99 | | | |
| Senior Psychiatrist (Specialist) | | 8/21/98 | | 10/30/98 | | | | 2/26/99 | | | 6/11/99 | |
| Senior Psychiatrist (Supervisor) | | 8/21/98 | | 10/30/98 | 11/27/98 | | | 2/26/99 | | | 5/14/99 | |
| Senior Psychologist (Specialist) | | 8/21/98 | | | | | | | | | | |
| Senior Psychologist (Supervisor) | | 8/21/98 | | | 11/27/98 | | | | 3/26/99 | | | |
| Staff Psychiatrist | 7/31/98 | | | | | 12/4/98 | 1/18/99 | | | | | |
| Standards Compliance Coordinator | | | 9/4/98 | | | | | | | | | |
| Supervising RN II | | | | | | | | | | | | |

NOTE: Dates indicated = Cut Off Date for applications



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,           No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

      Defendants.        ORDER

       /

      The special master has submitted his first monitoring report on defendants' compliance with the plans, policies and protocols provisionally approved by this court on June 27, 1997. The special master identifies some system-wide deficiencies in defendants' compliance and recommends several orders to address those deficiencies. Plaintiffs have filed objections to the report, and defendants have filed a reply to plaintiffs' objections. After review of the special master's report and the parties' briefs filed in connection therewith, and good cause appearing therefore, IT IS HEREBY ORDERED that:

      1. Within sixty days from the date of this order, defendants shall submit to the special master and file with the court evidence demonstrating that they have improved both the quality and quantity of contracted psychiatric services and/or that they have implemented their recruitment program sufficiently to fill vacancies in presently authorized clinical positions.

94 B

1

1          2. Within sixty days from the date of this order, defendants shall submit to the

2    special master and file with the court a written statement of the California Department of

3    Corrections' department-wide policy on the relationship between the use of force against

4    seriously mentally ill inmates and general departmental policies on the use of 37mm weapons,

5    OC gas, and cell extractions. Said written statement shall be accompanied by appropriate

6    evidence of the existence of such a policy.

7          3. The reporting schedule contained in the June 27, 1997 order is modified as

8    follows:

9              a. On or before September 1, 1998, the special
               master shall conduct and report on a survey of the
10             extent to which the inmate population incarcerated
               prior to mid-1994 has received a mental health
11             screening;

12             b. On or before November 15, 1998, the special
               mater shall file recommendations for staffing ratios;

13
               c. On or before December 31, 1998, the special
14             master shall file recommendations on involuntary
               medications, on any proposed changes in the
15             delivery of mental health care services in
               administrative segregation, and on the use of a
16             computerized identifier code for seriously mentally
               disordered inmates.

17         4. Within thirty days from the date of this order, the special master shall file with

18    the court a recommended schedule for implementation of defendants' quality assurance plans.

19         5. The deadlines set in this order will be strictly enforced and no extensions of

20    time will be granted except on a showing of exceptional cause.

21    DATED: June 15, 1998.

22

23

24                                          LAWRENCE K. KARLTON
25                                       -  CHIEF JUDGE EMERITUS
                                            UNITED STATES DISTRICT COURT
26

United States District Court
for the
Eastern District of California
June 16, 1998

\* \* CERTIFICATE OF SERVICE \* \*

2:90-cv-00520

Coleman

v.

Reagan

_____

, the undersigned, hereby certify that I am an employee in the Office of
he Clerk, U.S. District Court, Eastern District of California.

hat on  June 16, 1998, I SERVED a true and correct copy(ies) of
he attached, by placing said copy(ies) in a postage paid envelope
ddressed to the person(s) hereinafter listed, by depositing said
nvelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
elivery receptacle located in the Clerk's office.

        Donald Specter               SJ/LKK
        Prison Law Office
        General Delivery
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Bruce Michael Slavin
        Attorney General's Office of the State of California
        50 Fremont Street
        Suite 300
        San Francisco, CA  94105-2239

        J Michael Keating Jr
        Christopher H Little & Associates
        50 S Main St
        Providence, RI  02903

Edmund F Brennan
United States Attorney
555 Capitol Mall
Suite 1550
Sacramento, CA  95814


                                    Jack L. Wagner, Clerk

                              BY:   _____
                                    Deputy Clerk

Case Name:  Coleman, et al. v. Wilson, et al.

No.:  CIV S-90-0520 LKK JFM P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 14, 1998</u>, I placed the attached

   **DEFENDANTS' SUBMITTAL IN RESPONSE TO JUNE 16, 1998 ORDER**

in the internal mail collection system at the Office of the Attorney General, 50 Fremont Street, Room 300, San Francisco, California 94105, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage fully postpaid, addressed as follows:

DONALD SPECTER
PRISON LAW OFFICE
GENERAL DELIVERY
SAN QUENTIN, CA 94964

MICHAEL W. BIEN
ROSEN, BIEN & ASARO
155 MONTGOMERY ST., 8TH FLOOR
SAN FRANCISCO, CA 94104

HELLER, ERHMAN, WHITE & McAULIFFE
RICHARD L. GOFF
701 FIFTH AVENUE
SEATTLE, WA 98104

WARREN E. GEORGE
McCUTHCEN, DOYLE, BROWN & ENERSEN
THREE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111

ELAINE FIENGOLD
DISABILITY RIGHTS AND EDUCATION
DEFENSE FUND
2212 6th STREET
BERKELEY, CA 94710

J. MICHAEL KEATING JR.
LITTLE BULMAN & REARDON, P.C.
THE JOSEPH BROWN HOUSE
50 S MAIN STREET
PROVIDENCE, RI 02903

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on August 14, 1998 at San Francisco, California.

<u>     R. Torres </u>                          <u>                    </u>
                                                    Signature