FILED

AUG 25 1998

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                  No. CIV S-90-0520 LKK/JFM P

    vs.

PETE WILSON, et al.,                O R D E R

       Defendants.
_____/

    In accordance with this court's order filed June 16, 1998, defendants have submitted evidence to the court concerning their staffing efforts and their policy concerning the use of force on mentally disordered inmates.

    Good cause appearing, IT IS HEREBY ORDERED that within thirty (30) days from the date of this order the Special Master shall report to the court on the adequacy of defendants' staffing efforts and their policy concerning the use of force on seriously

////
////
////

1

*968*

1 | mentally disordered inmates, as evidenced by the material filed
2 | with the court in response to the June 16, 1998 order.
3 |     IT IS SO ORDERED.
4 |     DATED: August 24, 1998.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
August 25, 1998

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 25, 1998, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter                          SJ/LKK
Prison Law Office
General Delivery                        CF/JFM
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Bruce Michael Slavin
Attorney General's Office of the State of California
50 Fremont Street
Suite 300
San Francisco, CA   94105-2239

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI   02903

Edmund F Brennan
United States Attorney
555 Capitol Mall
Suite 1550
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk

Case 2:90-cv-00520-KJM-SCR   Document 968   Filed 08/25/98   Page 4 of 4