IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

vs.

PETE WILSON, et al.,
    Defendants.

No. CIV S-90-0520 LKK JFM P

FILED
NOV - 5 1998
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## ORDER

The special master in this case has submitted a request for approval of appointment of staff. The special master seeks approval of Barbara L. Cotton and Paul Nicoll as assistant special masters, with said assistant special masters to be compensated at an hourly rate of seventy-five dollars ($75.00) for travel time and otherwise at an hourly rate of one hundred and thirty dollars ($130.00), plus reasonable expenses.

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.    The special master's request for approval of staff is GRANTED;

2.    The special master is authorized to appoint Barbara L. Cotton and Paul Nicoll as assistant special masters to perform the duties set forth in the Special Master's Request for Appointment of Expert and Staff, filed April 1, 1998, and to be compensated at the rate set forth therein.

DATED: 11/3/98

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

#50127396 v1 - LOPESMA - %#J_011.DOC - 9999/1

United States District Court
for the
Eastern District of California
November 5, 1998

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 5, 1998, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter                           SJ/LKK
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
50 Fremont Street
Suite 300
San Francisco, CA  94105-2239

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI  02903

Edmund F Brennan
United States Attorney
555 Capitol Mall
Suite 1550
Sacramento, CA  95814

                                            Jack L. Wagner, Clerk

BY: _____
              Deputy Clerk