FILED

| 9 1998

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

     vs.

PETE WILSON, et al.,

        Defendants.          ORDER

_____/

        The special master has submitted his second monitoring report on defendants'
compliance with the plans, policies and protocols provisionally approved by this court on June
27, 1997. The special master identifies some system-wide deficiencies in defendants'
compliance and recommends orders to address those deficiencies. Neither party has filed
objections to the report. After review of the special master's report and good cause appearing
therefore, IT IS HEREBY ORDERED that:

        1. Within thirty days from the date of this order, defendants shall submit to the
special master detailed plans for addressing effectively the causes of service delivery deficiencies
at California Rehabilitation Center, Mule Creek State Prison, Salinas Valley State Prison, and
Wasco State Prison, with attention to administrative leadership, staffing, custody and mental
health staff relations, training, records compilation and maintenance, medications management,

991

1  and management information systems.  The plans shall target the delivery within ninety days of

2  the full complement of mental health services required in the Program Guides to all inmates on

3  the mental health caseload.

4              2.  Within thirty days from the date of this order, defendants shall submit to the

5  special master plans to address the following problems identified by the special master:

6  inappropriate use of the Deuel Vocational Institution infirmary for mental health crisis bed

7  patients; coordination of mental health services for California Rehabilitation Center inmates in

8  administrative segregation at California Institution for Men and California Institution for

9  Women; and heat problems at California State Prison-Solano.

10  DATED:  November 17, 1998.

11

12

13                                      LAWRENCE K. KARLTON
                                        CHIEF JUDGE EMERITUS
14                                      UNITED STATES DISTRICT COURT

15

16

17

18

19

20

21

22

23

24

25

26

                                           2

United States District Court
for the
Eastern District of California
November 19, 1998


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

    v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  November 19, 1998, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.


    Donald Specter               SJ/LKK
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Bruce Michael Slavin
    Attorney General's Office of the State of California
    50 Fremont Street
    Suite 300
    San Francisco, CA  94105-2239

    J Michael Keating Jr
    Christopher H Little & Associates
    50 S Main St
    Providence, RI  02903

    Edmund F Brennan
    United States Attorney
    555 Capitol Mall
    Suite 1550
    Sacramento, CA  95814