```
 1  BILL LOCKYER
    Attorney General
 2  PETER J. SIGGINS
    Senior Assistant Attorney General
 3  MORRIS LENK
    Supervising Deputy Attorney General
 4  BRUCE M. SLAVIN
    Deputy Attorney General
 5  State Bar No. 115192
      50 Fremont St., Room 300
 6    San Francisco, CA  94105
      Telephone:  (415) 356-6048
 7  Attorneys for Defendants
```



ORIGINAL FILED
JAN 19 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

LODGED
JAN 8 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV S-0520 LKK JFM P |
| Plaintiffs, | ORDER [PROPOSED] |
| v. | |
| PETE WILSON, et al., | |
| Defendants. | |

On December 9, 1998, this Court heard plaintiffs' objections to the Report of the Special Master on Staffing and the Use of Force ["Report"]. The plaintiffs sought to modify the Report to require the defendants to fill all vacant mental health staff positions within 90 days and to limit the use of contract care providers. Plaintiffs' objections having been considered and the arguments of the parties having been heard,

IT IS HEREBY ORDERED that plaintiffs' objections are overruled and the Report of the Special Master is adopted by the Court. The specific recommendations adopted are as follows:

1010

**STAFFING**

1.  The special master should monitor the use of contracted psychiatric services during his current round of review and include findings and recommendations on this issue in his report due at the end of the 1998 calendar year. In the meantime, the defendants need to continue to press their efforts to fill authorized staff psychiatrist positions.

2.  The master should also monitor the defendants' continuing recruitment efforts to fill other clinical vacancies, especially those among psych social workers, and include a report to the court on these efforts in his next regularly scheduled filing.[1]

**USE OF FORCE**

1.  The defendants need to add to the policy memorandum some standard to guide custody personnel in reaching a decision to override a medical recommendation relative to the use of force against seriously mentally disordered inmates.

2.  The defendants need to disseminate and implement the policy.

IT IS FURTHER ORDERED that defendants are to report to the Special Master 90 days from the date of this order on the progress they have made in filling vacant mental health staff

---

[1]. Recommendations 3 and 4 on staffing pertained to defendants' efforts to pay recruitment and retention bonuses to mental health clinicians. The Court was informed by the defendants at the hearing on this matter that those bonuses have been approved and are scheduled to go into effect on approximately January 1, 1999. Therefore, the Court does not now need to adopt those recommendations.

1 | positions. The Special Master shall report to the Court within
2 | 30 days after receipt of the defendants' report regarding the
3 | success of the defendants in filling vacant mental health staff
4 | positions. Either party may file objections with the Court
5 | within 30 days after service of the report.

DATED: 1/14/99

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

Approved as to form:

DATED:

3

United States District Court
for the
Eastern District of California
January 19, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  January 19, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

```
Donald Specter                              SJ/LKK
Prison Law Office
General Delivery                            CF/JFM
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Bruce Michael Slavin
Attorney General's Office of the State of California
50 Fremont Street
Suite 300
San Francisco, CA   94105-2239

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI   02903

Edmund F Brennan
United States Attorney
555 Capitol Mall
Suite 1550
Sacramento, CA   95814
```

Jack L. Wagner, Clerk

by: Deputy Clerk