

1  BILL LOCKYER
   Attorney General
2  DAVID P. DRULINER
   Chief Assistant Attorney General
3  MORRIS LENK, Acting
   Senior Assistant Attorney General
4  BRUCE M. SLAVIN
   Supervising Deputy Attorney General
5  State Bar No. 115192
     50 Fremont St., Room 300
6    San Francisco, CA  94105
     Telephone:  (414) 356-6048
7  Attorneys for Defendants

8

9

10

11

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

12  RALPH COLEMAN, et al.,                No. CIV S-0520 LKK JFM P

13                         Plaintiffs,    STIPULATION AND ORDER FOR
                                          AN EXTENSION OF TIME FOR
14       v.                               THE FILING OF THE SPECIAL
                                          MASTER'S REPORTS ON
15  PETE WILSON, et al.,                  STAFFING AND
                                          ADMINISTRATIVE
16                         Defendants.    SEGREGATION

17

18

19       On November 17, 1998, the Special Master served the

20  parties with his Recommendations for Staffing Ratios.  On January

21  4, 1999, he served on the parties the Special Master's

22  Recommendations on Administrative Segregation, Involuntary

23  Medications and Identifier Coding.  Because the parties have been

24  engaged in negotiations on these issues, the Court has extended

25  the time for filing objections to the reports and directed that

26  the objections be sent to the Special Master for his

27  consideration.  Most recently, on February 4, 1999, the Court

108

1

1   extended the time for filing objections to both reports to March

2   1, 1999, with the Special Master to file his reports within 30

3   days after the service of the parties' objections.

4   　　The parties have continued to meet with the Special Master

5   regarding the issues set forth in these reports.  The parties and

6   the Special Master last met on February 22, 1999.  Defendants

7   represented at that time that they expected to have more specific

8   information   regarding   both   staffing   and   administrative

9   segregation issues by approximately April 2, 1999.

10   　　Because the plaintiffs wish to review defendants' plans

11   and the parties wish to provide the opportunity for the Special

12   Master to incorporate the plans and any comments of the parties

13   in his report, the parties, through their respective attorneys,

14   hereby stipulate as follows:

15   \\\

16   \\\

17   \\\

18   \\\

19   \\\

20   \\\

21   \\\

22   \\\

23   \\\

24   \\\

25   \\\

26   \\\

27   \\\

1       The defendants will provide plaintiffs and the Special

2  Master with specific information regarding their plans for

3  increased staffing and the provision of mental health care to

4  inmates in administrative segregation as soon as such plans are

5  available.  If such plans will not be forthcoming within a few

6  days after April 2, 1999, defendants will so notify the

7  plaintiffs' counsel and the special master.  The Special Master

8  will then issue a single report by April 15, 1999, addressing

9  both staffing and administrative segregation.  The parties will

10  have 30 days after service of the report to file objections with

11  the Court.

12       Dated:  March 4, 1999.

BRUCE M. SLAVIN
Deputy Attorney General
13                                        Attorneys for Defendants

14       Dated:  March 4, 1999.

15                                        MICHAEL W. BIEN
Attorneys for Plaintiffs

16

17       GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY SO ORDERED.

18       Dated:  March 15, 1999.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
19                                        UNITED STATES DISTRICT COURT

20

21

22

23

24

25

26

27

DECLARATION OF SERVICE

Case Names:  Coleman, et al. v. Wilson, et al.;

Nos.        CIV S-90-0520 LKK

I declare:

I am employed in the Office of the Attorney General, which is the
office of a member of the Bar of this Court at which member's
direction this service is made.  I am familiar with the business
practice at the Office of the Attorney General for collection and
processing of correspondence for mailing with the United States
Postal Service.  In accordance with that practice, correspondence
placed in the internal mail collection system at the Office of
the Attorney General is deposited with the United States Postal
Service that same day in the ordinary course of business.

On March 5, 1999, I placed the attached

          STIPULATION AND ORDER FOR AN EXTENSION OF
          TIME FOR THE FILING OF THE SPECIAL MASTER'S
          REPORTS ON STAFFING AND ADMINISTRATIVE
          SEGREGATION

in the internal mail collection system at the Office of the
Attorney General, 50 Fremont Street, Room 300, San Francisco,
California 94105, for deposit in the United States Postal Service
that same day in the ordinary course of business, in a sealed
envelope, postage fully postpaid, addressed as follows:


DONALD SPECTER                    MATTHEW A. LOPES, JR.
PRISON LAW OFFICE                 BROWN RUDNICK FREED & GESMER, LTD.
GENERAL DELIVERY                  ONE PROVIDENCE WASHINGTON PLAZA
SAN QUENTIN, CA 94964             PROVIDENCE, RHODE ISLAND 02903

MICHAEL W. BIEN                   J. MICHAEL KEATING JR.
ROSEN, BIEN & ASARO               LITTLE BULMAN & REARDON, P.C.
155 MONTGOMERY ST., 8TH FLOOR     THE JOSEPH BROWN HOUSE
SAN FRANCISCO, CA  94104          50 S MAIN STREET
                                  PROVIDENCE, RI  02903

                                  ALLEN BREED
                                  P. O. BOX 698
                                  SAN ANDREAS CA  95249


I declare under penalty of perjury the foregoing is true and
correct and that this declaration was executed on March 5, 1999
at San Francisco, California.



     R. Torres                              _____
                                            Signature

United States District Court
for the
Eastern District of California
March 16, 1999


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 16, 1999, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.


     Donald Specter               SJ/LKK
     Prison Law Office
     General Delivery             CF/JFM
     San Quentin, CA  94964

     Michael W Bien
     Rosen Bien and Asaro
     155 Montgomery Street
     Eighth Floor
     San Francisco, CA  94104

     Bruce Michael Slavin
     Attorney General's Office of the State of California
     50 Fremont Street
     Suite 300
     San Francisco, CA  94105-2239

     J Michael Keating Jr
     Christopher H Little & Associates
     50 S Main St
     Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


                                        Jack L. Wagner, Clerk

                                BY: _____
                                    Deputy Clerk