FILED

MAR 2 2 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,        No. CIV S-90-0520 LKK JFM P

vs.

PETE WILSON, et al.,

    Defendants.       ORDER

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of February 1999.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Christopher H. Little & Associates, P.C.
50 South Main Street
Providence, Rhode Island 02903

the amount of $152,656.33 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: March 22, 1999.

                            UNITED STATES MAGISTRATE JUDGE

JFM:hg
cole99.feb

1020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,　　　　　　　:
　　　　Plaintiffs,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　 :
v.　　　　　　　　　　　　　　　　　 :　　No. Civ. S-90-0520 LKK JFM P
　　　　　　　　　　　　　　　　　　 :
PETE WILSON, et al.,　　　　　　　　:
　　　　Defendants　　　　　　　　　 :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 1999.

　　　J. Michael Keating, Jr., Master
　　　　　　Services　　　　　　　　　$ 18,510.00
　　　　　　Disbursements　　　　　　　　3,608.34
　　　　　　　　Total amount due　　　　　　　　　　　$ 22,118.34

　　　Norma P. D'Apolito
　　　　　　Services　　　　　　　　　$ 16,847.50
　　　　　　　　　　　　　　　　　　　　　　　　0

　　　　　　　　Total amount due　　　　　　　　　　　$ 16,847.50

　　　Matthew A. Lopes, Jr.
　　　　　　Services　　　　　　　　　$  9,975.00
　　　　　　Disbursements　　　　　　　 12,675.81

　　　　　　　　Total amount due　　　　　　　　　　　$ 22,650.81

　　　Paul Nicoll
　　　　　　Services　　　　　　　　　$ 15,880.50
　　　　　　Disbursements　　　　　　　　　　　　0

　　　　　　　　Total amount due　　　　　　　　　　　$ 15,880.50

　　　Jeffrey L. Metzner, M.D., P.C.
　　　　　　Services　　　　　　　　　$ 10,125.00
　　　　　　Disbursements　　　　　　　　2,296.45
　　　　　　　　Total amount due　　　　　　　　　　　$ 12,421.45

　　　Patricia Murphy Williams
　　　　　　Services　　　　　　　　　$  4,836.00
　　　　　　Disbursements　　　　　　　　1,315.57
　　　　　　　　Total amount due　　　　　　　　　　　$  6,151.57

　　　Howard H. Fenn, M.D.
　　　　　　Services　　　　　　　　　$  7,500.00
　　　　　　Disbursements　　　　　　　　　483.00

　　　　　　　　Total amount due　　　　　　　　　　　$  7,983.00

```
Barbara Cotton
     Services                              $  5,460.00
     Disbursements                              311.84

          Total amount due                                $  5,771.84

Law Office of Donna Brorby (Donna Brorby & Ginny Morrison)
     Services                              $ 13,698.50
     Disbursements                               32.64

          Total amount due                                $ 13,731.14

California Planners
     Services                              $  5,369.50
     Disbursements                              449.53

          Total amount due                                $  5,819.03

Kerry C. Hughes, M.D.
     Services                              $ 19,125.00
     Disbursements                            4,156.15

          Total amount due                                $ 23,281.15

     TOTAL AMOUNT TO BE REIMBURSED                        $152,656.33
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*/s/ J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
March 22, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 22, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

   Donald Specter
   Prison Law Office
   General Delivery
   San Quentin, CA  94964

   Michael W Bien
   Rosen Bien and Asaro
   155 Montgomery Street
   Eighth Floor
   San Francisco, CA  94104

   Bruce Michael Slavin
   Attorney General's Office of the State of California
   50 Fremont Street
   Suite 300
   San Francisco, CA  94105-2239

   J Michael Keating Jr
   Christopher H Little & Associates
   50 S Main St
   Providence, RI  02903

   Edmund F Brennan
   United States Attorney
   501 I Street
   Suite 10-100
   Sacramento, CA  95814

CF/JFM

FINANCIAL DEPARTMENT

Jack L. Wagner, Clerk

by: Deputy Clerk