ORIGINAL

BILL LOCKYER
Attorney General
DAVID P. DRULINER
Chief Assistant Attorney General
MORRIS LENK, Acting
Senior Assistant Attorney General
BRUCE M. SLAVIN
Supervising Deputy Attorney General
State Bar No. 115192
50 Fremont St., Room 300
San Francisco, CA 94105
Telephone: (414) 356-6048
Attorneys for Defendants




LODGED
APR 6 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFOR
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**PETE WILSON, et al.,**<br>Defendants. | No. CIV S-90-0520 LKK JFM P<br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR THE FILING OF THE SPECIAL MASTER'S REPORTS ON STAFFING AND ADMINISTRATIVE SEGREGATION** |

On November 17, 1998, the Special Master served the parties with his Recommendations for Staffing Ratios. On January 4, 1999, he served on the parties the Special Master's Recommendations on Administrative Segregation, Involuntary Medications and Identifier Coding. Because the parties have been engaged in negotiations on these issues, the Court has extended the time for filing objections to the reports and directed that the objections be sent to the Special Master for his consideration. On February 4, 1999, the Court extended the time

1021

for filing objections to both reports to March 1, 1999, with the Special Master to file his reports within 30 days after the service of the parties' objections. On March 16, 1999, the court extended the time for the Special Master to issue a single report on administrative segregation and staffing to April 15, 1999. Defendants were to submit specific information regarding their plans on or about April 2, 1999.

On March 31, 1999, counsel for defendants contacted the Special Master and counsel for plaintiffs to inform them that an additional period of time was required for defendants to finalize and obtain approval for their plans.

Because the plaintiffs wish to review defendants' plans and the parties wish to provide the opportunity for the Special Master to incorporate the plans and any comments of the parties in his report, the parties, through their respective attorneys, hereby stipulate as follows:

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

The defendants will provide plaintiffs and the Special Master with specific information regarding their plans for increased staffing and the provision of mental health care to inmates in administrative segregation on or before April 19, 1999. If such plans will not be forthcoming by that date, defendants will so notify the plaintiffs' counsel and the Special Master. The Special Master will then issue a single report by April 30, 1999, addressing both staffing and administrative segregation. The parties will have 30 days after service of the report to file objections with the Court.

Dated: April 5, 1999.

BRUCE M. SLAVIN
Deputy Attorney General
Attorneys for Defendants

Dated: April 5, 1999.

MICHAEL W. BIEN
Attorneys for Plaintiffs

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY SO ORDERED.

Dated: April __, 1999.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

The defendants will provide plaintiffs and the Special Master with specific information regarding their plans for increased staffing and the provision of mental health care to inmates in administrative segregation on or before April 19, 1999. If such plans will not be forthcoming by that date, defendants will so notify the plaintiffs' counsel and the Special Master. The Special Master will then issue a single report by April 30, 1999, addressing both staffing and administrative segregation. The parties will have 30 days after service of the report to file objections with the Court.

Dated: April 5, 1999.

BRUCE M. SLAVIN
Deputy Attorney General
Attorneys for Defendants

Dated: April 5, 1999.

MICHAEL W. BIEN
Attorneys for Plaintiffs

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY SO ORDERED.

Dated: April 8, 1999.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

DECLARATION OF SERVICE

Case Names: Coleman, et al. v. Wilson, et al.;

Nos. CIV S-90-0520 LKK JFM P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 5, 1999, I placed the attached

STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR THE FILING OF THE SPECIAL MASTER'S REPORTS ON STAFFING AND ADMINISTRATIVE SEGREGATION

in the internal mail collection system at the Office of the Attorney General, 50 Fremont Street, Room 300, San Francisco, California 94105, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage fully postpaid, addressed as follows:

DONALD SPECTER
PRISON LAW OFFICE
GENERAL DELIVERY
SAN QUENTIN, CA 94964

MICHAEL W. BIEN
ROSEN, BIEN & ASARO
155 MONTGOMERY ST., 8TH FLOOR
SAN FRANCISCO, CA 94104

MATTHEW A. LOPES, JR.
BROWN RUDNICK FREED & GESMER, LTD.
ONE PROVIDENCE WASHINGTON PLAZA
PROVIDENCE, RHODE ISLAND 02903

J. MICHAEL KEATING JR.
LITTLE BULMAN & REARDON, P.C.
THE JOSEPH BROWN HOUSE
50 S MAIN STREET
PROVIDENCE, RI 02903

ALLEN BREED
P. O. BOX 698
SAN ANDREAS CA 95249

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on April 5, 1999 at San Francisco, California.

R. Torres

Signature

mdd

United States District Court
for the
Eastern District of California
April 9, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 9, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA 94964

SJ/LKK

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA 94104

Bruce Michael Slavin
Attorney General's Office of the State of California
50 Fremont Street
Suite 300
San Francisco, CA 94105-2239

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI 02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

Jack L. Wagner, Clerk

BY: ______________________
Deputy Clerk