```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  General Delivery
    San Quentin, California 94964
 3  Telephone (415) 457-9144

 4  McCUTCHEN, DOYLE, BROWN & ENERSEN
    WARREN GEORGE (State Bar # 53588)
 5  Three Embarcadero Center
    San Francisco, California 94111
 6  Telephone (415) 393-2000

 7  ROSEN, BIEN & ASARO, LLP
    MICHAEL W. BIEN (State Bar # 096891)
 8  SANFORD JAY ROSEN (State Bar # 062566)
    THOMAS NOLAN (State Bar # 169692)
 9  155 Montgomery Street, 8th Floor
    San Francisco, California  94104
10  Telephone (415) 433-6830

11  HELLER, EHRMAN, WHITE & McAULIFFE
    RICHARD L. GOFF (State Bar # 36377)
12  701 Fifth Avenue
    Seattle, Washington 98104
13  Telephone (206) 447-0900

14  DISABILITY RIGHTS AND EDUCATION DEFENSE FUND
    2212 6th Street
15  Berkeley, California 94710
    Telephone (510) 644-2627
16
    Attorneys for Plaintiffs
17

18
                 IN THE UNITED STATES DISTRICT COURT
19
                    EASTERN DISTRICT OF CALIFORNIA
20

21  RALPH COLEMAN,              )  Case No. Civ. S 90-0520 LKK-JFM
                                )
22       Plaintiff,             )
                                )  PROPOSED ORDER CONFIRMING UNDISPUTED
23  vs.                         )  ATTORNEYS' FEES AND COSTS ON THE
                                )  FOURTH QUARTERLY STATEMENT OF 1998
24  PETE WILSON, et al.,        )
                                )
25       Defendants             )
                                )
26

27

28
```

FILED
APR 23 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>PETE WILSON, et al.,<br><br>    Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS ON THE FOURTH QUARTERLY STATEMENT OF 1998** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs hand-delivered their Fourth Quarterly Statement for 1998 to defendants on January 29, 1999. Defendants submitted their objections to plaintiffs'

statement on February 26, 1999. The parties met and conferred concerning the statement on March 25, 1999, with a follow-up telephone conference on March 31, 1999.

By Order filed September 30, 1997, the District Court adopted the August 15, 1997 Findings and Recommendations which awarded plaintiffs 1996 hourly rates for attorneys, legal interns and paralegals equivalent to those awarded in the <u>Gates</u> litigation in 1994. Following the September 30, 1997 Order, the parties agreed to payment of future undisputed fees at the full court-awarded 1996 rates, pursuant to a stipulation between the parties entered by this Court on November 26, 1997.

As a result of the March 25, 1999 meet and confer session, and pursuant to the November 26, 1997 stipulation, the parties are able to agree to the payment of $143,731.48 in undisputed fees and costs for the Fourth Quarter of 1998 at 1996 court-awarded rates. Attached hereto as Exhibit A are charts setting forth the balance due.

Defendants do not dispute the balance of $143,731.48 in fees and costs for monitoring and fee collection activities from the Fourth Quarter of 1998, which will become due and owing forty-five days from the entry of this Order.

WHEREFORE, IT IS CONFIRMED that the following sums became collectable and legal interest began accruing on such sums as of the date indicated.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $143,731.48 | 4.584% | $18.05 | March 1, 1999 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 4-22-99

_____
John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

_____  DATED: 4·16·99
Virginia I. Papan
Deputy Attorney General
Attorney for Defendants

_____  DATED: 4-16-99
Thomas B. Nolan
Rosen Bien & Asaro
Attorneys for Plaintiffs

Legal Tabs Co. 1-800-322-3022                                    Recycled    Stock # EXA-10-B

## Coleman v. Wilson
### Fourth Quarterly Statement of 1998
### October 1, 1998 through December 31, 1998

### SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | COSTS |
|---|---|---|
| Monitoring | $ 132,767.75 | $ 4,455.09 |
| Monitoring Fees on Fees | $ 6,249.50 | $ 259.14 |
| TOTALS | $ 139,017.25 | $ 4,714.23 |
| TOTAL UNDISPUTED FEES AND COSTS |  | $ 143,731.48 |

SUMMARY-FEES&COSTS            4TH QUARTER 1998            4/16/99

Coleman v. Wilson
Fourth Quarterly Undisputed Fee Statement of 1998
October 1, 1998 through December 31, 1998

**Matter: 489-3 (Monitoring)**

| ATTORNEY/LAW FIRM | CLAIMED HOURS | DISPUTED HOURS | UNDISPUTED HOURS | COURT AWARDED 1996-97 RATE | TOTAL |
|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | |
| Michael W. Bien (MWB) | 114.20 | 0.90 | 113.30 | $ 285 | $ 32,290.50 |
| Jane E. Kahn (JEK) | 107.80 | 0.025 | 107.575 | $ 210 | $ 22,590.75 |
| Thomas Nolan (TN) | 107.20 | 0.00 | 106.70 | $ 135 | $ 14,404.50 |
| Shana J. Morgolis (SJM) | 17.50 | 0.00 | 17.50 | $ 125 | $ 2,187.50 |
| James I. Dye (JID) | 0.20 | 0.00 | 0.20 | $ 80 | $ 16.00 |
| Cliona R. Plunkett (CRP) | 190.40 | 4.675 | 183.925 | $ 80 | $ 14,714.00 |
| Christopher Carey (CEC) | 1.80 | 0.00 | 1.80 | $ 80 | $ 144.00 |
| Jacqueline Hollar (JH) | 8.80 | 0.00 | 4.80 | $ 80 | $ 384.00 |
| **Total Hours:** | **547.90** | **5.60** | **535.80** | | |
| **TOTAL ROSEN, BIEN & ASARO:** | | | | | **$ 86,731.25** |
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 93.70 | 0.00 | 93.60 | $ 290 | $ 27,144.00 |
| Kimber Simpson (KS) | 123.30 | 0.00 | 123.30 | $ 125 | $ 15,412.50 |
| **Total Hours:** | **217.00** | **0.00** | **216.90** | | |
| **TOTAL PRISON LAW OFFICE:** | | | | | **$ 42,556.50** |
| **McCUTCHEN, DOYLE, BROWN & ENERSEN:** | | | | | |
| W. E. George (WEG) | 12.60 | 1.00 | 11.60 | $ 300 | $ 3,480.00 |
| D.G. DeLeon (DGD) | 3.90 | 3.90 | 0.00 | $ 80 | $ - |
| **Total Hours:** | **16.50** | **4.90** | **11.60** | | |
| **TOTAL McCUTCHEN DOYLE BROWN & ENERSON** | | | | | **$ 3,480.00** |
| **TOTAL UNDISPUTED MONITORING CLAIM - ALL OFFICES** | | | | | **$ 132,767.75** |

Coleman v. Wilson
Fourth Quarterly Undisputed Fee Statement of 1998
October 1, 1998 through December 31, 1998

**Matter: 489-5 (Monitoring Fees on Fees)**

| ATTORNEY/LAW FIRM | CLAIMED HOURS | DISPUTED HOURS | UNDISPUTED HOURS | COURT AWARDED 1996-97 RATE | TOTAL |
|---|---|---|---|---|---|
| ROSEN, BIEN & ASARO | | | | | |
| Sanford Jay Rosen (SJR) | 1.10 | 0.00 | 1.10 | $ 220 | $ 242.00 |
| Michael W. Bien (MWB) | 9.50 | 0.00 | 9.50 | $ 195 | $ 1,852.50 |
| Jane E. Kahn (JEK) | 0.50 | 0.00 | 0.50 | $ 150 | $ 75.00 |
| Thomas Nolan (TN) | 14.50 | 1.40 [1] | 13.10 | $ 105 | $ 1,375.50 |
| William H.D. Fernholz (WHDF) | 1.40 | 0.50 [2] | 0.90 | $ 105 | $ 94.50 |
| Christopher E. Carey (CEC) | 32.50 | 1.00 | 31.50 | $ 75 | $ 2,362.50 |
| Pamela Derrico (PD) | 0.30 | 0.00 | 0.30 | $ 75 | $ 22.50 |
| **Total Hours:** | **59.80** | **2.90** | **56.90** | | |
| **TOTAL ROSEN BIEN & ASARO:** | | | | | **$ 6,024.50** |

[1] Of these hours, 1.4 hours are in dispute that involve work on an Amicus brief filed in the Madrid case.
[2] Of these hours, .5 hours are in dispute that involve work on an Amicus brief filed in the Madrid case.

| ATTORNEY/LAW FIRM | CLAIMED HOURS | DISPUTED HOURS | UNDISPUTED HOURS | COURT AWARDED 1996-97 RATE | TOTAL |
|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | |
| Donald Specter (DS) | 0.00 | 0.00 | 0.00 | $ 195 | $ - |
| Edie DeGraff (ED) | 3.75 | 0.00 | 3.75 | $ 60 | $ 225.00 |
| **Total Hours:** | **3.75** | **0.00** | **3.75** | | |
| **TOTAL PRISON LAW OFFICE:** | | | | | **$ 225.00** |
| **TOTAL UNDISPUTED MONITORING FEES ON FEES CLAIM - ALL OFFICES** | | | | | **$ 6,249.50** |

**Coleman v. Wilson**
**Fourth Quarterly Undisputed Statement of 1998**
October 1, 1998 through December 31, 1998

*Matter: 489-3 (Monitoring)*

## UNDISPUTED COSTS

| | CLAIMED COSTS | UNDISPUTED COSTS |
|---|---|---|
| **ROSEN, BIEN & ASARO** | | |
| Photocopying (in-house) | $1,284.20 | $1,284.20 |
| Photocopying (outside service) | $ 392.23 | $ 392.23 |
| Postage & Delivery | $ 838.52 | $ 838.52 |
| Telephone | $ 42.89 | $ 42.89 |
| Telefax | $ 209.00 | $ 209.00 |
| Travel | $ 516.39 | $ 516.39 |
| On-Line Research Services | $ 234.52 | $ 234.52 |
| **TOTALS** | **$3,517.75** | **$ 3,517.75** |
| **PRISON LAW OFFICE** | | |
| Photocopying (in-house) | $ 175.20 | $ 175.20 |
| Photocopying (outside service) | $ 5.80 | $ 5.80 |
| Postage & Delivery | $ 47.36 | $ 47.36 |
| Telephone | $ 87.76 | $ 87.76 |
| Telefax | $ 75.00 | $ 75.00 |
| Travel | $ 540.27 | $ 540.27 |
| On-Line Research Services | $ - | $ - |
| **TOTALS** | **$ 931.39** | **$ 931.39** |
| **McCUTCHEN, DOYLE, BROWN & ENERSEN** | | |
| Photocopying (in-house) | $ 0.45 | $ 0.45 |
| Photocopying (outside service) | $ - | $ - |
| Postage & Delivery | $ 5.50 | $ 5.50 |
| Telephone | $ - | $ - |
| Telefax | $ - | $ - |
| Travel | $ - | $ - |
| On-Line Research Services | $ - | $ - |
| **TOTALS** | **$ 5.95** | **$ 5.95** |

**TOTAL UNDISPUTED MONITORING COSTS - ALL FIRMS**           $ 4,455.09

**Coleman v. Wilson**
**Fourth Quarterly Undisputed Statement of 1998**
October 1, 1998 through December 31, 1998

*Matter: 489-5 (Monitoring Fees on Fees)*

## UNDISPUTED COSTS

| ROSEN, BIEN & ASARO | CLAIMED COSTS | UNDISPUTED COSTS |
|---|---|---|
| Photocopying (in-house) | $ 100.80 | $ 100.80 |
| Photocopying (outside service) | $ 38.06 | $ 38.06 |
| Postage & Delivery | $ 57.41 | $ 57.41 |
| Telephone | $ - | $ - |
| Telefax | $ 20.00 | $ 20.00 |
| Travel | $ - | $ - |
| On-Line Research Services | $ 42.87 | $ 42.87 |
| **TOTALS** | **$ 259.14** | **$ 259.14** |

**TOTAL UNDISPUTED COSTS**
**RE: MONITORING FEES ON FEES - ALL FIRMS**          $ 259.14

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am a citizen of the United States, over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th Floor, San Francisco, California 94104. I served a true copy of the attached:

**PROPOSED ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS ON THE FOURTH QUARTERLY STATEMENT OF 1998**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**By U.S. Mail**

Virginia I. Papan
Deputy Attorney General
Office of the Attorney General
50 Fremont Street, Suite 300
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April 1999 at San Francisco, California.

_____
Christopher Carey

United States District Court
for the
Eastern District of California
April 23, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 23, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
50 Fremont Street
Suite 300
San Francisco, CA  94105-2239

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

CF/JFM

Jack L. Wagner, Clerk

By: Deputy Clerk