**FILED**

APR 29 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,   No. CIV S-90-0520 LKK JFM P

  vs.

PETE WILSON, et al.,

    Defendants.   <u>ORDER</u>
_____/

    The court is in receipt of a request from the special master for increased compensation for the special master and the deputy special master appointed in this case. The court intends to act on this request in thirty days.

    Good cause appearing, IT IS HEREBY ORDERED that any party may file a response to the special master's request within twenty days. The absence of a response to the request will be deemed a waiver of opposition thereto.

DATED: April 27, 1999.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

/spmstr.exp

1028

1

```
                United States District Court
                           for the
                 Eastern District of California
                        April 29, 1999
```

## * * CERTIFICATE OF SERVICE * *

```
                                        2:90-cv-00520
```

Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 29, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

```
     Donald Specter                          SJ/LKK
     Prison Law Office
     General Delivery                        CF/JFM
     San Quentin, CA  94964

     Michael W Bien
     Rosen Bien and Asaro
     155 Montgomery Street
     Eighth Floor
     San Francisco, CA  94104

     Bruce Michael Slavin
     Attorney General's Office of the State of California
     50 Fremont Street
     Suite 300
     San Francisco, CA  94105-2239

     J Michael Keating Jr
     Christopher H Little & Associates
     50 S Main St
     Providence, RI  02903

     Edmund F Brennan
     United States Attorney
     501 I Street
     Suite 10-100
     Sacramento, CA  95814
```

Jack L. Wagner, Clerk

_____
by: Deputy Clerk