IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE EASTERN DISTRICT OF CALIFORNIA

MAY 1 9 1999

**RALPH COLEMAN, et al.**

CLERK, U. S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**Plaintiffs,**

**vs.**                                    **No. CIV S-90-0520 LKK JFM P**

**PETE WILSON, et al.,**

**Defendants.**

## SPECIAL MASTER'S REPORT ON STAFFING VACANCIES

The master submitted a report to the court on September 21, 1998 on the defendants' contracted psychiatric services, as well as the defendants' efforts to fill authorized but vacant clinical mental health positions. At the conclusion of that report, the master recommended continued monitoring of CDC's (California Department of Corrections) recruitment efforts and contract psychiatric services and urged the court to consider direct intervention to prod the defendants to adopt a pending proposal to fund recruitment and retention (R&R) bonuses for five classifications of mental health clinicians in ten CDC institutions.

The plaintiffs opposed the master's recommendations as inadequate, given the defendants' long history of failure to fill vacant mental health positions, and sought the imposition of a requirement on the defendants to fill all vacant mental health staff positions within 90 days and to limit their ability to rely on contract psychiatric services. The court set a hearing on the matter for December 9, 1999. On the eve of the scheduled hearing, the

1032

defendants announced that they had funded the requested R&R bonuses not just for five classifications in ten institutions, but for all classifications of mental health clinicians in all CDC institutions. After a somewhat anti-climactic hearing, the court entered an order on January 19,1999 directing the defendants to report to the master within 90 days on their progress in filling vacant mental health staff positions. The master was also ordered to report to the court 30 days thereafter on the defendants' progress. This report is designed to respond to that direction.

In fact, the defendants did not submit a formal report on their progress to the master, but relied instead on data and statistics provided routinely to the master on staffing, authorized positions, vacancies and contracted clinical services to provide the required update. For the purposes of this report, the master has relied on materials generated and submitted by the defendants in the normal course of monitoring, including the Mental Health Services Delivery System (MHSDS) Monthly Staffing Allocation and Vacancies for All Institutions, dated April 7, 1999 (attached as Exhibit A to this report) and the Mental Health Contract Services and Telemedicine Monthly Report for March, 1999 (attached as Exhibit B to this report).

### Status of Mental Health Staffing Vacancies:

The following is a breakdown of key mental health staffing positions and vacancies in December, 1998 and April, 1999:

|  | December, 1998 | | April, 1999 | |
|---|---|---|---|---|
| **Position** | **Authorized** | **Vacant (%)** | **Authorized** | **Vacant (%)** |
| Psychiatrists | 136.1 | 48.1 (35%) | 135.5 | 40.6 (31.4%) |
| Psychologists | 224.6 | 33.35 (14.8%) | 225.0 | 20.35 (9%) |
| Psych S. W. | 119.6 | 31.1 (26%) | 120.0 | 20.6 (17%) |
| Rec Ther | 36.0 | 4.5 (12.5%) | 35.5 | 1.5 (4%) |
| Pysch Tech | 98.3 | 14.81 (15%) | 97.3 | 6.5 (6.6%) |
| Nurses | 103.9 | 7.11 (6.8%) | 103.9 | 6.1 (5.8%) |
| Clerical | 114.1 | 13.1 (11.4%) | 116.1 | 9.6 (8.2%) |
| TOTAL | 832.6 | 152.07 (18.2%) | 833.3 | 105.25 (12.6%) |

The numbers indicate improvement in all categories. Perhaps the most encouraging fact reflected in the statistics is that early in April there were some 47 more staff members attending to the mental health needs of seriously mentally disordered inmates in CDC than there were in December. Progress, however, is painfully slow. While all but two categories of staff show vacancy levels under ten percent, the exceptions, psychiatrists and psych social workers, are crucial to the defendants' mental health services delivery system (MHSDS).

Another measure adopted in the defendants' struggle against vacancies was the initiation last November of weekly telephone conferences among central office and regional administrators and institutional custody, medical and mental health administrators to track and support local recruitment efforts. Out of these teleconferences came a sort of scoreboard recording recruitment progress from the institutional perspective, a sample of which, dated March 24, 1999, is enclosed as Exhibit C. The summary document tracks the

declining overall rate of vacancies and categorizes institutions by the number of

mental health staff vacancies. As of mid-March, there were 19 CDC facilities

with two or less vacancies; five institutions with five or less vacancies; and seven

institutions with ten or less. At the far edge of the spectrum, two institutions, CMC

and CSP/Corcoran, both important institutions in the defendants' overall MHSDS,

had more than ten vacancies. The scoreboard and the process it records have

served to focus institutional leadership on the need for increased recruitment

efforts and more effective departmental and institutional cooperation in the

pursuit of mental health clinicians.

The defendants have sought to cover gaps in the ranks of their

psychiatrists and case managers with contracted services. Exhibit B is the latest

available monthly report on the defendants' use of contracted mental health

services, documenting those services for the month of March, 1999. The report is

based on information provided to Sacramento by institutions, and is only as good

as the data forwarded. In some instances, there is no breakdown of contractors

by name and hours; only the name of the provider service is given. In others, it is

not always clear whether the services provided are those of a psychiatrist,

psychologist or social worker. Nonetheless, the quality of information provided

has improved over time, and it is easier now to piece together an analysis of the

defendants' contracted services than it was a year ago.

The focus of the defendants' contracting effort is overwhelmingly

on psychiatrists. Coverage of vacant case manager positions is limited,

amounting only to 948 hours during March. This is roughly equal to 6.0 full-time

positions (160 hours of contracted service monthly is the typical norm for a FTE, or

4

full-time equivalent, position). Almost all of the contracted case managers were Ph.D. psychologists. Case manager vacancies in April amounted to roughly 41 among 345 authorized positions (225 psychologists and 120 psych social workers), or 12 percent. The use of contracted case managers brought the number of vacancies down to 35, or just a shade over ten percent.

These numbers need to be understood in the broader context of the defendants' overall staffing problems. As any regular reader of the master's monitoring reports knows, the caseloads of 3CMS case managers often far surpass projected staffing ratios for the 3CMS program. These overburdened caseloads are typically due, in most cases, to budgetary allocations of case manager positions based on the assumption that nine percent of the overall CDC population requires mental health treatment, when, in fact, 10.6 percent of the population is now on the mental health caseload. That percentage, which expresses the so-called prevalence rate, is expected to climb to 11.1 percent by the end of 1999. Because some 80 percent of all seriously mentally disordered inmates in CDC are on the 3CMS caseload, the impact of the staffing shortfall created by the gap between the budgeted and the actual prevalence rate falls disproportionally on 3CMS case managers. Proper adjustment of the prevalence rate in the FY1999-2000 budget will generate nearly 60 new case manager positions, or roughly two case managers per institution, designed to eliminate currently inadequate ratios of case managers to 3CMS inmates. In the meantime, while the present inadequate prevalence figure imposes huge caseloads on 3CMS case managers, the defendants ought to expand substantially contracting for case managers, whether in the form of psychologists

or psych social workers. Indeed, if the defendants fail to adopt the actual prevalence rate to establish the number of authorized case managers actually needed, they ought to be required to use contract services to fill the existing 40 case manager vacancies and the additional 60 case manager positions needed to care for all 3CMS inmates currently on the caseload.

The defendants' use of contract psychiatrists is far more extensive than their use of contract case managers because the vacancy rate among psychiatrists is significantly higher. In March, 1999, the defendants procured a total of 6,082.58 hours of contract psychiatric services. Using the 160 hours monthly as the norm for a full-time position, the defendants employed roughly 38 FTE psychiatrists through contracts. This very nearly matched the total of 40.6 psychiatrist vacancies in the department as of April 7. The total also represents a 33 percent increase in the 4,551.12 hours of psychiatric services the defendants contracted for in July of 1998.

The defendants, of course, hired a great many more than 38 individual psychiatrists. The monthly list actually identifies 78 different individual psychiatrists, while two institutions reported only the names of a company or registry that provided services, without numbering or naming the contract psychiatrists at work in their facilities. Analysis of the list itself suffices to reveal some of the strengths and weaknesses of contracting as a substitute for permanent staff. In some institutions (e.g., CIW, CCI, CVSP, DVI, HDSP, MCSP, CSP/SAC and VSPW), outside psychiatric services were provided by one or two psychiatrists, who met all of the facility's contract needs. In some of these institutions, the monthly total of contracted services was not great, but the

6

services were provided by psychiatrists with a history in the institution. In CIW, for example, the same two psychiatrists each have provided roughly equal hours of service monthly over a long period of time. Earlier monthly contracting reports, as well as reports from monitors in the field, confirm that in these institutions, there is, at least, logistical continuity among the contractors, in the sense that the same clinicians tend to provide all or almost all of the contracted coverage from month to month.

        In a second block of institutions, the picture is mixed. Take, for example, WSP, where two contract psychiatrists provided 488.5 hours of coverage in March, while seven others combined to cover the remaining 118.5 hours. Thus, two psychiatrists combined to provide the coverage of 3.0 FTE, while seven others barely covered three-quarters of one FTE. In CCWF, five contractors provided 564 hours of coverage in March, with two working FTE hours, two working 0.5 FTE hours and a fifth working only 24 hours. In CMF, two contracting psychiatrists each filled more than two half-time equivalent positions, while a third provided only 20 hours. In CSP/Solano, one contractor provided more than full-time coverage, another, more than half-time coverage and three others together less than a single full-time equivalent. In CSP/LAC, three contractors provided 334 hours of coverage, 154, 100 and 80 hours respectively, while five others combined to supply the remaining 190 hours. CSP/Corcoran used 890 hours of contracted psychiatrists in March, with 490 of those hours shared among four practitioners (150, 130, 110 and 100 hours, respectively), while 13 contractors provided the remaining 400 hours, an average of just over 30 hours apiece. The

7

result is a combination of some continuous coverage with service that is brief and episodic.

In a third group of institutions, contractors were not individually identified (e.g., ASP and CIM), or the monthly hours reported were shared among multiple providers, none of whom worked even the equivalent of a half-time psychiatrist. At Folsom, for example, six contract psychiatrists worked 199 hours in March, ranging from 72 to seven hours. In PVSP, five contractors combined for 186.7 hours, ranging from 54 to 15,6 hours. Again, earlier monthly reports from these institutions tended to confirm these March, 1999 contract employment patterns.

Not surprisingly, the statistics do not tell the whole story. The most recent exit interview held by a monitoring team at ASP in early May revealed that one contract psychiatrist has been providing virtually full-time coverage in that facility since October, 1998, reversing the dismal picture of contracted services at ASP implied from the data provided to Sacramento. On the other hand, it appears that ASP's contract with the registry providing this individual psychiatrist will expire in July, and it is questionable whether he will be able to continue pursuant to a new contract with another registry.

Overall, at least 3,709.5 hours (60 percent) of the total of 6,082.58 psychiatrist hours contracted for in March, 1999 were provided by psychiatrists who worked sufficient hours to fill the equivalent of a half-time position (14.0) or a full-time position (10.0). The remaining 2,373.08 hours (40 percent) were provided by some 54 named and a handful of unnamed practitioners, who each worked an average of roughly 40 hours a month or ten hours a week.

8

Finally, there are a few institutions that reported no contract psychiatric services at all in March despite significant vacancies, including CMC, RJD, SVSP and CCC. In Exhibit C, CMC is identified in mid-March as a facility with more than ten vacancies, while RJD and SVSP had somewhere between five and ten vacancies. CCC, with its tiny and still shrinking caseload of seriously mentally disordered inmates, had neither a staff nor a contract psychiatrist.

Quantitatively, then, the defendants continue to experience vacancies in some 30 percent of their authorized psychiatrist positions, down from 35 percent in December. They have managed nearly to fill the time missed through staff vacancies with contract services, although some gap exists between authorized positions and efforts to fill them with permanent staff and contract psychiatrists. Some 40 percent of the psychiatric coverage purchased monthly by the defendants is delivered by practitioners who provide an average of approximately 40 hours of service a month.

It is the brief and intermittent nature of the contract services provided by the short-term contract psychiatrists that is the probable source of the qualitative shortcomings in contracted psychiatric services reported by the master over the past 18 months. The master's psychiatric experts have been most critical of psychiatric services in precisely those institutions where either the amount of available contract services inadequately compensates for vacant positions or where multiple and changing contractors are employed to replace missing permanent staff.

The resulting qualitative problems have been described in each of the monitor's periodic reports. A multiplicity of contract providers, each serving

only a few hours weekly, seems to preclude proper orientation, training and supervision by permanent staff, which lacks sufficient time or resources to guide the efforts of contract psychiatrists. Short-term psychiatrists rarely have even a basic understanding of departmental policies and the correctional milieu, and often are left to fend for themselves in a strange and intimidating environment with a demanding and sometimes volatile clientele. The involvement of contract psychiatrists in administrative segregation, the Keyhea process, cell extractions, and MHCB units sometimes results in a dissonance that is as jarring to the contract physician as it is to inmate/patients.

Inmates complain repeatedly about the turnover in psychiatrists. The monitor's psychiatric experts have amply confirmed the validity of these complaints about continuously changing clinicians. Inmate/patients do not know who their psychiatrists are and have little trust or confidence in the revolving faces. Short-term contract psychiatrists, for their part, do not know their patients nor can they gage accurately inmates' progress, or deterioration, from visit to visit. Meaningful review and adjustment of medication fall by the wayside. Laboratory tests are not always ordered, nor results pursued. CDC clinicians themselves complain about the baleful effect of such revolving psychiatric attendance.

The link between contract services by numerous, short-termed psychiatrists and inadequate psychiatric care is clear. It is important to remember, however, that these problems with contracted services do not explain fully the defendants' overall difficulty with providing adequate psychiatric care. The defendants' long-time failure to allocate sufficient clinical

staff for the actual mental health caseload, combined with an inadequate psychiatric staff for seriously mentally disordered inmates in administrative segregation, has left the defendants well short of sufficient number of authorized psychiatrist positions to meet treatment needs. Corrective efforts presently underway should increase by nearly 25 percent the defendants' current allocation of authorized psychiatrists. All of these additional psychiatrist positions, of course, will initially be vacant and equally subject to the difficulties impeding the filling of positions already allocated.

Some mention of telemedicine is necessary here. The defendants have developed the capability of putting together both medical and mental health patients with physicians and psychiatrists, whether specialists or generalists, in remote locations. Initially this creative use of telecommunications, which allows distant participants to see, as well as hear, one another, allowed and encouraged consultation among practitioners about complex diagnoses and treatment.

Within the past year, the defendants have sought to use telemedicine to supplement thinly spread psychiatric resources, by having a remote psychiatrist from the central office in Sacramento service a caseload of inmate/patients in Pelican Bay State Prison. The master's psychiatric experts have viewed the defendants' telemedicine system and believe it has potentially positive uses within the department's overall plans for the delivery of medical and mental health care. They also have some question about its use to provide routine psychiatric services to a remote caseload, need a much more extensive review of such a use to justify telemedicine as a viable substitute, in part or in

whole, for local psychiatric services.  At this point, telemedicine represents a miniscule portion of the defendants' efforts to deal with the shortage of psychiatric staff.  In March, 69 hours of telemedicine time were included in the department's total count of 6,990.58 hours of mental health contract and telemedicine time.   That represents less than one percent of the total. Telemedicine remains, however, a development to watch.

Where does all this leave the defendants in the struggle to address the issue of staffing, repeatedly identified as the most critical issue in this case? Growing familiarity with the defendants' mental health system over time has not only confirmed the importance of staffing, but also deepened appreciation of the complexity of the issue.  Vacancies, identified early in the mastership as the paramount obstacle to full staffing, have come to be viewed as only one of several equally vexing problems.  Staffing ratios and the prevalence issue have emerged as fundamental and co-equal difficulties.

More recently, recognition of the defendants' inability to retain psychiatrists has emerged as another challenge to full staffing.  Discouraged by impossible caseloads in addition to other drawbacks associated with a prison-based psychiatric practice, including barely comparable pay, remote locations and the lack of opportunities for career development, staff psychiatrists have been deserting CDC almost as rapidly as enhanced recruitment efforts have succeeded in wooing new ones.

Finally, an unintended and counterproductive consequence of the R&R bonuses enacted at the end of 1998, which did not apply to supervisory positions, was to make staff positions in some categories of mental health staff,

including psychiatrists, more remunerative than supervisory ones. The result was a flurry of resignations among supervisors in favor of staff positions with fewer responsibilities and higher pay.

A restructuring of recruitment efforts, enhanced recruitment and retention bonuses and a leadership more focused on the vacancy problem have resulted in some progress, at least since December. Current percentages in the two categories of psychiatrists and psych social workers, on the other hand, show little change since July of 1998. Moreover, companion recommendations on staffing ratios and administrative segregation currently wending their way through the judicial and administrative labyrinth call for additional allocations of some 25 psychiatrists, the procurement of which will exacerbate the vacancy problem, at least in the short run.

### Recommendations

There are no clear or easy solutions to the defendants' vacancies problem. The failure of a substantially enhanced salary structure to accelerate recruitment quickly, as well as the difficulties encountered in luring at relatively lucrative daily rates contract psychiatrists for work in CDC, suggests limits to a purely financial strategy. Meanwhile, the level of vacancies among clinicians other than psychiatrists and psych social workers seems to be gradually declining and is now under ten percent in all other categories, a possibly acceptable rate in a system with allocated resources sufficient to meet treatment needs. This last caveat, of course, is critical and requires reformation of the defendants' prevalence rate and the provision of sufficient staff to meet the needs of seriously mentally disordered inmates in administrative segregation.

In the meantime, vacancy levels among psychiatrists and psych social workers are unacceptable, and the defendants' use of contract psychiatrists to fill psychiatric vacancies, while extensive, undoubtedly costly and commendable, needs improvement. While tempted by the plaintiffs' call for an order requiring the defendants to fill all vacant authorized positions within 90 days, the master recommends instead the imposition on the defendants of the following specific goals calculated to reduce key vacancies, improve contract psychiatric services and generate plans for dealing with retention problems:

1. The defendants should be required to reduce within 90 days the vacancy rate among psychiatrists to 25 percent or less and among psych social workers to ten percent or less, while keeping vacancy rates among other categories of mental health staff at present or comparable levels.

2. The defendants should be required to reduce within 90 days the employment of multiple, short-term contract psychiatrists to fill vacancies from the current 40 percent to 25 percent or less of contract services provided, without reducing overall contract services unless justified in specific instances by decreasing vacancies. A substitute psychiatrist who works less than 40 hours a month in any one institution, in the absence of some extenuating circumstance, constitutes a short-term contract psychiatrist.

3. The defendants should be required to develop within 90 days a plan for the retention of psychiatrists in CDC, addressing such

issues as the payment structure that penalizes clinical administrators, opportunities for career and professional development, flexibility and enhancements for remote assignments, the development of incentives, monetary and/or otherwise, for longevity, etc.

These recommendations are intended to encourage the defendants' continued development of a multi-faceted approach to overall staffing problems that currently impede full implementation of the plans, policies and protocols provisionally approved by the court in mid-1997. Adoption of these recommendations would be largely meaningless in the absence of other proposed changes, including increases in the prevalence rate and mental health staff in administrative segregation. On the other hand, if the defendants can piece together this mosaic of staffing remedies within the next quarter, much of the basic work on the Coleman case will be complete.

Respectfully submitted,

. Michael Keating, Jr.
Special Master

May 18, 1999

15

## DECLARATION OF SERVICE BY MAIL

Case Name:  Ralph Coleman, et al. v. Pete Wilson
U.S.D.C Eastern District No. CIV S-90-0520 LKK JFM

I am employed in the County of Providence, Rhode Island.  I am over the age of
18 year and not a party to the within entitled cause:  my business address is Little
Bulman & Whitney, P.C., 72 Pine Street, Providence, Rhode Island 02903.

On May 18, 1999, I served the attached

**SPECIAL MASTER'S REPORT ON STAFFING VACANCIES**

in said cause, placing, or causing to be place, a true copy thereof, enclosed in
a sealed enveloped with postage thereon fully prepared in the United States
Mail at Providence, Rhode Island as follows:

Honorable Lawrence K. Karlton
Chief Judge Emeritus
United States District Court
 Eastern District of California
501 I Street
Sacramento, CA  95814

Honorable John F. Moulds
Chief Magistrate Judge
United States District Court
Eastern District of California
501 I Street, 8th Floor
Sacramento, CA  95814

Haven Gracey, Esq.
Senior Staff Attorney to
 Chief Magistrate John F. Moulds
U.S. District Court
 Eastern District of California
501 I Street, 8th Floor
Sacramento, CA   95814

Donald Specter, Esquire
Prison Law Office
2173 East Francisco Blvd.
Suite M
San Rafael, CA 94901

i

Michael Bien, Esquire
Rosen, Bien & Asaro
155 Montgomery St., 8th Fl.
San Francisco, CA 94104

Pamela L. Smith-Steward, Esq.
Deputy Director (A), Legal Affairs
California Dept. of Corrections
1515 S Street
P.O. Box 942883
Sacramento, CA 94283-0001

Bruce Slavin, Esquire
Deputy Attorney General
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of Rhode Island
that the foregoing is true and correct, and that this declaration was executed at
Providence, Rhode Island on May 18, 1999.

Donna Zografos

jmk\mastering\cert.doc

EXHIBIT A

## Mental Health Services Delivery System
### Staffing Allocation and Vacancies for all Institutions
### 1998-1999 Governor's Budget and Budget Change #1

| CLASSIFICATION | July Alloc | July Vac | August Alloc | August Vac | September Alloc | September Vac | October Alloc | October Vac | November Alloc | November Vac | December Alloc | December Vac | January Alloc | January Vac | February Alloc | February Vac | March Alloc | March Vac | April Alloc | April Vac | May Alloc | May Vac | June Alloc | June Vac | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEA | 0 | 0 | 0 | 0 | | 0 | | 0 | | 1 | | 1 | | 1 | | 1 | 1 | 1 | 1 | 1 | | | | | |
| Chief Deputy Warden | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 0 | | | | | |
| Assoc. Warden, Psych Svs | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| Chief Psychiatrist | 22.5 | 3.5 | 22.5 | 4.5 | 23.5 | 6.5 | 23.5 | 6.5 | 23.5 | 6.5 | 23.5 | 8.5 | 23.5 | 8.5 | 23.5 | 9.5 | 23.5 | 8.5 | 23.5 | 8.5 | | | | | |
| Sr. Psychiatrist | 9 | 4 | 9 | 3 | 9 | 3 | 9 | 3 | 9 | 3 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 9 | 2 | | | | | |
| Staff Psychiatrist | 91.1 | 28.3 | 91.1 | 27 | 98.6 | 33.3 | 98.6 | 35.3 | 98.6 | 35.3 | 103.6 | 38.6 | 102.6 | 37.1 | 102.6 | 34.1 | 102.6 | 35.1 | 103 | 32.1 | | | | | |
| Chief Psychologist | 9 | 1 | 9 | 1 | 9 | 1 | 9 | 1 | 9 | 1 | 9 | 0 | 9 | 0 | 9 | 0 | 9 | 0 | 9 | 0 | | | | | |
| Sr Psychologist | 39 | 3 | 39 | 3 | 49.5 | 5 | 49.5 | 5 | 49.5 | 6 | 49 | 4 | 49 | 6 | 49 | 4 | 49 | 4 | 49 | 1 | | | | | |
| Psychologist, Cl., CF | 152.6 | 12.9 | 152.6 | 13.4 | 158.1 | | 158.1 | 17.9 | 158.1 | 18.85 | 166.6 | 29.35 | 166.6 | 29.85 | 166.6 | 19.35 | 166.6 | 15.85 | 167 | 19.35 | | | | | |
| Psych Intern Director | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Psych Assoc. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Sup Psych Soc Wrkr | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | | | | | |
| Psych Soc Wrkr | 97.1 | 18.1 | 97.1 | 20.1 | 116.6 | 28.6 | 116.6 | 27.1 | 116.6 | 27.1 | 115.6 | 30.1 | 116.1 | 29.1 | 116.1 | 20.6 | 116.1 | 17.6 | 116 | 19.6 | | | | | |
| Sr Occ Therapist | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| Occ Therapist | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| Rec Therapist | 26.5 | 4 | 26.5 | 2.5 | 36.5 | 2 | 36.5 | 2 | 36.5 | 2 | 36 | 4.5 | 35.5 | 3.5 | 37 | 5 | 35.5 | 4.5 | 35.5 | 1.5 | | | | | |
| Physical Therapist | 1 | 0 | 1 | 0 | 3 | 2 | 3 | 2 | 3 | 2 | 3 | 2 | 3 | 2 | 3 | | 3 | 3 | 3 | 3 | | | | | |
| Psychometrist | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | | | | | |
| Psych Tech (includes Sr. & Trainees) | 83.8 | 7.61 | 83.8 | 7.15 | 88.3 | 9.81 | 88.3 | 9.81 | 88.3 | 9.81 | 98.3 | 14.81 | 97.3 | 9.81 | 95.8 | 9 | 97.3 | 8.5 | 97.3 | 6.5 | | | | | |
| Corr Counselor II | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | | | | | |
| Corr Counselor I | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| AGPA | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| CHSRA I & II | 1 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | | | | | |
| Sr MTA | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| MTA | 21 | 2 | 21 | 2 | 21 | 3 | 21 | 1.4 | 21 | 1.4 | 21 | 0.4 | 21 | 0.4 | 21 | 1.4 | 21 | 0.4 | 21 | 0.4 | | | | | |
| SRN II | 2 | 0 | 2 | 0 | 3 | 0 | 3 | 2 | 3 | 2 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | | | | | |
| Supervising Nurse | 10 | 2 | 10 | 2 | 13 | 2 | 13 | 0 | 13 | 0 | 13 | 0 | 13 | 0 | 13 | 0 | 13 | 0 | 13 | 0 | | | | | |
| Registered Nurse | 67.5 | 8.6 | 67.5 | 8.6 | 88.9 | 8.11 | 88.9 | 8.11 | 88.9 | 8.11 | 90.9 | 7.11 | 90.9 | 3.11 | 90.9 | 2.5 | 90.9 | 2.5 | 90.9 | 5.1 | | | | | |
| Nurse Practitioner | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 0 | | | | | |
| Pharmacist | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | | | | | |
| Pharmacy Assistant | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Off Svcs Supervisor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Mgmnt Svcs Tech | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| AISA | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| Health Rec Tech II (Med Recs Dir) | 1 | 0 | 1 | 0 | 1.2 | 0.2 | 1.2 | 0.2 | 1.2 | 0 | 1.2 | 0.2 | 1.2 | 0.2 | 1.2 | 0.2 | 1.2 | 0.2 | 1.2 | 0.2 | | | | | |
| Health Rec Tech | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | | | | | |
| Std & Comp Coord | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| Health Program Coord | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| Med Secretary | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | | | | | |
| Sr Medical Steno | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Stenographer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| Sr Med Transcriber | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | |
| Med Transcriber | 34.5 | 3 | 34.5 | 3 | 38 | 8 | 38 | 8 | 38 | 8 | 38 | 7 | 38 | 5 | 38 | 3 | 38 | 4 | 38 | 4.5 | | | | | |
| Office Tech | 38 | 7.1 | 36.1 | 4.6 | 49.6 | 7.1 | 49.6 | 7.1 | 49.6 | 7.1 | 49.6 | 5.1 | 51.6 | 5.6 | 51.6 | 4.1 | 51.6 | 2.6 | 51.6 | 3.6 | | | | | |
| Office Assistant (Gen & Tech) | 26.5 | 0.5 | 26.5 | 0.5 | 26.5 | 2 | 26.5 | 2 | 26.5 | 2 | 26.5 | 1 | 26.5 | 1.5 | 26.5 | 1.5 | 26.5 | 1.5 | 26.5 | 1.5 | | | | | |
| Clinical Dietitian | 0 | 0 | 0.1 | 0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | | | | | |
| Total All Institutions | 765.2 | 110.81 | 765.2 | 105.35 | 869.4 | 143.62 | 869.4 | 139.5 | 869.4 | 143.27 | 892.9 | 158.77 | 892.9 | 146.77 | 892.9 | 121.35 | 892.9 | 110.35 | 892.9 | 110.95 | | | | | |

41.2 POSITIONS REMAIN UNALLOCATED.

Prepared by: Sharon Riegel
as of: 4/7/99

A:Recchart2.xls
Created May 1, 1996

EXHIBIT B

Page 1 of 2

Case 2:90-cv-00520-KJM-SCR    Document 032    Filed 05/19/99    Page 19 of 25

Mental Health Contract and Telemedicine Monthly Report
March 1999

CONTRPT99.XLS

| Institution | Provider | Program Covered | Contract Hours | Tele-medicine Hours | Vacancies Being Covered By Contract Staff |
|---|---|---|---|---|---|
| ASP | National Medical Registry | CCCMS/EOP | 120.00 | | Staff Psychiatrist - 1.0 |
| CAL | J. R. Bellinger, Ph.D. | CCCMS | 56.00 | | No Vacancies |
| | L. Blumberg, Ph.D. | BPT Reports | 2.00 | | |
| CCC | None | | 0.00 | | Staff Psychiatrist - 0.5 |
| CCI | Stephen Wilson | RC/CCCMS | 30.00 | | Staff Psychiatrist - .5 |
| | Bruce Bogost | RC/CCCMS | 74.00 | | |
| CCWF | Beverly Parr, M.D. | RC/CCCMS | 75.00 | | Staff Psychiatrist - 3.0 |
| | Andrew Zabiega, M.D. | MHCB/Emergencies | 179.00 | | Psychologist - 1.5 |
| | Robert Grove, M.D. | EOP | 184.00 | | |
| | Arthur Keith, M.D. | RC | 102.00 | | |
| | Steve Dolezal, Ph.D. | MHCB | 184.00 | | |
| | Gregory Doane, M.D. | | 24.00 | | |
| CEN | None | | 0.00 | | No Vacancies |
| CIM | Reg. of Physician Specialists | RCE&MIN-CCCMS | 112.00 | | Sr. Psychiatrist, Spec. - 1.0 |
| | Reg. of Physician Specialists | RCC Screening | 116.00 | | Staff Psychiatrist - 1.5 |
| | Nationwide Medical Services | RCE&MIN-CCCMS | 96.00 | | |
| CIW | Ching Hsin Shih, M.D. | CCCMS | 39.50 | | Psychologist - 0.15 |
| | Raymond Yee, M.D. | CCCMS | 40.00 | | Psych. Social Worker - 0.1 |
| CMC | None | | 0.00 | | Staff Psychiatrist - 2.0 |
| | | | | | Psych. Social Worker - .5 |
| | | | | | Psychologist - 3.5 |
| CMF | Roy Enright, M.D. | OPP | 136.00 | | Psychologist - 1.0 |
| | Weingarten, M.D. | OPP | 20.00 | | |
| | Downs, S., M.D. | OPP | 96.00 | | |
| COR | Tarpley | SHU/Ad-Seg | 100.00 | | Staff Psychiatrist - 1.5 |
| | Parekh | SHU/Ad-Seg/CCCMS | 40.00 | | Psychologist - 4.0 |
| | Magid | SHU/Ad-Seg | 30.00 | | Psych. Social Worker - 4.0 |
| | Kitti | SHU/Ad-Seg | 40.00 | | |
| | Molbert | CCCMS/MHCB | 110.00 | | |
| | Zuckerman | CCCMS/SHU/MHCB/Ad-Seg | 150.00 | | |
| | Slutzky | MHCB | 30.00 | | |
| | Judge | SHU/Ad-Seg/CCCMS | 130.00 | | |
| | Benson | SHU/MHCB | 20.00 | | |
| | Flores | SHU/Ad-Seg | 40.00 | | |
| | Fantone | CCCMS | 60.00 | | |
| | Bui | SHU/Ad-Seg | 20.00 | | |
| | Ruiz | SHU/Ad-Seg | 30.00 | | |
| | Clayton | CCCMS/SHU | 30.00 | | |
| | Nguyen | MHCB | 20.00 | | |
| | MacMorran | SHU/Ad-Seg | 20.00 | | |
| | Kumar | MHCB | 20.00 | | |
| CRC | None | | | | No Vacancies |
| CTF | None | | 0.00 | | Psych. Social Worker - 2.0 |
| CVSP | Dennis Payne, M.D. | EOP | 32.58 | | Staff Psychiatrist - 0.5 |
| DVI | *F. George Kassebaum, M.D. | All | 72.00 | | Psychologist - 1.0 |
| | John Church, M. D. | All | 40.00 | | Psych. Social Worker - 0.5 |
| FOL | A. French, M.D. | CCCMS | 56.00 | | Staff Psychiatrist - 1.0 |
| | M. Meek, M.D. | CCCMS | 7.00 | | Psych. Social Worker - 1.0 |
| | H. Sewell, M.D. | CCCMS | 21.00 | | |
| | P. Hurley, M.D. | CCCMS | 72.00 | | |
| | L. Kalman, M.D. | CCCMS | 25.00 | | |
| | F. Yoldi, LCSW | CCCMS | 24.00 | | |
| | M. Macomber, Ph.D. | BPT/MDO | 102.00 | | |
| | S. Wang, M.D. | CCCMS | 18.00 | | |
| HDSP | Louis Richnak, M.D. | CCCMS | 112.00 | | Staff Psychiatrist - 1.0 |
| | | | | | Psych. Social Worker - 2.0 |
| ISP | None | | 0.00 | | No Vacancies |

a/ Information was not available at the time the report was produced. The March information will be included with the April report.

Case 2:90-cv-00520-KJM-SCR   Document 1032   Filed 05/19/99   Page 20 of 25

| Institution | Provider | Program Covered | Contract Hours | Tele-medicine Hours | Vacancies Being Covered By Contract Staff |
|---|---|---|---|---|---|
| LAC | Mihelson, A., M.D. | CCCMS | 40.00 | | Staff Psychiatrist - 3.0 |
| | Robertson, Theodore, M.D. | CCCMS | 80.00 | | Psych. Social Worker - 1.5 |
| | William Goldsmith, M.D. | CCCMS | 10.00 | | |
| | Eugene Morong, M.D. | CCCMS, MHCB | 154.00 | | |
| | Randolph Noble, M.D. | CCCMS/EOP | 60.00 | | |
| | William Power, M.D. | CCCMS/EOP | 30.00 | | |
| | Larry Reyes | EOP | 100.00 | | |
| | Kennedy, C., Ph.D. | CCCMS/BPT Rpt/EOP | 60.00 | | |
| | Vivian, M.R., M.D. | EOP/CCCMS | 100.00 | | |
| | Slutzky, G., M.D. | CCCMS/EOP | 50.00 | | |
| MCSP | John Church, M.D. | CCCMS/MHCB | 130.00 | | Staff Psychiatrist - 1.0 |
| | | | | | Psych. Social Worker - 1.0 |
| NCWF | None | | 0.00 | | Psychologist - .5 |
| NKSP | Nguyen | RC | 70.00 | | Psychiatrist - 1.1 |
| | Stubbs | RC | 50.00 | | Psychologist - 1.0 |
| | Yee | RC | 48.00 | | |
| PBSP | G. Shipley, M.D. | Inf./Ad. Seg., SHU, PSU, CCCMS (A Yard) | 168.00 | | Staff Psychiatrist - 2.0 |
| | J. Douglas, M.D. | Infirmary | 64.00 | | Psychologist - 1.0 |
| | D. Johnson, M.D. | PSU/CCCMS (A Yard) | 184.00 | | Psych. Social Worker - 1.0 |
| | W. Alvarez, Ph.D. | EOP/Ad-Seg/CCCMS (A Yard) | 64.00 | | |
| | S. Sexton, Ph.D. | CCCMS/Ad. Seg | 100.00 | | |
| | M. Thatcher, Ph.D. | Ad. Seg./CCCMS (A Yard) | 40.00 | | |
| | B. Parr, M.D. | PSU | 40.00 | | |
| | M. Backlund | SHU | 40.00 | | |
| | Leonti Thompson, M.D. | CCCMS | | 69.00 | |
| PVSP | Dr. S. Benson, M.D. | CCCMS/CTC | 15.60 | | Staff Psychiatrist - 1.0 |
| | Dr. Dusay, M.D. | CCCMS/CTC | 30.50 | | |
| | Dr. French, M.D. | CCCMS/CTC | 49.00 | | |
| | Dr. Bogost, M.D. | CCCMS/CTC | 54.00 | | |
| | Dr. Keshava, M.D. | CCCMS/CTC | 37.60 | | |
| RJD | None | | 0.00 | | Staff Psychiatrist - 1.5 |
| | | | | | Psych. Social Worker - 2.0 |
| | | | | | Psychologist - 1.0 |
| SAC | Randhawa, R, M.D. | EOP | 190.00 | | Staff Psychiatrist - 1.0 |
| | Curren, F., M.D. | CCCMS | 104.00 | | |
| SATF | Dr. Borchardt | CCCMS/MHCB | 31.30 | | Staff Psychiatrist - .5 |
| | Dr. Brown | CCCMS | 8.00 | | |
| | Dr. Crayton | CCCMS | 22.50 | | |
| SCC | None | | 0.00 | | No Vacancies |
| SOL | Bortman, R., M.D. | CCCMS | 200.00 | | Staff Psychiatrist - 1.0 |
| | Leipsic, J., M.D. | CCCMS | 30.00 | | Psychologist - .5 |
| | Keith, A., M.D. | CCCMS | 48.00 | | |
| | Downs, S., M.D. | CCCMS | 72.00 | | |
| | Murrary, R., M.D. | CCCMS | 124.00 | | |
| SQ | None | | | | Psychologist - 1.2 |
| | | | | | Psych. Social Worker -2.0 |
| SVSP | a/ | | | | Staff Psychiatrist - 2.0 |
| | | | | | Psych. Social Worker - .5 |
| VSPW | Teofilo S. Sy, M.D. | CCCMS | 184.00 | | Staff Psychiatrist - 1.5 |
| | Janet Allison, M.D. | CCCMS | 168.00 | | |
| | Michael Ross, Ph.D., LCSW | CCCMS | 184.00 | | |
| | Denise M.Novell, Ph.D. | RC | 32.00 | | |
| WSP | Fred Berge, M.D. | RC | 11.00 | | Staff Psychiatrist - 4.0 |
| | Benson, Samuel, M.D. | RC | 7.50 | | Psychologist - 3.0 |
| | Julius Griffin M.D. | Infirmary | 200.00 | | Psych. Social Worker - 1.5 |
| | Ezra, Joseph, M.D. | RC | 20.00 | | |
| | Oleg Liflyandsky, M.D. | RC | 30.00 | | |
| | Duc Nguyen, M.D. | Infirmary | 288.50 | | |
| | Magid, Zalman, M.D. | RC | 10.00 | | |
| | Michelson, Michael, M.D. | RC | 20.00 | | |
| | Stubbs, Suzanne, M.D. | RC | 20.00 | | |
| TOTAL MH CONTRACT AND TELEMEDICINE SERVICES | | | 6990.58 | 69.0 | |

a/ Information was not available at the time the report was produced.  The March information will be included with the April report.

State of California

Department of Corrections

# Memorandum

Date  :  MAR 2 4 1999

To  :  Steven Cambra, Jr.
Chief Deputy Director
Field Operations

Subject :  **MENTAL HEALTH SERVICES DELIVERY SYSTEM HIRING AND RECRUITMENT**

The Mental Health Services Delivery System Hiring and Recruitment weekly conference calls are still generating considerable activity.  Although we are making progress, due to the 4.0 unlicensed psychologists that had to be dismissed at California State Prison, Corcoran, we are up 3.0 positions for the period ending March 17, 1999.  We do have, however, 19 institutions with two or less vacancies.

The attached forms show the vacancy percentage rate for the month, the change in vacancies for each institution, and the wrap-up for the State per classification.  If you have any questions, please call me at (916) 323-0229, or Sandra Duveneck, Assistant Deputy Director, Health Care Field Operations (HCFO), Health Care Services Division (HCSD), at (916) 327-2238.

SUSANN J. STEINBERG, M.D.
Deputy Director
Health Care Services Division

Attachments

cc:  Sandra Duveneck, Assistant Deputy Director, HCFO, HCSD
    Nadim K. Khoury, M.D., Assistant Deputy Director, Clinical Policy and Programs, HCSD

CDC 1617 (3/89)c:MH_memo

Steven Cambra, Jr.
Page 2


bcc:  Roger E. Hagen, Ph.D., Regional Administrator, Region II, HCFO, HCSD
      Martha Linney, Regional Administrator, Region I, HCFO, HCSD
      Tom Voss, Regional Administrator, Region III, HCFO, HCSD
      Donna Wilson, M.D., Chief Deputy Warden, Clinical Services, California Medical
         Facility
      Salvatore A. Mennuti, Ph.D., Chief Psychologist (A), Mental Health Services, HCSD
      Health Care Managers
      J. Michael Keating, Jr., Special Master, *Coleman vs. Wilson*
      Sharon Riegel, Regional Analyst, HCFO, HCSD

## MENTAL HEALTH HIRING and RECRUITMENT
## VACANCY PERCENTAGE RATES
## BY MONTH

- November started with 869.4 positions and 159.27 vacancies for an 18.32% vacancy rate.
- December started with 892.9 positions and 163.77 vacancies for an 18.34% vacancy rate.
- January started with 892.9 positions with 148.77 vacancies for a 16.66% vacancy rate.
- February started with 892.9 positions with 128.85 vacancies for a 14.43% vacancy rate.
- As of 2-17-99, with 892.9 positions, the 121.35 vacancies yield a 13.59% vacancy rate.
- As of 2-24-99, with 892.9 positions, the 115.35 vacancies yield a 12.91% vacancy rate.
- As of 3-3-99, with 892.9 positions, the 110.35 vacancies yield a 12.35% vacancy rate.
- As of 3-10-99 with 892.9 positions, the 111.35 vacancies yield a 12.47% vacancy rate.
- As of 3-17-99 with 892.9 positions, the 114.35 vacancies yield a 12.8% vacancy rate.

### Vacancies for March, 1999

Institutions with 0 vacancies            **4 (CAL, CCI, CRC, SCC)**

Institutions with ≤ 2 vacancies        **15 (ASP, CCC, CENT, CIW, CTF, CVSP, DVI, FSP, ISP, MCSP, NCWF, PVSP, SAC, SATF, VSPW)**

Institutions with ≤ 5 vacancies        **5 (CIM, CMF, HDSP, NKSP, SQ)**

Institutions with ≤ 10 vacancies       **7 (CCWF, LAC, PBSP, RJD, SOL, SVSP, WSP)**

Institutions with > 10 vacancies        CMC (11.0)
COR (12.5)

c:\sharon\vac_ltr
3.17.99

## MENTAL HEALTH HIRING and RECRUITMENT CONFERENCE CALLS
### Data as of 3/17/99

| | November, 1998 | | December, 1998 | | January, 1999 | | February, 1999 | | March, 1999 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Alloc. | Vac | Alloc. | Vac | Alloc. | Vac | Alloc. | Vac | Alloc. | Vac |
| ASP | 7.5 | 1.5 | 7.5 | 1.5 | 7.5 | 2.5 | 7.5 | 2.5 | 7.5 | 1 |
| CAL | 2.5 | 0 | 2.5 | 0 | 2.5 | 0 | 2.5 | 0 | 2.5 | 0 |
| CCC | 6.5 | 1.5 | 6.5 | 1.5 | 6.5 | 0.5 | 6.5 | 0.5 | 6.5 | 0.5 |
| CCI | 10.6 | 0.1 | 10.6 | 0 | 10.6 | 0 | 10.6 | 0 | 10.6 | 0 |
| CCWF | 38.5 | 9.5 | 38.5 | 7.5 | 38.5 | 8.5 | 38.5 | 7.5 | 38.5 | 6.5 |
| CEN | 9.5 | 0 | 9.5 | 0.5 | 9.5 | 0.5 | 9.5 | 0.5 | 9.5 | 0.5 |
| CIM | 39.5 | 6 | 39.5 | 6 | 39.5 | 4 | 39.5 | 4 | 39.5 | 4 |
| CIW | 28.6 | 1.65 | 28.6 | 1.65 | 28.6 | 2.65 | 28.6 | 1.65 | 28.6 | 1.65 |
| CMC | 66 | 16 | 66 | 10.5 | 66 | 10.5 | 66 | 9.5 | 66 | 11 |
| CMF | 117.1 | 4 | 117.1 | 4 | 117.1 | 3 | 117.1 | 2 | 117.1 | 3 |
| COR | 37.7 | 8.81 | 41.2 | 10.31 | 41.2 | 9.5 | 41.2 | 8.5 | 41.2 | **12.5 |
| CRC | 8 | 0 | 8 | 0 | 8 | 0 | 8 | 0 | 8 | 0 |
| CTF | 9 | 0 | 9 | 2 | 9 | 2 | 9 | 2 | 9 | 2 |
| CVSP | 2.5 | 1 | 2.5 | 1 | 2.5 | 1 | 2.5 | 1 | 2.5 | 1 |
| DVI | 14.5 | 3 | 14.5 | 3 | 14.5 | 2 | 14.5 | 2 | 14.5 | 2 |
| FOL | 4.5 | 1 | 4.5 | 1 | 4.5 | 0 | 4.5 | 0 | 4.5 | 2 |
| HDSP | 29.9 | 6.9 | 29.9 | 6.9 | 29.9 | 4.9 | 29.9 | 3.9 | 29.9 | 3.9 |
| ISP | 9 | 1.5 | 9 | 1.5 | 9 | 1 | 9 | 1 | 9 | 9 |
| LAC | 41 | 9 | 41 | 8 | 41 | 8 | 41 | 9 | 41 | 7 |
| MCSP | 27 | 4 | 31.5 | 6 | 31.5 | 4 | 31.5 | 2.5 | 31.5 | 2 |
| NCWF | 5 | 2 | 5 | 2 | 5 | 2 | 5 | 0.5 | 5 | 0.5 |
| NKSP | 26.1 | 6.6 | 26.1 | 5.6 | 26.1 | 4.6 | 26.1 | 4.1 | 26.1 | 2.1 |
| PBSP | 73.6 | 11 | 73.6 | 10.1 | 73.6 | 10.1 | 73.6 | 9.6 | 73.6 | 7.6 |
| PVSP | 13 | 1 | 13 | 4 | 13 | 3 | 13 | 3 | 13 | 2 |
| RJD | 44.7 | 5.1 | 49.2 | 8.1 | 49.2 | 7.1 | 49.2 | 6.6 | 49.2 | 6.6 |
| SAC | 34 | 3.5 | 34 | 3.5 | 34 | 2 | 34 | 2 | 34 | 2 |
| SATF | 21 | 11.5 | 32 | 17 | 32 | 1.5 | 32 | 1.5 | 32 | 0.5 |
| SCC | 6 | 0 | 6 | 0 | 6 | 0 | 6 | 0 | 6 | 0 |
| SOL | 27.4 | 9.7 | 27.4 | 8.7 | 27.4 | 7.7 | 27.4 | 4.7 | 27.4 | 5.7 |
| SQ | 25 | 4.2 | 25 | 3.2 | 25 | 1.2 | 25 | 1.2 | 25 | 4.7 |
| SVSP | 33.2 | 13.21 | 33.2 | 13.21 | 33.2 | 11.6 | 33.2 | 10.6 | 33.2 | 9.6 |
| VSPW | 18.5 | 4.5 | 18.5 | 4 | 18.5 | 3 | 18.5 | 3 | 18.5 | 2 |
| WSP | 32.5 | 11.5 | 32.5 | 11.5 | 32.5 | 10.5 | 32.5 | 10.5 | 32.5 | 9.5 |
| Totals | 869.4 | 159.27 | 892.9 | 163.77 | 892.9 | 128.85 | 892.9 | 115.35 | 892.9 | 114.35 |

** 4.0 unlicensed Psychologists had to be dismissed due to exceeding two year time limit in obtaining license.

c:\sharon\mh_inst2

Mental Health Services Delivery System
Staffing Allocation and Vacancies for all Institutions
1998-1999 Governor's Budget and Budget Change #1

| CLASSIFICATION | July Alloc | July Vac | August Alloc | August Vac | September Alloc | September Vac | October Alloc | October Vac | November Alloc | November Vac | December Alloc | December Vac | January Alloc | January Vac | February Alloc | February Vac | March Alloc | March Vac | April Alloc | April Vac | May Alloc | May Vac | June Alloc | June Vac | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CEA | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | | | | | | | |
| Chief Deputy Warden | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | | | |
| Assoc. Warden, Psych Srvs | 1 | 0 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 1 | | | | | | | |
| Chief Psychiatrist | 22.5 | 3.5 | 22.5 | 4.5 | 23.5 | 6.5 | 23.5 | 6.5 | 23.5 | 6.5 | 23.5 | 8.5 | 23.5 | 8.5 | 23.5 | 9.5 | 23.5 | 8.5 | | | | | | | |
| Sr. Psychiatrist | 9 | 4 | 9 | 3 | 9 | 3 | 9 | 3 | 9 | 3 | 9 | 1 | 9 | 1 | 9 | 1 | 9 | 1 | | | | | | | |
| Chief Psychiatrist | 91.1 | 28.3 | 91.1 | 27 | 98.6 | 33.3 | 98.6 | 33.3 | 98.6 | 35.3 | 103.6 | 38.6 | 102.6 | 37.1 | 102.6 | 34.1 | 102.6 | 34.1 | | | | | | | |
| Sr. Psychiatrist | 9 | | 9 | | 9 | | 9 | | 9 | 1 | 9 | | 9 | 0 | 9 | 0 | 9 | 0 | | | | | | | |
| Chief Psychologist | 39 | 3 | 39 | 3 | 49.5 | 5 | 49.5 | 5 | 49.5 | 6 | 49 | 6 | 49 | 6 | 49 | 3 | 49 | 3 | | | | | | | |
| Sr Psychologist | 152.6 | 12.9 | 152.6 | 13.4 | 158.1 | 17.9 | 158.1 | 17.9 | 158.1 | 18.85 | 166.6 | 29.35 | 166.6 | 29.85 | 166.6 | 19.35 | 166.6 | 21.35 | | | | | | | |
| Psychologist, CL, CF | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Psych Intern Director | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Psych Assoc. | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 | | | | | | | |
| Sup Psych Soc Wkr | 97.1 | 18.1 | 97.1 | 20.1 | 116.6 | 28.6 | 116.6 | 27.1 | 116.6 | 27.1 | 115.6 | 30.1 | 116.1 | 29.1 | 116.1 | 20.6 | 116.1 | 18.1 | | | | | | | |
| Psych Soc Wkr | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | | | |
| Sr Occ Therapist | 26.5 | 4 | 26.5 | 2 | 36.5 | 2 | 36.5 | 2 | 36.5 | 2 | 36 | 5 | 37 | 5 | 37 | 5 | 37 | 5 | | | | | | | |
| Occ Therapist | 3 | 0 | 3 | 0 | 3 | 1 | 3 | 1 | 3 | 1 | 3 | 3 | 3 | 2 | 3 | 3 | 3 | 2 | | | | | | | |
| Rec Therapist | 3 | 0 | 3 | 0 | 3 | 2 | 3 | 2 | 3 | 2 | 3 | 2 | 3 | 1 | 3 | 1 | 3 | 3 | | | | | | | |
| Physical Therapist | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 1 | 3 | 0 | | | | | | | |
| Psychometrist | 83.8 | 7.61 | 83.8 | 7.15 | 88.3 | 9.81 | 88.3 | 9.81 | 88.3 | 9.81 | 98.3 | 14.81 | 95.8 | 9.81 | 95.8 | 9 | 95.8 | 8.5 | | | | | | | |
| Psych Tech (includes Sr. & Trainees) | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 1 | 0 | 1 | 0 | 3 | 0 | | | | | | | |
| Corr Counselor II | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | | | |
| Corr Counselor I | 1 | 0 | 1 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | | | | | | | |
| AGPA | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | | | | | | | |
| CHSA I & II | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | | | |
| Sr MTA | 21 | 2 | 21 | 2 | 21 | 3 | 21 | 1.4 | 21 | 1.4 | 21 | 0.4 | 21 | 0.4 | 21 | 1.4 | 21 | 0.4 | | | | | | | |
| MTA | 2 | 0 | 2 | 2 | 3 | 1 | 3 | 2 | 3 | 2 | 3 | | 3 | 1 | 3 | 0 | 3 | 0 | | | | | | | |
| SRN II | 10 | 2 | 10 | 2 | 13 | 2 | 13 | 2 | 13 | 0 | 13 | | 13 | 1 | 13 | 0 | 13 | 0 | | | | | | | |
| Supervising Nurse | 67.5 | 8.6 | 67.5 | 8.6 | 88.9 | 8.11 | 88.9 | 8.11 | 88.9 | 8.11 | 90.9 | 7.11 | 90.9 | 3.11 | 90.9 | 2.5 | 90.9 | 3.5 | | | | | | | |
| Registered Nurse | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | | | | | | | |
| Nurse Practitioner | 1 | 0 | 1 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Pharmacist | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | | | | | | | |
| Pharmacy Assistant | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Off Srvcs Supervisor | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Mgmnt Srvcs Tech | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | | | |
| AISA | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | | | |
| Health Rec Tech II (Med Recs Dir) | 1 | 0 | 1 | 0 | 1.2 | 0.2 | 1.2 | 0.2 | 1.2 | 0 | 1.2 | 0.2 | 1.2 | 0.2 | 1.2 | 0.2 | 1.2 | 0.2 | | | | | | | |
| Health Rec Tech I | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | 2 | 0 | | | | | | | |
| Std & Comp Coord | 1 | 0 | 1 | 0 | 2 | 0 | 2 | 0 | 2 | 1 | 2 | 1 | 2 | 0 | 2 | 0 | 2 | 0 | | | | | | | |
| Health Program Coord | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | | | | | | | |
| Med Secretary | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | | | | | | | |
| Sr Medical Steno | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Stenographer | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Sr Med Transcriber | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | 3 | 0 | | | | | | | |
| Med Transcriber | 34.5 | 7 | 34.5 | 6 | 38 | 8 | 38 | 8 | 38 | 8 | 38 | 5 | 38 | 5 | 38 | 4 | 38 | 4 | | | | | | | |
| Office Tech | 36.1 | 7.1 | 36.1 | 4.6 | 49.6 | 7.1 | 49.6 | 7.1 | 49.6 | 7.1 | 49.6 | 5.1 | 51.6 | 5.6 | 51.6 | 4.1 | 51.6 | 3.1 | | | | | | | |
| Office Assistant (Gen & Tech) | 26.5 | 0.5 | 26.5 | 0.5 | 26.5 | 2 | 26.5 | 2 | 26.5 | 2 | 26.5 | 1 | 26.5 | 1.5 | 26.5 | 1.5 | 26.5 | 1.5 | | | | | | | |
| Clinical Dietitian | 0 | 0 | 0 | 0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | | | | | | | |
| Total All Institutions | 765.2 | 110.61 | 765.2 | 105.95 | 869.4 | 143.62 | 869.4 | 139.5 | 869.4 | 143.27 | 892.9 | 156.27 | 892.9 | 147.77 | 892.9 | 121.35 | 892.9 | 114.35 | | | | | | | |

41.2 POSITIONS REMAIN UNALLOCATED.