FILED

JUN - 3 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On April 6, 1999, the special master filed a request for increased compensation. The special master seeks an increase in his compensation from $150.00 per hour to $210.00 per hour, and an increase in compensation for the deputy special master from $140.00 to $200.00 per hour.[1] By order filed April 29, 1999, the parties were granted twenty days to respond to request. The order further provided that the absence of a response would be deemed a waiver of opposition thereto. (Order filed April 29, 1999.) Neither party has filed a response to the special master's request.

/////

/////

---

[1] The special master does not seek an increase in compensation for travel time, for which he will continue to be compensated at a rate of $75.00 per hour.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The special master's April 26, 1999 request for increased compensation is granted;

2. Effective June 15, 1999, the special master shall be compensated at a rate of $210.00 per hour for worked performed in this action, except that he shall be compensated at a rate of $75.00 per hour for travel time; and

3. Effective June 15, 1999, the deputy special master shall be compensated at a rate of $200.00 per hour for work performed in this action, except that he shall be compensated at a rate of $75.00 per hour for travel time.

DATED: June l__, 1999.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

/comp.inc

2

United States District Court
for the
Eastern District of California
June 3, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 3, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                                          SJ/LKK
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100

Sacramento, CA 95814
Case 2:90-cv-00520-KJM-SCR   Document 1038   Filed 06/03/99   Page 4 of 4

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk