```
 1 | PRISON LAW OFFICE
   | DONALD SPECTER (State Bar # 83925)
 2 | General Delivery
   | San Quentin, California 94964
 3 | Telephone (415) 457-9144
 4 | McCUTCHEN, DOYLE, BROWN & ENERSEN
   | WARREN GEORGE (State Bar # 53588)
 5 | Three Embarcadero Center
   | San Francisco, California 94111
 6 | Telephone (415) 393-2000
 7 | ROSEN, BIEN & ASARO, LLP
   | MICHAEL W. BIEN (State Bar # 096891)
 8 | SANFORD JAY ROSEN (State Bar # 062566)
   | THOMAS NOLAN (State Bar # 169692)
 9 | 155 Montgomery Street, 8th Floor
   | San Francisco, California 94104
10 | Telephone (415) 433-6830
11 | HELLER, EHRMAN, WHITE & McAULIFFE
   | RICHARD L. GOFF (State Bar # 36377)
12 | 701 Fifth Avenue
   | Seattle, Washington 98104
13 | Telephone (206) 447-0900
14 | Attorneys for Plaintiffs
```

**FILED**
JUN - 7 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**LODGED**
JUN - 1 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiff, | **STIPULATION AND ORDER CONFIRMING PAYMENT OF DISPUTED ATTORNEYS' FEES AND COSTS FOR 1998** |
| vs. | |
| PETE WILSON, et al., | |
| Defendants | |

89\5\PLEADING
isputed 1998 Fees

STIPULATION AND ORDER CONFIRMING
PAYMENT OF DISPUTED FEES & COSTS
FOR 1998

1040

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties previously stipulated to payment of undisputed fees for the First, Second, Third and Fourth Quarters of 1998.

Pursuant to paragraph 4 of the March 19, 1996 Stipulation and Order for Periodic Collection of Attorneys' Fees and Costs, plaintiffs are to file an annual motion to compel concerning disputed fees and costs incurred during a given calendar year no later than sixty (60) days after the parties meet and confer with respect to the quarterly statement covering the Fourth Quarter of that year.

Pursuant to this provision of the Periodic Fees Order, plaintiffs annual motion to compel disputed fees and costs for 1998 was due to be filed on or before June 1, 1999.

The parties have met and conferred concerning the disputed fees and costs for 1998. The parties have resolved their dispute over all fees and costs for 1998, with the exception of $18,824.06 in fees and costs incurred by plaintiffs in connection with work on fee appeals involving PLRA issues in cases that plaintiffs believe are relevant to and compensable in this case. In addition, pursuant to the stipulation between the parties entered on January 28, 1999, plaintiffs have reserved the right to file for an increase in 1998 rates until 90 days following the decision of the Supreme Court in the *Hadix* case. The *Hadix* case will also resolve the issues that

1 were raised in the related cases upon which plaintiffs expended the
2 $18,824.06 that remains in dispute between the parties.  Therefor,
3 plaintiffs may file a motion to compel, if necessary, on the
4 remaining $18,824.06 in fees and costs at anytime until and
5 including the date 90 days following the Supreme Court's issuance of
6 its decision in *Hadix v. Johnson*.  Defendants do not by this
7 stipulation waive their right to challenge the jurisdiction of this
8 court to award attorneys' fees to plaintiffs for work performed in
9 other courts.  Plaintiffs do not concede that there is any basis for
10 such a challenge.

11    As to the remainder of the disputed 1998 fees and costs, the
12 parties have completed negotiations and reached an agreement.
13 Defendants are hereby obligated to pay 77 percent of $8,890.50 that
14 remains in dispute, or a total of $6,845.69.

15    WHEREFORE, IT IS CONFIRMED that $6,845.69 is due and
16 collectable as of June 30, 1999.  Interest runs from January 1, 1999
17 at the rate of 4.879%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $6,845.69 | 4.879% | $0.92 | January 1, 1999 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

25    And WHEREFORE, IT IS ALSO CONFIRMED that plaintiffs may have
26 until 90 days after the Supreme Court issues its decision in *Hadix*
27 *v. Johnson* to file a motion to compel the payment of the $18,804.26

that remains in dispute and that concerns work on the *Madrid* appeal and other appellate work relating to PLRA issues.

IT IS SO ORDERED.

Dated: June 7, 1999

John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

DATED: 5/28/99

Matthew Mandelbaum
Deputy Attorney General
Attorney for Defendants

DATED: 5-27-99

Thomas B. Nolan
Rosen Bien & Asaro
Attorneys for Plaintiffs

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th Floor, San Francisco, California 94104. I served a true copy of the attached:

**STIPULATION AND ORDER CONFIRMING PAYMENT OF DISPUTED ATTORNEYS' FEES AND COSTS FOR 1998**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

<u>By U.S. Mail</u>

Jessica Blonien
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Ave., 12th Floor
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of May 1999 at San Francisco, California.

_____
Cliona Plunkett

United States District Court
for the
Eastern District of California
June 7, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 7, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Ralph Coleman                             SJ/LKK
    C-09970
    FSP-1                                     CF/JFM
    Folsom State Prison
    P O Box 290066
    Represa, CA  95671-0066

    Lorenzo Arteaga
    E-66703
    FSP-1
    Folsom State Prison
    P O Box 290066
    Represa, CA  95671-0066

    Donald Specter
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Warren E George Jr
    McCutchen Doyle Brown and Enersen
    Three Embarcadero Center
    Suite 1800
    San Francisco, CA  94111

    Michael W Bien

Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Richard L Goff
Heller Ehrman White and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA   94104-2878

Attention:      Amelia A Craig


Karl S Mayer
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

Rick C Zimmerman
Hassard Bonnington
Two Embarcadero Center
Suite 1800
Suite 3400
San Francisco, CA   94111-3993

Joan W Cavanagh
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

Attention:      DAG


Ismael A Castro
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

by K Morris
Deputy Clerk