

FILED

JUN 24 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,               No. CIV S-90-0520 LKK JFM P

     vs.

PETE WILSON, et al.,

       Defendants.             <u>ORDER</u>

        By order filed June 17, 1999, defendants were ordered to show cause at a hearing on June 30, 1999 why they should not be held in contempt of court for violation of orders of this court issued March 19, 1999 and May 20, 1999. On June 18, 1999, defendants complied with said orders. On June 23, 1999, defendants filed an answer to the order to show cause and a request to discharge the order to show cause and vacate the hearing.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' June 23, 1999 request is granted;

        2. The court's June 17, 1999 order to show cause is discharged; and

        3. The June 30, 1999 hearing is vacated.

DATED: June 24, 1999.

                                    /s/ signature
                              UNITED STATES MAGISTRATE JUDGE

12;cole0520.dis

United States District Court
for the
Eastern District of California
June 24, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 24, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                              CF/JFM
Prison Law Office
General Delivery                            SJ/LKK
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

By: /s/ signature
Deputy Clerk