

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

PETE WILSON, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of May 1999.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island  02903

the amount of $176,867.15 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: June 29, 1999.

UNITED STATES MAGISTRATE JUDGE

JFM:hg
cole99.may



1050

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

RALPH COLEMAN, et al.,            :
        Plaintiffs,               :
                                  :
  v.                              :     No. Civ. S-90-0520 LKK JFM P
                                  :
PETE WILSON, et al.,              :
        Defendants                :

The Special Master hereby submits his latest statement for fees and
disbursements, including those accrued through May 31, 1999.

| | | |
|---|---:|---:|
| J. Michael Keating, Jr., Master | | |
|     Services | $ 17,910.00 | |
|     Disbursements | 4,122.51 | |
|         Total amount due | | $ 22,032.51 |
| Norma P. D'Apolito | | |
|     Services | $ 12,090.00 | |
| | 0 | |
|         Total amount due | | $ 12,090.00 |
| Matthew A. Lopes, Jr. | | |
|     Services | $ 4,718.00 | |
|     Disbursements | 9,285.83 | |
|         Total amount due | | $ 14,003.83 |
| Paul Nicoll | | |
|     Services | $ 22,297.50 | |
|     Disbursements | 0 | |
|         Total amount due | | $ 22,297.50 |
| Howard H. Fenn, M.D. | | |
|     Services | $ 900.00 | |
|     Services | 5,200.00 | |
|         Total amount due | | $ 6,100.00 |
| Barbara Cotton | | |
|     Services | $ 4,927.50 | |
|     Disbursements | 716.33 | |
|         Total amount due | | $ 5,643.83 |
| California Planners | | |
|     Services | $ 13,130.00 | |
|     Disbursements | 143.98 | |
|         Total amount due | | $ 13,273.98 |

Dennis F. Koson, M.D.
    Services                              $ 19,337.50
    Disbursements                  1,925.70

        Total amount due                         $ 21,263.20

Kerry C. Hughes, M.D.
    Services                              $ 10,568.75
    Disbursements                    655.91

        Total amount due                         $ 11,224.66

Jeffrey L. Metzner, M.D.
    Services                              $ 16,012.00
    Disbursements                    1,634.66

        Total amount due                         $ 17,646.66

Patricia Williams Murphy
    Services                              $ 14,740.00
    Disbursements                    294.70

        Total amount due                         $ 15,034.70

Virginia L. Morrison
    Services                              $ 15,975.00
    Disbursements                    281.28

        Total amount due                         $ 16,256.28


    TOTAL AMOUNT TO BE REIMBURSED          <u>$176,867.15</u>

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*[signature]*

J. Michael Keating, Jr.
Special Master

```
            United States District Court
                      for the
             Eastern District of California
                   June 30, 1999

          * * CERTIFICATE OF SERVICE * *

                              2:90-cv-00520
```

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 30, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                    SJ/LKK
Prison Law Office
General Delivery                  CF/JFM
San Quentin, CA   94964
                                  Financial Department
Michael W Bien
Rosen Bien and Asaro              Attorney Maintenence
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

J Michael Keating Jr
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814
```

Jack L. Wagner, Clerk

by: Deputy Clerk