```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  General Delivery
    San Quentin, California 94964
 3  Telephone (415) 457-9144

 4  McCUTCHEN, DOYLE, BROWN & ENERSEN
    WARREN GEORGE (State Bar # 53588)
 5  Three Embarcadero Center
    San Francisco, California 94111
 6  Telephone (415) 393-2000

 7  ROSEN, BIEN & ASARO, LLP
    MICHAEL W. BIEN (State Bar # 096891)
 8  SANFORD JAY ROSEN (State Bar # 062566)
    THOMAS NOLAN (State Bar # 169692)
 9  155 Montgomery Street, 8th Floor
    San Francisco, California  94104
10  Telephone (415) 433-6830

11  HELLER, EHRMAN, WHITE & McAULIFFE
    RICHARD L. GOFF (State Bar # 36377)
12  701 Fifth Avenue
    Seattle, Washington 98104
13  Telephone (206) 447-0900

14  Attorneys for Plaintiffs
```

FILED
JUL 13 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

LODGED
JUL - 1 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, <br><br> Plaintiff, <br><br> vs. <br><br> PETE WILSON, et al., <br><br> Defendants | Case No. Civ. S 90-0520 LKK-JFM <br><br> **STIPULATION AND ORDER CONFIRMING PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 1999** |

89\5\PLEADING
irst Qtr 1999
ees

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE FIRST QUARTER OF 1999

1051

1     On March 19, 1996, the District Court established procedures by
2 which plaintiffs are to collect periodic attorneys' fees and costs
3 in this case in connection with their work monitoring defendants'
4 compliance with the Court's Orders and collecting fees.
5     Pursuant to these procedures, the parties have met and
6 conferred concerning fees and costs incurred by plaintiffs'
7 attorneys during the first quarter of 1999.
8     The parties have resolved all of their disputes over all fees
9 and costs incurred during the first quarter of 1999. Defendants
10 are hereby obligated to pay $105,885.11 in fees and costs incurred
11 during the First Quarter of 1999. Attached hereto as Exhibit A are
12 charts setting forth the fees and expenses due and owing on the
13 First Quarter of 1999.
14     WHEREFORE, IT IS CONFIRMED that $105,885.11 is due and
15 collectable as of 45 days from the date of entry of this order.
16 Daily interest runs from May 31, 1999 at the rate of 4.879%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $105,885.11 | 4.879% | $14.15 | May 31, 1999 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: July 9, 1999

John F. Moulds, Magistrate Judge
United States District Court

89\5\PLEADING
irst Qtr 1999
ees

1

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FIRST QTR
1999 FEES & COSTS

```
 1  APPROVED AS TO FORM:

 2  /s/ Jessica Blonien                    DATED: 6/30/99

 3  Jessica Blonien
    Deputy Attorney General
 4  Attorney for Defendants

 5

 6  /s/ Thomas Nolan                       DATED: 6/30/99

 7  Thomas B. Nolan
    Rosen Bien & Asaro
 8  Attorneys for Plaintiffs
```

89\5\PLEADING
irst Qtr 1999
ees

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FIRST QTR
1999 FEES & COSTS

2

# Coleman v. Wilson
## First Quarterly Statement of 1999
### January 1, 1999 through March 31, 1999

## SUMMARY OF UNDISPUTED FEES AND COSTS

|  | FEES | COSTS |
|---|---|---|
| Monitoring | $ 93,287.05 | $ 4,311.27 |
| Monitoring Fees on Fees | $ 7,992.80 | $ 293.99 |
| Haddix Appeal | $       - | $       - |
| **TOTALS** | **$ 101,279.85** | **$ 4,605.26** |//

| TOTAL UNDISPUTED FEES AND COSTS | $ 105,885.11 |
|---|---|

## Coleman V. Wilson
### Summary of Undisputed Fees
### January 1, 1999 Through March 31, 1999

### Monitoring (489-3)

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours in Dispute After Meet and Confer | 80% of Disputed Hours ** | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 114.40 | 2.00 | 0.60 | 0.00 | 1.40 | 1.12 | 113.00 | $112.50 | $12,838.50 |
| Jane E. Kahn (JEK) | 107.90 | 8.30 T | 1.50 | 0.20 | 6.60 | 5.28 | 101.10 | 112.50 | 11,967.75 |
| Tom Nolan (TN) | 207.10 | 10.70 T | 1.10 | 0.10 | 9.50 | 7.60 | 197.50 | 112.50 | 23,073.75 |
| Shana J. Margolis (SJM) | 31.10 | 2.80 T | 0.00 | 0.10 | 2.70 | 2.16 | 28.30 | 112.50 | 3,426.75 |
| James I. Dye (JID) | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 80.00 | 40.00 |
| Pamela Derrico (PD) | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 80.00 | 64.00 |
| Christopher E. Carey (CEC) | 4.30 | 1.10 | 0.00 | 0.20 | 0.90 | 0.72 | 3.20 | 80.00 | 313.60 |
| Cliona R. Plunkett (CRP) | 177.80 | 12.80 | 0.70 | 0.90 | 11.20 | 8.96 | 165.70 | 80.00 | 13,972.80 |
| **Totals** | **643.90** | **37.70** | **3.90** | **1.50** | **32.30** | **25.84** | **610.10** | | **$65,697.15** |
| **Prison Law Office** | | | | | | | | | |
| Donald Specter (DS) | 83.90 | 11.70 | 0.20 | 0.00 | 11.50 | 9.20 | 72.40 | $112.50 | $9,180.00 |
| Kimber Simpson (KS) | 152.30 | 6.00 | 0.30 | 0.40 | 5.30 | 4.24 | 146.60 | 112.50 | 16,969.50 |
| **Totals** | **236.20** | **17.70** | **0.50** | **0.40** | **16.80** | **13.44** | **219.00** | | **$26,149.50** |
| **McCutchen, Doyle, Brown & Enersen** | | | | | | | | | |
| W.E. George (WEG) | 7.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.20 | $112.50 | $810.00 |
| D.G. DeLeon (DGD) | 8.90 | 5.10 | 0.00 | 0.00 | 5.10 | 4.08 | 3.80 | 80.00 | 630.40 |
| **Totals** | **16.10** | **5.10** | **0.00** | **0.00** | **5.10** | **4.08** | **11.00** | | **$1,440.40** |
| **Total Monitoring Claim - All Offices** | | | | | | | | | **$93,287.05** |

T - Full Travel Time Added
** - 80% of Disputed time + Undisputed time x PLRA Rate = Total

Coleman V. Wilson
Summary of Undisputed Fees
January 1, 1999 Through March 31, 1999

## Monitoring (489-5) (Monitoring Fees on Fees)

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours in Dispute After Meet and Confer | 80% of Disputed Hours | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 0.70 | 0.50 | 0.30 | 0.00 | 0.20 | 0.16 | 0.50 | $112.50 | $74.25 |
| Jane E. Kahn (JEK) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 112.50 | 22.50 |
| Tom Nolan (TN) | 10.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.90 | 112.50 | 1,226.25 |
| William H.D. Fernholtz (WHDF) | 1.70 | 0.10 | 0.00 | 0.00 | 0.10 | 0.08 | 1.60 | 112.50 | 189.00 |
| Pamela Derrico (PD) | 35.00 | 5.30 | 2.60 | 0.90 | 1.80 | 1.44 | 32.30 | 80.00 | 2,699.20 |
| Christopher E. Carey (CEC) | 43.60 | 3.50 | 0.90 | 0.20 | 2.40 | 1.92 | 41.00 | 80.00 | 3,433.60 |
| **Totals** | 92.10 | 9.40 | 3.80 | 1.10 | 4.50 | 3.60 | 86.50 | | $7,644.80 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 4.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.35 | 80.00 | $348.00 |
| **Totals** | 4.35 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.35 | | $348.00 |

**Total Monitoring Fees on Fees - All Offices** $7,992.80

**Total Summary of Undisputed Fees** $101,279.85

Coleman V. Wilson
Summary of Undisputed Fees
January 1, 1999 Through March 31, 1999

### Hadix (489-8)

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours in Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 0.70 | 0.70 | 0.00 | 0.00 | 0.70 | 0.00 | $112.50 | $0.00 |
| Tom Nolan (TN) | 1.60 | 1.60 | 0.00 | 0.00 | 1.60 | 0.00 | 112.50 | 0.00 |
| William H.D. Fernholtz (WHDF) | 2.80 | 2.80 | 0.00 | 0.00 | 2.80 | 0.00 | 112.50 | 0.00 |
| Christopher E. Carey (CEC) | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | 0.00 | 80.00 | 0.00 |
| Marina Ponomarchuk (MUP) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 |
| **Totals** | **5.30** | **5.30** | **0.00** | **0.00** | **5.30** | **0.00** | | **$0.00** |

**Coleman v. Wilson**
Summary Of Undisputed Fees
January 1, 1999 Through March 31, 1999

| Attorney/Law Firm | Claimed Expenses | Expenses Originally In Dispute | Objections Withdrawn By Defendant | Objections Withdrawn By Plaintiff | Expenses Remaining In Dispute After Meet & Confer | 80% of Disputed Costs | Expenses Now Owing |
|---|---|---|---|---|---|---|---|
| **Monitoring (489-3)** | | | | | | | |
| **ROSEN BIEN & ASARO** | | | | | | | |
| Photocopying (in house) | $1,048.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,048.60 |
| Photocopying (outside) | 596.51 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 596.51 |
| Postage and Delivery | 517.77 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 517.77 |
| Telephone | 121.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 121.00 |
| Telefax | 209.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 209.00 |
| Travel | 790.44 | 297.76 | 1.00 | 17.50 | 279.26 | 223.41 | 717.09 |
| On-Line Research Services | 9.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.70 |
| **Total for 489-5:** | **$3,293.02** | **$297.76** | **$1.00** | **$17.50** | **$279.26** | **$223.41** | **$3,219.67** |
| **Prison Law Office** | | | | | | | |
| Photocopying (in house) | $111.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $111.00 |
| Photocopying (outside) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Postage and Delivery | 215.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 215.28 |
| Telephone | 148.36 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 148.36 |
| Telefax | 86.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.00 |
| Travel | 554.16 | 116.00 | 0.00 | 0.00 | 116.00 | 92.80 | 530.96 |
| **Total for PLO:** | **$1,114.80** | **$116.00** | **$0.00** | **$0.00** | **$116.00** | **$92.80** | **$1,091.60** |
| **Fees on Fees (489-5)** | | | | | | | |
| **ROSEN BIEN & ASARO** | | | | | | | |
| Photocopying (in house) | $144.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $144.00 |
| Photocopying (outside) | 78.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 78.39 |
| Postage and Delivery | 66.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 66.60 |
| Telefax | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| **Total for 489-5:** | **$293.99** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$293.99** |
| **TOTAL EXPENSES:** | **$4,701.81** | **$413.76** | **$1.00** | **$17.50** | **$395.26** | | **$4,605.26** |

**Haddix Expenses (489-8)**

| | | | | | |
|---|---|---|---|---|---|
| Photocopying (in house) | $22.00 | $22.00 | $0.00 | $0.00 | $22.00 | $0.00 |
| **Total for 489-8:** | **$22.00** | **$22.00** | **$0.00** | **$0.00** | **$22.00** | **$0.00** |

<pre>
 1                        PROOF OF SERVICE
 2       I, the undersigned, certify and declare that I am over the
 3  age of 18 years, employed in the City and County of San Francisco,
 4  California, and not a party to the within action.  My business
 5  address is 155 Montgomery Street, 8th floor, San Francisco,
 6  California 94104.  I served a true copy of the following:
 7
 8       STIPULATION AND ORDER CONFIRMING PAYMENT OF UNDISPUTED
            ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 1999
 9
10  on the parties in said action by causing same to be delivered in
11  the manner and on the date listed below:
12
13  BY U.S. MAIL
14       Jessica Blonien, Esq.
         Office of the Attorney General
15       455 Golden Gate Avenue, 12th Floor
         San Francisco, CA  94102-3664
16
17       I declare under penalty of perjury that the foregoing is true
18  and correct.  Executed this 30th day of June, 1999, at San
19  Francisco, California.
20                                      _____
                                        PAMELA A. DERRICO
21
</pre>

United States District Court
for the
Eastern District of California
July 13, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 13, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                              CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

Jack L. Wagner, Clerk

BY: KCarlo
Deputy Clerk