UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

   v.

PETE WILSON, et al.,

        Defendants.

NO. CIV. S-90-0520 LKK JFM P

O R D E R

---

The court is in receipt of the Progress Report on Status of Defendants' Mental Health Programs at the California Medical Facility. No objections to the Report have been filed.

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The report is ordered filed; and

2. The report is accepted as representing the status of defendants' mental health programs at the California Medical Facility.

DATED: July 19, 1999.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

1

United States District Court
for the
Eastern District of California
July 20, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 20, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                              SJ/LKK
Prison Law Office
General Delivery                             CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk