

JUL 2 6 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______________
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs, No. CIV S-90-0520 LKK JFM P

vs.

PETE WILSON, et al.,

Defendants. ORDER

______________________________/

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of June 1999.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $153,238.57 in accordance with the attached statement, as adjusted[1]; and

---

[1] The adjustment represents a deduction of $845.00 in fees claimed by Paul Nicoll and $0.20 in expenses claimed by Matthew Lopes. The billing statement submitted by Mr. Nicoll requests compensation for a total of 145.7 hours worked, but the hours entered on the statement only total 139.2 hours. It appears that Mr. Nicoll did not include hours for time spent on June 29, 1999, and compensation for those hours may be sought if they are properly documented in a subsequent bill. The $0.20 deduction represents a computation error in the total claimed by Mr. Lopes for disbursements.

1056

2. A copy of this order shall be served on the financial department of this court.

DATED: July 26, 1999.

UNITED STATES MAGISTRATE JUDGE

JFM:hg
cole99.jun

---

In addition, the court's review of the statements submitted reveals two additional discrepancies. Mr. Lopes' statement indicates that he spent one half hour of time on this case on June 27, 1999, for which he seeks payment of $60.00. Mr. Lopes' customary rate for one half hour of time is $100.00, and the basis for the discrepancy is not clear. The court will therefore compensate Mr. Lopes for the $60.00 claimed. In the statement dated May 3, 1999, Virginia Morrison seeks a total of $15,801.50 in fees for 121.55 hours worked. The hours on the statement, however, reflect 133.95 hours worked, and it appears that Ms. Morrison omitted the 12.4 hours spent on April 8, 1999 from the total. The court will compensate Ms. Morrison for the 121.55 hours claimed on the statement. This order is without prejudice to the right of the special master to seek additional compensation for Mr. Lopes and Ms. Morrison for the work described herein, if appropriate.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, et al., Plaintiffs, | : | |
| v. | : | No. Civ. S-90-0520 LKK JFM P |
| PETE WILSON, et al., Defendants | : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through June 30, 1999.

| | | |
|---|---|---|
| J. Michael Keating, Jr., Master | | |
| Services | $ 14,446.50 | |
| Disbursements | 2,971.57 | |
| Total amount due | | $ 17,418.07 |
| Norma P. D'Apolito | | |
| Services | $ 11,115.00 | |
| | 0 | |
| Total amount due | | $ 11,115.00 |
| Matthew A. Lopes, Jr. | | |
| Services | $ 6,515.00 | |
| Disbursements | ~~6,396.33~~ 6,396.13 JFM | |
| Total amount due | | $ 12,911.~~33~~ 13 |
| Paul Nicoll | | |
| Services | $ ~~19,428.50~~ 18,583.50 | |
| Disbursements | 0 | |
| Total amount due | | $ ~~19,428.50~~ 18,583.50 JFM |
| Howard H. Fenn, M.D. | | |
| Services | $ 1,000.00 | |
| Services | 0 | |
| Total amount due | | $ 1,000.00 |
| Virginia L. Morrison | | |
| Services | $ 35,970.75 | |
| Disbursements | 1,668.81 | |
| Total amount due | | $ 37,639.56 |
| Raymond F. Patterson, M.D. | | |
| Services | $ 11,637.50 | |
| Disbursements | 981.63 | |
| Total amount due | | $ 12,619.13 |

| | | |
|---|---|---|
| Jeffrey L. Metzner, M.D. | | |
| Services | $ 27,711.50 | |
| Disbursements | 3,994.37 | |
| Total amount due | | $ 31,705.87 |
| Patricia Williams Murphy | | |
| Services | $ 10,029.00 | |
| Disbursements | 217.31 | |
| Total amount due | | $ 10,246.31 |
| TOTAL AMOUNT TO BE REIMBURSED | | ~~$154,083.77~~ 153,238.57 JTM |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master

mll

United States District Court
for the
Eastern District of California
July 26, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 26, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA 94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA 94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-3664

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI 02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100

cf/jfm

financial dept

Jack L. Wagner, Clerk

by: Deputy Clerk