FILED
AUG 2 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAY LEE GATES, et al.,

        Plaintiffs,

   v.                                   CIV. S-87-1636 LKK/JFM P

JAMES GOMEZ, et al.,

        Defendants.
_____/

RALPH COLEMAN, et al.,

        Plaintiffs,

   vs.                                 CIV S-90-0520 LKK/JFM P

PETE WILSON, et al.,

        Defendants.
_____/

////

////

////

////

1057

```
 1  ESTATE OF JEFFREY FORD; EVA
    FORD, individually and in her
 2  capacity as Administrator of the
    Estate of Jeffrey Ford; and
 3  THOMAS FORD,

 4                    Plaintiffs,

 5           v.                              CIV. NO. S-99-1234 GEB/JFM

 6  STATE OF CALIFORNIA; C.A.
    TERHUNE; DAVID TRISTAN; MICHAEL
 7  PICKETT; and ANA RAMIREZ-PALMER,         NON-RELATED CASE ORDER

 8                    Defendants.
                                       /
 9
```

10      The court has received the Notice of Related Cases concerning
11 the above-captioned cases filed June 24, 1999.  <u>See</u> Local Rule 83-
12 123, E.D. Cal. (1997).  The court has determined, however, that it
13 is inappropriate to relate or reassign the cases, and therefore
14 declines to do so.  This order is issued for informational purposes
15 only, and shall have no effect on the status of the cases,
16 including any previous Related (or Non-Related) Case Order of this
17 court.

18      IT IS SO ORDERED.

19      DATED:  July 30, 1999.

                                    _____
                                    LAWRENCE K. KARLTON
                                    CHIEF JUDGE EMERITUS
                                    UNITED STATES DISTRICT COURT

2

```
                United States District Court
                           for the
                 Eastern District of California
                        August 2, 1999


                * * CERTIFICATE OF SERVICE * *

                                        2:90-cv-00520

    Coleman

         v.

    Reagan
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 2, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                          SJ/LKK
    Prison Law Office
    General Delivery                        CF/JFM
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Bruce Michael Slavin
    Attorney General's Office of the State of California
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664

    J Michael Keating Jr
    Christopher H Little & Associates
    50 S Main St
    Providence, RI  02903

    Edmund F Brennan
    United States Attorney
    501 I Street
    Suite 10-100
    Sacramento CA 95814
```

Jack L. Wagner, Clerk

by: Deputy Clerk