

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

No. CIV S-90-0520 LKK JFM P

vs.

PETE WILSON, et al.,

    Defendants.

<u>ORDER</u>

    The special master in this case has submitted a request for approval of appointment of an additional expert. The special master seeks approval of Kory J. Knapke, M.D. as a mental health expert, said expert to be compensated at an hourly rate of seventy-five dollars ($75.00) for travel time and otherwise at an hourly rate of two hundred dollars ($200.00) plus reasonable expenses.

    Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

    1. The special master's September 3, 1999 request for approval of appointment of an expert is GRANTED; and

/////

/////

1

2. The special master is authorized to appoint Kory J. Knapke, M.D. as a mental health expert to perform the duties set forth in the Special Master's Request for Appointment of Staff, filed September 3, 1999, and to be compensated at the rates set forth therein;

DATED: September 9, 1999.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

```
              United States District Court
                         for the
                Eastern District of California
                     September 10, 1999


              * * CERTIFICATE OF SERVICE * *


                                        2:90-cv-00520


Coleman

     v.

Reagan

_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  September 10, 1999, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Donald Specter                     SJ/LKK
          Prison Law Office
          General Delivery                   CF/JFM
          San Quentin, CA  94964

          Michael W Bien
          Rosen Bien and Asaro
          155 Montgomery Street
          Eighth Floor
          San Francisco, CA  94104

          Bruce Michael Slavin
          Attorney General's Office of the State of California
          455 Golden Gate Avenue
          Suite 11000
          San Francisco, CA  94102-3664

          J Michael Keating Jr
          Little Bulman and Whitney
          72 Pine Street
          Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk