**FILED**

SEP 20 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

PETE WILSON, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of August 1999.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $198,979.04 in accordance with the attached statement, as adjusted; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: September 20, 1999.

/s/ UNITED STATES MAGISTRATE JUDGE

12;cole99.aug

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,           :
    Plaintiffs,              :
                             :
v.                               :    No. Civ. S-90-0520 LKK JFM P
                             :
PETE WILSON, et al.,             :
    Defendants               :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through August 31, 1999.

    J. Michael Keating, Jr., Master
        Services                 $ 27,531.00
        Disbursements                  15.75
            Total amount due                      $ 27,546.75

    Norma P. D'Apolito
        Services                 $  7,280.00
                                        773.08
            Total amount due                      $  8,053.08

    Matthew A. Lopes, Jr.
        Services                 $ 22,800.00
        Disbursements              13,118.28
            Total amount due                      $ 35,918.28

    Paul Nicoll
        Services                 $  6,972.50
        Disbursements                      0
            Total amount due                      $  6,972.50

    Raymond F. Patterson, M.D.
        Services                 $  6,800.00
        Disbursements                  57.08
            Total amount due                      $  6,857.08

    Virginia L. Morrison
        Services                 $ 11,245.50
        Disbursements                 546.85
            Total amount due                      $ 11,792.35

    Jeffrey L. Metzner, M.D.
        Services                 $ 24,487.50
        Disbursements               2,859.44
            Total amount due                      $ 27,346.94

```
Donna L. Brorby
     Services                      $ 36,534.00
     Disbursements                    1,957.54

          Total amount due                              $ 38,491.54

Patricia Murphy Williams
     Services                      $ 10,844.00
     Disbursements                      550.68

          Total amount due                              $ 11,394.68

Dennis F. Koson, M.D.
     Services                      $  9,750.00
     Disbursements                            0

          Total amount due                              $  9,750.00

Kerry C. Hughes, M.D.
     Services                      $ 11,187.50
     Disbursements                    1,263.84

          Total amount due                              $ 12,451.34

California Planners
     Services                      $  2,402.50
     Disbursements                        2.00

          Total amount due                              $  2,404.50


     TOTAL AMOUNT TO BE REIMBURSED                      $198,979.04
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

```
                    United States District Court
                              for the
                    Eastern District of California
                         September 20, 1999


                    * * CERTIFICATE OF SERVICE * *

                                              2:90-cv-00520


    Coleman

         v.

    Reagan

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  September 20, 1999, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Donald Specter                       CF/JFM
         Prison Law Office
         General Delivery
         San Quentin, CA  94964                Financial

         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA  94104

         Bruce Michael Slavin
         Attorney General's Office of the State of California
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA  94102-3664

         J Michael Keating Jr
         Little Bulman and Whitney
         72 Pine Street
         Providence, RI  02903

         Edmund F Brennan
         United States Attorney
         501 I Street
         Suite 10-100
```

```
                                Jack L. Wagner, Clerk

                           BY:  _____
                                Deputy Clerk
```