```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  General Delivery
    San Quentin, California 94964
 3  Telephone (415) 457-9144

 4  McCUTCHEN, DOYLE, BROWN & ENERSEN
    WARREN GEORGE (State Bar # 53588)
 5  Three Embarcadero Center
    San Francisco, California 94111
 6  Telephone (415) 393-2000

 7  ROSEN, BIEN & ASARO, LLP
    MICHAEL W. BIEN (State Bar # 096891)
 8  SANFORD JAY ROSEN (State Bar # 062566)
    THOMAS NOLAN (State Bar # 169692)
 9  155 Montgomery Street, 8th Floor
    San Francisco, California  94104
10  Telephone (415) 433-6830

11  HELLER, EHRMAN, WHITE & McAULIFFE
    RICHARD L. GOFF (State Bar # 36377)
12  701 Fifth Avenue
    Seattle, Washington 98104
13  Telephone (206) 447-0900

14

15  Attorneys for Plaintiffs

16

17                       IN THE UNITED STATES DISTRICT COURT

18                          EASTERN DISTRICT OF CALIFORNIA

19

20  RALPH COLEMAN,              ) Case No. Civ. S 90-0520 LKK-JFM
                                )
21        Plaintiff,            ) STIPULATION AND ORDER EXTENDING TIMES
                                ) FOR MOTIONS TO SET RATES AND MOTION
22  vs.                         ) CONCERNING HADIX TIME
                                )
23  PETE WILSON, et al.,        )
                                )
24        Defendants            )
                                )
25  _____ )

26

27

28
```

FILED
SEP 21 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED
SEP 15 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

489\5\PLEADING
STIP-RATE.01-27-99

STIPULATION AND ORDER EXTENDING
TIMES FOR MOTIONS TO SET RATES

1068

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees. See March 19, 1996 Stipulation and Order for Periodic Collection of Attorneys' Fees and Costs.

Pursuant to paragraph 4 of the March 19, 1996 Stipulation and Order, plaintiffs are to file an annual motion to compel on the issue of billing rates following the first quarterly statement of each year. Due to pending litigation over the application of PLRA provisions that purport to limit the hourly rate for attorneys in prison cases to a fixed amount, plaintiffs did not file motions to compel on rate issues for 1997 and 1998, instead entering stipulations that preserved their right to make such motions in the future.

Because the PLRA rate issue was before the United States Supreme Court in the case of *Johnson v. Haddix* (United States Supreme Court No. 98-262, October term, 1998), the parties agreed to extend the time for the filing of any motions to set rates for 1997, 1998 and 1999 until 90 days after the Supreme Court decided the *Haddix* case. The parties also extended the time to file a motion to compel concerning approximately $18,000 in time spent assisting on the *Haddix* briefing until 90 days after the opinion was issued.

The Supreme Court issued its Opinion in *Haddix* on June 22, 1999. Therefore Plaintiffs currently have until September 20, 1999 to file motions on rates and the *Haddix* time.

Because plaintiffs need additional time to evaluate their

1  options under the relevant decision, the parties have agreed to
2  extend the deadline for these motions by an additional month, to and
3  including October 21, 1999.
4      THEREFORE, the parties stipulate and agree as follows:
5      1.   Should they decide to do so, plaintiffs may file a motion
6  concerning 1997, 1998, and 1999 rates at any time up to and
7  including October 21, 1999.
8
9      2.   Should they decide to do so, plaintiffs may file a motion
10 concerning $18,000 in time incurred on *Haddix* briefing at any time
11 up to and including October 21, 1999.
12
13 DATED: 9/14/99                 By: /s/ Thomas Nolan
14                                    THOMAS B. NOLAN, ESQ.
                                      ROSEN, BIEN & ASARO LLP
15                                    Attorney for Plaintiffs
16 DATED: 9/14/99                 By: /s/ Jessica Blonien
17                                    JESSICA BLONIEN, ESQ.
                                      DEPUTY ATTORNEY GENERAL
18                                    Attorney for Defendants
19
20 IT IS ORDERED that plaintiffs may file their motions to set 1997,
21 1998, 1999 rates, if necessary, at any time up to and including
22 October 21, 1999.  IT IS FURTHER ORDERED that plaintiffs may file
23 their motion to compel payment of attorneys fees associated with the
24 *Haddix* case at any time up to and including October 21, 1999.
25
26 DATED: 9-20-99                 _____
27                                JOHN F. MOULDS, MAGISTRATE JUDGE
                                  UNITED STATES DISTRICT COURT
28

PROOF OF SERVICE

1. I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND ORDER EXTENDING TIMES FOR MOTIONS TO SET RATES AND MOTION CONCERNING HADIX TIME**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

<u>BY U.S. MAIL</u>

Jessica Blonien, Esq.
Office of the Attorney General
455 Golden Gate Avenue, 12th Floor
San Francisco, CA  94102-3664

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 1999, at San Francisco, California.

_____
PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
September 21, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 21, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                                CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814
```

Jack L. Wagner, Clerk