


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.            <u>ORDER</u>

        The court is in receipt of the Third Progress Report on Status of Defendants' Mental Health Programs at the California Medical Facility (CMF). A series of recommendations are contained therein. The Special Master in the above-captioned case has indicated that a proposed Transition Plan will be filed with the court shortly. The court will defer any action on the recommendations contained in the Third Progress Report pending receipt of the proposed Transition Plan.

        On October 26, 1999, defendants filed a request for an extension of time to comply with three parts of this court's July 26, 1999 order. Plaintiffs shall respond to defendants' request within ten days from the date of this order.

        In accordance with the above, IT IS HEREBY ORDERED:

        1. The Third Progress Report is ordered filed;

2. Further action on the recommendations contained in the report is deferred pending receipt of the proposed Transition Plan for CMF; and

3. Within ten days from the date of this order plaintiffs shall file and serve a response to defendants' October 26, 1999 request for extension of time.

DATED: October 29, 1999.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

/cmf.ext

United States District Court
for the
Eastern District of California
November 1, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 1, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento CA 95814

SJ/LKK

CF/JFM

Jack L. Wagner, Clerk

by: Deputy Clerk