```
1   PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
2   General Delivery
    San Quentin, California 94964
3   Telephone (415) 457-9144

4   McCUTCHEN, DOYLE, BROWN & ENERSEN
    WARREN E. GEORGE (State Bar # 53588)
5   Three Embarcadero Center
    San Francisco, California 94111
6   Telephone (415) 393-2000

7   ROSEN, BIEN & ASARO
    MICHAEL W. BIEN   (State Bar # 096891)
8   THOMAS B. NOLAN (State Bar # 169692)
    155 Montgomery Street, 8th Floor
9   San Francisco, California  94104
    Telephone (415) 433-6830
10
    HELLER, EHRMAN, WHITE & McAULIFFE
11  RICHARD L. GOFF (State Bar # 36377)
    701 Fifth Avenue
12  Seattle, WA  98104
    Telephone (206) 447-0900
13
    Attorneys for Plaintiffs
14
                  IN THE UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16

17  RALPH COLEMAN,                  )  No. Civ S 90-0520 LKK-JFM
                                    )
18            Plaintiff,            )  STIPULATION AND
                                    )  ORDER REGARDING MOTION TO SET
19  vs.                             )  RATES FOR 1999 AND
                                    )  EXTRAORDINARY MOTION TO COMPEL
20  PETE WILSON, et al.,            )  PAYMENT OF PERIODIC FEES AND
                                    )  COSTS FOR THE SECOND QUARTERLY
21            Defendants.           )  STATEMENT
    _____)
22                                     Date: January 20, 2000
                                       Time: 10:00 a.m.
23                                     Magistrate Judge John F. Moulds
24
25       On March 19, 1996, the District Court established a

26  procedure by which plaintiffs are to collect attorneys' fees in

27  connection with monitoring of defendants' compliance with the

28
```

FILED NOV - 2 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

LODGED OCT 2 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

1078

Court's orders. <u>See</u> Stipulation and Order For Periodic Collection of Attorney's Fees and Costs, filed March 19, 1996. This procedure provides that:

> If defendants opposed any billing rates, plaintiffs will bring a motion to compel on this issue following the first quarterly statement of each year.

March 19, 1996 Periodic Fees Order.

Defendants have disputed plaintiffs' proposed 1999 billing rates on grounds <u>not</u> relating to the application of the Prison Litigation Reform Act to fees in this case. Plaintiffs intend to bring a motion on the disputed rate issues. Plaintiffs have preserved their right to file a motion on rate issues through a series of stipulated orders. The most recent such stipulation provides that plaintiffs may file a motion on 1999 rates up to and including October 21, 1999.

The Stipulation and Order For Periodic Collection of Attorneys' Fees also provides that:

> In the event that an unusually large number of hours or a significant issue is in dispute, plaintiffs may bring a quarterly motion to compel on those issues alone. Any such motion to compel will be filed no later than thirty (30) days after the parties have met and conferred on the quarterly statement at issue. Such motions shall be briefed and heard on the usual schedule provided by the local rules.

The parties met and conferred concerning second quarter 1999 fees on September 30, 1999. At that time, defendants informed plaintiffs that they were refusing to pay plaintiffs for any time incurred in obtaining fees on the ground that a federal court may not award such fees under the Prison Litigation Reform Act (the "PLRA"). Plaintiffs, of course, dispute this contention. Defendants have also refused to pay all time incurred in

connection with plaintiffs' work relating to allegations of retaliation against classmember Richard Lauranzano. The parties agree that these issues are appropriate for resolution through an extraordinary quarterly motion to compel.

In order to give the parties time to meet and confer and possibly narrow the disputed issues, and because of the press of other business, the parties have agreed upon and propose to the Court the following briefing schedule for this motion to compel:

THEREFORE, the parties stipulate and agree as follows:

1. Plaintiffs may timely file their motion to compel concerning 1999 rates and concerning disputed fees from the Second Quarterly Statement of 1999 no later than November 24, 1999.

2. Defendants may timely file their opposition to plaintiffs' motion to compel no later than December 22, 1999.

3. Plaintiffs may timely file their reply in support of the motion to compel no later than January 7, 2000.

4. The matter shall be set for a hearing before Magistrate Judge Moulds on Thursday January 20, 2000.

DATED: October 20, 1999       By: /s/ Thomas Nolan
                                  THOMAS B. NOLAN
                                  ROSEN, BIEN & ASARO
                                  Attorney for Plaintiffs

DATED: 10/20/99                By: /s/ Jessica Blonien
                                  JESSICA BLONIEN
                                  DEPUTY ATTORNEY GENERAL
                                  Attorney for Defendants

IT IS SO ORDERED.

DATED: 11-1-99                    /s/ John F. Moulds
                                  JOHN F. MOULDS, MAGISTRATE JUDGE
                                  UNITED STATES DISTRICT COURT

<pre>
                        PROOF OF SERVICE

     I, the undersigned, certify and declare that I am over the
age of 18 years, employed in the City and County of San Francisco,
California, and not a party to the within action.  My business
address is 155 Montgomery Street, 8th floor, San Francisco,
California 94104.  I served a true copy of the following:

     STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO SET
     RATES FOR 1999 AND EXTRAORDINARY MOTION TO COMPEL PAYMENT OF
     PERIODIC FEES AND COSTS FOR THE SECOND QUARTERLY STATEMENT

on the parties in said action by causing same to be delivered in
the manner and on the date listed below:

     BY U.S. MAIL

     Jessica Blonien, Esq.
     Office of the Attorney General
     455 Golden Gate Avenue, 12th Floor
     San Francisco, CA  94102-3664


     I declare under penalty of perjury that the foregoing is true
and correct.  Executed this 21th day of October, 1999, at San
Francisco, California.

                              _____
                              PAMELA A. DERRICO
</pre>

United States District Court
for the
Eastern District of California
November 2, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 2, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

CF/JFM

Jack L. Wagner, Clerk

by: Deputy Clerk