```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  General Delivery
    San Quentin, California 94964
 3  Telephone (415) 457-9144

 4  McCUTCHEN, DOYLE, BROWN & ENERSEN
    WARREN GEORGE (State Bar # 53588)
 5  Three Embarcadero Center
    San Francisco, California 94111
 6  Telephone (415) 393-2000

 7  ROSEN, BIEN & ASARO, LLP
    MICHAEL W. BIEN (State Bar # 096891)
 8  SANFORD JAY ROSEN (State Bar # 062566)
    THOMAS NOLAN (State Bar # 169692)
 9  155 Montgomery Street, 8th Floor
    San Francisco, California  94104
10  Telephone (415) 433-6830

11  HELLER, EHRMAN, WHITE & McAULIFFE
    RICHARD L. GOFF (State Bar # 36377)
12  701 Fifth Avenue
    Seattle, Washington 98104
13  Telephone (206) 447-0900

14  Attorneys for Plaintiffs
```

FILED
NOV 17 1999
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

LODGED
NOV - 4 1999
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CAL.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | ) Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiff, | ) **STIPULATION AND ORDER CONFIRMING PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 1999** |
| vs. | |
| PETE WILSON, et al., | |
| Defendants | |

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE SE QUARTER OF 1999

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the Second Quarter of 1999.

As a result of the meet and confer session, the parties are able to agree to the payment of $72,388.03 in undisputed fees and costs incurred during the Second Quarter of 1999. Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing on the Second Quarter of 1999.

WHEREFORE, IT IS CONFIRMED that $72,388.03 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from August 30, 1999 at the rate of 5.224%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $72,388.03 | 5.224% | $10.35 | August 30, 1999 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: *Nov. 15, 1999*

John F. Moulds, Magistrate Judge
United States District Court

:89\5\PLEADING\
First Qtr 1999
Fees

1

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FIRST QTR
1999 FEES & COSTS

```
 1  APPROVED AS TO FORM:
 2  [signature]                    DATED: 11-2-99
 3  Jessica Blonien
    Deputy Attorney General
 4  Attorney for Defendants
 5
 6  [signature]                    DATED: 11-1-99
 7  Thomas B. Nolan
    Rosen Bien & Asaro
 8  Attorneys for Plaintiffs
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

189\5\PLEADING
First Qtr 1999
Fees

2

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FIRST QTR
1999 FEES & COSTS

**Coleman V. Wilson**
Summary of Undisputed Fees
April 1, 1999 Through June 30, 1999

## Monitoring (489-3)

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours in Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 53.10 | 5.80 | 3.10 | 0.40 | 2.30 | 50.40 | $112.50 | $5,670.00 |
| Jane E. Kahn (JEK) | 147.30 | 24.80 | 15.20 | 7.10 | 2.50 | 137.70 | 112.50 | $15,491.25 |
| Tom Nolan (TN) | 181.20 | 19.60 | 5.40 | 0.10 | 14.10 | 167.00 | 112.50 | $18,787.50 |
| William H.D. Fernholtz (WHDF) | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 112.50 | $11.25 |
| Thana J. Margolis (SJM) | 47.10 | 1.60 | 0.00 | 1.60 | 0.00 | 45.50 | 112.50 | $5,118.75 |
| Iliona R. Plunkett (CRP) | 158.00 | 17.20 | 8.20 | 2.00 | 7.00 | 149.00 | 80.00 | $11,920.00 |
| **Totals** | 586.80 | 69.00 | 31.90 | 11.20 | 25.90 | 549.70 | | $56,998.75 |
| **Prison Law Office** | | | | | | | | |
| Donald Specter (DS) | 8.80 | 1.00 | 0.00 | 0.00 | 1.00 | 7.80 | $112.50 | $877.50 |
| Steven Fama (SF) | 26.00 | 2.30 | 0.40 | 0.00 | 1.90 | 24.10 | 112.50 | $2,711.25 |
| Kimber Simpson (KS) | 53.10 | 18.30 | 12.20 | 5.50 | 0.60 | 47.00 | 112.50 | $5,287.50 |
| Edie DeGraff (ED) | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.00 | 80.00 | $1,760.00 |
| **Totals** | 109.90 | 21.60 | 12.60 | 5.50 | 3.50 | 100.90 | | $10,636.25 |
| **Total Monitoring Claim - All Offices** | | | | | | | | $67,635.00 |

**Coleman V. Wilson**
Summary of Undisputed Fees
April 1, 1999 Through June 30, 1999

### Monitoring (489-5) (Monitoring Fees on Fees)

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours in Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Sanford Jay Rosen (SJR) | 0.30 | 0.30 | 0.00 | 0.00 | 0.30 | 0.00 | $112.50 | $0.00 |
| Michael W. Bien (MWB) | 0.10 | 0.10 | 0.00 | 0.00 | 0.10 | 0.00 | $112.50 | $0.00 |
| Jim Nolan (TN) | 14.20 | 14.20 | 0.00 | 0.00 | 14.20 | 0.00 | 112.50 | $0.00 |
| William H.D. Fernholtz (WHDF) | 0.90 | 0.90 | 0.00 | 0.00 | 0.90 | 0.00 | 112.50 | $0.00 |
| Fiona R. Plunkett (CRP) | 0.70 | 0.70 | 0.00 | 0.00 | 0.70 | 0.00 | 80.00 | $0.00 |
| Pamela Derrico (PD) | 24.00 | 24.00 | 0.00 | 0.00 | 24.00 | 0.00 | 80.00 | $0.00 |
| Christopher E. Carey (CEC) | 21.70 | 21.70 | 0.00 | 0.00 | 21.70 | 0.00 | 80.00 | $0.00 |
| **Totals** | 61.90 | 61.90 | 0.00 | 0.00 | 61.90 | 0.00 | | $0.00 |
| **PRISON LAW OFFICE** | | | | | | | | |
| Edie DeGraff (ED) | 6.25 | 6.25 | 0.00 | 0.00 | 6.25 | 0.00 | 80.00 | $0.00 |
| **Totals** | 6.25 | 6.25 | 0.00 | 0.00 | 6.25 | 0.00 | | $0.00 |

**Total Monitoring Fees on Fees - All Offices**     $0.00

**Total Summary of Undisputed Fees**     $67,635.00

Coleman v. Wilson
Summary Of Undisputed Fees
April 1, 1999 Through June 30, 1999

Expenses

| | Claimed Expenses | Expenses Originally In Dispute | Objections Withdrawn By Defendant | Objections Withdrawn By Plaintiff | Expenses Remaining In Dispute After Meet & Confer | Expenses Now Owing |
|---|---|---|---|---|---|---|
| **Monitoring (489-3)** | | | | | | |
| **ROSEN BIEN & ASARO** — Attorney/Law Firm | | | | | | |
| Photocopying (in house) | $1,100.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,100.00 |
| Photocopying (outside) | 571.01 | 0.00 | 0.00 | 0.00 | 0.00 | 571.01 |
| Postage and Delivery | 174.84 | 0.00 | 0.00 | 0.00 | 0.00 | 174.84 |
| Telephone | 34.93 | 0.00 | 0.00 | 0.00 | 0.00 | 34.93 |
| Telefax | 178.00 | 0.00 | 0.00 | 0.00 | 0.00 | 178.00 |
| Travel | 544.46 | 0.00 | 0.00 | 0.00 | 0.00 | 544.46 |
| Corr. Mental Health Report | 118.95 | 185.25 | 185.25 | 0.00 | 0.00 | 0.00 |
| Major Legal - Photostats | 904.45 | 118.95 | 0.00 | 0.00 | 118.95 | 904.45 |
| On-Line Research Services | 344.47 | 0.00 | 0.00 | 0.00 | 0.00 | 344.47 |
| | | 344.47 | 344.47 | 0.00 | 0.00 | |
| Total for 489-3: | $3,971.11 | $648.67 | $529.72 | $0.00 | $118.95 | $3,852.16 |
| **Prison Law Office** | | | | | | |
| Photocopying (in house) | $370.60 | $0.00 | $0.00 | $0.00 | $0.00 | $370.60 |
| Postage and Delivery | 177.10 | 0.00 | 0.00 | 0.00 | 0.00 | 177.10 |
| Telephone | 81.34 | 0.00 | 0.00 | 0.00 | 0.00 | 81.34 |
| Telefax | 42.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.00 |
| Travel | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 |
| Total for PLO: | $676.04 | $0.00 | $0.00 | $0.00 | $0.00 | $676.04 |
| **Fees on Fees (489-5)** | | | | | | |
| **ROSEN BIEN & ASARO** | | | | | | |
| Photocopying (in house) | $107.00 | $0.00 | $0.00 | $0.00 | $0.00 | $107.00 |
| Photocopying (outside) | 50.56 | 0.00 | 0.00 | 0.00 | 0.00 | 50.56 |
| Postage and Delivery | 41.27 | 0.00 | 0.00 | 0.00 | 0.00 | 41.27 |
| Telefax | 26.00 | 0.00 | 0.00 | 0.00 | 0.00 | 26.00 |
| Total for 489-5: | $224.83 | $0.00 | $0.00 | $0.00 | $0.00 | $224.83 |
| **TOTAL EXPENSES:** | $4,871.98 | $648.67 | $529.72 | $0.00 | $118.95 | $4,753.03 |

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND ORDER CONFIRMING PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 1999**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**

Jessica Blonien, Esq.
Office of the Attorney General
455 Golden Gate Avenue, 12th Floor
San Francisco, CA  94102-3664

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of November, 1999, at San Francisco, California.

*Pamela A. Derrico*
PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
November 17, 1999

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 17, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

CF/JFM

Jack L. Wagner, Clerk

by: Deputy Clerk