**FILED**

DEC 0 9 1999

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNI

_____
IY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

     vs.

PETE WILSON, et al.,

        Defendants.            <u>ORDER</u>

_____/

       On October 26, 1999, defendants filed a request for an extension of time to

comply with paragraphs 1, 2, and 8 of this court's order filed July 26, 1999.  By order filed

November 1, 1999, plaintiffs were directed to file a response to defendants' request.  Plaintiffs

have filed an opposition to the request.

       Plaintiffs oppose defendants' request for an extension of time to comply with

paragraph 1 of the court's order.  That paragraph requires that defendants, within ninety days,

"reduce the vacancy rate among psychiatrists to 25 percent or less and among psych social

workers to ten percent or less, while keeping vacancy rates among other categories of mental

health staff at present or comparable rates."  (Order filed July 26, 1999, at 4.)  In their opposition,

plaintiffs request that the court (1) deny defendants request for an extension of time; (2) order

/////

1097

1   defendants to, within thirty days, increase pay for psychiatrists by $2,100 to $2,800 per month;

2   and (3) review defendants' compliance thirty days thereafter.

3           Plaintiffs also contend that defendants' plan for retention of psychiatrists,

4   submitted in response to paragraph 3 of the July 26, 1999 order, is inadequate. They ask the

5   court to order the Special Master to, within 30 days, develop and recommend an adequate

6   retention plan. (See Plaintiffs' Opposition to Defendants' Request for an Extension of Time,

7   filed November 15, 1999, at 19.)

8           The court is deeply troubled by defendants' request. Four years ago, this court

9   found that defendants' provision of mental health care to members of the plaintiff class was

10  constitutionally inadequate. The issue of sufficient staffing has plagued provision of

11  constitutionally adequate mental health care to class members since well before the inception of

12  this action and apparently continues to do so. The absence of adequate staffing necessarily poses

13  serious problems for full implementation of the remedial plans approved by the court in June

14  1997 and for provision of constitutionally adequate mental health care to class members. In

15  addition to other concerns, in the court's view the continued difficulties with recruitment and

16  retention of psychiatric staff raise serious questions about whether constitutionally adequate

17  mental health care can be provided at some of the more remote prisons in the Department.

18          Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from

19  the date of this order the Special Master shall file recommendations concerning defendants'

20  request for extension of time and plaintiff's requests for orders directing defendants to increase

21  pay for psychiatrists and directing the Special Master to develop a retention plan.

22  DATED: December 7, 1999.

24                                     LAWRENCE K. KARLTON
25                                     CHIEF JUDGE EMERITUS
26                                     UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
December 9, 1999


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  December 9, 1999, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


Donald Specter                    SJ/LKK
Prison Law Office
General Delivery                  CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F. Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


                                    Jack L. Wagner, Clerk

                          BY:  _____
                               Deputy Clerk