
```
                                              FILED
                                           DEC 21 1999
                                     CLERK, U.S. DISTRICT COURT
                                     EASTERN DISTRICT OF CALIFORNIA
                                     By _____
                                              DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,          No. CIV S-90-0520 LKK JFM P

  vs.

PETE WILSON, et al.,

    Defendants.         <u>ORDER</u>

_____/

      Pursuant to the Agreement for Merger and Dismissal of <u>Gates v. Gomez</u>, Case No. CIV S-87-1636 LKK JFM P, approved by this court on November 13, 1998, defendants have lodged a proposed plan for the transition of mental health care delivery at California Medical Facility to the statewide mental health services delivery system. On November 15, 1999, the special master in the above-captioned case and the mediator in <u>Gates</u> filed joint recommendations on the transition plan. On November 23, 1999, the parties filed a stipulation of non-objection to the joint recommendations.

      The special master and the mediator recommend as a condition precedent to approval of the transition plan that defendants submit for the approval of the <u>Coleman</u> special master specific information on how they will meet the need for the 9.66 custody positions they have identified as necessary for the first stage of the transition process. Defendants will be

1. ordered to provide this information to the special master within twenty-one days from the date of this order and the special master will thereafter be directed to report to the court whether the information provided is satisfactory and whether the transition plan is ready for consideration of approval by the court.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within twenty-one days from the date of this order defendants shall provide to the special master specific information on how they will meet the need for the 9.66 custody positions they have identified as necessary for the first stage of the transition process; and

2. Within seven days thereafter the special master shall report to the court whether the information provided is satisfactory and whether the transition plan is ready for consideration of approval by the court.

DATED: December 20, 1999.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

```
              United States District Court
                       for the
              Eastern District of California
                    December 21, 1999


               * * CERTIFICATE OF SERVICE * *


                                          2:90-cv-00520


    Coleman

        v.

    Reagan
```

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 21, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                        SJ/LKK
        Prison Law Office
        General Delivery
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Bruce Michael Slavin
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI  02903

        Edmund F Brennan
        United States Attorney
        501 I Street
        Suite 10-100
```

Sacramento, CA 95814
Diane deKerror
Office of the Atty General
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk