

1  BILL LOCKYER
   Attorney General
2  DAVID DRULINER
   Chief Assistant Attorney General
3  JAMES M. HUMES
   Supervising Deputy Attorney General
4  JESSICA N. BLONIEN
   Deputy Attorney General
5  State Bar No. 189137
   455 Golden Gate Ave., Ste. 11000
6  San Francisco, CA 94102
   Telephone: (415) 703-5720
7  Fax: (415) 703-5756
   Attorneys for Defendants
8

9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12

13 | RALPH COLEMAN,                  | No: CIV S 90-0520 LKK-JFM
14 |                    Plaintiff,   | STIPULATION AND ORDER
                                      EXTENDING THE SCHEDULE
15 |        v.                       | REGARDING MOTION TO SET
                                      RATES FOR 1999 AND
16 | PETE WILSON, et al.,             | EXTRAORDINARY MOTION
                                      TO COMPEL PAYMENT OF
17 |                   Defendants.   | PERIODIC FEES AND COSTS
                                      FOR THE SECOND
18                                    QUARTERLY STATEMENT

19                                  Date:     February 3, 2000
                                    Time:     11:00 a.m.
20                                  Magistrate Judge John F. Moulds

21

22         Pursuant to paragraphs 4 and 5 of the March 19, 1996 Stipulation and Order for

23 Periodic Collection of Attorney's Fees and Costs, Plaintiffs may file a motion to compel if

24 annual billing rates are in dispute, and if there are a large number of hours, or significant

25 issues in dispute.

26         On November 1, 1999, this Court approved a stipulation of the parties which

27 established a briefing schedule for Plaintiffs' motion to set rates for 1999, and Plaintiffs'

28 motion to compel.

STIP AND ORDER EXTD SCHED
C S 90-0520 LKK-JFM                         1

On December 7, 1999, the hearing on Plaintiffs' motion to set rates for 1999 and Plaintiffs' motion to compel payment was continued to Thursday, January 27, 2000, at 11:30 a.m.

Counsel is unavailable for the hearing on January 27, 2000 due to a scheduled tour in <u>Armstrong v. Davis</u>. Because of the press of other business, and this scheduling conflict, the parties have agreed upon and propose to the Court the following briefing schedule for the Plaintiffs' motion to set rates for 1999 and the Plaintiffs' motion to compel payment:

THEREFORE, the parties stipulate and agree as follows:

1. Defendants may timely file their opposition to Plaintiffs' motion to set rates for 1999 and Plaintiffs' motion to compel payment no later than December 30, 1999.

2. Plaintiffs may timely file their reply in support of the motion to compel and motion to set rates for 1999 no later than January 14, 2000.

3. The matter shall be set for a hearing before Magistrate Judge Moulds on Thursday February 3, 2000.

DATED: 12-17-99

By: *Thomas B. Nolan*
THOMAS B. NOLAN
ROSEN, BIEN & ASARO
Attorney for Plaintiffs

DATED: 12-17-99

By: *Jessica B.*
JESSICA N. BLONIEN
DEPUTY ATTORNEY GENERAL
Attorney for Defendants

IT IS SO ORDERED.
DATED: 1-4-00

By: *J.F. Moulds*
JOHN F. MOULDS,
MAGISTRATE JUDGE
United States District Court

STIP AND ORDER EXTD SCHED
C S 90-0520 LKK-JFM                     2

## DECLARATION OF SERVICE

Case Name: **RALPH COLEMAN v. PETE WILSON, et al.,**

No.: **CIV S 90-0520 LKK-JFM**

I declare:

I am employed in the County of San Francisco, California. I am 18 years of age or older and not a party to the within entitled cause; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, California 94102.

On December 20, 1999, I served the attached

> **STIPULATION AND ORDER EXTENDING THE SCHEDULE REGARDING MOTION TO SET RATES FOR 1999 AND EXTRAORDINARY MOTION TO COMPEL PAYMENT OF PERIODIC FEES AND COSTS FOR THE SECOND QUARTERLY STATEMENT**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as follows:

**Tom Nolan**
**Rosen Bien & Asaro**
**155 Montgomery Street**
**Suite 800**
**San Francisco, CA 94104**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 20, 1999, at San Francisco, California.

_____Charlotte E. Coloyan_____     *Charlotte E. Coloyan*
                                              Signature

United States District Court
for the
Eastern District of California
January 6, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 6, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                           CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney                Jack L. Wagner, Clerk
72 Pine Street
Providence, RI  02903

Edmund F Brennan                         by: Deputy Clerk
United States Attorney
501 I Street
Suite 10-100