FILED
JAN 1 3 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,        No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.      ORDER

_____/

    On December 30, 1999 defendants filed a request for an extension of time to comply with two parts of this court's July 26, 1999 order. Plaintiffs shall respond to defendants' request within ten days from the date of this order. Within fifteen days thereafter, the Special Master shall file recommendations concerning defendants' December 30, 1999 request for an extension of time.

    In accordance with the above, IT IS HEREBY ORDERED:

    1. Within ten days from the date of this order, plaintiffs shall file and serve a response to defendants' December 30, 1999 request for extension of time; and

/////

/////

/////

1

2. Within fifteen days thereafter, the Special Master shall file recommendations concerning defendants' December 30, 1999 request for an extension of time.

DATED: January 13, 2000.

                                      /s/ Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      CHIEF JUDGE EMERITUS
                                      UNITED STATES DISTRICT COURT

/726ext2.frm

United States District Court
for the
Eastern District of California
January 13, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 13, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                              SJ/LKK
Prison Law Office
General Delivery                            CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento CA 95814

Jack L. Wagner, Clerk

by: Deputy Clerk