

FILED

JAN 1 8 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

        Defendants.             ORDER

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of December 1999.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island  02903

the amount of $162,616.81 in accordance with the attached statement; and

/////

/////

/////

1         2. A copy of this order shall be served on the financial department of this court.

2 DATED: January 18, 2000.

                                  UNITED STATES MAGISTRATE JUDGE

12
cole99.dec

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,              :
       Plaintiffs,              :
                                 :
v.                                   :     No. Civ. S-90-0520 LKK JFM P
                                 :
PETE WILSON, et al.,                 :
       Defendants               :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through December 31, 1999.

    J. Michael Keating, Jr., Master
        Services                    $ 23,163.00
        Disbursements                  1,692.38
            Total amount due                            $ 24,855.38

    Norma P. D'Apolito
        Services                    $ 13,585.00
                                                0
            Total amount due                            $ 13,585.00

    Matthew A. Lopes, Jr.
        Services                    $ 13,830.00
        Disbursements                  3,544.54
            Total amount due                            $ 17,374.54

    Paul Nicoll
        Services                    $ 13,799.00
        Disbursements                         0
            Total amount due                            $ 13,799.00

    Kory Knapke, M.D.
        Services                    $  7,500.00
        Disbursements                    246.92
            Total amount due                            $  7,821.92

    George D. Herron
        Services                    $  6,435.00
        Disbursements                  1,480.86
            Total amount due                            $  7,915.86

    California Planners
        Services                    $  3,022.50
        Disbursements                     17.52
            Total amount due                            $  3,040.02

Patricia Murphy Williams
    Services                                  $ 8,320.00
    Disbursements                       190.18

        Total amount due                    $ 8,510.18

Dennis F. Koson, M.D.
    Services                                  $ 7,750.00
    Disbursements                       524.79

        Total amount due                    $ 8,274.79

Kerry C. Hughes, M.D.
    Services                                  $ 8,900.00
    Disbursements                     2,178.19

        Total amount due                    $ 11,078.19

Jeffrey L. Metzner, M.D.
    Services                              $ 11,937.50
    Disbursements                     1,130.25

        Total amount due                    $ 13,067.75

Virginia L. Morrison
    Services                              $ 21,212.75
    Disbursements                       444.68

        Total amount due                    $ 21,657.43

Donna Brorby
    Services                              $ 10,795.50
    Disbursements                       841.25

        Total amount due                    $ 11,636.75


    TOTAL AMOUNT TO BE REIMBURSED        $162,616.81

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
January 18, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 18, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100

cf/jfm

financial dept

Jack L. Wagner, Clerk

by: Deputy Clerk