UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA



JAN 25 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Coleman,

    Plaintiff,

        v.

Wilson,

    Defendant.

MINUTE ORDER

Civ S-90-0520 LKK

IT IS HEREBY ORDERED that the time of the hearing on plaintiffs' motions to set rates and compel payments is reset to **10:45 a.m.** on Thursday, February 3, 2000, in Courtroom 27, 8th Floor, before the Honorable John F. Moulds.

I HEREBY CERTIFY that the foregoing is a true and correct statement of an order made in the above-captioned case.

DATED: January 25, 2000

BY: /s/ Connie Farnsworth
Connie Farnsworth, Courtroom Clerk

1119

United States District Court
for the
Eastern District of California
January 25, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 25, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter
Prison Law Office                        cf/JFM
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814
```

JACK L. WAGNER, Clerk

By: _____
C Farnsworth, Deputy Clerk