```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  General Delivery
    San Quentin, California 94964
 3  Telephone (415) 457-9144

 4  McCUTCHEN, DOYLE, BROWN & ENERSEN
    WARREN GEORGE (State Bar # 53588)
 5  Three Embarcadero Center
    San Francisco, California 94111
 6  Telephone (415) 393-2000

 7  ROSEN, BIEN & ASARO, LLP
    MICHAEL W. BIEN (State Bar # 096891)
 8  SANFORD JAY ROSEN (State Bar # 062566)
    THOMAS NOLAN (State Bar # 169692)
 9  155 Montgomery Street, 8th Floor
    San Francisco, California  94104
10  Telephone (415) 433-6830

11  HELLER, EHRMAN, WHITE & McAULIFFE
    RICHARD L. GOFF (State Bar # 36377)
12  701 Fifth Avenue
    Seattle, Washington 98104
13  Telephone (206) 447-0900

14  Attorneys for Plaintiffs

15
                     IN THE UNITED STATES DISTRICT COURT
16
                       EASTERN DISTRICT OF CALIFORNIA
17

18

19  RALPH COLEMAN,              )  Case No. Civ. S 90-0520 LKK-JFM
                                )
20       Plaintiff,             )  STIPULATION AND ORDER CONFIRMING
                                )  PAYMENT OF UNDISPUTED ATTORNEYS' FEES
21  vs.                         )  AND COSTS FOR THE THIRD QUARTER OF
                                )  1999
22  PETE WILSON, et al.,        )
                                )
23       Defendants             )
24  _____

25

26

27

28
                                              STIPULATION AND ORDER CONFIRMING
    489\5\PLEADING                             PAYMENT OF UNDISPUTED FEES & COSTS
    3rd Qtr 1999                               FOR THE THIRD QUARTER OF 1999
```

FILED JAN 3 1 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LODGED JAN 2 4 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1   On March 19, 1996, the District Court established procedures by
2 which plaintiffs are to collect periodic attorneys' fees and costs
3 in this case in connection with their work monitoring defendants'
4 compliance with the Court's Orders and collecting fees.
5   Pursuant to these procedures, the parties have met and
6 conferred concerning fees and costs incurred by plaintiffs'
7 attorneys during the Third Quarter of 1999.
8   As a result of the meet and confer session, the parties are
9 able to agree to the payment of $67,169.52 in undisputed fees and
10 costs incurred during the Third Quarter of 1999.  Attached hereto as
11 Exhibit A are charts setting forth the fees and expenses due and
12 owing on the Third Quarter of 1999.
13   WHEREFORE, IT IS CONFIRMED that $67,169.52 is due and
14 collectable as of 45 days from the date of entry of this order.
15 Daily interest runs from November 30, 1999 at the rate of 5.471%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $67,169.52 | 5.471% | $10.07 | November 30, 1999 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 1-28-00

John F. Moulds, Magistrate Judge
United States District Court

189\5\PLEADING
Third Qtr 1999
Fees

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED THIRD QTR
1999 FEES & COSTS

1

```
 1 │ APPROVED AS TO FORM:
 2 │ [signature]                          DATED: 1/20/00
 3 │ Jessica Blonien
   │ Deputy Attorney General
 4 │ Attorney for Defendants
 5 │
 6 │ [signature] Thomas Nolan             DATED: 1-21-00
 7 │ Thomas B. Nolan
   │ Rosen Bien & Asaro
 8 │ Attorneys for Plaintiffs
```

189\5\PLEADING
Third Qtr 1999
fees

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED THIRD QTR
1999 FEES & COSTS

2

Recycled ♻ Stock # EXA-10-B

Legal Tabs Co. 1-800-322-3022

Coleman v. Wilson
Summary of Undisputed Fees
3rd Quarter - July 1, 1999 through September 30, 1999

Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 72.00 | 2.00 | 1.10 | 0.30 | 0.60 | 71.10 | $112.50 | $7,998.75 |
| Jane Kahn (JK) | 135.50 | 18.50 | 10.10 | 1.80 | 6.60 | 127.10 | 112.50 | 14,298.75 |
| Thomas Nolan (TN) | 112.40 | 17.10 | 1.30 | 0.20 | 15.60 | 96.60 | 112.50 | 10,867.50 |
| Shana J. Margolis (SJM) | 0.60 | 0.60 | 0.00 | 0.60 | 0.00 | 0.00 | 112.50 | 0.00 |
| James L. Dye (JID) | 3.30 | 0.70 | 0.70 | 0.00 | 0.00 | 3.30 | 80.00 | 264.00 |
| Cliona R. Plunkett (CRP) | 119.20 | 11.20 | 5.70 | 1.80 | 3.70 | 113.70 | 80.00 | 9,096.00 |
| Jacqueline Hollar (JH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.00 | 0.00 |
| Marina U. Ponomarchuk (MUP) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 |
| **TOTAL ROSEN BIEN & ASARO** | **443.00** | **50.10** | **18.90** | **4.70** | **26.50** | **411.80** | | **$42,525.00** |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 15.95 | 0.20 | 0.00 | 0.20 | 0.00 | 15.75 | $112.50 | $1,771.88 |
| Steven Fama (SF) | 55.20 | 5.50 | 0.00 | 0.00 | 5.50 | 49.70 | 112.50 | 5591.25 |
| Millard Murphy (MM) | 22.55 | 0.00 | 0.00 | 0.00 | 0.00 | 22.55 | 112.50 | 2536.88 |
| Keith Wattley (KW) | 87.70 | 10.85 | 10.15 | 0.10 | 0.60 | 87.00 | 80.00 | 6960.00 |
| Jill McInerney (JM) | 9.10 | 4.80 | 3.10 | 1.70 | 0.00 | 7.40 | 80.00 | 592.00 |
| Edie DeGraff (ED) | 37.20 | 36.90 | 36.60 | 0.30 | 0.00 | 36.90 | 80.00 | 2952.00 |
| **TOTAL PRISON LAW OFFICE** | **227.70** | **58.25** | **49.85** | **2.30** | **6.10** | **219.30** | | **$20,404.00** |
| **Total Monitoring Claim - All Offices** | **670.70** | **108.35** | **68.75** | **7.00** | **32.60** | **631.10** | | **$62,929.00** |

Coleman v. Wilson

Summary of Undisputed Fees

3rd Quarter - July 1, 1999 through September 30, 1999

## Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 1.90 | 1.20 | 0.40 | 0.80 | 0.00 | 1.10 | $112.50 | $123.75 |
| Thomas Nolan (TN) | 11.50 | 0.50 | 0.00 | 0.50 | 0.00 | 11.00 | 106.00 | 1,166.00 |
| Cliona R. Plunkett (CRP) | 0.50 | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 80.00 | 0.00 |
| Pamela Derrico (PD) | 22.60 | 4.60 | 1.30 | 2.30 | 1.00 | 19.30 | 80.00 | 1,544.00 |
| Marina U. Ponomarchuk (MUP) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 |
| **TOTAL ROSEN BIEN & ASARO** | 36.50 | 6.80 | 2.20 | 3.60 | 1.00 | 31.40 | | $2,833.75 |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | $112.50 | $67.50 |
| Edie DeGraff (ED) | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 80.00 | $520.00 |
| **TOTAL PRISON LAW OFFICE** | 7.10 | 0.00 | 0.00 | 0.00 | 0.00 | 7.10 | | $587.50 |
| **Total Fees Claim - All Offices** | 43.60 | 6.80 | 2.20 | 3.60 | 1.00 | 38.50 | | $3,421.25 |
| | | | | | | | TOTAL ** | $0.00 |

** Defendant's Object to all fees-on-fees time. This issue will be resolved in the pending Motion to Compel 2nd Quarter 1999 Fees.

**Coleman v. Wilson**
**Undisputed Costs For The Third Quarterly Statement of 1999**
**July 1, 1999 through September 30, 1999**

*Matter: 489-3 (Monitoring)*

| ROSEN, BIEN & ASARO | UNDISPUTED COSTS |
|---|---:|
| Photocopying (in-house) | $ 1,235.50 |
| Photocopying (outside service) | $ 590.75 |
| Postage & Delivery | $ 290.16 |
| Telephone | $ 49.21 |
| Telefax | $ 217.00 |
| Travel | $ 259.23 |
| Major Legal - copy of records | $ 295.81 |
| LEXIS | $ 126.15 |
| Westlaw | $ 84.33 |
| **TOTALS** | **$ 3,148.14** |

| PRISON LAW OFFICE | |
|---|---:|
| Photocopying (in-house) | $ 403.50 |
| Postage & Delivery | $ 253.98 |
| Telephone | $ 81.20 |
| Telefax | $ 40.00 |
| Westlaw | $ 36.03 |
| Blueprint Mart - Copy Service | $ 36.27 |
| Travel | $ 241.40 |
| **TOTALS** | **$ 1,092.38** |
| **TOTAL MONITORING** | **$ 4,240.52** |

*Matter: 489-5 (Monitoring Fees on Fees)*

| ROSEN, BIEN & ASARO | |
|---|---:|
| Photocopying (in-house) | $ 133.75 |
| Photocopying (outside service) | $ 41.23 |
| Postage & Delivery | $ 73.67 |
| LEXIS | $ 41.51 |
| Westlaw | $ 10.00 |
| Telefax | $ 6.00 |
| **TOTALS** | **$0.00 \*\*** |
| **TOTALS - ALL FIRMS** | **$ 4,240.52** |

\*\* Defedant's object to all fees-on-fees time. This issue will be resolved in the pending Motion to Compel 2nd Quarter 1999 Fees.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND ORDER CONFIRMING PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 1999**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**

Jessica Blonien, Esq.
Office of the Attorney General
455 Golden Gate Avenue, 12th Floor
San Francisco, CA 94102-3664

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of January, 2000, at San Francisco, California.

*Pamela A. Derrico*
PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
January 31, 2000


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 31, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

        Donald Specter                           CF/JFM
        Prison Law Office
        General Delivery
        San Quentin, CA   94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA   94104

        Bruce Michael Slavin
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-3664

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

                                        Jack L. Wagner, Clerk

                                        BY: _____
                                            Deputy Clerk