FILED

FEB - 2 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

PETE WILSON, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

    The parties have presented a stipulated request to submit plaintiffs' pending motion to compel payment of disputed fees and costs for the second quarter of 1999 and to set 1999 rates for decision on the papers without oral argument or, in the alternative, for hearing by telephonic conference. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiffs' motion to compel payment of disputed second quarter 1999 attorneys' fees and costs and to set 1999 rates is submitted for decision without oral argument; and

    2. The hearing set for February 3, 1999 is dropped from calendar.

DATED: February _/_, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

1124

**BILL LOCKYER**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE** 

455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 703-5500

# FAX TRANSMISSION COVER SHEET

> **IMPORTANT/CONFIDENTIAL:** This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential, and exempt from disclosure under applicable law. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

**DATE:** February 1, 2000   **TIME:** 10:11 AM   **NO. OF PAGES:** 3
(INCLUDING COVER SHEET)

**TO:**

- **NAME:** Magistrate Judge John F. Moulds; ATTENTION HAVEN GRACIE
- **OFFICE:**
- **LOCATION:**
- **FAX NO:** (916) 930-4179   **PHONE NO:** (916) 930-4188

**FROM:**

- **NAME:** Jessica Blonien
- **OFFICE:**
- **LOCATION:** 455 Golden Gate Ave. Ste. 11000
- **FAX NO:** 415-703-5843   **PHONE NO:** 415-703-5720

**MESSAGE/INSTRUCTIONS**

This is a courtesy copy. The original is being sent in overnight mail for filing. Thank you for your assistance with this matter.

**PLEASE DELIVER AS SOON AS POSSIBLE!**
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER

JUS 133 (1/99)

1  BILL LOCKYER
   Attorney General
2  DAVID P. DRULINER
   Chief Assistant Attorney General
3  PAUL D. GIFFORD
   Senior Assistant Attorney General
4  JAMES M. HUMES
   Supervising Deputy Attorney General
5  JESSICA N. BLONIEN
   Deputy Attorney General
6  State Bar No. 189137
    455 Golden Gate Ave., Ste. 11000
7   San Francisco, CA 94102
    Telephone: (415) 703-5720
8   Facsimile: (415) 703-5843
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | CIV S 90-0520 LKK-JFM |
|---|---|
| Plaintiffs, | **STIPULATION TO SUBMIT PLAINTIFFS' MOTION UPON THE RECORD AND BRIEFS PURSUANT TO L.R. 78-230(h); OR IN THE ALTERNATIVE REQUEST A TELEPHONIC HEARING** |
| v. | |
| PETE WILSON, et. al., | |
| Defendants. | |

Pursuant to the March 19, 1996 Stipulation and Order for Periodic Collection of Attorney's Fees and Costs, Plaintiffs filed a motion to set 1999 rates and compel the payment of disputed fees and costs. The parties have filed pleadings on the issue, and the matter is set for hearing on Thursday, February 3, 2000.

///

///

///

STIP TO SUBMIT MOT ON PAPERS CIV S 90-0520 LKK-JFM    1

1     Pursuant to Civil Local Rule 78-230(h), the parties stipulate to submit the matter
2 upon the record and briefs on file with the Court. Alternatively, the parties request a
3 telephonic hearing on the matter.

5 DATED: 2-1-00      By: *Thomas Nolan*

6      THOMAS B. NOLAN,
7      ROSEN, BIEN & ASARO
     Attorneys for Plaintiffs

8 DATED: 2-1-00      By: *Jessica B.*

9      JESSICA N. BLONIEN
     DEPUTY ATTORNEY GENERAL
10      Attorneys for Defendants

United States District Court
for the
Eastern District of California
February 2, 2000


* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 2, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                                CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

                                            Jack L. Wagner, Clerk

                                            BY: /s/ Bocknal
                                                Deputy Clerk