FILED

FEB 15 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

　　　　Plaintiffs,　　　　　　No. CIV S-90-0520 LKK JFM P

　　vs.

PETE WILSON, et al.,

　　　　Defendants.　　　　　　ORDER
_____/

　　　　The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of January 2000.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $137,475.02 in accordance with the attached statement; and

　　　　2. A copy of this order shall be served on the financial department of this court.

DATED: February 11, 2000.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

12;cole00.jan

1133

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,            :
    Plaintiffs,               :
                                :
v.                                :    No. Civ. S-90-0520 LKK JFM P
                                :
PETE WILSON, et al.,              :
    Defendants                :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2000.

    J. Michael Keating, Jr., Master
        Services                  $ 20,002.50
        Disbursements                2,614.94
            Total amount due                          $ 22,617.44

    Norma P. D'Apolito
        Services                  $ 18,720.00
                                             0

            Total amount due                          $ 18,720.00

    Matthew A. Lopes, Jr.
        Services                  $  9,580.00
        Disbursements                8,178.16

            Total amount due                          $ 17,758.16

    Paul Nicoll
        Services                  $ 11,781.50
        Disbursements                        0

            Total amount due                          $ 11,781.50

    Kory Knapke, M.D.
        Services                  $  7,512.50
        Disbursements                  522.47

            Total amount due                          $  8,034.97

    George D. Herron
        Services                  $  6,905.00
        Disbursements                  816.62

            Total amount due                          $  7,721.62

    Patricia Murphy Williams
        Services                  $  3,042.00
        Disbursements                        0

            Total amount due                          $  3,042.00

Dennis F. Koson, M.D.
    Services                                             $ 14,087.50
    Disbursements                                1,831.19

    Total amount due                                            $ 15,918.69

Kerry C. Hughes, M.D.
    Services                                             $ 7,550.00
    Disbursements                                    318.44

    Total amount due                                            $ 7,868.44

Jeffrey L. Metzner, M.D.
    Services                                             $ 7,225.00
    Disbursements                                    980.00

    Total amount due                                            $ 8,205.00

Virginia L. Morrison
    Services                                             $ 3,793.50
    Disbursements                                    267.99

    Total amount due                                            $ 4,061.49

Barbara Cotton
    Services                                             $ 1,200.00
    Disbursements                                    391.61

    Total amount due                                            $ 1,591.61

Raymond F. Patterson
    Services                                             $ 9,168.75
    Disbursements                                    985.35

    Total amount due                                            $ 10,154.10

    TOTAL AMOUNT TO BE REIMBURSED                $137,475.02

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*/s/ J. Michael Keating, Jr.*
J. Michael Keating, Jr
Special Master

United States District Court
for the
Eastern District of California
February 15, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 15, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

CF/JFM

CFS

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk