FILED

FEB 2 2 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

  v.

PETE WILSON, et al.,

        Defendants.

NO. CIV. S-90-0520 LKK JFM P

O R D E R

The court is in receipt of the January 27, 2000 Fourth Progress Report on Status of Defendants' Mental Health Programs at the California Medical Facility. No objections to the Report have been filed.

Good cause appearing, IT IS HEREBY ORDERED AS FOLLOWS:

1. The report is ordered filed; and

////
////
////
////

1

1  2. The report is accepted as representing the status of
2  defendants' mental health programs at the California Medical
3  Facility.
4  IT IS SO ORDERED.
5  DATED: February 18, 2000.

                                          LAWRENCE K. KARLTON
                                          CHIEF JUDGE EMERITUS
                                          UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
February 22, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 22, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

SJ/LKK

CF/JFM

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk