FILED

MAR 2 0 2000

CLERK, U.S. DISTRICT COURT
STERN DISTRICT OF CALIFORN.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

        Defendants.               ORDER

_____/

        The matter of payment of the special master has been referred to this court by the

district court. The court has reviewed the bill for services provided by the special master in the

above-captioned case through the month of February 2000.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Christopher H. Little & Associates, P.C.
50 South Main Street
Providence, Rhode Island  02903

the amount of $123,710.88 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED:  March _16_, 2000.

UNITED STATES MAGISTRATE JUDGE

JFM:hg
cole00.feb

1138

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,                    :
        Plaintiffs,                       :
                                          :
    v.                                    :        No. Civ. S-90-0520 LKK JFM P
                                          :
PETE WILSON, et al.,                      :
        Defendants                        :

The Special Master hereby submits his latest statement for fees and
disbursements, including those accrued through February 29, 2000.

    J. Michael Keating, Jr., Master
            Services                 $ 31,254.00
            Disbursements               4,434.40
                    Total amount due                    $ 35,688.40

    Norma P. D'Apolito
            Services                 $ 21,190.00
                                               0

                    Total amount due                    $ 21,190.00

    Matthew A. Lopes, Jr.
            Services                 $  7,745.00
            Disbursements               2,775.69

                    Total amount due                    $ 10,520.69

    Paul Nicoll
            Services                 $ 16,014.00
            Disbursements                      0

                    Total amount due                    $ 16,014.00

    Kory Knapke, M.D.
            Services                 $  2,600.00
            Disbursements                 165.00

                    Total amount due                    $  2,765.00

    Patricia Murphy Williams
            Services                 $  1,651.00
            Disbursements                 113.04

                    Total amount due                    $  1,764.04

    Dennis F. Koson, M.D.
            Services                 $ 18,387.50
            Disbursements                 789.23

                    Total amount due                    $ 19,176.73

Kerry C. Hughes, M.D.
        Services                    $  2,500.00
        Disbursements                    512.00

            Total amount due                        $   3,012.00

Barbara Cotton
        Services                    $  2,228.75
        Disbursements                    180.11

            Total amount due                        $   2,408.86

Melissa G. Warren
        Services                    $  9,592.50
        Disbursements                 1,578.66

            Total amount due                        $ 11,171.16

        TOTAL AMOUNT TO BE REIMBURSED            $123,710.88

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
March 20, 2000


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

    v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on March 20, 2000, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


Donald Specter                          CF/JFM
Prison Law Office
General Delivery                        Financial Dept
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


Jack L. Wagner, Clerk

BY: _R.Weeks_____
Deputy Clerk