FILED

APR 1 9 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFOR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,             No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.           <u>ORDER</u>

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of March 2000.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Christopher H. Little & Associates, P.C.
50 South Main Street
Providence, Rhode Island  02903

the amount of $144,347.29 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: April 18, 2000.

                                             UNITED STATES MAGISTRATE JUDGE

JFM:hg
cole00.mar

1145

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,  :
    Plaintiffs,  :
  :
v.  :    No. Civ. S-90-0520 LKK JFM P
  :
PETE WILSON, et al.,  :
    Defendants  :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through March 31, 2000.

    J. Michael Keating, Jr., Master
        Services                    $ 24,769.50
        Disbursements                726.75
            Total amount due                    $ 25,496.25

    Norma P. D'Apolito
        Services                    $ 11,895.00
                                      0

            Total amount due                    $ 11,895.00

    Matthew A. Lopes, Jr.
        Services                    $  6,145.00
        Disbursements              11,372.73

            Total amount due                    $ 17,517.73

    Paul Nicoll
        Services                    $ 15,295.00
        Disbursements                       0

            Total amount due                    $ 15,295.00

    Kory Knapke, M.D.
        Services                    $  8,443.75
        Disbursements               1,228.33

            Total amount due                    $  9,672.08

    Patricia Murphy Williams
        Services                    $  5,660.50
        Disbursements                  969.47

            Total amount due                    $  6,629.97

    George D. Herron, M.D.
        Services                    $  2,525.00
        Disbursements                  155.68

            Total amount due                    $  2,680.68

Kerry C. Hughes, M.D.
    Services                             $ 14,868.75
    Disbursements                  3,647.20

       Total amount due                         $ 18,515.95

Barbara Cotton
    Services                             $  1,982.50
    Disbursements                      48.88

       Total amount due                         $  2,031.38

Jeffrey L. Metzner, M.D.
    Services                             $ 12,275.00
    Disbursements                  2,324.92

       Total amount due                         $ 14,599.92

Raymond F. Patterson, M.D.
    Services                             $  9,393.75
    Disbursements                    950.22

       Total amount due                         $ 10,343.97

Virginia L. Morrison
    Services                             $  9,226.00
    Disbursements                    443.36

                                                $  9,669.36

    TOTAL AMOUNT TO BE REIMBURSED          $144,347.29

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*[signature]*
J. Michael Keating, Jr.
Special Master

```
            United States District Court
                       for the
              Eastern District of California
                     April 19, 2000


              * * CERTIFICATE OF SERVICE * *


                                          2:90-cv-00520

   Coleman

         v.

   Reagan
```

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 19, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
      Donald Specter                              CF/JFM
      Prison Law Office
      General Delivery
      San Quentin, CA  94964

      Michael W Bien
      Rosen Bien and Asaro
      155 Montgomery Street
      Eighth Floor
      San Francisco, CA  94104

      Jennifer Weck
      Attorney General's Office of the State of California
      PO Box 944255
      1300 I Street
      Suite 125
      Sacramento, CA  94244-2550

      J Michael Keating Jr
      Little Bulman and Whitney
      72 Pine Street
      Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____R. Weeks_____
Deputy Clerk