1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  General Delivery
   San Quentin, California 94964
3  Telephone (415) 457-9144

4  McCUTCHEN, DOYLE, BROWN & ENERSEN
   WARREN GEORGE (State Bar # 53588)
5  Three Embarcadero Center
   San Francisco, California 94111
6  Telephone (415) 393-2000

7  ROSEN, BIEN & ASARO, LLP
   MICHAEL W. BIEN (State Bar # 096891)
8  SANFORD JAY ROSEN (State Bar # 062566)
   THOMAS NOLAN (State Bar # 169692)
9  155 Montgomery Street, 8th Floor
   San Francisco, California  94104
10 Telephone (415) 433-6830

11 HELLER, EHRMAN, WHITE & McAULIFFE
   RICHARD L. GOFF (State Bar # 36377)
12 701 Fifth Avenue
   Seattle, Washington 98104
13 Telephone (206) 447-0900

14 Attorneys for Plaintiffs

**FILED**

APR 2 0 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

**LODGED**

APR 1 4 2000

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

16      IN THE UNITED STATES DISTRICT COURT

17      EASTERN DISTRICT OF CALIFORNIA

18

19 RALPH COLEMAN,                    ) Case No. Civ. S 90-0520 LKK-JFM
                                     )
20      Plaintiff,                   ) STIPULATION AND ORDER CONFIRMING
                                     ) PAYMENT OF UNDISPUTED ATTORNEYS' FEES
21 vs.                               ) AND COSTS FOR THE FOURTH QUARTER OF
                                     ) 1999
22 PETE WILSON, et al.,              )
                                     )
23      Defendants                   )

24 _____

25

26

27

28

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE FOURTH QUARTER OF 1999

1146

1    On March 19, 1996, the District Court established procedures by
2  which plaintiffs are to collect periodic attorneys' fees and costs
3  in this case in connection with their work monitoring defendants'
4  compliance with the Court's Orders and collecting fees.

5    Pursuant to these procedures, the parties have met and
6  conferred concerning fees and costs incurred by plaintiffs'
7  attorneys during the Fourth Quarter of 1999.

8    As a result of the meet and confer session, the parties are
9  able to agree to the payment of $80,135.54 in undisputed fees and
10  costs incurred during the Fourth Quarter of 1999.  Attached hereto
11  as Exhibit A are charts setting forth the fees and expenses due and
12  owing on the Fourth Quarter of 1999.

13    WHEREFORE, IT IS CONFIRMED that $80,135.54 is due and
14  collectable as of 45 days from the date of entry of this order.
15  Daily interest runs from March 1, 2000 at the rate of 6.197%.

16

17  | Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
18  | $80,135.54 | 6.197% | $13.59 | March 1, 2000 |
19  (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

20

21

22  IT IS SO ORDERED.

23  Dated: _April 18, 2000_                _____

24                                   John F. Moulds, Magistrate Judge
                                     United States District Court

25

26

27

28

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE FOURTH QUARTER 1999

1 | APPROVED AS TO FORM:

2 | *(signature)*                                DATED: 4-13-00

3 | Jessica Blonien
  | Deputy Attorney General
4 | Attorney for Defendants

5 |

6 | *Thomas Nolan (signature)*                   DATED: 4-13-00

7 | Thomas B. Nolan
  | Rosen Bien & Asaro
8 | Attorneys for Plaintiffs

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE FOURTH QUARTER 1999

Recycled    Stock # EXA-10-B

Coleman v. Wilson

Summary of Undisputed Fees
4th Quarter - October 1, 1999 through December 31, 1999

## Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 70.60 | 3.90 | 2.40 | 1.50 | 0.00 | 69.10 | $112.50 | $7,773.75 |
| Jane Kahn (JK) | 165.30 | 12.40 | 6.10 | 2.50 | 3.80 | 159.00 | 112.50 | 17,887.50 |
| Thomas Nolan (TN) | 126.90 | 0.70 | 0.30 | 0.40 | 0.00 | 126.50 | 112.50 | 14,231.25 |
| James I. Dye (JID) | 3.40 | 0.00 | 0.00 | 0.00 | 0.00 | 3.40 | 80.00 | 272.00 |
| Cliona R. Plunkett (CRP) | 95.80 | 5.10 | 2.60 | 2.00 | 0.50 | 93.30 | 80.00 | 7,464.00 |
| Marina U. Ponomarchuk(MUP) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 |
| **TOTAL ROSEN BIEN & ASARO** | 462.00 | 22.10 | 11.40 | 6.40 | 4.30 | 451.30 | | $47,628.50 |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 38.40 | 4.90 | 4.20 | 0.70 | 0.00 | 37.70 | $112.50 | $4,241.25 |
| Steven Fama (SF) | 132.20 | 5.80 | 5.60 | 0.20 | 0.00 | 132.00 | 112.50 | 14850.00 |
| Millard Murphy (MM) | 4.00 | 4.00 | 0.00 | 4.00 | 0.00 | 0.00 | 112.50 | 0.00 |
| Keith Wattley (KW) | 20.30 | 3.80 | 1.90 | 1.40 | 0.50 | 18.40 | 112.50 | 2070.00 |
| Keith Wattley (KW) (clerk rate) | 71.85 | 14.80 | 5.70 | 9.10 | 0.00 | 62.75 | 80.00 | 5020.00 |
| Edie DeGraff (ED) | 18.80 | 0.00 | 0.00 | 0.00 | 0.00 | 18.80 | 80.00 | 1504.00 |
| **TOTAL PRISON LAW OFFICE** | 285.55 | 33.30 | 17.40 | 15.40 | 0.50 | 269.65 | | $27,685.25 |
| | | | | | | | | |
| **Total Monitoring Claim - All Offices** | 747.55 | 55.40 | 28.80 | 21.80 | 4.80 | 720.95 | | $75,313.75 |

4/13/00

## Coleman v. Wilson

### Summary of Undisputed Fees
#### 4th Quarter - October 1, 1999 through December 31, 1999

### Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining in Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 1.10 | 0.70 | 0.00 | 0.00 | 0.70 | 0.40 | $112.50 | $45.00 |
| William H. D. Fernholtz (WHDF) | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 106.00 | 10.60 |
| Thomas Nolan (TN) | 61.60 | 54.60 | 0.00 | 0.00 | 54.60 | 7.00 | 106.00 | 742.00 |
| Christopher E. Carer (CEC) | 10.10 | 7.10 | 0.00 | 0.00 | 7.10 | 3.00 | 80.00 | 240.00 |
| Pamela Derrico (PD) | 64.90 | 38.00 | 0.00 | 0.00 | 38.00 | 26.90 | 80.00 | 2,152.00 |
| Marina U. Ponomarchuk(MUP) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 |
| **TOTAL ROSEN BIEN & ASARO** | 137.80 | 100.40 | 0.00 | 0.00 | 100.40 | 37.40 | | $3,189.60 |
| | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | $112.50 | $112.50 |
| Edie DeGraff (ED) | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | $80.00 | $600.00 |
| **TOTAL PRISON LAW OFFICE** | 8.50 | 0.00 | 0.00 | 0.00 | 0.00 | 8.50 | | $712.50 |
| | | | | | | | | |
| **Total Fees Claim - All Offices** | 146.30 | 100.40 | 0.00 | 0.00 | 100.40 | 45.90 | | $3,902.10 |

TOTAL **     $0.00

** Defendant's Object to all fees-on-fees time. This issue will be resolved in the pending Motion to Compel 2nd Quarter 1999 Fees.

4/13/00

**Undisputed Costs For The Fourth Quarterly Statement of 1999**
**October 1, 1999 through December 31, 1999**

*Matter: 489-3 (Monitoring)*

| ROSEN, BIEN & ASARO | CLAIMED COSTS | | OBJECTIONS | | UNDISPUTED COSTS | |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ | 475.00 | $ | - | $ | 475.00 |
| Photocopying (outside service) | $ | 520.45 | $ | - | $ | 520.45 |
| Postage & Delivery | $ | 370.08 | $ | - | $ | 370.08 |
| Telephone | $ | 61.27 | $ | - | $ | 61.27 |
| Telefax | $ | 195.00 | $ | - | $ | 195.00 |
| Travel | $ | 1,112.51 | $ | - | $ | 1,112.51 |
| Major Legal - copy of records | $ | 402.04 | $ | - | $ | 402.04 |
| | | | | | | |
| **TOTALS** | | **$ 3,136.35** | **$** | **-** | | **$ 3,136.35** |

| PRISON LAW OFFICE | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ | 502.20 | $ | - | $ | 502.20 |
| Postage & Delivery | $ | 272.97 | $ | - | $ | 272.97 |
| Telephone | $ | 174.27 | $ | - | $ | 174.27 |
| Telefax | $ | 110.00 | $ | - | $ | 110.00 |
| Computerized legal research | $ | 10.92 | $ | - | $ | 10.92 |
| Federal Express | $ | 16.00 | $ | - | $ | 16.00 |
| Travel | $ | 599.08 | $ | - | $ | 599.08 |
| | | | | | | |
| **TOTALS** | | **$ 1,685.44** | **$** | **-** | | **$ 1,685.44** |
| | | | | | | |
| **TOTAL MONITORING** | | **$ 4,821.79** | | | | **$ 4,821.79** |

*Matter: 489-5 (Monitoring Fees on Fees)*

| ROSEN, BIEN & ASARO | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ | 155.60 | $ | - | $ | 155.60 |
| Photocopying (outside service) | $ | 310.90 | $ | 310.90 | $ | - |
| Postage & Delivery | $ | 620.49 | $ | 620.49 | $ | - |
| Telephone | $ | 4.05 | $ | - | $ | 4.05 |
| Westlaw | $ | 350.79 | $ | - | $ | 350.79 |
| Telefax | $ | 11.00 | $ | - | $ | 11.00 |
| | **$** | **1,452.83** | **$** | **931.39** | **$** | **521.44** |
| | | | | | | |
| **TOTALS** | | | | ** | ** | **$0.00** |

| **TOTALS - ALL FIRMS** | | | | | | **$ 4,821.79** |
|---|---|---|---|---|---|---|

** Defendant's object to all fees-on-fees time.

PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND ORDER CONFIRMING PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 1999**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**

Jessica Blonien, Esq.
Office of the Attorney General
455 Golden Gate Avenue, 12th Floor
San Francisco, CA  94102-3664

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of April, 2000, at San Francisco, California.

PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
April 20, 2000

\* \* CERTIFICATE OF SERVICE \* \*

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  April 20, 2000, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

Donald Specter                          CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


Jack L. Wagner, Clerk

BY:  _R Weeks_____
Deputy Clerk