FILED

APR 2 6 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,           No. CIV S-90-0520 LKK JFM P

vs.

PETE WILSON, et al.,

    Defendants.         ORDER

                            /

        Pursuant to this court's February 10, 2000 order on the transition plan for California Medical Facility filed in the above-captioned case, on March 31, 2000, the special master filed an interim report on the availability of DMH inpatient beds for class members, their ability to access necessary inpatient care in a timely manner, and impediments to such access, as well as recommendations for improvement in each of these areas. The special master recommends that the parties be directed to review the report and file objections with him within thirty days, and that he be directed to file his final recommendations within fifteen days thereafter. That will be the order of the court.

        In accordance with the above, IT IS HEREBY ORDERED that within thirty days from the date of this order the parties shall submit to the special master their responses, if any, to

/////

1150

1


the report on DMH Inpatient Care filed March 31, 2000.  Within fifteen days thereafter the special master shall file final recommendations with the court.

DATED: April 24, 2000.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

/dmh.ir

United States District Court
for the
Eastern District of California
April 26, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 26, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                              SJ/LKK
Prison Law Office
General Delivery                            CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

 

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk