

FILED

MAY - 1 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

    Defendants have filed a second request for an extension of time to comply with Directives 6 and 8 of this court's July 26, 1999 order. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Within ten days from the date of this order plaintiffs shall file and serve a response to defendants' April 26, 2000 second request for extension of time; and

    2. Within fifteen days thereafter the special master shall file recommendations with the court concerning the request.

DATED: April 27, 2000.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

/426.ext

1156

1

United States District Court
for the
Eastern District of California
May 1, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 1, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

SJ/LKK

CF/JFM

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street

Suite 10-100
Sacramento, CA 95814

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk