FILED

MAY - 1 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,       No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.       ORDER

_____/

    Inmate Lorenzo Arteaga has filed several documents in this action. Good cause appearing, IT IS HEREBY ORDERED THAT the Clerk of the Court is directed to send a copy of the documents filed by inmate Arteaga (documents # 1137, 1139, and 1140) to counsel for plaintiffs.

DATED: April 28, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

12
arteaga.doc

1157

United States District Court
for the
Eastern District of California
May 1, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 1, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                          CF/JFM
        Prison Law Office
        General Delivery
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104
              (1137, 1139, +1140)
        Jennifer Weck
        Attorney General's Office of the State of California
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA  94244-2550
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Jack L. Wagner, Clerk

BY: _____
   Deputy Clerk