

```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  General Delivery
    San Quentin, California 94964
 3  Telephone (415) 457-9144

 4  McCUTCHEN, DOYLE, BROWN & ENERSEN
    WARREN E. GEORGE (State Bar # 53588)
 5  Three Embarcadero Center
    San Francisco, California 94111
 6  Telephone (415) 393-2000

 7  ROSEN, BIEN & ASARO
    MICHAEL W. BIEN  (State Bar # 096891)
 8  THOMAS B. NOLAN (State Bar # 169692)
    155 Montgomery Street, 8th Floor
 9  San Francisco, California  94104
    Telephone (415) 433-6830
10
    HELLER, EHRMAN, WHITE & McAULIFFE
11  RICHARD L. GOFF (State Bar # 36377)
    701 Fifth Avenue
12  Seattle, WA  98104
    Telephone (206) 447-0900
13

14  Attorneys for Plaintiffs

15

16              IN THE UNITED STATES DISTRICT COURT

17                  EASTERN DISTRICT OF CALIFORNIA

18
    JOSEPH COLEMAN,                )    No. Civ S 90-0520 LKK-JFM
19                                 )
              Plaintiff,           )    STIPULATION AND [PROPOSED]
20                                 )    ORDER REGARDING ANNUAL MOTION
    vs.                            )    TO COMPEL PAYMENT OF PERIODIC
21                                 )    FEES AND COSTS FOR 1999
    PETE WILSON, et al.,           )
22                                 )
              Defendants.          )
23  _____  )
                                   )
24                                 )
                                   )
25                                 )
                                   )
26                                 )
                                   )
27                                 )
                                   )
28                                 )
```

FILED

MAY - 9 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
      DEPUTY CLERK

LODGED

MAY - 4 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY

1161

STIPULATION AND ORDER REGARDING
ANNUAL MOTION TO COMPEL FEES AND

1 |      Pursuant to paragraph 4 of the March 19, 1996 Stipulation
2 | and Order for Periodic Collection of Attorneys' Fees and Costs,
3 | plaintiffs are to file an annual motion to compel concerning
4 | disputed fees and cost incurred during a given calendar year no
5 | later than sixty (60) days after the parties meet and confer with
6 | respect to the quarterly statement covering the Fourth Quarter of
7 | that year.
8 |      The parties met and conferred concerning the Fourth Quarter
9 | of 1999 on March 30, 2000. Therefor, pursuant to the Periodic
10 | Fees Stipulation, the annual motion to compel is currently due on
11 | or before May 29, 2000.
12 |      Because many of the issues which would be briefed as part of
13 | the annual motion to compel are currently before the Magistrate
14 | Judge as part of a motion to compel concerning the second
15 | quarterly statement of 1999, the parties wish to avoid re-
16 | briefing these issues and are therefore entering into this
17 | stipulation to extend the time for filing the annual motion to
18 | compel until 60 days after a decision from Judge Karlton is
19 | issued on the second quarter motion to compel for 1999.
20 |      THEREFORE the parties stipulate and agree as follows:
21 |      1.    Plaintiffs may file their annual motion to compel for
22 | 1999, currently due on or before May 29, 1999, on or before sixty
23 | days after the date on which Judge Karlton issues an order
24 | \\\
25 | \\\
26 | \\\
27 | \\\
28 |

STIPULATION AND ORDER REGARDING
ANNUAL MOTION TO COMPEL FEES AND
COSTS FOR 1999

concerning plaintiffs' motion to compel concerning the second quarterly statement of 1999.

DATED: 5-1-00        By: /s/ Thomas B. Nolan
                         THOMAS B. NOLAN, ESQ.
                         ROSEN, BIEN & ASARO
                         Attorney for Plaintiffs

DATED: 5-2-00        By: /s/ Jessica Blonien
                         JESSICA BLONIEN, ESQ.
                         DEPUTY ATTORNEY GENERAL
                         Attorney for Defendants

IT IS ORDERED that the time for filing plaintiffs' annual motion to compel for 1999 is extended until sixty (60) days after Judge Karlton issues an order concerning the second quarter motion to compel for 1999, which is currently pending before this Court.

DATED: 5-8-00        /s/ John F. Moulds
                     JOHN F. MOULDS, MAGISTRATE JUDGE
                     UNITED STATES DISTRICT COURT

PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER REGARDING ANNUAL MOTION TO COMPEL PAYMENT OF PERIODIC FEES AND COSTS FOR 1999**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

<u>BY U.S. MAIL</u>

Jessica Blonien, Esq.
Office of the Attorney General
455 Golden Gate Avenue, 12th Floor
San Francisco, CA  94102-3664

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of May, 2000, at San Francisco, California.

*[signature: Pamela Derrico]*
PAMELA A. DERRICO

```
              United States District Court
                        for the
              Eastern District of California
                      May 9, 2000


              * * CERTIFICATE OF SERVICE * *


                              2:90-cv-00520


  Coleman

      v.

  Reagan

  _____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 9, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
      Donald Specter                        CF/JFM
      Prison Law Office
      General Delivery
      San Quentin, CA   94964

      Michael W Bien
      Rosen Bien and Asaro
      155 Montgomery Street
      Eighth Floor
      San Francisco, CA   94104

      Jennifer Weck
      Attorney General's Office of the State of California
      PO Box 944255
      1300 I Street
      Suite 125
      Sacramento, CA   94244-2550

      J Michael Keating Jr
      Little Bulman and Whitney
      72 Pine Street
      Providence, RI   02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: ___*signature*___
    Deputy Clerk