

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,   No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.   <u>ORDER</u>

    /

The special master in this case has submitted a request for approval of appointment of two experts. The special master seeks approval of Steven A. Jenison, M.D. as an infectious diseases expert, said expert to be compensated at an hourly rate of seventy-five dollars ($75.00) for travel time and otherwise at an hourly rate of two hundred dollars ($200.00) plus reasonable expenses. The special master also seeks approval of Stephen J. Denoy, P.T. as a physical therapy and medicine expert, said expert to be compensated at an hourly rate of seventy-five dollars ($75.00) for travel time and otherwise at an hourly rate of one hundred thirty dollars ($130.00) plus reasonable expenses.

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

/////

1162

1

1. The special master's May 1, 2000 request for appointment of experts is GRANTED;

2. The special master is authorized to appoint Steven A. Jenison, M.D. as an infectious diseases expert to perform the duties set forth in the Special Master's Request for Appointment of Staff, filed May 1, 2000, and to be compensated at the rates set forth therein; and

3. The special master is authorized to appoint Stephen J. Denoy, P.T. as a physical therapy and medicine expert to perform the duties set forth in the Special Master's Request for Appointment of Staff, filed May 1, 2000, and to be compensated at the rates set forth therein.

DATED: May 8, 2000.

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
May 10, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 10, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                          SJ/LKK
Prison Law Office
General Delivery                        CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
```

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk