**FILED**

JUN 1 6 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

PETE WILSON, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

<u>ORDER</u>

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of April 2000.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $148,260.55 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: June 15, 2000.

UNITED STATES MAGISTRATE JUDGE

JFM:hg
cole00.may

1173

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.

No. Civ. S-90-0520 LKK JFM P

PETE WILSON, et al.,
    Defendants

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through May 31, 2000.

| | | |
|---|---:|---:|
| **J. Michael Keating, Jr., Master** | | |
|     Services | $ 24,708.00 | |
|     Disbursements | 4,314.93 | |
|         Total amount due | | $ 29,022.93 |
| **Norma P. D'Apolito** | | |
|     Services | $ 8,970.00 | |
| | 0 | |
|         Total amount due | | $ 8,970.00 |
| **Matthew A. Lopes, Jr.** | | |
|     Services | $ 7,655.00 | |
|     Disbursements | 11,717.82 | |
|         Total amount due | | $ 19,372.82 |
| **Paul Nicoll** | | |
|     Services | $ 18,968.50 | |
|     Disbursements | 0 | |
|         Total amount due | | $ 18,968.50 |
| **Kory Knapke, M.D.** | | |
|     Services | $ 12,118.75 | |
|     Disbursements | 1,262.48 | |
|         Total amount due | | $ 13,381.23 |
| **Patricia Murphy Williams** | | |
|     Services | $ 6,516.50 | |
|     Disbursements | 513.67 | |
|         Total amount due | | $ 7,030.17 |
| **Kerry C. Hughes, M.D.** | | |
|     Services | $ 16,362.50 | |
|     Disbursements | 2,449.78 | |
|         Total amount due | | $ 18,812.28 |

```
Barbara Cotton
     Services                           $  5,506.25
     Disbursements                         1,320.67

          Total amount due                              $   6,826.92

Dennis F. Koson, M.D.
     Services                           $ 22,725.00
     Disbursements                         3,150.70

          Total amount due                              $  25,875.70

     TOTAL AMOUNT TO BE REIMBURSED                      $148,260.55
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
June 16, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 16, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street

CF/JFM

Financial Dept

Suite 200
Sacramento, CA 95814

Jack L. Wagner, Clerk

BY: R. Weeks
Deputy Clerk