FILED
JUN 19 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.             <u>ORDER</u>

        Defendants have filed a third request for extension of time to comply with paragraph 1 of this court's order filed July 26, 1999. Paragraph 1 of said order requires defendants to reduce to 25 percent or less the vacancy rate among psychiatrists and to ten percent or less the vacancy rate among psychiatric social workers without increasing the vacancy rate among other categories of mental health staff. Good cause appearing, plaintiffs will be directed to respond to defendants' third request for extension of time and the special master will be directed to file recommendations to the court thereafter.

        In its April 27, 2000 order granting defendants' last request for an extension of time to comply with this directive, the court ordered the special master to report to the court by June 16, 2000 on the status of vacancy rates among CDC psychiatrists and psychiatric social

/////

1174

workers.[1] Good cause appearing, the Special Master will be directed include said report in the recommendations required by this order in lieu of a separate filing.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fifteen days from the date of this order plaintiffs shall filed and serve a response to defendants' third request for extension of time to comply with paragraph 1 of this court's July 26, 1999 order;

2. Within fifteen days thereafter the Special Master shall file recommendations concerning defendants' third request for extension of time to comply with said paragraph; and

3. In lieu of a separate filing on June 16, 2000, the Special Master shall include in the recommendations to be filed pursuant to this order the report on vacancy rates required by this court's April 27, 2000 order.

DATED: June 16, 2000.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/eotrep2

---

[1] In a previous order concerning defendants' first request to extend the deadline for addressing the vacancy rates, the court expressed deep concern over continued delays in this area. See Order filed December 9, 1999. The court remains very troubled over the delays in this area but will await the report from the Special Master to determine whether additional court intervention is required to speed the process of providing adequate psychiatric staffing for class members.

United States District Court
for the
Eastern District of California
June 19, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 19, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                         SJ/LKK
Prison Law Office
General Delivery                       CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street

Suite 10-100
Sacramento, CA 95814

```
                          Jack L. Wagner, Clerk

                    BY: _____
                          Deputy Clerk
```