**FILED**

JUL 1 2 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

        Defendants.         <u>ORDER</u>

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of May 2000.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

    J. Michael Keating, Jr.,
    Little, Bulman & Whitney, P.C.
    72 Pine Street
    Providence, Rhode Island  02903

the amount of $214,833.80 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: July //, 2000.

_____
UNITED STATES MAGISTRATE JUDGE

JFM:hg
cole00.jun

1181

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,               :
      Plaintiffs,                    :
                            :
      v.                             :     No. Civ. S-90-0520 LKK JFM P
                            :
PETE WILSON, et al.,                 :
      Defendants                     :

The Special Master hereby submits his latest statement for fees and
disbursements, including those accrued through June 30, 2000.

| | | |
|---|---|---|
| J. Michael Keating, Jr., Master | | |
| Services | $ 23,680.50 | |
| Disbursements | 3,587.99 | |
| Total amount due | | $ 27,268.49 |
| | | |
| Norma P. D'Apolito | | |
| Services | $ 9,685.00 | |
| | 0 | |
| Total amount due | | $ 9,685.00 |
| | | |
| Matthew A. Lopes, Jr. | | |
| Services | $ 9,492.50 | |
| Disbursements | 6,155.69 | |
| Total amount due | | $ 15,648.19 |
| | | |
| Paul Nicoll | | |
| Services | $ 20,413.50 | |
| Disbursements | 0 | |
| Total amount due | | $ 20,413.50 |
| | | |
| Kory Knapke, M.D. | | |
| Services | $ 1,512.50 | |
| Disbursements | 0 | |
| Total amount due | | $ 1,512.50 |
| | | |
| Patricia Murphy Williams | | |
| Services | $ 7,585.00 | |
| Disbursements | 424.08 | |
| Total amount due | | $ 8,009.08 |
| | | |
| Kerry C. Hughes, M.D. | | |
| Services | $ 17,050.00 | |
| Disbursements | 8,888.77 | |
| Total amount due | | $ 25,938.77 |

Donna Brorby
    Services                 $ 12,382.50
    Disbursements         1,100.01

       Total amount due              $ 13,482.51

Dennis F. Koson, M.D.
    Services                 $ 14,600.00
    Disbursements         2,121.11
       Total amount due              $ 16,721.11

Jeffrey L. Metzner, M.D.
    Services                 $ 32,519.50
    Disbursements         5,629.71
       Total amount due              $ 38,149.21

Virginia L. Morrison
    Services                 $  8,881.25
    Disbursements           753.31

       Total amount due              $  9,634.56

Melissa G. Warren
    Services                 $ 16,686.25
    Disbursements         4,075.43

       Total amount due              $ 20,761.68

Raymond F. Patterson, M.D.
    Services                 $  6,843.75
    Disbursements           765.45

       Total amount due              $  7,609.20

       TOTAL AMOUNT TO BE REIMBURSED      $214,833.80

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
July 12, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 12, 2000, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

Donald Specter                          CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964                  CFS

Michael W Bien                          DAG
Rosen Bien and Asaro
155 Montgomery Street                   AUSA
Eighth Floor
San Francisco, CA  94104

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk