

1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  General Delivery
   San Quentin, California 94964
3  Telephone (415) 457-9144

4  McCUTCHEN, DOYLE, BROWN & ENERSEN
   WARREN GEORGE (State Bar # 53588)
5  Three Embarcadero Center
   San Francisco, California 94111
6  Telephone (415) 393-2000

7  ROSEN, BIEN & ASARO, LLP
   MICHAEL W. BIEN (State Bar # 096891)
8  SANFORD JAY ROSEN (State Bar # 062566)
   THOMAS NOLAN (State Bar # 169692)
9  155 Montgomery Street, 8th Floor
   San Francisco, California  94104
10 Telephone (415) 433-6830

11 HELLER, EHRMAN, WHITE & McAuliffe
   RICHARD L. GOFF (State Bar # 36377)
12 701 Fifth Avenue
   Seattle, Washington 98104
13 Telephone (206) 447-0900

14 Attorneys for Plaintiffs

15

16          IN THE UNITED STATES DISTRICT COURT

17          EASTERN DISTRICT OF CALIFORNIA

18

19 RALPH COLEMAN,                    ) Case No. Civ. S 90-0520 LKK-JFM
                                     )
20      Plaintiff,                   ) **STIPULATION AND ORDER CONFIRMING**
                                     ) **PAYMENT OF UNDISPUTED ATTORNEYS' FEES**
21 vs.                               ) **AND COSTS FOR THE FIRST QUARTER OF**
                                     ) **2000**
22 PETE WILSON, et al.,              )
                                     )
23      Defendants                   )

24 ————————————————

25

26

27

28

stip-1stqtr,7-19-00.doc

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS

1    On March 19, 1996, the District Court established procedures by

2  which plaintiffs are to collect periodic attorneys' fees and costs

3  in this case in connection with their work monitoring defendants'

4  compliance with the Court's Orders and collecting fees.

5    Pursuant to these procedures, the parties have met and

6  conferred concerning fees and costs incurred by plaintiffs'

7  attorneys during the First Quarter of 2000.

8    As a result of the meet and confer session, the parties are

9  able to agree to the payment of $62,773.08 in undisputed fees and

10  costs incurred during the First Quarter of 2000.  Attached hereto as

11  Exhibit A are charts setting forth the fees and expenses due and

12  owing on the First Quarter of 2000.

13    WHEREFORE, IT IS CONFIRMED that $62,773.08 is due and

14  collectable as of 45 days from the date of entry of this order.

15  Daily interest runs from June 27, 2000 at the rate of 6.375%.

16

17  | **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |

18  | **$62,773.08** | **6.375%** | **$10.96** | **June 27, 2000** |

19  (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

20

21

22  IT IS SO ORDERED.

23  Dated:  8-8-00

24  John F. Moulds, Magistrate Judge
    United States District Court

25

26

27

28

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS

1 | APPROVED AS TO FORM:

2 | _[signature]_     DATED: 7-26-00

3 | Jessica Blonien
    Deputy Attorney General
4 | Attorney for Defendants

5 |

6 | _[signature]_     DATED: 7-26-00

7 | Thomas B. Nolan
    Rosen Bien & Asaro
8 | Attorneys for Plaintiffs

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS

## Coleman v. Wilson

### Summary of Undisputed Fees
### 1st Quarter - January 1, 2000 through March 31, 2000

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 73.00 | 0.60 | 0.20 | 0.40 | 0.00 | 72.60 | $112.50 | $8,167.50 |
| Jane Kahn (JK) | 134.70 | 14.00 | 9.10 | 3.20 | 1.70 | 129.80 | 112.50 | 14,602.50 |
| William H.D. Fernholz (WHDF) | 0.90 | 0.90 | 0.90 | 0.00 | 0.00 | 0.90 | 112.50 | 101.125 |
| Thomas Nolan (TN) | 78.10 | 0.20 | 0.20 | 0.00 | 0.00 | 78.10 | 112.50 | 8,786.25 |
| Shana J. Margolis (SJM) | 0.20 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 112.50 | 0.00 |
| Pamela Derrico (PD) | 0.60 | 0.60 | 0.00 | 0.60 | 0.00 | 0.00 | 80.00 | 0.00 |
| James I. Dye (JID) | 9.00 | 0.40 | 0.00 | 0.40 | 0.00 | 8.60 | 80.00 | 688.00 |
| Cliona R. Plunkett (CRP) | 115.50 | 5.00 | 2.30 | 1.90 | 0.00 | 112.80 | 80.00 | 9,024.00 |
| Christopher Carey (CEC) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 |
| **TOTAL ROSEN BIEN & ASARO** | **412.00** | **21.90** | **12.70** | **6.70** | **2.50** | **402.80** | | **$41,369.50** |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 27.80 | 0.40 | 0.20 | 0.20 | 0.00 | 27.60 | $112.50 | $3,105.00 |
| Steven Fama (SF) | 31.00 | 0.10 | 0.10 | 0.00 | 0.00 | 31.00 | 112.50 | 3487.50 |
| Keith Wattley (KW) | 91.80 | 6.90 | 5.35 | 1.55 | 0.00 | 90.25 | 112.50 | 10153.13 |
| Edie DeGraff (ED) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 80.00 | 24.00 |
| Carole Lamanna (CL) | 3.30 | 3.30 | 0.00 | 3.30 | 0.00 | 0.00 | 76.00 | 0.00 |
| **TOTAL PRISON LAW OFFICE** | **154.20** | **10.70** | **5.65** | **5.05** | **0.00** | **149.15** | | **$16,769.63** |
| **Total Monitoring Claim - All Offices** | **566.20** | **32.60** | **18.35** | **11.75** | **2.50** | **551.95** | | **$58,139.13** |

**Coleman v. Wilson**

Summary of Undisputed Fees
1st Quarter - January 1, 2000 through March 31, 2000

**Fees Work**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 2.70 | 2.70 | 0.00 | 0.00 | 2.70 | 0.00 | $112.50 | $0.00 |
| Thomas Nolan (TN) | 34.70 | 24.40 | 0.00 | 0.00 | 24.40 | 10.30 | 106.00 | 1,091.80 |
| Christopher E. Carer (CEC) | 1.30 | 0.50 | 0.00 | 0.00 | 0.50 | 0.80 | 80.00 | 64.00 |
| Pamela Derrico (PD) | 37.80 | 5.70 | 0.00 | 0.00 | 5.70 | 32.10 | 80.00 | 2,568.00 |
| **TOTAL ROSEN BIEN & ASARO** | **76.50** | **33.30** | **0.00** | **0.00** | **33.30** | **43.20** | | **$3,723.80** |
| **PRISON LAW OFFICE** | | | | | | | | |
| Edie DeGraff (ED) | 6.30 | 0.00 | 0.00 | 0.00 | 0.00 | 6.30 | $80.00 | $504.00 |
| **TOTAL PRISON LAW OFFICE** | **6.30** | **0.00** | **0.00** | **0.00** | **0.00** | **6.30** | | **$504.00** |
| **Total Fees Claim - All Offices** | **82.80** | **33.30** | **0.00** | **0.00** | **33.30** | **49.50** | | **$4,227.80** |
| | | | | | | | **TOTAL **** | **$0.00** |

** **Defendant's Object to all fees-on-fees time. This issue will be resolved in the pending Motion to Compel 2nd Quarter 1999 Fees.**

**Coleman v. Wilson**
**Undisputed Costs – First Quarterly Statement of 2000**
**January 1, 2000 through March 31, 2000**

### COSTS

*Matter: 489-3 (Monitoring)*

|  | Undisputed Costs |
|---|---|
| **ROSEN, BIEN & ASARO** | |
| Photocopying (in-house @.20) | $ 944.80 |
| Photocopying (outside service) | $ 271.31 |
| Postage & Delivery | $ 153.45 |
| Telephone | $ 64.44 |
| Telefax | $ 191.00 |
| Travel | $ 446.60 |
| Westlaw | $ 13.51 |
| Pacific Coast – copy inmate records | $ 1,054.62 |
| **TOTALS** | **$ 3,139.73** |

| | |
|---|---|
| **PRISON LAW OFFICE** | |
| Photocopying (in-house) | $ 534.40 |
| Postage | $ 315.73 |
| Telephone | $ 52.67 |
| Telefax | $ 208.00 |
| Travel | $ 383.42 |
| **TOTALS** | **$ 1,494.22** |
| **TOTAL MONITORING COSTS** | **$ 4,633.95** |

*Matter: 489-5 (Monitoring Fees on Fees)*

| | |
|---|---|
| **ROSEN, BIEN & ASARO** | |
| Photocopying (in-house @.20) | $ 109.01 |
| Photocopying (outside service) | $ 107.20 |
| Postage & Delivery | $ 110.75 |
| Westlaw | $ 334.50 |
| Telefax | $ 13.00 |
| **TOTAL FEES COSTS** | **$ 674.46** |
| **TOTAL FEES COSTS AFTER DEFENDANTS OBJECTIONS** | **$0.00 ** |

| | |
|---|---|
| **TOTAL – ALL FIRMS** | **$ 4,633.95** |

**\*\* - Defendants Object to all fees-on-fees Time & costs**

**PROOF OF SERVICE**

    I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action.  My business address is 155 Montgomery Street, 8th Floor, San Francisco, California 94104.  I served a true copy of the attached:

    **STIPULATION AND ORDER CONFIRMING PAYMENT OF DISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2000**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

    **By U.S. Mail**

    Jessica Blonien
    Deputy Attorney General
    Office of the Attorney General
    455 Golden Gate Ave., 12th Floor
    San Francisco, CA 94102

    I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of July, 2000 at San Francisco, California.

                                   *[signature]*
                              Marina Ponomarchuk

United States District Court
for the
Eastern District of California
August 9, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  August 9, 2000, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

Donald Specter                          SJ/LKK
Prison Law Office
General Delivery                        CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk