**FILED**

AUG 15 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of July 2000.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $167,306.35 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: August 14, 2000.

                                            /s/
                              UNITED STATES MAGISTRATE JUDGE

JFM:hg
cole00.jul

1190

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,        :
    Plaintiffs,            :
                           :
v.                             :     No. Civ. S-90-0520 LKK JFM P
                           :
PETE WILSON, et al.,           :
    Defendants,            :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through July 31, 2000.

J. Michael Keating, Jr., Master
    Services                       $ 28,563.00
    Disbursements                     5,382.19
        Total amount due                              $ 33,945.19

Stephen J. Denoy
    Services                       $ 14,705.00
    Disbursements                     1,290.75
        Total amount due                              $ 15,995.75

Matthew A. Lopes, Jr.
    Services                       $ 16,635.00
    Disbursements                    18,627.51
        Total amount due                              $ 35,262.51

Paul Nicoll
    Services                       $ 15,359.00
    Disbursements                            0
        Total amount due                              $ 15,359.00

Kory Knapke, M.D.
    Services                       $  8,535.00
    Disbursements                       868.66
        Total amount due                              $  9,403.66

Patricia Murphy Williams
    Services                       $  9,119.00
    Disbursements                       432.39
        Total amount due                              $  9,551.39

Kerry C. Hughes, M.D.
    Services                       $  9,745.00
    Disbursements                       525.23
        Total amount due                              $ 10,270.23

Jeffrey L. Metzner, M.D.
    Services                          $ 10,775.00
    Disbursements                1,271.54
        Total amount due                      $ 12,046.54

Virginia L. Morrison
    Services                          $ 12,491.75
    Disbursements                  398.92
        Total amount due                      $ 12,890.67

Raymond F. Patterson, M.D., P.C.
    Services                          $  2,518.75
    Disbursements                  766.00
        Total amount due                      $  3,284.75

Barbara Cotton
    Services                          $  7,117.50
    Disbursements                  171.16
        Total amount due                      $  7,288.66

George D. Herron
    Services                          $  2,008.00
        Total amount due                      $  2,008.00

    TOTAL AMOUNT TO BE REIMBURSED         $167,306.35

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.* (signature)

J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
August 15, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 15, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                                    CF/JFM
Prison Law Office
General Delivery                                  FINANCIAL
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Jennifer Weck
Attorney General's Office of the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903
```

Edmund F Brennan  
United States Attorney  
501 I Street  
Suite 10-100  
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____  
Deputy Clerk