

FILED

AUG 28 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

    On June 12, 2000, pursuant to court order, the special master filed an Interim Report and Recommendations on DMH Inpatient Care. The special master recommends that a series of recommendations contained in a report on access to DMH inpatient care for CDC inmates, dated June 9, 2000 and appended to the special master's recommendations (hereafter "Koson Report"), be entered as an order of the court. Good cause appearing, the special master's recommendation will be adopted. The special master will be directed to report to the court on the status of said recommendations on or before February 10, 2001.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Defendants shall comply with the recommendations found at paragraph F(1)-(7) under the heading Acute Care-DMH, and the recommendations found at paragraph F(1)-(6) under the heading Intermediate Care-DMH, all found at pages 29-33 of the Koson Report; and

1195

2. On or before February 10, 2001, the special master shall report to the court on the status of the issues covered by paragraph 1 of this order.

DATED: August 27, 2000.

/s/ _____
UNITED STATES DISTRICT JUDGE

/coleman.dmh

2

United States District Court
for the
Eastern District of California
August 28, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 28, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA 94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA 94104

Jennifer Weck
Attorney General of the State of CA
PO Box 85266
110 West A Street
Suite 1100
San Diego, CA 92186-5266

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI 02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

SH/LKK

Jack L. Wagner, Clerk

by: Deputy Clerk