FILED

AUG 28 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.             ORDER

_____/

    Plaintiffs are a class of state prisoners proceeding through counsel with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On July 17, 2000, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within ten days. Defendants have filed objections to the findings and recommendations and plaintiffs have filed a response to defendants' objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

/////

1196

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 17, 2000 are adopted in full;

2. Plaintiffs' motion to compel payment of disputed fees and costs in the second quarter in 1999 and to set 1999 rates is granted in all respects except for plaintiffs' request for payment of 2.6 hours of paralegal time;

3. Defendants shall pay plaintiffs' attorney's fees and costs for the second quarter of 1999 in the amount of $22,470.40; and

4. Hourly rates for senior paralegals for 1999 are set at $110.00 per hour.

DATED: August 24, 2000.

UNITED STATES DISTRICT JUDGE

/cole0520.82q

```
             United States District Court
                       for the
              Eastern District of California
                     August 28, 2000


             * * CERTIFICATE OF SERVICE * *

                                    2:90-cv-00520


   Coleman

       v.

   Reagan
_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on August 28, 2000, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


       Donald Specter                         SJ/LKK
       Prison Law Office
       General Delivery
       San Quentin, CA  94964

       Michael W Bien
       Rosen Bien and Asaro
       155 Montgomery Street
       Eighth Floor
       San Francisco, CA  94104

       Jennifer Weck
       Attorney General of the State of CA
       PO Box 85266
       110 West A Street
       Suite 1100
       San Diego, CA  92186-5266

       J Michael Keating Jr
       Little Bulman and Whitney
       72 Pine Street
       Providence, RI  02903

       Edmund F Brennan
       United States Attorney
       501 I Street
       Suite 10-100
       Sacramento, CA 95814
```

Jack L. Wagner, Clerk

by: Deputy Clerk