FILED

AUG 28 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

       Defendants.         ORDER
_____/

       On August 15, 2000, defendants filed a report on their compliance with Directive 6 of this court's July 26, 1999 order. Good cause appearing, IT IS HEREBY ORDERED that within thirty days from the date of this order the special master shall report to the court on the adequacy of defendants' compliance with Directive 6 and make such recommendations as he deems appropriate.

DATED: August 24, 2000.

                                               UNITED STATES DISTRICT JUDGE

/dir6.cmp

1

1197

United States District Court
for the
Eastern District of California
August 28, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman
   v.
Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 28, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA 94964

SJ/LKK

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA 94104

Jennifer Weck
Attorney General of the State of CA
PO Box 85266
110 West A Street
Suite 1100
San Diego, CA 92186-5266

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI 02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

Jack L. Wagner, Clerk

by: Deputy Clerk