FILED

SEP 14 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.            ORDER
_____/

       By order filed July 26, 1999, defendants were directed to, inter alia, develop and implement a system-wide data collection process to capture information on mental health transfers at the institutional level. By order filed July 3, 2000, the extended deadline for compliance with that order was vacated and the court directed the special master to meet and confer with the parties in order to develop and submit to the court a proposed timeline for development and implementation of an informed plan to expedite transfers of mentally ill inmates to necessary levels of care. On August 28, 2000, the special master filed his recommendations. No objections have been filed. After review of the record herein, and good cause appearing therefore, the special master's recommendations will be adopted in full.

/////

/////

1

1201

Accordingly, IT IS HEREBY ORDERED that:

1. On or before November 30, 2000, defendants shall develop and provide to the special master and to plaintiffs a set of guidelines for the timeliness of transfers of inmates to necessary levels of care. The guidelines shall provide specific timelines for each type of transfer specified in paragraph 1 of the special master's August 28, 2000 recommendations and shall distinguish, where appropriate, emergency from routine transfers in the various categories.

2. On or before December 31, 2000, the parties and the special master shall meet and confer, and shall finalize said guidelines.

3. Defendants shall forthwith develop sufficient Level IV enhanced outpatient beds to meet the system-wide need;

4. Within thirty days from the date of this order, defendants shall promulgate a plan for staffing and placement of the beds referred to in paragraph 3 of this order;

5. Within sixty days from the date of this order, defendants shall complete the review described in paragraph 3 of the special master's August 28, 2000 recommendations and shall submit to the special master their recommendations for any needed realignment that becomes apparent during said review;

6. On or before December 31, 2000, defendants shall complete negotiations on the Memorandum of Understanding between the California Department of Mental Health (DMH) and the California Department of Corrections (CDC) concerning CDC access to DMH acute and intermediate-care facilities;

7. Defendants shall comply fully with the recommendation contained in paragraph 5 of the special master's August 28, 2000 recommendations; and

/////
/////
/////
/////

8. On or before December 31, 2000, defendants shall develop such plans for improvement of the transfer process as appear necessary based on the data collected in October and November from the Mental Health Tracking System.

DATED: September 11, 2000.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED DISTRICT COURT

/timeline.ord

3

United States District Court
for the
Eastern District of California
September 14, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 14, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Donald Specter                                                         sj/lkk
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Jennifer Weck
    Attorney General of the State of CA
    PO Box 85266
    110 West A Street
    Suite 1100
    San Diego, CA  92186-5266

    J Michael Keating Jr
    Little Bulman and Whitney
    72 Pine Street
    Providence, RI  02903

    Edmund F Brennan
    United States Attorney
    501 I Street

Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk