

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　　No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.　　　　　<u>ORDER</u>

_____/

    The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of August 2000.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $179,134.63 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: September 15, 2000.

UNITED STATES DISTRICT JUDGE

/cole00.aug

/202

```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

RALPH COLEMAN, et al.,        :
    Plaintiffs,           :
                          :
v.                            :    No. Civ. S-90-0520 LKK JFM P
                          :
PETE WILSON, et al.,          :
    Defendants            :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through August 31, 2000.

```
    J. Michael Keating, Jr., Master
        Services                  $ 28,249.50
        Disbursements                1,698.44
            Total amount due                      $ 29,947.94

    Norma P. D'Apolito
        Services                  $ 10,920.00
            Total amount due                      $ 10,920.00

    Stephen A. Jenison, M.D.
        Services                  $  8,100.00
        Disbursements                1,015.97

            Total amount due                      $  9,115.97

    Matthew A. Lopes, Jr.
        Services                  $ 26,540.00
        Disbursements               16,466.27

            Total amount due                      $ 43,006.27

    Paul Nicoll
        Services                  $ 14,377.50
        Disbursements                        0

            Total amount due                      $ 14,377.50

    Kory Knapke, M.D.
        Services                  $  6,752.50
        Disbursements                  724.83

            Total amount due                      $  7,477.33

    Patricia Murphy Williams
        Services                  $ 13,956.00
        Disbursements                2,073.74

            Total amount due                      $ 16,029.74
```

Kerry C. Hughes, M.D.
    Services                                  $ 6,375.00
    Disbursements                    2,176.58

    Total amount due                            $ 8,551.58

Virginia L. Morrison
    Services                                  $ 4,329.50
    Disbursements                      576.41

    Total amount due                            $ 4,905.91

Melissa G. Warren
    Services                                $ 20,442.50
    Disbursements                    3,725.07

    Total amount due                          $ 24,167.57

Dennis F. Koson
    Services                                $ 9,325.00
    Disbursements                    1,309.82

    Total amount due                          $ 10,634.82

    TOTAL AMOUNT TO BE REIMBURSED         $179,134.63

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*[signature: J. Michael Keating, Jr.]*
J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
September 18, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 18, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Weck
Attorney General of the State of CA
PO Box 85266
110 West A Street
Suite 1100
San Diego, CA  92186-5266

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street

SJ/LKK

CF/JFM

Financial

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk