**FILED**

OCT 2 5 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,          No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.         <u>ORDER</u>

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of September 2000.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $188,890.02 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: October 24, 2000.

                                            UNITED STATES DISTRICT JUDGE

/cole00.sep

1218

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.      No. Civ. S-90-0520 LKK JFM P

PETE WILSON, et al.,
    Defendants

The Special Master hereby submits his latest revised statement for fees and disbursements, including those accrued through September 30, 2000.

    J. Michael Keating, Jr., Master
        Services      $ 22,699.50
        Disbursements      6,219.42

        Total amount due      $ 28,918.92

    Norma P. D'Apolito, J.D.
        Services      $ 5,070.00
        Disbursements      0

        Total amount due      $ 5,070.00

    Matthew A. Lopes, Jr., J.D.
        Services      $ 14,730.00
        Disbursements      5,712.41

        Total amount due      $ 20,442.41

    Paul Nicoll, M.A.P.A.
        Services      $ 15,344.00
        Disbursements      0

        Total amount due      $ 15,344.00

    Kerry C. Hughes, M.D.
        Services      $ 6,450.00
        Disbursements      1,784.72

        Total amount due      $ 8,234.72

    Kory Knapke, M.D.
        Services      $ 18,125.00
        Disbursements      2,219.45

        Total amount due      $ 20,344.45

Dennis F. Koson, M.D.
    Services                        $ 34,275.00
    Disbursements              4,546.15

        Total amount due                        $ 38,821.15

Jeffrey Metzner, M.D.
    Services                        $ 19,216.00
    Disbursements              2,850.89

        Total amount due                        $ 22,066.89

Barbara Cotton, RN
    Services                        $  4,282.50
    Disbursements              $    349.78

        Total amount due                        $  4,632.28

Virginia L. Morrison, J.D.
    Services                        $ 12,819.25
    Disbursements                937.48

        Total amount due                        $ 13,756.73

Patricia Murphy Williams, J.D.
    Services                        $  9,685.00
    Disbursements                785.97

        Total amount due                        $ 10,470.97

Stephen J. Denoy
    Services                        $    812.50
    Disbursements                -25.00

        Total amount due                        $    787.50


    TOTAL AMOUNT TO BE REIMBURSED           $188,890.02

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating Jr/md*
J. Michael Keating, Jr.
Special Master

rw

United States District Court
for the
Eastern District of California
October 25, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 25, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

CF/JFM

Jennifer Weck DAG

Edmund F Brennan USA

Jack L. Wagner, Clerk

BY: *R. Weeks*
Deputy Clerk