1 | PRISON LAW OFFICE
DONALD SPECTER (State Bar # 83925)
2 | STEVE FAMA (State Bar # 99641)
General Delivery
3 | San Quentin, California 94964
Telephone (415) 457-9144
4 |
McCUTCHEN, DOYLE, BROWN & ENERSEN
5 | WARREN GEORGE (State Bar # 53588)
Three Embarcadero Center
6 | San Francisco, California 94111
Telephone (415) 393-2000
7 |
ROSEN, BIEN & ASARO, LLP
8 | MICHAEL W. BIEN (State Bar # 096891)
SANFORD JAY ROSEN (State Bar # 062566)
9 | THOMAS NOLAN (State Bar # 169692)
155 Montgomery Street, 8th Floor
10 | San Francisco, California 94104
Telephone (415) 433-6830
11 |
HELLER, EHRMAN, WHITE & McAULIFFE
12 | RICHARD L. GOFF (State Bar # 36377)
701 Fifth Avenue
13 | Seattle, Washington 98104
Telephone (206) 447-0900
14 |
15 | Attorneys for Plaintiffs

**FILED**

NOV - 2 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNI
DEPUTY CLERK

**LODGED**

OCT 16 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

16 |
17 | IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

19 |
20 | RALPH COLEMAN,                )  Case No. Civ. S 90-0520 LKK-JFM
                                  )
21 |        Plaintiff,            )  **STIPULATION AND ORDER CONFIRMING**
                                  )  **PAYMENT OF UNDISPUTED ATTORNEYS' FEES**
22 | vs.                          )  **AND COSTS FOR THE SECOND QUARTER OF**
                                  )  **2000**
23 | GRAY DAVIS, et al.,          )
                                  )
24 |        Defendants            )
        _____      )
25 |
26 |
27 |
28 |

489\5\PLEADING
2nd Qtr 2000

1219

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE SECOND QUARTER OF 2000

1    On March 19, 1996, the District Court established procedures by
2  which plaintiffs are to collect periodic attorneys' fees and costs
3  in this case in connection with their work monitoring defendants'
4  compliance with the Court's Orders and collecting fees.

5    Pursuant to these procedures, the parties have met and
6  conferred concerning fees and costs incurred by plaintiffs'
7  attorneys during the Second Quarter of 2000.

8    As a result of the meet and confer session, the parties are
9  able to agree to the payment of $72,405.59 in undisputed fees and
10 costs incurred during the Second Quarter of 2000.  Defendants plan
11 to file an appeal forthwith concerning the district court's
12 resolution of Plaintiffs' Motion to Compel Second Quarter 1999 Fees,
13 on the issues of whether fees incurred in the collection of fees are
14 barred by the PLRA, and on the issue of whether paralegal rates are
15 capped by the PLRA.  The amounts paid in this stipulation include
16 fees incurred in the collection of fees and paralegal fees at a full
17 market rate of $110 per hour.  The parties agree that if Defendants
18 are successful in their appeal, they may seek to recoup the fees and
19 costs agreed upon through this stipulation for any issues on which
20 they prevail.

21   Attached hereto as Exhibit A are charts setting forth the fees
22 and expenses due and owing on the Second Quarter of 2000.

23   WHEREFORE, IT IS CONFIRMED that $72,405.59 is due and
24 collectable as of 45 days from the date of entry of this order.
25 Daily interest runs from August 31, 2000 at the rate of 5.224%.

26
27
28

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE SECOND QUARTER 2000

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|--------|--------------|----------------|------------------------|
| $72,405.59 | 5.224% | $10.36 | August 1, 2000 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: _10-31-00_                    _____
                                     John F. Moulds, Magistrate Judge
                                     United States District Court

APPROVED AS TO FORM:

_____             DATED: _10/12/00_
Jessica Blonien
Deputy Attorney General
Attorney for Defendants

_____             DATED: _10/13/00_
Thomas B. Nolan
Rosen Bien & Asaro
Attorneys for Plaintiffs

## Coleman v. Wilson
### Summary of Undisputed Fees
### 2nd Quarter - April 1, 2000 through June 30, 2000

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 48.30 | 2.10 | 0.80 | 1.30 | 0.00 | 47.00 | $112.50 | $5,287.50 |
| Jane Kahn (JK) | 99.70 | 4.20 | 2.55 | 1.65 | 0.00 | 98.05 | 112.50 | 11,030.63 |
| Thomas Nolan (TN) | 115.30 | 0.50 | 0.40 | 0.10 | 0.00 | 115.20 | 112.50 | 12,960.00 |
| Shana J. Margolis (SJM) | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | 112.50 | 22.50 |
| James I. Dye (JID) | 14.40 | 2.50 | 2.00 | 0.50 | 0.00 | 13.90 | 110.00 | 1,529.00 |
| Cliona R. Plunkett (CRP) | 113.30 | 7.50 | 6.05 | 1.45 | 0.00 | 111.85 | 110.00 | 12,303.50 |
| **TOTAL ROSEN BIEN & ASARO** | 391.20 | 17.00 | 12.00 | 5.00 | 0.00 | 386.20 | | $43,133.13 |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 25.00 | 2.60 | 1.50 | 1.10 | 0.00 | 23.90 | $112.50 | $2,688.75 |
| Steven Fama (SF) | 56.50 | 0.60 | 0.50 | 0.10 | 0.00 | 56.40 | 112.50 | 6345.00 |
| Keith Wattley (KW) | 80.50 | 2.60 | 2.55 | 0.05 | 0.00 | 80.45 | 112.50 | 9050.63 |
| Betsy Ginsberg (BG) | 0.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.90 | 112.50 | 101.25 |
| Tracy Strong (TS) | 23.05 | 20.80 | 8.80 | 12.00 | 0.00 | 11.05 | 110.00 | 1215.50 |
| Bonnie Cash (BC) | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 110.00 | 0.00 |
| Susan Winterhalder (SW) | 0.10 | 0.10 | 0.00 | 0.10 | 0.00 | 0.00 | 110.00 | 0.00 |
| Edie DeGraff (ED) | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 110.00 | 110.00 |
| Carole Lamanna (CL) | 2.60 | 2.60 | 1.70 | 0.90 | 0.00 | 1.70 | 110.00 | 187.00 |
| **TOTAL PRISON LAW OFFICE** | 190.15 | 30.80 | 16.05 | 14.75 | 0.00 | 175.40 | | $19,698.13 |
| **Total Monitoring Claim - All Offices** | 581.35 | 47.80 | 28.05 | 19.75 | 0.00 | 561.60 | | $62,831.25 |

## Coleman v. Wilson

### Summary of Undisputed Fees
### 2nd Quarter - April 1, 2000 through June 30, 2000

#### Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $112.50 | $33.75 |
| Jane E. Kahn (JEK) | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 112.50 | 45.00 |
| Thomas Nolan (TN) | 7.10 | 0.00 | 0.00 | 0.00 | 0.00 | 7.10 | 112.50 | 798.75 |
| Pamela Derrico (PD) | 30.80 | 8.20 | 7.10 | 1.10 | 0.00 | 29.70 | 110.00 | 3,267.00 |
| **TOTAL ROSEN BIEN & ASARO** | 38.60 | 8.20 | 7.10 | 1.10 | 0.00 | 37.50 | | $4,144.50 |
| **PRISON LAW OFFICE** | | | | | | | | |
| Bonnie Cash (BC) | 1.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1.60 | $110.00 | 176.00 |
| Edie DeGraff (ED) | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | 110.00 | 495.00 |
| **TOTAL PRISON LAW OFFICE** | 6.10 | 0.00 | 0.00 | 0.00 | 0.00 | 6.10 | | $671.00 |
| **Total Fees Claim - All Offices** | 44.70 | 8.20 | 7.10 | 1.10 | 0.00 | 43.60 | | $4,815.50 |

## Coleman v. Wilson

**Undisputed Costs - Second Quarterly Statement of 2000**
**April 1, 2000 through June 30, 2000**

### COSTS

*Matter: 489-3 (Monitoring)*

|  | Undisputed Costs |
|---|---|
| **ROSEN, BIEN & ASARO** | |
| Photocopying (in-house @.20) | $ 1,419.60 |
| Photocopying (outside service) | $ 412.87 |
| Postage & Delivery | $ 265.19 |
| Telephone | $ 15.75 |
| Telefax | $ 53.00 |
| Travel | $ 195.89 |
| Westlaw | $ 47.24 |
| Pacific Coast - copy inmate records | $ 1,040.24 |
| **TOTALS** | $ 3,449.78 |

| **PRISON LAW OFFICE** | |
|---|---|
| Photocopying (in-house) | $ 441.00 |
| Postage & Delivery | $ 326.75 |
| Telephone | $ 48.59 |
| Telefax | $ 154.00 |
| Travel | $ 120.33 |
| **TOTALS** | $ 1,090.67 |
| **TOTAL MONITORING COSTS** | $ 4,540.45 |

*Matter: 489-5 (Monitoring Fees on Fees)*

| **ROSEN, BIEN & ASARO** | |
|---|---|
| Photocopying (in-house @.20) | $ 43.00 |
| Photocopying (outside service) | $ 34.22 |
| Postage & Delivery | $ 109.67 |
| Lexis | $ 20.50 |
| Telefax | $ 11.00 |
| **TOTAL FEES COSTS** | $ 218.39 |

| **TOTAL FEES COSTS AFTER DEFENDANTS OBJECTIONS** | $ 4,758.84 |
|---|---|

1                              **PROOF OF SERVICE**

2      I, the undersigned, certify and declare that I am over the

3 age of 18 years, employed in the City and County of San Francisco,

4 California, and not a party to the within action.  My business

5 address is 155 Montgomery Street, 8th floor, San Francisco,

6 California 94104.  I served a true copy of the following:

7

8     **STIPULATION AND ORDER CONFIRMING PAYMENT OF DISPUTED**
    **ATTORNEYS' FEES AND COSTS FOR 2ND QUARTER OF 2000**

9

10 on the parties in said action by causing same to be delivered in

11 the manner and on the date listed below:

12

    **BY U.S. MAIL**

13

    Jessica Blonien, Esq.

14     Office of the Attorney General
    455 Golden Gate Avenue, 12th Floor

15     San Francisco, CA  94102-3664

16

17     I declare under penalty of perjury that the foregoing is true

18 and correct.  Executed this 13th day of October, 2000, at San

19 Francisco, California.

20                              _Pamela A. Derrico_

21                          PAMELA A. DERRICO

22

23

24

25

26

27

28

United States District Court
for the
Eastern District of California
November 2, 2000


\* \* CERTIFICATE OF SERVICE \* \*


2:90-cv-00520


Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  November 2, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

CF/JFM

Jennifer Weck DAG

Edmund Brennen USA


Jack L. Wagner, Clerk

BY: _R Weeks_
Deputy Clerk