


```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  General Delivery
    San Quentin, California 94964
 3  Telephone (415) 457-9144

 4  McCUTCHEN, DOYLE, BROWN & ENERSEN
    WARREN GEORGE (State Bar # 53588)
 5  Three Embarcadero Center
    San Francisco, California 94111
 6  Telephone (415) 393-2000

 7  ROSEN, BIEN & ASARO, LLP
    MICHAEL W. BIEN (State Bar # 096891)
 8  SANFORD JAY ROSEN (State Bar # 062566)
    THOMAS NOLAN (State Bar # 169692)
 9  155 Montgomery Street, 8th Floor
    San Francisco, California  94104
10  Telephone (415) 433-6830

11  HELLER, EHRMAN, WHITE & McAuliffe
    RICHARD L. GOFF (State Bar # 36377)
12  701 Fifth Avenue
    Seattle, Washington 98104
13  Telephone (206) 447-0900

14  Attorneys for Plaintiffs

15

16              IN THE UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18

19  RALPH COLEMAN,              ) Case No. Civ. S 90-0520 LKK-JFM
                                )
20       Plaintiff,             ) STIPULATION AND ORDER CONFIRMING
                                ) PAYMENT OF ADDITIONAL ATTORNEYS' FEES
21  vs.                         ) AND COSTS FOR THE 3RD QUARTER 1999,
                                ) THE 4TH QUARTER 1999, AND THE 1ST
22  GRAY DAVIS, et al.,         ) QUARTER 2000
                                )
23       Defendants             )
24  _____
```

FILED
NOV - 2 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

LODGED
OCT 16 2000
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1220

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the each quarter relevant to this stipulation.

Because of disputes arising in connection with the Second Quarter 1999 Statement over the application of the PLRA to this case (including the issues of whether the PLRA limits paralegal rates and whether the PLRA bars recovery of fees incurred in the collection of fees), over 1999 paralegal rates, and over several discrete categories of time, plaintiffs filed a motion to compel concerning second quarter 1999 fees and 1999 rates. Because the issues disputed in the motion to compel were relevant to fee disputes between the parties in subsequent quarters, the parties have entered into stipulations delaying any motions to compel concerning disputed fees and costs in those subsequent quarters pending the resolution of the Second Quarter 1999 Motion to Compel.

The District Court and Magistrate Judge have now issued Findings and an Order finding for plaintiffs on most of the disputed issues. As a consequence, the parties are able to enter into this stipulation concerning additional fees and costs now due on the third and fourth quarters of 1999, and on the first quarter of 2000.

Defendants plan to file an appeal forthwith concerning the District Court's resolution of Plaintiffs' Motion to Compel Second Quarter 1999 Fees, on the issues of whether fees incurred in the collection of fees are barred by the PLRA, and on the issue of

1  whether paralegal rates are capped by the PLRA.  The amounts paid in
2  this stipulation include fees incurred in the collection of fees and
3  paralegal fees at a full market rate of $110 per hour.  The parties
4  agree that if Defendants are successful in their appeal, they may
5  seek to recoup the fees and costs agreed upon through this
6  stipulation for any issues on which they prevail.
7       This Stipulation also includes individual categories of
8  disputed fees such as paralegal time that defendants contend was
9  really clerical in nature, time spent by plaintiffs investigating
10 and responding to inmate allegations that they were harassed by
11 custodial staff because of their mental illnesses, time incurred by
12 plaintiffs investigating allegations of retaliation against a CMF
13 inmate, and time incurred investigating a new CDC policy that would
14 allow clinical staff members to carry O/C pepper spray.  The parties
15 have met and conferred and resolved all disputes concerning these
16 fees and other discrete categories of disputed fees in the three
17 relevant quarters.
18      Therefore, the parties are able to agree to the payment of
19 $52,780.95 in additional fees and costs incurred during the Third
20 and Fourth Quarters of 1999 and the First Quarter of 2000.  Attached
21 hereto as Exhibit A are charts setting forth the additional fees and
22 expenses.
23      WHEREFORE, IT IS CONFIRMED that $52,780.95 is due and
24 collectable as of 45 days from the date of entry of this order.
25 Daily interest for each quarter runs from the date set forth below
26 at the rates set forth below.
27
28

1  **Third Quarter 1999**

2  | Amount | Interest Rate | Daily Interest | Interest Began Accruing |
   |---|---|---|---|
3  | $15,768.16 | 5.471% | $10.07 | November 30, 1999 |

5  **Fourth Quarter 1999**

6  | Amount | Interest Rate | Daily Interest | Interest Began Accruing |
   |---|---|---|---|
7  | $23,371.21 | 6.197% | $13.59 | March 1, 2000 |

9  **First Quarter 2000**

10 | Amount | Interest Rate | Daily Interest | Interest Began Accruing |
   |---|---|---|---|
11 | $13,641.21 | 6.375% | $10.96 | June 27, 2000 |

12 (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

14 IT IS SO ORDERED.

15 Dated: 10-31-00

             _____
16           John F. Moulds, Magistrate Judge
17           United States District Court

18 APPROVED AS TO FORM:

19 [signature]                    DATED: 10/12/00

20 Jessica Blonien
21 Deputy Attorney General
   Attorney for Defendants

23 [signature: Thomas B Nolan]    DATED: 10/13/00

24 Thomas B. Nolan
25 Rosen Bien & Asaro
   Attorneys for Plaintiffs

Coleman v. Wilson
Total Summary - All Offices

### Third Quarter, 1999 -- Undisputed Time

|  | FEES | COSTS |
|---|---:|---:|
| Monitoring - Paralegal Rate Increase | $ 7,449.00 | $ - |
| Monitoring - Remaining Undisputed Fees | $ 3,658.25 | $ - |
| Fees on Fees | $ 4,354.75 | $ 306.16 |
| TOTALS | $ 15,462.00 | $ 306.16 |
| TOTAL 3RD QUARTER FEES |  | $ 15,768.16 |

### Fourth Quarter, 1999 -- Undisputed Time

|  | FEES | COSTS |
|---|---:|---:|
| Monitoring - Paralegal Rate Increase | $ 5,347.50 | $ - |
| Monitoring - Remaining Undisputed Fees | $ 505.75 | $ - |
| Fees on Fees | $ 16,065.50 | $ 1,452.83 |
| TOTALS | $ 21,918.75 | $ 1,452.83 |
| TOTAL 4TH QUARTER FEES |  | $ 23,371.58 |

### First Quarter, 2000 -- Undisputed Time

|  | FEES | COSTS |
|---|---:|---:|
| Monitoring - Paralegal Rate Increase | $ 3,651.00 | $ - |
| Monitoring - Remaining Undisputed Fees | $ 235.25 | $ - |
| Fees on Fees | $ 9,080.50 | $ 674.46 |
| TOTALS | $ 12,966.75 | $ 674.46 |
| TOTAL 1ST QUARTER FEES |  | $ 13,641.21 |

**Grand Total**    **$ 52,780.95**

## Coleman v. Wilson

### Additional Undisputed Fees Owed On Third Quarter, 1999
### Fees As A Result of Paralegal Rate Increase

Third Quarter - July 1, 1999 through September 30, 1999

### Matter: 489-3 (Monitoring)

| LAW FIRM | UNDISPUTED HOURS | 1994 RATE | 1994 TOTAL | 1999 RATE | 1999 TOTAL |
|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | |
| James I. Dye (JID) | 3.30 | $ 80.00 | $ 264.00 | $ 110.00 | $ 363.00 |
| Cliona R. Plunkett (CRP) | 113.70 | $ 80.00 | $ 9,096.00 | $ 110.00 | $ 12,507.00 |
| **Total Hours:** | 117.00 | | | | |
| **Total Paralegal Time** | | | $ 9,360.00 | | $ 12,870.00 |
| **Difference between 1994 Rate & 1999 Rate** | | | | | $ 3,510.00 |
| | | | | | |
| **PRISON LAW OFFICE** | | | | | |
| Kieth Wattley (KW) | 87.00 | $ 80.00 | $ 6,960.00 | $ 110.00 | $ 9,570.00 |
| Jill McInerney (JM) | 7.40 | $ 80.00 | $ 592.00 | $ 110.00 | $ 814.00 |
| Edie DeGraff (ED) | 36.90 | $ 80.00 | $ 2,952.00 | $ 110.00 | $ 4,059.00 |
| **Total Hours:** | 131.30 | | | | |
| **Total Paralegal Time:** | | | $ 10,504.00 | | $ 14,443.00 |
| **Difference between 1994 Rate & 1999 Rate** | | | | | $ 3,939.00 |

**TOTAL MONITORING PARALEGAL FEES STILL OWED**     $ 7,449.00

## Coleman v. Wilson

**Additional Undisputed Fees Owed On Third Quarter, 1999**
**After September 29, 2000 Meet & Confer**

Third Quarter - July 1, 1999 through September 30, 1999

*Matter: 489-3 (Monitoring)*

| LAW FIRM | TOTAL REMAINING UNDISPUTED HOURS | 1999 RATE | 1999 TOTAL |
|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | |
| Michael W. Bien (MWB) | 0.60 | $ 112.50 | $ 67.50 |
| Jane E. Kahn (JEK) | 6.60 | $ 112.50 | $ 742.50 |
| Thomas Nolan (TN) | 15.60 | $ 112.50 | $ 1,755.00 |
| Cliona R. Plunkett (CRP) | 3.70 | $ 110.00 | $ 407.00 |
| **Total Hours:** | **26.50** | | |
| **Total RBATime** | | | $ 2,972.00 |
| | | | |
| **PRISON LAW OFFICE** | | | |
| Steve Fama (SF) | 5.50 | $ 112.50 | $ 618.75 |
| Kieth Wattley (KW) | 0.60 | $ 112.50 | $ 67.50 |
| **Total Hours:** | **6.10** | | |
| **Total PLO Time:** | | | $ 686.25 |

**TOTAL MONITORING FEES STILL OWED**  $ 3,658.25

# Coleman v. Wilson

### Additional Undisputed Fees Owed On Third Quarter, 1999
### Fees As A Result of Paralegal Rate Increase and Ruling on Fees-for-Fees Issue
### Third Quarter - July 1, 1999 through September 30, 1999

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | 1999 Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 1.90 | 1.20 | 0.40 | 0.80 | 0.00 | 1.10 | $112.50 | $123.75 |
| Thomas Nolan (TN) | 11.50 | 0.50 | 0.00 | 0.50 | 0.00 | 11.00 | 112.50 | 1,237.50 |
| Cliona R. Plunkett (CRP) | 0.50 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 110.00 | 55.00 |
| Pamela Derrico (PD) | 22.60 | 4.60 | 1.60 | 3.00 | 0.00 | 19.60 | 110.00 | 2,156.00 |
| Marina U. Ponomarchuk(MUP) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 |
| **TOTAL ROSEN BIEN & ASARO** | 36.50 | 6.80 | 2.50 | 4.30 | 0.00 | 32.20 | | **$3,572.25** |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | $112.50 | $67.50 |
| Edie DeGraff (ED) | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | $110.00 | $715.00 |
| **TOTAL PRISON LAW OFFICE** | 7.10 | 0.00 | 0.00 | 0.00 | 0.00 | 7.10 | | **$782.50** |
| **Total Fees Claim - All Offices** | 43.60 | 6.80 | 2.50 | 4.30 | 0.00 | 39.30 | | **$4,354.75** |

Matter: 489-5 (Monitoring Fees on Fees)

| | Undisputed Costs |
|---|---|
| **ROSEN, BIEN & ASARO** | |
| Photocopying (in-house) | $ 133.75 |
| Photocopying (outside service) | $ 41.23 |
| Postage & Delivery | $ 73.67 |
| LEXIS | $ 41.51 |
| Westlaw | $ 10.00 |
| Telefax | $ 6.00 |
| **TOTALS** | **$ 306.16** |

**Total Fees and Costs - All Offices**  $4,660.91

## Coleman v. Wilson

**Additional Undisputed Fees Owed On Fourth Quarter, 1999**
**After September 29, 2000 Meet & Confer**

Fourth Quarter - October 1, 1999 through December 31, 1999

*Matter: 489-3 (Monitoring)*

| LAW FIRM | TOTAL REMAINING UNDISPUTED HOURS | 1999 RATE | 1999 TOTAL |
|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | |
| Jane E. Kahn (JEK) | 3.80 | $ 112.50 | $ 427.50 |
| Cliona R. Plunkett (CRP) | 0.20 | $ 110.00 | $ 22.00 |
| **Total Hours:** | 4.00 | | |
| **Total RBATime** | | | $ 449.50 |
| | | | |
| **PRISON LAW OFFICE** | | | |
| Kieth Wattley (KW) | 0.50 | $ 112.50 | $ 56.25 |
| **Total Hours:** | 0.50 | | |
| **Total PLO Time:** | | | $ 56.25 |
| | | | |
| **TOTAL MONITORING FEES STILL OWED** | | | **$ 505.75** |

## Coleman v. Wilson

### Additional Undisputed Fees Owed On Fourth Quarter 1999
### Fees As A Result of Paralegal Rate Increase

Fourth Quarter - October 1, 1999 through December 31, 1999

### Matter: 489-3 (Monitoring)

| LAW FIRM | UNDISPUTED HOURS | 1994 RATE | 1994 TOTAL | 1999 RATE | 1999 TOTAL |
|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | |
| James I. Dye (JID) | 3.40 | $ 80.00 | $ 272.00 | $ 110.00 | $ 374.00 |
| Cliona R. Plunkett (CRP) | 93.30 | $ 80.00 | $ 7,464.00 | $ 110.00 | $ 10,263.00 |
| **Total Hours:** | 96.70 | | | | |
| **Total Paralegal Time** | | | $ 7,736.00 | | $ 10,637.00 |
| | | | | | |
| **Difference between 1994 Rate & 1999 Rate** | | | | | $ 2,901.00 |
| | | | | | |
| **PRISON LAW OFFICE** | | | | | |
| Kieth Wattley (KW) | 62.75 | $ 80.00 | $ 5,020.00 | $ 110.00 | $ 6,902.50 |
| Edie DeGraff (ED) | 18.80 | $ 80.00 | $ 1,504.00 | $ 110.00 | $ 2,068.00 |
| **Total Hours:** | 81.55 | | | | |
| **Total Paralegal Time:** | | | $ 6,524.00 | | $ 8,970.50 |
| | | | | | |
| **Difference between 1994 Rate & 1999 Rate** | | | | | $ 2,446.50 |

### TOTAL MONITORING PARALEGAL FEES STILL OWED         $ 5,347.50

## Coleman v. Wilson

**Additional Undisputed Fees Owed On Fourth Quarter, 1999**
**Fees As A Result of Paralegal Rate Increase and Ruling on Fees-for-Fees Issue**
**Fourth Quarter - October 1, 1999 through December 31, 1999**

### Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | 1999 Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 | $112.50 | $123.75 |
| William H. D. Fernholtz (WHDF) | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 112.50 | 11.25 |
| Thomas Nolan (TN) | 61.60 | 54.60 | 54.60 | 0.00 | 0.00 | 61.60 | 112.50 | 6,930.00 |
| Christopher E. Carey (CEC) | 10.10 | 0.00 | 0.00 | 0.00 | 0.00 | 10.10 | 110.00 | 1,111.00 |
| Pela Derrico (PD) | 64.90 | 38.00 | 36.30 | 1.70 | 0.00 | 63.20 | 110.00 | 6,952.00 |
| Marina U. Ponomarchuk (MUP) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.00 | 0.00 |
| **TOTAL ROSEN BIEN & ASARO** | 137.80 | 92.60 | 90.90 | 1.70 | 0.00 | 136.10 | | **$15,128.00** |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | $112.50 | $112.50 |
| Elle DeGraff (ED) | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | $110.00 | $825.00 |
| **TOTAL PRISON LAW OFFICE** | 8.50 | 0.00 | 0.00 | 0.00 | 0.00 | 8.50 | | **$937.50** |
| **Total Fees Claim - All Offices** | 146.30 | 92.60 | 90.90 | 1.70 | 0.00 | 144.60 | | **$16,065.50** |

### Costs

**Matter: 489-5 (Monitoring Fees on Fees)**

| ROSEN, BIEN & ASARO | CLAIMED COSTS | OBJECTIONS | UNDISPUTED COSTS |
|---|---|---|---|
| Photocopying (in-house) | $ 155.60 | $ - | $ 155.60 |
| Photocopying (outside service) | $ 310.90 | $ - | $ 310.90 |
| Postage & Delivery | $ 620.49 | $ - | $ 620.49 |
| Telephone | $ 4.05 | $ - | $ 4.05 |
| Westlaw | $ 350.79 | $ - | $ 350.79 |
| Telefax | $ 11.00 | $ - | $ 11.00 |
| **Totals** | **$ 1,452.83** | **$ -** | **$ 1,452.83** |

**Total Fees & Costs - All Offices       $17,518.33**

<u>Coleman v. Wilson</u>

## Additional Undisputed Fees Owed On First Quarter 2000
## Fees As A Result of Paralegal Rate Increase

First Quarter - January 1, 2000 through March 30, 2000

### Matter: 489-3 (Monitoring)

| LAW FIRM | UNDISPUTED HOURS | 1994 RATE | 1994 TOTAL | 1999 RATE | 1999 TOTAL |
|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | |
| James I. Dye (JID) | 8.60 | $ 80.00 | $ 688.00 | $ 110.00 | $ 946.00 |
| Cliona R. Plunkett (CRP) | 112.80 | $ 80.00 | $ 9,024.00 | $ 110.00 | $ 12,408.00 |
| **Total Hours:** | 121.40 | | | | |
| **Total Paralegal Time** | | | $ 9,712.00 | | $ 13,354.00 |
| | | | | | |
| **Difference between 1994 Rate & 1999 Rate** | | | | | $ 3,642.00 |
| | | | | | |
| **PRISON LAW OFFICE** | | | | | |
| Edie DeGraff (ED) | 0.30 | $ 80.00 | $ 24.00 | $ 110.00 | $ 33.00 |
| **Total Hours:** | 0.30 | | | | |
| **Total Paralegal Time:** | | | $ 24.00 | | $ 33.00 |
| | | | | | |
| **Difference between 1994 Rate & 1999 Rate** | | | | | $ 9.00 |

**TOTAL MONITORING PARALEGAL FEES STILL OWED**         $ 3,651.00

Paralegal Difference - 1st QTR, 2000                                    10/5/00

## Coleman v. Wilson

**Additional Undisputed Fees Owed On First Quarter, 2000**
**After September 29, 2000 Meet & Confer**

First Quarter - January 1, 2000 through March 31, 2000

*Matter: 489-3 (Monitoring)*

| LAW FIRM | TOTAL REMAINING UNDISPUTED HOURS | 1999 RATE | 1999 TOTAL |
|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | |
| Jane E. Kahn (JEK) | 1.70 | $ 112.50 | $ 191.25 |
| Cliona R. Plunkett (CRP) | 0.10 | $ 110.00 | $ 11.00 |
| **Total Hours:** | 1.80 | | |
| **Total RBATime** | | | $ 202.25 |
| | | | |
| **Prison Law Office** | | | |
| Edie DeGraff (ED) | 0.30 | $ 110.00 | $ 33.00 |
| **Total Hours:** | 0.30 | | |
| **Total RBATime** | | | $ 33.00 |
| | | | |
| **TOTAL MONITORING FEES STILL OWED** | | | $ 235.25 |

Remaining Undisputed Monitoring Totals -1st QTR, 2000                                           10/6/00

# Coleman v. Wilson

**Additional Undisputed Fees Owed on Fourth Quarter 2000**
**Fees As A Result of Paralegal Rate Increase and Ruling on Fees-for-Fees Issue**

First Quarter - January 1, 2000 through March 31, 2000

## Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | 1999 Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 2.70 | 2.70 | 2.70 | 0.00 | 0.00 | 2.70 | $112.50 | $303.75 |
| Thomas Nolan (TN) | 34.70 | 24.40 | 24.40 | 0.00 | 0.00 | 34.70 | 112.50 | 3,903.75 |
| Christopher E. Carey (CEC) | 1.30 | 0.50 | 0.20 | 0.30 | 0.00 | 1.00 | 110.00 | 110.00 |
| Pamela Derrico (PD) | 37.80 | 5.70 | 4.90 | 0.80 | 0.00 | 37.00 | 110.00 | 4,070.00 |
| **TOTAL ROSEN BIEN & ASARO** | 76.50 | 33.30 | 32.20 | 1.10 | 0.00 | 75.40 | | $8,387.50 |
| **PRISON LAW OFFICE** | | | | | | | | |
| Edie DeGraff (ED) | 6.30 | 0.00 | 0.00 | 0.00 | 0.00 | 6.30 | $110.00 | $693.00 |
| **TOTAL PRISON LAW OFFICE** | 6.30 | 0.00 | 0.00 | 0.00 | 0.00 | 6.30 | | $693.00 |
| **Total Fees Claim - All Offices** | 82.80 | 33.30 | 32.20 | 1.10 | 0.00 | 81.70 | | $9,080.50 |

## COSTS

Matter: 489-5 (Monitoring Fees on Fees)

**ROSEN, BIEN & ASARO**

| | Undisputed Costs |
|---|---|
| Photocopying (in-house @ .20) | $ 109.01 |
| Photocopying (outside service) | $ 107.20 |
| Postage & Delivery | $ 110.75 |
| Westlaw | $ 334.50 |
| Telefax | $ 13.00 |
| **TOTAL FEES COSTS** | **$ 674.46** |

**Total Fees and Costs - All Offices   $9,754.96**

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND ORDER CONFIRMING PAYMENT OF ADDITIONAL ATTORNEYS' FEES AND COSTS FOR 3RD QUARTER 1999, THE 4TH QUARTER, AND THE 1ST QUARTER 2000**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

<u>BY U.S. MAIL</u>

Jessica Blonien, Esq.
Office of the Attorney General
455 Golden Gate Avenue, 12th Floor
San Francisco, CA  94102-3664

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of October, 2000, at San Francisco, California.

_____
PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
November 2, 2000

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 2, 2000, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

CF/JFM

Jennifer Weck DAG

Edmund Brennan USA


Jack L. Wagner, Clerk

BY: R. Weeks
Deputy Clerk