

**FILED**

DEC 2 1 2000

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,               No. CIV S-90-0520 LKK JFM P

     vs.

GRAY DAVIS, et al.,

      Defendants.          ORDER

_____/

      The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of November 2000.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to pay to

      J. Michael Keating, Jr.,
      Little, Bulman, Medeiros & Whitney, P.C.
      72 Pine Street
      Providence, Rhode Island 02903

the amount of $187,185.53 in accordance with the attached statement; and

      2. A copy of this order shall be served on the financial department of this court.

DATED: December 19, 2000.

UNITED STATES MAGISTRATE JUDGE

/cole00.nov

1226

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. Civ. S-90-0520 LKK JFM P |
| | : | |
| PETE WILSON, et al., | : | |
| Defendants | : | |

The Special Master hereby submits his latest statement for fees and
disbursements, including those accrued through November 30, 2000.

J. Michael Keating, Jr., Master
  Services     $ 26,944.50
  Disbursements   7,828.47

    Total amount due     $ 34,772.97

Norma P. D'Apolito, J.D.
  Services     $  9,984.00
  Disbursements     0

    Total amount due     $  9,984.00

Matthew A. Lopes, Jr., J.D.
  Services     $ 11,970.00
  Disbursements   6,874.96

    Total amount due     $ 18,844.96

Paul Nicoll, M.A.P.A.
  Services     $ 12,752.50
  Disbursements     0

    Total amount due     $ 12,752.50

Kerry C. Hughes, M.D.
  Services     $ 22,812.50
  Disbursements   7,239.15

    Total amount due     $ 30,051.65

Kory Knapke, M.D.
  Services     $ 11,662.50
  Disbursements   1,803.02

    Total amount due     $ 13,465.52

```
Dennis F. Koson, M.D.
    Services                      $ 16,862.50
    Disbursements                    1,881.22

         Total amount due                            $ 18,743.72

Barbara Cotton, RN
    Services                      $  9,011.25
    Disbursements                 $    839.63

         Total amount due                            $  9,850.88

Virginia L. Morrison, J.D.
    Services                      $ 16,011.25
    Disbursements                    1,001.99

         Total amount due                            $ 17,013.74

Donna Brorby, J.D.
    Services                      $ 10,739.50
    Disbursements                      174.61

         Total amount due                            $ 10,914.11

Patricia Murphy Williams, J.D.
    Services                      $  9,499.00
    Disbursements                 $  1,292.48

         Total amount due                            $ 10,791.48

    TOTAL AMOUNT TO BE REIMBURSED                    $187,185.53
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
December 21, 2000

\* \* CERTIFICATE OF SERVICE \* \*

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  December 21, 2000, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

      Donald Specter                 CF/JFM
      Prison Law Office
      General Delivery              CFS
      San Quentin, CA  94964

      Michael W Bien
      Rosen Bien and Asaro
      155 Montgomery Street
      Eighth Floor
      San Francisco, CA  94104

      Jennifer Weck
      Attorney General of the State of CA
      PO Box 85266
      110 West A Street
      Suite 1100
      San Diego, CA  92186-5266

      J Michael Keating Jr
      Little Bulman and Whitney
      72 Pine Street
      Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY:

Deputy Clerk