**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

DEC 2 0 2000

**RALPH COLEMAN, et al.**

Plaintiffs,

vs.

**No. CIV S-90-0520 LKK JFM P**

**GRAY DAVIS, et al.,**

Defendants.

## SPECIAL MASTER'S REPORT AND RECOMMENDATIONS
## ON PSYCHIATRIST AND PSYCHIATRIC SOCIAL WORKER VACANCIES

On July 26, 1999, the court issued a series of directives to the

defendants in this case, including a requirement that they reduce within 90 days

the vacancy rate among psychiatrists to 25 percent or less and among

psychiatric social workers to ten percent or less, while keeping vacancy rates

among other categories of mental health staff at then current or comparable

rates. The defendants were unable to meet the deadline and in October, 1999,

sought and received a 90-day extension within which to comply. That initial

request was linked to a pending effort to increase substantially the annual

compensation of psychiatrists in CDC. Political and bureaucratic complications

slowed the allocation of the pay increase and led to a second request for a

postponement of the deadline, also granted by the court. At the conclusion of

the second extension, the defendants sought yet a third delay, this time until

November 26, 2000, and the court directed the master to review the request and

submit recommendations regarding the proposed postponement.

1227

After exploration of the reasons for the defendants' persistent failure to fill clinical vacancies, the master recommended to the court that the defendants be given until December 31, 2000, to meet the mandated vacancy rates. The master's recommended deadline, more generous than the defendants requested, sought to preclude the defendants from attributing a failure to comply to a lack of time. The master also recommended linking a failure to meet the new timeline to specific procedures for accountability. The court adopted these recommendations in an August 28, 2000 Order, which granted the extension and directed the special master to report on the defendants' compliance in mid-December in advance of the new deadline. In the event of the defendants' failure to fill clinical vacancies as required, the master was to propose such recommendations as might then appear necessary to ensure compliance. This report responds to that directive.

As noted in earlier reports of the master, the defendants' statistics compiled and reported monthly on staffing and staff vacancies have not been particularly accurate or trustworthy. This past September and October, the defendants made a concerted effort to correct the deficiencies in their staffing calculations by incorporating all current data on allocated positions and reconciling differences between institutional and departmental computations of clinical personnel actually at work. The resulting statistical revisions do not shrink the defendants' vacancy rates, but they do provide a better understanding of the mental health resources actually available in CDC. The first full version of the revised statistics was reported in mid-November (see Exhibit A). On the eve of the deadline for this report, the defendants also submitted a December 14, 2000

2

summary of positions and vacancies for three categories of clinicians, including psychiatrists, psychologists and psychiatric social workers (see Exhibit B). Both of these compilations contain data differing significantly from that included in the master's mid-July, 2000 report on staffing vacancies as of June, 2000 (see Exhibit C).

In the data submitted in July, the defendants reported 43.75 June vacancies in 143.1 allocated psychiatrist positions, for a vacancy rate of 30.57 percent. The revised data reflects 56.6 vacancies in December among 192.78 psychiatrist positions, for a vacancy rate of 29.36 percent. The revisions do not change the vacancy rate appreciably, but they confirm that some 37 more psychiatrists are providing clinical services as of mid-December than were reported to be doing so in mid-2000.

When the same analysis is applied to all three categories of clinicians broken out in the defendants' December summary, the results are even more striking. In June, there were 134.8 vacancies in 519.3 positions reportedly allocated for psychiatrists, psychologists and psych social workers, meaning that 383.5 clinicians in these three categories were reportedly at work in CDC facilities. The latest December figures reflect 170.6 vacancies among 665.08 allocated positions for these same three categories of clinicians. Again, this does not represent much of a change in the vacancy rates, 25.65 percent in the old figures versus 26.15 percent in the new, but it indicates that some 111 more primary clinicians are actually providing mental health services in CDC institutions in mid-December than were reported to be so doing in mid-2000.

3

These enhanced calculations of currently allocated positions, if accurate, mean that the defendants are closer to providing sufficient resources to meet mental health services needs than earlier statistics suggested. The task of subjecting the revised calculations to the test of reality remains, but the recount seems to reflect accurately the incremental staffing enhancements missing from earlier compilations, which were noted consistently in the master's efforts to reconcile differing accountings of staff from institutional and departmental sources. If the new numbers are accurate, they indicate that a focused and successful attack on vacancies ought to provide the defendants with sufficient resources to provide the levels of care mandated in the plans, policies and protocols provisionally approved by the court in mid-1997.

The July 26, 1999 Order required the defendants to reduce the vacancy rate among psychiatrists to 25 percent or less and among psychiatric social workers to ten percent or less, while keeping vacancy rates among other categories of mental health staff at then current or comparable rates. Exhibit B reports that, as of December 14, 2000, the vacancy rate for psychiatrists was 29.36 percent and for psychiatric social workers, 25.41 percent. Exhibit A reports that the vacancy rate for all positions in mid-November, 2000, was 26.80 percent, versus the 20.37 percent reported in June, 2000, in Exhibit C. It is clear that the defendants have still not met the reduced vacancy rates mandated in July, 1999, nor kept the vacancy rates for all positions from further slippage.

The defendants offer as substantial mitigation for this failure their continuing expansion of the use of contracting to fill vacant clinical positions. The latest month for which data on the department's contracting is available is

4

October (see Exhibit D). In October, the defendants contracted for 5,960.61 hours of psychiatric time, including 120.5 hours of telemedicine, the equivalent of 37.25 full-time psychiatrists, using 160 hours as the measure for the equivalent of a monthly full-time employee. When these contracted resources are subtracted from vacant psychiatrist positions (reported as 56.60 in the mid-December data, Exhibit A), the number of vacancies is reduced to 19.5 among 192.78 positions, or roughly ten percent. That figure, the defendants suggest, is well within the 25-percent goal.

The October statistics on contracting for psychiatric social workers, while reducing the margin of the defendants' failure to meet the mandated vacancy rate, do not eliminate it. In October, the defendants contracted for 2,518.25 hours of psychiatric social worker time, the equivalent of 15.7 full-time psychiatric social workers. When these contracted resources are subtracted from vacant psychiatrist positions (reported as 34.4 in the mid-December data, Exhibit A), the number of vacancies is reduced to 18.7 among 135.4 positions, or 13.8 percent. That figure, while not quite on target, is not far from the required ten percent. Meanwhile, the defendants' preferred solution to the shortage of psychiatric social workers, namely the conversion of psychiatric social worker positions to psychologist positions, continues apace. Virtually all of the recent expansion of case management resources has focused on psychologist positions, meaning that the proportion of psychologists among the department's case managers has increased markedly. In effect, of 96 case management positions added since June, all but four were for psychologists. These recent

5

additions have caused psychologist vacancies to spike, but they are expected to be filled more rapidly than psychiatric social work positions.

Finally, when the defendants subtract the total of contracted clinician time, 14,449.36 hours in October, the equivalent of 90.3 positions, from the number of all vacant mental health positions in mid-November (327.7 as reported in Exhibit B), the overall staffing vacancy rate is reduced to 19.41 percent, less than the overall rate of 20.37 recorded in June, 2000. While the defendants prefer to fill vacant positions directly, they argue that reliance on contracted services is an accepted practice nationally among correctional systems and clearly indicative of an intense effort to comply with the court's directives on clinical vacancies.

Both the data and the argument raise some problems. Statistics for contracted services differ from month to month, sometimes significantly, so coupling the October data on contracting with November and December vacancy rates is awkward. The argument assumes also that contract hours are the equivalent of full-time employees' hours, a premise long demonstrated in this case to be untrue in practice.

On the other hand, the October statistics for contracted clinical services reflect steady improvement in the amount and nature of such services. In March, 1999, the defendants contracted for a total of 948 hours of psychologist and psychiatric social worker time. Special Master's Report on Staffing Vacancies, May 18, 1999, at p. 4. In October, 2000, the number of contracted hours for these two categories of clinicians had jumped to 8,488.75, the equivalent of some 53 clinicians. The master's May, 1999 report also reported

6

that nearly 40 percent of contracted psychiatrists worked less than 40 hours a

month in the institutions employing them, contributing to a lack of continuity of

care with serious impact on the quality of mental health services delivered.  The

report concluded with a recommendation, adopted by the court, that the

defendants be required to reduce the employment of multiple, short-term

contract psychiatrists to 25 percent or less of overall contract services procured.

In October, 2000, the data indicates that 92 percent of all contracted clinicians,

psychiatrists, psychologists and psychiatric social workers alike, worked a

minimum of 40 hours a month in their hiring institutions, the measure

recommended for distinguishing short-term from long-term employment by the

master in mid-1999.

   The defendants' aggressive use of contracted clinical services,

while not a totally effective response to staffing vacancies, represents a

responsible and not unreasonable effort to respond to the problem.  Over the

past several months, as it has become clear that the substantial salary

enhancements enacted for CDC psychiatrists were not producing the

anticipated rapid surge in candidates for positions with the department, the

defendants began to explore and develop alternative strategies for dealing with

the vacancy problem.  Over the past 60 days, moreover, defendants, plaintiffs

and the master have together engaged in an effort to identify a wide range of

activities to supplement and enhance the department's recruitment efforts,

resulting in a list of identified projects currently at different levels of development.

What follows is a brief discussion of these identified alternatives, concluding with

appropriate recommendations to the court for their further development and implementation.

Privatization

The defendants have developed a proposal for the limited use of privately provided mental health services in CDC institutions that has strong potential for resolving chronic clinical staffing shortages in four institutions and substantially enhancing mental health services in a fifth facility. The plan, described in some detail in Exhibit E, includes the contracting for all mental health services at Avenal State Prison (ASP) and North Kern State Prison (NKSP) and the operation of a non-acute inpatient care unit at California State Prison, Corcoran (CSP/Corcoran). Such privatization requires careful coordination with, and the review and approval of, the State Personnel Board, the Department of Personnel Administration, the Department of Finance, the Department of General Services, the Governor's Office and the Legislature. In addition, the defendants must notify affected collective bargaining units of the intent to contract for such services and deal with anticipated objections from that quarter. The defendants have already accomplished much of this required developmental and coordinating work, as indicated in Exhibit E. Equally important, the defendants have also already researched the market to determine the level of vendor interest in the proposal and have determined that such interest is substantial.

The proposal contains potential benefits beyond the immediately affected institutions. ASP and NKSP are both physically close to mirror institutions, Pleasant Valley State Prison (PVSP) and Wasco State Prison (WSP) respectively,



where recruitment difficulties and impoverished staffing have persistently and adversely affected the delivery of adequate mental health services no less than in ASP and NKSP. Thus, the successful privatization of mental health care in the latter institutions will allow the relocation and consolidation of CDC mental health staff from ASP and NKSP in PVSP and WSP, to the much-needed enrichment of both. The addition in CSP/Corcoran of an in-house non-acute inpatient care unit for Level IV inmates will provide a hitherto unavailable level of inpatient, intermediate mental health care within a secure setting controlled by CDC for inmates whose behavioral problems make them difficult to place and treat in Department of Mental Health beds in Atascadero State Hospital. At the same time, the unit will ease some of the current burden on mental health staff at CSP/Corcoran for treating such inmate/patients.

There is no question that this proposal represents an important and invaluable boost for mental health services in CDC. Its implementation would constitute a significant stride towards compliance with the plans, policies and protocols on mental health provisionally approved by the court in mid-1997. The timeline for its implementation provided in Exhibit E is probably optimistic. At best, an implementation date sometime in mid-2001 might be expected, if no major hurdles are interposed.

### Recruitment

• To enhance the coordination of institutional and departmental recruitment efforts, the department has initiated the development of a pilot project that will create an institutional website containing a local

9

recruitment package.  If the project is successful, the department will seek funding to replicate websites for other facilities.

•    Similarly, the department is working on the development of promotional computer disks for geographic regions that will provide prospective clinician candidates with information on local institutions, job openings, housing and general living conditions.  If the initial disk proves useful, the department, again, will seek the funding to make them available statewide.

•    The defendants have sought to include, when available, institutional clinicians in regional and statewide job fairs to supplement departmental presentations with local, institutional knowledge and perspective and will continue to do so.

•    The defendants continue to believe that centralization of the processing aspects of recruitment is critical, and acknowledge the need to expedite each potential candidate's education and experience review, certification and eligibility determination.

•    Also recognizing the importance of local input into recruitment efforts, the defendants have already designated an experimental Central Valley Recruiter Specialist, an institutional manager with a proven track record in recruitment, to develop a regional recruitment effort and team.  A key element of this effort is the provision of coverage for the clinician(s) and/or manager(s) assigned to recruitment duties.

•    Finally, the defendants understand the need to train and supervise individuals in institutional and departmental personnel positions to be responsive, polite and prompt in their contacts with clinician candidates.



<u>Outreach to Professional Schools and Programs</u>

• The defendants have developed a system-wide internship for psychologists, which is scheduled for implementation in August, 2001. The program is designed to place neophyte psychologists in institutions where they can obtain hands-on experience, become familiar with the practice of mental health in CDC and possibly be induced to commit to full-time employment with the department. CDC is exploring already the development of a similar pilot internship program for psychiatric social workers.

• An initial program in San Quentin offers psychiatric residents at the University of California, San Francisco an opportunity to practice part-time in the correctional setting. The hope, again, is that psychiatrists so involved may elect employment with the department, while enhancing, meanwhile, psychiatric services available in the facility. The defendants are exploring the possibility of creating similar programs in other institutions around the State, although the location of appropriate medical/psychiatric schools is a limiting factor.

• The defendants are in the process of creating and filling a central office position for a senior psychiatric technician to develop and coordinate statewide efforts to recruit psychiatric technicians, including the possible establishment of a practicum program with professional schools and programs. It is anticipated that the coordinator/recruiter will be in place within 60 days.

<u>Enhanced Compensation</u>

• Plaintiffs, defendants and master alike, all agree on the

need for better data on comparative compensation for clinicians, and the defendants have agreed to share such data currently being collected by the Department of Personnel Administration in preparation for upcoming salary negotiations with collective bargaining units.  As part of both the bargaining and the annual budgetary process, CDC is currently exploring, within the context of an inter-agency process, ways to enhance clinicians' salaries generally, making them more competitive with comparable salaries in the private sector while limiting unfair competitive advantages within the public sector.

- The proposed restoration of the R&R differential for psychiatrists in Pelican Bay State Prison has been tentatively approved by the Department of Finance and is winding its slow path through the state finance/personnel bureaucracy.   Poor experience with the effectiveness of R&R differential rates in addressing geographic recruitment problems, together with the complexity of devising R&R rates that are acceptable and fair, has undermined the defendants' confidence in the usefulness of R&R to combat localized vacancy problems in any but truly exceptional cases.

- The defendants have applied to the National Health Service Corps to have 20 CDC institutions designated as "health care profession shortage areas," making them eligible for the appointment of graduating clinicians whose professional school loans will be repaid in return for a term of institutional service.  Initial contact letters have been sent to facilities to initiate the recruitment of psychiatrists, psychologists and nurses pursuant to the program.

- The defendants recently sent five CDC physicians



for psychopharmacology training at Harvard to make them eligible for participation in a not uncontroversial program that allows physicians to fill staff psychiatrist positions in CDC. The program apparently requires a six-month period of review and monitoring and some limited psychiatric credentialing of participating physicians. Four of the five physicians sent for the training are currently acting as staff psychiatrists in CDC. Further use of this alternative approach needs to be reviewed by the master's psychiatric experts.

• The defendants are exploring the potential feasibility of sign-on bonuses for new employees and retention bonuses for current employees. Approval of such incentives will need to be explored and negotiated with appropriate collective bargaining units.

• The defendants are also exploring the possibility of developing work/study programs for clinicians in conjunction with professional schools that will allow students to alternate work in CDC facilities with professional studies.

### Realignment

The defendants have used on a selective basis mental health program population caps to limit caseloads at institutions particularly troubled by staffing vacancies. ASP, for example, was closed to Correctional Clinical Case Management System (3CMS) inmates from May through September of this year. The department is prepared to use program caps elsewhere to respond to acute clinician shortages. The defendants have also created a work group charged with reviewing the feasibility of shutting down mental health programs in facilities where clinician vacancies have persisted. CDC has already, for all practical

13

purposes, eliminated mental health programs in the California Correctional Center, and sharply curtailed services in the four southern desert facilities, Calipatria, Centinela, Chuckawalla Valley and Ironwood.

Preventive Measures

Within the past year, the defendants have initiated a pilot program to enhance both planning for and delivery of mental health services for inmates leaving CDC on parole. The program goal is to provide a level of aftercare for seriously mentally disordered inmates on parole sufficient to prevent their quick return to CDC. The pilot effort needs to be fully implemented, evaluated and, if successful, replicated broadly.

The plaintiffs have pressed for CDC to open a dialogue with the Bureau of Prison Terms (BPT) to develop policies and procedures to allow the diversion of revoked caseload mental health parolees to treatment programs in the community, as well as a mechanism for assessing the mental health status of caseload inmates to determine the need for, and the length of, their revocations. The defendants recognize that this is an issue that needs to be pursued and agree to explore with BPT mutually acceptable ways to reduce the return to CDC of mental health caseload inmates on parole.

Miscellaneous Alternatives

•       The defendants have suggested the reduction of the mental health caseload as an indirect way of combating staffing vacancies. The suggestion is for the early discharge, on a case-by-case basis, from 3CMS of inmates who are no longer on medication, appear to be stable and express a desire to be removed from the mental health roster. Plaintiffs and the master's



experts agreed to explore with the defendants this possibility in specifically designated and limited cases where the best interests of the inmate may be served by early termination, subject to appropriate safeguards.

•    While rejecting greater reliance on registered nurses with psychiatric training to extend psychiatric services, principally because of the scarcity of such nurses, the defendants report they are exploring the use of masters-level marriage and family counseling social workers in a pilot program to expand the availability of therapeutic counseling for CDC inmates.

**<u>Recommendations</u>**

Among all of these alternative measures, privatization probably offers the best hope for relatively short-term and substantial relief for clinical staffing vacancies. But full and final resolution of the vacancy problem will require, as well, a rich mix of improved recruitment, enhanced compensation, realignment and preventive measures, reflecting the complexity of attracting and retaining mental health clinicians in the correctional environment.

The hope that a significant pay boost would suffice to address the defendants' clinician shortages has faded as the first anniversary of the $20,000 annual salary increase for psychiatrists approaches. Clinicians' resistance to employment in corrections is apparently not to be so easily overcome. The work already expended by the defendants in their thoughtful pursuit of privatizing mental health services in three institutions is a credit to their flexibility and determination in the face of the inescapable complexity of the recruitment problem.

On the other hand, further delays in full implementation of the remedy in this case attributable to the failure of enhanced compensation quickly to fill the defendants' vacant clinical positions is a sore disappointment to plaintiffs, defendants, master and court alike. It is as clear today as it has been from the beginning of the remedial phase of this lawsuit that adequate mental health staffing is the *sine qua non* for successful termination of the <u>Coleman</u> case. And adequate mental health staffing still seems unbelievably remote.

The master recommends that the defendants be ordered to pursue diligently the development of the alternatives described in this report. Not all of the suggested approaches will succeed, but the defendants should be directed to explore honestly and fully the feasibility of each. Because the implementation of these measures is so important to rudimentary compliance in this case, the master should also be directed to report quarterly to the court in writing on progress in the development of these alternative efforts.

One last item from the court's August 28, 2000 Order, which generated the mandate for this report, needs to be addressed. That order required the defendants to restore "forthwith" the differential recruitment and retention (R&R) bonuses for psychiatrists in remote CDC institutions in effect when the $20,000 salary increment was allocated for all psychiatrists in early 2000. The defendants were ordered to file with the master a plan for restoring the bonus, and the master was directed to report on the adequacy of the defendants' plan for restoration, all within 30 days of the order. The plan was duly filed and reported to be adequate by the master. It turned out that Pelican Bay State Prison was the only CDC facility still authorized to pay its psychiatrists a differential

R&R bonus at the time the $20,000 pay increase was implemented in early 2000, and the restoration plan was restricted to that facility.

As indicated in the discussion of the use of R&R differential rates in the enhancement of compensation for clinicians above, the Department of Finance has finally, some three months after the August 28th order, approved the restoration, but other agencies of state government continue to delay approval and restoration of the pay differential.  The defendants' quick restoration of the R&R bonus was supposed to "serve as an index of the their understanding of the need to jettison the normal bureaucratic course of business and put together a remedy with an urgency reflective of the sense of crisis the court has attributed over the past five years to the issue of staffing vacancies."   The master regrettably recommends that the court issue an order to show cause why the defendants should not be held in contempt if they do not, as they were ordered to do "forthwith" in August, restore fully the R&R bonus for psychiatrists in PBSP by December 31.

Respectfully submitted,

J. Michael Keating, Jr.

December 19, 2000

17

## DECLARATION OF SERVICE BY FEDERAL EXPRESS

Case Name:  Ralph Coleman, et al. v. Gray Davis, et al.
U.S.D.C Eastern District No. CIV S-90-0520 LKK JFM P

I am employed in the County of Providence, Rhode Island.  I am over the age of 18 years and not a party to the within entitled cause:  my business address is Little Bulman, Medeiros & Whitney, P.C., 72 Pine Street, Providence, Rhode Island 02903.

On December 19, 2000, I served the attached

**SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON PSYCHIATRIST AND PSYCHIATRIC SOCIAL WORKER VACANCIES**

in said cause, placing, or causing to be place, a true copy thereof, enclosed in a sealed enveloped fully prepared and sent Federal Express from Providence, Rhode Island as follows:

Honorable Lawrence K. Karlton
Chief Judge Emeritus
United States District Court
 Eastern District of California
501 I Street
Sacramento, CA  95814

Honorable John F. Moulds
Chief Magistrate Judge
United States District Court
 Eastern District of California
501 I Street, 8th Floor
Sacramento, CA  95814

Haven Gracey, Esq.
Senior Staff Attorney to
 Chief Magistrate John F. Moulds
U.S. District Court
 Eastern District of California
501 I Street, 8th Floor
Sacramento, CA   95814

Donald Specter, Esquire
Prison Law Office
2173 East Francisco Blvd.
Suite M
San Rafael, CA 94901

Michael Bien, Esquire
Rosen, Bien & Asaro
155 Montgomery St., 8th Fl.
San Francisco, CA  94104

John Sugiyama, Esq.
Deputy Director (A), Legal Affairs
California Dept. of Corrections
1515 S Street
P.O. Box 942883
Sacramento, CA  94283-0001

Jennifer Weck, Esq.
Deputy Attorney General
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

Diane de Kervor, Esq.
Deputy Attorney General
110 West A Street, Suite 1100
P.O. Box 85266
San Diego, CA 92186-5266

I declare under penalty of perjury under the laws of the State of Rhode Island
that the foregoing is true and correct, and that this declaration was executed at
Providence, Rhode Island on December 19, 2000.

*Mary De Fontes*

jmk\mastering\cert2 fedex.doc

# EXHIBIT A

Tuesday, November 28, 2000

Effective Date:   11/15/00

# Mental Health Service Delivery System Vacancies

By Date Positions Were Authorized

## Statewide Summary

| Report Unit | Positions Authorized Before 7/1/00 | | | Positions Authorized On/After 7/1/00 | | | All Positions | | |
|---|---|---|---|---|---|---|---|---|---|
| | Time Base | Vac | Vacancy Rate | Time Base | Vac | Vacancy Rate | Time Base | Vac | Vacancy Rate |
| Grand Total | 1,012.98 | 211.00 | 20.83% | 209.90 | 116.70 | 55.60% | 1,222.88 | 327.70 | 26.80% |
| 213   Medical | 13.50 | 1.50 | 11.11% | 1.00 | 1.00 | 100.00% | 14.50 | 2.50 | 17.24% |
| Psychiatrists | 2.00 | 0.00 | 0.00% | | | | 2.00 | 0.00 | 0.00% |
| Psychologists | 3.50 | 0.50 | 14.29% | | | | 3.50 | 0.50 | 14.29% |
| Social Workers | 7.00 | 1.00 | 14.29% | | | | 7.00 | 1.00 | 14.29% |
| The Other Classifications | 1.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 2.00 | 1.00 | 50.00% |
| 220   Mental Health | 945.38 | 206.40 | 21.83% | 205.00 | 114.80 | 56.00% | 1,150.38 | 321.20 | 27.92% |
| Psychiatrists | 158.28 | 43.10 | 27.23% | 18.50 | 12.00 | 64.86% | 176.78 | 55.10 | 31.17% |
| Psychologists | 261.40 | 59.00 | 22.57% | 53.00 | 35.00 | 66.04% | 314.40 | 94.00 | 29.90% |
| Social Workers | 120.10 | 30.10 | 25.06% | 0.80 | 0.80 | 100.00% | 120.90 | 30.90 | 25.56% |
| The Other Classifications | 405.60 | 74.20 | 18.29% | 132.70 | 67.00 | 50.49% | 538.30 | 141.20 | 26.23% |
| 320 *   Mental Health | 54.10 | 3.10 | 5.73% | 3.90 | 0.90 | 23.08% | 58.00 | 4.00 | 6.90% |
| Psychiatrists | 11.50 | 0.50 | 4.35% | 0.50 | 0.50 | 100.00% | 12.00 | 1.00 | 8.33% |
| Psychologists | 18.00 | 0.00 | 0.00% | 2.00 | 0.00 | 0.00% | 20.00 | 0.00 | 0.00% |
| Social Workers | 7.50 | 2.50 | 33.33% | | | | 7.50 | 2.50 | 33.33% |
| The Other Classifications | 17.10 | 0.10 | 0.58% | 1.40 | 0.40 | 28.57% | 18.50 | 0.50 | 2.70% |

* RU 320 is SAC

# EXHIBIT B

Thursday, December 14, 2000

# *Mental Health Service Delivery System*

**Point In Time**

**Updated As Of:** *12/14/00*

## Statewide Summary

| Report Unit | | Time Base | Vac | Vacancy Rate |
|---|---|---:|---:|---:|
| | **Grand Total** | 665.08 | 170.60 | 25.65% |
| **213** | **Medical** | 12.50 | 1.50 | 12.00% |
| | Psychiatrists | 2.00 | 0.00 | 0.00% |
| | Psychologists | 3.50 | 0.50 | 14.29% |
| | Social Workers | 7.00 | 1.00 | 14.29% |
| **220** | **Mental** | 613.08 | 166.60 | 27.17% |
| | Psychiatrists | 178.78 | 55.60 | 31.10% |
| | Psychologists | 313.40 | 79.10 | 25.24% |
| | Social Workers | 120.90 | 31.90 | 26.39% |
| **320 *** | **Mental** | 39.50 | 2.50 | 6.33% |
| | Psychiatrists | 12.00 | 1.00 | 8.33% |
| | Psychologists | 20.00 | 0.00 | 0.00% |
| | Social Workers | 7.50 | 1.50 | 20.00% |

**\* RU 320 is SAC**

# *Mental Health Service Delivery System Vacancies*

**Point In Time**

## Statewide Summary

|  | Time Base | Vac | Vacancy Rate |
|---|---|---|---|
| *Grand Total* | **665.08** | **170.60** | **25.65%** |
| *Psychiatrists* | **192.78** | **56.60** | **29.36%** |
| *Psychologists* | **336.90** | **79.60** | **23.63%** |
| *Social Workers* | **135.40** | **34.40** | **25.41%** |

# EXHIBIT C

# MENTAL HEALTH SERVICES DELIVERY SYSTEM:  Staffing Allocation and Vacancy History*

| Classification | As of 3/15/2000 | | | As of 4/18/2000 | | | As of 5/19/2000 | | | As of 6/9/2000 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Alloc. | Vac | % | Alloc. | Vac | % | Alloc. | Vac | % | Alloc. | Vac | % |
| Chief Psychiatrist | 24.00 | 4.00 | 16.67% | 24.00 | 3.00 | 12.50% | 24.00 | 3.00 | 12.50% | 24.00 | 3.00 | 12.50% |
| Senior Psychiatrist-Supervisor | 4.00 | 0.00 | 0.00% | 4.00 | 1.00 | 25.00% | 4.00 | 0.00 | 0.00% | 4.00 | 0.00 | 0.00% |
| Senior Psychiatrist Specialist | 3.00 | 1.00 | 33.33% | 3.00 | 1.00 | 33.33% | 3.00 | 1.00 | 33.33% | 3.00 | 1.00 | 33.33% |
| Staff Psychiatrist, CF | 111.10 | 36.35 | 32.72% | 111.10 | 34.85 | 31.37% | 112.10 | 39.35 | 35.10% | 112.10 | 39.75 | 35.46% |
| **Psychiatrists** | 142.10 | 41.35 | 29.10% | 142.10 | 39.85 | 28.04% | 143.10 | 43.35 | 30.29% | 143.10 | 43.75 | 30.57% |
| Chief Psychologist | 9.00 | 1.00 | 11.11% | 9.00 | 1.00 | 11.11% | 9.00 | 1.00 | 11.11% | 9.00 | 1.00 | 11.11% |
| Senior Psychologist-Supervisor | 41.00 | 2.50 | 6.10% | 41.00 | 2.50 | 6.10% | 40.00 | 2.50 | 6.25% | 40.00 | 3.50 | 8.75% |
| Senior Psychologist-Specialist | 7.00 | 2.00 | 28.57% | 7.00 | 2.00 | 28.57% | 7.00 | 1.00 | 14.29% | 7.00 | 1.00 | 14.29% |
| Psychologist, Clinical | 172.60 | 30.15 | 17.47% | 174.60 | 37.65 | 21.56% | 182.10 | 43.65 | 23.97% | 187.60 | 51.95 | 27.69% |
| Psychologist Staff | 1.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% |
| **Psychologists** | 230.60 | 35.65 | 15.46% | 232.60 | 43.15 | 18.55% | 239.10 | 48.15 | 20.14% | 244.60 | 57.45 | 23.49% |
| Supervising Psychiatric Social Worker | 4.00 | 0.00 | 0.00% | 4.00 | 0.00 | 0.00% | 4.00 | 0.00 | 0.00% | 4.00 | 0.00 | 0.00% |
| Psychiatric Social Worker | 123.10 | 21.60 | 17.55% | 123.10 | 26.60 | 21.61% | 126.60 | 32.10 | 25.36% | 127.60 | 34.60 | 27.12% |
| **Social Workers** | 127.10 | 21.60 | 16.99% | 127.10 | 26.60 | 20.93% | 130.60 | 32.10 | 24.58% | 131.60 | 34.60 | 26.29% |
| **Clinical Subtotal** | 499.80 | 98.60 | 17.55% | 501.80 | 109.60 | 21.61% | 512.80 | 123.60 | 25.36% | 519.30 | 135.80 | 27.12% |
| Other Direct Services | 41.50 | 4.00 | 9.64% | 41.50 | 3.50 | 8.43% | 40.50 | 5.00 | 12.35% | 40.50 | 5.00 | 12.35% |
| Ancillary Staff | 46.30 | 4.50 | 9.72% | 46.30 | 2.50 | 5.40% | 46.30 | 2.50 | 5.40% | 47.30 | 3.50 | 7.40% |
| Nursing and Psych Tech Staff | 223.20 | 12.80 | 5.73% | 223.20 | 12.80 | 5.73% | 230.20 | 23.80 | 10.34% | 237.30 | 32.00 | 13.49% |
| Administrative Support Staff | 12.00 | 1.00 | 8.33% | 12.00 | 1.00 | 8.33% | 12.00 | 1.00 | 8.33% | 12.00 | 1.00 | 8.33% |
| General Management | 3.00 | 1.00 | 33.33% | 3.00 | 1.00 | 33.33% | 3.00 | 1.00 | 33.33% | 3.00 | 1.00 | 33.33% |
| Office Support | 82.60 | 3.10 | 3.75% | 73.60 | 6.60 | 8.97% | 78.60 | 10.60 | 13.49% | 87.60 | 14.60 | 16.67% |
| **Statewide Totals - All Classifications** | 908.40 | 125.00 | 13.76% | 901.40 | 137.00 | 15.20% | 923.40 | 167.50 | 18.14% | 947.00 | 192.90 | 20.37% |

*This chart does not include Clark positions.  The number of allocated positions is in the process of being validated.

# EXHIBIT D

Printed:  Tuesday, November 28, 2000

# Mental Health Care Delivery System

## Contract and Telemedicine Monthly Report

October 2000

**Institution**

**Providers**

*For following discipline(s): All*

**October 2000**

| Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|
| **AVENAL STATE PRISON** | | | | |
| Hirschberg, John, M.D. | CCCMS | 41.50 | | 41.50 | |
| Slutzky, G., M.D. | CCCMS | 40.00 | | 40.00 | |
| Lille, Jeff, Ph.D. | CCCMS | 150.00 | | 150.00 | |
| Thompson, Leonti, M.D. | | | 8.00 | | |
| Institution Subtotal for ASP | | 231.50 | 8.00 | 231.50 | 100% |
| **CALIPATRIA STATE PRISON** | | | | |
| None | | | | | |
| Institution Subtotal for CAL | | | | | |
| **CALIFORNIA CORRECTIONAL CENTER** | | | | |
| None | | | | | |
| Institution Subtotal for CCC | | | | | |
| **CALIFORNIA CORRECTIONAL INSTITUTION** | | | | |
| Engelbert, Roger, M.D. | All | 136.00 | | 136.00 | |
| Tavakoli, Manoucher, Ph.D. | All | 80.00 | | 80.00 | |
| Thompson, Leonti, M.D. | | | 16.25 | | |
| Institution Subtotal for CCI | | 216.00 | 16.25 | 216.00 | 100% |
| **CENTRAL CALIFORNIA WOMEN'S FACILITY** | | | | |
| MacMoran, M.D. | RC/Emergencies | 32.50 | | | 32.50 |
| Pounds, David, Ph.D. | RC and Clark | 40.00 | | 40.00 | |
| Real, Frank Del, M.D. | CCCMS/Emergencies/RC | 104.00 | | 104.00 | |
| Bui, M.D. | CCCMS | 32.60 | | | 32.60 |
| Thompson, Leonti, M.D. | | | 16.00 | | |
| Institution Subtotal for CCWF | | 209.10 | 16.00 | 144.00 | 69% | 65.10 | 31% |

This report includes confidential data and is governed by privacy laws and requirements.  Unauthorized use is illegal.  Shred to dispose.

# Mental Health Care Delivery System

## Contract and Telemedicine Monthly Report

October 2000

**Institution**

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|---|

*For following discipline(s): All*

### October 2000

#### CENTINELA STATE PRISON

| | | | | | |
|---|---|---|---|---|---|
| None | | | | | |
| | Institution Subtotal for  CEN | | | | |

#### CALIFORNIA INSTITUTION FOR MEN

| | | | | | |
|---|---|---|---|---|---|
| Strong, B., M.D. | RC-Screening | 48.00 | | 48.00 | |
| Feldman, Clark, M.D. | RC-Screening | 48.00 | | 48.00 | |
| Harden, Harold, M.D. | RC-Screening | 31.00 | | | 31.00 |
| | Institution Subtotal for  CIM | 127.00 | | 96.00    76% | 31.00    24% |

#### CALIFORNIA INSTITUTION FOR WOMEN

| | | | | | |
|---|---|---|---|---|---|
| None | | | | | |
| | Institution Subtotal for  CIW | | | | |

#### CALIFORNIA MEDICAL FACILITY

| | | | | | |
|---|---|---|---|---|---|
| Enright, R., M.D. | CCMS | 120.00 | | 120.00 | |
| Brooks, H. PSW | EOP | 176.00 | | 176.00 | |
| Petrack, L., PSW | CCCMS | 128.00 | | 128.00 | |
| Potts, R., Ph.D. | EOP | 176.00 | | 176.00 | |
| Hoefer, D., PSW | EOP | 128.00 | | 128.00 | |
| Weingarten, S., M.D. | EOP | 20.00 | | | 20.00 |
| | Institution Subtotal for  CMF | 748.00 | | 728.00    97% | 20.00    3% |

#### CSP - CORCORAN

| | | | | | |
|---|---|---|---|---|---|
| Magid, Zalman, M.D. | MHCB | 60.00 | | 60.00 | |
| Wong, M.D. | Ad Seg/SHU | 120.00 | | 120.00 | |
| Polyak, M.D. | CCCMS | 30.00 | | | 30.00 |
| Tuason, M.D. | MHCB/CCCMS | 37.00 | | | 37.00 |
| Lifiyandsky, M.D. | Ad Seg/SHU | 30.00 | | | 30.00 |
| Thompson, Leonti, M.D. | | | 59.25 | | |
| | Institution Subtotal for  COR | 277.00 | 59.25 | 180.00    65% | 97.00    35% |

This report includes confidential data and is governed by privacy laws and requirements.  Unauthorized use is illegal.  Shred to dispose.

# Mental Health Care Delivery System

## Contract and Telemedicine Monthly Report

October 2000

**Institution**

For following discipline(s): All

October 2000

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | | (Excludes Telemed) Short-Term Contractors | |
|---|---|---|---|---|---|---|---|
| **CALIFORNIA REHABILITATION CENTER** | | | | | | | |
| Yee, Raymond, M.D. | CCMS | 32.00 | | | | 32.00 | |
| Sodha, M.D. | CCMS | 48.00 | | 48.00 | 60% | | |
| Institution Subtotal for CRC | | 80.00 | | 48.00 | 60% | 32.00 | 40% |
| **CORRECTIONAL TRAINING FACILITY** | | | | | | | |
| Leonard, Ernest C., Ph.D. | CCMS | 100.00 | | 100.00 | | | |
| Griffin-Bishop, LCSW | CCMS | 171.25 | | 171.25 | | | |
| Gamard, William, Ph.D. | CCMS | 60.00 | | 60.00 | | | |
| Institution Subtotal for CTF | | 331.25 | | 331.25 | 100% | | |
| **CHUCKAWALLA VALLEY STATE PRISON** | | | | | | | |
| Payne, D., M.D. | EOP | 30.50 | | | | 30.50 | |
| Institution Subtotal for CVSP | | 30.50 | | | | 30.50 | 100% |
| **DEUEL VOCATIONAL INSTITUTION** | | | | | | | |
| Hurley, Pearce, M.D. | All | 90.00 | | 90.00 | | | |
| Raniseki, John, Ph.D. | All | 180.00 | | 180.00 | | | |
| Tanner, Nann, LCSW | All | 30.00 | | | | 30.00 | |
| Gourux, Andre, LCSW | All | 170.00 | | 170.00 | | | |
| Barker, Brian, LCSW | All | 156.00 | | 156.00 | | | |
| Church, John, M.D. | All | 110.00 | | 110.00 | | | |
| Vu, Xia, LCSW | All | 158.00 | | 158.00 | | | |
| Institution Subtotal for DVI | | 894.00 | | 864.00 | 97% | 30.00 | 3% |

This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.

# Mental Health Care Delivery System   Contract and Telemedicine Monthly Report

October 2000

## Institution

**For following discipline(s): All**

### October 2000

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|---|
| **FOLSOM STATE PRISON** | | | | | |
| Meek, M., M.D. | CCCMS | 20.00 | | | 20.00 |
| Yoldi, F., LCSW | CCCMS | 118.75 | | 118.75 | |
| Inaba, Ph.D | MDO Reports | 56.50 | | 56.50 | |
| French, A., M.D. | CCCMS | 80.25 | | 80.25 | |
| Wagner, S., Ph.D. | MDO Reports | 18.00 | | | 18.00 |
| Upshaw, Frank, Ph.D. | CCCMS | 18.00 | | | 18.00 |
| Beerman, L., Ph.D. | BPT/MDO | 130.00 | | 130.00 | |
| Institution Subtotal for FSP | | 441.50 | | 385.50  87% | 56.00  13% |
| **HIGH DESERT STATE PRISON** | | | | | |
| Williams, Steven, LCSW | CCCMS | 120.00 | | 120.00 | |
| Oliver, Wendy, M.D. | CCCMS | 40.00 | | 40.00 | |
| Williams, Cornelias, LCSW | CCCMS | 160.00 | | 160.00 | |
| Bradley, Rosalee, Ph.D | BPT Reports | 50.00 | | 50.00 | |
| DiGiario, Debora, Ph.D | MHCB | 170.00 | | 170.00 | |
| Miller, Bonnie, Ph.D. | Clark | 80.00 | | 80.00 | |
| Thompson, Leonti, M.D. | | | 13.50 | | |
| Institution Subtotal for HDSP | | 620.00 | 13.50 | 620.00  100% | |
| **IRONWOOD STATE PRISON** | | | | | |
| Payne, D., M.D. | MHCB | 48.00 | | 48.00 | |
| Institution Subtotal for ISP | | 48.00 | | 48.00  100% | |
| **CSP - LOS ANGELES COUNTY** | | | | | |
| None | | | | | |
| Institution Subtotal for LAC | | | | | |

This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.

# Mental Health Care Delivery System

## Contract and Telemedicine Monthly Report

October 2000

**Institution**

For following discipline(s): All

October 2000

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|---|
| **MULE CREEK STATE PRISON** | | | | | |
| Turner, J., M.D. | CCMS | 24.00 | | | 24.00 |
| Roston, Ronald, Ph.D. | BPT Reports | 120.00 | | 120.00 | |
| Adeyemo, M.D. | EOP | 24.00 | | | 24.00 |
| Church, John., M.D. | CCCMS/EOP/MHCB | 90.00 | | 90.00 | |
| Welcher, Wayne, M.D. | CCCMS/EOP/MHCB | 60.00 | | 60.00 | |
| Neubert, James, MD | CCCMS/EOP | 90.00 | | 90.00 | |
| Gross, G., M.D. | CCCMS/EOP | 176.00 | | 176.00 | |
| Martin, Clyde, MD | CCCMS/EOP | 176.00 | | 176.00 | |
| Nechay, Laryssa, LCSW | CCCMS | 149.00 | | 149.00 | |
| Lancaster, Gary, Ph.D | CCCMS/EOP | 176.00 | | 176.00 | |
| White, Roger, M.D. | CCCMS/EOP | 176.00 | | 176.00 | |
| Institution Subtotal for MCSP | | 1,261.00 | | 1,213.00  96% | 48.00  4% |
| **NORTHERN CALIFORNIA WOMEN'S FACILITY** | | | | | |
| Sunday, Linda, LCSW | CCCMS | 174.00 | | 174.00 | |
| Institution Subtotal for NCWF | | 174.00 | | 174.00  100% | |
| **NORTH KERN STATE PRISON** | | | | | |
| Armstrong, M.D. | RC | 122.10 | | 122.10 | |
| Kilburn, Ph.D. | RC | 79.10 | | 79.10 | |
| Van DePutte, Ph.D. | RC | 31.00 | | | 31.00 |
| Jankovitz, Joseph, Ph.D. | RC | 40.00 | | 40.00 | |
| Patel, R., M.D. | RC | 6.75 | | | 6.75 |
| McKean, John, M.D. | RC | 40.00 | | 40.00 | |
| Nguyen, Duc, M.D. | RC | 58.75 | | 58.75 | |
| Yergensen, Ph.D. | RC | 25.90 | | | 25.90 |
| Institution Subtotal for NKSP | | 403.60 | | 339.95  84% | 63.65  16% |

This report includes confidential data and is governed by privacy laws and requirements.  Unauthorized use is illegal.  Shred to dispose.

# Mental Health Care Delivery System

## Contract and Telemedicine Monthly Report

October 2000

*For following discipline(s): All*

## October 2000

| Institution / Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|---|
| **PELICAN BAY STATE PRISON** | | | | | |
| Exum, Wade, M.D. | PSU | 130.00 | | 130.00 | |
| Douglas, E., LCSW | SHU | 18.75 | | | 18.75 |
| Johnson, David, M.D. | PSU/Inf. | 175.00 | | 175.00 | |
| Backlund, Michael, Ph.D. | CCCMS/Ad Seg/SHU/EOP | 180.00 | | 180.00 | |
| Kramer, F., M.D. | Ad Seg | 168.00 | | 168.00 | |
| Church, John, M.D. | SHU | 16.00 | | | 16.00 |
| Davis, Brenda, LCSW | EOP | 220.00 | | 220.00 | |
| Talbott, Robert, Ph.D. | CCCMS (A & B Yards) | 160.00 | | 160.00 | |
| Thompson, Leonti, M.D. | CCCMS (A Yard) | | 7.50 | | |
| Institution Subtotal for PBSP | | 1,067.75 | 7.50 | 1,033.00  97% | 34.75  3% |
| **PLEASANT VALLEY STATE PRISON** | | | | | |
| Afghan, R., M.D. | CCCMS | 70.00 | | 70.00 | |
| Crayton, Eugene, M.D. | CCCMS | 9.00 | | | 9.00 |
| French, A., M.D. | CCCMS | 68.75 | | 68.75 | |
| Rupley, David, M.D. | CCCMS | 90.00 | | 90.00 | |
| Strong, B., M.D. | CCCMS | 37.50 | | | 37.50 |
| Institution Subtotal for PVSP | | 275.25 | | 228.75  83% | 46.50  17% |
| **R.J. DONOVAN CORRECTIONAL FACILITY** | | | | | |
| Elkind, L., Ph.D | RC/EOP | 168.00 | | 168.00 | |
| Teeter, S., Ph.D. | CCCMS | 32.00 | | | 32.00 |
| Espinoza, J., Ph.D. | Ad Seg | 8.00 | | | 8.00 |
| Buckner, T., Ph.D. | RC | 32.00 | | | 32.00 |
| Institution Subtotal for RJD | | 240.00 | | 168.00  70% | 72.00  30% |
| **CSP - SACRAMENTO** | | | | | |
| Kendel, A., M.D. | MHCB | 176.00 | | 176.00 | |
| Institution Subtotal for SAC | | 176.00 | | 176.00  100% | |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

*Page 6 of 10*

# Mental Health Care Delivery System

## Contract and Telemedicine Monthly Report

October 2000

**Institution**

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|---|

*For following discipline(s): All*

### October 2000

#### SUBSTANCE ABUSE TREATMENT FACILITY

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | Long-Term Contractors | Short-Term Contractors |
|---|---|---|---|---|---|
| Katzman, Joel R., Ph.D. | CCCMS | 170.00 | | 170.00 | |
| Fantone, Emmanuel, M.D. | MHCB | 53.00 | | 53.00 | |
| Mamula, R.A., LCSW | MHCB/CCCMS | 160.00 | | 160.00 | |
| Borchardt, R., M.D. | CCCMS | 24.00 | | | 24.00 |
| Cutter, Fred, Ph.D. | CCCMS | 40.00 | | 40.00 | |
| Wilson, Katharine, Ph.D. | CCCMS | 40.00 | | 40.00 | |
| Tuason, M.D. | CCCMS | 52.00 | | 52.00 | |
| Institution Subtotal for SATF | | 539.00 | | 515.00    96% | 24.00    4% |

#### SIERRA CONSERVATION CENTER

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | Long-Term Contractors | Short-Term Contractors |
|---|---|---|---|---|---|
| Wood, Charles, LCSW | CCCMS | 90.00 | | 90.00 | |
| Institution Subtotal for SCC | | 90.00 | | 90.00    100% | |

#### CSP - SOLANO

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | Long-Term Contractors | Short-Term Contractors |
|---|---|---|---|---|---|
| Clair, D. J., Ph.D. | BPT/MDO | 116.00 | | 116.00 | |
| Dusay, J., M.D. | CCCMS | 40.00 | | 40.00 | |
| Manley, Gloria, M.D. | CCCMS | 55.50 | | 55.50 | |
| Becich, Helen, Ph.D. | CCCMS | 192.75 | | 192.75 | |
| Glover, Oliver, Ph.D. | CCCMS/Clark | 115.00 | | 115.00 | |
| Kassebaum, George, M.D. | CCCMS | 48.00 | | 48.00 | |
| O'Connor, M., Ph.D. | CCCMS | 119.00 | | 119.00 | |
| Porroff, Sandra, Ph.D. | CCCMS | 34.25 | | | 34.25 |
| Taylor, C., Ph.D. | MDO Reports | 39.50 | | | 39.50 |
| Institution Subtotal for SOL | | 760.00 | | 686.25    90% | 73.75    10% |

This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.

October 2000

# Mental Health Care Delivery System

## Contract and Telemedicine Monthly Report

October 2000

**Institution**

**Providers** | **Programs Covered** | **Contract Service Hours** | **TeleMed Hours** | **(Excludes Telemed) Long-Term Contractors** | **(Excludes Telemed) Short-Term Contractors**

*For following discipline(s): All*

### October 2000

#### CSP - SAN QUENTIN

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|---|
| Hills, C., Ph.D. | RC | 32.00 | | | 32.00 |
| Vancouvering, N., Ph.D. | RC | 176.00 | | 176.00 | |
| Friedman, Jim, Ph.D. | RC | 88.00 | | 88.00 | |
| Cabanski, L., Ph.D. | RC | 56.00 | | 56.00 | |
| Rouse, J., Ph.D. | RC | 40.00 | | 40.00 | |
| Inaba, Ph.D. | RC | 96.00 | | 96.00 | |
| Atelstein, Ph.D. | RC | 56.00 | | 56.00 | |
| Jeko, Ph.D. | RC | 56.00 | | 56.00 | |
| Pratt, James M., Ed.D. | RC | 168.00 | | 168.00 | |
| Moore, T., Ph.D. | RC | 127.50 | | 127.50 | |
| Mahoney, J., M.D. | RC | 176.00 | | 176.00 | |
| Kenneday, M., M.D. | RC | 17.50 | | | 17.50 |
| Platania, Ph.D. | RC | 176.00 | | 176.00 | |
| Harris, C., Ph.D. | RC | 176.00 | | 176.00 | |
| Beerman, L., Ph.D. | RC | 56.00 | | 56.00 | |
| Institution Subtotal for  SQ | | 1,497.00 | | 1,447.50    97% | 49.50    3% |

This report includes confidential data and is governed by privacy laws and requirements.  Unauthorized use is illegal.  Shred to dispose.

# Mental Health Care Delivery System

## Contract and Telemedicine Monthly Report

October 2000

**Institution**

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|---|

For following discipline(s): All

### October 2000

#### SALINAS VALLEY STATE PRISON

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | Long-Term Contractors | Short-Term Contractors |
|---|---|---|---|---|---|
| Birnbaum, Justin, M.D. | EOP | 28.00 | | | 28.00 |
| Roske, A., Ph.D. | EOP | 140.00 | | 140.00 | |
| Bayer, Allan, M.D. | EOP | 47.50 | | 47.50 | |
| Scaramozzino, J., Ph.D. | EOP | 17.00 | | | 17.00 |
| Gardi, J., Ph.D. | CTC | 180.00 | | 180.00 | |
| Gilani, A., M.D. | CTC | 68.00 | | 68.00 | |
| Balch, B, Ph.D. | EOP | 150.00 | | 150.00 | |
| Pedneault, G., M.D. | EOP | 168.00 | | 168.00 | |
| Hoban, M.D. | CTC | 29.50 | | | 29.50 |
| Steward, J., Ph.D | CCCMS | 114.50 | | 114.50 | |
| Pazdernik, J., Ph.D. | EOP | 88.00 | | 88.00 | |
| Kimberling, James, Ph.D. | Ad Seg | 29.50 | | | 29.50 |
| Wong, M.D. | CCCMS | 123.00 | | 123.00 | |
| Zmoelnig, T., Ph.D. | CCCMS | 80.00 | | 80.00 | |
| Becker, S., M.D. | CCCMS/EOP/MHCB | 234.50 | | 234.50 | |
| Institution Subtotal for SVSP | | 1,497.50 | | 1,393.50  93% | 104.00  7% |

#### VALLEY STATE PRISON FOR WOMEN

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | Long-Term Contractors | Short-Term Contractors |
|---|---|---|---|---|---|
| Teofilo S. Sy, M.D. | CCCMS | 249.00 | | 249.00 | |
| Allison, Janet, M.D. | CCCMS/RC | 220.00 | | 220.00 | |
| Perlmutter, Barry F., Ph.D. | CCCMS | 30.00 | | | 30.00 |
| Upshaw, Frank, Ph.D. | CCCMS | 20.00 | | | 20.00 |
| Meltone-Montes, Ph.D. | CCCMS | 200.00 | | 200.00 | |
| Barry, Carole, M.D. | CCCMS | 11.00 | | | 11.00 |
| Bradley, Sallie, LCWS | CCCMS | 37.50 | | | 37.50 |
| Glazeroff, Herb, Ph.D. | CCCMS | 70.00 | | 70.00 | |
| Friedman, Jim, Ph.D. | CCCMS | 90.00 | | 90.00 | |
| Collman, Pamela, Ph.D. | CCCMS | 55.00 | | 55.00 | |
| Oxelson, Eric, LCSW | CCCMS | 30.00 | | | 30.00 |
| Margolis, Hannah, LCSW | CCCMS | 123.00 | | 123.00 | |
| Wildman, David, Ph.D. | CCCMS | 176.00 | | 176.00 | |
| Institution Subtotal for VSPW | | 1,311.50 | | 1,183.00  90% | 128.50  10% |

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

# Mental Health Care Delivery System

## Contract and Telemedicine Monthly Report

October 2000

**Institution**

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|---|

For following discipline(s): All

### October 2000

**WASCO STATE PRISON**

| Providers | Programs Covered | Contract Service Hours | TeleMed Hours | (Excludes Telemed) Long-Term Contractors | (Excludes Telemed) Short-Term Contractors |
|---|---|---|---|---|---|
| Nguyen, Duc, M.D. | CTC/RC | 304.00 | | 304.00 | |
| Nguyen, Duc, M.D. | On-Call | 46.50 | | 46.50 | |
| Nichols, Monica, M.D. | RC/Mainline | 28.00 | | | 28.00 |
| Gladstone, Scott, M.D. | RC/Mainline | 30.00 | | | 30.00 |
| Berge, Fred, M.D. | RC/Mainline | 53.00 | | 53.00 | |
| Bussel, Marina, M.D. | RC/Mainline | 30.25 | | | 30.25 |
| Abrams, M.D. | RC/Mainline | 51.25 | | 51.25 | |
| Tanios, Wahid, M.D. | RC/Mainline | 20.00 | | | 20.00 |
| Viliela, Gilbert, M.D. | RC/Mainline | 30.00 | | | 30.00 |
| Matthews, Scott, M.D. | RC/Mainline | 28.00 | | | 28.00 |
| Griffin, Julius, M.D. | RC/Mainline | 144.41 | | 144.41 | |
| Bogost, Bruce, MD | CTC/RC | 137.50 | | 137.50 | |
| | Institution Subtotal for WSP | 902.91 | | 736.66 | 166.25 |
| | | | | 82% | 18% |
| | **Statewide** | **14,449.36** | **120.50** | **13,276.86** | **1,172.50** |
| | | | | **92%** | **8%** |

This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.

# EXHIBIT E

Sent by: Dept. of Justice/Atty. Gen.      619 645 2581;      12/13/00  2:23PM; JetFax #288;Page 3/4

Case 2:90-cv-00520-KJM-SCR    Document 1227    Filed 12/20/00    Page 39 of 40




## Mental Health Private Contract

As part of a many-faceted approach to filling staffing vacancies, the Department is in the process of contracting for mental health care services at Avenal State Prison (ASP) and North Kern State Prison (NKSP). The Department is also in the process of contracting to staff and operate an all-inclusive Non-Acute Inpatient Care Unit (NAICU) at California State Prison, Corcoran (COR).

The process has been complex and time-consuming. This is true of any complex contracting process, but has been greatly complicated by State Constitution and Government Code restrictions on contracting for personal services. Specifically, state agencies are required to use Civil Service personnel for all services, unless the requirements of one of the narrowly drawn exceptions listed in Government Code Section 19130 are met. The state agency must not only justify the use of non-Civil Service personal under Section 19130 prior to contracting out, it must prepare for objections by one or more of the unions of state employees.

### Over past year, the Department has done the following:

- identified the need for contracting for services at these institutions

- engaged in initial planning of the details of the services to be rendered

- consulted with several national corporations in order to determine the feasibility of contracting for services

- identified three potential contractors

- identified the needs of potential contractors in taking on this contract

- sought and received input, advice, and provisional approval from the State Personal Board (which is the sole arbiter of disputes under Government Code Section 19130)

- sought and received input and advice from the Department of Personnel Administration (which negotiates with the unions that may be impacted and may file complaints objecting to the contract)

- sought and received input, advice, and provisional approval from the Governor's Office

- determined the most effective and prompt methods of contracting for these services

- formulated the elements of the contract itself

The remaining steps to be taken are relatively simple, compared with what has been completed. The Department will be issuing an expedited Invitation for Bids (IFB) on the proposed contract.

1

Sent by: Dept. of Justice/Atty. Gen.    619 645 2581;    12/13/00  2:23PM;JetFax #288;Page 4/4

Case 2:90-cv-00520-KJM-SCR    Document 1227    Filed 12/20/00    Page 40 of 40



**Department will do immediately (everything under this heading is expected to be completed by December 22, 2000):**

- Notify Legislature of Department's intent to contract [notification done by Department of Finance]

- Notify Unions of intention to contract for services (required by collective bargaining agreement)

- Prepare IFB

- Submit STD 821 (Exemption from Advertising—to avoid unnecessary delays) to Department of General Services (DGS)

**Department must wait for[1]:**

- Receive DGS expedited review and approval of Exemption from Advertising **(2 weeks)**

- Distribute IFB and receive final submission of bids **(8 weeks)**

**Following final submission of bids, Department must:**

- Complete program review, review bid documents, and approve bid **(1 week)**

**Department must wait for:**

- Contractor signs contract and provides copies of necessary documents (e.g., insurance certificates, medical licenses, permits, etc.) **(1 week)**

- DGS reviews and approves contract **(1 week)**

**Implementation of contract will begin immediately after DGS approval**

In the event that a union representative requests that the contract be reviewed, the State Personal Board (SPB) will request that the contract be transmitted to it and conduct a review to determine whether it is justified under Government Code Section 19130(b). SPB may disapprove the contract only if it determines the contract is not justified under Section 19130(b). If the union representative requests it, and upon a showing of good cause, the executive director of SPB may refer the matter to a hearing before SPB. The executive officer must approve or disapprove the contract, or refer it to SPB for a hearing, within 30 days of the receipt of the contract.

---

[1]Approximate waiting times in bold. **Department may not distribute IFB until 30 days after unions are notified; the request for Exemption from Advertising may be processed during this time period.**

2