**FILED**

JAN 17 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,              No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.          ORDER

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of December 2000.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $252,507.07 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: January 17, 2001.

                                                                          /s/
                                             UNITED STATES MAGISTRATE JUDGE

/cole00.dec

1236

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,              :
        Plaintiffs,                  :
                                     :
v.                                   :    No. Civ. S-90-0520 LKK JFM P
                                     :
PETE WILSON, et al.,                 :
        Defendants                   :

The Special Master hereby submits his latest statement for fees and
disbursements, including those accrued through December 31, 2000.

| | | |
|---|---:|---:|
| J. Michael Keating, Jr., Master | | |
|     Services | $ 24,852.00 | |
|     Disbursements | 4,333.45 | |
|         Total amount due | | $ 29,185.45 |
| Norma P. D'Apolito, J.D. | | |
|     Services | $ 6,721.00 | |
|     Disbursements | 0 | |
|         Total amount due | | $ 6,721.00 |
| Matthew A. Lopes, Jr., J.D. | | |
|     Services | $ 14,192.50 | |
|     Disbursements | 11,623.82 | |
|         Total amount due | | $ 25,816.32 |
| Paul Nicoll, M.A.P.A. | | |
|     Services | $ 10,666.50 | |
|     Disbursements | 0 | |
|         Total amount due | | $ 10,666.50 |
| Kerry C. Hughes, M.D. | | |
|     Services | $ 10,212.50 | |
|     Disbursements | 812.73 | |
|         Total amount due | | $ 11,025.23 |
| Kory Knapke, M.D. | | |
|     Services | $ 9,635.00 | |
|     Disbursements | 448.65 | |
|         Total amount due | | $ 10,083.65 |

```
Dennis F. Koson, M.D.
     Services                    $ 31,737.50
     Disbursements                  4,548.98

          Total amount due                       $ 36,286.48

Barbara Cotton, RN
     Services                    $  3,575.00
     Disbursements               $     31.92

          Total amount due                       $  3,606.92

Virginia L. Morrison, J.D.
     Services                    $ 18,574.50
     Disbursements                    941.79

          Total amount due                       $ 19,516.29

Melissa G. Warren, Ph.D.
     Services                    $ 36,440.00
     Disbursements                  7,672.99

          Total amount due                       $ 44,112.99

Patricia Murphy Williams, J.D.
     Services                    $  8,421.00
     Disbursements               $    585.76

          Total amount due                       $  9,006.76

Jeffrey L. Metzner, M.D.
     Services                    $ 39,706.25
     Disbursements               $  6,773.23

          Total amount due                       $ 46,479.48

     TOTAL AMOUNT TO BE REIMBURSED               $252,507.07
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

```
              United States District Court
                        for the
              Eastern District of California
                    January 17, 2001


             * * CERTIFICATE OF SERVICE * *


                                        2:90-cv-00520


Coleman

    v.

Reagan

_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  January 17, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Donald Specter                      CF/JFM
        Prison Law Office
        General Delivery                    FINANCIAL
        San Quentin, CA   94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA   94104

        Jennifer Weck
        Attorney General of the State of CA
        PO Box 85266
        110 West A Street
        Suite 1100
        San Diego, CA   92186-5266

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI   02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk