ORIGINAL

FILED
JAN 31 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED
JAN 25 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

v.

GRAY DAVIS, et al.,

        Defendants.

No. CIV S-90-0520 LKK JFM P

[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE SPECIAL MASTER'S RECOMMENDATIONS ON ACCESS TO MENTAL HEALTH CRISIS BEDS

      Good cause having been shown for an extension of time for twenty-two days, it is hereby ordered that the objections to the Special Master's Recommendations on access to Mental Health Crisis Beds are to be filed on or before February 20, 2001.

DATED: 1/29/01

_____
DISTRICT COURT JUDGE

1244

1.

**DECLARATION OF SERVICE**

Case Name:     **Coleman, et al., v. Davis, et al.**
No:            USDC Eastern District CIV S-90-0520 LKK

I, Julie Gant, declare:

I am employed in the County of San Diego, California. I am 18 years of age or older and not a party to the within entitled cause; my business address is 110 West "A" Street, Suite 1100, P.O. Box 85266, San Diego, California 92186-5266.

On <u>January 24, 2001</u>, I placed the attached,

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE SPECIAL MASTER'S RECOMMENDATIONS ON ACCESS TO MENTAL HEALTH CRISIS BEDS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General, for deposit in the United States mail that same day in the ordinary course of business, addressed as follows:

| | |
|---|---|
| Donald Specter<br>Prison Law Office<br>2173 E Francisco Blvd, Ste. M<br>San Rafael, CA 94901<br>Attorney for Defendant | Michael W. Bien<br>ROSEN, BIEN & ASARO<br>155 Montgomery St., 8th Floor<br>San Francisco, CA 94104<br>Attorney for Defendant |
| J. Michael Keating Jr.<br>LITTLE, BULMAN & WHITNEY, P.C.<br>72 Pine Street<br>Providence, RI 02903<br>Special Master | Matt Lopes<br>Brown, Rudnick, Freed & Gesmer<br>One Providence Washington Plaza<br>Providence, RI 02903<br>Special Master |

I declare under penalty of perjury the foregoing is true and correct and that this declaration was executed on <u>January 24, 2001</u>, at San Diego, California.

_____JULIE GANT_____            _____/s/ Julie Gant_____
      (Typed Name)                         Signature

ndd

United States District Court
for the
Eastern District of California
January 31, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  January 31, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     Donald Specter                     SJ/LKK
     Prison Law Office
     General Delivery                   CF/JFM
     San Quentin, CA   94964

     Michael W Bien
     Rosen Bien and Asaro
     155 Montgomery Street
     Eighth Floor
     San Francisco, CA   94104

     Jennifer Weck
     Attorney General of the State of CA
     PO Box 85266
     110 West A Street
     Suite 1100
     San Diego, CA   92186-5266

     J Michael Keating Jr
     Little Bulman and Whitney
     72 Pine Street
     Providence, RI   02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk