

```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  STEVE FAMA (State Bar # 99641)
    General Delivery
 3  San Quentin, California 94964
    Telephone (415) 457-9144
 4
    McCUTCHEN, DOYLE, BROWN & ENERSEN
 5  WARREN GEORGE (State Bar # 53588)
    Three Embarcadero Center
 6  San Francisco, California 94111
    Telephone (415) 393-2000
 7
    ROSEN, BIEN & ASARO, LLP
 8  MICHAEL W. BIEN (State Bar # 096891)
    SANFORD JAY ROSEN (State Bar # 062566)
 9  THOMAS NOLAN (State Bar # 169692)
    155 Montgomery Street, 8th Floor
10  San Francisco, California  94104
    Telephone (415) 433-6830
11
    HELLER, EHRMAN, WHITE & McAULIFFE
12  RICHARD L. GOFF (State Bar # 36377)
    701 Fifth Avenue
13  Seattle, Washington 98104
    Telephone (206) 447-0900
14
    Attorneys for Plaintiffs
15
16
17              IN THE UNITED STATES DISTRICT COURT
18              EASTERN DISTRICT OF CALIFORNIA
19
    RALPH COLEMAN,              )  Case No. Civ. S 90-0520 LKK-JFM
20                              )
         Plaintiff,             )  STIPULATION AND ORDER CONFIRMING
21                              )  PAYMENT OF UNDISPUTED ATTORNEYS' FEES
    vs.                         )  AND COSTS FOR THE THIRD QUARTER OF
22                              )  2000
    GRAY DAVIS, et al.,         )
23                              )
         Defendants             )
24  _____
25
26
27
28
```

FILED
FEB - 6 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Y _____ DEPUTY CLERK

LODGED
JAN 31 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

489\5\PLEADING
3rd Qtr 2000

1247

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE THIRD QUARTER OF 2000

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the Third Quarter of 2000.

As a result of the meet and confer session, the parties are able to agree to the payment of $74,193.72 in undisputed fees and costs incurred during the Third Quarter of 2000. Defendants plan to file an appeal forthwith concerning the district court's resolution of Plaintiffs' Motion to Compel Second Quarter 1999 Fees, on the issues of whether fees incurred in the collection of fees are barred by the PLRA, and on the issue of whether paralegal rates are capped by the PLRA. The amounts paid in this stipulation include fees incurred in the collection of fees and paralegal fees at a full market rate of $110 per hour. The parties agree that if Defendants are successful in their appeal, they may seek to recoup the fees and costs agreed upon through this stipulation for any issues on which they prevail.

Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing on the Third Quarter of 2000.

WHEREFORE, IT IS CONFIRMED that $74,193.72 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from November 30, 2000 at the rate of 6.052%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $74,193.72 | 6.052% | $12.30 | November 30, 2000 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: *Feb. 5, 2001*

_____
John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

*[signature]*                              DATED: 1-26-01

Jessica Blonien
Deputy Attorney General
Attorney for Defendants

*Thomas Nolan*                             DATED: 1-30-01

Thomas B. Nolan
Rosen Bien & Asaro
Attorneys for Plaintiffs

## Coleman v. Wilson

Summary of Undisputed Fees
3rd Quarter - July 1, 2000 through September 30, 2000

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 50.10 | 1.10 | 0.60 | 0.50 | 0.00 | 49.60 | $112.50 | $5,580.00 |
| Jane Kahn (JK) | 114.50 | 1.40 | 1.00 | 0.40 | 0.00 | 114.10 | 112.50 | 12,836.25 |
| Thomas Nolan (TN) | 87.90 | 3.70 | 2.40 | 1.30 | 0.00 | 86.60 | 112.50 | 9,742.50 |
| Pamela A. Derrico (PAD) | 2.20 | 2.10 | 1.00 | 1.10 | 0.00 | 1.10 | 110.00 | 121.00 |
| James I. Dye (JID) | 2.40 | 0.00 | 0.00 | 0.00 | 0.00 | 2.40 | 110.00 | 264.00 |
| Cliona R. Plunkett (CRP) | 100.10 | 7.10 | 4.40 | 2.70 | 0.00 | 97.40 | 110.00 | 10,714.00 |
| Vanda H. LaGrave (VHL) | 5.50 | 2.80 | 1.20 | 1.60 | 0.00 | 3.90 | 110.00 | 429.00 |
| **TOTAL ROSEN BIEN & ASARO** | 362.70 | 18.20 | 10.60 | 7.60 | 0.00 | 355.10 | | **$39,686.75** |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 26.70 | 1.50 | 0.80 | 0.70 | 0.00 | 26.00 | $112.50 | $2,925.00 |
| Steven Fama (SF) | 28.70 | 0.80 | 0.00 | 0.80 | 0.00 | 27.90 | 112.50 | 3138.75 |
| Keith Wattley (KW) | 126.70 | 5.20 | 1.70 | 3.50 | 0.00 | 123.20 | 112.50 | 13860.00 |
| Tracy Strong (TS) | 13.30 | 6.70 | 6.30 | 0.40 | 0.00 | 12.90 | 110.00 | 1419.00 |
| Anna Mania (AM) | 0.30 | 0.30 | 0.00 | 0.30 | 0.00 | 0.00 | 110.00 | 0.00 |
| Jennifer Cartee (JC) | 2.90 | 2.90 | 2.30 | 0.60 | 0.00 | 2.30 | 110.00 | 253.00 |
| Edie DeGraff (ED) | 1.50 | 1.50 | 0.00 | 1.50 | 0.00 | 0.00 | 110.00 | 0.00 |
| Carole Lamanna (CL) | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 110.00 | 110.00 |
| **TOTAL PRISON LAW OFFICE** | 202.10 | 20.90 | 12.10 | 8.80 | 0.00 | 193.30 | | **$21,705.75** |
| **Total Monitoring Claim - All Offices** | 564.80 | 39.10 | 22.70 | 16.40 | 0.00 | 548.40 | | **$61,392.50** |

Exh A

3rd qtr-Undisputed Total Fees (pd)

1/9/01

## Coleman v. Wilson

Summary of Undisputed Fees
3rd Quarter - July 1, 2000 through September 30, 2000

### Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 2.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2.20 | $112.50 | $247.50 |
| Thomas Nolan (TN) | 33.60 | 0.10 | 0.00 | 0.10 | 0.00 | 33.50 | 112.50 | 3,768.75 |
| Pamela Derrico (PD) | 34.40 | 2.10 | 0.60 | 1.50 | 0.00 | 32.90 | 110.00 | 3,619.00 |
| James I. Dye (JID) | 0.90 | 0.90 | 0.50 | 0.40 | 0.00 | 0.50 | 110.00 | 55.00 |
| Cliona R. Plunkett (CRP) | 0.40 | 0.20 | 0.20 | 0.00 | 0.00 | 0.40 | 110.00 | 44.00 |
| **TOTAL ROSEN BIEN & ASARO** | 71.50 | 3.30 | 1.30 | 2.00 | 0.00 | 69.50 | | $7,734.25 |
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | $112.50 | $56.25 |
| Heather McKay (HM) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $112.50 | 22.50 |
| Edie DeGraff (ED) | 7.60 | 0.00 | 0.00 | 0.00 | 0.00 | 7.60 | 110.00 | $836.00 |
| **TOTAL PRISON LAW OFFICE** | 8.30 | 0.00 | 0.00 | 0.00 | 0.00 | 8.30 | | $914.75 |
| **Total Fees Claim - All Offices** | 79.80 | 3.30 | 1.30 | 2.00 | 0.00 | 77.80 | | $8,649.00 |

# Coleman v. Wilson

**Undisputed Third Quarterly Statement of 2000**
**July 1, 2000 through September 30, 2000**

**COSTS**

*Matter: 489-3 (Monitoring)*

|  | Claimed Costs | Undisputed Costs |
|---|---:|---:|
| **ROSEN, BIEN & ASARO** | | |
| Photocopying (in-house @.20) | $ 1,156.00 | $ 1,156.00 |
| Photocopying (outside service) | $ 808.31 | $ 808.31 |
| Postage & Delivery | $ 167.56 | $ 167.56 |
| Telephone | $ 20.58 | $ 20.58 |
| Telefax | $ 53.00 | $ 53.00 |
| Travel | $ 285.30 | $ 285.30 |
| **TOTALS** | $ 2,490.75 | $ 2,490.75 |
| | | |
| **PRISON LAW OFFICE** | | |
| Photocopying (in-house) | $ 405.20 | $ 405.20 |
| Postage & Delivery | $ 269.23 | $ 269.23 |
| Telephone | $ 78.16 | $ 78.16 |
| Telefax | $ 275.00 | $ 275.00 |
| Travel | $ 256.08 | $ 256.08 |
| **TOTALS** | $ 1,283.67 | $ 1,283.67 |
| **TOTAL MONITORING COSTS** | $ 3,774.42 | $ 3,774.42 |

*Matter: 489-5 (Monitoring Fees on Fees)*

|  | Claimed | Undisputed |
|---|---:|---:|
| **ROSEN, BIEN & ASARO** | | |
| Photocopying (in-house @.20) | $ 88.20 | $ 88.20 |
| Photocopying (outside service) | $ 35.90 | $ 35.90 |
| Postage & Delivery | $ 53.57 | $ 53.57 |
| Westlaw | $ 170.13 | $ 170.13 |
| Telefax | $ 30.00 | $ 30.00 |
| **TOTAL FEES COSTS** | $ 377.80 | $ 377.80 |
| | | |
| **TOTAL COSTS** | $ 4,152.22 | $ 4,152.22 |

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND ORDER CONFIRMING PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THIRD QUARTER OF 2000**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**

Jessica Blonien, Esq.
Office of the Attorney General
455 Golden Gate Avenue, 12th Floor
San Francisco, CA  94102-3664

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of January, 2001, at San Francisco, California.

_____
PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
February 6, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 6, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                          CF/JFM
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Jennifer Weck
    Attorney General of the State of CA
    PO Box 85266
    110 West A Street
    Suite 1100
    San Diego, CA  92186-5266

    J Michael Keating Jr
    Little Bulman and Whitney
    72 Pine Street
    Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk