FEB 27 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,     No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.     <u>ORDER</u>
_____/

    On December 11, 1995, this court entered an order referring this matter to a special master and directing that the special master's fees and expenses be borne by the defendants as part of the costs of this action. In the December 11, 1995 order, the court directed defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. By subsequent orders, the court has directed defendants to deposit additional interim payments totaling $7,000,000.00 with the Clerk of the Court. A significant amount of work remains to be done by the special master and additional funds are required to pay his fees and expenses.

    Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

1253

1

1. Within sixty days from the date of this order, defendants shall deposit with the Clerk of the Court a nineteenth interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: February 23, 2001.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

```
             United States District Court
                        for the
              Eastern District of California
                    February 27, 2001


             * * CERTIFICATE OF SERVICE * *


                                      2:90-cv-00520


    Coleman

         v.

    Reagan

    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  February 27, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Donald Specter                      SJ/LKK
         Prison Law Office
         General Delivery                    CF/JFM
         San Quentin, CA  94964
                                             Financial
         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA  94104

         Daniel Joseph Kossick
         Attorney General's Office of the State of California
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA  94244-2550

         J Michael Keating Jr
         Little Bulman and Whitney
         72 Pine Street
         Providence, RI  02903
```

Edmund F Brennan  
United States Attorney  
501 I Street  
Suite 10-100  
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____  
Deputy Clerk