**FILED**

MAR - 1 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.              <u>ORDER</u>

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of January 2001.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $158,790.48 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: February 28, 2001.

UNITED STATES MAGISTRATE JUDGE

/cole01.jan

1254

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF CALIFORNIA
```

RALPH COLEMAN, et al.,          :
        Plaintiffs,              :
                                 :
v.                               :     No. Civ. S-90-0520 LKK JFM P
                                 :
PETE WILSON, et al.,             :
        Defendants               :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2000.

```
    J. Michael Keating, Jr., Master
        Services                    $ 29,301.00
        Disbursements                  3,384.80

            Total amount due                        $ 32,685.80

    Norma P. D'Apolito, J.D.
        Services                    $ 10,231.00
        Disbursements                          0

            Total amount due                        $ 10,231.00

    Matthew A. Lopes, Jr., J.D.
        Services                    $ 18,060.00
        Disbursements                  3,454.07

            Total amount due                        $ 21,514.07

    Paul Nicoll, M.A.P.A.
        Services                    $ 17,491.00
        Disbursements                          0

            Total amount due                        $ 17,491.00

    Kerry C. Hughes, M.D.
        Services                    $  4,212.50
        Disbursements                  1,405.03

            Total amount due                        $  5,617.53

    Kory Knapke, M.D.
        Services                    $  7,200.00
        Disbursements                          0

            Total amount due                        $  7,200.00
```

```
Virginia L. Morrison, J.D.
    Services                        $  5,947.50
    Disbursements                        130.91

        Total amount due                              $   6,078.41

Melissa G. Warren, Ph.D.
    Services                        $  8,602.50
    Disbursements                      1,525.01

        Total amount due                              $  10,127.51

Patricia Murphy Williams, J.D.
    Services                        $  5,635.00
    Disbursements                   $    245.18

        Total amount due                              $   5,880.18

Raymond F. Patterson, M.D., P.C.
    Services                        $ 31,675.00
    Disbursements                   $  7,941.41

        Total amount due                              $  39,616.41

George D. Heron
    Services                        $  2,007.50
    Disbursements                   $    341.07

        Total amount due                              $   2,348.57

        TOTAL AMOUNT TO BE REIMBURSED                 $158,790.48
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*/s/ J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

```
              United States District Court
                        for the
              Eastern District of California
                     March 1, 2001


              * * CERTIFICATE OF SERVICE * *


                                      2:90-cv-00520


Coleman

    v.

Reagan

_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 1, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Donald Specter                      CF/JFM
        Prison Law Office
        General Delivery
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Daniel Joseph Kossick
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA  94244-2550

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk