JUDGMENT
==================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT



**FILED**

MAR 15 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

NO. 00-17107
CT/AG#: CV-90-00520-LKK

JFM BY
_____ DEPUTY CLERK

RALPH COLEMAN; WINIFRED WILLIAMS; DAVID HEROUX; DAVID MCKAY; ROY STEPHEN JOSEPH

    Plaintiffs - Appellees

v.

GRAY DAVIS; JOHN S. ZIL, M.D.; NADIM KHOURY; JAMES GOMEZ; JOSEPH SANDOVAL

    Defendants - Appellants

---------------------

APPEAL FROM the United States District Court for the Eastern District of California (Sacramento).

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment in this cause be, and hereby is dismissed for lack of jurisdiction.

Filed and entered      March 9, 2001.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 12 2001

by
_____ Deputy Clerk

1257

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 1 6 2001
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH COLEMAN; et al., | No. 00-17107 |
| Plaintiffs-Appellees, | DC# CV-90-520-LKK<br>Eastern California |
| v. | ORDER |
| GRAY DAVIS; et al., | |
| Defendants-Appellants. | |

Before: GOODWIN, LEAVY and THOMAS, Circuit Judges

Appellees' motion to dismiss this appeal for lack of jurisdiction is granted.

*See* Fed. R. App. P. 4(a); *see also Browder v. Director, Dep't of Corrections*, 434 U.S. 257, 263 n.7 (1978). Accordingly, the appeal is dismissed.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 1 2 2001

by:
Deputy Clerk

S:\MOATT\Panelord\2.12.01\pb3\00-17107.wpd

```
INTERNAL USE ONLY: Proceedings include all events.
00-17107 Coleman, et al v. Davis, et al

RALPH COLEMAN                         Thomas E. Nolan
     Plaintiff - Appellee             415/433-6830
                                      8th Fl.
                                      [COR LD NTC ret]
                                      ROSEN BIEN & ASARO
                                      155 Montgomery Street
                                      San Francisco, CA 94104

WINIFRED WILLIAMS                     Thomas E. Nolan
     Plaintiff - Appellee             (See above)
                                      [COR LD NTC ret]

DAVID HEROUX                          Thomas E. Nolan
     Plaintiff - Appellee             (See above)
                                      [COR LD NTC ret]

DAVID MCKAY                           Thomas E. Nolan
     Plaintiff - Appellee             (See above)
                                      [COR LD NTC ret]

ROY STEPHEN JOSEPH                    Thomas E. Nolan
     Plaintiff - Appellee             (See above)
                                      [COR LD NTC ret]


    v.

GRAY DAVIS                            Jessica N. Blonien, Esq.
     Defendant - Appellant            FAX 356-6070
                                      415/356-6046
                                      Suite 300
                                      [COR LD NTC dag]
                                      CALIFORNIA ATTORNEY GENERAL
                                      Office of the Attorney General
                                      455 Golden Gate Avenue
                                      San Francisco, CA 94102-3664

JOHN S. ZIL, M.D.                     Jessica N. Blonien, Esq.
     Defendant - Appellant            (See above)
                                      [COR LD NTC dag]

NADIM KHOURY                          Jessica N. Blonien, Esq.
     Defendant - Appellant            (See above)
                                      [COR LD NTC dag]

JAMES JIM GOMEZ                       Jessica N. Blonien, Esq.
     Defendant - Appellant            (See above)
                                      [COR LD NTC dag]

JOSEPH SANDOVAL                       Jessica N. Blonien, Esq.
     Defendant - Appellant            (See above)
                                      [COR LD NTC dag]


Docket as of February 16, 2001 11:14 pm              Page 2    NON-PUBLIC
```

pc

United States District Court
for the
Eastern District of California
March 15, 2001

\* \* CERTIFICATE OF SERVICE \* \*

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 15, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

| | |
|---|---|
| Donald Specter<br>Prison Law Office<br>General Delivery<br>San Quentin, CA  94964 | SJ/LKK<br><br>CF/JFM |

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Daniel Joseph Kossick
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

                                        Jack L. Wagner, Clerk

                                        BY: _____
                                            Deputy Clerk