

**FILED**

MAR 2 0 2001

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORN'
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,   No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.   <u>ORDER</u>
_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of February 2001.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $110,779.67 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: March /9, 2001.

UNITED STATES MAGISTRATE JUDGE

/cole01.feb

1259

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,           :
         Plaintiffs,             :
                                 :
v.                               :   No. Civ. S-90-0520 LKK JFM P
                                 :
PETE WILSON, et al.,             :
         Defendants              :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 2000.

| | | |
|---|---:|---:|
| J. Michael Keating, Jr., Master | | |
|     Services | $ 17,601.00 | |
|     Disbursements | 1,280.35 | |
|        Total amount due | | $ 18,881.35 |
| Norma P. D'Apolito, J.D. | | |
|     Services | $ 12,285.00 | |
|     Disbursements | 0 | |
|        Total amount due | | $ 12,285.00 |
| Matthew A. Lopes, Jr., J.D. | | |
|     Services | $ 8,900.00 | |
|     Disbursements | 9,561.91 | |
|        Total amount due | | $ 18,461.91 |
| Paul Nicoll, M.A.P.A. | | |
|     Services | $ 9,320.00 | |
|     Disbursements | 0 | |
|        Total amount due | | $ 9,320.00 |
| Kerry C. Hughes, M.D. | | |
|     Services | $ 3,125.00 | |
|     Disbursements | 1,043.85 | |
|        Total amount due | | $ 4,168.85 |
| Kory Knapke, M.D. | | |
|     Services | $ 1,300.00 | |
|     Disbursements | 23.71 | |
|        Total amount due | | $ 1,323.71 |
| Patricia Murphy Williams, J.D. | | |
|     Services | $ 5,018.00 | |
|     Disbursements | $ 32.38 | |
|        Total amount due | | $ 5,050.38 |

| | | |
|---|---|---|
| Raymond F. Patterson, M.D., P.C. | | |
|     Services | $ 8,018.75 | |
|     Disbursements | $ 2,335.45 | |
|     Total amount due | | $ 10,354.20 |
| Jeffrey Metzner, M.D., P.C. | | |
|     Services | $ 12,066.00 | |
|     Disbursements | $ 2,771.28 | |
|     Total amount due | | $ 14,837.28 |
| Dennis F. Koson, M.D. | | |
|     Services | $ 4,475.00 | |
|     Disbursements | $ 1,314.73 | |
|     Total amount due | | $ 5,789.73 |
| Barbara Cotton | | |
|     Services | $ 2,537.50 | |
|     Disbursements | $ 465.92 | |
|     Total amount due | | $ 3,003.42 |
| Virginia Morrison, Esq. | | |
|     Services | $ 1,452.50 | |
|     Disbursements | $ 208.56 | |
|     Total amount due | | $ 1,661.00 |
| Stephen J. Denoy, P.T., O.M.T., FAAOMPT | | |
|     Services | $ 5,015.00 | |
|     Disbursements | $ 627.84 | |
|     Total amount due | | $ 5,642.84 |
| **TOTAL AMOUNT TO BE REIMBURSED** | | **$110,779.67** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

ds

United States District Court
for the
Eastern District of California
March 20, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 20, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Daniel Joseph Kossick
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

CF/JFM

Financial

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

                                        Jack L. Wagner, Clerk

                                        BY: _____
                                            Deputy Clerk