BILL LOCKYER, Attorney General
 of the State of California
DAVID P. DRULINER
 Chief Assistant Attorney General
PAUL D. GIFFORD
 Senior Assistant Attorney General
MICHAEL G. LEE
 Supervising Deputy Attorney General
DANIEL J. KOSSICK
 Deputy Attorney General
 State Bar No. 8130
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-3866
  Fax: (916) 324-5205
Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GRAY DAVIS, et al., <br><br> Defendants. | No.: CIV-S-90-0520 LKK JFMP <br><br> DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON DEFENDANTS' MECHANISMS FOR DISCIPLINING STAFF WHOSE NEGLIGENCE OR MISCONDUCT CONTRIBUTES TO AN INMATE'S SUICIDE |

On February 22, 2001, the Special Master served defendants with his report on Defendants' Mechanisms for Disciplining Staff Whose Negligence or Misconduct Contributes to an Inmate's Suicide. Defendants objections to this report would be due on or about March 5, 2001.

////

////

1.

DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON DEFENDANTS' MECHANISMS FOR DISCIPLINING STAFF WHOSE NEGLIGENCE OR MISCONDUCT CONTRIBUTES TO AN INMATE'S SUICIDE

1    For the reasons specified in the attached declaration of counsel, defendants
2 request an extension of time of 30 days, to and including April 4, 2001, to file their
3 objections to the report.

4 DATED: March 5, 2001                Respectfully Submitted,

5

6                                     BILL LOCKYER, Attorney General
                                      of the State of California
7                                     DAVID P. DRULINER,
                                      Chief Assistant Attorney General
8                                     PAUL D. GIFFORD,
                                      Senior Assistant Attorney General
9                                     MICHAEL G. LEE,
                                      Supervising Deputy Attorney General
10

11                                    /s/ Daniel J. Kossick
                                      DANIEL J. KOSSICK
12                                    Deputy Attorney General
                                      Attorneys for Defendants
13

14 ORDER.

15    Good Cause appearing, defendants are granted an extension of time until
16 April 4, 2001, to file objections to the Special Master's Report, dated February 22, 2001.

17

18 Dated: 3/21/01                     /s/ Lawrence K. Karlton
                                      Lawrence K. Karlton
19                                    Senior Judge
                                      United States District Court

2.

DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON DEFENDANTS' MECHANISMS FOR DISCIPLINING STAFF WHOSE NEGLIGENCE OR MISCONDUCT CONTRIBUTES TO AN INMATE'S SUICIDE

## DECLARATION OF SERVICE

Case Name: RALPH COLEMAN et al., v. GRAY DAVIS, et al.,
USDC-Eastern District Case No: CIV-S-90-0520 LKK JFMP

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made. I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 5, 2001, I placed the attached **DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON DEFENDANTS' MECHANISMS FOR DISCIPLINING STAFF WHOSE NEGLIGENCE OR MISCONDUCT CONTRIBUTES TO AN INMATE'S SUICIDE**

in the internal mail collection system at the Office of the Attorney General, 1300 I Street, P.O. Box 944255, Sacramento, California, 94244-2550, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

**Donald Specter**
Prison Law Office
2173 E. Francisco Blvd. Suite M
San Rafael, California 94901
Attorney for Defendant

**J. Michael Keating, Jr.**
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, RI 02903
Special Master

**Michael W. Bien**
Rosen, Bien & Asaro
155 Montgomery Street 8th Floor
San Francisco, CA 94104
Attorney for Defendant

**Matt Lopes**
Brown, Rudnick, Freed & Gesmer
One Providence Washington Plaza
Providence, RI 02903
Special Master

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 5, 2001, at Sacramento, California.

S. Rodriguez

_S. Rodriguez_
Signature

ndd

United States District Court
for the
Eastern District of California
March 22, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 22, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                         SJ/LKK
    Prison Law Office
    General Delivery                       CF/JFM
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Daniel Joseph Kossick
    Attorney General's Office of the State of California
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA  94244-2550

    J Michael Keating Jr
    Little Bulman and Whitney
    72 Pine Street
    Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk