FILED

MAR 27 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.             ORDER
_____/

        The special master has requested an extension of time to comply with this court's August 28, 2000 order, requiring him to report to the court by February 10, 2001, on the status of defendants' compliance with recommendations contained in the Koson Report appended to the special master's June 12, 2000 Interim Report and Recommendations on DMH Inpatient Care.

        Good cause appearing, IT IS HEREBY ORDERED that the special master's February 20, 2001 request for an extension of time is granted. The special master shall file his report on or before April 14, 2001.

DATED: March __, 2001.

/s/ Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE

/dmhkr.ext

1

1261

bd

United States District Court
for the
Eastern District of California
March 27, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  March 27, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Donald Specter                                              SJ/LKK
    Prison Law Office
    General Delivery
    San Quentin, CA   94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA   94104

    Daniel Joseph Kossick
    Attorney General's Office of the State of California
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA   94244-2550

    J Michael Keating Jr
    Little Bulman and Whitney
    72 Pine Street
    Providence, RI   02903

    Edmund F Brennan
    United States Attorney
    501 I Street

Deputy Clerk