1 │ PRISON LAW OFFICE
    │ DONALD SPECTER (State Bar # 83925)
2 │ STEVE FAMA (State Bar # 99641)
    │ General Delivery
3 │ San Quentin, California 94964
    │ Telephone (415) 457-9144
4 │
    │ McCUTCHEN, DOYLE, BROWN & ENERSEN
5 │ WARREN GEORGE (State Bar # 53588)
    │ Three Embarcadero Center
6 │ San Francisco, California 94111
    │ Telephone (415) 393-2000
7 │
    │ ROSEN, BIEN & ASARO, LLP
8 │ MICHAEL W. BIEN (State Bar # 096891)
    │ SANFORD JAY ROSEN (State Bar # 062566)
9 │ THOMAS NOLAN (State Bar # 169692)
    │ 155 Montgomery Street, 8th Floor
10 │ San Francisco, California  94104
    │ Telephone (415) 433-6830
11 │
    │ HELLER, EHRMAN, WHITE & McAULIFFE
12 │ RICHARD L. GOFF (State Bar # 36377)
    │ 701 Fifth Avenue
13 │ Seattle, Washington 98104
    │ Telephone (206) 447-0900
14 │
15 │      Attorneys for Plaintiffs
16 │
17 │              IN THE UNITED STATES DISTRICT COURT
18 │
              EASTERN DISTRICT OF CALIFORNIA
19 │

20 │ RALPH COLEMAN,                    ) Case No. Civ. S 90-0520 LKK-JFM
                                        )
21 │         Plaintiff,                 ) **STIPULATION AND ORDER CONFIRMING**
                                        ) **PAYMENT OF UNDISPUTED ATTORNEYS'** FEES
    │ vs.                               ) **AND COSTS FOR THE FOURTH QUARTER OF**
22 │                                    ) **2000**
23 │ GRAY DAVIS, et al.,                )
                                        )
24 │         Defendants                 )
    │ ─────────────────────────────────

**FILED**

APR 2 7 2001

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIFORN
Y _____
          DEPUTY CLERK

LODGED

APR 2 0 2001

CLERK, U.S. DISTRICT COURT
ASTERN DISTRICT OF CALIF...
BY _____
          DEPUTY CLERK

ORIGINAL

1269

1    On March 19, 1996, the District Court established procedures by
2 which plaintiffs are to collect periodic attorneys' fees and costs
3 in this case in connection with their work monitoring defendants'
4 compliance with the Court's Orders and collecting fees.

5    Pursuant to these procedures, the parties have met and
6 conferred concerning fees and costs incurred by plaintiffs'
7 attorneys during the Fourth Quarter of 2000.

8    As a result of the meet and confer session, the parties are
9 able to agree to the payment of $89,107.57 in undisputed fees and
10 costs incurred during the Fourth Quarter of 2000. Attached hereto as
11 Exhibit A are charts setting forth the fees and expenses due and
12 owing on the Fourth Quarter of 2000.

13    WHEREFORE, IT IS CONFIRMED that $89,107.57 is due and
14 collectable as of 45 days from the date of entry of this order.
15 Daily interest runs from March 1, 2001 at the rate of 4.45%.

16

17

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|--------|---------------|----------------|-------------------------|
| $89,106.57 | 4.45% | $10.86 | March 1, 2001 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

21

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///

28

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE THIRD QUARTER 2000

1   IT IS SO ORDERED.

2   Dated: _4-2 5 - 0 1_

3                                           John F. Moulds, Magistrate Judge
                                            United States District Court

4

5   APPROVED AS TO FORM:

6                                           DATED: _4/20/01_

7   Jennifer Neill
    Deputy Attorney General
8   Attorney for Defendants

9

10                                          DATED: _4-17-01_

11  Thomas B. Nolan
    Rosen Bien & Asaro
12  Attorneys for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE THIRD QUARTER 2000

Recycled    Stock # EXA-10-B

# Coleman v. Wilson

Summary of Undisputed Fees
4th Quarter - October 1, 2000 through December 31, 2000

## Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 44.90 | 4.00 | 2.80 | 1.20 | 0.00 | 0.00 | 43.70 | $112.50 | $4,916.25 |
| Jane Kahn (JK) | 222.60 | 14.20 | 12.80 | 1.40 | 0.00 | 0.00 | 221.20 | 112.50 | 24,885.00 |
| Thomas Nolan (TN) | 85.30 | 4.50 | 3.50 | 1.00 | 0.00 | 0.00 | 84.30 | 112.50 | 9,483.75 |
| Shana J. Margolis (SJM) | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 112.50 | 168.75 |
| James I. Dye (JID) | 3.50 | 1.50 | 0.70 | 0.80 | 0.00 | 0.00 | 2.70 | 110.00 | 297.00 |
| Ashley B. Levy (ABL) | 127.20 | 45.80 | 18.00 | 8.30 | 19.50 | 0.00 | 118.90 | 100.00 | 11,890.00 |
| **TOTAL ROSEN BIEN & ASARO** | 485.00 | 70.00 | 37.80 | 12.70 | 19.50 | 0.00 | 472.30 | | $51,640.75 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 41.40 | 4.30 | 3.70 | 0.60 | 0.00 | 0.00 | 40.80 | $112.50 | $4,590.00 |
| Steven Fama (SF) | 29.50 | 2.30 | 2.30 | 0.00 | 0.00 | 0.00 | 29.50 | 112.50 | 3318.75 |
| Keith Wattley (KW) | 145.60 | 5.50 | 5.10 | 0.40 | 0.00 | 0.00 | 145.20 | 112.50 | 16335.00 |
| Bonnie Cash (BC) | 2.20 | 2.20 | 0.00 | 2.20 | 0.00 | 0.00 | 0.00 | 110.00 | 0.00 |
| **TOTAL PRISON LAW OFFICE** | 218.70 | 14.30 | 11.10 | 3.20 | 0.00 | 0.00 | 215.50 | | $24,243.75 |
| **Total Monitoring Claim - All Offices** | 703.70 | 84.30 | 48.90 | 15.90 | 19.50 | 0.00 | 687.80 | | $75,884.50 |

**Coleman v. Wilson**

Summary of Undisputed Fees
4th Quarter - October 1, 2000 through December 31, 2000

**Fees Work**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 1.10 | 0.90 | 0.80 | 0.10 | 0.00 | 0.00 | 1.00 | $112.50 | $112.50 |
| Thomas Nolan (TN) | 22.20 | 11.50 | 11.50 | 0.00 | 0.00 | 0.00 | 22.20 | 112.50 | 2,497.50 |
| Maríaka L. Willits (MLK) | 11.20 | 11.20 | 11.20 | 0.00 | 0.00 | 0.00 | 11.20 | 110.00 | 1,232.00 |
| Pamela Derrico (PD) | 42.30 | 10.60 | 3.10 | 7.50 | 0.00 | 0.00 | 34.80 | 110.00 | 3,828.00 |
| **TOTAL ROSEN BIEN & ASARO** | 76.80 | 34.20 | 26.60 | 7.60 | 0.00 | 0.00 | 69.20 | | $7,670.00 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | 110.00 | $583.00 |
| **TOTAL PRISON LAW OFFICE** | 5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | | $583.00 |
| **Total Fees Claim - All Offices** | 82.10 | 34.20 | 26.60 | 7.60 | 0.00 | 0.00 | 74.50 | | $8,253.00 |

## Coleman v. Wilson

**Undisputed 4th Quarterly Statement of 2000**
**October 1, 2000 through December 31, 2000**

### COSTS

*Matter: 489-3 (Monitoring)*

| ROSEN, BIEN & ASARO | Claimed Costs | | Undisputed Costs | |
|---|---|---|---|---|
| Photocopying (in-house @.20) | $ | 1,082.60 | $ | 1,082.60 |
| Photocopying (outside service) | $ | 341.03 | $ | 341.03 |
| Postage & Delivery | $ | 185.08 | $ | 185.08 |
| Telephone | $ | 31.89 | $ | 31.89 |
| Telefax | $ | 82.00 | $ | 82.00 |
| Travel | $ | 1,422.76 | $ | 1,187.96 |
| **TOTALS** | $ | **3,145.36** | $ | **2,910.56** |

| PRISON LAW OFFICE | | | | |
|---|---|---|---|---|
| Photocopying (in-house) | $ | 466.20 | $ | 466.20 |
| Postage & Delivery | $ | 284.18 | $ | 268.58 |
| Telephone | $ | 87.69 | $ | 87.69 |
| Telefax | $ | 99.00 | $ | 99.00 |
| Travel | $ | 855.57 | $ | 855.57 |
| **TOTALS** | $ | **1,792.64** | $ | **1,777.04** |
| **TOTAL MONITORING COSTS** | $ | **4,938.00** | $ | **4,687.60** |

*Matter: 489-5 (Monitoring Fees on Fees)*

| ROSEN, BIEN & ASARO | | | | |
|---|---|---|---|---|
| Photocopying (in-house @.20) | $ | 118.60 | $ | 118.60 |
| Photocopying (outside service) | $ | 76.82 | $ | 76.82 |
| Postage & Delivery | $ | 20.26 | $ | 20.26 |
| Westlaw | $ | 65.79 | $ | 65.79 |
| **TOTAL FEES COSTS** | $ | **281.47** | $ | **281.47** |

| **TOTAL COSTS** | **$ 5,219.47** | | **$ 4,969.07** | |
|---|---|---|---|---|

## DECLARATION OF SERVICE
(AG Mailroom)

Case Name: **Coleman v. Davis, et al.**                    No.: CIV S-90-0520 LKK JFM

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 20, 2001, I served the attached

**STIPULATION AND ORDER CONFIRMING PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2000**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

**Thomas Nolan, Esq.**
**Rosen, Bien & Asaro, LLP**
**155 Montgomery Street, 8th Floor**
**San Francisco, California 94104**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 20, 2001, at Sacramento, California.

| R. Wells | R. Wells |
|---|---|
| Typed Name | Signature |

United States District Court
for the
Eastern District of California
April 27, 2001


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  April 27, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                             CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Rochelle Corinne Holzmann
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


Jack L. Wagner, Clerk

BY: _____
        Deputy Clerk