

FILED

MAY 31 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                   No. CIV S-90-0520 LKK JFM P

       vs.

PETE WILSON, et al.,

       Defendants.                <u>ORDER</u>

_____/

       On December 11, 1995, this court entered an order referring this matter to a special master and directing that the special master's fees and expenses be borne by the defendants as part of the costs of this action. In the December 11, 1995 order, the court directed defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. By subsequent orders, the court has directed defendants to deposit additional interim payments totaling $7,500,000.00 with the Clerk of the Court. A significant amount of work remains to be done by the special master and additional funds are required to pay his fees and expenses.

       Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

1273

1. Within sixty days from the date of this order, defendants shall deposit with the Clerk of the Court a twentieth interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: May 30, 2001.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

```
              United States District Court
                        for the
                Eastern District of California
                      May 31, 2001


              * * CERTIFICATE OF SERVICE * *

                                        2:90-cv-00520

    Coleman

         v.

    Reagan
    _____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 31, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                          SJ/LKK
    Prison Law Office
    General Delivery                        CFS
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street, 8th Floor
    San Francisco, CA  94104

    Rochelle Corinne Holzmann
    Attorney General's Office
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-3664

    J Michael Keating Jr
    Little Bulman and Whitney
    72 Pine Street
    Providence, RI  02903

    Edmund F Brennan
    United States Attorney
    501 I Street, Suite 10-100
    Sacramento, CA  95814
```

Jack L. Wagner, Clerk

by: Deputy Clerk