

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,           No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.        ORDER

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of April 2001.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island  02903

the amount of $198,983.40 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: June _8_, 2001.

                                /s/ John F. Moulds
                                UNITED STATES MAGISTRATE JUDGE

/cole01.apr

1276

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,                :
    Plaintiffs,                       :
                                      :
v.                                    :   No. Civ. S-90 0520 LKK JFM P
                                      :
PETE WILSON, et al.,                  :
    Defendants                        :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through April 30, 2001.

    J. Michael Keating, Jr., Master
        Services                    $ 14,595.00
        Disbursements               949.33

        Total amount due                     $ 15,544.33

    Norma P. D'Apolito, J.D.
        Services                    $ 13,130.00
        Disbursements                  0

        Total amount due                     $ 13,130.00

    Matthew A. Lopes, Jr., J.D.
        Services                    $ 11,577.50
        Disbursements            11,058.67

        Total amount due                     $ 22,636.17

    Paul Nicoll, M.A.P.A.
        Services                    $ 15,340.00
        Disbursements                  0

        Total amount due                     $ 15,340.00

    Kerry C. Hughes, M.D.
        Services                    $ 21,968.75
        Disbursements             4,338.14

        Total amount due                     $ 26,306.89

    Kory Knapke, M.D.
        Services                    $ 14,312.50
        Disbursements             1,889.68

        Total amount due                     $ 16,202.18

    Patricia Murphy Williams, J.D.
        Services                    $ 11,752.00
        Disbursements             $   807.41

        Total amount due                     $ 12,559.41

| | | |
|---|---|---|
| Jeffrey Metzner, M.D., P.C. | | |
|    Services | $ 25,525.00 | |
|    Disbursements | $ 3,487.27 | |
|       Total amount due | | $ 29,012.27 |
| Virginia Morrison, Esq. | | |
|    Services | $ 9,815.75 | |
|    Disbursements | $ 849.59 | |
|       Total amount due | | $ 10,665.34 |
| George D. Herron | | |
|    Services | $ 5,251.25 | |
|    Disbursements | $ 422.18 | |
|       Total amount due | | $ 5,673.43 |
| Melissa G. Warren, Ph.D. | | |
|    Services | $ 9,907.50 | |
|    Disbursements | $ 491.90 | |
|       Total amount due | | $ 10,399.40 |
| Barbara Cotton | | |
|    Services | $ 1,105.00 | |
|    Disbursements | $ 45.79 | |
|       Total amount due | | $ 1,150.79 |
| Dennis F. Koson, M.D. | | |
|    Services | $ 16,450.00 | |
|    Disbursements | $ 3,913.19 | |
|       Total amount due | | $ 20,363.19 |
| **TOTAL AMOUNT TO BE REIMBURSED** | | **$198,983.40** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

J. Michael Keating, Jr.
Special Master

```
                United States District Court
                          for the
                 Eastern District of California
                       June 11, 2001
```

## * * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

 v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 11, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                        SJ/LKK
    Prison Law Office
    General Delivery                      CF/JFM
    San Quentin, CA  94964
                                          FINANCIAL
    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Rochelle Corinne Holzmann
    Attorney General's Office of the State of California
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664

    J Michael Keating Jr
    Little Bulman and Whitney
    72 Pine Street
    Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk