**FILED**

JUN 1 5 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,           No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.          ORDER

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of May 2001.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $229,389.26 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: June 14, 2001.

                                     UNITED STATES MAGISTRATE JUDGE

/cole01.may

1277

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al., :
     Plaintiffs, :
      :
v. : No. Civ. S-90-0520 LKK JFM P
      :
PETE WILSON, et al., :
     Defendants :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through May 31, 2001.

    J. Michael Keating, Jr., Master
        Services                    $ 24,108.00
        Disbursements              2,538.36

        Total amount due                       $ 26,646.36

    Norma P. D'Apolito, J.D.
        Services                    $ 13,468.00
        Disbursements                    0

        Total amount due                       $ 13,468.00

    Matthew A. Lopes, Jr., J.D.
        Services                    $ 18,466.25
        Disbursements              9,480.59

        Total amount due                       $ 27,946.84

    Paul Nicoll, M.A.P.A.
        Services                    $ 17,416.00
        Disbursements                    0

        Total amount due                       $ 17,416.00

    Kerry C. Hughes, M.D.
        Services                    $ 10,010.00
        Disbursements              1,999.82

        Total amount due                       $ 12,009.82

    Kory Knapke, M.D.
        Services                    $ 12,062.50
        Disbursements                982.10

        Total amount due                       $ 13,044.60

    Virginia Morrison, Esq.
        Services                    $ 16,587.00
        Disbursements              $ 1,696.89

        Total amount due                       $ 18,283.89

```
Stephen M. Denoy, PT/OMT/AAOMPT
     Services                      $  5,980.00
     Disbursements                 $     30.00

          Total amount due                              $   6,010.00

Barbara Cotton
     Services                      $  8,482.50
     Disbursements                 $    859.45

          Total amount due                              $   9,341.95

Dennis F. Koson, M.D.
     Services                      $ 18,912.50
     Disbursements                 $  2,494.01

          Total amount due                              $  21,406.51

Raymond F. Patterson, M.D., P.C.
     Services                      $  8,606.25
     Disbursements                 $  1,677.12

          Total amount due                              $  10,283.37

Donna Brorby, J.D.
     Services                      $ 50,918.50
     Disbursements                 $  2,613.42

          Total amount due                              $  53,531.92


     TOTAL AMOUNT TO BE REIMBURSED                       $229,389.26
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

```
              United States District Court
                        for the
              Eastern District of California
                     June 15, 2001


              * * CERTIFICATE OF SERVICE * *


                                    2:90-cv-00520


    Coleman

        v.

    Reagan


    _____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 15, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                         CF/JFM
        Prison Law Office
        General Delivery                       CFS
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Rochelle Corinne Holzmann
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI  02903

        Edmund F Brennan
        United States Attorney
        501 I Street
        Suite 10-100
        Sacramento, CA  95814
```

Jack L. Wagner, Clerk

*Ximena-Sanchez*
by: Deputy Clerk