

FILED
JUN 27 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On May 14, 2001, the special master filed his seventh monitoring report on defendants' compliance with plans, policies and protocols provisionally approved by this court. At page 195 of the report the special master makes two recommendations for further court orders. Neither party has filed objections to the recommendations. Good cause appearing, they will be adopted in full.

        On May 23, 2001, the special master filed a report on program bed space and revised recommendations on access to mental health crisis beds. Included in the report are several specific recommendations for court orders directing certain further action by defendants. On June 4, 2001, defendants filed a document styled "Objections, Comments, and Clarifications to the Special Master's Report on Program Bed Space and Revised Recommendations on Access to Mental Health Crisis Beds." The document does not contain any objections to the special

master's specific recommendations. Good cause appearing, those recommendations will be adopted in full.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants shall identify and track "psych and return" transfers from the Department of Mental Health acute care program at California Medical Facility to Deuel Vocational Institution (DVI), California Training Facility (CTF), California Reception Center (CFC), California Substance Abuse Treatment Facility (CSATF), Salinas Valley State Prison (SVSP) and California State Prison/Los Angeles County (CSP/LAC) and transfer of enhanced outpatient program inmates to administrative segregation units in SVSP and CSP/LAC in a log that will facilitate follow-up treatment and monitoring. Defendants shall forthwith develop and implement the log, which shall be adjusted after each monitoring round to reflect institutional progress or regression.

2. Defendants shall report to the court every six months on the progress of all outstanding construction projects for the enhancement of programming and office space for the mental health services delivery system.

3. Within ten days of completion of the budget process relative to program staffing issues discussed in the special master's report filed May 23, 2001, defendants shall file and serve a report to the court on the outcome of said process. Defendants shall specifically inform the court whether the budget items identified on page 19 of the special master's report were approved or denied, in whole or in part.

4. On or before July 6, 2001, defendants shall submit to the parties and to the special master the Department of Mental Health inpatient bed usage study and needs assessment.

5. Within ten days from the date of this order defendants shall inform the court of the execution of the contract for services between the California Department of Corrections (CDC) and the Department of Mental Health for the provision of inpatient acute and intermediate mental health care to CDC inmates and shall submit a copy of the agreement together with the

1 | memorandum of understanding that defines the terms under which contracted services will be
2 | furnished.
3 |     6. Defendants shall work with DVI, CTF, California Correctional Institution
4 | (CCI), and San Quentin (SQ) to develop and implement within sixty days an expedited process to
5 | transfer inmates referred to a mental health crisis bed level of care to facilities with the required
6 | level of care within 24 hours.
7 | DATED: June 27, 2001.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

11 | /coleman.7o

bd

United States District Court
for the
Eastern District of California
June 27, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 27, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

SJ/LKK

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Rochelle Corinne Holzmann
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA 95814

Jack L. Wagner, Clerk

by /s/ Deputy Clerk