FILED
JUL 23 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY C....

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

       Defendants.           <u>ORDER</u>

_____/

       The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of June 2001.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $193,179.84 in accordance with the attached statement; and

       2. A copy of this order shall be served on the financial department of this court.

DATED: July 20, 2001.

                                                                                _____
                                                                             UNITED STATES MAGISTRATE JUDGE

/cole01.jun

1283

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF CALIFORNIA
```

RALPH COLEMAN, et al.,       :
    Plaintiffs,              :
                             :
v.                           :       No. Civ. S-90-0520 LKK JFM P
                             :
PETE WILSON, et al.,         :
    Defendants               :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through May 31, 2001.

```
    J. Michael Keating, Jr., Master
        Services                    $ 26,656.50
        Disbursements                  2,882.98

            Total amount due                            $ 29,539.48

    Norma P. D'Apolito, J.D.
        Services                    $ 13,065.00
        Disbursements                          0

            Total amount due                            $ 13,065.00

    Matthew A. Lopes, Jr., J.D.
        Services                    $ 11,555.00
        Disbursements                  4,625.09

            Total amount due                            $ 16,180.09

    Paul Nicoll, M.A.P.A.
        Services                    $  9,552.50
        Disbursements                          0

            Total amount due                            $  9,552.50

    Kerry C. Hughes, M.D.
        Services                    $ 14,600.00
        Disbursements                  2,432.50

            Total amount due                            $ 17,032.50

    Kory Knapke, M.D.
        Services                    $ 13,437.50
        Disbursements                  1,002.71

            Total amount due                            $ 14,440.21

    Virginia Morrison, Esq.
        Services                    $  2,496.00
        Disbursements               $          0

            Total amount due                            $  2,496.00
```

```
Stephen M. Denoy, PT/OMT/AAOMPT
     Services                       $  1,690.00
     Disbursements                  $     30.00

          Total amount due                              $  1,720.00

Barbara Cotton
     Services                       $ 13,097.50
     Disbursements                  $  1,565.40

          Total amount due                              $ 14,662.90

Dennis F. Koson, M.D.
     Services                       $ 10,925.00
     Disbursements                  $  1,122.56

          Total amount due                              $ 12,047.56

Raymond F. Patterson, M.D., P.C.
     Services                       $  6,093.75
     Disbursements                  $    807.15

          Total amount due                              $  6,900.90

Donna Brorby, J.D.
     Services                       $  7,886.00
     Disbursements                  $    192.18

          Total amount due                              $  8,078.18

Patricia Murphy Williams, J.D.
     Services                       $ 11,973.50
     Disbursements                  $  1,813.98

          Total amount due                              $ 13,787.48

George D. Herron
     Services                       $  8,125.00
     Disbursements                  $    207.32

          Total amount due                              $  8,332.32

Jeffrey L. Metzner, M.D.
     Services                       $ 21,243.75
     Disbursements                  $  4,100.97

          Total amount due                              $ 25,344.72


     TOTAL AMOUNT TO BE REIMBURSED                      $193,179.84
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

```
                United States District Court
                          for the
                 Eastern District of California
                       July 23, 2001
```

## * * CERTIFICATE OF SERVICE * *

```
                                        2:90-cv-00520
```

Coleman

    v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  July 23, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     Donald Specter                           CF/JFM
     Prison Law Office
     General Delivery
     San Quentin, CA   94964

     Michael W Bien
     Rosen Bien and Asaro
     155 Montgomery Street
     Eighth Floor
     San Francisco, CA   94104

     Rochelle Corinne Holzmann
     Attorney General's Office
     455 Golden Gate Avenue
     Suite 11000
     San Francisco, CA   94102-3664

     J Michael Keating Jr
     Little Bulman and Whitney
     72 Pine Street
     Providence, RI   02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

							Jack L. Wagner, Clerk

						BY: _____
							Deputy Clerk