

1  PRISON LAW OFFICE
   DONALD SPECTER Bar No. 83925
2  STEVE FAMA Bar No. 99641
   San Quentin, California 94964
3  Telephone (415) 457-9144

4  McCUTCHEN, DOYLE, BROWN & ENERSEN
   WARREN GEORGE Bar No. 53588
5  Three Embarcadero Center
   San Francisco, California 94111
6  Telephone (415) 393-2000

7  ROSEN, BIEN & ASARO, LLP
   MICHAEL W. BIEN Bar No. 096891
8  THOMAS NOLAN Bar No. 169692
   155 Montgomery Street, 8th Floor
9  San Francisco, California 94104
   Telephone (415) 433-6830
10
   HELLER, EHRMAN, WHITE & McAULIFFE
11 RICHARD L. GOFF Bar. No. 36377
   701 Fifth Avenue
12 Seattle, Washington 98104
   Telephone (206) 447-0900
13
   Attorneys for Plaintiffs
14

**FILED**
JUL 30 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**LODGED**
JUL 24 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

19
20  RALPH COLEMAN, et al.,                )  Case No. Civ. S 90-0520 LKK-JFM
                                          )
          Plaintiffs,                     )  STIPULATION AND [PROPOSED]
21                                        )  ORDER REGARDING MOTION TO
    Vs.                                   )  COMPEL FIRST QUARTER 2001 FEES
22                                        )  AND COSTS AND MOTION TO SET
    PETE WILSON, et al.,                  )  RATES FOR 2001
23                                        )
          Defendants                      )  Date:  No Hearing Requested
24                                        )  Time:  No Hearing Requested
                                             Magistrate Judge John F. Moulds
25  _____

26       On March 19, 1996, the District Court established a procedure by which plaintiffs are to

27  collect attorneys' fees in connection with monitoring of defendants' compliance with the Court's

28  orders. See Stipulation and Order For Periodic Collection of Attorney's Fees and Costs, filed

March 19, 1996 ("Periodic Fees Order").

This procedure provides that: "If defendants opposed any billing rates, plaintiffs will bring a motion to compel on this issue following the first quarterly statement of each year." March 19, 1996 Periodic Fees Order at ¶ 4. Defendants have disputed plaintiffs' proposed 2001 billing rates on grounds solely relating to the application of the Prison Litigation Reform Act to fees in this case. Defendants contend that plaintiffs' proposed paralegal rates of between $80 and $110 per hour for this case are excessive under the PLRA and that defendants should not be require to pay more than $52.50 per hour for paralegals. Defendants also object to the hourly rate of $100 sought by plaintiffs for law student/law clerk work on the case. However, as there is no law clerk time being sought by plaintiffs for the first quarter of 2001, both parties agree to reserve the law clerk issue until when and if there is a quarter in which such time is sought by plaintiffs or else for any annual motion to compel for 2001. Plaintiffs intend to bring a motion to confirm their already established paralegal rates for 2001.

Defendants also contend that they are not required to pay plaintiffs for fees incurred in the collection of fees due to the application of the PLRA to this case. These PLRA issues (except for the law clerk issue) were litigated and decided by this Court and the District Court in connection with plaintiffs' November 1999 Motion to Compel Fees and Costs for the Second Quarter of 1999 and to Set 1999 Rates. This Court ruled in plaintiffs' favor on these issues in July 17, 2000 Findings and Recommendations that were later adopted in full by the District Court in an August 28, 2000 Order. Defendants filed an appeal from the District Court Order, but their appeal was dismissed because their notice of appeal was untimely. Plaintiffs believe that as a consequence, these issues are finally decided for this case and that re-litigation of these issues is barred by principles of law of the case and res judicata. Defendants, on the other hand, assert that any order awarding fees or setting rates for this year would constitute a new, separately appealable order, and that because each quarterly order is separate, any issue previously litigated and decided in a fees motion can be re-litigated. As to the issue of fees incurred in the collection of fees, plaintiffs intend to bring an extraordinary motion to compel fees and costs for the first quarter of 2001, pursuant to ¶ 5 of the Periodic Fees Order, in order to resolve this issue.

1  Finally, defendants contest plaintiffs' claimed costs relating to mental health reference
2  materials/reporters. Plaintiffs contend that this issue was already decided by this Court in its July
3  15, 2000 Findings and Recommendations concerning plaintiffs' motion for an award of interim
4  attorneys' Fees and Costs (later adopted by the District Court in a 8/28/01 Order). See July 15,
5  2000 Findings at 8. Defendants did not appeal this finding.
6  The parties first met and conferred concerning first quarter 2001 fees on June 27, 2001, and
7  held follow-up meeting on several issues on June 29 and July 11, 2001. The parties agree that these
8  issues are appropriate for resolution through a combined extraordinary quarterly motion to compel
9  first quarter 2001 fees and costs, and a motion to set 2001 rates.
10  Because of the press of business and because of previously scheduled vacations, the parties
11  have met and agreed to jointly propose the schedule below for the motion to compel.
12  THEREFORE, the parties stipulate and agree as follows:
13  1. Plaintiffs may timely file their motion to compel concerning 2001 rates and
14  concerning disputed fees from the First Quarterly Statement of 2001 up to an including August 17,
15  2001.
16  2. Defendants may timely file their opposition to plaintiffs' motion to compel no
17  later September 14, 2001.
18  3. Plaintiffs may timely file their reply in support of the motion to compel no
19  later than September 28, 2001.
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1 | 4. The parties agree to submit this matter to the Court on the papers without a
2 | hearing.

3

4 | DATED: 7/23/01          By: *Thomas B. Nolan*
5 | THOMAS B. NOLAN
    ROSEN, BIEN & ASARO
6 | Attorney for Plaintiffs

7

8 | DATED: 7/24/01          By: *Jennifer Neill*

9 | JENNIFER A. NEILL
    DEPUTY ATTORNEY GENERAL
    Attorney for Defendants

10

11

12 | IT IS SO ORDERED.

13 | DATED: 7-27-01

14 | JOHN F. MOULDS, MAGISTRATE JUDGE
     UNITED STATES DISTRICT COURT

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Ralph Coleman, et al., v. Pete Wilson, et al.,**

No.:    **USCDC-Eastern District CIV S 90-0520 LKK JFM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On _July 24, 2001_, I served the attached **STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL FIRST QUARTER 2001 FEES AND COSTS AND MOTION TO SET RATES FOR 2001** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

**THOMAS NOLAN
ROSEN, BIEN & ASARO, LLP
155 MONTGOMERY STREET, 8TH FLOOR
SAN FRANCISCO, CA 94104**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 24, 2001, at Sacramento, California.

| S. RODRIGUEZ | *[signature]* S. Rodriguez |
|---|---|
| Declarant | Signature |

```
                 United States District Court
                           for the
                  Eastern District of California
                        July 30, 2001


                  * * CERTIFICATE OF SERVICE * *


                                        2:90-cv-00520


     Coleman

          v.

     Reagan


_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 30, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Donald Specter                        CF/JFM
          Prison Law Office
          General Delivery
          San Quentin, CA   94964

          Michael W Bien
          Rosen Bien and Asaro
          155 Montgomery Street
          Eighth Floor
          San Francisco, CA   94104

          Rochelle Corinne Holzmann
          Attorney General's Office
          455 Golden Gate Avenue
          Suite 11000
          San Francisco, CA   94102-3664

          J Michael Keating Jr
          Little Bulman and Whitney
          72 Pine Street
          Providence, RI   02903
```

```
Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814
```

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk