ORIGINAL

1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  STEVE FAMA (State Bar # 99641)
   General Delivery
3  San Quentin, California 94964
   Telephone (415) 457-9144
4
   McCUTCHEN, DOYLE, BROWN & ENERSEN
5  WARREN GEORGE (State Bar # 53588)
   Three Embarcadero Center
6  San Francisco, California 94111
   Telephone (415) 393-2000
7
8  ROSEN, BIEN & ASARO, LLP
   MICHAEL W. BIEN (State Bar # 096891)
9  SANFORD JAY ROSEN (State Bar # 062566)
   THOMAS NOLAN (State Bar # 169692)
10 155 Montgomery Street, 8th Floor
   San Francisco, California  94104
11 Telephone (415) 433-6830

12 HELLER, EHRMAN, WHITE & McAULIFFE
   RICHARD L. GOFF (State Bar # 36377)
13 701 Fifth Avenue
   Seattle, Washington 98104
14 Telephone (206) 447-0900

15 Attorneys for Plaintiffs

**FILED**

AUG 2 2 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**LODGED**

JUL 2 4 2001

CLERK, U.S. DISTICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

17          IN THE UNITED STATES DISTRICT COURT

                 EASTERN DISTRICT OF CALIFORNIA

19 RALPH COLEMAN,                    ) Case No. Civ. S 90-0520 LKK-JFM
                                     )
20        Plaintiff,                 ) STIPULATION AND [PROPOSED] ORDER
                                     ) CONFIRMING UNDISPUTED ATTORNEYS' FEES
21 vs.                               ) AND COSTS FOR THE FIRST QUARTER OF
                                     ) 2001
22 GRAY DAVIS, et al.,               )
                                     )
23        Defendants                 )
                                     )
24 _____

28                                   STIPULATION AND PROPOSED ORDER
                                     CONFIRMING  PAYMENT OF UNDISPUTED
                                     FEES & COSTS FOR THE FIRST QUARTER
                                     OF 2001
489\5\PLEADING
1St Qtr 2001

1292

1  On March 19, 1996, the District Court established procedures by
2  which plaintiffs are to collect periodic attorneys' fees and costs
3  in this case in connection with their work monitoring defendants'
4  compliance with the Court's Orders and collecting fees.

5  Pursuant to these procedures, the parties have met and
6  conferred concerning fees and costs incurred by plaintiffs'
7  attorneys during the First Quarter of 2001.

8  As a result of the meet and confer session, the parties are
9  able to agree to the payment of $83,626.62 in undisputed fees and
10  costs incurred during the First Quarter of 2001. Attached hereto as
11  Exhibit A are charts setting forth the fees and expenses due and
12  owing on the First Quarter of 2001.

13  The parties plan to litigate the issue of whether plaintiffs
14  are entitled to claimed paralegal rates of $80-110 per hour.
15  Defendants object to plaintiffs' claimed rates for 2001 on the
16  grounds that the PLRA limits such fees to $52.50 per hour.
17  Defendants also object to plaintiffs' claim for fees incurred in the
18  collection of fees on the grounds that the PLRA forbids such fees.
19  Defendants have agreed to pay the fees claimed by plaintiffs in
20  these two areas notwithstanding defendants' objections.  However,
21  defendants hereby reserve their right to recoup any fees paid from
22  this quarter for paralegals above the $52.50 level, any fees paid
23  from this quarter for plaintiffs work on fees issues, and costs for
24  mental health reference materials, should defendants ultimately
25  prevail on the respective issue in the litigation concerning 2001
26  rates and the First Quarter 2001 Motion to Compel.

27  WHEREFORE, IT IS CONFIRMED that $83,626.62 is due and

28

1  collectable as of 45 days from the date of entry of this order.

2  Daily interest runs from June 1, 2001 at the rate of  3.67%.

3

4

5  | Amount | Interest Rate | Daily Interest | Interest Began Accruing |
   |--------|---------------|----------------|-------------------------|
6  | $83,626.62 | 3.67% | $8.41 | June 1, 2001 |

7  (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

8

9  IT IS SO ORDERED.

10  Dated: _August 20, 2001_

11                                    John F. Moulds, Magistrate Judge
                                      United States District Court

12

13  APPROVED AS TO FORM:

14                                    DATED: 7.24.01

15  Jennifer Neill
16  Deputy Attorney General
   Attorney for Defendants

17

18                                    DATED: 7-23-01

19  Thomas B. Nolan
20  Rosen Bien & Asaro
   Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONFIRMING
PAYMENT OF UNDISPUTED FEES & COSTS
FOR THE FIRST QUARTER 2001

## Coleman v. Wilson

### Summary of Undisputed Fees
### 1st Quarter - January 1, 2001 through March 31, 2001

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Monitoring Work Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 65.90 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 64.90 | $112.50 | $ 7,301.25 |
| Jane Kahn (JK) | 232.70 | 10.00 | 8.70 | 1.10 | 0.20 | 0.00 | 231.50 | 112.50 | 26,043.75 |
| Thomas Nolen (TN) | 108.20 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 108.00 | 112.50 | 12,150.00 |
| Ravi K. Batista (RKB) | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 112.50 | 225.00 |
| James I. Dye (JID) | 4.60 | 0.10 | 0.00 | 0.00 | 0.10 | 0.00 | 4.55 | 110.00 | 500.50 |
| Jacqueline Hollar (JH) | 12.60 | 4.00 | 0.00 | 1.50 | 2.50 | 0.00 | 9.85 | 100.00 | 985.00 |
| Ashley B. Levy (ABL) | 113.80 | 20.70 | 9.50 | 4.90 | 6.30 | 0.00 | 105.75 | 80.00 | 8,460.00 |
| **TOTAL ROSEN BIEN & ASARO** | **539.80** | **39.00** | **21.20** | **8.70** | **9.10** | **0.00** | **526.55** | | **$ 55,665.50** |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 37.70 | 2.50 | 2.00 | 0.00 | 0.50 | 0.00 | 37.45 | $112.50 | $ 4,213.13 |
| Steven Fama (SF) | 36.80 | 11.10 | 10.60 | 0.50 | 0.10 | 0.00 | 36.30 | 112.50 | 4,083.75 |
| Keith Wattley (KW) | 67.20 | 2.30 | 1.90 | 5.25 | 0.10 | 0.00 | 66.85 | 112.50 | 7,520.63 |
| Carole Lamanna (CL) | 5.25 | 5.25 | 0.00 | 5.25 | 0.00 | 0.00 | 0.00 | 110.00 | - |
| Edie DeGraff (ED) | 0.90 | 0.40 | 0.00 | 0.00 | 0.40 | 0.00 | 0.70 | 110.00 | 77.00 |
| **TOTAL PRISON LAW OFFICE** | **147.85** | **21.55** | **14.50** | **6.05** | **1.00** | **0.00** | **141.30** | | **$ 15,894.50** |
| **Total Monitoring Claim - All Offices** | **687.65** | **60.55** | **35.70** | **14.75** | **10.10** | **0.00** | **667.85** | | **$71,560.00** |

# Coleman v. Wilson

## Summary of Undisputed Fees
### 1st Quarter - January 1, 2001 through March 31, 2001

### Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 3.20 | 0.30 | 0.00 | 0.30 | 0.00 | 0.00 | 2.90 | $112.50 | $ 326.25 |
| Thomas Nolan (TN) | 22.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.80 | 112.50 | 2,565.00 |
| faraka L. Willis (MLK) | 4.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.40 | 112.50 | 495.00 |
| Pamela Derrico (PD) | 30.90 | 2.80 | 0.20 | 2.60 | 0.00 | 0.00 | 28.30 | 110.00 | 3,113.00 |
| Jacqueline Hollar (JH) | 2.90 | 2.80 | 0.60 | 1.20 | 1.00 | 0.00 | 1.20 | 100.00 | 120.00 |
| Ashley B. Levy (ABL) | 0.20 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 80.00 | - |
| **TOTAL ROSEN BIEN & ASARO** | **64.40** | **6.10** | **0.80** | **4.30** | **1.00** | **0.00** | **59.60** | | **$ 6,619.25** |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 110.00 | 605.00 |
| **TOTAL PRISON LAW OFFICE** | **5.50** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **5.50** | | **$ 605.00** |
| **Total Fees Claim - All Offices** | **69.90** | **6.10** | **0.80** | **4.30** | **1.00** | **0.00** | **65.10** | | **$ 7,224.25** |

**Coleman v. Wilson**

Summary of Undisputed Fees

1st Quarter - January 1, 2001 through March 31, 2001

Monitoring Fees at Reduced Paralegal Rate of $52.50 asserted by Defendants

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Monitoring Work Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Owing at Defendant's Proposed Rate |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 65.90 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 64.90 | $112.50 | $ 7,301.25 |
| Jane Kahn (JK) | 232.70 | 10.00 | 8.70 | 1.10 | 0.20 | 0.00 | 231.50 | 112.50 | 26,043.75 |
| Thomas Nolan (TN) | 108.20 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 108.00 | 112.50 | 12,150.00 |
| Ravit K. Batista (RKB) | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 112.50 | 225.00 |
| James I. Dye (JID) | 4.60 | 0.10 | 0.00 | 0.00 | 0.10 | 0.00 | 4.55 | 52.50 | 238.88 |
| Jacqueline Hollar (JH) | 12.60 | 4.00 | 0.00 | 1.50 | 2.50 | 0.00 | 9.85 | 52.50 | 517.13 |
| Ashley B. Levy (ABL) | 113.80 | 20.70 | 9.50 | 4.90 | 6.30 | 0.00 | 105.75 | 52.50 | 5,551.88 |
| **TOTAL ROSEN BIEN & ASARO** | 539.80 | 39.00 | 21.20 | 8.70 | 9.10 | 0.00 | 526.55 | | $ 52,027.88 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 37.70 | 2.50 | 2.00 | 0.00 | 0.50 | 0.00 | 37.45 | $112.50 | 4,213.13 |
| Steven Fama (SF) | 36.80 | 11.10 | 10.60 | 0.50 | 0.00 | 0.00 | 36.30 | 112.50 | 4,083.75 |
| Keith Wattley (KW) | 67.20 | 2.30 | 1.90 | 0.30 | 0.10 | 0.00 | 66.85 | 112.50 | 7,520.63 |
| Carole Lamanna (CL) | 5.25 | 5.25 | 0.00 | 5.25 | 0.00 | 0.00 | 0.00 | 52.50 | - |
| Edie DeGraff (ED) | 0.90 | 0.40 | 0.00 | 0.00 | 0.40 | 0.00 | 0.70 | 52.50 | 36.75 |
| **TOTAL PRISON LAW OFFICE** | 147.85 | 21.55 | 14.50 | 6.05 | 1.00 | 0.00 | 141.30 | | $ 15,854.25 |
| **Total Monitoring Claim - All Offices** | 687.65 | 60.55 | 35.70 | 14.75 | 10.10 | 0.00 | 667.85 | | $ 67,882.13 |

## Coleman v. Wilson

Summary of Undisputed Fees
1st Quarter - January 1, 2001 through March 31, 2001
Monitoring Fees at Reduced Paralegal Rate of $52.50 asserted by Defendants

**Fees Work**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Owing at Defendants' Proposed Rate |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 3.20 | 0.30 | 0.00 | 0.30 | 0.00 | 0.00 | 2.90 | $112.50 | $    326.25 |
| Thomas Nolan (TN) | 22.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.80 | $112.50 | $ 2,565.00 |
| Maraka L. Willits (MLK) | 4.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.40 | $112.50 | $    495.00 |
| Pamela Derrico (PD) | 30.90 | 2.80 | 0.20 | 2.60 | 0.00 | 0.00 | 28.30 | $52.50 | $ 1,485.75 |
| Jacqueline Hollar (JH) | 2.90 | 2.80 | 0.60 | 1.20 | 1.00 | 0.00 | 1.20 | $52.50 | $      63.00 |
| Ashley B. Levy (ABL) | 0.20 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | $52.50 | $        — |
| **TOTAL ROSEN BIEN & ASARO** | 64.40 | 6.10 | 0.80 | 4.30 | 1.00 | 0.00 | 59.60 | | $ 4,935.00 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | $52.50 | $    288.75 |
| **TOTAL PRISON LAW OFFICE** | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | | $    288.75 |
| **Total Fees Claim - All Offices** | 69.90 | 6.10 | 0.80 | 4.30 | 1.00 | 0.00 | 65.10 | | $ 5,223.75 |

1st qtr-Undisputed - reduced paralegal rate

## Coleman v. Wilson

**Undisputed 1st Quarterly Statement of 2001**
**January 1, 2001 through March 31, 2001**

**COSTS**

**Matter: 489-3 (Monitoring)**

| | Claimed Costs | Disputed Costs | Undisputed Costs |
|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | |
| Photocopying (in-house @.20) | $ 1,067.68 | $ - | $ 1,067.68 |
| Photocopying (outside service) | $ 504.50 | $ - | $ 504.50 |
| Postage & Delivery | $ 268.85 | $ - | $ 268.85 |
| Psychopharmacology Desktop Reference | $ 169.00 | $ 169.00 | $ - |
| Telephone | $ 53.92 | $ - | $ 53.92 |
| Telefax | $ 82.00 | $ - | $ 82.00 |
| Civic Research Institute-Reports | $ 238.90 | $ 238.90 | $ - |
| Westlaw | $ 86.09 | $ - | $ 86.09 |
| Travel | $ 776.48 | $ - | $ 776.48 |
| **TOTALS** | $ 3,247.42 | $ 407.90 | $ 2,839.52 |
| | | | |
| **PRISON LAW OFFICE** | | | |
| Photocopying (in-house) | $ 360.40 | $ - | $ 360.40 |
| Postage & Delivery | $ 375.98 | $ - | $ 375.98 |
| Translation-Spanish Correspondence | $ 245.70 | $ - | $ 122.85 * |
| Telephone | $ 93.09 | $ - | $ 93.09 |
| Telefax | $ 275.00 | $ - | $ 275.00 |
| Travel | $ 363.62 | $ - | $ 363.62 |
| **TOTALS** | $ 1,713.79 | $ - | $ 1,590.94 |
| | | | |
| **TOTAL MONITORING COSTS** | $ 4,961.21 | $ 407.90 | $ 4,430.46 |

**Matter: 489-5 (Monitoring Fees on Fees)**

| | Claimed Costs | Disputed Costs | Undisputed Costs |
|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | |
| Photocopying (in-house @.20) | $ 79.00 | $ - | $ 79.00 |
| Photocopying (outside service) | $ 62.73 | $ - | $ 62.73 |
| Postage & Delivery | $ 110.47 | $ - | $ 110.47 |
| Telefax | $ 7.00 | $ - | $ 7.00 |
| Westlaw | $ 152.71 | $ - | $ 152.71 |
| **TOTAL FEES COSTS** | $ 411.91 | $ - | $ 411.91 |
| | | | |
| **TOTAL COSTS** | $ 5,373.12 | $ 407.90 | $ 4,842.37 |

* 50/50 Split

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ralph Coleman, et al., v. Gray Davis, et al.,**

No.:         **USCDC-Eastern District CIV S 90-0520 LKK-JFM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 24, 2001</u>, I served the attached **STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2001** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

**THOMAS NOLAN
ROSEN, BIEN & ASARO, LLP
155 MONTGOMERY STREET, 8TH FLOOR
SAN FRANCISCO, CA 94104**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 24, 2001, at Sacramento, California.

|                          |                          |
|:------------------------:|:------------------------:|
| S. RODRIGUEZ             | _S. Rodriguez_           |
| Declarant                | Signature                |

mm1

United States District Court
for the
Eastern District of California
August 22, 2001


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  August 22, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

<table>
<tr><td>Donald Specter<br>Prison Law Office<br>General Delivery<br>San Quentin, CA  94964</td><td>SJ/LKK<br><br>CF/JFM</td></tr>
</table>

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street, 8th Floor
San Francisco, CA  94104

Rochelle Corinne Holzmann
Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk


by: Deputy Clerk