**FILED**
AUG 28 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                   No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.               ORDER

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of July 2001.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $117,957.19 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: August 27, 2001.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

/cole01.jul

1293

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.                                   No. Civ. S-90-0520 LKK JFM P

PETE WILSON, et al.,
    Defendants

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through July 31, 2001.

    J. Michael Keating, Jr., Master
        Services                      $ 28,362.00
        Disbursements                4,617.29

        Total amount due                            $ 32,979.29

    Matthew A. Lopes, Jr., J.D.
        Services                      $ 9,050.00
        Disbursements                3,962.72

        Total amount due                            $ 13,012.72

    Paul Nicoll, M.A.P.A.
        Services                      $ 9,703.00
        Disbursements                      0

        Total amount due                            $ 9,703.00

    Kerry C. Hughes, M.D.
        Services                      $ 9,962.50
        Disbursements                3,085.61

        Total amount due                            $ 13,048.11

    Kory Knapke, M.D.
        Services                      $ 4,362.50
        Disbursements                  500.71

        Total amount due                            $ 4,863.21

    Barbara Cotton
        Services                      $ 3,087.50
        Disbursements                $ 245.56

        Total amount due                            $ 3,333.06

    Dennis F. Koson, M.D.
        Services                      $ 5,725.00
        Disbursements                $ 933.10

        Total amount due                            $ 6,658.10

```
Raymond F. Patterson, M.D., P.C.
        Services               $  7,900.00
        Disbursements          $  1,250.83

        Total amount due                       $  9,150.83

Donna Brorby, J.D.
        Services               $ 14,856.00
        Disbursements          $    848.72

        Total amount due                       $ 15,704.72

George D. Herron
        Services               $  1,687.50
        Disbursements          $      0.00

        Total amount due                       $  1,687.50

Jeffrey L. Metzner, M.D.
        Services               $  5,862.50
        Disbursements          $  1,954.15

        Total amount due                       $  7,816.65


        TOTAL AMOUNT TO BE REIMBURSED          $117,957.19
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*/s/ J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

```
                  United States District Court
                             for the
                   Eastern District of California
                         August 28, 2001
```

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 28, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

| | |
|---|---|
| Donald Specter<br>Prison Law Office<br>General Delivery<br>San Quentin, CA  94964 | SJ/LKK<br><br>CF/JFM<br><br>CFS |
| Michael W Bien<br>Rosen Bien and Asaro<br>155 Montgomery Street, Eighth Floor<br>San Francisco, CA  94104 | |
| Rochelle Corinne Holzmann<br>Attorney General's Office<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-3664 | |
| J Michael Keating Jr<br>Little Bulman and Whitney<br>72 Pine Street<br>Providence, RI  02903 | |
| Edmund F Brennan<br>United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA  95814 | Jack L. Wagner, Clerk<br><br>by: Deputy Clerk |