

AUG 2 9 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFOR
DEPUTY C

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

        Defendants.          <u>ORDER</u>
_____/

        On December 11, 1995, this court entered an order referring this matter to a

special master and directing that the special master's fees and expenses be borne by the

defendants as part of the costs of this action.  In the December 11, 1995 order, the court directed

defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be

invested in an interest-bearing account.  By subsequent orders, the court has directed defendants

to deposit additional interim payments totaling $8,000,000.00 with the Clerk of the Court.   A

significant amount of work remains to be done by the special master and additional funds are

required to pay his fees and expenses.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

1294

1.  Within sixty days from the date of this order, defendants shall deposit with the Clerk of the Court a twenty-first interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED:  August 28, 2001.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
August 29, 2001


\* \* CERTIFICATE OF SERVICE \* \*


2:90-cv-00520


Coleman

        v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  August 29, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Donald Specter                    SJ/LKK
        Prison Law Office
        General Delivery                  CF/JFM
        San Quentin, CA  94964

        Michael W Bien                    Financial
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Rochelle Corinne Holzmann
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI  02903

        Edmund F Brennan
        United States Attorney
        501 I Street
        Suite 10-100

Jack L. Wagner, Clerk

BY: _____

Deputy Clerk