**FILED**

SEP 2 0 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,        No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of August 2001.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $175,322.24 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: September 18, 2001.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

/cole01.aug

1302

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al., :
    Plaintiffs, :
     :
v. : No. Civ. S-90-0520 LKK JFM P
     :
PETE WILSON, et al., :
    Defendants :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through August 31, 2001.

    J. Michael Keating, Jr., Master
        Services                      $ 24,381.00
        Disbursements                 853.93

        Total amount due                            $ 25,234.93

    Norma P. D'Apolito, J.D.
        Services                      $ 23,764.00
        Disbursements               $      -0-

        Total amount due                            $ 23,764.00

    Matthew A. Lopes, Jr., J.D.
        Services                      $ 14,925.00
        Disbursements                11,905.83

        Total amount due                            $ 26,830.83

    Paul Nicoll, M.A.P.A.
        Services                      $ 13,915.00
        Disbursements                        0

        Total amount due                            $ 13,915.00

    Kerry C. Hughes, M.D.
        Services                      $  6,550.00
        Disbursements                 1,942.23

        Total amount due                            $  8,492.23

    Kory Knapke, M.D.
        Services                      $  4,962.50
        Disbursements                  725.45

        Total amount due                            $  5,687.95

    Barbara Cotton
        Services                      $    520.00
        Disbursements               $      -0-

        Total amount due                            $    520.00

Dennis F. Koson, M.D.
    Services                      $ 7,637.50
    Disbursements             $ 2,414.44

        Total amount due                                   $ 10,051.94

Raymond F. Patterson, M.D., P.C.
    Services                      $ 1,987.50
    Disbursements               $   145.50

        Total amount due                                   $ 2,133.00

Donna Brorby, J.D.
    Services                      $ 11,505.00
    Disbursements               $   594.22

        Total amount due                                   $ 12,099.22

Jeffrey L. Metzner, M.D.
    Services                      $ 4,475.00
    Disbursements             $ 1,275.09

        Total amount due                                   $ 5,750.09

Melissa G. Warren, Ph.D.
    Services                      $ 22,650.00
    Disbursements             $ 2,790.88

        Total amount due                                   $ 25,440.88

Patricia Murphy Williams, J.D.
    Services                      $ 7,152.50
    Disbursements             $   965.32

        Total amount due                                   $ 8,117.82

Virigia L. Morrison
    Services                      $ 6,879.50
    Disbursements             $   404.85

        Total amount due                                   $ 7,284.35

    TOTAL AMOUNT TO BE REIMBURSED          <u>$175,322.24</u>

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

lm

United States District Court
for the
Eastern District of California
September 20, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  September 20, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                          CF/JFM
        Prison Law Office
        General Delivery                        CFS
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Rochelle Corinne Holzmann
        Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI  02903
```

Edmund F Brennan  
United States Attorney  
501 I Street  
Suite 10-100  
Sacramento, CA  95814  

                                            Jack L. Wagner, Clerk

                                  BY: _L. Mena-Sánchez_  
                                           Deputy Clerk