

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.             <u>ORDER</u>

_____/

        By order filed December 22, 2000, the special master was directed to report to the court on (1) whether defendants have in place mechanisms either for internal discipline of CDC staff whose unethical, negligent and/or criminal misconduct causes or contributes to an inmate suicide, or for reporting such unethical, negligent and/or criminal misconduct to other entities; (2) the adequacy of any such mechanisms that presently exist; and (3) whether additional discipline or reporting mechanisms should be developed. On February 22, 2001, the special master filed said report. Defendants objected to the report on the grounds that the policy on which it was based was not complete.

        On September 4, 2001, the special master filed a supplemental report on defendants' finalized policy. The special master reports that he and his suicide experts "have reviewed the final policy and find that it describes and establishes a fully adequate mechanism

for the internal disciplining of CDC staff whose unethical, negligent and/or criminal behavior misconduct causes or contributes to an inmate suicide or for reporting such misconduct to other relevant entities." (Special Master's Supplemental Report on Defendants' Mechanism for Disciplining Staff Whose Negligence or Misconduct Contributes to an Inmate Suicide, filed September 4, 2001, at 3.) The special master recommends that defendants be directed to implement the new policy within thirty days. Neither party has filed objections to the supplemental report. The special master's recommendation will be the order of the court.

By order filed June 27, 2001, defendants were directed to work with Deuel Vocational Institution, California Training Facility, California Correctional Institution, and San Quentin State Prison to develop and implement within sixty days an expedited process to transfer inmates referred to a mental health crisis bed level of care to facilities with the required level of care within 24 hours. On August 31, 2001, defendants filed a response to said order. Good cause appearing, the special master will be directed to report to the court on the adequacy of defendants' response and whether the system described therein has been implemented.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order defendants shall implement the Suicide Reporting and Review Policy appended as Exhibit B to the special master's September 4, 2001 supplemental report; and

2. Within forty-five days from the date of this order the special master shall report to the court on the adequacy of defendants' response to paragraph 6 of this court's June 27, 2001 order and whether the system described in said response has been implemented.

DATED: September 27, 2001.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/coleman.rep2

2

```
                United States District Court
                          for the
                Eastern District of California
                       October 1, 2001


             * * CERTIFICATE OF SERVICE * *

                                      2:90-cv-00520

  Coleman

      v.

  Reagan
  _____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 1, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
      Donald Specter                         SJ/LKK
      Prison Law Office
      General Delivery                       CF/JFM
      San Quentin, CA   94964

      Michael W Bien
      Rosen Bien and Asaro
      155 Montgomery Street
      Eighth Floor
      San Francisco, CA   94104

      Rochelle Corinne Holzmann
      Attorney General
      455 Golden Gate Avenue
      Suite 11000
      San Francisco, CA   94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


                                             Jack L. Wagner, Clerk

                                         BY: /s/ signature
                                             Deputy Clerk