1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  STEVE FAMA (State Bar # 99641)
   General Delivery
3  San Quentin, California 94964
   Telephone (415) 457-9144
4
   McCUTCHEN, DOYLE, BROWN & ENERSEN
5  WARREN GEORGE (State Bar # 53588)
   Three Embarcadero Center
6  San Francisco, California 94111
   Telephone (415) 393-2000
7
   ROSEN, BIEN & ASARO, LLP
8  MICHAEL W. BIEN (State Bar # 096891)
   SANFORD JAY ROSEN (State Bar # 062566)
9  THOMAS NOLAN (State Bar # 169692)
   155 Montgomery Street, 8th Floor
10 San Francisco, California  94104
   Telephone (415) 433-6830
11
   HELLER, EHRMAN, WHITE & McAULIFFE
12 RICHARD L. GOFF (State Bar # 36377)
   701 Fifth Avenue
13 Seattle, Washington 98104
   Telephone (206) 447-0900
14
   Attorneys for Plaintiffs
15


FILED
OCT 11 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

LODGED
SEP 2 6 2001
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

ORIGINAL

                IN THE UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA

19

20 RALPH COLEMAN,                ) Case No. Civ. S 90-0520 LKK-JFM
                                 )
21      Plaintiff,               ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONFIRMING UNDISPUTED ATTORNEYS' FEES
   vs.                           ) AND COSTS FOR THE SECOND QUARTER OF
22                               ) 2001
                                 )
23 GRAY DAVIS, et al.,           )
                                 )
        Defendants               )
24 _____

25

26

27

28                                      STIPULATION AND PROPOSED ORDER
                                        CONFIRMING  PAYMENT OF UNDISPUTED
                                        FEES & COSTS FOR THE SECOND
489\5\PLEADING                          QUARTER OF 2001
2nd Qtr 2001

                              1307

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the Second Quarter of 2001.

As a result of the meet and confer session, the parties are able to agree to the payment of $108,608.30 in fees and costs incurred during the Second Quarter of 2001. Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing on the Second Quarter of 2001.

The parties are currently litigating the issue of whether plaintiffs are entitled to claimed paralegal rates of $110 per hour. Defendants object to plaintiffs' claimed rates for 2001 on the grounds that the PLRA limits such fees to $38.50 per hour. Defendants also object to plaintiffs' claim for fees incurred in the collection of fees on the grounds that the PLRA forbids such fees. Defendants have agreed to pay the fees claimed by plaintiffs in these two areas notwithstanding defendants' objections. However, defendants hereby reserve their right to recoup any fees paid from this quarter for paralegals above the $38.50 level, any fees paid from this quarter for plaintiffs work on fees issues, and costs for mental health reference materials, should defendants ultimately prevail on the respective issue in the litigation concerning 2001 rates and the First Quarter 2001 Motion to Compel.

In addition, one disputed fee issue has arisen during

negotiations over the current quarterly fees statement that is not being litigated as part of the currently pending motion to compel. That issue concerns appropriate rates for law clerks. Plaintiffs contend that their proposed rate for law student clerks of $112.50 per hour is the appropriate market rate and is not subjected to the provisions of the PLRA since it does not exceed the PLRA cap. Defendants contend that the rate must be reduced due to the operation of the PLRA. Defendants propose a rate of $43.75 per hour for law student clerks. The parties have agreed that this issue may be litigated in the annual motion to compel, if the parties are unable to reach agreement on this issue before that time. In the interim, defendants have agreed to pay plaintiffs the claimed rate of $112.50 for law student clerks, subject to their right to recoup fees paid for law clerk time in excess of $43.75 per hour in the event that they prevail on this issue in the annual motion to compel.

WHEREFORE, IT IS CONFIRMED that $108,608.30 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from August 30, 2001 at the rate of 3.38%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $108,608.30 | 3.38% | $10.05 | August 30, 2001 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)


IT IS SO ORDERED.

Dated: Oct. 10, 2001

John F. Moulds, Magistrate Judge
United States District Court

```
1  APPROVED AS TO FORM:
2  [signature: Jennifer Neill]                DATED: Sept. 26, 2001
3  Jennifer Neill
   Deputy Attorney General
4  Attorney for Defendants
5
6  [signature: Thomas B. Nolan]               DATED: Sept. 25, 2001
7  Thomas B. Nolan
   Rosen Bien & Asaro
8  Attorneys for Plaintiffs
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

Coleman v. Wilson

Summary of Undisputed Fees
2nd Quarter - April 1, 2001 through June 30, 2001

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 77.70 | 2.80 | 1.30 | 1.00 | 0.50 | 0.00 | 76.45 | $112.50 | $ 8,600.63 |
| Jane Kahn (JK) | 278.10 | 4.00 | 2.60 | 1.40 | 0.00 | 0.00 | 276.70 | 112.50 | $ 31,128.75 |
| Thomas Nolan (TN) | 134.30 | 0.30 | 0.30 | 0.00 | 0.00 | 0.00 | 134.30 | 112.50 | $ 15,108.75 |
| Ernest Galvan (EG) | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 112.50 | $ 90.00 |
| Xavi K. Batista (RKB) | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | 0.25 | 112.50 | $ 28.13 |
| Amy E. Whelan (AEW) | 42.30 | 32.60 | 20.00 | 12.60 | 0.00 | 0.00 | 29.70 | 112.50 | $ 3,341.25 |
| James I. Dye (JID) | 8.20 | 0.70 | 0.70 | 0.00 | 0.00 | 0.00 | 8.20 | 110.00 | $ 902.00 |
| Jacqueline Hollar (JH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 | $ - |
| Ashley B. Levy (ABL) | 89.20 | 19.50 | 12.80 | 5.10 | 1.60 | 0.00 | 83.30 | 110.00 | $ 9,163.00 |
| April L. Frederick (ALF) | 25.10 | 8.70 | 3.20 | 3.80 | 1.70 | 0.00 | 20.45 | 110.00 | $ 2,249.50 |
| **TOTAL ROSEN BIEN & ASARO** | 656.20 | 69.10 | 40.90 | 23.90 | 4.30 | 0.00 | 630.15 | | $ 70,612.00 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 39.60 | 3.80 | 3.30 | 0.00 | 0.50 | 0.00 | 39.35 | $112.50 | $ 4,426.88 |
| Steven Fama (SF) | 41.30 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 41.10 | 112.50 | $ 4,623.75 |
| Keith Wattley (KW) | 129.60 | 1.20 | 0.40 | 0.80 | 0.00 | 0.00 | 128.80 | 112.50 | $ 14,490.00 |
| Betsy Ginsberg (BG) | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 112.50 | $ 56.25 |
| Maria McLaughlin (MM) | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 112.50 | $ 11.25 |
| Erich Keefe (EK) | 35.00 | 19.00 | 9.30 | 9.70 | 0.00 | 0.00 | 25.30 | 112.50 | $ 2,846.25 |
| Bonnie Cash (BC) | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | 110.00 | $ - |
| **TOTAL PRISON LAW OFFICE** | 246.60 | 24.70 | 13.00 | 11.20 | 0.50 | 0.00 | 235.15 | | $ 26,454.38 |
| **Total Monitoring Claim - All Offices** | 902.80 | 93.80 | 53.90 | 35.10 | 4.80 | 0.00 | 865.30 | | $97,066.38 |

## Coleman v. Wilson

**Summary of Undisputed Fees**
**2nd Quarter - April 1, 2001 through June 30, 2001**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $112.50 | $ 22.50 |
| Thomas Nolan (TN) | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 112.50 | $ 1,012.50 |
| Pamela Derrico (PD) | 28.50 | 3.70 | 2.00 | 1.70 | 0.00 | 0.00 | 26.80 | 110.00 | $ 2,948.00 |
| April L. Frederick (ALF) | 19.50 | 8.50 | 2.90 | 3.40 | 2.20 | 0.00 | 15.00 | 110.00 | $ 1,650.00 |
| **TOTAL ROSEN BIEN & ASARO** | 57.20 | 12.20 | 4.90 | 5.10 | 2.20 | 0.00 | 51.00 | | $ 5,633.00 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Heather MacKay (HM) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 112.50 | $ 33.75 |
| Edie DeGraff (ED) | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 110.00 | $ 660.00 |
| **TOTAL PRISON LAW OFFICE** | 6.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.30 | | $ 693.75 |
| **Total Fees Claim - All Offices** | 63.50 | 12.20 | 4.90 | 5.10 | 2.20 | 0.00 | 57.30 | | $ 6,326.75 |

# Coleman v. Wilson

**Undisputed 2nd Quarterly Statement of 2001**
April 1, 2001 through June 30, 2001

## COSTS

*Matter: 489-3 (Monitoring)*

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Disputed Costs | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $ 1,729.20 | $    - | $ 1,729.20 |
| Photocopying (outside service) | $   377.45 | $    - | $   377.45 |
| Postage & Delivery | $   318.70 | $    - | $   318.70 |
| Telephone | $    61.91 | $    - | $    61.91 |
| Telefax | $   229.00 | $    - | $   229.00 |
| Westlaw | $   190.05 | $    - | $   190.05 |
| Travel | $   646.54 | $    - | $   646.54 * |
| **TOTALS** | **$ 3,552.85** | **$    -** | **$ 3,552.85** |

\* Def's objection to 6/21/01 lunch for $20.00 was withdrawn by Ptf's.

**PRISON LAW OFFICE**

| | | | |
|---|---:|---:|---:|
| Photocopying (in-house) | $   335.80 | $    - | $   335.80 |
| Postage & Delivery | $   246.82 | $    - | $   246.82 |
| Telephone | $    43.84 | $    - | $    43.84 |
| Telefax | $   155.00 | $    - | $   155.00 |
| Travel | $   742.21 | $    - | $   742.21 |
| **TOTALS** | **$ 1,523.67** | **$    -** | **$ 1,523.67** |
| **TOTAL MONITORING COSTS** | **$ 5,076.52** | **$    -** | **$ 5,076.52** |

*Matter: 489-5 (Monitoring Fees on Fees)*

**ROSEN, BIEN & ASARO**

| | | | |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $    55.60 | $    - | $    55.60 |
| Photocopying (outside service) | $    31.24 | $    - | $    31.24 |
| Postage & Delivery | $    42.48 | $    - | $    42.48 |
| Telefax | $     7.00 | $    - | $     7.00 |
| Telephone | $     2.33 | $    - | $     2.33 |
| Westlaw | $      -   | $    - | $      -   |
| **TOTAL FEES COSTS** | **$   138.65** | **$    -** | **$   138.65** |

| | | | |
|---|---:|---:|---:|
| **TOTAL COSTS** | **$ 5,215.17** | **$    -** | **$ 5,215.17** |

\* 50/50 Split

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **RALPH COLEMAN v. GRAY DAVIS, et al.**

No.:   **CIV S-90-0520 LKK JFM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 26, 2001, I served the attached **STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2001** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

THOMAS NOLAN, ESQ.
ROSEN, BIEN & ASARO, LLP
155 MONTGOMERY STREET, 8TH FLOOR
SAN FRANCISCO, CA 94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 26, 2001, at Sacramento, California.

_____R. Wells_____          _____R. Wells_____
              Declarant                                    Signature

United States District Court
for the
Eastern District of California
October 11, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 11, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
      Donald Specter                        CF/JFM
      Prison Law Office
      General Delivery
      San Quentin, CA   94964

      Michael W Bien
      Rosen Bien and Asaro
      155 Montgomery Street
      Eighth Floor
      San Francisco, CA   94104

      Rochelle Corinne Holzmann
      Attorney General
      455 Golden Gate Avenue
      Suite 11000
      San Francisco, CA   94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


				Jack L. Wagner, Clerk

			BY: _____
				Deputy Clerk