

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

   vs.

GRAY DAVIS, et al.,

    Defendants.           <u>ORDER</u>

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of September 2001.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island  02903

the amount of $163,937.48[1] in accordance with the attached statement; and

/////

/////

---

[1] This represents an adjustment of $13.28 to correct a mathematical error in mileage claimed by Patricia Murphy Williams, Esq. for September 28, 2001.

2. A copy of this order shall be served on the financial department of this court.

DATED: October 24/2001.

_____
UNITED STATES MAGISTRATE JUDGE

/cole01.sep

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,            :
      Plaintiffs,            :
                                :
v.                                :     No. Civ. S-90-0520 LKK JFM P
                                :
PETE WILSON, et al.,              :
      Defendants                :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through August 31, 2001.

| | | |
|---|---|---|
| J. Michael Keating, Jr., Master | | |
|   Services | $ 26,733.00 | |
|   Disbursements | 2,948.86 | |
|     Total amount due | | $ 29,681.86 |
| Norma P. D'Apolito, J.D. | | |
|   Services | $ 12,519.00 | |
|   Disbursements | $       -0- | |
|     Total amount due | | $ 12,519.00 |
| Matthew A. Lopes, Jr., J.D. | | |
|   Services | $ 18,865.00 | |
|   Disbursements | 10,508.20 | |
|     Total amount due | | $ 29,373.20 |
| Paul Nicoll, M.A.P.A. | | |
|   Services | $ 10,952.00 | |
|   Disbursements | 0 | |
|     Total amount due | | $ 10,952.00 |
| Kerry C. Hughes, M.D. | | |
|   Services | $ 16,200.00 | |
|   Disbursements | 4,445.96 | |
|     Total amount due | | $ 20,645.96 |
| Kory Knapke, M.D. | | |
|   Services | $  5,050.00 | |
|   Disbursements | 229.45 | |
|     Total amount due | | $  5,279.45 |
| Dennis F. Koson, M.D. | | |
|   Services | $ 10,246.25 | |
|   Disbursements | $ 1,640.04 | |
|     Total amount due | | $ 11,886.29 |

Melissa G. Warren, Ph.D.
    Services                                  $ 15,610.00
    Disbursements                    $  3,160.11

       Total amount due                          $ 18,770.11

Patricia Murphy Williams, J.D.
    Services                                  $  8,170.00
    Disbursements                    $ ~~1,108.28~~ 1,095.00 /jm

       Total amount due                          $ 9,265.00 /jm ~~9,278.28~~

Virigia L. Morrison
    Services                                  $ 14,591.00
    Disbursements                    $    973.61

       Total amount due                          $ 15,564.61

TOTAL AMOUNT TO BE REIMBURSED        163,937.48 /jm ~~$163,950.76~~

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*/s/ J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

```
                United States District Court
                          for the
                 Eastern District of California
                       October 25, 2001


            * * CERTIFICATE OF SERVICE * *


                                        2:90-cv-00520


   Coleman

        v.

   Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  October 25, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


       Donald Specter                      SJ/LKK
       Prison Law Office
       General Delivery                    CF/JFM
       San Quentin, CA  94964
                                           FINANCIAL
       Michael W Bien
       Rosen Bien and Asaro
       155 Montgomery Street
       Eighth Floor
       San Francisco, CA  94104

       Rochelle Corinne Holzmann
       Attorney General's Office of the State of California
       455 Golden Gate Avenue
       Suite 11000
       San Francisco, CA  94102-3664

       J Michael Keating Jr
       Little Bulman and Whitney
       72 Pine Street
       Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


                                                   Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk