FILED

OCT 26 2001

CLERK, U.S. DISTRICT C...
TERN DISTRICT OF CALIFOR...

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.            ORDER

_____/

    On September 25, 2001, the special master filed an eighth interim monitoring report. The report contains three recommendations for specific action by defendants. Neither party has filed objections to the report or to the recommendations contained therein. Good cause appearing, the recommendations will be the order of the court.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Within ninety days from the date of this order defendants shall meet the staffing ratio of one case manager for every nine enhanced outpatient (EOP) inmates in hub administrative segregation units and defendants shall maintain said staffing ratio thereafter.

    2. Within thirty days from the date of this order the Health Care Services Division (HCSD) shall submit to the special master a plan for bringing California Substance

/////

1 | Abuse Treatment Facility (CSATF) into compliance with the plans, policies and protocols
2 | provisionally adopted by the court in mid-1977.
3 |   3. Within thirty days from the date of this order California State Prison-Los
4 | Angeles County (CSP/LAC) shall develop and implement procedures for the identification of
5 | inmates arriving at the facility with a valid Keyhea order and ensure they receive immediately
6 | appropriate medication and treatment.
7 |   4. No EOP inmate shall be transferred to the CSP/LAC hub administrative
8 | segregation unit until the facility is able to provide psych tech rounds seven days a week.
9 |   5. Within 120 days from the date of this order the special master shall report to
10 | the court on the adequacy of defendants' compliance with the requirements of this order.
11 | DATED: October 10/24, 2001.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/coleman.8in

United States District Court
for the
Eastern District of California
October 26, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 26, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                              SJ/LKK
    Prison Law Office
    General Delivery                            CF/JFM
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Rochelle Corinne Holzmann
    Attorney General's Office of the State of California
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664

    J Michael Keating Jr
    Little Bulman and Whitney
    72 Pine Street
    Providence, RI  02903

    Edmund F Brennan
    United States Attorney
    501 I Street
    Suite 10-100
```

Sacramento, CA  95814

                                      Jack L. Wagner, Clerk

                              BY: _____
                                      Deputy Clerk