**FILED**

DEC 18 2001

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　　　　No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.　　　　　　　<u>ORDER</u>

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of November 2001.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $181,583.56 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: December 17, 2001.

                                       /s/
                        UNITED STATES MAGISTRATE JUDGE

/cole01.nov

1321

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

RALPH COLEMAN, et al.,                :
        Plaintiffs,                   :
                                      :
  v.                                  :    No. Civ. S-90-0520 LKK JFM P
                                      :
PETE WILSON, et al.,                  :
        Defendants                    :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through November 30, 2001.

| | | |
|---|---:|---:|
| J. Michael Keating, Jr., Master | | |
|     Services | $ 25,507.50 | |
|     Disbursements | 3,213.67 | |
|     Total amount due | | $ 28,721.17 |
| Norma P. D'Apolito, J.D. | | |
|     Services | $ 12,675.00 | |
|     Disbursements | $      -0- | |
|     Total amount due | | $ 12,675.00 |
| Matthew A. Lopes, Jr., J.D. | | |
|     Services | $ 17,110.00 | |
|     Disbursements | 15,193.10 | |
|     Total amount due | | $ 32,303.10 |
| Paul Nicoll, M.A.P.A. | | |
|     Services | $ 14,547.00 | |
|     Disbursements | 0 | |
|     Total amount due | | $ 14,547.00 |
| Kerry C. Hughes, M.D. | | |
|     Services | $  9,225.00 | |
|     Disbursements | 2,920.82 | |
|     Total amount due | | $ 12,145.82 |
| Kory Knapke, M.D. | | |
|     Services | $ 13,625.00 | |
|     Disbursements | 405.59 | |
|     Total amount due | | $ 14,030.59 |
| Dennis F. Koson, M.D. | | |
|     Services | $ 15,362.50 | |
|     Disbursements | $  1,534.06 | |
|     Total amount due | | $ 16,896.56 |

| | | |
|---|---:|---:|
| Melissa G. Warren, Ph.D. | | |
|     Services | $ 0.00 | |
|     Disbursements | $ 487.21 | |
|         Total amount due | | $ 487.21 |
| Patricia Murphy Williams, J.D. | | |
|     Services | $ 3,562.00 | |
|     Disbursements | $ 0.00 | |
|         Total amount due | | $ 3,562.00 |
| Virigia L. Morrison | | |
|     Services | $ 8,209.50 | |
|     Disbursements | $ 0.00 | |
|         Total amount due | | $ 8,209.50 |
| Raymond F. Patterson, M.D. | | |
|     Services | $ 7,418.75 | |
|     Disbursements | $ 1,695.20 | |
|         Total amount due | | $ 9,113.95 |
| Jeffrey L. Metzner, M.D. | | |
|     Services | $ 18,200.00 | |
|     Disbursements | $ 2,566.66 | |
|         Total amount due | | $ 20,766.66 |
| George D. Herron | | |
|     Services | $ 6,780.00 | |
|     Disbursements | $ 1,345.00 | |
|         Total amount due | | $ 8,125.00 |
| **TOTAL AMOUNT TO BE REIMBURSED** | | **$181,583.56** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

```
                    United States District Court
                              for the
                    Eastern District of California
                         December 18, 2001
```

```
                    * * CERTIFICATE OF SERVICE * *
```

```
                                              2:90-cv-00520
```

Coleman

  v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 18, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                        CF/JFM
        Prison Law Office
        General Delivery                      FINANCIAL
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Rochelle Corinne Holzmann
        Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk