

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                No. CIV S-90-0520 LKK JFM P

   vs.

GRAY DAVIS, et al.,

       Defendants.           <u>ORDER</u>

_____/

        On November 27, 2001, the special master filed an eighth monitoring report. The report contains several recommendations for specific action by defendants. Neither party has filed objections to the report or to the recommendations contained therein. Good cause appearing, the recommendations will be the order of the court.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Not later than January 31, 2002, defendants shall complete their inpatient bed needs study and submit to the special master a plan to meet those needs. If the special master determines that defendants have failed to complete a credible inpatient bed needs study and/or to submit a plan based on a competent estimate of likely need by the deadline set in this order, the special master shall, by June 30, 2002, conduct and submit to the court a needs assessment report. Any such report shall include a recommendation that defendants be directed to submit a

1

plan to meet the projected needs within sixty days after filing of the special master's needs assessment report.

    2. Within thirty days from the date of this order defendants shall submit to the special master a plan for meeting the system's existing need for beds at the psychiatric service unit, mental health crisis bed, and both administrative segregation and general population enhanced outpatient program levels.

    3. Within thirty days from the date of this order defendants shall submit to the special master a detailed list of measures already completed or projected to meet programming space needs in regional administrative segregation units. Within thirty days thereafter the special master shall report to the court on the adequacy of said measures.

    4. Within thirty days from the date of this order defendants shall: (a) complete the review and revision of their policies and procedures for conducting assessment of mental health service delivery system inmates charged with disciplinary infractions and scheduled for a disciplinary hearing; (b) develop a plan for training clinicians and hearing officers in the revised policies and procedures; and (c) submit the revised policies and procedures and the training plan to the special master. Within thirty days thereafter the special master shall report to the court on the adequacy of said policies, procedures, and training plan.

    5. Within sixty days from the date of this order defendants shall submit to the special master a plan for addressing long-term programming spacing needs in the Locked Observation Unit at California Men's Colony.

DATED: December 19, 2001.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/eighth.fr

ndd

United States District Court
for the
Eastern District of California
December 20, 2001

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  December 20, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                          SJ/LKK
        Prison Law Office
        General Delivery                        CF/JFM
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Rochelle Corinne Holzmann
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk