FILED

DEC 3 1 2001

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8   RALPH COLEMAN, et al.,

9            Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

10      vs.

11  GRAY DAVIS, et al.,

12           Defendants.                    ORDER

13  _____/

14           The matter of payment of the special master has been referred to this court by the

15  district court.  The court has reviewed the supplemental bill for services provided by the special

16  master in the above-captioned case in the month of September 2001.

17           Good cause appearing, IT IS HEREBY ORDERED that:

18           1.  The Clerk of the Court is directed to pay to

19  J. Michael Keating, Jr.,
    Little, Bulman, Medeiros & Whitney, P.C.
20  72 Pine Street
    Providence, Rhode Island  02903
21

22  the amount of $16,887.00 in accordance with the attached statement; and

23           2.  A copy of this order shall be served on the financial department of this court.

24  DATED:  December 20, 2001.

25

                                        _____
                                        UNITED STATES MAGISTRATE JUDGE
26  /cole01.ssep

1327

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,               :
        Plaintiffs,                :
                                    :
    v.                               :            No. Civ. S-90-0520 LKK JFM P
                                      :
PETE WILSON, et al.,                  :
        Defendants                 :

The Special Master hereby submits a supplemental bill for fees and disbursements, Jeffrey Metzner, M.D., a psychiatric expert to the Master, during the month of September 2001, inadvertently left out of the general submission for services in September.

    Jeffrey L. Metzner, M.D.
        Services:                          $ 15,187.50
        Disbursements:                     $  1,699.50

        Total amount due                   $  16,887.00


    TOTAL AMOUNT TO BE REIMBURSED                 **$16,887.00**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, J.*

J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
December 21, 2001


\* \* CERTIFICATE OF SERVICE \* \*


                                  2:90-cv-00520


Coleman

    v.

Reagan


_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  December 21, 2001, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Donald Specter                    CF/JFM
        Prison Law Office
        General Delivery                  CFS
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Rochelle Corinne Holzmann
        Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664

        J Michael Keating Jr
        Little Bulman Medeiros and Whitney
        72 Pine Street
        Providence, RI  02903

        Edmund F Brennan
        United States Attorney
        501 I Street
        Suite 10-100

Sacramento, CA   95814

Amos Gladney
C-26298
C.T.F. North, Soledad State Prison
PO Box 705-LB-106-L
Soledad, CA  93960-0705


                                        Jack L. Wagner, Clerk

                                   BY: _____
                                        Deputy Clerk