```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  STEVE FAMA (State Bar # 99641)
    General Delivery
 3  San Quentin, California 94964
    Telephone (415) 457-9144
 4
    McCUTCHEN, DOYLE, BROWN & ENERSEN
 5  WARREN GEORGE (State Bar # 53588)
    Three Embarcadero Center
 6  San Francisco, California 94111
    Telephone (415) 393-2000
 7
    ROSEN, BIEN & ASARO, LLP
 8  MICHAEL W. BIEN (State Bar # 096891)
    THOMAS NOLAN (State Bar # 169692)
 9  155 Montgomery Street, 8th Floor
    San Francisco, California  94104
10  Telephone (415) 433-6830

11  HELLER, EHRMAN, WHITE & McAULIFFE
    RICHARD L. GOFF (State Bar # 36377)
12  701 Fifth Avenue
    Seattle, Washington 98104
13  Telephone (206) 447-0900

14  Attorneys for Plaintiffs
```

**FILED**
**JAN - 3 2002**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**LODGED**
DEC 2 6 2001   LKK
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>GRAY DAVIS, et al.,<br><br>    Defendants | Case No. Civ. S 90-0520 LKK-JFM  LKK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE OBJECTIONS TO SPECIAL MASTER'S FIFTH CMF TRANSITION REPORT** |

1328

STIPULATION AND PROPOSED ORDER
EXTENDING TIME FOR PLFS'
OBJECTIONS TO FIFTH CMF REPORT.

489\3\PLEADING
DEC 2001 STIP

Plaintiffs received the Special Master's <u>Fifth Quarterly Report on Implementation of the Gates-Coleman Transition Plan</u> on December 19, 2001. Plaintiffs are planning on filing objections to the Report. Pursuant to the Federal Rules of Civil Procedure, plaintiffs' objections are currently due on January 4, 2002. Due to the press of business and planned holiday vacations, plaintiffs are seeking an extension of time in which to file objections to the Special Master's Report, up to and including January 18, 2002. Defendants have agreed to stipulate to the requested extension of time.

WHEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Plaintiffs' time in which to file objections to the Fifth Quarterly Report on Implementation of the Gates-Coleman Transition Plan is hereby extended until Friday January 18, 2002.

IT IS SO ORDERED.

Dated: 1/2/02

_/s/ Lawrence K. Karlton_
Honorable Lawrence K. Karlton
United States District Court

APPROVED AS TO FORM:

_/s/ Rochelle C. Holzmann_    DATED: 21 Dec 01
Rochelle C. Holzmann
Deputy Attorney General
Attorney for Defendants

_/s/ Thomas Nolan_    DATED: 12-20-01
Thomas B. Nolan
Rosen Bien & Asaro
Attorneys for Plaintiffs

489\5\PLEADING
DEC 2001 STIP.                    1

STIPULATION AND PROPOSED ORDER
EXTENDING TIME FOR PLFS'
OBJECTIONS TO FIFTH CMF REPORT.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th Floor, San Francisco, California. On December 21, 2001 I served a true copy of the following document:

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE OBJECTIONS TO SPECIAL MASTER'S FIFTH CMF TRANSITION REPORT**

on the parties in said action by placing a true copy thereof enclosed in a sealed envelope to be delivered in the manner indicated below and addressed as follows:

**BY U.S. MAIL**

Rochelle Holzmann, Esq.
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004

J. Michael Keating, Jr.
Little, Bulman & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

Jennifer Neill, Esq.
Deputy Attorney General
1300 I Street
P.O. Box 94244-2500

Matt Lopes
Brown, Rudnick, Freed & Gesmer
One Providence Washington Plaza
Providence, RI 02903

I declare under penalty of perjury that the foregoing is true and correct. Executed this December 21, 2001 at San Francisco, California.

Ashley B. Levy

ndd

United States District Court
for the
Eastern District of California
January 3, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

  v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 3, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                    SJ/LKK
    Prison Law Office
    General Delivery                  CF/JFM
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Rochelle Corinne Holzmann
    Attorney General's Office of the State of California
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664

    J Michael Keating Jr
    Little Bulman and Whitney
    72 Pine Street
    Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Amos Gladney
C-26298
C.T.F. North, Soledad State Prison
PO Box 705-LB-106-L
Soledad, CA  93960-0705

                                        Jack L. Wagner, Clerk

                                   BY: _____
                                        Deputy Clerk