```
 1 │ PRISON LAW OFFICE
   │ DONALD SPECTER (State Bar # 83925)
 2 │ STEVE FAMA (State Bar # 99641)
   │ General Delivery
 3 │ San Quentin, California 94964
   │ Telephone (415) 457-9144
 4 │
   │ McCUTCHEN, DOYLE, BROWN & ENERSEN
 5 │ WARREN GEORGE (State Bar # 53588)
   │ Three Embarcadero Center
 6 │ San Francisco, California 94111
   │ Telephone (415) 393-2000
 7 │
   │ ROSEN, BIEN & ASARO, LLP
 8 │ MICHAEL W. BIEN (State Bar # 096891)
   │ SANFORD JAY ROSEN (State Bar # 062566)
 9 │ THOMAS NOLAN (State Bar # 169692)
   │ 155 Montgomery Street, 8th Floor
10 │ San Francisco, California 94104
   │ Telephone (415) 433-6830
11 │
   │ HELLER, EHRMAN, WHITE & McAULIFFE
12 │ RICHARD L. GOFF (State Bar # 36377)
   │ 701 Fifth Avenue
13 │ Seattle, Washington 98104
   │ Telephone (206) 447-0900
14 │
   │ Attorneys for Plaintiffs
15 │
16 │
17 │                IN THE UNITED STATES DISTRICT COURT
18 │                   EASTERN DISTRICT OF CALIFORNIA
19 │
   │ RALPH COLEMAN,                  ) Case No. Civ. S 90-0520 LKK-JFM
20 │                                 )
   │        Plaintiff,               ) STIPULATION AND [PROPOSED] ORDER
21 │                                 ) CONFIRMING UNDISPUTED ATTORNEYS' FEES
   │ vs.                             ) AND COSTS FOR THE THIRD QUARTER OF
22 │                                 ) 2001
   │ GRAY DAVIS, et al.,             )
23 │                                 )
   │        Defendants               )
24 │ _____)
25 │
26 │
27 │
28 │
```

489\5\PLEADING
3rd Qtr 2001

STIPULATION AND PROPOSED ORDER
CONFIRMING PAYMENT OF UNDISPUTED
FEES & COSTS FOR THE THIRD QUARTER
OF 2001

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the Third Quarter of 2001.

As a result of the meet and confer session, the parties are able to agree to the payment of $102,538.23 in fees and costs incurred during the Third Quarter of 2001. Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing on the Third Quarter of 2001.

The parties are currently litigating the issue of whether plaintiffs are entitled to claimed paralegal rates of $110 per hour. Defendants object to plaintiffs' claimed rates for 2001 on the grounds that the PLRA limits such fees to $38.50 per hour. Defendants also object to plaintiffs' claim for fees incurred in the collection of fees on the grounds that the PLRA forbids such fees. Defendants have agreed to pay the fees claimed by plaintiffs in these two areas notwithstanding defendants' objections. However, defendants hereby reserve their right to recoup any fees paid from this quarter for paralegals above the $38.50 level, any fees paid from this quarter for plaintiffs work on fees issues, and costs for mental health reference materials, should defendants ultimately prevail on the respective issue in the litigation concerning 2001 rates and the First Quarter 2001 Motion to Compel.

WHEREFORE, IT IS CONFIRMED that $102,538.23 is due and

collectable as of 45 days from the date of entry of this order. Daily interest runs from December 3, 2001 at the rate of 2.08%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $102,538.23 | 2.08% | $5.84 | December 3, 2001 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 1-28-02

_____
John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

*Jennifer Neill* (signature)          DATED: 1-23-02

Jennifer Neill
Deputy Attorney General
Attorney for Defendants

*Thomas B. Nolan* (signature)          DATED: 01-15-02

Thomas B. Nolan
Rosen Bien & Asaro
Attorneys for Plaintiffs

STIPULATION AND PROPOSED ORDER
CONFIRMING PAYMENT OF UNDISPUTED
FEES & COSTS FOR THE THIRD QUARTER
OF 2001

489\5\PLEADING
3rd Qtr 2001

**EXHIBIT A**

## Coleman v. Wilson

### Summary of Undisputed Fees
### 3rd Quarter - July 1, 2001 through September 30, 2001

#### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 36.40 | 3.80 | 0.40 | 3.10 | 0.00 | 0.30 | 33.00 | $112.50 | $ 3,712.50 |
| Jane Kahn (JK) | 178.60 | 2.40 | 1.20 | 1.20 | 0.00 | 0.00 | 177.40 | 112.50 | $ 19,957.50 |
| Thomas Nolan (TN) | 184.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 184.50 | 112.50 | $ 20,756.25 |
| Pamela Derrico (PD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 | $ - |
| James I. Dye (JID) | 2.90 | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 2.90 | 110.00 | $ 319.00 |
| Ashley B. Levy (ABL) | 125.60 | 18.80 | 6.10 | 11.10 | 1.60 | 0.00 | 113.70 | 110.00 | $ 12,507.00 |
| April L. Frederick (ALF) | 67.50 | 8.20 | 2.50 | 3.60 | 2.10 | 0.00 | 62.85 | 110.00 | $ 6,913.50 |
| **TOTAL ROSEN BIEN & ASARO** | 595.50 | 33.70 | 10.70 | 0.00 | 3.70 | 0.30 | 574.35 | | $ 64,165.75 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 50.20 | 0.30 | 0.00 | 0.30 | 0.00 | 0.00 | 49.90 | $112.50 | $ 5,613.75 |
| Steven Fama (SF) | 14.50 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 14.50 | 112.50 | $ 1,631.25 |
| Keith Wattley (KW) | 81.50 | 0.70 | 0.00 | 0.30 | 0.40 | 0.00 | 81.00 | 112.50 | $ 9,112.50 |
| Heather MacKay (HM) | 0.50 | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.50 | 112.50 | $ 56.25 |
| Ann Ritter (AR) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 110.00 | $ - |
| Erich Keefe (EK) | 10.00 | 0.40 | 0.00 | 0.00 | 0.40 | 0.00 | 9.80 | 110.00 | $ 1,078.00 |
| Edie Graff (EG) | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 110.00 | $ 44.00 |
| Carole Lamanna (CL) | 1.20 | 1.20 | 0.00 | 1.20 | 0.00 | 0.00 | 0.00 | 110.00 | $ - |
| **TOTAL PRISON LAW OFFICE** | 158.30 | 3.80 | 1.20 | 1.80 | 0.80 | 0.00 | 156.10 | | $ 17,535.75 |
| **Total Monitoring Claim - All Offices** | 753.80 | 37.50 | 11.90 | 1.80 | 4.50 | 0.30 | 730.45 | | $81,701.50 |

## Coleman v. Wilson
### Summary of Undisputed Fees
### 3rd Quarter - July 1, 2001 through September 30, 2001

### Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.80 | $112.50 | $ 202.50 |
| Thomas Nolan (TN) | 52.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 52.90 | 112.50 | $ 5,951.25 |
| Pamela Derrico (PD) | 14.40 | 2.40 | 0.30 | 1.00 | 1.10 | 0.00 | 12.85 | 110.00 | $ 1,413.50 |
| April L. Frederick (ALF) | 58.70 | 1.00 | 0.40 | 0.30 | 0.30 | 0.00 | 58.25 | 110.00 | $ 6,407.50 |
| **TOTAL ROSEN BIEN & ASARO** | 127.80 | 3.40 | 0.70 | 1.30 | 1.40 | 0.00 | 125.80 | | $ 13,974.75 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 110.00 | $ 440.00 |
| **TOTAL PRISON LAW OFFICE** | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | | $ 440.00 |
| **Total Fees Claim - All Offices** | 131.80 | 3.40 | 0.70 | 1.30 | 1.40 | 0.00 | 129.80 | | $ 14,414.75 |

## Coleman v. Wilson

### Undisputed 3rd Quarterly Statement of 2001
### July 1, 2001 through September 30, 2001

### COSTS

**Matter: 489-3 (Monitoring)**

| | Claimed Costs | Disputed Costs | Withdrawn by Def's | Withdrawn by Plaintiff's | Costs Remaining in Dispute | Undisputed Costs |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | | |
| Photocopying (in-house @.20) | $ 2,114.00 | $    -    | $    -    | $    -    | $    -    | $ 2,114.00 |
| Photocopying (outside service) | $   470.08 | $    -    | $    -    | $    -    | $    -    | $   470.08 |
| Postage & Delivery | $   429.09 | $    -    | $    -    | $    -    | $    -    | $   429.09 |
| Telephone | $    22.73 | $    -    | $    -    | $    -    | $    -    | $    22.73 |
| Telefax | $   150.00 | $    -    | $    -    | $    -    | $    -    | $   150.00 |
| Travel | $   960.93 | $   317.12 | $    74.74 | $   242.38 | $    -    | $   643.81 |
| **TOTALS** | $ 4,146.83 | $   317.12 | $    74.74 | $   242.38 | $    -    | $ 3,829.71 |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (in-house) | $   337.40 | $    -    | $    -    | $    -    | $    -    | $   337.40 |
| Postage & Delivery | $   273.51 | $    -    | $    -    | $    -    | $    -    | $   273.51 |
| Telephone | $    24.20 | $    -    | $    -    | $    -    | $    -    | $    24.20 |
| Telefax | $   158.00 | $    -    | $    -    | $    -    | $    -    | $   158.00 |
| Travel | $   908.13 | $    27.90 | $    27.90 | $    -    | $    -    | $   880.23 |
| **TOTALS** | $ 1,701.24 | $    27.90 | $    27.90 | $    -    | $    -    | $ 1,673.34 |
| | | | | | | |
| **TOTAL MONITORING COSTS** | $ 5,848.07 | $   345.02 | $   102.64 | $   242.38 | $    -    | $ 5,503.05 |

*Matter: 489-5*
*(Monitoring Fees on Fees)*

| ROSEN, BIEN & ASARO | Claimed Costs | Disputed Costs | Withdrawn by Def's | Withdrawn by Plaintiff's | Costs Remaining in Dispute | Undisputed Costs |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ 246.60 | $ - | $ - | $ - | $ - | $ 246.60 |
| Photocopying (outside service) | $ 292.49 | $ - | $ - | $ - | $ - | $ 292.49 |
| Postage & Delivery | $ 69.59 | $ - | $ - | $ - | $ - | $ 69.59 |
| Westlaw | $ 286.01 | $ - | $ - | $ - | $ - | $ 286.01 |
| Telefax | $ 15.00 | $ - | $ - | $ - | $ - | $ 15.00 |
| Telephone | $ 9.24 | $ - | $ - | $ - | $ - | $ 9.24 |
| TOTAL FEES COSTS | $ 918.93 | $ - | $ - | $ - | $ - | $ 918.93 |
| | | | | | | |
| TOTAL COSTS | $ 6,767.00 | $ 345.02 | $ 102.64 | $ 242.38 | $ - | $ 6,421.98 |

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **RALPH COLEMAN v. GRAY DAVIS, et al.**

No.:   **CIV S-90-0520 LKK JFM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 23, 2002, I served the attached **STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2001** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

THOMAS NOLAN, ESQ.
ROSEN, BIEN & ASARO, LLP
155 MONTGOMERY STREET, 8TH FLOOR
SAN FRANCISCO, CA 94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 23, 2002, at Sacramento, California.

|   R. Wells   |   _[signature]_   |
|---|---|
|   Declarant   |   Signature   |

pc

United States District Court
for the
Eastern District of California
January 29, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 29, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                         CF/JFM
Prison Law Office
General Delivery
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Rochelle Corinne Holzmann
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Amos Gladney
C-26298
C.T.F. North, Soledad State Prison
PO Box 705-LB-106-L
Soledad, CA  93960-0705

                                        Jack L. Wagner, Clerk

                                        BY: _____
                                            Deputy Clerk