FILED

JAN 29 2002

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

        v.                CIV. NO. S-90-520 LKK/JFM P

GRAY DAVIS, et al.,

        Defendants.
_____/

DANIEL CASHMAN, M.D.,

        Plaintiff,

        v.                CIV. NO. S-02-215 WBS/DAD PS

ROBERT PRESLEY, et al.,      NON-RELATED CASE ORDER

        Defendants.
_____/

    The court has received the Notice of Related Cases concerning the above-captioned cases filed January 25, 2002. See Local Rule 83-123, E.D. Cal. (1997). The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes

1 | only, and shall have no effect on the status of the cases,
2 | including any previous Related (or Non-Related) Case Order of this
3 | court.
4 |     IT IS SO ORDERED.
5 |     DATED:  January 28, 2002

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

United States District Court
for the
Eastern District of California
January 29, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520
2:02-cv-00215

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 29, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                               SJ/LKK
Prison Law Office
General Delivery                             CF/JFM
San Quentin, CA   94964
                                             MG/DAD
Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Rochelle Corinne Holzmann
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100

Sacramento, CA 95814

Amos Gladney
C-26298
C.T.F. North, Soledad State Prison
PO Box 705-LB-106-L
Soledad, CA  93960-0705

Daniel Cashman
2222 Francisco Drive, No. 510
El Dorado Hills, CA  95782

Jack L. Wagner, Clerk

BY: _____
         Deputy Clerk