FILED
JAN 29 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiff,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

_____/

    Plaintiffs are state prisoners proceeding through counsel with this class action lawsuit seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On December 19, 2001, the magistrate judge filed findings and recommendations herein which were served on all parties. Defendants have filed objections to the findings and recommendations and plaintiffs have filed an opposition to defendants' objections.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 19, 2001, are adopted in full;

2. Plaintiffs' August 17, 2001 motion to compel payment of disputed first quarter 2001 fees and costs and to set 2001 rates is denied as to plaintiffs' motion to compel payment of $169.00 for the Psychopharmacology Desktop Reference and is granted in all other respects;

3. Defendants shall pay plaintiffs the amount of $11,141.01 in fees and costs for the first quarter of 2001; and

4. Hourly rates for experienced paralegals are set at $110.00 per hour for calendar year 2001.

DATED: 1/28/02

UNITED STATES DISTRICT JUDGE

cole0520.jof

United States District Court
for the
Eastern District of California
January 29, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 29, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                              SJ/LKK
Prison Law Office
General Delivery                            CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Rochelle Corinne Holzmann
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

```
Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814
```

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk