FILED

FEB - 1 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

PETE WILSON, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

_____/

    On December 11, 1995, this court entered an order referring this matter to a special master and directing that the special master's fees and expenses be borne by the defendants as part of the costs of this action. In the December 11, 1995 order, the court directed defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. By subsequent orders, the court has directed defendants to deposit additional interim payments totaling $9,000,000.00 with the Clerk of the Court. A significant amount of work remains to be done by the special master and additional funds are required to pay his fees and expenses.

    Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

1

1. Within sixty days from the date of this order, defendants shall deposit with the Clerk of the Court a twenty-third interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: January 31, 2002.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ndd

United States District Court
for the
Eastern District of California
February 1, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 1, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Donald Specter               SJ/LKK
    Prison Law Office
    General Delivery            CF/JFM
    San Quentin, CA  94964

                                  Financial

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Rochelle Corinne Holzmann
    Attorney General's Office of the State of California
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664

    J Michael Keating Jr
    Little Bulman and Whitney
    72 Pine Street
    Providence, RI  02903

    Edmund F Brennan                       Jack L. Wagner, Clerk
    United States Attorney
    501 I Street
    Suite 10-100
    Sacramento CA 95814                by