**FILED**

FEB - 1 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.             <u>ORDER</u>

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of December 2001.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $196,636.71 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: January 31, 2002.

UNITED STATES MAGISTRATE JUDGE

/cole01.dec

1340

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,          :
       Plaintiffs,              :
                                :
v.                              :    No. Civ. S-90-0520 LKK JFM P
                                :
PETE WILSON, et al.,            :
       Defendants               :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through December 31, 2001.

| | | |
|---|---|---|
| J. Michael Keating, Jr., Master | | |
|    Services | $ 17,451.00 | |
|    Disbursements | $ 3,043.56 | |
|    Total amount due | | $ 20,494.56 |
| Norma P. D'Apolito, J.D. | | |
|    Services | $ 13,221.00 | |
|    Disbursements | $ -0- | |
|    Total amount due | | $ 13,221.00 |
| Matthew A. Lopes, Jr., J.D. | | |
|    Services | $ 19,787.50 | |
|    Disbursements | $ 9,630.25 | |
|    Total amount due | | $ 29,417.75 |
| Paul Nicoll, M.A.P.A. | | |
|    Services | $ 13,098.50 | |
|    Disbursements | $ -0- | |
|    Total amount due | | $ 13,098.50 |
| Kerry C. Hughes, M.D. | | |
|    Services | $ 21,700.00 | |
|    Disbursements | $ 3,232.06 | |
|    Total amount due | | $ 24,942.06 |
| Kory Knapke, M.D. | | |
|    Services | $ 8,025.00 | |
|    Disbursements | $ 47.06 | |
|    Total amount due | | $ 8,072.06 |
| Dennis F. Koson, M.D. | | |
|    Services | $ 13,525.00 | |
|    Disbursements | $ 1,970.35 | |
|    Total amount due | | $ 15,495.35 |

```
Melissa G. Warren, Ph.D.
    Services                    $ 14,472.50
    Disbursements               $  3,667.41

        Total amount due                         $ 18,139.91

Virigia L. Morrison
    Services                    $  3,276.00
    Disbursements               $      -0-

        Total amount due                         $  3,276.00

Donna Brorby, J.D.
    Services                    $ 24,565.00
    Disbursements               $    995.25

        Total amount due                         $ 25,560.25

Jeffrey L. Metzner, M.D.
    Services                    $ 21,275.00
    Disbursements               $  3,644.27

        Total amount due                         $ 24,919.27


        TOTAL AMOUNT TO BE REIMBURSED            $196,636.71
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

pc

United States District Court
for the
Eastern District of California
February 1, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  February 1, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
      Donald Specter                          CF/JFM
      Prison Law Office
      General Delivery                        FINANCIAL
      San Quentin, CA  94964

      Michael W Bien
      Rosen Bien and Asaro
      155 Montgomery Street
      Eighth Floor
      San Francisco, CA  94104

      Rochelle Corinne Holzmann
      Attorney General's Office
      455 Golden Gate Avenue
      Suite 11000
      San Francisco, CA  94102-3664

      J Michael Keating Jr
      Little Bulman and Whitney
      72 Pine Street
      Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

```
                                    Jack L. Wagner, Clerk

                                    BY: _____
                                         Deputy Clerk
```