FILED

FEB 15 2002

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

<u>ORDER</u>

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of January 2002.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island  02903

the amount of $238,173.90 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: February 15, 2002.

UNITED STATES MAGISTRATE JUDGE

/cole02.jan

1348

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al., :
    Plaintiffs, :
     :
v. : No. Civ. S-90-0520 LKK JFM P
     :
PETE WILSON, et al., :
    Defendants :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2002.

    J. Michael Keating, Jr., Master
        Services                    $ 26,289.00
        Disbursements              $ 3,345.91

        Total amount due                           $ 29,634.91

    Norma P. D'Apolito, J.D.
        Services                    $ 12,493.00
        Disbursements              $        -0-

        Total amount due                           $ 12,493.00

    Matthew A. Lopes, Jr., J.D.
        Services                    $ 19,290.00
        Disbursements              $ 7,305.02

        Total amount due                           $ 26,595.02

    Paul Nicoll, M.A.P.A.
        Services                    $ 16,558.00
        Disbursements              $        -0-

        Total amount due                           $ 16,558.00

    Melissa G. Warren, Ph.D.
        Services                    $ 10,271.25
        Disbursements              $ 3,252.67

        Total amount due                           $ 13,523.92

    Virigia L. Morrison
        Services                    $ 5,551.00
        Disbursements              $   612.89

        Total amount due                           $  6,163.89

    Donna Brorby, J.D.
        Services                    $ 36,159.50
        Disbursements              $   665.44

        Total amount due                           $ 36,824.94

Jeffrey L. Metzner, M.D.
  Services                        $ 15,825.00
  Disbursements                   $  3,985.34

    Total amount due                               $  19,810.34

Raymond Patterson, M.D.
  Services                        $ 35,437.50
  Disbursements                   $  9,529.79

    Total amount due                               $  44,967.29

Kerry C. Hughes, M.D.
  Services                        $  9,910.00
  Disbursements                   $  1,951.20

    Total amount due                               $  11,861.20

Dennis K. Koson, M.D.
  Services                        $  5,010.00
  Disbursements                   $    993.51

    Total amount due                               $   6,003.51

Kory Knapke, M.D.
  Services                        $  6,431.25
  Disbursements                   $    589.27

    Total amount due                               $   7,020.52

Patricia Murphy Williams, J.D.
  Services                        $  2,492.50
  Disbursements                   $    423.30

    Total amount due                               $   2,915.80

George D. Herron
  Services                        $  3,585.00
  Disbursements                   $    216.56

    Total amount due                               $   3,801.56


        TOTAL AMOUNT TO BE REIMBURSED              $238,173.90

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

```
             United States District Court
                       for the
               Eastern District of California
                     February 15, 2002


              * * CERTIFICATE OF SERVICE * *

                                         2:90-cv-00520


     Coleman

          v.

     Reagan
```

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 15, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     Donald Specter                           CF/JFM
     Prison Law Office
     General Delivery                         CFS
     San Quentin, CA  94964

     Michael W Bien
     Rosen Bien and Asaro
     155 Montgomery Street
     Eighth Floor
     San Francisco, CA  94104

     Rochelle Corinne Holzmann
     Attorney General's Office
     455 Golden Gate Avenue
     Suite 11000
     San Francisco, CA  94102-3664

     J Michael Keating Jr
     Little Bulman and Whitney
     72 Pine Street
     Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


                                        Jack L. Wagner, Clerk

                                     BY: /s/ Wagner
                                         Deputy Clerk