BILL LOCKYER, Attorney General
of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
PAUL D. GIFFORD
Senior Assistant Attorney General
ROCHELLE C. HOLZMANN
Deputy Attorney General
JENNIFER A. NEILL, SBN 184697
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 324-4361
   Fax: (916) 324-5205

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>GRAY DAVIS, et al.,<br><br>                      Defendants. | No. CIV S-90-0520 LKK<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION OBJECTING TO SPECIAL MASTER'S FIFTH REPORT RECOMMENDING TERMINATION OF THE GATES-COLEMAN TRANSITION |

       Plaintiffs served their Motion Objecting to Special Master's Fifth Report Recommending Termination of the Gates-Coleman Transition on January 17, 2002. In it, they noticed February 25, 2002 for a hearing on their objections. Defendants, Plaintiffs, and the Special Master have conferred and agreed to the hearing date and briefing schedule detailed below.

1

Stip. To Hearing Date for Pltfs' Objections to the Gates-Coleman Report

WHEREFORE, THE PARTIES STIPULATE AS FOLLOWS:

1. Defendants' Opposition to Plaintiffs' motion will be due February 27, 2002;

2. Plaintiffs' Reply will be due March 13, 2002; and

3. The hearing on Plaintiffs' motion will be held on March 20, 2002 at 9:15 am in courtroom 4 before Judge Karlton.

Dated: 2/8/02

Jennifer A. Neill
Deputy Attorney General
Attorney for Defendants

Dated: 2/7/02

Thomas B. Nolan
Rosen, Bien & Asaro
Attorneys for Plaintiffs

IT IS SO ORDERED.
Dated: 2/15/02

Lawrence K. Karlton
Senior Judge, United States District Court

2

Stip. To Hearing Date for Pltfs' Objections to the Gates-Coleman Report

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **RALPH COLEMAN, et al. v. GRAY DAVIS, et al.**

No.:   **CIV S-90-0520 LKK**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 8, 2002, I served the attached **STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION OBJECTING TO SPECIAL MASTER'S FIFTH REPORT RECOMMENDING TERMINATION OF THE GATES-COLEMAN TRANSITION** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

**SEE ATTACHED MAILING LIST**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 8, 2002, at Sacramento, California.

| M. STEELE | _(signature)_ |
|---|---|
| Declarant | Signature |

coleman.pos.wpd

## MAILING LIST

DONALD SPECTER
PRISON LAW OFFICE
SAN QUENTIN, CA  94964

WARREN GEORGE
McCUTCHEN, DOYLE, BROWN & ENERSEN
THREE EMBARCADERO CENTER
SAN FRANCISCO, CA  94111

MICHAEL W. BIEN
ROSEN, BIEN & ASARO, LLP
155 MONTGOMERY STREET, 8TH FLOOR
SAN FRANCISCO, CA  94104

RICHARD L. GOFF
HELLER, EHRMAN, WHITE & McAULIFFE
701 FIFTH AVENUE
SEATTLE, WASHINGTON  98104

**ATTORNEYS FOR PLAINTIFFS**

United States District Court
for the
Eastern District of California
February 15, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 15, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

SJ/LKK
CF/JFM

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Rochelle Corinne Holzmann
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814


Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk