IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

/

    Defendants have filed a request for an extension of time to complete and submit to the special master the inpatient bed needs study as required by this court's order filed December 20, 2001. Plaintiffs oppose the request. After review of the request and the documents filed in support of and opposition thereto, and good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' January 31, 2002 request is granted in part;

    2. On or before March 31, 2002, defendants shall complete and submit to the special master the inpatient bed needs study described in their request for extension of time;

    3. No extension of the deadline set in the preceding paragraph will be granted for any reason; and

/////

4. On or before April 15, 2002, the special master shall report to the court on the adequacy of defendants' study and whether further study is required.

DATED: __3/4__, 2002.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/coleman.ipbseot

```
                                                                nac
                    United States District Court
                               for the
                    Eastern District of California
                           March 4, 2002


                    * * CERTIFICATE OF SERVICE * *


                                                2:90-cv-00520


     Coleman

         v.

     Reagan


     _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 4, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Donald Specter                        SJ/LKK
          Prison Law Office
          General Delivery
          San Quentin, CA  94964

          Michael W Bien
          Rosen Bien and Asaro
          155 Montgomery Street
          Eighth Floor
          San Francisco, CA  94104

          Rochelle Corinne Holzmann
          Attorney General's Office
          455 Golden Gate Avenue
          Suite 11000
          San Francisco, CA  94102-3664

          J Michael Keating Jr
          Little Bulman and Whitney
          72 Pine Street
          Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _M. Camuro_____
    Deputy Clerk

Case 2:90-cv-00520-KJM-SCR   Document 1354   Filed 03/04/02   Page 4 of 4