



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,          No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.         ORDER

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of February 2002.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $113,151.27 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: March 14, 2002.

UNITED STATES MAGISTRATE JUDGE

/cole02.feb



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al., :
    Plaintiffs, :
     :
v. : No. Civ. S-90-0520 LKK JFM P
     :
PETE WILSON, et al., :
    Defendants :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 2002.

    J. Michael Keating, Jr., Master
        Services                    $ 29,022.00
        Disbursements              $  5,076.07

        Total amount due                                $ 34,098.07

    Norma P. D'Apolito, J.D.
        Services                    $ 13,546.00
        Disbursements              $       -0-

        Total amount due                                $ 13,546.00

    Matthew A. Lopes, Jr., J.D.
        Services                    $ 10,422.50
        Disbursements              $  9,494.08

        Total amount due                                $ 19,916.58

    Paul Nicoll, M.A.P.A.
        Services                    $  8,177.00
        Disbursements              $       -0-

        Total amount due                                $  8,177.00

    Jeffrey L. Metzner, M.D.
        Services                    $  7,068.75
        Disbursements              $  1,237.32

        Total amount due                                $  8,306.07

    Raymond Patterson, M.D.
        Services                    $  2,950.00
        Disbursements              $       -0-

        Total amount due                                $  2,950.00

    Kerry C. Hughes, M.D.
        Services                    $  8,350.00
        Disbursements              $  1,882.20

        Total amount due                                $ 10,232.20

```
Dennis K. Koson, M.D.
     Services                    $ 12,537.50
     Disbursements               $  2,672.85

          Total amount due                        $ 15,210.35

George D. Herron
     Services                    $    715.00
     Disbursements               $       -0-

          Total amount due                        $     715.00


     TOTAL AMOUNT TO BE REIMBURSED                $113,151.27
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

```
                          pc
            United States District Court
                      for the
             Eastern District of California
                   March 14, 2002


            * * CERTIFICATE OF SERVICE * *


                              2:90-cv-00520


    Coleman

       v.

    Reagan


    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 14, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Donald Specter                    CF/JFM
         Prison Law Office
         General Delivery                  FINANCIAL
         San Quentin, CA   94964

         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA  94104

         Rochelle Corinne Holzmann
         Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA  94102-3664

         J Michael Keating Jr
         Little Bulman and Whitney
         72 Pine Street
         Providence, RI   02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

```
                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk
```