FILED

APR - 9 2002

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.                ORDER

_____/

        On December 19, 2001, the special master filed his fifth quarterly report on the implementation of the transition plan for California Medical Facility (CMF), approved by this court in an order filed February 10, 2000. In the report, the special master makes a series of recommendations for termination of several parts of the transition plan. On January 18, 2002, plaintiffs filed a motion objecting to most of those recommendations. Defendants filed an opposition to plaintiffs' motion, and plaintiffs filed a reply.

        The court heard argument on the matter on March 20, 2002. Michael W. Bien, Esq. and Thomas Nolan, Esq., appeared as counsel for plaintiffs. Rochelle C. Holzman, Deputy Attorney General, appeared as counsel for plaintiffs. The special master, J. Michael Keating, Jr., was also present at the hearing. At the conclusion of the hearing, the court directed the special master to file a supplemental report addressing the status of <u>Gates</u> class members who were

1   1367

transferred from CMF without the certification required by the transition plan. On April 3, 2002, the special master filed his supplemental report.

The court has carefully considered the special master's recommendations as well as plaintiffs' objections thereto and the arguments of counsel for both parties. After consideration of the information contained in the fifth quarterly report and the supplement thereto, the court is convinced that the special master's recommendations are appropriate and timely. Accordingly, plaintiffs' objections will be overruled and the court will adopt in full the special master's recommendations.[1] Since the special master has represented that the defendants have now provided the treatment plans that were missing at the time the December 19, 2001 report was filed, the court will make no further order for provision of said plans and this order will take effect immediately.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The transition process ratified in the February 10, 2000 order is terminated;

2. Paragraphs 2A, 2B, 2C, 2D, 2E, 2F, 2G, 2H, 2I, 2J, 2L, 2N, 2O, 2Q, 2R, 2T, 2U and 2V of the February 10, 2000 order are dismissed;

3. The recommendation with respect to paragraph 2K of the February 10, 2000 order shall henceforth be governed by the provisions of the court's March 4, 2002 order;

4. On or before April 30, 2002, defendants shall complete their study of the adequacy of treatment provided to Intensive Outpatient Care inmates transferred from CMF to other California Department of Corrections (CDC) institutions and submit to the special master any resulting proposal for new or modified programs;

5. On or before May 31, 2002, the special master shall report to the court on the adequacy of the study referred to in paragraph 4 of this order and any resulting proposals;

---

[1] In view of the time that has elapsed since the Fifth Quarterly Report was filed the court has, in consultation with the special master, altered the deadlines for compliance with some of the recommendations.

6. Defendants shall implement fully and immediately the psych and return policies and procedures, as revised in July, 2001. The special master shall assess the effectiveness of the policy, particularly in assuring clinician-to-clinician contacts regarding seriously mentally disordered inmates returned to CDC institutions from CMF/Department of Mental Health inpatient programs, through September 1, 2002 and shall, by that date, report to the court on the adequacy of the implemented policies and procedures together with any needed recommendations for changes in the policy.

7. If defendants elect to house Mental Health Services Delivery System inmates in the Willis Unit at CMF, they shall meet applicable staffing requirements for administrative segregation units 30 days in advance of any such placements and submit a report to the special master on the results of their consideration of restricting the housing of MHSDS inmates to a particular and special area of the Willis Unit;

8. Within thirty days from the date of this order defendants shall submit to the special master a long-term plan for providing a Mental Health Crisis Bed level of care for seriously mentally disordered inmates in CMF.

DATED: April 8, 2002.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/colegate.term

United States District Court
for the
Eastern District of California
April 9, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 9, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                         SJ/LKK
Prison Law Office
General Delivery                       CF/SFM
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Rochelle Corinne Holzmann
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk