**FILED**

APR 17 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,   No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.   <u>ORDER</u>

_____/

    On December 11, 1995, this court entered an order referring this matter to a special master and directing that the special master's fees and expenses be borne by the defendants as part of the costs of this action. In the December 11, 1995 order, the court directed defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. By subsequent orders, the court has directed defendants to deposit additional interim payments totaling $9,500,000.00 with the Clerk of the Court. A significant amount of work remains to be done by the special master and additional funds are required to pay his fees and expenses.

    Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

1370

1

1. Within sixty days from the date of this order, defendants shall deposit with the Clerk of the Court a twenty-fourth interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: April 15, 2002.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
April 17, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 17, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

| | |
|---|---|
| Donald Specter<br>Prison Law Office<br>General Delivery<br>San Quentin, CA  94964 | SJ/LKK<br><br>CF/JFM<br><br>Finance |
| Michael W Bien<br>Rosen Bien and Asaro<br>155 Montgomery Street<br>Eighth Floor<br>San Francisco, CA  94104 | |
| Rochelle Corinne Holzmann<br>Attorney General's Office<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA  94102-3664 | |

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814


                                   Jack L. Wagner, Clerk

                              BY: _____
                                   Deputy Clerk