**FILED**

APR 25 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

_____/

    The court is in receipt of a report from the special master, filed April 22, 2002, on the status of mental health services at California State Prison, Los Angeles County (CSP/LAC). The report was prompted by findings of the special master's monitoring team during a visit to CSP/LAC on March 11-13, 2002 that the defendants were in violation of the court's October 26, 2001 order prohibiting the transfer of inmates to the hub segregation unit at that facility until psych tech rounds were being provided at said unit seven days a week.

    The special master makes a series of recommendations in the report. The court is sufficiently troubled by the information contained in the report that objections will not be entertained and the special master's recommendations will be adopted forthwith.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall engage and deploy contracted or permanent case managers at CSP/LAC to meet the court-approved ratio of staffing for enhanced outpatient (EOP) inmates in administrative segregation, i.e., one case manager for each nine EOP inmates, for the anticipated expanded population at that facility;

2. Defendants shall develop a plan for the provision of structured therapeutic activities for EOP inmates in administrative segregation at CSP/LAC, a plan that addresses both staffing and space issues;

3. Within a week from the date of this order, a monitor shall review the improvements in psych tech rounding in the CSP/LAC administrative segregation unit reported by defendants in their April 12, 2002 letter to the special master;

4. Defendants shall not transfer EOP administrative segregation inmates to the hub administrative segregation unit at CSP/LAC unless and until (a) the monitor finds that psych tech rounds are conducted and documented as described in the defendants' April 12, 2002 letter to the special master; and (b) they have complied with paragraphs 1 and 2 of this order;

5. Defendants shall develop an effective plan to engage and deploy contracted or permanent case managers, psych techs and nurses at CSP/LAC to meet court-approved ratios for staffing in each of these three categories for an EOP for 300 general population inmates;

6. Defendants shall also address the need for separate housing for EOP inmates in C-1 and D-2 at CSP/LAC and develop a plan for providing it;

7. If defendants are unable to make separate housing available in C-1 or in D-2, they must provide to the special master justification for a waiver of the requirement of separate housing; and

/////

/////

/////

8. Defendants will be permitted to resume the expansion of the EOP population at CSP/LAC upon certification to the court by the special master that defendants have met the requirements of paragraphs 5, 6, and 7 of this order.

DATED: April 24, 2002.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
April 25, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 25, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                                         SJ/LKK
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Rochelle Corinne Holzmann
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk