

**FILED**

MAY - 7 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,              No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

        Defendants.          <u>ORDER</u>

_____/

        Pursuant to this court's March 4, 2002 order, on April 16, 2002 the special master
filed a report on the adequacy of defendants' inpatient bed needs study. The report contains a
series of recommendations. Neither party has filed objections to the report or its
recommendations. Good cause appearing, the recommendations will be adopted in full.

        Accordingly, IT IS HEREBY ORDERED that:

        1. On or before May 31, 2002, defendants shall meet with the special master's
experts to review and, where appropriate, revise the perceived inaccuracies and questionable
assumptions catalogued in the special master's April 16, 2002 report and the exhibits thereto.

        2. Following said meeting and on or before July 31, 2002, defendants shall re-
calculate their projected future need for program beds and submit to the special master a plan for
the development of whatever programming needs are identified in the revamped study.

1

1375

1        3. On or before July 31, 2002, defendants and their consultants shall carefully

2    review, with the special master's experts the feasibility and benefit of a comprehensive

3    assessment of the California Department of Corrections' actual need for Department of Mental

4    Health inpatient beds and, if said review is positive, develop and submit to the special master a

5    plan for its execution. If said review is negative, defendants need to submit to the special master,

6    by July 31, 2002, written justification for modification of that portion of this court's February 10,

7    2000 order requiring said study.

8        4. On or before August 30, 2002, the special master shall file a further report to

9    the court on the status of the matters described in paragraphs 2 and 3 of this order.

10   DATED: May ___, 2002.

11

12

13

14                            LAWRENCE K. KARLTON
                              SENIOR JUDGE

15                            UNITED STATES DISTRICT COURT

/coleman.ibs

16

17

18

19

20

21

22

23

24

25

26

nac

United States District Court
for the
Eastern District of California
May 7, 2002


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

   v.

Reagan


_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  May 7, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


     Donald Specter                     SJ/LKK
     Prison Law Office
     General Delivery
     San Quentin, CA  94964

     Michael W Bien
     Rosen Bien and Asaro
     155 Montgomery Street
     Eighth Floor
     San Francisco, CA  94104

     Rochelle Corinne Holzmann
     Attorney General's Office
     455 Golden Gate Avenue
     Suite 11000
     San Francisco, CA  94102-3664

     J Michael Keating Jr
     Little Bulman and Whitney
     72 Pine Street
     Providence, RI  02903

     Edmund F Brennan
     United States Attorney             Jack L. Wagner, Clerk
     501 I Street, Suite 10-100
     Sacramento, CA 95814

                                 by: Deputy Clerk