1 | PRISON LAW OFFICE
DONALD SPECTER (State Bar # 83925)
2 | STEVE FAMA (State Bar # 99641)
General Delivery
3 | San Quentin, California 94964
Telephone (415) 457-9144
4
McCUTCHEN, DOYLE, BROWN & ENERSEN
5 | WARREN GEORGE (State Bar # 53588)
Three Embarcadero Center
6 | San Francisco, California 94111
Telephone (415) 393-2000
7
ROSEN, BIEN & ASARO, LLP
8 | MICHAEL W. BIEN (State Bar # 096891)
SANFORD JAY ROSEN (State Bar # 062566)
9 | THOMAS NOLAN (State Bar # 169692)
155 Montgomery Street, 8th Floor
10 | San Francisco, California 94104
Telephone (415) 433-6830
11
HELLER, EHRMAN, WHITE & McAULIFFE
12 | RICHARD L. GOFF (State Bar # 36377)
701 Fifth Avenue
13 | Seattle, Washington 98104
Telephone (206) 447-0900
14
Attorneys for Plaintiffs
15



FILED

MAY - 8 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED

MAY - 2 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, | ) | Case No. Civ. S 90-0520 LKK-JFM P |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **CONFIRMING UNDISPUTED ATTORNEYS' FEES** |
| vs. | ) | **AND COSTS FOR THE FOURTH QUARTER OF** |
| | ) | **2001** |
| GRAY DAVIS, et al., | ) | |
| | ) | |
| Defendants | ) | |

489\5\PLEADING
4TH Qtr 2001

1376

STIPULATION AND PROPOSED ORDER
CONFIRMING PAYMENT OF UNDISPUTED
FEES & COSTS FOR THE FOURTH
QUARTER OF 2001

1    On March 19, 1996, the District Court established procedures by

2  which plaintiffs are to collect periodic attorneys' fees and costs

3  in this case in connection with their work monitoring defendants'

4  compliance with the Court's Orders and collecting fees.

5    Pursuant to these procedures, the parties have met and

6  conferred concerning fees and costs incurred by plaintiffs'

7  attorneys during the Fourth Quarter of 2001.

8    As a result of the meet and confer session, the parties are

9  able to agree to the payment of $112,836.15 in fees and costs

10  incurred during the Fourth Quarter of 2001. Attached hereto as

11  Exhibit A are charts setting forth the fees and expenses due and

12  owing on the Fourth Quarter of 2001.

13    WHEREFORE, IT IS CONFIRMED that $112,836.15 is due and

14  collectable as of 45 days from the date of entry of this order.

15  Daily interest runs from March 4, 2001 at the rate of  2.36%.

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

STIPULATION AND PROPOSED ORDER
CONFIRMING  PAYMENT OF UNDISPUTED
FEES & COSTS FOR THE FOURTH
QUARTER OF 2001

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|--------|---------------|----------------|-------------------------|
| $112,836.15 | 2.36% | $7.29 | March 4, 2001 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: _May 6, 2002_.        _____

John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

_Jennifer Neill_        DATED: _5/2/02_

Jennifer Neill
Deputy Attorney General
Attorney for Defendants

_Michael W. Bien_        DATED: _4/26/02_

Michael W. Bien
Rosen Bien & Asaro
Attorneys for Plaintiffs

STIPULATION AND PROPOSED ORDER
CONFIRMING  PAYMENT OF UNDISPUTED
FEES & COSTS FOR THE FOURTH
QUARTER OF 2001

**Coleman v. Wilson**

Summary of Undisputed Fees
4th Quarter - October 1, 2001 through December 31, 2001

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 68.90 | 0.80 | 0.10 | 0.70 | 0.00 | 0.00 | 68.20 | $112.50 | $ 7,672.50 |
| Jane Kahn (JK) | 285.80 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 285.60 | 112.50 | 32,130.00 |
| Thomas Nolan (TN) | 113.70 | 0.60 | 0.50 | 0.10 | 0.00 | 0.00 | 113.60 | 112.50 | 12,780.00 |
| James I. Dye (JID) | 6.90 | 0.60 | 0.60 | 0.00 | 0.00 | 0.00 | 6.90 | 110.00 | 759.00 |
| Ashley B. Levy (ABL) | 157.30 | 31.00 | 16.40 | 14.60 | 0.00 | 0.00 | 142.70 | 110.00 | 15,697.00 |
| April L. Frederick (ALF) | 86.20 | 30.80 | 19.85 | 10.95 | 0.00 | 0.00 | 75.25 | 110.00 | 8,277.50 |
| Marina Ponomarchuk (MUP) | 1.60 | 1.00 | 0.60 | 0.40 | 0.00 | 0.00 | 1.20 | 85.00 | 102.00 |
| Jesse L. Brown (JLB) | 0.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.90 | 85.00 | 76.50 |
| Renata Leschinger (RCL) | 3.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 85.00 | 272.00 |
| **TOTAL ROSEN BIEN & ASARO** | **724.50** | **65.00** | **38.05** | **26.95** | **0.00** | **0.00** | **697.55** | | **$ 77,766.50** |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 18.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.40 | $112.50 | $ 2,070.00 |
| Steven Fama (SF) | 35.30 | 0.10 | 0.00 | 0.10 | 0.00 | 0.00 | 35.20 | 112.50 | 3,960.00 |
| Keith Wattley (KW) | 131.60 | 5.80 | 5.65 | 0.15 | 0.00 | 0.00 | 131.45 | 112.50 | 14,788.13 |
| Heather MacKay (HM) | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 112.50 | 56.25 |
| Edie Graff (EG) | 0.50 | 0.50 | 0.25 | 0.25 | 0.00 | 0.00 | 0.25 | 110.00 | 27.50 |
| **TOTAL PRISON LAW OFFICE** | **186.30** | **6.40** | **5.90** | **0.50** | **0.00** | **0.00** | **185.80** | | **$ 20,901.88** |
| **Total Monitoring Claim - All Offices** | **910.80** | **71.40** | **43.95** | **27.45** | **0.00** | **0.00** | **883.35** | | **$98,668.38** |

4/26/2002

**Coleman v. Wilson**
Summary of Undisputed Fees
4th Quarter - October 1, 2001 through December 31, 2001

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| | | | | **Fees Work** | | | | | |
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | $112.50 | $ 135.00 |
| Thomas Nolan (TN) | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | 112.50 | $ 1,181.25 |
| Ernest Galvan (EG) | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.80 | 112.50 | $ 202.50 |
| Amy Whelan (AEW) | 7.10 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 7.10 | 112.50 | $ 798.75 |
| Pamela Derrico (PD) | 2.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.80 | 110.00 | $ 308.00 |
| Ashley B. Levy (ABL) | 0.60 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.40 | 110.00 | $ 44.00 |
| April L. Frederick (ALF) | 38.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.60 | 110.00 | $ 4,246.00 |
| **TOTAL ROSEN BIEN & ASARO** | **62.60** | **1.20** | **1.00** | **0.20** | **0.00** | **0.00** | **62.40** | | **$ 6,915.50** |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 110.00 | $ 440.00 |
| **TOTAL PRISON LAW OFFICE** | **4.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4.00** | | **$ 440.00** |
| **Total Fees Claim - All Offices** | **66.60** | **1.20** | **1.00** | **0.20** | **0.00** | **0.00** | **66.40** | | **$ 7,355.50** |

**Coleman v. Wilson**

**Undisputed 4th Quarterly Statement of 2001**
**October 1, 2001 through December 31, 2001**

*Matter: 489-3 (Monitoring)*

COSTS

| | Claimed Costs | Disputed Costs | Withdrawn by Defs | Withdrawn by Plaintiffs | Costs Remaining in Dispute | Undisputed Costs |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | | |
| Photocopying (in-house @.20) | $ 1,884.00 | $ - | $ - | $ - | $ - | $ 1,884.00 |
| Photocopying (outside service) | $ 966.54 | $ - | $ - | $ - | $ - | $ 966.54 |
| Postage & Delivery | $ 333.36 | $ - | $ - | $ - | $ - | $ 333.36 |
| Westlaw | $ 117.00 | $ - | $ - | $ - | $ - | $ 117.00 |
| Telephone | $ 37.72 | $ - | $ - | $ - | $ - | $ 37.72 |
| Telefax | $ 109.00 | $ - | $ - | $ - | $ - | $ 109.00 |
| Travel | $ 1,506.49 | $ - | $ - | $ - | $ - | $ 1,506.49 |
| **TOTALS** | $ 4,954.11 | $ - | $ - | $ - | $ - | $ 4,954.11 |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (in-house) | $ 334.60 | $ - | $ - | $ - | $ - | $ 334.60 |
| Postage & Delivery | $ 299.87 | $ - | $ - | $ - | $ - | $ 299.87 |
| Telephone | $ 18.28 | $ - | $ - | $ - | $ - | $ 18.28 |
| Telefax | $ 165.00 | $ - | $ - | $ - | $ - | $ 165.00 |
| Travel | $ 822.75 | $ - | $ - | $ - | $ - | $ 822.75 |
| **TOTALS** | $ 1,640.50 | $ - | $ - | $ - | $ - | $ 1,640.50 |
| **TOTAL MONITORING COSTS** | $ 6,594.61 | $ - | $ - | $ - | $ - | $ 6,594.61 |

Undisputed Costs Statement

4th Quarter 2001 Page 1

4/26/2002

*Matter: 489-5*
*(Monitoring Fees on Fees)*

| ROSEN, BIEN & ASARO | Claimed Costs | Disputed Costs | Withdrawn by Def's | Withdrawn by Plaintiff's | Costs Remaining In Dispute | Undisputed Costs |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ 129.60 | $ - | $ - | $ - | $ - | $ 129.60 |
| Photocopying (outside service) | $ - | $ - | $ - | $ - | $ - | $ - |
| Postage & Delivery | $ 62.06 | $ - | $ - | $ - | $ - | $ 62.06 |
| Westlaw | $ - | $ - | $ - | $ - | $ - | $ - |
| Telefax | $ 26.00 | $ - | $ - | $ - | $ - | $ 26.00 |
| Telephone | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL FEES COSTS** | $ 217.66 | $ - | $ - | $ - | $ - | $ 217.66 |
| **TOTAL COSTS** | $ 6,812.27 | $ - | $ - | $ - | $ - | $ 6,812.27 |

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **RALPH COLEMAN v. GRAY DAVIS, et al.**

No.:    **CIV S-90-0520 LKK JFM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 2, 2002</u>, I served the attached **STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2001**by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

THOMAS NOLAN, ESQ.
ROSEN, BIEN & ASARO, LLP
155 MONTGOMERY STREET, 8TH FLOOR
SAN FRANCISCO, CA 94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 2, 2002, at Sacramento, California.

| R. Wells | |
|---|---|
| Declarant | Signature |

United States District Court
for the
Eastern District of California
May 8, 2002


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

   v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  May 8, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

Donald Specter                           CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Rochelle Corinne Holzmann
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

```
Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814
```

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk