

MAY 1 7 2002

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,          No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of the letter filed by inmate George H. White on May 10, 2002 to Donald Specter, Esq., Prison Law Office, General Delivery, San Quentin, CA 94964.

DATED: May /6, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

12
white.let

1

1378

United States District Court
for the
Eastern District of California
May 17, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  May 17, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

      Donald Specter                    CF/JFM
      Prison Law Office
      General Delivery
      San Quentin, CA  94964
      (w/ copy of 5/10/02 letter)

      Michael W Bien
      Rosen Bien and Asaro
      155 Montgomery Street
      Eighth Floor
      San Francisco, CA  94104

      Rochelle Corinne Holzmann
      Attorney General's Office
      455 Golden Gate Avenue
      Suite 11000
      San Francisco, CA  94102-3664

      J Michael Keating Jr
      Little Bulman and Whitney
      72 Pine Street
      Providence, RI  02903

      Edmund F Brennan
      United States Attorney
      501 I Street

Su Court
Sacramento, CA   95814

Jack L. Wagner, Clerk

BY: _____
        Deputy Clerk