**FILED**

MAY 22 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

      Defendants.              ORDER

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of April 2002.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $188,576.76 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: May 22, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

/cole02.apr

1379

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,        :
    Plaintiffs,               :
                              :
v.                            :    No. Civ. S-90-0520 LKK JFM P
                              :
PETE WILSON, et al.,          :
    Defendants                :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through April 30, 2002.

    J. Michael Keating, Jr., Master
        Services              $ 28,791.00
        Disbursements         $  7,236.92

        Total amount due                       $ 36,027.92

    Norma P. D'Apolito, J.D.
        Services              $ 10,400.00
        Disbursements         $       -0-

        Total amount due                       $ 10,400.00

    Matthew A. Lopes, Jr., J.D.
        Services              $ 12,105.00
        Disbursements         $  7,811.16

        Total amount due                       $ 19,916.16

    Paul Nicoll, M.A.P.A.
        Services              $ 19,431.00
        Disbursements         $       -0-

        Total amount due                       $ 19,431.00

    Jeffrey L. Metzner, M.D.
        Services              $ 13,125.00
        Disbursements         $  2,284.21

        Total amount due                       $ 15,409.21

    Raymond Patterson, M.D.
        Services              $ 11,187.50
        Disbursements         $  2,806.42

        Total amount due                       $ 13,993.92

    Kerry C. Hughes, M.D.
        Services              $  6,487.50
        Disbursements         $  2,284.39

        Total amount due                       $  8,771.89

George D. Herron
    Services                    $ 4,932.50
    Disbursements               $   261.11

    Total amount due                                $ 5,193.61

Melissa G. Warren, Ph.D.
    Services                    $ 5,227.50
    Disbursements               $ 2,030.50

    Total amount due                                $ 7,258.00

Kory Knapke, M.D.
    Services                    $ 10,200.00
    Disbursements               $    271.06

    Total amount due                                $ 10,471.06

Virginia L. Morrison
    Services                    $ 6,101.00
    Disbursements               $    18.27

    Total amount due                                $ 6,119.27

Patricia Murphy Williams, Esq.
    Services                    $ 8,738.50
    Disbursements               $   728.36

    Total amount due                                $ 9,466.86

Stephen J. Denoy, P.T.
    Services                    $ 5,190.00
    Disbursements               $   987.13

    Total amount due                                $ 6,177.13

Dennis F. Koson, M.D.
    Services                    $ 16,187.50
    Disbursements               $  3,753.23

    Total amount due                                $ 19,940.73

    TOTAL AMOUNT TO BE REIMBURSED                   $188,576.76

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating Jr/md*

J. Michael Keating, Jr.
Special Master

```
              United States District Court
                         for the
                Eastern District of California
                       May 22, 2002


              * * CERTIFICATE OF SERVICE * *

                                      2:90-cv-00520


     Coleman

          v.

     Reagan

     _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  May 22, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Donald Specter                          CF/JFM
          Prison Law Office
          General Delivery                        CFS
          San Quentin, CA  94964

          Michael W Bien
          Rosen Bien and Asaro
          155 Montgomery Street
          Eighth Floor
          San Francisco, CA  94104

          Rochelle Corinne Holzmann
          Attorney General's Office
          455 Golden Gate Avenue
          Suite 11000
          San Francisco, CA  94102-3664

          J Michael Keating Jr
          Little Bulman and Whitney
          72 Pine Street
          Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk