

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        On April 25, 2002, the special master filed an eighth monitoring report. The report contains several recommendations for specific action by defendants. Neither party has filed objections to the report or to the recommendations contained therein. Good cause appearing, the recommendations will be the order of the court.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within sixty days from the date of this order, the Health Care Services Division (HCSD) of the California Department of Corrections (CDC) shall develop a plan identifying what steps the CDC will take to ensure compliance in the following seven institutions: California Institution for Men (CIM), California Substance Abuse Treatment Facility (CSATF), California State Prison-Corcoran (CSP/Corcoran), California State Prison-Los Angeles County (CSP/LAC), California State Prison-Solano (CSP/Solano), San Quentin (SQ),

1

and Salinas Valley State Prison (SVSP). In addition to any provisions general to all seven institutions, the plan shall address specific problems at each individual institution.

    2. Within sixty days from the date of this order defendants shall develop a plan for eliminating institutional problems with the delivery and management of medication.

    3. Commencing not later than thirty days from the date of this order defendants shall provide the special master with monthly statistical data on allocated and vacant medical technical assistant positions in each CDC facility.

    4. Within sixty days from the date of this order defendants shall develop a plan to speed the implementation of the quality assurance process within each CDC facility.

    5. Within sixty days from the date of this order defendants shall develop a plan to provide sufficient psych techs to conduct rounds seven days a week in administrative segregation at Calipatria State Prison, California Correctional Institution, Central California Women's Facility, CIM, CSATF, CSP/Corcoran, CSP/LAC, CSP/Solano, Correctional Training Facility, Dueul Vocational Institution, Folsom State Prison, Ironwood State Prison, Sierra Conservation Center, SQ, and SVSP.

    6. Within sixty days from the date of this order defendants shall ensure that daily psych tech rounds are actually provided in the administrative segregation units of the three hub units to which Enhanced Outpatient Program (EOP) inmates are being transferred from elsewhere, including CSP/Corcoran, SQ, and SVSP. If this order is not fully complied with within sixty days, defendants shall not transfer any EOP inmate to any non-compliant hub facility until the facility can provide and document the required daily rounding.

    7. With respect to all suicides completed in 2001, to date in 2002, and in the future:

    a. Defendants shall provide to the special master's experts a copy of the final suicide report within ninety days after any suicide or, if there is a genuine issue whether a death is a suicide, ninety days from the date on which said death is determined to be a suicide;

1  and

2  　　　　　b.  Defendants shall provide a copy of the report on implementation of a
3  follow-up suicide corrective action plan to the special master's experts within 180 days from the
4  completed suicide or, if there is a genuine issue whether a death is a suicide, 180 days from the
5  date on which said death is determined to be a suicide.

6  DATED: June 12, 2002.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

10  /ninth.fr

```
              United States District Court
                        for the
              Eastern District of California
                      June 13, 2002


            * * CERTIFICATE OF SERVICE * *


                                  2:90-cv-00520


    Coleman

        v.

    Reagan
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 13, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                    SJ/LKK
        Prison Law Office
        General Delivery                  CF/JFM
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Rochelle Corinne Holzmann
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, RI  02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk