**FILED**

JUL 22 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.　　　　ORDER
_____/

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of June 2002.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $179,425.95 in accordance with the attached statement; and

2. A copy of this order shall be served on the financial department of this court.

DATED: July 19, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

/cole02.jul

1395

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al., :
    Plaintiffs, :
 :
v. : No. Civ. S-90-0520 LKK JFM P
 :
PETE WILSON, et al., :
    Defendants :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through June 30, 2002.

    J. Michael Keating, Jr., Master
        Services                $ 26,229.00
        Disbursements          $  3,615.06

        Total amount due                           $ 29,844.06

    Norma P. D'Apolito, J.D.
        Services                $ 10,127.00
        Disbursements          $        -0-

        Total amount due                           $ 10,127.00

    Matthew A. Lopes, Jr., J.D.
        Services                $ 14,190.00
        Disbursements          $  8,129.50

        Total amount due                           $ 22,319.50

    Paul Nicoll, M.A.P.A.
        Services                $ 13,295.00
        Disbursements          $        -0-

        Total amount due                           $ 13,295.00

    Jeffrey L. Metzner, M.D.
        Services                $ 20,550.00
        Disbursements          $  3,394.97

        Total amount due                           $ 23,944.97

    Raymond Patterson, M.D.
        Services                $ 12,025.00
        Disbursements          $  2,249.83

        Total amount due                           $ 14,274.83

    Kerry C. Hughes, M.D.
        Services                $ 10,850.00
        Disbursements          $  1,916.06

        Total amount due                           $ 12,766.06

George D. Herron
    Services                                       $ 3,152.50
    Disbursements                          $    338.89

        Total amount due                                       $ 3,491.39

Melissa G. Warren, Ph.D.
    Services                                         $ 13,027.50
    Disbursements                          $  4,971.65

        Total amount due                                       $ 17,999.15

Kory Knapke, M.D.
    Services                                       $ 6,887.50
    Disbursements                          $    130.16

        Total amount due                                       $ 7,017.66

Virginia L. Morrison
    Services                                       $ 9,262.75
    Disbursements                          $    903.91

        Total amount due                                       $ 10,166.66

Patricia Murphy Williams, Esq.
    Services                                       $    806.00
    Disbursements                          $       -0-

        Total amount due                                       $    806.00

Dennis F. Koson, M.D.
    Services                                       $ 12,062.50
    Disbursements                          $  1,311.17

        Total amount due                                       $ 13,373.67

    TOTAL AMOUNT TO BE REIMBURSED               **$179,425.95**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*[signature: J. Michael Keating, Jr.]*

J. Michael Keating, Jr.
Special Master

```
                     United States District Court
                               for the
                     Eastern District of California
                            July 22, 2002


                    * * CERTIFICATE OF SERVICE * *


                                              2:90-cv-00520


    Coleman

        v.

    Reagan

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 22, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Donald Specter                            CF/JFM
        Prison Law Office
        General Delivery                          CFS
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Jennifer Anne Neill
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA  94244-2550

        Jonathan Lloyd Wolff
        Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Jack L. Wagner, ~~Clerk~~

BY: _____
      ~~Deputy~~ Clerk