
```
1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  STEVE FAMA (State Bar # 99641)
   General Delivery
3  San Quentin, California 94964
   Telephone (415) 457-9144
4
   McCUTCHEN, DOYLE, BROWN & ENERSEN
5  WARREN GEORGE (State Bar # 53588)
   Three Embarcadero Center
6  San Francisco, California 94111
   Telephone (415) 393-2000
7
   ROSEN, BIEN & ASARO, LLP
8  MICHAEL W. BIEN (State Bar # 096891)
   SANFORD JAY ROSEN (State Bar # 062566)
9  THOMAS NOLAN (State Bar # 169692)
   ERNEST GALVAN (State Bar # 196065)
10 155 Montgomery Street, 8th Floor
   San Francisco, California  94104
11 Telephone (415) 433-6830

12 HELLER, EHRMAN, WHITE & McAULIFFE
   RICHARD L. GOFF (State Bar # 36377)
13 701 Fifth Avenue
   Seattle, Washington 98104
14 Telephone (206) 447-0900

15 Attorneys for Plaintiffs
```

FILED JUL 22 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LODGED JUL - 9 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2002 |
| vs. | |
| GRAY DAVIS, et al., | |
| Defendants | |

1396

1    On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the First Quarter of 2002.

As a result of the meet and confer session, the parties are able to agree to the payment of $175,068.04 in fees and costs incurred during the First Quarter of 2002. The parties have also reached agreement on 2002 rates.  Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing on the First Quarter of 2002.

WHEREFORE, IT IS CONFIRMED that $175,068.04 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from June 1, 2002 at the rate of 2.35%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| **$175,068.04** | 2.35% | $11.27 | June 1, 2002 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 7-19-02

John F. Moulds, Magistrate Judge
United States District Court

489\5\PLEADING
1ST Qtr 2002

STIPULATION AND PROP ORDER RE:
UNDISPUTED FEES & COSTS FOR THE
FIRST QUARTER OF 2002

1
2  APPROVED AS TO FORM:
3  *[signature]*                          DATED: July 8, 2002
4  Jennifer Neill
   Deputy Attorney General
5  Attorney for Defendants
6
7  *[signature]*                          DATED: July 5, 2002
8  Ernest Galvan
   Rosen, Bien & Asaro
9  Attorneys for Plaintiffs
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

## Coleman v. Wilson

**First Quarterly Statement of 2002**
**January 1, 2002 through March 31, 2002**

**SUMMARY OF UNDISPUTED FEES AND COSTS**

|  | FEES | COSTS |
|---|---|---|
| Monitoring | $ 156,669.43 | $ 8,036.35 |
| Monitoring Fees on Fees | $ 9,901.05 | $ 461.21 |
| TOTALS | $ 166,570.48 | $ 8,497.56 |

**TOTAL CLAIMED FEES AND COSTS**          $ 175,068.04

**Coleman v. Wilson**

**First Quarterly Statement of 2002**
**January 1, 2002 through March 31, 2002**

**COSTS**

*Matter: 489-3 (Monitoring)*

| **ROSEN, BIEN & ASARO** | **Actual Costs** | **Undisputed Costs** |
|---|---:|---:|
| Photocopying (in-house @.20) | $ 3,979.00 | $ 3,183.20 |
| Photocopying (outside service) | $ 564.88 | $ 564.88 |
| Postage & Delivery | $ 1,228.35 | $ 1,228.35 |
| Telephone | $ 23.51 | $ 23.51 |
| Journal of AAPL Subscription | $ 65.00 | $ 65.00 |
| ASTM Web Order | $ 25.00 | $ 25.00 |
| Catherine Bodene - Court Reporting Services | $ 152.00 | $ 152.00 |
| LEXIS | $ 356.00 | $ 356.00 |
| Westlaw | $ 209.89 | $ 209.89 |
| Telefax | $ 103.00 | $ 103.00 |
| Travel | $ 1,414.08 | $ 1,414.08 |
| **TOTALS** | **$ 8,120.71** | **$ 7,324.91** |

| **PRISON LAW OFFICE** | | |
|---|---:|---:|
| Photocopying (in-house) | $ 203.00 | $ 203.00 |
| Postage & Delivery | $ 236.00 | $ 236.00 |
| Telephone | $ 21.44 | $ 21.44 |
| Telefax | $ 12.80 | $ 12.80 |
| Travel | $ 238.20 | $ 238.20 |
| **TOTALS** | **$ 711.44** | **$ 711.44** |
| **TOTAL MONITORING COSTS** | **$ 8,832.15** | **$ 8,036.35** |

*Matter: 489-5 (Monitoring Fees on Fees)*

| **ROSEN, BIEN & ASARO** | | |
|---|---:|---:|
| Photocopying (in-house @.20) | $ 222.25 | $ 177.80 |
| Photocopying (outside service) | $ 65.05 | $ 65.05 |
| Postage & Delivery | $ 59.05 | $ 59.05 |
| Telefax | $ 9.00 | $ 9.00 |
| Westlaw | $ 150.31 | $ 150.31 |
| **TOTAL FEES COSTS** | **$ 505.66** | **$ 461.21** |

| **TOTAL COSTS** | **$ 9,337.81** | **$ 8,497.56** |
|---|---:|---:|

**Coleman v. Wilson**
Summary of Undisputed Fees
1st Quarter - January 1, 2002 through March 31, 2002

## Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 101.00 | 0.60 | 0.60 | 0.00 | 0.00 | 0.00 | 101.00 | $169.50 | $ 17,119.50 |
| Jane Kahn (JK) | 300.80 | 3.80 | 3.30 | 0.50 | 0.00 | 0.00 | 300.30 | 169.50 | $ 50,900.85 |
| Thomas Nolan (TN) | 165.10 | 0.70 | 0.00 | 0.00 | 0.70 | 0.00 | 164.75 | 169.50 | $ 27,925.13 |
| Pamela Derrico (PD) | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 125.00 | $ 75.00 |
| James I. Dye (JID) | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.00 | 125.00 | $ 1,375.00 |
| Ashley B. Levy (ABL) | 42.60 | 10.10 | 4.70 | 4.30 | 1.10 | 0.00 | 37.75 | 125.00 | $ 4,718.75 |
| April L. Frederick (ALF) | 109.10 | 8.60 | 3.10 | 4.40 | 1.10 | 0.00 | 104.15 | 125.00 | $ 13,018.75 |
| Shira J. Gans (SJG) | 129.00 | 23.60 | 6.80 | 12.50 | 4.30 | 0.00 | 114.35 | 125.00 | $ 14,293.75 |
| Marina Pononmarchuk (MUP) | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 125.00 | $ 75.00 |
| Jesse L. Brown (JLB) | 2.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.70 | 95.00 | $ 256.50 |
| Renata Leschinger (RCL) | 5.50 | 1.50 | 0.00 | 1.50 | 0.00 | 0.00 | 4.00 | 95.00 | $ 380.00 |
| **TOTAL ROSEN BIEN & ASARO** | **868.00** | **48.90** | **18.50** | **23.20** | **7.20** | **0.00** | **841.20** | | **$ 130,138.23** |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 32.70 | 0.30 | 0.30 | 0.00 | 0.00 | 0.00 | 32.70 | $169.50 | $ 5,542.65 |
| Steven Fama (SF) | 55.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 55.90 | 169.50 | $ 9,475.05 |
| Keith Wattley (KW) | 44.20 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 42.20 | 169.50 | $ 7,152.90 |
| Heather MacKay (HM) | 0.80 | 0.60 | 0.60 | 0.00 | 0.00 | 0.00 | 0.80 | 169.50 | $ 135.60 |
| Edie Graff (EG) | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 125.00 | $ 100.00 |
| Walter Munoz (WM) | 38.00 | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 | 33.00 | 125.00 | $ 4,125.00 |
| **TOTAL PRISON LAW OFFICE** | **172.40** | **7.90** | **0.90** | **7.00** | **0.00** | **0.00** | **165.40** | | **$ 26,531.20** |
| **Total Monitoring Claim - All Offices** | **1040.40** | **56.80** | **19.40** | **30.20** | **7.20** | **0.00** | **1006.60** | | **$156,669.43** |

# Coleman v. Wilson
## Summary of Undisputed Fees
### 1st Quarter - January 1, 2002 through March 31, 2002

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Fees Work Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 1.10 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.90 | $169.50 | $ 152.55 |
| Thomas Nolan (TN) | 23.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.00 | 169.50 | $ 3,898.50 |
| Ernest Galvan (EG) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 169.50 | $ - |
| Amy Whelan (AEW) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 169.50 | $ - |
| Pamela Derrico (PD) | 3.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.40 | 125.00 | $ 425.00 |
| Shira J. Gans (SJG) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 125.00 | $ - |
| April L. Frederick (ALF) | 40.60 | 1.20 | 0.00 | 1.20 | 0.00 | 0.00 | 39.40 | 125.00 | $ 4,925.00 |
| **TOTAL ROSEN BIEN & ASARO** | 68.10 | 1.40 | 0.00 | 1.40 | 0.00 | 0.00 | 66.70 | | $ 9,401.05 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 125.00 | $ 500.00 |
| **TOTAL PRISON LAW OFFICE** | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | | $ 500.00 |
| **Total Fees Claim - All Offices** | 72.10 | 1.40 | 0.00 | 1.40 | 0.00 | 0.00 | 70.70 | | $ 9,901.05 |

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: **RALPH COLEMAN v. GRAY DAVIS, et al.**

No.: **CIV S-90-0520 LKK JFM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 8, 2002, I served the attached **STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2002** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

THOMAS NOLAN
ROSEN, BIEN & ASARO, LLP
155 MONTGOMERY STREET, 8TH FLOOR
SAN FRANCISCO, CA 94104


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 8, 2002, at Sacramento, California.

| R. Wells | *R. Wells* |
|---|---|
| Declarant | Signature |

```
                  United States District Court
                              for the
                    Eastern District of California
                          July 22, 2002


              * * CERTIFICATE OF SERVICE * *

                                        2:90-cv-00520

   Coleman

       v.

   Reagan

_____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 22, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                       CF/JFM
        Prison Law Office
        General Delivery
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Jennifer Anne Neill
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA  94244-2550

        Jonathan Lloyd Wolff
        Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk