FILED
JUL 26 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,          No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.       ORDER

_____/

    On July 10, 2002, the special master filed his third quarterly report on defendants' efforts to reduce mental health care staffing vacancies. The special master makes a series of recommendations in the report. The parties have not objected to the report or its recommendations. Good cause appearing, the recommendations will be adopted in full.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Within ten days from the date of this order the parties, including representatives from the Department of Finance, shall meet with the special master to identify all existing mental health staff positions required in pending orders in this case that need to be incorporated in a blanket exemption to the statewide hiring freeze.

    2. Within forty days from the date of this order defendants shall process, approve and finalize a blanket exemption for all those mental health staff positions identified in the

meeting described in paragraph 1 of this order.  The exemption shall apply both to identified positions that are currently vacant and identified positions that may become vacant in the future during the life of the hiring freeze.  This order applies only to currently allocated mental health staff positions and nothing in this order should be construed to circumvent the normal budgetary processes of executive and legislative approval for the allocation of new or additional positions.

       3.  Defendants shall continue to use contracted services to fill all allocated but vacant positions identified in the meeting described in paragraph 1 of this order.

DATED: July 25, 2002.

LAWRENCE K. KARLTON
SENIOR JUDGE

/staff.3qr

United States District Court
for the
Eastern District of California
July 26, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 26, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Donald Specter                  SJ/LKK
    Prison Law Office
    General Delivery                CF/JFM
    San Quentin, CA  94964
                                    Writ Clerk
    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Jennifer Anne Neill
    Attorney General's Office
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA  94244-2550

    Jonathan Lloyd Wolff
    Attorney General's Office of the State of California
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk