**FILED**

JUL 26 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiffs are a class of prisoners proceeding through counsel with this class action lawsuit. On June 21, 2002, inmate Charlie Lee Million filed pro se a request for temporary restraining order. All requests for court action must be filed by counsel. Good cause appearing, the Clerk of the Court will be directed to send a copy of inmate Million's request to counsel for plaintiffs. The request will be placed in the file and the court will take no further action thereon.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send a copy of the request filed June 21, 2002 by inmate Charlie Lee Million to Donald Specter, Esq.;

        2. Inmate Million's June 21, 2002 request will be placed in the court file and no further action will be taken thereon; and

/////

1400

1


2. The Clerk of the Court is directed to send a copy of this order to inmate Million at the address on document # 1386.

DATED: July 26, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

12
million.let

```
              United States District Court
                        for the
              Eastern District of California
                     July 26, 2002


            * * CERTIFICATE OF SERVICE * *


                                    2:90-cv-00520


Coleman

    v.

Reagan

_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 26, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Donald Specter                         CF/JFM
        Prison Law Office
        General Delivery
        San Quentin, CA   94964
        (w/ copy of request)

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA   94104

        Jennifer Anne Neill
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550

        Jonathan Lloyd Wolff
        Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Charlie Lee Million
D-84004
P.O. Box 3466
Corcoran, CA 93212

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk