FILED

JUL 26 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                 No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.             ORDER

_____/

        Inmate William Rocha, #N-74507, has filed several letters addressed to the Clerk of the Court, one of which is styled as a motion for intervention. Inmate Rocha asserts that he is a member of the class certified in this action, which is represented by counsel. Intervention by an inmate proceeding pro se is not appropriate and the motion will be denied.

        Good cause appearing, the Clerk of the Court will be directed to send a copy of the letters filed by inmate Rocha to counsel for plaintiff and to the special master. Inmate Rocha's letters will be placed in the court file and no further court action will be taken thereon.

        1. The Clerk of the Court is directed to send a copy of the letters filed on July 1, 2002, July 3, 2002 (documents 1388 and 1389), July 9, 2002, July 10, 2002, and July 11, 2002 by inmate William Rocha to Donald Specter, Esq. and to the special master;

/////

1401

1

    2. Inmate Rocha's letters will be placed in the court file and no further action will be taken thereon; and

    3. The Clerk of the Court is directed to send a copy of this order to inmate Rocha at the address on document # 1393.

DATED: July 26, 2002.

                 _____
                  UNITED STATES MAGISTRATE JUDGE

12
rocha.let

```
            United States District Court
                      for the
              Eastern District of California
                    July 26, 2002


              * * CERTIFICATE OF SERVICE * *


                                    2:90-cv-00520


Coleman

    v.

Reagan

_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 26, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Donald Specter
        Prison Law Office
        General Delivery
        San Quentin, CA  94964
        (w/ copies of letters)

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Jennifer Anne Neill
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA  94244-2550

        Jonathan Lloyd Wolff
        Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903
(w/ copies of letters)

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

William Rocha
N-74507
PO Box 3535
Norco, CA 92860

                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk