FILED

AUG 19 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　　　　　No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.　　　　　　　　ORDER

_____/

    On August 7, 2002, Inmate William Rocha, #N-74507, filed a letter addressed to the Clerk of the Court. Mr. Rocha has filed several letters over the course of the last month.

    Good cause appearing, the Clerk of the Court will be directed to send a copy of the August 7, 2002 letter to counsel for plaintiff and to the special master. The original letter will be placed in the court file and disregarded, and the court will take no further action with respect to any letters submitted by Rocha.

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send a copy of the letter submitted on August 7, 2002 by inmate William Rocha to Donald Specter, Esq. and to the special master;

    2. The original letter will be placed in the court file and disregarded, and the court will take not further action with respect to any lettesr submitted by inmate Rocha; and

1405  1

3. The Clerk of the Court is directed to send a copy of this order to inmate Rocha at the address on document # 1393.

DATED: August 16, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

11
rocha.let2

United States District Court
for the
Eastern District of California
August 19, 2002

\* \* CERTIFICATE OF SERVICE \* \*

2:90-cv-00520

Coleman

    v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 19, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Donald Specter                                  CF/JFM
    Prison Law Office
    General Delivery
    San Quentin, CA  94964
    (w/08/07/02 letter)

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Jennifer Anne Neill
    Attorney General's Office
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA  94244-2550

    Jonathan Lloyd Wolff
    Attorney General's Office of the State of California
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664

J Michael Keating
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903
(w/08/07/02 letter)

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Amos Gladney
C-26298
C.T.F. North, Soledad State Prison
PO BOX 705-WB-106-L
Soledad, CA  93960-0705

William Rocha N-74507
PO Box 3535
Norco, CA 92860

                                              Jack L. Wagner, Clerk

                                              BY: _____
                                                      Deputy Clerk