FILED
SEP - 6 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  PAUL D. GIFFORD
   Senior Assistant Attorney General
4  CONSTANCE L. PICCIANO
   Supervising Deputy Attorney General
5  JENNIFER A. NEILL, State Bar No. 184697
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-4361
8    Fax: (916) 324-5205
   Attorneys for Defendants
9  48149280-CF1997CS0003

LODGED
SEP - 4 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>GRAY DAVIS, et al.,<br><br>  Defendants. | CASE NO. CIV S-90-0520 LKK<br><br>**DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME IN WHICH TO COMPLY WITH PARAGRAPH 2 OF THE COURT'S JULY 26, 2002 ORDER AND [PROPOSED] ORDER** |

Defendants hereby request a one-week extension of time, to and including September 11, 2002, in which to comply with paragraph 2 of the Court's July 26, 2002 order. The order requires Defendants to "process, approve and finalize a blanket exemption for all those mental health staff positions identified in the meeting described in paragraph 1 of [the] order." *See* July 26, 2002 Order at ¶ 2.

On August 5, 2002, the parties, including representatives from the Department of Finance, met with the Special Master, as required by paragraph 1 of the July 26, 2002 order, to identify all existing mental health staff positions required in pending orders that need to be

1  incorporated in a blanket exemption to the statewide hiring freeze.  *See* Defendants' Exhibit A,
2  Declaration of J. Neill at ¶ 3.
3         The freeze exemption request was forwarded to, and is currently with, the Department
4  of Finance.  Once the review of the exemption request is completed, the package must be
5  approved by the executive office of the Department of Finance.  *See* Defendants' Exhibit B,
6  Declaration of F. Shimomura at ¶ 3.
7         California's Budget Bill was unexpectedly passed by the Legislature over the Labor
8  Day weekend.  Prior to enactment of the Budget Act, executive staff at the Department of
9  Finance, as the fiscal policy advisors to the Governor, are charged with reviewing the Budget Bill
10 and making recommendations to the Governor on any reductions or eliminations to the Budget
11 Bill.  Executive staff has been dedicated to complete this process and are not expected to be
12 available to review and approve the freeze exemption request until the recommendations on the
13 Budget Bill are finalized.  The Governor has stated publicly that he intends to announce his
14 actions on the Budget Bill on Thursday, September 5, 2002.  It is expected that executive staff
15 will be available to review and approve the freeze exemption request by close of business Friday,
16 September 6, 2002, but no later than close of business on Monday, September 9, 2002.  *See*
17 Defendants' Exhibit B at ¶ 4.
18        Neither the Special Master nor Plaintiffs' counsel object to the one-week
19 extension of time.  *See* Defendants' Exhibit A at ¶¶ 5 and 6.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

Defendants' respectfully request that the Court grant a one-week extension of time, to and including September 11, 2002, in which to comply with paragraph 2 of the July 26, 2002 order.

Dated: September 4, 2002

                        Respectfully submitted,

                        BILL LOCKYER
                        Attorney General of the State of California

                        ROBERT R. ANDERSON
                        Chief Assistant Attorney General

                        PAUL D. GIFFORD
                        Senior Assistant Attorney General

                        CONSTANCE L. PICCIANO
                        Supervising Deputy Attorney General

                        */s/ Jennifer A. Neill*

                        JENNIFER A. NEILL
                        Deputy Attorney General

                        Attorneys for Defendants

Defendants have requested a one-week extension of time, to and including September 11, 2002, in which to comply with paragraph 2 of the July 26, 2002 order requiring Defendants to process, approve and finalize a blanket exemption for previously identified mental health staff positions.

Good cause appearing, Defendants' request is hereby granted.

IT IS SO ORDERED.

9/5/02                                _____
                                  Lawrence K. Karlton
                                  United States District Court Judge

JAN:raw
30607.wpd

**EXHIBIT A**

1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  PAUL D. GIFFORD
   Senior Assistant Attorney General
4  CONSTANCE L. PICCIANO
   Supervising Deputy Attorney General
5  JENNIFER A. NEILL, State Bar No. 184697
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-4361
8    Fax: (916) 324-5205
   Attorneys for Defendants
9  CF1997CS0003

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                      SACRAMENTO DIVISION

14

15 **RALPH COLEMAN, et al.,**                CASE NO. CIV S-90-0520 LKK

16                         Plaintiffs,       **DECLARATION OF J. NEILL
                                             IN SUPPORT OF**
17      v.                                   **DEFENDANTS' EX PARTE
                                             REQUEST FOR AN**
18 **GRAY DAVIS, et al.,**                   **EXTENSION OF TIME**

19                         Defendants.

20

21        I, Jennifer A. Neill, hereby declare as follows:

22        1. I am an attorney licenced to practice in the courts of this state and in the United States

23 District Court for the Eastern District of California.

24        2. I am employed by the California Office of the Attorney General and am one of the

25 attorneys representing Defendants in this case.

26        3. On July 26, 2002, this Court issued an order requiring the parties and representatives

27 from the Department of Finance to meet with J. Michael Keating, Jr., the Special Master in this case,

28 to identify all existing mental health staff positions required in pending orders in this case that need

1

1 to be incorporated in a blanket exemption to the statewide hiring freeze. This meeting was held on August 5, 2002.

2. 4. As further ordered by this Court, by September 4, 2002, Defendants were ordered to process, approve and finalize a blanket exemption for all those mental health staff positions identified in the August 5, 2002 meeting.

5. This morning, I called the Special Master and informed him of Defendants' need for a brief extension of time in which to process, approve and finalize the blanket exemption for the mental health staff positions identified at the August 5, 2002 meeting. The Special Master had no opposition to a one-week extension of time, up to and including September 11, 2002.

6. This morning I also called Michael Bien, Plaintiffs' counsel, and informed him of Defendants' need for a one-week extension of time, up to and including September 11, 2002, in which to process, approve and finalize the blanket exemption for the mental health staff positions identified at the August 5, 2002 meeting. Mr. Bien stated that Plaintiffs will not oppose Defendants' request for one-week extension of time in which to comply with the court order.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of September 2002 at Sacramento, California.

Jennifer A. Neill
Deputy Attorney General

30634.wpd

2

# EXHIBIT B

1
2  BILL LOCKYER
   Attorney General of the State of California
3  ROBERT R. ANDERSON
   Chief Assistant Attorney General
4  PAUL D. GIFFORD
   Senior Assistant Attorney General
5  CONSTANCE L. PICCIANO
   Supervising Deputy Attorney General
6  JENNIFER A. NEILL, State Bar No. 184697
   Deputy Attorney General
7  1300 I Street, Suite 125
   P.O. Box 944255
8  Sacramento, CA 94244-2550
   Telephone: (916) 324-4361
9  Fax: (916) 324-5205
   Attorneys for Defendants
10 CF1997CS0003

11

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14                     SACRAMENTO DIVISION

15

16 | RALPH COLEMAN, et al.,            | CASE NO. CIV S-90-0520 LKK
17 |                        Plaintiffs, | DECLARATION OF F.
                                         SHIMOMURA IN SUPPORT
18 |             v.                     | OF DEFENDANTS' EX PARTE
                                         REQUEST FOR AN
19 | GRAY DAVIS, et al.,                | EXTENSION OF TIME
20 |                       Defendants.  |

21

22     I, Floyd Shimomura, hereby declare as follows:

23     1. I am employed by the State of California, Department of Finance as its Chief Counsel.

24     2. I am involved in reviewing exemptions from the hiring freeze request from the California

25 Department of Corrections relating to mental health staff positions identified in this case.

26     3. Once my review is completed, the package must be approved by the executive office of

27 the Department of Finance.

28     4. The Budget Bill was passed by the Legislature over the Labor Day weekend. Prior to
enactment of the Budget Act, executive staff at the Department of Finance, as the fiscal policy advisors
to the Governor, are charged with reviewing the Budget Bill and making recommendations to the

1 | Governor on any reductions or eliminations to the Budget Bill. The executive staff has been dedicated
2 | to complete this process and are not expected to be available to review and approve the freeze
3 | exemption request until the recommendations on the Budget Bill are finalized. The Governor has stated
4 | publicly that he intends to announce his actions on the Budget Bill on Thursday, September 5, 2002. It
5 | is expected that executive staff will be available to review and approve the freeze exemption request by
6 | Friday, September 6, 2002, but no later than close of business on Monday, September 9, 2002.
7 |     I declare under penalty of perjury that the foregoing is true and correct.
8 |     Executed this 4th day of September 2002 at Sacramento, California.
9 | *Floyd D. Shimomura*
10 | Floyd Shimomura

17 | JOHAS DECLARATION FOR EOT.wpd

## DECLARATION OF SERVICE BY FACSIMILE & MAIL

Case Name:   **RALPH COLEMAN, et al. v. GRAY DAVIS, et al.**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business. My facsimile machine telephone number is (916) 324-5205.

On September 4, 2002 at 4:32 PM., I served the attached **DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME IN WHICH TO COMPLY WITH PARAGRAPH 2 OF THE COURT'S JULY 26, 2002 ORDER AND [PROPOSED] ORDER** by transmitting a true copy by facsimile machine, pursuant to California Rules of Court, rule 2008. The facsimile machine I used complied with Rule 2003, and no error was reported by the machine. Pursuant to rule 2008(e)(4), I caused the machine to print a record of the transmission, a copy of which is attached to this declaration. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid, in the internal mail system of the Office of the Attorney General, addressed as follows:

| | |
|---|---|
| Michael W. Bien<br>Rosen, Bien & Asaro<br>155 Montgomery Street, 8th Floor<br>San Francisco, CA 94104<br>Fax: **(415) 433-7104** | J. Michael Keating, Jr.<br>Little, Bulman, Medeiros & Whitney, P.C.<br>72 Pine Street<br>Providence, RI 02903<br>Fax: **(401) 521-3555** |
| Matthew A. Lopes, Jr.<br>Brown, Rudnick, Freed & Gesner<br>121 South Main Street<br>Providence, RI 02903<br>Fax: **(401) 276-2601** | Donald Specter<br>Prison Law Office<br>2173 East Francisco Boulevard, Suite M<br>San Rafael, CA 94901<br>Fax: **(415) 457-9151** |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 4, 2002, at Sacramento, California.

_____          _____
Declarant                                                                Signature

30661.wpd

```
                                                                    ndd
                     United States District Court
                               for the
                     Eastern District of California
                          September 6, 2002


                    * * CERTIFICATE OF SERVICE * *

                                             2:90-cv-00520

    Coleman

        v.

    Reagan

    _____

    I, the undersigned, hereby certify that I am an employee in the Office of
    the Clerk, U.S. District Court, Eastern District of California.

    That on  September 6, 2002, I SERVED a true and correct copy(ies) of
    the attached, by placing said copy(ies) in a postage paid envelope
    addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
    delivery receptacle located in the Clerk's office, or, pursuant to prior
    authorization by counsel, via facsimile.


            Donald Specter                       SJ/LKK
            Prison Law Office
            General Delivery                     CF/JFM
            San Quentin, CA  94964

            Michael W Bien
            Rosen Bien and Asaro
            155 Montgomery Street
            Eighth Floor
            San Francisco, CA  94104

            Jennifer Anne Neill
            Attorney General's Office
            PO Box 944255
            1300 I Street
            Suite 125
            Sacramento, CA  94244-2550

            Jonathan Lloyd Wolff
            Attorney General's Office of the State of California
            455 Golden Gate Avenue
            Suite 11000
            San Francisco, CA  94102-3664

            J Michael Keating Jr
            Little Bulman and Whitney
```

72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

                                        Jack L. Wagner, Clerk

                                   BY:  _____
                                             Deputy Clerk