

**FILED**

SEP 23 2002

CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al,

    Plaintiffs,    No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.    <u>ORDER</u>

_____/

    On September 11, 2002, inmate Carl Gibson filed a document styled "Motion for Court Order's for Relief." In the motion, inmate Gibson complains of conditions of his confinement at Wasco State Prison. Inmate Gibson is informed that the plaintiff class in this action is proceeding through counsel and all documents filed on behalf of the plaintiff class must be filed by said counsel. Inmate Gibson is further informed that an individual challenge to his conditions of confinement should be brought as an individual civil rights action pursuant to 42 U.S.C. § 1983.

    In accordance with the above, IT IS ORDERED that:

    1. The September 11, 2002 motion of inmate Gibson shall be placed in the court file and disregarded; and

/////

1421

1         2. The Clerk of the Court is directed to serve a copy of this order together with
2 the court's form complaint for filing a § 1983 action and accompanying instructions on inmate
3 Gibson at Wasco State Prison, P.O. Box 5500, Wasco, CA 93280.
4 DATED: September 20, 2002.

                                                              UNITED STATES MAGISTRATE JUDGE

12
gibson.mo

United States District Court
for the
Eastern District of California
September 23, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on September 23, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                              CF/JFM
        Prison Law Office
        General Delivery
        San Quentin, CA   94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA   94104

        Jennifer Anne Neill
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550

        Jonathan Lloyd Wolff
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-3664

        J Michael Keating Jr
        Little Bulman and Whitney
        72 Pine Street
        Providence, R.I. 02903
```

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Carl Gibson D-66983
Wasco State Prison
PO Box 5500
Wasco, CA 93280
(w/ 1983 civil rights complaint form

Jack L. Wagner, Clerk

BY: *Michael Plummer*
Deputy Clerk