**FILED**

OCT - 1 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,　　　　　　　　No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.　　　　　　　　<u>ORDER</u>

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of August 2002.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island  02903

the amount of $192,866.91 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: September 27, 2002.

                                  /s/
                        UNITED STATES MAGISTRATE JUDGE

/cole02.aug

1427

```
                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

RALPH COLEMAN, et al.,                :
        Plaintiffs,                   :
                                      :
   v.                                 :    No. Civ. S-90-0520 LKK JFM P
                                      :
PETE WILSON, et al.,                  :
        Defendants                    :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through August, 2002.

| | | |
|---|---:|---:|
| **J. Michael Keating, Jr., Master** | | |
| Services | $ 29,022.00 | |
| Disbursements | $ 331.70 | |
| Total amount due | | $ 29,353.70 |
| **Norma P. D'Apolito, J.D.** | | |
| Services | $ 11,895.00 | |
| Disbursements | $ -0- | |
| Total amount due | | $ 11,895.00 |
| **Matthew A. Lopes, Jr., J.D.** | | |
| Services | $ 17,547.50 | |
| Disbursements | $ 11,033.75 | |
| Total amount due | | $ 28,581.25 |
| **Paul Nicoll, M.A.P.A.** | | |
| Services | $ 10,253.50 | |
| Disbursements | $ -0- | |
| Total amount due | | $ 10,253.50 |
| **Jeffrey L. Metzner, M.D.** | | |
| Services | $ 16,193.75 | |
| Disbursements | $ 2,730.71 | |
| Total amount due | | $ 18,924.46 |
| **Kerry C. Hughes, M.D.** | | |
| Services | $ 8,276.25 | |
| Disbursements | $ 4,004.00 | |
| Total amount due | | $ 12,280.25 |
| **Melissa G. Warren, Ph.D.** | | |
| Services | $ 6,301.25 | |
| Disbursements | $ 1,525.83 | |
| Total amount due | | $ 7,827.08 |

```
Kory Knapke, M.D.
        Services                        $   1,300.00
        Disbursements                   $     263.50

        Total amount due                                $   1,563.50

Virginia L. Morrison
        Services                        $   4,777.50
        Disbursements                   $       -0-

        Total amount due                                $   4,777.50

Patricia Murphy Williams, Esq.
        Services                        $   1,053.00
        Disbursements                   $       -0-

        Total amount due                                $   1,053.00

Dennis F. Koson, M.D.
        Services                        $   3,912.50
        Disbursements                   $     861.71

        Total amount due                                $   4,774.21

Donna Brorby, J.D.
        Services                        $  58,732.50
        Disbursements                   $   2,850.96

        Total amount due                                $  61,583.46


        TOTAL AMOUNT TO BE REIMBURSED                   $192,866.91
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*[signature: J. Michael Keating, Jr.]*

J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
October 1, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 1, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                                  CF/JFM
Prison Law Office
General Delivery                                CFS
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Jennifer Anne Neill
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

Jonathan Lloyd Wolff
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk