FILED

OCT - 8 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

    Defendants.             ORDER

_____/

        On September 5, 2002, pursuant to court order, the special master filed a Follow-Up Report on Defendants' Inpatient Beds Needs Study and Plan for Development of Programming Needs. The report contains a series of recommendations. Defendants have filed objections to several of the recommendations, and plaintiffs have filed a response to the objections.

        After careful review of the special master's report and recommendations, defendants' objections, and plaintiffs' response thereto, and good cause appearing, the court will partially grant defendants' request to extend the time to comply with recommendations three and five and will allow defendants sixty, rather than thirty, days to comply with said recommendations. Recommendation number 6 is moot, as the parties met with the special master on October 2, 2002. In all other respects, defendants objections are overruled and the

special master's recommendations will be adopted in full.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants shall forthwith submit to the special master copies of relevant portions of the fiscal year 2002-2003 pending budget and, as they develop and are approved by the California Department of Corrections and the Department of Finance, relevant portions of future budget requests that reflect proposals for mental health services delivery system (MHSDS) staffing and construction based on the beds needs study.

2. Within ninety days from the date of this order defendants shall submit to the special master a clinical rationale for elimination of the day treatment program at California Medical Facility (CMF) and a plan for providing treatment programming comparable to that currently provided in the intermediate care and day treatment components at CMF.

3. Within sixty days from the date of this order defendants shall submit to the special master a plan to provide MHSDS inmates clinically referred to a mental health crisis bed (MHCB) level of care with both immediate and long-term access to treatment appropriate to that level of care.

4. Within ninety days from the date of this order defendants shall submit to the special master a plan for the delivery of a MHCB level of care to inmates in California Men's Colony and CMF.

5. Within sixty days from the date of this order defendants shall submit to the special master a plan to provide MHSDS inmates clinically referred to an enhanced outpatient level of care, who must be housed in a security housing unit, with both immediate and long-term access to treatment appropriate to that level of care.

DATED: October 7, 2002.

UNITED STATES DISTRICT JUDGE

/coleman.ipbeds

United States District Court
for the
Eastern District of California
October 8, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  October 8, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                    SJ/LKK
        Prison Law Office
        General Delivery                  CF/JFM
        San Quentin, CA   94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA   94104

        Jennifer Anne Neill
        Attorney General's Office for the State of California
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550

        Jonathan Lloyd Wolff
        Attorney General's Office of the State of California
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-3664
```

J Michael Keating Jr  
Little Bulman and Whitney  
72 Pine Street  
Providence, RI  02903  

Edmund F Brennan  
United States Attorney  
501 I Street  
Suite 10-100  
Sacramento, CA  95814  

Matthew A Lopes Jr  
121 South Main St  
Providence, RI  02903  

Jack L. Wagner, Clerk  

BY: _____  
Deputy Clerk