| | |
|---|---|
| 1 | PRISON LAW OFFICE |
|   | DONALD SPECTER Bar No.: 83925 |
| 2 | STEVEN FAMA Bar No.: 99641 |
|   | KEITH WATTLEY Bar No.: 203366 |
| 3 | General Delivery |
|   | San Quentin, California 94964 |
| 4 | Telephone (415) 457-9144 |
| 5 | BINGHAM, McCUTCHEN, LLP |
|   | WARREN E. GEORGE Bar No.: 53588 |
| 6 | Three Embarcadero Center |
|   | San Francisco, California 94111 |
| 7 | Telephone (415) 393-2000 |
| 8 | ROSEN, BIEN & ASARO, LLP |
|   | MICHAEL W. BIEN Bar No.: 096891 |
| 9 | JANE E. KAHN Bar No.: 112239 |
|   | THOMAS NOLAN Bar No.: 169692 |
| 10 | 155 Montgomery Street, 8th Floor |
|   | San Francisco, California 94104 |
| 11 | Telephone (415) 433-6830 |
| 12 | HELLER, EHRMAN, WHITE & McAULIFFE |
|   | RICHARD L. GOFF Bar No.: 36377 |
| 13 | 701 Fifth Avenue |
|   | Seattle, Washington 98104 |
| 14 | Telephone (206) 447-0900 |
| 15 | Attorneys for Plaintiffs |

FILED

OCT 10 2002

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, | ) | Case No. Civ S 90-0520 LKK-JFM |
| Plaintiffs, | ) | [PROPOSED] STIPULATION AND ORDER REGARDING THE HOUSING OF MENTALLY ILL PRISONERS IN NEW ADMINISTRATIVE SEGREGATION UNITS |
| vs. | ) | |
| PETE WILSON, et al., | ) | |
| Defendants | ) | |
|  | ) | Date: |
|  | ) | Time: |
|  | ) | Dept.: Honorable Lawrence K. Karlton |

New Order.doc

[PROPOSED] TRO OR PRELIMINARY INJUNCTION BARRING HOUSING

/1440/

1    The parties, through their respective counsel, HEREBY STIPULATE AND
2    AGREE as follows:
3        1.   Defendants shall not house mentally ill class members in the new SATF
4    administrative segregation unit or any of the other 9 new administrative segregation units
5    scheduled to open in the near future unless and until the procedures below have been
6    followed and Court approval has been obtained for such placements:
7            a.   Defendants shall provide the special master and plaintiffs' counsel
8    with notice of the intent to place Mental Health Services Delivery System ("MHSDS")
9    inmates in the new administrative segregation unit at least 60 days in advance of the
10   projected placement.
11           b.   Along with the notice required in the preceding paragraph,
12   defendants shall provide the special master and plaintiffs' counsel with a plan for the
13   placement that addresses the provision of the following:
14               o Sufficient clinical staffing in the unit to provide enhanced mental
15                 health treatment programming and monitoring;
16               o Sufficient custody and escort staffing to support expanded treatment
17                 programming;
18               o Monitoring enhancements;
19               o Other out-of-cell enhancements;
20               o Some screening mechanism that incorporates mental health staff's
21                 input on the clinical appropriateness of the placement in the unit of
22                 specific MHSDS inmates;
23               o A process for tracking and evaluating data on key indicators of
24                 decompensation for a specific period to ensure that the planned
25                 compensatory measures offset adequately the potentially deleterious
26                 effects of placement in the new administrative segregation units.
27       2.   Defendants shall not operate any such program for housing mentally ill
28   inmates in the new administrative segregation units unless and until there has been

New Order.doc                                         -1-      [PROPOSED] STIPULATION AND ORDER

1  review and approval of the proposed program by the special master and the district court,
2  and until the special master has inspected the proposed program location to ensure that
3  the staffing and other resources or modifications required by the plan are in place and so
4  certified to the Court.
5      3.   After a reasonable period of operation and review and monitoring by the
6  Special Master, he shall issue a report to the Court with his findings and evaluations
7  concerning the program and making appropriate recommendations.

_____   DATED: 10/9/02
Jonathan L. Wolff, Esq.
Deputy Attorney General
Attorney for Defendants

_____   DATED: 10/9/02
Michael W. Bien, Esq.
Rosen, Bien & Asaro LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: October 10, 2002

_____
The Honorable Lawrence K. Karlton
United States District Court Judge

New Order.doc                         -2-    [PROPOSED] STIPULATION AND ORDER

United States District Court
for the
Eastern District of California
October 10, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 10, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                          SJ/LKK
Prison Law Office
General Delivery                        CF/JFM
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Jennifer Anne Neill
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

Jonathan Lloyd Wolff
Attorney General's Office of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903


                                        Jack L. Wagner, Clerk

                                    BY: _____
                                            Deputy Clerk