**FILED**

NOV 12 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

_____/

    On October 2, 2002, inmate Carl Gibson filed a document styled "Motion for Relief" and on October 9, 2002, inmate Gibson filed a supplement to the motion. Inmate Gibson has previously been informed that the plaintiff class in this action is proceeding through counsel and all documents filed on behalf of the plaintiff class must be filed by said counsel. Good cause appearing, the Clerk of the Court will be directed to send a copy of the documents filed by inmate Gibson on October 2, 2002 and October 9, 2002 to class counsel. No further action will be taken on said documents or on any documents subsequently filed by inmate Gibson in propria persona.

    In accordance with the above, IT IS ORDERED that:

/////

/////

1. The Clerk of the Court is directed to serve a copy of inmate Gibson's October 2, 2002 motion and the October 9, 2002 supplement thereto (documents # 1428 and 1436) on Donald Specter, Esq.;

2. The original of said documents shall be placed in the court file and disregarded;

3. No further court action will be taken on any document subsequently filed by inmate Gibson in propria persona. September 11, 2002 motion of inmate Gibson shall be placed in the court file and disregarded; and

4. The Clerk of the Court is directed to serve a copy of this order on inmate Gibson at Wasco State Prison, P.O. Box 5500, Wasco, CA 93280.

DATED: November __, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

12
gibson.mo2

United States District Court
for the
Eastern District of California
November 12, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 12, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter                                   CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964
(w/copy of docs #1428 & 1436)

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Anne Neill
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Jonathan Lloyd Wolff
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Carl Gibson
D-66983
Wasco State Prison
P.O. Box 5500
Wasco, CA   93280

Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk