PRISON LAW OFFICE
DONALD SPECTER (State Bar # 83925)
STEVE FAMA (State Bar # 99641)
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

McCUTCHEN, DOYLE, BROWN & ENERSEN
WARREN GEORGE (State Bar # 53588)
Three Embarcadero Center
San Francisco, California 94111
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN (State Bar # 096891)
SANFORD JAY ROSEN (State Bar # 062566)
THOMAS NOLAN (State Bar # 169692)
ERNEST GALVAN (State Bar # 196065)
155 Montgomery Street, 8th Floor San Francisco, California 94104
Telephone (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF (State Bar # 36377)
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

Attorneys for Plaintiffs

**FILED**
NOV 12 2002
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>GRAY DAVIS, et al.,<br><br>  Defendants | Case No. Civ. S 90-0520 LKK-JFM-P<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2002** |

1  On March 19, 1996, the District Court established procedures by which plaintiffs are
2  to collect periodic attorneys' fees and costs in this case in connection with their work
3  monitoring defendants' compliance with the Court's Orders and collecting fees.
4  Pursuant to these procedures, the parties have met and conferred concerning fees and
5  costs incurred by plaintiffs' attorneys during the Second Quarter of 2002.
6  As a result of the meet and confer session, the parties are able to agree to the
7  payment of $136,335.47 in fees and costs incurred during the Second Quarter of 2002.
8  Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing
9  on the Second Quarter of 2002.

11  WHEREFORE, IT IS CONFIRMED that $136,335.47 is due and collectable as of 45 days
12  from the date of entry of this order. Daily interest runs from June 1, 2002 at the rate of 2.35%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $136,335.47 | 1.71% | $6.39 | September 3, 2002 |

15 (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

17 IT IS SO ORDERED.
18 Dated:

John F. Moulds, Magistrate Judge
United States District Court

20 APPROVED AS TO FORM:

22 Jessica Blonien, Esq.
   Deputy Attorney General
23 Attorney for Defendants

DATED: 9/30/02

25 Thomas Nolan, Esq.
   Rosen, Bien & Asaro
26 Attorneys for Plaintiffs

DATED: 10-1-02

## Coleman v. Wilson

**Second Quarterly Statement of 2002**
**April 1, 2002 through June 30, 2002**

**UNDISPUTED SUMMARY OF CLAIMED FEES AND COSTS**

|  | **FEES** | **COSTS** |
|---|---|---|
| Monitoring | $ 118,837.00 | $ 7,338.92 |
| Monitoring Fees on Fees | $ 9,963.53 | $ 196.02 |
| TOTALS | $ 128,800.53 | $ 7,534.94 |
| **TOTAL CLAIMED FEES AND COSTS** | | **$ 136,335.47** |

## Coleman v. Wilson

Summary of Undisputed Fees
2nd Quarter April 1, 2002 through June 30, 2002

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 73.20 | 0.70 | 0.70 | 0.00 | 0.00 | 0.00 | 73.20 | $ 169.50 | $ 12,407.40 |
| Jane Kahn (JK) | 244.00 | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 244.00 | $ 169.50 | $ 41,358.00 |
| Thomas Nolan (TN) | 37.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.60 | $ 169.50 | $ 6,373.20 |
| James I. Dye (JID) | 22.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.80 | $ 125.00 | $ 2,850.00 |
| Joseph Acker (JWA) | 31.20 | 1.60 | 1.60 | 0.00 | 0.00 | 0.00 | 31.20 | $ 125.00 | $ 3,900.00 |
| April L. Frederick (ALF) | 26.90 | 0.40 | 0.00 | 0.40 | 0.00 | 0.00 | 26.50 | $ 125.00 | $ 3,312.50 |
| Shira J. Gans (SJG) | 138.50 | 8.10 | 4.00 | 4.10 | 0.00 | 0.00 | 134.40 | $ 125.00 | $ 16,800.00 |
| Marina Ponomarchuk (MUP) | 0.80 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | 0.30 | $ 125.00 | $ 37.50 |
| Jesse L. Brown (JLB) | 6.10 | 0.50 | 0.20 | 0.30 | 0.00 | 0.00 | 5.80 | $ 125.00 | $ 725.00 |
| Renata Leschinger (RCL) | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | $ 125.00 | $ 125.00 |
| **TOTAL ROSEN BIEN & ASARO** | **582.10** | **11.90** | **6.60** | **5.30** | **0.00** | **0.00** | **576.80** | | **$ 87,888.60** |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | $ 169.50 | $ 2,542.50 |
| Steven Fama (SF) | 37.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 37.90 | $ 169.50 | $ 6,424.05 |
| Keith Wattley (KW) | 82.80 | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | 82.80 | $ 169.50 | $ 14,034.60 |
| Zachary Katznelson (ZK) | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | $ 169.50 | $ 84.75 |
| Edie Graff (EG) | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | $ 125.00 | $ 150.00 |
| Kasey Corbit (KC) | 61.70 | 2.80 | 2.80 | 0.00 | 0.00 | 0.00 | 61.70 | $ 125.00 | $ 7,712.50 |
| Ashley Fewell (AF) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 125.00 | $ - |
| Carole Lamanna (CL) | 1.50 | 1.50 | 0.00 | 1.50 | 0.00 | 0.00 | 0.00 | $ 125.00 | $ - |
| **TOTAL PRISON LAW OFFICE** | **200.60** | **4.70** | **3.20** | **1.50** | **0.00** | **0.00** | **199.10** | | **$ 30,948.40** |
| **Total Monitoring Claim - All Offices** | **782.70** | **16.60** | **9.80** | **6.80** | **0.00** | **0.00** | **775.90** | | **$118,837.00** |

**Coleman v. Wilson**
Summary of Undisputed Fees
2nd Quarter April 1, 2002 through June 30, 2002

**Fees Work**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 0.80 | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.80 | $ 169.50 | $ 135.60 |
| Thomas Nolan (TN) | 20.45 | 0.80 | 0.50 | 0.30 | 0.00 | 0.00 | 20.15 | $ 169.50 | $ 3,415.43 |
| Pamela Derrico (PD) | 20.70 | 0.60 | 0.00 | 0.60 | 0.00 | 0.00 | 20.10 | $ 125.00 | $ 2,512.50 |
| Shira J. Gans (SJG) | 1.70 | 0.30 | 0.30 | 0.00 | 0.00 | 0.00 | 1.70 | $ 125.00 | $ 212.50 |
| Jesse L. Brown (JLB) | 16.30 | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | 16.30 | $ 125.00 | $ 2,037.50 |
| April L. Frederick (ALF) | 8.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.20 | $ 125.00 | $ 1,025.00 |
| **TOTAL ROSEN BIEN & ASARO** | **68.15** | **2.60** | **1.70** | **0.90** | **0.00** | **0.00** | **67.25** | | **$ 9,338.53** |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | $ 125.00 | $ 625.00 |
| **TOTAL PRISON LAW OFFICE** | **5.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **5.00** | | **$ 625.00** |
| **Total Fees Claim - All Offices** | **73.15** | **2.60** | **1.70** | **0.90** | **0.00** | **0.00** | **72.25** | | **$ 9,963.53** |

**Coleman v. Wilson**

**Summary Of Undisputed Costs - Second Quarterly Statement, 2002**
**April 1, 2002 through June 30, 2002**

### *Matter: 489-3 (Monitoring)*

**ROSEN, BIEN & ASARO**

|  | Actual Costs | Objections Withdrawn by Plaintiff | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $ 3,149.80 | $ - | $ 3,149.80 |
| Photocopying (outside service) | $ 457.32 | $ - | $ 457.32 |
| Postage & Delivery | $ 313.71 | $ - | $ 313.71 |
| Telephone | $ 39.01 | $ - | $ 39.01 |
| Telefax | $ 152.00 | $ - | $ 152.00 |
| Travel | $ 1,481.14 | $ 6.50 | $ 1,474.64 |
| **TOTALS** | **$ 5,592.98** | **$ 6.50** | **$ 5,586.48** |

**PRISON LAW OFFICE**

|  | Actual Costs | Objections Withdrawn by Plaintiff | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house) | $ 370.40 | $ - | $ 370.40 |
| Postage & Delivery | $ 395.23 | $ - | $ 395.23 |
| Telephone | $ 41.22 | $ - | $ 41.22 |
| Telefax | $ 37.80 | $ - | $ 37.80 |
| Travel | $ 913.11 | $ 5.32 | $ 907.79 |
| **TOTALS** | **$ 1,757.76** | **$ 5.32** | **$ 1,752.44** |
| **TOTAL MONITORING COSTS** | **$ 7,350.74** | **$ 11.82** | **$ 7,338.92** |

### *Matter: 489-5 (Monitoring Fees on Fees)*

**ROSEN, BIEN & ASARO**

|  | Actual Costs | Objections Withdrawn by Plaintiff | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $ 47.40 | $ - | $ 47.40 |
| Photocopying (outside service) | $ 91.76 | $ - | $ 91.76 |
| Postage & Delivery | $ 52.39 | $ - | $ 52.39 |
| Telephone | $ 4.47 | $ - | $ 4.47 |
| **TOTAL FEES COSTS** | **$ 196.02** | **$ -** | **$ 196.02** |
| **TOTAL COSTS** | **$ 7,546.76** | **$ 11.82** | **$ 7,534.94** |

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR SECOND QUARTER OF 2002**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**

Jessica Blonien, Esq.
Office of the Attorney General
455 Golden Gate Avenue, 12th Floor
San Francisco, CA  94102-3664

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of October, 2002, at San Francisco, California.

_____
PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
November 12, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 12, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                           CF/JFM
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Jennifer Anne Neill
    Attorney General's Office
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA  94244-2550

    Jonathan Lloyd Wolff
    Attorney General's Office
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk