**FILED**

NOV 22 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.           ORDER

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of October 2002.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Little, Bulman, Medeiros & Whitney, P.C.
72 Pine Street
Providence, Rhode Island 02903

the amount of $251,730.19 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: November 21, 2002.

                                          UNITED STATES MAGISTRATE JUDGE

/cole02.oct

1468

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,                :
      Plaintiffs,                    :
                                      :
v.                                    :        No. Civ. S-90-0520 LKK JFM P
                                      :
PETE WILSON, et al.,                  :
      Defendants                     :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through October 31, 2002.

    J. Michael Keating, Jr., Master
        Services                    $ 27,375.00
        Disbursements               $  5,855.65

        Total amount due                              $ 33,230.65

    Norma P. D'Apolito, J.D.
        Services                    $  9,776.00
        Disbursements               $       -0-

        Total amount due                              $  9,776.00

    Matthew A. Lopes, Jr., J.D.
        Services                    $ 24,367.50
        Disbursements               $ 11,568.22

        Total amount due                              $ 35,935.72

    Paul Nicoll, M.A.P.A.
        Services                    $ 23,381.50
        Disbursements               $       -0-

        Total amount due                              $ 23,381.50

    Jeffrey Metzner, M.D.
        Services                    $ 33,350.00
        Disbursements               $  4,163.89

        Total amount due                              $ 37,513.89

    Kerry C. Hughes, M.D.
        Services                    $ 13,293.75
        Disbursements               $  1,440.28

        Total amount due                              $ 14,734.03

    George Herron
        Services                    $  3,700.00
        Disbursements               $  1,271.21

        Total amount due                              $  4,971.21

```
Kory Knapke, M.D.
     Services                    $ 11,375.00
     Disbursements               $     472.77

         Total amount due                        $ 11,847.77

Virginia L. Morrison
     Services                    $ 10,930.00
     Disbursements               $     665.17

         Total amount due                        $ 11,595.17

Patricia Murphy Williams, Esq.
     Services                    $  8,205.00
     Disbursements               $     161.80

         Total amount due                        $  8,366.80

Dennis F. Koson
     Services                    $ 22,875.00
     Disbursements               $  1,967.04

         Total amount due                        $ 24,842.04

Melissa G. Warren, Ph.D.
     Services                    $ 25,722.50
     Disbursements               $  9,812.91

         Total amount due                        $ 35,535.41


         TOTAL AMOUNT TO BE REIMBURSED           $251,730.19
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*/s/ J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

United States District Court
for the
Eastern District of California
November 22, 2002

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 22, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                         CF/JFM
Prison Law Office
General Delivery                       FINANCIAL
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Jennifer Anne Neill
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

Jonathan Lloyd Wolff
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664
```

```
J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903
```

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk