**FILED**

NOV 2 5 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send a copy of the letter filed by inmate William Rocha on November 14, 2002 (document 1463) to the special master;

        2. Inmate Rocha's letter will be placed in the court file and no further action will be taken thereon; and

        3. The Clerk of the Court is directed to send a copy of this order to inmate Rocha at the address on the envelope appended to document 1463.

DATED: November 21, 2002.

                           _____
                           UNITED STATES MAGISTRATE JUDGE

12
rocha.let3

1469

1

United States District Court
for the
Eastern District of California
November 25, 2002


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 25, 2002, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.


    Donald Specter
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Jennifer Anne Neill
    Attorney General's Office
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA  94244-2550

    Jonathan Lloyd Wolff
    Attorney General's Office
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664

CF|JFM

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903
(copy of letter doc# 1463)

Jack L. Wagner, Clerk

BY: _____
        Deputy Clerk

United States District Court
for the
Eastern District of California
December 3, 2002


\* \* CERTIFICATE OF RE-SERVICE \* \*


2:90-cv-00520


Coleman

    v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  December 3, 2002, I RE-SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

Donald Specter                     CF/JFM
Prison Law Office
General Delivery
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Jennifer Anne Neill
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

Jonathan Lloyd Wolff
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903
(w/ copy of doc #1463)

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

William Rocha
N-74507
PO Box 3535
Norco, CA   92860-0991

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk