

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.           ORDER

_____/

        On October 23, 2002, the special master filed a tenth monitoring report. The report contains three recommendations for specific action by defendants. Plaintiffs have not filed objections to the report or its recommendations, and defendants object only that the first recommendation is now moot. Good cause appearing, the special master's second and third recommendations will be the order of the court.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within sixty days from the date of this order, the Parole and Community Services Division and the Health Care Services Division (HCSD) of the California Department of Corrections (CDC) shall develop and implement procedures for the use within each CDC institution of a common and shared list of Mental Health Services Delivery System inmates

/////

eligible for parole and the documentation of all contacts between Transitional Case Management Program social workers and paroling inmates in the paroling inmates' Unit Health Records.

2. Defendants shall forthwith begin implementation of the Mental Health Tracking System in California Medical Facility, Ironwood State Prison, and California State Prison at San Quentin.

DATED: December 6, 2002.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/tenth.mr

```
                  United States District Court
                             for the
                   Eastern District of California
                         December 9, 2002


                   * * CERTIFICATE OF SERVICE * *


                                            2:90-cv-00520


     Coleman

          v.

     Reagan

     _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  December 9, 2002, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Donald Specter                     SJ/LKK
          Prison Law Office
          General Delivery                   CF/JFM
          San Quentin, CA   94964

          Michael W Bien
          Rosen Bien and Asaro
          155 Montgomery Street
          Eighth Floor
          San Francisco, CA   94104

          Jennifer Anne Neill
          Attorney General's Office for the State of California
          PO Box 944255
          1300 I Street
          Suite 125
          Sacramento, CA   94244-2550

          Jonathan Lloyd Wolff
          Attorney General's Office of the State of California
          455 Golden Gate Avenue
          Suite 11000
          San Francisco, CA   94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903


Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk