FILED

DEC 20 2002

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

      Defendants.            <u>ORDER</u>

_____/

      The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of November 2002.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
<u>Coleman</u> Special Master
285 Terrace Avenue
Riverside, Rhode Island  02915

the amount of $210,664.33 in accordance with the attached statement; and

      2. A copy of this order shall be served on the financial department of this court.

DATED: December 17, 2002.



UNITED STATES MAGISTRATE JUDGE

/cole02.nov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,  :
    Plaintiffs,  :
       :
v.  :   No. Civ. S-90-0520 LKK JFM P
       :
PETE WILSON, et al.,  :
    Defendants  :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through November 30, 2002.

    J. Michael Keating, Jr., Master
        Services                    $ 23,679.00
        Disbursements             $  6,583.82

        Total amount due                    $ 30,262.82

    Norma P. D'Apolito, J.D.
        Services                    $  9,854.00
        Disbursements             $       -0-

        Total amount due                    $  9,854.00

    Matthew A. Lopes, Jr., J.D.
        Services                    $ 14,887.50
        Disbursements             $  4,496.26

        Total amount due                    $ 19,383.76

    Paul Nicoll, M.A.P.A.
        Services                    $ 15,743.50
        Disbursements             $       -0-

        Total amount due                    $ 15,743.50

    Jeffrey Metzner, M.D.
        Services                    $ 30,081.25
        Disbursements             $  7,575.72

        Total amount due                    $ 37,656.97

    Kerry C. Hughes, M.D.
        Services                    $  4,800.00
        Disbursements             $  1,626.71

        Total amount due                    $  6,426.71

    George Herron
        Services                    $     650.00
        Disbursements             $       -0-

        Total amount due                    $     650.00

```
Kory Knapke, M.D.
     Services                        $  9,087.50
     Disbursements                   $    556.47

          Total amount due                              $  9,643.97

Virginia L. Morrison
     Services                        $  4,738.50
     Disbursements                   $       -0-

          Total amount due                              $  4,738.50


Patricia Murphy Williams, Esq.
     Services                        $  4,222.50
     Disbursements                   $    428.35

          Total amount due                              $  4,650.85

Dennis F. Koson
     Services                        $ 18,725.00
     Disbursements                   $  2,630.10

          Total amount due                              $ 21,355.10

Melissa G. Warren, Ph.D.
     Services                        $ 12,140.00
     Disbursements                   $  1,520.93

          Total amount due                              $ 13,660.93

Donna Brorby, Esq.
     Services                        $ 36,022.50
     Disbursements                   $    614.72

          Total amount due                              $ 36,637.22


     TOTAL AMOUNT TO BE REIMBURSED                      $210,664.33
```

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*[signature: J. Michael Keating, Jr.]*

J. Michael Keating, Jr.
Special Master

```
              United States District Court
                        for the
              Eastern District of California
                    December 20, 2002


              * * CERTIFICATE OF SERVICE * *


                                  2:90-cv-00520


    Coleman

         v.

    Reagan

    _____


    I, the undersigned, hereby certify that I am an employee in the Office of
    the Clerk, U.S. District Court, Eastern District of California.

    That on  December 20, 2002, I SERVED a true and correct copy(ies) of
    the attached, by placing said copy(ies) in a postage paid envelope
    addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
    delivery receptacle located in the Clerk's office, or, pursuant to prior
    authorization by counsel, via facsimile.


              Donald Specter                      CF/JFM
              Prison Law Office
              General Delivery                    CFS
              San Quentin, CA  94964

              Michael W Bien
              Rosen Bien and Asaro
              155 Montgomery Street
              Eighth Floor
              San Francisco, CA  94104

              Jennifer Anne Neill
              Attorney General's Office
              PO Box 944255
              1300 I Street
              Suite 125
              Sacramento, CA  94244-2550

              Jonathan Lloyd Wolff
              Attorney General's Office
              455 Golden Gate Avenue
              Suite 11000
              San Francisco, CA  94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
~~Deputy~~ Clerk