FILED

JAN - 3 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,          No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.       ORDER

_____/

        Plaintiffs are a class of prisoners proceeding through counsel with this class action lawsuit. On December 6, 2002, inmate Gordon D. Meador filed pro se a request for injunctive relief. All requests for court action must be filed by counsel. Good cause appearing, the Clerk of the Court will be directed to send a copy of inmate Meador's request to counsel for plaintiffs. The request will be placed in the file and the court will take no further action thereon.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send a copy of the request filed December 6, 2002 by inmate Gordon D. Meador to Donald Specter, Esq.;

        2. Inmate Meador's December 6, 2002 request will be placed in the court file and no further action will be taken thereon; and

/////

1484

1

2. The Clerk of the Court is directed to send a copy of this order to inmate Meador at the address on document # 1477.

DATED: January 2, 2003.

/s/ _____
UNITED STATES MAGISTRATE JUDGE

12
meador.let

United States District Court
for the
Eastern District of California
January 3, 2003

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 3, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA   94964
(w/ copy of #1477)

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Jennifer Anne Neill
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

Jonathan Lloyd Wolff
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-3664

CF/JFM

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Gordon D Meador
C-57959
PO Box 5246
Corcoran, CA   93212

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk