

```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  STEVE FAMA (State Bar # 99641)
    General Delivery
 3  San Quentin, California 94964
    Telephone (415) 457-9144
 4
    BINGHAM McCUTCHEN
 5  WARREN GEORGE (State Bar # 53588)
    Three Embarcadero Center
 6  San Francisco, California 94111-4066
    Telephone (415) 393-2000
 7
    ROSEN, BIEN & ASARO, LLP
 8  MICHAEL W. BIEN (State Bar # 096891)
    SANFORD JAY ROSEN (State Bar # 062566)
 9  THOMAS NOLAN (State Bar # 169692)
    ERNEST GALVAN (State Bar # 196065)
10  155 Montgomery Street, 8th Floor San Francisco, California  94104
    Telephone (415) 433-6830
11
    HELLER, EHRMAN, WHITE & McAULIFFE
12  RICHARD L. GOFF (State Bar # 36377)
    701 Fifth Avenue
13  Seattle, Washington 98104
    Telephone (206) 447-0900
14
    Attorneys for Plaintiffs
15
```

**FILED**
FEB 0 5 2003
CLERK, U S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**LODGED**
JAN 3 0 2003
CLERK, U S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　Plaintiff,<br><br>vs.<br><br>GRAY DAVIS, et al.,<br><br>　　Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2002** |

489\5\
stip-3rd qtr.2002, 1-9-03 (undisputed fees) 489-5

1499

STIPULATION AND [PROPOSED] ORDER
CONFIRMING UNDISPUTED ATTORNEYS' FEES AND
COSTS FOR THE THIRD QUARTER OF 2002

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the Third Quarter of 2002.

As a result of the meet and confer session, the parties are able to agree to the payment of $165,457.84 in fees and costs incurred during the Third Quarter of 2002. Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing on the Third Quarter of 2002.

WHEREFORE, IT IS CONFIRMED that $165,457.84 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from December 3, 2002 at the rate of 1.57%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $165,457.84 | 1.57% | $7.12 | December 3, 2002 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 2-4-03

John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

Jessica Blonien, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: 1/27/03

Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

DATED: 1/27/03

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THIRD QUARTER OF 2002**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**

Jessica Blonien, Esq.
Office of the Attorney General
455 Golden Gate Avenue, 12th Floor
San Francisco, CA  94102-3664

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of January, 2003, at San Francisco, California.

_____
PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
February 5, 2003

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on February 5, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                          CF/JFM
    Prison Law Office
    General Delivery
    San Quentin, CA   94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA   94104

    Jennifer Anne Neill
    Attorney General's Office
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA   94244-2550
```

Jonathan Lloyd Wolff

Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk