

FILED

MAR - 3 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

GRAY DAVIS, et al.,

        Defendants.                <u>ORDER</u>

_____/

        Inmate William Rocha, #N-74507, has filed numerous letters, all of which have

been filed in this action. Inmate Rocha has been previously advised that the court will take no

action on letters filed by him in this class action lawsuit. Good cause appearing, the Clerk of the

Court will be directed to send inmate Rocha the court's form civil rights complaint and

accompanying instructions. Inmate Rocha is advised that challenges to his conditions of

confinement must be raised, if at all, in an individual civil rights action which must be

commenced in accordance with applicable provisions of law, the Federal Rules of Civil

Procedure, and the Local Rules of Court.

/////

/////

/////

1511

1

1         In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the

2    Court is directed to send to inmate William Rocha at the address on document # 1506 the court's

3    form civil rights complaint and accompanying instructions together with a copy of this order.

4    DATED: February 22, 2003.

5

6

7                                                  _____
                                                   UNITED STATES MAGISTRATE JUDGE

12

8    rocha.let4

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

United States District Court
for the
Eastern District of California
March 3, 2003

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 3, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

Donald Specter                              CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Anne Neill
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Jonathan Lloyd Wolff
Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-3664

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

William Rocha N-74507
PO Box 3535
Norco CA 92860-0991
(civil rights form)


Jack L. Wagner, Clerk

BY: _____
Deputy Clerk