

FILED

MAR 1 7 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,     No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.     ORDER

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of February 2003.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Coleman Special Master
285 Terrace Avenue
Riverside, Rhode Island  02915

the amount of $128,166.22 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: March 14, 2003.

UNITED STATES MAGISTRATE JUDGE

/cole03.feb

1513

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v().                              No. Civ. S-90-0520 LKK JFM P

PETE WILSON, et al.,
    Defendants

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February 28, 2003.

J. Michael Keating, Jr., Master
- Services: $ 28,848.00
- Disbursements: $ 2,746.43
- Total amount due: $ 31,594.43

Matthew A. Lopes, Jr., J.D.
- Services: $ 10,217.50
- Disbursements: $ 1,568.84
- Total amount due: $ 11,786.34

Kory Knapke, M.D.
- Services: $ 2,875.00
- Disbursements: $ 372.57
- Total amount due: $ 3,247.57

Dennis F. Koson, M.D.
- Services: $ 10,325.00
- Disbursements: $ 1,642.07
- Total amount due: $ 11,967.07

Jeffrey Metzner, M.D.
- Services: $ 10,900.00
- Disbursements: $ 1,829.27
- Total amount due: $ 12,729.27

Raymond F. Patterson, M.D.
- Services: $ 10,475.00
- Disbursements: $ 2,040.97
- Total amount due: $ 12,515.97

Melissa Warren, Ph.D.
    Services      $ 5,062.50
    Disbursements      $ 795.94

    Toatal amount due      $ 5,858.44

Donna Brorby, J.D.
    Services      $ 12,967.50
    Disbursements      $ 1,590.56

    Total amount due      $ 14,558.06

Norma P. D'Apolito, J.D.
    Services      $ 7,995.00
    Disbursements      $ -0-

    Total amount due      $ 7,995.00

Virginia L. Morrison, J.D.
    Services      $ 6,623.50
    Disbursements      $ 295.52

    Total amount due      $ 6,919.02

Paul Nicoll, M.A.P.A.
    Services      $ 7,183.00
    Disbursements      $ -0-

    Total amount due      $ 7,183.50

Patricia Murphy Williams, J.D.
    Services      $ 1,742.00
    Disbursements      $ 69.55

    Total amount due      $ 1,811.55

**TOTAL AMOUNT TO BE REIMBURSED**      **$128,166.22**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

```
                    United States District Court
                              for the
                    Eastern District of California
                           March 17, 2003


                    * * CERTIFICATE OF SERVICE * *

                                             2:90-cv-00520


    Coleman

         v.

    Reagan

    _____

    I, the undersigned, hereby certify that I am an employee in the Office of
    the Clerk, U.S. District Court, Eastern District of California.

    That on  March 17, 2003, I SERVED a true and correct copy(ies) of
    the attached, by placing said copy(ies) in a postage paid envelope
    addressed to the person(s) hereinafter listed, by depositing said
    envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
    delivery receptacle located in the Clerk's office, or, pursuant to prior
    authorization by counsel, via facsimile.


            Donald Specter                        AR/LKK
            Prison Law Office
            General Delivery                      CF/JFM
            San Quentin, CA   94964
                                                  Financial
            Michael W Bien
            Rosen Bien and Asaro
            155 Montgomery Street
            Eighth Floor
            San Francisco, CA   94104

            Jennifer Anne Neill
            Attorney General's Office for the State of California
            PO Box 944255
            1300 I Street
            Suite 125
            Sacramento, CA   94244-2550

            Jonathan Lloyd Wolff
            Attorney General's Office of the State of California
            455 Golden Gate Avenue
            Suite 11000
            San Francisco, CA   94102-3664

            J Michael Keating Jr
            Coleman Special Master
```

285 Terrace Ave
Riverside, Rhode Island 02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903


                                        Jack L. Wagner, Clerk

                                   BY:  _____
                                         Deputy Clerk