**FILED**

APR 2 9 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,          No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.        <u>ORDER</u>

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of March 2003.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
<u>Coleman</u> Special Master
285 Terrace Avenue
Riverside, Rhode Island 02915

the amount of $96,177.51 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: April 28, 2003.

                                        UNITED STATES MAGISTRATE JUDGE

/cole03.mar

1514

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.

PETE WILSON, et al.,
    Defendants

No. Civ. S-90-0520 LKK JFM P

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through March 31, 2003.

| | | |
|---|---:|---:|
| J. Michael Keating, Jr., Master | | |
|    Services | $ 25,593.00 | |
|    Disbursements | $ 1,789.86 | |
|    Total amount due | | $ 27,382.86 |
| Matthew A. Lopes, Jr., J.D. | | |
|    Services | $ 8,465.00 | |
|    Disbursements | $ 5,894.09 | |
|    Total amount due | | $ 14,359.09 |
| Jeffrey Metzner, M.D. | | |
|    Services | $ 14,331.00 | |
|    Disbursements | $ 1,964.82 | |
|    Total amount due | | $ 16,295.82 |
| Raymond F. Patterson, M.D. | | |
|    Services | $ 8,650.00 | |
|    Disbursements | $ 2,987.78 | |
|    Total amount due | | $ 11,637.78 |
| Norma P. D'Apolito, J.D. | | |
|    Services | $ 8,424.00 | |
|    Disbursements | $ -0- | |
|    Total amount due | | $ 8,424.00 |
| Virginia L. Morrison, J.D. | | |
|    Services | $ 708.50 | |
|    Disbursements | $ -0- | |
|    Total amount due | | $ 708.50 |

Paul Nicoll, M.A.P.A.
    Services                              $ 13,260.50
    Disbursements            $        -0-

       Total amount due                            $ 13,260.50

Patricia Murphy Williams, J.D.
    Services                              $ 4,082.00
    Disbursements            $   26.96

       Total amount due                            $ 4,108.96

       TOTAL AMOUNT TO BE REIMBURSED      **$ 96,177.51**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*/s/ J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

2.

```
                United States District Court
                           for the
                  Eastern District of California
                       April 29, 2003


              * * CERTIFICATE OF SERVICE * *


                                         2:90-cv-00520


     Coleman

         v.

     Reagan
     _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  April 29, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Donald Specter                       CF/JFM
         Prison Law Office
         General Delivery                     Finance Dept
         San Quentin, CA  94964

         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA  94104

         Jennifer Anne Neill
         Attorney General's Office
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA  94244-2550

         Jonathan Lloyd Wolff
         Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA  94102-3664
```

```
J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI  02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903
```

Jack L. Wagner, Clerk

BY: _____
　　　Deputy Clerk