

1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  STEVE FAMA (State Bar # 99641)
   General Delivery
3  San Quentin, California 94964
   Telephone (415) 457-9144
4
   BINGHAM McCUTCHEN
5  WARREN GEORGE (State Bar # 53588)
   Three Embarcadero Center
6  San Francisco, California 94111-4066
   Telephone (415) 393-2000
7
   ROSEN, BIEN & ASARO, LLP
8  MICHAEL W. BIEN (State Bar # 096891)
   SANFORD JAY ROSEN (State Bar # 062566)
9  THOMAS NOLAN (State Bar # 169692)
   ERNEST GALVAN (State Bar # 196065)
10 155 Montgomery Street, 8th Floor San Francisco, California 94104
   Telephone (415) 433-6830
11
   HELLER, EHRMAN, WHITE & McAULIFFE
12 RICHARD L. GOFF (State Bar # 36377)
   701 Fifth Avenue
13 Seattle, Washington 98104
   Telephone (206) 447-0900
14
   Attorneys for Plaintiffs
15

**FILED** APR 2 9 2003
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

**LODGED** APR 2 3 2003
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

16             IN THE UNITED STATES DISTRICT COURT
17             EASTERN DISTRICT OF CALIFORNIA
18
19 RALPH COLEMAN,                    ) Case No. Civ. S 90-0520 LKK-JFM
                                     )
20        Plaintiff,                 ) **STIPULATION AND [PROPOSED]**
                                     ) **ORDER CONFIRMING UNDISPUTED**
21 vs.                               ) **ATTORNEYS' FEES AND COSTS FOR**
                                     ) **THE FOURTH QUARTER OF 2002**
22 GRAY DAVIS, et al.,                )
                                     )
23        Defendants                 )
   _____ )
24
25
26
27
28

489\5\
stip-4th qtr.2002, 4-17-03 (undisputed fees) 489-5

STIPULATION AND [PROPOSED] ORDER
CONFIRMING UNDISPUTED ATTORNEYS' FEES AND
COSTS FOR THE FOURTH QUARTER OF 2002

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the Fourth Quarter of 2002.

As a result of the meet and confer session, the parties are able to agree to the payment of $216,289.26 in fees and costs incurred during the Fourth Quarter of 2002. Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing on the Fourth Quarter of 2002.

WHEREFORE, IT IS CONFIRMED that $216,289.26 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from March 3, 2003 at the rate of 1.26%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $216,289.26 | 1.26% | $7.47 | March 3, 2003 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 4-28-03

John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

Jennifer Neill, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: 4·23·03

Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

DATED: 4-18-03

# Coleman v. Wilson

**Fourth Quarterly Statement of 2002**
**October 1, 2002 through December 31, 2002**

**UNDISPUTED SUMMARY OF CLAIMED FEES AND COSTS**

|  | FEES | COSTS |
|---|---|---|
| Monitoring | $ 197,911.20 | $ 10,481.74 |
| Monitoring Fees on Fees | $ 7,731.20 | $ 165.12 |
| TOTALS | $ 205,642.40 | $ 10,646.86 |
| **TOTAL CLAIMED FEES AND COSTS** | | **$ 216,289.26** |

## Coleman v. Wilson
### Summary of Undisputed Fees
### 4th Quarter October 1, 2002 through December 31, 2002

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 15% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 137.90 | 8.10 | 4.30 | 3.50 | 0.30 | 0.00 | 0.00 | 134.25 | $169.50 | $ 22,755.38 |
| Jane Kahn (JK) | 271.10 | 42.30 | 41.10 | 0.60 | 0.00 | 0.60 | 0.00 | 270.41 | $169.50 | $ 45,834.50 |
| Thomas Nolan (TN) | 173.30 | 22.40 | 22.40 | 0.00 | 0.00 | 0.00 | 0.00 | 173.30 | $169.50 | $ 29,374.35 |
| Ernest Galvan (EG) | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | $169.50 | $ 339.00 |
| Pamela Derrico (PD) | 2.70 | 2.30 | 1.50 | 0.80 | 0.00 | 0.00 | 0.00 | 1.90 | $125.00 | $ 237.50 |
| James I. Dye (JID) | 27.20 | 4.80 | 2.00 | 0.10 | 1.30 | 1.40 | 0.00 | 26.24 | $125.00 | $ 3,280.00 |
| Joseph Acker (JWA) | 217.20 | 191.00 | 3.30 | 9.80 | 1.50 | 176.40 | 0.00 | 180.19 | $125.00 | $ 22,523.75 |
| Shira J. Gans (SJG) | 262.30 | 114.00 | 85.80 | 21.70 | 6.50 | 0.00 | 0.00 | 237.35 | $125.00 | $ 29,668.75 |
| **TOTAL ROSEN BIEN & ASARO** | **1093.70** | **384.90** | **160.40** | **36.50** | **9.60** | **178.40** | **0.00** | **1025.64** | | **$ 154,013.22** |
| | | | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 61.60 | 8.10 | 7.70 | 0.00 | 0.40 | 0.00 | 0.00 | 61.40 | $169.50 | $ 10,407.30 |
| Steven Fama (SF) | 60.60 | 0.80 | 0.70 | 0.10 | 0.00 | 0.00 | 0.00 | 60.50 | $169.50 | $ 10,254.75 |
| Keith Wattley (KW) | 110.30 | 26.30 | 24.90 | 1.40 | 0.00 | 0.00 | 0.00 | 108.90 | $169.50 | $ 18,458.55 |
| Heather McKay (HM) | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | $169.50 | $ 84.75 |
| Zachary Katznelson (ZK) | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | $169.50 | $ 169.50 |
| Kasey Corbit (KC) | 50.75 | 48.55 | 0.00 | 0.00 | 0.00 | 48.55 | 0.00 | 36.19 | $125.00 | $ 4,523.13 |
| **TOTAL PRISON LAW OFFICE** | **284.75** | **83.75** | **33.30** | **1.50** | **0.40** | **48.55** | **0.00** | **268.49** | | **$ 43,897.98** |
| | | | | | | | | | | |
| **Total Monitoring - All Offices** | **1378.45** | **468.65** | **193.70** | **38.00** | **10.00** | **226.95** | **0.00** | **1294.13** | | **$197,911.20** |

**Coleman v. Wilson**
Summary of Undisputed Fees
4th Quarter October 1, 2002 through December 31, 2002

### Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Thomas Nolan (TN) | 6.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.60 | $169.50 | $ 1,118.70 |
| Pamela Derrico (PD) | 46.50 | 3.80 | 3.80 | 0.00 | 0.00 | 0.00 | 0.00 | 46.50 | $125.00 | $ 5,812.50 |
| **TOTAL ROSEN BIEN & ASARO** | **53.10** | **3.80** | **3.80** | **0.00** | **0.00** | **0.00** | **0.00** | **53.10** | | **$ 6,931.20** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 6.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.40 | $125.00 | $ 800.00 |
| **TOTAL PRISON LAW OFFICE** | **6.40** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **6.40** | | **800.00** |
| **Total Fees - All Offices** | **59.50** | **3.80** | **3.80** | **0.00** | **0.00** | **0.00** | **0.00** | **59.50** | | **$ 7,731.20** |

## Coleman v. Wilson

**Summary Of Undisputed Costs - Fourth Quarterly Statement, 2002**
**October 1, 2002 through December 31, 2002**

### Matter: 489-3 (Monitoring)

| ROSEN, BIEN & ASARO | Claimed Costs | Objections Withdrawn by Plaintiff | | Undisputed Costs |
|---|---:|---:|---|---:|
| Photocopying (in-house @.20) | $ 4,407.40 | $ - | | $ 4,407.40 |
| Photocopying (outside service) | $ 780.09 | $ - | | $ 780.09 |
| Postage & Delivery | $ 501.85 | $ - | | $ 501.85 |
| Telephone | $ 44.77 | $ - | | $ 44.77 |
| Telefax | $ 547.00 | $ - | | $ 547.00 |
| LEXIS | $ 340.00 | $ - | | $ 340.00 |
| Westlaw | $ 107.50 | $ - | | $ 107.50 |
| Travel | $ 1,770.36 | $ 313.01 | * | $ 1,457.35 |
| **TOTALS** | **$ 8,498.97** | **$ 313.01** | | **$ 8,185.96** |

* Defendant's Objected to a total of $947.64 in travel costs, of which $634.63 was withdrawn.

### PRISON LAW OFFICE

| | Claimed Costs | Objections Withdrawn by Plaintiff | | Undisputed Costs |
|---|---:|---:|---|---:|
| Photocopying (in-house) | $ 468.20 | $ - | | $ 468.20 |
| Postage & Delivery | $ 646.06 | $ - | | $ 646.06 |
| Telephone | $ 58.21 | $ - | | $ 58.21 |
| Telefax | $ 247.00 | $ - | | $ 247.00 |
| Travel | $ 993.09 | $ 116.78 | ** | $ 876.31 |
| **TOTALS** | **$ 2,412.56** | **$ 116.78** | | **$ 2,295.78** |

** Defendant's Objected to a total of $343.50 in travel costs, of which $226.72 was withdrawn.

| **TOTAL MONITORING COSTS** | **$ 10,911.53** | **$ 429.79** | | **$ 10,481.74** |
|---|---:|---:|---|---:|

### Matter: 489-5 (Monitoring Fees on Fees)

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Objections Withdrawn by Plaintiff | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $ 68.00 | $ - | $ 68.00 |
| Photocopying (outside service) | $ 75.84 | $ - | $ 75.84 |
| Postage & Delivery | $ 21.28 | $ - | $ 21.28 |
| **TOTAL FEES COSTS** | **$ 165.12** | **$ -** | **$ 165.12** |

| **TOTAL COSTS** | **$ 11,076.65** | **$ 429.79** | **$ 10,646.86** |
|---|---:|---:|---:|

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **RALPH COLEMAN, et al. v. GRAY DAVIS, et al.**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 23, 2003</u>, I served the attached STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2002 by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

Michael W. Bien, Esq.  
Rosen, Bien & Asaro  
155 Montgomery Street, 8th Floor  
San Francisco, CA 94104  
Attorney for Plaintiffs

Donald Specter  
Prison Law Office  
General Delivery  
San Quentin, CA 94964  
Attorney for Plaintiffs

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 23, 2003, at Sacramento, California.

_____R. Wells_____     _____  
         Declarant                                                                    Signature

50472.wpd

```
              United States District Court
                         for the
                Eastern District of California
                      April 29, 2003


              * * CERTIFICATE OF SERVICE * *


                                    2:90-cv-00520


    Coleman

        v.

    Reagan

    _____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on April 29, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                          CF/JFM
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA  94104

    Jennifer Anne Neill
    Attorney General's Office
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA  94244-2550

    Jonathan Lloyd Wolff
    Attorney General's Office
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-3664
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

                                        Jack L. Wagner, Clerk

                                    BY: _____
                                          Deputy Clerk