FILED

JUN 16 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

PETE WILSON, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

_____/

    By order filed May 20, 2003, defendants were ordered to deposit within sixty days a twenty-eighth interim payment of in the amount of $500,000.00 for investment in the interest-bearing account previously opened for this action to pay the fees and costs of the special master and his staff. The special master has submitted his bill for services rendered during the month of May 2003 and court records reveal that the balance of the account is less than is required to pay that bill.

/////
/////
/////
/////
/////

1

1       Accordingly, the provisions of the May 20, 2003 order notwithstanding, and good
2 cause appearing, IT IS HEREBY ORDERED that defendants shall deposit the twenty-eighth
3 interim payment of $500,000.00 with the Clerk of the Court on or before June 27, 2003.
4 DATED: June 16, 2003.

                                              LAWRENCE K. KARLTON
                                              SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT

/cole627

nac

United States District Court
for the
Eastern District of California
June 16, 2003

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  June 16, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     Donald Specter                              AR/LKK
     Prison Law Office
     General Delivery
     San Quentin, CA  94964

     Michael W Bien
     Rosen Bien and Asaro
     155 Montgomery Street
     Eighth Floor
     San Francisco, CA  94104

     Jennifer Anne Neill
     Attorney General's Office
     PO Box 944255
     1300 I Street
     Suite 125
     Sacramento, CA  94244-2550

     Jonathan Lloyd Wolff
     Attorney General's Office
     110 West A Steet
     Suite 1100
     San Diego, CA  92101-3702
```

J Michael Keating Jr
Little Bulman and Whitney
72 Pine Street
Providence, RI   02903

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk