FILED

SEP 15 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.           ORDER
_____/

        Plaintiffs are a class of prisoners proceeding through counsel with this class action lawsuit. On August 14, 2003, inmate Charlie Lee Million filed pro se a motion for injunctive relief. All requests for court action must be filed by counsel. Good cause appearing, the Clerk of the Court will be directed to send a copy of inmate Million's motion to counsel for plaintiffs. The motion will be placed in the file and the court will take no further action thereon.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send a copy of the motion filed August 14, 2003 by inmate Charlie Lee Million to Donald Specter, Esq.;

        2. Inmate Million's August 14, 2003 motion will be placed in the court file and no further action will be taken thereon; and

/////

1

2. The Clerk of the Court is directed to send a copy of this order to inmate Million at the address on document # 1538.

DATED: September 15, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

12
million.mot

```
              United States District Court
                       for the
              Eastern District of California
                   September 15, 2003


              * * CERTIFICATE OF SERVICE * *


                                       2:90-cv-00520


    Coleman

       v.

    Reagan

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  September 15, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Donald Specter                                   CF/JFM
          Prison Law Office
          General Delivery
          San Quentin, CA  94964
          (w/ copy of 8/14/03 motion by Charlie Lee Million)

          Michael W Bien
          Rosen Bien and Asaro
          155 Montgomery Street
          Eighth Floor
          San Francisco, CA  94104

          Jennifer Anne Neill
          Attorney General's Office
          PO Box 944255
          1300 I Street
          Suite 125
          Sacramento, CA  94244-2550

          Jonathan Lloyd Wolff
          California Attorney General's Office
          455 Golden Gate Avenue
          Suite 11000
          San Francisco, CA  94102-7004

          J Michael Keating Jr
```

Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Charlie Lee Million
Corcoran State Prison
PO Box 3466
Corcoran, CA 93212

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk