**FILED**

SEP 19 2003

CLERK, U S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,            No. CIV S-90-0520 LKK JFM P

vs.

GRAY DAVIS, et al.,

    Defendants.         ORDER

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of August 2003.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
<u>Coleman</u> Special Master
285 Terrace Avenue
Riverside, Rhode Island  02915

the amount of $110,785.57 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: September 18, 2003.

                                        /s/ [signature]
                                  UNITED STATES MAGISTRATE JUDGE

/cole03.aug

1543

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.                                    No. Civ. S-90-0520 LKK JFM P

PETE WILSON, et al.,
    Defendants

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through August 31, 2003.

    J. Michael Keating, Jr., Master
        Services                $ 19,218.00
        Disbursements        $   3,139.43

        Total amount due                           $ 22,357.43

    Matthew A. Lopes, Jr., J.D.
        Services                $ 16,497.50
        Disbursements       $   6,383.75

        Total amount due                           $ 22,881.25

    Dennis F. Koson, M.D.
        Services                $ 17,222.50
        Disbursements          2,667.54

        Total amount due                           $ 19,890.04

    Jeffrey Metzner, M.D.
        Services                $   4,475.00
        Disbursements       $     842.94

        Total amount due                           $   5,317.94

    Raymond F. Patterson, M.D.
        Services                $   9,143.75
        Disbursements       $   2,152.24

        Total amount due                           $ 11,295.99

Melissa G. Warren, Ph.D.
    Services                                                   $ 3,432.50
    Disbursements                             $ <u>1,818.92</u>

    Total amount due                                             $ 5,251.42


Donna Brorby, J.D.
    Services                                                   $ 5,204.00
    Disbursements                             $ <u>   128.00</u>

    Total amount due                                             $ 5,332.00


Norma D'Apolito
    Services                                                 $ 10,673.00
    Disbursements                             $ <u>     -0-</u>

    Total amount due                                            $ 10,673.00


Paul Nicoll, M.A.P.A.
    Services                                                   $ 7,786.50
    Disbursements                             $ <u>     -0-</u>

    Total amount due                                           $ 7,786.50


TOTAL AMOUNT TO BE REIMBURSED        <u>$ 110,785.57</u>

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*
J. Michael Keating, Jr.
Special Master

2.

```
                United States District Court
                         for the
                Eastern District of California
                     September 19, 2003


              * * CERTIFICATE OF SERVICE * *


                                       2:90-cv-00520


   Coleman

        v.

   Reagan

   _____


   I, the undersigned, hereby certify that I am an employee in the Office of
   the Clerk, U.S. District Court, Eastern District of California.

   That on  September 19, 2003, I SERVED a true and correct copy(ies) of
   the attached, by placing said copy(ies) in a postage paid envelope
   addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
   delivery receptacle located in the Clerk's office, or, pursuant to prior
   authorization by counsel, via facsimile.


           Donald Specter                       CF/JFM
           Prison Law Office
           General Delivery
           San Quentin, CA   94964

           Michael W Bien
           Rosen Bien and Asaro
           155 Montgomery Street
           Eighth Floor
           San Francisco, CA   94104

           Jennifer Anne Neill
           Attorney General's Office
           PO Box 944255
           1300 I Street
           Suite 125
           Sacramento, CA   94244-2550
```

Jonathan Lloyd Wolff
California Attorney General Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-7004

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903


Jack L. Wagner, Clerk

BY: _____
Deputy Clerk