**FILED**

SEP 2 9 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

<u>ORDER</u>

    Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of the letter filed by inmate Ferdinand Reynolds on September 15, 2003, to Donald Specter, Esq., Prison Law Office, General Delivery, San Quentin, CA 94964.

DATED: September 26, 2003.

/s/ _____
UNITED STATES MAGISTRATE JUDGE

12
reyn0520.let

1544

1

```
                  United States District Court
                             for the
                   Eastern District of California
                       September 29, 2003


              * * CERTIFICATE OF SERVICE * *


                                      2:90-cv-00520


  Coleman

      v.

  Reagan

  _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  September 29, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


       Donald Specter                        CF/JFM
       Prison Law Office
       General Delivery
       San Quentin, CA   94964
       (w/ copy of letter)
       Michael W Bien
       Rosen Bien and Asaro
       155 Montgomery Street
       Eighth Floor
       San Francisco, CA   94104

       Jennifer Anne Neill
       Attorney General's Office
       PO Box 944255
       1300 I Street
       Suite 125
       Sacramento, CA   94244-2550

       Jonathan Lloyd Wolff
       California Attorney General's Office
       455 Golden Gate Avenue
       Suite 11000
       San Francisco, CA   94102-7004
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Jack L. Wagner, Clerk

BY: _____
       Deputy Clerk