

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

/

    The special master has filed a request for an extension of time to make a recommendation to the court whether the Day Treatment Program/Intermediate Care Facility (DTP/ICF) at California Medical Facility (CMF) may be closed. The special master also requests that his experts be directed to work with defendants to design and complete an adequate process for assessment of inmates in the DTP/ICF so that the special master can make appropriate recommendations to the court.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The special master's October 15, 2003 request for extension of time is granted;

    2. The special master's psychiatric experts shall work with defendants to design an acceptable assessment process and shall participate in the conduct of that process, which shall

/////

1  be completed so as to allow the special master to make recommendations to the court concerning

2  the closure of the DTP/ICF programs by December 31, 2003; and

3      3. The special master shall file his recommendations concerning closure of the

4  DTP/ICF programs on or before December 31, 2003.

5  DATED: October 17, 2003.

                              /s/ Lawrence K. Karlton
                              UNITED STATES MAGISTRATE JUDGE

12
cole0520.dtpext

United States District Court
for the
Eastern District of California
October 20, 2003

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 20, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                          AR/LKK
Prison Law Office
General Delivery                        CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Anne Neill
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Jonathan Lloyd Wolff
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-7004
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Jack L. Wagner, Clerk

BY: _____
        Deputy Clerk