1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  STEVE FAMA (State Bar # 99641)
   General Delivery
3  San Quentin, California 94964
   Telephone (415) 457-9144
4
   BINGHAM McCUTCHEN
5  WARREN GEORGE (State Bar # 53588)
   Three Embarcadero Center
6  San Francisco, California 94111-4066
   Telephone (415) 393-2000
7
   ROSEN, BIEN & ASARO, LLP
8  MICHAEL W. BIEN (State Bar # 096891)
   SANFORD JAY ROSEN (State Bar # 062566)
9  THOMAS NOLAN (State Bar # 169692)
   ERNEST GALVAN (State Bar # 196065)
10 155 Montgomery Street, 8th Floor San Francisco, California 94104
   Telephone (415) 433-6830
11
   HELLER, EHRMAN, WHITE & McAULIFFE
12 RICHARD L. GOFF (State Bar # 36377)
   701 Fifth Avenue
13 Seattle, Washington 98104
   Telephone (206) 447-0900
14
15 Attorneys for Plaintiffs

**FILED**

OCT 3 0 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

LODGED
OCT 24 2003
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

18
19 RALPH COLEMAN,              )  Case No. Civ. S 90-0520 LKK-JFM
                               )
20      Plaintiff,             )  **STIPULATION AND [PROPOSED]
                               )  ORDER CONFIRMING UNDISPUTED
   vs.                         )  ATTORNEYS' FEES AND COSTS FOR
21                             )  THE SECOND QUARTER OF 2003**
   GRAY DAVIS, et al.,         )
22                             )
        Defendants             )
23 _____)
24
25
26
27                                            1549
28

489\5\
stip-2nd qtr.2003.10-16-03 (undisputed fees) 489-5

STIPULATION AND [PROPOSED] ORDER
CONFIRMING UNDISPUTED ATTORNEYS' FEES AND
COSTS FOR THE SECOND QUARTER OF 2003

1    On March 19, 1996, the District Court established procedures by which plaintiffs are
2 to collect periodic attorneys' fees and costs in this case in connection with their work
3 monitoring defendants' compliance with the Court's Orders and collecting fees.
4    Pursuant to these procedures, the parties have met and conferred concerning fees and
5 costs incurred by plaintiffs' attorneys during the Second Quarter of 2003.
6    As a result of the meet and confer session, the parties are able to agree to the
7 payment of $221,591.90 in fees and costs incurred during the Second Quarter of 2003. An
8 additional $3,390.00 in fees and costs incurred during this quarter remains in dispute.
9 Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing
10 on the Second Quarter of 2003.
11    WHEREFORE, IT IS CONFIRMED that $221,591.90 is due and collectable as of 45 days
12 from the date of entry of this order. Daily interest runs from September 2, 2003 at the rate of
13 1.39%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $221,591.90 | 1.39% | $8.44 | September 2, 2003 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 10-29-03

John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

Jennifer Neill, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: 10·24·03

Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

DATED: 10·17·03

## Coleman v. Wilson
### Summary Of Undisputed Fees - Second Quarterly Statement, 2003
### April 1, 2003 through June 30, 2003

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 111.10 | 36.10 | 30.50 | 5.60 | 0.00 | 0.00 | 0.00 | 105.50 | $169.50 | $ 17,882.25 |
| Jane Kahn (JK) | 275.90 | 65.30 | 20.00 | 6.20 | 2.40 | 36.70 | 0.00 | 264.83 | $169.50 | $ 44,888.69 |
| Thomas Nolan (TN) | 236.80 | 23.50 | 9.50 | 2.50 | 1.50 | 0.00 | 10.00 | 223.55 | $169.50 | $ 37,891.73 |
| Ern alvan (EG) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $169.50 | $ 50.85 |
| Amy Whelan (AEW) | 31.30 | 31.30 | 31.30 | 0.00 | 0.00 | 0.00 | 0.00 | 31.30 | $169.50 | $ 5,305.35 |
| Pamela Derrico (PD) | 1.50 | 1.30 | 0.00 | 1.30 | 0.00 | 0.00 | 0.00 | 0.20 | $160.00 | $ 32.00 |
| Jamel I. Dye (JID) | 21.80 | 15.10 | 2.70 | 0.30 | 0.00 | 12.10 | 0.00 | 20.29 | $160.00 | $ 3,246.40 |
| Joseph Acker (JWA) | 213.90 | 72.90 | 38.20 | 13.20 | 11.20 | 10.30 | 0.00 | 194.07 | $140.00 | $ 27,169.80 |
| Shira J. Gans (SJG) | 254.40 | 141.20 | 32.60 | 22.40 | 19.50 | 66.70 | 0.00 | 215.58 | $140.00 | $ 30,181.20 |
| **TOTAL ROSEN BIEN & ASARO** | 1147.00 | 386.70 | 164.80 | 51.50 | 34.60 | 125.80 | 10.00 | 1055.62 | | $ 166,648.26 |

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 35.10 | 12.00 | 10.70 | 0.00 | 1.00 | 0.30 | 0.00 | 34.57 | $169.50 | $ 5,859.62 |
| Steven Fama (SF) | 34.20 | 1.30 | 1.10 | 0.00 | 0.20 | 0.00 | 0.00 | 34.10 | $169.50 | $ 5,779.95 |
| Keith Wattley (KW) | 95.10 | 39.10 | 1.40 | 0.00 | 0.70 | 27.00 | 10.00 | 82.05 | $169.50 | $ 13,907.48 |
| Alison Hardy (AH) | 0.40 | 0.30 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | $169.50 | $ 67.80 |
| Cas e Corbit (KC) | 28.05 | 23.75 | 0.00 | 0.00 | 0.00 | 23.75 | 0.00 | 25.68 | $140.00 | $ 3,594.50 |
| m wers (AP) | 28.00 | 28.00 | 13.10 | 0.00 | 1.50 | 13.40 | 0.00 | 25.91 | $140.00 | $ 3,627.40 |
| Ja. amanna (CL) | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | $100.00 | $ - |
| **TOTAL PRISON LAW OFFICE** | 221.85 | 105.45 | 26.60 | 1.00 | 3.40 | 64.45 | 10.00 | 202.71 | | $ 32,836.74 |
| Total Monitoring - All Offices | 1368.85 | 492.15 | 191.40 | 52.50 | 38.00 | 190.25 | 20.00 | 1258.33 | | $199,485.00 |

# Coleman v. Wilson

## Summary Of Undisputed Fees - Second Quarterly Statement, 2003
### April 1, 2003 through June 30, 2003

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Thomas Nolan (TN) | 16.60 | 0.30 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 16.30 | $169.50 | $ 2,762.85 |
| Paul Derrico (PD) | 54.10 | 5.60 | 4.40 | 1.20 | 0.00 | 0.00 | 0.00 | 52.90 | $160.00 | $ 8,464.00 |
| **TOTAL ROSEN BIEN & ASARO** | 70.70 | 5.90 | 4.40 | 1.50 | 0.00 | 0.00 | 0.00 | 69.20 | | $ 11,226.85 |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | $140.00 | $ 560.00 |
| **TOTAL PRISON LAW OFFICE** | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | | $ 560.00 |
| **Total Fees - All Offices** | 74.70 | 5.90 | 4.40 | 1.50 | 0.00 | 0.00 | 0.00 | 73.20 | | $ 11,786.85 |

Fees Work

<u>**Coleman v. Wilson**</u>

**Summary Of Undisputed Costs - Second Quarterly Statement, 2003**
**April 1, 2003 through June 30, 2003**

### Matter: 489-3 (Monitoring)

| ROSEN, BIEN & ASARO | Claimed Costs | Objections Withdrawn by Plaintiff | | Undisputed Costs |
|---|---:|---:|---|---:|
| Photocopying (in-house @.20) | $ 3,674.60 | $ - | | $ 3,674.60 |
| Photocopying (outside service) | $ 491.51 | $ - | | $ 491.51 |
| Postage & Delivery | $ 479.39 | $ - | | $ 479.39 |
| Telephone | $ 143.31 | $ - | | $ 143.31 |
| Psychopharmacology Update Renewal | $ 137.00 | $ - | | $ 137.00 |
| International Effectiveness Center - Translator | $ 328.72 | $ - | | $ 328.72 |
| Telefax | $ 482.00 | $ - | | $ 482.00 |
| Westlaw | $ 749.20 | $ - | | $ 749.20 |
| Travel | $ 1,805.61 | $ 221.35 | * | $ 1,584.27 |
| **TOTALS** | **$ 8,291.34** | **$ 221.35** | | **$ 8,070.00** |

\* Defendant's Objected to a total of $369.48 in travel costs, of which $221.35 was withdrawn.

| PRISON LAW OFFICE | | | | |
|---|---:|---:|---|---:|
| Photocopying (in-house) | $ 625.20 | $ - | | $ 625.20 |
| Postage & Delivery | $ 557.12 | $ - | | $ 557.12 |
| Telephone | $ 24.23 | $ - | | $ 24.23 |
| Telefax | $ 364.00 | $ - | | $ 364.00 |
| Travel | $ 542.72 | $ 40.58 | ** | $ 502.14 |
| **TOTALS** | **$ 2,113.27** | **$ 40.58** | | **$ 2,072.69** |

\*\* Defendant's Objected to a total of $87.58 in travel costs, of which $40.58 was withdrawn.

| **TOTAL MONITORING COSTS** | **$ 10,404.61** | **$ 261.93** | | **$ 10,142.69** |
|---|---:|---:|---|---:|

### Matter: 489-5 (Monitoring Fees on Fees)

| ROSEN, BIEN & ASARO | | | | |
|---|---:|---:|---|---:|
| Photocopying (in-house @.20) | $ 68.80 | $ - | | $ 68.80 |
| Photocopying (outside service) | $ 80.09 | $ - | | $ 80.09 |
| Postage & Delivery | $ 12.23 | $ - | | $ 12.23 |
| Telefax | $ 16.00 | $ - | | $ 16.00 |
| Telephone | $ 0.24 | $ - | | $ 0.24 |
| **TOTAL FEES COSTS** | **$ 177.36** | **$ -** | | **$ 177.36** |

| **TOTAL COSTS** | **$ 10,581.97** | **$ 261.93** | | **$ 10,320.05** |
|---|---:|---:|---|---:|

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **RALPH COLEMAN v. GRAY DAVIS, et al.**

No.: **CIV S-90-0520 LKK JFM**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 24, 2003, I served the attached **STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2003** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

Michael W. Bien, Esq.
Rosen, Bien & Asaro
155 Montgomery Street, 8th Floor
San Francisco, CA 94104

**Attorney for Plaintiffs**

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA 94964

**Attorney for Plaintiffs**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 24, 2003, at Sacramento, California.

_____M. STEELE_____         _____M. Steele_____
       Declarant                                    Signature

10021452.wpd

United States District Court
for the
Eastern District of California
October 30, 2003

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  October 30, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                             CF/JFM
Prison Law Office
General Delivery
San Quentin, CA   94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA   94104

Jennifer Anne Neill
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

Jonathan Lloyd Wolff
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA   94102-7004
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

					Jack L. Wagner, Clerk

					BY: _____
					    Deputy Clerk