**FILED**

OCT 3 0 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

_____/

    The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of September 2003.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Coleman Special Master
285 Terrace Avenue
Riverside, Rhode Island  02915

the amount of $152,065.83 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

DATED: October 30, 2003.

_____
UNITED STATES MAGISTRATE JUDGE

/cole03.sep

1550

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.                                      No. Civ. S-90-0520 LKK JFM P

PETE WILSON, et al.,
    Defendants

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through September 30, 2003.

    J. Michael Keating, Jr., Master
        Services                                          $ 26,302.50
        Disbursements                           $  3,271.09

        Total amount due                                                                  $ 29,573.59

    Matthew A. Lopes, Jr., J.D.
        Services                                          $ 13,595.00
        Disbursements                           $  6,244.23

        Total amount due                                                                    $ 19,839.23

    Kerry C. Hughes, M.D.
        Services                                          $ 14,612.50
        Disbursements                           $  3,002.62

        Total amount due                                                                    $ 17,615.12

    Dennis F. Koson, M.D.
        Services                                          $  8,150.00
        Disbursements                           $      -0-

        Total amount due                                                                    $  8,150.00

    Jeffrey Metzner, M.D.
        Services                                          $  5,375.00
        Disbursements                           $    952.37

        Total amount due                                                                    $  6,327.37

Raymond F. Patterson, M.D.
    Services                                $ 1,400.00
    Disbursements                $     -0-

        Total amount due                                      $ 1,400.00

Melissa G. Warren, Ph.D.
    Services                                $ 18,068.75
    Disbursements                $ 3,984.87

        Total amount due                                      $ 22,053.62

Donna Brorby, J.D.
    Services                                $ 5,388.50
    Disbursements                $     -0-

        Total amount due                                      $ 5,388.50

Norma D'Apolito, J.D.
    Services                                $ 20,488.00
    Disbursements                $     -0-

        Total amount due                                      $ 20,488.00

Paul Nicoll, M.A.P.A.
    Services                                $ 17,061.00
    Disbursements                $     -0-

        Total amount due                                      $ 17,061.00

Patricia M. Williams, J.D.
    Services                                $ 3,705.00
    Disbursements                $   464.40

        Total amount due                                      $ 4,169.40

TOTAL AMOUNT TO BE REIMBURSED          **$152,065.83**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

```
                    United States District Court
                              for the
                    Eastern District of California
                           October 30, 2003

                    * * CERTIFICATE OF SERVICE * *

                                           2:90-cv-00520


     Coleman

         v.

     Reagan


    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  October 30, 2003, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


          Donald Specter                    CF/JFM
          Prison Law Office
          General Delivery                  Financial Dept
          San Quentin, CA   94964

          Michael W Bien
          Rosen Bien and Asaro
          155 Montgomery Street
          Eighth Floor
          San Francisco, CA   94104

          Jennifer Anne Neill
          Attorney General's Office
          PO Box 944255
          1300 I Street
          Suite 125
          Sacramento, CA   94244-2550

          Jonathan Lloyd Wolff
          California Attorney General's Office
          455 Golden Gate Avenue
          Suite 11000
          San Francisco, CA   94102-7004
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

                                                Jack L. Wagner, Clerk

                                                BY: _____
                                                         Deputy Clerk