

**FILED**

NOV 21 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                   No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

      Defendants.                <u>ORDER</u>

_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of October 2003.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
<u>Coleman</u> Special Master
285 Terrace Avenue
Riverside, Rhode Island 02915

the amount of $205,350.52 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: November 20, 2003.

                                          _____
                                        UNITED STATES MAGISTRATE JUDGE

/cole03.oct

15.52

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.                                        No. Civ. S-90-0520 LKK JFM P

PETE WILSON, et al.,
    Defendants

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through October 31, 2003.

    J. Michael Keating, Jr., Master
        Services                              $ 20,929.50
        Disbursements                   $  5,714.65

        Total amount due                                       $ 26,644.15

    Matthew A. Lopes, Jr., J.D.
        Services                              $ 25,300.00
        Disbursements                   $ 12,729.78

        Total amount due                                       $ 38,029.78

    Kerry C. Hughes, M.D.
        Services                              $ 18,825.00
        Disbursements                   $  2,066.12

        Total amount due                                       $ 20,891.12

    Dennis F. Koson, M.D.
        Services                              $  9,487.50
        Disbursements                   $  1,129.31

        Total amount due                                       $ 10,616.81

    Jeffrey Metzner, M.D.
        Services                              $ 30,696.25
        Disbursements                   $  4,329.65

        Total amount due                                     $ 35,025.90

Raymond F. Patterson, M.D.
    Services                           $ 7,312.50
    Disbursements            $ 3,842.07

    Total amount due                                      $ 11,154.57

Melissa G. Warren, Ph.D.
    Services                           $ 7,676.25
    Disbursements            $ 1,727.75

    Total amount due                                      $ 9,404.00

Norma D'Apolito, J.D.
    Services                           $ 4,537.00
    Disbursements            $      -0-

    Total amount due                                      $ 4,537.00

George D. Herron, M.P.H.
    Services                           $ 3,025.00
    Disbursements            $   389.33

    Total amount due                                      $ 3,414.33

Virginia L. Morrison, J.D.
    Services                           $ 8,437.50
    Disbursements            $   487.22

    Total amount due                                      $ 8,924.72

Paul Nicoll, M.A.P.A.
    Services                           $ 22,630.50
    Disbursements            $      -0-

    Total amount due                                      $ 22,630.50

    Patricia M. Williams, J.D.
        Services                             $ 12,388.50
        Disbursements                 $  1,689.14

        Total amount due                             $ 14,077.64

 

**TOTAL AMOUNT TO BE REIMBURSED**         **$ 205,350.52**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

3.

```
                United States District Court
                            for the
                  Eastern District of California
                       November 21, 2003

                  * * CERTIFICATE OF SERVICE * *

                                             2:90-cv-00520

     Coleman

         v.

     Reagan
     _____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on November 21, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Donald Specter                        CF/JFM
        Prison Law Office
        General Delivery                      Financial
        San Quentin, CA  94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA  94104

        Jennifer Anne Neill
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA  94244-2550

        Jonathan Lloyd Wolff
        California Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA  94102-7004
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk