

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,   No. CIV S-90-0520 LKK JFM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.   ORDER

_____/

    On December 9, 2003, the special master filed a twelfth monitoring report. The report contains nine recommendations for specific action by defendants. Four of those recommendations are based on the results of institutional monitoring during this monitoring period, while five recommendations pertain to suicide prevention and review following review of inmate suicides that occurred in California Department of Corrections (CDC) institutions during calendar year 2002. Defendants have objected to three of the nine recommendations. Plaintiffs have filed a response to defendants' objections in which they take issue with defendants' first and third objections.

    The court has reviewed the special master's report, defendants' objections thereto, and plaintiffs' response. Defendants have failed to provide any factual support for their first objection and they have failed to provide either factual or legal support for their third objection.

Accordingly, defendants' first and third objections are overruled. Defendants' request for an order sealing and limiting distribution of information provided to the special master concerning "the methods and outcome of any review or investigation that the department may require of deficient staff practices that the suicide review process identifies as possibly contributing to a completed suicide," and limiting the scope of the special master's reference to disciplinary measures taken against staff is denied. Defendants' second objection is moot and for that reason is also be overruled.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants shall include statistics on contracted registered nurses in their monthly reports on contracted services submitted to the monitor.

2. Defendants need to identify and provide a list monthly to the monitor of all enhanced outpatient (EOP) inmates in CDC who have been referred to a Psychiatric Services Unit (PSU) and are awaiting endorsement by the Classification and Parole Representative (CPR).

3. Within sixty days from the date of this order, defendants shall develop and submit to the monitor a plan for expediting the endorsement and transfer of EOP inmates who have been referred to a PSU.

4. Defendants shall complete their study of unmet inpatient bed needs by March 31, 2004.

5. Within two weeks from the date of this order, defendants shall submit to the monitor in writing an explanation for the length of stay in administrative segregation for each of the 34 EOP inmates held for six months or more and identified in section R10 of the October 3, 2003 Health Care Population Unit's Management Information Report.

6. Defendants shall make clinical and custody staff aware of the danger of suicide among vulnerable Correctional Clinical Case Management System (3CMS) and non-caseload inmates, who are subject to exceptional external stressors due to safety concerns, serious medical conditions, or adverse court rulings and disseminate among all staff with direct daily contacts

with general population and administrative segregation inmates a list of those stressors most commonly associated with suicide and self-injury.

7. Defendants shall increase and improve communication and join decision-making between clinical and custody staff about the placement of vulnerable and distressed inmates in alternative living circumstances. Both policies and training shall encourage a broad range of collaborative efforts to ensure that the clinical, custodial, and safety needs of vulnerable inmates subject to extraordinary stressors are met.

8. Defendants shall undertake an effort to develop objective "outcome measures" for evaluating the training actually provided to local staff in response to the requirements of a suicide-related corrective action plan (CAP).

9. Defendants shall continue to work on the development of focused, specific CAPs in response to completed suicides and on the development of an effective mechanism for monitoring and enforcing institutional implementation of CAPs.

10. Defendants shall provide the special master with a description of the methods and outcome of any review or investigation that the department may require of deficient staff practices that the suicide review process identifies as possibly contributing to a completed suicide.

DATED: January 9, 2004.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/twelfth.mr

```
               United States District Court
                          for the
                Eastern District of California
                      January 12, 2004
```

## * * CERTIFICATE OF SERVICE * *

```
                                        2:90-cv-00520
```

Coleman

    v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on January 12, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Donald Specter                        AR/LKK
    Prison Law Office
    General Delivery                      CF/JFM
    San Quentin, CA   94964

    Michael W Bien
    Rosen Bien and Asaro
    155 Montgomery Street
    Eighth Floor
    San Francisco, CA   94104

    Jennifer Anne Neill
    Attorney General's Office for the State of California
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA   94244-2550

    Jonathan Lloyd Wolff
    California Attorney General's Office
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA   94102-7004
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk