<-">



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

    On December 11, 1995, this court entered an order referring this matter to a special master and directing that the special master's fees and expenses be borne by the defendants as part of the costs of this action. In the December 11, 1995 order, the court directed defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. By subsequent orders, the court has directed defendants to deposit additional interim payments totaling $12,500,000.00 with the Clerk of the Court. A significant amount of work remains to be done by the special master and additional funds are required to pay his fees and expenses.

    Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

1560

1. Within **thirty** (30) days from the date of this order, defendants shall deposit with the Clerk of the Court a thirtieth interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED:   January 13, 2004..

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/cole31

```
                  United States District Court
                             for the
                   Eastern District of California
                         January 14, 2004


              * * CERTIFICATE OF SERVICE * *

                                           2:90-cv-00520

    Coleman

        v.

    Reagan

    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  January 14, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Donald Specter                      AR/LKK
         Prison Law Office
         General Delivery                    CF/JFM
         San Quentin, CA   94964
                                             CFS
         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA   94104

         Jennifer Anne Neill
         Attorney General's Office for the State of California
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA   94244-2550

         Jonathan Lloyd Wolff
         California Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA   94102-7004
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk