**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**



**FILED**

JAN 3 0 2004

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

_____
DEPUTY CLERK

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.                                    NO. CIV. S90-0520 LKK  JFM  P

ARNOLD SCHWARZENEGGER, et al.,

**LODGED**

    Defendants.

JAN 2 2 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

**ORDER**

The special master in this case has submitted a request for approval of

appointment of Mohamedu F. Jones as a deputy special master.  Mr. Jones is to be

compensated at an hourly rate of $200.00, except that he will be compensated at an

hourly rate of $75.00 for travel time, plus reasonable expenses.

      Pursuant to Paragraph B(7) of this court's December 11, 1995 order and

good cause appearing therefore, IT IS HEREBY  ORDERED that:

    1.    The special master's request for approval of staff is granted;

    2.    The special master is authorized to appoint Mohamedu F. Jones as a

deputy special master to perform the duties set forth in the Special Master's Request for

Appointment of Assistant, filed January 21, 2004, and to be compensated at the rate set

forth therein.

DATED: 1/29/04

LAWRENCE K. KARLTON
CHIEF JUDGE EMERITUS
UNITED STATES DISTRICT COURT

United States District Court
for the
Eastern District of California
January 30, 2004

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  January 30, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.

Donald Specter                              AR/LKK
Prison Law Office
General Delivery                            CF/JFM
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jennifer Anne Neill
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550

Jonathan Lloyd Wolff
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-7004

J Michael Keating Jr
Office of the Special Master

285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
    Deputy Clerk