1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  STEVE FAMA (State Bar # 99641)
   General Delivery
3  San Quentin, California 94964
   Telephone (415) 457-9144
4
   BINGHAM McCUTCHEN
5  WARREN GEORGE (State Bar # 53588)
   Three Embarcadero Center
6  San Francisco, California 94111-4066
   Telephone (415) 393-2000
7
   ROSEN, BIEN & ASARO, LLP
8  MICHAEL W. BIEN (State Bar # 096891)
   SANFORD JAY ROSEN (State Bar # 062566)
9  THOMAS NOLAN (State Bar # 169692)
   ERNEST GALVAN (State Bar # 196065)
10 155 Montgomery Street, 8th Floor San Francisco, California 94104
   Telephone (415) 433-6830
11
   HELLER, EHRMAN, WHITE & McAULIFFE
12 RICHARD L. GOFF (State Bar # 36377)
   701 Fifth Avenue
13 Seattle, Washington 98104
   Telephone (206) 447-0900
14
15 Attorneys for Plaintiffs

**FILED**
MAR - 2 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

LODGED
FEB 23 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2003** |
| vs. | |
| GRAY DAVIS, et al., | |
| Defendants | |

1568

489\5\
stip-3rd qtr.2003.2-16-04 (undisputed fees) 489-5 (save over old file)

STIPULATION AND [PROPOSED] ORDER
CONFIRMING UNDISPUTED ATTORNEYS' FEES AND
COSTS FOR THE THIRD QUARTER OF 2003

1    On March 19, 1996, the District Court established procedures by which plaintiffs are
2    to collect periodic attorneys' fees and costs in this case in connection with their work
3    monitoring defendants' compliance with the Court's Orders and collecting fees.
4    Pursuant to these procedures, the parties have met and conferred concerning fees and
5    costs incurred by plaintiffs' attorneys during the Third Quarter of 2003.
6    As a result of the meet and confer session, the parties are able to agree to the
7    payment of $200,131.58 in fees and costs incurred during the Third Quarter of 2003. An
8    additional $14,362.40 in fees and costs incurred during this quarter remains in dispute.
9    Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing
10   on the Third Quarter of 2003.
11   WHEREFORE, IT IS CONFIRMED that $200,131.58 is due and collectable as of 45 days
12   from the date of entry of this order. Daily interest runs from December 5, 2003 at the rate of
13   1.30%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $200,131.58 | 1.30 % | $7.13 | December 5, 2003 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: March 1, 2004

John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

Jennifer Neill, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: 2-23-04

Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

DATED: 2-19-04

# Coleman v. Wilson
Third Quarterly Statement of 2003
July 1, 2003 through September 30, 2003

## SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| **MONITORING** | $ 186,578.20 | $ 8,257.08 |
| **MONITORING FEES ON FEES** | $ 5,107.35 | $ 188.95 |
| **TOTALS:** | $ 191,685.55 | $ 8,446.03 |
| **TOTAL CLAIMED FEES AND COSTS** | | $ 200,131.58 |

Total Undisputed Summary                                                                 2/11/2004

# Coleman v. Wilson
## Summary Of Undisputed Fees - Third Quarterly Statement, 2003
### July 1, 2003 through September 30, 2003

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 70.30 | 9.10 | 1.00 | 0.50 | 0.00 | 0.00 | 7.60 | 62.20 | $169.50 | $ 10,542.90 |
| Jane Kahn (JK) | 207.10 | 12.40 | 5.90 | 1.10 | 1.40 | 0.00 | 4.00 | 201.30 | $169.50 | $ 34,120.35 |
| Thomas Nolan (TN) | 153.00 | 34.20 | 4.80 | 1.20 | 0.00 | 0.00 | 28.20 | 123.60 | $169.50 | $ 20,950.20 |
| Ern Galvan (EG) | 1.70 | 0.55 | 0.55 | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 | $169.50 | $ 288.15 |
| Amy Whelan (AEW) | 16.30 | 12.80 | 0.40 | 2.80 | 0.00 | 0.00 | 9.60 | 3.90 | $169.50 | $ 661.05 |
| James I. Dye (JID) | 23.60 | 3.80 | 0.60 | 0.40 | 0.60 | 0.00 | 2.20 | 20.70 | $160.00 | $ 3,312.00 |
| Joseph Acker (JWA) | 235.40 | 19.50 | 5.80 | 5.40 | 5.40 | 0.00 | 2.90 | 224.40 | $140.00 | $ 31,416.00 |
| Shira J. Gans (SJG) | 267.60 | 44.50 | 15.40 | 13.30 | 8.90 | 0.00 | 6.90 | 242.95 | $140.00 | $ 34,013.00 |
| Jacqueline Hollar (JH) | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 4.00 | $140.00 | $ 560.00 |
| Carrie DeGraff (CJD) | 5.80 | 1.60 | 0.90 | 0.50 | 0.20 | 0.00 | 0.00 | 5.20 | $140.00 | $ 728.00 |
| Daniel M. Markman (DMM) | 120.30 | 30.30 | 16.30 | 6.60 | 5.90 | 0.00 | 1.50 | 109.25 | $140.00 | $ 15,295.00 |
| **TOTAL ROSEN BIEN & ASARO** | **1105.10** | **168.75** | **51.65** | **31.80** | **22.40** | **0.00** | **62.90** | **999.20** | | **$ 151,886.65** |
| | | | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 34.10 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 33.90 | $169.50 | $ 5,746.05 |
| Steven Fama (SF) | 30.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.50 | $169.50 | $ 5,169.75 |
| Keith Wattley (KW) | 71.80 | 1.90 | 0.20 | 1.70 | 0.00 | 0.00 | 0.00 | 70.10 | $169.50 | $ 11,881.95 |
| Alison Hardy (AH) | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 | $169.50 | $ 33.90 |
| Sai Norman (SN) | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $169.50 | $ 33.90 |
| Kasey Corbit (KC) | 43.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 43.60 | $140.00 | $ 6,104.00 |
| Amy Powers (AP) | 37.80 | 2.90 | 2.40 | 0.50 | 0.00 | 0.00 | 0.00 | 37.30 | $140.00 | $ 5,222.00 |
| Cathleen Beltz (CB) | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | $100.00 | $ 500.00 |
| **TOTAL PRISON LAW OFFICE** | **223.20** | **5.40** | **3.00** | **2.20** | **0.00** | **0.00** | **0.20** | **220.80** | | **$ 34,691.55** |
| | | | | | | | | | | |
| Total Monitoring - All Offices | 1328.30 | 174.15 | 54.65 | 34.00 | 22.40 | 0.00 | 63.10 | 1220.00 | | **$186,578.20** |

**Coleman v. Wilson**

**Summary Of Undisputed Fees - Third Quarterly Statement, 2003**
**July 1, 2003 through September 30, 2003**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Fees Work | | | | | | |
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Thomas Nolan (TN) | 11.10 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 10.90 | $169.50 | $ 1,847.55 |
| Ernest Galvan (EG) | 0.80 | 0.80 | 0.00 | 0.00 | 0.80 | 0.00 | 0.00 | 0.40 | $169.50 | $ 67.80 |
| Panard Derrico (PD) | 41.90 | 30.00 | 2.80 | 3.30 | 0.00 | 0.00 | 23.90 | 14.70 | $160.00 | $ 2,352.00 |
| Carie DeGraff (CJG) | 2.70 | 2.50 | 1.50 | 0.00 | 0.00 | 0.00 | 1.00 | 1.70 | $140.00 | $ 238.00 |
| **TOTAL ROSEN BIEN & ASARO** | **56.50** | **33.50** | **4.30** | **3.30** | **0.80** | **0.00** | **25.10** | **27.70** | | **$ 4,505.35** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 4.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.30 | $140.00 | $ 602.00 |
| **TOTAL PRISON LAW OFFICE** | **4.30** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4.30** | | **$ 602.00** |
| **Total Fees - All Offices** | **60.80** | **33.50** | **4.30** | **3.30** | **0.80** | **0.00** | **25.10** | **32.00** | | **$ 5,107.35** |

<u>**Coleman v. Wilson**</u>

**Summary Of Undisputed Costs - Third Quarterly Statement, 2003**
**July 1, 2003 through September 30, 2003**

*Matter: 489-3 (Monitoring)*

| | Claimed Costs | Still in Dispute | Undisputed Costs | |
|---|---:|---:|---:|---|
| **ROSEN, BIEN & ASARO** | | | | |
| Photocopying (in-house @.20) | $ 3,305.98 | $ - | $ 3,305.98 | |
| Photocopying (outside service) | $ 643.17 | $ - | $ 643.17 | |
| Postage & Delivery | $ 727.31 | $ - | $ 727.31 | |
| Telephone | $ 122.27 | $ - | $ 122.27 | |
| Dept. Health Services records request (CMF) | $ 23.30 | $ 23.30 | $ - | |
| Cambridge Univ. - Book for Anxiety Disorders | $ 58.60 | $ - | $ 58.60 | * |
| Principles of Medical Ethics | $ 32.50 | $ - | $ 32.50 | * |
| Telefax | $ 253.00 | $ - | $ 253.00 | |
| Westlaw | $ 202.43 | $ - | $ 202.43 | |
| Travel | $ 95.35 | $ - | $ 95.35 | ** |
| **TOTALS** | $ 5,463.91 | $ 23.30 | $ 5,440.61 | |

\* Defendant's Objected to a total of $91.00 in misc. costs, of which $91.00 was withdrawn by plaintiffs.

\*\* Defendant's Objected to a total of $26.00 in travel costs, of which $26.00 was withdrawn by plaintiffs.

| | Claimed Costs | Still in Dispute | Undisputed Costs | |
|---|---:|---:|---:|---|
| **PRISON LAW OFFICE** | | | | |
| Photocopying (in-house) | $ 747.80 | $ - | $ 747.80 | |
| Postage & Delivery | $ 834.04 | $ - | $ 834.04 | |
| Telephone | $ 39.04 | $ - | $ 39.04 | |
| Telefax | $ 163.00 | $ - | $ 163.00 | |
| Travel | $ 1,127.04 | $ - | $ 1,032.59 | *** |
| **TOTALS** | $ 2,910.92 | $ - | $ 2,816.47 | |

\*\*\* Defendant's Objected to a total of $121.45 in travel costs, of which $27.00 was withdrawn by Plaintiff's and $94.45 was withdrawn by defendants.

| **TOTAL MONITORING COSTS** | $ 8,374.83 | $ 23.30 | $ 8,257.08 |
|---|---:|---:|---:|

*Matter: 489-5 (Monitoring Fees on Fees)*

| | Claimed Costs | Still in Dispute | Undisputed Costs |
|---|---:|---:|---:|
| **ROSEN, BIEN & ASARO** | | | |
| Photocopying (in-house @.20) | $ 67.00 | $ - | $ 67.00 |
| Photocopying (outside service) | $ 79.09 | $ - | $ 79.09 |
| Postage & Delivery | $ 9.02 | $ - | $ 9.02 |
| Telefax | $ 22.00 | $ - | $ 22.00 |
| Westlaw | $ 11.84 | $ - | $ 11.84 |
| **TOTAL FEES COSTS** | $ 188.95 | $ - | $ 188.95 |

| **TOTAL COSTS** | $ 8,563.78 | $ 23.30 | $ 8,446.03 |
|---|---:|---:|---:|

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **RALPH COLEMAN, et al. v. ARNOLD SCHWARZENEGGER, et al.**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 23, 2004</u>, I served the attached [**document title**] by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

| | |
|---|---|
| Michael W. Bien, Esq.<br>Rosen, Bien & Asaro<br>155 Montgomery Street, 8th Floor<br>San Francisco, CA 94104<br>Attorney for Plaintiffs | Matthew A. Lopes, Jr.<br>Brown Rudnick Berlack Israels LLP<br>121 South Main Street<br>Providence, RI 02903<br>Deputy Special Master |
| J. Michael Keating, Jr.<br>285 Terrace Avenue<br>Riverside, RI 02915<br>Special Master | Donald Specter<br>Prison Law Office<br>GENERAL DELIVERY<br>SAN QUENTIN, CA 94964-0001<br>Attorney for Plaintiffs |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 23, 2004, at Sacramento, California.

_____R. Wells_____                    _____*R. Wells*_____
                Declarant                                                      Signature

10040037.wpd

```
                United States District Court
                          for the
                 Eastern District of California
                        March 2, 2004


                 * * CERTIFICATE OF SERVICE * *

                                         2:90-cv-00520


     Coleman

         v.

     Reagan

     _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 2, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Donald Specter                          CF/JFM
         Prison Law Office
         General Delivery                        Finance Dept
         San Quentin, CA  94964

         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA  94104

         Jennifer Anne Neill
         Attorney General's Office
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA  94244-2550

         Jonathan Lloyd Wolff
         California Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA  94102-7004
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk