

FILED
MAR 2 5 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  CONSTANCE L. PICCIANO
   Supervising Deputy Attorney General
5  JENNIFER A. NEILL, State Bar No. 184697
   Supervising Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-4361
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   48149280-CF1997CS0003

LODGED
MAR 12 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | CASE NO. CIV S-90-0520 LKK JFM P <br><br> **DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO COMPLY WITH A PORTION OF THE COURT'S JANUARY 12, 2004 ORDER; [PROPOSED] ORDER** |

On January 12, 2004, this Court issued an order requiring Defendants to "develop and submit to the monitor a plan for expediting the endorsement and transfer of EOP inmates who have been referred to a PSU." (January 12, 2004 Order at 2:14-16.) Defendants' plan is due today, March 12, 2004.

Defendants request a thirty-day extension of time, to and including April 12, 2004, to provide a plan to the monitor. The basis for this request is set forth below in the declaration of counsel.

///

I, Jennifer A. Neill, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California. I have been admitted to practice before the Eastern and Northern Districts of the United States District Court in the State of California. I am the attorney of record for the Defendants.

2. I have personal knowledge of the facts stated herein and if called to testify upon those facts would do so competently.

3. On January 12, 2004, this Court issued an order requiring Defendants to develop and submit to the Special Master a plan for expediting the endorsement and transfer of Enhanced Outpatient (EOP) inmates who have been referred to a Psychiatric Services Unit (PSU). (January 12, 2004 Order at 2:14-16.)

4. Defendants need additional time to compile data regarding barriers to the movement of inmates from administrative segregation to a PSU and to draft a plan to expedite the endorsement and transfer process.

5. On March 11, 2004, I called the Special Master to discuss Defendants request for an extension of time. After exchanging messages, we spoke this morning. After discussing the matter, the Special Master agreed to extend Defendants' time to provide him a plan as outlined in the Court's order to April 12, 2004.

6. On March 11, 2004, I spoke with Plaintiffs' counsel, Michael Bien, about Defendants' request for an extension of time. We spoke again this morning and Mr. Bien agreed to Defendants' request for a thirty-day extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of March, 2004 at Sacramento, California.

Jennifer A. Neill
Supervising Deputy Attorney General

**[PROPOSED] ORDER**

Defendants have requested a thirty-day extension of time in which to comply with the portion of the Court's January 12, 2004 Order requiring the submission of a plan expediting the

Def. Request for Extension of Time

2

endorsement and transfer of EOP inmates who have been referred to a PSU. Good cause having been shown, and with the agreement of the court-appointed Special Master and Plaintiffs' counsel, the request is granted.

IT IS SO ORDERED:

Dated: 3/24/04

Lawrence K. Karlton
United States District Court Judge

JAN:raw
10044043.wpd

Def. Request for Extension of Time

3

Case 2:90-cv-00520-KJM-SCR   Document 1570   Filed 03/25/04   Page 4 of 6


## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **RALPH COLEMAN, et al. v. ARNOLD SCHWARZENEGGER, et al.**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 12, 2004, I served the attached **DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO COMPLY WITH A PORTION OF THE COURT'S JANUARY 12, 2004 ORDER; [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

Michael W. Bien, Esq.
Rosen, Bien & Asaro
155 Montgomery Street, 8th Floor
San Francisco, CA 94104
Attorney for Plaintiffs

J. Michael Keating, Jr.
285 Terrace Avenue
Riverside, RI 02915

Special Master

Matthew A. Lopes, Jr.
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903

Deputy Special Master

Donald Specter
Prison Law Office
GENERAL DELIVERY
SAN QUENTIN, CA 94964-0001
Attorney for Plaintiffs

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 12, 2004, at Sacramento, California.

R. Wells
Declarant

*R Wells* (Signature)

10044252.wpd

```
                   United States District Court
                              for the
                    Eastern District of California
                          March 25, 2004


                  * * CERTIFICATE OF SERVICE * *


                                            2:90-cv-00520


    Coleman

        v.

    Reagan

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  March 25, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Donald Specter                     AR/LKK
         Prison Law Office
         General Delivery                   CF/JFM
         San Quentin, CA   94964

         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA   94104

         Jennifer Anne Neill
         Attorney General's Office for the State of California
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA   94244-2550

         Jonathan Lloyd Wolff
         California Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA   94102-7004
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk