1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  CONSTANCE L. PICCIANO
   Supervising Deputy Attorney General
5  JENNIFER A. NEILL, State Bar No. 184697
   Supervising Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-4361
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

**LODGED**

12  APR - 1 2004

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION



FILED
APR - 5 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| RALPH COLEMAN, et al., | CASE NO. CIV S-90-0520 LKK |
|---|---|
| Plaintiffs, | DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO COMPLETE THEIR STUDY OF UNMET INPATIENT BED NEEDS; [~~PROPOSED~~] ORDER |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On January 12, 2004, this Court issued an order requiring Defendants to "complete their study of unmet inpatient bed needs by March 31, 2004." (January 12, 2004 Order at 2:17-18.) Defendants request an extension of time, to and including May 31, 2004, to complete the study. The basis for this request is set forth below in the declaration of counsel.

I, Jennifer A. Neill, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California. I have been admitted to practice before the Eastern and Northern Districts of the United States

1

1  District Court in the State of California. I am the attorney of record for the Defendants.

2. I have personal knowledge of the facts stated herein and if called to testify upon those facts would do so competently.

3. On January 12, 2004, this Court issued an order requiring Defendants to "complete their study of unmet inpatient bed needs by March 31, 2004." (January 12, 2004 Order at 2:17-18.)

4. Defendants have diligently worked on the study, including developing a study tool, using the tool to gather data from institutions, analyzing the data and reporting the results to the court-appointed Special Master and experts, and Plaintiffs' counsel. Throughout the process there has been input from and discussions with the Special Master, the experts, and Plaintiffs' counsel. Nevertheless, to date the parties have been unable to agree that the efforts undertaken by Defendants sufficiently complete the study.

5. On March 30, 2004, Defendants, the Special Master, the experts, and Plaintiffs' counsel participated in a telephone conference to discuss the study. At the conclusion of the conversation, the Special Master indicated that he would discuss the matter with the court-appointed experts and provide Defendants guidance as to whether the information submitted is sufficient to consider the study complete, whether Defendants will need to redo the study, or whether the Special Master will make an alternate recommendation.

6. On March 31, 2004, I spoke with the Special Master who indicated that it would be reasonable for Defendants to ask for an extension of time to May 31, 2004, to complete the study.

7. On April 1, 2004, I spoke with Plaintiffs' counsel at Rosen, Bien and Asaro, who stated that they have no opposition to the request for an extension of time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of April, 2004 at Sacramento, California.

_____
Jennifer A. Neill
Supervising Deputy Attorney General

2

# [PROPOSED] ORDER

Defendants have requested an extension of time in which to complete their study of unmet inpatient bed needs. Good cause having been shown, and with the agreement of the court-appointed Special Master and Plaintiffs' counsel the request is granted.

IT IS SO ORDERED:

Dated: 4/2/04

Lawrence K. Karlton
United States District Court Judge

10047175.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **RALPH COLEMAN, et al. v. ARNOLD SCHWARZENEGGER, et al.**

No.:  **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 1, 2004, I served the attached **DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO COMPLETE THEIR STUDY OF UNMET INPATIENT BED NEEDS; [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

Michael W. Bien, Esq.  
Rosen, Bien & Asaro  
155 Montgomery Street, 8th Floor  
San Francisco, CA 94104  
Attorney for Plaintiffs

J. Michael Keating, Jr.  
285 Terrace Avenue  
Riverside, RI 02915

Matthew A. Lopes, Jr.  
Brown Rudnick Berlack Israels LLP  
121 South Main Street  
Providence, RI 02903

Donald Specter  
Prison Law Office  
GENERAL DELIVERY  
SAN QUENTIN, CA 94964-0001  
Attorney for Plaintiffs

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 1, 2004, at Sacramento, California.

_____R. Wells_____  
Declarant

_____R. Wells (signature)_____  
Signature

10047290.wpd

```
              United States District Court
                        for the
               Eastern District of California
                      April 5, 2004


                  * * CERTIFICATE OF SERVICE * *


                                          2:90-cv-00520


    Coleman

         v.

    Reagan

    _____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  April 5, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
         Donald Specter                       AR/LKK
         Prison Law Office
         General Delivery
         San Quentin, CA   94964

         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA   94104

         Jennifer Anne Neill
         Attorney General's Office for the State of California
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA   94244-2550

         Jonathan Lloyd Wolff
         California Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA   94102-7004

         J Michael Keating Jr
         Office of the Special Master
```

285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903


                                           Jack L. Wagner, Clerk

                              BY: _____
                                       Deputy Clerk