FILED

MAY - 7 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

_____/

    The special master has filed a third request for an extension of time to make a recommendation to the court whether the Day Treatment Program/Intermediate Care Facility (DTP/ICF) at California Medical Facility (CMF) may be closed.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The special master's April 28, 2004 request for extension of time is granted;

    2. The special master shall file his recommendations concerning closure of the DTP/ICF programs on or before June 30, 2004; and

/////

/////

/////

/////

*1576*

1

3. Defendants shall keep the DTP/ICF at CMF open and fully operational at least until September 2004.

DATED: May 6, 2004.

_____
UNITED STATES DISTRICT JUDGE

12
cole0520.dtpext3

```
                  United States District Court
                             for the
                   Eastern District of California
                          May 7, 2004
```

```
                    * * CERTIFICATE OF SERVICE * *

                                              2:90-cv-00520
```

Coleman

    v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 7, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
         Donald Specter                    AR/LKK
         Prison Law Office
         General Delivery
         San Quentin, CA  94964

         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA  94104

         Jennifer Anne Neill
         Attorney General's Office
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA  94244-2550

         Jonathan Lloyd Wolff
         California Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA  94102-7004

         J Michael Keating Jr
         Office of the Special Master
```

285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903


                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk