

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.            ORDER

/

        On December 11, 1995, this court entered an order referring this matter to a special master and directing that the special master's fees and expenses be borne by the defendants as part of the costs of this action. In the December 11, 1995 order, the court directed defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. By subsequent orders, the court has directed defendants to deposit additional interim payments totaling $13,500,000.00 with the Clerk of the Court. A significant amount of work remains to be done by the special master and additional funds are required to pay his fees and expenses.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

1577

1. Within **forty-five** days from the date of this order, defendants shall deposit with the Clerk of the Court a thirty-second interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: May 20, 2004.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/cole33

```
                  United States District Court
                             for the
                   Eastern District of California
                           May 21, 2004


                    * * CERTIFICATE OF SERVICE * *

                                           2:90-cv-00520

    Coleman

        v.

    Reagan

    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  May 21, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


            Donald Specter                 AR/LKK
            Prison Law Office
            General Delivery               CFS
            San Quentin, CA   94964
                                           CF/JFM

            Michael W Bien
            Rosen Bien and Asaro
            155 Montgomery Street
            Eighth Floor
            San Francisco, CA   94104

            Jennifer Anne Neill
            Attorney General's Office for the State of California
            PO Box 944255
            1300 I Street
            Suite 125
            Sacramento, CA   94244-2550

            Jonathan Lloyd Wolff
            California Attorney General's Office
            455 Golden Gate Avenue
            Suite 11000
            San Francisco, CA   94102-7004

            J Michael Keating Jr
            Office of the Special Master
```

285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903


                                        Jack L. Wagner, Clerk

                                    BY: _____
                                            Deputy Clerk