1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  STEVE FAMA (State Bar # 99641)
   General Delivery
3  San Quentin, California 94964
   Telephone (415) 457-9144
4
   BINGHAM McCUTCHEN
5  WARREN GEORGE (State Bar # 53588)
   Three Embarcadero Center
6  San Francisco, California 94111-4066
   Telephone (415) 393-2000
7
   ROSEN, BIEN & ASARO, LLP
8  MICHAEL W. BIEN (State Bar # 096891)
   SANFORD JAY ROSEN (State Bar # 062566)
9  THOMAS NOLAN (State Bar # 169692)
   ERNEST GALVAN (State Bar # 196065)
10 155 Montgomery Street, 8th Floor San Francisco, California  94104
   Telephone (415) 433-6830
11
   HELLER, EHRMAN, WHITE & McAULIFFE
12 RICHARD L. GOFF (State Bar # 36377)
   701 Fifth Avenue
13 Seattle, Washington 98104
   Telephone (206) 447-0900
14
15  Attorneys for Plaintiffs

16             IN THE UNITED STATES DISTRICT COURT

17                EASTERN DISTRICT OF CALIFORNIA

18
19  RALPH COLEMAN,                    ) Case No. Civ. S 90-0520 LKK-JFM
                                      )
         Plaintiff,                   ) **STIPULATION AND [PROPOSED]**
20                                    ) **ORDER CONFIRMING FURTHER**
    vs.                               ) **UNDISPUTED ATTORNEYS' FEES**
21                                    ) **AND COSTS FOR THE SECOND**
    ARNOLD SCHWARZENEGGER, et al.,    ) **QUARTER OF 2003**
22                                    )
         Defendants                   )
23  _____)

24
25
26
27
28

1   On March 19, 1996, the District Court established procedures by which plaintiffs are
2   to collect periodic attorneys' fees and costs in this case in connection with their work
3   monitoring defendants' compliance with the Court's Orders and collecting fees.
4   Pursuant to these procedures, the parties have met and conferred concerning fees and
5   costs incurred by plaintiffs' attorneys during the Second Quarter of 2003.
6   As a result of the meet and confer session, the parties initially agreed to the payment
7   of $221,591.90 in fees and costs incurred during the Second Quarter of 2003. Additional
8   fees and costs incurred during this quarter remained in dispute. Subsequently, the parties
9   met and conferred a second time and were able to resolve the remaining disputed fees.
10  Attached hereto as Exhibit A is a chart documenting the agreed amount of $2,034.00 in
11  further fees due and owing on the Second Quarter of 2003.
12  WHEREFORE, IT IS CONFIRMED that $2,034.00 is due and collectable as of 45 days
13  from the date of entry of this order. Daily interest runs from September 2, 2003 at the rate of
14  1.39%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $2,034.00 | 1.39% | $.08 | September 2, 2003 |

17  (Interest accrues at the rate provided by 28 U.S.C. § 1961.)
18
19  IT IS SO ORDERED.
20  Dated: 6-1-04

    _____
    John F. Moulds, Magistrate Judge
21  United States District Court
22  APPROVED AS TO FORM:
23
24  _____
    Jennifer Neill, Esq.                    DATED: 5/21/04
    Deputy Attorney General
25  Attorney for Defendants
26
    _____
27  Thomas Nolan, Esq.                      DATED: 5/26/04
    Rosen, Bien & Asaro
28  Attorneys for Plaintiffs

H:\5812\Pleading\
stip-2nd qtr.2003.5-12-04 (further undisputed fees) 489-5

-1-    STIPULATION AND [PROPOSED] ORDER CONFIRMING
       FURTHER UNDISPUTED ATTORNEYS' FEES AND
       COSTS FOR THE SECOND QUARTER OF 2003

**EXHIBIT A**

## Coleman v. Schwarzenegger

### Summary Of Further Undisputed Fees - Second Quarterly Statement, 2003
### April 1, 2003 through June 30, 2003

### Monitoring Work

| Attorney/Law Firm | Disputed Hours After Meet & Confer | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ — |
| Jane Kahn (JK) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ — |
| Thomas Nolan (TN) | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 6.00 | $ 169.50 | $ 1,017.00 |
| Ernest Galvan (EG) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ — |
| Amy E. Whelan (AEW) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 160.00 | $ — |
| Pamela Derrico (PD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 160.00 | $ — |
| James I. Dye (JID) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ — |
| Joseph Acker (JWA) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ — |
| Shira J. Gans (SJG) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ — |
| **TOTAL ROSEN BIEN & ASARO** | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 6.00 | | $ 1,017.00 |

| Attorney/Law Firm | Claimed Hours | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ — |
| Steven Fama (SF) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ — |
| Keith Wattley (KW) | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 6.00 | $ 169.50 | $ 1,017.00 |
| Alison Hardy (AH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ — |
| Casey Corbit (KC) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ — |
| Amy Powers (AP) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ — |
| Carole Lamanna (CL) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 100.00 | $ — |
| **TOTAL PRISON LAW OFFICE** | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00 | 6.00 | | $ 1,017.00 |
| **Total Monitoring - All Offices** | 20.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 12.00 | | $2,034.00 |

## Coleman v. Schwarzenegger

### Summary Of Further Undisputed Fees - Second Quarterly Statement, 2003
### April 1, 2003 through June 30, 2003

**Fees Work**

| Attorney/Law Firm | Disputed Hours After Meet & Confer | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 60/40 = 40% Withdrawn By Plaintiff | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Thomas Nolan (TN) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Pamela Derrico (PD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 160.00 | $ - |
| **TOTAL ROSEN BIEN & ASARO** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| **TOTAL PRISON LAW OFFICE** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |
| **Total Fees - All Offices** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $ - |

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER CONFIRMING FURTHER UNDISPUTED ATTORNEYS' FEES AND COSTS FOR SECOND QUARTER OF 2003**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**
Jennifer Neill, Esq.
Office of the Attorney General
Department of Justice
1300 I Street, 10th Floor
Sacramento, CA 94814

Judi Lemos, Esq.
California Department of Corrections
Legal Affairs Division
1515 "S" Street, Suite 314 S
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of May, 2004, at San Francisco, California.

_____
PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
June 2, 2004

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on June 2, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Donald Specter                              CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Jonathan Lloyd Wolff
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-7004

Lisa Anne Tillman
Attorney General's Office
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk