```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  STEVE FAMA (State Bar # 99641)
    General Delivery
 3  San Quentin, California 94964
    Telephone (415) 457-9144
 4
    BINGHAM McCUTCHEN
 5  WARREN GEORGE (State Bar # 53588)
    Three Embarcadero Center
 6  San Francisco, California 94111-4066
    Telephone (415) 393-2000
 7
    ROSEN, BIEN & ASARO, LLP
 8  MICHAEL W. BIEN (State Bar # 096891)
    SANFORD JAY ROSEN (State Bar # 062566)
 9  THOMAS NOLAN (State Bar # 169692)
    ERNEST GALVAN (State Bar # 196065)
10  155 Montgomery Street, 8th Floor San Francisco, California  94104
    Telephone (415) 433-6830
11
    HELLER, EHRMAN, WHITE & McAULIFFE
12  RICHARD L. GOFF (State Bar # 36377)
    701 Fifth Avenue
13  Seattle, Washington 98104
    Telephone (206) 447-0900
14
15         Attorneys for Plaintiffs
16                              IN THE UNITED STATES DISTRICT COURT
17                                EASTERN DISTRICT OF CALIFORNIA
18
    RALPH COLEMAN,                        )   Case No. Civ. S 90-0520 LKK-JFM
19                                        )
           Plaintiff,                     )   STIPULATION AND [PROPOSED]
20                                        )   ORDER CONFIRMING FURTHER
    vs.                                   )   UNDISPUTED ATTORNEYS' FEES
21                                        )   AND COSTS FOR THE  THIRD
    ARNOLD SCHWARZENEGGER, et al.,        )   QUARTER OF 2003
22                                        )
           Defendants                     )
23  _____)
24
25
26
27
28
```

FILED JUN 0 2 2004 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

LODGED MAY 27 2004 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the Third Quarter of 2003.

As a result of the meet and confer session, the parties initially agreed to the payment of $200,131.58 in fees and costs incurred during the Third Quarter of 2003. Additional fees and costs incurred during this quarter remained in dispute. Subsequently, the parties met and conferred a second time and were able to resolve the remaining disputed fees. Attached hereto as Exhibit A is a chart documenting the agreed amount of $8,203.67 in further fees due and owing on the Third Quarter of 2003.

WHEREFORE, IT IS CONFIRMED that $8,203.67 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from December 5, 2003 at the rate of 1.30%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $8,203.67 | 1.30 % | $.29 | December 5, 2003 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 6-1-04

John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

Jennifer Neill, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: 5/21/04

Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

DATED: 5/26/04

II:\581\2\Pleading\
stip-3rd qtr 2003.5-12-04 (Further undisputed fees) 489-5

-1-   STIPULATION AND [PROPOSED] ORDER
CONFIRMING FURTHER UNDISPUTED ATTORNEYS'
FEES AND COSTS FOR THE THIRD QUARTER OF 2003

**EXHIBIT A**

# Coleman v. Schwarzenegger

## Summary Of Further Undisputed Fees - Third Quarterly Statement, 2003
### July 1, 2003 through September 30, 2003

### Monitoring Work

| Attorney/Law Firm | Disputed Hours After Meet & Confer | Time Withdrawn By Plaintiff | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Michael W. Bien (MWB) | 7.60 | 0.00 | 7.60 | 0.00 | 0.00 | 4.56 | $ 169.50 | $ 772.92 |
| Jane Kahn (JK) | 4.00 | 0.00 | 4.00 | 0.00 | 0.00 | 2.40 | $ 169.50 | $ 406.80 |
| Thomas Nolan (TN) | 28.20 | 0.00 | 28.20 | 0.00 | 0.00 | 16.92 | $ 169.50 | $ 2,867.94 |
| Ernest Galvan (EG) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Amy E. Whelan (AEW) | 9.60 | 0.00 | 9.60 | 0.00 | 0.00 | 5.76 | $ 169.50 | $ 976.32 |
| Pamela Derrico (PD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 160.00 | $ - |
| James I. Dye (JID) | 2.20 | 0.00 | 2.20 | 0.00 | 0.00 | 1.32 | $ 160.00 | $ 211.20 |
| Shira J. Gans (SJG) | 6.90 | 0.00 | 6.90 | 0.00 | 0.00 | 4.14 | $ 140.00 | $ 579.60 |
| Joseph Acker (JWA) | 2.90 | 0.00 | 2.90 | 0.00 | 0.00 | 1.74 | $ 140.00 | $ 243.60 |
| Jacqueline Hollar (JH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| Carrie DeGraff (CJD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| Daniel M. Markman (DMM) | 1.50 | 0.00 | 1.50 | 0.00 | 0.00 | 0.90 | $ 140.00 | $ 126.00 |
| **TOTAL RBA HOURS:** | 62.90 | 0.00 | 62.90 | 0.00 | 0.00 | 37.74 | | $ 6,184.38 |

| Attorney/Law Firm | Disputed Hours After Meet & Confer | Time Withdrawn By Plaintiff | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | | | | |
| Donald Specter (DS) | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.12 | $ 169.50 | $ 20.34 |
| Steven Fama (SF) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Keith Wattley (KW) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Alison Hardy (AH) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Sarah Norman (SN) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Kasey Corbit (KC) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| Amy Powers (AP) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| Cathleen Beltz (CB) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 100.00 | $ - |
| **TOTAL PLO HOURS:** | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.12 | | $ 20.34 |
| **Total Monitoring - All Offices** | 63.10 | 0.00 | 63.10 | 0.00 | 0.00 | 37.86 | | $6,204.72 |

3rd Qtr- further undisputed Fees

5/26/2004

## Coleman v. Schwarzenegger

### Summary Of Further Undisputed Fees - Third Quarterly Statement, 2003
### July 1, 2003 through September 30, 2003

**Fees Work**

| Attorney/Law Firm | Disputed Hours After Meet & Confer | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | |
| Thomas Nolan (TN) | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 16.95 |
| Ernest Galvan (EG) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Pamela Derrico (PD) | 23.90 | 0.00 | 23.90 | 0.00 | 0.00 | 11.95 | $ 160.00 | $ 1,912.00 |
| Carrie DeGraff (CD) | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.50 | $ 140.00 | $ 70.00 |
| **TOTAL RBA HOURS:** | **25.10** | **0.00** | **25.10** | **0.00** | **0.00** | **12.55** | | **$ 1,998.95** |
| **PRISON LAW OFFICE** | | | | | | | | |
| Edie DeGraff (ED) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| **TOTAL PLO HOURS:** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | | **$ -** |
| **Total Fees - All Offices** | **25.10** | **0.00** | **25.10** | **0.00** | **0.00** | **12.55** | | **$ 1,998.95** |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER CONFIRMING FURTHER UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THIRD QUARTER OF 2003**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**
Jennifer Neill, Esq.
Office of the Attorney General
Department of Justice
1300 I Street, 10th Floor
Sacramento, CA  94814

Judi Lemos, Esq.
California Department of Corrections
Legal Affairs Division
1515 "S" Street, Suite 314 S
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of May, 2004, at San Francisco, California.

_____
PAMELA A. DERRICO

```
                United States District Court
                          for the
                Eastern District of California
                       June 2, 2004


              * * CERTIFICATE OF SERVICE * *

                                         2:90-cv-00520


    Coleman

         v.

    Reagan

    _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  June 2, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Donald Specter                          CF/JFM
         Prison Law Office
         General Delivery
         San Quentin, CA  94964

         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA  94104

         Jonathan Lloyd Wolff
         California Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA  94102-7004

         Lisa Anne Tillman
         Attorney General's Office
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA  94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk