

1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  STEVE FAMA (State Bar # 99641)
   General Delivery
3  San Quentin, California 94964
   Telephone (415) 457-9144
4
5  BINGHAM McCUTCHEN
   WARREN GEORGE (State Bar # 53588)
   Three Embarcadero Center
6  San Francisco, California 94111-4066
   Telephone (415) 393-2000
7
   ROSEN, BIEN & ASARO, LLP
8  MICHAEL W. BIEN (State Bar # 096891)
   SANFORD JAY ROSEN (State Bar # 062566)
9  THOMAS NOLAN (State Bar # 169692)
   ERNEST GALVAN (State Bar # 196065)
10 155 Montgomery Street, 8th Floor San Francisco, California 94104
   Telephone (415) 433-6830
11
   HELLER, EHRMAN, WHITE & McAULIFFE
12 RICHARD L. GOFF (State Bar # 36377)
   701 Fifth Avenue
13 Seattle, Washington 98104
   Telephone (206) 447-0900
14
15 Attorneys for Plaintiffs

16                    IN THE UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18
19 RALPH COLEMAN,                      )  Case No. Civ. S 90-0520 LKK-JFM
                                       )
20       Plaintiff,                    )  **STIPULATION AND [PROPOSED]**
                                       )  **ORDER CONFIRMING UNDISPUTED**
21 vs.                                 )  **ATTORNEYS' FEES AND COSTS FOR**
                                       )  **THE FOURTH QUARTER OF 2003**
22 ARNOLD SCHWARZENEGGER, et al.,      )
                                       )
23       Defendants                    )
         _____)

24
25
26
27
28

489\5\pleading\
stip-4th qtr.2004, 5-5-04 (undisputed fees) 489-5

1582

STIPULATION AND [PROPOSED] ORDER
CONFIRMING UNDISPUTED ATTORNEYS' FEES AND
COSTS FOR THE FOURTH QUARTER OF 2003

1    On March 19, 1996, the District Court established procedures by which plaintiffs are
2    to collect periodic attorneys' fees and costs in this case in connection with their work
3    monitoring defendants' compliance with the Court's Orders and collecting fees.
4    Pursuant to these procedures, the parties have met and conferred concerning fees and
5    costs incurred by plaintiffs' attorneys during the Fourth Quarter of 2003.
6    As a result of the meet and confer session, the parties are able to agree to the
7    payment of $232,703.52 in fees and costs incurred during the Fourth Quarter of 2003.
8    Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing
9    on the Fourth Quarter of 2003.
10   WHEREFORE, IT IS CONFIRMED that $232,703.52 is due and collectable as of 45 days
11   from the date of entry of this order. Daily interest runs from March 11, 2004 at the rate of 1.15%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $232,703.52 | 1.15% | $7.33 | March 11, 2004 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 6-1-04

_/s/ John F. Moulds_
John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

_Jennifer Neill_
Jennifer Neill, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: 5/21/04

_Thomas Nolan_
Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

DATED: 5/26/04

**EXHIBIT A**

# Coleman v. Schwarzenegger
## Fourth Quarterly Statement of 2003
### October 1, 2003 through December 31, 2003

**SUMMARY OF UNDISPUTED FEES AND COSTS**

|  | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| **MONITORING** | $ 212,219.86 | $ 9,633.88 |
| **MONITORING FEES ON FEES** | $ 10,700.20 | $ 149.58 |
| **TOTALS:** | $ 222,920.06 | $ 9,783.46 |
| **TOTAL CLAIMED FEES AND COSTS** | | $ 232,703.52 |

## Coleman v. Schwarzenegger

### Summary Of Undisputed Fees - Fourth Quarterly Statement, 2003
### October 1, 2003 through December 31, 2003

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 60/40 Split of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 107.90 | 9.30 | 0.00 | 0.00 | 9.30 | 0.00 | 0.00 | 104.18 | $169.50 | $17,658.51 |
| Jane E. Kahn (JEK) | 325.70 | 11.90 | 0.00 | 0.00 | 11.90 | 0.00 | 0.00 | 320.94 | $169.50 | $54,399.33 |
| Thomas Nolan (TN) | 142.60 | 26.70 | 0.00 | 0.00 | 26.70 | 0.00 | 0.00 | 131.92 | $169.50 | $22,360.44 |
| Amy E. Whelan (AEW) | 11.30 | 2.40 | 0.00 | 0.00 | 2.40 | 0.00 | 0.00 | 10.34 | $169.50 | $1,752.63 |
| James Dye (JID) | 18.60 | 3.90 | 0.00 | 0.00 | 3.90 | 0.00 | 0.00 | 17.04 | $160.00 | $2,726.40 |
| Joseph Acker (JWA) | 204.60 | 20.10 | 0.00 | 0.00 | 20.10 | 0.00 | 0.00 | 196.56 | $140.00 | $27,518.40 |
| Shira J. Gans (SJG) | 254.00 | 22.30 | 0.00 | 0.00 | 22.30 | 0.00 | 0.00 | 245.08 | $140.00 | $34,311.20 |
| Jacqueline Hollar (JH) | 26.70 | 15.50 | 0.00 | 0.00 | 15.50 | 0.00 | 0.00 | 20.50 | $140.00 | $2,870.00 |
| Daniel M. Markman (DMM) | 256.90 | 31.90 | 0.00 | 0.00 | 31.90 | 0.00 | 0.00 | 244.14 | $140.00 | $34,179.60 |
| **RBA Totals:** | **1348.30** | **144.00** | **0.00** | **0.00** | **144.00** | **0.00** | **0.00** | **1290.70** | | **$197,776.51** |

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 10.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.90 | $169.50 | $1,847.55 |
| Steven Fama (SF) | 16.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.70 | $169.50 | $2,830.65 |
| Keith Wattley (KW) | 47.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 47.70 | $169.50 | $8,085.15 |
| Casey Corbit (KC) | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.00 | $140.00 | $1,680.00 |
| **PLO Totals:** | **87.30** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **87.30** | | **$14,443.35** |

| Total Monitoring - All Offices | 1435.60 | 144.00 | 0.00 | 0.00 | 144.00 | 0.00 | 0.00 | 1378.00 | | $212,219.86 |

## Coleman v. Schwarzenegger

### Summary Of Undisputed Fees - Fourth Quarterly Statement, 2003
### October 1, 2003 through December 31, 2003

#### Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Thomas Nolan (TN) | 19.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.60 | $169.50 | $ 3,322.20 |
| Pamela Derrico (PD) | 53.20 | 27.30 | 0.00 | 0.00 | 27.30 | 0.00 | 0.00 | 39.55 | $160.00 | $ 6,328.00 |
| Carrie DeGraff (CJG) | 7.00 | 6.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0.00 | 4.00 | $140.00 | $ 560.00 |
| **RBA Totals:** | **79.80** | **33.30** | **0.00** | **0.00** | **33.30** | **0.00** | **0.00** | **63.15** | | **$ 10,210.20** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | $140.00 | $ 490.00 |
| **PLO Totals:** | **3.50** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3.50** | | **$ 490.00** |
| **Total Fees - All Offices** | **83.30** | **33.30** | **0.00** | **0.00** | **33.30** | **0.00** | **0.00** | **66.65** | | **$ 10,700.20** |

# Coleman v. Schwarzenegger

## Summary Of Undisputed Costs - Third Quarterly Statement, 2003
### July 1, 2003 through September 30, 2003

### Matter: 489-3 (Monitoring)

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Defendant's Dispute | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $ 4,265.20 | $ - | $ 4,265.20 |
| Photocopying (outside service) | $ 666.04 | $ - | $ 666.04 |
| Postage & Delivery | $ 861.35 | $ - | $ 861.35 |
| Telephone | $ 125.84 | $ - | $ 125.84 |
| Calif. Dept. of Mental Health - Records request | $ 105.80 | $ 105.80 | $ - * |
| Telefax | $ 239.00 | $ - | $ 239.00 |
| Westlaw | $ 58.03 | $ - | $ 58.03 |
| Travel | $ 1,650.47 | $ - | $ 1,650.47 |
| **Totals:** | **$ 7,971.73** | **$ 105.80** | **$ 7,865.93** |

* Defendant's Objected to a total of $105.80 in misc. costs, of which $105.80 was withdrawn by plaintiffs.

**PRISON LAW OFFICE**

| | Claimed Costs | Defendant's Dispute | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house) | $ 373.80 | $ - | $ 373.80 |
| Postage & Delivery | $ 564.26 | $ - | $ 564.26 |
| Telephone | $ 13.31 | $ - | $ 13.31 |
| Telefax | $ 133.00 | $ - | $ 133.00 |
| Travel | $ 683.58 | $ - | $ 683.58 |
| **Totals:** | **$ 1,767.95** | **$ -** | **$ 1,767.95** |

| | | | |
|---|---:|---:|---:|
| **TOTAL MONITORING COSTS** | **$ 9,739.68** | **$ 105.80** | **$ 9,633.88** |

### Matter: 489-5 (Monitoring Fees on Fees)

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Defendant's Dispute | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $ 47.00 | $ - | $ 47.00 |
| Photocopying (outside service) | $ 68.41 | $ - | $ 68.41 |
| Postage & Delivery | $ 27.63 | $ - | $ 27.63 |
| Telephone | $ 0.54 | $ - | $ 0.54 |
| Telefax | $ 6.00 | $ - | $ 6.00 |
| **Total Fees Costs:** | **$ 149.58** | **$ -** | **$ 149.58** |

| | | | |
|---|---:|---:|---:|
| **TOTAL COSTS** | **$ 9,889.26** | **$ 105.80** | **$ 9,783.46** |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FOURTH QUARTER OF 2003**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**
Jennifer Neill, Esq.
Office of the Attorney General
Department of Justice
1300 I Street, 10th Floor
Sacramento, CA  94814

Judi Lemos, Esq.
California Department of Corrections
Legal Affairs Division
1515 "S" Street, Suite 314 S
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of May, 2004, at San Francisco, California.

_____
PAMELA A. DERRICO

```
                United States District Court
                          for the
                Eastern District of California
                        June 2, 2004


            * * CERTIFICATE OF SERVICE * *


                                    2:90-cv-00520


    Coleman

        v.

    Reagan

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  June 2, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Donald Specter                          CF/JFM
        Prison Law Office
        General Delivery
        San Quentin, CA   94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA   94104

        Jonathan Lloyd Wolff
        California Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-7004

        Lisa Anne Tillman
        Attorney General's Office
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk