**FILED**

JUL 1 6 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

       Defendants.              <u>ORDER</u>
_____/

       The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of June 2004.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
<u>Coleman</u> Special Master
285 Terrace Avenue
Riverside, Rhode Island 02915

the amount of $152,995.62 in accordance with the attached statement; and

       2. A copy of this order shall be served on the financial department of this court.

DATED: July 15, 2004.

                                             _____
                                             UNITED STATES MAGISTRATE JUDGE

/cole04.jun

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.       No. Civ. S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER et al.,
    Defendants

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through June 30, 2004.

J. Michael Keating, Jr., Master
    Services      $ 26,679.00
    Disbursements      $ 3,473.77

    Total amount due      $ 30,152.77

Matthew A. Lopes, Jr., J.D.
    Services      $ 12,825.00
    Disbursements      $ 7,808.20

    Total amount due      $ 20,633.20

Kerry C. Hughes, M.D.
    Services      $ 6,812.50
    Disbursements      1,209.29

    Total amount due      $ 8,021.79

Jeffrey Metzner, M.D.
    Services      $ 14,881.25
    Disbursements      $ 2,811.27

    Total amount due      $ 17,692.52

Raymond F. Patterson, M.D.
    Services      $ 10,806.25
    Disbursements      $ 3,055.40

    Total amount due      $ 13,861.65

Melissa G. Warren, Ph.D.
 Services       $ 9,723.75
 Disbursements    $ <u>5,812.58</u>

  Total amount due           $ 15,536.33

Mohamedu F. Jones, J.D.
 Services       $ 20,247.50
 Disbursements    <u>3,484.86</u>

  Total amount due           $ 23,732.36

Virginia L. Morrison, Esq.
 Services:       $ 5,284.50
 Disbursements    $ -0-

  Total amount due           $ 5,284.50

Paul Nicoll, M.A.P.A.
 Services       $ 18,080.50
 Disbursements    $ -0-

  Total amount due           $ 18,080.50

  **TOTAL AMOUNT TO BE REIMBURSED**    **$ 152,995.62**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*/s/ J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

2.

```
                  United States District Court
                             for the
                    Eastern District of California
                          July 16, 2004


                   * * CERTIFICATE OF SERVICE * *


                                              2:90-cv-00520


    Coleman

        v.

    Reagan


_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 16, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Donald Specter                          CF/JFM
        Prison Law Office
        General Delivery                        Financial Dept
        San Quentin, CA   94964

        Michael W Bien
        Rosen Bien and Asaro
        155 Montgomery Street
        Eighth Floor
        San Francisco, CA   94104

        Jonathan Lloyd Wolff
        California Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-7004

        Lisa Anne Tillman
        Attorney General's Office for the State of California
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903


                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk