



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

<u>ORDER</u>

/

    On June 18, 2004, the special master filed a thirteenth monitoring report. The report contains six recommendations for specific action by defendants. Neither party has filed objections to the report or its recommendations. Good cause appearing, the special master's recommendations will be the order of the court.[1]

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Defendants shall develop brand new plans to bring California State Prison-Corcoran (CSP/Corcoran), High Desert State Prison (HDSP), Richard J. Donovan Correctional

---

[1] The court has already issued an order prohibiting defendants from closing the Intermediate Care Facility/Day Treatment Program (ICF/DTP) at California Medical Facility (CMF) until the court has approved a plan to meet the needs of class members for Department of Mental Health (DMH) inpatient care. (Order, filed July 9, 2004, at p. 4, ¶ 5.) The special master's sixth recommendation replicates that order and will not be repeated herein.



Facility (RJD), and Salinas Valley State Prison (SVSP) into compliance with their respective corrective action plans (CAPs), the program guides, and the plans, policies and protocols provisionally approved by this court in mid-1997. These plans shall include, as applicable, the following provisions:

  A. The imposition forthwith of a population cap on RJD that restricts the actual population of the institution's hub Enhanced Outpatient Program (EOP) administrative segregation program to its present capacity of 63 inmates.

  B. A plan, developed within sixty days from the date of this order, for the provision of mental health services in the SHU at CSP/Corcoran that will meet the standards for care included in the revised Program Guide for SHUs. The plan shall include a staffing ratio adequate to meet those needs.

  C. A plan, developed within sixty days from the date of this order, for replicating in HDSP and RJD the strategies for the procurement of permanent and contracted clinical staff used effectively at Pelican Bay State Prison.

  D. A plan, developed within sixty days from the date of this order, to provide focused assistance from the California Department of Corrections Health Care Services Division (HCSD) to CSP/Corcoran, HDSP, RJD, and SVSP to enable them to better address the resource and management problems that prevent them from complying with their respective CAPs and the plans, policies and protocols provisionally approved by this court in mid-1997.

  2. Within ninety days from the date of this order defendants shall develop a plan to meet system-wide the needs for the evaluation and treatment of inmates with the paraphilia or sexual disorder of exhibitionism, when it involves public exposure and masturbation. In developing this plan, defendants shall give due consideration to the special master's finding that the CDC's development of the experimental Inmate Exhibitionist Masturbation Screening and

/////

/////

Assessment Program at Pelican Bay State Prison may well be a useful model for the system-wide plan.

DATED: July 26, 2004.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/thirteenth.mr

```
              United States District Court
                        for the
                Eastern District of California
                      July 27, 2004


              * * CERTIFICATE OF SERVICE * *


                                    2:90-cv-00520


    Coleman

       v.

    Reagan
_____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 27, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Donald Specter                          AS/MCE
         Prison Law Office
         General Delivery
         San Quentin, CA  94964

         Michael W Bien
         Rosen Bien and Asaro
         155 Montgomery Street
         Eighth Floor
         San Francisco, CA  94104

         Jonathan Lloyd Wolff
         California Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA  94102-7004

         Lisa Anne Tillman
         Attorney General's Office for the State of California
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA  94244-2550

         J Michael Keating Jr
         Office of the Special Master
```

285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

                                             Jack L. Wagner, Clerk

                                        BY: _____
                                             Deputy Clerk