

1  PRISON LAW OFFICE
   DONALD SPECTER (State Bar # 83925)
2  STEVE FAMA (State Bar # 99641)
   General Delivery
3  San Quentin, California 94964
   Telephone (415) 457-9144
4
   BINGHAM McCUTCHEN
5  WARREN GEORGE (State Bar # 53588)
   Three Embarcadero Center
6  San Francisco, California 94111-4066
   Telephone (415) 393-2000
7
   ROSEN, BIEN & ASARO, LLP
8  MICHAEL W. BIEN (State Bar # 096891)
   SANFORD JAY ROSEN (State Bar # 062566)
9  THOMAS NOLAN (State Bar # 169692)
   ERNEST GALVAN (State Bar # 196065)
10 155 Montgomery Street, 8th Floor San Francisco, California  94104
   Telephone (415) 433-6830
11
   HELLER, EHRMAN, WHITE & McAULIFFE
12 RICHARD L. GOFF (State Bar # 36377)
   701 Fifth Avenue
13 Seattle, Washington 98104
   Telephone (206) 447-0900

   Attorneys for Plaintiffs

15

16                    IN THE UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

19 RALPH COLEMAN,                    )  Case No. Civ. S 90-0520 LKK-JFM
                                     )
      Plaintiff,                     )  **STIPULATION AND [PROPOSED]**
20                                   )  **ORDER CONFIRMING UNDISPUTED**
   vs.                               )  **ATTORNEYS' FEES AND COSTS FOR**
21                                   )  **THE  FIRST QUARTER OF 2004**
   ARNOLD SCHWARZENEGGER, et al.,    )
22                                   )
      Defendants                     )
23 ──────────────────────────────────)

24

25

26

27                              1601

28

STIPULATION AND [PROPOSED] ORDER
CONFIRMING UNDISPUTED ATTORNEYS' FEES AND
COSTS FOR THE FIRST QUARTER OF 2004

FILED
AUG 3 1 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

LODGED
AUG 2 7 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

1        On March 19, 1996, the District Court established procedures by which plaintiffs a

2    to collect periodic attorneys' fees and costs in this case in connection with their work

3    monitoring defendants' compliance with the Court's Orders and collecting fees.

4        Pursuant to these procedures, the parties have met and conferred concerning fees a

5    costs incurred by plaintiffs' attorneys during the First Quarter of 2004.

6        As a result of the meet and confer session, the parties are able to agree to the

7    payment of $251,920.28 in fees and costs incurred during the First Quarter of 2004.

8    Attached hereto as Exhibit A are charts setting forth the fees and expenses due and owing

9    on the First Quarter of 2004.

10       WHEREFORE, IT IS CONFIRMED that $251,920.28 is due and collectable as of 45 day

11   from the date of entry of this order. Daily interest runs from June 14, 2004 at the rate of 2.25%.

12
| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruin** |
|---|---|---|---|
| $251,920.28 | 2.25% | $15.53 | June 14, 2004 |

14   (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

15

16   IT IS SO ORDERED.

17   Dated:

                                                    John F. Moulds, Magistrate Judge
18                                                  United States District Court

19   APPROVED AS TO FORM:

20
                                                    DATED: _8-26-04_
21   Lisa Tillman, Esq.
     Deputy Attorney General
22   Attorney for Defendants

23
                                                    DATED: _8-26-04_
24   Thomas Nolan, Esq.
     Rosen, Bien & Asaro
25   Attorneys for Plaintiffs

26

27

28

## Coleman v. Schwarzenegger
**First Quarterly Statement of 2004**
**January 1, 2004 through March 31, 2004**

### SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED | |
|---|---|---|
|  | **FEES** | **COSTS** |
| **MONITORING** | $  232,392.24 | $  9,653.95 |
| **MONITORING FEES ON FEES** | $  9,653.95 | $  220.14 |
| **TOTALS:** | $  242,046.19 | $  9,874.09 |
| **TOTAL CLAIMED FEES AND COSTS** | | $  251,920.28 |

Total Undisputed Summary

*Exh A*

7/28/2004

## Coleman v. Schwarzenegger

### Summary Of Undisputed Fees - First Quarterly Statement, 2004
### January 1, 2004 through March 31, 2004

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 55/45 Split of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 111.80 | 7.40 | 0.00 | 0.00 | 7.40 | 0.00 | 0.00 | 108.47 | $ 169.50 | $ 18,385.67 |
| Jane E. Kahn (JEK) | 306.75 | 20.80 | 0.00 | 0.00 | 20.80 | 0.00 | 0.00 | 297.39 | $ 169.50 | $ 50,407.61 |
| Thomas Nolan (TN) | 204.70 | 2.80 | 0.00 | 0.00 | 2.80 | 0.00 | 0.00 | 203.44 | $ 169.50 | $ 34,483.08 |
| Ernest Galvan (EG) | 3.40 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 2.05 | $ 169.50 | $ 347.48 |
| Amy E. Whelan (AEW) | 4.00 | 1.60 | 0.00 | 0.00 | 1.60 | 0.00 | 0.00 | 3.28 | $ 169.50 | $ 555.96 |
| James Dye (JID) | 19.50 | 2.80 | 0.00 | 0.00 | 2.80 | 0.00 | 0.00 | 18.24 | $ 160.00 | $ 2,918.40 |
| April Frederick (ALF) | 5.60 | 2.20 | 0.00 | 0.00 | 2.20 | 0.00 | 0.00 | 4.61 | $ 160.00 | $ 737.60 |
| Lira J. Gans (SJG) | 300.60 | 63.90 | 0.00 | 0.00 | 63.90 | 0.00 | 0.00 | 271.85 | $ 160.00 | $ 43,495.20 |
| Joseph Acker (JWA) | 111.60 | 17.70 | 0.00 | 0.00 | 17.70 | 0.00 | 0.00 | 103.64 | $ 140.00 | $ 14,508.90 |
| Jacqueline Hollar (JH) | 77.60 | 69.10 | 0.00 | 0.00 | 69.10 | 0.00 | 0.00 | 46.51 | $ 140.00 | $ 6,510.70 |
| Carrie DeGraff (CJD) | 1.10 | 0.60 | 0.00 | 0.00 | 0.60 | 0.00 | 0.00 | 0.83 | $ 140.00 | $ 116.20 |
| Lissa B. Cambier (ABC) | 37.50 | 26.90 | 0.00 | 0.00 | 26.90 | 0.00 | 0.00 | 25.40 | $140.00 | $ 3,555.30 |
| Daniel M. Markman (DMM) | 288.10 | 44.50 | 0.00 | 0.00 | 44.50 | 0.00 | 0.00 | 268.08 | $ 140.00 | $ 37,530.50 |
| **RBA Totals:** | **1472.25** | **263.30** | **0.00** | **0.00** | **263.30** | **0.00** | **0.00** | **1353.77** | | **$ 213,552.59** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 6.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.90 | $ 169.50 | $ 1,169.55 |
| Steven Fama (SF) | 22.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 22.10 | $ 169.50 | $ 3,745.95 |
| Keith Wattley (KW) | 58.60 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 57.70 | $ 169.50 | $ 9,780.15 |
| Casey Corbit (KC) | 27.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.50 | $ 140.00 | $ 3,850.00 |
| Bramet Reiter (KR) | 2.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.10 | $ 140.00 | $ 294.00 |
| **PLO Totals:** | **117.20** | **2.00** | **0.00** | **0.00** | **2.00** | **0.00** | **0.00** | **116.30** | | **$ 18,839.65** |
| **Total Monitoring - All Offices** | **1589.45** | **265.30** | **0.00** | **0.00** | **265.30** | **0.00** | **0.00** | **1470.07** | | **$232,392.24** |

## Coleman v. Schwarzenegger

### Summary Of Undisputed Fees - First Quarterly Statement, 2004
### January 1, 2004 through March 31, 2004

**Fees Work**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 55/45 Split of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Thomas Nolan (TN) | 9.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.20 | $ 169.50 | $ 1,559.40 |
| Pamela Derrico (PD) | 42.40 | 22.70 | 0.00 | 0.00 | 22.70 | 0.00 | 0.00 | 32.19 | $ 160.00 | $ 5,149.60 |
| April L. Frederick (ALF) | 15.20 | 7.30 | 0.00 | 0.00 | 7.30 | 0.00 | 0.00 | 11.92 | $ 160.00 | $ 1,906.40 |
| Shira J. Gans (SJG) | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | $ 160.00 | $ 64.00 |
| Alissa B. Cambier (ABC) | 3.50 | 3.50 | 0.00 | 0.00 | 3.50 | 0.00 | 0.00 | 1.93 | $ 140.00 | $ 269.50 |
| Carrie DeGraff (CJG) | 6.30 | 5.90 | 0.00 | 0.00 | 5.90 | 0.00 | 0.00 | 3.65 | $ 140.00 | $ 510.30 |
| **RBA Totals:** | **77.00** | **39.40** | **0.00** | **0.00** | **39.40** | **0.00** | **0.00** | **59.27** | | **$ 9,459.20** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 5.20 | 5.20 | 0.00 | 0.00 | 5.20 | 0.00 | 0.00 | 2.86 | $ 140.00 | $ 400.40 |
| **PLO Totals:** | **5.20** | **5.20** | **0.00** | **0.00** | **5.20** | **0.00** | **0.00** | **2.86** | | **$ 400.40** |
| **Total Fees - All Offices** | **82.20** | **44.60** | **0.00** | **0.00** | **44.60** | **0.00** | **0.00** | **62.13** | | **$ 9,859.60** |

## Coleman v. Schwarzenegger

**Summary Of Undisputed Costs - First Quarterly Statement, 2004**
**January 1, 2004 through March 31, 2004**

### Matter: 489-3 (Monitoring)

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Defendant's Dispute | Undisputed Costs |
|---|---|---|---|
| Photocopying (in-house @.20) | $ 4,615.20 | $ - | $ 4,615.20 |
| Photocopying (outside service) | $ 1,128.93 | $ - | $ 1,128.93 |
| Postage & Delivery | $ 722.39 | $ - | $ 722.39 |
| Telephone | $ 150.84 | $ - | $ 150.84 |
| Telefax | $ 353.00 | $ - | $ 353.00 |
| Travel | $ 1,458.59 | $ 220.73 * | $ 1,237.86 |
| **Totals:** | **$ 8,428.95** | **$ 220.73** | **$ 8,208.22** |

\* Defendant's Objected to a total of $220.73 in travel costs, of which $220.73 was withdrawn by plaintiffs.

**PRISON LAW OFFICE**

| | Claimed Costs | Defendant's Dispute | Undisputed Costs |
|---|---|---|---|
| Photocopying (in-house) | $ 422.20 | $ - | $ 422.20 |
| Postage & Delivery | $ 574.52 | $ - | $ 574.52 |
| Telephone | $ 16.15 | $ - | $ 16.15 |
| Travel | $ 449.86 | $ 17.00 ** | $ 432.86 |
| **Totals:** | **$ 1,462.73** | **$ 17.00** | **$ 1,445.73** |

\*\* Defendant's Objected to a total of $17.00 in travel costs, of which $17.00 was withdrawn by plaintiffs.

| | Claimed Costs | Defendant's Dispute | Undisputed Costs |
|---|---|---|---|
| **Total Monitoring Costs:** | **$ 9,891.68** | **$ 237.73** | **$ 9,653.95** |

### Matter: 489-5 (Monitoring Fees on Fees)

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Defendant's Dispute | Undisputed Costs |
|---|---|---|---|
| Photocopying (in-house @.20) | $ 132.60 | $ - | $ 132.60 |
| Photocopying (outside service) | $ 51.94 | $ - | $ 51.94 |
| Postage & Delivery | $ 27.59 | $ - | $ 27.59 |
| Telephone | $ 8.01 | $ - | $ 8.01 |
| **Total Fees Costs:** | **$ 220.14** | **$ -** | **$ 220.14** |

| | Claimed Costs | Defendant's Dispute | Undisputed Costs |
|---|---|---|---|
| **TOTAL UNDISPUTED COSTS** | **$ 10,111.82** | **$ 237.73** | **$ 9,874.09** |

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action.  My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104.  I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FIRST QUARTER OF 2004**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**
Lisa A. Tillman
Deputy Attorney General
1300 I Street, Suite 125
PO Box 944244-2550
Sacramento, CA 95814

Judi Lemos, Esq.
California Department of Corrections
Legal Affairs Division
1515 "S" Street, Suite 314 S
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 26th day of August, 2004, at San Francisco, California.

_____
PAMELA A. DERRICO

United States District Court
for the
Eastern District of California
August 31, 2004

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  August 31, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


       Michael W Bien                    AR/LKK
       Rosen Bien and Asaro
       155 Montgomery Street             CF/JFM
       Eighth Floor
       San Francisco, CA  94104

       Donald Specter
       Prison Law Office
       General Delivery
       San Quentin, CA  94964

       Jonathan Lloyd Wolff
       California Attorney General's Office
       455 Golden Gate Avenue
       Suite 11000
       San Francisco, CA  94102-7004

       Lisa Anne Tillman
       Attorney General's Office for the State of California
       PO Box 944255
       1300 I Street
       Suite 125
       Sacramento, CA  94244-2550

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk