

FILED

OCT - 5 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

      Defendants.              <u>ORDER</u>
_____/

        On September 2, 2004, the special master filed his final recommendation on the methodology to be used for defendants' unmet inpatient bed needs study. The special master recommends that defendants be directed to "conduct forthwith an assessment of any unmet need for DMH inpatient beds among seriously mentally disordered inmates in CDC pursuant to the proposed methodology." (Special Master's Final Recommendation, filed September 2, 2004, at 3.) On September 16, 2004, plaintiffs filed a document styled "Plaintiffs' Reservation of Objections to Unmet Needs Assessment Methodology." Plaintiffs interpose certain objections to the proposed methodology, but specifically represent that they are "<u>not</u> asking the Court to halt the assessment." (Plaintiffs' Reservation of Objections, filed September 16, 2004, at 1.)

        Good cause appearing, IT IS HEREBY ORDERED that:

/////

1607

1. The special master's September 2, 2004 recommendation is adopted in full;

2. Defendants shall forthwith conduct an assessment of any unmet need for Department of Mental Health inpatient beds among seriously mentally disordered inmates in the California Department of Corrections pursuant to the methodology approved by the special master and appended to his recommendation filed September 2, 2004;

3. Defendants shall complete said assessment by March 15, 2005; and

4. Defendants shall submit to the special master by March 31, 2005 their plan to meet any unmet need for inpatient care documented in the assessment.

DATED: October 4, 2004.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/inptbeds

United States District Court
for the
Eastern District of California
October 5, 2004

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 5, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
Michael W Bien                    AR/LKK
Rosen Bien and Asaro
155 Montgomery Street             CF/JFM
Eighth Floor
San Francisco, CA  94104

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA  94964

Jonathan Lloyd Wolff
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA  94102-7004

Lisa Anne Tillman
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA  94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903


Jack L. Wagner, Clerk

BY: _____
     Deputy Clerk