FILED

OCT 14 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                No. CIV S-90-0520 LKK JFM P

vs.

ARNOLD SCHWARZENEGGER,
et al.,

    Defendants.           ORDER
_____/

        Defendants have filed an application for an order shortening time for hearing on a motion to modify this court's July 9, 2004 order regarding licensure of intermediate care beds at California Medical Facility. Good cause appearing, the application for order shortening time will be granted and this matter will be set for hearing on October 28, 2004 at 10:00 a.m.

        After review of the application and consultation with the special master, the court finds it necessary to require the attendance of several individuals at the hearing. Accordingly, the attendance of three individuals employed by the California Department of Corrections will be directed by this order and the attendance of two other individuals will be secured by subpoenas pursuant to Fed. R. Civ. P. 45.

        In accordance with the above, IT IS HEREBY ORDERED that:

/////

1

1. Defendants' October 7, 2004 application for an order shortening time is granted;

2. Defendants' motion to modify this court's July 9, 2004 order is set for hearing on October 28, 2004 at 10:00 a.m. in Courtroom # 4;

3. Plaintiffs' opposition shall be filed and served on or before October 20, 2004;

4. Defendants' reply shall be filed and served on or before October 26, 2004;

5. Service of plaintiffs' opposition and defendants' reply shall be in accordance with the agreement of the parties set forth in defendants' application for order shortening time;

6. On or before October 22, 2004, the special master shall file and serve any information he has relevant to the issues tendered in defendants' motion;

7. The following individuals employed by defendant California Department of Corrections shall be present in court at the hearing: Renee Toirac, Timothy Fishback, M.D., Nadim Khoury, M.D.;

8. The Clerk of the Court shall issue subpoenas pursuant to Federal Rule of Civil Procedure 45 to the following individuals for their attendance in court at the October 28, 2004 hearing:

a. Paul Hendricks, Chief, State Facilities Unit, Department of Health Services, Licensing and Certification Program, MS 3000, P.O. Box 997413, Sacramento, CA 95899-7413; and

b. John Rodriguez, Deputy Director, Inpatient Study, California Department of Mental Health Long Term Care Services, 1600 9th Street, Sacramento, CA 95814; and

/////
/////
/////
/////

9. The Clerk of the Court shall forward the Rule 45 subpoenas to the United States Marshal together with a copy of this order; and

10. The United States Marshal shall serve said subpoenas in accordance with the provisions of Fed. R. Civ. P. 45(b).

DATED: October 14, 2004.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

```
                              nac
          United States District Court
                     for the
             Eastern District of California
                  October 14, 2004


            * * CERTIFICATE OF SERVICE * *


                              2:90-cv-00520


   Coleman

      v.

   Reagan


_____
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 14, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
     Michael W Bien                          AR/LKK
     Rosen Bien and Asaro
     155 Montgomery Street                   USM
     Eighth Floor
     San Francisco, CA   94104

     Donald Specter
     Prison Law Office
     General Delivery
     San Quentin, CA   94964

     Jonathan Lloyd Wolff
     California Attorney General's Office
     455 Golden Gate Avenue
     Suite 11000
     San Francisco, CA   94102-7004

     Lisa Anne Tillman
     Attorney General's Office for the State of California
     PO Box 944255
     1300 I Street
     Suite 125
     Sacramento, CA   94244-2550

     J Michael Keating Jr
     Office of the Special Master
```

285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903


                                                Jack L. Wagner, Clerk

                                                BY: _____
                                                        Deputy Clerk

Case 2:90-cv-00520-KJM-SCR   Document 1611   Filed 10/14/04   Page 5 of 5