

FILED

OCT 15 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

     vs.

ARNOLD SCHWARZENEGGER,
et al.,

        Defendants.               <u>ORDER</u>

        On December 11, 1995, this court entered an order referring this matter to a special master and directing that the special master's fees and expenses be borne by the defendants as part of the costs of this action. In the December 11, 1995 order, the court directed defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. By subsequent orders, the court has directed defendants to deposit additional interim payments totaling $14,500,000.00 with the Clerk of the Court. A significant amount of work remains to be done by the special master and additional funds are required to pay his fees and expenses.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

/////

/////

1

1. Within thirty days from the date of this order, defendants shall deposit with the Clerk of the Court a thirty-fourth interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: October 14, 2004.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/cole35

```
            United States District Court
                       for the
              Eastern District of California
                    October 15, 2004


              * * CERTIFICATE OF SERVICE * *


                                    2:90-cv-00520


    Coleman

         v.

    Reagan
```

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 15, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Michael W Bien                              AR/LKK
    Rosen Bien and Asaro
    155 Montgomery Street                       CFS
    Eighth Floor
    San Francisco, CA  94104

    Donald Specter
    Prison Law Office
    General Delivery
    San Quentin, CA  94964

    Jonathan Lloyd Wolff
    California Attorney General's Office
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA  94102-7004

    Lisa Anne Tillman
    Attorney General's Office for the State of California
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA  94244-2550

    J Michael Keating Jr
    Office of the Special Master
```

285 Terrace Avenue
Riverside, RI  02291

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903


                                    Jack L. Wagner, Clerk

                                    BY: _____
                                         Deputy Clerk