**FILED**

OCT 2 1 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,            No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

        Defendants.           <u>ORDER</u>
_____/

        The matter of payment of the special master has been referred to this court by the

district court.  The court has reviewed the bill for services provided by the special master in the

above-captioned case through the month of September 2004.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  The Clerk of the Court is directed to pay to

    J. Michael Keating, Jr.,
    <u>Coleman</u> Special Master
    2351 Sussex Lane
    Fernandina Beach, FL  32034

the amount of $207,800.48[1] in accordance with the attached statement; and

/////

---

    [1] This total is $500.00 less than the total claimed in the attached statement and reflects the professional courtesy discount deducted by Matthew A. Lopes, Jr., J.D. from the fees charged for services provided by Mr. Lopes, Mohamedu F. Jones, J.D., and Paul Nicoll, M.A.P.A. This discount is set forth in the billing  statement of Holland & Knight, LLP, dated October 12, 2004, a copy of which is attached to the special master's bill for services rendered through September 2004.

2.  A copy of this order shall be served on the financial department of this court.

DATED:  October 21, 2004.

UNITED STATES MAGISTRATE JUDGE

/cole04.sept

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,    :
    Plaintiffs,     :
            :
 v.          :  No. Civ. S-90-0520 LKK JFM P
            :
ARNOLD SCHWARZENEGGER et al., :
    Defendants    :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through September 30, 2004.

|  |  |  |
|---|---|---|
| J. Michael Keating, Jr., Master |  |  |
| Services | $ 25,201.50 |  |
| Disbursements | $  1,526.96 |  |
| Total amount due |  | $ 26,728.46 |
|  |  |  |
| Matthew A. Lopes, Jr., J.D. |  |  |
| Services | $  8,060.00 |  |
| Disbursements | $ 12,803.04 |  |
| Total amount due |  | $ 20,863.04 |
|  |  |  |
| Mohamedu F. Jones, J.D. |  |  |
| Services | $ 16,262.50 |  |
| Disbursements | -0- |  |
| Total amount due |  | $ 16,262.50 |
|  |  |  |
| Paul Nicoll, M.A.P.A. |  |  |
| Services | $ 19,700.50 |  |
| Disbursements | $     -0- |  |
| Total amount due |  | $ 19,700.50 |
|  |  |  |
| Kerry C. Hughes, M.D. |  |  |
| Services | $ 10,012.50 |  |
| Disbursements | 2,488.60 |  |
| Total amount due |  | $ 12,501.10 |

Dennis F. Koson, M.D.
    Services                      $ 24,987.50
    Disbursements          $  3,526.72

        Total amount due                   $ 28,514.22


Jeffrey Metzner, M.D.
    Services                      $ 13,543.50
    Disbursements          $  3,082.96

        Total amount due                   $ 16,626.46


Raymond F. Patterson
    Services                      $ 15,381.25
    Disbursements             4,741.80

        Total amount due                   $ 20,123.05


Melissa G. Warren, Ph.D.
    Services                      $ 10,621.25
    Disbursements          $  2,185.15

        Total amount due                   $ 12,806.40


Norma D'Apolito, J.D.
    Services                      $  7,761.00
    Disbursements               -0-

        Total amount due                   $  7,761.00


Virginia L. Morrison, J.D.
    Services                      $ 13,243.75
    Disbursements             1,132.28

        Total amount due                   $ 14,376.03


Patricia M. Williams, J.D.
    Services                      $  9,675.00
    Disbursements             2,362.72

        Total amount due                   $  12,037.72

TOTAL AMOUNT TO BE REIMBURSED

$ 208,300.48

207,800.48

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

3.

United States District Court
for the
Eastern District of California
October 21, 2004


* * CERTIFICATE OF SERVICE * *


2:90-cv-00520


Coleman

   v.

Reagan

_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  October 21, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


     Michael W Bien                     CF/JFM
     Rosen Bien and Asaro
     155 Montgomery Street           Financial
     Eighth Floor
     San Francisco, CA  94104

     Donald Specter
     Prison Law Office
     General Delivery
     San Quentin, CA  94964

     Jonathan Lloyd Wolff
     California Attorney General's Office
     455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004

     Lisa Anne Tillman
     Attorney General's Office's
     PO Box 944255
     1300 I Street, Suite 125
     Sacramento, CA  94244-2550

```
J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903
```

Jack L. Wagner, Clerk

BY: _____
            Deputy Clerk