

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,        No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        ORDER
_____/

    Defendants' motion for modification of court order came on for hearing on shortened time before the undersigned on October 28, 2004. The court heard testimony from four witnesses.

    After hearing, and good cause appearing, the court finds it appropriate to defer ruling on defendants' motion pending consideration by the special master of the issues raised therein. Between now and the time set for oral argument, see infra, plaintiffs, and appropriate officials with the California Department of Corrections, the Department of Health Services, and the Department of Mental Health, shall participate in discussions with the special master in an effort to limit, narrow, or resolve the issues presented by defendants' motion.

/////

////

1   This matter is set for oral argument on Friday, November 19, 2004, at 1:30 p.m. All
2   orders of this court remain in full force and effect.
3       IT IS SO ORDERED.
4       DATED: October 28, 2004.

LAWRENCE K. KARLTON
Senior Judge
United States District Court

/coleman.modify.hrg

```
                      United States District Court
                                 for the
                      Eastern District of California
                              October 29, 2004


                        * * CERTIFICATE OF SERVICE * *

                                               2:90-cv-00520

     Coleman

         v.

     Reagan


     _____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  October 29, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


         Michael W Bien                       AR/LKK
         Rosen Bien and Asaro
         155 Montgomery Street                CF/JFM
         Eighth Floor
         San Francisco, CA   94104

         Donald Specter
         Prison Law Office
         General Delivery
         San Quentin, CA   94964

         Jonathan Lloyd Wolff
         California Attorney General's Office
         455 Golden Gate Avenue
         Suite 11000
         San Francisco, CA   94102-7004

         Lisa Anne Tillman
         Attorney General's Office for the State of California
         PO Box 944255
         1300 I Street
         Suite 125
         Sacramento, CA   94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk