

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.                ORDER

_____/

        The parties have requested a thirty day continuance of the hearing presently set for November 19, 2004. The special master concurs with the request.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that the hearing set for November 19, 2004 before the undersigned is continued to December 14, 2004 at 1:30 p.m. in Courtroom # 4.

DATED: November 16, 2004.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/novhrg

1628

```
                     United States District Court
                               for the
                     Eastern District of California
                           November 17, 2004


                    * * CERTIFICATE OF SERVICE * *


                                            2:90-cv-00520


    Coleman

        v.

    Schwarzenegger

    _____


I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  November 17, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Michael W Bien                      AR/LKK
        Rosen Bien and Asaro
        155 Montgomery Street               CF/JFM
        Eighth Floor
        San Francisco, CA   94104

        Donald Specter
        Prison Law Office
        General Delivery
        San Quentin, CA   94964

        Jonathan Lloyd Wolff
        California Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-7004

        Lisa Anne Tillman
        Attorney General's Office for the State of California
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI   02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA   95814

Matthew A Lopes Jr
121 South Main St
Providence, RI   02903

                                                Jack L. Wagner, Clerk

BY: _____
                            Deputy Clerk