**FILED**

NOV 1 8 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

       Defendants.             <u>ORDER</u>

_____/

       The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of September 2004.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
<u>Coleman</u> Special Master
2351 Sussex Lane
Fernandina Beach, FL 32034

the amount of $215,302.15 in accordance with the attached statement; and

       2. A copy of this order shall be served on the financial department of this court.

DATED: November 17, 2004.

                                                          _____
                                                          UNITED STATES MAGISTRATE JUDGE

/cole04.oct

1629

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.                         No. Civ. S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER et al.,
    Defendants

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through October 31, 2004.

    J. Michael Keating, Jr., Master
        Services                    $ 23,239.50
        Disbursements           $  3,803.09

        Total amount due                                  $ 27,042.59

    Matthew A. Lopes, Jr., J.D.
        Services                    $ 14.615.00
        Disbursements           $  5,995.89

        Total amount due                                  $ 20,610.89

    Mohamedu F. Jones, J.D.
        Services                    $ 25,777.50
        Disbursements                -0-

        Total amount due                                  $ 25,777.50

    Paul Nicoll, M.A.P.A.
        Services                    $ 18,982.50
        Disbursements           $      -0-

        Total amount due                                  $ 18,982.50

Kerry C. Hughes, M.D.
    Services                                                   $ 17,062.50
    Disbursements                                 4,521.52

    Total amount due                                                      $ 21,584.02

Dennis F. Koson, M.D.
    Services                                                   $ 19,275.00
    Disbursements                                   $ 2,098.57

    Total amount due                                                      $ 21,373.57

Jeffrey Metzner, M.D.
    Services                                                   $ 21,569.50
    Disbursements                                   $ 3,645.05

    Total amount due                                                      $ 25,214.55

Raymond F. Patterson
    Services                                                   $ 21,088.25
    Disbursements                                    5,057.97

    Total amount due                                                      $ 26,146.22

Melissa G. Warren, Ph.D.
    Services                                                   $ 4,892.50
    Disbursements                                   $ 529.35

    Total amount due                                                      $ 5,421.85

Virginia L. Morrison, J.D.
    Services                                                   $ 12,103.00
    Disbursements                                      -0-

    Total amount due                                                      $ 12,103.00

|  |  |  |
|---|---|---|
| Patricia M. Williams, J.D. |  |  |
| Services | $ 8,426.00 |  |
| Disbursements | 2,619.46 |  |
| Total amount due |  | $ 11,045.46 |

**TOTAL AMOUNT TO BE REIMBURSED**  **$ 215,302.15**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

3.

```
                United States District Court
                          for the
                 Eastern District of California
                      November 18, 2004


              * * CERTIFICATE OF SERVICE * *

                                       2:90-cv-00520

    Coleman

       v.

    Schwarzenegger
_____

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  November 18, 2004, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office, or, pursuant to prior
authorization by counsel, via facsimile.


        Michael W Bien                          CF/JFM
        Rosen Bien and Asaro
        155 Montgomery Street                   Financial
        Eighth Floor
        San Francisco, CA   94104

        Donald Specter
        Prison Law Office
        General Delivery
        San Quentin, CA   94964

        Jonathan Lloyd Wolff
        California Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-7004

        Lisa Anne Tillman
        Attorney General's Office for the State of California
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

                                        Jack L. Wagner, Clerk

                                   BY:  _____
                                        Deputy Clerk