

FILED
DEC 13 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER

/

The special master has requested that the hearing presently set for December 14, 2004 be continued for one month. Good cause appearing, IT IS HEREBY ORDERED that:

1. The special master's request is granted; and

2. The hearing set for December 14, 2004 is continued to January 14, 2005 at 10:00 a.m. in Courtroom # 4.

DATED: December 10, 2004.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/cole0520.114

```
                United States District Court
                          for the
                Eastern District of California
                      December 13, 2004

              * * CERTIFICATE OF SERVICE * *

                                      2:90-cv-00520
```

Coleman

    v.

Schwarzenegger

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 13, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
        Michael W Bien                      AR/LKK
        Rosen Bien and Asaro
        155 Montgomery Street               CF/JFM
        Eighth Floor
        San Francisco, CA   94104

        Donald Specter
        Prison Law Office
        General Delivery
        San Quentin, CA   94964

        Jonathan Lloyd Wolff
        California Attorney General's Office
        455 Golden Gate Avenue
        Suite 11000
        San Francisco, CA   94102-7004

        Lisa Anne Tillman
        Attorney General's Office for the State of California
        PO Box 944255
        1300 I Street
        Suite 125
        Sacramento, CA   94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

                                  Jack L. Wagner, Clerk

                                  BY: _____
                                          Deputy Clerk