**FILED**

DEC 17 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,              No. CIV S-90-0520 LKK JFM P

     vs.

ARNOLD SCHWARZENEGGER,
et al.,

      Defendants.           ORDER
_____/

        The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of November 2004.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
<u>Coleman</u> Special Master
2351 Sussex Lane
Fernandina Beach, FL  32034

the amount of $192,742.38 in accordance with the attached statement; and

        2. A copy of this order shall be served on the financial department of this court.

DATED: December 17, 2004.

                                                  UNITED STATES MAGISTRATE JUDGE

/cole04.nov

1631

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER et al.,
    Defendants

No. Civ. S-90-0520 LKK JFM P

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through November 30, 2004.

J. Michael Keating, Jr., Master
    Services                      $ 21,493.50
    Disbursements           $  2,382.51

    Total amount due                                $ 23,876.01

Matthew A. Lopes, Jr., J.D.
    Services                      $ 13,995.00
    Disbursements           $ 11,893.75

    Total amount due                                $ 25,888.75

Mohamedu F. Jones, J.D.
    Services                      $ 25,482.50
    Disbursements                  -0-

    Total amount due                                $ 25,482.50

Paul Nicoll, M.A.P.A.
    Services                      $ 14,415.00
    Disbursements           $       -0-

    Total amount due                                $ 14,415.00

Kerry C. Hughes, M.D.
    Services                                                               $ 19,475.00
    Disbursements                                           5,052.09

    Total amount due                                                                                  $ 24,527.09

Dennis F. Koson, M.D.
    Services                                                               $ 9,212.50
    Disbursements                                                  $ 1,690.04

    Total amount due                                                                                   $ 10,902.54

Jeffrey Metzner, M.D.
    Services                                                               $ 17,900.00
    Disbursements                                                  $ 3,073.96

    Total amount due                                                                                   $ 20,973.96

Raymond F. Patterson
    Services                                                               $ 13,987.50
    Disbursements                                                   2,115.96

    Total amount due                                                                                    $ 16,103.46

Melissa G. Warren, Ph.D.
    Services                                                               $ 5,930.00
    Disbursements                                                 $ 1,266.78

    Total amount due                                                                                    $ 7,196.78

Virginia L. Morrison, J.D.
    Services                                                               $ 5,967.00
    Disbursements                                                     -0-

    Total amount due                                                                                    $ 5,967.00

| | | |
|---|---|---|
| Patricia M. Williams, J.D. | | |
| Services | $ 14,991.00 | |
| Disbursements | 2,418.29 | |
| Total amount due | | $ 17,409.29 |

 

**TOTAL AMOUNT TO BE REIMBURSED**  **$ 192,742.38**

Receipts for justification of reported expenditures are available upon request.


Respectfully submitted,

*/s/ J. Michael Keating, Jr.*

J. Michael Keating, Jr.
Special Master

```
                    United States District Court
                              for the
                      Eastern District of California
                          December 17, 2004

                    * * CERTIFICATE OF SERVICE * *

                                             2:90-cv-00520

    Coleman

        v.

    Schwarzenegger
```

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 17, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Michael W Bien                          CF/JFM
    Rosen Bien and Asaro
    155 Montgomery Street                   Financial Dept
    Eighth Floor
    San Francisco, CA   94104

    Donald Specter
    Prison Law Office
    General Delivery
    San Quentin, CA   94964

    Jonathan Lloyd Wolff
    California Attorney General's Office
    455 Golden Gate Avenue
    Suite 11000
    San Francisco, CA   94102-7004

    Lisa Anne Tillman
    Attorney General's Office for the State of California
    PO Box 944255
    1300 I Street
    Suite 125
    Sacramento, CA   94244-2550
```

J Michael Keating Jr
Office of the Special Master
2351 Sussex Lane
Fernandina Beach, FL 32034

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
       Deputy Clerk