```
 1 │ PRISON LAW OFFICE
   │ DONALD SPECTER (State Bar # 83925)
 2 │ STEVE FAMA (State Bar # 99641)
   │ General Delivery
 3 │ San Quentin, California 94964
   │ Telephone (415) 457-9144
 4 │
   │ BINGHAM McCUTCHEN
 5 │ WARREN GEORGE (State Bar # 53588)
   │ Three Embarcadero Center
 6 │ San Francisco, California 94111-4066
   │ Telephone (415) 393-2000
 7 │
   │ ROSEN, BIEN & ASARO, LLP
 8 │ MICHAEL W. BIEN (State Bar # 096891)
   │ SANFORD JAY ROSEN (State Bar # 062566)
 9 │ THOMAS NOLAN (State Bar # 169692)
   │ ERNEST GALVAN (State Bar # 196065)
10 │ 155 Montgomery Street, 8th Floor San Francisco, California  94104
   │ Telephone (415) 433-6830
11 │
   │ HELLER, EHRMAN, WHITE & McAULIFFE
12 │ RICHARD L. GOFF (State Bar # 36377)
   │ 701 Fifth Avenue
13 │ Seattle, Washington 98104
   │ Telephone (206) 447-0900
14 │
   │ Attorneys for Plaintiffs
15 │
16 │           IN THE UNITED STATES DISTRICT COURT
17 │            EASTERN DISTRICT OF CALIFORNIA
18 │
   │ RALPH COLEMAN,              )  Case No. Civ. S 90-0520 LKK-JFM
19 │                             )
   │     Plaintiff,              )  STIPULATION AND [PROPOSED]
20 │                             )  ORDER CONFIRMING UNDISPUTED
   │ vs.                         )  ATTORNEYS' FEES AND COSTS FOR
21 │                             )  THE SECOND QUARTER OF 2004
   │ ARNOLD SCHWARZENEGGER, et al.,)
22 │                             )
   │     Defendants              )
23 │ _____)
24 │
25 │
26 │
27 │
28 │
489\5\pleading\
```

FILED
DEC 2 1 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
DEC 1 6 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  On March 19, 1996, the District Court established procedures by which plaintiffs ar
2  to collect periodic attorneys' fees and costs in this case in connection with their work
3  monitoring defendants' compliance with the Court's Orders and collecting fees.

4  Pursuant to these procedures, the parties have met and conferred concerning fees an
5  costs incurred by plaintiffs' attorneys during the Second Quarter of 2004.

6  As a result of the meet and confer session, the parties are able to agree to the
7  payment of $273,507.56 in fees and costs incurred during the Second Quarter of 2004.
8  Attached hereto as Exhibit A are charts setting forth the fees and expenses now due and
9  owing on the Second Quarter of 2004.

10 An additional 27.8 hours of time worth $4,541.00 remains in dispute between the
11 parties.

12 WHEREFORE, IT IS CONFIRMED that $273,507.56 is due and collectable as of 45 day
13 from the date of entry of this order. Daily interest runs from September 7, 2004 at the rate of
14 2.13%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruin |
|---|---|---|---|
| $273,507.56 | 2.13% | $15.96 | September 7, 2004 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: /2-20-04

_____
John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

_____   DATED: /2-14-04
Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

_____   DATED: 12-14-04
Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

H:\489\5\Pleading\

-1-  STIPULATION AND [PROPOSED] ORDER
CONFIRMING UNDISPUTED ATTORNEYS' FEES ANI
COSTS FOR THE SECOND QUARTER OF 2004

## Coleman v. Schwarzenegger
### Second Quarterly Statement of 2004
### April 1, 2004 through June 30, 2004

### SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| MONITORING | $ 244,158.70 | $ 11,416.70 |
| MONITORING FEES ON FEES | $ 17,739.85 | $ 192.31 |
| **TOTALS:** | **$ 261,898.55** | **$ 11,609.01** |

**TOTAL CLAIMED FEES AND COSTS**             **$ 273,507.56**

Total Undisputed Summary                                                                          11/29/2004

# Coleman v. Schwarzenegger
## Summary Of Undisputed Fees - Second Quarterly Statement, 2004
### April 1, 2004 through June 30, 2004

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 131.70 | 9.90 | 0.20 | 1.10 | 0.20 | 0.00 | 8.40 | 122.10 | $ 169.50 | $ 20,695.95 |
| Jane E. Kahn (JEK) | 321.75 | 20.20 | 6.30 | 0.60 | 0.30 | 0.00 | 13.00 | 308.00 | $ 169.50 | $ 52,206.00 |
| Thomas Nolan (TN) | 192.70 | 10.80 | 8.90 | 0.10 | 1.60 | 0.00 | 0.20 | 191.60 | $ 169.50 | $ 32,476.20 |
| Ernest Galvan (EG) | 3.40 | 2.30 | 2.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3.40 | $ 169.50 | $ 576.30 |
| Holly Baldwin (HMB) | 0.30 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 16.95 |
| Amy Whelan (AEW) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Pamela Derrico (PD) | 2.80 | 2.30 | 2.10 | 0.20 | 0.00 | 0.00 | 0.00 | 2.60 | $ 160.00 | $ 416.00 |
| James Dye (JID) | 17.10 | 1.50 | 0.30 | 0.00 | 1.20 | 0.00 | 0.00 | 16.50 | $ 160.00 | $ 2,640.00 |
| April Frederick (ALF) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $ 160.00 | $ 48.00 |
| Shira J. Gans (SJG) | 136.30 | 24.00 | 14.10 | 7.90 | 1.40 | 0.00 | 0.60 | 127.10 | $ 160.00 | $ 20,336.00 |
| Paloma K. Wu (PKW) | 47.10 | 34.70 | 10.35 | 7.25 | 16.00 | 0.00 | 1.10 | 30.75 | $ 140.00 | $ 4,305.00 |
| Jacqueline Hollar (JH) | 14.40 | 13.40 | 0.00 | 12.20 | 1.20 | 0.00 | 0.00 | 1.60 | $ 140.00 | $ 224.00 |
| Carrie DeGraff (CJD) | 1.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.30 | $ 140.00 | $ 182.00 |
| Alison B. Cambier (ABC) | 291.30 | 133.80 | 78.50 | 27.40 | 27.90 | 0.00 | 0.00 | 249.95 | $ 140.00 | $ 34,893.00 |
| Daniel M. Markman (DMM) | 320.20 | 63.20 | 25.10 | 21.50 | 12.10 | 0.00 | 4.50 | 288.15 | $ 140.00 | $ 40,341.00 |
| Paralegal Clerk (PC) | 37.40 | 37.10 | 33.20 | 3.90 | 0.00 | 0.00 | 0.00 | 33.50 | $ 95.00 | $ 3,182.50 |
| **RBA Totals:** | **1518.05** | **353.40** | **181.35** | **82.35** | **61.90** | **0.00** | **27.80** | **1376.95** | | **$ 212,638.90** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | $ 169.50 | $ 508.50 |
| Steven Fama (SF) | 21.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.50 | $ 169.50 | $ 3,644.25 |
| Keith Wattley (KW) | 112.30 | 1.20 | 0.40 | 0.00 | 0.80 | 0.00 | 0.00 | 111.90 | $ 169.50 | $ 18,967.05 |
| Kasey Corbit (KC) | 2.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.20 | $ 140.00 | $ 308.00 |
| Thomas Master (TM) | 62.10 | 21.00 | 12.40 | 0.00 | 8.60 | 0.00 | 0.00 | 57.80 | $ 140.00 | $ 8,092.00 |
| **PLO Totals:** | **201.10** | **22.20** | **12.80** | **0.00** | **9.40** | **0.00** | **0.00** | **196.40** | | **$ 31,519.80** |
| **Total Monitoring - All Offices** | **1719.15** | **375.60** | **194.15** | **82.35** | **71.30** | **0.00** | **27.80** | **1573.35** | | **$244,158.70** |

# Coleman v. Schwarzenegger

## Summary Of Undisputed Fees - Second Quarterly Statement, 2004
### April 1, 2004 through June 30, 2004

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Fees Work 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Mic... Bien (MWB) | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | $ 169.50 | $ 67.80 |
| Tho... olan (TN) | 15.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.90 | $ 169.50 | $ 2,695.05 |
| Pamela Derrico (PD) | 65.60 | 2.80 | 0.00 | 1.30 | 1.50 | 0.00 | 0.00 | 63.55 | $ 160.00 | $ 10,168.00 |
| Shirad J. Gans (SJG) | 1.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.40 | $ 160.00 | $ 224.00 |
| Alissa B. Cambier (ABC) | 35.10 | 27.80 | 19.40 | 3.10 | 5.30 | 0.00 | 0.00 | 29.35 | $ 140.00 | $ 4,109.00 |
| **RBA Totals:** | **118.40** | **30.60** | **19.40** | **4.40** | **6.80** | **0.00** | **0.00** | **110.60** | | **$ 17,263.85** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 3.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.40 | $ 140.00 | $ 476.00 |
| **PLO Totals:** | **3.40** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3.40** | | **$ 476.00** |
| **Total Fees - All Offices** | **121.80** | **30.60** | **19.40** | **4.40** | **6.80** | **0.00** | **0.00** | **114.00** | | **$ 17,739.85** |

**Coleman v. Schwarzenegger**

Summary Of Undisputed Costs - Second Quarterly Statement, 2004
April 1, 2004 through June 30, 2004

*Matter: 489-3 (Monitoring)*

| ROSEN, BIEN & ASARO | Claimed Costs | Undisputed Costs | |
|---|---:|---:|---|
| Photocopying (in-house @.20) | $ 3,486.40 | $ 3,486.40 | |
| Photocopying (outside service) | $ 1,317.20 | $ 1,317.20 | |
| Postage & Delivery | $ 1,413.23 | $ 1,413.23 | |
| Telephone | $ 155.84 | $ 155.84 | |
| Expert Fees | $ - | $ - | |
| Telefax | $ 374.00 | $ 374.00 | |
| Travel | $ 2,953.26 | $ 2,837.29 | * |
| **RBA Totals:** | **$ 9,699.93** | **$ 9,583.96** | |

* Defendant's Objected to a total of $115.97 in travel costs, of which $ 115.97 was withdrawn by plaintiffs.

**PRISON LAW OFFICE**

| | Claimed | Undisputed |
|---|---:|---:|
| Photocopying (in-house) | $ 436.20 | $ 436.20 |
| Postage & Delivery | $ 718.24 | $ 718.24 |
| Telefax | $ 72.00 | $ 72.00 |
| Telephone | $ 12.86 | $ 12.86 |
| Travel | $ 593.44 | $ 593.44 |
| **Totals:** | **$ 1,832.74** | **$ 1,832.74** |

| **Total Monitoring Costs:** | **$ 11,532.67** | **$ 11,416.70** |
|---|---:|---:|

*Matter: 489-5 (Monitoring Fees on Fees)*

**ROSEN, BIEN & ASARO**

| | Claimed | Undisputed |
|---|---:|---:|
| Photocopying (in-house @.20) | $ 85.60 | $ 85.60 |
| Photocopying (outside service) | $ 75.83 | $ 75.83 |
| Postage & Delivery | $ 20.35 | $ 20.35 |
| Telefax | $ 9.00 | $ 9.00 |
| Telephone | $ 1.53 | $ 1.53 |
| **Total Fees Costs:** | **$ 192.31** | **$ 192.31** |

| **TOTAL UNDISPUTED COSTS** | **$ 11,724.98** | **$ 11,609.01** |
|---|---:|---:|

# Coleman v. Wilson
## Summary Of Disputed Fees - 2nd Quarterly Statement, 2004
### April 1, 2004 through June 30, 2004

### Monitoring Work

| Attorney/Law Firm | Hours Remaining In Dispute After Meet and Confer | PLRA Rate | Fees Still Owed |
|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | |
| Michael W. Bien (MWB) | 8.40 | $ 169.50 | $ 1,423.80 |
| Jane E. Kahn (JEK) | 13.00 | $ 169.50 | $ 2,203.50 |
| Thomas Nolan (TN) | 0.20 | $ 169.50 | $ 33.90 |
| Ernest Galvan (EG) | 0.00 | $ 169.50 | $ - |
| Holly M. Baldwin (HMB) | 0.00 | $ 169.50 | $ - |
| Amy E. Whelan (AEW) | 0.00 | $ 169.50 | $ - |
| Pamela Derrico (PD) | 0.00 | $ 160.00 | $ - |
| James Dye (JID) | 0.00 | $ 160.00 | $ - |
| April Frederick (ALF) | 0.00 | $ 160.00 | $ - |
| Shira J. Gans (SJG) | 0.60 | $ 160.00 | $ 96.00 |
| Paloma K. Wu (PKW) | 1.10 | $ 140.00 | $ 154.00 |
| Jacqueline Hollar (JH) | 0.00 | $ 140.00 | $ - |
| Carrie DeGraff (CJD) | 0.00 | $ 140.00 | $ - |
| Alissa B. Cambier (ABC) | 0.00 | $ 140.00 | $ - |
| Daniel M. Markman (DMM) | 4.50 | $ 140.00 | $ 630.00 |
| Paralegal Clerk (PC) | 0.00 | $ 95.00 | $ - |
| **TOTAL ROSEN BIEN & ASARO** | **27.80** | | **$ 4,541.20** |

| Attorney/Law Firm | Hours Remaining In Dispute After Meet and Confer | Rate | Fees Still Owed |
|---|---|---|---|
| **PRISON LAW OFFICE** | | | |
| Donald Specter (DS) | 0.00 | $ 169.50 | $ - |
| Steven Fama (SF) | 0.00 | $ 169.50 | $ - |
| Keith Wattley (KW) | 0.00 | $ 169.50 | $ - |
| Kasey Corbit (KC) | 0.00 | $ 140.00 | $ - |
| Thomas Master (TM) | 0.00 | $ 140.00 | $ - |
| **TOTAL PRISON LAW OFFICE** | **0.00** | | **$ -** |
| | | | |
| Total Monitoring - All Offices | 27.80 | | $4,541.20 |

Disputed Summary                                                                  11/29/2004

## Coleman v. Wilson
**Summary Of Disputed Fees - 2nd Quarterly Statement, 2004**
**April 1, 2004 through June 30, 2004**

### Fees Work

| Attorney/Law Firm | Hours Remaining In Dispute After Meet and Confer | PLRA Rate | Fees Still Owed |
|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | |
| Michael W. Bien (MWB) | 0.00 | $ 169.50 | $    - |
| Thomas Nolan (TN) | 0.00 | $ 169.50 | $    - |
| Pamela Derrico (PD) | 0.00 | $ 160.00 | $    - |
| Shira J. Gans (SJG) | 0.00 | $ 160.00 | $    - |
| Alissa B. Cambier (ABC) | 0.00 | $ 140.00 | $    - |
| **TOTAL ROSEN BIEN & ASARO** | **0.00** | | $    - |
| | | | |
| **PRISON LAW OFFICE** | | | |
| Edie DeGraff (ED) | 0.00 | $ 140.00 | $    - |
| **TOTAL PRISON LAW OFFICE** | **0.00** | | $    - |
| | | | |
| **Total Fees - All Offices** | **0.00** | | $    - |

**Total Still Disputed:**         **$4,541.20**

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR SECOND QUARTER OF 2004**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**
Lisa A. Tillman
Deputy Attorney General
1300 I Street, Suite 125
PO Box 944244-2550
Sacramento, CA 95814

Judi Lemos, Esq.
California Department of Corrections
Legal Affairs Division
1515 "S" Street, Suite 314 S
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of December, 2004, at San Francisco, California.

_____
PAMELA A. DERRICO

```
                    United States District Court
                              for the
                    Eastern District of California
                          December 21, 2004


                    * * CERTIFICATE OF SERVICE * *


                                                 2:90-cv-00520

     Coleman

         v.

     Schwarzenegger


     _____


     I, the undersigned, hereby certify that I am an employee in the Office of
     the Clerk, U.S. District Court, Eastern District of California.

     That on  December 21, 2004, I SERVED a true and correct copy(ies) of
     the attached, by placing said copy(ies) in a postage paid envelope
     addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, by placing said copy(ies) into an inter-office
     delivery receptacle located in the Clerk's office, or, pursuant to prior
     authorization by counsel, via facsimile.


             Michael W Bien                           CF/JFM
             Rosen Bien and Asaro
             155 Montgomery Street
             Eighth Floor
             San Francisco, CA   94104

             Donald Specter
             Prison Law Office
             General Delivery
             San Quentin, CA   94964

             Jonathan Lloyd Wolff
             California Attorney General's Office
             Department of Justice
             455 Golden Gate Avenue
             Suite 11000
             San Francisco, CA   94102-7004

             Lisa Anne Tillman
             Attorney General's Office for the State of California
             PO Box 944255
             1300 I Street
             Suite 125
             Sacramento, CA   94244-2550
```

J Michael Keating Jr
Office of the Special Master
285 Terrace Avenue
Riverside, RI  02915

Edmund F Brennan
United States Attorney
501 I Street
Suite 10-100
Sacramento, CA  95814

Matthew A Lopes Jr
121 South Main St
Providence, RI  02903

Jack L. Wagner, Clerk

BY: _____
Deputy Clerk