PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

No.: Civ S 90-0520 LKK-JFM

**NOTICE OF ASSOCIATION OF COUNSEL**

1  TO DEFENDANTS AND ALL PARTIES OF RECORD, PLEASE TAKE NOTICE:

2  Counsel of record in the above-captioned case hereby associate Claudia Center and Lewis Bossing of the Legal Aid Society – Employment Law Center to represent the plaintiff class in this action. The address and phone and fax numbers of the Legal Aid Society – Employment Law Center are set forth below:

> THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
> 600 Harrison Street, Suite 120
> San Francisco, CA 94107
> Telephone: (415) 864-8848
> Facsimile: (415) 864-8199

Dated: January 3, 2005

ROSEN, BIEN & ASARO, LLP

By: /s/ Thomas Nolan
Thomas Nolan
Attorneys for Plaintiffs

The Employment Law Center hereby accepts the above association.

Dated: January 3, 2005

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

By: /s/ Claudia Center
Claudia Center
Attorneys for Plaintiffs