**FILED**
Jan. 14, 2005
Jack L. Wagner, Clerk of Court
United States District Court
Eastern District of California
A. Rivas
by Deputy Clerk

# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**BEFORE THE HON. LAWRENCE K. KARLTON, SENIOR JUDGE**   **DATE**: 01/14/2005

**CASE #:** Civ.S-90-0520 LKK   **DEP. CLERK:** A. Rivas   **REPORTER:** Cathy Bodene

**TITLE**: _Coleman_   vs.   **Schwarzenegger, et al**

**APPEARANCES:**

Michael Bien                           Lisa Tillman

Jane Kahn,                             Judi Lemos

Tom Nolan

**[✔] LAW & MOTION**

PLTF  DEFT  COURT

[ ]   [ ]   [✔]   1  Further Proceedings re Compliance with Court Order

[ ]   [ ]   [ ]   2

[ ]   [ ]   [ ]   3

1. MOTION WAS: [ ] GRANTED  [ ] DENIED  [ ] WITHDRAWN  [ ] ORDERED DROPPED
2. MOTION WAS: [ ] GRANTED  [ ] DENIED  [ ] WITHDRAWN  [ ] ORDERED DROPPED
3. MOTION WAS: [ ] GRANTED  [ ] DENIED  [ ] WITHDRAWN  [ ] ORDERED DROPPED

ORDER TO BE PREPARED BY:   [ ] PLAINTIFF   [ ] DEFENDANT   [ ] COURT

AFTER HEARING ORDERED: [ ] MOTION SUBMITTED   [ ] SUBMITTED AFTER FURTHER BRIEFING:

BRIEFS TO BE FILED BY:   OPENING BRIEF

OPPOSITION

RESPONSE

[ ] FURTHER/CONTINUED HEARING RE:

HEARING SET FOR:                      AT  10:00   a.m.

[ ] SUPPLEMENTAL STATUS REPORT TO BE FILED NO LATER THAN:

**[ ] STATUS CONFERENCE**

[ ] JURY  [ ] COURT TRIAL SET FOR:          at      a.m./p.m.; est. length:     days

PRETRIAL CONFERENCE SET FOR:              at      a.m./p.m.

SETTLEMENT CONFERENCE SET FOR:         before the Hon.

FINAL LAW AND MOTION DATE:                at      a.m./p.m.

DISCOVERY CUTOFF:            SIMULTANEOUS WITNESS EXCHANGE:

**[✔] OTHER MATTERS:**  The State's Motion to modify has been rendered Moot. The matter is referred to the Special Master.