1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003

10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  **RALPH COLEMAN, et al.,**                    CASE NO. CIV S-90-0520 LKK JFM P

16                              Plaintiffs,
                                                  **[PROPOSED] ORDER ON MOTION TO MODIFY LICENSURE OF INTERMEDIATE CARE FACILITY/DAY TREATMENT PROGRAM AT CALIFORNIA MEDICAL FACILITY, VACAVILLE**
17        v.

18  **ARNOLD SCHWARZENEGGER, et al.,**

19                              Defendants.

20

21

22       On October 28, 2004, defendants' motion for a modification of the licensure of the

23  Intermediate Care Facility and Day Treatment Program at California Medical Facility, Vacaville

24  (ICF/DTP at CMF, Vacaville), came on regularly for hearing before the Honorable Judge

25  Karlton. At the conclusion of the hearing, the court directed the parties to work with the special

26  master to develop a plan to resolve the issues raised in the hearing and scheduled a further

27  hearing on the matter for November 19, 2004. That scheduled hearing was subsequently

28  continued to December 15, 2004, and then continued to January 14, 2005.

Order on Defendants' Motion Re. ICF/DTP at CMF

1        On January 14, 2005, the special master and the parties reported that the defendants now planned to expand the capacities of both the ICF and the DTP at CMF, thereby rendering moot their earlier motion to reduce both programs.  The court provisionally approved the defendants' plan, subject to the special master's subsequent review and approval of the details of the proposed expansion.

Following the hearing, the special master met with the parties, who agreed to the following steps to finalize and implement the defendants' plan:

1. The defendants' proposed plan is approved and may be implemented forthwith, with the movement of inmate/patients into their respective program locations to begin by January 24, 2005.

2. To ensure the expeditious implementation of their proposed plan, the defendants shall obtain immediately the execution by relevant officials of the draft Memorandums of Authority between the Department of Mental Health and the California Department of Corrections for the interim operation of the ICF and the DTP at CMF.  Meanwhile, plaintiffs' counsel and the special master shall submit written comments on the draft MOUs to the defendants by January 19, 2005.  The defendants shall submit any proposed revisions to the MOUs to plaintiffs' counsel and the special master by January 31, 2005, for inclusion in a final version of the MOUs.  Should initial, actual operations of the expanded ICF/DTP at CMF indicate the need for any further modifications of the MOUs, the defendants shall submit proposed revisions to plaintiffs' counsel and the special master by April 29, 2005.

3. CDC and DMH shall prepare jointly and submit a written report to the special master on the status of implementation of the expanded ICF/DTP at CMF on January 31, 2005.  Thereafter, the defendants will submit a status report on the progress of implementation every two weeks until the expanded programs are fully implemented.  The status reports, at a minimum, will provide information on staffing and physical renovations, as well as each program's census and any waiting lists.

The special master and the parties respectfully request that these commitments be

1  incorporated in an order of the court.

2       IT IS SO ORDERED.

3       DATED:

                     HONORABLE LAWRENCE KARLTON

5       APPROVED AS TO FORM AND CONTENT:

6       DATED:

                     LISA A. TILLMAN, ESQ.
                     Deputy Attorney General
                     Office of the Attorney General
                     Attorneys for Defendants

9       DATED:

                     THOMAS NOLAN, ESQ.
                     Rosen, Bien & Asaro
                     Attorneys for Plaintiffs

1 | incorporated in an order of the court.

2 |     IT IS SO ORDERED.

3 |     DATED:

4 |                         HONORABLE LAWRENCE KARLTON

5 | APPROVED AS TO FORM AND CONTENT:

6 | 
7 | DATED: 1-20-05       /s/ Lisa Tillman
                              LISA A. TILLMAN, ESQ.
                              Deputy Attorney General

8 |                               Office of the Attorney General
                              Attorneys for Defendants

9 | DATED:

10 |                               THOMAS NOLAN, ESQ.
                              Rosen, Bien & Asaro

11 |                               Attorneys for Plaintiffs

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  incorporated in an order of the court.
2      IT IS SO ORDERED.
3      DATED:                           _____
                                         HONORABLE LAWRENCE KARLTON
4
5      APPROVED AS TO FORM AND CONTENT:
6      DATED: 1-20-05      _____
7                           LISA A. TILLMAN, ESQ.
                            Deputy Attorney General
                            Office of the Attorney General
8                           Attorneys for Defendants
9      DATED:              _____
10                          THOMAS NOLAN, ESQ.
                            Rosen, Bien & Asaro
11                          Attorneys for Plaintiffs

Order on Defendants' Motion Re. ICF/DTP at CMF

3

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **RALPH COLEMAN, et al. v. ARNOLD SCHWARZENEGGER, et al.**

Case No.:    **CIV S-90-0520 LKK JFM P** (U.S. District Court-Eastern District, California)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On  January 21, 2005 , I served the attached **[PROPOSED] ORDER ON MOTION TO MODIFY LICENSURE OF INTERMEDIATE CARE FACILITY/DAY TREATMENT PROGRAM AT CALIFORNIA MEDICAL FACILITY, VACAVILLE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

**CLAUDIA B. CENTER**
**LEGAL AID SOCIETY**
**EMPLOYMENT LAW CENTER**
**600 Harrison Street, Suite 120**
**San Francisco, CA 94107**

**KIMBERLY S. DAVENPORT**
**CALIFORNIA MEDICAL ASSOCIATION**
**221 Main Street**
**San Francisco, CA 94105**

**JOSEPH MICHAEL KEATING, JR.**
**OFFICE OF THE SPECIAL MASTER**
**2351 Sussex Lane**
**Fernandina Beach, FL 32034**

**MATTHEW A. LOPES, JR.**
**HOLLAND & KNIGHT**
**One Financial Plaza, Suite 1800**
**Providence, RI 02903**

**KENNETH RAY MORROW, C-53683**
**California State Prison, Corcoran**
**P. O. Box 3481**
**Corcoran, CA 93212-3481**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 21, 2005, at Sacramento, California.

|           M. McIntosh           |          [signature]          |
|:-------------------------------:|:-----------------------------:|
|            Declarant            |           Signature           |

10122725.wpd