BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>        v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**ORDER ON MOTION TO MODIFY LICENSURE OF INTERMEDIATE CARE FACILITY/DAY TREATMENT PROGRAM AT CALIFORNIA MEDICAL FACILITY, VACAVILLE** |

On October 28, 2004, defendants' motion for a modification of the licensure of the Intermediate Care Facility and Day Treatment Program at California Medical Facility, Vacaville (ICF/DTP at CMF, Vacaville), came on regularly for hearing before the Honorable Judge Karlton. At the conclusion of the hearing, the court directed the parties to work with the special master to develop a plan to resolve the issues raised in the hearing and scheduled a further hearing on the matter for November 19, 2004. That scheduled hearing was subsequently continued to December 15, 2004, and then continued to January 14, 2005.

On January 14, 2005, the special master and the parties reported that the defendants now planned to expand the capacities of both the ICF and the DTP at CMF, thereby rendering moot their earlier motion to reduce both programs. The court provisionally approved the defendants' plan, subject to the special master's subsequent review and approval of the details of the proposed expansion.

Following the hearing, the special master met with the parties, who agreed to the following steps to finalize and implement the defendants' plan:

1. The defendants' proposed plan is approved and may be implemented forthwith, with the movement of inmate/patients into their respective program locations to begin by January 24, 2005.

2. To ensure the expeditious implementation of their proposed plan, the defendants shall obtain immediately the execution by relevant officials of the draft Memorandums of Authority between the Department of Mental Health and the California Department of Corrections for the interim operation of the ICF and the DTP at CMF. Meanwhile, plaintiffs' counsel and the special master shall submit written comments on the draft MOUs to the defendants by January 19, 2005. The defendants shall submit any proposed revisions to the MOUs to plaintiffs' counsel and the special master by January 31, 2005, for inclusion in a final version of the MOUs. Should initial, actual operations of the expanded ICF/DTP at CMF indicate the need for any further modifications of the MOUs, the defendants shall submit proposed revisions to plaintiffs' counsel and the special master by April 29, 2005.

3. CDC and DMH shall prepare jointly and submit a written report to the special master on the status of implementation of the expanded ICF/DTP at CMF on January 31, 2005. Thereafter, the defendants will submit a status report on the progress of implementation every two weeks until the expanded programs are fully implemented. The status reports, at a minimum, will provide information on staffing and physical renovations, as well as each program's census and any waiting lists.

The special master and the parties respectfully request that these commitments be

1  incorporated in an order of the court.

2      IT IS SO ORDERED.

3      DATED: January 26, 2005.    /s/Lawrence K. Karlton  
                                                     HONORABLE LAWRENCE KARLTON

4

5      APPROVED AS TO FORM AND CONTENT:

6

7      DATED:                  /s/signature on original

                                           LISA A. TILLMAN, ESQ.  
                                           Deputy Attorney General  
                                           Office of the Attorney General  
                                           Attorneys for Defendants

    DATED:                  /s/signature on original  
                                           THOMAS NOLAN, ESQ.  
                                           Rosen, Bien & Asaro  
                                           Attorneys for Plaintiffs