1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. AQUISTO
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11                    IN THE UNITED STATES DISTRICT COURT
12                  FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15  **RALPH COLEMAN, et al.,**                    CASE NO. CIV S-90-0520 LKK
                                                   JFM P
16                                  Plaintiffs,
                                                   **DEFENDANTS'**
17        v.                                       **OBJECTIONS TO THE**
                                                   **DRAFT FOURTEENTH**
18  **ARNOLD SCHWARZENEGGER, et al.,**             **MONITORING REPORT OF**
                                                   **THE SPECIAL MASTER ON**
19                                 Defendants.     **THE DEFENDANTS'**
                                                   **COMPLIANCE WITH**
20                                                 **PROVISIONALLY**
                                                   **APPROVED PLANS,**
21                                                 **POLICIES AND PROTOCOLS**

22        Defendants respectfully submit the following objections to the Special Master's

23  December, 2004 draft Fourteenth Monitoring Report on Defendants' compliance provisionally

24  approved plans, policies and protocols.  The following objections refer to the text of the draft

25  report by page numbers.

26        **Objection to Draft Report Page 183**: Recommendation 2, line three on page 183

27  contains an incomplete statement.  The report uses the phrase is "endorsement by CDC

28  classification for transfer".  Defendants request the following language: "teletype authorizations

DEF. OBJECTIONS TO DRAFT 14ᵀᴴ REPORT

1  or endorsements for transfer by CDC Classification Staff Representatives."

2        By way of explanation, if a Classification Services Representative is unavailable at the

3  institution to do the on-site review and endorsement, then a teletype authorization is transmitted

4  from the Classification Services Unit at Headquarters to the sending and the receiving

5  institutions.  A complete case review and an endorsement is done when the case is presented at

6  the receiving institution.

7        Dated: January 31, 2005

8        Respectfully submitted,

9        BILL LOCKYER
      Attorney General of the State of California

10       ROBERT R. ANDERSON
      Chief Assistant Attorney General

11       FRANCES T. GRUNDER

12       Senior Assistant Attorney General

      STEPHEN P. ACQUISTO

13       Supervising Deputy Attorney General

14

15

16       LISA A. TILLMAN

      Deputy Attorney General

17       Attorneys for Defendants

18

19

20  10126251.wpd

21

22

23

24

25

26

27

28

DEF. OBJECTIONS TO DRAFT 14TH REPORT

## DECLARATION OF SERVICE BY EMAIL AND US MAIL

Case Name:   **RALPH COLEMAN, et al. v. ARNOLD SCHWARZENEGGER, et al.**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is Sacramento. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 31, 2005 at <u>5:14 PM</u>., I served the attached **DEFENDANTS' OBJECTIONS TO DRAFT 14TH ROUND REPORT** by transmitting a true copy by EMAIL. No error was reported by the machine used to email the document. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid, in the internal mail system of the Office of the Attorney General, addressed as follows:

Michael W. Bien, Esq.
Rosen, Bien & Asaro
155 Montgomery Street, 8th Floor
San Francisco, CA 94104
Attorney for Plaintiffs

J. Michael Keating, Jr.
Special Master
2351 Sussex Lane
Fernandina Beach, FL  32034

Matthew A. Lopes, Jr.
Holland & Knight
One Financial Plaza, Suite 1800
Providence, Rhode Island  02903

Donald Specter Esq.
Prison Law Office
GENERAL DELIVERY
SAN QUENTIN, CA 94964-0001
Attorney for Plaintiffs

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 31, 2005, at Sacramento, California.

| | |
|---|---|
| Lisa A. Tillman | _(signature)_ |
| Declarant | Signature |

<u>**AMENDED DECLARATION OF SERVICE BY EMAIL AND U.S. MAIL**</u>

Case Name:    **RALPH COLEMAN, et al. v. GRAY DAVIS, et al.**

Case No.:      **CIV S-90-0520 LKK JFM P (U.S. District Court-Eastern District, California)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 1, 2005 at <u>2:14 PM</u>., I served the attached **DEFENDANTS' OBJECTIONS TO DRAFT 14TH ROUND REPORT** by transmitting a true copy by e-mail. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid, in the internal mail system of the Office of the Attorney General, addressed as follows:

**MR. MICHAEL W. BIEN**
**ROSEN, BIEN & ASARO**
**155 Montgomery Street, 8th Floor**
**San Francisco, CA  94104**
**mbien@rbalaw.com**
*ATTORNEY FOR PLAINTIFFS*

**MR. DONALD SPECTER**
**PRISON LAW OFFICE**
**2173 East Francisco Boulevard, Suite M**
**San Quentin, CA  94964-0001**
**dspecter@prisonlaw.com**
*ATTORNEY FOR PLAINTIFFS*

**J. MICHAEL KEATING, JR.**
**SPECIAL MASTER**
**2351 Sussex Drive**
**Fernandina Beach, FL  32034**
**jmichaelkeatingjr@msn.com**

**MATTHEW A. LOPES, JR.**
**HOLLAND & KNIGHT**
**One Financial Plaza, Suite 1800**
**Providence, RI  02903**
**matthew.lopes@hklaw.com**

**CLAUDIA B. CENTER**
**LEGAL AID SOCIETY**
**EMPLOYMENT LAW CENTER**
**600 Harrison Street, Suite 120**
**San Francisco, CA  94107**
*U.S. Mail Only*

**KIMBERLY S. DAVENPORT**
**CALIFORNIA MEDICAL ASSOCIATION**
**221 Main Street**
**San Francisco, CA  94105**
*U.S. Mail Only*

**KENNETH RAY MORROW, C-53683**
**California State Prison, Corcoran**
**P. O. Box 3481**
**Corcoran, CA  93212-3481**
*U.S. Mail Only*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 1, 2005, at Sacramento, California.

| M. McIntosh | /s/ M. McIntosh |
|---|---|
| Declarant | Signature |

10126553.wpd