BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
48149280-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **AMENDED PROOF OF SERVICE BY EMAIL AND U.S. MAIL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Dated: February 1, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General

/s/ Lisa Tillman

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

**AMENDED DECLARATION OF SERVICE BY EMAIL AND U.S. MAIL**

Case Name:   **RALPH COLEMAN, et al. v. GRAY DAVIS, et al.**

Case No.:   **CIV S-90-0520 LKK JFM P (U.S. District Court-Eastern District, California)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 1, 2005 at 2:14 PM., I served the attached **DEFENDANTS' OBJECTIONS TO DRAFT 14TH ROUND REPORT** by transmitting a true copy by e-mail. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid, in the internal mail system of the Office of the Attorney General, addressed as follows:

**MR. MICHAEL W. BIEN**
**ROSEN, BIEN & ASARO**
**155 Montgomery Street, 8th Floor**
**San Francisco, CA  94104**
mbien@rbalaw.com
*ATTORNEY FOR PLAINTIFFS*

**MR. DONALD SPECTER**
**PRISON LAW OFFICE**
**2173 East Francisco Boulevard, Suite M**
**San Quentin, CA  94964-0001**
dspecter@prisonlaw.com
*ATTORNEY FOR PLAINTIFFS*

**J. MICHAEL KEATING, JR.**
**SPECIAL MASTER**
**2351 Sussex Drive**
**Fernandina Beach, FL  32034**
jmichaelkeatingjr@msn.com

**MATTHEW A. LOPES, JR.**
**HOLLAND & KNIGHT**
**One Financial Plaza, Suite 1800**
**Providence, RI  02903**
matthew.lopes@hklaw.com

**CLAUDIA B. CENTER**
**LEGAL AID SOCIETY**
**EMPLOYMENT LAW CENTER**
**600 Harrison Street, Suite 120**
**San Francisco, CA  94107**
*U.S. Mail Only*

**KIMBERLY S. DAVENPORT**
**CALIFORNIA MEDICAL ASSOCIATION**
**221 Main Street**
**San Francisco, CA  94105**
*U.S. Mail Only*

**KENNETH RAY MORROW, C-53683**
**California State Prison, Corcoran**
**P. O. Box 3481**
**Corcoran, CA  93212-3481**
*U.S. Mail Only*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 1, 2005, at Sacramento, California.

|  M. McIntosh  |  /s/ M. McIntosh  |
|---|---|
| Declarant | Signature |

10126553.wpd