PRISON LAW OFFICE
DONALD SPECTER (State Bar # 83925)
STEVE FAMA (State Bar # 99641)
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

BINGHAM McCUTCHEN
WARREN GEORGE (State Bar # 53588)
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN (State Bar # 096891)
SANFORD JAY ROSEN (State Bar # 062566)
THOMAS NOLAN (State Bar # 169692)
ERNEST GALVAN (State Bar # 196065)
155 Montgomery Street, 8th Floor San Francisco, California  94104
Telephone (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF (State Bar # 36377)
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, <br><br> Plaintiff, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | Case No. Civ. S 90-0520 LKK-JFM <br><br> **STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE  THIRD QUARTER OF 2004** |

489\5\pleading\

1    On March 19, 1996, the District Court established procedures by which plaintiffs are

2  to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, the parties have met and conferred concerning fees and

5  costs incurred by plaintiffs' attorneys during the Third Quarter of 2004.

6    As a result of the meet and confer session, the parties are able to agree to the

7  payment of $301,547.59 in fees and costs incurred during the Third Quarter of 2004.

8  Attached hereto as Exhibit A are charts setting forth the fees and expenses now due and

9  owing on the Third Quarter of 2004.

10    An additional 49.70 hours of time worth $7,536.05 remains in dispute between the

11  parties.

12    WHEREFORE, IT IS CONFIRMED that $301,547.59 is due and collectable as of 45 days

13  from the date of entry of this order.  Daily interest runs from December 23, 2004 at the rate of

14  2.70%.

15    **Amount**          **Interest Rate**          **Daily Interest**          **Interest Began Accruing**

16    $301,547.59          2.70%                    $22.31                    December 23, 2004

17  (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

18

19  IT IS SO ORDERED.

20  Dated:
                                    _____
21                                   John F. Moulds, Magistrate Judge
                                    United States District Court
22  APPROVED AS TO FORM:

23  _____           DATED:  _1-31-05_____

24  Lisa Tillman, Esq.
    Deputy Attorney General
25  Attorney for Defendants

26  _____           DATED:  2-1-05_____

27  Thomas Nolan, Esq.
    Rosen, Bien & Asaro
28  Attorneys for Plaintiffs

-1-    STIPULATION AND [PROPOSED] ORDER
CONFIRMING UNDISPUTED ATTORNEYS' FEES AND
COSTS FOR THE THIRD QUARTER OF 2004

## Coleman v. Schwarzenegger
**Third Quarterly Statement of 2004**
**July 1, 2004 through September 30, 2004**

### SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED | |
|---|---|---|
|  | **FEES** | **COSTS** |
| **MONITORING** | $ 278,415.40 | $ 11,116.08 |
| **MONITORING FEES ON FEES** | $ 11,813.75 | $ 202.36 |
| **TOTALS:** | $ 290,229.15 | $ 11,318.44 |

**TOTAL CLAIMED FEES AND COSTS**          $ 301,547.59

Total Undisputed Summary                              1/21/2005

## Coleman v. Schwarzenegger

### Summary Of Undisputed Fees - Third Quarterly Statement, 2004
### July 1, 2004 through September 30, 2004

**Monitoring Work**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Sanford J. Rosen (SJR) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Michael W. Bien (MWB) | 139.10 | 18.70 | 3.10 | 0.40 | 0.00 | 0.00 | 14.70 | 123.75 | $ 169.50 | $ 20,975.63 |
| Jane Kahn (JEK) | 248.50 | 19.80 | 2.00 | 0.70 | 0.70 | 0.00 | 16.40 | 231.05 | $ 169.50 | $ 39,162.98 |
| Thomas Nolan (TN) | 291.50 | 15.30 | 4.20 | 0.60 | 0.00 | 0.00 | 10.50 | 280.40 | $ 169.50 | $ 47,527.80 |
| Ernest Galvan (EG) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Holly Baldwin (HMB) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Amy Whelan (AEW) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| Pamela Derrico (PD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - |
| James Dye (JID) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 160.00 | $ - |
| Paloma K. Wu (PKW) | 265.90 | 55.80 | 24.20 | 14.80 | 13.70 | 0.00 | 3.10 | 241.15 | $ 160.00 | $ 33,761.00 |
| Kim Le (KTL) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| Carrie DeGraff (CJD) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| Alissa B. Cambier (ABC) | 325.60 | 19.50 | 6.80 | 8.30 | 2.30 | 0.00 | 2.10 | 314.05 | $ 140.00 | $ 43,967.00 |
| Daniel M. Markman (DMM) | 334.30 | 18.10 | 8.20 | 4.10 | 3.20 | 0.00 | 2.60 | 326.00 | $ 140.00 | $ 45,640.00 |
| **RBA Totals:** | 1604.90 | 147.20 | 48.50 | 28.90 | 20.40 | 0.00 | 49.40 | 1516.40 | | $ 231,034.40 |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 5.30 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 5.00 | $ 169.50 | $ 847.50 |
| Steven Fama (SF) | 14.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.80 | $ 169.50 | $ 2,508.60 |
| Keith Wattley (KW) | 86.00 | 8.50 | 8.50 | 0.00 | 0.00 | 0.00 | 0.00 | 86.00 | $ 169.50 | $ 14,577.00 |
| Sara Norman (SN) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 |
| Della Burke (DB) | 128.90 | 13.40 | 0.00 | 13.20 | 0.20 | 0.00 | 0.00 | 115.60 | $ 140.00 | $ 16,184.00 |
| Thomas Master ( TM ) | 94.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94.20 | $ 140.00 | $ 13,188.00 |
| Edie DeGraff (ED) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $ 140.00 | $ 42.00 |
| **PLO Totals:** | 329.70 | 22.20 | 8.50 | 13.20 | 0.20 | 0.00 | 0.30 | 316.10 | | $ 47,381.00 |
| **Total Monitoring - All Offices** | 1934.60 | 169.40 | 57.00 | 42.10 | 20.60 | 0.00 | 49.70 | 1832.50 | | $278,415.40 |

**Coleman v. Schwarzenegger**

**Summary Of Undisputed Fees - Third Quarterly Statement, 2004**
**July 1, 2004 through September 30, 2004**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Fees Work — Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Thomas Nolan (TN) | 18.50 | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 18.50 | $ 169.50 | $ 3,135.75 |
| Pamela Derrico (PD) | 39.30 | 1.50 | 0.40 | 0.70 | 0.40 | 0.00 | 0.00 | 38.40 | $ 160.00 | $ 6,144.00 |
| Kim Lee (KTL) | 14.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.60 | $ 140.00 | $ 2,044.00 |
| Daniel. Markman (DMM) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| Paloma K. Wu (PKW) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| Alissa B. Cambier (ABC) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 140.00 | $ - |
| **RBA Totals:** | **72.40** | **1.90** | **0.80** | **0.70** | **0.40** | **0.00** | **0.00** | **71.50** | | **$ 11,323.75** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | $ 140.00 | $ 490.00 |
| **PLO Totals:** | **3.50** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3.50** | | **$ 490.00** |
| **Total Fees - All Offices** | **75.90** | **1.90** | **0.80** | **0.70** | **0.40** | **0.00** | **0.00** | **75.00** | | **$ 11,813.75** |

Coleman v. Schwarzenegger

**Summary Of Undisputed Costs - Third Quarterly Statement, 2004**
**July 1, 2004 through September 30, 2004**

## Matter: 489-3 (Monitoring)

**ROSEN, BIEN & ASARO**

| | | Claimed Costs | | Plaintiffs Withdraw | | Undisputed Costs |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ | 5,113.21 | $ | - | $ | 5,113.21 |
| Photocopying (outside service) | $ | 405.72 | $ | - | $ | 405.72 |
| Postage & Delivery | $ | 1,312.78 | $ | - | $ | 1,312.78 |
| Telephone | $ | 141.19 | $ | - | $ | 141.19 |
| Westlaw | $ | 464.22 | $ | - | $ | 464.22 |
| Telefax | $ | 746.00 | $ | - | $ | 746.00 |
| Sexual Abuse Literature | $ | 72.53 | $ | 72.53 | $ | - |
| Travel | $ | 1,700.09 | $ | 684.31 | $ | 1,015.78 |
| **RBA Totals:** | $ | **9,955.74** | $ | **756.84** | $ | **9,198.90** |

**PRISON LAW OFFICE**

| | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ | 829.00 | $ | - | $ | 829.00 |
| Postage & Delivery | $ | 904.99 | $ | - | $ | 904.99 |
| Program for Coleman Data | $ | 21.44 | $ | 21.44 | $ | - |
| Telefax | $ | 100.00 | $ | - | $ | 100.00 |
| Telephone | $ | 18.79 | $ | - | $ | 18.79 |
| Travel | $ | 73.99 | $ | 9.59 | $ | 64.40 |
| **Totals:** | $ | **1,948.21** | $ | **31.03** | $ | **1,917.18** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total Monitoring Costs:** | $ | **11,903.95** | $ | **787.87** | $ | **11,116.08** |

## Matter: 489-5 (Monitoring Fees on Fees)

**ROSEN, BIEN & ASARO**

| | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ | 62.60 | $ | - | $ | 62.60 |
| Photocopying (outside service) | $ | 73.61 | $ | - | $ | 73.61 |
| Postage & Delivery | $ | 16.12 | $ | - | $ | 16.12 |
| Telefax | $ | 39.00 | $ | - | $ | 39.00 |
| Telephone | $ | 11.03 | $ | - | $ | 11.03 |
| **Total Fees Costs:** | $ | **202.36** | $ | **-** | $ | **202.36** |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL UNDISPUTED COSTS** | $ | **12,106.31** | $ | **787.87** | $ | **11,318.44** |