1 | BILL LOCKYER
Attorney General of the State of California
2 | ROBERT R. ANDERSON
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone:  (916) 327-7872
8 | Fax:  (916) 324-5205

9 | Attorneys for Defendants
48149280-CF1997CS0003
10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | SACRAMENTO DIVISION

14

15 | RALPH COLEMAN, et al.,                     NO. CIV S-90-0520 LKK JFM P

16 |                                Plaintiffs,   **NOTICE OF CHANGE IN**
                                                 **DESIGNATION OF COUNSEL**
17 |           v.                                **FOR SERVICE**

18 | ARNOLD SCHWARZENEGGER, et al.,

19 |                                Defendants.

20

21 |           TO:  CLERK OF THE COURT AND PLAINTIFFS' ATTORNEYS OF RECORD:

22 |           PLEASE TAKE NOTICE that representation of the respondents in the above-entitled

23 | action has been reassigned to Lisa A. Tillman, Deputy Attorney General, at the following

24 | address:

25 |           Correctional Law Section
           Office of the Attorney General
26 |           1300 "I" Street, Room 125
           P. O. Box 944255
27 |           Sacramento, CA  94244-2550
           lisa.tillman@doj.ca.gov
28 | / / /

*NOTICE OF CHANGE IN DESIGNATION*
*OF COUNSEL FOR SERVICE*
1

1    Respondents respectfully request that this Court and all parties serve all future

2  documents on Ms. Tillman at the above address.  All other Deputy Attorneys General from the

3  Attorney General's Office should be deleted from the service list.

4    Dated:  February 2, 2005

5                                            Respectfully submitted,

6                                            BILL LOCKYER
                                             Attorney General of the State of California
7
                                             ROBERT R. ANDERSON
8                                            Chief Assistant Attorney General

9                                            FRANCES T. GRUNDER
                                             Senior Assistant Attorney General
10
                                             STEPHEN P. ACQUISTO
                                             Supervising Deputy Attorney General
11

12

13                                           LISA A. TILLMAN
                                             Deputy Attorney General
14
                                             Attorneys for Respondent
15

16

17

18

19

20

21

22

23

24

25

26

27
     48149280-CF1997CS0003
28   10126970.wpd

NOTICE OF CHANGE IN DESIGNATION
OF COUNSEL FOR SERVICE

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **RALPH COLEMAN, et al. v. GRAY DAVIS, et al.**

Case No.:      **CIV S-90-0520 LKK JFM P (U.S. District Court-Eastern District, California)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made.  I am 18 years of age and older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On  February 2, 2005  , I served the attached **NOTICE OF CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California  94244-2550, addressed as follows:

**CLAUDIA B. CENTER**
**LEGAL AID SOCIETY**
**EMPLOYMENT LAW CENTER**
**600 Harrison Street, Suite 120**
**San Francisco, CA  94107**

**KIMBERLY S. DAVENPORT**
**CALIFORNIA MEDICAL ASSOCIATION**
**221 Main Street**
**San Francisco, CA  94105**

**JOSEPH MICHAEL KEATING, JR.**
**OFFICE OF THE SPECIAL MASTER**
**2351 Sussex Drive**
**Fernandina Beach, FL  32034**

**MATTHEW A. LOPES, JR.**
**HOLLAND & KNIGHT**
**One Financial Plaza, Suite 1800**
**Providence, RI  02903**

**KENNETH RAY MORROW, C-53683**
**California State Prison, Corcoran**
**P. O. Box 3481**
**Corcoran, CA  93212-3481**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 2, 2005, at Sacramento, California.

| M. McIntosh | /s/ M. McIntosh |
|---|---|
| Declarant | Signature |

10127030.wpd