1   PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
2   STEVE FAMA (State Bar # 99641)
    General Delivery
3   San Quentin, California 94964
    Telephone (415) 457-9144
4
    BINGHAM McCUTCHEN
5   WARREN GEORGE (State Bar # 53588)
    Three Embarcadero Center
6   San Francisco, California 94111-4066
    Telephone (415) 393-2000
7
    ROSEN, BIEN & ASARO, LLP
8   MICHAEL W. BIEN (State Bar # 096891)
    SANFORD JAY ROSEN (State Bar # 062566)
9   THOMAS NOLAN (State Bar # 169692)
    ERNEST GALVAN (State Bar # 196065)
10  155 Montgomery Street, 8th Floor San Francisco, California  94104
    Telephone (415) 433-6830
11
    HELLER, EHRMAN, WHITE & McAULIFFE
12  RICHARD L. GOFF (State Bar # 36377)
    701 Fifth Avenue
13  Seattle, Washington 98104
    Telephone (206) 447-0900
14
    Attorneys for Plaintiffs
15

16              IN THE UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18
    RALPH COLEMAN,                    )  Case No. Civ. S 90-0520 LKK-JFM
19                                    )
            Plaintiff,                )  **STIPULATION AND ORDER**
20                                    )  **CONFIRMING UNDISPUTED**
    vs.                               )  **ATTORNEYS' FEES AND COSTS FOR**
21                                    )  **THE  THIRD QUARTER OF 2004**
    ARNOLD SCHWARZENEGGER, et al.,)
22                                    )
                                      )
23          Defendants               )
                                      )
24  _____  )

25

26

27

28

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the Third Quarter of 2004.

As a result of the meet and confer session, the parties are able to agree to the payment of $301,547.59 in fees and costs incurred during the Third Quarter of 2004. Attached hereto as Exhibit A are charts setting forth the fees and expenses now due and owing on the Third Quarter of 2004.

An additional 49.70 hours of time worth $7,536.05 remains in dispute between the parties.

WHEREFORE, IT IS CONFIRMED that $301,547.59 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from December 23, 2004 at the rate of 2.70%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|------------|-------------------|--------------------|-----------------------------|
| $301,547.59 | 2.70% | $22.31 | December 23, 2004 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)


IT IS SO ORDERED.
Dated:  February 22, 2005.


_John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

1  APPROVED AS TO FORM:

2

_____/s/_____          DATED: ____1/31/05_____

3

Lisa Tillman, Esq.
4  Deputy Attorney General
Attorney for Defendants

5

6

7

8  _____/s/_____          DATED: ____2/1/05_____

9  Thomas Nolan, Esq.
Rosen, Bien & Asaro
10  Attorneys for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28