IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,              No. CIV S-90-0520 LKK JFM P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.       ORDER
_____/

      On February 7, 2005, the special master filed a request for increased compensation. The special master seeks an increase in his compensation from $200.00 per hour to $260.00 per hour, an increase in compensation for the deputy special master and all experts from $200.00 to $250.00 per hour, an increase in compensation for all monitors from $130.00 ro $200.00 per hour, and an increase in compensation for all travel time from $75.00 to 90.00 per hour. Neither party has filed any objection to the special master's request.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. The special master's February 7, 2005 request for increased compensation is granted;

/////

/////

1

2. Effective March 15, 2005, the special master shall be compensated at a rate of $260.00 per hour for worked performed in this action, except that he shall be compensated at a rate of $90.00 per hour for travel time;

3. Effective March 15, 2005, the deputy special master and all experts shall be compensated at a rate of $250.00 per hour for work performed in this action, except that they shall be compensated at a rate of $90.00 per hour for travel time; and

4. Effective March 15, 2005, all monitors shall be compensated at a rate of $200.00 per hour for work performed in this action, except that they shall be compensated at a rate of $90.00 per hour for travel time.

DATED: March 4, 2005.

/comp.inc2

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2