IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                 No. CIV S-90-0520 LKK JFM P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.             ORDER

           /

          On February 11, 2005, the special master filed a fourteenth monitoring report. The report contains several recommendations for specific action by defendants. Neither party has filed objections to the report or its recommendations. Good cause appearing, the special master's recommendations will be the order of the court.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Within thirty days from the date of this order defendants shall submit to the special master a plan for the provision of a meaningful schedule of differential pay, known in the California Department of Corrections (CDC) as R&R, for psychiatrists in High Desert State Prison, Salinas Valley State Prison, and Valley State Prison for Women, and for psychiatrists, case managers, recreational therapists and psych techs in California State Prison/Corcoran. Said plan shall include a differential pay scale for clinical supervisors, as well as staff clinicians. Said

1

plan shall also anticipate and address the potentially adverse impact of an enhanced R&R schedule in the above-listed facilities on adjacent institutions, including Correctional Training Facility, Central California Women's Facility, and California Substance Abuse Treatment Facility, as well as competition for mental health personnel inevitably associated with the Department of Mental Health's (DMH) opening of its Coalinga facility in 2005 and CDC's opening of its Delano II institution. The plan shall include a timeline that permits the inclusion of the enhanced pay scales in the Governor's rewritten FY 2005-2006 budget proposal in May 2005.

2. Within thirty days thereafter, the special master shall report to the court on the adequacy of the plan described in paragraph 1, supra.

3. Within thirty days from the date of this order defendants shall submit to the special master a breakdown of headquarters staffing for mental health within the Health Care Services Division in Sacramento (HCSD), identifying all staff, whether full or part-time, including institutional clinicians detailed temporarily to headquarters and retired annuitants and their principal areas of responsibility.

4. Within sixty days from the date of this order, defendants shall develop and implement a department-wide monthly summary of referrals and transfers to all DMH programs for each institution. The institutional summaries shall record and track the fact and dates of referral to each specific DMH program; acceptance or rejection (with reasons) by DMH: the status and outcome of any appeal; the issuance of a bed number by the DMH program; teletype authorizations or endorsements for transfer by CDC classification staff representative; and the actual transfer. The institutional summaries shall include all pending transfers, as well as all transfers actually referred, rejected or completed during the preceding month. Each institution shall submit to the HCSD its monthly summary within fifteen days of the end of the month, and CDC shall submit to the special master a copy of each institutional summary within thirty days of the end of the month.

5.  Within sixty days from the date of this order, defendants shall contract for the promised "cultural assessment" of California State Prison/Corcoran (CSP/Corcoran). The study shall be completed within ninety days after it is initiated.

6.  Defendants shall forthwith complete and file with the special master its final fact-finding report on allegations of staff misconduct at CSP/Corcoran and a final version of said institution's Use of Force Handbook.

7.  Within thirty days from the end of each month, defendants shall provide to the special master a copy of incident reports at CSP/Corcoran involving the use of force against Mental Health Services Delivery System (MHSDS) caseload inmates, as well as a copy of said institution's Institution Head Use of Force Review Form with a notation on the disposition for each incident reviewed during the preceding month.

8.  Defendants shall include in the FY 2005-2006 budget a request for sufficient clinical staff at CSP/Corcoran to provide the mental health services required in the revised program guides for MHSDS caseload inmates in the administrative segregation unit and the SHU at said institution.

9.  Within thirty days, defendants shall take all steps necessary to ensure that adequate staffing and programming space is provided in the hub units at CSP/Corcoran, San Quentin, and R.J.Donovan for the Enhanced Outpatient population housed in each facility.

10. Defendants shall report in writing on their progress in meeting the requirements of paragraph 9 of this order to the special master every two weeks until such time as the services required by outstanding orders of this court are provided in each unit on a regular basis. These reports shall include the daily population of the units, as well as data on clinical and custody staffing the scheduled structured therapeutic activities offered each inmate in the unit

/////

/////

/////

1  during the preceding two weeks, with reasons for the cancellation of any scheduled activities, and
2  any deficiencies in the availability of programming space.
3  DATED: March 7, 2005.

          /s/Lawrence K. Karlton
          LAWRENCE K. KARLTON
          SENIOR JUDGE
          UNITED STATES DISTRICT COURT

/fourteenth.mr