*J. Michael Keating, Jr.*
**Office of the Special Master**
<u>Coleman v. Schwarzenegger</u>

2351 Sussex Drive
Fernandina Beach, FL 32034
(904) 491-7157
Fax: (904) 491-7158
E-mail: jmichaelkeatingjr@msn.com

April 28, 2005

Clerk's Office
United States District Court
  for the Eastern District of California
501 I Street
Sacramento, CA  95814

          RE:    <u>Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.
                  No. Civ. S-90-0520 LKK JFM P</u>

Dear Sir/Madam:

Please find attached for electronic filing the <u>Special Master's Report on Suicides Completed in the California Department of Corrections in Calendar Year 2003</u>.

In addition to this electronic filing, I am sending two conventional hard copies by Federal Express to Haven Gracey, Staff Assistant to Magistrate Judge Moulds, for Judge Karlton and Magistrate Judge Moulds.  .

If you have any questions about this filing or its distribution, please call.  Thank you for your courtesy.

Sincerely yours,

/s/ J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master

Enclosure

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RALPH COLEMAN, et al.**

    **Plaintiffs,**

      **vs.**               **No. CIV S-90-0520 LKK JFM P**

**ARNOLD SCHWARZENEGGER, et al.,**

    **Defendants.**

### SPECIAL MASTER'S REPORT ON SUICIDES COMPLETED IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS IN CALENDAR YEAR 2003

      Attached is the fifth annual report covering suicides completed in calendar year 2003 prepared by Dr. Raymond F. Patterson, M.D., one of the special master's psychiatric experts in the above-captioned case. The number of suicides in CDC in 2003 rose to 36 from the 22 recorded in 2002. The report provides in Appendix B extended case reviews of all of the suicide deaths that occurred in 2003. The main report contains an analysis and summary of the case reviews, together with tables aggregating data on various aspects of the annual toll, as well as some general observations on the defendants' overall suicide prevention efforts and some recommendations that flow from the analysis.

                Respectfully submitted

                /s/ J. Michael Keating, Jr.

                _____

                J. Michael Keating, Jr.
                Special Master

April 28, 2004

## DECLARATION OF SERVICE BY EMAIL AND U.S. MAIL

Case Name: Ralph Coleman, et al. v. Arnold Schwarzenegger, et al., U.S.D.C. Eastern District No. CIV S-90-0520 LKK JFM P

I am employed in the County of Nassau, Florida. I am over the age of 18 years and not a party to the within entitled cause: my business address is 2351 Sussex Drive, Fernandina Beach, FL 32034.

On April 28, 2005, I served the attached

**SPECIAL MASTER'S REPORT ON SUICIDES COMPLETED IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS IN CALENDAR YEAR 2003**

in said cause by transmitting a true copy by EMAIL. No error was reported by the machine used to email the document. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid in the U.S. Mail at Fernandina Beach, FL, addressed as follows:

Donald Specter, Esquire
Prison Law Office
2173 East Francisco Blvd.
Suite M
San Rafael, CA 94901

Michael Bien, Esquire
Rosen, Bien & Asaro
155 Montgomery St., 8th Fl.
San Francisco, CA  94104

Kathleen Keeshen, Esq.
Deputy Director, Legal Affairs
California Dept. of Corrections
1515 S Street
P.O. Box 942883
Sacramento, CA  94283-0001

Lisa A. Tillman, Esq.
Deputy Attorney General
1300 I Street, Room 125
P.O. Box 944255
Sacramento, CA 94244-2500

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct, and that this declaration was executed at Fernandina Beach, Florida on April 28, 2005.

             /s/ J. Michael Keating, Jr.
             _____