**ATTACHMENT**

(a) for a further protective order relating to any confidential material or discovery in this action;

(b) for an order removing the confidential material designation from any document;

(c) for an order compelling modifications of the Order or for any order permitting disclosure of confidential material beyond the terms of the Order.

17. The provisions of the Order shall remain in full force and effect until this Court orders otherwise.

IT IS SO STIPULATED.

Dated: 4-29-05

_____
LISA A. TILLMAN, ESQ.
Deputy Attorney General
Attorney for Defendants

Dated:

_____
MICHAEL BIEN, ESQ.
THOMAS NOLAN, ESQ.
Rosen, Bien & Asaro
Attorney for Plaintiffs

Dated:

_____
STEVE FAMA, ESQ.
Prison Law Office
Attorney for Plaintiffs

**ORDER**

The above stipulation is hereby the order of this Court.

Dated:

_____
HON. LAWRENCE K. KARLTON
United States District Court Judge

DRAFT Stipulation re. Staff Investigations

5

1  (a) for a further protective order relating to any confidential material or discovery in
2  this action;
3  (b) for an order removing the confidential material designation from any document;
4  (c) for an order compelling modifications of the Order or for any order permitting disclosure
5  of confidential material beyond the terms of the Order.
6  17.    The provisions of the Order shall remain in full force and effect until this Court orders
7  otherwise.

IT IS SO STIPULATED.

Dated:

LISA A. TILLMAN, ESQ.
Deputy Attorney General
Attorney for Defendants

Dated:

*[signature: Thomas Nolan]*

MICHAEL BIEN, ESQ.
THOMAS NOLAN, ESQ.
Rosen, Bien & Asaro
Attorney for Plaintiffs

Dated:

STEVE FAMA, ESQ.
Prison Law Office
Attorney for Plaintiffs

**ORDER**

The above stipulation is hereby the order of this Court.

Dated:

HON. LAWRENCE K. KARLTON
United States District Court Judge

DRAFT Stipulation re. Staff Investigations

5

1      (a) for a further protective order relating to any confidential material or discovery in
2  this action;
3      (b) for an order removing the confidential material designation from any document;
4      (c) for an order compelling modifications of the Order or for any order permitting disclosure
5  of confidential material beyond the terms of the Order.
6  17.    The provisions of the Order shall remain in full force and effect until this Court orders
7  otherwise.
8      IT IS SO STIPULATED.
9  Dated:

LISA A. TILLMAN, ESQ.
Deputy Attorney General
Attorney for Defendants

Dated:

MICHAEL BIEN, ESQ.
THOMAS NOLAN, ESQ.
Rosen, Bien & Asaro
Attorney for Plaintiffs

Dated: 4/29/05

STEVE FAMA, ESQ.
Prison Law Office
Attorney for Plaintiffs

**ORDER**

The above stipulation is hereby the order of this Court.

Dated:

HON. LAWRENCE K. KARLTON
United States District Court Judge

DRAFT Stipulation re. Staff Investigations

5