### *J. Michael Keating, Jr.*
**Office of the Special Master**
*Coleman v. Schwarzenegger*

2351 Sussex Drive
Fernandina Beach, FL 32034
(904) 491-7157
Fax: (904) 491-7158
E-mail: jmichaelkeatingjr@msn.com

May 3, 2005

Clerk's Office
United States District Court
 for the Eastern District of California
501 I Street
Sacramento, CA 95814

       RE:    **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.
               No. Civ. S-90-0520 LKK JFM P**

Dear Sir/Madam:

Please find attached for electronic filing the Special Master's Report on Defendants' Schedule of Differential Pay for Mental Health Clinicians in Specific California Department of Corrections Institutions.

If you have any questions about this filing, please call. Thank you for your courtesy.

Sincerely yours,

/s/ J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master

Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.

    Plaintiffs,

    vs.                    No. CIV S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

## SPECIAL MASTER'S REPORT ON DEFENDANTS' SCHEDULE OF DIFFERENTIAL PAY FOR MENTAL HEALTH CLINICIANS IN SPECIFIC CALIFORNIA DEPARTMENT OF CORRECTIONS INSTITUTIONS

On March 7, 2005, the court ordered the defendants to submit to the special master within 30 days a plan for the provision of a meaningful schedule of differential pay, known in the California Department of Corrections (CDC) as R&R, for psychiatrists in High Desert State Prison (HDSP), Salinas Valley State Prison (SVSP) and Valley State Prison for Women (VSPW), and for psychiatrists, case managers, recreational therapists and psych techs in California State Prison, Corcoran (CSP/Corcoran). The plan was to include a differential pay scale for clinical supervisors, as well as staff clinicians. It was also to anticipate and address the potentially adverse impact of an enhanced R&R schedule on facilities adjacent to the four named institutions, specifically, Correctional Training Facility (CTF), Central California Women's Facility (CCWF) and California Substance Abuse Treatment Facility (CSATF). Likewise, the plan was to consider the impact of any proposed differential scale on the recruitment of mental health staff by the Department of Mental Health (DMH) for its new facility in Coalinga and on CDC's recruitment for its new institution, Delano II. Lastly the plan

was to include a timeline that permitted the R&R enhancements to be included in the May revision of the Governor's FY 2005-2006 budget proposal.

This order came as the result of long-standing staffing vacancies among psychiatrists in HDSP, SVSP and VSPW and most categories of mental health staff in CSP/Corcoran, to which the special master's 14th compliance report attributed the continuing inability of these institutions to implement effectively the plans, policies and protocols provisionally approved by the court in 1997 to remedy constitutionally inadequate mental health services. The order also directed the special master to report to the court on the adequacy of the plan within 30 days of its submission. This report responds to that requirement.

The defendants' timely response to the order consisted of two documents, including a matrix displaying base salaries, current monthly R&R rates, newly proposed <u>annual</u> additional R&R payments and resulting total monthly salary figures for various categories of mental health staff members and an implementation action plan providing a relatively bare timing framework, which gave a target goal of July 1, 2005 for implement of the newly proposed R&R differential rates. The target date was accompanied by a trilogy of traditional pending caveats, including "approval of funding, labor relations negotiations, and passage of Governor's Budget." These documents are provided together in Exhibit A under a cover letter from the Assistant Secretary for Human Resources of the Youth and Adult Correctional Agency.

The proposed increases in R&R payments would provide staff psychiatrists in CSP/Corcoran, HDSP, SVSP and VSPW an additional $800.00 a month, amounting to $9,600 annually. That would bring their annual salaries to $170,172,

exclusive of benefits, an increase in their annual base salary of 5.9 percent. To avoid competitive dislocation in the recruitment of psychiatrists in adjacent institutions, the same increase was extended to staff psychiatric salaries in California Conservation Camp (CCC), which is adjacent to HDSP and has one half-time staff psychiatrist position, CCWF, CSATF, CTF, the new Delano II, which is about to open, and North Kern State Prison (NKSP), which is adjacent to Delano II. The provided documents indicate that this level of compensation is the same as that to be paid to staff psychiatrists in the new DMH facility in Coalinga, scheduled to open in September 2005.

Whether this increase is sufficiently meaningful to lure psychiatrists to CSP/Corcoran, HDSP, SVSP and VSPW is difficult to assess, and perhaps only time will tell. The proposed increase is $450.00 a month short of the R&R rate paid currently to staff psychiatrists in Pelican Bay State Prison. According to a <u>Report on Salaries for Occupations Comparable to Selected State Civil Service Classifications</u>, prepared by the Policy Development Office of the California Department of Personnel Administration (DPA) in April 2005, the proposed R&R enhancements will raise the salaries of affected staff psychiatrists in CDC considerably above the minimum salaries paid to staff psychiatrists in the seven California counties polled for the study and higher than the maximum salaries in all but one county. Fresno County alone reported paying a higher monthly maximum salary of $17,777.00. The proposed R&R rate would pay affected CDC psychiatrists $3,736.00 a month, or 35.7 percent, more than staff psychiatrists who work for the federal government are paid. Much more limited data in the same study suggested that CDC psychiatrists, even after the increases in R&R rates proposed here, may still receive some 25 percent less than their counterparts in the private sector.

3

The R&R enhancements proposed for case managers, i.e., clinical psychologists and psychiatric social workers, are smaller. Psychologists working at CSP/Corcoran will be offered $100.00 a month more than they presently earn, representing a raise of 1.6 percent; psych social workers will be offered $225 more that they currently make monthly, an increase of 4.7 percent. The increases will bring the annual salaries of clinical psychologists to $75,648.00 and psych social workers to $59,568.00. In early April, CDC reported the vacancy rate among clinical psychologists at CSP/Corcoran to be 61.54 percent, with 16 of 26 allocated positions vacant. It seems unlikely that an extra $100.00 a month will dramatically reverse that vacancy rate.

The DPA report cited above indicates that the R&R enhancement proposed for clinical psychologists at CSP/Corcoran will increase slightly their already not inconsiderable salary advantage over the minimum salaries paid to staff psychiatrists in all but one of the California counties polled for DPA's comparative analysis. Only Los Angeles County reported paying a somewhat higher (seven percent) minimum salary than will be offered to CSP/Corcoran psychologists. The minimum salary paid by the University of California to its psychologists is reportedly $3,997.00 a month and the reported minimum monthly salary of a psychologist working for the federal government is $6,038.00, compared to the minimum monthly salary of $6,304.00 proposed for CSP/Corcoran psychologists,. Several counties and the federal government reportedly paid their psychologists higher maximum monthly salaries than the proposed enhanced CDC rates, with the maximum in Los Angeles County running as high as $8,397.00 a month. The DPA study also indicated that the average monthly salary for a clinical psychologist in the private sector is $6,880.00.

The comparative salary data is somewhat difficult to interpret and use. It tends to focus on base salaries; often excludes information on important benefits, such as health care and pensions; and typical describes entry level compensation without considering the timing and size of subsequent seniority-related step increases. Despite the shortcomings, the comparative data suggests that CDC's pay scale for psychologists is competitive with both the public and private entities. While it is not articulated in the defendants' response, one assumes that this explains the relatively meager increase in the R&R schedule proposed for psychologists. Nonetheless, CDC's own data indicates that a psychologist in the DMH program at SVSP receives $12,000.00 more a year than is scheduled to be paid to a psychologist at CSP/Corcoran under the enhanced R&R schedule.

Comparative data was not available to the special master for other categories of clinicians covered by the department's proposed R&R enhancements at CSP/Corcoran. The size of increases scheduled for psych social workers (4.7 Percent) and recreational therapists (11.1 percent) was relatively higher than the increase for psychologists. But CSP/Corcoran has only six allocated psych social worker and four recreational tech positions allocated, compared with 26 allocated psychologist positions. Recreational therapists, moreover, were the only clinicians who did not receive some earlier system-wide R&R enhancement.

Clinical management positions at CSP/Corcoran, including those for the chief psychiatrist, three allocated senior/supervisory psychologists and the supervising psych social worker, were all provided with modest $100.00 a month increases that maintained the slight gap between clinicians and clinician-managers, at least among

psychologists and psych social workers. Substantially higher increases in the salaries of staff psychiatrists all but closed the gap between them and the chief psychiatrist to a mere $311.00 a month. One striking anomaly in the proposed changes is that no increase was scheduled for the chief psychologist at CSP/Corcoran, who supervises considerably more clinicians than any other mental health supervisor in the facility. The present incumbent, moreover, is largely responsible for whatever decent mental health services have been delivered in the institution over the last two troubled years. This oversight must be corrected.

        Unfortunately, the staffing vacancy and recruitment problem for CSP/Corcoran is not simply one of comparative mathematics. Whether deserved or not, the institution's historically notorious media profile represents a powerful disincentive for clinicians contemplating a career in CDC's mental health system. To attract clinicians, the salaries offered to all categories of mental health clinicians at CSP/Corcoran may well have to be substantially higher than those offered in any other institution in CDC. It may, indeed, be a mistake to raise concomitantly the salaries of clinicians at CSATF, Delano II and NKSP to keep them competitive with CSP/Corcoran. To do so simply perpetuates their current built-in competitive advantage in recruiting over CSP/Corcoran.

        Finally, the department's timeline for implementation of the scheduled enhancements resembles more a fantasy than a reliably likely schedule of events. When was the last time the State of California had a legislatively and gubernatorially approved budget on July 1? And after a decade of watching other pay increases and enhancements implemented in CDC, one learns that budgetary approval is simply the initial step in a Byzantine six-to 12-month process for the actual delivery of the goods.

It is not easy to dismiss entirely the meaningfulness of the defendants' proposed R&R enhancements. The boost in psychiatrists' pay at CSP/Corcoran, HDSP, SVSP and VSPW may well help the recruitment of psychiatrists when they are actually implemented. The impact of the proposed increases among other categories of clinicians in CSP/Corcoran is more doubtful. The doubts are reinforced by the historically shaky timelines associated with the application of such enhancements.

All of the foregoing reflection prompts two specific recommendations:

1. The defendants need to include an increase in the compensation for the position of chief psychologist in their scheduled R&R enhancements for CSP/Corcoran.

2. The defendants should be required to report to the special master the status of their recruitment efforts at CSP/Corcoran on July 1, 2006. The special master should be directed to review and assess the defendants' status report and, by August 18, 2006, report to the court the impact of the defendants' revised R&R schedule on the recruitment of clinicians and recommend specific remedies, including his own enhanced R&R schedule, if the institution's staffing vacancy problems have not been resolved during the interim.

Respectfully submitted,

/s/ J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master

May 3, 2005

# DECLARATION OF SERVICE BY EMAIL AND U.S. MAIL

Case Name: Ralph Coleman, et al. v. Arnold Schwarzenegger, et al., U.S.D.C. Eastern District
No. CIV S-90-0520 LKK JFM P

I am employed in the County of Providence, Rhode Island. I am over the age of 18 years and not a party to the within entitled cause: my business address is Holland & Knight, LLP, One Financial Plaza, Providence, Rhode Island 02903.

On May 3, 2005, I served the attached

**SPECIAL MASTER'S REPORT ON DEFENDANTS' SCHEDULE OF DIFFERENTIAL PAY FOR MENTAL HEALTH CLINICIANS IN SPECIFIC CALIFORNIA DEPRTMENT OF CORRECTIONS INSTITUTIONS**

in said cause by transmitting a true copy by EMAIL. No error was reported by the machine used to email the document. In addition, I placed a true copy thereof enclosed in a sealed envelope with postage thereof fully prepaid in the U.S. Mail in Providence, Rhode Island, addressed as follows:

Donald Specter, Esquire
Prison Law Office
2173 East Francisco Blvd.
Suite M
San Rafael, CA 94901

Michael Bien, Esquire
Rosen, Bien & Asaro
155 Montgomery St., 8th Fl.
San Francisco, CA 94104

Kathleen Keeshen, Esq.
Deputy Director, Legal Affairs
California Dept. of Corrections
1515 S Street
P.O. Box 942883
Sacramento, CA 94283-0001

Lisa A. Tillman, Esq.
Deputy Attorney General
1300 I Street, Room 125
P.O. Box 944255
Sacramento, CA 94244-2500

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct, and that this declaration was executed at Providence, Rhode Island on May 3, 2005.

*[Signature]*

i

# **EXHIBIT A**

Defendants' Proposed Schedule of Differential Pay (R&R)
for Mental Health Clinicians in Specific CDC Institutions

YOUTH AND ADULT CORRECTIONAL AGENCY
1515 K Street, Suite 520
Sacramento, CA 95814
(916) 323-6001/FAX (916) 442-2637



April 6, 2005

Mr. J. Michael Keating, Jr.         via:    Lisa Tillman
Office of the Special Master                 Deputy Attorney General
2351 Sussex Lane                             Department of Justice
Fernandina Beach, FL  32034                  P.O. Box 944255
                                             Sacramento, CA  94244-2550

Dear Mr. Keating:

**STATUS REPORT ON THE PLAN FOR INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS AT THE CALIFORNIA MEDICAL FACILITY**

In accordance with the stipulated order entered at the hearing on March 7, 2005, the California Department of Corrections (CDC) was to submit a plan for the provision of a meaningful schedule of differential pay for specified classes in specified locations within 30 days.

The plan is to also include a timeline that permits the inclusion of the enhanced pay scales in the Governor's 2005-2006 May Revise. Enclosed is the (1) proposed differential schedule that has been submitted to the Department of Personnel Administration and the Department of Finance and (2) implementation action plan.

The CDC worked with the Department of Mental Health (DMH) to assure the Coalinga Facility and Salinas Valley Psychiatric Program are included in the plan.

If you need clarification on any aspect of this status report, please contact me at (916) 324-8875 or Sharon Planchon at (916) 324-0538.

Sincerely,

*Sharon E. Planchon*
for NANCY BITHER
Assistant Secretary
Human Resources
Youth and Adult Correctional Agency

Mr. J. Michael Keating, Jr.
Page 2

Enclosures

cc:  John Dovey, Chief Deputy Director, Field Operations, CDC
     Kathleen Keeshen, Deputy Director, Legal Affairs Division
     Dr. Rene J. Kanan, Deputy Director (A), Health Care Services Division (HCSD)
     Yulanda Mynhier, Assistant Deputy Director (A), Field Management Branch, HCSD
     Cindy Radavsky, Assistant Deputy Director, Long Term Care Services, DMH
     Sandra Duveneck, Deputy Secretary, Human Resources, Youth and Adult Correctional Agency
     Sharon E. Planchon, Deputy Director (A), Administrative Services, CDC

# Department of Corrections
## Proposed Mental Health Recruitment and Retention Differentials

| | | | | |
|---|---|---|---|---|
| **NKSP** | | | | |
| Psychiatric Social Worker, CF | $4,139.00 | $600.00 | $2,700.00 | $4,964.00 |
| Psychiatric Technician (Safety) | $3,612.00 | $300.00 | $1,200.00 | $4,012.00 |
| Psychologist-Clinical, CF | $5,904.00 | $300.00 | $1,200.00 | $6,304.00 |
| Recreation Therapist, CF | $3,599.00 | $0.00 | $4,800.00 | $3,999.00 |
| Senior Psychologist, CF (Supv.) | $6,807.00 | $600.00 | $1,200.00 | $7,507.00 |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |
| **DELANO II** | | | | |
| Chief Psychiatrist, CF | $11,692.00 | $2,700.00 | $1,200.00 | $14,492.00 |
| Chief Psychologist, CF | $7,509.00 | $800.00 | $0.00 | $8,309.00 |
| Psychiatric Social Worker, CF | $4,139.00 | $600.00 | $2,700.00 | $4,964.00 |
| Psychiatric Technician (Safety) | $3,612.00 | $300.00 | $1,200.00 | $4,012.00 |
| Psychologist-Clinical, CF | $5,904.00 | $300.00 | $1,200.00 | $6,304.00 |
| Recreation Therapist, CF | $3,599.00 | $0.00 | $4,800.00 | $3,999.00 |
| Senior Psychologist, CF (Supv.) | $6,807.00 | $600.00 | $1,200.00 | $7,507.00 |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |
| **CSP, Corcoran** | | | | |
| Chief Psychiatrist, CF | $11,692.00 | $2,700.00 | $1,200.00 | $14,492.00 |
| Psychiatric Social Worker, CF | $4,139.00 | $600.00 | $2,700.00 | $4,964.00 |
| Psychiatric Technician (Safety) | $3,612.00 | $300.00 | $1,200.00 | $4,012.00 |
| Psychologist-Clinical, CF | $5,904.00 | $300.00 | $1,200.00 | $6,304.00 |
| Recreation Therapist, CF | $3,599.00 | $0.00 | $4,800.00 | $3,999.00 |
| Senior Psychologist, CF (Supv.) | $6,807.00 | $600.00 | $1,200.00 | $7,507.00 |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |
| Supv. Psych Social Worker I, CF | $4,558.00 | $600.00 | $1,200.00 | $5,258.00 |
| **SATF** | | | | |
| Chief Psychiatrist, CF | $11,692.00 | $2,700.00 | $1,200.00 | $14,492.00 |
| Psychiatric Social Worker, CF | $4,139.00 | $600.00 | $2,700.00 | $4,964.00 |
| Psychiatric Technician (Safety) | $3,612.00 | $300.00 | $1,200.00 | $4,012.00 |
| Psychologist-Clinical, CF | $5,904.00 | $300.00 | $1,200.00 | $6,304.00 |
| Recreation Therapist, CF | $3,599.00 | $0.00 | $4,800.00 | $3,999.00 |
| Senior Psychologist, CF (Supv.) | $6,807.00 | $600.00 | $1,200.00 | $7,507.00 |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |

# Department of Corrections
## Proposed Mental Health Recruitment and Retention Differentials

| | | | | |
|---|---|---|---|---|
| **HDSP** | | | | |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |
| **CCC** | | | | |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |
| **CCWF** | | | | |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |
| **VSPW** | | | | |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |
| **SVSP** | | | | |
| Chief Psychiatrist, CF | $11,692.00 | $2,700.00 | $1,200.00 | $14,492.00 |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |
| **CTF** | | | | |
| Staff Psychiatrist, CF | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |

# DEPARTMENT OF MENTAL HEALTH
## PROPOSED MENTAL HEALTH RECRUITMENT AND RETENTION DIFFERENTIALS
### Coleman Court Order
### State Hospital Breakdown

| **Coalinga State Hospital** | | | | |
|---|---|---|---|---|
| Psychiatric Social Worker, Licensed | $4,139.00 | $600.00 | $2,700.00 | $4,964.00 |
| Psychiatric Social Worker, Unlicensed | $4,139.00 | $400.00 | $0.00 | $4,539.00 |
| Psychiatric Technician | $3,612.00 | $300.00 | $1,200.00 | $4,012.00 |
| Psychologist | $5,904.00 | $0.00 | $4,800.00 | $6,304.00 |
| Sr Psychiatric Technician | $4,101.00 | $300.00 | $1,200.00 | $4,501.00 |
| Sr Psychiatrist - Specialist | $11,447.00 | $0.00 | $36,000.00 | $14,447.00 |
| Sr Psychiatrist - Supervisor | $11,447.00 | $0.00 | $36,000.00 | $14,447.00 |
| Sr Psychologist - Specialist | $6,483.00 | $0.00 | $8,400.00 | $7,183.00 |
| Sr Psychologist - Supervisor | $6,807.00 | $0.00 | $8,400.00 | $7,507.00 |
| Staff Psychiatrist, Safety | $11,181.00 | *$2,100.00* | $10,800.00 | $14,181.00 |

NOTE: The monthly R&R for Staff Psychiatrist is pending approvals. The 2005-06 budget includes funding to support this.

| **Salinas Valley Psychiatric Prog** | | | | |
|---|---|---|---|---|
| Psychiatric Social Worker, Licensed | $4,139.00 | $1,000.00 | $0.00 | $5,139.00 |
| Psychiatric Social Worker, Unlicensed | $4,139.00 | $1,000.00 | $0.00 | $5,139.00 |
| Psychiatric Technician | $3,612.00 | $1,000.00 | $0.00 | $4,612.00 |
| Psychologist | $5,904.00 | $1,500.00 | $0.00 | $7,404.00 |
| Sr Psychiatric Technician | $4,101.00 | $1,000.00 | $0.00 | $5,101.00 |
| Sr Psychiatrist - Specialist | $11,447.00 | $2,200.00 | $9,600.00 | $14,447.00 |
| Sr Psychiatrist - Supervisor | $11,447.00 | $2,700.00 | $3,600.00 | $14,447.00 |
| Sr Psychologist - Specialist | $6,483.00 | $0.00 | $8,400.00 | $7,183.00 |
| Sr Psychologist - Supervisor | $6,807.00 | $0.00 | $8,400.00 | $7,507.00 |
| Staff Psychiatrist, Safety | $11,181.00 | $2,200.00 | $9,600.00 | $14,181.00 |

Budgets
LSC
3-28-05

# COLEMAN vs. SWARZENEGGER

## FOURTEENTH MONITORING REPORT
## OF THE SPECIAL MASTER
## (3/7/05 FINAL)

## PLAN TO ADDRESS IDENTIFIED ISSUES – Item #1

| TIMELINE | STRATEGY |
|---|---|
| April 6, 2005 | Present draft Recruitment and Retention pay differential proposal to Department of Finance and Department of Personnel Administration for specific classifications and locations identified in court order |
| May 1, 2005 | Department of Finance to submit necessary adjustment proposal to the Governor's Budget |
| April - July 2005 | DPA will need 60-120 days to negotiate the R&R's (If negotiations are not completed by July 1, 2005, funds will still be appropriated if approved in the Governors Budget). |
| July 1, 2005 | Implement Recruitment and Retention pay differential (pending approval of funding, labor relations negotiations, and passage of Governor's Budget) |
| **CONTINUOUS IMPROVEMENTS** | |
| On-going | Review plans and methodology for recruitment of specified classifications and locations |
| | Review selection plans and work with control agencies to further streamline the exam and hiring process |
| | Implement recruitment plan which may include more focused efforts by locations. Identify other possible incentives (non-monetary) that can be employed as recruitment tools. |
| | Determine feasibility of employing a Health Professional Search Firm |
| | Track hires and vacancies for trend analysis |

Z:\DSantiago\Projects\Mental Health R&R\Coleman Strategy Chart.doc