PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

No.: Civ S 90-0520 LKK-JFM

**PLAINTIFFS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON DEFENDANTS' SCHEDULE OF DIFFERENTIAL PAY FOR MENTAL HEALTH CLINICIANS IN SPECIFIC CALIFORNIA DEPARTMENT OF CORRECTIONS INSTITUTIONS**

# INTRODUCTION

On March 7, 2005, the defendants were ordered to submit a plan within 30 days to the Special Master for the provision of a meaningful schedule of differential pay (known within California Department of Corrections as R&R), for psychiatrists at High Desert State Prison, Salinas Valley State Prison and Valley State Prison for Women, and for psychiatrists, case managers, recreational therapists and psych techs in Corcoran State Prison. The plan was required to include a differential pay scale for clinical supervisors, as well as staff clinicians. It was also to address the potential impact of the R&R on adjacent prisons, as well as on recruitment for the new DMH facility in Coalinga and the new prison, Delano II. This order was issued because of the continuing inability of these prisons to provide constitutionally adequate mental health services as a result of significant, long-standing staffing vacancies. Defendants' plan was submitted to the Special Master on April 6, 2005. The order directed the Special Master to report to the Court on the adequacy of defendants' plan within thirty days of the defendants' submission of their plan. The Special Master's report was filed on May 3, 2005.

Plaintiffs respectfully submit the following objections to the Special Master's Report and recommendations:

1.  The Special Master should recommend that R&R enhancements for case manager positions at Corcoran be increased. In the Special Master's Report he notes that in early April 2005, "CDC reported the vacancy rate among clinical psychologists at CSP/Corcoran to be 61.54%, with 16 of 26 allocated positions vacant. It seems unlikely that an extra $100.00 a month will dramatically reverse that vacancy rate." (Report at 4.) Furthermore, the Special Master identified the difficulty that Corcoran State Prison faces in recruiting case managers to an institution with a "historically notorious media profile" and in competition with other facilities, such as the DMH program at Salinas Valley State Prison where a psychologist receives $12,000 more a year than a psychologist at Corcoran who receives the enhanced R&R schedule. (Special Master's Report at 5.) Clearly there is a need for an increased R&R enhancement for case manager positions at Corcoran if the critical case

I:\jk-draft plaintiffs' objections to Special Master's Report on D's Schedule for Differential Pay, 5-10-05, 489-3.DOC    -1-

Plaintiffs' objections to the Special Master's Report on Defendants' schedule of differential pay for mental health clinicians in specific california department of corrections institutions, No.: Civ S 90-0520 LKK-JFM

manager staffing vacancies there will ever be filled. Although the Special Master identifies the many problems with defendants' proposed R&R for case managers at Corcoran there is no recommendation that defendants revise their meager R&R enhancements proposed for clinical psychologists at Corcoran State Prison where vacancies were 61.54% in April 2005. Plaintiffs request a recommendation that the R&R enhancement for this category be increased to bring salaries commensurate to those of psychologists working in the DMH programs at SVSP and Coalinga (a minimum of $1000 per month).

      2.    The Special Master should require defendants to report on the status of their recruitment efforts at Corcoran State Prison monthly after implementation of the R&R bonuses on July 1, 2005. The Special Master should be directed to review and assess the defendants' status of their recruitment efforts, including the impact of the defendants' revised R&R schedule on the recruitment of clinicians and recommend specific remedies, including his own enhanced R&R schedule, if the institutions' staffing vacancy problems have not been resolved during the interim and report to the Court by December 1, 2005. The Special Master's current recommendation regarding defendants' obligation to report by July 1, 2006 on the status of their recruitment efforts, and the Special Master's report to the Court by August 18, 2006, on the impact of the defendants' revised R&R schedule does not adequately address the urgency of these staffing vacancies which the Special Master has identified as impeding these institutions from implementing the plans, policies and protocols approved by the Court to remedy constitutionally inadequate mental health services.

Dated: May 11, 2005

                                      Respectfully submitted,


                                      /s/ Jane Kahn

                                      Jane Kahn
                                      Rosen, Bien & Asaro, LLP
                                      Attorneys for Plaintiffs

I:\jk-draft plaintiffs' objections to Special Master's Report on D's Schedule for Differential Pay, 5-10-05, 489-3.DOC    -1-

Plaintiffs' objections to the Special Master's Report on Defendants' schedule of differential pay for mental health clinicians in specific california department of corrections institutions, No.: Civ S 90-0520 LKK-JFM

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th Floor, San Francisco, California. On the date and in the manner indicated below, I served a true copy of the following documents:

**PLAINTIFFS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON DEFENDANTS' SCHEDULE OF DIFFERENTIAL PAY FOR MENTAL HEALTH CLINICIANS IN SPECIFIC CALIFORNIA DEPARTMENT OF CORRECTIONS INSTITUTIONS**

on the parties in said action by placing a true copy thereof enclosed in a sealed envelope to be delivered in the manner indicated below and addressed as follows

**BY U.S. MAIL**

Claudia B Center
Legal Aid Society
Employment Law Center
600 Harrison Street
Suite 120
San Francisco, CA 94107

Kimberly S Davenport
California Medical Association
221 Main Street
San Francisco, CA 94105

Matthew A Lopes, Jr.
Holland & Knight LLP
One Financial Plaza
18th Floor
Providence, RI 02903

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of May, 2005 at San Francisco, California.

/s/ Alissa Cambier

Alissa Cambier