| Glossary of Terms | Mental Health Services Delivery System |
|---|---|

# Appendix A
## Glossary of Terms

**ADL** – Activities of daily living

**AMBU bag** – Ambulatory bag, used for Cardiopulmonary Resuscitation -

**APP** – Acute Psychiatric Program

**ASH** – Atascadero State Hospital

**ASU** – Administrative Segregation Unit

**AS MHS** – Administrative Segregation Mental Health Services

**C&PR** – Classification and Parole Representative

**CC** – Correctional Counselor

**CCCMS - Correctional Clinical Case Management System**- The system utilized by the CDC that facilitates mental health care by linking inmates to needed services. The system provides care through a Clinical Case Manager (CCM), Correctional Counselor (CC), Psychiatrist, and a Psychiatric Technician (in Ad Seg and SHU) by monitoring CDC's mentally disordered population, assessing their needs and providing medically necessary mental health care.

**CCM – Clinical Case Manager** - A mental health clinician, typically a psychologist or Psychiatric Social Worker, who provides functions such as assessment, intervention, treatment planning, treatment, and case review.

**CCWF** – Central California Women's Facility

**CDC** – California Department of Corrections

**CIW** - California Institution for Women

**CMC** – California Men's Colony

**CMF** – California Medical Facility

**CMO** – Chief Medical Officer

| Glossary of Terms | Mental Health Services Delivery System |
|---|---|

**COR** – California State Prison, Corcoran

**C&PP** – Clinical Policy and Programs

**CPER** – Clinical Performance Enhancement and Review Subcommittee

**CPR** – Cardiopulmonary Resuscitation

**Crisis**- A term to describe a sudden onset or worsening of psychiatric symptoms including suicidality or other abnormal behavior necessitating immediate intervention.

**Crisis Intervention**- A term to describe the process of recognizing a mental health emergency and initiating steps to immediately treat the symptoms.

**CTC** – Correctional Treatment Center

**CTQ** – Confined to Quarters

**DDPS** – Distributed Data Processing System

**DMH** – Department of Mental Health

**DNC** – Death Notification Coordinator

**DOT** – Directly Observed Therapy

**DSM** – Diagnostic and Statistical Manual

**Emergency**- For the purpose of this document, an emergency is defined as a mental health condition for which evaluation is immediately necessary.

**EOP** – Enhanced Outpatient Program

**ERDR** – Emergency Response and Death Review Committee

**GACH** – General Acute Care Hospital

**GAF - Global Assessment of Functioning -** A system by which mental health staff can measure the functioning of inmates using a standardized clinical ranking system as outlined in the DSM.

**GP** – General Population

**HCCUP** – Health Care Cost and Utilization Program

**HCM** – Health Care Manager

**HCPU** – Health Care Placement Unit

**HCSD** – Health Care Services Division

**HS** – hora somni; hour of sleep

**ICC - Institutional Classification Committee-** A committee made up of custody and health care staff whose primary function is to review the housing, custody, or classification issues of an inmate receiving mental health care within the Department.

**ICD** – World Health Organization's International Classification of Diseases

**IDTT** – Interdisciplinary Treatment Team

**IMHIS** – Inmate Mental Health Identifier System

**IST** – In-service Training

**Level of Care (LOC)-** The designated placement of an inmate into the clinically appropriate mental health program.

**LPT** - Licensed Psychiatric Technician

**LTCS** – Long-Term Care Services

**LVN** - Licensed Vocational Nurse

**MAR** – Medication Administration Record

**Medical Necessity-** Mental health intervention is necessary to protect life and/or treat significant disability/dysfunction in an individual diagnosed with or suspected of having a mental disorder. Treatment is continued for these cases only upon reassessment and determination by the IDTT that the significant or life threatening disability/dysfunction continues or regularly recurs.

**Mental Health Clinician-** An individual who is a psychiatrist, psychologist, or a psychiatric social worker.

**Mental Health Program Manager-** The lead management position in an institution's mental health program. The individual in this position may be a Chief Psychiatrist, Chief Psychologist, or Senior Psychologist.

**MHCB** – Mental Health Crisis Bed

| Glossary of Terms | Mental Health Services Delivery System |
|---|---|

**MHP** – Mental Health Program

**MHQMS** – Mental Health Quality Management System

**MHSDS** – Mental Health Services Delivery System

**MHSR** – Mental Health Suicide Reviewer

**MHTS** – Mental Health Tracking System - A standardized, automated system of record management and case tracking. The data collected by the MHTS includes historical heat medication, LOC changes, mental health staff contacts, mental health statistics such as Global Assessment Functioning (GAF) scores, current diagnosis, and transfer history.

**MOD** – Medical Officer of the Day

**MOU** - **Memorandum of Understanding** - An agreement between the Department of Corrections and the Department of Mental Health to provide acute and intermediate inpatient care to SMD inmates who may exhibit marked impairment and dysfunction or are believed to be a danger to him or herself and/or to others.

**MTA** - **Medical Technical Assistant** - An individual who possesses a valid license from the State of California to practice as a Licensed Vocational Nurse or Registered Nurse, and who is a peace officer pursuant to Penal Code Section 830.5(b)).

**OHU** – Outpatient Housing Unit

**OP** – Operating procedure

**Parole Outpatient Clinic (POC)** A clinic that provides psychiatric diagnosis, evaluation, and treatment for parolees referred by staff. Many parolees receive medication from POCs.

**PBSP** – Pelican Bay State Prison

**POC** – Physician or Psychiatrist on call (see also POD)

**POC Clinic** – Parole Outpatient Clinic

**Primary Clinician (PC)**- A psychiatrist, a psychologist, or a psychiatric social worker, assigned to each patient, who assumes overall responsibilities for the treatment services provided to a patient by maintaining active therapeutic involvement with the patient and coordinating services provided according to the treatment plan.

**PRN** – as needed

| Glossary of Terms | Mental Health Services Delivery System |
|---|---|

**PSH** – Patton State Hospital

**PSU** – Psychiatric Services Unit

**PT** - Psychiatric Technician

**PSW** - Psychiatric Social Worker

**Psychiatrist on Duty (POD)-** A psychiatrist who is available to provide emergency assessment to inmate/patients who may require immediate psychiatric intervention including admission into an acute psychiatric program.

**QIP** – Quality Improvement Plan

**QMT** – Quality Management Team

**RT** – Recreational Therapist

**RN** - Registered Nurse

**RVR** – Rules Violation Report

**SAC** – California State Prison, Sacramento

**SHU** – Security Housing Unit

**SNF** – Skilled Nursing Facility

**SPR FIT** – Suicide Prevention and Response Focused Improvement Team

**SQ** – San Quentin State Prison

**SRAC** – Suicide Risk Assessment Checklist

**SVPP** – Salinas Valley Psychiatric Program

**TB** - Tuberculosis

**Treatment Plan** - A set of individualized recommendations based upon clinical and custody staff input for an inmate with identified mental health care needs.

**UM** – Utilization Management

| Glossary of Terms | Mental Health Services Delivery System |
|---|---|

**Unit Health Record (UHR)** - A hard cover, multi-sectioned record that contains essential medical and mental health data collected and generated during the inmate's stay at CDC.

**Urgent-** For the purpose of this document, urgent is defined as a mental health condition for which evaluation is necessary within 24 hours.

**VSPW** – Valley State Prison for Women

