## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    Ralph Coleman, et al.

No.:    **United States District Court, Eastern District CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age and older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.
On May 23, 2005, I served the attached:

### DEFENDANTS' RESPONSES AND OBJECTIONS TO SPECIAL MASTER'S DRAFT REPORT ON THE REVISED PROGRAM GUIDES

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

| | |
|---|---|
| Michael W. Bien, Esq. | Matthew A. Lopes, Jr. |
| Attorney at Law | Deputy Special Master |
| Rosen, Bien & Asaro | Brown Rudnick Berlack Israels  LLP |
| 155 Montgomery Street, 8ᵗʰ Floor | 121 South Main Street |
| San Francisco, CA  94104 | Providence, RI  02903 |
| Attorney for Plaintiffs | Deputy Special Master |
| | |
| J. Michael Keating, Jr. | Donald Specter, Esq. |
| Special Master | Prison Law Office |
| 285 Terrace Avenue | General Delivery |
| Riverside, RI  02915 | San Quentin, CA 94964-0001 |
| | Attorney for Plaintiffs |
| Special Master | |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 23, 2005, at Sacramento, California.

|  L. Easley | /S/ L. Easley |
|---|---|
| Declarant | Signature |

30006518.wpd