## AMENDED DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **RALPH COLEMAN, et al. v. GRAY DAVIS, et al.**

Case No.:     **CIV S-90-0520 LKK JFM P (U.S. District Court-Eastern District, California)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made.  I am 18 years of age and older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On  May 24, 2005 , I served the attached **DEFENDANTS' RESPONSES AND OBJECTIONS TO SPECIAL MASTER'S DRAFT REPORT ON THE REVISED PROGRAM GUIDES** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P.O. Box 944255, Sacramento, California  94244-2550, addressed as follows:


**CLAUDIA B. CENTER**                        **MATTHEW A. LOPES, JR.**
**LEGAL AID SOCIETY**                        **HOLLAND & KNIGHT**
**EMPLOYMENT LAW CENTER**                    **One Financial Plaza, Suite 1800**
**600 Harrison Street, Suite 120**           **Providence, RI  02903**
**San Francisco, CA  94107**                 **matthew.lopes@hklaw.com**

**KIMBERLY S. DAVENPORT**
**CALIFORNIA MEDICAL ASSOCIATION**
**221 Main Street**
**San Francisco, CA  94105**


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 24, 2005, at Sacramento, California.


| M. McIntosh | /s/ M. McIntosh |
|:---:|:---:|
| Declarant | Signature |

30006184.wpd