MICHAEL J. HICKS
B-80852
Box 2000
VACAVILLE, CA 95696

MAY 20 2005

**FILED**

MAY 25 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

CLERK OF THE COURT
USDC EAST DIST. OF CALIF

IN RE: COLEMAN V. WILSON
S-90-0520-LKK JFM-P

Dear Clerk,

I am a Class Member of COLEMAN V. WILSON. I would like information upon whom I lodge a complaint, against my court appointed counsel in seeking INJUNCTIVE RELIEF. I have CLEAR AND CONVENCING, DOCUMENTS OF ILLEGAL CONSPIRCIES AGAINST MY COLEMAN ATTORNEY'S.

I REQUEST THE COURT APPOINT OUTSIDE COUNSEL AND TO BE ALLOWED TO PRESENT THE COURT WITH THOSE DOCUMENTS.

This is a STATE MARSDEN TYPE letter/motion.

Thank You,

Mo Jo Hicks