1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                  FOR THE EASTERN DISTRICT OF CALIFORNIA

9    RALPH COLEMAN, et al.,

10             Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

11        vs.

12   ARNOLD SCHWARZENEGGER,
     et al.,
13
               Defendants.            ORDER
14   _____/

15            The matter of payment of the special master has been referred to this court by the

16   district court.  The court has reviewed the bill for services provided by the special master in the

17   above-captioned case through the month of April 2005.

18            Good cause appearing, IT IS HEREBY ORDERED that:

19            1.  The Clerk of the Court is directed to pay to

20       J. Michael Keating, Jr.,
         Coleman Special Master
21       285 Terrace Avenue
         Riverside, Rhode Island  02915
22

23   the amount of $177,675.62 in accordance with the attached statement; and

24   /////

25   /////

26   /////

1         2.  A copy of this order shall be served on the financial department of this court.

2   DATED:  May 26, 2005.

                         UNITED STATES MAGISTRATE JUDGE

/cole05.apr

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **No. Civ. S-90-0520 LKK JFM P** |
| | : | |
| **ARNOLD SCHWARZENEGGER et al.,** | : | |
| **Defendants** | : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through April 30, 2005.

J. Michael Keating, Jr., Master
    Services                 $ 27,349.00
    Disbursements      $  1,620.88

          Total amount due                      $ 28,969.88

Matthew A. Lopes, Jr., J.D.
    Services                 $ 18,072.00
    Disbursements      $  3,744.60

          Total amount due                      $ 21,816.60

Mohamedu F. Jones, J.D.
    Services                 $ 25,409.00
    Disbursements             -0-

          Total amount due                      $ 25,409.00

Paul Nicoll, M.A.P.A.
    Services                 $ 18,639.00
    Disbursements      $      -0-

          Total amount due                      $ 18,639.00

Kerry C. Hughes, M.D.
    Services                 $ 12,435.00
    Disbursements        2,136.52

          Total amount due                      $ 14,571.52

Dennis F. Koson, M.D.
     Services                    $  9,695.00
     Disbursements           1,357.75

          Total amount due                    $ 11,052.75

Jeffrey Metzner, M.D.
     Services                    $ 17,095.00
     Disbursements         $ 2,446.54

          Total amount due                    $ 19,541.54

Raymond F. Patterson
     Services                    $  6,125.00
     Disbursements              -0-

          Total amount due                    $  6,125.00

Melissa G. Warren, Ph.D.
     Services                    $ 10,832.50
     Disbursements         $ 1,837.27

          Total amount due                    $ 12,669.77

Virginia L. Morrison, J.D.
     Services                    $ 12,163.00
     Disbursements            617.56

          Total amount due                    $ 12,780.56

Patricia M. Williams, J.D.
     Services                    $  6,100.00
     Disbursements              -0-

          Total amount due                    $  6,100.00

          TOTAL AMOUNT TO BE REIMBURSED       **$ 177,675.62**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/  J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master