IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

     Plaintiffs,                     No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants.          ORDER

                            /

On May 6, 2005, the special master filed a report on defendants' schedule of differential pay for mental health clinicians in specific California Department of Corrections (CDC) institutions. The report contains two recommendations for specific action by defendants. Plaintiffs have filed objections to the recommendations. After consultation with the special master, and good cause appearing, plaintiffs' objection to the first recommendation will be overruled. Plaintiffs' objection to the second recommendation will be sustained in part and the court will order a reporting schedule modified from that recommended initially by the special master.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants shall include an increase in the compensation for the position of chief psychologist in their scheduled R&R enhancements for California State Prison/Corcoran (CSP/Corcoran).

1

2. On January 1, 2006, the defendants shall report to the special master the status of their recruitment efforts at CSP/Corcoran.  The special master shall review and assess the defendants' status report and, by February 15, 2006, report to the court the impact of the defendants' revised R&R schedule on the recruitment of clinicians and recommend specific remedies, including his own enhanced R&R schedule, if the institution's staffing vacancy problems have not been resolved during the interim.

DATED: June 9, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/revrr