IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                <u>ORDER</u>

          On April 28, 2005, the special master filed a report on suicides completed in the California Department of Corrections (CDC) in calendar year 2003. The report contains five recommendations for specific action by defendants. Neither party has filed objections to the report or its recommendations. Good cause appearing, the special master's recommendations will be the order of the court.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Within thirty days from the date of this order defendants shall submit to the special master a plan for dealing with the hazard of large-mesh ventilation screens in administrative segregation cells in which mental health caseload inmates are housed.

          2. Within sixty days from the date of this order defendants shall develop and implement a policy that establishes clearly and unequivocally a requirement for custody staff to

1

provide immediate life support, if trained to do so, until medical staff arrive to initiate or continue life support measures, irrespective of whether the obligation to do so is part of the particular custody staff member's duty statement.

      3. The defendants shall provide the special master with a summary description of the methods and outcomes of all investigations whenever the Suicide Report or suicide review process refers any member of the mental health, medical or custody staff, initially judged to have been responsible for some act of incompetence, malfeasance or negligence, to another investigatory and/or disciplinary channel.

      4. Within ninety days from the date of this order the Health Care Services division of the CDC shall develop as part of the suicide review process a procedure to ensure the implementation of remedies described or promised in institutional responses to the recommendations for corrective action in individual Suicide Reports.

      5. Within sixty days from the date of this order defendants shall develop a plan for the initiation of a process for tracking the suicidal history of inmates in CDC's mental health caseload in the Mental Health Tracking System and/or any successor management information system used by the department

DATED: June 9, 2005.

                                          /s/Lawrence K. Karlton
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

/suicide2003.mr