**RECEIVED**

**JUN 2 2 2005**

CLERK, U.S. DIS RICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

June, 18 2005

United States District Court, Clerk Jack L. Wagner
Eastern District of California
501 1 Street, # 4-200
Sacramento, CA 95814

**FILED**

**JUN 2 2 2005**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

RE: Recent Sacramento Bee news Article on _Coleman V. BPt_

Dear Mr. Wagner,

Help! I do not have a case # for this case But I do have a little information on the Case and I think that this Case Can be of use to me in the near future, any help in obtaining the _10 page Court order_ and the Proper Case citation would be helpful.

This case which Began to hit the federal Courts in 1997. it has been fought back and forth, including one recomendation by the magistrate to dismiss it and a resection of that by Judge — Karlton. After significant discovery, including depositions from former BPt members, the Magistrate recently issued his findings and recomendations. In the F+R, he found that there in fact has been a _No-Parole_ Policy and has been one for a very long time.

Continued Page 2

— the F+R included notice to the parties they could file objections. When objections have been filed, the case will go to Judge Karlton for adoption. I Read that Judge Karlton did in fact adopt. the name of the U.S. Magistrate Judge is the Hon. Peter A. Nowinski

Please Let me know if there is a fee for the case (s) and the 10 page order and I can have my family help me with the fees. thank you for your time and Consideration Sir.

Very Respectfully yours,

Martin S. Laiwa

Address for Mailings:

Martin Smith Laiwa, CDC # H62498
C.S.A.T.F./SP  E5/126 upper
P.o. Box 5242
Corcoran, CA  93212

Martin S. Laiwa, CDC. #H62498
C S H.T.F./SP  E5-126 upper
P.O Box 5242
Corcoran, CA 93212