```
 1  PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
 2  STEVE FAMA (State Bar # 99641)
    General Delivery
 3  San Quentin, California 94964
    Telephone (415) 457-9144
 4
    BINGHAM McCUTCHEN
 5  WARREN GEORGE (State Bar # 53588)
    Three Embarcadero Center
 6  San Francisco, California 94111-4066
    Telephone (415) 393-2000
 7
    ROSEN, BIEN & ASARO, LLP
 8  MICHAEL W. BIEN (State Bar # 096891)
    SANFORD JAY ROSEN (State Bar # 062566)
 9  THOMAS NOLAN (State Bar # 169692)
    ERNEST GALVAN (State Bar # 196065)
10  155 Montgomery Street, 8th Floor San Francisco, California  94104
    Telephone (415) 433-6830
11
    HELLER, EHRMAN, WHITE & McAULIFFE
12  RICHARD L. GOFF (State Bar # 36377)
    701 Fifth Avenue
13  Seattle, Washington 98104
    Telephone (206) 447-0900
14
    Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, | ) Case No. Civ. S 90-0520 LKK-JFM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER CONFIRMING UNDISPUTED** |
| | ) **ATTORNEYS' FEES AND COSTS FOR** |
| ARNOLD SCHWARZENEGGER, et al., | ) **THE FIRST QUARTER OF 2005** |
| Defendants | ) |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

1  Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the First Quarter of 2005. As a result of the meet and confer session concerning the First Quarter Statement for 2005, the parties are able to agree to the payment of $305,178.35 in fees and costs incurred during the First Quarter of 2005. Attached hereto as Exhibit A are charts setting forth the fees and expenses now due and owing on the First Quarter of 2005. This agreement resolves all disputed fees and costs for the First Quarter of 2005 except for $34,888.69 in fees and costs incurred by plaintiffs in investigating and challenging classification policies of the CDC that interfere with access by members of the plaintiff class to mental health care. The parties agree to defer any dispute over these fees and agree that plaintiffs may seek compensation in the future once the status of these issues has been addressed more thoroughly in the case.

WHEREFORE, IT IS CONFIRMED that $305,178.35, plus interest is due and collectable as of 45 days from the date of entry of this order. Daily Interest runs from June 6, 2005 at the rate of 3.30%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $ 305,178.35 | 3.30% | $27.59 | June 6, 2005 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)


IT IS SO ORDERED.

Dated:

John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

*/s/ Lisa Tillman*    DATED: 7-28-05
Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

*/s/ Thomas Nolan*    DATED: 7-28-05
Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

H:\489\Pleading\
slip-1st qtr.2005.6-24-05 (undisputed fees) 489-5

-1-  STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2005

# Coleman v. Schwarzenegger
**First Quarterly Statement of 2005**
**January 1, 2005 through March 31, 2005**

## SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | CLAIMED COSTS |
|---|---:|---:|
| **MONITORING** | $ 270,121.15 | $ 21,034.20 |
| **MONITORING FEES ON FEES** | $ 13,807.80 | $ 215.20 |
| **CLASSIFICATION FEES** | $ - | $ - |
| **TOTALS:** | $ 283,928.95 | $ 21,249.40 |

**TOTAL CLAIMED FEES AND COSTS**         $ 305,178.35

**Coleman v. Schwarzenegger**

**Summary Of Undisputed Fees - First Quarterly Statement, 2005**
**January 1, 2005 through March 31, 2005**

*Matter: 489-3*

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 78.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 78.50 | $ 169.50 | $ 13,305.75 |
| Jane E. Kahn (JEK) | 329.60 * | 0.30 | 0.10 | 0.20 | 0.00 | 0.00 | 0.00 | 329.40 | $ 169.50 | $ 55,833.30 |
| Thomas Nolan (TN) | 225.50 * | 2.20 | 1.60 | 0.60 | 0.00 | 0.00 | 0.00 | 224.90 | $ 169.50 | $ 38,120.55 |
| Kim Ore (KTL) | 8.90 * | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.90 | $ 150.00 | $ 1,335.00 |
| Alison B. Cambier (ABC) | 274.00 | 13.10 | 11.90 | 1.20 | 0.00 | 0.00 | 0.00 | 272.80 | $ 150.00 | $ 40,920.00 |
| Carol DeGraff (CJD) | 19.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19.10 | $ 150.00 | $ 2,865.00 |
| Daniel M. Markman (DMM) | 169.30 * | 3.30 | 1.00 | 2.30 | 0.00 | 0.00 | 0.00 | 167.00 | $ 150.00 | $ 25,050.00 |
| Paloma K. Wu (PKW) | 294.70 | 6.60 | 2.40 | 3.90 | 0.20 | 0.10 | 0.00 | 290.66 | $ 140.00 | $ 40,692.40 |
| Nathan J. Kleiner (NJK) | 186.80 * | 23.10 | 3.40 | 5.70 | 0.40 | 13.60 | 0.00 | 175.46 | $ 140.00 | $ 24,564.40 |
| **RBA Totals:** | **1586.40** | **48.60** | **20.40** | **13.90** | **0.60** | **13.70** | **0.00** | **1566.72** | | **$ 242,686.40** |

* Time moved to 489-9 - MWB .3; JEK .5; TN .4; KTL 3.0; DMM .1; NJK .1

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 2.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.30 | $ 169.50 | $ 389.85 |
| Steven Fama (SF) | 7.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.40 | $ 169.50 | $ 1,254.30 |
| Keith Wattley (KW) | 42.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 42.80 | $ 169.50 | $ 7,254.60 |
| Debbie Burke (DB) | 132.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 132.40 | $ 140.00 | $ 18,536.00 |
| **PLO Totals:** | **184.90** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **184.90** | | **$ 27,434.75** |
| **Total Monitoring - All Offices** | **1771.30** | **48.60** | **20.40** | **13.90** | **0.60** | **13.70** | **0.00** | **1751.62** | | **$270,121.15** |

# Coleman v. Schwarzenegger
## Summary Of Undisputed Fees - First Quarterly Statement, 2005
### January 1, 2005 through March 31, 2005

### Fees Work

**Matter: 489-5**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Thomas Nolan (TN) | 18.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 18.40 | $ 169.50 | $ 3,118.80 |
| Pamela Derrico (PD) | 57.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57.00 | $ 175.00 | $ 9,975.00 |
| **RBA Totals:** | 75.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 75.40 | | $ 13,093.80 |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 5.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.10 | $ 140.00 | $ 714.00 |
| **PLO Totals:** | 5.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.10 | | $ 714.00 |
| **Total Fees - All Offices** | 80.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 80.50 | | $ 13,807.80 |

### Classification Policies That Interfere With Access to Mental Healthcare Work

**Matter: 489-9**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.00 | 0.00 | $ 169.50 | $ - |
| Jane E. Kahn (JEK) | 5.20 | 5.20 | 0.00 | 0.00 | 0.00 | 0.00 | 5.20 | 0.00 | $ 169.50 | $ - |
| Thomas Nolan (TN) | 52.20 | 52.20 | 0.00 | 0.00 | 0.00 | 0.00 | 52.20 | 0.00 | $ 169.50 | $ - |
| Megan Lang (MRL) | 36.10 | 36.10 | 0.00 | 0.00 | 0.00 | 0.00 | 36.10 | 0.00 | $ 169.50 | $ - |
| Kim Lee (KTL) | 80.20 | 80.20 | 0.00 | 0.00 | 0.00 | 0.00 | 80.20 | 0.00 | $ 150.00 | $ - |
| Daniel M. Markman (DMM) | 14.70 | 14.70 | 0.00 | 0.00 | 0.00 | 0.00 | 14.70 | 0.00 | $ 150.00 | $ - |
| Alissa B Cambier (ABC) | 5.40 | 5.40 | 0.00 | 0.00 | 0.00 | 0.00 | 5.40 | 0.00 | $ 150.00 | $ - |
| Nathan J. Kleiner (NJK) | 5.20 | 5.20 | 0.00 | 0.00 | 0.00 | 0.00 | 5.20 | 0.00 | $ 140.00 | $ - |
| Salvador Arrona (SA) | 3.20 | 3.20 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | 0.00 | $ 140.00 | $ - |
| **RBA Totals:** | 210.20 | 210.20 | 0.00 | 0.00 | 0.00 | 0.00 | 210.20 | 0.00 | | $ - |
| **Total Fees - All Offices** | 210.20 | 210.20 | 0.00 | 0.00 | 0.00 | 0.00 | 210.20 | 0.00 | | $ - |

## Coleman v. Schwarzenegger

**Summary Of Undisputed Costs - First Quarterly Statement, 2005**
**January 1, 2005 through March 31, 2005**

### Matter: 489-3 (Monitoring)

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Defendant's Objections | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $ 6,508.00 | $ - | $ 6,508.00 |
| Photocopying (outside service) | $ 9,478.49 | $ - | $ 9,478.49 |
| Postage & Delivery | $ 1,150.37 | $ - | $ 1,150.37 |
| Telephone | $ 199.72 | $ - | $ 199.72 |
| Lexis | $ 253.00 | $ - | $ 253.00 |
| Telefax | $ 420.00 | $ - | $ 420.00 |
| Catherine Bodene, Hearing Transcript | $ 94.14 | $ - | $ 94.14 |
| Travel | $ 956.61 | $ - | $ 956.61 |
| **RBA Totals:** | **$ 19,060.33** | **$ -** | **$ 19,060.33** |

**PRISON LAW OFFICE**

| | Claimed Costs | Defendant's Objections | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house) | $ 781.40 | $ - | $ 781.40 |
| Postage & Delivery | $ 716.84 | $ - | $ 716.84 |
| Telefax | $ 141.00 | $ - | $ 141.00 |
| Telephone | $ 4.43 | $ - | $ 4.43 |
| Travel | $ 330.20 | $ - | $ 330.20 |
| **Totals:** | **$ 1,973.87** | **$ -** | **$ 1,973.87** |

| **Total Monitoring Costs:** | **$ 21,034.20** | **$ -** | **$ 21,034.20** |
|---|---:|---:|---:|

### Matter: 489-5 (Monitoring Fees on Fees)

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Defendant's Objections | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $ 35.00 | $ - | $ 35.00 |
| Photocopying (outside service) | $ 124.04 | $ - | $ 124.04 |
| Postage & Delivery | $ 17.17 | $ - | $ 17.17 |
| Telefax | $ 20.50 | $ - | $ 20.50 |
| Telephone | $ 18.49 | $ - | $ 18.49 |
| **Total Fees Costs:** | **$ 215.20** | **$ -** | **$ 215.20** |

| **TOTAL UNDISPUTED COSTS** | **$ 21,249.40** | **$ -** | **$ 21,249.40** |
|---|---:|---:|---:|

### Coleman v. Schwarzenegger

Undisputed Costs — 1st Quarter 2005 — 7/27/2005

**Summary Of Undisputed Costs - First Quarterly Statement, 2005**

**January 1, 2005 through March 31, 2005**

*Matter: 489-9*
*(Classification Policies That Interfere With Access to Mental Healthcare)*

| ROSEN, BIEN & ASARO | Claimed Costs | Defendant's Objections | Undisputed Costs |
|---|---|---|---|
| Photocopying (in-house @.20) | $ 620.40 | $ 620.40 | $ - |
| Photocopying (outside service) | $ 586.83 | $ 586.83 | $ - |
| Telefax | $ 22.00 | $ 22.00 | $ - |
| Westlaw | $ 11.63 | $ 11.63 | $ - |
| Postage & Delivery | $ 217.34 | $ 217.34 | $ - |
| Telephone | $ 5.24 | $ 5.24 | $ - |
|  | $ - |  |  |
| **Total Fees Costs:** | $ 1,463.44 | $ 1,463.44 | $ - |