1 | PRISON LAW OFFICE
DONALD SPECTER (State Bar # 83925)
2 | STEVE FAMA (State Bar # 99641)
General Delivery
3 | San Quentin, California 94964
Telephone (415) 457-9144
4 |
BINGHAM McCUTCHEN
5 | WARREN GEORGE (State Bar # 53588)
Three Embarcadero Center
6 | San Francisco, California 94111-4066
Telephone (415) 393-2000
7 |
ROSEN, BIEN & ASARO, LLP
8 | MICHAEL W. BIEN (State Bar # 096891)
SANFORD JAY ROSEN (State Bar # 062566)
9 | THOMAS NOLAN (State Bar # 169692)
ERNEST GALVAN (State Bar # 196065)
10 | 155 Montgomery Street, 8th Floor San Francisco, California 94104
Telephone (415) 433-6830
11 |
HELLER, EHRMAN, WHITE & McAULIFFE
12 | RICHARD L. GOFF (State Bar # 36377)
701 Fifth Avenue
13 | Seattle, Washington 98104
Telephone (206) 447-0900
14 |
Attorneys for Plaintiffs
15 |

16 | IN THE UNITED STATES DISTRICT COURT

17 | EASTERN DISTRICT OF CALIFORNIA

18 |

19 | RALPH COLEMAN,                              ) Case No. Civ. S 90-0520 LKK-JFM
                                             )
20 |     Plaintiff,                           ) **STIPULATION AND [PROPOSED]**
                                             ) **ORDER CONFIRMING UNDISPUTED**
21 | vs.                                       ) **ATTORNEYS' FEES AND COSTS FOR**
                                             ) **THE FOURTH QUARTER OF 2004**
22 | ARNOLD SCHWARZENEGGER, et al.,            ) **AND RESOLVING DISPUTED**
                                             ) **ATTORNEYS' FEES AND COSTS ON**
23 |     Defendants                           ) **THE SECOND AND THIRD**
     _____) **QUARTERLY STATEMENTS OF 2004**

24 |

25 |

26 |

27 |

28 |
489\5\pleading\

1        On March 19, 1996, the District Court established procedures by which plaintiffs are

2    to collect periodic attorneys' fees and costs in this case in connection with their work

3    monitoring defendants' compliance with the Court's Orders and collecting fees.

4        Pursuant to these procedures, the parties have met and conferred concerning fees and

5    costs incurred by plaintiffs' attorneys during the Fourth Quarter of 2004. Plaintiffs have

6    also had an annual meet and confer in order to resolve fees that remained in dispute from

7    the second, third, and fourth quarter of 2004.

8        <u>Results of Meet and Confer Regarding Fourth Quarter 2004 Statement</u>: As a result of

9    the meet and confer session concerning the Fourth Quarter Statement for 2004, the parties

10   are able to agree to the payment of $324,508.89 in fees and costs incurred during the Fourth

11   Quarter of 2004. Attached hereto as Exhibit A are charts setting forth the fees and expenses

12   now due and owing on the Fourth Quarter of 2004. This agreement resolves all disputed

13   fees and costs for the Fourth Quarter of 2004 except for $8,722.50 in fees and costs incurred

14   by plaintiffs in investigating and challenging classification policies of the CDC that interfere

15   with access by members of the plaintiff class to mental health care. The parties agree to

16   defer any dispute over the payment of this $8,722.50 in fees and agree that plaintiffs may

17   seek compensation this time in the future once the status of these issues has been addressed

18   more thoroughly in the case.

19       WHEREFORE, IT IS CONFIRMED that $324,508.89 is due and collectable as of 45

20   days from the date of entry of this order. Daily interest runs from March 10, 2005 at the

21   rate of 3.25%.

22   

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $324,508.89 | 3.25% | $28.89 | March 10, 2004 |

24   (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

25   

26       <u>Results of Annual Meet and Confer Regarding Disputed Second Quarter Fees</u>: The

27   parties also reached agreement on the amounts remaining in dispute on the Second

28   Quarterly Statement for 2004, and agree to a payment of $3,178.84 on the previously

disputed items, as reflected in Exhibit B.

WHEREFORE, IT IS CONFIRMED that $3,178.84 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from September 7, 2004 at the rate of 2.13%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|--------|---------------|----------------|-------------------------|
| $3,178.84 | 2.13% | $0.19 | September 7, 2004 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)


Results of Annual Meet and Confer Regarding Disputed Third Quarter 2004 Fees:

The parties also met and conferred regarding fees which remained in dispute from the Third Quarter 2004 and reached agreement on the amounts remaining in dispute on the Third Quarterly Statement for 2004. As a result of the meet and confer, the parties hereby agree to a payment of $5,300.96 on the previously disputed items, as reflected in Exhibit C. As to the Third Quarter of 2004, this agreement resolves all disputed fees and costs except for $621.25 in fees and costs incurred by plaintiffs in investigating and challenging classification policies of the CDC that interfere with access by members of the plaintiff class to mental health care. The parties agree to defer any dispute over the payment of this $621.25 in fees and agree that plaintiffs may seek compensation this time in the future once the status of these issues has been addressed more thoroughly in the case.

WHEREFORE, IT IS CONFIRMED that $5,300.96 is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from December 23, 2004 at the rate of 2.70%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|--------|---------------|----------------|-------------------------|
| $5,300.96 | 2.70% | $.39 | December 23, 2004 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

1        WHEREFORE, IT IS CONFIRMED that $332,988.69, plus interest is due and collectable

2  as of 45 days from the date of entry of this order.

3

4  IT IS SO ORDERED.

5  Dated:

6                               John F. Moulds, Magistrate Judge
                                 United States District Court

7  APPROVED AS TO FORM:

8

9  Lisa Tillman, Esq.                          DATED: 6-19-05
    Deputy Attorney General

10  Attorney for Defendants

11

12  Thomas Nolan, Esq.                       DATED: 6·21·05
    Rosen, Bien & Asaro

13  Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT $\underline{A}$

<u>Coleman v. Schwarzenegger</u>
**Fourth Quarterly Statement of 2004**
**October 1, 2004 through December 31, 2004**

SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED | |
| --- | --- | --- |
|  | **FEES** | **COSTS** |
| **MONITORING** | $ 284,405.03 | $ 21,548.10 |
| **MONITORING FEES ON FEES** | $ 18,286.00 | $ 269.76 |
| **CLASSIFICATION FEES** | $ - | $ - |
| **TOTALS:** | **$ 302,691.03** | **$ 21,817.86** |

**TOTAL CLAIMED FEES AND COSTS**          **$ 324,508.89**

# Coleman v. Schwarzenegger

## Summary Of Undisputed Fees - Fourth Quarterly Statement, 2004
### October 1, 2004 through December 31, 2004

**Matter: 489-3**

### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 of Certain Hours | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 119.40 * | 2.90 | 1.60 | 0.00 | 1.30 | 0.00 | 0.00 | 118.75 | $ 169.50 | 20,128.13 |
| Jane E. Kahn (JEK) | 322.60 | 7.50 | 5.20 | 1.10 | 1.20 | 0.00 | 0.00 | 320.90 | $ 169.50 | 54,392.55 |
| Thomas Nolan (TN) | 236.80 ** | 1.00 | 0.70 | 0.30 | 0.00 | 0.00 | 0.00 | 236.50 | $ 169.50 | 40,086.75 |
| Pama K. Wu (PKW) | 291.40 | 6.40 | 2.80 | 2.10 | 1.50 | 0.00 | 0.00 | 288.55 | $ 140.00 | 40,397.00 |
| Kira Le (KTL) | 22.80 | 2.90 | 1.90 | 1.00 | 0.00 | 0.00 | 0.00 | 21.80 | $ 140.00 | 3,052.00 |
| Carole DeGraff (CJD) | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | $ 140.00 | 3,360.00 |
| Alissa B. Cambier (ABC) | 289.60 *** | 14.80 | 0.90 | 3.50 | 10.40 | 0.00 | 0.00 | 280.90 | $ 140.00 | 39,326.00 |
| Daniel M. Markman (DMM) | 285.50 | 15.20 | 1.60 | 3.00 | 10.60 | 0.00 | 0.00 | 277.20 | $ 140.00 | 38,808.00 |
| **RBA Totals:** | 1592.10 | 50.70 | 14.70 | 11.00 | 25.00 | 0.00 | 0.00 | 1568.60 | | $ 239,550.43 |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 10.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.90 | $ 169.50 | 1,847.55 |
| Steven Fama (SF) | 9.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.60 | $ 169.50 | 1,627.20 |
| Keith Wattley (KW) | 94.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94.30 | $ 169.50 | 15,983.85 |
| Deb Burke (DB) | 182.70 | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 179.70 | $ 140.00 | 25,158.00 |
| Heather Isaacs (HI) | 1.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 | $ 140.00 | 238.00 |
| **PLO Totals:** | 299.20 | 3.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 296.20 | | $ 44,854.60 |
| **Total Monitoring - All Offices** | 1891.30 | 53.70 | 14.70 | 14.00 | 25.00 | 0.00 | 0.00 | 1864.80 | | $284,405.03 |

\* 5% of MWB time moved to 489-9
\*\* 22.7 of TN time moved to 489-9
\*\*\* 5 of ABC time moved to 489-9

4th Qtr-Undisputed Total Fees.xls

# Coleman v. Schwarzenegger

## Summary Of Undisputed Fees - Fourth Quarterly Statement, 2004
### October 1, 2004 through December 31, 2004

**Classification Policies That Interfere With Access to Mental Healthcare Work**

**Fees Work**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter: 489-9** | | | | | | | | | | |
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 3.30 | 3.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3.30 | 0.00 | $ 169.50 | $ - |
| Jane E. Kahn (JEK) | 1.20 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 0.00 | $ 169.50 | $ - |
| Thomas Nolan (TN) | 4.40 | 4.40 | 0.00 | 0.00 | 0.00 | 0.00 | 4.40 | 0.00 | $ 169.50 | $ - |
| Megan Lang (MRL) | 16.80 | 16.80 | 0.00 | 0.00 | 0.00 | 0.00 | 16.80 | 0.00 | $ 169.50 | $ - |
| Alison B. Cambier (ABC) | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.00 | $ 140.00 | $ - |
| Kim (KTL) | 25.60 | 25.60 | 0.00 | 0.00 | 0.00 | 0.00 | 25.60 | 0.00 | $ 140.00 | $ - |
| **RBA Totals:** | **51.80** | **51.80** | **0.00** | **0.00** | **0.00** | **0.00** | **51.80** | **0.00** | $ | $ - |
| | | | | | | | | | | |
| **Total Fees - All Offices** | **51.80** | **51.80** | **0.00** | **0.00** | **0.00** | **0.00** | **51.80** | **0.00** | $ | $ - |

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter: 489-5** | | | | | | | | | | |
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Thomas Nolan (TN) | 24.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 24.00 | $ 169.50 | $ 4,068.00 |
| Paula Derrico (PD) | 83.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 83.00 | $ 160.00 | $ 13,280.00 |
| **RBA Totals:** | **107.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **107.00** | $ | $ 17,348.00 |
| | | | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 6.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.70 | $ 140.00 | $ 938.00 |
| **PLO Totals:** | **6.70** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **6.70** | $ | $ 938.00 |
| | | | | | | | | | | |
| **Total Fees - All Offices** | **113.70** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **113.70** | $ | $ 18,286.00 |

4/11/2005

**Summary Of Undisputed Costs - Fourth Quarterly Statement, 2004**
**October 1, 2004 through December 31, 2004**

### Matter: 489-3 (Monitoring)

| ROSEN, BIEN & ASARO | | Claimed Costs | | Defendant's Objections | | Undisputed Costs |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ | 6,598.60 | $ | - | $ | 6,598.60 |
| Photocopying (outside service) | $ | 2,004.59 | $ | - | $ | 2,004.59 |
| Postage & Delivery | $ | 2,428.33 | $ | - | $ | 2,428.33 |
| Telephone | $ | 140.58 | $ | - | $ | 140.58 |
| Westlaw | $ | 169.46 | $ | - | $ | 169.46 |
| Telefax | $ | 555.00 | $ | - | $ | 555.00 |
| International Effectiveness - Spanish Translation | $ | 446.50 | $ | - | $ | 446.50 |
| Catherine Bodene, Hearing Transcript | $ | 711.28 | $ | - | $ | 711.28 |
| Quest Discovery Services (photostats) | $ | 29.95 | $ | - | $ | 29.95 |
| Travel | $ | 3,280.19 | $ | - | $ | 3,280.19 |
| **RBA Totals:** | $ | **16,364.48** | $ | **-** | $ | **16,364.48** |

| PRISON LAW OFFICE | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ | 1,260.40 | $ | - | $ | 1,260.40 |
| Postage & Delivery | $ | 2,073.99 | $ | - | $ | 2,073.99 |
| Telefax | $ | 181.00 | $ | - | $ | 181.00 |
| Telephone | $ | 34.91 | $ | - | $ | 34.91 |
| Travel | $ | 1,633.32 | $ | - | $ | 1,633.32 |
| **Totals:** | $ | **5,183.62** | $ | **-** | $ | **5,183.62** |

| **Total Monitoring Costs:** | $ | **21,548.10** | $ | **-** | $ | **21,548.10** |
|---|---|---|---|---|---|---|

### Matter: 489-5 (Monitoring Fees on Fees)

| ROSEN, BIEN & ASARO | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ | 92.80 | $ | - | $ | 92.80 |
| Photocopying (outside service) | $ | 88.58 | $ | - | $ | 88.58 |
| Postage & Delivery | $ | 16.73 | $ | - | $ | 16.73 |
| Telefax | $ | 47.00 | $ | - | $ | 47.00 |
| Telephone | $ | 24.65 | $ | - | $ | 24.65 |
| **Total Fees Costs:** | $ | **269.76** | $ | **-** | $ | **269.76** |

| **TOTAL UNDISPUTED COSTS** | $ | **21,817.86** | $ | **-** | $ | **21,817.86** |
|---|---|---|---|---|---|---|

## Coleman v. Schwarzenegger

**Summary Of Undisputed Costs - Fourth Quarterly Statement, 2004**

**October 1, 2004 through December 31, 2004**

### Matter: 489-9
### (Classification Policies That Interfere With Access to Mental Healthcare)

| ROSEN, BIEN & ASARO | Claimed Costs | | Defendant's Objections | | Undisputed Costs | |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ | 251.60 | $ | 251.60 | $ | - |
| Photocopying (outside service) | $ | 179.03 | $ | 179.03 | $ | - |
| Postage & Delivery | $ | 279.02 | $ | 279.02 | $ | - |
| Telephone | $ | 2.70 | $ | 2.70 | $ | - |
| | $ | - | | | | |
| **Total Fees Costs:** | $ | **712.35** | $ | **712.35** | $ | **-** |

<u>Coleman v. Schwarzenegger</u>

**Summary Of Disputed Fees - 4th Quarterly Statement, 2004**
**October 1, 2004 through December 31, 2004**

**Classification Policies That Interfere With Access to Mental Healthcare Work**

**489-9**

| Attorney/Law Firm | Hours Remaining In Dispute After Meet and Confer | PLRA Rate | Fees Still Owed |
|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | |
| Michael W. Bien (MWB) | 3.30 | $ 169.50 | $ 559.35 |
| Jane E. Kahn (JEK) | 1.20 | $ 169.50 | $ 203.40 |
| Thomas Nolan (TN) | 4.40 | $ 169.50 | $ 745.80 |
| Meghan Lang (MRL) | 16.80 | $ 169.50 | $ 2,847.60 |
| Alissa B. Cambier (ABC) | 0.50 | $ 140.00 | $ 70.00 |
| Kim Le (KTL) | 25.60 | $ 140.00 | $ 3,584.00 |
| **TOTAL ROSEN BIEN & ASARO** | **51.80** | | $ 8,010.15 |
| **Classification Costs:** | | | $ 712.35 |

**Total Still Disputed:**          **$ 8,722.50**

EXHIBIT __B__

<u>Coleman v. Schwarzenegger</u>

**2nd Quarterly Statement - April 1, 2004 through June 30, 2004**
**Summary Of Remaining Disputed Fees**

*Matter: Monitoring 489-3*

| <u>Attorney/Law Firm</u> <br><br> ***ROSEN BIEN & ASARO*** | Disputed <br> <u>Hours</u> | 65/35 Split <br> of Disputed <br> <u>Hours</u> | Hours <br> Remaining <br> <u>In Dispute</u> | Undisputed <br> <u>Hours</u> | PLRA <br> <u>Rate</u> | Total Fees <br> <u>Owed</u> |
|---|---|---|---|---|---|---|
| Michael W. Bien (MWB) | 8.40 | 8.40 | 0.00 | 5.88 | $ 169.50 | $ 996.66 |
| Jane E. Kahn (JEK) | 13.00 | 13.00 | 0.00 | 9.10 | $ 169.50 | $ 1,542.45 |
| Thomas Nolan (TN) | 0.20 | 0.20 | 0.00 | 0.14 | $ 169.50 | $ 23.73 |
| Shira J. Gans (SJG) | 0.60 | 0.60 | 0.00 | 0.42 | $ 160.00 | $ 67.20 |
| Paloma K. Wu (PKW) | 1.10 | 1.10 | 0.00 | 0.77 | $ 140.00 | $ 107.80 |
| Daniel M. Markman (DMM) | <u>4.50</u> | <u>4.50</u> | <u>0.00</u> | <u>3.15</u> | $ 140.00 | $ <u>441.00</u> |
| **TOTAL ROSEN BIEN & ASARO** | **27.80** | **27.80** | **0.00** | **19.46** | | $ **3,178.84** |

EXHIBIT __C__

## Coleman v. Schwarzenegger

**Summary Of Disputed Fees - 3rd Quarterly Statement, 2004**
**July 1, 2004 through September 30, 2004**

**Classification Policies That Interfere With Access to Mental Healthcare**

*Matter: 489-9*

| Attorney/Law Firm | Hours Remaining In Dispute | PLRA Rate | Total Fees Owed |
|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | |
| Michael W. Bien (MWB) | 2.50 | $ 169.50 | $ 423.75 |
| Jane E. Kahn (JEK) | 1.00 | $ 169.50 | $ 169.50 |
| Daniel M. Markman (DMM) | 0.20 | $ 140.00 | $ 28.00 |
| **TOTAL ROSEN BIEN & ASARO** | **3.70** | | **$ 621.25** |
| | | | |
| **Total Still Disputed:** | | | **$ 621.25** |

1

**PROOF OF SERVICE**

2      I, the undersigned, certify and declare that I am over the

3   age of 18 years, employed in the City and County of San Francisco,

4   California, and not a party to the within action.  My business

5   address is 155 Montgomery Street, 8th floor, San Francisco,

6   California 94104.  I served a true copy of the following:

7

8      **STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED
       ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2004 AND**

9   **RESOLVING DISPUTED ATTORNEYS' FEES AND COSTS ON THE SECOND
       AND THIRD QUARTERLY STATEMENTS OF 2004**

10

11   on the parties in said action by causing same to be delivered in

12   the manner and on the date listed below:

13

    **BY U.S. MAIL**
14
    Lisa A. Tillman
15   Deputy Attorney General
    1300 I Street, Suite 125
16   PO Box 944244-2550
    Sacramento, CA 95814
17
    John van de Erve, Esq.
18   Judi Lemos, Esq.
    California Department of Corrections
19   Legal Affairs Division
    1515 "S" Street, Suite 314 S
20   Sacramento, CA 95814

21

22      I declare under penalty of perjury that the foregoing is true

23   and correct.  Executed this 21st day of June, 2005, at San

24   Francisco, California.

25

26                                    _Pamela A Derr_
                                      _____
27                                      PAMELA A. DERRICO

28