PRISON LAW OFFICE
DONALD SPECTER (State Bar # 83925)
STEVE FAMA (State Bar # 99641)
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

BINGHAM McCUTCHEN
WARREN GEORGE (State Bar # 53588)
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN (State Bar # 096891)
SANFORD JAY ROSEN (State Bar # 062566)
THOMAS NOLAN (State Bar # 169692)
ERNEST GALVAN (State Bar # 196065)
155 Montgomery Street, 8th Floor San Francisco, California  94104
Telephone (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF (State Bar # 36377)
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RALPH COLEMAN, | ) Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **CONFIRMING UNDISPUTED** |
| vs. | ) **ATTORNEYS' FEES AND COSTS** |
| | ) **FOR THE FIRST QUARTER OF** |
| ARNOLD SCHWARZENEGGER, et al., | ) **2005** |
| | ) |
| Defendants | ) |
| | ) |

1    On March 19, 1996, the District Court established procedures by which plaintiffs are to

2 collect periodic attorneys' fees and costs in this case in connection with their work monitoring

3 defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, the parties have met and conferred concerning fees and

5 costs incurred by plaintiffs' attorneys during the First Quarter of 2005.  As a result of the meet

6 and confer session concerning the First Quarter Statement for 2005, the parties are able to agree

7 to the payment of $305,178.35 in fees and costs incurred during the First Quarter of 2005.

8 Attached hereto as Exhibit A are charts setting forth the fees and expenses now due and owing on

9 the First Quarter of 2005.   This agreement resolves all disputed fees and costs for the First

10 Quarter of 2005 except for $34,888.69 in fees and costs incurred by plaintiffs in investigating and

11 challenging classification policies of the CDC that interfere with access by members of the

12 plaintiff class to mental health care.  The parties agree to defer any dispute over these fees and

13 agree that plaintiffs may seek compensation in the future once the status of these issues has been

14 addressed more thoroughly in the case.

15    WHEREFORE, IT IS CONFIRMED that $305,178.35, plus interest is due and collectable

16 as of 45 days from the date of entry of this order.  Daily Interest runs from June 6, 2005 at the

17 rate of 3.30%.

18 | **Amount** | **Interest Rate** | **Daily Interest** | **Interesting Began Accruing** |
|---|---|---|---|
| $ 305,178.35 | 3.30% | $27.59 | June 6, 2005 |

20 (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

21 IT IS SO ORDERED.

22 Dated: August 22, 2005.

24    UNITED STATES MAGISTRATE JUDGE

1  APPROVED AS TO FORM:

2
       _____/s/_____          DATED: _____July 28, 2005_____
3  Lisa Tillman, Esq.
   Deputy Attorney General
4  Attorney for Defendants

5
       _____/s/_____          DATED: _____July 28, 2005_____
6  Thomas Nolan, Esq.
   Rosen, Bien & Asaro
7  Attorneys for Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS