IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

          Plaintiffs,                   No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

          Defendants.              ORDER
_____/

         The matter of payment of the special master has been referred to this court by the district court.  The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of July 2005.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1.  The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
<u>Coleman</u> Special Master
285 Terrace Avenue
Riverside, Rhode Island  02915

the amount of $217,715.20 in accordance with the attached statement; and

/////

/////

/////

2.  A copy of this order shall be served on the financial department of this court.

DATED:  August 22, 2005.

UNITED STATES MAGISTRATE JUDGE

/cole05.jul

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
|       **Plaintiffs,** | : | |
| | : | |
|    **v.** | : | **No. Civ. S-90-0520 LKK JFM P** |
| | : | |
| **ARNOLD SCHWARZENEGGER et al.,** | : | |
|       **Defendants.** | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through July 31, 2005.

J. Michael Keating, Jr., Master
          Services                       $27,976.00
          Disbursements         $      99.08

                   Total amount due                          $ 28,075.08

Matthew A. Lopes, Jr., J.D.
          Services                       $18,250.00
          Disbursements         $ 8,775.44

                   Total amount due                          $ 27,025.44

Mohamedu F. Jones, J.D.
          Services                       $24,300.00
          Disbursements         $     -0-

                   Total amount due                          $ 24,300.00

Paul Nicoll, M.A.P.A.
          Services                       $23,880.00
          Disbursements         $     -0-

                   Total amount due                          $ 23,880.00

Kerry C. Hughes, M.D.
          Services                       $22,250.00
          Disbursements         $ 4,100.11

                   Total amount due                          $ 26,350.11

Dennis F. Koson, M.D.
      Services                             $3,775.00
      Disbursements              $   277.10

          Total amount due                        $   4,052.10

Jeffrey Metzner, M.D.
      Services                            $18,112.50
      Disbursements              $  2,085.93

          Total amount due                        $ 20,198.43

Raymond F. Patterson
      Services                            $18,827.50
      Disbursements              $  3,050.79

          Total amount due                        $ 21,878.29

Melissa G. Warren, Ph.D.
      Services                            $12,740.00
      Disbursements              $   886.94

          Total amount due                        $ 13,626.94

Norma D'Apolito, J.D.
      Services                            $14,240.00
      Disbursements              $     -0-

          Total amount due                        $ 14,240.00

Virginia L. Morrison, J.D.
      Services                            $11,536.00
      Disbursements              $    34.51

          Total amount due                        $ 11,570.51

Patricia M. Williams, J.D.
      Services                            $1,720.00
      Disbursements              $  798.30

          Total amount due                        $   2,518.30

          TOTAL AMOUNT TO BE REIMBURSED        **$217,715.20**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master