1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   KEITH WATTLEY Bar No. : 203366
3  General Delivery
   San Quentin, California  94964
4  Telephone (415) 457-9144

5  McCUTCHEN, DOYLE, BROWN & ENERSEN
   WARREN E. GEORGE Bar No.: 53588
6  Three Embarcadero Center
   San Francisco, California  94111
7  Telephone (415) 393-2000

8  ROSEN, BIEN & ASARO, LLP
   MICHAEL W. BIEN Bar No.: 096891
9  THOMAS NOLAN Bar No.: 169692
   155 Montgomery Street, 8th Floor
10 San Francisco, California  94104
   Telephone (415) 433-6830

11

   HELLER, EHRMAN, WHITE & McAULIFFE
12 RICHARD L. GOFF Bar No.: 36377
   701 Fifth Avenue
13 Seattle, Washington  98104
   Telephone (206) 447-0900

14

   Attorneys for Plaintiffs

15

16                    IN THE UNITED STATES DISTRICT COURT

17                         EASTERN DISTRICT OF CALIFORNIA

18

19
   RALPH COLEMAN,                    )  Case No. Civ S 90-0520 LKK-JFM
20                                    )
           Plaintiffs,               )  DECLARATION OF THOMAS NOLAN
21                                    )  IN SUPPORT OF PLAINTIFFS' NOTICE
   vs.                               )  REGARDING DEFENDANTS'
22                                    )  FAILURE TO COMPLY WITH THE
   ARNOLD SCHWARZENEGGER, et al.,    )  JUNE 9, 2005 COURT ORDER
23                                    )  PARAGRAPH 2 AND 5 RE SUICIDE
           Defendants                )  PREVENTION POLICIES.
24                                    )
                                      )
25                                    )
                                      )
26                                    )  Honorable Lawrence K. Karlton
                                      )
27 ─────────────────────────────────)

28

I, Thomas B. Nolan, do hereby declare under penalty of perjury as follows:

1.       I am an associate at the law firm Rosen, Bien & Asaro, one of the counsel of record for the plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.

2.       On Monday August 22, 2005, I telephoned CDCR attorney Deputy Attorney General Lisa Tillman concerning the status of various pending matters in the *Coleman* case. During the call, we discussed the status of defendants' new CPR policy. Ms. Tillman informed me that although she was not certain, she thought that negotiations with the CCPOA concerning the new CPR policy had begun during the week of August 15, 2005. We also discussed the status of defendants' efforts to begin to train CDCR staff in CPR techniques. (Defendants' new policy includes mandatory annual training for all current staff in CPR techniques, as well as mandatory training for new correctional officers in CPR). Ms. Tillman stated that training of CDCR staff in CPR techniques had not yet begun because the CDCR was still trying to secure a contractor to conduct this CPR training.

3.       During the Monday, August 22, 2005 phone call, Ms. Tillman and I also discussed the status of efforts to develop a plan to track inmates with a history of suicidal behavior. Ms. Tillman told me that someone in CDCR headquarters is working on this issue, but that she does not know when they will have a plan for tracking this information.

4.       This afternoon at 4:30 p.m., I received telephone call from Lisa Tillman, counsel for defendants. Ms. Tillman told me that defendants were preparing to send us materials relating to their plan to track suicidal history for MHSDS inmates. Mr. Tillman also mentioned that she believes, based on a conversation today with CDCR attorney Bruce Slavin, that the pending CCPOA negotiations regarding the CPR policy are "off the table." She was not able to explain what that meant in terms of the negotiations, and did not appear to have personal knowledge of the exact status of the negotiations with the CCPOA. She also mentioned that another CDCR attorney is investigating the status of

1 | the training issue further.

2 |     I do so declare under penalty of perjury this 24th day of August, 2005, at San

3 | Francisco, California that the foregoing is true and correct.

4 |

5 | _Thomas Nolan_

6 |       Thomas B. Nolan

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |