IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,        No. CIV S-90-0520 LKK JFM P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.       <u>ORDER</u>

_____/

      On August 26, 2005, plaintiffs filed a document styled "Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies."  Defendants have not filed a response to the notice.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Within fifteen days from the date of this order, defendants shall file and serve a response to plaintiffs' August 26, 2005 notice of non-compliance;

      2. Plaintiffs' reply, if any, shall be filed and served not later than ten days thereafter; and

/////

/////

/////

1

3. This matter is set for hearing on October 14, 2005 at 10:00 a.m. in Courtroom # 4.

DATED: September 12, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/coleman.octhrg