Coleman v. Schwarzenegger
United States District Court, Case No. CIV S-90-0520 LKK JFM P
Defendants' Reply to Notice of Noncompliance
Exhibit 3

State of California                                           Department of Corrections and Rehabilitation

# Memorandum

Date    : September 12, 2005

To      : Associate Directors, Division of Adult Institutions
          Regional Administrators, Health Care Services Division
          Wardens, Health Care Managers

Subject : **POLICY REGARDING PEACE OFFICERS RESPONSIBILITY FOR USE OF CARDIO PULMONARY RESUSCITATION AND FIRST AID**

A review of several incidents related to our staff's use of Cardio Pulmonary Resuscitation (CPR) has prompted the review of departmental policy on this topic. Case law supports the expectation for all employees trained in CPR to perform it whenever the inmate might benefit from such efforts and when reasonably safe to do so. This would include having the appropriate protective equipment commensurate with the situation. The California Department of Corrections and Rehabilitation (CDCR) has moved forward in the adoption and application of this Departmental Policy. This policy memorandum supersedes all other previous directions specifically related to peace officers responsibilities in the performance of CPR.

### Application of Policy

The application of this policy change requires the following peace officers who are first responders (which includes, but is not limited to Correctional Officer, Sergeant, Correctional Counselor I) and are trained in CPR/First Aid to utilize these life saving efforts whenever the inmate might benefit from such efforts and when it is reasonably safe to the employee to do so. In cases where CPR and/or First Aid are not initiated due to obvious signs of prolonged death e.g., rigormortis, decapitation, and/or the situations which pose a threat to self or others; the staff member will be required to articulate the decision made and actions taken or not taken.

An example of this would include the following:

> *A peace officer responding to an emergency, observes an unconscious inmate with multiple stab wounds. The officer initiates emergency response procedures e.g., sounding alarm, assessing and reacting to present danger and takes steps to ensure the area is both safe and clear of immediate threat. The use of CPR/First Aid shall be conducted when reasonably safe to do so. The Officer's report should describe the actions and steps taken to provide a safe and secure environment while ensuring the provision of life saving efforts.*

There are other examples where the immediate safety of the staff member or others would supersede the initiation of CPR/First Aid. The underlying issue is whether staff are trained to maximize and expedite response efforts to ensure CPR/First Aid are provided whenever possible and when reasonably safe to do so. Correctional peace officers initiation of CPR/First Aid does not relieve responding medical personnel of their responsibility to assume life saving efforts upon arrival. Responding medical personnel shall assume primary responsibility in the provision of medical attention and life saving efforts upon their arrival. The combined efforts of

See Distribution List
Page 2

both custody and medical personnel are expected. Both custody and medical personnel are responsible to continue life saving efforts in unison as long as necessary.

**Training**

The CDCR has already implemented a new training requirement to include mandatory annual CPR/First Aid training and recertification for Correctional Officers and Supervisors. The Office of Training and Personnel Development implemented mandatory off post training for CPR/First Aid effective January 2005. The CDCR has enhanced existing CPR/First Aid training by standardizing CPR/First Aid curriculum and equipment. This standardization is scheduled to begin in July of 2005. Additional training will be provided to include an administrative overview. This overview will ensure an understanding of the legal obligations and liabilities as well as the technical application of this obligation.

If you have any questions or require clarification regarding the information provided, please contact Gary C. Swarthout, Project Coordinator, at (916) 322-9502.

*[signature]*

JOHN DOVEY
Director
Division of Adult Institutions

DISTRIBUTION LIST:

| | | |
|---|---|---|
| Mike Knowles | Sandra Duveneck | Renee Kanan |
| David Lewis | Kathy Keeshen | Tim Virga |
| Paul Bestolarides | Joe Armor | Dennis Beaty |
| Gail Tanaka | Mike Beaber | David Hellerstein |
| Caroline Short | Margaret Howerton | Carole Springer |
| Ralyn Conner | Cassandra Mraz | |