Coleman v. Schwarzenegger
United States District Court, Case No. CIV S-90-0520 LKK JFM P
Defendants' Reply to Notice of Noncompliance
Exhibit 4

State of California                                              Department of Corrections and Rehabilitation

# Memorandum

Date : September 12, 2005

To : Associate Directors
Wardens

Subject: **CARDIO PULMONARY RESUSCITATION**

The California Department of Corrections and Rehabilitation (CDCR) has developed the attached Cardio Pulmonary Resuscitation (CPR) Policy for immediate implementation. Please ensure that your institution/facility provide immediate documented On-The-Job Training to all Peace Officer classifications. The training will include the review and discussion of the attached policy. The training on the new policy must be conducted by September 29, 2005. Please confirm your compliance via email to Associate Warden, Gary Swarthout, Division of Adult Institutions, by September 30, 2005.

CDCR has purchased new standardized safety equipment "CPR mouth shield" that will be shipped to your institution/facility. Upon arrival, documented On-The-Job Training provided must be provided by a certified CPR instructor to all Peace Officers who are responsible for the use of CPR and First Aid. This training must include a review of the instructions enclosed with product. In the interim you are to instruct those Peace Officers to use existing safety equipment that has been provided under the negotiated Bloodbourne Pathogen Agreement. Once trained, each officer will be provided a personal CPR mouth shield which must be carried at all times.

*Note, *Both of these training elements are also to be incorporated into your formal CPR training immediately.*

Each institution/facility is to ensure and confirm Housing Unit Control Booths and/or designated areas are equipped with the CPR safety equipment that was negotiated in the Bloodborne Pathogen Agreement. Institutions are also to ensure that this CPR equipment is stored with the emergency cut down device and is readily available in the event of an emergency. Please confirm your compliance via email to Gary Swarthout by September 15, 2005.

If you have any questions regarding the information provided or require clarification, please contact Associate Warden, Gary Swarthout, at (916) 445-5691.

Mike Knowles
Deputy Director (A)
Division of Adult Institutions

Attachment
cc: John Dovey                    Renee Kanan, M.D            Kathleen Keeshen
    Brigid Hanson                 Tim Virga                   Michael Stone
    Doug Mckeever,                Gary Swarthout

° CDC 1617 (3/89)