**Coleman v. Schwarzenegger**
United States District Court, Case No. CIV S-90-0520 LKK JFM P
Defendants' Reply to Notice of Noncompliance
Exhibit 7

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                     ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
P.O. Box 942883
Sacramento, CA 94283-0001

September 2, 2005

Mr. J. Michael Keating, Jr.                    Via:   Lisa Tillman
Office of the Special Master                          Deputy Attorney General
285 Terrace Avenue                                    Department of Justice
Riverside, RI 02915                                   1300 I Street, Suite 125
                                                      P.O. Box 944255
                                                      Sacramento, CA 95244

Dear Special Master Keating:

Enclosed is the updated action plan for the California Department of Corrections and Rehabilitation (CDCR) implementation of Cardio Pulmonary Resuscitation (CPR) policy. We are pleased to report that we have remained on schedule and are making good progress. The enclosed plan provides updated completion dates and additional elements of the process that are being tracked to ensure a successful implementation. On August 25, 2005, our Office of Labor Relations completed their impact review of CDCR policy and officially noticed the impacted bargaining unit. The affected union has 30 days to respond and we anticipate beginning formal negotiations this September. In the interim, institutions have continued to train personnel in CPR and First Aid to ensure that upon completion of negotiations and arrival of safety equipment we are able to expedite the final phase of implementation.

If you have any questions regarding the information provided or require clarification, please contact Gary Swarthout, Associate Warden, Division of Adult Institutions, at (916) 445-5031.

Sincerely,

JOHN DOVEY
Director
Division of Adult Institutions

Enclosure

cc: Renee Kanan, M.D., Director (A), Division of Correctional Health Care Services
    Mike Knowles, Deputy Director (A), Division of Adult Institutions
    Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs
    Brigid Hanson, Assistant Secretary, Office of Labor Relations
    Tim Virga, Chief, Office of Labor Relations
    Michael Stone, Staff Counsel, Health Care Team, Office of Legal Affairs
    Doug McKeever, Mental Health Program Project Director, Division of Correctional Health Care Services
    Gary Swarthout, Associate Warden, Division of Adult Institutions

## Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **POLICY CLARIFICATION:** The Department of Corrections CPR policy requires clarification and supporting administrative direction. | Request Legal to review policy and issue pertaining to the legal requirements of CDC to provide CPR to incarcerated felons. |  | Kathleen Keeshen | 1-Feb-05 | 30-Mar-05 |
| **INITIAL RESEARCH & IMPACT ASSESSMENT:** The related issues pertaining to the rendered legal decision need to be researched and documented. | Assign personnel resource to research and author an issue memorandum that will identify the potential impact and related stakeholders required to address them. | Initial research and memorandum completed. | Gary Swarthout | 20-Apr-05 | 26-Apr-05 |
| **PROJECT LEAD:** There is currently no assigned person to take lead in ensuring this policy change comes to fruition. | Assign responsibility for the formulation of a CPR committee. | A CPR memorandum signed by John Dovey was distributed on April 26, 2005. The memorandum identified the noted stakeholders and potential issues that will need to be addressed S. Hubbard was given lead in the formulation of a CPR committee and tasked with bringing the administrative direction to fruition. | J Dovey | 1-May-05 | 26-Apr-05 |

9/2/2005                                                                 1

## Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **CPR COMMITTEE:** The issues identified in the research document/memorandum will require subject matter experts and stakeholders input in order to determine the best course of action for implementation. The legal decisions may require interpretation and a collaborative effort to implement. | Establish CPR committee and schedule strategic planning meeting to develop action plan for implementation of new CPR policy. | S. Hubbard has formed the CPR committee that consist of representatives from stakeholders identified in the research document. These include, Office Of Departmental Training, Human Resources, Legal, Labor, Policy and Regulations, Academy, Budgets and Fiscal. The First meeting is scheduled for April 29, 2005. | S. Hubbard | 2-May-05 | 29-Apr-05 |
| **ACTION PLAN:** During the April 29, 2005 CPR meeting there were a variety of issues that were discussed. The resolution of these issues will have a direct impact on our ability to implement the new CPR policy. | Develop an action plan that will identify the specific topics of concern, the intended action to correct them, any pertinent comments related to their progress and or barriers, person responsible, target date for completion and actual completion date. | The formulation of an CPR action plan has already been initiated. The document will be used to routinely track and provide updates on the projects progress. The action plan will require ongoing updates. | Gary Swarthout | 6-May-05 | 6-May-05 |

9/2/2005                                             2

# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **IMPACTED CLASSIFICATIONS:** The committee met on 4-29-05 and discussed the legal decision for CPR and garnered clarification regarding the impacted classifications. This clarification will require Directorate approval. | Determine impacted classifications for CPR legal decision. | The committee met on 4-29-05 to discuss the legal decision for CPR and the determine the impacted classifications. During the meeting the initial determination made was that first responders included Correctional Officers and Sergeant. | Committee | 6-May-05 | 29-Apr-05 |
| **MEDICAL REQUIREMENTS:** CPR requirements for medical personnel may be different than those for other personnel. | Determine difference in level of training and whether medical personnel would benefit from proposed standardized training. Assess current status of CPR certified medical personnel. | A review of Duty Statements, Labor Contracts, Continuing education requirements etc will provide this information. The review determined that Medical personnel already receive training and are trained at a higher standard based on their classification. | Kathy Keeshen  Dr. Dave Hellerstein  Raylin Conner | 13-May-05 | 13-May-05 |

## Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **FISCAL IMPACT:** Legal recommends CPR Training for all employees. If the department elects to adopt this recommendation a fiscal analysis will be required regarding the associated cost both in training, recertification and equipment. This research will need to be done regardless of the decision of whom will receive training. | Conduct an analysis of training cost associated with new policy change requiring the provision of CPR for all trained employee or employees designated to be trained in CPR. | This analysis will require the ODT, Academy and Budgets to work collaboratively. This analysis resulted in determination that $120,000 would be needed to purchase initial equipment and additional $110,000 for standardized curriculum and training. Budgets has been contacted to request funding be identified. Hoat Funds will be used in order to facilitate purchase of equipment and contracted services/curriculum. | P. Bestolarides, Caroline Short, Nancy Baldwin, Gary Laws, D Lewis | 13-May-05 | 20-Jul-05 |
| **EQUIPMENT:** Equipment Needs have not been assessed and reconciled with new policy requirements, training curriculum and fiscal impact. | The type of equipment needed for delivery of CPR will need to be researched. This research will need to include the existing equipment provided, as well as potential new equipment that would allow staff to render immediate aid. | Some research has already been done in this area. Samples of available equipment have been procured. Contact G. Swarthout. The expectation is that the a documented assessment will done that will provide recommendations and alternative for CPR related equipment. The assessment should include an analysis of the associated fiscal impact, product viability for use and application in a correctional setting, safety, product specifications, shelf life etc. This document was completed and has been used in the bid process for purchase of equipment. | Caroline Short, P. Bestolarides, Nancy Baldwin, Gary Laws, Raylin Connors | 13-May-05 | 20-Jul-05 |

9/2/2005

# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **CURRICULUM REVIEW:** The curriculum used to train staff in CPR will need to be standardized in both content and policy. | Review Curriculums and training methods, determine course of action for achieving standardized training and equipment. Present recommendations with associated cost and projected impact, ensuring that the assessment reconciles with accepted standards for CPR, approved equipment and Academy Training. | The decision to utilize a standardized method of training will be most viable from a standardization and application vantage. This assessment was completed in June 2006, and was approved on July 20, 2005. The curriculum is now in process of being bided out. | Caroline Short, P. Bestolarides, Nancy Baldwin, Gary Laws, Raylin Connors, Dr. Hellerstein | 27-May-05 | 20-Jul-05 |
| **PROCUREMENT:** The recommended and approved equipment will need to purchased in bulk in order to ensure a fiscally prudent process and standardization occurs. | Utilize research and set up contract for purchase of agreed upon equipment. | Procurement of equipment should be done after policy, curriculum, and labor related issues are completed. The procurement office has begun the bid process with identified contractors. | Caroline Short, Nancy Baldwin, Gary Laws, Steve Stone | 1-Dec-05 | |
| **CDCR CPR POLICY DEVELOPMENT:** CDCR needs to author a CPR policy that reflect the legal opinion of CDCR and meets the needs of its staff and inmate population.<br><br>9/2/2005 | [illegible] Policy for CPR to [illegible] legal opinion and application of [p]olicy. | The Policy has been authored and signed by the Director on 7-20-05. It is currently in Labor and Negotiations with the impacted bargaining units have been set up. Due to contracted timelines for notice and review the Union has 30 days to respond to Labor notice. It is anticipated that negotiations will begin in September<br><br>5 | Gary Swarthout | October 30 2005 | Nov 05 ~~20-Jul-05~~ |

# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| LEGAL REVIEW OF POLICY: The departmental policy will require a final review by Legal to ensure the language complies with intent the decision rendered. | Upon completion of Policy route to Legal for review and approval. | This was completed and the policy was redistributed to the stakeholder for final review. | Chuck Sickels, Gary Swarthout | 30-Oct-05 | |
| CPR FIRST AID TRAINING: All Officers will need to be trained in CPR/First Aid. | Ensure all Correctional Officers have received CPR/First Aid Training. | Mandatory CPR training began at the beginning of the year and instructors are training staff in accordance with training schedule and birthdates. It is anticipated that all Officers and Sergeants will be trained in four months (January 2006) | IST Mangers and ODT | 1-Jan-06 | |

9/2/2005                                              6

# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **CPR POLICY:** Existing policy memorandums do not clearly define administrative expectations. The new policy will require an updated policy memorandum and training for all personnel on the administrative expectations. | Distribute and train staff on new policy. | The distribution of said policy should be coordinated with the supporting equipment and training. Note the Policy has been authored and signed by the Director on 7-20-05. It is currently in Labor and Negotiations with the impacted bargaining units have been set up. Due to contracted timelines for notice and review the Union has 30 days to respond to Labor notice. It is anticipated that negotiations will begin in September. The Union was Officially noticed on August 25, 2005 by Labor | Gary Swarthout T. Virga | 1-Dec-05 | |
| **LEGAL REVIEW OF POLICY:** The departmental policy will require a final review by Legal to ensure the language complies with intent the decision rendered. | notice impacted bargaining units and set up negotiations. | Negotiations cannot be set up until policy is completed and relative decisions regarding supporting infrastructures, fiscal, equipment, curriculum etc., are made. This was accomplished and approved on 7-20-05. | Tim Virga Labor Relations Carole Springer | 22-Jul-05 | 22-Jul-05 |
| **EQUIPMENT DISTRIBUTION:** Purchased equipment will need to be distributed to each institution and facility. | Distribute equipment. | The equipment is in the process of being bided out. Once received the equipment will need to be distributed. Purchase and distribution will be centralized form HQ's to ensure expedited time lines and standardization in product. The process could take several months, however we are expediting orders. Directorate approval has been given on 7-20-05. | Gary Laws & Institutions | Dec-05 | |

9/2/2005

Lisa Tillman - CPRdoc.tif

## Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **EQUIPMENT TRAINING:** The safety equipment "CPR protective barrier" will require some training to ensure staff are familiar with product. | Train Staff on selected Protective barrier. | Training will occur on site by CPR instructors. | IST Mangers and ODT | Jan-06 | |
| **CURRICULUM BID:** The curriculum used to train staff in CPR will need to be standardized in both content and policy. The curriculum criteria and scope will need to be identified, and bided out for statewide application. | Develop scope of curriculum and bid out. | Scope has been developed. Bid process will ensue. In the interim the training provided for CPR and First Aid are approved and meet appropriate standards. Scope was completed in July, and will be bided out. | Gary Swarthout Gary Laws | Scope 7/1/2005 Selected Bid Approval and processing Dec 2005 | Scope 7-1-05 |

9/2/2005                                          8