**Coleman v. Schwarzenegger**
**United States District Court, Case No. CIV S-90-0520 LKK JFM P**
**Defendants' Reply to Notice of Noncompliance**
**Exhibit 8**

**From:**     "Moore, Steve" <Steve.Moore@cdcr.ca.gov>
**To:**       "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**     9/13/2005 2:02:58 PM
**Subject:**  RE: CPR

Hi Denise, I received two of these, one at 1048 AM and the one @1248PM.
Should I assume I should disregard the first and handle the second?
Steve

> -----Original Message-----
> From:      Perinati, Denise
> Sent:      Tuesday, September 13, 2005 12:48 PM
> To:    InstDiv-Wardens
> Subject:      FW: CPR
>
> Please notify me that you have received this e-mail.  Thank you.
>
> -----Original Message-----
> From:      Perinati, Denise
> Sent:      Tuesday, September 13, 2005 10:44 AM
> To:    InstDiv-Wardens
> Subject:      CPR
>
> << File: CPR.tif >>

**From:**       "Scott, Suzanne" <Suzanne.Scott@cdcr.ca.gov>
**To:**         "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**       9/13/2005 1:02:02 PM
**Subject:**    RE: CPR

Rec'd

Suzy Scott
Executive Assistant
RJD's Warden's Office
(619) 661-7800

      -----Original Message-----
      From: Perinati, Denise
      Sent: Tuesday, September 13, 2005 12:48 PM
      To: InstDiv-Wardens
      Subject: FW: CPR

      Please notify me that you have received this e-mail.  Thank
you.

      -----Original Message-----
      From:   Perinati, Denise
      Sent:   Tuesday, September 13, 2005 10:44 AM
      To:     InstDiv-Wardens
      Subject:        CPR

      << File: CPR.tif >>

**From:**      "Muntz, Madelene" <Madelene.Muntz@cdcr.ca.gov>
**To:**        "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**      9/13/2005 1:03:55 PM
**Subject:**   Read: CPR

Your message

To:    InstDiv-Wardens
Subject: FW: CPR
Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:03:55 -0700

**From:**        "Schwartz, Teresa" <Teresa.Schwartz@cdcr.ca.gov>
**To:**          "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**        9/13/2005 1:08:08 PM
**Subject:**     RE: CPR

Received by CMF

Teresa A. Schwartz
Warden
California Medical Facility
California Department of Corrections and Rehabilitation
Phone: (707) 449-6500
Fax:    (707) 448-1467
email:  Teresa.Schwartz@cdcr.ca.gov

> -----Original Message-----
> From:        Perinati, Denise
> Sent:        Tuesday, September 13, 2005 12:48 PM
> To:    InstDiv-Wardens
> Subject:        FW: CPR
>
> Please notify me that you have received this e-mail.  Thank you.
>
> -----Original Message-----
> From:        Perinati, Denise
> Sent:        Tuesday, September 13, 2005 10:44 AM
> To:    InstDiv-Wardens
> Subject:        CPR
>
> << File: CPR.tif >>

**From:**          "Schwartz, Teresa" <Teresa.Schwartz@cdcr.ca.gov>
**To:**            "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**          9/13/2005 1:08:08 PM
**Subject:**       RE: CPR

Received by CMF

Teresa A. Schwartz
Warden
California Medical Facility
California Department of Corrections and Rehabilitation
Phone: (707) 449-6500
Fax:     (707) 448-1467
email:  Teresa.Schwartz@cdcr.ca.gov

> -----Original Message-----
> From:          Perinati, Denise
> Sent:          Tuesday, September 13, 2005 12:48 PM
> To:    InstDiv-Wardens
> Subject:       FW: CPR
>
> Please notify me that you have received this e-mail.  Thank you.
>
> -----Original Message-----
> From:          Perinati, Denise
> Sent:          Tuesday, September 13, 2005 10:44 AM
> To:    InstDiv-Wardens
> Subject:       CPR
>
> << File: CPR.tif >>

**From:**       "Hall, James" <James.Hall@cdcr.ca.gov>
**To:**         "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**       9/13/2005 1:09:56 PM
**Subject:**    Read: CPR

Your message

To:     InstDiv-Wardens
Subject: FW: CPR
Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:09:56 -0700

**From:**        "Ornoski, Steven" <SOrnoski@cdcr.ca.gov>
**To:**          "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**        9/13/2005 1:16:40 PM
**Subject:**     Read: CPR

Your message

To:     InstDiv-Wardens
Subject: FW: CPR
Sent:    Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:16:40 -0700

**From:**       "Carey, Thomas" <Thomas.Carey@cdcr.ca.gov>
**To:**         "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**       9/13/2005 1:26:42 PM
**Subject:**    Read: CPR

Your message

To:     InstDiv-Wardens
Subject: FW: CPR
Sent:    Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:26:42 -0700

**From:**       "Ornoski, Steven" <SOrnoski@cdcr.ca.gov>
**To:**         "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**       9/13/2005 1:17:03 PM
**Subject:**    RE: CPR

Received and understood

> -----Original Message-----
> From:       Perinati, Denise
> Sent:       Tuesday, September 13, 2005 12:48 PM
> To:    InstDiv-Wardens
> Subject:      FW: CPR
>
> Please notify me that you have received this e-mail.  Thank you.
>
> -----Original Message-----
> From:       Perinati, Denise
> Sent:       Tuesday, September 13, 2005 10:44 AM
> To:    InstDiv-Wardens
> Subject:      CPR
>
> << File: CPR.tif >>

**From:**      "Poulos, Mike" <Mike.Poulos@cdcr.ca.gov>
**To:**        "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**      9/13/2005 1:59:30 PM
**Subject:**   Read: CPR

Your message

 To:     InstDiv-Wardens
 Subject: FW: CPR
 Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:59:30 -0700

**From:**          "Shepherd, Mark" <Mark.Shepherd@cdcr.ca.gov>
**To:**            "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**          9/13/2005 1:44:22 PM
**Subject:**       Not read: CPR

Your message

    To:     InstDiv-Wardens
    Subject: FW: CPR
    Sent:   Tue, 13 Sep 2005 12:47:45 -0700

    was not read

| | |
|---|---|
| **From:** | "Kirkland, Richard" <Richard.Kirkland@cdcr.ca.gov> |
| **To:** | "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov> |
| **Date:** | 9/13/2005 1:30:41 PM |
| **Subject:** | RE: CPR |

Got it twice, plus a fax.   Rich

> -----Original Message-----
> From:   Perinati, Denise
> Sent:   Tuesday, September 13, 2005 12:48 PM
> To:     InstDiv-Wardens
> Subject:        FW: CPR
>
> Please notify me that you have received this e-mail.  Thank
you.
>
> -----Original Message-----
> From:   Perinati, Denise
> Sent:   Tuesday, September 13, 2005 10:44 AM
> To:     InstDiv-Wardens
> Subject:        CPR
>
> << File: CPR.tif >>

**From:**      "Henry, Gloria" <Gloria.Henry@cdcr.ca.gov>
**To:**        "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**      9/13/2005 1:46:23 PM
**Subject:**   Read: CPR

Your message

   To:     InstDiv-Wardens
   Subject: FW: CPR
   Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:46:23 -0700

**From:**        "Henry, Gloria" <Gloria.Henry@cdcr.ca.gov>
**To:**          "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**        9/13/2005 1:48:46 PM
**Subject:**     RE: CPR

VSPW has received your e-mail.

> -----Original Message-----
> From:        Perinati, Denise
> Sent:        Tuesday, September 13, 2005 12:48 PM
> To:    InstDiv-Wardens
> Subject:     FW: CPR
>
> Please notify me that you have received this e-mail.  Thank you.
>
> -----Original Message-----
> From:        Perinati, Denise
> Sent:        Tuesday, September 13, 2005 10:44 AM
> To:    InstDiv-Wardens
> Subject:     CPR
>
> << File: CPR.tif >>

**From:**      "Moore, Steve" <Steve.Moore@cdcr.ca.gov>
**To:**        "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**      9/13/2005 1:52:58 PM
**Subject:**   Read: CPR

Your message

  To:     InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:52:58 -0700

**From:**       System Administrator <postmaster@cdcr.ca.gov>
**To:**         "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**       9/13/2005 1:57:21 PM
**Subject:**    Delivered: RE: CPR

Your message

   To:   Kirkland, Richard
   Subject: RE: CPR
   Sent:   Tue, 13 Sep 2005 13:57:21 -0700

was delivered to the following recipient(s):

Kirkland, Richard on Tue, 13 Sep 2005 13:57:21 -0700
   MSEXCH:MSExchangeMTA:CORR:CDCDCMAIL002

**From:**        "Poulos, Mike" <Mike.Poulos@cdcr.ca.gov>
**To:**          "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**        9/13/2005 1:59:30 PM
**Subject:**     Read: CPR

Your message

To:      InstDiv-Wardens
Subject: FW: CPR
Sent:    Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:59:30 -0700

**From:**        "Poulos, Mike" <Mike.Poulos@cdcr.ca.gov>
**To:**           "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**         9/13/2005 1:59:57 PM
**Subject:**      RE: CPR

Received...

Mike Poulos
Warden (A)
California Institution for Men

909-597-4350
909-917-6437 (blackberry)


> -----Original Message-----
> From:        Perinati, Denise
> Sent:        Tuesday, September 13, 2005 12:48 PM
> To:   InstDiv-Wardens
> Subject:    FW: CPR
>
> Please notify me that you have received this e-mail.  Thank you.
>
> -----Original Message-----
> From:        Perinati, Denise
> Sent:        Tuesday, September 13, 2005 10:44 AM
> To:   InstDiv-Wardens
> Subject:    CPR
>
> << File: CPR.tif >>

**From:**       System Administrator <postmaster@cdcr.ca.gov>
**To:**          "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**        9/13/2005 12:47:49 PM
**Subject:**    Delivered: FW: CPR

Your message

    To:     InstDiv-Wardens
    Subject: FW: CPR
    Sent:    Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Poulos, Mike on Tue, 13 Sep 2005 12:47:49 -0700
    MSEXCH:MSExchangeMTA:CORR:CDCDCMAIL002

**From:**        System Administrator <postmaster@cdcr.ca.gov>
**To:**            "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**        9/13/2005 12:47:50 PM
**Subject:**     Delivered: FW: CPR

Your message

   To:     InstDiv-Wardens
   Subject: FW: CPR
   Sent:    Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Yates, James on Tue, 13 Sep 2005 12:47:50 -0700
    MSEXCH:MSExchangeMTA:CORR:CDCDCMAIL003

**From:**      System Administrator <postmaster@cdcr.ca.gov>
**To:**        "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**      9/13/2005 12:47:51 PM
**Subject:**   Delivered: FW: CPR

Your message

  To:     InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Salazar, Juan on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Hall, Guillermina on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Ollison, Derrick on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Harrison, Charles M on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Sullivan, William on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Davison, Dawn on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Hernandez, Robert on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Giurbino, George on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Hall, James on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS

**From:**     System Administrator <postmaster@cdcr.ca.gov>
**To:**        "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**     9/13/2005 12:47:51 PM
**Subject:**  Delivered: FW: CPR

Your message

  To:     InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Ryan, Stuart on Tue, 13 Sep 2005 12:47:51 -0700
    MSEXCH:MSExchangeMTA:CORR:CDCDCMAIL001

**From:**          System Administrator <postmaster@cdcr.ca.gov>
**To:**            "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**           9/13/2005 12:47:51 PM
**Subject:**        Delivered: FW: CPR

Your message

  To:     InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Chrones, Lea Ann on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:CORR:CDCDCMAIL002
Scribner, Al on Tue, 13 Sep 2005 12:47:51 -0700
   MSEXCH:MSExchangeMTA:CORR:CDCDCMAIL002