**From:** System Administrator <postmaster@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:47:55 PM
**Subject:** Delivered: FW: CPR

Your message

To:   InstDiv-Wardens
Subject: FW: CPR
Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Schwartz, Teresa on Tue, 13 Sep 2005 12:47:55 -0700
    MSEXCH:MSExchangeMTA:Institutions:INSTMAILC

**From:** System Administrator <postmaster@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:47:55 PM
**Subject:** Delivered: FW: CPR

Your message

  To:    InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Kirkland, Richard on Tue, 13 Sep 2005 12:47:55 -0700
   MSEXCH:MSExchangeMTA:CORR:CDCDCMAIL002

**From:** System Administrator <postmaster@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:47:56 PM
**Subject:** Delivered: FW: CPR

Your message

  To:    InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Malfi, Anthony J. on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN
Moore, Steve on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN
Campbell, Rosanne on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN
Runnels, David on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN
Shepherd, Mark on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN
Kernan, Scott on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN
Prosper, Kathy on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN
Carey, Thomas on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN
Kramer, Matthew on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN

**From:** System Administrator <postmaster@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:47:56 PM
**Subject:** Delivered: FW: CPR

Your message

  To:    InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Muntz, Madelene on Tue, 13 Sep 2005 12:47:56 -0700
   MSEXCH:MSExchangeMTA:CORRInstitutionsDivHQ:INSTMAIL

| | |
|---|---|
| **From:** | System Administrator <postmaster@cdcr.ca.gov> |
| **To:** | "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov> |
| **Date:** | 9/13/2005 12:47:59 PM |
| **Subject:** | Delivered: FW: CPR |

Your message

  To:    InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Evans, Mike S. on Tue, 13 Sep 2005 12:47:59 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILN

**From:** System Administrator <postmaster@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:48:03 PM
**Subject:** Delivered: FW: CPR

Your message

  To:    InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Felker, Tom on Tue, 13 Sep 2005 12:48:03 -0700
    MSEXCH:MSExchangeMTA:Institutions:INSTMAILN

**From:** System Administrator <postmaster@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:48:06 PM
**Subject:** Delivered: FW: CPR

Your message

   To:     InstDiv-Wardens
   Subject: FW: CPR
   Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Galaza, George on Tue, 13 Sep 2005 12:48:06 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILC
Marshall, John on Tue, 13 Sep 2005 12:48:06 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILC
Jacquez, Deborah on Tue, 13 Sep 2005 12:48:06 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILC
Henry, Gloria on Tue, 13 Sep 2005 12:48:06 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILC
Adams, Derral on Tue, 13 Sep 2005 12:48:06 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILC
Vazquez, P on Tue, 13 Sep 2005 12:48:06 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILC
Mendoza-Powers, Kathy on Tue, 13 Sep 2005 12:48:06 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILC
Kane, A.P. on Tue, 13 Sep 2005 12:48:06 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILC

**From:** System Administrator <postmaster@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:48:09 PM
**Subject:** Delivered: FW: CPR

Your message

  To:    InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was delivered to the following recipient(s):

Ornoski, Steven on Tue, 13 Sep 2005 12:48:09 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Ollison, Derrick on Tue, 13 Sep 2005 12:48:09 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS
Stokes, John on Tue, 13 Sep 2005 12:48:09 -0700
   MSEXCH:MSExchangeMTA:Institutions:INSTMAILS

**From:** "Shintaku, Pamela" <PShintaku@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:48:04 PM
**Subject:** Read: CPR

Your message

  To:    Shintaku, Pamela
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:19:51 -0700

was read on Tue, 13 Sep 2005 12:48:04 -0700

**From:** "Kirkland, Richard" <Richard.Kirkland@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 1:29:54 PM
**Subject:** Read: CPR

Your message

To:    InstDiv-Wardens
Subject: FW: CPR
Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:29:54 -0700