**From:** "Kirkland, Richard" <Richard.Kirkland@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 1:30:41 PM
**Subject:** RE: CPR

Got it twice, plus a fax.   Rich

>-----Original Message-----
>From: Perinati, Denise
>Sent: Tuesday, September 13, 2005 12:48 PM
>To: InstDiv-Wardens
>Subject: FW: CPR
>
>Please notify me that you have received this e-mail.  Thank you.
>
>-----Original Message-----
>From: Perinati, Denise
>Sent: Tuesday, September 13, 2005 10:44 AM
>To: InstDiv-Wardens
>Subject: CPR
>
><< File: CPR.tif >>

**From:**    "Chrones, Lea Ann" <LeaAnn.Chrones@cdcr.ca.gov>
**To:**      "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:**    9/13/2005 12:48:32 PM
**Subject:** Read: CPR

Your message

   To:    InstDiv-Wardens
   Subject: FW: CPR
   Sent:  Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 12:48:32 -0700

| | |
|---|---|
| **From:** | "Mendoza-Powers, Kathy" <Kathy.Powers@cdcr.ca.gov> |
| **To:** | "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov> |
| **Date:** | 9/13/2005 12:48:56 PM |
| **Subject:** | RE: CPR |

Got it, again. Kathy Powers, Avenal

>  _____
> From:            Perinati, Denise
> Sent:            Tuesday, September 13, 2005 12:48 PM
> To:    InstDiv-Wardens
> Subject:    FW: CPR
>
> Please notify me that you have received this e-mail.  Thank you.
>
>  -----Original Message-----
> From:            Perinati, Denise
> Sent:            Tuesday, September 13, 2005 10:44 AM
> To:    InstDiv-Wardens
> Subject:    CPR
>
> << File: CPR.tif >>

**From:** "Chrones, Lea Ann" <LeaAnn.Chrones@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:49:05 PM
**Subject:** RE: CPR

We have received this three times. Thank-you

Lea Ann Chrones
Warden
North Kern State Prison
(661) 721-3160

> -----Original Message-----
> From:         Perinati, Denise
> Sent:         Tuesday, September 13, 2005 12:48 PM
> To:   InstDiv-Wardens
> Subject:      FW: CPR
>
> Please notify me that you have received this e-mail.  Thank you.
>
> -----Original Message-----
> From:         Perinati, Denise
> Sent:         Tuesday, September 13, 2005 10:44 AM
> To:   InstDiv-Wardens
> Subject:      CPR
>
> << File: CPR.tif >>

**From:** "Harrison, Charles M" <Charles.Harrison1@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:49:35 PM
**Subject:** Re: CPR

No attachment?

----------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Perinati, Denise <Denise.Perinati@cdcr.ca.gov>
To: InstDiv-Wardens [EX:/O=CA/OU=CORRINSTITUTIONSDIVHQ/CN=RECIPIENTS/CN=INSTITUTION-BUDGETANALYSTS]
Sent: Tue Sep 13 12:47:45 2005
Subject: FW: CPR

Please notify me that you have received this e-mail.  Thank you.

-----Original Message-----
From:      Perinati, Denise
Sent:      Tuesday, September 13, 2005 10:44 AM
To:        InstDiv-Wardens
Subject:        CPR

Case 2:90-cv-00520-KJM-SCR    Document 1685-10    Filed 09/13/05    Page 6 of 16

**From:** "Harrison, Charles M" <Charles.Harrison1@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:49:35 PM
**Subject:** Read: CPR

Your message

   To:     InstDiv-Wardens
   Subject: FW: CPR
   Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 12:49:35 -0700

**From:** "Adams, Derral" <Derral.Adams@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:52:19 PM
**Subject:** Read: CPR

Your message

To:     InstDiv-Wardens
Subject: FW: CPR
Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 12:52:19 -0700

**From:** "Campbell, Rosanne" <Rosanne.Campbell@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:52:20 PM
**Subject:** RE: CPR

MCSP has received this and your previous transmittals.


> -----Original Message-----
> From:         Perinati, Denise
> Sent:         Tuesday, September 13, 2005 12:48 PM
> To:   InstDiv-Wardens
> Subject:      FW: CPR
>
> Please notify me that you have received this e-mail.  Thank you.
>
> -----Original Message-----
> From:         Perinati, Denise
> Sent:         Tuesday, September 13, 2005 10:44 AM
> To:   InstDiv-Wardens
> Subject:      CPR
>
> << File: CPR.tif >>

**From:** "Salazar, Juan" <Juan.Salazar@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:54:22 PM
**Subject:** Read: CPR

Your message

To:    InstDiv-Wardens
Subject: FW: CPR
Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 12:54:22 -0700

**From:** "Ryan, Stuart" <Stuart.Ryan@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:55:26 PM
**Subject:** Read: CPR

Your message

To:  InstDiv-Wardens
Subject: FW: CPR
Sent:  Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 12:55:26 -0700

**From:** "Ollison, Derrick" <Derrick.Ollison@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 12:56:44 PM
**Subject:** Read: CPR

Your message

To:     InstDiv-Wardens
Subject: FW: CPR
Sent:    Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 12:56:44 -0700

**From:** "Schwartz, Teresa" <Teresa.Schwartz@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 1:01:15 PM
**Subject:** Read: CPR

Your message

  To:    InstDiv-Wardens
  Subject: FW: CPR
  Sent:   Tue, 13 Sep 2005 12:47:45 -0700

was read on Tue, 13 Sep 2005 13:01:15 -0700

**From:** "Kirkland, Richard" <Richard.Kirkland@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 2:13:55 PM
**Subject:** Read: CPR

Your message

To:   Kirkland, Richard
Subject: RE: CPR
Sent:   Tue, 13 Sep 2005 13:57:21 -0700

was read on Tue, 13 Sep 2005 14:13:55 -0700

| | |
|---|---|
| **From:** | "Moore, Steve" <Steve.Moore@cdcr.ca.gov> |
| **To:** | "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov> |
| **Date:** | 9/13/2005 2:05:32 PM |
| **Subject:** | RE: CPR |

Thanks

> -----Original Message-----
> From:         Perinati, Denise
> Sent:         Tuesday, September 13, 2005 2:04 PM
> To:   Moore, Steve
> Subject:      RE: CPR
>
> They're both the same thing.  Sorry about that.
>
> Denise
>
>             -----Original Message-----
>             From:   Moore, Steve
>             Sent:   Tuesday, September 13, 2005 2:03 PM
>             To:     Perinati, Denise
>             Subject:        RE: CPR
>
>             Hi Denise, I received two of these, one at 1048 AM and the one
> @1248PM. Should I assume I should disregard the first and handle the
> second?
>             Steve
>
>                     -----Original Message-----
>                     From:   Perinati, Denise
>                     Sent:   Tuesday, September 13, 2005 12:48 PM
>                     To:     InstDiv-Wardens
>                     Subject:        FW: CPR
>
>                     Please notify me that you have received this e-mail.  Thank
> you.
>
>                     -----Original Message-----
>                     From:   Perinati, Denise
>                     Sent:   Tuesday, September 13, 2005 10:44 AM
>                     To:     InstDiv-Wardens
>                     Subject:        CPR
>
>                      << File: CPR.tif >>

**From:** "Reichle, Juanita" <Juanita.Reichle@cdcr.ca.gov>
**To:** "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov>
**Date:** 9/13/2005 3:05:47 PM
**Subject:** CPR

Chuckawalla Valley State Prison has received the above subject memorandum authored by M. Knowles by email and fax. Thanks!
Juanita Reichle
Executive Assistant for
M. A. Muntz, Warden (A)
Chuckawalla Valley State Prison
(760) 922-5300, ext. 5000
Juanita.Reichle@corr.ca.gov

| | |
|---|---|
| **From:** | "Prosper, Kathy" <Kathy.Prosper@cdcr.ca.gov> |
| **To:** | "Perinati, Denise" <Denise.Perinati@cdcr.ca.gov> |
| **Date:** | 9/13/2005 3:01:09 PM |
| **Subject:** | RE: CPR |

Denise,

CCC has received this e-mail. We also received the same memorandum via fax earlier today, with an attachment memo, as well.

Kerrie L. Sorter
Executive Assistant
CCC Warden's Office
(530) 257-2181, x4105
 <<...OLE_Obj...>>


> _____
> From:		Perinati, Denise
> Sent:		Tuesday, September 13, 2005 12:48 PM
> To:	InstDiv-Wardens
> Subject:	FW: CPR
>
> Please notify me that you have received this e-mail. Thank you.
>
> -----Original Message-----
> From:		Perinati, Denise
> Sent:		Tuesday, September 13, 2005 10:44 AM
> To:	InstDiv-Wardens
> Subject:	CPR
>
> << File: CPR.tif >>