**Coleman v. Schwarzenegger**
United States District Court, Case No. CIV S-90-0520 LKK JFM P
Defendants' Reply to Notice of Noncompliance
Exhibit 5

# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **POLICY CLARIFICATION:** The Department of Corrections CPR policy requires clarification and supporting administrative direction. | Request Legal to review policy and issue pertaining to the legal requirements of CDC to provide CPR to incarcerated felons. | Legal has reviewed this information and supporting case law and has determined that employees trained in CPR are constitutionally required to perform CPR when responding to situations where an inmate might benefit from such aid and when the employee would not be placed in danger by doing so. Refer to memorandum dated March 30, 2005, entitled, *LIABILITY OF CALIFORNIA DEPARTMENT OF CORRECTIONS EMPLOYEES AND ADMINISTRATORS WHEN CORRECTIONAL EMPLOYEES FAIL TO ADMINISTER CPR WHEN AN INMATE REQUIRES IT.* | Kathleen Keeshen | 1-Feb-05 | 30-Mar-05 |
| **INITIAL RESEARCH & IMPACT ASSESSMENT:** The related issues pertaining to the rendered legal decision need to be researched and documented. | Assign personnel resource to research and author an issue memorandum that will identify the potential impact and related stakeholders required to address them. | Initial research and memorandum completed. | Gary Swarthout | 20-Apr-05 | 26-Apr-05 |
| **PROJECT LEAD:** There is currently no assigned person to take lead in ensuring this policy change comes to fruition. | Assign responsibility for the formulation of a CPR committee. | A CPR memorandum signed by John Dovey was distributed on April 26, 2005. The memorandum identified the noted stakeholders and potential issues that will need to be addressed. S. Hubbard was given lead in the formulation of a CPR committee and tasked with bringing the administrative direction to fruition. | J Dovey | 1-May-05 | 26-Apr-05 |

5/5/2005

1

# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **CPR COMMITTEE:** The issues identified in the research document/memorandum will require subject matter experts and stakeholders input in order to determine the best course of action for implementation. The legal decisions may require interpretation and a collaborative effort to implement. | Establish CPR committee and schedule strategic planning meeting to develop action plan for implementation of new CPR policy. | S. Hubbard has formed the CPR committee that consist of representatives from stakeholders identified in the research document. These include, Office Of Departmental Training, Human Resources, Legal, Labor, Policy and Regulations, Academy, Budgets and Fiscal. The First meeting is scheduled for April 29, 2005. | S. Hubbard | 2-May-05 | 29-Apr-05 |
| **ACTION PLAN:** During the April 29, 2005 CPR meeting there were a variety of issues that were discussed. The resolution of these issues will have a direct impact on our ability to implement the new CPR policy. | Develop an action plan that will identify the specific topics of concern, the intended action to correct them, any pertinent comments related to their progress and or barriers, person responsible, target date for completion and actual completion date. | The formulation of an CPR action plan has already been initiated. The document will be used to routinely track and provide updates on the projects progress. The action plan will require ongoing updates. | Gary Swarthout | 6-May-05 | |

5/5/2005

2

# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **IMPACTED CLASSIFICATIONS:** The committee met on 4-29-05 and discussed the legal decision for CPR and garnered clarification regarding the impacted classifications. This clarification will require Directorate approval. | Determine impacted classifications for CPR legal decision. | The committee met on 4-29-05 to discuss the legal decision for CPR and the determine the impacted classifications. During the meeting the initial determination made was Correctional Officers, Sergeant, Lieutenants, Captains, Correctional Counselors I, II, and III, Fire Fighters Parole Agents who work within an institution would be recommended to the Directorate for inclusion in CPR requirement. There was also a second recommendation to include other staff with a Safety designation, to include, Cooks, Educators and Plant Operations Personnel. These recommendations will be forwarded to the Director with the associated impacts and benefits of such decision. | Committee | 6-May-05 | |
| **MEDICAL REQUIREMENTS:** CPR requirements for medical personnel may be different than those for other personnel. | Determine difference in level of training and whether medical personnel would benefit from proposed standardized training. Assess current status of CPR certified medical personnel. | A review of Duty Statements, Labor Contracts, Continuing education requirements etc will provide this information. | Kathy Keeshen Dr. Dave Hellerstein Raylin Conner | 13-May-05 | |

# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **FISCAL IMPACT:** Legal recommends CPR Training for all employees. If the department elects to adopt this recommendation a fiscal analysis will be required regarding the associated cost both in training, recertification and equipment. This research will need to be done regardless of the decision of whom will receive training. | Conduct an analysis of training cost associated with new policy change requiring the provision of CPR for all trained employee or employees designated to be trained in CPR. | This analysis will require the ODT, Academy and Budgets to work collaboratively. | P. Bestolarides, Caroline Short, Nancy Baldwin, Gary Laws | 13-May-05 | |
| **EQUIPMENT:** Equipment Needs have not been assessed and reconciled with new policy requirements, training curriculum and fiscal impact. | The type of equipment needed for delivery of CPR will need to be researched. This research will need to include the existing equipment provided, as well as potential new equipment that would allow staff to render immediate aid. | Some research has already been done in this area. Samples of available equipment have been procured. Contact G. Swarthout. The expectation is that the a documented assessment will done that will provide recommendations and alternative for CPR related equipment. The assessment should include an analysis of the associated fiscal impact, product viability for use and application in a correctional setting, safety, product specifications, shelf life etc. | Caroline Short, P. Bestolarides, Nancy Baldwin, Gary Laws | 13-May-05 | |

5/5/2005

4

# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **PROCUREMENT:** The recommended and approved equipment will need to be purchased in bulk in order to ensure a fiscally prudent process and standardization occurs. | Utilize research and set up contract for purchase of agreed upon equipment. | Procurement of equipment should be done after policy, curriculum, and labor related issues are resolved. | Caroline Short, Nancy Baldwin, Gary Laws, Steve Stone | TBD | |
| **POLICY:** Existing policy memorandums do not clearly define administrative expectations. The new policy will require an updated policy memorandum and training for all personnel on the administrative expectations. | Author, distribute and train staff on new policy. | This distribution of said policy should be coordinated with the supporting equipment and training. | Gary Swarthout | 6-May-05 | |
| **LEGAL REVIEW OF POLICY:** The departmental policy will require a final review by Legal to ensure the language complies with intent the decision rendered. | Upon completion of Policy route to Legal for review and approval. | | Chuck Sickels, Gary Swarthout | 13-May-05 | |
| **LABOR RELATIONS:** The new policy will have an impact on Bargaining Units and will require Union Negotiations. | Notice affected bargaining units and set up negotiations. | Negotiations cannot be set up until policy is completed and relative decisions regarding supporting infrastructures, fiscal, equipment, curriculum etc.. are made. | Tim Virga Labor Relations Carole Springer | TBD | |

5/5/2005

5


# Cardio Pulmonary Resuscitation Action Plan

| Issue | Action Item | Comments | Person Responsible | Target Date | Completion Date |
|---|---|---|---|---|---|
| **CURRICULUM:** The existing curriculum for CPR is both contracted and trained by CPR T4T instructors. The differences in curriculum, training, terms and equipment may vary. | Review Curriculums and training methods, determine course of action for achieving standardized training and equipment. Present recommendations with associated cost and projected impact, ensuring that the assessment reconciles with accepted standards for CPR, approved equipment and Academy Training. | The decision to utilize a standardized method of training will be most viable from a standardization and application vantage. | Caroline Short, P. Bestolarides, Nancy Baldwin, Gary Laws | 27-May-05 | |

5/5/2005

6