**Coleman v. Schwarzenegger**
**United States District Court, Case No. CIV S-90-0520 LKK JFM P**
**Defendants' Reply to Notice of Noncompliance**
**Exhibit 6**

**OFFICE OF THE SECRETARY**
**OFFICE OF LABOR RELATIONS**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

August 25, 2005

*August 25,*
*Official*
*Labor*
*Notice*

Mr. Steve Weiss
Chief of Labor
California Correctional Peace Officers Association
755 Riverpoint Drive, Suite 200
West Sacramento, CA  95605-1634

Dear Mr. Weiss:

OFFICIAL NOTICE:

In accordance with Section 27.01 of the current Memorandum of Understanding, this is the Official Notice to the California Correctional Peace Officers Association that the California Department of Corrections and Rehabilitation (CDCR) intend to introduce a policy that requires all peace officers who are first responders and are trained in CPR/First Aid to utilize these life saving efforts whenever an inmate might benefit from such efforts.

If you wish to meet and confer over the impact of this decision, please contact Carole Springer, Labor Relations Manager, Office of Labor Relations, at 445-7167.

Sincerely,

TIM V. VIRGA, Chief
Office of Labor Relations

Cc: Carole Springer, Labor Relations Manager, OLR