IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.           ORDER
_____/

        The Special Master has communicated with the court and indicated that defendants have filed their response to plaintiffs' August 26, 2005 "Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies" and that the Special Master is presently investigating whether the response is adequate. Accordingly, it appears appropriate that the hearing on the above matter be continued to October 27, 2005 at 10:00 a.m. in Courtroom No. 4. The briefing schedule previously established remains in effect.

DATED: September 20, 2005.

                                     /s/Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT