1  Claudia Center, State Bar No. 158255
   Lewis Bossing, State Bar No. 227492
2  THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
   600 Harrison St., Suite 120
3  San Francisco, CA 94107
   Telephone: (415) 864-8848
4  Facsimile: (415) 864-8199

5  Attorneys for Plaintiff
   Mitchell J. Klemaske

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
   RALPH COLEMAN, et al.,              )  No.: 2:90-cv-00520 LKK JFM P
11                                     )
          Plaintiffs,                  )
12                                     )  **[AMENDED] NOTICE OF RELATED
                                       )  CASES**
13        v.                           )
                                       )  L.R. 83-123
14                                     )
   ARNOLD SCHARZENNEGER, *et al*       )
15                                     )
          Defendants.                  )
16                                     )
                                       )
17                                     )
                                       )
18  _____ )

19        Pursuant to Local Rule 83-123, plaintiff and *Coleman* class member

20  Mitchell J. Klemaske hereby files this notice of related cases. The following cases

21  are related:

22        *Ralph Coleman, et al. v. Arnold Scharzenneger, et al.*,
          Case No. 2:90-cv-00520 LKK JFM P (E.D. Cal.).
23
          *Mitchell J. Klemaske v. Michael Brunnell, et al*, Case No.
24        CIV S-04-1750 FCD KJM P (E.D. Cal.).

25  The actions are related because they "involve the same parties." See Local Rule

26  83-123(a)(1). Mr. Klemaske is a class member of the *Coleman* class, and the

27  defendants in the *Klemaske* matter are agents of the defendants in this case.

28

1  Further, both actions are concerned with unlawful treatment by the California

2  Department of Corrections toward inmates with psychiatric disabilities.  Mr.

3  Klemaske alleges that the CDCR is discriminating against him and other inmates

4  on the basis of psychiatric disability in violation of federal laws; the *Coleman* case

5  determined that the CDCR's treatment of inmates with psychiatric disabilities

6  violates the U.S. Constitutiuon.  Accordingly, it appears likely that there will be

7  "substantial duplication of labor" if the actions are conducted by different judges.

8  *See* Local Rule 83-123(a)(4).  Assignment to the same judge is "likely to effect a

9  substantial savings of judicial effort.  *See* Local Rule 83-123(a)(3).

10      Under Local Rule 83-123(c), the case with the lower or lowest case number

11  is *Coleman v. Scharzenneger*, Case No. 2:90-cv-00520 LKK JFM P (E.D. Cal.).

12  Respectfully submitted,

13

14  Dated:  September 19, 2005          THE LEGAL AID SOCIETY –
                                       EMPLOYMENT LAW CENTER
15

16                                     By: s/Claudia Center

17                                     Claudia Center
18                                     Counsel for Class Member Mitchell J.
                                       Klemaske
19

20

21

22

23

24

25

26

27

28