1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   RALPH COLEMAN, et al.,

12                    Plaintiffs,

13        v.                              CIV. NO. S-90-520 LKK/JFM

14   ARNOLD SCHWARZENEGGER, et al.,

15                    Defendants.
   _____/
16
     MITCHELL J. KLEMASKE,
17
                     Plaintiff,
18
          v.                              CIV. NO. S-04-1750 FCD/KJM
19
     MICHAEL BRUNNELL, et al.,            NON-RELATED CASE ORDER
20
                     Defendants.
21   _____/

22        The court has received the Notice of Related Cases concerning

23   the above-captioned cases.  See Local Rule 83-123 (1997).  The

24   court has determined, however, that it is inappropriate to relate

25   or reassign the cases, and therefore declines to do so.  This order

26   is issued for informational purposes only, and shall have no effect

on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED:  September 21, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT