BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | **CASE NO. CIV S-90-0520 LKK JFM P** |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FUNDS; PROPOSED ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Lisa A. Tillman, declare as follows:

1. I am an attorney licensed to practice in the State of California and I am admitted to the Eastern District of the United States District Court. I am employed by the Office of the Attorney General as a Deputy Attorney General and I am assigned to represent the Defendants in this matter.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

///

DEFENDANTS' REQUEST FOR EXTENSION OF TIME

1

3. On August 23, 2005, this Court entered an order requiring Defendants to deposit with the Clerk of the Court a thirty-seventh interim payment of costs in the amount of $500,000.00 within thirty days.

4. On September 19, 2005, I contacted Michael Stone, Esq., staff counsel on this case to determine the status of the deposit.

5. On September 20, 2005, Mr. Stone informed me that the authorizing paperwork for transmission of the thirty-seventh interim payment had been delayed. Mr. Stone stated that the deposit could be accomplished by September 30, 2005.

6. Defendants respectfully submit their apology to the Court for any inconvenience caused by the delay in the deposit of these funds. Defendants respectfully request an extension to September 30, 2005 for the deposit of this thirty-seventh interim payment of costs.

Dated: September 22, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

STEPHEN P. ACQUISTO
Supervising Deputy Attorney General


*/s/ Lisa Tillman*
LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30040945.wpd

DEFENDANTS' REQUEST FOR EXTENSION OF TIME

2