# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   R. Coleman v. Schwarzenegger, et al.

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 22, 2005, I served the attached
>   **DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME**
>   **TO DEPOSIT FUNDS;**
>   **PROPOSED ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

| | |
|---|---|
| Michael W. Bien, Esq. | Matthew A. Lopes, Jr. |
| Rosen, Bien & Asaro, LLP | Deputy Special Master |
| 155 Montgomery Street, 8th Floor | Brown Rudnick Berlack Israels LLP |
| San Francisco, CA  94104 | 121 South Main Street |
| Attorney for Plaintiffs | Providence, RI  02903 |
| | |
| J. Michael Keating, Jr. | Donald Specter, Esq. |
| Special Master | Prison Law Office |
| 285 Terrace Avenue | General Delivery |
| Riverside, RI  02915 | San Quentin, CA  94964-0001 |

Kimberly S. Davenport **(Via U. S. Mail)**
California Medical Association
221 Main Street
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 22, 2005, at Sacramento, California.

|                L. Easley                |                /s/ L. Easley                |
|:---:|:---:|
| Declarant | Signature |

30042137.wpd