1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | CASE NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO DEPOSIT FUNDS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

GOOD CAUSE SHOWN, Defendants are hereby GRANTED an extension of time, to and including September 30, 2005, to deposit the thirty-seventh interim payment of $500,000.00 with the Clerk of the Court.

DATED: _____    _____
                          LAWRENCE K. KARLTON
                          UNITED STATES DISTRICT JUDGE

30040965.wpd

[Proposed] Order Granting Extension of Time for Defendants to Deposit Funds

1