PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE RE: PLAINTIFFS' NOTICE OF DEFENDANTS' FAILURE TO COMPLY WITH THE JUNE 9, 2005 COURT ORDER, PARAGRAPHS 2 AND 5, RE: SUICIDE PREVENTION POLICIES** |

Stip & Prop Order re Briefing Schedule, 9-22-05, 489-3.DOC

Stipulation and [Proposed] Order Re: Briefing Schedule Re: Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, No. Civ S 90-0520 LKK-JFM

THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

The parties, request that the Court modify the briefing schedule concerning Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, as set forth below.

1. On August 26, 2005, Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies was filed.

2. On September 12, 2005, the Court set the matter for hearing on October 14, 2005, and set a briefing schedule. Defendants' response was to be filed within "15 days from the date of this Order" and "Plaintiffs' reply, if any, was due ten days thereafter." Defendants filed their amended responsive pleadings on or about September 15, 2005. Thus, under the current briefing schedule, plaintiffs' reply is due on September 26, 2005.

3. On September 20, 2005, the Court, after consultation with the Special Master, issued an Order continuing the hearing to October 27, 2005, at 10:00 a.m. The Order did not alter the briefing schedule.

4. The parties have been in negotiation concerning defendants' compliance with the June 9, 2005 Order and have also been consulting with the Special Master. To facilitate the process, plaintiffs' counsel has requested, and defendants' counsel and the Special Master have agreed, that plaintiffs be provided with additional time to file a reply. The parties and the Special Master agree that plaintiffs' reply must be filed on or before September 30, 2005.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED.**

Dated: September 22, 2005

BILL LOCKYER Attorney General
of the State of California
JAMES M. HUMES Chief Assistant Attorney General
FRANCES T. GRUNDER Senior Assistant Attorney General
STEPHEN P. AQUISTO Supervising Deputy Attorney General

By _____
LISA A. TILLMAN
Deputy Attorney General,
Attorneys for Defendants

Dated: September 22, 2005

ROSEN, BIEN & ASARO, LLP

By _____
JANE E. KAHN
Attorneys for Plaintiffs

Good cause appearing, IT IS HEREBY ORDERED that:

Plaintiffs time to reply shall be extended and plaintiffs' reply, if any, shall be filed no later than September 30, 2005.

Dated: September ___, 2005

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th Floor, San Francisco, California. On the date and in the manner indicated below, I served a true copy of the following documents:

**STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE RE: PLAINTIFFS' NOTICE OF DEFENDANTS' FAILURE TO COMPLY WITH THE JUNE 9, 2005 COURT ORDER, PARAGRAPHS 2 AND 5, RE: SUICIDE PREVENTION POLICIES**

on the parties in said action by placing a true copy thereof enclosed in a sealed envelope to be delivered in the manner indicated below and addressed as follows

**BY ELECTRONIC FILING**

Lisa A. Tillman
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814

Matthew A. Lopes, Jr.
Holland & Knight LLP
One Financial Plaza, Suite 1800
Providence, RI  02903

J. Michael Keating, Jr.
Office of the Special Master
*Coleman v. Schwarzenegger*
285 Terrace Ave.
Riverside, RI 02915

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of September, 2005 at San Francisco, California.

_____
Kim Le