IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                          No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                     ORDER

           On September 22, 2005, defendants filed a request for an extension of time to comply with this court's August 23, 2005 order requiring them to deposit within thirty days additional funds for payment of the special master. On September 28, 2005, defendants made the required deposit. Good cause appearing, IT IS HEREBY ORDERED that:

           1. Defendants' September 22, 2005 request for extension of time is granted; and

           2. Defendants' September 28, 2005 deposit of funds is deemed timely.

DATED: September 29, 2005.

                                                   /s/Lawrence K. Karlton
                                                   LAWRENCE K. KARLTON
                                                   SENIOR JUDGE
                                                   UNITED STATES DISTRICT COURT