PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING RE: PLAINTIFFS' NOTICE OF DEFENDANTS' FAILURE TO COMPLY WITH THE JUNE 9, 2005 COURT ORDER, PARAGRAPHS 2 AND 5, RE: SUICIDE PREVENTION POLICIES** |

THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

The parties respectfully request that the Court postpone the hearing, now set for October 27, 2005, for approximately sixty (60) days, and modify the briefing schedule concerning Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, as set forth below.

1. On August 26, 2005, Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies was filed.

2. On September 12, 2005, the Court set the matter for hearing on October 14, 2005, and set a briefing schedule.

3. On September 20, 2005, the Court, after consultation with the Special Master, issued an Order continuing the hearing to October 27, 2005, at 10:00 a.m.

4. On September 26, 2005, the Court ordered that plaintiffs' reply be filed no later than September 30, 2005. Plaintiffs filed their reply papers on September 30, 2005.

5. The parties have been in weekly negotiation concerning defendants' compliance with the June 9, 2005 Order and have also been consulting with the Special Master. In response to concerns raised by plaintiffs and the Special Master, Defendants have agreed to make various changes to their policy. Distribution of the revised policy and training on the revised policy on a systemwide basis will require additional time. To facilitate this process, the parties, with the approval of the Special Master, jointly request that the Court postpone the hearing, now set for October 27, 2005, for a minimum of sixty (60) days.

6. No later than ten (10) days before the new date set by this Court for the hearing on this matter, Defendants shall file declarations establishing that they have completed the necessary steps to assure that the revised policy has been distributed and training on the revised policy on a systemwide basis has occurred.

/ / /

/ / /

/ / /

IT IS SO STIPULATED.

Dated: October 21, 2005

                                            BILL LOCKYER Attorney General
of the State of California
JAMES M. HUMES Chief Assistant Attorney General
FRANCES T. GRUNDER Senior Assistant Attorney General
STEPHEN P. AQUISTO Supervising Deputy Attorney General

By /s/ Lisa Tillman
LISA A. TILLMAN
Deputy Attorney General,
Attorneys for Defendants

Dated: October 21, 2005

ROSEN, BIEN & ASARO, LLP

By /s/ Thomas Nolan
THOMAS NOLAN
Attorneys for Plaintiffs

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Hearing on Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, presently set for October 27, 2005 is continued to _____, at ____.

2. No later than ten (10 days) before the hearing, Defendants shall file declarations establishing that they have completed the necessary steps to assure that the revised policy has been distributed and training on the revised policy on a systemwide basis has occurred.

Dated: October __, 2005

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    Coleman vs. Schwarzenegger, et al

No.:          CIV S-90-0520 LKK JFM P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 21, 2005, I served the attached **Stipulation and Proposed Order** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 21, 2005, at Sacramento, California.

|  A Buckley  |  /s/ A Buckley  |
|  Declarant  |  Signature  |

30053459.wpd