United State District Court House
Eastern District Of California
Office Of The Clerk
501 I Street, Suite 4-200
Sacramento, California 95814-2322

Case No: 2:90-cv-520. LKK JFM
R. Coleman, et al., v. A. Schwarzenegger, et al.,

Mr. Amos Jay Gladney, Jr. # C-26298
California State Prison-Solano
P.O. Box 4000-4-19-104-U
Vacaville, California 95696-4000

October 31, 2005



FILED

NOV 0 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

Clerk:

I am Amos J. Gladney, Jr. # C-26298. an inmate in the above named case. I have no control over my movement(s). I have been move by defendant(s).

My address has changed to the address below:

Mr. Amos Jay Gladney, Jr. # C-26298
California State Prison-Solano
P.O. Box 4000-4-19-104-Up
Vacaville, California 95696-4000

Thank you Clerk.

Sincerely,

Amos Jay Gladney, Sr.
October 31, 2005