KENNY MORROW C-53683
4B-IL-32 / PO BOX 3481
CORCORAN, CA. 93212


FILED
NOV 15 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

SEPTEMBER 12, 2005

RE: CONSPIRACY TO ATTEMPT OF MURDER, MISPRISON OF MENTAL HEALTH STAFF MEMBERS, HUB SUPERVISOR MS. SEYKORA, CHIEF PSYCHIATRIST DR. JUAREZ, AND PRISON OFFICIALS, "ASSOCIATE WARDEN" YAMAMOTO, CAPTAIN LOPEZ.
"SUICIDE", INSUFFICIENT TRAINING, ABUSE OF PUBLIC TRUST, THREATS TO MENTAL HEALTH PATIENTS, SHU, HOUSING OF MENTALLY ILL PRISONERS, TORTURE OF MENTALLY ILL PATIENTS, DELIBERATE INDIFFERENCE, WANTONESS INFLICTION OF PAIN, PUNISHMENT OF THE MENTALLY ILL PATIENTS, AND ABUSE OF POWER BY MENTAL HEALTH STAFF AT CORCORAN PRISON.

CASE NO: COLEMAN V. SWARZENEGGER
CIV S-90-0520 LKK JFM P
CHIEF JUDGE EMERITUS LAWRENCE KARLTON
UNITED STATES DISTRICT COURT - EASTERN DISTRICT
501 "I" STREET STE. 8-200, SACRAMENTO, CA. 95814.

DEAR HONORABLE JUSTICE KARLTON:

I AM A CLASS MEMBER OF THE ABOVE CITED CASE, AND IM, INCARCERATED AT CORCORAN STATE PRISON, IN EOP UNIT 4B-1L- MANAGED BY HUB, SUPERVISOR MS. SEYKORA.

MY REQUEST CAN BE FOUND AROUND THE FACTS HEREIN.

I WOULD LIKE TO ILLUSTRATE THE INEFFECTUAL NATURE OF CORCORANS MENTAL HEALTH STAFF, "DR. JUAREZ", AND SUPERVISOR MS. "SEYKORA," IN ATTENDANCE WITH ASSOCIATE WARDEN MS. "YAMAMOTO".

JUDGE KARLTON, IT IS MY INTENTION TO EXPLAIN TO YOU, THE MEMBERS OF ABOVE MENTIONED STAFF (BEFORE I COMMITT SUICIDE AT THE HANDS OF THE ABOVE STAFFS DELIBERATE, ATTACK UPON MY MENTAL HEALTH SITUATION) IN THE HOPES THAT AFTER MY DEMISE (OR POSSIBLE DEMISE) YOU MAY DISCERN THE REASONING OF HOW SEGMENTS OF THE DILIGENT COLEMAN CASE YOU RULED OVER, HAS COLLAPSED AROUND CORCORAN PRISON STAFF, AND HOW SUCH A TRAGEDY CAN UNFOLD, IN THE HOPES THAT YOU MAY LEARN, AND RULE AROUND SAID ISSUE, SO THAT IT WILL NEVER HAPPEN AGAIN.

ON 9-7-05, AT INT ON CSP-CORCORAN 4B-1L-EOP-ASU- SUPERVISOR SEYKORA OF THE HUB, AND ASSOCIATE WARDEN YAMAMOTO, et al., DECIDED TO LOWER MY EOP LOC, TO CCCMS, SO IT WOULD LOOK GOOD TO THE STATE OF NEW HAMPSHIRE AUTHORITES, TO ACCEPT MY REQUEST TO BE INTER STATE TRANSFERED OUT THERE, AND BE-

2

CAUSE I ONLY PARTICIPATE IN 60% OF THE GROUPS HERE. I TOLD THE ENTIRE INT STAFF ("I BELIEVE IT WAS TAPED") THAT I COULD NOT FUNCTION IN SHU, SOLITARY CONFINEMENT, THAT I WOULD CLEARLY DECOMPENSATE AS I DID EARLIER, (THAT I WOULD WITHIN 30 DAYS TIME COMMIT SUICIDE WHICH IS WELL DOCUMENTED IN MY MEDICAL FILE, AND OR COME BACK TO EOP LEVEL OF CARE) TO WHICH ASSOCIATE WARDEN YAMAMOTO STATED ITS OK IF I FEEL SUICIDAL BUT THEIR NOT ALLOWING ME TO EOP AGAIN.

JUDGE KARLTON I SPENT "27" YEARS IN THE MOST BRUTAL REPRESSIVE SOLITARY CONFINEMENT IN UNITED STATES, ON NO HUMAN CONTACT STATUS, BEAT AND TORTURED, ELECTROCUTED BY TASERS, CHAINED TO METAL STOOLS FOR DAYS AT TIMES NAKED, AND BEATEN TO A BLOODY PULP, AND THEN TASERED ON MY PRIVATE PARTS.

<u>SUPERVISOR MS. SEYCORA</u> TOLD ME THEY WOULD SEND ME TO PSU AT SAC-IV, WHERE I JUST CAME FROM WHERE I SUFFERED FROM SENSORY DEPRIVATION FAR WORSE THEN PLAIN SOLITARY CONFINEMENT, OR SHE WOULD REDUCE MY LOC TO CCCMS AND PUT ME BACK IN SHU. SO WITH THAT HIDEOUS THREAT HANGING OVER MY HEAD I SUCCUMBED TO CCCMS, WHICH WILL SEND

3.

ME TO SHU SOLITARY CONFINEMENT WHICH IS A HORROR SHOW IN MY MIND. ID RATHER COMMIT SUICIDE, BECAUSE AFTER 24 YEARS OF INCARCERATION AND AT AGE 43, MY LIFE TOMORROW REALLY AINT WORTH LIVING IF o£o ESPECIALLY IN SOLITARY CONFINEMENT WHICH DRAINS ME OF MY WILL TO LIVE, BECAUSE THE MISERY FAR OUTWEIGHS THE HOPE OF A BETTER EXISTENCE. I ALSO SUFFER FROM AUDITORY COMMANDS TO SLICE OPEN BOTH ARTERIES IN WRISTS, AND OPEN JUGLER VEIN, AND SIMULTANEOUSLY HANG MY SELF FINALIZING SELF MURDER, "WHEN I AM "SUBJECTED" TO SHU HOUSING."

OVER HERE IN EOP, I'M NOT SO ADAMANT TO CAUSE SELF DEMISE, BECAUSE I GET YARD TIME FOUR DAYS A WEEK FOR 5 HOURS AT A TIME, AND I CAN GO TO TEACHER MR. ZEGERS GROUP AND GET SCHOOL BOOKS AND DO THE TESTS AND HE WILL GRADE THEM FOR ME, EVEN THOUGH I DO HAVE A GED. THIS STIMULATION OCCUPYS MY TIME.

I WRITE YOU SO YOU CAN STOP THIS SADISTIC PRACTICE AT SHU FROM BEING INFLICTED UPON ANY OTHER MEN.

THE IDT HERE, TAILORS THEIR ACTIONS TO FIT THEIR AGENDA, PLEASING CDC'S STAFFS AGENDA, NOT WHATS GOOD FOR THE PATIENT, AND DR. JUAREZ AND HUB, SUPERVISOR, SAY THEIR HANDS ARE TIED BY MENTAL HEALTH RULES, TO HELP

4.

ME. THE MENTAL HEALTH STAFF ARE NOT FREE TO DISREGARD THE CONSTITUTIONAL RIGHTS OF ANY MENTALLY ILL PRISONERS SUCH AS I! YOU RULED SO IN COLEMAN CASE."

SUPERVISOR MS. SEYCORA'S OBJECTIONS AT IDT MAY BE REGARDED AS OBLIQUELY RELYING ON OPINIONS AND CONSTRAINTS OF MY LEVEL OF COMPLIANCE TO GROUP ACTIVITIES, TO REFUTE OR "DISGUISE" HER DELIBERATE INDIFFERENCE, AND RECKLESS DISREGARD TO MY MENTAL HEALTH NEEDS ARE AT BEST FRAGILE!!

WHEN I TOLD IDT ON 9-7-05, THAT THEIR REDUCING MY LEVEL OF CARE TO CCCMS AND SUBSEQUENT SHU HOUSING WOULD LEAD ME TO DECOMPENSATE IN 30 DAYS LEADING TO "SUICIDE", IT WAS IDT'S OBLIGATION TO REEVALUATE MY MENTAL HEALTH CONDITION NOT TO ORDER ME INTO A HOUSING SITUATION WHICH WOULD CLEARY TRY MY PSYCHOSIS AND INFLICT UNWANTON PAIN. IT IS NOT ENOUGH TO SAY THAT CSPC MENTAL HEALTH AUTHORITIES CONSIDER THE ISSUE CAREFULLY ... AUTHORITIES ARE ALSO REQUIRED TO AFFORD SUFFICIENT WEIGHT TO THE CONSTITUTIONAL RIGHTS OF INDIVIDUAL PATIENTS, WHICH IS WELL DOCUMENTED WITHIN THE COLEMAN CASE, LITIGATED IN THIS VERY COURT, WHERE CORCORAN MENTAL HEALTH STAFF OWE THEIR EMPLOYMENT TO. THE

5.

FAILURE TO TREAT MY CONSTITUTIONAL PROVISIONS WITH APPROPRIATE RESPECT CONSTITUTES DELIBERATE INDIFFERENCE TO THE RIGHTS [AT STAKE] SEE JORDAN 986 F. 2d. at 1529.

SUPERVISOR MS. "SEYCORA" AND A.W. "YAMAMOTO" et al., ARE SIMPLY SEEKING TO DELAY THEIR CONSTITUTIONAL OBLIGATION TO MY MENTAL HEALTH ISSUE AT HAND, WHO IS THEIR CHARGE. I HAVE CONSIDERED IDT'S ARGUMENTS AND THEIR REASONING TENDERED BY THEM. I CONTEND THAT CSPC IDT STAFF ON 9-7-05. ARGUMENTS ARE SO SERIOUSLY FLAWED THAT THEY RAISE QUESTIONS OF GOOD FAITH. THEIR REASONING BEHIND THEIR PSEUDO ARGUMENT DOES NOT SUPPORT THEIR PROPOSITION FOR WHICH IT IS TENDERED. IN MANY INSTANCES THEIR OPINIONS AND ARGUMENTS, NOT ONLY DOES NOT SUPPORT THEIR CONTENTION, IT SUPPORTS THE VERY FINDING OF "MINE", TO WHICH THE OBJECTIONS IS BEING MADE.

SUPERVISOR OF THE CORCORAN HUB, MS. "SEYCORA" AND CDC ASSOCIATE WARDEN "YAMAMOTO" INDICATED THAT IF I STAYED IN EOP, IT WOULD HINDER MY TRANSFER TO THE STATE OF NEW HAMPSHIRE THAT N.H. AUTHORITES DON'T WANT A MENTAL HEALTH CASE, EVEN THOUGH ADMITTING THEY WERE IN THE PROCESS OF SENDING N.H. MY REQUESTED MENTAL, AND MEDICAL HEALTH FILE (AND DESPITE LAST YEAR ON 8-24-04, AT THE SAME EOP HOUSING AND SAME IDT STAFF, SEYCORA AND YAMAMOTO, SAID BEING EOP LEVEL OF CARE WOULD NOT STAND IN THE WAY OF MY N.H. INTERSTATE TRANSFER) CLEARLY SHOWS THEIR DECISIONS ARE TAILORED TO THEIR ARBITRARY OPPRESSION OF MY LIFE AND MENTAL HEALTH CARE. THESE DEADLY DECISIONS CONCERNING MY M.H. STATUS, IS ACTING FOR THE SOLE PURPOSE OF DELAY, PERPETUATS MY

6.

HUMAN SUFFERING, AND VIOLATES THE FEDERAL CONSTITUTION, WHICH THE EVIDENCE IN MY CASE DEMONSTRATES DELIBERATE INDIFFERENCE IS NOTHING IF, IT IS NOT THAT.

THE GROSS INADEQUANCIES IN THEIR DECISIONS IS OVERWHELMING. THE RISK OF HARM TO ME FROM THESE DEFICIENCES IS OBVIOUS. THE ACTUAL SUFFERING EXPERIENCED BY ME IN BEING INDEFINATELY CONFINED IN SOLITARY CONFINEMENT FOR YEARS, ON NO HUMAN CONTACT STATUS IS APPARENT IN MY ACUTE, MENTAL ILLNESS, AND ONLY SERVES TO EXASBERATE MY PSYCHOLOGICAL CONDITION.

JUDGE KARLTON, I AM ENCLOSING A LETTER FROM THE COLEMAN ATTORNEYS, ROSEN, BIEN AND ASARO. JANE KHAN TO CDC, REGARDING THE PERIL ATTRIBUTED TO ME IF LEFT IN SHU, (AND A PLEA TO PROPERLY HOUSE ME IN PHU PROTECTIVE HOUSING UNIT) SO IT AINT LIKE CDC CAN CLAIM IGNORANCE TO MY VOLATILE SITUATION. DATED MAY 3, 2005.

IN THE COLEMAN V. WILSON CASE, THAT ITS ILLEGAL TO HOUSE INMATES IN SHU WHERE THEY SUFFER SERIOUS PSYCHO PATHO-LOGICAL REACTIONS TO SHU CONFINEMENT AND PSYCHOTIC DISORGANIZATION SEE 912 F. SUPP. 1282 (E.D. Cal. 1995) PAGE 1321.

IN THE SAME CASE PAGE 1288, IT STATES UNDER 8TH AMEND., PRISON OFFICIALS ARE RE-QUIRED TO MAINTAIN A SYSTEM IN WHICH INMATES WERE ABLE TO MAKE THEIR NEEDS FOR MENTAL HEALTH CARE KNOWN TO STAFF

7.

"COMPETENT TO PROVIDE SUCH CARE BEFORE INMATES SUFFERERED UNNECESSARY AND UNWANTON PAIN. SEYCORA AND YAMAMOTO INCOMPETENT.

FINALY PAGE 1285, SAME CASE, 27. STATES, "PRISON OFFICIALS CANNOT BE FOUND LIABLE UNDER 8TH AMEND., FOR DENYING INMATE HUMANE CONDITIONS OF CONFINEMENT, UNLESS OFFICIAL KNOWS OF AND DISREGARDS EXCESSIVE RISK TO INMATE'S HEALTH OR SAFETY, OFFICIAL MUST BE AWARE OF THE FACTS FROM WHICH INFERENCE COULD BE DRAWN THAT SUBSTANTIAL RISK OF SERIOUS HARM EXISTS."

THUS IN THE CASE OF MY DEATH IN SHU, WHERE MY DECOMPENSATION WILL OCCUR, I REQUEST YOU TAKE ACTION IN BRINGING THESE MENTIONED STAFFS ABUSE OF POWER AND INCOMPETENT DECISIONS TO JUSTICE. I THANK YOU FOR YOUR VALUABLE TIME.    I AM,

SINCERELY,

DATED: SEPTEMBER 12, 2005

RESPECTFULLY SUBMITTED
Kenny Morrow

8.