PRISON LAW OFFICE
DONALD SPECTER (State Bar # 83925)
STEVE FAMA (State Bar # 99641)
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

BINGHAM McCUTCHEN
WARREN GEORGE (State Bar # 53588)
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN (State Bar # 096891)
SANFORD JAY ROSEN (State Bar # 062566)
THOMAS NOLAN (State Bar # 169692)
ERNEST GALVAN (State Bar # 196065)
155 Montgomery Street, 8th Floor San Francisco, California 94104
Telephone (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF (State Bar # 36377)
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2005** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties have met and conferred concerning fees and costs incurred by plaintiffs' attorneys during the Second Quarter of 2005. As a result of the meet and confer session concerning the Second Quarter Statement for 2005, the parties are able to agree to the payment of $324,310.74 in fees and costs incurred during the Second Quarter of 2005. Attached hereto as Exhibit A are charts setting forth the fees and expenses now due and owing on the Second Quarter of 2005. This agreement resolves all disputed fees and costs for the Second Quarter of 2005 except for $26,814.45 in fees and costs incurred by plaintiffs in investigating and challenging classification policies of the CDC that interfere with access by members of the plaintiff class to mental health care. The parties agree to defer any dispute over these fees and agree that plaintiffs may seek compensation in the future once the status of these issues has been addressed more thoroughly in the case.

WHEREFORE, IT IS CONFIRMED that $324,310.74, plus interest is due and collectable as of 45 days from the date of entry of this order. Daily Interest runs from September 6, 2005 at the rate of 3.73%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
| --- | --- | --- | --- |
| $324,310.74 | 3.73% | $33.14 | September 6, 2005 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated:

John F. Moulds, Magistrate Judge
United States District Court

APPROVED AS TO FORM:

*/s/ Lisa Tillman/*
Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: 11-10-05

*/s/ Thomas Nolan/*
Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

DATED: 11-11-05

**Exhibit A**

# Coleman v. Schwarzenegger
### Second Quarterly Statement of 2005
### April 1, 2005 through June 30, 2005

## SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | COSTS |
|---|---:|---:|
| **MONITORING** | $ 289,359.33 | $ 15,341.61 |
| **MONITORING FEES ON FEES** | $ 19,379.65 | $ 230.15 |
| **CLASSIFICATION FEES** | $ - | $ - |
| **TOTALS:** | $ 308,738.98 | $ 15,571.76 |

**TOTAL CLAIMED FEES AND COSTS** $ 324,310.74

Total Undisputed Summary                                              10/21/2005

## Coleman v. Schwarzenegger

### Summary Of Undisputed Fees - Second Quarterly Statement, 2005
### April 1, 2005 through June 30, 2005

**Matter: 489-3**

#### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 of Certain Hours | 70/30 = 30% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 93.30 | 49.40 | 49.40 | 0.00 | 0.00 | 0.00 | 0.00 | 93.30 | $ 169.50 | $ 15,814.35 |
| Jane E. Kahn (JEK) | 368.20 | 85.15 | 83.05 | 2.10 | 0.00 | 0.00 | 0.00 | 366.10 | $ 169.50 | $ 62,053.95 |
| Thomas Nolan (TN) | 208.70 | 51.70 | 50.60 | 1.10 | 0.00 | 0.00 | 0.00 | 207.60 | $ 169.50 | $ 35,188.20 |
| Ernest Galvan (EG) | 3.30 | 1.10 | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 3.30 | $ 169.50 | $ 559.35 |
| Megan R. Lang (MRL) | 19.30 | 0.60 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 19.30 | $ 169.50 | $ 3,271.35 |
| Katherine Sher (KS) | 23.60 | 1.20 | 0.20 | 1.00 | 0.00 | 0.00 | 0.00 | 22.60 | $ 169.50 | $ 3,830.70 |
| Natasha N. Prince (NNP), Clerk | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | $ 140.00 | $ 280.00 |
| Martin D. White (MDW), Clerk | 8.30 | 4.60 | 1.50 | 0.00 | 3.10 | 0.00 | 0.00 | 6.75 | $ 140.00 | $ 945.00 |
| Kim Le (KTL) | 46.00 | 20.50 | 9.70 | 0.50 | 10.30 | 0.00 | 0.00 | 40.35 | $ 150.00 | $ 6,052.50 |
| Alissa B. Cambier (ABC) | 304.70 | 87.30 | 51.60 | 6.30 | 29.10 | 0.30 | 0.00 | 283.76 | $ 150.00 | $ 42,564.00 |
| Carrie DeGraff (CJD) | 15.20 | 1.00 | 0.80 | 0.20 | 0.00 | 0.00 | 0.00 | 15.00 | $ 150.00 | $ 2,250.00 |
| Daniel M. Markman (DMM) | 77.80 | 18.50 | 11.60 | 0.40 | 6.50 | 0.00 | 0.00 | 74.15 | $ 150.00 | $ 11,122.50 |
| Salvador Arrona (SA) | 4.00 | 1.30 | 0.70 | 0.00 | 0.60 | 0.00 | 0.00 | 3.70 | $ 140.00 | $ 518.00 |
| Paloma K. Wu (PKW) | 293.10 | 87.60 | 48.80 | 3.00 | 31.20 | 4.60 | 0.00 | 273.12 | $ 140.00 | $ 38,236.80 |
| Nathan J. Kleiner (NJK) | 229.20 | 64.60 | 25.00 | 10.80 | 28.80 | 0.00 | 0.00 | 204.00 | $ 140.00 | $ 28,560.00 |
| **RBA Totals:** | **1696.70** | **474.55** | **334.65** | **25.40** | **109.60** | **4.90** | **0.00** | **1615.03** | | **$ 251,246.70** |
| | | | | | | | | | | |
| | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 = 30% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 |
| Steven Fama (SF) | 7.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.30 | $ 169.50 | $ 1,237.35 |
| Sarah Norman (SN) | 0.30 | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $ 169.50 | $ 50.85 |
| Keith Wattley (KW) | 57.70 | 12.40 | 8.90 | 0.00 | 3.50 | 0.00 | 0.00 | 55.95 | $ 169.50 | $ 9,483.53 |
| Della Burke (DB) | 144.00 | 8.20 | 8.20 | 0.00 | 0.00 | 0.00 | 0.00 | 144.00 | $ 140.00 | $ 20,160.00 |
| Noor Dawood (ND) | 39.80 | 8.50 | 5.00 | 0.00 | 3.50 | 0.00 | 0.00 | 38.05 | $ 140.00 | $ 5,327.00 |
| Thomas Master (TM) | 13.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.00 | $ 140.00 | $ 1,820.00 |
| **PLO Totals:** | **262.30** | **29.20** | **22.20** | **0.00** | **7.00** | **0.00** | **0.00** | **258.80** | | **$ 38,112.63** |
| | | | | | | | | | | |
| **Total Monitoring - All Offices** | **1959.00** | **503.75** | **356.85** | **25.40** | **116.60** | **4.90** | **0.00** | **1873.83** | | **$289,359.33** |

2nd Qtr-Undisputed Total Fees.xls

10/21/2005

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Second Quarterly Statement, 2005
April 1, 2005 through June 30, 2005

### Fees Work

**Matter: 489-5**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Thomas Nolan (TN) | 13.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.70 | $ 169.50 | $ 2,322.15 |
| Pamela Derrico (PD) | 94.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 94.30 | $ 175.00 | $ 16,502.50 |
| **RBA Totals:** | **108.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **108.00** | | **$ 18,824.65** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 3.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.70 | $ 150.00 | $ 555.00 |
| **PLO Totals:** | **3.70** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3.70** | | **$ 555.00** |
| **Total Fees - All Offices** | **111.70** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **111.70** | | **$ 19,379.65** |

### Classification Policies That Interfere With Access to Mental Healthcare Work

**Matter: 489-9**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | |
| Michael W. Bien (MWB) | 2.30 | 2.30 | 0.00 | 0.00 | 0.00 | 0.00 | 2.30 | 0.00 | $ 169.50 | $ - |
| Thomas Nolan (TN) | 3.30 | 3.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3.30 | 0.00 | $ 169.50 | $ - |
| Meghan Lang (MRL) | 57.20 | 57.20 | 0.00 | 0.00 | 0.00 | 0.00 | 57.20 | 0.00 | $ 169.50 | $ - |
| Natasha N. Prince (NNP), Clerk | 5.60 | 5.60 | 0.00 | 0.00 | 0.00 | 0.00 | 5.60 | 0.00 | $ 140.00 | $ - |
| Martin D. White (MDW), Clerk | 2.80 | 2.80 | 0.00 | 0.00 | 0.00 | 0.00 | 2.80 | 0.00 | $ 140.00 | $ - |
| Kim Le (KTL) | 60.90 | 60.90 | 0.00 | 0.00 | 0.00 | 0.00 | 60.90 | 0.00 | $ 150.00 | $ - |
| Daniel M. Markman (DMM) | 1.60 | 1.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1.60 | 0.00 | $ 150.00 | $ - |
| Nathan J. Kleiner (NJK) | 29.10 | 29.10 | 0.00 | 0.00 | 0.00 | 0.00 | 29.10 | 0.00 | $ 140.00 | $ - |
| **RBA Totals:** | **162.80** | **162.80** | **0.00** | **0.00** | **0.00** | **0.00** | **162.80** | **0.00** | | **$ -** |
| **Employment Law Center** | | | | | | | | | | |
| Claudia Center | 11.50 | 11.50 | 0.00 | 0.00 | 0.00 | 0.00 | 11.50 | 0.00 | $ 169.50 | $ - |
| Lewis Bossing | 9.30 | 9.30 | 0.00 | 0.00 | 0.00 | 0.00 | 9.30 | 0.00 | $ 169.50 | $ - |
| **ELC Hours:** | **20.80** | **20.80** | **0.00** | **0.00** | **0.00** | **0.00** | **20.80** | **0.00** | | **$ -** |
| **Total - All Offices** | **183.60** | **183.60** | **0.00** | **0.00** | **0.00** | **0.00** | **183.60** | **0.00** | | **$ -** |

2nd Qtr-Undisputed Total Fees.xls

10/21/2005

Coleman v. Schwarzenegger

Summary Of Undisputed Costs - Second Quarterly Statement, 2005
April 1, 2005 through June 30, 2005

### Matter: 489-3 (Monitoring)

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Defendant's Objections | Undisputed Costs |
|---|---|---|---|
| Photocopying (in-house @.20) | $ 8,193.00 | $ - | $ 8,193.00 |
| Photocopying (outside services) | $ 757.77 | $ - | $ 757.77 |
| Photocopying at CSP (Arval) | $ 921.25 | $ - | $ 921.25 |
| Postage & Delivery | $ 946.85 | $ - | $ 946.85 |
| Telephone | $ 192.34 | $ - | $ 192.34 |
| Westlaw | $ 76.36 | $ - | $ 76.36 |
| International Effectiveness - Translation | $ 579.70 | $ - | $ 579.70 |
| Telefax | $ 554.00 | $ - | $ 554.00 |
| Lindsay Hayes, Program Guide Expert - Retainer | $ 3,000.00 | $ 3,000.00 | $ - |
| Edward Kaufman, M.D. -Expert - Retainer | $ 3,000.00 | $ 3,000.00 | $ - |
| Pacer (court) | $ 5.44 | $ - | $ 5.44 |
| Video Transfer - DVD-r Duplication | $ 20.62 | $ - | $ 20.62 |
| Travel | $ 421.61 | $ - | $ 421.61 |
| **RBA Totals:** | **$ 18,668.94** | **$ 6,000.00** | **$ 12,668.94** |

**PRISON LAW OFFICE**

| | Claimed Costs | Defendant's Objections | Undisputed Costs |
|---|---|---|---|
| Photocopying (in-house) | $ 1,169.00 | $ - | $ 1,169.00 |
| Postage & Delivery | $ 927.14 | $ - | $ 927.14 |
| Telefax | $ 156.00 | $ - | $ 156.00 |
| Telephone | $ 15.11 | $ - | $ 15.11 |
| Travel | $ 405.42 | $ - | $ 405.42 |
| **Totals:** | **$ 2,672.67** | **$ -** | **$ 2,672.67** |

| **Total Monitoring Costs:** | **$ 21,341.61** | **$ 6,000.00** | **$ 15,341.61** |
|---|---|---|---|

### Matter: 489-5 (Monitoring Fees on Fees)

**ROSEN, BIEN & ASARO**

| | Claimed Costs | Defendant's Objections | Undisputed Costs |
|---|---|---|---|
| Photocopying (in-house @.20) | $ 70.80 | $ - | $ 70.80 |
| Photocopying (outside service) | $ 114.47 | $ - | $ 114.47 |
| Postage & Delivery | $ 25.46 | $ - | $ 25.46 |
| Pacer (court) | $ 7.92 | $ - | $ 7.92 |
| Telefax | $ 2.00 | $ - | $ 2.00 |
| Telephone | $ 9.50 | $ - | $ 9.50 |
| **Total Fees Costs:** | **$ 230.15** | **$ -** | **$ 230.15** |

| **TOTAL UNDISPUTED COSTS** | **$ 21,571.76** | **$ 6,000.00** | **$ 15,571.76** |
|---|---|---|---|

## Coleman v. Schwarzenegger

**Summary Of Undisputed Costs - Second Quarterly Statement, 2005**
April 1, 2005 through June 30, 2005

*Matter: 489-9*
*(Classification Policies That Interfere With Access to Mental Healthcare)*

| ROSEN, BIEN & ASARO | Claimed Costs | Defendant's Objections | Undisputed Costs |
|---|---:|---:|---:|
| Photocopying (in-house @.20) | $ 787.60 | $ 787.60 | $ - |
| Photocopying (outside service) | $ 454.48 | $ 454.48 | $ - |
| Telefax | $ 54.00 | $ 54.00 | $ - |
| Travel | $ 48.01 | $ 48.01 | $ - |
| Postage & Delivery | $ 192.94 | $ 192.94 | $ - |
| Telephone | $ 7.82 | $ 7.82 | $ - |
| **Total Fees Costs:** | **$ 1,544.85** | **$ 1,544.85** | **$ -** |

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th floor, San Francisco, California 94104. I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR SECOND QUARTER OF 2005**

on the parties in said action by causing same to be delivered in the manner and on the date listed below:

**BY U.S. MAIL**

Lisa A. Tillman
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814

Michael Stone
Dennis Beaty
CDCR, Legal Affairs Division
1515 S Street, Room 314-S
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of November, 2005, at San Francisco, California.

_____
PAMELA A. DERRICO