BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | CASE NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO DEPOSIT FUNDS; PROPOSED ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Lisa A. Tillman, declare as follows:

1. I am an attorney licensed to practice in the State of California and I am admitted to the Eastern District of the United States District Court. I am employed by the Office of the Attorney General as a Deputy Attorney General and I am assigned to represent the Defendants in this matter.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

///

3. On October 6, 2005, this Court entered an order requiring Defendants to deposit with the Clerk of the Court a thirty-eighth interim payment of costs in the amount of $500,000.00 within thirty days.

4. On Friday, November 10, 2005, I contacted Katie Riley, Esq., staff counsel with the California Department of Corrections and Rehabilitation (CDCR) to determine the status of the deposit.

5. On Monday, November 14, 2005, I learned that the thirty-eighth interim payment of costs had not been made.

6. On November 15, 2005, CDCR staff counsel Michael Stone informed me that the request for approval to deposit these funds with the court was sent from the CDCR Accounting Office to the Department of Finance on October 27, 2005. I contacted Molly Arnold, Chief Counsel for the Department of Finance, today and learned that the request had been approved on November 15, 2005. CDCR must now prepare the necessary documents to deposit the funds.

7. Defendants respectfully submit their apology to the Court for any inconvenience caused by the delay in the deposit of these funds. Defendants respectfully request an extension to November 22, 2005 for the deposit of this thirty-eighth interim payment of costs.

Dated: November 17, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

STEPHEN P. ACQUISTO
Supervising Deputy Attorney General

*/s/ Lisa Tillman*
LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30060135.wpd

DEFENDANTS' REQUEST FOR EOT RE. DEPOSIT OF FUNDS

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Coleman et al v. Schwarzenegger et al**

No.:    **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 17, 2005, I served the attached **Request for Extension of Time with Proposed Order**, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 17, 2005, at Sacramento, California.

|  A Buckley  |  */s/ A Buckley*  |
|:---:|:---:|
| Declarant | Signature |

30061441.wpd