BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 327-7872
Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**ARNOLD SCHWARZENEGGER, et al.,**<br>Defendants. | **CASE NO. CIV S-90-0520 LKK JFM P**<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO DEPOSIT FUNDS** |

GOOD CAUSE HAVING BEEN SHOWN, Defendants are hereby GRANTED an extension of time, to and including November 22, 2005, to deposit the thirty-seventh interim payment of $500,000.00 with the Clerk of the Court.

DATED: ______________

______________________________
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE