IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        ORDER

                              /

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of October 2005.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

    J. Michael Keating, Jr.,
    <u>Coleman</u> Special Master
    2351 Sussex Lane
    Fernandina Beach, FL 32034

the amount of $224,659.71 in accordance with the attached statement; and

/////

/////

2. A copy of this order shall be served on the financial department of this court.

DATED: November 17, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/cole05.oct

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

v.                                          No. Civ. S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER et al.,
    Defendants.

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through October 31, 2005.

**J. Michael Keating, Jr., Master**
| | | |
|---|---|---|
| Services | $27,222.00 | |
| Disbursements | $   153.58 | |
| Total amount due | | $ 27,375.58 |

**Matthew A. Lopes, Jr., J.D.**
| | | |
|---|---|---|
| Services | $12,005.00 | |
| Disbursements | $ 6,048.71 | |
| Total amount due | | $ 18,053.71 |

**Mohamedu F. Jones, J.D.**
| | | |
|---|---|---|
| Services | $36,806.00 | |
| Disbursements | $      -0- | |
| Total amount due | | $ 36,806.00 |

**Paul Nicoll, M.A.P.A.**
| | | |
|---|---|---|
| Services | $24,182.00 | |
| Disbursements | $      -0- | |
| Total amount due | | $ 24,182.00 |

**Kerry C. Hughes, M.D.**
| | | |
|---|---|---|
| Services | $ 1,345.00 | |
| Disbursements | $   633.05 | |
| Total amount due | | $  1,978.05 |

**Dennis F. Koson, M.D.**
| | | |
|---|---|---|
| Services | $25,745.00 | |
| Disbursements | $ 2,563.84 | |
| Total amount due | | $ 28,308.84 |

| | | |
|---|---|---|
| **Jeffrey Metzner, M.D.** | | |
| Services | $10,455.00 | |
| Disbursements | $ 1,210.55 | |
| Total amount due | | $ 11,665.55 |
| **Raymond F. Patterson** | | |
| Services | $ 18,212.50 | |
| Disbursements | $ 2,098.22 | |
| Total amount due | | $ 20,310.72 |
| **Melissa G. Warren, Ph.D.** | | |
| Services | $18,290.00 | |
| Disbursements | $ 1,283.39 | |
| Total amount due | | $ 19,573.39 |
| **Norma D'Apolito, J.D.** | | |
| Services | $ 2,140.00 | |
| Disbursements | $     -0- | |
| Total amount due | | $ 2,140.00 |
| **Virginia L. Morrison, J.D.** | | |
| Services | $15,351.00 | |
| Disbursements | $ 601.06 | |
| Total amount due | | $ 15,952.06 |
| **Patricia M. Williams, J.D.** | | |
| Services | $16,573.00 | |
| Disbursements | $ 1,740.81 | |
| Total amount due | | $ 18,313.81 |
| **TOTAL AMOUNT TO BE REIMBURSED** | | $224,659.71 |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master