**DEFENDANTS' RESPONSES AND OBJECTIONS TO THE <u>DRAFT</u> FIFTEENTH MONITORING REPORT OF THE SPECIAL MASTER ON THE DEFENDANTS' COMPLIANCE WITH PROVISIONALLY APPROVED PLANS, POLICIES AND PROTOCOLS**

**EXHIBIT 1: CALIFORNIA STATE PRISON, SACRAMENTO DOCUMENTATION**

Clinical Psychiatric Technician Rounds    Institution CSP SAC
Administrative Segregation Unit           Building _____ STAND ALONE

Data for the month of January 2004

| Date | Check Marks on Isolation Log | | | Sign In/Out (Y)es or (N)o | Reason for Visit | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | Present | Absent | Partial | | Proper Entry | No Entry | Improper Entry | |
| 1/1/04 | | | | | | | | |
| 1/2/04 | | | | | | | | |
| 1/3/04 | | | | | | | | |
| 1/4/04 | | | | | | | | |
| 1/5/04 | | | | | | | | |
| 1/6/04 | | | | | | | | |
| 1/7/04 | | | | | | | | |
| 1/8/04 | | | | | | | | |
| 1/9/04 | | | | | | | | |
| 1/10/04 | | | | | | | | |
| 1/11/04 | | | | | | | | |
| 1/12/04 | | | | | | | | |
| 1/13/04 | | | | | | | | |
| 1/14/04 | | | | | | | | |
| 1/15/04 | | | | | | | | |
| 1/16/04 | | | | | | | | |
| 1/17/04 | | | | | | | | |
| 1/18/04 | | | | | | | | |
| 1/19/04 | | | | | | | | |
| 1/20/04 | | | | | | | | |
| 1/21/04 | | | | | | | | |
| 1/22/04 | | | | | | | | |
| 1/23/04 | | | | | | | | |
| 1/24/04 | | | | | | | | |
| 1/25/04 | | | | | | | | |
| 1/26/04 | | | | | | | | |
| 1/27/04 | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | ↓ | |
| *1/28/04 | ✓ | | | Y | X | | | |
| 1/29/04 | ✓ | | | Y | X | | | |
| 1/30/04 | ✓ | | | Y | X | | | |
| 1/31/04 | ✓ | | | Y | X | | | |

Was a Weekly Summary done for all the Mental Health Services Delivery System patients for those days they were housed in Administrative Segregation?
Yes ☐    No ☒    If No, please explain Debbie Peck SPT
These inmates are not in the MHSD system but are seen daily by PT's due to being housed in Ad Seg Stand alone.

_____                    _____
Warden's Signature                          Health Care Manager's Signature

Please fax this monthly report to David Gransee, Chief, Mental Health Unit, at (916) 322-2838, no later than the 5th of each month. Any questions, please call (916) 327-4879.

Clinical or Psychiatric Technician Rounds  Institution CSP-SAC
Administrative Segregation Unit  Building Stand Alone

Data for the month of February 2004

| Date | Check Marks on Isolation Log | | | Sign In/Out (Y)es or (N)o | Reason for Visit | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | Present | Absent | Partial | | Proper Entry | No Entry | Improper Entry | |
| 2/1 | ✓ | | | Y | X | | | |
| 2/2 | ✓ | | | Y | X | | | |
| 2/3 | ✓ | | | Y | X | | | |
| 2/4 | ✓ | | | Y | X | | | |
| 2/5 | ✓ | | | Y | X | | | |
| 2/6 | ✓ | | | Y | X | | | |
| 2/7 | ✓ | | | Y | X | | | |
| 2/8 | ✓ | | | Y | X | | | |
| 2/9 | ✓ | | | Y | X | | | |
| 2/10 | ✓ | | | Y | X | | | |
| 2/11 | ✓ | | | Y | X | | | |
| 2/12 | ✓ | | | Y | X | | | |
| 2/13 | ✓ | | | Y | X | | | |
| 2/14 | ✓ | | | Y | X | | | |
| 2/15 | ✓ | | | Y | X | | | |
| 2/16 | ✓ | | | Y | X | | | |
| 2/17 | ✓ | | | Y | X | | | |
| 2/18 | ✓ | | | Y | X | | | |
| 2/19 | ✓ | | | Y | X | | | |
| 2/20 | ✓ | | | Y | X | | | |
| 2/21 | ✓ | | | Y | X | | | |
| 2/22 | ✓ | | | Y | X | | | |
| 2/23 | ✓ | | | Y | X | | | |
| 2/24 | ✓ | | | Y | X | | | |
| 2/25 | ✓ | | | Y | X | | | |
| 2/26 | ✓ | | | Y | X | | | |
| 2/27 | ✓ | | | Y | X | | | |
| 2/28 | ✓ | | | Y | X | | | |
| 2/29 | ✓ | | | Y | X | | | |

Was a Weekly Summary done for all the Mental Health Services Delivery System patients for those days they were housed in Administrative Segregation?
Yes ☐  No ☒  If No, please explain  Debbie Peck SPT
no mental health inmates housed in this area. 3/5/04

_____  _____
Warden's Signature                Health Care Manager's Signature

Please fax this monthly report to David Gransee, Chief, Mental Health Unit, at (916) 322-2838, no later than the 5th of each month. Any questions, please call (916) 327-4879.

TOTAL P.02

Clinical or Psychiatric Technician Rounds  Institution: CSP/SAC
Administrative Segregation Unit              Building: FSB (Stand Alone)

Data for the month of __MARCH 2004__

| Date | Check Marks on Isolation Log | | | Sign In/Out (Y)es or (N)o | Reason for Visit | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | Present | Absent | Partial | | Proper Entry | No Entry | Improper Entry | |
| 3/1/04 | ✓ | | | Y | X | | | |
| 3/2/04 | ✓ | | | Y | X | | | |
| 3/3/04 | ✓ | | | Y | X | | | |
| 3/4/04 | ✓ | | | Y | X | | | |
| 3/5/04 | ✓ | | | Y | X | | | |
| 3/6/04 | ✓ | | | Y | X | | | |
| 3/7/04 | ✓ | | | Y | X | | | |
| 3/8/04 | ✓ | | | Y | X | | | |
| 3/9/04 | ✓ | | | Y | X | | | |
| 3/10/04 | ✓ | | | Y | X | | | |
| 3/11/04 | ✓ | | | Y | X | | | |
| 3/12/04 | ✓ | | | Y | X | | | |
| 3/13/04 | ✓ | | | Y | X | | | |
| 3/14/04 | ✓ | | | Y | X | | | |
| 3/15/04 | ✓ | | | Y | X | | | |
| 3/16/04 | ✓ | | | Y | X | | | |
| 3/17/04 | ✓ | | | Y | X | | | |
| 3/18/04 | ✓ | | | Y | X | | | |
| 3/19/04 | ✓ | | | Y | X | | | |
| 3/20/04 | ✓ | | | Y | X | | | |
| 3/21/04 | ✓ | | | Y | X | | | |
| 3/22/04 | ✓ | | | Y | X | | | |
| 3/23/04 | ✓ | | | Y | X | | | |
| 3/24/04 | ✓ | | | Y | X | | | |
| 3/25/04 | ✓ | | | Y | X | | | |
| 3/26/04 | ✓ | | | Y | X | | | |
| 3/27/04 | ✓ | | | Y | X | | | |
| 3/28/04 | ✓ | | | Y | | | | |
| 3/29/04 | ✓ | | | Y | | | X | needed to put Psych Tech Rev |
| 3/30/04 | | ✓ | | N | | X | | |
| 3/31/04 | ✓ | | | Y | X | | | |

Was a Weekly Summary done for all the Mental Health Services Delivery System patients for those days they were housed in Administrative Segregation?
Yes ☐  No ☒  If No, please explain _no mental health inmates are housed in this area_

_Debbie Peck CPT 4/5/04_

_____          _____
Warden's Signature               Health Care Manager's Signature

Please fax this monthly report to David Gransee, Chief, Mental Health Unit, at (916) 322-2838, no later than the 5th of each month. Any questions, please call (916) 327-4879.

Clinical or Psychiatric Technician Rounds   Institution  CSP-SAC
Administrative Segregation Unit             Building  Stand Alone

Data for the month of  April 2004

| Date | Check Marks on Isolation Log | | | Sign In/Out | Reason for Visit | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | Present | Absent | Partial | (Y)es or (N)o | Proper Entry | No Entry | Improper Entry | |
| 4/1 | ✓ | | | Y | X | | | |
| 4/2 | ✓ | | | Y | X | | | |
| 4/3 | ✓ | | | Y | X | | | |
| 4/4 | ✓ | | | Y | X | | | |
| 4/5 | ✓ | | | Y | X | | | |
| 4/6 | ✓ | | | Y | X | | | |
| 4/7 | ✓ | | | Y | X | | | |
| 4/8 | ✓ | | | Y | X | | | |
| 4/9 | ✓ | | | Y | X | | | |
| 4/10 | ✓ | | | Y | X | | | |
| 4/11 | ✓ | | | Y | X | | | |
| 4/12 | ✓ | | | Y | X | | | |
| 4/13 | ✓ | | | Y | X | | | |
| 4/14 | ✓ | | | Y | X | | | |
| 4/15 | ✓ | | | Y | X | | | |
| 4/16 | ✓ | | | Y | X | | | |
| 4/17 | ✓ | | | Y | X | | | |
| 4/18 | ✓ | | | Y | X | | | |
| 4/19 | ✓ | | | Y | X | | | |
| 4/20 | ✓ | | | Y | X | | | |
| 4/21 | ✓ | | | Y | X | | | |
| 4/22 | ✓ | | | Y | X | | | |
| 4/23 | ✓ | | | Y | X | | | |
| 4/24 | ✓ | | | Y | X | | | |
| 4/25 | ✓ | | | Y | X | | | |
| 4/26 | ✓ | | | Y | X | | | |
| 4/27 | ✓ | | | Y | X | | | |
| 4/28 | ✓ | | | Y | X | | | |
| 4/29 | ✓ | | | Y | X | | | |
| 4/30 | ✓ | | | Y | X | | | |

Was a Weekly Summary done for all the Mental Health Services Delivery System patients for those days they were housed in Administrative Segregation?
Yes ☐   No ☒   If No, please explain
There are no mental health Inmates housed in the Stand alone Unit.   Denise Peck SF

_____          _____
Warden's Signature                  Health Care Manager's Signature

Please fax this monthly report to David Gransee, Chief, Mental Health Unit, at (916) 322-2838, no later than the 5th of each month. Any questions, please call (916) 327-4879.

Clinical or Psychiatric Technician Rounds — Institution CSP SAC
Administrative Segregation Unit — Building STANDALONE

Data for the month of MAY 2004

| Date | Check Marks on Isolation Log | | | Sign In/Out (Y)es or (N)o | Reason for Visit | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | Present | Absent | Partial | | Proper Entry | No Entry | Improper Entry | |
| 5/1/04 | ✓ | | | Y | X | | | |
| 2 | ✓ | | | Y | X | | | |
| 3 | ✓ | | | Y | X | | | |
| 4 | ✓ | | | Y | X | | | |
| 5 | ✓ | | | Y | X | | | |
| 6 | ✓ | | | Y | X | | | |
| 7 | ✓ | | | Y | X | | | |
| 8 | ✓ | | | Y | X | | | |
| 9 | ✓ | | | Y | X | | | |
| 10 | ✓ | | | Y | X | | | |
| 11 | ✓ | | | Y | X | | | |
| 12 | ✓ | | | Y | X | | | |
| 13 | ✓ | | | Y | X | | | |
| 14 | ✓ | | | Y | X | | | |
| 15 | ✓ | | | Y | X | | | |
| 16 | ✓ | | | Y | X | | | |
| 17 | ✓ | | | Y | X | | | |
| 18 | ✓ | | | Y | X | | | |
| 19 | ✓ | | | Y | X | | | |
| 20 | ✓ | | | Y | X | | | |
| 21 | ✓ | | | Y | X | | | |
| 22 | ✓ | | | Y | X | | | |
| 23 | ✓ | | | Y | X | | | |
| 24 | ✓ | | | Y | X | | | |
| 25 | ✓ | | | Y | X | | | |
| 26 | ✓ | | | Y | X | | | |
| 27 | ✓ | | | Y | X | | | |
| 28 | ✓ | | | Y | X | | | |
| 29 | ✓ | | | Y | X | | | |
| 30 | ✓ | | | Y | X | | | |
| 5/31/04 | ✓ | | | Y | X | | | |

Was a Weekly Summary done for all the Mental Health Services Delivery System patients for those days they were housed in Administrative Segregation?
Yes ☐   No ☒   If No, please explain   Debbie Peck SPT 6/7/04

no mental health inmates are housed in this area.

_____   _____
Warden's Signature         Health Care Manager's Signature

Please fax this monthly report to David Gransee, Chief, Mental Health Unit, at (916) 322-2838, no later than the 5th of each month. Any questions, please call (916) 327-4879.

Clinical or Psychiatric Technician Rounds  Institution CSP SAC
Administrative Segregation Unit  Building Stand alone

Data for the month of June 2004

| Date | Check Marks on Isolation Log | | | Sign In/Out | Reason for Visit | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | Present | Absent | Partial | (Y)es or (N)o | Proper Entry | No Entry | Improper Entry | |
| 6/1 | ✓ | | | Y | X | | | |
| 6/2 | ✓ | | | Y | X | | | |
| 6/3 | ✓ | | | Y | X | | | |
| 6/4 | ✓ | | | Y | X | | | |
| 6/5 | ✓ | | | Y | X | | | |
| 6/6 | ✓ | | | Y | X | | | |
| 6/7 | ✓ | | | Y | X | | | |
| 6/8 | ✓ | | | Y | X | | | |
| 6/9 | ✓ | | | Y | X | | | |
| 6/10 | ✓ | | | Y | X | | | |
| 6/11 | ✓ | | | Y | X | | | |
| 6/12 | ✓ | | | Y | X | | | |
| 6/13 | ✓ | | | Y | X | | | |
| 6/14 | ✓ | | | Y | X | | | |
| 6/15 | ✓ | | | Y | X | | | |
| 6/16 | ✓ | | | Y | X | | | |
| 6/17 | ✓ | | | Y | X | | | |
| 6/18 | ✓ | | | Y | X | | | |
| 6/19 | ✓ | | | Y | X | | | |
| 6/20 | ✓ | | | Y | X | | | |
| 6/21 | ✓ | | | Y | X | | | |
| 6/22 | ✓ | | | Y | X | | | |
| 6/23 | ✓ | | | Y | X | | | |
| 6/24 | ✓ | | | Y | X | | | |
| 6/25 | ✓ | | | Y | X | | | |
| 6/26 | ✓ | | | Y | X | | | |
| 6/27 | ✓ | | | Y | X | | | |
| 6/28 | ✓ | | | Y | X | | | |
| 6/29 | ✓ | | | Y | X | | | |
| 6/30 | ✓ | | | Y | X | | | |

Was a Weekly Summary done for all the Mental Health Services Delivery System patients for those days they were housed in Administrative Segregation?
Yes ☐   No ☒   If No, please explain

No mental health inmates are housed in this area, daily LPT rounds are done daily _____ 12/04 SPC

Warden's Signature                Health Care Manager's Signature

Please fax this monthly report to David Gransee, Chief, Mental Health Unit, at (916) 322-2838, no later than the 5th of each month. Any questions, please call (916) 327-4879.

TOTAL P.02

Clinical or Psychiatric Technician Rounds    Institution CSP SAC
Administrative Segregation Unit    Building Standard A&B(?)

Data for the month of July 2004

| Check Marks on Isolation Log | | | | Sign In/Out | Reason for Visit | | | Comments |
|---|---|---|---|---|---|---|---|---|
| Date | Present | Absent | Partial | (Y)es or (N)o | Proper Entry | No Entry | Improper Entry | |
| 7/1 | ✓ | | | Y | X | | | |
| 7/2 | ✓ | | | Y | X | | | |
| 7/3 | ✓ | | | Y | X | | | |
| 7/4 | ✓ | | | Y | X | | | |
| 7/5 | ✓ | | | Y | X | | | |
| 7/6 | ✓ | | | Y | X | | | |
| 7/7 | ✓ | | | Y | X | | | |
| 7/8 | ✓ | | | Y | X | | | |
| 7/9 | ✓ | | | Y | X | | | |
| 7/10 | ✓ | | | Y | X | | | |
| 7/11 | ✓ | | | Y | X | | | |
| 7/12 | ✓ | | | Y | X | | | |
| 7/13 | ✓ | | | Y | X | | | |
| 7/14 | ✓ | | | Y | X | | | |
| 7/15 | ✓ | | | Y | X | | | |
| 7/16 | ✓ | | | Y | X | | | |
| 7/17 | ✓ | | | Y | X | | | |
| 7/18 | ✓ | | | Y | X | | | |
| 7/19 | ✓ | | | Y | X | | | |
| 7/20 | ✓ | | | Y | X | | | |
| 7/21 | ✓ | | | Y | X | | | |
| 7/22 | ✓ | | | Y | X | | | |
| 7/23 | ✓ | | | Y | X | | | |
| 7/24 | ✓ | | | Y | X | | | |
| 7/25 | ✓ | | | Y | X | | | |
| 7/26 | ✓ | | | Y | X | | | |
| 7/27 | ✓ | | | Y | X | | | |
| 7/28 | ✓ | | | Y | X | | | |
| 7/29 | ✓ | | | Y | X | | | |
| 7/30 | ✓ | | | Y | X | | | |
| 7/31 | ✓ | | | Y | X | | | |

Was a Weekly Summary done for all the Mental Health Services Delivery System patients for those days they were housed in Administrative Segregation?
Yes ☐    No ☒    If No, please explain   Debbie Peck, SPT 8/5/04
no mental health inmate/pt. are housed in this area.

_____    _____
Warden's Signature    Health Care Manager's Signature

Please fax this monthly report to David Gransee, Chief, Mental Health Unit, at (916) 322-2838, no later than the 5th of each month. Any questions, please call (916) 327-4879.

TOTAL P.02

Clinical or Psychiatric Technician Rounds  Institution **CSP-SAC**
Administrative Segregation Unit  Building **Stand Alone**

Data for the month of **AUGUST 2004**

| Check Marks on Isolation Log | | | | Sign In/Out | Reason for Visit | | | Comments |
|---|---|---|---|---|---|---|---|---|
| Date | Present | Absent | Partial | (Y)es or (N)o | Proper Entry | No Entry | Improper Entry | |
| 8/1 | ✓ | | | Y | X | | | |
| 8/2 | ✓ | | | Y | X | | | |
| 8/3 | | | ✓ | Y | X | | | |
| 8/4 | ✓ | | | Y | X | | | |
| 8/5 | ✓ | | | Y | X | | | |
| 8/6 | ✓ | | | Y | X | | | |
| 8/7 | ✓ | | | Y | X | | | |
| 8/8 | ✓ | | | Y | X | | | |
| 8/9 | ✓ | | | Y | X | | | |
| 8/10 | ✓ | | | Y | X | | | |
| 8/11 | ✓ | | | Y | X | | | |
| 8/12 | ✓ | | | Y | X | | | |
| 8/13 | ✓ | | | Y | X | | | |
| 8/14 | ✓ | | | Y | X | | | |
| 8/15 | | | ✓ | Y | X | | | |
| 8/16 | ✓ | | | Y | X | | | |
| 8/17 | ✓ | | | Y | X | | | |
| 8/18 | ✓ | | | Y | X | | | |
| 8/19 | ✓ | | | Y | X | | | |
| 8/20 | ✓ | | | Y | X | | | |
| 8/21 | ✓ | | | Y | X | | | |
| 8/22 | ✓ | | | Y | X | | | |
| 8/23 | ✓ | | | Y | X | | | |
| 8/24 | ✓ | | | Y | X | | | |
| 8/25 | ✓ | | | Y | X | | | |
| 8/26 | ✓ | | | Y | X | | | |
| 8/27 | | | ✓ | Y | X | | | |
| 8/28 | ✓ | | | Y | X | | | |
| 8/29 | ✓ | | | Y | X | | | |
| 8/30 | ✓ | | | Y | X | | | |
| 8/31 | ✓ | | | Y | X | | | |

Was a Weekly Summary done for all the Mental Health Services Delivery System patients for those days they were housed in Administrative Segregation?

Yes ☐   No ☒   If No, please explain  no mental health inmates housed in this area

_____  _____
Warden's Signature  Health Care Manager's Signature

Please fax this monthly report to David Gransee, Chief, Mental Health Unit, at (916) 322-2838, no later than the 5th of each month. Any questions, please call (916) 327-4879.

Clinical or Psychiatric Technician rounds
Administrative Segregation Unit

Institution CSP SAC
Building B7 and A1 one

Data for the month of September 2004

| Date | Check Marks on Isolation Log | | | Sign In/Out (Y)es or (N)o | Reason for Visit | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | Present | Absent | Partial | | Proper Entry | No Entry | Improper Entry | |
| 9/1 | ✓ | | | Y | X | | | |
| 9/2 | ✓ | | | Y | X | | | |
| 9/3 | ✓ | | | Y | X | | | |
| 9/4 | ✓ | | | Y | X | | | |
| 9/5 | ✓ | | | Y | X | | | |
| 9/6 | ✓ | | | Y | X | | | |
| 9/7 | ✓ | | | Y | X | | | |
| 9/8 | ✓ | | | Y | X | | | |
| 9/9 | ✓ | | | Y | X | | | |
| 9/10 | ✓ | | | Y | X | | | |
| 9/11 | ✓ | | | Y | X | | | |
| 9/12 | ✓ | | | Y | X | | | |
| 9/13 | ✓ | | | Y | X | | | |
| 9/14 | ✓ | | | Y | X | | | |
| 9/15 | ✓ | | | Y | X | | | |
| 9/16 | ✓ | | | Y | X | | | |
| 9/17 | ✓ | | | Y | X | | | |
| 9/18 | ✓ | | | Y | X | | | |
| 9/19 | ✓ | | | Y | X | | | |
| 9/20 | ✓ | | | Y | X | | | |
| 9/21 | ✓ | | | Y | X | | | |
| 9/22 | ✓ | | | Y | X | | | |
| 9/23 | ✓ | | | Y | X | | | |
| 9/24 | ✓ | | | Y | X | | | |
| 9/25 | ✓ | | | Y | X | | | |
| 9/26 | ✓ | | | Y | X | | | |
| 9/27 | ✓ | | | Y | X | | | |
| 9/28 | ✓ | | | Y | X | | | |
| 9/29 | ✓ | | | Y | X | | | |
| 9/30 | ✓ | | | Y | X | | | |

Was a Weekly Summary done for all the Mental Health Services Delivery System patients for those days they were housed in Administrative Segregation?
Yes ☐   No ☒   If No, please explain

No mental health inmates housed on this unit. LPT's conduct daily rounds.

_____       _____
Warden's Signature          Health Care Manager's Signature

Please fax this monthly report to David Gransee, Chief, Mental Health Unit, at (916) 322-2838, no later than the 5th of each month. Any questions, please call (916) 327-4879.

TOTAL P.02