**DEFENDANTS' RESPONSES AND OBJECTIONS TO THE <u>DRAFT</u> FIFTEENTH MONITORING REPORT OF THE SPECIAL MASTER ON THE DEFENDANTS' COMPLIANCE WITH PROVISIONALLY APPROVED PLANS, POLICIES AND PROTOCOLS**

**EXHIBIT 2: CALIFORNIA MEDICAL FACILITY, VACAVILLE DOCUMENTATION, DMH CHART**

PERCENTAGE OF CMF ADMITS (PES TO ACUTE) COMPARED TO OUTSIDE CDC INSTITUTIONS
11/16/05

| TOTAL # OF ADMITS FROM OUTSIDE REFERRALS | TOTAL # OF ADMITS FROM PES | TOTAL # OF ADMITS TO REGULAR ACUTE BEDS | MONTHLY AVERAGE ADMITS FROM OUTSIDE REFERRALS | MONTHLY AVERAGE ADMITS FROM PES | MONTHLY % OF OUTSIDE ADMISSIONS | MONTHLY % OF ADMITS FROM PES |
|---|---|---|---|---|---|---|
| 920 | 165 | 1085 | 58 | 10 | 85% | 15% |

DATA REFLECTS ADMISSIONS TO REGULAR APP BEDS SINCE AUGUST 23, 2004 - DATE OF ADMISSION UNIT IMPLEMENTATION - TO NOVEMBER 16, 2005

| DATE | # OF ADMITS FROM OUTSIDE REFERRALS | # OF ADMITS FROM PES | TOTAL # OF ADMITS TO ACUTE | % OF OUTSIDE ADMITS | % OF CMF ADMITS |
|---|---|---|---|---|---|
| Aug-04 | 53 | 5 | 58 | 91% | 9% |
| Sep-04 | 46 | 8 | 54 | 85% | 15% |
| Oct-04 | 49 | 11 | 60 | 82% | 18% |
| Nov-04 | 58 | 13 | 71 | 82% | 18% |
| Dec-04 | 60 | 13 | 73 | 82% | 18% |
| Jan-05 | 43 | 6 | 49 | 88% | 12% |
| Feb-05 | 65 | 10 | 75 | 87% | 13% |
| Mar-05 | 65 | 12 | 77 | 84% | 16% |
| Apr-05 | 51 | 5 | 56 | 91% | 9% |
| May-05 | 73 | 14 | 87 | 84% | 16% |
| Jun-05 | 79 | 12 | 91 | 87% | 13% |
| Jul-05 | 60 | 15 | 75 | 80% | 20% |
| Aug-05 | 75 | 10 | 85 | 88% | 12% |
| Sep-05 | 68 | 12 | 80 | 85% | 15% |
| Oct-05 | 59 | 13 | 72 | 82% | 18% |
| Nov-05 | 16* | 6* | 22* | 73% | 27% |

*TO DATE