**DEFENDANTS' RESPONSES AND OBJECTIONS TO THE <u>DRAFT</u> FIFTEENTH MONITORING REPORT OF THE SPECIAL MASTER ON THE DEFENDANTS' COMPLIANCE WITH PROVISIONALLY APPROVED PLANS, POLICIES AND PROTOCOLS**

**EXHIBIT 3: CALIFORNIA MEDICAL FACILITY, VACAVILLE DOCUMENTATION, PAU POLICIES**

DEPARTMENT OF MENTAL HEALTH
VACAVILLE PSYCHIATRIC PROGRAM
ADMINISTRATIVE DIRECTIVE

SUBJECT: PSYCHIATRIC ADMISSION UNIT     ADMINISTRATIVE DIRECTIVE: 06.09

EFFECTIVE DATE: APRIL 28, 2005           REPLACES: NEW

RESPONSIBLE: ACUTE PROGRAM DIRECTOR

APPROVED FOR THE GOVERNING BODY: _____
                                  VICTOR F. BREWER
                                  EXECUTIVE DIRECTOR

PAGE 1 of 2

---

## I. POLICY

The Psychiatric Admission Unit (PAU) will be located on S-2, utilizing a total of 20 beds. The function of the PAU is (1) a Psychiatric Evaluation Service (PES), and (2) further treatment as necessary. The PAU will evaluate the patient's clinical state and treatment needs. The PAU will provide comprehensive treatment planning, with the goal of rapid stabilization and return to CMF housing or admit to a DMH Acute Psychiatric unit.

## II. AUTHORITY

California Code of Regulations (CCR) Title 15 Section 3360

## III. PSYCHIATRIC ADMISSION UNIT

The PAU will assess symptoms associated with the patient's mental health crisis and provide initial treatment. Within a twenty-three (23) hour period the PES will attempt to stabilize the patient and return to CMF or admit the patient to the PAU. This unit is solely for CMF inmates in order to assess symptoms associated with crisis and provide initial treatment.

## IV. ASSESSMENT PERIOD

During regular business hours, the treating CMF psychiatrist and clinician will refer the patient to the MHSDS Senior Psychiatrist, who will refer the patient to the appropriate DMH Psychiatrist for a twenty-three (23) hour Psychiatric Evaluation Service (PES). The PES is considered an Out-Patient Assessment period. The Housing Sergeant will generate a GA 154 noting the temporary bed move. During non-business hours, the Psychiatrist On-Duty (POD) will transfer the patient to PES. The patient's unit sergeant will generate a GA 154 noting the temporary bed move. The POD will generate a CDC-128-C Medical Chrono noting the patient's referral for PES. During

this twenty-three (23) hour period, the patient will remain permanently assigned to the bed from which he came from.

## V. RELEASE FROM PES

If during the twenty-three (23) hour assessment period it is determined that the patient does not require further evaluation or admission to the PAU, the DMH Psychiatrist, in conjunction with the MHSDS Senior Psychiatrist will generate a CDC 128-C referring the patient back to CMF. Generally, the patient will return back to the permanently assigned bed from which he came. However, if his level of care should change, per the CDC-128-C, the Housing Sergeant or Unit III Sergeant will generate the GA 154 and place the patient in the appropriate CMF bed.

## VI. ADMISSION TO PAU

If during the twenty-three (23) hour assessment period it is determined that the patient requires additional treatment (up to 10 days) or transfer to another DMH unit, the DMH Psychiatrist will generate a CDC-128-C referring the patient for admission to PAU or appropriate DMH level of care. New Admission orders will be written within twenty-three (23) hours by a DMH Psychiatrist. The Housing Sergeant or Unit III Sergeant will generate a GA 154 changing the temporary bed move to a permanent bed move.

## VII. TRANSFER/DISCHARGE

Patients discharged from the PAU will be placed on the DMH discharge list and will have priority over discharges from other DMH acute care units. If further treatment is indicated, the patient will be transferred to the appropriate DMH level of care. Discharges will continue to be facilitated through the Bed Utilization Management Meeting (BUMM).

## VIII. PROPERTY

Upon the patient's referral to the PAU, the housing unit officer will collect and inventory their property. All property will be placed in the appropriate unit property room. Patients will not be permitted to possess any personal property while housed in the PAU.