**DEFENDANTS' RESPONSES AND OBJECTIONS TO THE DRAFT FIFTEENTH MONITORING REPORT OF THE SPECIAL MASTER ON THE DEFENDANTS' COMPLIANCE WITH PROVISIONALLY APPROVED PLANS, POLICIES AND PROTOCOLS**

**EXHIBIT 4: VALLEY STATE PRISON FOR WOMEN DOCUMENTATION**

Attachment 1

# R AND R MENTAL HEALTH REFERRAL PROCESS

## RECEPTION CENTER

R and R medical staff generates a list of inmates who come into the prison with prescribed medication, or without verified medication orders. They provide those inmates with a ducat for an appointment with the Clinician of the Day at the mental health building the following day at 1:00 p.m. The clinician will review their medical file, specifically, the bus screening, conduct a mental health screening, administer a Quick test, complete a Clark chrono and a mental health contact coupon. If the inmate has prescribed medication, the clinician reviews the medication with the inmate and orients them to the medication line location. If the inmate does not have a verified prescription, and the screening reveals that a medication evaluation is appropriate, an appointment will be made for her to see the psychiatrist. Additionally, if the inmate is assessed as suicidal, the clinician will refer her to the reception center psychiatrist who will see her immediately.