BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' FURTHER RESPONSE TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE CONCERNING JUNE 9, 2005 COURT ORDER ON TRACKING OF SUICIDAL HISTORY** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

**I.**

**INTRODUCTION**

Defendants respectfully submit this further response to Plaintiffs' August 26, 2005 notice asserting Defendants' noncompliance with this Court's June 9, 2005 order mandating the tracking of inmate suicide attempts in the present and/or any successor information management system. In their notice of noncompliance, Plaintiffs challenged the submitted tracking plan as untimely presented, but admitted they had not fully reviewed the tracking plan. The parties met and conferred about the tracking plan on Wednesday, November 16, 2005. Per the request of

Plaintiffs, Defendants now submit declarations, with supporting exhibits, attesting to the system-wide distribution of the court-mandated plan to track inmate suicidal history in the present information management system, the Mental Health Tracking System.[1]  Defendants will provide additional information to the Court and counsel as this plan is implemented.  Defendants respectfully request this Court consider the submitted declarations as evidence of ongoing, good faith efforts to meet the June 9, 2005 court order to track suicidal history in the present information management system.

## II.

## FACTUAL AND PROCEDURAL BACKGROUND

On June 9, 2005 this Court ordered Defendants to develop a plan for the initiation of a process for tracking the suicidal history of inmates in CDC's mental health caseload in the Mental Health Tracking System and/or any successor management information system used by the California Department of Corrections and Rehabilitation (CDCR).

In a memorandum dated August 8, 2005 and addressed to all Health Care Managers, Chief Psychiatrists, Chief Psychologists, and Chiefs of Mental Health Programs, Director Renee Kanan of the Division of Health Care Services (DHCS) of CDCR directed all institutions to track the suicidal history of inmate-patients by using designated data entry screens on the information system known as the Mental Health Tracking System (MHTS).  (Ex. D, 8/8/05 Memorandum; Dec. McAloon, ¶ 4.)

In a letter dated August 25, 2005, Director Renee Kanan informed Special Master Keating and Plaintiffs' counsels of the process for tracking the suicidal history of inmates in the MHTS.  (Ex. E, 8/25/05 Memorandum; Dec. McAloon, ¶ 5.)

On August 26, 2005, Plaintiffs filed a notice of noncompliance with the June 9, 2005 court order concerning the tracking of suicidal history and the implementation of a policy requiring the performance of cardiopulmonary resuscitation by correctional officers.

///

---

1. The exhibits are numbered in accord with the sequence begun in Defendants' initial reply brief.

1          The notice of noncompliance was initially set for hearing on October 14, 2005,
2 rescheduled to October 27, 2005.  In the wake of negotiations between counsel, the hearing on
3 compliance with the court-ordered implementation of a CPR policy was reset to January 5, 2006.
4          On November 16, 2005, a teleconference concerning the suicidal history tracking plan
5 was held between Plaintiffs' counsel Jane Kahn, Michael Bien, Steve Fama and Defendants'
6 counsel Lisa Tillman.  (Dec. Tillman, ¶ 4.)  Dr. Margaret McAloon and Sharon Riegel of DHCS
7 attended the teleconference and were made available to respond to questions from Plaintiffs'
8 counsels.  (*Id.*)  Defendants agreed to provide declarations attesting to the distribution of the
9 MHTS suicidal history tracking plan to all CDCR institutions.  (*Id.*, at ¶ 5.)  In addition,
10 Defendants obtained reports from each institution on the status of efforts to track the suicidal
11 history of patients within the Enhanced Outpatient (EOP) and Coordinated Clinical Case
12 Management System (CCCMS) levels of care.  (Dec. Riegel, ¶ 9; Ex. F, Matrix.)

### III.

### LEGAL ARGUMENT

15          Plaintiffs filed a notice of noncompliance concerning Defendants compliance with the
16 June 2005 court order mandating a plan for tracking suicidal history within a very short time of
17 receiving Defendants' plan.  Since the filing of the notice of noncompliance, the parties have met
18 and conferred about the tracking plan.  (Dec. Tillman, ¶ 5.)
19          Defendants learned that Plaintiffs were concerned about distribution of the plan to each
20 CDCR institution and so verified receipt of the plan by the mental health representative at each
21 institution.  (Dec. McAloon, ¶ 6; Dec. Riegel, ¶¶ 6-8; Ex. F, Matrix.)  In addition, Defendants
22 inquired and obtained reports from each institution on the status of efforts to track the suicidal
23 history of patients within the Enhanced Outpatient (EOP) and Coordinated Clinical Case
24 Management System (CCCMS) levels of care.  (Dec. Riegel, ¶ 9.)  In a November 16, 2005
25 teleconference, Defendants made Dr. Margaret McAloon and Sharon Riegel of DHCS available
26 to respond to Plaintiffs' counsel's questions and concerns about implementation of the plan.
27 (Dec. Tillman, ¶¶ 3, 4.)
28 ///

1 | Defendants will provide further status reports to the Court and counsel on the progress
2 | of implementation of this plan to track the suicidal history of inmates. Defendants respectfully
3 | submit that their continuing efforts to meet the June 9, 2005 court order to track the suicidal
4 | history of inmates moots Plaintiffs' notice of noncompliance.

DATED:   December 16, 2005

                Respectfully submitted,

                BILL LOCKYER
                Attorney General of the State of California

                JAMES M. HUMES
                Chief Assistant Attorney General

                FRANCES T. GRUNDER
                Senior Assistant Attorney General

                ROCHELLE EAST
                Supervising Deputy Attorney General

                */s/ Lisa A. Tillman*

                LISA A. TILLMAN
                Deputy Attorney General

                Attorneys for Defendants

30063677.wpd