1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Facsimile: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14
15  RALPH COLEMAN, et al.,                     CASE NO. CIV S-90-0520 LKK JFM P
                              Plaintiffs,
16                                             DECLARATION OF
                                               MARGARET MCALOON IN
17        v.                                   SUPPORT OF FURTHER
                                               RESPONSE TO PLAINTIFFS'
18  ARNOLD SCHWARZENEGGER, et al.,             NOTICE OF
                              Defendants.      NONCOMPLIANCE RE.
19                                             MHTS TRACKING OF
                                               SUICIDAL HISTORY
20

21       I, Margaret McAloon, do declare:

22       1. I am a psychologist licensed by the State of California. I am employed at the

23  California Department of Corrections and Rehabilitation (CDCR) in the position of Chief

24  Psychologist within the Division of Correctional Health Care Services (DHCS) at the

25  headquarters office in Sacramento. I have been employed by CDCR since 1993.

26       2. I have personal knowledge of the facts stated in this declaration and if called to

27  testify upon them would do so competently.

28       3. I am aware of the court order of June 9, 2005 requiring CDCR to develop a process

DEC. MCALOON IN SUPPORT OF FURTHER RESPONSE NOTICE NONCOMPLIANCE
RE: SUICIDAL HISTORY
                                    1

1 for tracking the suicidal history of inmates in CDCR's mental health caseload in the Mental
2 Health Tracking System and/or any successor management information system used by the
3 department.

4     4. In a memorandum dated August 8, 2005 and addressed to all Health Care
5 Managers, Chief Psychiatrists, Chief Psychologists, and Chiefs of Mental Health Programs,
6 DCHS Director Renee Kanan directed all institutions to track the suicidal history of inmate-
7 patients by using designated data entry screens on the Mental Health Tracking System. Attached
8 as Exhibit D is a true and correct copy of the August 8, 2005 memorandum.

9     5. A letter dated August 25, 2005 from Director Renee Kanan to Special Master
10 Keating detailed the process for tracking the suicidal history of inmates in the CDCR's Mental
11 Health Tracking System. Attached as Exhibit E is a true and correct copy of the memorandum.

12     6. I contacted certain institutions' health care managers and/or chief psychologists
13 and/or chief psychiatrists or other representatives of mental health departments at the institutions
14 by telephone and obtained confirmation of their receipt or non-receipt of the August 8, 2005
15 memorandum. All the institutions I contacted confirmed receipt of the mental health tracking
16 system memorandum. I recorded my findings on a draft matrix that listed all the institutions
17 system-wide.

18     7. In the same survey, I asked the institutions I contacted about the status of their
19 efforts to track the suicide history of patients within the Enhanced Outpatient (EOP) and
20 Coordinated Clinical Case Management Systems (CCCMS) levels of care. I recorded my
21 findings on a draft matrix that listed all the institutions system-wide.

22     8. Due to other pressing matters, I asked Sharon Riegel of DHCS to contact those
23 institutions' health care manager and/or chief psychologist and/or chief psychiatrist that I had not
24 already contacted and confirm receipt of this memorandum and the status of their efforts to track
25 the suicide history of patients with the EOP and CCCMS levels of care. I provided Ms. Riegel
26 with my draft matrix on these matters.

27     9. Ms. Riegel has informed me that she contacted the remaining institutions, recorded
28 their responses on the draft matrix I provided to her, and then finalized the matrix. Attached as

DEC. MCALOON IN SUPPORT OF FURTHER RESPONSE NOTICE NONCOMPLIANCE
RE: SUICIDAL HISTORY
               2

1  Exhibit F is the final matrix.

2       10. The information contained in the attached matrix is true as of the date of October

3  3, 2005.

4       I declare under the penalty of perjury that the foregoing is true and correct.

5  Dated: 12/12/05   By: _____

6                         Margaret McAloon, PhD.

DEC. MCALOON IN SUPPORT OF FURTHER RESPONSE NOTICE NONCOMPLIANCE
RE: SUICIDAL HISTORY

3

TOTAL P.05