BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., Plaintiffs, v. ARNOLD SCHWARZENEGGER, et al., Defendants. | CASE NO. CIV S-90-0520 LKK JFM P <br><br>**DECLARATION OF SHARON RIEGEL IN SUPPORT OF FURTHER RESPONSE TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE RE. MHTS TRACKING OF SUICIDAL HISTORY** |
|---|---|

I, Sharon Riegel, do declare:

1. I am employed at the California Department of Corrections and Rehabilitation (CDCR) in the position of Health Care Program Specialist within the Division of Correctional Health Care Services (DHCS) at the headquarters office in Sacramento. I have been employed by the CDCR since August 1994.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon them would do so competently.

3. I am aware of the court order of June 9, 2005 requiring CDCR to develop a process

for tracking the suicidal history of inmates in CDCR's mental health caseload in the Mental Health Tracking System and/or any successor management information system used by the department.

4. In a memorandum dated August 8, 2005 and sent to all Health Care Managers, Chief Psychiatrists, Chief Psychologists, and Chiefs of Mental Health Programs, DHCS Director Renee Kanan directed all institutions to track the suicidal history of inmate-patients by using designated data entry screens on the Mental Health Tracking System. Attached as Exhibit D is a true and correct copy of the August 8, 2005 memorandum.

5. A letter dated August 25, 2005 from Director Renee Kanan to Special Master Keating detailed the process for tracking the suicidal history of inmates in the CDCR's Mental Health Tracking System. Attached as Exhibit E is a true and correct copy of the memorandum.

6. I was asked by Dr. Margaret McAloon, Chief Psychologist of Field Operations of CDCR, to contact certain institutions' health care managers and/or chief psychologists and/or chief psychiatrists and confirm receipt of the August 8, 2005 memorandum. She had already contacted some institutions and so provided me with a draft matrix of her findings.

7. During the week of October 26, 2005, I personally contacted those institution health care managers and/or chief psychologists and/or chief psychiatrists by telephone that had not already been contacted by Dr. McAloon and obtained confirmation of their receipt or non-receipt of this memorandum. I then entered my findings on the draft matrix provided by Dr. McAloon and finalized the matrix. Attached herein as Exhibit F is a true and correct copy of the matrix.

8. All the institutions I contacted confirmed receipt of the mental health tracking system memorandum.

9. In the same survey, I asked each of the institutions contacts about the status of their efforts to track the suicidal history of patients within the Enhanced Outpatient (EOP) and Coordinated Clinical Case Management System (CCCMS) levels of care. Their responses are also recorded on the matrix attached as Exhibit F.

//

//

DEC. RIEGEL IN SUPPORT OF FURTHER RESPONSE NOTICE OF NONCOMPLIANCE
RE: SUICIDAL HISTORY

10. The information contained in the attached matrix is true as of the date of October 3, 2005.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: 12-15-05

By: Sharon Riegel
Sharon Riegel