BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
STEPHEN P. ACQUISTO
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                            Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                            Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' FURTHER RESPONSE TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE CONCERNING JUNE 9, 2005 COURT ORDER ON TRACKING OF SUICIDAL HISTORY** |

I, Lisa A. Tillman, declare:

    1.    I am an attorney licensed to practice before the courts of the State of California and admitted to practice before the Northern, Southern and Eastern Districts of the United States District Courts.

    2.    I have personal knowledge of the facts stated in this declaration and if called to testify upon them would do so competently.

    3.    After the filing of the August 26, 2005 notice of noncompliance, I spoke with

DEC. TILLMAN IN SUPPORT OF FURTHER RESPONSE NOTICE NONCOMPLIANCE
RE. SUICIDAL HISTORY

1  Plaintiffs' counsel Jane Kahn concerning Defendants' plan to track the suicidal history of
2  inmates with the Mental Health Tracking System. Per her request, I arranged a teleconference on
3  the plan between Plaintiffs' counsels and those members of the Division of Health Care Services
4  (DHCS) of CDCR involved in implementation of the tracking plan.
5           4.   On November 16, 2005, the teleconference concerning the suicidal history
6  tracking plan was held between Plaintiffs' counsel Jane Kahn, Michael Bien, Steve Fama and
7  Defendants counsel Lisa Tillman. Sharon Riegel and Margaret McAloon of DHCS attended the
8  teleconference, with Dr. McAloon responding to many of Plaintiffs' counsels' questions.
9           5.   Defendants agreed to provide Plaintiffs' counsels with verification of receipt of
10 the August 25, 2005 memorandum to the field concerning the court-ordered tracking of suicidal
11 history.
12           I declare under the penalty of perjury that the foregoing is true and correct.
13 Dated: December 15, 2005          By: /s/ Lisa Tillman
                                         Lisa Tillman

17 30063728.wpd

DEC. TILLMAN IN SUPPORT OF FURTHER RESPONSE NOTICE NONCOMPLIANCE
RE. SUICIDAL HISTORY