# EXHIBIT "D"

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date : August 8, 2005

To : Health Care Managers
Chief Psychiatrists
Chief Psychologists
Chiefs, Mental Health Program

Subject: **TRACKING SUICIDE INFORMATION IN THE MENTAL HEALTH TRACKING SYSTEM**

In order to ensure quality and continuity of care for high-risk mental health inmate-patients, all institutions are required by the California Department of Corrections and Rehabilitation to track the suicidal history of inmate-patients.

Therefore to accomplish this mandate, institutions must utilize the Mental Health Tracking System (MHTS) by entering data from each individual clinical contact relating to suicide ideation, behaviors and/or attempts.

Please see the attached data entry screens from the MHTS (Attachment I-III). Ensure that your institution is in full compliance with entering all the requisite data on these screens no later than September 1, 2005. Those items requiring historical review must be completed by September 30, 2005, for all Enhanced Outpatient Program patients and by November 30, 2005, for all Correctional Clinical Case Management System inmate-patients.

If you have any questions regarding the direction of this memorandum, you may contact Margaret McAloon, Ph.D., Chief Psychologist, Mental Health Program, Division of Correctional Health Care Services, at (916) 324-6102.

RENEE KANAN, M.D., M.P.H.
Director (A)
Division of Correctional Health Care Services

Attachments

cc:  Nadim Khoury, M.D.          Chris Chrones              Shama Chaiken, Ph.D.
     Yulanda Mynhier             Calvin Smith               Doug McKeever
     Robert Meyers, M.D.         Timothy Fishback, M.D.     Michael Stone
     Dwight Winslow, M.D.        Margaret McAloon, Ph.D.    Lisa Tillman
     Steven Ritter, D.O.

CDC 1617 (3/89)

Attachment I

Listings of ALERTS that could be printed from MHTS



Attachment II

## Alerts Date Entry Screen



Attachment III

Suicide Information Data Entry Screen

```
CDC NUMBER [      ]   NAME [            ]   CELL BED [      ]        LAST DDPS INFO
BIRTHDATE  [      ]                         FACILITY
MH CODE    [      ]   SUICIDE INFORMATION                             Name
ARRIVAL DATE [    ]                                                   CDC Number
ETHNICITY  [      ]                                                   Cell Bed
CUSTODY LEVEL [   ]   EVALUATION DATE [        ]
                                                                      7368
                      ☒ IDEATION   ■ MHSDS      RISK FACTOR: [ 0 ]
                      ☒ INTENT     ■ PC         ■ FAMILY HISTORY
                      ☒ PLAN       ■ ATTEMPT    ■ CDC HISTORY

                      COMMENT: Interviewed inmate at CTC; performed SRA

                      To enter additional records press the "new record" (   ) button on the navigation bar below

   ■ USE OF RESTRAINTS              ■ SUICIDE WATCH
   ■ USE OF SECLUSION               ■ SUICIDE PRECAUTION
   ■ PSYCHIATRIC EVALUATION PRIOR TO PAROLE
```

POLICY & PLANNING          Fax:916-322-8372            Aug 25 2005  16:25     P.04
Case 2:90-cv-00520-KJM-SCR    Document 1726-4    Filed 12/16/05    Page 6 of 6

J. Michael Keating, Jr.
Page 3

bcc:    Tim Fishback, M.D.
        Calvin Smith
        Chris Chrones
        Herb Spiwak
        Michael Stone
        Doug McKeever
        Vicki O'Shaughnessy