# EXHIBIT "E"

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA 94283-0001



August 25, 2005

J. Michael Keating, Jr.                                via:    Lisa Tillman
Office of the Special Master                                   Deputy Attorney General
285 Terrace Avenue                                             Department of Justice
Riverside, RI 02915                                            1300 I Street, Suite 125
                                                               P.O. Box 944255
                                                               Sacramento, CA 94244-2550

RE: TRACKING SUICIDE INFORMATION IN THE MENTAL HEALTH TRACKING SYSTEM

Dear Mr. Keating:

Pursuant to court order, please find enclosed our initial efforts to begin tracking suicide information within our Mental Health Tracking System (MHTS). This first phase has already begun. It was initiated via the enclosed memorandum to the field.

Specifically, per the memorandum, the institutions have begun to enter the suicide alert information noted by the clinician at each psychiatric or case management visit. It will take approximately 90 days before all mainline patients have been seen. Once the data has been entered, the "back end" of the MHTS is forwarded to Division of Correctional Health Care Services (DCHCS) on the 10th of the following month (expected date November 10, 2005). At that time phase two will begin.

Phase two will take place as follows:

1. Validation of the data entered, and any final system modifications to improve data entry and management will be recommended.
2. The institutions and DCHCS will begin to run reports by November 15, 2005, and any systems errors will be reviewed and problems rectified.
3. A plan is in development to determine the most effective way of transferring and highlighting this data when the patient moves to a new institution.
4. Assurance that tracking systems in development will include this data at minimum will be addressed through the work group that was established over a year ago to work on the Correctional Clinical Case Management System.

If you have any questions, please contact me at (916) 323-6811.

Sincerely,

RENEE KANAN, M.D., MPH
Director (A)
Division of Correctional Health Care Services

Enclosure

cc: J. S. Woodford
John Dovey
Kathleen Keeshen

# EXHIBIT "F"

| Inst | Contact Person | Phone # | Received Suicide Tracking Memo | EOP Suicide history being tracked | CCCMS Suicide history being tracked | EOP Target completion | CCCMS completion |
|---|---|---|---|---|---|---|---|
| ASP | Sr. Psychologist Ron Sheldon | 559-386-0587 X 7025 secy X 6040 | Yes | N/A | Yes | N/A | 11/30/05 |
| CAL | Senior Psychologist Dr. Middleton, HCM, Dr. Levine | 760-348-7000 X 5457 X6009 HCM | Yes | N/A | In Process | N/A | 11/30/05 |
| CCC | Dr. Ron Frederickson | 530-257-2181 | Yes | N/A | Yes (only had 2 CCCMS; both w/no concerns) | N/A | 11/30/05 |
| CCI | Senior Psychologist Dr. McDill | 661-822-4402 X3161 | Yes | N/A | In process | N/A | 11/30/05 |
| CCWF | Chief Psychologist Norm Hendriksen | 559-665-5531 X 7056 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| CEN | HCM Dr. Peters | 760-337-7900 X7020 | N/A | N/A | In process | N/A | 11/30/05 |
| CIM | Chief Psych, HCM Dr. Flores Lopes Chief Psychologist Dr. Norris | 909-597-1821 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| CIW | Chief Psychiatrist, Dr. Chin Choo | 909-597-1771 X4928 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| CMC | Chief Psychiatrist Dr Carl Weaver | 805-547-7752 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| CMF * | Senior Psychiatrist Dr. Swanson | 707-448-6841 X2820 | Yes | Yes | Yes | 11/30/05 | 11/30/05 |

| Inst | Contact Person | Phone # | Received Suicide Tracking Memo | EOP Suicide history being tracked | CCCMS Suicide history being tracked | EOP Target completion | CCCMS completion |
|---|---|---|---|---|---|---|---|
| COR | Chief Psychologist Dr. Marian Chiurazzi | 559-992-8800 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| CRC | Sr. Psych Dr. Ina Haugan 951-281-8531 | 951-737-2683 X 2127, 2928 2186 | Yes | N/A | In process | N/A | 11/30/05 |
| CTF | Sr Psychologist Dr. Zika | 831-678-3951 X 4192 | Yes | In process | In process | 10/31/05 | 11/30/05 |
| CVSP | Staff Psychologist Dr. Gurlock | 760-922-5300 X7003, 7051, 7052 | Yes | N/A | Yes | N/A | 11/30/05 |
| DVI | Chief Psychiatrist Dr. A. Coppola (per Pamela Grant) | 209-830-4141 X 3883 209-830-3881 | Yes | Yes | Yes | 10/31/05 | 11/30/05 |
| FOL | Sr. Psychologist Dr. Cho | 916-985-2561 X3036 | Yes | N/A | Yes | N/A | 11/30/05 |
| HDSP | Chief Psychologist Dr. Cummings | 530-251-5100 X 6797 | Yes | In process | In process | N/A | 11/30/05 |
| ISP | Chief Psychiatrist Dr. Stockdale | 760-921-3000 X6720 HCM | Yes | N/A | In process | N/A | 11/30/05 |
| LAC | Chief Psychiatrist Dr. W. Power | 661-729-2000 X7037 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| MCSP | Chief Psychologist Dr. White (per Dr. Clavere) | 209-274-4911 X6794 Jeff X 6793 MH | Yes | Yes | In process | 10/31/05 | 11/30/05 |

| Inst | Contact Person | Phone # | Received Suicide Tracking Memo | EOP Suicide history being tracked | CCCMS Suicide history being tracked | EOP Target completion | CCCMS completion |
|---|---|---|---|---|---|---|---|
| NKSP | Chief Psychologist Dr. Hirakawa; Sr. Psychologist Dr. Bylund | 661-721-2345 X4000 Greg | Yes | Yes | Yes | 10/31/05 | 11/30/05 |
| PBSP * | Chief Psychiatrist Dr. W Seville | 707-465-1000 X9118, 7047 | Yes | * | * | 11/30/05 | 12/31/05 |
| PVSP | HCM Dr. Alvarez | 559-935-4900 X5456 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| RJD | Chief Psychiatrist Dr. Marsh Chief Psychologist Dr. Bjorkland | 619-661-6500 X 7060 X7118 MH Scey 7114 | Yes (per Rose) | Yes | In process | 10/31/05 | 11/30/05 |
| SAC | Chief Psychologist A Dr. Moazam | 916-985-8610 X6170, 6884 | Yes | In process | In process | 10/31/05 | 11/30/05 |
| SATF | Chief Psychologist Dr. Ayers (Dr. Russell Jordan) | 559-992-7100 Ext 5458 | Yes | Yes | Yes | 10/31/05 | 11/30/05 |
| SCC | Dr. Otto (per Linda) | 209-984-5291 X5291, 5148 5356 MH secy | Yes | N/A | Yes | N/A | 11/30/05 |
| SOL | Sr. Psychologist Dr. House | 707-451-0183 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| SQ | HCM, Chief Psychologist Dr. Belavich | 415-454-1460 X | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| SVSP | Chief Psychologist Dr. Kahle | 831-678-5500 X5619 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| VSPW | HCM, Chief Psychologist, Dr. Martin | 559-665-6100 | Yes | Yes | In process | 10/31/05 | 11/30/05 |
| WSP | Chief Psychologist Dr. Faulkander | 661-758-8400 Ext 5077 | Yes | Yes | Yes | 10/31/05 | 11/30/05 |