# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Ralph Coleman, et al. vs. Arnold Schwarzenegger, et al.*
No.:   **CIV S-90-0520 LKK JFM P**

I declare that I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 16, 2005, I served the attached **DEFENDANTS' FURTHER RESPONSE TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE CONCERNING JUNE 9, 2005 COURT ORDER ON TRACKING OF SUICIDAL HISTORY; DECLARATION OF LISA A. TILLMAN, SHARON RIEGEL and MARGARET MCALOON IN SUPPORT THEREOF; and EXHIBITS D-F** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

| Attorney for Plaintiffs: | Special Master: |
|---|---|
| Michael W. Bien, Esq.<br>Rosen, Bien & Asaro, LLP<br>155 Montgomery Street, 8th Floor<br>San Francisco, CA  94104 | J. Michael Keating, Jr.<br>Special Master<br>285 Terrace Avenue<br>Riverside, RI  02915 |
| Donald Specter, Esq.<br>Prison Law Office<br>General Delivery<br>San Quentin, CA 94964-0001 | Deputy Special Master:<br><br>Matthew A. Lopes, Jr.<br>Deputy Special Master<br>Brown Rudnick Berlack Israels  LLP<br>121 South Main Street<br>Providence, RI  02903 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 16, 2005, at Sacramento, California.

|  S Freeman  |  /s/ S Freeman  |
|:---:|:---:|
| Declarant | Signature |

30070321.wpd