BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | CIV S-90-0520 LKK JFM P<br><br>**REPLY TO NOTICE OF RELATED CASES** |
| **ROBERT HECKER,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                              Defendants. | 2:05-CV-02428 LKK GGH P |

///

///

## I.

## INTRODUCTION

Counsel in the matter of *Hecker* filed a Notice of Related Cases seeking to relate the *Hecker* case to the pending matters of *Wilson*, *Klemaske*, and *Coleman* case. The Notice provides no justification for relating the *Hecker* case to the *Coleman* case and so should be denied.

## II.

## FACTUAL AND PROCEDURAL BACKGROUND

In this *Coleman* action, the plaintiff class brought suit on two bases: (1) 42 U.S.C. Section 1983 for alleged violation of the Eighth Amendment and Fourteenth Amendment, and (2) the Rehabilitation Act. Prior to entry of the order on the magistrate's findings and recommendations, plaintiffs voluntarily dismissed the Rehabilitation Act claim. *Coleman v. Schwarzenegger*, 912 F. Supp. 1282, 1293 (1995). On September 13, 1995, this Court entered an order finding defendants had violated the plaintiffs' Eight and Fourteenth Amendment rights.

On August 24, 2004, plaintiff Klemaske filed an action against California Department of Corrections (CDCR) for alleged violation of the Americans with Disabilities Act. *Klemaske v. CDCR*, E.D. Cal, Case No. CIV S-04-1750 FCD KJM P.

On May 3, 2005, plaintiff Wilson filed in pro per a class action suit against CDCR for alleged violation of the Americans with Disabilities Act. *Wilson v. Woodford*, E.D. Cal., Case No. S-05-0876 LKK GGH P.

On June 24, 2005, counsel for plaintiff Klemaske filed a Notice of Related Case, asserting that his case was related to the case of *Coleman v. Schwarzenegger*, CIV S90-520 LKK JFM. On September 21, 2005, this Court issued an order determining that *Coleman* and *Klemaske* were not related.

On October 31, 2005, Magistrate Judge Hollows issued an order permitting pro per plaintiff Wilson to proceed on his second amended complaint against the CDCR for alleged violation of the Americans with Disabilities Act by failing to provide certain programs to

inmates within the Enhanced Outpatient Program level of care.

On December 1, 2005, the class action suit of *Hecker v. CDCR* was filed by counsel.

On December 6, 2005, counsel for plaintiff Hecker and plaintiff Klemaske filed the subject Notice of Related Cases.[1]

## III.

## LEGAL STANDARD

Local Rule 83-123 provides the criteria for determination of whether an action is related to another action:

(1) both actions involved the same parties and are based on the same or a similar claim;

(2) both actions involve the same property, transaction or event;

(3) both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect substantial savings of judicial effort, either because the same result should follow in both actions or otherwise; or

(4) for any other reasons, it would entail substantial duplication of labor if the actions were heard by different Judges or Magistrate Judges.

## IV.

## LEGAL ARGUMENT

The Notice of Related Cases does not satisfy the criteria stated in Eastern District Local Rule 83-123. There are no common issues of law: the claims asserted in *Klemaske*, *Hecker* and *Wilson* are based on the Americans with Disabilities Act while the claim in *Coleman* is based on the Eighth Amendment. There are no common issues of fact to be litigated as *Coleman* has already been litigated. The factual disputes that will arise in the newly-filed case of *Klemaske* will concern whether any individual inmate at the Correctional Clinical Case Management level of care is in fact disabled, which major life activity the individual cannot participate in, and whether any individual is otherwise eligible for, or actually has been denied,

---

1. Defendants ask this Court to take judicial notice of the reply to the notice of related case filed in *Klemaske v. CDCR* and hereby incorporate that reply by reference. Fed. R. Evid. 201.

access to camp, Level I housing, or Community Correctional Centers.  Likewise, the factual disputes in *Hecker* and *Wilson* will be whether any individual inmate at the Enhanced Outpatient Program level of care is in fact disabled, which major life activity the individual cannot participate in, and whether any individual is otherwise eligible for, or actually has been denied, access to certain programs and services provided to general population inmates.  None of these issues have anything to do with the factual issues already litigated in *Coleman*.

## V.

## CONCLUSION

Defendants respectfully request this Court deny the request to relate the *Hecker*, *Wilson* and *Klemaske* cases to the *Coleman* case.  The different legal bases of the two cases, the Americans with Disabilities Act and the Eighth Amendment, respectively, preclude a finding that the two cases are related.  The notice should be denied.

Dated: December 15, 2005

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30069966.wpd