## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Ralph Coleman, et al. vs. Arnold Scwarzenegger, et al.*
*and Robert Hecker vs. CA Dept of Corrections and Rehabilitation, et al.*

No.:  **CIV S-90-0520 LKK JFM P**
**and 2:05-CV-02428 LKK GGH P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age and older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 16, 2005</u>, I served the attached **REPLY TO NOTICE OF RELATED CASES** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

| | |
|---|---|
| Pete Cockeroft | Kimbery S. Davenport |
| H-86887 | California Medical Association |
| Pelican Bay State Prison | 221 Main Street |
| P.O. Box 7500 | San Francisco CA 94105 |
| Crescent City, CA  95532 | |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 16, 2005, at Sacramento, California.

| S Freeman | /s/ *S Freeman* |
|---|---|
| Declarant | Signature |

30070446.wpd