IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                         No. CIV S-90-0520 LKK JFM P

vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.

_____/

## SPECIAL MASTER'S REQUEST THE APPOINTMENT OF ADDITIONAL STAFF

      Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the special master requests the appointment of Ted R. Ruggles, Ph.D. as a mental health expert to assist the special master in the execution of his duties. The reasons for this request are set forth in the accompanying memorandum. Dr. Ruggles is to be compensated at a rate of two hundred and fifty dollars ($250.00) per hour, with a travel rate of ninety dollars ($90.00) per hour, plus reasonable expenses.

                                        Respectfully submitted,

                                          /s/ J. Michael Keating, Jr.
                                          Special Master

# 3458443_v1