IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et. al.,

    Defendants.

_____/

No. CIV S-90-0520 LKK JFM P

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants to the special master, I request the approval of the court for the appointment of Ted R. Ruggles, Ph.D.

Dr. Ruggles is a nationally known psychologist who will serve as a mental health expert to assist the special master in the review of plans, protocols, forms, systems and program guides developed by defendants to remedy deficiencies in mental health services identified by the court. He will also conduct comprehensive prison inspections with other Coleman monitors and experts.

Dr. Ruggles is known to both the plaintiffs and defendants in this case because he was formerly the Chief Psychologist at the Pelican Bay State Prison (Pelican Bay). In that role Dr. Ruggles not only coordinated the mental health program at Pelican Bay, but he was also instrumental in producing compliance reports required in this case and in Madrid. He was also part of the defendants' team of experts charged with conducting the Unidentified Bed Needs Assessment that was filed with the court on September 2, 2005.

      Dr. Ruggles has a rich and distinguished history in the delivery of mental health services in correctional facilities. He will also bring to this case an acute awareness of the delivery of care issues facing CDCR.

      Dr. Ruggles' curriculum vitae are attached. He is to be compensated at an hourly rate of two hundred and fifty dollars ($250.00), with a travel rate of ninety dollars ($90.00) per hour, plus reasonable expenses.

      Both parties concur that Dr. Ruggles will make a strong addition to the special master's staff.

                                                       Respectfully Submitted,

                                                         /s/ J. Michael Keating, Jr.
                                                        Special Master

# 3458416_v1

## *VITAE*

Ted R. Ruggles, Ph.D.
Licensed Psychologist (Ca. License PSY 8414)
P.O. Box 67
Gasquet, California, 95543

Telephone: (707) 457 9500
           (707) 444 3145
Cellular Phone: (707) 954 3426
E Mail: Gasquetflat@MSN.com

### Education

B.A., Psychology, Indiana University, 1971

M.A., Clinical Psychology (60 hour program)
   Western Michigan University, 1977

Ph.D., Developmental Psychology,
   Department of Human Development,
   University of Kansas, 1978

Predoctoral Fellowship, National Institute of Child Health
   and Human Development, 1975-1978

Post Doctoral Fellowship; Bureau for the Education of the
   Handicapped, 1978-1981

Clinical internship - Clinical Psychology and Developmental Disabilities, Sonoma Developmental Center, Eldridge, California, 1982 - 1983

### Credentials/training/honors

Licensed Psychologist (California License # PU8414, Effective
   January, 1984)

Training Certification: Clinical Neuropsychology, Halstead-Reitan Assessment Battery; June, 1993

Advanced Training in the use of the Minnesota Multiphasic Personality Inventory
April, 1999

Supervisor of the Year, Health Care Services, California Department of Corrections, 1998-1999

1

## Positions

1972-1973  Educational Coordinator, Kalamazoo Learning Village, Kalamazoo, Michigan

1973-1974  Director, Kalamazoo Learning Village, Kalamazoo, Michigan

1974-1975  Program Coordinator, Educare Program, Department of Human Development, University of Kansas

1975-1976  Teaching Assistant, Department of Human Development, University of Kansas

1978-1981  Courtesy Assistant Professor, Department of Human Development, University of Kansas

1978-1981  Research Associate, Kansas Research Institute for Early Childhood Education of the Handicapped

1980-1981  Data Base Coordinator, Kansas Research Institute for the Early Childhood Education of the Handicapped

1981-1985  Staff Psychologist, Behavior Adjustment Program, Sonoma State Hospital, Eldridge, California

1983-1984  Visiting Faculty, McAuley Neuropsychiatric Institute, San Francisco, California

1983-1985  Associate, Behavioral Psychology Associates, Santa Rosa, California

1984- present   Private Practice

1986-1988  Program Director, Sequoia Transition Project, Humboldt County Association for the Retarded

1986-1987  Staff Psychologist; Humboldt Family Service Center

1988-1991  Part Time Faculty, Psychology Department, Humboldt State University

1990-1991  Program Administrator, Butler Valley Inc. (Residential Facilities)

1992 -1993 Staff Psychologist, Pelican Bay State Prison

1993 -1995  Senior Psychologist-Supervisor, Pelican Bay State Prison

2

1995  Mental Health Administrator; Health Care Services,
      Pelican Bay State Prison

1995 – 2005  Chief Psychologist, Pelican Bay State Prison, California Department of Corrections

1998  Acting Regional Administrator, Health Care Services, California
      Department of Corrections, Sacramento, Ca.


### Consulting
1973-1974  Michigan Department of Social Services

1973-1974  Agency Director's Board, Kalamazoo County Department
           of Mental Health

1975       Lawrence (Kansas) Unified School District

1976-1982  Research Consultant; Edna A Hill Preschool, Department
           of Human Development, University of Kansas

1978-1982  Research Consultant; Kansas Research Institute for
           the Early Childhood Education of the Handicapped

1979       Leavenworth (Kansas) Developmental Services

1984-1986  Sonoma County Independent Living Skills Inc.

1984-1985  Manteca Community Action Program Inc., Manteca, Ca.

1984-1986  Ukiah Valley Association for the Handicapped,
           Ukiah, Ca.

1984-1985  Manual Skills Training Center, Santa Rosa, Ca.

1985- 1986  North Bay Regional Center

1985-1986  Headstart, Lake County, Ca.

1986- 1988 Humboldt County Schools

1986- 1998  Child Protective Services, Humboldt County, Ca.

1986-1991  Butler Valley Inc. (ICF facilities, Arcata and Eureka)

1986-1989, 2004 - present    Reliance House Inc. (ICF,DDH facility, Arcata, Ca.)

1986-1988  Del Norte Association for Developmental Disabilities

1986- present  Redwood Coast Regional Center

3

1987- 1988  Eureka City Schools

1987  Seaview Convalescent Hospital, Eureka, Ca.

1988  California Adoptions Services

1988-*1991*  Crescent City Convalescent Hospital, Crescent City, Ca.

1989- 1998  Calico House for the Developmentally Disabled

1987    Humboldt County Schools

1990-1991  Konocti Instructional Services (Lake Co. California)

1991      Del Norte County Probation Dept

1992      Pelican Bay State Prison, Del Norte County, Ca.

1997-1998  Department of Corrections; Standards of Care Task Force

## Experience in Federal Court Litigation Involving Prison Mental Health Systems

1995 – 2005:  Primary responsibility for developing programs, policies and procedures and directing the Pelican Bay State Prison Mental Health Program, Pelican Bay State Prison, California Department of Corrections. This remedial plan was developed in response to *Madrid v California*.

1997-1998:  Served as an Expert Witness through the discovery process involved in *Clark v California*.

1998:  Primary responsibility for coordinating the development of the framework for the statewide Mental Health assessment and support process proposed in the settlement agreement for *Clark v California*. This program provides for assessment and support services to developmentally disabled individuals within the California State Prison System.

2002 –2003:  Member of California Department of Corrections committee for revision of the Mental Health Services Guidelines (*Coleman v California)*.

2002:   Worked as member of the assessment team through the *Gates-Coleman Transition* (**Gates v California** and **Coleman v California**).

2003 – 2004: Responsibility for developing the initial (Pelican Bay State Prison) process for Mental Health assessment and intervention services for California Department of Corrections inmates engaging in multiple instances of indecent exposure (*Freitag v California)*.

2004-2005:  Member of the assessment team completing the *Unmet Needs Study* within the California Department of Correction's Mental Health Program (**Coleman v California**).

4

## Paper Presentations, Invited Addresses, Workshops

Over 50 workshops and invited presentations at national conferences in the United States, Canada, Mexico and Japan (specific titles and references available on request).

## Publications

Ruggles, T.R. & LeBlanc, J.M. Behavior analysis procedures in classroom teaching. In A. Bellack, M. Hersen and A. Kazdin (Eds.), International Handbook of Behavior Modification. Plenum Press. 1982.

Ruggles, T.R. Considerations in the design of teacher-implemented observation procedures. In K.E. Allen and E.M. Goetz (Eds.), Early Childhood Special Education: A Functional Approach to the Management of Problem Areas. Aspen Publishing Company. 1982.

Allen, K.E. & Ruggles, T.R. The analysis of teacher-child interaction patterns in the preschool setting. In E.B. Edgar, N.G. Haring, J.R. Jenkins, and C.R. Pious (Eds.), Serving Young Handicapped Children - Issues and Research. 1982.

Rogers-Warren, A.K., Ruggles, T.R., Peterson, N.L., & Cooper, A.Y. Playing and learning together: Patterns of social interaction in handicapped and nonhandicapped children. Journal of the Division of Early Childhood, Council for Exceptional Children. Spring, 1981.

LeBlanc, J.M., & Ruggles, T.R. Instructional procedures for use with developmentally delayed children: A review and suggestions. Analysis and Intervention in Developmental Disabilities., 1982

## Other Manuscripts

Ruggles, T.R. Observation methods in applied behavior analysis: A review. Working Paper Series, Kansas Research Institute for the Early Childhood Education of the Handicapped. 1979.

Hass, S., Ruggles, T.R., & LeBlanc, J.M. Minimal versus criterion-related detailed instructions. Working Paper Series, Kansas Research Institute for the Early Childhood Education of the Handicapped. 1979.

5