IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.

_____/

No. CIV S-90-0520 LKK JFM P

## SPECIAL MASTER'S REQUEST FOR INCREASED COMPENSATION

On March 4, 2005 the Court granted the special master's request to increase the compensation for his staff. For reasons set forth in the accompanying memorandum, the special master requests a modification of his request to include a rate increase for Melissa G. Warren, Ph.D. from $200.00 to $250.00 per hour. Compensation for Dr. Warren's travel shall remain at $90.00 per hour.

                                            Respectfully submitted,

                                            /s/ J. Michael Keating, Jr.
                                            Special Master

# 3099555_v1