IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                          No. CIV S-90-0520 LKK JFM P

vs.

ARNOLD SCHWARZENEGGER,
et. al.,

        Defendants.

_____/

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR INCREASED COMPENSATION

On February 7, 2005, the special master filed a request for increased compensation for himself and his staff. The special master sought an increase in his compensation from $200 per hour to $260 per hour, an increase in compensation for the deputy special master and all experts from $200 per hour to $250 per hour, and an increase in compensation for all monitors from $130 per hour to $200 per hour. He has also requested an increase in compensation for all travel time from $75 per hour to $90 per hour. Neither party filed an objection to the special master's request and it was granted by the Court on March 4, 2005.

The compensation for one expert, Melissa G. Warren, Ph.D., however, was not clearly defined in the special master's initial request. Dr. Warren is a nationally recognized clinical expert in this and other correctional cases. Most recently, she spearheaded the unidentified bed needs assessment that was compiled in late 2004 and early 2005 and submitted in mid-March. That assessment has become in the basic document in the defendants' calculations of their need for expanded inpatient treatment resources and brought to a conclusion an often futile, seven-year effort to define the extent of the unmet need for this level of treatment in the California Department of Corrections and Rehabilitation. Since then, Dr. Warren has

assumed a steadily expanding role in evaluating and reporting on mental health treatment services for the special master and the court

.

It was the special master's intent to request compensation for Dr. Warren equal to the other experts in this case. The special master's request however, was unclear, in that it stated that the compensation for experts should increase from $200 per hour to $250 per hour. At the time of the request, Dr. Warren's compensation was set at $130 per hour. The February 7, 2005 request of the special master, however, should have specified that Dr. Warren should be compensated at the same rate as the special master's other experts.

This filing, then, modifies the special master's original request and calls for Dr. Warren to be compensated at $250 per hour.

Respectfully Submitted,

/s/ J. Michael Keating, Jr.
Special Master

# 3064421_v1