COLEMAN v. SCHWARZENEGGER, et al.,.
CIV S-90-0520 LKK JFM P

# EXHIBIT 3, 10/21/05 MEMO
IN SUPPORT OF DEFENDANTS' FURTHER RESPONSE TO PLAINTIFFS' NOTICE
OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION

State of California                                                                                      Department of Corrections and Rehabilitation

# Memorandum

Date : October 21, 2005

To : Associate Directors
     Wardens

Subject: **AMENDED CARDIO PULMONARY RESUSCITATION POLICY**

Pursuant to a recent Coleman court order, the California Department of Corrections and Rehabilitation (CDCR) has amended the September 12, 2005 Cardio Pulmonary Resuscitation (CPR) Policy. Please ensure that the attached policy now titled AMENDED POLICY REGARDING PEACE OFFICERS' RESPONSIBILITY FOR PROVIDING IMMEDIATE LIFE SUPPORT is included in CPR off post training. The CDCR Correctional Peace Officer Academy will also ensure the immediate addition of this policy to the training of new cadets.

Institutions must also ensure that your institution/facility provide immediate documented On-The-Job Training to all Correctional Peace Officer classifications. The training will include the review and discussion of the attached policy. The training on the new policy must be conducted by December 9, 2005. Please confirm your compliance via email to Sandra Acox, Division of Adult Institutions, by December 9, 2005.

There will be a conference call to discuss this issue on Monday, October 24, 2005 at 3:30 p.m. If you have any questions regarding the information provided or require clarification, please contact Nancy Hardy at (916) 323-2811.

JOHN DOVEY
Director
Division of Adult Institutions

Attachment

cc: Renee Kanan, M.D.        Mike Knowles              Kathleen Keeshen
    Brigid Hansen             Tim Virga                 Michael Stone
    Doug Mckeever,            Gary Swarthout            Nancy Baldwin
    Paul Bestolarides         Sandra Duveneck           Dave Lewis
    Lisa Tillman              Nancy Hardy

* CDC 1617 (3/89)

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date: October 21, 2005

To: Associate Directors, Division of Adult Institutions
Regional Administrators, Division of Correctional Health Care Services
Regional Medical Directors, Division of Correctional Health Care Services
Wardens
Health Care Managers

Subject: **AMENDED POLICY REGARDING PEACE OFFICERS' RESPONSIBILITY FOR PROVIDING IMMEDIATE LIFE SUPPORT**

In medical emergencies, the primary objective is to preserve life. All peace officers who respond to a medical emergency are mandated, pursuant to court order, to provide immediate life support, if trained to do so, until medical staff arrives to continue life support measures. All peace officers must carry a personal Cardiopulmonary Resuscitation (CPR) mouth shield at all times.

<u>Custody Protocol</u>

The officer must assess and ensure it is reasonably safe to perform life support by effecting the following minimum actions:
- Sound an alarm (a personal alarm or, if one is not issued, an alarm based on local procedures must be used) to summon necessary medical personnel and/or additional custody personnel.
- Determine and respond appropriately to any exposed bloodborne pathogens.
- Determine and neutralize any significant security threats to self or others including any circumstances causing harm to the involved inmate.
- Initiate life saving measures consistent with training.

The responding peace officer will be required to articulate the decision made regarding immediate life support and actions taken or not taken, including in cases where life support is not initiated consistent with training and/or situations which pose a significant threat to the officer or others.

<u>Clinical and Custody Combined Efforts</u>

A Correctional Peace Officer's initiation of life support does not relieve responding medical personnel of their responsibility to assume life saving efforts upon arrival. Responding medical personnel shall assume primary responsibility in the provision of medical attention and life saving efforts upon their arrival. The combined efforts of both custody and medical personnel are

Associate Directors, Division of Adult Institutions
Regional Administrators, Division of Correctional Health Care Services
Regional Medical Directors, Division of Correctional Health Care Services
Wardens
Health Care Managers
Page 2

expected. Both custody and medical personnel are responsible to continue life saving efforts in unison as long as necessary.

This policy memorandum supersedes all other previous directions specifically related to peace officers responsibilities in the performance of CPR. Please ensure all employees are notified.

JOHN DOVEY
Director
Division of Adult Institutions

RENEE KANAN, M.D., MPH
Director (A)
Division of Correctional Health Care Services

cc: Mike Knowles
Tim Rougeux
Tim Virga
Brigid Hanson
Mike Beaber
Margaret Howerton
Cassandra Mraz

Sandra Duveneck
David Lewis
Paul Bestolarides
Dennis Beaty
David Hellerstein, M.D.
Carole Springer

Yulanda Mynhier
Kathleen Keeshen
Joe Armor
Gail Tanaka
Caroline Short
Ralyn Conner