**COLEMAN   v. SCHWARZENEGGER, et al.,.**
**CIV S-90-0520 LKK JFM P**


EXHIBIT  5, Wardens' Declarations
**IN SUPPORT OF DEFENDANTS' FURTHER RESPONSE TO PLAINTIFFS' NOTICE
OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION**

DECLARATIONS ARE IN FOLLOWING ORDER BY NAME OF INSTITUTION:

a.    Avenal State Prison
b.    California Correctional Center
c.    California Institution for Men
d.    California Correctional Institution
e.    California Institution for Women
f.    California Medical Facility, Vacaville
g.    California Men's Colony
h.    California Rehabilitation Center
i.    California State Prison, Corcoran
j.    California State Prison, Los Angeles County
k.    California State Prison, Sacramento
l.    California State Prison, San Quentin
m.    California State Prison, Solano
n.    California Substance Abuse and Treatment Facility and State Prison, Corcoran
o.    Calipatria State Prison
p.    Centinela State Prison
q.    Central California Women's Facility
r.    Chuckawalla Valley State Prison
s.    Correctional Training Facility
t.    Folsom State Prison
u.    High Desert State Prison
v.    Ironwood State Prison
w.    Kern Valley State Prison
x.    Mule Creek State Prison
y.    North Kern State Prison
z.    Pelican Bay State Prison
aa.   Pleasant Valley State Prison
bb.   Richard J. Donovan Correctional Facility
cc.   Salinas Valley State Prison
dd.   Sierra Conservation Center
ee.   Valley State Prison for Women
ff.   Wasco State Prison Reception Center

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9

10

11 Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,                        CIV S-90-0520 LKK JFM P
                              Plaintiffs,
16                                               DECLARATION OF
                v.                               ACTING WARDEN
17                                               K. MENDOZA-POWERS
   ARNOLD SCHWARZENEGGER, et al.,
18
                              Defendants.
19

20

21      I, K. Mendoza-Powers, declare:

22         1.   I am employed by the California Department of Corrections and Rehabilitation as

23 the acting warden of Avenal State Prison.

24         2.   I have personal knowledge of the facts stated in this declaration and if called to

25 testify would do so competently.

26         3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28 correctional officers upon inmates.

                                    1

1     4.   My prison has been engaged in an ongoing effort to provide certified CPR

2 training to every designated employee (correctional officers, correctional counselor I,

3 lieutenants and sergeants). As of December 16, 2005, 97.2 percent or 840 numbers of

4 designated employees at my prison have been trained in the performance of CPR.

5     5.   I received and distributed to the designated correctional officers in my prison the

6 October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

7 to provide immediate life support measures, if trained to do so, until staff arrive to continue life

8 support measures.

9     6.   As of December 16, 2005, the October 21, 2005 amended CPR policy

10 memorandum has been distributed to, with on-the-job training provided, to 831 designated

11 employees or 96.2 percent of designated employees at my prison. Approximately33.in

12 number have not received training on this amended CPR policy due to being on leave status

13 (vacation, family, medical or other bases of leave) and zero in number have not received this

14 training but are available for such training.

15     7.   As of December 16, 2005, the CPR mouth shield has been distributed, with on-

16 the-job training provided, to 826.in number or 95.6 percent of designated employees at my

17 prison. Approximately 38 in number have not received training on the CPR mouth shields

18 due to being on leave status (vacation, family, medical or other bases of leave) and zero in

19 number has not received this training but is available for such training.

20     8. I have directed that the CPR mouth shields be placed in every cut down kit and

21 housing unit in my prison.

22     I declare under the penalty of perjury that the foregoing is true and correct.

23     Dated: December 19, 2005

24                     By: Kathy Mendoza Powers

25                      Acting Warden of

26                      Avenal State Prison

27

28

2

1
BILL LOCKYER
Attorney General of the State of California

2
JAMES M. HUMES
Chief Assistant Attorney General

3
FRANCES T. GRUNDER
Senior Assistant Attorney General

4
ROCHELLE EAST
Supervising Deputy Attorney General

5
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General

6

7
1300 I Street, Suite 125
P.O. Box 944255

8
Sacramento, CA 94244-2550
Telephone: (916) 327-7872

9
Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov

10

11
Attorneys for Defendants

12
IN THE UNITED STATES DISTRICT COURT

13
FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15
RALPH COLEMAN, et al.,

                                        Plaintiffs,

CIV S-90-0520 LKK JFM P

16

                v.

**DECLARATION OF WARDEN KATHLEEN PROSPER**

17

18
ARNOLD SCHWARZENEGGER, et al.,

19
                                        Defendants.

20

21
I, Kathleen Prosper, declare:

22
        1.   I am employed by the California Department of Corrections and Rehabilitation as

23
the warden of the California Correctional Center in Susanville, CA.

24
        2.   I have personal knowledge of the facts stated in this declaration and if called to

25
testify would do so competently.

26
        3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27
develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28
correctional officers upon inmates.

1

4.   My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselors I, lieutenants, and sergeants). As of December 16, 2005, 93 percent or 647 numbers of designated employees at my prison had been trained in the performance of CPR.

5.   I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.   As of December 16, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 674 designated employees or 97 percent of designated employees at my prison. Approximately 23 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 1 in number have not received this training but are available for such training.

7.   As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 677 in number or 97 percent of designated employees at my prison. Approximately 21 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and -0- in number have not received this  training but are available for such training.

8.   I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2005

By: _Kathleen Prosper_
    KATHLEEN PROSPER
    Warden of the California Correctional Center

2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
5  Supervising Deputy Attorney General
   LISA A. TILLMAN, State Bar No. 126424
6  Deputy Attorney General
   1300 I Street, Suite 125
7  P.O. Box 944255
   Sacramento, CA 94244-2550
8  Telephone: (916) 327-7872
   Fax: (916) 324-5205
9  Email: Lisa.Tillman@doj.ca.gov
10
11 Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14
15 RALPH COLEMAN, et al.,                          CIV S-90-0520 LKK JFM P
                                    Plaintiffs,
16                                                 DECLARATION OF
                                                   ACTING WARDEN
17            v.                                   MICHAEL E. POULOS

18 ARNOLD SCHWARZENEGGER, et al.,

19                                  Defendants.

20

21      I, Michael E. Poulos declare:

22         1.   I am employed by the California Department of Corrections and Rehabilitation as

23 the Acting Warden of the California Institution for Men.

24         2.   I have personal knowledge of the facts stated in this declaration and if called to

25 testify would do so competently.

26         3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28 correctional officers upon inmates.

                                    1

4. My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (Correctional Officers, Correctional Counselor I, Lieutenants, and Sergeants). As of December 19, 2005, 60.5 percent or 710 designated employees at my prison are currently certified to perform CPR.

5. I received and distributed to the designated employees in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers, sergeants, lieutenants, and correctional counselor I to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6. As of December 19, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 1021 designated employees or 87 percent of designated employees at my prison. Approximately 64 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 88 in number have not received this training but are available for such training.

7. As of December 19, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 848 in number or 72.3 percent of designated employees at my prison. Approximately 67 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 258 in number have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every Personal Protective Equipment kit located throughout the institution, which including all housing unit.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2005

By: _Michael E. Poulos_
Michael E. Poulos
Acting Warden of the California Institution for Men

2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
   P.O. Box 944255
7  Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
8  Fax: (916) 324-5205
   Email: Lisa.Tillman@doj.ca.gov
9
10
11 Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
                              Plaintiffs,
16                                           **DECLARATION OF**
                                             **WARDEN W. J. Sullivan**
17        v.

18 ARNOLD SCHWARZENEGGER, et al.,

19                            Defendants.

20

21        I, W. J. Sullivan declare:

22        1.    I am employed by the California Department of Corrections and Rehabilitation as

23 the warden of the California Correctional Institution.

24        2.    I have personal knowledge of the facts stated in this declaration and if called to

25 testify would do so competently.

26        3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

27 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28 correctional officers upon inmates.

                                        1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of December 19, 2005, 88 percent or 1055 numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 19, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 1055 designated employees or 88 percent of designated employees at my prison.  Approximately 77 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 65 in number have not received this training but are available for such training.

7.    As of December 19, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 1055 in number or 88 percent of designated employees at my prison.  Approximately 77 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 65 in number have not received this  training but are available for such training.  Individual contact is being made with the remaining available staff to complete training.  Staff not available will be trained upon their return.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December 19, 2005

By: _____

Warden of California Correctional Institution

2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6  1300 I Street, Suite 125
   P.O. Box 944255
7  Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
8  Fax: (916) 324-5205
   Email: Lisa.Tillman@doj.ca.gov
9
10
11  Attorneys for Defendants

12            IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
                          Plaintiffs,
16                                            DECLARATION OF
                                              WARDEN
17              v.                            DAWN S. DAVISON

18  ARNOLD SCHWARZENEGGER, et al.,

19                        Defendants.

20

21       I, Dawn S. Davison, declare:

22       1.   I am employed by the California Department of Corrections and Rehabilitation

23  (CDCR) as the warden of the California Institution for Women.

24       2.   I have personal knowledge of the facts stated in this declaration and if called to

25  testify would do so competently.

26       3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28  correctional officers upon inmates.

                                        1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of December 16, 2005, 353 of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 16, 2005, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 347 designated employees at my prison. Approximately 20 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 3 (who have returned from varies types of leave) in number have not received this training but are available for such training.

7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 353 designated employees at my prison. Approximately 11 in number have not received training on the CPR mouth shields due to being on leave status (military, family, medical or other bases of leave) and 0 in number have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cut down kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2005

By: _Dawn S. Davison_
     DAWN S. DAVISON
     Warden
     California Institution for Women

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 327-7872
     Fax:  (916) 324-5205
9    Email:  Lisa.Tillman@doj.ca.gov
10

11 Attorneys for Defendants

12            IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 **RALPH COLEMAN, et al.,**                    CIV S-90-0520 LKK JFM P
                                Plaintiffs,
16                                              **DECLARATION OF**
                                                **WARDEN (A.) Veal**
17         v.                                   *(insert name of warden)*

18 **ARNOLD SCHWARZENEGGER, et al.,**

19                                Defendants.

20

21      I, ....M. Veal, Warden (A.)....declare:
              *(insert name of warden)*
22      1.    I am employed by the California Department of Corrections and Rehabilitation as

23 the warden of ...California Medical Facility.
              *(insert name of prison)*
24

25      2.    I have personal knowledge of the facts stated in this declaration and if called to

26 testify would do so competently.

27      3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

28 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

                                      1

1  correctional officers upon inmates.

2      4.  My prison has been engaged in an ongoing effort to provide certified CPR

3  training to every designated employee (correctional officers, correctional counselor I,

4  lieutenants and sergeants). As of December 16, 2005, 96.6% percent or 651 numbers of designated

5  employees at my prison had been trained in the performance of CPR.

6      5.  I received and distributed to the designated correctional officers in my prison the

7  October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

8  to provide immediate life support measures, if trained to do so, until staff arrive to continue life

9  support measures.

10      6.  As of December 16, 2005, the October 21, 2005 amended CPR policy

11  memorandum has been distributed to, with on-the-job training provided, to 455 designated

12  employees or 67.5% percent of designated employees at my prison. Approximately 23 in

13  number have not received training on this amended CPR policy due to being on leave status

14  (vacation, family, medical or other bases of leave) and 196 in number have not received this

15  training but are available for such training.

16      7.  As of December 16, 2005, the CPR mouth shield has been distributed, with on-

17  the-job training provided, to 651 in number or 96.6% percent of designated employees at my

18  prison. Approximately 23 in number have not received training on the CPR mouth shields

19  due to being on leave status (vacation, family, medical or other bases of leave) and 0 in

20  number have not received this training but are available for such training.

21      8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

22  housing unit in my prison.

23      I declare under the penalty of perjury that the foregoing is true and correct.

24      Dated: December __ , 2005

25      By:_____

26      Warden of *CALIFORNIA MEDICAL FACILITY*
            *(insert name of prison)*

27

28

2

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9

10

11  Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                          CIV S-90-0520 LKK JFM P

16                            Plaintiffs,
                                                    **DECLARATION OF
17          v.                                      WARDEN JOHN MARSHALL**
                                                    *(insert name of warden)*
18  ARNOLD SCHWARZENEGGER, et al.,

19                            Defendants.

20

21       I, John Marshall declare:

22       1.    I am employed by the California Department of Corrections and Rehabilitation as

23  the warden of the California Men's Colony.

24

25       2.    I have personal knowledge of the facts stated in this declaration and if called to

26  testify would do so competently.

27       3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

28  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

                                        1

1    correctional officers upon inmates.

2        4.    My prison has been engaged in an ongoing effort to provide certified CPR

3    training to every designated employee (correctional officers, correctional counselor I,

4    lieutenants and sergeants). As of December 16, 2005, 51.8 percent or 490 numbers of designated

5    employees at my prison had been trained in the performance of CPR.

6        5.    I received and distributed to the designated correctional officers in my prison the

7    October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

8    to provide immediate life support measures, if trained to do so, until staff arrive to continue life

9    support measures.

10        6.    As of December 19, 2005, the October 21, 2005 amended CPR policy

11    memorandum has been distributed to, with on-the-job training provided, to 874 designated

12    employees or 92.4 percent of designated employees at my prison.  Approximately 62 in

13    number have not received training on this amended CPR policy due to being on leave status

14    (vacation, family, medical or other bases of leave) and 5 in number have not received this

15    training but are available for such training.

16        7.    As of December 19, 2005, the CPR mouth shield has been distributed, with on-

17    the-job training provided, to 859 in number or 90.8 percent of designated employees at my

18    prison.  Approximately 62 in number have not received training on the CPR mouth shields

19    due to being on leave status (vacation, family, medical or other bases of leave) and 19 in

20    number have not received this training but are available for such training.

21        8.    I have directed that the CPR mouth shields be placed in every cutdown kit and

22    housing unit in my prison.

23        I declare under the penalty of perjury that the foregoing is true and correct.

24    Dated:  December 19, 2005

25        By: _____

26        Warden of California Men's Colony

27

28

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
5  Supervising Deputy Attorney General
   LISA A. TILLMAN, State Bar No. 126424
6  Deputy Attorney General
7   1300 I Street, Suite 125
    P.O. Box 944255
8   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
9   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
10
11 Attorneys for Defendants

12           IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14
15 RALPH COLEMAN, et al.,                      CIV S-90-)520 LKK JFM P
                              Plaintiffs,
16                                             DECLARATION OF
                                               ACTING WARDEN
17            v.                               GUILLERMINA HALL

18 ARNOLD SCHWARZENEGGER, et al.,
19                            Defendants.
20
21      I, Guillermina Hall declare:
22      1.    I am employed by the California Department of Corrections and Rehabilitation as
23 the Warden of the California Rehabilitation Center.
24      2.    I have personal knowledge of the facts stated in this declaration and if called to
25 testify would do so competently.
26      3.    I am aware that this court issued an order in June 2005 requiring the CDCR to
27 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by
28 correctional officers upon inmates.

                                   1

1    4.    My prison has been engaged in an ongoing effort to provide certified CPR

2  training to every designated employee (correctional officers, correctional counselor I,

3  lieutenants and sergeants).  As of December 16, 2005, 81 percent or 629 numbers of

4  designated employees at my prison had been trained in the performance of CPR.

5    5.    I received and distributed to the designated correctional officers in my prison the

6  October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

7  to provide immediate life support measures, if trained to do so, until staff arrive to continue life

8  support measures.

9    6.    As of December 16, 2005, the October 21, 2005 amended CPR policy

10  memorandum has been distributed to, with on-the-job training provided, to 746 designated

11  employees or 90 percent of designated employees at my prison. Approximately 53 in

12  number have not received training on this amended CPR policy due to being on leave status

13  (vacation, family, medical or other bases of leave) and 27 in number have not received this

14  training but are available for such training.

15    7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-

16  the-job training provided, to 606 in number or 78 percent of designated employees at my

17  prison.  Approximately 53 in number have not received training on the CPR mouth shields

18  due to being on leave status (vacation, family, medical or other bases of leave) and 116 in

19  number have not received this  training but are available for such training.

20    8. I have directed that the CPR mouth shields be placed in every cutdown kit and

21  housing unit in my prison.

22    I declare under the penalty of perjury that the foregoing is true and correct.

23    Dated: December 19, 2005

24    By: Guillermina Hall

25    Acting Warden of California Rehabilitation Center

26

27

28

2

1   BILL LOCKYER
2   Attorney General of the State of California
     JAMES M. HUMES
3   Chief Assistant Attorney General
     FRANCES T. GRUNDER
4   Senior Assistant Attorney General
     ROCHELLE EAST
5   Supervising Deputy Attorney General
     LISA A. TILLMAN, State Bar No. 126424
6   Deputy Attorney General
7    1300 I Street, Suite 125
     P.O. Box 944255
8    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
9    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
10

11  Attorneys for Defendants

12             IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,

16                     Plaintiffs,      CIV S-90-0520 LKK JFM P

17      v.                  **DECLARATION OF**
                                **WARDEN A. K. Scribner**
18  ARNOLD SCHWARZENEGGER, et al.,   *(insert name of warden)*

19                    Defendants.

20

21       I,   **A. K. Scribner**  declare:
22             *(insert name of warden)*
       1.   I am employed by the California Department of Corrections and Rehabilitation as
23  the warden of  **California State Prison, Corcoran.**
24             *(insert name of prison)*

25       2.   I have personal knowledge of the facts stated in this declaration and if called to
26  testify would do so competently.

27       3.   I am aware that this court issued an order in June 2005 requiring the CDCR to
28  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

1

1   correctional officers upon inmates.

2        4.   My prison has been engaged in an ongoing effort to provide certified CPR

3   training to every designated employee (correctional officers, correctional counselor I,

4   lieutenants and sergeants).  As of December 16, 2005  **95.1**  percent or **1199** numbers of
    designated
5
    employees at my prison had been trained in the performance of CPR.
6
         5.   I received and distributed to the designated correctional officers in my prison the
7
8   October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

9   to provide immediate life support measures, if trained to do so, until staff arrive to continue life

10  support measures.

11       6.   As of December 16, 2005, the October 21, 2005 amended CPR policy

12  memorandum has been distributed to, with on-the-job training provided, to  **1190**  designated

13  employees or  **94.4**  percent of designated employees at my prison.  Approximately  **62**  in

14  number have not received training on this amended CPR policy due to being on leave status

15  (vacation, family, medical or other bases of leave) and  **9**  in number have not received this

16  training but are available for such training.

17       7.   As of December 16, 2005, the CPR mouth shield has been distributed, with on-

18  the-job training provided, to  **1193**  in number or  **94.6**  percent of designated employees at my

19  prison.  Approximately  **62**  in number have not received training on the CPR mouth shields

20  due to being on leave status (vacation, family, medical or other bases of leave) and  **6**  in

21  number have not received this  training but are available for such training.

22       8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

23  housing unit in my prison.

24       I declare under the penalty of perjury that the foregoing is true and correct.

25       Dated:  December 19, 2005

26                 By: _____
                       A. K. Scribner
27                     Warden of **California State Prison, Corcoran**
                       *(insert name of prison)*
28

                                    2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6  1300 I Street, Suite 125
7  P.O. Box 944255
   Sacramento, CA 94244-2550
8  Telephone: (916) 327-7872
   Fax: (916) 324-5205
9  Email: Lisa.Tillman@doj.ca.gov

10

11 Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,                          CIV S-90-0520 LKK JFM P
                                    Plaintiffs,
16                                                 DECLARATION OF
                                                   WARDEN D. K. DOWNS
17              v.

18 ARNOLD SCHWARZENEGGER, et al.,

19                                  Defendants.

20

21        I, ............Darrel K. Downs.......................................declare:

22        1.    I am employed by the California Department of Corrections and Rehabilitation as

23 the acting warden of .California State Prison – Los Angeles County.

24
          2.    I have personal knowledge of the facts stated in this declaration and if called to
25
   testify would do so competently.
26
          3.    I am aware that this court issued an order in June 2005 requiring the CDCR to
27
   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by
28
   correctional officers upon inmates.

                                          1

1          4.    My prison has been engaged in an ongoing effort to provide certified CPR

2  training to every designated employee (correctional officers, correctional counselor I,

3  lieutenants and sergeants).  As of December 16, 2005, 86.7 percent or 695 numbers of

4  designated

5  employees at my prison had been trained in the performance of CPR.

6          5.    I received and distributed to the designated correctional officers in my prison the

7  October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

8  to provide immediate life support measures, if trained to do so, until staff arrive to continue life

9  support measures.

10          6.    As of December 16, 2005, the October 21, 2005 amended CPR policy

11  memorandum has been distributed to, with on-the-job training provided, to 594 designated

12  employees or 74.1 percent of designated employees at my prison.  Approximately 39 in

13  number have not received training on this amended CPR policy due to being on leave status

14  (vacation, family, medical or other bases of leave) and 169 in number have not received this

15  training but are available for such training.

16          7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-

17  the-job training provided, to 761 in number or 94.9 percent of designated employees at my

18  prison.  Approximately 16 in number have not received training on the CPR mouth shields

19  due to being on leave status (vacation, family, medical or other bases of leave) and 25 in

20  number have not received this  training but are available for such training.

21          8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

22  housing unit in my prison.

23          I declare under the penalty of perjury that the foregoing is true and correct.

24          Dated: December _4_, 2005

25                    By: _D.K. Janny_

26                    Warden of California State Prison – Los Angeles

27                                County

28

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                   Plaintiffs,<br><br>                   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                                   Defendants. | CIV S-90-0520 LKK JFM P<br><br>**DECLARATION OF WARDEN SCOTT M. KERNAN** |

       I,   **SCOTT M. KERNAN** declare:

       1.   I am employed by the California Department of Corrections and Rehabilitation as the warden of California State Prison – Sacramento.

       2.   I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

       3.   I am aware that this court issued an order in June 2005 requiring the CDCR

1  to develop and implement a policy mandating that cardiopulmonary resuscitation be

2  performed by correctional officers upon inmates.

3

4      4.    My prison has been engaged in an ongoing effort to provide certified CPR

5  training to every designated employee (correctional officers, correctional counselor I,

6  lieutenants and sergeants).  As of December 16, 2005, 89.8 percent or 803 numbers of

7  designated employees at my prison had been trained in the performance of CPR.

8

9      5.    I received and distributed to the designated correctional officers in my prison

10  the October 21, 2005 memorandum stating the amended CPR policy requiring correctional

11  officers to provide immediate life support measures, if trained to do so, until staff arrive to

12  continue life support measures.

13     6.    As of December 16, 2005, the October 21, 2005 amended CPR policy

14  memorandum has been distributed to, with on-the-job training provided, to 845 designated

15  employees or 94.5 percent of designated employees at my prison.  Approximately 49 in

16  number have not received training on this amended CPR policy due to being on leave

17  status (vacation, family, medical or other bases of leave) and 0 in number have not received

18  this training but are available for such training.

19     7.    As of December 16, 2005, the CPR mouth shield has been distributed, with

20  on-the-job training provided, to 845 in number or 94.5 percent of designated employees at

21  my prison.  Approximately 49 in number have not received training on the CPR mouth

22  shields due to being on leave status (vacation, family, medical or other bases of leave) and 0

23  in number have not received this  training but are available for such training.

24

25     8.  I have directed that the CPR mouth shields be placed in every cut-down kit

26  and housing unit in my prison.

27     I declare under the penalty of perjury that the foregoing is true and correct.

23

2

1    Dated: December _19, 2005

2

3                                              By SCOTT M. KERNAN

4                                              Warden of California State Prison - Sacramento

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TOTAL P.05

1    BILL LOCKYER
     Attorney General of the State of California
2    JAMES M. HUMES
     Chief Assistant Attorney General
3    FRANCES T. GRUNDER
     Senior Assistant Attorney General
4    ROCHELLE EAST
5    Supervising Deputy Attorney General
     LISA A. TILLMAN, State Bar No. 126424
6    Deputy Attorney General
      1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
      Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10
11   Attorneys for Defendants

12                  IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15   **RALPH COLEMAN, et al.,**                    CIV S-90-0520 LKK JFM P
                                    Plaintiffs,
16                                                 **DECLARATION OF**
                                                   **WARDEN S.W. ORNOSKI**
17             v.

18   **ARNOLD SCHWARZENEGGER, et al.,**

19                                   Defendants.

20

21        I, S.W. Ornoski declare:

22        1.    I am employed by the California Department of Corrections and Rehabilitation as

23   the warden of California State Prison – San Quentin.

24        2.    I have personal knowledge of the facts stated in this declaration and if called to

25   testify would do so competently.

26        3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

27   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28   correctional officers upon inmates.

                                        1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of December 16, 2005, 96 percent or 1,007 numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 16, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 1,007 designated employees or 96 percent of designated employees at my prison. Approximately 28 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 14 in number have not received this training but are available for such training.

7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 1,007 in number or 96 percent of designated employees at my prison. Approximately 28 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 14 in number have not received this training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2005

By: _____

Warden of California State Prison – San Quentin

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone: (916) 327-7872
    Fax: (916) 324-5205
9   Email: Lisa.Tillman@doj.ca.gov
10
11 Attorneys for Defendants

12           IN THE UNITED STATES DISTRICT COURT

13         FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 **RALPH COLEMAN, et al.,**                                CIV S-90-0520 LKK JFM P

                                    Plaintiffs,
16                                                          **DECLARATION OF**
                                                           **WARDEN Tom L. Carey**
17      v.

18 **ARNOLD SCHWARZENEGGER, et al.,**

19                                  Defendants.

20

21      I, Tom L. Carey declare:

22      1.   I am employed by the California Department of Corrections and Rehabilitation as

23 the Warden of California State Prison-Solano (CSP-Solano).

24      2.   I have personal knowledge of the facts stated in this declaration and if called to

25 testify would do so competently.

26      3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28 correctional officers upon inmates.

                                          1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of December 16, 2005, 92 percent or 679 numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 16, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided to 652 designated employees or 88.6 percent of designated employees at my prison.  Approximately 5.6 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 5.8 in number have not received this training but are available for such training.

7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided to 597 in number or 81.1 percent of designated employees at my prison.  Approximately 5.6 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 13.3 in number have not received this  training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December 20, 2005

By: _____

Tom L. Carey
Warden of CSP-Solano

2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. ACQUISTO
5  Supervising Deputy Attorney General
   LISA A. TILLMAN, State Bar No. 126424
6  Deputy Attorney General
   1300 I Street, Suite 125
7  Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
8  Fax: (916) 324-5205
   Email: Lisa.Tillman@doj.ca.gov
9
10
   Attorney For Defendants
11

12              IN THE UNITED STATES DISTRICT COURT

13             FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et, al.,                CIV S-900520 LKK JFM P

16                          Plaintiffs,   **DECLARATION OF**
                                          **WARDEN DERRAL ADAMS**
17            v.

18  ARNOLD SCHWARZENEGGER, et al.,

19                          Defendants.

20

21        I, Derral Adams declare:

22        1.  I am employed by the California Department of Corrections and Rehabilitation as

23  the warden of California Substance Abuse and Treatment Facility and State Prison at Corcoran.

24        2.  I have personal knowledge of the facts stated in this declaration and if called to

25  testify would do so competently.

26        3.  I am aware that this court issued and order in June 2005 requiring the CDCR to

27  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28  correctional officers upon inmates

4.  My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, Lieutenants and sergeants). As of December 16, 2005 96.6 percent or 1123 numbers of designated employees at my prison had been trained in the performance of CPR.

5.  I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CDCR for correctional officers to perform CPR upon inmates.

6.  As of December 16, 2005 the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 1123 designated employees or 96.6 percent of designated employees at my prison.  Approximately 41 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and zero in number have not received this training but are available for such training.

7.  As of December 16, 2005, the CPR mouth shield has been distributed to, with on-the-job training provided, to 1111 in number or 95.5 percent of designated employees at my prison.  Approximately 41 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 12 in number have not received this training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoi8hg is true and correct.

Dated:  December 20, 2005

By: _____

Warden of California Substance Abuse
Treatment Facility and State Prison at Corcoran

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6     1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
      Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10
11  Attorneys for Defendants
12                IN THE UNITED STATES DISTRICT COURT
13                FOR THE EASTERN DISTRICT OF CALIFORNIA
14
15  RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
16                          Plaintiffs,       DECLARATION OF
                                              WARDEN
17              v.                            GEORGE GIURBINO
18  ARNOLD SCHWARZENEGGER, et al.,
19                          Defendants.
20
21      I, George Giurbino, declare:
22      1.    I am employed by the California Department of Corrections and Rehabilitation as
23  the warden of Calipatria State Prison.
24      2.    I have personal knowledge of the facts stated in this declaration and if called to
25  testify would do so competently.
26      3.    I am aware that this court issued an order in June 2005 requiring the CDCR to
27  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by
28  correctional officers upon inmates.

                                        1

4.     My prison has been engaged in an ongoing effort to provide certified CPR
training to every designated employee (Correctional Officers, Correctional Counselor I,
Lieutenants and Sergeants). As of December 21, 2005, 91.3 % or 630 designated
employees at my prison will have been trained in the performance of CPR.

5.     I received and distributed to the designated Correctional Officers in my prison the
October 21, 2005 memorandum stating the amended CPR policy requiring Correctional Officers
to provide immediate life support measures, if trained to do so, until staff arrive to continue life
support measures.

6.     As of December 16, 2005, the October 21, 2005 amended CPR policy
memorandum has been distributed to, with on-the-job training provided, to 627 designated
employees or 90.9%. of designated employees at my prison. Approximately 63 in
number have not received training on this amended CPR policy due to being on leave status
(vacation, family, medical or other bases of leave) and 0 in number have not received this
training but are available for such training.

7.     As of December 16, 2005, the CPR mouth shield has been distributed, with on-
the-job training provided, to 630 or 91.3% of designated employees at my
prison. Approximately 60 have not received training on the CPR mouth shields
due to being on leave status (vacation, family, medical or other bases of leave) and 0
have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and
housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2005

By: GEORGE GIURBINO

Warden (A) of Calipatria State Prison

2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 327-7872
     Fax: (916) 324-5205
9    Email: Lisa.Tillman@doj.ca.gov
10
11  Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                   CIV S-90-0520 LKK JFM P
                              Plaintiffs,
16                                           **DECLARATION OF**
                                             **WARDEN ................**
17        v.                                 *J. F. SALAZAR*

18  ARNOLD SCHWARZENEGGER, et al.,

19                              Defendants.

20

21        I, J. F. SALAZAR declare:

22        1.    I am employed by the California Department of Corrections and Rehabilitation as

23  the Warden (A) of Centinela State Prison

24

25        2.    I have personal knowledge of the facts stated in this declaration and if called to

26  testify would do so competently.

27        3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

28  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

                                    1

1   correctional officers upon inmates.

2        4.    My prison has been engaged in an ongoing effort to provide certified CPR

3   training to every designated employee (correctional officers, correctional counselor I,

4   lieutenants and sergeants).   As of December 16, 2005, 93.9 percent or 698 of designated

5   employees at my prison had been trained in the performance of CPR.

6        5.    I received and distributed to the designated correctional officers in my prison the

7   October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

8   to provide immediate life support measures, if trained to do so, until staff arrive to continue life

9   support measures.

10        6.    As of December 16, 2005, the October 21, 2005 amended CPR policy

11   memorandum has been distributed to, with on-the-job training provided, to 696 designated

12   employees or 93.7 percent of designated employees at my prison.  Approximately 40 in

13   number have not received training on this amended CPR policy due to being on leave status

14   (vacation, family, medical or other bases of leave) and 7 in number have not received this

15   training but are available for such training.

16        7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-

17   the-job training provided, to 708 in number or 95.3 percent of designated employees at my

18   prison.  Approximately 35 in number have not received training on the CPR mouth shields

19   due to being on leave status (vacation, family, medical or other bases of leave) and 0 in

20   number have not received this  training but are available for such training.

21        8. I have directed that the CPR mouth shields be placed in every cutdown kit and

22   housing unit in my prison.

23        I declare under the penalty of perjury that the foregoing is true and correct.

24        Dated:  December 16 , 2005

25        By: _____

26        Warden (A) of Centinela State Prison

27             J. 7. SACAZAR

28

2

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                Plaintiffs,<br><br>              v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                               Defendants. | CIV S-90-0520 LKK JFM P<br><br>**DECLARATION OF WARDEN RON KENAN (A)** |

I, Ron Kenan declare:

1.    I am employed by the California Department of Corrections and Rehabilitation as the Warden (A) of Central California Women's Facility (CCWF).

2.    I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3.    I am aware that this court issued an order in June 2005 requiring the CDCR to develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

1

correctional officers upon inmates.

4.  My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor 1, lieutenants and sergeants).  As of December 16, 2005, 94.5% Percent or 477 numbers of designated employees at my prison had been trained in the performance of CPR.

5.  I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.  As of December 16, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 477 designated employees or 94.5% percent of designated employees at my prison.  Approximately 28 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave).

7.  As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 477 in number or 94.5% percent of designated employees at my prison.  Approximately 28 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave).

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December 19, 2005

By:  _Ron Kenan_

Warden of Central California Women's Facility
RON KENAN (A)

2

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
5   Supervising Deputy Attorney General
    LISA A. TILLMAN, State Bar No. 126424
6   Deputy Attorney General
7    1300 I Street, Suite 125
     P.O. Box 944255
8    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
9    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
10

11  Attorneys for Defendants

12          IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  **RALPH COLEMAN, et al.,**                      CIV S-90-0520 LKK JFM P
                                    Plaintiffs,
16                                                  **DECLARATION OF
                                                    WARDEN .(A)...............**
17          v.                                      *Madelene A. Muntz*

18  **ARNOLD SCHWARZENEGGER, et al.,**

19                                  Defendants.

20

21          I Madelene A. Muntz declare:

22          1.    I am employed by the California Department of Corrections and Rehabilitation as

23  the Warden (A) of Chuckawalla Valley State Prison.

24          2.    I have personal knowledge of the facts stated in this declaration and if called to

25  testify would do so competently.

26          3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

27  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28  correctional officers upon inmates.

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).   As of December 16, 2005, 96.1 percent or 420 numbers of designated employees at my prison has been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 16, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 413 designated employees or 94.5 percent of designated employees at my prison.  Approximately 24 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 0 in number have not received this training but are available for such training.

7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 420 in number or 96.1 percent of designated employees at my prison.  Approximately 17 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 0 in number have not received this  training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December  16, 2005

By: _____
Warden (A)
Chuckawalla Valley State Prison

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
5   Supervising Deputy Attorney General
    LISA A. TILLMAN, State Bar No. 126424
6   Deputy Attorney General
    1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone: (916) 327-7872
    Fax: (916) 324-5205
9   Email: Lisa.Tillman@doj.ca.gov
10

11  Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
                                Plaintiffs,
16                                            DECLARATION OF
                                              WARDEN A. P. KANE.
17          v.

18  ARNOLD SCHWARZENEGGER, et al.,

19                              Defendants.

20

21      I, ............Anthony P. Kane............declare:

22      1.   I am employed by the California Department of Corrections and Rehabilitation as

23  the warden of the Correctional Training Facility.

24

25      2.   I have personal knowledge of the facts stated in this declaration and if called to

26  testify would do so competently.

27      3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

28  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

                                1

1  correctional officers upon inmates.

2        4.   My prison has been engaged in an ongoing effort to provide certified CPR

3  training to every designated employee (correctional officers, correctional counselor I,

4  lieutenants and sergeants).  As of December 19, 2005, 82 percent or 895 numbers of designated

5  employees at my prison had been trained in the performance of CPR.

6        5.   I received and distributed to the designated correctional officers in my prison the

7  October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

8  to provide immediate life support measures, if trained to do so, until staff arrive to continue life

9  support measures.

10        6.   As of December 19, 2005, the October 21, 2005 amended CPR policy

11  memorandum has been distributed to, with on-the-job training provided, to 986 designated

12  employees or 90.3 percent of designated employees at my prison.  Approximately 47 in

13  number have not received training on this amended CPR policy due to being on leave status

14  (vacation, family, medical or other bases of leave) and 59 in number have not received this

15  training but are available for such training.

16        7.   As of December 19, 2005, the CPR mouth shield has been distributed, with on-

17  the-job training provided, to 487 in number or 44.6 percent of designated employees at my

18  prison.  Approximately 60 in number have not received training on the CPR mouth shields

19  due to being on leave status (vacation, family, medical or other bases of leave) and 545 in

20  number have not received this training but are available for such training.

21        8.   I have directed that the CPR mouth shields be placed in every cutdown kit and

22  housing unit in my prison.

23        I declare under the penalty of perjury that the foregoing is true and correct.

24        Dated:  December 20, 2005

25                            By: _O.P.K___

26                               Warden of Correctional Training Facility

27

28

                                 2

1  BILL LOCKYER
Attorney General of the State of California
2  JAMES M. HUMES
Chief Assistant Attorney General
3  FRANCES T. GRUNDER
Senior Assistant Attorney General
4  ROCHELLE EAST
Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6  1300 I Street, Suite 125
P.O. Box 944255
7  Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8  Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov
9
10
11  Attorneys for Defendants

12          IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
                              Plaintiffs,
16                                             DECLARATION OF
                                               WARDEN Matthew C. Kramer
17          v.                                 (insert name of warden)

18  ARNOLD SCHWARZENEGGER, et al.,

19                              Defendants.

20

21     I, ........Matthew C. Kramer...............declare:
                (insert name of warden)
22     1.   I am employed by the California Department of Corrections and Rehabilitation as

23  the warden of ..........Folsom State Prison.....................
                    (insert name of prison)
24

25     2.   I have personal knowledge of the facts stated in this declaration and if called to

26  testify would do so competently.

27     3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

28  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

1

1  correctional officers upon inmates.

2      4.    My prison has been engaged in an ongoing effort to provide certified CPR

3  training to every designated employee (correctional officers, correctional counselor I,

4  lieutenants and sergeants). As of December 16, 2005, **99 percent or 581 numbers** of designated

5  employees at my prison had been trained in the performance of CPR.

6      5.    I received and distributed to the designated correctional officers in my prison the

7  October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

8  to provide immediate life support measures, if trained to do so, until staff arrive to continue life

9  support measures.

10     6.    As of December 16, 2005, the October 21, 2005 amended CPR policy

11  memorandum has been distributed to, with on-the-job training provided, to ..573...... designated

12  employees or ..99..... percent of designated employees at my prison. Approximately..20.....in

13  number have not received training on this amended CPR policy due to being on leave status

14  (vacation, family, medical or other bases of leave) and ....0.......in number have not received this

15  training but are available for such training.

16     7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-

17  the-job training provided, to ..582.....in number or ...99..., percent of designated employees at my

18  prison. Approximately ..11... in number have not received training on the CPR mouth shields

19  due to being on leave status (vacation, family, medical or other bases of leave) and ....0........in

20  number have not received this training but are available for such training.

21     8. I have directed that the CPR mouth shields be placed in every cutdown kit and

22  housing unit in my prison.

23     I declare under the penalty of perjury that the foregoing is true and correct.

24     Dated: December 19, 2005

25     By: **Matthew C. Kramer**

26                              Warden of **Folsom State Prison**
                                        *(insert name of prison)*

27

28

2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6  1300 I Street, Suite 125
7  P.O. Box 944255
   Sacramento, CA 94244-2550
8  Telephone: (916) 327-7872
   Fax: (916) 324-5205
9  Email: Lisa.Tillman@doj.ca.gov
10
11 Attorneys for Defendants

12            IN THE UNITED STATES DISTRICT COURT

13         FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
                              Plaintiffs,
16                                           DECLARATION OF
                v.                           WARDEN (A)
17                                           TOM FELKER
   ARNOLD SCHWARZENEGGER, et al.,
18
                              Defendants.
19

20

21    I, ........ _Tom Felker_ ................ declare:

22        1.   I am employed by the California Department of Corrections and Rehabilitation as

23 the acting Warden of ............ _High Desert State Prison_ ........................

24        2.   I have personal knowledge of the facts stated in this declaration and if called to

25 testify would do so competently.

26        3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28 correctional officers upon inmates.

                                  1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).   As of December 16, 2005, _94_ percent or _766_ numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 16, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to _755_ designated employees or _93_ percent of designated employees at my prison.  Approximately _56_ in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and _0_ in number have not received this training but are available for such training.

·7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to _766_ in number or _94_ percent of designated employees at my prison.  Approximately _45_ in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and _0_ in number have not received this training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December 19, 2005

By: _____
    T. FELKER
    Warden (A) of High Desert State Prison

1    BILL LOCKYER
     Attorney General of the State of California
2    JAMES M. HUMES
     Chief Assistant Attorney General
3    FRANCES T. GRUNDER
     Senior Assistant Attorney General
4    ROCHELLE EAST
     Supervising Deputy Attorney General
5    LISA A. TILLMAN, State Bar No. 126424
     Deputy Attorney General
6      1300 I Street, Suite 125
7      P.O. Box 944255
     Sacramento, CA 94244-2550
8      Telephone: (916) 327-7872
9      Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
10

11    Attorneys for Defendants

12            IN THE UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15    RALPH COLEMAN, et al.,               CIV S-90-0520 LKK JFM P
                 Plaintiffs,
16                                **DECLARATION OF**
17            v.                   **WARDEN (A) Derrick Ollison**

18    ARNOLD SCHWARZENEGGER, et al.,

19                  Defendants.

20

21       I, Derrick Ollison declare:

22         1.    I am employed by the California Department of Corrections and Rehabilitation as

23    the warden (A) of Ironwood State Prison

24

25         2.    I have personal knowledge of the facts stated in this declaration and if called to

26    testify would do so competently.

27         3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

28    develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

1

1    correctional officers upon inmates.

2          4.    My prison has been engaged in an ongoing effort to provide certified CPR

3    training to every designated employee (correctional officers, correctional counselor I,

4    lieutenants and sergeants).  As of December 16, 2005, 96.8 percent or 696 of designated

5    employees at my prison had been trained in the performance of CPR.

6          5.    I received and distributed to the designated correctional officers in my prison the

7    October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

8    to provide immediate life support measures, if trained to do so, until staff arrive to continue life

9    support measures.

10         6.    As of December 16, 2005, the October 21, 2005, amended CPR policy

11   memorandum has been distributed to, with on-the-job training provided, to 678 designated

12   employees or 94.3 percent of designated employees at my prison.  Approximately 41 have not

13   received training on this amended CPR policy due to being on leave status, (vacation, family,

14   medical or other bases of leave) and 0 have not received this training but are

15   available for such training.

16         7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-

17   the-job training provided, to 688 or 95.7 percent of designated employees at my

18   prison.  Approximately 47 have not received training on the CPR mouth shields

19   due to being on leave status (vacation, family, medical or other bases of leave) and 0 have not

20   received this  training but are available for such training.

21         8. I have directed that the CPR mouth shields be placed in every cutdown kit and

22   housing unit in my prison.

23         I declare under the penalty of perjury that the foregoing is true and correct.

24         Dated:  December 19, 2005

25         By Derrick Ollison
           Warden (A) of Ironwood State Prison

26

27

28

2

1  BILL LOCKYER
Attorney General of the State of California
2  JAMES M. HUMES
Chief Assistant Attorney General
3  FRANCES T. GRUNDER
Senior Assistant Attorney General
4  ROCHELLE EAST
Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6
  1300 I Street, Suite 125
7  P.O. Box 944255
Sacramento, CA 94244-2550
8  Telephone: (916) 327-7872
Fax: (916) 324-5205
9  Email: Lisa.Tillman@doj.ca.gov
10

11  Attorneys for Defendants

12           IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  **RALPH COLEMAN, et al.,**                                    CIV S-90-0520 LKK JFM P

16                  Plaintiffs,
                              **DECLARATION OF**
17      v.                           **WARDEN (A) J. WARD**

18  **ARNOLD SCHWARZENEGGER, et al.,**

19                   Defendants.

20

21     I, Julie Ward declare:

22     1.   I am employed by the California Department of Corrections and Rehabilitation as

23  the acting warden of Kern Valley State Prison.

24     2.   I have personal knowledge of the facts stated in this declaration and if called to

25  testify would do so competently.

26     3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28  correctional officers upon inmates.

1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of December 16, 2005, 79.7 percent or 475 numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 16, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 475 designated employees or 79.7 percent of designated employees at my prison.  Approximately 8 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 113 in number have not received this training but are available for such training.

7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 558 in number or 93.6 percent of designated employees at my prison.  Approximately 8 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 30 in number have not received this  training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2005

By: _____

Warden (A) of Kern Valley State Prison

2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
6  Deputy Attorney General
   1300 I Street, Suite 125
7  P.O. Box 944255
8  Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
9  Fax: (916) 324-5205
   Email: Lisa.Tillman@doj.ca.gov
10
11 Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 **RALPH COLEMAN, et al.,**                        | CIV S-90-0520 LKK JFM P
                              Plaintiffs,            | **AMENDED**
16
                  **v.**                             | **DECLARATION OF**
17                                                   | **ACTING WARDEN**
   **ARNOLD SCHWARZENEGGER, et al.,**                | **ROSANNE CAMPBELL**
18
                              Defendants.            |
19

20

21     I, ROSANNE CAMPBELL, declare:

22     1.   I am employed by the California Department of Corrections and Rehabilitation as

23 the acting warden of Mule Creek State Prison.

24     2.   I have personal knowledge of the facts stated in this declaration and if called to
25
   testify would do so competently.
26
       3.   I am aware that this court issued an order in June 2005 requiring the CDCR to
27
   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by
28
   correctional officers upon inmates.

                                    1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).   As of December 20, 2005, 96.7 percent or 595 numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 20, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 584 designated employees or 95 percent of designated employees at my prison.  Approximately 23 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 8 in number have not received this training but are available for such training.

7.    As of December 20, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 574 in number or 93.3 percent of designated employees at my prison.  Approximately 15 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 26 in number have not received this  training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cut down kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December 20, 2005

By: _Rosann Campbell_

Acting Warden of
Mule Creek State Prison

2

1    BILL LOCKYER
     Attorney General of the State of California
2    JAMES M. HUMES
     Chief Assistant Attorney General
3    FRANCES T. GRUNDER
     Senior Assistant Attorney General
4    ROCHELLE EAST
     Supervising Deputy Attorney General
5    LISA A. TILLMAN, State Bar No. 126424
     Deputy Attorney General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone: (916) 327-7872
8     Fax: (916) 324-5205
      Email: Lisa.Tillman@doj.ca.gov
9
10
11   Attorneys for Defendants

12                   IN THE UNITED STATES DISTRICT COURT

13                   FOR THE EASTERN DISTRICT OF CALIFORNIA

14
15   **RALPH COLEMAN, et al.,**                    CIV S-90-0520 LKK JFM P
                                    Plaintiffs,
16                                                 **DECLARATION OF**
                                                   **WARDEN (A)**
17               v.                                **BRADFORD ESPINOSA**

18   **ARNOLD SCHWARZENEGGER, et al.,**

19                                  Defendants.

20

21       I, Bradford Espinosa declare:

22       1.   I am employed by the California Department of Corrections and Rehabilitation as

23   the acting warden of North Kern State Prison.

24       2.   I have personal knowledge of the facts stated in this declaration and if called to

25   testify would do so competently.

26       3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28   correctional officers upon inmates.

                                          1

1    4.    My prison has been engaged in an ongoing effort to provide certified CPR

2    training to every designated employee (correctional officers, correctional counselor I,

3    lieutenants and sergeants).  As of December 16, 2005, 97.8 percent or 859

4    employees at my prison had been trained in the performance of CPR.

5        5.    I received and distributed to the designated correctional officers in my prison the

6    October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

7    to provide immediate life support measures, if trained to do so, until staff arrive to continue life

8    support measures.

9        6.    As of December 16, 2005, the October 21, 2005 amended CPR policy

10    memorandum has been distributed to, with on-the-job training provided, to 859 designated

11    employees or 97.8 percent of designated employees at my prison.  Approximately 19 in

12    number have not received training on this amended CPR policy due to being on leave status

13    (vacation, family, medical or other bases of leave) and zero in number have not received this

14    training but are available for such training.

15        7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-

16    the-job training provided, to 859 in number or 97.8 percent of designated employees at my

17    prison.  Approximately 19 in number have not received training on the CPR mouth shields

18    due to being on leave status (vacation, family, medical or other bases of leave) and zero in

19    number have not received this  training but are available for such training.

20        8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

21    housing unit in my prison.

22        I declare under the penalty of perjury that the foregoing is true and correct.

23        Dated:  December 19, 2005

24        By: _____

25        Warden of North Kern State Prison

26

27

28

2

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6     1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
      Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10
11  Attorneys for Defendants

12                  IN THE UNITED STATES DISTRICT COURT

13                 FOR THE EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
| 16                              Plaintiffs, | **DECLARATION OF** |
| 17       v. | **ACTING WARDEN** |
| | **MARK D. CASTELLAW** |
| 18  ARNOLD SCHWARZENEGGER, et al., | |
| 19                              Defendants. | |

20

21        I, Mark D. Castellaw declare:

22        1.    I am employed by the California Department of Corrections and Rehabilitation as

23  the acting warden of Pelican Bay State Prison.

24        2.    I have personal knowledge of the facts stated in this declaration and if called to

25  testify would do so competently.

26        3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

27  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28  correctional officers upon inmates.

                                          1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).   As of December 16, 2005, 88 percent or 853 numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 19, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 897 designated employees or 92 percent of designated employees at my prison.  Approximately.40.in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 28.in number have not received this training but are available for such training.

7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 897.in number or 92 percent of designated employees at my prison.  Approximately 40 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 28.in number have not received this  training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December 19, 2005

By _____

Acting Warden of Pelican Bay State Prison

2

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6     1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
      Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10
11  Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                      CIV S-90-0520 LKK JFM P
                              Plaintiffs,
16                                              **DECLARATION OF**
                                                **WARDEN ...............**
17       v.                                     *(insert name of warden)*

18  ARNOLD SCHWARZENEGGER, et al.,

19                              Defendants.

20       .

21       I,        James A. Yates        declare:
                   *(insert name of warden)*
22       1.   I am employed by the California Department of Corrections and Rehabilitation as

23  the warden of Pleasant Valley State Prison
                   *(insert name of prison)*
24

25       2.   I have personal knowledge of the facts stated in this declaration and if called to

26  testify would do so competently.

27       3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

28  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

                                    1

1  correctional officers upon inmates.

2      4.    My prison has been engaged in an ongoing effort to provide certified CPR

3  training to every designated employee (correctional officers, correctional counselor I,

4  lieutenants and sergeants).  As of December 16, 2005, 90 percent or 719 numbers of designated

5  employees at my prison had been trained in the performance of CPR.

6      5.    I received and distributed to the designated correctional officers in my prison the

7  October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

8  to provide immediate life support measures, if trained to do so, until staff arrive to continue life

9  support measures.

10      6.    As of December 16, 2005, the October 21, 2005 amended CPR policy

11  memorandum has been distributed to, with on-the-job training provided, to 707 designated

12  employees or 88 percent of designated employees at my prison.  Approximately 43 in

13  number have not received training on this amended CPR policy due to being on leave status

14  (vacation, family, medical or other bases of leave) and 51 in number have not received this

15  training but are available for such training.

16      7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-

17  the-job training provided, to 707 in number or 88 percent of designated employees at my

18  prison.  Approximately 43 in number have not received training on the CPR mouth shields

19  due to being on leave status (vacation, family, medical or other bases of leave) and 51 in

20  number have not received this  training but are available for such training.

21      8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

22  housing unit in my prison.

23      I declare under the penalty of perjury that the foregoing is true and correct.

24      Dated:  December 19, 2005

25  By: _____

26      Warden of Pleasant Valley State Prison

27

28

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
6   Deputy Attorney General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 327-7872
     Fax: (915) 324-5205
9    Email: Lisa.Tillman@doj.ca.gov
10

11  Attorneys for Defendants

12                  IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                        CIV S-90-0520 LKK JFM P

16                              Plaintiffs,
                                                  **DECLARATION OF**
17          v.                                    **WARDEN Robert J. Hernandez**

18  ARNOLD SCHWARZENEGGER, et al.,

19                              Defendants.

20

21          I, Robert J. Hernandez, declare:

22          1.    I am employed by the California Department of Corrections and Rehabilitation as

23  the warden of the Richard J. Donovan Correctional Facility at Rock Mountain.

24          2.    I have personal knowledge of the facts stated in this declaration and if called to

25  testify would do so competently.

26          3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

27  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28  correctional officers upon inmates.

                                            1

4. My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of December 19, 2005, 82.17 percent or 645 numbers of designated employees at my prison had been trained in the performance of CPR.

5. I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6. As of December 19, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 703 designated employees or 89.55 percent of designated employees at my prison. Approximately 50 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 32 in number have not received this training but are available for such training.

7. As of December 19, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 703 in number or 89.55 percent of designated employees at my prison. Approximately 50 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 32 in number have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2005

By: _S. Arrombas, CDW_

Robert J. Hernandez
Warden of the Richard J. Donovan Correctional
Facility at Rock Mountain

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
5  Supervising Deputy Attorney General
   LISA A. TILLMAN, State Bar No. 126424
6  Deputy Attorney General
7   1300 I Street, Suite 125
    P.O. Box 944255
8   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
9   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
10

11 Attorneys for Defendants

12            IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
                               Plaintiffs,
16                                           DECLARATION OF
                                             WARDEN M. S. EVANS
17            v.

18 ARNOLD SCHWARZENEGGER, et al.,

19                             Defendants.

20

21     I, Michael S. Evans declare:

22     1.    I am employed by the California Department of Corrections and Rehabilitation as

23 the Acting Warden of Salinas Valley State Prison.

24     2.    I have personal knowledge of the facts stated in this declaration and if called to

25 testify would do so competently.

26     3.    I am aware that this court issued an order in June 2005 requiring the CDCR to

27 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28 correctional officers upon inmates.

                                    1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of December 16, 2005, 97.1 percent or 885 of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.    As of December 16, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 875 designated employees or 95.9 percent of designated employees at my prison.  Approximately 27 have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 10 have not received this training but are available for such training.

7.    As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 881 or 96.6 percent of designated employees at my prison.  Approximately 27 have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 4 have not received this  training but are available for such training.

8.    I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December 19, 2005

By: _____
    M. S. Evans
    Acting Warden of Salinas Valley State Prison

1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 | 1300 I Street, Suite 125
P.O. Box 944255
7 | Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8 | Fax: (916) 324-5205
9 | Email: Lisa.Tillman@doj.ca.gov
10

11 | Attorneys for Defendants

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 | RALPH COLEMAN, et al.,                      CIV S-90-0520 LKK JFM P

        Plaintiffs,

16 |                                            DECLARATION OF
                                               ANTHONY J. MALFI
17 |        v.                                  WARDEN (A)

18 | ARNOLD SCHWARZENEGGER, et al.,

19 |                        Defendants.

20

21 |        I, Anthony J. Malfi declare:

22 |        1.   I am employed by the California Department of Corrections and Rehabilitation as

23 | the Warden of Sierra Conservation Center.

24

25 |        2.   I have personal knowledge of the facts stated in this declaration and if called to

26 | testify would do so competently.

27 |        3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

28 | develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

1

1   correctional officers upon inmates.

2        4.   My prison has been engaged in an ongoing effort to provide certified CPR

3   training to every designated employee (correctional officers, correctional counselor I,

4   lieutenants and sergeants). As of December 16, 2005, 100. percent or 602 designated

5   employees at my prison had been trained in the performance of CPR.

6        5.   I received and distributed to the designated correctional officers in my prison the

7   October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

8   to provide immediate life support measures, if trained to do so, until staff arrive to continue life

9   support measures.

10        6.   As of December 16, 2005, the October 21, 2005 amended CPR policy

11   memorandum has been distributed to, with on-the-job training provided, to 594 designated

12   employees or 98.7 percent of designated employees at my prison. Approximately 5 in

13   number have not received training on this amended CPR policy due to being on leave status

14   (vacation, family, medical or other bases of leave) and 3 in number have not received this

15   training but are available for such training.

16        7.   As of December 16, 2005, the CPR mouth shield has been distributed, with on-

17   the-job training provided, to 597 in number or 99.2 percent of designated employees at my

18   prison. Approximately 5 in number have not received training on the CPR mouth shields

19   due to being on leave status (vacation, family, medical or other bases of leave) and 0 in

20   number have not received this training but are available for such training.

21        8.   I have directed that the CPR mouth shields be placed in every cut-down kit and

22   housing unit in my prison.

23   I declare under the penalty of perjury that the foregoing is true and correct.

24   Dated:  December 19, 2005

25                    By: Anthony J. Malfi

26                    Warden of Sierra Conservation Center

27

28

2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
5  Supervising Deputy Attorney General
   LISA A. TILLMAN, State Bar No. 126424
6  Deputy Attorney General
7  1300 I Street, Suite 125
   P.O. Box 944255
8  Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
9  Fax: (916) 324-5205
   Email: Lisa.Tillman@doj.ca.gov
10

11 Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,                        CIV S-90-0520 LKK JFM P
                          Plaintiffs,
16                                               DECLARATION OF
                                                 WARDEN
17              v.                               GLORIA A. HENRY

18 ARNOLD SCHWARZENEGGER, et al.,

19                        Defendants.

20

21     I, Gloria A. Henry, declare:

22         1.   I am employed by the California Department of Corrections and Rehabilitation as

23 the warden of Valley State Prison for Women.

24         2.   I have personal knowledge of the facts stated in this declaration and if called to

25 testify would do so competently.

26         3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27 develop and implement a policy mandating that cardiopulmonary resuscitation be performed

28 correctional officers upon inmates.

                                1

1        4.   My prison has been engaged in an ongoing effort to provide certified CPR

2    training to every designated employee (correctional officers, correctional counselor I,

3    lieutenants and sergeants). As of December 16, 2005, 92.5 percent or 480 numbers of

4    designated employees at my prison had been trained in the performance of CPR.

5        5.   I received and distributed to the designated correctional officers in my prison the

6    October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

7    to provide immediate life support measures, if trained to do so, until staff arrive to continue life

8    support measures.

9        6.   As of December 16, 2005, the October 21, 2005 amended CPR policy

10    memorandum has been distributed to, with on-the-job training provided, to 491 designated

11    employees or 94.6 percent of designated employees at my prison. Approximately 28 in

12    number have not received training on this amended CPR policy due to being on leave status

13    (vacation, family, medical or other bases of leave) and zero in number have not received this

14    training but are available for such training.

15        7.   As of December 16, 2005, the CPR mouth shield has been distributed, with on-

16    the-job training provided, to 480 in number or 92.5 percent of designated employees at my

17    prison. Approximately 13 in number have not received training on the CPR mouth shields

18    due to being on leave status (vacation, family, medical or other bases of leave) and 26 in

19    number have not received this training but are available for such training.

20        8. I have directed that the CPR mouth shields be placed in every cut-down kit and

21    housing unit in my prison.

22        I declare under the penalty of perjury that the foregoing is true and correct.

23        Dated:  December 16, 2005

24

25        By: _Gloria A. Henry_____

26        GLORIA A. HENRY
                    Warden of Valley State Prison for Women

27

28

2

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
10
11  Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                         CIV S-90-0520 LKK JFM P
                                    Plaintiffs,
16                                                 **DECLARATION OF**
                                                   **WARDEN (A)**
17            v.                                   **J. W. HAVILAND**

18  ARNOLD SCHWARZENEGGER, et al.,

19                                  Defendants.

20

21        I,    J. W. Haviland declare:

22        1.    I am employed by the California Department of Corrections and Rehabilitation as

23  the warden of Wasco State Prison Reception Center.

24
          2.    I have personal knowledge of the facts stated in this declaration and if called to
25
    testify would do so competently.
26
          3.    I am aware that this court issued an order in June 2005 requiring the CDCR to
27
    develop and implement a policy mandating that cardiopulmonary resuscitation be performed by
28
    correctional officers upon inmates.

                                        1

4.     My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).   As of December 19, 2005, 91.1 percent or 836 numbers of designated employees at my prison had been trained in the performance of CPR.

5.     I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.     As of December 19, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 767 designated employees or 83.6 percent of designated employees at my prison.  Approximately 50 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and 101 in number have not received this training but are available for such training.

7.     As of December 19, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 801 in number or 87.3 percent of designated employees at my prison.  Approximately 35 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and 82 in number have not received this  training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  December 19, 2005

By: _____

Warden of Wasco State Prison Reception Center