COLEMAN v. SCHWARZENEGGER, et al.,.
CIV S-90-0520 LKK JFM P

EXHIBIT 6, Matrixes
**IN SUPPORT OF DEFENDANTS' FURTHER RESPONSE TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION**

# Institution Responses to Court Order Requiring Issuance and Training of Amended CPR Policy

Updated 12-21-05

| Institutions General Population Levels 1, 2, & 3 | Received Amended CPR Policy | Trained Staff on Amended CPR Policy | Comments |
|---|---|---|---|
| ASP | Yes | Yes | trnd 674 staff - 1 not in compliance - *23 remaining |
| CCC | Yes | Yes | trnd 703 staff - *37 remaining to be trnd - see below |
| CTF | Yes | Yes | trnd 986 staff - 59 not in compliance - *47 remaining |
| CVSP | Yes | Yes | trnd 360 staff - *20 remaining to be trnd - see below |
| FOL | Yes | Yes | trnd 573 staff - *20 remaining |
| ISP | Yes | Yes | trnd 681 staff - *51 remaining |
| SCC | Yes | Yes | trnd 594 staff - 3 not in compliance - *5 remaining |
| SOL | Yes | Yes | trnd 652 staff - 43 not in compliance - *41 remaining |
| **Female Offender Inst.** | **Received Amended CPR Policy** | **Trained Staff on Amended CPR Policy** | **Comments** |
| CCWF | Yes | Yes | trnd 477 staff - *28 remaining |
| CIW | Yes | Yes | trnd 347 staff - 3 not in compliance - *20 remaining |
| CRC | Yes | Yes | trnd 746 staff - 27 not in compliance - *53 remaining |
| VSPW | Yes | Yes | trnd 491 staff - *28 remaining |
| **RCs** | **Received Amended CPR Policy** | **Trained Staff on Amended CPR Policy** | **Comments** |
| CIM | Yes | Yes | trnd 1021 staff - 88 not in compliance - *64 remaining |
| DVI | Yes | Yes | trnd 641 staff - 3 not in compliance - *19 remaining |
| NKSP | Yes | Yes | trnd 97% of staff - *19 remaining |
| RJD | Yes | Yes | trnd 703 staff - 32 not in compliance - *76 remaining |
| SQ | Yes | Yes | trnd 1007 staff - 14 not in compliance - *63 remaining |
| WSP | Yes | Yes | trnd 767 staff - 101 not in compliance - *50 remaining |
| **High Security Inst.** | **Received Amended CPR Policy** | **Trained Staff on Amended CPR Policy** | **Comments** |
| CCI | Yes | Yes | trnd 1055 staff - 65 not in compliance - *77 remaining |
| COR | Yes | Yes | trnd 1190 staff - 9 not in compliance - *62 remaining |
| HDSP | Yes | Yes | trnd 755 staff - *56 remaining |
| KVSP | Yes | Yes | trnd 475 staff - 113 not in compliance - *8 remaining |
| PBSP | Yes | Yes | trnd 897 staff - 28 not in compliance - *40 remaining |
| SAC | Yes | Yes | trnd 845 staff - *49 remaining |
| SVSP | Yes | Yes | trnd 875 staff - 10 not in compliance - *27 remaining |
| **GP Levels 3 & 4** | **Received Amended CPR Policy** | **Trained Staff on Amended CPR Policy** | **Comments** |
| CAL | Yes | Yes | trnd 607 staff - 3 not in compliance - *60 remaining |
| CEN | Yes | Yes | trnd 696 staff - 7 not in compliance - *40 Remaining |
| CMC | Yes | Yes | trnd 874 staff - 5 not in compliance - *62 remaining |
| CMF | Yes | Yes | trnd 455 staff - 196 not in compliance - *23 remaining |
| LAC | Yes | Yes | trnd 594 staff - 169 not in compliance - *39 remaining |
| MCSP | Yes | Yes | trnd 584 staff - 8 not in compliance - *23 remaining |
| PVSP | Yes | Yes | Trnd 707 staff - 51 not in compliance - *43 remaining |
| SATF | Yes | Yes | Trnd 1123 staff - *41 remaining |

**\*Training did do not include staff on vacation, military leave, or short/long term sick.**

# Institution Responses to Court Order Requiring Issuance and Training of CPR Face Shields

Updated 12-21-05

| Institutions General Population Levels 1, 2, & 3 | Received & Trnd Policy | Received & Trnd Clear Mouth Barriers | Comments |
|---|---|---|---|
| ASP | Yes | Yes | 96.2% of staff trained - *33 remaining see below |
| CCC | Yes | Yes | 97% staff trnd - *21 remaining |
| CTF | Yes | Yes | 44.6% staff trnd - 545 not in compliance - 60 remaining |
| CVSP | Yes | Yes | 44.6% staff trnd - 545 not in compliance - 60 remaining |
| FOL | Yes | Yes | 95% of staff trnd - * 11 remaining |
| ISP | Yes | Yes | 95.7% staff trnd - *47 remaining |
| SCC | Yes | Yes | 99.2% staff trnd - *5 remaining |
| SOL | Yes | Yes | 81.1% staff trnd 98 not in compliance - *41 remaining |
| **Female Offender Inst** | **Received & Trnd Policy** | **Received & Trnd Clear Mouth Barriers** | **Comments** |
| CCWF | Yes | Yes | 94.5% staff trained - *28 remaining |
| CIW | Yes | Yes | 97.2% staff trnd - *11 remaining |
| CRC | Yes | Yes | 78% staff trnd - 116 not in compliance - *53 remaining |
| VSPW | Yes | Yes | 92.5% staff trnd - 26 not in compliance - *13 remaining |
| **RCs** | **Received & Trnd Policy** | **Received & Trnd Clear Mouth Barriers** | **Comments** |
| CIM | Yes | Yes | 72.3% staff trained - 258 not in compliance - *67 remain |
| DVI | Yes | Yes | 96.5 staff trnd - 8 not in compliance *15 remaining |
| NKSP | Yes | Yes | 97.8% staff trnd - * 19 remaining |
| RJD | Yes | Yes | 89.5% staff trained - 32 not in compliance -*50 remaining |
| SQ | Yes | Yes | 96% staff trnd - 14 out of compliance - *28 remaining |
| WSP | Yes | Yes | 87.3% staff trnd - 82 not in compliance - *35 remaining |
| **High Security Inst** | **Received & Trnd Policy** | **Received & Trnd Clear Mouth Barriers** | **Comments** |
| CCI | Yes | Yes | 88.1% staff trnd - 65 no in compliance -* 77 remaining |
| COR | Yes | Yes | 94.6% staff trained - 6 not in compliance - *62 remaining |
| HDSP | Yes | Yes | 94.5% staff trnd - *45 remaining |
| KVSP | Yes | Yes | 93.6% of staff trnd - 30 not in compliance - *8 remaining |
| PBSP | Yes | Yes | 87% staff trnd - 28 not in compliance - *40 remaining |
| SAC | Yes | Yes | 94.5% staff trnd - *49 remaining |
| SVSP | Yes | Yes | 96.6% staff trnd - 4 not in compliance - *27 remaining |
| **GP Levels 3 & 4** | **Received & Trnd Policy** | **Received & Trnd Clear Mouth Barriers** | **Comments** |
| CAL | Yes | Yes | 91.3% staff trnd - *60 remaining |
| CEN | Yes | Yes | 95.3% staff trnd - *35 staff remaining |
| CMC | Yes | Yes | 90% staff trnd - 19 not in compliance - *63 remaining |
| CMF | Yes | Yes | 96.6% staff trained - *23 remaining |
| LAC | Yes | Yes | 94.9% staff trnd - 25 not in compliance *16 remaining |
| MCSP | Yes | Yes | 93% staff trnd -15 not in compliance - *26 remaining |
| PVSP | Yes | Yes | 88.3% staff trained - 51 not in compliance - *43 remaining |
| SATF | Yes | Yes | 95.5% staff trained - 12 not in compliance - *41 remaining |

*Training did not include staff on vacation, military leave, or short/long term sick.