**COLEMAN v. SCHWARZENEGGER, et al.,
CIV S-90-0520 LKK JFM P**

EXHIBIT 7, 11/09/05 MEMO
**IN SUPPORT OF DEFENDANTS' FURTHER RESPONSE TO PLAINTIFFS' NOTICE OF
NONCOMPLIANCE RE: CPR POLICY AND IMPLEMTATION**

# Memorandum

Date : November 9, 2005

To : Associate Directors, Division of Adult Institutions
Wardens

Subject: **HEADQUARTERS ADMINISTRATIVE OFFICER OF THE DAY WORKSHEETS FOR REPORTING**

This memorandum is to direct institutional staff to use the Worksheets for Reporting to collect required information before contacting the Headquarters Administrative Officer of the Day (AOD).

It is my expectation that these AOD forms be used by the institutional AODs when collecting information so that the required information is at hand while making the necessary notifications which include the Headquarters AOD.

The Worksheets for Reporting have been distributed to the Wardens by the Associate Directors and were also distributed at a Warden's meeting at the Richard A. McGee Correctional Training Center during the week of January 18-21, 2005.

If you would like these forms electronically, please contact Cathy Sanchez, Office Technician, Emergency Operations Unit (EOU), either by email at Catherine.Sanchez@cdcr.ca.gov, or by telephone at (916) 324-8995.

In addition, it is requested that you instruct your institutional AOD to provide the Headquarters AOD with the following specific information. This requirement will continue until further notice:
- In situations wherein a 40MM sponge round is fired, identify if the shooter has been trained using the revised 40MM qualification procedure.
- In situations wherein a person's medical condition requires Cardiopulmonary Resuscitation (CPR) be performed, identify the following:
    o Was CPR performed?
    o If not, why not?
    o What was the personnel classification of the person(s) that performed the CPR?
    o Were the CPR efforts successful?

* CDC 1617 (3/89)

Associate Directors, Division of Adult Institutions
Wardens
Page 2

If you have any questions regarding this direction about Headquarters AOD notification or reporting regarding the performance of CPR, you may contact Ron Cappel, Correctional Lieutenant, Division of Adult Institutions, at (916) 322-6038.

D. L. RUNNELS
Deputy Director (A)
Division of Adult Institutions

| cc: | John Dovey | Sandra Duveneck | Walter Allen III |
|---|---|---|---|
| | David Lewis | Kathleen Keeshen | Renee Kanan M.D., MPH |
| | Richard A. Rimmer | Kathleen Dickinson | Karen Wong |
| | Tim Virga | Ombudsman's Office | Shirley R. Stiles |
| | Ken Kukrall | Ron Cappel | |