BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>          v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                   Defendants. | CIV S-90-0520 LKK JFM P<br><br>**DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' FURTHER REPLY TO NOTICE OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION**<br><br>Hearing:     January 5, 2006<br>Time:         10:00 a.m.<br>Courtroom: Four<br>Judge:        The Honorable<br>                  Lawrence K. Karlton |

I, Lisa Tillman, declare:

1.  I am an attorney licensed to practice before all the courts of the State of California and am admitted to practice before the United States District Courts for the Northern, Eastern and Southern Districts of California. I am the deputy attorney general assigned to represent the defendants in this matter.

/ / /

DECLARATION OF LISA TILLMAN, FURTHER REPLY TO NOTICE OF NONCOMPLIANCE CPR

1

2. I have personal knowledge of the facts stated in this declaration and could testify to them.

3. In the week of October 17, 2005, defendants' counsel conferred with plaintiffs' counsel and the Special Master about the CPR policy distributed to the field. With the help of Special Master Keating and his experts, defendants' counsel and plaintiffs' counsel were able to agree upon the language now stated in the October 21, 2005 amended CPR policy memo.

4. On December 14, 2005, a teleconference was held with plaintiffs' counsel and Special Master Keating. During that teleconference, plaintiffs' counsel indicated their desire to have every warden sign a declaration attesting to compliance with the June 9, 2005 court order concerning CPR.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2005    By: */s/ Lisa Tillman*
                                 Lisa Tillman

30071375.wpd

DECLARATION OF LISA TILLMAN, FURTHER REPLY TO NOTICE OF NONCOMPLIANCE CPR

2