PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF REPLY BRIEF IN SUPPORT PLAINTIFFS' NOTICE OF DEFENDANTS' FAILURE TO COMPLY WITH THE JUNE 9, 2005 COURT ORDER, PARAGRAPHS 2 AND 5, RE: SUICIDE PREVENTION POLICIES**<br><br>**HEARING**<br><br>Date: January 5, 2006<br>Time: 10:00 a.m.<br>Location: Courtroom 4<br>The Honorable Lawrence K. Karlton |

**MICHAEL W. BIEN DECLARES:**

1. I am a member of the Bar of this Court and of the firm, Rosen, Bien & Asaro, one of the attorneys for the plaintiff class in this litigation. I have personal knowledge of the matters stated herein and if called as a witness I could and would so competently so testify. I make this declaration in support of Plaintiff's Reply Brief in Support of Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies.

2. Under my supervision, paralegals and associate attorneys in my firm track all CDCR suicides in a database. We add the name of each inmate who commits suicide, and other key data relevant to the suicide to the database when we receive suicide notifications and suicide reports from defendants. We also cross-check our database against the Special Masters' and defendants' annual suicide reports, and make adjustments to our tracking data where necessary. According to our current tracking log, which does not count several deaths whose cause is currently reported to be unclear (cases that may upon further review turn out to be additional suicides) so far in 2005, plaintiffs have been made aware of 41 suicides in the CDCR. Since national suicide rates reported by the Bureau of Justice Statistics are based on the rate per 100,000 inmates, my staff calculated such a rate based on the 41 suicides so far reported in the CDCR in 2005. The calculation was performed by taking the ratio of 2005 suicides to the total current population of male CDCR inmates (41/156,374) and multiplying that ratio by 100,000. The resulting 2005 CDCR suicide rate per 100,000 is 26.21, which rounds down to a rate of 26 per 100,000. The figure of 41 suicides during 2005 includes 38 "undisputed" suicides as to which plaintiffs believe that defendants are in agreement as to the fact that the death is a suicide. The remaining 3 suicides are disputed. These disputed cases include the following deaths: (1) the 5/16/05 death of an inmate at CIM which we believe was a suicide but defendants have ruled an accidental death (the inmate choked to death on a wad of paper); (2) the 7/29/05 death of a CMC inmate who overdosed on heroin (four suicide notes were found in the inmate's cell); (3) the death this week at San Quentin of an inmate on suicide watch.

3.   Under my supervision, my staff used the same suicide database discussed above to determine the number of suicides at various individual prisons since January 1, 2003. The review determined that since January 1, 2003 there have been six suicides at CIM, eight suicides at CMF, seven suicides at CMC, zero suicides at CRC, three suicides at LAC, three suicides at CTF, and four suicides at DVI. Of these, none of the suicides are disputed except for one 2005 suicide at CIM and one 2005 suicide at CMC (these are the first two disputed suicides discussed in paragraph two above).

4.   Attached hereto as Exhibit A is a true and correct copy of the current weekly population report for the CDCR, dated December 19, 2005 and including data as of December 14, 2005. This report includes overall population figures as well as population figures for each individual CDCR institution. For each prison where an overall population was given, I have also given an estimate of the total population of mentally ill caseload inmates. The estimate is based on my working knowledge of the size of the mental health program at each institution based on reports I regularly review from the defendants and the Special Master.

5.   Attached hereto as Exhibit B is a true and correct copy of a news article concerning the death of Mr. Stuart Anderson this week at San Quentin State Prison. The article was downloaded from the Inside Bay Area news website at http://www.insidebayarea.com/portlet/article/html.

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration is executed in San Francisco, California on December 29, 2005.

_____
Michael W. Bien

# Exhibit A

```
Data Analysis Unit                                  Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                  State of California
Offender Information Services Branch                                        December 19, 2005
                            WEEKLY REPORT OF POPULATION
                            AS OF MIDNIGHT December 14, 2005
_____
                                    TOTAL CDC POPULATION
                                                   CHANGE SINCE
                         FELON/    CIVIL             12/15/04       DESIGN   PERCENT   STAFFED
                         OTHER     ADDICT   TOTAL   NO.     PCT.   CAPACITY OCCUPIED CAPACITY

A. TOTAL INSTITUTIONS   166,487   1,314  167,801  +3,630   +2.2
     (MEN, Subtotal)    155,396     978  156,374  +3,164   +2.0
     (WOMEN, Subtotal)   11,091     336   11,427    +466   +4.2

   1. INSTITUTIONS/CAMPS 160,975  1,314  162,289  +3,763   +2.3    86,980   186.6   163,889
      INSTITUTIONS       156,589  1,314  157,903  +3,563   +2.3    83,072   190.1   159,851
      CAMPS(CCC & SCC)     4,386            4,386   +200   +4.7     3,908   112.2     4,038

   2. COMMUNITY CORR. CTRS. 5,368    0    5,368   -116    -2.1     7,542    71.2
      CCF PRIVATE          2,326         2,326    -257    -9.9     2,752    84.5
      CCF PUBLIC           2,504         2,504     +15    +0.6     2,461   101.7
      DRUG TREATMT FURLOUGH  274          274    +133   +94.3     1,056    25.9
      PRIVATE WORK FURLOUGH  104          104     -1     -0.9     1,103     9.4
      PRISONER MOTHER PGM     65           65     -1     -1.5        70    92.9
      FAMILY FOUNDATION PGM   65           65     +2     +3.1        70    92.9
      WORK FUR. IN CUSTODY    30           30     -7    -18.9        30   100.0

   3. DMH STATE HOSPITALS    144          144    -17    -10.5

B. PAROLE               112,516   1,769  114,285   +952    +0.8
   COMMUNITY SUPERVISION 110,991   1,769  112,760  +1,024   +0.9
   COOPERATIVE CASES      1,525           1,525    -72    -4.5

C. NON-CDC JURISDICTION   2,017       0   2,017   -185    -8.4
   OTHER STATE/FED. INST.   552           552     -21    -3.6
   OUT OF STATE PAROLE    1,235         1,235    -188   -13.2
   OUT OF STATE PAL         134           134      +3    +2.2
   CYA-W&IC 1731.5(c)
     INSTITUTIONS            96            96     +21   +28.0

D. OTHER POPULATIONS     22,224     325  22,549  +1,090    +5.0
   INMATES
     OUT-TO-COURT, etc.   1,837      56   1,893    +72    +3.9
     ESCAPED                252           252      -5    -1.9
     PAROLEES (PAL/RAL)  20,135     269  20,404  +1,023   +5.2

TOTAL CDC POPULATION    303,244   3,408 306,652  +5,487   +1.8

_____
CHANGE FROM LAST WEEK
   A. TOTAL INSTITUTIONS     +80    +10     +90
        (MEN, Subtotal)      +73     +4     +77
        (WOMEN, Subtotal)     +7     +6     +13
   B. PAROLE                -122     +1    -121
   D. PAROLEES (PAL/RAL)    +244     +4    +248
```

This report contains the latest available reliable population figures from OBIS. They have been carefully audited, but are preliminary, and therefore subject to revision.

Figure excludes institution based camps. Total persons in camps, including base camps, are 4,475. Base camp at CMC is included in institution counts.
Report # TPOP-1W. Questions:       (916) 327-3262  (CALNET) 467-3262.

WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                    MIDNIGHT December 14, 2005

| INSTITUTIONS/CAMPS | FELON/OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| **MALE** | | | | | | |
| ASP  (AVENAL SP) | 7,317 | | 7,317 | 3,114 | 235.0 | 7,028 |
| CCC  (CAL CORRECTL CTR) | 6,180 | | 6,180 | 3,682 | 167.8 | 5,750 |
| CCI  (CAL CORRECTL INSTITN) | 5,660 | | 5,660 | 3,020 | 187.4 | 5,558 |
| CIM  (CAL INSTITN FOR MEN) | 6,467 | 11 | 6,478 | 3,078 | 210.5 | 6,615 |
| CMF  (CAL MEDICAL FACIL) | 3,203 | | 3,203 | 2,315 | 138.4 | 3,351 |
| CMC  (CAL MEN'S COLONY) | 6,500 | 1 | 6,501 | 3,884 | 167.4 | 6,604 |
| CRC  (CAL REHAB CTR, MEN) | 3,019 | 910 | 3,929 | 1,814 | 216.6 | 3,952 |
| CAL  (CAL SP, CALIPATRIA) | 4,243 | | 4,243 | 2,508 | 169.2 | 4,268 |
| CEN  (CAL SP, CENTINELA) | 4,935 | | 4,935 | 2,316 | 213.1 | 5,103 |
| COR  (CAL SP, CORCORAN) | 5,258 | | 5,258 | 3,016 | 174.3 | 5,134 |
| LAC  (CAL SP, LOS ANGELES CO) | 4,206 | | 4,206 | 2,200 | 191.2 | 4,684 |
| LARC (CAL SP RC, LOS ANGELES) | 180 | | 180 | 400 | 45.0 | 400 |
| SAC  (CAL SP, SACRAMENTO) | 3,268 | | 3,268 | 1,898 | 172.2 | 3,244 |
| SQ   (CAL SP, SAN QUENTIN) | 5,337 | 16 | 5,353 | 3,661 | 146.2 | 5,681 |
| SOL  (CAL SP, SOLANO) | 6,003 | | 6,003 | 2,658 | 225.8 | 5,660 |
| SATF (CAL SATF AND SP - COR) | 7,027 | 2 | 7,029 | 3,591 | 195.7 | 7,027 |
| CVSP (CHUCKAWALLA VALLEY SP) | 3,879 | | 3,879 | 1,738 | 223.2 | 3,860 |
| CTF  (CORRL TRAING FAC) | 7,097 | | 7,097 | 3,319 | 213.8 | 7,001 |
| DVI  (DEUEL VOCATL INSTITN) | 3,911 | 13 | 3,924 | 1,787 | 219.6 | 3,551 |
| FOL  (FOLSOM SP) | 4,128 | | 4,128 | 2,475 | 166.8 | 4,249 |
| HDP  (HIGH DESERT SP) | 4,637 | 3 | 4,640 | 2,534 | 183.1 | 4,752 |
| IRON (IRONWOOD SP) | 4,569 | | 4,569 | 2,200 | 207.7 | 4,653 |
| KVSP (KERN VALLEY SP) | 2,801 | | 2,801 | 2,448 | 114.4 | 4,366 |
| MCSP (MULE CREEK SP) | 3,703 | | 3,703 | 1,700 | 217.8 | 3,837 |
| NKSP (NORTH KERN SP) | 5,376 | 7 | 5,383 | 2,918 | 184.5 | 5,387 |
| PDC  (PITCHESS DETENT CTR-RC) | 1,182 | | 1,182 | 0 | - | 1,292 |
| PBSP (PELICAN BAY SP) | 3,510 | | 3,510 | 2,376 | 147.7 | 3,582 |
| PVSP (PLEASANT VALLEY SP) | 4,781 | | 4,781 | 2,298 | 208.1 | 5,028 |
| RIO  (RIO COSUMNES COR CTR-RC) | 243 | | 243 | 0 | - | 250 |
| RJD  (RJ DONOVAN CORR FACIL) | 4,544 | | 4,544 | 2,308 | 196.9 | 4,443 |
| SVSP (SALINAS VAL SP) | 4,253 | | 4,253 | 2,914 | 146.0 | 4,510 |
| SRTA (SANTA RITA CO. JAIL-RC) | 680 | | 680 | 0 | - | 750 |
| SCC  (SIERRA CONSERV CTR) | 6,178 | | 6,178 | 3,606 | 171.3 | 6,107 |
| WSP  (WASCO SP) | 6,111 | 15 | 6,126 | 3,314 | 184.9 | 6,066 |
| **MALE TOTAL:** | 150,386 | 978 | 151,364 | 81,090 | 186.7 | 153,743 |
| **FEMALE** | | | | | | |
| CIW  (CAL INST FOR WOMEN) | 2,446 | 4 | 2,450 | 1,346 | 182.0 | 2,270 |
| CRC  (CAL REHAB CTR, WOMEN) | 448 | 308 | 756 | 500 | 151.2 | 680 |
| CCWF (CENT CAL WOMEN'S FACIL) | 3,824 | 3 | 3,827 | 2,029 | 188.6 | 3,490 |
| RIO  (RIO COSUMNES COR CTR-RC) | 12 | | 12 | 0 | - | 20 |
| VSP  (VALLEY SP) | 3,859 | 21 | 3,880 | 2,015 | 192.6 | 3,686 |
| **FEMALE TOTAL:** | 10,589 | 336 | 10,925 | 5,890 | 185.5 | 10,146 |
| **INSTITUTIONS/CAMPS TOTAL:** | 160,975 | 1,314 | 162,289 | 86,980 | 186.6 | 163,889 |

#TPOP-1, Page 2

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
December 19, 2005

WEEKLY REPORT OF POPULATION
NOTES
AS OF MIDNIGHT December 14, 2005

1/ Felon/Other counts are safekeepers, federal cases and inmates from other states, felons, county diagnostic cases and Youth Authority wards.

2/ Work Furlough in Custody are inmates in Work Furlough programs who are out-to-court, in jail, in hospitals, or escapees who have been taken into custody and are in jail.

3/ Cooperative Cases are parolees from other states being supervised in California.

4/ Non-CDC Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.

5/ Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the California Youth Authority for housing and program participation.

6/ Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parole and outpatient absconders.

```
WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                       MIDNIGHT December 14, 2005
                                  FELON/   CIVIL            DESIGN    PERCENT    STAFFED
MALE    INSTITUTIONS              OTHER    ADDICT   TOTAL   CAPACITY  OCCUPIED   CAPACITY
ASP     (AVENAL SP)               7,317             7,317   3,114     235.0      7,028
CCC     (CAL CORRECTL CTR)
          Camps                   1,948             1,948   1,708     114.1      1,708
          Level I                 1,623             1,623     866     187.4      1,456
          Level II                1,524             1,524     608     250.7      1,393
          Level III               1,085             1,085     500     217.0      1,193
CCI     (CAL CORRECTL INSTITN)
          Level I                 1,192             1,192     617     193.2      1,237
          Level II                1,549             1,549     664     233.3      1,695
          Level IV                1,044             1,044     500     208.8      1,075
          IV A-Main                 993               993     555     178.9        703
          IV B-Main                 268               268     228     117.5        581
          IV B-SHU                  614               614     456     134.6        267
CIM     (CAL INSTITN FOR MEN)
          Level I                 2,724             2,724   1,420     191.8      2,760
          East - Reception Center 1,012      7      1,019     400     254.8        990
          Reception Center - Central 1,284   3      1,287     618     208.3      1,455
          Reception Center - West 1,447      1      1,448     640     226.3      1,410
CMF     (CAL MEDICAL FACIL)
          Level I                   150               150     117     128.2        177
          Level II                  416               416     250     166.4        410
          Level III               2,637             2,637   1,948     135.4      2,764
CMC     (CAL MEN'S COLONY)
          East                    3,701      1      3,702   2,425     152.7      3,750
          West                    2,799             2,799   1,459     191.8      2,854
CRC     (CAL REHAB CTR, MEN)      3,019    910      3,929   1,814     216.6      3,952
CAL     (CAL SP, CALIPATRIA)
          Level I                   345               345     208     165.9        358
          Level IV                3,898             3,898   2,300     169.5      3,910
CEN     (CAL SP, CENTINELA)
          Level I                   328               328     208     157.7        408
          Level III               4,466             4,466   1,608     277.7      3,815
          Level IV                  141               141     500      28.2        880
COR     (CAL SP, CORCORAN)
          Level I                   857               857     492     174.2        826
          Level III                 351               351     200     175.5        342
          Level IV                2,801             2,801   1,300     215.5      2,720
          SHU                     1,235             1,235   1,000     123.5      1,200
          PHU                        14                14      24      58.3         46
LAC     (CAL SP, LOS ANGELES CO)
          Level I                   282               282     200     141.0        400
          Level III/IV            3,924             3,924   2,000     196.2      4,284
LARC    (CAL SP RC, LOS ANGELES)   180               180     400      45.0        400
SAC     (CAL SP, SACRAMENTO)
          Level I                   353               353     362      97.5        384
          Level IV                2,915             2,915   1,536     189.8      2,860
SQ      (CAL SP, SAN QUENTIN)
          Level I                    86                86     234      36.8        215
          Level II                1,919             1,919   1,073     178.8      1,929
          Condemned                 612               612     587     104.3        635
          Reception Center        2,720     16      2,736   1,767     154.8      2,902
SOL     (CAL SP, SOLANO)
          Level II                3,313             3,313   1,458     227.2      3,080
          Level III               2,690             2,690   1,200     224.2      2,580
SATF    (CAL SATF AND SP - COR)   7,027      2      7,029   3,591     195.7      7,027
CVSP    (CHUCKAWALLA VALLEY SP)
          Level I                   378               378     208     181.7        408
          Level II                3,501             3,501   1,530     228.8      3,452
CTF     (CORRL TRAING FAC)
          Central-II              3,120             3,120   1,409     221.4      3,051
          North-II/III            2,863             2,863   1,400     204.5      2,860
          South-I                 1,114             1,114     510     218.4      1,090
DVI     (DEUEL VOCATL INSTITN)
          Level I                    25                25     176      14.2        231
          Level III                 714               714     532     134.2        942
          Reception Center        3,172     13      3,185   1,079     295.2      2,378
FOL     (FOLSOM SP)
          ESATCU                      1                 1     200       0.5        200
          TTP                       309               309     203     152.2        203
          Level I                   353               353     296     119.3        471
          Level II                1,703             1,703   1,067     159.6      2,027
          Level III               1,762             1,762     709     248.5      1,348
#TPOP-1A
```

```
WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                MIDNIGHT December 14, 2005
                                FELON/   CIVIL            DESIGN    PERCENT    STAFFED
MALE   INSTITUTIONS              OTHER   ADDICT   TOTAL   CAPACITY  OCCUPIED   CAPACITY
HDP    (HIGH DESERT SP)
         Level I                   350              350      200     175.0        400
         Level II                  124              124      120     103.3        120
         Level III                 875              875      400     218.8      1,002
         Level IV                2,703            2,703    1,714     157.7      2,850
         Reception Center          585      3      588      100     588.0        380
IRON   (IRONWOOD SP)
         Level I                   357              357      200     178.5        400
         Level III               4,212            4,212    2,000     210.6      4,253
KVSP   (KERN VALLEY SP)
         Level IV                2,229            2,229    1,984     112.3      3,770
         Level I                   422              422      200     211.0        200
         Adseg                     150              150      264      56.8        396
MCSP   (MULE CREEK SP)
         Level I                   358              358      200     179.0        392
         Level III               2,391            2,391    1,000     239.1      2,335
         Level IV                  954              954      500     190.8      1,110
NKSP   (NORTH KERN SP)
         Level I                   281              281      208     135.1        358
         Level III                 497              497      500      99.4        868
         Reception Center        4,598      7    4,605    2,210     208.4      4,161
PDC    (PITCHESS DETENT CTR-RC) 1,182            1,182        0        -        1,292
PBSP   (PELICAN BAY SP)
         Level I                   352              352      296     118.9        384
         Level III/IV            2,071            2,071    1,024     202.2      1,931
         SHU                     1,087            1,087    1,056     102.9      1,267
PVSP   (PLEASANT VALLEY SP)
         Level I                   292              292      208     140.4        408
         Level III               4,489            4,489    2,090     214.8      4,620
RIO    (RIO COSUMNES COR CTR-RC)  243              243        0        -          250
RJD    (RJ DONOVAN CORR FACIL)
         Level I                   309              309      200     154.5        392
         Level III               2,749            2,749    1,500     183.3      2,899
         Reception Center        1,486            1,486      608     244.4      1,152
SVSP   (SALINAS VAL SP)
         Level I                   344              344      280     122.9        400
         Level IV                3,909            3,909    2,634     148.4      4,110
SRTA   (SANTA RITA CO. JAIL-RC)   680              680        0        -          750
SCC    (SIERRA CONSERV CTR)
         Camps-Men               2,126            2,126    1,880     113.1      2,010
         Level I                 1,344            1,344      618     217.5      1,378
         Level II                1,613            1,613      608     265.3      1,634
         Level III               1,095            1,095      500     219.0      1,085
WSP    (WASCO SP)
         Level I                   299              299      200     149.5        392
         Level III                 628              628      500     125.6        773
         Reception Center        5,184     15    5,199    2,614     198.9      4,901
MALE TOTAL:                    150,386    978  151,364   81,090     186.7    153,743

FEMALE INSTITUTIONS
CIW    (CAL INST FOR WOMEN)
         Institution             1,868      4    1,872      916     204.4      1,505
         Reception Center          266              266      110     241.8        445
         Camps-Women               312              312      320      97.5        320
CRC    (CAL REHAB CTR, WOMEN)     448    308      756      500     151.2        680
CCWF   (CENT CAL WOMEN'S FACIL)
         Institution             3,154      1    3,155    1,623     194.4      2,588
         Reception Center          656      2      658      393     167.4        887
         Condemned                  14               14       13     107.7         15
RIO    (RIO COSUMNES COR CTR-RC)   12               12        0        -           20
VSP    (VALLEY SP)
         Institution             3,038            3,038    1,571     193.4      2,946
         Reception Center          752     21      773      400     193.3        678
         SHU                        69               69       44     156.8         62
FEMALE TOTAL:                   10,589    336   10,925    5,890     185.5     10,146
─────────────────────────────────────────────────────────────────────────────────────
INSTITUTIONS/CAMPS TOTAL:      160,975  1,314  162,289   86,980     186.6    163,889

#TPOP-1A, PAGE 2
```

# Exhibit B

Article Last Updated: 12/28/2005 07:10 AM

## 'Sausage King' found dead

### Stuart Alexander, convicted killer of 3, discovered in prison cell

By Ricci Graham and Josh Richman, STAFF WRITERS
Inside Bay Area

SAN QUENTIN — Stuart Alexander — the self-proclaimed San Leandro "Sausage King" who was sentenced to death in the execution-style slayings of three meat inspectors — was found dead in his prison cell Tuesday morning.

A correctional officer who was making a routine inmate

check found an "unresponsive" Alexander lying inside his San Quentin cell at 4:30 a.m., said Sgt. Eric Messick, a prison spokesman.

Messick said Alexander, 44, was immediately transported to a triage center inside the prison, where attempts to revive the former San Leandro businessman who once was a city mayoral candidate failed.

Alexander was declared dead at the prison's infirmary at

5:15 a.m., Messick said.

"There is no foul play suspected in his death," Messick said. "There's nothing to suggest that it was a suicide at this time. It appears that the cause of death is natural at this point."

Messick said the Marin County coroner will perform an autopsy to determine the exact cause of death.

"As to when the autopsy will occur, it will depend on the coroner's schedule," Messick said. "We have no influence on that."

Alexander's mother, Shirley Eckhart, was contacted at her Isleton home, but declined to comment, saying she first wanted to visit her son's body at the prison, where she hoped to be briefed on the cause of his death.

Alexander's defense attorney, Michael Ogul, said he was saddened — but not shocked — by Alexander's death.

"It's a great tragedy," said Ogul, a former lawyer for the Alameda County Public Defender's Office who is now Solano County's chief deputy public defender. "It only proves how se-rious Stuarts mental and psychological problems were.

Ogul said he presented evidence during the trial showing Alexander suffered a serious brain injury during a high-speed motorcycle accident years ago that he believed contributed to his violent behavior.

Alexanders death, he added, illustrates just how seriously ill the man was before and during the shootings.

We knew all along that it was wrong to execute Stuart — and today, God proved that, Ogul said. I dont think Stuart could have survived a 10- to

20-year prison sentence because of his health problems.

Assistant U.S. Attorney John Jack Laettner, who led the prosecution against Alexander, said evidence of brain damage suffered during a 1997 accident wasnt quite persuasive enough, adding that the defense failed to show that the slight concussion was a factor in the shooting rampage.

I argued for his death and described (Alexander) as a miserable sociopath, Laettner said. Knowing the pain and misery he caused, theres no way I can find compassion for him.

At the time of his death, Messick said, Alexander — who arrived at the prison on Feb. 15 — was being housed in an outpatient housing unit in the maximum security section of the prison, where he was under constant video surveillance and was being continually checked by a correctional officer.

The officer had a good enough eye to notice around 4:30 (a.m.) that his chest was not moving up and down, which is a very difficult thing to do, Messick said.

Alexander had exhibited signs of psychiatric problems since his arrival and had been moved to the outpatient unit inside the prison grounds on Dec. 24, Messick said.

His mental state had deteriorated, he said. He was being provided the best care that this department could have given him.

An East Bay police investigator who happened to see Alexander while visiting San Quentin on business about six weeks ago told the Herald that it was clear the man was in poor health.

The officer described a heavily medicated Alexander as being half-dressed and not lucid.

He looked very absent, very disconnected, the officer said. He just didnt look like he was all there.

Rubin Vargas, a proprietor of the Chelsies jewelry and gun shop in San Leandro and a longtime acquaintance of Alexander, said the death comes as no surprise. Alexander had spoken of suicide while being held at the Santa Rita jail in Dublin, Vargas said.

He blew up, Vargas said. The last time I saw him, it looked like he had literally doubled in weight, and he was having a hard time carrying it.

A jury convicted Alexander on Oct. 19, 2004, of three counts of murder, one count of attempted murder and four special-circumstance

clauses for gunning down three meat inspectors at his family-owned San Leandro sausage plant in 2000.

Alexander was sentenced to death in February by Alameda County Superior Court Judge Vernon Nakahara.

U.S. Department of Agriculture compliance officers Jean Hillery, 56, and Thomas Quadros, 52, and state food inspector William Shaline, 57, were shot and killed at the Santos Linguisa Factory on June 21, 2000 — a horrific event that was captured by a security camera at the factory and was characterized by Laettner as an ambush.

Alexander also was convicted of the attempted murder of state Inspector Earl Willis, who narrowly escaped the onslaught after Alexander fired five shots at him.

When contacted by telephone Tuesday at his Elk Grove home near Sacramento, Willis said: I dont wish any ill will, but he wrote his own epitaph, he did indeed. It must be divine intervention. I dont feel sorry for him. He showed no remorse for what he did. I feel he got what he deserved.

Some of the family members of those slain during the shooting rampage learned of Alexanders death early Tuesday.

News like this travels fast, said Hillerys daughter, Sheri Lehman, while speaking from her home in Iowa.

Lehman said her family watched the legal wrangling surrounding the execution of Stanley Tookie Williams earlier this month and dreaded the possible legal battle that certainly would have preceded Alexanders execution.

Im very thankful its over, Lehman continued. We can now put everything behind us. There wont be any wasted time for my family. Its done. It took five and a half years, but theres relief, theres finality. Its closed.

Fremont residents John and Kathy Quadros — the brother and sister-in-law of Thomas Quadros — said a friend called to inform them of Alexanders death.

We were relieved that we will not have to face the 20 to 25 years of appeals, said John Quadros, recalling the emotional toll of attending Alexanders murder trial. It was tough to go through. It was like the movie Groundhog Day, where you relive things over and over again. We feel like we can put that behind us now.

Meghan Shaline, a West Sacramento resident whose father, Bill, was gunned down by Alexander, expressed absolutely no sympathy for Alexander, saying: The way I feel about it is that he should have been dead a long time ago.

He saved the taxpayers a lot of money, added Shaline, who feared the endless appeals of Alexanders death sentence would have prolonged her familys grief and anger. I dont think I wanted to go through the whole trial all over again.

I dont think I could have handled that, she continued. Theres a reason things happen the way they do. But if it was natural for him, he got it a lot better than his victims did.

Staff writer Harry Harris contributed to this report.

Ricci Graham can be reached at (510) 293-2469 or rgraham@dailyreviewonline.com. Josh Richman can be reached at (510) 208-6428 or jrichman@dailyreviewonline.com.