
1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11                IN THE UNITED STATES DISTRICT COURT
12
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

| RALPH COLEMAN, et al., | CASE NO. CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | |
| v. | **DEFENDANTS' SUPPLEMENTAL FURTHER REPLY TO NOTICE OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | Hearing:    January 5, 2006 |
| | Time:       10:00 a.m. |
| | Courtroom:  Four |
| | Judge:      The Honorable Lawrence K. Karlton |

    Defendants respectfully note the declaration of Warden Steven Moore of Deuel Vocational Institute was inadvertently not filed with Exhibit 5 to Defendants' Further Reply to

//

//

//

SUPPLEMENTAL REPLY TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE

1

1  the Plaintiffs' Notice of Noncompliance and respectfully submit the declaration at this time.

2  Dated: December 30, 2005

3  Respectfully submitted,

4  BILL LOCKYER
   Attorney General of the State of California

5  JAMES M. HUMES
   Chief Assistant Attorney General

6  FRANCES T. GRUNDER
7  Senior Assistant Attorney General

8  ROCHELLE EAST
   Supervising Deputy Attorney General

10  */s/ Lisa Tillman*
    LISA A. TILLMAN
11  Deputy Attorney General

12  Attorneys for Defendants

14  30074215.wpd

SUPPLEMENTAL REPLY TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman v. Schwarzenegger**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 30, 2005</u>, I served the attached **Supplemental Further Reply with Exhibit No. 5** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft
H-86887
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532

 Kimbery S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 30, 2005, at Sacramento, California.

|  A Buckley  |  */s/ A Buckley*  |
|:---:|:---:|
| Declarant | Signature |

30074231.wpd