**EXHIBIT 5**

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
5  Supervising Deputy Attorney General
   LISA A. TILLMAN, State Bar No. 126424
6  Deputy Attorney General
   1300 I Street, Suite 125
7  P.O. Box 944255
   Sacramento, CA 94244-2550
8  Telephone: (916) 327-7872
9  Fax: (916) 324-5205
   Email: Lisa.Tillman@doj.ca.gov
10
11 Attorneys for Defendants

12        IN THE UNITED STATES DISTRICT COURT

13        FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF WARDEN S. R. Moore** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Steven R. Moore declare:

1. I am employed by the California Department of Corrections and Rehabilitation as the warden of Deuel Vocational Institution.

2. I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3. I am aware that this court issued an order in June 2005 requiring the CDCR to develop and implement a policy mandating that cardiopulmonary resuscitation be performed by correctional officers upon inmates.

4. My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of December 16, 2005, 632 numbers of designated employees at my prison had been trained in the performance of CPR.

5. I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6. As of December 16, 2005, the October 21, 2005 amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 641 designated employees of designated employees at my prison. Approximately 19 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and three in number have not received this training but are available for such training.

7. As of December 16, 2005, the CPR mouth shield has been distributed, with on-the-job training provided, to 640 in number percent of designated employees at my prison. Approximately 15 in number have not received training on the CPR mouth shields due to being on leave status (vacation, family, medical or other bases of leave) and eight in number have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December_19, 2005

By: _S. R. Moore_

Warden (A) of Deuel Vocational Institution

2