IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,          No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.       <u>ORDER</u>
_____/

        The court is in receipt of a document styled as an ex parte motion from inmate Pete Cockcroft, an asserted member of the plaintiff class. The plaintiff class is represented by counsel in this matter.

        Good cause appearing, IT IS HEREBY ORDERED that

        1. The Clerk of the Court is directed to send a copy of inmate Cockcroft's ex parte motion (document # 1718) to counsel for plaintiffs;

        2. No further court action will be taken on said motion; and

/////
/////
/////
/////

1

1  3. The Clerk of the Court is directed to serve a copy of this order on inmate
2  Cockcroft at the address provided on the motion.
3  DATED: January 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
cockcroft.let