PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE AND HEARING RE: PLAINTIFFS' NOTICE OF DEFENDANTS' FAILURE TO COMPLY WITH THE JUNE 9, 2005 COURT ORDER, PARAGRAPHS 2 AND 5, RE: SUICIDE PREVENTION POLICIES** |

Third 1 Stip Prop Order re Hearing 1-4-06 489-3.DOC

THIRD Stipulation and [Proposed] Order Re: Briefing Schedule and hearing Re: Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, No. Civ S 90-0520 LKK-JFM

THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

The parties respectfully request that the Court postpone the hearing, now set for January 5, 2006, for approximately forty (40) days, and modify the briefing schedule concerning Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, as set forth below.

1. On August 26, 2005, Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies was filed.

2. On September 12, 2005, the Court set the matter for hearing on October 14, 2005, and set a briefing schedule.

3. On September 20, 2005, the Court, after consultation with the Special Master, issued an Order continuing the hearing to October 27, 2005, at 10:00 a.m.

4. On September 26, 2005, the Court ordered that plaintiffs' reply be filed no later than September 30, 2005. Plaintiffs filed their reply papers on September 30, 2005.

5. On October 25, 2005, the Court extended the hearing until January 5, 2006.

6. The parties have been participating in ongoing negotiations concerning defendants' compliance with the June 9, 2005 Order and have also been consulting with the Special Master. In response to concerns raised by plaintiffs and the Special Master, defendants have agreed to submit additional declarations on or before January 31, 2006, which will include a declaration from the warden of each CDCR prison attesting to the following:

- A. That the institution has trained all of its designated correctional officers who are available for training (i.e., who are not on medical, family, disability, military or other leave) in the October 21, 2005 amended CPR policy, in the use of the CPR mouth shield, and in the performance of CPR;
- B. That the institution has a implemented a written procedure for replacing CPR mouth shields that have been used or that have been lost;
- C. That the institution has taken an inventory of the cut-down kits in the institution and determined that there is a cut-down kit in every housing unit. If the warden

1

delegates the inventory to a member of his or her staff, his or her declaration (1) shall identify the name of the person(s) who performed the inventory, (2) and the date(s) of the inventory, and (3) shall indicate that he or she has personally reviewed and approved the inventory results;

- D. That as part of the inventory of cut-down kits, the institution has determined that CPR mouth shields and blood-born pathogen protection equipment are available as part of every cut-down kit.
- E. To facilitate the process of obtaining these additional declarations, the parties, with the approval of the Special Master, jointly request that the Court postpone the hearing, now set for January 5, 2005, for a minimum of forty (40) days.

7. Plaintiffs may file a reply to the declarations no later than February 6, 2006.

**IT IS SO STIPULATED.**

Dated: January 4, 2006

BILL LOCKYER Attorney General
of the State of California
JAMES M. HUMES Chief Assistant Attorney General
FRANCES T. GRUNDER Senior Assistant Attorney General
ROCHELLE EAST, Supervising Deputy Attorney General

By _____
LISA A. TILLMAN
Deputy Attorney General,
Attorneys for Defendants

Dated: January __, 2006

ROSEN, BIEN & ASARO, LLP

By _____
THOMAS B. NOLAN
Attorneys for Plaintiffs

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Hearing on Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, previously set

delegates the inventory to a member of his or her staff, his or her declaration (1) shall identify the name of the person(s) who performed the inventory, (2) and the date(s) of the inventory, and (3) shall indicate that he or she has personally reviewed and approved the inventory results;

- D. That as part of the inventory of cut-down kits, the institution has determined that CPR mouth shields and blood-born pathogen protection equipment are available as part of every cut-down kit.

- E. To facilitate the process of obtaining these additional declarations, the parties, with the approval of the Special Master, jointly request that the Court postpone the hearing, now set for January 5, 2005, for a minimum of forty (40) days.

7. Plaintiffs may file a reply to the declarations no later than February 6, 2006.

**IT IS SO STIPULATED.**

Dated: January 4, 2006

BILL LOCKYER Attorney General
of the State of California
JAMES M. HUMES Chief Assistant Attorney General
FRANCES T. GRUNDER Senior Assistant Attorney General
ROCHELLE EAST, Supervising Deputy Attorney General

By _____
LISA A. TILLMAN
Deputy Attorney General,
Attorneys for Defendants

Dated: January 4, 2006

ROSEN, BIEN & ASARO, LLP

By _____
THOMAS B. NOLAN
Attorneys for Plaintiffs

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Hearing on Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, previously set



1 | for October 27, 2005 and January 5. 2006 is continued to _____, at \_\_\_\_.

2 |     2.    Defendants shall file a declaration from the Warden of each CDCR institution establishing the elements set forth in ¶ 6 above to assure that the revised CPR policy has been fully implemented and that they have complied with the Court's June 9, 2005 Order no later January 31, 2006. Plaintiffs may file a reply to the declarations no later than February 6, 2006.

Dated: January \_\_, 2006

```
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

3

THIRD Stipulation and [Proposed] Order Re: Briefing Schedule and hearing Re: Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, No.: Civ S 90-0520 LKK-JFM

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman v. Schwarenegger, et al.**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>January 4, 2006</u>, I served the attached a **THIRD STIPULATION AND PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft  
H-86887  
Pelican Bay State Prison  
P.O. Box 7500  
Crescent City, CA  95532  

Kimbery S. Davenport  
California Medical Association  
221 Main Street  
San Francisco CA 94105  

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 4, 2006, at Sacramento, California.

|  |  |
|---|---|
| A Buckley | */s/ A Buckley* |
| Declarant | Signature |

30074921.wpd