KENNY MORROW C-53683
4B-1L-32 / P.O. BOX 3481
CORCORAN CA. 93212

JANUARY 8, 2006



FILED
JAN 13 2006
JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT OF CALIFORNIA
              EASTERN DISTRICT
KARLTON CHIEF JUDGE EMERITUS
501 "I" STREET SUITE 8/200
SACRAMENTO CA. 95814

RE: COLEMAN V. SCHWARZENEGGER
    CIV NO. S-90-0520 LKKJFMP
    CLASS MEMBER KENNETH MORROW

DEAR HONORABLE CHIEF JUSTICE KARLTON;
   I SPOKE WITH DR. METZNER ON 12-15-05, AT CORCORAN, EOP UNIT. HE SAID HE WILL RECOMMEND I GO TO MCSP, EOP, SNY. AND IF IT DONT WORK OUT FOR ME NOT TO BOTHER CONTACTING JUDGE KARLTON, AND PROJECT TEAM, OR COUNSEL J. KHAN OF ATTORNEY'S ROSEN, BIEN AND ASARO, BECAUSE THEY WONT HELP ME AGAIN."
   ALL MY LETTERS SENT TO MY COUNSEL ABOVE HAS NOT BEEN ANSWERED, AND MY

1.

1. RIGHT AS A CLASS MEMBER UNDER COLEMAN.
2. I BELIEVE DR. METZNER CONVINCED J. KHAN,
3. AND M. BIEN TO NOT REPRESENT ME AS A
4. CLASS MEMBER.
5.     IM NOT QUITE SURE WHY COUNSEL
6. HAS FAILED TO RESPOND TO MY MISSIVES.
7. I AM REQUESTING THIS COURT MAINTAIN
8. MY RIGHT TO COUNSEL AS I AM A COLEMAN
9. CLASS MEMBER, AND ENTITLED TO PRO-
10. FESSIONAL REPRESENTATION. THANK YOU.

12. JANUARY 8, 2006

                *Kenneth Morrow*
                RESPECTFULLY SUBMITTED

SANFORD JAY ROSEN *
MICHAEL W. BIEN
ANDREA G. ASARO

HOLLY BALDWIN
ERNEST GALVAN
GAY C. GRUNFELD
JANE KAHN
MEGHAN LANG
ANNE MANIA
THOMAS NOLAN
KATHERINE SHER
JANET TUNG
AMY WHELAN
MARAKA L. WILLITS
SARAH OLSON ZIMMERMAN **

**ROSEN, BIEN & ASARO, LLP**
ATTORNEYS AT LAW
EIGHTH FLOOR
155 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 433-6830

FAX
(415) 433-7104

EMAIL
rba@rbslaw.com

October 26, 2005

Kenny Morrow, C-53683
CSP-Corcoran
P.O. Box 4381
Corcoran, CA 93212

Re:   Coleman v. Schwarzenegger
      Our File No. 489-3

Dear Mr. Morrow:

Jane Kahn provided me with your letter of October 23 (addressed to me) which responded to my October 18 letter.

We will begin the process of copying all of our correspondence with you. I remain concerned about the risk to you if your letters are stolen, lost or reviewed by other prisoners or CDC staff.

We are actively pursuing, as part of the Coleman case, some of the very problems that you have experienced in the SHU and other locked units. While I do not pretend to understand your feelings of depression and hopelessness, I am gravely concerned about your situation and will continue to fight to better your conditions, mental health treatment and housing. There is no advantage to anyone of your taking your life. Your life, and every life, has great value. You are helping obtain justice for yourself and others. Keep it up.

Very truly yours,

ROSEN, BIEN & ASARO, LLP

*Mike Bien* JK

By: Michael W. Bien

MWB:ts

* MEMBER OF THE CONNECTICUT AS WELL AS THE CALIFORNIA BAR
** MEMBER OF THE ILLINOIS AS WELL AS THE CALIFORNIA BAR