IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.                ORDER

                                          /

        On December 21, 2005, the special master filed a request for increased compensation for his expert, Dr. Melissa Warren. The special master seeks an increase in Dr. Warren's compensation for work performed in this action from two hundred dollars ($200.00) per hour to two hundred fifty dollars ($250.00) per hour, except for travel time for which Dr. Warren shall continue to be compensated at a rate of ninety dollars ($90.00) per hour. Neither party has filed any objection to the special master's request. Good cause appearing, the request will be granted.

        On the same day, the special master filed a request for appointment of additional staff. Specifically, the special master seeks appointment of Ted R. Ruggles, Ph.D. as a mental health expert, said expert to be compensated at an hourly rate of ninety ($90.00) for travel time and otherwise at an hourly rate of two hundred fifty dollars ($250.00) plus reasonable expenses.

1

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing, the request will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The special master's December 21, 2005 request for increased compensation is granted;

2. Effective February 1, 2006, Melissa G. Warren, Ph.D shall be compensated at a rate of $250.00 per hour for work performed in this action, except that she shall be compensated at a rate of $90.00 per hour for travel time;

3. The special master's December 21, 2005 request for appointment of additional staff is granted and

2. The special master is authorized to appoint Ted R. Ruggles, Ph.D. as a mental health expert to perform the duties set forth in the Special Master's Request for Appointment of Expert, filed December 21, 2005, and to be compensated at the rates set forth therein.

DATED: January 13, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/comp.inc3

2