EXHIBIT  S

Richard J. Donovan Correctional Facility (RJD)

November 1- November 3, 2004
January 7, 2005
January 21-January 22, 2005
May 16-May 17, 2005

1.    Inmate A

Inmate A was a 3CMS inmate who had been housed in general population on Facility 2. He was diagnosed with Bipolar Disorder. He was not prescribed psychotropic medications at the time of the review.

This inmate arrived at RJD on 1/23/04, as an EOP inmate from CMC. A review of his UHR revealed a history of multiple MHCB and OHU admissions for psychotic behavior attributed to mania. He had a long history of poor treatment compliance. Upon his arrival at RJD, he presented with manic symptoms with a GAF of 38. He presented with poor insight and denial regarding his mental health illness and medication refusal. A CCM note on 2/10/04 indicated that the inmate did not want EOP LOC and indicated possible transfer to 3CMS. Subsequent notes questioned whether the inmate was feigning symptoms and reported that he did not show for programming or clinical appointments.

It appeared that he received a 115 and Ad Seg placement on 5/16/04 for mutual combat/enemy concerns. The Ad Seg IDTT on 5/27/04 recommended 3CMS LOC and reintegration into general population when released from the Ad Seg unit; progress notes continued to document his refusal to participate in clinical interviews, groups and treatment with medications. The CCM note of 7/16/04 indicated that the inmate requested removal from 3CMS, and described the inmate's mental status as normal; there was no indication whether this interview occurred out of cell. On 8/4/04, the inmate was released to general population on Facility 2; he refused to attend the ICC prior to his release. He refused all subsequent clinical contacts with the CCM and psychiatrist, and was not seen for clinical evaluation prior to his parole during the week of the site visit.

This inmate was brought to my attention due to reports from inmates in his housing unit, then later by his former cellmate that he presented with probable response to auditory hallucinations and agitated/hostile/disorganized behavior.

Assessment:

The care provided to this inmate at RJD was extremely poor. This inmate had a long and well documented history of mental illness resulting in inpatient treatment and Ad Seg placement, as well as treatment noncompliance and poor insight. Despite this, he was not closely followed in the EOP unit, nor was he evaluated for DMH intermediate care. He then received a 115 resulting in Ad Seg placement. While in Ad Seg, he was inappropriately downgraded to 3CMS; this was of particular concern as an adequate assessment was not performed. After his release to general population, the inmate did not show for clinical appointments. The last documentation of a clinical interview was 7/16/04, leaving a three-month period during which he apparently decompensated prior to his parole from prison.

Additional comments regarding the care provided to this inmate included the following:

- There was no documentation of weekly Ad Seg CCM contacts.
- There was no documentation of out-of-cell Ad Seg clinical contacts for adequate assessment.
- There was no documentation of follow-up for no-shows for clinical appointments
- There was no documentation of 3CMS CCM contacts at least every 90 days.

2.    Inmate B

This EOP inmate was housed in the Ad Seg unit. He was diagnosed with Bipolar Disorder, depressed. He was treated with Lamictal 50 mg/day and Seroquel 600 mg/day.

This inmate was transferred from a county jail to RJD on 7/2/04. He was initially housed in the Ad Seg overflow unit on the reception center, reportedly due to enemy concerns. The bus screen indicated that he had been treated with Doxepin 300 mg/day at the county facility; this medication was not ordered upon his arrival at RJD. He was seen for initial psychiatric assessment on 7/9/04, when a diagnosis of Major Depressive Disorder was provided and the inmate was treated with Remeron. He was placed on the 3CMS roster at that time. At the next psychiatric interview on 7/16/04, he reported racing thoughts and manic symptoms; he was then treated with Seroquel. Lithium was subsequently added for continued manic symptoms and auditory hallucinations. The inmate continued to complain of depressive symptoms, and further medications adjustments were made. He was upgraded to EOP LOC on 10/5/04.

Assessment:

Additional comments regarding the care provided to this inmate included the following:

- Informed consent was present in the UHR.
- MARs present in the record indicated medication compliance.
- There was a lapse in medication continuity upon arrival to the facility for at least one week.
- There were lapses in weekly CCM contact in the Ad Seg unit.
- The appropriate laboratory testing for treatment with Lithium was performed.

3.    Inmate C

This EOP inmate was housed in the Ad Seg unit. There were various diagnoses present in the record including Schizoaffective disorder, Schizophrenia paranoid type, Bipolar Disorder and Major Depressive Disorder. This inmate was not being treated with psychotropic medications at the time of the monitor's visit.

It was difficult to determine when this inmate arrived at RJD because the bus screening was not present in the medical record and no other information indicated his arrival date. It appeared that the inmate had been housed at Folsom earlier before he was transferred to PVSP in 3/04 for MHCB hospitalization. He was housed at CMC during the summer of 2004. The first documented RJD clinical contact was on 10/15/04, when the psych

3

tech noted weekly rounds in the Ad Seg unit. The CCM on 10/27/04 indicted that the inmate reported that he was out on parole and violated for self injurious behavior. Two days later, the psychiatrist reported that the inmate reported that he flushes his medications and led the staff to believe that he actually took medications; there was no current order in the UHR for psychotropic medications. The next two CCM contacts occurred at cell-front, and the CCM described the inmate as presenting with paranoid/grandiose thought content and disorganized thinking with anger and agitation. The last progress note then indicated that the inmate had poor insight, impulsivity and medication refusal, but was stable and inappropriate for a <u>Keyhea</u> order or DMH. He refused to attend any groups.

An interview with this inmate revealed an extremely psychotic individual with threatening posture, paranoid and grandiose delusions, angry affect and hostile demeanor.

<u>Assessment</u>:

The care provided to this inmate was poor. The inmate clearly required a higher level of care than was provided at RJD. His psychosis and treatment noncompliance made him a significant risk of harm to others. A <u>Keyhea</u> order did not appear to have been considered. Inpatient care was clearly indicated.

The lack of information in the medical record made further assessment of this case difficult. There was no documentation of mental health screening upon the inmate's arrival in the Ad Seg unit.

4.      Inmate D

This inmate was an EOP inmate who was housed in the Ad Seg unit. He was diagnosed with Major Depressive Disorder with psychotic features; there was a previous diagnosis of Psychotic Disorder, NOS also present. He was treated with Remeron 60 mg/day, Cogentin prn, Zyprexa 20 mg/day and Buspar 60 mg/day.

This inmate was transferred to RJD on 5/27/04 from a county jail. His medications were continued upon his arrival to the facility. He was placed in the Ad Seg unit for protective custody reasons upon his arrival to the institution. He was seen by a psychiatrist on 6/7/04, when he reported that he had tried to kill himself with a pencil by cutting his forehead; it was unclear from the note when this actually occurred. The CCM reported that on 6/14/04, the inmate had attempted suicide while in the county jail two to three months prior. He was reportedly confused with auditory hallucinations, "flashbacks," and indicated that he was "tired....asking the devil for help." When asked about his appetite, he indicated it was poor, "but I can't kill myself that way." Apparently no SRA was completed. Subsequent progress notes continued to report that he was persistently depressed/anxiety and psychotic with delusional and disorganized thinking and auditory hallucinations. A note on 7/20/04 indicated that the inmate was not taking his Seroquel due to the heat in his cell. On 9/1/04, he reportedly hit his head on the wall; again, no

SRA was completed, nor was he admitted to an MHCB. He frequently refused to attend groups. His symptoms were repeatedly assessed as stable, despite the above descriptions.

On 9/28/04, the inmate attempted to hang himself; he was transferred to an outside hospital for medical evaluation. Upon his return, he was monitored for approximately one day in a temporary OHU in bldg. 1 on Facility 1 and was then transferred to the MHCB at CSP/LAC.

On his return, he was housed in the Ad Seg unit. He continued to report depressed mood with transient suicidal ideation. A note on 10/20/04 indicated that DMH referral was in progress.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- An SRA was not completed when indicated on a number of occasions.
- There was documentation of weekly CCM Ad Seg contacts.
- Informed consent for treatment with medications was present.
- Despite this inmate's persistent chronic psychotic symptoms and depression, a higher level of care was not identified as indicated until after his return from the MHCB, a span of several months.
- There was documentation of five-day clinical follow-up after his discharge from the MHCB.

5.    Inmate E

This inmate was an EOP inmate who was admitted to the MHCB on 11/1/04. The inmate had been referred to DMH by the MHCB at RJD on 9/4, was transferred to DMH, and returned on 11/1/04. The date of the IDTT was 11/4/04, and the discussion by team, which included the inmate, indicated the inmate had been at DMH/CMF and moved to L3 EOP, but was returned to RJD because of a possible Ad Seg issue. The inmate said he was not in Ad Seg, but custody reported he was; the CC1 clarified that he was not an Ad Seg inmate. There was no information from DMH with which to assess his status at that time. The inmate had been taking Seroquel and Visteril at DMH, by his self report, and Zoloft was added to his medication regimen at RJD.

Assessment:

This inmate's placement in the MHCB appeared to be appropriate to clarify his clinical status as well as his history of treatment from DMH, as well as custody issues.

6.    Inmate F

This was an EOP inmate who was admitted to the MHCB on 11/2/04, and was seen in an MHCB IDTT. On interview, this inmate was wrapped in a blanket, was tearful and

disheveled with his eyes closed during much of the treatment team meeting. The inmate repeated he "wants to go home." He was admitted because of an attempted suicide on 11/1/04, in which he was discovered unconscious but responsive to pain. The inmate had a previous attempt one year earlier in which he attempted hanging from a light fixture, but the rope broke. The inmate has a history of treatment at ASH as well as a past diagnosis of Borderline Personality Disorder with Histrionic Features. He also has an R-suffix. Discussion by staff indicated the inmate was felt to have primarily Axis II pathology, despite his history of severe self-injurious behaviors. It was notable that the inmate's last suicide attempt was shortly before his parole date, and he is anticipated to parole in January 2005. After further discussion, the treatment team determined this inmate should be referred to DMH/APP.

Assessment:

This inmate's placement in MHCB was appropriate, and his referral to APP was also appropriate, particularly given his history and potential risk for suicide.

7.     Inmate G

This was an MHCB inmate seen in the IDTT on 11/4/04. He was returned to the CDC on 11/1/04, after reporting suicidal ideation during his bus screening. The inmate also reported a suicide attempt by overdose in the jail prior to his CDC incarceration. He had a history of multiple suicide attempts, 20-plus hospitalizations, including hospitalization in community hospitals. On interview, the inmate had a history of psychotic symptoms, but reported none currently, although he did report depression and suicidal ideation.

Assessment:

The decision by the IDTT team was to refer this inmate to the APP program at DMH, which appeared to be appropriate.


8.     Inmate H

This was an inmate who was transferred from CRC to the MHCB at RJD and has been EOP since 2002. The inmate requested to be seen by "Coleman" because of his concerns his status would be changed to 3CMS from EOP. He stated, "I'm not ready" and reported that although he has only five classification points and could go to a Level 1 camp, he would rather remain EOP in a prison. The inmate reported he is taking Seroquel, Dilantin, and aspirin, as well as a medication for diabetes that he can't recall. He also reported he had an R-suffix, which was inaccurate, and he wanted the R-suffix removed. Review of this inmate's record revealed he had been EOP at RJD since 1/3/04, and an MH2 of 8/3/04 indicated a diagnosis of Disassociative Amnesia, Selective Type, and Major Depression Recurrent with Psychotic Features.

Assessment:

This inmate's care and treatment appeared to be appropriate, and his concerns regarding possible changes in his mental health level of care to 3CMS were legitimate. His IDTT should review his care to consider continuing his EOP status, given his history and current level of stability.

9.    Inmate I

This inmate was a DDP and 3CMS inmate who requested to be seen by "Coleman" because his MHSDS level of care had been converted from EOP to 3CMS. The inmate reported he was transferred from WSP to RJD in April 2002 and was taking Zyprexa and Wellbutrin. He also reported he had multiple complaints about custody officers, particularly a sergeant who reportedly stated he "don't give a fuck about mental health." The inmate reported he wrote to the Prison Law Office, as well as to the Chief Deputy Warden, and his statement of information reportedly was signed by other inmates. He reported inmates were "kicked out" of the EOP program whenever staff felt like it, and he needed the structured therapeutic programming offered by the EOP program. He also reported he had filed information with the San Diego Police regarding abuses by custody officers.

Assessment:

This inmate's presentation was well organized and comprehensive despite his report that he was DDP and also in need of an EOP level of care. His complaints regarding custody staff may or may not have been legitimate, but were reported to the warden's staff for further investigation. He currently appeared to be stable and his level of care at the 3CMS may have been appropriate.

10.    Inmate J

This inmate has been in the EOP program at RJD since 2/13/04. He requested to see "Coleman" because of his complaints that the EOP program at RJD is not a "real EOP." He elaborated that he had been at CMC East in the EOP program, and it was a "real EOP yard – much better." The inmate reported he only got two hours of actual treatment at RJD and, although he was on A1A status, he was not eligible for school or jobs. He further reported he was then currently in a 2B status and believed this was so because he has not received appropriate treatment. The inmate also has a complaint against a correctional sergeant, who he described as physically and verbally abusive to mentally ill inmates, and other COs who were abusive when around him.

Assessment:

This inmate reported deficiencies in his care and treatment, which appeared to be consistent with the reported hours of structured therapeutic activities available at RJD for

7

EOP inmates. He also complained of custody staff abuses with specific focus on a sergeant in the EOP program.

11.    Inmate K

This was an EOP inmate who has been EOP since 1998, and was seen at his request. He reported he requested to see "Coleman" because "they're trying to make me 3CMS." The inmate reported he has been at the MHCB at CSP/LAC twice and RJD once because of psychotic symptoms including his belief that members of his family "were melting on TV." He reported he had packed his bag and went to the gate even though he is a lifer. He further reported he met his current CCM 90 days ago and sees her once per week, and she says he is ready for 3CMS. The inmate reported that when he was very sick he refused to take medications, which included Trazodone, Risperdal, and medications for hypertension and diabetes.

He reported he was paranoid about being on the mainline because he had problems there and was stabbed in 1998. He added he was at DMH/APP in CMF, as well as Patton State Hospital in 1997 and 1998. He stated he had severe mental health symptoms when not receiving adequate treatment, and he was fearful he would become psychotic if transferred to the 3CMS level of care.

The inmate's record was reviewed and his level of care had indeed been changed from EOP to 3CMS. The record indicated the inmate's participation was minimal in the groups he attended, but he had refused most of his groups. It was noted the inmate was concerned that his brother's level of care would be changed from EOP to 3CMS. Although the record indicated the inmate was depressed and had auditory and visual hallucinations, as well as a suicide attempt in September 2003, the determination was made to reduce his level of care.

Assessment:

This inmate's concerns regarding a change in level of care from EOP to 3CMS appeared to be legitimate given his history and his current presentation. His care and treatment ought to be reviewed to assure the appropriateness of his level of care.

12.    Inmate L

This inmate was seen at his request and reported he has been at RJD in Building 4 since November 2001. He reported he is a 3CMS inmate who is also DPP. The inmate reported he was the institutional representative at CSP/LAC prior to his transfer and had written to the Prison Law Office about the disrespectful treatment that EOP inmates in 3-Building received. He indicated a complaint by 30 inmates against a particular correctional officer regarding such treatment had been filed.

This inmate further reported he was concerned about his own medical and mental health status because he has had blackouts that resulted in his transfer to an outside hospital

(Alvarado Hospital) eight times where he received tests but received no feedback or explanation for his blackouts. He also reported that EOP inmates were changed to 3CMS status and placed in general population, where other general population inmates complained and victimized the mentally ill inmates because of their disabilities.

Assessment:

This inmate's care and treatment appeared to be appropriate with regard to mental health care. He made multiple complaints about custody staff's disrespect for mental health inmates and a lack of access to appropriate medical care. His case should be reviewed by clinical and custodial staff.

13.    Inmate N

This inmate was admitted to RJD on 6/12/03. His record was reviewed with specific focus on five-day follow-up after his MHCB discharge. Background information indicated he had a diagnosis of Bipolar Disorder and a GAF of 25 after his mother died, necessitating his admission to the MHCB.

Review of the record revealed that on 8/26 the inmate became aware, as did staff, that his mother had died. A 12:05am order on 8/26/04 by a physician ordered the inmate returned to Ad Seg from the MHCB emergency room on single-cell/strip-cell status with one-to-one custody observation, and an order that he be seen by the Ad Seg psychiatrist in the a.m. The inmate was subsequently admitted to the MHCB from 8/26 to 8/30, and it was noted he was cheeking his Wellbutrin. He had been refusing Zydis, Wellbutrin, and Lithium.

He was discharged to Building 7, and the five-day follow-up indicated that on 8/31 the inmate reported he had not received his medications for two days, a report he repeated on 9/1. The inmate reportedly got his p.m. medications on 9/2 and continued to receive them thereafter. No Suicide Risk Assessment was conducted to estimate the inmate's level of risk prior to his discharge from the MHCB. A Lithium level on 9/30/04 was 0.24, or sub-therapeutic. On 10/18/04, his Lithium was discontinued, and Wellbutrin and Lamictal were ordered. The only consent form in the record was for Lamictal.

Assessment:

Although this inmate received five-day clinical follow-up, it appeared he was not receiving his medication, and there was no immediate rectification of his situation. The inmate's stabilization appeared to have occurred despite the delay in receiving his medications. No Suicide Risk Assessment was conducted to estimate the inmate's level of risk prior to his discharge from the MHCB.

14.    Inmate O

This inmate's record was reviewed specifically to check on five-day clinical follow-up and MHCB care. The inmate was transferred on 9/6/04 to Building 1 on one-to-one suicide watch with an order to remove all furnishings and to clothe him in a safety smock.

On 9/7/04, the inmate received a cervical spine x-ray stat because of his attempting hanging while he was on this watch. The inmate was housed in the MHCB from 9/9 thru 9/10/04, and received five-day follow-up from 9/11 thru 9/15/40. On 9/15 a SRA did not provide any estimate of his potential suicide risk. The inmate had a history of a suicide attempt in October 2003 and suicidal ideation in December 2003, both with transfers to higher levels of care.

Assessment:

This inmate's care and treatment were inadequate, if he was able to attempt hanging while on a one-to-one suicide watch as the records indicated. This watch was conducted in Building 1, not in an OHU or MHCB. His five-day follow-up was appropriate.


15.    Inmate Q

This inmate was a 3CMS inmate who was seen at his request. He reported he was EOP for three years, and converted to 3CMS three or four months prior to this site visit. He further reported he had received minimal contacts from clinicians since then and requested that he be returned to an EOP level of care.

Assessment:

This case was referred to the senior psychologist for further review as to the inmate's current treatment needs. He did not appear to be psychotic, but he should receive a response to his request.

16.    Inmate R

This inmate was seen at his request. He was an EOP inmate on 1-Yard, Building 3. He reported his concern with regard to medication administration because he gets his HS medications at 6:00 p.m. He also reported he sometimes received all of his medications at one time, including his 6:00 p.m. and his HS medications, if he has missed his a.m. and p.m. medications. He added this occurred four times in October, and he believes it interfered with his stability.

Assessment:

This inmate's particular complaints were referred to the chief psychiatrist for further review, and, on discussion with staff, it appeared this inmate's experience was not at all unique, and medication distribution was flawed.

17.     Inmate T

This inmate was admitted to RJD on 5/21/03. He was an EOP inmate with a diagnosis of Bipolar Disorder. His record was reviewed specifically regarding five-day follow-up.

The inmate was in the MHCB from 7/4/04 thru 7/17/04, secondary to multiple lacerations to his arms. His five-day follow-up began on 7/18 and ran thru 7/22, which was appropriate.

A SRA of 7/22/04 indicated he was a low suicide risk with no referral recommendations. The inmate reported he did not receive Geodon on days four and five of his five-day follow-up. The MAR indicated he did receive Geodon, but the CCM indicated "see note in the 5-day follow-up" sheet regarding medication administration. No such note was provided.

Assessment:

This inmate's care and treatment appeared to be appropriate with the exception of his report of not receiving medication two days during the five-day follow-up, a claim that was clarified in the record. The notes since that time indicated he was currently stable.

18.     Inmate U

This inmate was admitted to RJD on 8/14/03 and was a 3CMS inmate. His diagnosis was Psychosis NOS. His record was reviewed specifically for five-day follow-up.

The inmate had been prescribed Seroquel, and on 6/27/04 attempted to hang himself and was discovered by staff with his feet off the floor and flailing. He was cut down and admitted to the MHCB from 6/27 thru 7/6/04.

Five-day follow-up from 7/7 thru 7/11 was documented in the record. The Suicide Risk Assessment of 7/6/04 gave no estimate of risk, but indicated referral to the psychiatrist. A Suicide Risk Assessment of 7/11/04 also gave no estimate of risk and was therefore incomplete.

Assessment:

This inmate's care and treatment appeared to be appropriate, but the documentation in the Suicide Risk Assessments was flawed.

19.    Inmate V

This inmate was admitted to RJD on 9/25/03 and was a 3CMS Ad Seg inmate at the time of the site visit. His record was reviewed specifically for five-day follow-up.

The inmate was in the MHCB from 8/4 thru 8/6 after a suicide attempt by hanging because he reported he was "not getting the attention needed – LPT ignored me." He was in the MHCB from 8/4 thru 8/6, and although the discharge summary was inadequate and incomplete because it failed to mention the attempted hanging in which a corrections officer had to cut the inmate down, the five-day follow-up from 8/7 thru 8/11 was adequate.

Assessment:

The inmate's care and treatment were appropriate, but the documentation in the discharge summary was inadequate.

20.    Inmate W

This inmate was admitted to RJD on 3/12/04 and was an EOP inmate receiving Zyprexa and Depakote. An MH-2 of 3/24/04 indicated the inmate had Schizophrenia (provisional), while an update of 6/8/04 indicated the inmate had stopped medications, was refusing groups and not programming. The inmate was subsequently transferred to the 3CMS level of care on 6/22/04 because of his refusals and failure to program.

Assessment:

This inmate's level of care was decreased to less intensive treatment because of his refusals of medications and programmatic activities despite a diagnosis of Schizophrenia, which indicated a severe and persistent mental illness in need of treatment.

21.    Inmate X

This inmate was admitted to RJD on 9/1/04 with a positive bus screening for depression and anxiety. He had a diagnosis of Major Depression with Psychotic Features, and was receiving Wellbutrin and Remeron.

The inmate had a past suicide attempt in the county jail, and was hospitalized twice since August 2004. Five-day follow-up for an OHU admission from 10/27 to 10/29 was recorded for 10/30 only.

Assessment:

This inmate's care and treatment appeared to be inadequate and needed to be reviewed. Only one day of five-day follow-up was completed after an OHU admission.

22.     Inmate Y

This inmate's record was reviewed and indicated he has a diagnosis of Bipolar Disorder and Depressive Disorder NOS. The inmate's Risperdal and Seroquel were discontinued when he was in the MHCB in April 2004, and he was currently receiving Wellbutrin.

He was also admitted to MHCB from 7/20 thru 7/24/04 and 8/16 thru 8/18/04. These admissions were because of attempts to harm himself after he had been moved from the EOP to the 3CMS level of care. While in the MHCB his diagnoses were changed to Polysubstance Dependence, Secondary Gain, and Antisocial Personality Disorder.

Assessment:

This inmate's care and treatment were unclear from the record reviewed, given he had previous diagnoses of severe and persistent mental illness and treatment with antipsychotic and antidepressant medications, and his diagnoses were changed to those noted above, which indicated no significant mental illness in an incarcerated setting. His level of care was 3CMS, which, given his MHCB admissions and attempts to harm himself after being moved from EOP, should be reviewed to determine whether he should be at a higher level of care.

23.     Inmate Z

This inmate was admitted to RJD on 3/29/04. He was an EOP with a diagnosis of Bipolar Disorder and was receiving Tegretol. His most recent Tegretol level was 5.4. An MH2 of 10/7/04 indicated his IDTT was attended by two psychologists but no psychiatrist. Many of the groups for this inmate were cancelled and others were refused by the inmate.

Assessment:

This inmate's care and treatment were inadequate because his treatment plan was not multidisciplinary and his medications needed to be reviewed, as well as his reasons for refusing group therapy.

24.     Inmate AA

This inmate was admitted to RJD on 12/22/03. His current diagnoses were Major Depression with Psychotic Features, and Personality Disorder NOS. The inmate was an EOP inmate in Ad Seg, and his most recent IDTT of 5/27/04 indicated he should be retained in the EOP program.

This site visit occurred on 11/5/04, and an IDTT should have been held in August 2004. The inmate was refusing groups, and in March 2004 received a 115 with an Ad Seg sentence of nine months for assaulting an officer.

This inmate had a history of attempted hanging in 2002, as well as past reported suicidal ideation.

Assessment:

This inmate required an updated treatment plan to address his mental health needs, including noncompliance with treatment. His level of care appeared to be appropriate for his current level of need.

25.    Inmate BB

This inmate was a 47-year-old African-American inmate who was admitted to CDC on 2/19/04 via the NKSP reception center. He was transferred from NKSP to CSP/Solano, then to CIM and ultimately to RJD on 6/11/04.

His bus screen was positive on arrival at RJD and he was referred to psychiatry within 72 hours. Upon his return to prison on this most recent admission in February 2004, the inmate gave a history of auditory hallucinations and paranoia regarding food and others plotting against him, and was noted as not actively suicidal and compliant with his medications. The inmate also had a self-reported history of suicide attempts on four past occasions, with his most recent attempt being by drinking cleaning fluid in 2003. The inmate also reported a history of 20-plus hospitalizations beginning at approximately age 11 and treatment with a variety of psychotropic medications.

On 4/30/04, the inmate's level of care was changed to EOP, and a GAF of 45 was recorded. These events occurred at CSP/Solano when the inmate was transferred from NKSP on 4/7/04. Progress notes indicated the inmate was not seen by a psychiatrist following his admission to RJD on 6/11/04. On 6/23/04, the inmate was noted to have refused appointments and EOP groups. He refused psychiatric appointments on 6/23/04, 7/7/04, 9/16/04 and 10/5/04, and there was no indication in the record that he ever had a face to face evaluation with a psychiatrist, despite his medications being continued.

An MH-2 on 9/28/04 continued the inmate at the EOP level of care with an Axis I diagnosis of Schizophrenia Paranoid Type, Axis II Antisocial Personality Disorder, and Axis III Brain Tumor swells with alcohol.

Assessment:

The progress notes indicated the inmate had not seen a psychiatrist since his admission to RJD on 6/11/04 despite his medications being continued

This inmate was recommended for referral to a DMH/ICF level of care. There was a question whether the inmate might parole in December 2005, but this should not have affected his transfer to an intermediate care facility for stabilization and treatment.

26.    Inmate CC

This inmate was a 40-year-old white male who was admitted to RJD on 6/12/03.  On admission his medications were Seroquel, Paxil, Tegretol, Wellbutrin and Inderal, and he had a history of attempted suicide by overdose in 2000.

The inmate was placed at the EOP level of care on 7/28/03, and an MH-2 of 8/24/04 indicated diagnoses of Bipolar 1 Disorder, most recent episode depressed, severe, with psychotic features, Unspecified Personality Disorder with dependent and avoidant features, Hepatitis C, and a history of seizures.

Assessment:

This inmate was actively participating in the EOP program, was noted to have improved since modification of his medication management, and was recommended to remain at the EOP level of care.

27.    Inmate DD

This inmate was a 50-year-old African-American male who was admitted to CDC on 6/24/99.  The bus screening on admission indicated that he had diabetes and hypertension, and a psych referral was indicated.

The inmate was transferred to RJD on 9/4/02 and was noted to have a history of treatment for major depression, psychotic disorders and three suicide attempts, one by overdose and two by attempted hanging.  The inmate's history also included documented evidence of sexual abuse by his father from approximately 7 to 14 years of age.  The inmate received psychiatric treatment since approximately age 17, including psychotropic medications. He also had a history of poly-substance abuse, including marijuana and alcohol, and a diagnosis of PTSD.

A MH-2 of 8/19/04 indicated the inmate had been exhibiting increased psychotic symptoms including auditory hallucinations and persecutory and paranoid ideation.  By 10/5/04, a referral to ASH or the ICF/DMH program was noted to be in progress as his condition had continued to deteriorate with an increase in auditory hallucinations, paranoid ideations and poor participation in groups.  It was noted that symptoms of PTSD, including flashback phenomena secondary to his sexual abuse, was also more prominent in recent months.

Assessment:

This inmate was appropriately recommended for referral to the ICF/DMH program as indicated by staff in a note dated 10/5/04.  His condition had not improved since that time.  He should be transferred in accordance with program guides.

28.    Inmate EE

This inmate was a 34-year-old Vietnamese male who was admitted to CDC on 5/17/04 via the DVI reception center. He was transferred to the OHU at DVI from 5/20/04 to 5/24/04 and then transferred to the MHCB at RJD on 5/25/04. He remained there until 6/7/04 and was in the EOP program and on the high-risk list since then.

The inmate had a history of Schizophrenia, first diagnosed in 1994 when he was approximately 24 years of age. The inmate was also hospitalized in ASH from December 1998 until February 1999.

An MH-2 of 10/5/04 reported the same diagnoses, but indicated the inmate had become unkempt, avoidant, and "talks to hand," which was described as the inmate talking to his own hand rather than other people, with impoverished speech, looseness of associations, auditory hallucination and poor insight and judgment. It was also noted that he refused all of his groups since approximately August, and his cell was dirty and messy. A note on 10/20/04 indicated the inmate's presentation declined "weeks ago," but had not worsened progressively. A note on 10/6/04 indicated that a DMH referral was in progress, but there was no indication in the record to reflect that a DMH referral had actually been completed.

Assessment:

This inmate's condition had worsened to the degree that he was actively psychotic and in need of referral to the DMH/APP. These findings were provided to the chief psychiatrist to facilitate a transfer.

29.    Inmate FF

This inmate was a 39-year-old white male who entered CDC on 10/1/02 via the WSP reception center. This was not the inmate's first incarceration; it was noted he had been placed in the EOP level of care on 12/17/01 during a previous incarceration. He had been diagnosed with Schizoaffective Disorder at that time.

After his return to incarceration on 10/10/02, the inmate was transferred from WSP to RJD on 2/20/04 with a positive bus screen and treatment at the EOP level of care. His medications were Wellbutrin, Remeron, Haldol, Depakote, Amantadine and Haldol by mouth or injection PRN for agitation. His diagnoses included a history of Schizoaffective Disorder, Poly Substance Abuse including methamphetamine, heroin and PCP, and Antisocial Personality Disorder.

The inmate also had a history of suicide attempts, reported as occurring at ages 7, 13, 14, 25 and 36. Several of these attempts were described as attempted hangings, but no other information on these incidents was available in the UHR. An MH-2 of 8/19/04 described the inmate as having active auditory hallucinations, paranoid ideation and flat affect, and, since July, refusing to come out of his cell to see his case manager and refusing most of

his groups, with limited to poor participation in those he did attend. His medication compliance was described as poor, but the staff believed he was not appropriate for a Keyhea application. The progress notes described his condition as continuing to deteriorate and his participation as not improving.

Assessment:

This inmate demonstrated chronic psychiatric symptoms that responded insufficiently to roughly six months of treatment, and he was functioning below his baseline on admission to CDC on 10/10/02. Accordingly, it was recommended this inmate be referred to the ICF level of care.

30.    Inmate GG

This inmate was a 45-year-old African-American male who was transferred from CMF to RJD on 3/5/04. The inmate had a positive bus screening upon transfer to RJD and was on a Keyhea at the time. This Keyhea had been instituted on 2/19/04 when the inmate was determined to be gravely disabled because of his mental condition.

Review of the inmate's record indicated that he had been admitted to Patton State Hospital from 8/31/00 through 11/30/00 and 10/31/02 through 1/16/03, with the second admission being for a competency evaluation. It is unclear from the record when the inmate actually entered CDC but, as reported above, he was transferred to RJD on 3/5/04 from CMF.

He had been in the APP/DMH at CMF from 2/5/04 through 3/8/04 as per the UHR (even though the admission date to RJD on the bus screen was 3/5/04). The inmate's admission to the DMH/APP appeared to have come at the end of a deterioration that began in 2003. He stopped his medications in June 2003 and appeared to be functioning reasonably well until October 2003. From that point on, it was noted that his ADLs declined markedly. He became hostile, mute and unkempt and gassed correctional officers and an MTA with food. The inmate's condition continued to deteriorate and he lost a total of 71 lbs (from approximately 204 lbs to 133 lbs) by January 2004.

His weight loss and refusal to participate in programming or to leave his cell resulted in a cell extraction during which it was determined that in addition to losing approximately 35% of his body weight the inmate was suffering from hypothermia. Progress notes described the inmate as lying on the cell floor naked and at the time of his cell extraction his rectal temperature was recorded at 86 degrees. The inmate was sent to an outside hospital for medical support for his deteriorated condition and subsequently was admitted to APP/DMH on 2/5/04. He was placed on a Keyhea by 2/19/04 as gravely disabled.

An MH-2 of 7/21/04 had the inmate at the EOP level of care following his discharge from APP/DMH and indicated diagnoses of Psychotic Disorder NOS and Intermittent Explosive Disorder. An MH-2 of 9/16/04 contained the same diagnoses and noted the inmate's compliance with medication was good (he was on a Keyhea) and his

17

participation in EOP programming had improved. The UHR indicated that from July through October 2004 the inmate participated in 23 structured therapeutic activities, had refused nine, and ten were cancelled.

Assessment:

Based on a review of the inmate's UHR and team discussion, this inmate was participating meaningfully in the EOP program at RJD. Because of his Keyhea status, the inmate's compliance with medication appeared to be adequate. The level of dysfunction that occurred for this inmate in late 2003 and early 2004, which resulted in his severe weight loss, hypothermia, and hospitalization, was disturbing and a cause for concern. It appeared that, subsequent to his hospitalization in DMH/APP and placement on Keyhea, his condition stabilized and improved. It was recommended he remain at the EOP level of care.

31.    Inmate HH

This inmate was a 22-year-old African-American male who entered CDC on 1/23/03 via NKSP. On admission, the inmate's bus screen was positive and he was taking Celexa prior to his incarceration. He was placed at the 3CMS level of care in January 2003 within one week of his admission to CDC. This inmate was transferred from NKSP to RJD on 6/1//03 and continued to take Celexa. It was noted the inmate had no history of mental health treatment, no history of arrest as an adult or juvenile, no history of suicidal ideation and no history of alcohol or drug abuse.

His crime was described as a "one day crime spree" that occurred when the inmate was 20 years old, during which he behaved bizarrely, committing crimes involving car-jacking a mail truck, running into the home of an elderly woman, attempting to car-jack her car from the garage with her in it and subsequently being apprehended by police. It was also noted in the record in several places that the inmate's urine screen at the time of these offenses was negative. The inmate arrived at RJD on 6/11/03 and appeared to be functioning reasonably well until December 2003, when he was referred to ASH via CMC.

He was placed at the EOP level of care on 12/22/03, when he was described as not talking and behaving bizarrely. He was transferred to an MHCB unit on 1/16/04 and ultimately to CMF on 1/21/04. He remained in the DMH program, apparently APP, until he was returned to RJD on 2/20/04. His level of care was EOP at that time, with a GAF noted as 40 on 2/26/04.

His condition deteriorated and he was admitted to the MHCB on 3/4/04 with GAF of 25 and transferred to ASH for his second DMH admission on 3/18/04. He remained in ASH until 7/19/04 and was returned on medications including Abilify, Ativan, Benadryl and Cogentin. His Ativan was reduced and subsequently discontinued with a notation for the inmate to return to the clinic in 3-4 weeks.

The inmate then began to refuse medications, and by 8/25/04 all of his psychotropic medications were discontinued because he refused to take them. Review of the UHR found no MARs since February 2004.

There were no updated treatment plans since July 2004 for this inmate, whose record was reviewed on 11/1/04. A recent progress note in the record, which described the inmate as "does not engage in reciprocal communication," was written by a case manager, who also indicated the inmate was not taking medication and demonstrated poor judgment, poor insight, flat affect with depressed mood and was withdrawn. The last psychiatric note, dated 9/30/04, recorded that the inmate appeared to be "functioning." The inmate received a RVR, referenced in the progress notes, apparently for refusing an order to show his ID on 9/9/04, but the inmate reportedly did not remember the incident.

Assessment:

This inmate appeared to have a chronic psychiatric condition which was unresponsive to at least 6 months of treatment and appeared to be deteriorating. Accordingly, it was recommended this inmate be referred to a DMH/ICF level of care with the hope that he might be accepted and transferred prior to further deterioration of his condition, which could necessitate acute care placement.

32.    Inmate II

This inmate was a 34-year-old African-American male who entered CDC through the CIM reception center on 9/19/03. His bus screening was positive and he was taking Risperdal at the time of his admission. He was transferred to RJD on 6/14/04, where his medications included Risperdal and Remeron.

By July 2004, the MARs reflected the inmate's multiple refusals of medications. On 8/13/04, a progress note indicated the inmate reported he needed to be in a facility where he would be forced to take medications because he "gets into moods" and has "conspiracy beliefs." On 8/17/04, the inmate indicated he would like to be placed in a hospital because of conflicts between his Rastafarian beliefs and taking medications and the "conspiracies." By 8/24/04, the inmate reported to a case manager that he believed in a war-like conspiracy in which whites were trying to oppress blacks specifically by using psych meds. There was also a notation that, despite these fears, he knew he felt better and behaved better when he was taking his medications.

The psychiatrist noted the inmate had paranoid delusions of others watching him with intent to harm him, was mildly depressed and self-reported he did better on medications when he is in prison. The psychiatrist noted no evidence of hallucinations or suicidal or homicidal ideation and prescribed Risperdal and Remeron. By 10/5/04 the inmate was reported to be mildly dysphoric with a diagnosis of Schizoaffective Disorder, but would be removed from the high-risk list.

19

A note on 10/19/04 indicated the inmate was considered for a DMH referral despite the fact that he "never met any of the criteria," but was referred based on his dysphoria, vague suicidal ideation and his own request. The inmate was subsequently described as having a "conspiracy theory" regarding medications, but his mood and mental state had improved significantly to the point where the DMH referral was no longer appropriate. This later note stated the inmate now did not want to be placed in DMH and his level of care would be changed to 3CMS based on his "substantial improvement."

This inmate was interviewed to get a better understanding of his current mental health functioning. On interview, the inmate had a well-integrated delusional system in which he repeatedly made statements about the benefits of medication to him, as well as his fear that taking medication was part of a conspiracy. If he took his medication, he would be succumbing to the "Babylon Conspiracy." He reported he "can tell" who is part of the conspiracy by recognizing people, and taking his medications would make him a part of "Babylon." He demonstrated delusional thinking, derailment of his thought processes, and constricted affect, as well as impaired judgment and insight.

Assessment:

This inmate's level of dysfunction and his history of varied responses to psychotropic medications were impressive. He had chronic psychiatric symptoms that had not responded in at least six months to facilitate his functioning, and his condition appeared to be deteriorating at a moderate pace.

The determination of clinicians that he should be referred to a DMH program, particularly after his refusal of psychotropic medications and their subsequent discontinuation, followed so quickly by a decision that he did not meet the criteria even for an EOP program and should be referred to a 3CMS level of care because of his "improvement" was difficult to understand.

This inmate's history, as well as his current mental status, indicated a severe and persistent mental illness that was getting worse. Accordingly, this inmate should have been recommended for referral to a DMH/ICF level of care.

33.    Inmate JJ

This inmate was a 52-year-old African-American male who entered CDC on 7/3/02 at NKSP. He was transferred from NKSP to RJD on 1/17/03.

The record indicated the inmate was referred to DMH on 6/23/04, but the referral was withdrawn on 7/23/04. There was reference to a subsequent referral on 9/17/04, which also was withdrawn.

Further review of the record indicated the inmate has refused psychotropic medication since 8/12/02, approximately five weeks after he was admitted to CDC. He had been taking Remeron, Risperdal and Depakote prior to his refusal, and these medications were

subsequently discontinued on 2/27/03. The inmate has been described as being extremely tangential and having delusions about "toxins oozing" from his body, which he reported were related to his being exposed to agent orange in Vietnam. His diagnosis was Schizophrenia Paranoid Type. On admission, he referred to having been hospitalized in DMH in the past. During his interviews, he plugged his ears with toilet paper and refused to answer questions, indicating he would sue the government and the staff. His behavior was described as agitated and paranoid and his statements as tangential and delusional. The inmate has not been taking medication, as indicated above, since he was at NKSP in 2002.

On 9/17/04, a second MH-2 indicated that the inmate was cooperative, with pressured speech and loose and tangential associations. His thought process was noted as paranoid, grandiose and delusional with statements offered by the inmate that he is "boycotting psychotropics – its tropical subverted" and "what is my public policy going to be when I get out."

His diagnoses were continued as Schizoaffective Disorder with Polysubstance Abuse prior to incarceration. It was noted that he continued to refuse medications and structured group activities in the EOP program. The inmate's single-cell status was continued as the inmate stated "I don't mate with anyone here." Curiously, another note on the same day by the same clinical case manager indicated that the inmate stated that CDC "kidnapped me."

Assessment:

This inmate has a severe and persistent mental illness that had been inadequately treated since August 2002.

His treatment consisted solely of placing him in a single-cell and isolating him from other inmates. Yet the inmates clearly had chronic psychiatric symptoms that had not improved with greater than six months of treatment and participated in far less than 50% of available structured therapeutic activities. His mental illness interfered with his ability to make reasoned decisions regarding his mental health and general health care needs. Accordingly, this inmate should have been referred to DMH/ICF.

34.    Inmate KK

This inmate was a 34-year-old white male who was admitted to the CDC on 1/30/02. The inmate was ultimately transferred from NKSP to RJD on 3/12/03.

The inmate had diagnoses of Bipolar Disorder, severe, psychotic; Borderline Personality Disorder, Seizure Disorder and Hepatitis B. The UHR indicated the inmate was at the EOP level of care from 3/12/03 through 6/24/03, was placed at a 3CMS level of care from 8/7/03 to 8/15/03, and returned to EOP level of care on 8/15/03. The inmate's history of treatment was difficult to track in the UHR, but a MH-2 of 6/23/04 described the inmate as "frustrated, jittery, voices to hurt self and others, stuff coming out of walls."

21

The inmate was further described as having auditory and visual hallucinations and poor insight and judgment; he was referred to the DMH/DTP at CMF. By 9/20/04, an MH-2 described the inmate as "disheveled" with visual and auditory hallucinations that were yelling at him and were described as worse than they had been in June. In September, the inmate was refusing his medications, which included Risperdal, Vistaril, Lamictal, Lithium and Wellbutrin. This 9/20/04 MH-2 also indicated, curiously, that a DMH referral was "not indicated at this time." By 10/28/04 a progress note indicated "AH, command to harm self, has history of cutting without notice." The inmate was described as having a history of self-harming behaviors including cutting himself without notice and auditory hallucinations commanding him to harm himself. When compared with the MH-2s of 9/20/04 and 6/23/04, this 10/28/04 MH-2 demonstrated progressive deterioration. The inmate's affect was described as dysphoric and his mood as depressed and labile, with rambling speech and current suicidal ideation with a plan. His history of cutting himself was noted, as was an upcoming anniversary of a traumatic event, his girlfriend's death. The note stated, "November may be critical time. Now still doing ok." The inmate was quoted as reporting he could "hold it together until next month." Importantly, there was also a note of 10/1/04, in which the inmate reported that he "hasn't found a way to reduce stress like cutting or burning himself." There was no Suicide Risk Assessment in the UHR related to either of these notes or any of his past behaviors. It was of great concern that this inmate expressed suicidal ideation with a plan, but no further evaluations/protections were initiated.

Assessment:

This inmate's UHR contained a clinical case manager's note, dated 10/28/04, documenting the inmate's suicidal ideation with a plan, a history of cutting himself without warning and the anniversary of a traumatic event in the loss of his girlfriend coming within several days. Despite all this, no SRA was conducted nor was a referral to a crisis bed or other inpatient DMH level of care initiated. The lack of action, given the inmate's presentation, was simply inexplicable. The chief psychiatrist was informed of the case, and a referral to APP/DMH was recommended.

35.    Inmate LL

This inmate was a 32-year-old African-American male who entered CDC on 6/24/98. The inmate appeared to have been transferred to RJD on 7/21/03 from CIM. A bus screening at that time indicated the inmate reported hearing voices and he was continued in the MHSDS. The inmate's Seroquel and Prozac were subsequently discontinued because of his refusals. On 7/28/04, the inmate was described as unkempt and uncooperative, with speech described as "get out" and "few words." It was noted that three correctional officers reported the inmate was listening to commands and obeying them, and ate, locked in and kept his cell darkened. It was also reported that he yelled and walked in circles on the yard and dug in trashcans and dumpsters looking for various objects and food. At that time, there was a plan to observe the inmate for referral to DMH.

After the 7/28/04 note, the inmate refused to talk to his case manager for three appointments in September and four appointments in October. He also refused to speak with the psychiatrist. The inmate refused all groups from May 2004 through October 2004, with the exception of one group on 9/14/04, during which he was described as "preoccupied, disorganized, agitated, and anxious, with poor coping and poor participation." The last contact by a clinical case manager, noted in the record as occurring on 9/3/04, ended when the inmate told the clinician, "Get the fuck out of here" while flipping his cell light off and refusing to speak any further.

Despite this clearly deteriorating condition since at least July 2004 and possibly well before, there is a form in the record indicating the inmate participated in "educational/vocational therapy work assignment" for four hours each week during the weeks of August 6th, 13th, 20th, and 27th. This is in marked contrast to his refusals to participate in any other therapeutic activities or socialize with other inmates on the yard or in the cell block, and markedly inconsistent with his overall mental status. On further inquiry, it was reported this "educational/vocational therapy work assignment" consisted of self-study in the cell and, therefore, did not constitute a structured out of cell activity.

Assessment:

This inmate was referred to the DMH/APP program because he was currently actively psychotic and had been such for probably the last year based on the record review. Further, efforts by staff to interview him at cell-front were unsuccessful and he was unwilling or unable to participate in structured therapeutic activities.

EXHIBIT  T

<u>Ironwood State Prison (ISP)</u>

October 12, 2004 – October 13, 2004

1.    Inmate A

This 3CMS inmate was housed in general population. He was diagnosed with Depressive Disorder, NOS, and carried a provisional diagnosis of Intermittent Explosive Disorder as well. He was not treated with psychotropic medications at the time of the monitoring visit.

Inmate A was transferred from RJD to ISP on June 23, 2004. His initial bus screening indicated that he was not receiving psychotropic medication or mental health treatment at the time of his transfer. On September 28, a referral was sent to mental health by the inmate's medical provider indicating that the inmate had a history of treatment with Haldol and was complaining of ringing in his head. The inmate was seen by a psychologist on October 5, at which time he reported the same symptoms and requested to be seen by a psychiatrist. The psychologist also indicated that the inmate reported feeling paranoid. At that time, a MH-4 and a MH-2 were completed. Inmate A was seen for a follow-up appointment on October 11 by a psychologist, who indicated that the inmate felt better. The note from the October 11th appointment was the last documentation of clinical contact for this inmate.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- This inmate was appropriately placed on the mental health caseload after presenting with renewed mental health symptoms.

- The referral of this inmate to mental health by a medical physician was responded to in a timely manner.

- It was a matter of concern that this inmate's MH-2 was completed separate from an IDTT meeting. Moreover, there was no documentation of psychiatric or security presence at the inmate's IDTT meeting.

- Despite the fact that this inmate requested an evaluation by the psychiatrist, and even though the psychologist indicated that a referral would be made, there was no documentation that the inmate received a psychiatric evaluation related to his complaints of possible auditory hallucinations and paranoia.


2.    Inmate B

This 3CMS inmate was housed in general population. Inmate B was diagnosed with Depressive Disorder, NOS; an alternative diagnosis of Schizoaffective Disorder was also present in his medical record. The inmate was treated with Risperdal 2 mg per day.

Inmate B was transferred from CIM to ISP on April 5, 2004. He was not on the mental health caseload at the time of transfer. It appeared that the inmate had a history of mental health treatment in 2000, including a MHCB admission. Inmate B was admitted to the

2

MHCB at ISP on September 24, after reporting suicidal ideation and depressed mood. While in the MHCB unit, a MH-2 and a MH-4 were completed, indicating that the inmate was not suicidal but presented with anxious mood and rapid speech. There was no documentation of psychotic symptoms at that time. The inmate was given a GAF score of 29.

Progress notes indicated that Inmate B was reportedly anxious regarding his upcoming parole from prison sometime on or about October 20, 2004. The inmate was released from the MHCB unit on September 20, 2004. He was seen for a follow-up appointment by a case manager and a psychiatrist on October 5. The inmate was seen again by the psychiatrist on October 6, at which time he indicated that he did not wish to continue taking his psychotropic medications.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- An informed consent form for treatment with Risperdal was present in the inmate's medical record.

- Inmate B experienced a gap in psychiatric contact on the weekends while in the MHCB unit. It appeared that the facility utilized psych techs to make rounds in the MHCB unit on the weekends.

- The inmate's MHCB IDTT meeting did not document the presence of custody staff.

- The inmate's IDTT meeting conducted in general population was attended by all of the necessary participants and was timely.

- It was unclear how clinicians arrived at the GAF score of 29 for this inmate, since the clinical description of the inmate in his medical record was not consistent with a GAF score of such a low level.

- This inmate's statement at his last psychiatric visit that he did not wish to take medication did not appear to have been adequately addressed. The psychiatrist indicated in his progress note that the inmate's medications would continue, but no other treatment interventions were outlined.

3.    Inmate C

This inmate was housed in the MHCB unit. He was diagnosed with Schizophrenia, paranoid type and treated with Risperdal 4 mg/day, Risperdal consta 25 mg/intramuscular every two weeks and Benadryl 100 mg/day.

Inmate C was transferred from CCI to the MHCB unit at ISP due to suicidal ideation and psychosis. He reportedly had not been taking the medications that had been prescribed for him. Progress notes indicated that the inmate was followed by the psychiatrist and

3

psychologist in the MHCB unit. A suicide watch for Inmate C was discontinued on October 12 with the recommendation that he be transferred to a 3CMS level of care.

<u>Assessment:</u>

The following comments were noted regarding the care provided to this inmate:

- There was no documentation of daily psychiatric evaluation in the MHCB unit.

- There was no documentation of psychiatric presence in the MHCB IDTT meetings.

- An informed consent form for treatment with psychotropic medications was present in the inmate's medical record.

- The inmate's GAF scores were not consistent with his recommended level of care or with his past GAF scores. A review of the inmate's medical record indicated that he had been given a GAF of 20 on October 7, 2004. In contrast, on September 8 of the same year, the inmate had been given a GAF of 60 at CCI. Previously, in 2002, the inmate had a GAF of 70.

4.    Inmate D

This inmate was housed in the MHCB unit. He was diagnosed with Major Depressive Disorder and treated with Prozac 20 mg/day.

Inmate D was transferred to ISP in October 2002 from RJD. He was not on the mental health caseload at that time. A referral to mental health dated October 9 was present in the inmate's medical record, indicating that the inmate was depressed with suicidal ideation. Inmate D was housed in the administrative segregation overflow unit at the time of that referral. He was subsequently transferred to the MHCB unit. On October 12, 2004, the inmate was removed from suicide watch.

<u>Assessment:</u>

The following comments were noted regarding the care provided to this inmate:

- There was no documentation of psychiatric attendance at the inmate's IDTT meetings in the MHCB unit.

- There was no documentation of daily psychiatric contact in the MHCB unit.

- The inmate's GAF scores were not consistent with the inmate's clinical presentation, the description of his symptoms contained in his mental record or his level of care. Inmate D was given a GAF of 30 on October 12, 2004 with a recommendation for discharge to 3CMS level of care. On the following day, the inmate was provided with a GAF of 20.

4

- An informed consent form for treatment with psychotropic medication was present in the inmate's medical record.

5.    Inmate E

This inmate was housed in the MHCB unit. He was diagnosed with Major Depressive Disorder and treated with Risperdal 3 mg/day and Paxil 20 mg/day.

Inmate E was transferred to ISP in October 2003. He was not previously on the mental health caseload. On September 28, 2004, the inmate severely lacerated his left wrist and forearm in a suicide attempt, resulting in transfer to a local hospital for surgical repair of his tendons, artery and nerve. The inmate was admitted to the MHCB unit at ISP after his discharge from the local hospital on October 4, 2004. Progress notes indicated that on October 6, 2004, a DMH referral was recommended due to the serious nature of the inmate's suicide attempt. An IDTT meeting on October 13 indicated that an EOP level of care would be recommended.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was no documentation of daily psychiatric contact in the MHCB unit.

- There was documentation of psychiatric presence in the inmate's MHCB IDTT meetings.

- Although it was unclear whether an EOP or DMH level of care was recommended for this inmate, a higher level of care was clearly indicated.

6.    Inmate F

This inmate was housed in the MHCB unit. He was diagnosed with Psychotic Disorder, NOS as well as Depressive Disorder, NOS, and treated with Zyprexa 20 mg/day.

Inmate F was transferred to the MHCB unit at ISP on October 7, 2004 from CCI. The inmate's bus screening at CCI dated September 16, 2004 indicated that he had a history of auditory hallucinations, depressed mood and "picking at walls"; the screening also noted that the inmate had stopped showering, eating and talking. Inmate F was placed on Zyprexa and Zoloft while at CCI. Progress notes indicated that the inmate had a history of psychiatric hospitalization in the past.

Upon transfer to ISP's MHCB unit, Inmate F continued to exhibit periods of muteness and refused to allow clinical staff to obtain his vital signs. Documentation indicated that the inmate was eating and that he was compliant with his medications, except for the morning of the monitoring visit.

Assessment:

Despite this inmate's significant psychopathology, there was no documentation of adequate treatment planning in his record. This was of significant concern in light of the inmate's history of recent medication non-compliance, muteness and severe psychotic symptoms. Inmate F should be closely monitored to determine the need for Keyhea orders and a higher level of care.

In addition, there was no documentation of daily psychiatric coverage in the MHCB unit and no documentation of psychiatric presence at IDTT meetings.

7.     Inmate G

This inmate was housed in the MHCB unit. He was diagnosed with Psychotic Disorder, NOS and acute grief reaction and treated with Risperdal 4 mg/day and Benadryl 100 mg/day; all of the inmate's medications were ordered on an as needed basis.

Inmate G was transferred to ISP from WSP on October 5, 2004. The inmate's bus screening indicated that he had been treated with Zyprexa. There a notation on the bus screening indicating that a psychiatrist had been called and the inmate "will be seen in the a.m." The bus screening was completed on October 5, 2004 at 2:30 p.m. At 6:20 p.m. on that same day, there was documentation that the inmate reported auditory hallucinations and planned to hurt himself or his cellmate.

The inmate was seen for an initial psychiatric evaluation on the following day. There were three progress notes in the chart, indicating clinical contact culminating in the inmate's admission to the MHCB unit at 3:20 p.m. on October 6, 2004. A psychiatric progress note on October 13 indicated that the inmate would be discharged to administrative segregation at an EOP level of care.

Assessment:

This inmate arrived at ISP on October 5 at 3:30 p.m. with a history of treatment with Zyprexa and, later that evening, reported auditory hallucinations and plans to hurt his cellmate. It was disturbing that he was not evaluated by a clinician until the following morning and then not admitted to the MHCB unit until 3:20 p.m. It was unclear where this inmate was housed after his arrival at ISP and prior to transfer to the MHCB.

Additional comments regarding the care provided to this inmate included the following:

- There was no documentation of daily psychiatric contact in the MHCB unit.

- There was no documentation of psychiatric presence at the inmate's MHCB IDTT meetings.

- A MH-4 completed on October 6 indicated that this inmate had a GAF of 20. Clinicians described the inmate's concentration as poor and reported that he was angry because he lost the appeal of his legal case. There was no documentation

6

that this inmate exhibited psychotic symptoms or a lack of functioning to warrant a GAF of 20.

8.    Inmate H

This 3CMS inmate was housed in the administrative segregation unit. He was diagnosed with Psychotic Disorder, NOS, and treated with Risperdal 3 mg/day.

Inmate H was transferred from NKSP to ISP on August 24, 2004; he had previously been housed at ISP between October 30, 2003 and June 25, 2004. At the time of the transfer, he was reportedly treated with Vistaril for anxiety. The same medication was ordered on the day of the inmate's arrival at ISP.

On September 1, 2004, the psych tech indicated that Inmate H exhibited paranoid delusional behavior; the inmate believed that staff was attempting to harm him and, as a result, refused his medications. At that time, a mental health referral was submitted. Inmate H was seen by the psychologist on September 9 at which time he reported that he was being monitored by electrical devices. The psychologist indicated that the inmate did not have an active mental health problem. Subsequent progress notes described the inmate's paranoia, which was particularly directed at the custody staff. There were also descriptions of possible auditory hallucinations noted in the inmate's chart. The inmate was seen by a psychiatrist on October 7 and was started on Risperdal at that time. The psychiatrist indicated that the inmate exhibited ideas of reference, auditory hallucinations, delusional thinking and voices of persecution.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was no documentation of weekly case manager contact for this inmate while in the administrative segregation unit.

- The psychologist was slow to recognize this inmate's significant mental illness. The inmate initially presented with symptoms during his incarceration earlier in 2004. In fact, there were multiple referrals from the psych techs to mental health regarding the inmate's paranoia and periods of agitation. Inmate H was not started on psychotropic medications until October 7, many months after his initial presentation of symptoms. It was a matter of concern that the inmate was not recommended to high level of care or provided more aggressive therapy.

- The IDTT meeting which was documented in the administrative segregation unit on October 7 was not attended by a psychiatrist.

9.    Inmate I

This EOP inmate was housed in the administrative segregation unit. He was diagnosed with Major Depressive Disorder and treated with Paxil 20 mg/day and Risperdal 1 mg/day.

7

This inmate was transferred from CVSP to ISP on September 13, 2004. He was previously housed in the administrative segregation unit at CVSP. On September 16, 2004, the psych tech referred the inmate to mental health, indicating that the inmate's mental health screening suggested a possible thought disorder and danger of self harm. Inmate I was admitted to the MHCB unit at that time on suicide precautions. The inmate was discharged from the MHCB unit on October 6, 2004 and returned to the administrative segregation unit. While in the MHCB unit, the inmate was recommended for an EOP level of care on October 5, 2004. The inmate remained in the administrative segregation unit awaiting transfer to an EOP administrative segregation at the time of the monitoring visit.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was no documentation of five-day follow-up after the inmate's release from the MHCB unit for suicidal reasons.

- There was no documentation of daily psychiatric contact in the MHCB unit.

- There was no documented attendance by a case manager at the inmate's MHCB IDTT meeting on October 1, 2004.

10.    Inmate J

This 3CMS inmate was housed in the administrative segregation unit. There was no current psychiatric diagnosis present in the medical record and the inmate was not treated with psychotropic medications.

Inmate J was transferred from NKSP to ISP on August 26, 2004. He was not on the mental heath caseload at the time of transfer. The inmate was transferred to the administrative segregation unit on or about September 10, 2004. On September 14, Inmate J was transferred to the MHCB unit for possible depression and suicidal ideation.

Progress notes indicated that the inmate had a significant history of suicide attempts. He was hospitalized from September 14 until September 23, 2004. The inmate's last IDTT meeting in the MHCB unit recommended a 3CMS level of care. Inmate J was returned to the administrative segregation unit after his release from the MHCB unit and was reportedly stable off medications.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was no documentation of five-day follow-up after this inmate's discharge from the MHCB unit.

- There was a lapse in the documentation of this inmate's weekly case management contacts in the administrative segregation unit.

- This inmate had a GAF of 30 at the time of his admission to the MHCB unit. He was discharged from the MHCB unit with a GAF of 70 after 11 days. This sudden increase brought into question the validity of the GAF scores reported at this facility.

EXHIBIT  U

Calipatria State Prison (CAL)

October 27, 2004 – October 28, 2004

1.    Inmate A

This EOP inmate was housed in general population. He was diagnosed with Mood Disorder, NOS and Psychotic Disorder, NOS and treated with Zyprexa 20 mg/day and Zoloft 150 mg/day.

This inmate was transferred from CSP/LAC to CAL on May 27, 2004 for court. Upon the inmate's arrival to CAL, he presented with suicidal ideation resulting in his transfer to the MHCB unit at RJD on the following day.  The inmate remained in the MHCB unit at RJD for approximately four days and then he was returned to Calipatria. Upon his return, he was housed in OHU from June 7 until June 21. The inmate was then discharged to general population, where he remained until the time of the monitoring visit.

Progress notes indicated the Inmate A remained concerned about his extended stay at CAL due to repeated postponements of his court case.  On August 24, the inmate was readmitted to the OHU, due to possible recurrence of suicidal ideation.  He was discharged after one to two days and returned to general population.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was weekly documentation of psychiatric and case management contacts in the inmate's chart.

- There was documentation of consistent psychiatric contact with appropriate medication management in Inmate A's UHR.

- There was no documentation of informed medication consent in the inmate's medical record.  Despite the fact that Inmate A had been housed at CAL since June of 2004, he did not have a permanent medical record; his medical information was in a floppy record.

- It appeared that this inmate had repeated stays in the OHU lasting for long periods of time; his longest stay was for eighteen days.

Inmate A had been housed at CAL since at least April 2004.  It appeared that his prolonged stay at this facility was the result of the continued postponement of his legal case.  In light of the recommendation for an EOP level of care, prolonged housing at a facility which did not offer EOP level of care was a matter of concern.

2    Inmate B

2

This EOP inmate was housed in general population. He was diagnosed with Major Depressive Disorder, with psychotic features. He was not on psychotropic medication at the time of the monitoring visit.

Inmate B was transferred from CCI to CAL in April 2004. The inmate's temporary medical record indicated that his UHR did not accompany him at the time of transfer. It appeared that the inmate was transferred to the OHU shortly after his arrival at the facility. Due to his refusal to eat or take psychotropic medication while in the OHU, Inmate B was upgraded to an EOP level of care and monitored on suicide precautions. It appeared that the inmate was followed in the administrative segregation unit for five days post-release from the OHU.

Inmate B remained in the administrative segregation unit until sometime in June 2004 when he was readmitted to the OHU due to threatening a hunger strike. He was discharged on the following day. Subsequent progress notes indicated that the inmate was transferred to general population during June 2004. It appeared that this inmate persistently requested removal from the mental health roster and frequently did not attend his clinical appointments. The most recent progress notes indicated that Inmate B had to be escorted to his appointments due to persistent no-shows. He appeared to be stable and reported that his legal case, the reason for is transfer to CAL, had been dismissed.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was documentation of informed consent for treatment with psychotropic medications present in the inmate's medical record.

- The inmate's chart contained documentation indicating that he had refused medication.

- There was no documentation of daily case management contact in the administrative segregation unit; it was difficult to determine the frequency of clinical contacts on that unit due to the possibility that this inmate was out to court during his administrative segregation stay.

- There was no documentation of weekly case management contacts for this EOP inmate when he was transferred to general population. It appeared that the inmate did not attend the majority of his clinical appointments and, as previously mentioned, had to be escorted to his last appointment.

- Although Inmate B had been refusing psychotropic medications and his medications were ultimately discontinued, it did not appear that he met the criteria for in-patient treatment or for Keyhea orders.

3

- As with Inmate A, it was disturbing, in light of the fact that this inmate was recommended for an EOP level of care, that Inmate B remained at CAL for a long period of time due to his court case.

3.    Inmate C

This 3CMS inmate was housed in the administrative segregation unit. He was diagnosed Unspecified Mental Disorder, non-psychotic, and treated with Zyprexa 20 mg/day.

Inmate C had been housed at CAL since March 2003. He was not previously on the mental health roster. He was transferred to the administrative segregation unit on July 19, 2004, after he was charged with battery on an inmate with a weapon. He received a mental health screening on the following day, which cleared him of mental health concerns.

On October 21, the inmate was seen by a psychiatrist after the inmate complained of a two-year history of auditory hallucinations. At that time, Inmate C was started on Zyprexa and provided with the above diagnosis. He was seen approximately five days later when he reportedly showed some improvement. The last progress notes in his chart indicated that Inmate C was complaining of muscle stiffness and would be referred to a psychiatrist.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was documentation of informed consent for treatment with psychotropic medications present in the inmate's medical record.

- As this inmate had only recently been placed on the mental health roster, it was too early to determine the frequency of his clinical contacts, but he had already been seen by a psychiatrist and a psychologist.

- This inmate was provided with a diagnosis of Unspecified Mental Disorder, non-psychotic. It was unclear why he was treated with an anti-psychotic medication for a diagnosis that sis not include a psychotic disorder.

4.    Inmate D

This 3CMS inmate was housed in the general population. He was diagnosed with Anxiety Disorder, NOS and treated with Prozac 20 mg/day and Hydroxyzine 75 mg as needed.

4

Inmate D had been housed at CAL since March 18, 2004, when he was transferred from Folsom. He was not on the caseload at the time of transfer. It appeared that the inmate was transferred to the administrative segregation unit on July 9, 2004. His initial mental health screening cleared him of serious mental illness.

On July 26, Inmate D was seen by a psychologist pursuant to a referral from the psych tech for multiple suicidal ideations. A suicide risk assessment was performed and the inmate was cleared of suicide risk. Inmate D was seen by a psychiatrist on the following day and was treated with Hydroxyzine for adjustment symptoms. Subsequent progress notes, while the inmate was in the administrative segregation unit, indicated that he had recently been treated with Hydroxyzine, but that clinicians were considering placing him on the 3CMS roster and treating him with anti-depressant medications.

It appeared that this inmate was transferred to general population during mid-August, where he continued to be followed by a psychologist. On September 7, a psychiatrist indicated that the inmate would benefit from treatment with Prozac. This medication was ordered and the inmate was placed on the 3CMS roster at that time. Subsequent progress notes indicated that Inmate D appeared to be relatively stable on medications.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was documentation of informed consent for treatment with psychotropic medications present in the inmate's medical record.

- Case management contacts were documented more frequently than every ninety days.

- Inmate D was seen consistently by a psychiatrist and provided appropriate medication management.

- An IDTT meeting was conducted for Inmate D, but the presence of custody staff was not documented.

- A suicide risk assessment was administered to the inmate as clinically indicated.

5.    Inmate E

This 3CMS inmate was housed in general population. He was diagnosed with Mood Disorder, NOS, possibly secondary to a medical condition, as well as hyperthyroidism. He was treated with Prozac 20 mg/day.

Inmate E had been housed at CAL since April of 2002. He was sporadically followed by mental health since 1998. This inmate had a history of hyperthyroidism and was

receiving ongoing treatment during this period. It appeared that the inmate was transferred to the administrative segregation unit on October 1, 2004. He was seen by a psychologist five days later, when he indicated that he was seeing "people he killed" and having problems sleeping. He was seen by a psychiatrist on the following day, when he was prescribed Prozac and placed on the 3CMS caseload. It appeared that this inmate was transferred back to general population sometime during mid-October. Subsequent progress notes indicated that Inmate E remained with some mild depressive symptoms as well as concerns regarding his need to see a consultant for his thyroid abnormality.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was documentation of informed consent for treatment with psychotropic medications in the inmate's chart.

- The inmate's chart contained documentation of weekly case management contact in the administrative segregation unit.

- There was documentation of case management contacts at least every ninety days, after the inmate's transfer to general population.

- There was also documentation of consistent psychiatric contacts with appropriate medication management in the inmate's UHR.

- Despite this inmate's concern regarding his medical condition, a review of his medical record indicated that his thyroid function tests, which were obtained during October 2004, were generally within normal limits.

6.    Inmate F

This 3MCS inmate was housed in the administrative segregation unit. He was diagnosed with Bipolar Disorder, NOS, and treated with Hydroxyzine 100 mg/day.

Inmate F had been housed at CAL since 1998. He had been followed sporadically by mental health for a number of years with intermittent treatment on Hydroxyzine. It appeared that the inmate was transferred to the administrative segregation unit on June 22, 2004. At that time, his mental health screening cleared him of significant mental health concerns.

The inmate continued to be followed on a monthly basis by a psychologist and a psychiatrist during this time. It appeared that the psychiatrist discussed treatment options with him, including treatment with Lithium, but the inmate indicated that he did not wish to be treated with Lithium.

6

On October 16, Inmate F presented with increased depression and possible suicidal ideation. He was admitted to the OHU for approximately two days and then was discharged back to the administrative segregation unit after he was deemed to not be at risk for suicide. While in the OHU, the inmate was placed on the 3CMS roster. He was seen by a psychiatrist after his return to the administrative segregation unit and his Hydroxyzine was continued.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- This inmate was appropriately admitted to the OHU after presenting with suicidal ideation.

- A suicide risk assessment was administered to the inmate as clinically appropriate.

- The chart contained documentation of five-day follow-up after the inmate was discharged from the OHU.

- The inmate received consistent psychiatric contact as well as contact by a psychologist before and after he was placed on the mental health roster.

7.      Inmate G

This 3CMS inmate was housed in the OHU. He was diagnosed with Psychotic Disorder, NOS, and treated with Risperdal 1 mg/day.

Inmate G was transferred to CAL on October 21, 2004. It appeared that the inmate had previously had been housed at CAL early in 2000. He was placed on the 3CMS roster at that time and transferred to the 3CMS program at CSP/LAC. The inmate was then returned to CAL for a court appearance as a witness in a case.

Inmate G was on Risperdal upon his return to CAL. It appeared that he arrived at the facility without his medical record. It was, however, documented that he received Risperdal upon his arrival at the facility. It seemed that soon after his arrival at the institution, after learning that he was to be housed in the administrative segregation unit, the inmate presented with suicidal ideation and was admitted to the OHU.

On the following day, a psychologist indicated that the inmate was threatening to begin a hunger strike until he was returned to CSP/LAC. The psychologist also indicated that the inmate was number 13 on the waiting list for a MHCB bed. Three days later, the psychologist indicated that the inmate was drinking liquids and that he continued to express suicidal ideation if sent to the administrative segregation unit. There was documentation that the inmate ate a meal on October 24. An ICC hearing was held on

7

the day of the monitoring visit and it appeared that the inmate was scheduled for return to CSP/LAC.

This inmate was interviewed by the monitor's expert on the day of the monitoring visit. He indicated that he had concerns regarding his transfer from the OHU and indicated that he would be suicidal if transferred out of the OHU. A review of nursing records indicated that Inmate G had been drinking fluids and had been showering.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- This inmate was appropriately evaluated upon his arrival to CAL and placed in the OHU for suicidal reasons.

- A suicide risk assessment was performed on the inmate as clinically indicated.

- It appeared that this inmate was appropriately monitored medically due to his initiation of a hunger strike, including documentation of his weight and nutritional intake.

- In light of the long waiting list for a MHCB bed and the situational stressors precipitating this inmate's suicidal threat, transfer to a MHCB unit did not appear to be warranted.

8.    Inmate H

This 3CMS inmate was housed in the administrative segregation unit. He was diagnosed with bereavement and Adjustment Disorder with mixed features. He was not treated with psychotropic medications at the time of the monitoring visit.

Inmate H had been housed at CAL since February 2004. He was not previously on the mental health roster. It appeared that the inmate was initially transferred to the administrative segregation unit on April 22, after he participated in a riot. He was then sent to the administrative segregation unit on July 9, 2004, due to possession of a weapon. At that time, his mental health screening was negative for mental health concerns.

On September 6, Inmate H was seen by a psychiatrist when he reported an increase in depressive symptoms and anxiety. It appeared that the inmate's grandmother had recently died. He was treated at that time with Hydroxyzine. On October 9, a psychologist documented that the inmate was admitted to the OHU due to taking approximately 15 Hydroxyzine, which he had apparently hoarded. He remained housed in the OHU for approximately three days. While there, he was placed on the 3CMS roster.

8

October 12, the inmate indicated that he wished to discontinue psychotropic medications. He was discharged back to the administrative segregation unit and his medications were discontinued. The inmate was seen for five-day clinical follow-up. His last clinical contact with the psychologist and psychiatrist indicated that Inmate H did not wish to take psychotropic medications. The inmate was angry at the accusation that he took an overdose of his medications.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- The chart contained documentation of five-day follow-up after the inmate was discharged from the OHU.

- There was documentation of weekly case management contacts in administrative segregation.

- This inmate was appropriately admitted to the OHU for suicidal reasons.

EXHIBIT  V

Centinela State Prison (CEN)

October 26, 2004 – October 27, 2004.

1.    Inmate A

This EOP inmate was housed in general population. He was diagnosed with Post-Traumatic Stress Disorder and Schizophrenia, paranoid type, and was treated with Zoloft 15 mg/day and Seroquel 50 mg/day.

Inmate A was transferred to CEN from NKSP on August 11, 2004. He was not on the mental caseload at NKSP. Upon his arrival at CEN, the inmate was referred to mental health in response to his report of depressive symptoms resulting from situational stressors. Inmate A was seen by a psychiatric nurse on the following day; a suicide risk assessment was completed and the inmate was referred to a psychologist. Inmate A was seen by a psychologist on September 22, 2004, at which time it was noted that he had previously been treated with antidepressant medication. The inmate was then referred to a psychiatrist, who saw him on October 14, 2004, assigned him an EOP level of care and started him on Zoloft. One week later, he was seen by the psychiatrist for follow-up and Seroquel was added to his medication regimen due to his complaint of auditory hallucinations.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- The inmate's chart contained documentation of informed consent.

- The inmate's IDTT meeting did not document the presence of custody staff.

- There was documentation of weekly case management contact by the psychiatrist in the inmate's UHR.

2.    Inmate B

This 3CMS inmate was housed in general population. He was diagnosed with Major Depressive Disorder and treated with Zoloft 50 mg/day.

Inmate B was transferred from NKSP to CEN on June 17, 2004. He was not previously on the mental health caseload. He was seen by a psychiatrist on July 29, 2004, when he reported situational stressors related to his cellmate. The inmate's next scheduled appointment with the psychiatrist was on August 17. Inmate B continued to complain of similar difficulties.

On September 30, the inmate was seen again by the psychiatrist and given a diagnosis of Major Depressive Disorder. He was treated with Zoloft and placed on the 3CMS caseload. The inmate was seen for follow-up by the psychiatrist on October 22, 2004, at which time he reported experiencing some mild medication side effects; a decision was made to continue with the same treatment regimen.

2

Assessment:

The following comments were noted regarding the care provided to this inmate:

- The inmate's chart documented case management contacts at least every 90 days.

- An informed consent form for treatment with a psychotropic medication was present in the inmate's medical record.

- Although there was no psychologist present at the inmate's IDTT meeting, it appeared that the psychiatrist who attended the meeting acted as the case manager; custody staff was also present at the meeting.

3.    Inmate C

This 3CMS inmate was housed in the administrative segregation unit. He was diagnosed with Schizophrenia, paranoid type; an alternative diagnosis of Delusional Disorder, paranoid type, was also considered for this inmate. Inmate C was not treated with psychotropic medications at the time of this monitoring visit.

Inmate C was transferred to CEN during August 2002. He was followed by mental health staff sporadically due to his complaints regarding his cellmates. The inmate sent a self-referral on August 20, 2004, indicating his belief that the custody staff was reading his mail. He was seen by a psychiatric nurse five days later and was referred to the psychologist. The inmate was seen for follow-up by the psychologist on September 9, 2004.

Inmate C was transferred to the administrative segregation unit on September 28, 2004. He was screened on the day after his arrival in the unit and cleared of mental health concerns. On October 12, the inmate complained of problems sleeping and presented with probable paranoid delusional thinking. He was seen by a psychiatrist on the same day and was provided with the above diagnosis. The psychiatrist indicated an intent to continue monitoring the inmate and considered him for inclusion in the 3CMS program. On October 22, the inmate was seen for psychiatric follow-up. He presented with definite paranoid delusional thinking regarding correctional officers and had poor insight. At that time, he reportedly refused medications. He was placed on the 3CMS caseload.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- This inmate was appropriately placed on the mental health roster after presenting with psychotic symptoms.

- A mental health screening was performed at the time of the inmate's

3

arrival in the administrative segregation unit.

- Although Inmate C was not prescribed psychotropic medications, it did not appear that he met the criteria for a Keyhea order.

- As this inmate had only been placed on the mental health caseload recently, it was too early to evaluate the frequency of his clinical contacts in the administrative segregation unit.

4.    Inmate D

This EOP inmate was housed in general population. He was diagnosed with Psychotic, Disorder, NOS., and treated with Risperdal 0.5 mg/day.

Inmate D was transferred from CIM to CEN on April 21, 2004. He had not been on the mental health roster previously. On June 10, the inmate submitted a self-referral to mental health, indicating possible suicidal ideation and depression. He was seen by a psychiatric nurse and a suicide risk assessment was performed; the inmate was deemed to be at low suicide risk. He was seen again for follow-up by the psychiatric nurse on June 22; at that time, the inmate was reportedly stable and follow-up was ordered as needed.

This inmate again submitted a self-referral with similar complaints on August 23, 2004. He was again seen by the psychiatric nurse who referred the inmate to the psychologist for follow-up. The psychologist saw the inmate on September 15, recommended an EOP level of care and referred the inmate to the psychiatrist. Inmate D was seen by the psychiatrist two days later, at which time he reported auditory hallucinations. The inmate was started on Risperdal at that time. Subsequent progress notes indicated that the inmate was compliant with his medications.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- Informed consent for treatment with psychotropic medications was present in the inmate's medical record.

- The inmate's chart contained the appropriate MAR forms, which indicated that Inmate D was compliant with his medications.

- The inmate's suicide risk assessments were completed as clinically indicated.

- The inmate's IDTT meeting included the necessary participants.

- Although Inmate D was recommended for an EOP level of care during mid-September, it appeared that he was seen every two weeks for clinical

4

contact, rather than every week as required.

5.    Inmate E

This 3CMS inmate was housed in the administrative segregation unit. He was diagnosed with Depressive Disorder, NOS, and treated with Zoloft 50 mg/day.

Inmate E had been housed at CEN since May 2003 and confined in the administrative segregation unit since December 2003. This inmate was not previously on the mental health caseload and his mental health screening at the time of his placement in administrative segregation was negative. On October 21, 2004, the inmate was seen by a psychologist after the psych tech referred him for complaints of depression. It appeared that the inmate had received a RVR for masturbation and was reporting suicidal ideation. Inmate E was placed on the mental health caseload at the time of this psychology visit. He was seen by the psychiatrist on the following day and started on Zoloft for depressive symptoms. An IDTT meeting was scheduled.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was informed consent for treatment with psychotropic medications in the inmate's chart.

- Because this inmate had only recently been placed on the mental health roster, it was too early to determine the frequency of case management contacts. It appeared that the inmate's clinical contacts to date had been out-of-cell.

- There was no suicide risk assessment documented in the UHR, after the inmate presented with suicidal ideation on October 21.

6.    Inmate F

This 3CMS inmate was housed in general population. He was diagnosed with Major Depressive Disorder and treated with Zoloft 50 mg/day

Inmate F was transferred from CSP/LAC to CEN on February 24, 2004. He was not previously on the mental health caseload. On August 27, 2004, the inmate sent a self-referral, requesting a mental health evaluation; he was initially seen by a psychiatric nurse and referred to the psychologist. He was seen by a psychiatrist on August 31, when he presented with depressive symptoms. The inmate indicated that he did not wish to be treated with psychotropic medications at that time, but he was placed on the 3CMS roster. He was seen by the psychiatrist one week later and was agreeable to treatment with Zoloft. The inmate's last documentation of clinical contact occurred on September 21,

2004; he continued to report mild depressive symptoms to the psychiatrist at that meeting.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was documentation of informed consent for treatment with psychotropic medications in the inmate's chart.

- The chart contained documentation of case management contact by a psychiatrist at least every ninety days.

- The inmate received a timely IDTT meeting with the necessary participants.

7.    Inmate G

This 3CMS inmate was housed in general population. He was diagnosed with Major Depressive Disorder and treated with Zoloft 15 mg/day.

Inmate G was transferred from WSP to CEN on April 13, 2004. He was not previously on the mental health roster. The inmate submitted a request to be seen by mental health on July 30 and was seen by a psychiatric nurse on the same day. He was referred to a psychologist and seen on August 18, at which time he reported depressed mood and situational stressors. Inmate G was then referred to a psychiatrist, who saw the inmate on September 1 and provided him with the above diagnosis. The inmate was started on Zoloft and recommended for a 3CMS level of care. Subsequent progress notes indicated that the inmate showed improvement on medications.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- There was documentation in the inmate's chart of case management contacts by a psychiatrist at least every ninety days and generally more often.

- The inmate received a timely IDTT meeting with the necessary participants.

- An informed consent form for treatment with psychotropic medication was in the inmate's medical record.

- The September MAR indicated that Inmate G was compliant with his medications; the appropriate MAR form was utilized.

6

8.    Inmate H

This 3CMS inmate was housed in the administrative segregation unit. He was diagnosed with Post-Traumatic Stress Disorder and treated with Zoloft 100 mg/day.

Inmate H had been housed at CEN since December 2001 and confined in the administrative segregation unit since August 31, 2004. It appeared that this inmate had been followed by mental health sporadically, but was not on the mental health roster in August. On October 8, 2004, the inmate was referred by a psych tech to the psychiatrist due the inmate's complaints of anxiety. He was given the above diagnosis by the psychiatrist, treated with Zoloft and recommended for an EOP level of care. He was last seen for a psychiatric evaluation on October 22, 2004

Assessment:

The following comments were noted regarding the care provided to this inmate:

- An informed consent form for treatment with psychotropic medication was in the inmate's medical record.

- The inmate's UHR contained no documentation of weekly case management contacts in the administrative segregation unit.

9.    Inmate I

This 3CMS inmate was housed in the administrative segregation unit. He was diagnosed with Major Depressive Disorder and treated with Zoloft 50 mg/day.

Inmate I had been housed at CEN since October 2003. He was not previously on the mental health roster. It appeared that the inmate was transferred to the administrative segregation unit on September 1, 2004. His mental health screening, completed on the day following his placement in administrative segregation, was negative. Inmate I was seen by a psychologist on October 6, after a psych tech referred him for weight loss and insomnia. The inmate was then referred to a psychiatrist. Inmate I was seen by a psychiatrist on October 22, provided the above diagnosis and started on Zoloft. He was also placed on the 3CMS roster at that time.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- Inmate I was appropriately placed on the mental roster after presenting with depressive symptoms.

7

- An informed consent form for treatment with psychotropic medication was in the inmate's medical record.

- It appeared that all of the inmate's clinical contacts were out-of-cell.

- It was too early to determine the frequency of the inmate's clinical contacts in the administrative segregation unit.

10.    Inmate J

This 3CMS inmate was housed in general population. He was diagnosed with Depressive Disorder, NOS and Generalized Anxiety Disorder and treated with Zoloft 50 mg/day.

Inmate J had been housed at CEN since October 2002. Progress notes indicated that he was followed consistently by the mental health department due to his frequent requests for a single cell. The frequency of the inmate's follow-up contacts increased during August and September 2004. Inmate J was seen by a psychiatrist on September 15 and given the above diagnoses. The inmate was started on Zoloft at that time and placed on the 3CMS roster. Subsequent progress notes indicated that the inmate reported an improvement in his symptoms.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- An informed consent form for treatment with psychotropic medication was in the inmate's medical record.

- The inmate's chart contained documentation of case management contacts by a psychiatrist more frequently than every ninety days.

- The inmate received a timely IDTT meeting, but there was no documentation that custody staff was present.

11.    Inmate K

This 3CMS inmate was housed in general population. He was diagnosed with Major Depressive Disorder and treated with Zoloft 15 mg/day.

Inmate K was transferred to CEN from RJD on August 20, 2004. He was not previously on the mental health roster. The inmate submitted a self-referral on August 27, 2004, indicating complaints of anxiety and visual hallucinations. He was seen by a psychiatric nurse on September 1, 2004. The nurse completed a suicide risk assessment and referred that inmate to a psychologist. One week later, Inmate K was seen by a psychologist, who recommended a 3CMS level of care. The inmate was seen by a psychiatrist two days

8

later and started on Zoloft. Subsequent progress notes indicated that the inmate was compliant with his medications and showed some improvement.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- An informed consent form for treatment with psychotropic medication was present in the inmate's medical record.

- The inmate received a timely IDTT meeting that included the necessary participants.

- The inmate's UHR contained documentation of case management contacts by a psychiatrist at least every ninety days.

- A suicide risk assessment was completed as clinically indicated.

12.    Inmate L

This 3CMS inmate was housed in the administrative segregation unit. He was diagnosed with Major Depressive Disorder and treated with Zoloft 100 mg/day.

Inmate L was transferred from NKSP to CEN on July 20, 2004. It appeared that he was transferred to the administrative segregation unit on September 8, 2004. The inmate's mental health screening, completed on September 12, was negative. Prior to that, the inmate was seen by a psychiatrist on September 10, when he reported depressive symptoms and anxiety related to his administrative segregation placement.

Inmate L continued to report depressive symptoms, including anorexia and weight loss. He was subsequently followed by the psych tech, psychiatric nurse and psychologist. He was seen by the psychiatrist on October 7, at which time he was provided with the above mentioned diagnosis, placed on the 3CMS roster and treated with Zoloft. The last documented clinical contact in the UHR occurred on October 22, when the inmate was seen by the psychiatrist. Inmate L reported an improved appetite during that meeting, but his depressive symptoms remained unchanged. The inmate's Zoloft was increased at that time.

Assessment:

The following comments were noted regarding the care provided to this inmate:

- An informed consent form for treatment with psychotropic medication was present in the inmate's medical record.

- Inmate L was appropriately placed on the mental health roster.

9