**COLEMAN v. SCHWARZENEGGER
CASE NO. CIV S-90-0520 LKK JFM P**

**DEFENDANTS' SECOND FURTHER RESPONSE TO PLAINTIFFS' NOTICE
OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION**

**EXHIBIT NO. 7: 11/9/05 MEMORANDUM**

State of California                                                     Department of Corrections and Rehabilitation
                                                                                     Division of Adult Institutions

# Memorandum

Date : November 9, 2005

To : Associate Directors, Division of Adult Institutions
Wardens

Subject: **HEADQUARTERS ADMINISTRATIVE OFFICER OF THE DAY WORKSHEETS FOR REPORTING**

This memorandum is to direct institutional staff to use the Worksheets for Reporting to collect required information before contacting the Headquarters Administrative Officer of the Day (AOD).

It is my expectation that these AOD forms be used by the institutional AODs when collecting information so that the required information is at hand while making the necessary notifications which include the Headquarters AOD.

The Worksheets for Reporting have been distributed to the Wardens by the Associate Directors and were also distributed at a Warden's meeting at the Richard A. McGee Correctional Training Center during the week of January 18-21, 2005.

If you would like these forms electronically, please contact Cathy Sanchez, Office Technician, Emergency Operations Unit (EOU), either by email at Catherine.Sanchez@cdcr.ca.gov, or by telephone at (916) 324-8995.

In addition, it is requested that you instruct your institutional AOD to provide the Headquarters AOD with the following specific information. This requirement will continue until further notice:
- In situations wherein a 40MM sponge round is fired, identify if the shooter has been trained using the revised 40MM qualification procedure.
- In situations wherein a person's medical condition requires Cardiopulmonary Resuscitation (CPR) be performed, identify the following:
    o Was CPR performed?
    o If not, why not?
    o What was the personnel classification of the person(s) that performed the CPR?
    o Were the CPR efforts successful?

* CDC 1617 (3/89)

Associate Directors, Division of Adult Institutions
Wardens
Page 2

If you have any questions regarding this direction about Headquarters AOD notification or reporting regarding the performance of CPR, you may contact Ron Cappel, Correctional Lieutenant, Division of Adult Institutions, at (916) 322-6038.

*[signature]*

D. L. RUNNELS
Deputy Director (A)
Division of Adult Institutions

| cc: | John Dovey | Sandra Duveneck | Walter Allen III |
|---|---|---|---|
| | David Lewis | Kathleen Keeshen | Renee Kanan M.D., MPH |
| | Richard A. Rimmer | Kathleen Dickinson | Karen Wong |
| | Tim Virga | Ombudsman's Office | Shirley R. Stiles |
| | Ken Kukrall | Ron Cappel | |

**COLEMAN v. SCHWARZENEGGER**
**CASE NO. CIV S-90-0520 LKK JFM P**

**DEFENDANTS' <u>SECOND</u> FURTHER RESPONSE TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION**

**EXHIBIT NO. 8: MEMORANDUM 1/10/06**

State of California                                California Department of Corrections and Rehabilitation

# Memorandum

Date    :   January 10, 2006

To      :   Associate Directors, Division of Adult Institutions
            Wardens

Subject:    **Cardio pulmonary resuscitation – overall directives**

As we continue to move through the process of showing compliance with the June 9, 2005, Coleman vs. Schwarzenegger Cardio Pulmonary Resuscitation (CPR) Court Order, several issues have arisen. We felt it was important to create a single reference document outlining all of the mandates created/implemented by this Court Order.

On September 12, 2005, the Division of Adult Institutions (DAI) issued a memorandum entitled "Policy Regarding Peace Officers Responsibility for Use of Cardio Pulmonary Resuscitation and First Aid". In summary, this memorandum contained the DAI policy. It further outlined that a peace officer's initiation of CPR/First Aid does not relieve responding medical personnel of their responsibility to assume life saving efforts upon arrival and stated that the combined efforts of both custody and medical personnel are expected. Lastly, it addressed the addition of mandatory off-post training for CPR/First Aid effective January 2005.

Also on September 12, 2005, a cover memorandum entitled "Cardio Pulmonary Resuscitation" was distributed. This memorandum stated in summary that the new CPR policy was being distributed for immediate implementation. It further explained that the DAI had purchased new standardized safety equipment, the CPR mouth shield. It directed that upon receipt of the CPR mouth shields, documented on-the-job training must be provided by a certified CPR instructor to all peace officers designated to perform CPR/First Aid. It set the expectation that once trained; each designated employee must carry the CPR mouth shield at all times. It directed each institution to ensure and confirm Housing Unit Control Booths and/or designated areas were equipped with the CPR safety equipment that was negotiated in the Blood borne Pathogen Agreement. Lastly, it required that the CPR mouth shield be stored with the emergency cut down device.

On October 21, 2005, a memorandum entitled "Amended Policy Regarding Peace Officers' Responsibility for Providing Immediate Life Support" was distributed to all institutions. This memorandum supersedes the CPR policy distributed on September 12, 2005, and in summary provides the amended CPR policy.

Also on October 21, 2005, a cover memorandum entitled "Amended Cardio

CDC 1617 (3/89)

Associate Directors, Division of Adult Institutions
Wardens
Page 2

Pulmonary Resuscitation Policy" was distributed. In summary, it explained the reason for the amended policy and provided direction that all institutions must immediately provide documented on-the-job training of the amended CPR policy for all designated peace officers.

In an effort to alleviate the on-going concerns of the court, the following will be required:

o  Each institution shall create a written procedure outlining the steps necessary for an employee to obtain a replacement CPR mouth shield. The replacement CPR mouth shields must be provided to the employee within one hour of being notified of the need. Expected completion date is January 27, 2006.

o  Each institution shall ensure that the CPR mouth shield, cut-down tool, and personal protective equipment (PPE) are maintained and inventoried, per their institutional operational procedure within housing unit control booths and/or designated areas within each living unit. This process should include the steps an employee should take to obtain a replacement CPR mouth shield if it has been removed from the cutdown kit for any reason. Expected completion date is January 27, 2006.

o  Designated peace officers are required to carry their CPR mouth shield on their person at all times, while on duty. As with any required piece of safety equipment, it is each supervisor's responsibility to interact with their assigned staff and if it is observed that an employee is not carrying his/her required safety equipment, then the issue must be addressed immediately.

o  Each institution will develop a procedure to ensure that the training records of designated peace officers are checked prior to their return to duty from long-term absences. If it is determined that a returning employee is no longer in compliance with the annual CPR training requirement or has not received documented training on the amended CPR policy or issuance/training of the CPR mouth shield, then he/she will not be placed in a post until such training is completed. This process should be similar to those utilized to ensure returning employees meet weapons qualification standards and/or Tuberculosis Testing requirements. Expected completion date is February 28, 2006.

o  Effective immediately, in incidents that require the initiation of CPR as outlined in the above directives, the CDCR Form 837, Incident Report must include the following:

  • Was CPR Performed?
  • If CPR was not performed, provide detail of the circumstances that precluded CPR.
  • The classification of the person(s) providing CPR and their training status.
  • The outcome of CPR efforts.

Associate Directors, Division of Adult Institutions
Wardens
Page 3

- o Each Warden will direct the Associate Warden, Business Services to ensure the CPR mouth shields are placed into the automated inventory system maintained by the support warehouse. A minimum re-order level will be established to ensure that replacement CPR mouth shields are ordered before the existing inventory levels are depleted. Expected completion date is February 28, 2006.

If you have any questions or require additional information, please contact Nancy Hardy, Associate Warden, at (916) 327-5311.

*Original signed by:*

D. L. RUNNELS
Deputy Director (A)
Division of Adult Institutions

c:  John Dovey
    Lisa Tillman
    Nancy Hardy