**COLEMAN v. SCHWARZENEGGER**
**CASE NO. CIV S-90-0520 LKK JFM P**

**DEFENDANTS' <u>SECOND</u> FURTHER RESPONSE TO PLAINTIFFS' NOTICE**
**OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION**

**EXHIBIT NO. 9: WARDENS' DECLARATIONS**

## INDEX TO EXHIBIT NO. 9: WARDENS' DECLARATIONS

**General Population Levels 2 and 3**
-Avenal State Prison
-California Correctional Center
-Correctional Training Facility
-CSP Solano
-Chuckawalla Valley State Prison
-Folsom State Prison
-Ironwood State Prison
-Sierra Conservation Center
**General Population Levels 3 and 4**
-Calipatria State Prison
-Centinela State Prison
-California Men's Colony
-California Medical Facility, Vacaville
-California State Prison, Lancaster
-Mule Creek State Prison
-Pleasant Valley State Prison
-California Substance Abuse and Treatment Facility, Corcoran
**Female Offender Institutions**
-California Rehabilitation Center
-California Institution for Women
-Central California Women's Facility
-Valley State Prison for Women
**Reception Centers**
-California Institution for Men
-San Quentin State Prison
-Deuel Vocational Institution
-Richard J. Donovan Correctional Facility
-North Kern State Prison
-Wasco State Prison
**High Security**
-California Correctional Institution
-California State Prison, Corcoran
-California State Prison, Sacramento
-High Desert State Prison
-Kern Valley State Prison
-Pelican Bay State Prison
-Salinas Valley State Prison

## DIVISION OF ADULT INSTITUTIONS
### Institution Responses to Court Order from Declarations

Data as of 1/30/2006 Declaration

| | | | | |
|---|---|---|---|---|
| **ASP** | | | | Yes |
| Completed | 828 | 828 | 828 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 29 | 29 | |
| **CCC** | | | | Yes |
| Completed | 684 | 676 | 678 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 22 | 20 | |
| **CTF** | | | | |
| Completed | 1054 | 1087 | 1087 | Yes |
| Available/Not Completed | | 0 | 11 | |
| Not Available | | 5 | 58 | |
| **CVSP** | | | | Yes |
| Completed | 420 | 413 | 420 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 24 | 17 | |
| **FOL** | | | | Yes |
| Completed | 620 | 620 | 620 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 13 | 13 | |
| **ISP** | | | | Yes |
| Completed | 708 | 682 | 691 | |
| Available/Not Completed | | 1 | 0 | |
| Not Available | | 43 | 36 | |
| **SCC** | | | | Yes |
| Completed | 602 | 594 | 597 | |
| Available/Not Completed | | 3 | 0 | |
| Not Available | | 5 | 5 | |
| **SOL** | | | | Yes |
| Completed | 735 | 695 | 695 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 41 | 41 | |

1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 | 1300 I Street, Suite 125
P.O. Box 944255
7 | Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8 | Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov
9 |
10 |
11 | Attorneys for Defendants

12 | **IN THE UNITED STATES DISTRICT COURT**

13 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14 | RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15 |                        Plaintiff(s),
                                            **SECOND DECLARATION OF**
16 | v.                                      **WARDEN K. MENDOZA-POWERS**
                                            **CONCERNING CPR COMPLIANCE**
17 | ARNOLD SCHWARZENEGGER, et al.,

18 |                        Defendant(s).

19 |

20 | I, K. Mendoza-Powers, declare:
                        *(insert name of warden)*
21 |     1.    I am employed by the California Department of Corrections and Rehabilitation as

22 | the warden of Avenal State Prison.
                        *(insert name of prison)*
23 |

24 |     2.    I have personal knowledge of the facts stated in this declaration and if called to

25 | testify would do so competently.

26 |     3.    I am aware that this court issued an order in June 2005, requiring the CDCR to

27 | develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28 | correctional officers upon inmates.

/ / /

1

1    4.   My prison has been engaged in an ongoing effort to provide certified CPR

2  training to every designated employee (correctional officers, correctional counselor I,

3  lieutenants and sergeants).  As of January 27, 2006, 100 percent or 828. numbers of designated

4  employees at my prison had been trained in the performance of CPR.

5    5.   I received and distributed to the designated correctional officers in my prison the

6  October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7  to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8  support measures.

9    6.   As of January 27, 2006, the October 21, 2005, amended CPR policy

10  memorandum has been distributed to, with on-the-job training provided, to 828 designated

11  employees or 100. percent of designated employees at my prison.  Approximately 29 in

12  number have not received training on this amended CPR policy due to being on leave status

13  (vacation, family, medical or other basis of leave) and 0 in number have not received this

14  training but are available for such training.

15    7.   As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16  the-job training provided, to 828 in number or 100 percent of designated employees at my

17  prison.  Approximately 29 in number have not received training on this amended CPR mouth

18  shield due to being on leave status (vacation, family, medical or other basis of leave) and

19  0 in number have not received this training but are available for such training.

20    8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

21  housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be

22  conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to

23  determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24  protective equipment were available as part of every cutdown kit.  The inventory was conducted

25  in January 2006, by various staff members.  I personally reviewed the inventory conducted by

26  these employees.

27  ///

28  ///

2

1    9. My institution has implemented a written procedure for replacing CPR mouth

2  shields that were either:

3        1) issued to staff and have been used or lost, or

4        2) removed from the cutdown kits and used.

5        I declare under the penalty of perjury that the foregoing is true and correct.

6

7  Date: January 30, 2006                    By: _____

8                                            K. Mendoza-Powers
                                             Warden of *(insert name of prison)*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
10
11 Attorneys for Defendants

12       IN THE UNITED STATES DISTRICT COURT

13     FOR THE EASTERN DISTRICT OF CALIFORNIA

14 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                        Plaintiff(s),      **SECOND DECLARATION OF**
                                             **WARDEN K. PROSPER**
16 v.                                        **CONCERNING CPR COMPLIANCE**

17 ARNOLD SCHWARZENEGGER, et al.,

18                        Defendant(s).

19

20      I, K. PROSPER, declare:
           *(insert name of warden)*
21     1.   I am employed by the California Department of Corrections and Rehabilitation as

22 the warden of the California Correctional Center.
                 *(insert name of prison)*
23     2.   I have personal knowledge of the facts stated in this declaration and if called to

24 testify would do so competently.

25     3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 correctional officers upon inmates.

28 ///

                                    1

1    4.    My prison has been engaged in an ongoing effort to provide certified CPR

2    training to every designated employee (correctional officers, correctional counselor I,

3    lieutenants and sergeants).  As of January 27, 2006, 100 percent or 684 numbers of designated

4    employees at my prison had been trained in the performance of CPR.

5        5.    I received and distributed to the designated correctional officers in my prison the

6    October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7    to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8    support measures.

9        6.    As of January 27, 2006, the October 21, 2005, amended CPR policy

10    memorandum has been distributed to, with on-the-job training provided, to 676 designated

11    employees or 100 percent of designated employees at my prison.  Approximately 22 in

12    number have not received training on this amended CPR policy due to being on leave status

13    (vacation, family, medical or other basis of leave) and -0- in number have not received this

14    training but are available for such training.

15        7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16    the-job training provided, to 678 in number or 100 percent of designated employees at my

17    prison.  Approximately 20 in number have not received training on this amended CPR mouth

18    shield due to being on leave status (vacation, family, medical or other basis of leave) and

19    -0- in number have not received this training but are available for such training.

20        8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

21    housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be

22    conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to

23    determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24    protective equipment were available as part of every cutdown kit.  The inventory was conducted

25    in January 2006, by custody supervisors.  I personally reviewed the inventory conducted by these

26    employees.

27    ///

28    ///

2

1        9. My institution has implemented a written procedure for replacing CPR mouth

2  shields that were either:

3        1) issued to staff and have been used or lost, or

4        2) removed from the cutdown kits and used.

5        I declare under the penalty of perjury that the foregoing is true and correct.

6

7  Date: __January 26, 2006____        By: _____

8                               K. PROSPER

                               Warden of the California Correctional Center

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 327-7872
     Fax: (916) 324-5205
9    Email: Lisa.Tillman@doj.ca.gov

10 Attorneys for Defendants

11                 IN THE UNITED STATES DISTRICT COURT

12                FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14 RALPH COLEMAN, et al.,                     CIV S-90-0520 LKK JFM P

15                          Plaintiff(s),    SECOND DECLARATION OF
                                             WARDEN ...........................
16 v.                                        CONCERNING CPR COMPLIANCE

17 ARNOLD SCHWARZENEGGER, et al.,

18                          Defendant(s).

19

20    I, Patricia Barker declare:

21    1.    I am employed by the California Department of Corrections and Rehabilitation as

22 warden of the Correctional Training Facility, Soledad.

23    2.    I have personal knowledge of the facts stated in this declaration and if called to

24 testify would do so competently.

25    3.    I am aware that this court issued an order in June 2005, requiring the CDCR to

26 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 correctional officers upon inmates.

28    ///

                                        1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, <u>96.5</u> percent or <u>1054</u> numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.    As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to <u>1087</u> designated employees or <u>99.5</u> percent of designated employees at my prison. Approximately <u>5</u> in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and <u>0</u> in number have not received this training but are available for such training.

7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to <u>1087</u> in number or <u>99.5</u> percent of designated employees at my prison. Approximately <u>58</u> in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and <u>11</u> in number have not received this training but are available for such training.

8.    I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by <u>the Correctional Captains</u>. I personally reviewed the inventory conducted by these employees.

///

2

9. My institution has implemented a written procedure for replacing CPR mouth shields that were either:

1) issued to staff and have been used or lost, or

2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: _January 31, 2006_    By: _____

Patricia Barker, Warden (A)
Correctional Training Facility

3

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 327-7872
     Fax: (916) 324-5205
9    Email: Lisa.Tillman@doj.ca.gov
10
11 Attorneys for Defendants

12            IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
                            Plaintiff(s),
15                                           SECOND DECLARATION OF
16 v.                                        WARDEN TOM L. CAREY...........
                                             CONCERNING CPR COMPLIANCE
17 ARNOLD SCHWARZENEGGER, et al.,

18                          Defendant(s).

19

20      I, .**Tom L. Carey** declare:
             1. I am employed by the California Department of Corrections and
21 Rehabilitation as the warden of **CSP-SOLANO.**

22      2.   I have personal knowledge of the facts stated in this declaration and if called to

23 testify would do so competently.

24      3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

25 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

26 correctional officers upon inmates.

27 / / /

28

                                         1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of January 27, 2006, **99.9 percent** or **735** number of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.    As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to **695** designated employees at my prison.  Approximately **41** in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and **0** in number have not received this training but are available for such training.

7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to **695** in number of designated employees at my prison.  Approximately **41** in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and **0** in number have not received this training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit.  The inventory was conducted in January 2006, by **Correctional Sergeant J. Benavidez and Correctional Sergeant N. Hefly**.  I personally reviewed the inventory conducted by these employees.

/ / /

/ / /

9. My institution has implemented a written procedure for replacing CPR mouth shields that were either:

1) Issued to staff and have been used or lost, or
2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: _1/27/06_                    By: _____
                                   Warden of CSP-SOLANO

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9
10  Attorneys for Defendants
11

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14  RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

                           Plaintiff(s),
15                                            SECOND DECLARATION OF
                                              WARDEN (A), JUAN F. SALAZAR
16  v.                                        CONCERNING CPR COMPLIANCE

17  ARNOLD SCHWARZENEGGER, et al.,

18                         Defendant(s).

19

20      I, Juan F. Salazar. declare:

21      1.    I am employed by the California Department of Corrections and Rehabilitation as

22  the Warden (A) of Chuckawalla Valley State Prison.

23      2.    I have personal knowledge of the facts stated in this declaration and if called to

24  testify would do so competently.

25      3.    I am aware that this court issued an order in June 2005, requiring the CDCR to

26  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27  correctional officers upon inmates.

28  ///

                                            1

4.   My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of January 27, 2006, 96.1 percent or 420 numbers of designated employees at my prison had been trained in the performance of CPR.

5.   I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.   As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 413 designated employees or 94.5 percent of designated employees at my prison.  Approximately 24 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and zero (0) in number have not received this training but are available for such training.

7.   As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 420 in number or 96.1 percent of designated employees at my prison.  Approximately 17 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and zero (0) in number have not received this training but are available for such training.

8.   I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit.  The inventory was conducted in January 2006, by G. Soto, Correctional Lieutenant.  I personally reviewed the inventory conducted by these employee.

///

///

1      9. My institution has implemented a written procedure for replacing CPR mouth

2   shields that were either:

3         1) issued to staff and have been used or lost, or

4         2) removed from the cutdown kits and used.

5         I declare under the penalty of perjury that the foregoing is true and correct.

6

7   Date: *1·26·06*                     By: _____

8                                       J. F. Salazar, Warden (A)
                                        Chuckawalla Valley State Prison

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        3

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6     1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
      Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10
11  Attorneys for Defendants

12          IN THE UNITED STATES DISTRICT COURT

13        FOR THE EASTERN DISTRICT OF CALIFORNIA

14  RALPH COLEMAN, et al.,                CIV S-90-0520 LKK JFM P

15                         Plaintiff(s),
                                          SECOND DECLARATION OF
16  v.                                    WARDEN MATTHEW C. KRAMER
                                          CONCERNING CPR COMPLIANCE
17  ARNOLD SCHWARZENEGGER, et al.,

18                         Defendant(s).

19

20      I, ...Matthew C. Kramer.........................declare:

21      1.   I am employed by the California Department of Corrections and Rehabilitation as

22  the warden of ....Folsom State Prison...............
                    *(insert name of prison)*
23      2.   I have personal knowledge of the facts stated in this declaration and if called to

24  testify would do so competently.

25      3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27  correctional officers upon inmates.

28  ///

                                  1

1       4.   My prison has been engaged in an ongoing effort to provide certified CPR

2  training to every designated employee (correctional officers, correctional counselor I,

3  lieutenants and sergeants).  As of January 27, 2006, 99.98 percent or 620 numbers of

4  designated employees at my prison had been trained in the performance of CPR.

5       5.   I received and distributed to the designated correctional officers in my prison the

6  October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7  to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8  support measures.

9       6.   As of January 27, 2006, the October 21, 2005, amended CPR policy

10  memorandum has been distributed to, with on-the-job training provided, to 620 designated

11  employees or 99.98 percent of designated employees at my prison.  Approximately 13 in

12  number have not received training on this amended CPR policy due to being on leave status

13  (vacation, family, medical or other basis of leave) and -0- in number have not received this

14  training but are available for such training.

15       7.   As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16  the-job training provided, to 620 in number or 99.98 percent of designated employees at my

17  prison.  Approximately 13 in number have not received training on this amended CPR mouth

18  shield due to being on leave status (vacation, family, medical or other basis of leave) and

19  -0-.in number have not received this training but are available for such training.

20       8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

21  housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be

22  conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to

23  determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24  protective equipment were available as part of every cutdown kit.  The inventory was conducted

25  in January 2006, by Sergeant K. Darnell.  I personally reviewed the inventory conducted by these

26  employees.

27  ///

28  ///

9. My institution has implemented a written procedure for replacing CPR mouth shields that were either:

1) issued to staff and have been used or lost, or

2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: _1-30-06_                        By: _____
                                           MATTHEW C. KRAMER
                                           Warden of Folsom State Prison

3

1    BILL LOCKYER
     Attorney General of the State of California
2    JAMES M. HUMES
     Chief Assistant Attorney General
3    FRANCES T. GRUNDER
     Senior Assistant Attorney General
4    ROCHELLE EAST
     Supervising Deputy Attorney General
5    LISA A. TILLMAN, State Bar No. 126424
     Deputy Attorney General
6       1300 I Street, Suite 125
7       P.O. Box 944255
        Sacramento, CA 94244-2550
8       Telephone: (916) 327-7872
        Fax: (916) 324-5205
9       Email: Lisa.Tillman@doj.ca.gov

10

11   Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14   RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                              Plaintiff(s),   SECOND DECLARATION OF
                                                WARDEN DERRICK OLLISON
16   v.                                         CONCERNING CPR COMPLIANCE

17   ARNOLD SCHWARZENEGGER, et al.,

18                              Defendant(s).

19

20        I,    Derrick Ollison    declare:
                (insert name of warden)
21        1.    I am employed by the California Department of Corrections and Rehabilitation as

22   the warden of Ironwood State Prison
                 (insert name of prison)
23        2.    I have personal knowledge of the facts stated in this declaration and if called to

24   testify would do so competently.

25        3.    I am aware that this court issued an order in June 2005, requiring the CDCR to

26   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27   correctional officers upon inmates.

28   ///

                                    1

1    4.   My prison has been engaged in an ongoing effort to provide certified CPR

2    training to every designated employee (correctional officers, correctional counselor I,

3    lieutenants and sergeants). As of January 27, 2006, 97.1 percent or 708 numbers of designated

4    employees at my prison had been trained in the performance of CPR.

5    5.   I received and distributed to the designated correctional officers in my prison the

6    October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7    to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8    support measures

9    6.   As of January 27, 2006, the October 21, 2005, amended CPR policy

10   memorandum has been distributed to, with on-the-job training provided, to .682. designated

11   employees or .93.6. percent of designated employees at my prison. Approximately 43 in

12   number have not received training on this amended CPR policy due to being on leave status

13   (vacation, family, medical or other basis of leave) and 1 in number have not received this

14   training but are available for such training.

15   7.   As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16   the-job training provided, to 691 in number or 94.8 percent of designated employees at my

17   prison. Approximately 36 in number have not received training on this amended CPR mouth

18   shield due to being on leave status (vacation, family, medical or other basis of leave) and

19   0 in number have not received this training but are available for such training.

20   8.   I have directed that the CPR mouth shields be placed in every cutdown kit and

21   housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be

22   conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to

23   determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24   protective equipment were available as part of every cutdown kit. The inventory was conducted

25   in January 2006, by D. Dorman, Correctional Lieutenant and N. Evans, Correctional Lieutenant.
     I personally reviewed the inventory conducted by these employees.

26

27   ///

28   ///

2

1

9.  My institution has implemented a written procedure for replacing CPR mouth

2

shields that were either:

3

1) issued to staff and have been used or lost, or

4

2) removed from the cutdown kits and used.

5

I declare under the penalty of perjury that the foregoing is true and correct.

6

7      Date:  _1-30-06_              By: _Derrick L Ollison_

8                                        Derrick L Ollison
                                         Warden of Ironwood State Prison

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6     1300 I Street, Suite 125
7     P.O. Box 944255
    Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
    Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10

11   Attorneys for Defendants

12            **IN THE UNITED STATES DISTRICT COURT**

13           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14   RALPH COLEMAN, et al.,          CIV S-90-0520 LKK JFM P

15               Plaintiff(s),

16   v.                    **SECOND DECLARATION OF WARDEN ........................ CONCERNING CPR COMPLIANCE**

17   ARNOLD SCHWARZENEGGER, et al.,

18               Defendant(s).

19

20       I, ...Anthony..J...Malfi........................declare:
             *(insert name of warden)*

21       1.   I am employed by the California Department of Corrections and Rehabilitation as

22   the warden of .../Sierra Conservation Center...........................
             *(insert name of prison)*

23       2.   I have personal knowledge of the facts stated in this declaration and if called to

24   testify would do so competently.

25       3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27   correctional officers upon inmates.

28   ///

1

1        4.    My prison has been engaged in an ongoing effort to provide certified CPR

2    training to every designated employee (correctional officers, correctional counselor I,

3    lieutenants and sergeants). As of January 27, 2006, 100% percent or 602 numbers of designated

4    employees at my prison had been trained in the performance of CPR.

5        5.    I received and distributed to the designated correctional officers in my prison the

6    October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7    to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8    support measures.

9        6.    As of January 27, 2006, the October 21, 2005, amended CPR policy

10   memorandum has been distributed to, with on-the-job training provided, to 594 designated

11   employees or 98.7 percent of designated employees at my prison. Approximately 5 in

12   number have not received training on this amended CPR policy due to being on leave status

13   (vacation, family, medical or other basis of leave) and 3 in number have not received this

14   training but are available for such training.

15       7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16   the-job training provided, to 597 in number or 99.2 percent of designated employees at my

17   prison. Approximately 5 in number have not received training on this amended CPR mouth

18   shield due to being on leave status (vacation, family, medical or other basis of leave) and

19   0 in number have not received this training but are available for such training.

20       8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

21   housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be

22   conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to

23   determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24   protective equipment were available as part of every cutdown kit. The inventory was conducted

25   in January 2006, by Lt. D. Perez I personally reviewed the inventory conducted by these

26   employees.

27   ///

28   ///

1      9. My institution has implemented a written procedure for replacing CPR mouth

2  shields that were either:

3      1) issued to staff and have been used or lost, or

4      2) removed from the cutdown kits and used.

5      I declare under the penalty of perjury that the foregoing is true and correct.

6

7  Date: __January 25, 2006__     By: _____

8                                  *(insert name of warden)*

                                  Warden of *(insert name of prison)*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Data as of 1/30/2006 Declaration

| GP Levels 3 & 4 | Hands-On CPR/First-Aid Training | Amended CPR Policy Training | Received & Trained on Mouth Shields | Declaration Received |
|---|---|---|---|---|
| **CAL** | | | | Yes |
| Completed | 630 | 630 | 630 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 60 | 60 | 60 | |
| **CEN** | | | | Yes |
| Completed | 698 | 703 | 708 | |
| Available/Not Completed | | 3 | 0 | |
| Not Available | | 37 | 35 | |
| **CMC** | | | | Yes |
| Completed | 936 | 930 | 930 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 28 | 28 | |
| **CMF** | | | | Yes |
| Completed | 654 | 647 | 654 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 26 | 19 | |
| **LAC** | | | | Yes |
| Completed | 768 | 749 | 772 | |
| Available/Not Completed | | 19 | 3 | |
| Not Available | | 34 | 27 | |
| **MCSP** | | | | Yes |
| Completed | 593 | 588 | 593 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 12 | 17 | 12 | |
| **PVSP** | | | | Yes |
| Completed | 784 | 776 | 776 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 39 | 39 | |
| **SATF** | | | | Yes |
| Completed | 1126 | 1126 | 1126 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 38 | 38 | |

1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 |
7 | 1300 I Street, Suite 125
P.O. Box 944255
8 | Sacramento, CA 94244-2550
Telephone: (916) 327-7872
9 | Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov
10 |
11 | Attorneys for Defendants

12 | **IN THE UNITED STATES DISTRICT COURT**

13 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14 | RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15 |                         Plaintiff(s),
                                          **SECOND DECLARATION OF**
16 | v.                                      **WARDEN LARRY SCRIBNER**
                                          **CONCERNING CPR COMPLIANCE**
17 | ARNOLD SCHWARZENEGGER, et al.,

18 |                         Defendant(s).

19 |

20 | I, ......Larry Scribner...............................declare:
                 *(insert name of warden)*
21 |         1.    I am employed by the California Department of Corrections and Rehabilitation as

22 | the warden of Calipatria State Prison.
                 *(insert name of prison)*
23 |         2.    I have personal knowledge of the facts stated in this declaration and if called to

24 | testify would do so competently.

25 |         3.    I am aware that this court issued an order in June 2005, requiring the CDCR to

26 | develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 | correctional officers upon inmates.

28 | ///

1

1    4.    My prison has been engaged in an ongoing effort to provide certified CPR

2    training to every designated employee (correctional officers, correctional counselor I,

3    lieutenants and sergeants). As of January 27, 2006, 91.3 percent or 630 numbers of designated

4    employees at my prison had been trained in the performance of CPR. Approximately 60 in

5    number have not received training on this amended CPR mouth shield due to being on leave

6    status (vacation, family, medical or other basis of leave) and 0 in number have not received this

7    training but are available for such training.

8    5.    I received and distributed to the designated correctional officers in my prison the

9    October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

10    to provide immediate life support measures, if trained to do so, until staff arrives to continue life

11    support measures.

12    6.    As of January 27, 2006, the October 21, 2005, amended CPR policy

13    memorandum has been distributed to, with on-the-job training provided, to 630 designated

14    employees or 91.3 percent of designated employees at my prison. Approximately 60 in

15    number have not received training on this amended CPR policy due to being on leave status

16    (vacation, family, medical or other basis of leave) and 0 in number have not received this

17    training but are available for such training.

18    7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

19    the-job training provided, to 630 in number or 91.3 percent of designated employees at my

20    prison. Approximately 60 in number have not received training on this amended CPR mouth

21    shield due to being on leave status (vacation, family, medical or other basis of leave) and

22    0 in number have not received this training but are available for such training.

23    8. I have directed that the CPR mouth shields be placed in every cutdown kit and

24    housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be

25    conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to

26    determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

27    protective equipment were available as part of every cutdown kit. The inventory was conducted

28    in January 2006, by the Captains assigned to each facility. I personally reviewed the inventory

1   conducted by these employees.

2   ///

3   ///

4       9.  My institution has implemented a written procedure for replacing CPR mouth

5   shields that were either:

6       1) issued to staff and have been used or lost, or

7       2) removed from the cutdown kits and used.

8       I declare under the penalty of perjury that the foregoing is true and correct.

9

10  Date: *1-30-06*        By: Larry Scribner
                               *(insert name of warden)*
11                             Warden of *(insert name of prison)*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6     1300 I Street, Suite 125
7     P.O. Box 944255
    Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
    Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10

11   Attorneys for Defendants

12          **IN THE UNITED STATES DISTRICT COURT**

13          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14   RALPH COLEMAN, et al.,         CIV S-90-0520 LKK JFM P

15          Plaintiff(s),
                        **SECOND DECLARATION OF**
16   v.                           **WARDEN .GEORGE J. GIURBINO**
                                **CONCERNING CPR COMPLIANCE**
17   ARNOLD SCHWARZENEGGER, et al.,

18          Defendant(s).

19

20       I, G. J. GIURBINO declare:

21         1.   I am employed by the California Department of Corrections and Rehabilitation as

22   the warden of Centinela State Prison.

23         2.   I have personal knowledge of the facts stated in this declaration and if called to

24   testify would do so competently.

25         3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27   correctional officers upon inmates.

28   / / /

1          4.    My prison has been engaged in an ongoing effort to provide certified CPR

2    training to every designated employee (correctional officers, correctional counselor I,

3    lieutenants and sergeants).  As of January 27, 2006, 93.9 percent or 698 numbers of designated

4    employees at my prison had been trained in the performance of CPR.

5          5.    I received and distributed to the designated correctional officers in my prison the

6    October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7    to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8    support measures.

9          6.    As of January 27, 2006, the October 21, 2005, amended CPR policy

10    memorandum has been distributed to, with on-the-job training provided, to 703 designated

11    employees or 94.6 percent of designated employees at my prison.  Approximately 37 in

12    number have not received training on this amended CPR policy due to being on leave status

13    (vacation, family, medical or other basis of leave) and 3 in number have not received this

14    training but are available for such training.

15          7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16    the-job training provided, to 708 in number or 95.3 percent of designated employees at my

17    prison.  Approximately 35 in number have not received training on this amended CPR mouth

18    shield due to being on leave status (vacation, family, medical or other basis of leave) and

19    0 in number have not received this training but are available for such training.

20          8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

21    housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be

22    conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to

23    determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24    protective equipment were available as part of every cutdown kit.  The inventory was conducted

25    in January 2006, by M. Pollard and R. Dubbe, Correctional Lieutenants.  I personally reviewed

26    the inventory conducted by these employees.

27    / / /

28    / / /

1        9.  My institution has implemented a written procedure for replacing CPR mouth

2   shields that were either:

3        1) issued to staff and have been used or lost, or

4        2) removed from the cutdown kits and used.

5        I declare under the penalty of perjury that the foregoing is true and correct.

6

7   Date:  January 30, 2006         By: _____

8                              George J. Giurbino
                           Warden of Centinela State Prison

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
| Plaintiff(s), | |
| v. | **SECOND DECLARATION OF WARDEN JOHN MARSHALL CONCERNING CPR COMPLIANCE** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendant(s). | |

I, John Marshall, declare:

1.    I am employed by the California Department of Corrections and Rehabilitation as the Warden of the California Men's Colony.

2.    I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3.    I am aware that this court issued an order in June 2005, requiring the CDCR to develop and implement a policy mandating that cardiopulmonary resuscitation be performed by correctional officers upon inmates.

///

1

4. My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, 97.7% percent or 936 numbers of designated employees at my prison had been trained in the performance of CPR.

5. I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6. As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 930 designated employees or 97.1% percent of designated employees at my prison. Approximately 28 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

7. As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 930 in number or 97.1 percent of designated employees at my prison. Approximately 28 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by _Custody Captains. I personally reviewed the inventory conducted by these employees.

///

///

2

9. My institution has implemented a written procedure for replacing CPR mouth shields that were either:

1) issued to staff and have been used or lost, or

2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: _____1-27-06_____          By: _____

John Marshall
Warden of California Men's Colony

3

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 327-7872
     Fax: (916) 324-5205
9    Email: Lisa.Tillman@doj.ca.gov

10

11 Attorneys for Defendants

12                 IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                           Plaintiff(s),   **SECOND DECLARATION OF**
                                             **WARDEN .........................**
16 v.                                        **CONCERNING CPR COMPLIANCE**

17 ARNOLD SCHWARZENEGGER, et al.,

18                           Defendant(s).

19

20    I, .....Martin Veal.............................declare:
             *(insert name of warden)*
21    1.   I am employed by the California Department of Corrections and Rehabilitation as

22 the warden of .......California Medical Facility................
                    *(insert name of prison)*
23    2.   I have personal knowledge of the facts stated in this declaration and if called to

24 testify would do so competently.

25    3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 correctional officers upon inmates.

28 / / /

                                          1

JAN-30-2006  12:03     CMF WARDENS OFFICE          707 448 1467    P.03/04

4.  My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, 97.2 percent or .654. numbers of designated employees at my prison had been trained in the performance of CPR.

5.  I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.  As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to ..647....... designated employees or ..96.1... percent of designated employees at my prison. Approximately...26....in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and .0 (zero).in number have not received this training but are available for such training.

7.  As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to ..654...in number or .97.2.... percent of designated employees at my prison. Approximately .19.... in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and .0 (zero)...in number have not received this training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by Robert Davis, Lt. I personally reviewed the inventory conducted by these employees.

///

///

2

9. My institution has implemented a written procedure for replacing CPR mouth

shields that were either:

    1) issued to staff and have been used or lost, or

    2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: _10 30 06_

By: _____
(insert name of warden)
Warden of (insert name of prison)

3

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6  1300 I Street, Suite 125
   P.O. Box 944255
7  Sacramento, CA 94244-2550
   Telephone:  (916) 327-7872
8  Fax:  (916) 324-5205
   Email:  Lisa.Tillman@doj.ca.gov
9
10
11 Attorneys for Defendants

12        IN THE UNITED STATES DISTRICT COURT

13      FOR THE EASTERN DISTRICT OF CALIFORNIA

14 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                        Plaintiff(s),
                                            SECOND DECLARATION OF
16 v.                                       WARDEN MARY HUNTER
                                            CONCERNING CPR COMPLIANCE
17 ARNOLD SCHWARZENEGGER, et al.,

18                        Defendant(s).

19

20        I, Mary Hunter, declare:

21        1.    I am employed by the California Department of Corrections and Rehabilitation as

22 the warden of California State Prison Los Angeles County.

23        2.    I have personal knowledge of the facts stated in this declaration and if called to

24 testify would do so competently.

25        3.    I am aware that this court issued an order in June 2005, requiring the CDCR to

26 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 correctional officers upon inmates.

28 ///

                                            1

1      4.   My prison has been engaged in an ongoing effort to provide certified CPR

2   training to every designated employee (correctional officers, correctional counselor I,

3   lieutenants and sergeants). As of January 27, 2006, 95.8 percent or 768 numbers of designated

4   employees at my prison had been trained in the performance of CPR.

5      5.   I received and distributed to the designated correctional officers in my prison the

6   October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7   to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8   support measures.

9      6.   As of January 27, 2006, the October 21, 2005, amended CPR policy

10   memorandum has been distributed to, with on-the-job training provided, to 749 designated

11   employees or 93.4 percent of designated employees at my prison. Approximately, 34 in

12   number have not received training on this amended CPR policy due to being on leave status

13   (vacation, family, medical or other basis of leave) and 19 in number have not received this

14   training but are available for such training.

15      7.   As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16   the-job training provided, to 772 in number or 96.3 percent of designated employees at my

17   prison. Approximately 27 in number have not received training on this amended CPR mouth

18   shield due to being on leave status (vacation, family, medical or other basis of leave) and

19   3 in number have not received this training but are available for such training.

20      8.   I have directed that the CPR mouth shields be placed in every cutdown kit and

21   housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be

22   conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to

23   determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24   protective equipment were available as part of every cutdown kit. The inventory was conducted

25   in January 2006, by T. Richards, I personally reviewed the inventory conducted by these

26   employees.

27   / / /

28   / / /

1    9. My institution has implemented a written procedure for replacing CPR mouth

2  shields that were either:

3          1) issued to staff and have been used or lost, or

4          2) removed from the cutdown kits and used.

5          I declare under the penalty of perjury that the foregoing is true and correct.

6

7  Date: 1/27/06                        By: _____

8                                       Mary Hunter
                                        Warden of *California State Prison Los Angeles Co.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAN-27-2006  02:31          MULE CREEK-WARDEN                209 274 4861          P.02

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6     1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
      Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10

11  Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14  RALPH COLEMAN, et al.,                CIV S-90-0520 LKK JFM P

15                         Plaintiff(s),
                                          SECOND DECLARATION OF
16  v.                                    WARDEN (A) ROSANNE CAMPBELL
                                          CONCERNING CPR COMPLIANCE
17  ARNOLD SCHWARZENEGGER, et al.,

18                        Defendant(s).

19

20       I, Rosanne Campbell, declare:

21       1.   I am employed by the California Department of Corrections and Rehabilitation as

22  the Warden (A) of Mule Creek State Prison.

23       2.   I have personal knowledge of the facts stated in this declaration and if called to

24  testify would do so competently.

25       3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27  correctional officers upon inmates.

28  / / /

                                   1

1        4.   My prison has been engaged in an ongoing effort to provide certified CPR

2   training to every designated employee (correctional officers, correctional counselor I,

3   lieutenants and sergeants). As of January 27, 2006, 98 percent or 593 of designated

4   employees at my prison had been trained in the performance of CPR. Approximately 12 in

5   number have not received certification training on CPR due to being on leave status

6   (vacation, family, medical or other basis of leave) and 0 in number have not received this

7   training but are available for such training.

8        5.   I received and distributed to the designated correctional officers in my prison the

9   October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

10   to provide immediate life support measures, if trained to do so, until staff arrives to continue life

11   support measures.

12        6.   As of January 27, 2006, the October 21, 2005, amended CPR policy

13   memorandum has been distributed to, with on-the-job training provided, to 588 designated

14   employees or 97 percent of designated employees at my prison. Approximately 17 in number

15   have not received training on this amended CPR policy due to being on leave status

16   (vacation, family, medical or other basis of leave) and 0 in number have not received this

17   training but are available for such training.

18        7.   As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

19   the-job training provided, to 593 in number or 98 percent of designated employees at my

20   prison. Approximately 12 in number have not received training on this amended CPR mouth

21   shield due to being on leave status (vacation, family, medical or other basis of leave) and

22   0 in number have not received this training but are available for such training.

23        8.  I have directed that the CPR mouth shields be placed in every cut down kit and

24   housing unit in my prison. I directed that an inventory of each cut down kit in my facility be

25   conducted. The employee(s) conducting the inventory of cut down kits was/were directed to

26   determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

27   protective equipment were available as part of every cut down kit. The inventory was conducted

28   in January 2006, by Edward Medina, In-Service Training Sergeant and Geoffrey Henderson, In-

1    Service Training Sergeant. I personally reviewed the inventory conducted by these employees.

2          9. My institution has implemented a written procedure for replacing CPR mouth

3    shields that were either:

4          1) issued to staff and have been used or lost, or

5          2) removed from the cut down kits and used.

6          I declare under the penalty of perjury that the foregoing is true and correct.

7

8    Date: _1/27/06_                    By: _Rosanne Campbell_
                                              Rosanne Campbell
9                                             Warden (A) of Mule Creek State Prison

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
| Plaintiff(s), | |
| | **SECOND DECLARATION OF** |
| v. | **WARDEN JAMES A. YATES** |
| | **CONCERNING CPR COMPLIANCE** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendant(s). | |

I, ..........JAMES A. YATES................................................declare:
            *(insert name of warden)*

1.    I am employed by the California Department of Corrections and Rehabilitation as the warden of .........PLEASANT VALLEY STATE PRISON____
                        *(insert name of prison)*

2.    I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3.    I am aware that this court issued an order in June 2005, requiring the CDCR to develop and implement a policy mandating that cardiopulmonary resuscitation be performed by correctional officers upon inmates.

///

1

4.     My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of January 27, 2006, .97. percent or 784 numbers of designated employees at my prison had been trained in the performance of CPR.

5.     I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.     As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 776 designated employees or 96 percent of designated employees at my prison.  Approximately .39 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and 0. in number have not received this training but are available for such training.

7.     As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 776. in number or 96 percent of designated employees at my prison.  Approximately 39. in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and 0. in number have not received this training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit.  The inventory was conducted in January 2006, by Correctional Lieutenant Jay Vander Poel.  I personally reviewed the inventory conducted by these employees.

/ / /

/ / /

1       9. My institution has implemented a written procedure for replacing CPR mouth

2 shields that were either:

3      1) issued to staff and have been used or lost, or

4      2) removed from the cutdown kits and used.

5      I declare under the penalty of perjury that the foregoing is true and correct.

6

7 Date: ___1/27/06___         By: _____

8                          JAMES A. YATES
                         Warden of Pleasant Valley State Prison

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,                       CIV S-90-0520 LKK JFM P

                    Plaintiff(s),

                                             **SECOND DECLARATION OF**
v.                                           **WARDEN KEN CLARK**
                                             **CONCERNING CPR COMPLIANCE**

ARNOLD SCHWARZENEGGER, et al.,

                    Defendant(s).


        I, ...Ken Clark........................declare:
                  *(insert name of warden)*
        1.    I am employed by the California Department of Corrections and Rehabilitation as

the warden of California Substance Abuse Treatment Facility and State Prison at Corcoran
              *(insert name of prison)*
        2.    I have personal knowledge of the facts stated in this declaration and if called to

testify would do so competently.

        3.    I am aware that this court issued an order in June 2005, requiring the CDCR to

develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

correctional officers upon inmates.

/ / /

1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, 96.7 percent or 1126 numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.    As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 1126 designated employees or 96.7 percent of designated employees at my prison. Approximately 38 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 1126 in number or 96.7 percent of designated employees at my prison. Approximately 38 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

8.    I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by designated facility staff. I personally reviewed the inventory conducted by these employees.

///

///

9. My institution has implemented a written procedure for replacing CPR mouth shields that were either:

1) issued to staff and have been used or lost, or

2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: _1-26-06_          By: _____

KEN CLARK
Warden of *California Substance Abuse Treatment Facility and State Prison at Corcoran*

3