DIVISION OF ADULT INSTITUTIONS
Institution Responses to Court Order from Declarations

Data as of 1/30/2006 Declaration

| Female Offenders | Hands-On CPR/First Aid Training | Amended CPR Policy Training | # Received & Trained on Mouth Shields | Declaration Received |
|---|---|---|---|---|
| **CCWF** | | | | Yes |
| Completed | 477 | 477 | 477 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 28 | 28 | 28 | |
| **CIW** | | | | Yes |
| Completed | 350 | 350 | 357 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 18 | 13 | |
| **CRC** | | | | Yes |
| Completed | 801 | 783 | 784 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 45 | 44 | |
| **VSPW** | | | | Yes |
| Completed | 509 | 496 | 509 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 9 | 22 | 9 | |

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
| Plaintiff(s), | **SECOND DECLARATION OF** |
| v. | **WARDEN GUILLERMINA HALL** |
| | **CONCERNING CPR COMPLIANCE** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendant(s). | |

I, Guillermina Hall, declare:

1.     I am employed by the California Department of Correction and Rehabilitation as the warden of the California Rehabilitation Center.

2.     I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3.     I am aware that this court issued an order in June 2005, requiring the CDCR to develop and implement a policy mandating that cardiopulmonary resuscitation be performed by correctional officers upon inmates.

///

1

4. My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, <u>96.7</u> percent or <u>801</u> numbers of designated employees at my prison had been trained in the performance of CPR.

5. I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6. As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to <u>783</u> designated employees or <u>94.6</u> percent of designated employees at my prison. Approximately <u>45</u> in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

7. As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 784 in number or <u>94.7</u> percent of designated employees at my prison. Approximately <u>44</u> in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by <u>Facility Captain P. Certo, Facility Captain G. Oyas, Acting Facility Captain J. Aguilar, and Acting Facility Captain G. Contreras.</u> I personally reviewed the inventory conducted by these employees.

///

1   ///

2         9. My institution has implemented a written procedure for replacing CPR mouth

3   shields that were either:

4         1) issued to staff and have been used or lost, or

5         2) removed from the cutdown kits and used.

6         I declare under the penalty of perjury that the foregoing is true and correct.

7

8   Date: ___1/26/06___         By: _____

9                                   GUILLERMINA HALL

                                   Warden of *California Rehabilitation Center*

1 │ BILL LOCKYER
   │ Attorney General of the State of California
2 │ JAMES M. HUMES
   │ Chief Assistant Attorney General
3 │ FRANCES T. GRUNDER
   │ Senior Assistant Attorney General
4 │ ROCHELLE EAST
5 │ Supervising Deputy Attorney General
   │ LISA A. TILLMAN, State Bar No. 126424
6 │ Deputy Attorney General
7 │   1300 I Street, Suite 125
   │   P.O. Box 944255
8 │   Sacramento, CA 94244-2550
   │   Telephone: (916) 327-7872
9 │   Fax: (916) 324-5205
   │   Email: Lisa.Tillman@doj.ca.gov
10 │
11 │ Attorneys for Defendants

12 │                **IN THE UNITED STATES DISTRICT COURT**

13 │               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14 │ RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
                                Plaintiff(s),
15 │                                        **SECOND DECLARATION OF**
16 │ v.                                      **WARDEN .......................**
                                            **CONCERNING CPR COMPLIANCE**
17 │ ARNOLD SCHWARZENEGGER, et al.,

18 │                        Defendant(s).

19 │

20 │      I, Dawn S. Davison, declare:

21 │      1.   I am employed by the California Department of Corrections and Rehabilitation as

22 │ the warden of California Institution for Women.

23 │      2.   I have personal knowledge of the facts stated in this declaration and if called to

24 │ testify would do so competently.

25 │      3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26 │ develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 │ correctional officers upon inmates.

28 │ ///

                                            1

1        4.  My prison has been engaged in an ongoing effort to provide certified CPR

2 training to every designated employee (correctional officers, correctional counselor I,

3 lieutenants and sergeants). As of January 27, 2006, 350 of designated employees at my

4 prison had been trained in the performance of CPR.

5        5.  I received and distributed to the designated correctional officers in my prison the

6 October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7 to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8 support measures.

9        6.  As of January 27, 2006, the October 21, 2005, amended CPR policy

10 memorandum has been distributed to, with on-the-job training provided, to 350 designated

11 employees at my prison. Approximately 18 in number have not received training on this

12 amended CPR policy due to being on leave status (vacation, family, medical, or other basis

13 of leave) and 0 in number have not received this training but are available for such training.

14        7.  As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

15 the-job training provided, to 357 in number of designated employees at my prison.

16 Approximately 13 in number have not received training on this amended CPR mouth

17 shield due to being on leave status (vacation, family, medical or other basis of leave) and

18 0 in number have not received this training but are available for such training.

19        8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

20 housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be

21 conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to

22 determine that a cut down tool, CPR mouth shield and blood borne pathogens-personal

23 protective equipment were available as part of every cutdown kit. The inventory was conducted

24 in January 2006, by C. Juare, Correctional Officer. I personally reviewed the inventory

25 conducted by these employees.

26 ///

27 ///

28        9. My institution has implemented a written procedure for replacing CPR mouth

1  shields that were either:

2      1) issued to staff and have been used or lost, or

3      2) removed from the cut down kits and used.

4  I declare under the penalty of perjury that the foregoing is true and correct.

5

6  Date: _1/30/06_        By: *Dawn S. Davison*

7                   DAWN S. DAVISON
                 California Institution for Women

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 327-7872
9    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
10
11 Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE EASTERN DISTRICT OF CALIFORNIA

14 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                          Plaintiff(s),
                                            SECOND DECLARATION OF
16 v.                                       WARDEN/RON KENAN (A)
                                            CONCERNING CPR COMPLIANCE
17 ARNOLD SCHWARZENEGGER, et al.,

18                          Defendant(s).

19

20      I, Ron Kenan declare:

21         1.   I am employed by the California Department of Corrections and Rehabilitation as

22 the warden (A) of Central California Women's Facility (CCWF).

23         2.   I have personal knowledge of the facts stated in this declaration and if called to

24 testify would do so competently.

25         3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 correctional officers upon inmates.

28 ///

                                    _____
                                            1

1         4.   My prison has been engaged in an ongoing effort to provide certified CPR

2   training to every designated employee (correctional officers, correctional counselor I,

3   lieutenants and sergeants).  As of January 27, 2006, 94.5% percent or 477 numbers of designated

4   employees at my prison had been trained in the performance of CPR.

5         5.   I received and distributed to the designated correctional officers in my prison the

6   October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7   to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8   support measures.

9         6.   As of January 27, 2006, the October 21, 2005, amended CPR policy

10   memorandum has been distributed to, with on-the-job training provided, to 477 designated

11   employees or 94.5% percent of designated employees at my prison.  Approximately 28 in

12   number have not received training on this amended CPR policy due to being on leave status

13   (vacation, family, medical or other basis of leave) and 0 in number have not received this

14   training but are available for such training.

15         7.   As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16   the-job training provided, to 477 in number or 94.5% percent of designated employees at my

17   prison.  Approximately 28 in number have not received training on this amended CPR mouth

18   shield due to being on leave status (vacation, family, medical or other basis of leave) and

19   0 in number have not received this training but are available for such training.

20        8. I have directed that the CPR mouth shields be placed in every cutdown kit and

21   housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be

22   conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to

23   determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24   protective equipment were available as part of every cutdown kit.  The inventory was conducted

25   in January 2006, by Sergeant Jeff Herring.  I personally reviewed the inventory conducted by
this employee.

26   / / /

27   / / /

28         9. My institution has implemented a written procedure for replacing CPR mouth

1

2     shields that were either:

3             1) issued to staff and have been used or lost, or

4             2) removed from the cutdown kits and used.

5       I declare under the penalty of perjury that the foregoing is true and correct.

6

7     Date: _1-27-06_                    By: _Ron Kenan_

8                                        Ron Kenan
                                         Warden of *Central California Women's Facility*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,                         CIV S-90-0520 LKK JFM P

                         Plaintiff(s),
                                               **SECOND DECLARATION OF**
v.                                             **WARDEN GLORIA A. HENRY**
                                               **CONCERNING CPR COMPLIANCE**
ARNOLD SCHWARZENEGGER, et al.,

                         Defendant(s).


        I, <u>Gloria A. Henry</u>, declare:
            *(insert name of warden)*
        1.    I am employed by the California Department of Corrections and Rehabilitation as

the warden of <u>Valley State Prison for Women</u>.
                *(insert name of prison)*
        2.    I have personal knowledge of the facts stated in this declaration and if called to

testify would do so competently.

        3.    I am aware that this court issued an order in June 2005, requiring the CDCR to

develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

correctional officers upon inmates.

1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, 98.3 percent or 509 numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.    As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 496 designated employees or 95.8 percent of designated employees at my prison. Approximately 22 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 509 in number or 98.3 percent of designated employees at my prison. Approximately 9 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

8.    I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by Correctional Officer T. Hefner. I personally reviewed the inventory conducted by these employees.

9. My institution has implemented a written procedure for replacing CPR mouth shields that were either:

    1) issued to staff and have been used or lost, or

    2) removed from the cutdown kits and used.

    I declare under the penalty of perjury that the foregoing is true and correct.

Date: _January 26, 2006_    By: _Gloria A. Henry_

                                GLORIA A. HENRY
                                Warden of Valley State Prison for Women

3

Case 2:90-cv-00520-KJM-SCR   Document 1748-4   Filed 01/31/06   Page 14 of 54
DIVISION OF ADULT INSTITUTIONS
Institution Responses to Court Order from Declarations

Data as of 1/30/2006 Declaration

| Reception Centers | Hands On CPR/First Aid Training | Amended CPR Policy Training | Received & Trained on Mouth Shields | Declaration Received |
|---|---|---|---|---|
| **CIM** | | | | Yes |
| Completed | 1098 | 1067 | 1075 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 61 | 53 | |
| **DVI** | | | | Yes |
| Completed | 662 | 662 | 662 | |
| Available/Not Completed | | 3 | 3 | |
| Not Available | | 2 | 2 | |
| **NKSP** | | | | Yes |
| Completed | 869 | 862 | 867 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 16 | 11 | |
| **RJD** | | | | Yes |
| Completed | 735 | 735 | 735 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 50 | 50 | 50 | |
| **SQ** | | | | Yes |
| Completed | 1022 | 1022 | 1022 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 27 | 27 | 27 | |
| **WSP** | | | | Yes |
| Completed | 878 | 860 | 878 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 27 | 27 | |

1    BILL LOCKYER
     Attorney General of the State of California
2    JAMES M. HUMES
     Chief Assistant Attorney General
3    FRANCES T. GRUNDER
     Senior Assistant Attorney General
4    ROCHELLE EAST
     Supervising Deputy Attorney General
5    LISA A. TILLMAN, State Bar No. 126424
     Deputy Attorney General
6     1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
      Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10
11   Attorneys for Defendants

12          IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14   RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                          Plaintiff(s),
                                              **SECOND DECLARATION OF**
16   v.                                       **WARDEN MICHAEL E. POULOS**
                                              **CONCERNING CPR COMPLIANCE**
17   ARNOLD SCHWARZENEGGER, et al.,

18                          Defendant(s).

19

20          I, Michael E. Poulos declare:

21          1.  I am employed by the California Department of Corrections and Rehabilitation as

22   the warden of the California Institution for Men

23          2.  I have personal knowledge of the facts stated in this declaration and if called to

24   testify would do so competently.

25          3.  I am aware that this court issued an order in June 2005, requiring the CDCR to

26   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27   correctional officers upon inmates.

28

4. My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, 97.3 percent or 1098 numbers of designated employees at my prison had been trained in the performance of CPR.

5. I received and had distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6. As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 1067 designated employees or 94.6 percent of designated employees at my prison. Approximately 61 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and all have received this training that were available for such training.

7. As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 1075 in number or 95.3 percent of designated employees at my prison. Approximately 53 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and all have received this training that were available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by R. A. Alvarado, Associate Warden; M. Marquez, Facility Captain; C. E. Guizar, Correctional Sergeant; A. Padilla, Correctional Sergeant; M. Nieto, Correctional Captain; D. Contreras, Correctional Counselor II; Correctional Lieutenant D. Orani. I personally reviewed the inventory conducted by these employees.

1    9.  My institution has implemented a written procedure for replacing CPR mouth

2    shields that were either:

3         1) issued to staff and have been used or lost, or

4         2) removed from the cutdown kits and used.

5    I declare under the penalty of perjury that the foregoing is true and correct.

6

7    Date: January 27, 2005              By: Michael E Poulos

8                                        Michael E. Poulos

9                                        Warden, California Institution for Men

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 327-7872
     Fax: (916) 324-5205
9    Email: Lisa.Tillman@doj.ca.gov

10

11 Attorneys for Defendants

12             IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P
                                Plaintiff(s),
15                                           SECOND DECLARATION OF
                                             WARDEN  S.W. ORNOSKI
16 v.                                        CONCERNING CPR COMPLIANCE

17 ARNOLD SCHWARZENEGGER, et al.,

18                              Defendant(s).

19

20    I, ....S.W. ORNOSKI..........................................................declare:
              (insert name of warden)
21    1.   I am employed by the California Department of Corrections and Rehabilitation as

22 the warden of .....SAN QUENTIN STATE PRISON........................................................
              (insert name of prison)
23    2.   I have personal knowledge of the facts stated in this declaration and if called to

24 testify would do so competently.

25    3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 correctional officers upon inmates.

28    4.   My prison has been engaged in an ongoing effort to provide certified CPR

   training to every designated employee (correctional officers, correctional counselor I,

                                          1

lieutenants and sergeants). As of January 27, 2006, _97.4......_ percent or _1022_ numbers of designated  employees at my prison had been trained in the performance of CPR.

     5.   I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

     6.   As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to _...1022._ designated employees or _97.4........_ percent of designated employees at my prison.  Approximately_.27 in_ number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and _.-0-.in_ number have not received this training but are available for such training.

     7.   As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to _.1022.in_ number or _..97.4._ percent of designated employees at my prison.  Approximately _..27._ in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and _...-0-........_.in number have not received this training but are available for such training.

     8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit.  The inventory was conducted in January 2006, by _ designated unit staff_____.  I personally reviewed the inventory conducted by these employees.

     9.  My institution has implemented a written procedure for replacing CPR mouth shields that were either:

     1) issued to staff and have been used or lost, or

     2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

Date:   01/20/06                          By:  _____
                                          S.W. ORNOSKI
                                          Warden of  San Quentin State Prison

3

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
| Plaintiff(s), | **SECOND DECLARATION OF WARDEN Steven R. Moore CONCERNING CPR COMPLIANCE** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendant(s). | |

I, Steven R. Moore declare:

1.    I am employed by the California Department of Corrections and Rehabilitation as the warden of Deuel Vocational Institution.

2.    I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3.    I am aware that this court issued an order in June 2005, requiring the CDCR to develop and implement a policy mandating that cardiopulmonary resuscitation be performed by correctional officers upon inmates.

///

1

4.   My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of January 27, 2006,  662 designated employees at my prison had been trained in the performance of CPR.

5.   I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.   As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 662 designated employees employees at my prison.  Approximately two in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and three in number have not received this training but are available for such training.

7.   As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 662  designated employees at my prison.  Approximately two in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and three in number have not received this training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit.  The inventory was conducted in January 2006, by Correctional Sergeants C. Katzakian and C. Johnson.  I personally reviewed the inventory conducted by these employees.

/ / /

/ / /

9. My institution has implemented a written procedure for replacing CPR mouth

shields that were either:

   1) issued to staff and have been used or lost, or

   2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.


Date: January, 27, 2006          By:   *S. R. Moore*
                                        Steven R. Moore
                                        Warden of Deuel Vocational Institution

3

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
5   Supervising Deputy Attorney General
    LISA A. TILLMAN, State Bar No. 126424
6   Deputy Attorney General
    1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone: (916) 327-7872
    Fax: (916) 324-5205
9   Email: Lisa.Tillman@doj.ca.gov
10
11  Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                           CIV S-90-0520 LKK JFM P
                              Plaintiffs,
16                                                   DECLARATION OF
                                                     WARDEN Robert J. Hernandez
17                    v.

18  ARNOLD SCHWARZENEGGER, et al.,

19                              Defendants.

20

21          I, Robert J. Hernandez, declare:

22          1.   I am employed by the California Department of Corrections and Rehabilitation as

23  the warden of the Richard J. Donovan Correctional Facility at Rock Mountain.

24          2.   I have personal knowledge of the facts stated in this declaration and if called to

25  testify would do so competently.

26          3.   I am aware that this court issued an order in June 2005 requiring the CDCR to

27  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

28  correctional officers upon inmates.

                                           1

1        4.   My prison has been engaged in an ongoing effort to provide certified CPR

2   training to every designated employee (correctional officers, correctional counselor I,

3   lieutenants and sergeants).   As of January 30, 2006, 94 percent or 735 numbers of

4   designated employees at my prison had been trained in the performance of CPR.

5        5.   I received and distributed to the designated correctional officers in my prison the

6   October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers

7   to provide immediate life support measures, if trained to do so, until staff arrive to continue life

8   support measures.

9        6.   As of January 30, 2006, the October 21, 2005 amended CPR policy

10   memorandum has been distributed to, with on-the-job training provided, to 735 designated

11   employees or 94 percent of designated employees at my prison.  Approximately 50 in

12   number have not received training on this amended CPR policy due to being on leave status

13   (vacation, family, medical or other bases of leave) and 0 in number have not received this

14   training but are available for such training.

15        7.   As of January 30, 2006, the CPR mouth shield has been distributed, with on-

16   the-job training provided, to 735 in number or 94 percent of designated employees at my

17   prison.  Approximately 50 in number have not received training on the CPR mouth shields

18   due to being on leave status (vacation, family, medical or other bases of leave) and 0 in

19   number have not received this  training but are available for such training.

20        8. I have directed that the CPR mouth shields be placed in every cutdown kit and

21   housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be

22   conducted  The employee(s) conducting the inventory of each cutdown kits was/were directed to

23   determine that a cut down tool, CPR mouth shields and  blood borne pathogens-personal

24   protective equipment were available as part of every cutdown kit.  The inventory was conducted

25   in January 2006, by M.D. Thelin, Correctional Sergeant, In Service Training Assistant Manager

26   for Richard J. Donovan Correctional Facility.  I personally reviewed the inventory conducted by

27   these employees.

28

1   9. My institution has implemented a written procedure for replacing CPR mouth

2 shields that were either:

3    1.) issued to staff and have been used or lost, or

4    2.) removed from the cutdown kits and used.

5   I declare under the penalty of perjury that the foregoing is true and correct.

6

7 Dated: January 30, 2006    By: _____

8           Robert J. Hernandez
            Warden of the Richard J. Donovan Correctional

9            Facility at Rock Mountain

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1    BILL LOCKYER
     Attorney General of the State of California
2    JAMES M. HUMES
     Chief Assistant Attorney General
3    FRANCES T. GRUNDER
     Senior Assistant Attorney General
4    ROCHELLE EAST
     Supervising Deputy Attorney General
5    LISA A. TILLMAN, State Bar No. 126424
     Deputy Attorney General
6     1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 327-7872
      Fax: (916) 324-5205
9     Email: Lisa.Tillman@doj.ca.gov
10

11   Attorneys for Defendants

12                    IN THE UNITED STATES DISTRICT COURT

13                  FOR THE EASTERN DISTRICT OF CALIFORNIA

14   RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                              Plaintiff(s),
                                                SECOND DECLARATION OF
16   v.                                         WARDEN (A)
                                                BRADFORD ESPINOSA
17   ARNOLD SCHWARZENEGGER, et al.,             CONCERNING CPR COMPLIANCE

18                              Defendant(s).

19

20         I, Bradford Espinosa declare:

21         1.    I am employed by the California Department of Corrections and Rehabilitation as

22   the warden (A) of North Kern State Prison

23         2.    I have personal knowledge of the facts stated in this declaration and if called to

24   testify would do so competently.

25         3.    I am aware that this court issued an order in June 2005, requiring the CDCR to

26   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27   correctional officers upon inmates.

28   ///

                                              1

4. My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, 98.97 percent or 869 number of designated employees at my prison had been trained in the performance of CPR.

5. I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6. As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 862 designated employees or 98.17 percent of designated employees at my prison. Approximately 16 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and zero in number have not received this training but are available for such training.

7. As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 867 in number or 98.74 percent of designated employees at my prison. Approximately 11 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and zero in number have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by all custody officers assigned in the housing units of each facility. I personally reviewed the inventory conducted by these employees.

///

///

1        9.  My institution has implemented a written procedure for replacing CPR mouth

2 shields that were either:

3       1) issued to staff and have been used or lost, or

4       2) removed from the cutdown kits and used.

5       I declare under the penalty of perjury that the foregoing is true and correct.

6

7 Date: _1-30-06_        By: _____

8                              Bradford Espinosa
                              Warden (A) of North Kern State Prison

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
   P.O. Box 944255
7  Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
8  Fax: (916) 324-5205
   Email: Lisa.Tillman@doj.ca.gov
9
10
11 Attorneys for Defendants

12       IN THE UNITED STATES DISTRICT COURT

13       FOR THE EASTERN DISTRICT OF CALIFORNIA

14 RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                         Plaintiff(s),
                                            **SECOND DECLARATION OF**
16 v.                                        **WARDEN PAT L. VAZQUEZ**
                                            **CONCERNING CPR COMPLIANCE**
17 ARNOLD SCHWARZENEGGER, et al.,

18                         Defendant(s).

19

20       I, Pat L. Vazquez, declare:

21       1.  I am employed by the California Department of Corrections and Rehabilitation as

22 the Warden of Wasco State Prison – Reception Center.

23       2.  I have personal knowledge of the facts stated in this declaration and if called to

24 testify would do so competently.

25       3.  I am aware that this court issued an order in June 2005, requiring the CDCR to

26 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 correctional officers upon inmates.

28 / / /

                                    1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of January 27, 2006, 97% percent or 878 of the designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.    As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 860 in number of the designated employees or 95 percent of designated employees at my prison.  Approximately 45 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and (0) in number have not received this training but are available for such training.

7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 878 in number or 97 percent of designated employees at my prison.  Approximately 27 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and (0) in number have not received this training but are available for such training.

8.    I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit.  The inventory was conducted in January 2006, by Lieutenant T. A. Berry.  I personally reviewed the inventory conducted by these employees.

/ / /

/ / /

1        9. My institution has implemented a written procedure for replacing CPR mouth

2 shields that were either:

3       1) issued to staff and have been used or lost, or

4       2) removed from the cutdown kits and used.

5       I declare under the penalty of perjury that the foregoing is true and correct.

6

7 Date: _1-27-06_            By: _____

8                          Pat L. Vazquez
                         Warden of Wasco State Prison Reception Center

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DIVISION OF ADULT INSTITUTIONS
Institution Responses to Court Order from Declarations
Case 2:90-cv-00520-KJM-SCR    Document 1748-4    Filed 01/31/06    Page 33 of 54
Data as of 1/30/2006 Declaration

| High Security | Hands-On CPR/First Aid Training | Amended CPR Policy Training | Received & Trained on Mouth Shields | Declaration Received |
|---|---|---|---|---|
| **CCI** | | | | Yes |
| Completed | 1120 | 1120 | 1120 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 77 | 77 | |
| **COR** | | | | Yes |
| Completed | 1233 | 1233 | 1233 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 35 | 35 | |
| **HDSP** | | | | Yes |
| Completed | 770 | 770 | 770 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 39 | 39 | 39 | |
| **KVSP** | | | | Yes |
| Completed | 721 | 722 | 722 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 0 | 0 | |
| **PBSP** | | | | Yes |
| Completed | 915 | 915 | 915 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 39 | 39 | |
| **SAC** | | | | Yes |
| Completed | 803 | 845 | 845 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 45 | 49 | |
| **SVSP** | | | | Yes |
| Completed | 896 | 896 | 896 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 13 | 13 | |

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone: (916) 327-7872
    Fax: (916) 324-5205
9   Email: Lisa.Tillman@doj.ca.gov

10

11 Attorneys for Defendants

12             IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14 RALPH COLEMAN, et al.,                CIV S-90-0520 LKK JFM P

15                          Plaintiff(s),
                                          SECOND DECLARATION OF
16 v.                                     WARDEN W.J. SULLIVAN
                                          CONCERNING CPR COMPLIANCE
17 ARNOLD SCHWARZENEGGER, et al.,

18                          Defendant(s).

19

20     I, W. J. Sullivan declare:

21     1.   I am employed by the California Department of Corrections and Rehabilitation as

22 the Warden of the California Correctional Institution.

23     2.   I have personal knowledge of the facts stated in this declaration and if called to

24 testify would do so competently.

25     3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26 develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27 correctional officers upon inmates.

28 / / /

                                1

4. My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, 100 percent or 1120 numbers of designated employees at my prison had been trained in the performance of CPR.

5. I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6. As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 1120 designated employees or 100 percent of designated employees at my prison. Approximately 77 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and zero in number have not received this training but are available for such training.

7. As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 1120 in number or 100 percent of designated employees at my prison. Approximately 77 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and zero in number have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by J. Wupperfield, Correctional Officer, and J. Hudson, Correctional Officer. I personally reviewed the inventory conducted by these employees.

///

///

2

1        9. My institution has implemented a written procedure for replacing CPR mouth

2   shields that were either:

3          1) issued to staff and have been used or lost, or

4          2) removed from the cutdown kits and used.

5          I declare under the penalty of perjury that the foregoing is true and correct.

6

7   Date: _1-30-06_                        By: _4 LLJCuntles (4)_

8                                          W. J. SULLIVAN
                                           Warden of the California Correctional Institution

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
5   Supervising Deputy Attorney General
    LISA A. TILLMAN, State Bar No. 126424
6   Deputy Attorney General
7      1300 I Street, Suite 125
       P.O. Box 944255
8      Sacramento, CA 94244-2550
       Telephone: (916) 327-7872
9      Fax: (916) 324-5205
       Email: Lisa.Tillman@doj.ca.gov
10
11  Attorneys for Defendants

12              IN THE UNITED STATES DISTRICT COURT

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,                     CIV S-90-0520 LKK JFM P

                            Plaintiffs,
16                                             SECOND DECLARATION OF
                                               DERRAL G. ADAMS
17       v.                                    WARDEN

18  ARNOLD SCHWARZENEGGER, et al.,

19                          Defendants.

20

21       I,   DERRAL G. ADAMS  declare:

22
         1.   I am employed by the California Department of Corrections and Rehabilitation as
23
    the warden of   California State Prison, Corcoran.
24
         2.   I have personal knowledge of the facts stated in this declaration and if called to
25
    testify would do so competently.
26
         3.   I am aware that this court issued an order in June 2005, requiring the CDCR to
27
    develop and implement a policy mandating that cardiopulmonary resuscitation be performed by
28
    correctional officers upon inmates.

                                      1

4.   My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of January 27, 2006,   **100**  percent or  **1233**  numbers of designated employees at my prison had been trained in the performance of CPR.

5.   I received and distributed to the designated correctional officers in my prison the October 21, 2005 memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrive to continue life support measures.

6.   As of January 27, 2006, the October 21, 2005 amended CPR policy memorandum has been distributed to with on-the-job training provided, to  **1233**  designated employees or  **100**   percent of designated employees at my prison.  Approximately  **35**  in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other bases of leave) and  **0**  in number have not received this training but are available for such training.

7.   As of January 27, 2006, the CPR mouth shield has been distributed, with on-the-job training provided, to  **1233**  in number or  **100**  percent of designated employees at my prison.  Approximately  **35**  in number have not received training on the CPR mouth shield due to being on leave status (vacation, family, medical or other bases of leave) and  **0**  in number have not received this  training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit.  The inventory was conducted in January 2006, by Lieutenant E. Valenzuela.  I personally reviewed the inventory conducted by these employees.

9.   My institution has implemented a written procedure for replacing CPR mouth

2

shields that were either:

1)     issued to staff and have been used or lost, or

2)     removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:  January 30, 2006         By: _____
                                   **DERRAL G. ADAMS**
                                   Warden of **California State Prison, Corcoran**

1   BILL LOCKYER
    Attorney General of the State of California
2   JAMES M. HUMES
    Chief Assistant Attorney General
3   FRANCES T. GRUNDER
    Senior Assistant Attorney General
4   ROCHELLE EAST
    Supervising Deputy Attorney General
5   LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
6    1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 327-7872
     Fax: (916) 324-5205
9    Email: Lisa.Tillman@doj.ca.gov
10

11  Attorneys for Defendants

12          IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14  RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                          Plaintiff(s),
                                             **SECOND DECLARATION OF**
16  v.                                       **WARDEN SCOTT M. KERNAN**
                                             **CONCERNING CPR COMPLIANCE**
17  ARNOLD SCHWARZENEGGER, et al.,

18                          Defendant(s).

19

20      I, **SCOTT M. KERNAN** declare:

21          1.   I am employed by the California Department of Corrections and Rehabilitation as

22  the Warden of California State Prison – Sacramento.

23          2.   I have personal knowledge of the facts stated in this declaration and if called to

24  testify would do so competently.

25          3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26  develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27  correctional officers upon inmates.

28  ///

                                        1

4.  My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants).  As of January 27, 2006, 89.8 percent or 803 numbers of designated employees at my prison had been trained in the performance of CPR.

5.  I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.  As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 845 designated employees or 94.5 percent of designated employees at my prison.  Approximately 49 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

7.  As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 845 in number or 94.5 percent of designated employees at my prison.  Approximately 49 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and 0 in number have not received this training but are available for such training.

8. I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit.  The inventory was conducted in January 2006, by Correctional Sergeant B. Mc Junkin.  I personally reviewed the inventory conducted by these employees.

///

///

1          9. My institution has implemented a written procedure for replacing CPR mouth

2    shields that were either:

3          1) issued to staff and have been used or lost, or

4          2) removed from the cutdown kits and used.

5          I declare under the penalty of perjury that the foregoing is true and correct.

6

7    Date: January 20 2006          By:  SCOTT M. KERNAN

8                                Warden of California State Prison - Sacramento

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    BILL LOCKYER
     Attorney General of the State of California
2    JAMES M. HUMES
     Chief Assistant Attorney General
3    FRANCES T. GRUNDER
     Senior Assistant Attorney General
4    ROCHELLE EAST
     Supervising Deputy Attorney General
5    LISA A. TILLMAN, State Bar No. 126424
     Deputy Attorney General
6      1300 I Street, Suite 125
       P.O. Box 944255
7      Sacramento, CA 94244-2550
       Telephone: (916) 327-7872
8      Fax: (916) 324-5205
       Email: Lisa.Tillman@doj.ca.gov
9
10
11   Attorneys for Defendants

12              **IN THE UNITED STATES DISTRICT COURT**

13           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

14   RALPH COLEMAN, et al.,                    CIV S-90-0520 LKK JFM P

15                            Plaintiff(s),
                                              **SECOND DECLARATION OF**
16   v.                                        **WARDEN .T. Felker..............**
                                               **CONCERNING CPR COMPLIANCE**
17   ARNOLD SCHWARZENEGGER, et al.,

18                            Defendant(s).

19

20        I, T. Felker declare:

21        1.   I am employed by the California Department of Corrections and Rehabilitation as

22   the warden of .High Desert State Prison.

23        2.   I have personal knowledge of the facts stated in this declaration and if called to

24   testify would do so competently.

25        3.   I am aware that this court issued an order in June 2005, requiring the CDCR to

26   develop and implement a policy mandating that cardiopulmonary resuscitation be performed by

27   correctional officers upon inmates.

28   ///

                                    1

1    4.    My prison has been engaged in an ongoing effort to provide certified CPR

2    training to every designated employee (correctional officers, correctional counselor I,

3    lieutenants and sergeants). As of January 27, 2006, 95 percent or 770 numbers of designated

4    employees at my prison had been trained in the performance of CPR.

5    5.    I received and distributed to the designated correctional officers in my prison the

6    October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7    to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8    support measures.

9    6.    As of January 27, 2006, the October 21, 2005, amended CPR policy

10    memorandum has been distributed to, with on-the-job training provided, to 770  designated

11    employees or 95 percent of designated employees at my prison. Approximately 39 in

12    number have not received training on this amended CPR policy due to being on leave status

13    (vacation, family, medical or other basis of leave) and 0 in number have not received this

14    training but are available for such training.

15    7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16    the-job training provided, to 770 in number or 95 percent of designated employees at my

17    prison. Approximately 39 in number have not received training on this amended CPR mouth

18    shield due to being on leave status (vacation, family, medical or other basis of leave) and

19    0 in number have not received this training but are available for such training.

20    8.    I have directed that the CPR mouth shields be placed in every cutdown kit and

21    housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be

22    conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to

23    determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24    protective equipment were available as part of every cutdown kit. The inventory was conducted

25    in January 2006, by  Lt. D. Davey  I personally reviewed the inventory conducted by these

26    employees.

27    ///

28    ///

9. My institution has implemented a written procedure for replacing CPR mouth shields that were either:

1) issued to staff and have been used or lost, or

2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

Date:  1-27-06                    By: _____
                                      *T. FELKER*
                                      Warden of *High Desert State Prison*

3

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 327-7872
 Fax:  (916) 324-5205
 Email:  Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
| Plaintiff(s), | |
| | **SECOND DECLARATION OF WARDEN ROY A. CASTRO CONCERNING CPR COMPLIANCE** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendant(s). | |

I, Roy A. Castro declare:

1.    I am employed by the California Department of Corrections and Rehabilitation as the warden of Kern Valley State Prison.

2.    I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3.    I am aware that this court issued an order in June 2005, requiring the CDCR to develop and implement a policy mandating that cardiopulmonary resuscitation be performed by correctional officers upon inmates.

///

1

4.  My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, 99.9 percent or 721 numbers of designated employees at my prison had been trained in the performance of CPR.

5.  I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6.  As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 722 designated employees or 100 percent of designated employees at my prison. Approximately zero in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and zero in number have not received this training but are available for such training.

7.  As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 722 in number or 100 percent of designated employees at my prison. Approximately zero in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and zero in number have not received this training but are available for such training.

8.  I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by the custody staff assigned to each housing unit/facility. I personally reviewed the inventory conducted by these employees.

///

///

1        9. My institution has implemented a written procedure for replacing CPR mouth

2    shields that were either:

3            1) issued to staff and have been used or lost, or

4            2) removed from the cutdown kits and used.

5        I declare under the penalty of perjury that the foregoing is true and correct.

6

7    Date: _1/30/06_____                    By: _____

8                                                Roy A. Castro
                                                Warden Kern Valley State Prison

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
| Plaintiff(s), | |
| | **SECOND DECLARATION OF** |
| v. | **WARDEN  Richard J. Kirkland** |
| | **CONCERNING CPR COMPLIANCE** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendant(s). | |

I, **Richard J. Kirkland**, declare:

1.   I am employed by the California Department of Corrections and Rehabilitation as the warden of Pelican Bay State Prison.

2.   I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3.   I am aware that this court issued an order in June 2005, requiring the CDCR to develop and implement a policy mandating that cardiopulmonary resuscitation be performed by correctional officers upon inmates.

/ / /

1

4.    My prison has been engaged in an ongoing effort to provide certified CPR training to every designated employee (correctional officers, correctional counselor I, lieutenants and sergeants). As of January 27, 2006, 95.9 percent or 915 numbers of designated employees at my prison had been trained in the performance of CPR.

5.    I received and distributed to the designated correctional officers in my prison the October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers to provide immediate life support measures, if trained to do so, until staff arrives to continue life support measures.

6    As of January 27, 2006, the October 21, 2005, amended CPR policy memorandum has been distributed to, with on-the-job training provided, to 915 designated employees or 95.9 percent of designated employees at my prison. Approximately 39 in number have not received training on this amended CPR policy due to being on leave status (vacation, family, medical or other basis of leave) and zero in number have not received this training but are available for such training.

7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-the-job training provided, to 915 in number or 95.9 percent of designated employees at my prison. Approximately 39 in number have not received training on this amended CPR mouth shield due to being on leave status (vacation, family, medical or other basis of leave) and zero in number have not received this training but are available for such training.

8    I have directed that the CPR mouth shields be placed in every cutdown kit and housing unit in my prison. I directed that an inventory of each cutdown kit in my facility be conducted. The employee(s) conducting the inventory of cutdown kits was/were directed to determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal protective equipment were available as part of every cutdown kit. The inventory was conducted in January 2006, by D. Christ, Correctional Lieutenant. I personally reviewed the inventory conducted by these employees.

/ / /

/ / /

1       9. My institution has implemented a written procedure for replacing CPR mouth

2   shields that were either:

3       1) issued to staff and have been used or lost, or

4       2) removed from the cutdown kits and used.

5       I declare under the penalty of perjury that the foregoing is true and correct.

6

7   Date: _1-30-06_        By: _R. Kirkland_

8                            Richard J. Kirkland
                             Warden of Pelican Bay State Prison

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
|                Plaintiff(s), | |
| | **SECOND DECLARATION OF** |
| v. | **WARDEN M. S. EVANS** |
| | **CONCERNING CPR COMPLIANCE** |
| ARNOLD SCHWARZENEGGER, et al., | |
|                Defendant(s). | |

I, M. S. Evans declare:

1.    I am employed by the California Department of Corrections and Rehabilitation as the warden of Salinas Valley State Prison.

2.    I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3.    I am aware that this court issued an order in June 2005, requiring the CDCR to develop and implement a policy mandating that cardiopulmonary resuscitation be performed by correctional officers upon inmates.

/ / /

1

1    4.   My prison has been engaged in an ongoing effort to provide certified CPR

2    training to every designated employee (correctional officers, correctional counselor I,

3    lieutenants and sergeants).  As of January 27, 2006, 98.6 percent or 896 numbers of designated

4    employees at my prison had been trained in the performance of CPR.

5         5.    I received and distributed to the designated correctional officers in my prison the

6    October 21, 2005, memorandum stating the amended CPR policy requiring correctional officers

7    to provide immediate life support measures, if trained to do so, until staff arrives to continue life

8    support measures.

9         6.    As of January 27, 2006, the October 21, 2005, amended CPR policy

10   memorandum has been distributed to, with on-the-job training provided, to 896 designated

11   employees or 98.6 percent of designated employees at my prison.  Approximately 13 in

12   number have not received training on this amended CPR policy due to being on leave status

13   (vacation, family, medical or other basis of leave) and zero in number have not received this

14   training but are available for such training.

15        7.    As of January 27, 2006, the CPR mouth shield has been distributed to, with on-

16   the-job training provided, to 896 in number or 98.6 percent of designated employees at my

17   prison.  Approximately 13 in number have not received training on this amended CPR mouth

18   shield due to being on leave status (vacation, family, medical or other basis of leave) and zero

19   in number have not received this training but are available for such training.

20        8.  I have directed that the CPR mouth shields be placed in every cutdown kit and

21   housing unit in my prison.  I directed that an inventory of each cutdown kit in my facility be

22   conducted.  The employee(s) conducting the inventory of cutdown kits was/were directed to

23   determine that a cut down tool, CPR mouth shields and blood borne pathogens-personal

24   protective equipment were available as part of every cutdown kit.  The inventory was conducted

25   in January 2006, by J. McAleavey, In-Service Training Officer.  I personally reviewed the

26   inventory conducted by these employees.

27   / / /

28   / / /

2

9. My institution has implemented a written procedure for replacing CPR mouth shields that were either:

1) issued to staff and have been used or lost, or

2) removed from the cutdown kits and used.

I declare under the penalty of perjury that the foregoing is true and correct.

Date: _____1/06/06_____          By: _____

M. S. EVANS
Warden of Salinas Valley State Prison