COLEMAN v. SCHWARZENEGGER
CASE NO. CIV S-90-0520 LKK JFM P

**DEFENDANTS' SECOND FURTHER RESPONSE TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION**

EXHIBIT NO. 10: MATRIXES

# DIVISION OF ADULT INSTITUTIONS
## Institution Responses to Court Order from Declarations

Data as of 1/30/2006 Declaration

| | | | | |
|---|---|---|---|---|
| **ASP** | | | | Yes |
| Completed | 828 | 828 | 828 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 29 | 29 | |
| **CCC** | | | | Yes |
| Completed | 684 | 676 | 678 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 22 | 20 | |
| **CTF** | | | | |
| Completed | 1054 | 1087 | 1087 | Yes |
| Available/Not Completed | | 0 | 11 | |
| Not Available | | 5 | 58 | |
| **CVSP** | | | | Yes |
| Completed | 420 | 413 | 420 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 24 | 17 | |
| **FOL** | | | | Yes |
| Completed | 620 | 620 | 620 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 13 | 13 | |
| **ISP** | | | | Yes |
| Completed | 708 | 682 | 691 | |
| Available/Not Completed | | 1 | 0 | |
| Not Available | | 43 | 36 | |
| **SCC** | | | | Yes |
| Completed | 602 | 594 | 597 | |
| Available/Not Completed | | 3 | 0 | |
| Not Available | | 5 | 5 | |
| **SOL** | | | | Yes |
| Completed | 735 | 695 | 695 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 41 | 41 | |

Case 2:90-cv-00520-KJM-SCR   Document 1748-3   Filed 01/31/06   Page 3 of 6
DIVISION OF ADULT INSTITUTIONS
Institution Responses to Court Order from Declarations

Data as of 1/30/2006 Declaration

| GP Levels 3 & 4 | Hands-On CPR/First Aid Training | Amended CPR Policy Training | Received & Trained on Mouth Shields | Declaration Received |
|---|---|---|---|---|
| **CAL** | | | | Yes |
| Completed | 630 | 630 | 630 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 60 | 60 | 60 | |
| **CEN** | | | | Yes |
| Completed | 698 | 703 | 708 | |
| Available/Not Completed | | 3 | 0 | |
| Not Available | | 37 | 35 | |
| **CMC** | | | | Yes |
| Completed | 936 | 930 | 930 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 28 | 28 | |
| **CMF** | | | | Yes |
| Completed | 654 | 647 | 654 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 26 | 19 | |
| **LAC** | | | | Yes |
| Completed | 768 | 749 | 772 | |
| Available/Not Completed | | 19 | 3 | |
| Not Available | | 34 | 27 | |
| **MCSP** | | | | Yes |
| Completed | 593 | 588 | 593 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 12 | 17 | 12 | |
| **PVSP** | | | | Yes |
| Completed | 784 | 776 | 776 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 39 | 39 | |
| **SATF** | | | | Yes |
| Completed | 1126 | 1126 | 1126 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 38 | 38 | |

DIVISION OF ADULT INSTITUTIONS
Institution Responses to Court Order from Declarations

Data as of 1/30/2006 Declaration

| Female Offender | Hands-On CPR/First Aid Training | Amended CPR Policy Training | Received & Trained on Mouth Shields | Declaration Received |
|---|---|---|---|---|
| **CCWF** | | | | Yes |
| Completed | 477 | 477 | 477 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 28 | 28 | 28 | |
| **CIW** | | | | Yes |
| Completed | 350 | 350 | 357 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 18 | 13 | |
| **CRC** | | | | Yes |
| Completed | 801 | 783 | 784 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 45 | 44 | |
| **VSPW** | | | | Yes |
| Completed | 509 | 496 | 509 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 9 | 22 | 9 | |

Data as of 1/30/2006 Declaration

| Reception Centers | Hands-On CPR/First Aid Training | Amended CPR Policy Training | Received & Trained on Mouth Shields | Declaration Received |
|---|---|---|---|---|
| **CIM** | | | | Yes |
| Completed | 1098 | 1067 | 1075 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 61 | 53 | |
| **DVI** | | | | Yes |
| Completed | 662 | 662 | 662 | |
| Available/Not Completed | | 3 | 3 | |
| Not Available | | 2 | 2 | |
| **NKSP** | | | | Yes |
| Completed | 869 | 862 | 867 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 16 | 11 | |
| **RJD** | | | | Yes |
| Completed | 735 | 735 | 735 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 50 | 50 | 50 | |
| **SQ** | | | | Yes |
| Completed | 1022 | 1022 | 1022 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 27 | 27 | 27 | |
| **WSP** | | | | Yes |
| Completed | 878 | 860 | 878 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 27 | 27 | |

Data as of 1/30/2006 Declaration

| High Security | Hands-On CPR/First Aid Training | Amended CPR Policy Training | Received & Trained on Mouth Shields | Declaration Received |
|---|---|---|---|---|
| **CCI** | | | | Yes |
| Completed | 1120 | 1120 | 1120 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 77 | 77 | |
| **COR** | | | | Yes |
| Completed | 1233 | 1233 | 1233 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 35 | 35 | |
| **HDSP** | | | | Yes |
| Completed | 770 | 770 | 770 | |
| Available/Not Completed | 0 | 0 | 0 | |
| Not Available | 39 | 39 | 39 | |
| **KVSP** | | | | Yes |
| Completed | 721 | 722 | 722 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 0 | 0 | |
| **PBSP** | | | | Yes |
| Completed | 915 | 915 | 915 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 39 | 39 | |
| **SAC** | | | | Yes |
| Completed | 803 | 845 | 845 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 45 | 49 | |
| **SVSP** | | | | Yes |
| Completed | 896 | 896 | 896 | |
| Available/Not Completed | | 0 | 0 | |
| Not Available | | 13 | 13 | |