BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                    Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DECLARATION OF NANCY HARDY IN SUPPORT OF DEFENDANTS' <u>SECOND</u> FURTHER RESPONSE TO PLAINTIFFS' NOTICE OF NONCOMPLIANCE RE: CPR POLICY AND IMPLEMENTATION**<br><br>Hearing: February 15, 2006<br>Time:    1:30 p.m.<br>Courtroom: Four<br>Judge: Hon. Lawrence K. Karlton |

I, Nancy Hardy, declare:

1. I am presently employed by the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Administrator. I have been assigned to work on Special Projects since August 8, 2005 and I report to D. L. Runnels, Deputy Director (Acting) of the Division of Adult Institutions. I have been employed by the CDCR since July, 1993.

Declaration of Nancy Hardy, Support Of Second Further Reply To Notice Noncompliance re. CPR

1

2.    I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3.    In October 2005, I was assigned to as the Headquarters' liaison with the field regarding the court mandate to develop and implement the court-mandated policy for correctional officers to provide cardiopulmonary resuscitation to inmates regardless of the officer's duty statement.

4.    I have received and reviewed the court order of June 9, 2005 requiring CDCR to to develop and implement the court-mandated policy for correctional officers to provide cardiopulmonary resuscitation to inmates regardless of the officer's duty statement.

5.    On January 10, 2006, Deputy Director David Runnels sent a memorandum to each of the wardens and each of the Associate Directors of Adult Divisions systemwide. The memorandum directed the wardens in relevant part:

    a.    Create a written procedure outlining the steps necessary for an employee to obtain a replacement CPR mouth shield, with the replacement CPR mouth shields to be provided to the employee within one hour of being notified of the need. Expected completion date is January 27, 2006.

    b.    Ensure the CPR mouth shield, cutdown tool, personal protective equipment are maintained and inventoried, per the institutional operational procedure, within housing unit control booths and/or designated areas within each living unit. Expected completion date is January 27, 2006.

    c.    Designated peace officers are required to carry their CPR mouth shield on their person at all times. As with any required piece of safety equipment, it is each supervisor's responsibility to interact with their assigned staff and if it is observed that an employee is not carrying his/her required safety equipment, then the issue must be addressed immediately.

    d.    Each institution will develop a procedure to ensure that the training records of designated peace officers are checked prior to their return to duty from long term absences. If it is determined that a returning employee is no longer in compliance

1 with the annual CPR training requirement or has not received documented training on the amended CPR policy or issuance/training of the CPR mouth shield, then he/she will not be placed in a post until such training is completed. Expected completion date is February 28, 2006.

  e. Effective immediately, in incidents that require the initiation of CPR as outlined in the above directives, the CDCR Form 837, Incident Report must include the following:

-Was CPR performed?

-If CPR was not performed, provide detail of the circumstances that preluded CPR.

-The classification of the person(s) providing CPR and their training status.

-The outcome of CPR efforts

  f. Each warden shall direct the Associate Warden, Business Services to ensure the CPR mouth shields are placed into the automated inventory system maintained by the support warehouse. A minimum re-order level will be established to ensure that replacement CPR mouth shields are ordered before the existing inventory levels are depleted. Expected completion date is February 28, 2006.

Attached as Exhibit 8 is a true and correct copy of this memorandum.

  6. On January 10, 2006, I sent form declarations to each of the wardens systemize to indicate their institution's completion of efforts to provide training on the amended CPR policy and performance of CPR. By January 31, 2006, my office had received signed declarations from the wardens systemwide. Attached as Exhibit 9 are true and correct copies of the declaration received from the wardens.

//
//
//
//
//

1       7.     The data from each warden's worksheets was compiled and put into a matrixes by myself and by an analyst, Maggie Smith. Attached to this declaration as Exhibit 10 is a true and correct copy of this matrix.

      I declare under the penalty of perjury that the foregoing is true and correct.

Dated:                       By: _____

                                Nancy Hardy

30083633.wpd

Declaration of Nancy Hardy, Support Of Second Further Reply To Notice Noncompliance re. CPR

4

7. The data from each warden's worksheets was compiled and put into a matrixes by myself and by an analyst, Maggie Smith. Attached to this declaration as Exhibit 10 is a true and correct copy of this matrix.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:    By: *Nancy L Hardy*
                Nancy Hardy

300813633.wpd