**Exhibits N through P**

**Exhibit N**

SANFORD JAY ROSEN
MICHAEL W. BIEN
ANDREA G. ASARO

HOLLY BALDWIN
ERNEST GALVAN
JANE KAHN
THOMAS NOLAN
AMY WHELAN
MARAKA L. WILLITS
SARAH OLSON ZIMMERMAN **

ROSEN, BIEN & ASARO, LLP
ATTORNEYS AT LAW
EIGHTH FLOOR
155 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 433-6830

FAX
(415) 433-7104

EMAIL
rba@rbalaw.com

May 26, 2004

VIA FACSIMILE AND U.S. MAIL

J. Michael Keating, Jr.
Special Master
285 Terrace Avenue
Riverside, RI 02195

Re:  Plaintiffs' Comments and Objections to the
Draft Thirteenth Monitoring Report
Our File No. 489-3

Dear Mr. Keating:

Plaintiffs have the following comments and objections to the draft Thirteenth Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols ("Draft Report").

Plaintiffs' objections focus on the need for additional recommendations or modifications to the recommendations made by the Special Master in the Draft Report to address: (1) the excessive and dangerous delay in transferring identified EOP patients housed in the reception centers to EOP programs; (2) the improper use of force against mentally ill prisoners at Corcoran State Prison; (3) the pattern of improper use of force and officer misconduct at Level IV administrative segregation units and SHUs including SVSP, LAC, RJD and Corcoran; (4) excessive lengths of stay in ad.seg. EOP Hubs; (5) the inconsistent and inadequate screening to exclude class members from the new ASUs; (6) the development of a plan to meet the needs for evaluation and treatment of inmates with sexual disorders; and (7) the closure of ICF/DTP at CMF.

1.  Excessive and Dangerous Delays in Transferring EOP Patients Housed in Reception Centers to EOP Programs

In its discussion of the timeliness of EOP transfers from reception centers to EOP programs, the Draft Report concludes that "[i]n the absence of better data, it is difficult to assess accurately the dimension and nature of the problem, and virtually impossible to develop a meaningful recommendation for its correction." (Draft Report at 243). Nevertheless, in the body of the Draft Report, the monitor identifies continuing delays in transfers of EOP patients at virtually all of the reception centers monitored during the 13th Round of Monitoring except for CIW where the monitor did not have a chance to review the lengths of stay in the reception center and Valley State where transfers were

J. Michael Keating, Jr.
May 26, 2004
Page 2

timely. (See Draft Report: HDSP at 26; San Quentin at 68; DVI at 76; Wasco at 146-47; NKSP at 154; CCI at 168; CIM at 178; RJD at 191; CIW at 207 and VSPW at 217.)

The Draft Report accurately reports that the department has only recently begun tracking length of stay of EOP inmates in the reception centers, despite a promise to do so made in June 2003. The data which plaintiffs have evaluated, although incomplete because some of the reception centers did not track delay codes or even submit forms, does provide some information about the sources of the delay for EOP patients housed in the reception centers. (See April 19, 2004 Health Care data, only San Quentin, CIM and Wasco – are reported; March 25, 2004 Health Care data, CCI, CIW and HDSP did not track delay codes). Interestingly enough, in the April 19, 2004 data, the most frequent reasons indicated for EOP delays were: lack of beds, awaiting central or medical files from Region, pending 115s, missing essential med chronos, or pre-release (30 days or less to serve). Only one EOP patient was delayed because of a pending BPT hearing. The March 25, 2004 data is similar.

During the 14th Round Phone Exit from CIM, the monitor reported that CIM is not complying with transfer timelines for EOPs in reception centers because of a shortage of EOP beds and delays in obtaining medical records from storage.

Plaintiffs have previously requested a recommendation in the Twelfth Report that would direct defendants to implement a system to track all EOPs housed in the reception centers and to develop a plan within 30 days to identify and address the system-wide factors and local institutional problems contributing to the failure to comply with the court-ordered transfer timelines for reception center EOP patients. (Plaintiffs' Objections to Draft Twelfth Monitoring Report dated November 25, 2003.) The Special Master declined because defendants agreed to track EOPs in the reception center and because of the *Valdivia* class action case which offered the potential for relief from the BPT backlogs. (Twelfth Report at 253.)

Defendants have adopted a tracking system, which appears (based upon plaintiffs' review of the materials created through the tracking system) to be ineffectively implemented and monitored by CDC Headquarters. The data reported monthly does not include all of the reception centers and does not track many of the delayed transfers. Despite the sloppy record keeping, there are issues identified in the data that has been provided, that can guide defendants in developing a plan to remedy their failure to comply with the transfer timelines. The identified delay factors were: pending 115s, lack of bus seats, lack of EOP beds, and missing UHRs, central files and medical chronos. These are CDC Headquarters issues and plaintiffs request the following recommendations: First, defendants should be directed to develop within 60 days a plan to address these and other identified factors that are delaying the transfer of EOP patients from reception centers to EOP programs system-wide; Second, defendants should be directed to monitor their reception center tracking system immediately to ensure that the reception centers are adequately identifying delay factors and submitting the data to CDC

J. Michael Keating, Jr.
May 26, 2004
Page 3

Headquarters in order to assist central office in addressing the delay factors; and <u>Third</u>, defendants should be directed to issue a memorandum immediately clarifying the availability and process for expedited transfers of EOP patients that a clinician determines require placement in an EOP program faster than the standard 60 day transfer timeline. The Draft Report clearly documents that this expedited transfer process is not being utilized by the reception centers.

Plaintiffs also request that the Special Master's team of experts review and report on the level of mental health care being provided to EOP patients housed in the reception centers as part of their monitoring of the reception centers. The Draft Report only provides this data for two of the ten reception centers monitored – North Kern State Prison (at 151) and California Institute for Women (at 206). The harm caused by these delayed EOP transfers is difficult to assess without information about the level of mental health care being provided to these EOP patients.

2. <u>Excessive Use of Force at Corcoran</u>

In the Objections to the Draft Twelfth Monitoring Report (Letter to Keating dated November 25, 2003), plaintiffs requested that the Special Master make a recommendation to the Court requiring that Corcoran State Prison develop specific new procedures and training to address improper use of force on mentally ill prisoners, to take effective administrative disciplinary action to investigate and respond to violations of the procedures and to submit use of force reports monthly to the Special Master for review. After six months, plaintiffs requested that the Special Master make findings based upon these reviews regarding whether the Court should make additional orders concerning Corcoran and use of force. The Special Master declined to issue any recommendation regarding use of force issues at Corcoran. In the final version of the Twelfth Report the Special Master stated "[t]he monitor will continue to review institutional compliance in this regard and will recommend the imposition of sanctions to the court if these practices are not improved." (Twelfth Report at 259)

In response to the Twelfth Report, Corcoran has done nothing to voluntarily address these problems. In fact, Corcoran failed to even assist the monitor in evaluating the issue. In the Draft Thirteenth Monitoring Report, because of Corcoran's failure to process and review its use-of-force incident reports and because the incident reports were unavailable to the monitor, the monitor again defers evaluating use of force against mentally ill inmates. The evaluation is deferred despite inmate interviews indicating that OC pepper spray continues to be used excessively on inmates, including when inmates were locked in holding cells or lying on the floor. (Draft Report at 96). Any further delay in seeking remedial action with respect to this is an unacceptable "reward" for an out of control prison.

In the 14th round exit interview, the monitors noted that half of the use of force incidents involved mentally ill inmates. Mentally ill inmates are approximately 25% of

J. Michael Keating, Jr.
May 26, 2004
Page 4

the inmate population at Corcoran. In addition the monitors noted that mental health intervention, when called upon, was quite minimal and ineffective, and that incidents were over characterized as "emergency".

Corcoran's failure to provide the monitoring team with incident reports and its inability to process and review use-of-force incident reports should not be the basis for any further delay in remedying this extremely serious problem. The Special Master has already given Corcoran ample notice that improvement in this area is critical. The prison's continuing failure to address the problem of the excessive use of force against mentally ill prisoners necessitates the imposition of a court order that will effectively assist Corcoran in addressing this persistent problem.

Plaintiffs request that the Special Master recommend the immediate court-appointment of a use of force expert to work with Warden Scribner to investigate the recent problems involving use of force and other staff misconduct against mentally ill inmates at Corcoran. This expert should be asked to spend significant time at Corcoran interviewing staff, reviewing past incident reports, and assessing current policies, procedure, and training at Corcoran. The expert should be asked to report on the scope of the problem and make recommendations to the court within 60 days. The expert should also be asked to monitor and assist Corcoran's efforts to correct the problems during the next 180 days, and should be required to make reports on his or her progress every 60 days.

    3.  Pattern of Improper Use of Force and Officer Misconduct at Level IV Administrative Segregation Units and SHUs more generally

The Draft Report includes extremely disturbing findings concerning use of force and staff misconduct against mentally ill inmates in Level IV administrative segregation units and SHU units:

> During the reporting period, interviewed inmates and mental health staff alike in CSP/Corcoran, CSP/LAC and RJD complained about harassment and, at the very least, verbal abuse of caseload inmates by some correctional officers. Inmates not infrequently report such disrespect and harassment, but in these three institutions, interviewed mental health clinicians corroborated the claims of inmates and, most unusually, reported themselves as being intimidated by the hostility and animosity of some correctional officers.

(Draft Report at 230.) Later on, the report is also very direct about the extent of these problems:

> In the other two continuingly troubled facilities (CSP/Corcoran and SVSP), some elements of the custody staff

J. Michael Keating, Jr.
May 26, 2004
Page 5

> obstructed reform efforts through their hostility to seriously mentally
> disordered inmates and mental health care givers.  Monitoring teams
> have rarely encountered overt opposition among custody staff to
> mental health clinicians during the past seven years of monitoring,
> but uniquely in this round, some interviewed clinicians in both of
> these institutions expressed fear and intimidation.  Neither
> CSP/Corcoran nor RJD presently has an abundance of clinical
> staffing resources; the odds against keeping what resources they
> have or retaining additional resources mount in direct proportion to
> the extent to which each becomes known as an environment where
> seriously mentally disordered inmates are harassed and the work of
> mental health clinicians is scorned.  For their own well-being,
> custody supervisors and line correctional officers in CSP/Corcoran
> and RJD need to educate their ignorant, prejudiced colleagues to
> appreciate the contributions of mental health care and clinicians to
> the very safety of their respective institutions.  This situation in
> CSP/Corcoran was exacerbated by reports, apparently confirmed in
> institutional documentation, that correctional officers in the EOP
> administrative segregation hub unit sometimes withheld food and,
> even more incredibly, medication to punish behavior that may have
> stemmed from inmates' very mental illness that the medications
> were supposed to control and treat

(Draft Report at 259.)

These reports of staff interference with and intimidation of clinical staff members are extremely disturbing and demand prompt court intervention to ensure that mentally ill inmates and psychiatric care givers are not harmed by out of control, poorly trained correctional officers who are punishing inmates for behavior related to inmates' mental illness.

Because of the broad and serious nature of these concerns, the Special Master should make recommendations requiring that the CDC prepare specialized training programs for all custody staff who supervise mentally ill inmates in administrative segregations and SHU units system-wide to address use of force issues and basic understanding of mental illness.

### 4. Excessive Lengths of Stay in EOP Ad. Seg Hubs

As part of the Twelfth Report and the Court order implementing the recommendations of the Report, the defendants were required to "submit to the monitor in writing an explanation for the length of stay in administrative segregation for each of the 34 EOP inmates held for six months or more and identified in section R10 of the October 3, 2003 Health Care Population Unit's Management Information Report." (See

J. Michael Keating, Jr.
May 26, 2004
Page 6

Twelfth Report at 262; Court Order dated January 12, 2004.)  The report that defendants filed with the Court merely listed the lengthy delays documented for these EOP patients as they waited for RVR hearings, for classification hearings, for endorsements, and sometimes for reception center processing months and months after arriving at the reception center.  No explanations were provided for the delays.  (January 26, 2004 Letter to Keating and attached Explanation.)  In their response to defendants' court filing, plaintiffs discussed some of the 34 EOP patients, noting long delays in bringing these EOP patients to RVR hearings, ICC hearings, to the CSRs, through reception center processing, and even to a bus seat.  (Plaintiffs' Letter to Keating dated February 11, 2004.)  Plaintiffs requested that defendants be required to promptly comply with the January 12, 2004 Court Order by providing an explanation for these delays, which would allow the Court, the monitor and the plaintiffs to have a clearer understanding of the obstacles that exist and the needed remedies to move EOP patients out of ad.seg. Hubs to mainline EOPs, SNY programs or PSUs.  No further response was provided by defendants.

The January 12, 2004 Court Order also required defendants to develop a plan to expedite EOP transfers out of EOP ad.seg. Hubs to PSUs, and in response defendants have authored new memorandum to the field directing local institutional staff how to expedite the transfers of EOP patients with SHU terms to PSU beds.  (January 12, 2004 Order at No. 3; April 30, 2004 Letter and attached memorandum from Neill.)  Although these memorandum are a first step in addressing some of the reasons that EOP patients remain in the ad.seg. Hubs for long stays – they primarily address those EOP patients that have been assessed SHU terms.  In the case of EOP ad.seg. patients housed in the ad.seg. Hubs, there are no looming transfer timelines that exert pressure to move these patients quickly through their ad.seg. placement issues whether they involve safety concerns or disciplinary issues that require resolution.  The results of this lack of pressure are evident in the long lengths of stay in ad.seg. for many of the EOP patients housed there.  Defendants' report to the Court on the 34 EOP ad.seg. patients illustrated the many points at which this delay could occur.

According to the most recent monthly statistics, reporting data from March 2003, there were EOP patients housed in most of the EOP ad.seg. Hubs with lengths of stays over six months:  CMC had five EOP listed with lengths of stay over 180 days; Corcoran had eight EOPs listed with lengths of stay over 180 days; Salinas Valley had six EOPs with lengths of stay over 180 days; CMF had six EOPs with lengths of stay of over 180 days; SAC had two with lengths of stay of over 180 days and two with lengths of stay of over 170 days; Lancaster had four with lengths of stay of over 200 days; RJD had one EOP with a length of stay over 180 days; and San Quentin had eleven with lengths of stay over 150 days.  Only two of these EOPs appear on the PSU wait list.  Plaintiffs and the Special Master have asked defendants for information about this ad.seg. data – specifically whether institutions begin recounting length of stay when a patient goes to a

J. Michael Keating, Jr.
May 26, 2004
Page 7

crisis bed or out to court, but defendants have not provided this information. (See Neill's Letter to Keating, dated March 25, 2004). Plaintiffs have provided data that indicates that institutions do recount when a patient goes to a crisis bed and that the monthly data has missed patients who have been housed in the ad.seg. units for considerable periods of time. (See Kahn's Letter to Keating, dated February 6, 2004.)

The care provided to these EOP ad.seg. patients, many with lengths of stay over six months, varies considerably by institution, but none of the ad.seg. units provide a level of care remotely equivalent to a PSU program. Unfortunately, many of these men are housed in these ad.seg. units for lengths of stay equivalent to a PSU stay.

Plaintiffs request a recommendation that defendants be ordered to fully comply with the January 12, 2004 Court order that directed defendants to provide an explanation for the length of stay for each of the 34 EOP patients held for six months or more as identified in section R10 of the October 3, 2003 Health Care Report. Furthermore, based upon the results of defendants' review of the 34 EOP patients, plaintiffs request that defendants be directed to develop a plan to expedite safety investigations, classification reviews, disciplinary hearings, transportation and any other identified delay factors for EOP ad.seg. patients who are not endorsed for PSU placement.

5. Modification to Recommendations re New ASUs

The review of the new ASUs, including Exhibit R to the draft Thirteenth Report, identified some important weaknesses in the operation of the new ASUs. Plaintiffs request that the monitor include as a recommendation that CDC adopt for all of the new ASUs a procedure adopted by Calipatria State Prison: all inmates to be placed in the new ASU are initially housed in the regular ad.seg. unit (a 270-degree design housing unit) where they are screened and observed for several weeks prior to placement in the new ASU. According to the monitor, this practice permits inmates with unresolved mental health issues to be held in the regular ad.seg. unit until their issues are adequately addressed. Furthermore this practice has prevented mistaken placement of MHSDS inmates into their new ASU. (Exhibit R at p.1 to the Draft Report.)

In addition, plaintiffs request that the recommendation regarding screenings be modified to reflect the time frame agreed upon by defendants and plaintiffs in the Program Guide meetings on Section 7: Administrative Segregation. Section 7 (Page 7-5) provides that: *"All inmates who are retained in ASU who are not in the MHSDS and who have received no mental health referral up to that time shall receive a mental health screening interview utilizing the 31 question mental health screening questionnaire used in the Reception centers within 72 hours of placement in ASU."* As noted in the body of Exhibit R, the monitor recommends that these screens should be conducted in a private setting, and cell front screens should only be conducted when inmates refuse out-of-cell interviews. (Exhibit R at Memo re Calipatria and Centinela at 3.) Plaintiffs request that

J. Michael Keating, Jr.
May 26, 2004
Page 8

the recommendation regarding screenings in the new ASUs also contain language stating that these mental health screenings should be conducted in a private setting.

    6. <u>Modification to Special Master's Recommendation 2 Regarding Plan for Evaluation and Treatment of Inmates with Paraphillials</u>

    Recommendation 2 directs defendants to develop a plan within 180 days of entry of an order to meet the needs for evaluation and, where applicable and useful, treatment of inmates with paraphillias. (Draft Report at 265.) Plaintiffs request a shorter time frame for this order. This issue is not new to defendants who have been developing a treatment plan for inmates with paraphillias at Pelican Bay as part of the <u>Freitag/Madrid</u> case over the past year. The consequences continue to be serious for those <u>Coleman</u> class members who have Axis I diagnoses of Exhibitionism and face potential second and third-strike convictions and sentences on RVRs that had been referred from CDC to the DA for "behavior related to their mental illness, which was neither diagnosed nor treated by the institution's mental health staff." (Draft Report at 97-98). Plaintiffs request that the recommendation be modified and that defendants be directed to develop a plan within 90 days of entry of an order.

    In addition, plaintiffs request that the Special Master recommend to the Court that the defendants be directed to provide the Special Master and plaintiffs with a list of all EOP patients who have been referred to the District Attorney since January 2003 for prosecution of an RVR issued for "indecent exposure". Plaintiffs believe that this information is necessary in order to understand the scope of this problem.

    7. <u>Modification to Special Master's Recommendation 3 Regarding Inpatient Issues</u>

    Recommendation 3 prohibits defendants from closing ICF/DTP at CMF until September 2004 or until they have developed to the satisfaction of the Court a plan to meet any unmet need within CDC for inpatient DMH intermediate care.

    Plaintiffs request that this recommendation be modified by striking "until September 2004 or". In addition, defendants should be required to plan for the long-term operation of the ICF/DTP unit at CMF, including obtaining licensing approval and communicating with existing clinical staff. Program operations and staffing have been damaged by the persistent efforts to close the program by CDC. The draft recommendation, which only extends the "life" a few more months, does not remedy the problem.

J. Michael Keating, Jr.
May 26, 2004
Page 9


Please feel free to contact me if you have any questions about our comments and objections.

Sincerely yours,

ROSEN, BIEN & ASARO, LLP

By: Jane E. Kahn

JEK:pj

cc:    Matthew A. Lopes, Jr.
       Lisa Tillman, Deputy Attorney General, Sacramento Office
       Coleman Co-counsel

**Exhibit O**

State of California                                     California Department of Corrections and Rehabilitation

# Memorandum

Date:    OCT 2 5 2005

To:      Yulanda Mynhier, Deputy Director (A)
         Health Care Administrative Operations Branch
         Division of Correctional Health Care Services

Subject: **SUMMARY OF MENTAL HEALTH CRISIS BED REFERRALS AND TRANSFERS FOR
         SEPTEMBER 2005**

Attached are summaries regarding the number of Mental Health Crisis Bed (MHCB) referrals and
placements handled by Health Care Placement Unit (HCPU) staff during the month of September
2005. There were **317 MHCB** referrals. Of the **317** referrals, only **40** were placed. The **277** not
placed (**87%** of those referred) were rescinded by the referring clinician. Of the **277** rescinded,
**210** were discharged and no longer required MHCB treatment, **51** were placed in a MHCB
internally, **13** were referred to the Department of Mental Health and **3** paroled. **Attachment 1**
summarizes the referrals/transfers/rescinded cases by sending institution and previous levels of
care.

**Attachment 2A** provides additional details of the completed referrals/transfers, including transfer
timeframes and average number of days waiting to transfer. The average number of days waiting
for the **40** transferred was **4.88**. Of the **40** transferred, only **14** cases were transferred within the
required 24 hours.

**Attachment 2B** (7 pages) provides details regarding those MHCB referrals that were rescinded by
the referring clinician. **Attachment 2C** summarizes the cases rescinded.

**Attachment 3** summarizes, by institution, the average number of days referrals waited before
being transferred or rescinded.

**Attachment 4** is a summary of those inmates referred and transferred to the California Medical
Facility (CMF)/Acute Psychiatric Program. All admissions in September were from within CMF.

Please let me know if you have any questions about the information provided.

*Irma Petrey.*

**IRMA PETREY, Chief**
Health Care Placement Unit
Division of Correctional Health Care Services

Attachments

cc:  Renee Kanan, M.D.                    Tim Fishback, M.D.
     Doug McKeever                        Shama Chaiken, Ph.D.
     Health Care Regional Administrators  Peg McAloon, Ph.D.
     Regional Medical Directors           HCPU Staff

* CDC 1617 (3/89)

**SUMMARY**
MHCB REFERRALS AND TRANSFERS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**SEPTEMBER 2005**

| | REFERRALS | | | | | TRANSFERS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CCCMS | EOP | GP | TOTAL | % TTL | CCCMS | EOP | GP | TOTAL | % TTL |
| ASP | 5 | 2 | 0 | 7 | 2.21% | 4 | 0 | 0 | 4 | 10.00% |
| CAL | 1 | 0 | 3 | 4 | 1.26% | 0 | 0 | 1 | 1 | 2.50% |
| CCI | 5 | 3 | 0 | 8 | 2.52% | 0 | 0 | 0 | 0 | 0.00% |
| CCI-RC | 1 | 0 | 0 | 1 | 0.32% | 0 | 0 | 0 | 0 | 0.00% |
| CEN | 2 | 0 | 2 | 4 | 1.26% | 2 | 0 | 1 | 3 | 7.50% |
| CIM | 14 | 19 | 3 | 36 | 11.36% | 0 | 0 | 0 | 0 | 0.00% |
| CIM-RC | 37 | 25 | 11 | 73 | 23.03% | 0 | 0 | 0 | 0 | 0.00% |
| CMC | 11 | 66 | 7 | 84 | 26.50% | 0 | 3 | 0 | 3 | 7.50% |
| CMF | 0 | 1 | 0 | 1 | 0.32% | 0 | 0 | 0 | 0 | 0.00% |
| CRC | 3 | 0 | 0 | 3 | 0.95% | 1 | 0 | 0 | 1 | 2.50% |
| CVSP | 0 | 0 | 2 | 2 | 0.63% | 0 | 0 | 2 | 2 | 5.00% |
| DVI | 2 | 0 | 0 | 2 | 0.63% | 1 | 0 | 0 | 1 | 2.50% |
| DVI-RC | 3 | 7 | 0 | 10 | 3.15% | 0 | 0 | 0 | 0 | 0.00% |
| FOL | 4 | 0 | 0 | 4 | 1.26% | 3 | 0 | 0 | 3 | 7.50% |
| ISP | 0 | 0 | 1 | 1 | 0.32% | 0 | 0 | 0 | 0 | 0.00% |
| MCSP | 0 | 7 | 0 | 7 | 2.21% | 0 | 0 | 0 | 0 | 0.00% |
| NKSP | 1 | 2 | 0 | 3 | 0.95% | 1 | 2 | 0 | 3 | 7.50% |
| NKSP-RC | 16 | 5 | 7 | 28 | 8.83% | 10 | 3 | 0 | 13 | 32.50% |
| SCC | 1 | 1 | 0 | 2 | 0.63% | 0 | 0 | 0 | 0 | 0.00% |
| SOL | 4 | 3 | 2 | 9 | 2.84% | 2 | 0 | 1 | 3 | 7.50% |
| SQ | 1 | 0 | 0 | 1 | 0.32% | 1 | 0 | 0 | 1 | 2.50% |
| SQ-RC | 6 | 8 | 2 | 16 | 5.05% | 0 | 0 | 0 | 0 | 0.00% |
| SVSP | 7 | 1 | 1 | 9 | 2.84% | 0 | 0 | 0 | 0 | 0.00% |
| WSP-RC | 0 | 2 | 0 | 2 | 0.63% | 0 | 2 | 0 | 2 | 5.00% |
| TOTAL | 124 | 152 | 41 | 317 | 100.00% | 25 | 10 | 5 | 40 | 100.00% |
| % TTL | 39.12% | 47.95% | 12.93% | 100.00% | | 62.50% | 25.00% | 12.50% | 100.00% | |

| | REFERRED AND RESCINDED | | | | |
|---|---|---|---|---|---|
| | CCCMS | EOP | GP | TOTAL | % TTL |
| ASP | 1 | 2 | 0 | 3 | 1.08% |
| CAL | 1 | 0 | 2 | 3 | 1.08% |
| CCI | 5 | 3 | 0 | 8 | 2.89% |
| CCI-RC | 1 | 0 | 0 | 1 | 0.36% |
| CEN | 0 | 0 | 1 | 1 | 0.36% |
| CIM | 14 | 19 | 3 | 36 | 13.00% |
| CIM-RC | 37 | 25 | 11 | 73 | 26.35% |
| CMC | 11 | 63 | 7 | 81 | 29.24% |
| CMF | 0 | 1 | 0 | 1 | 0.36% |
| CRC | 2 | 0 | 0 | 2 | 0.72% |
| DVI | 1 | 0 | 0 | 1 | 0.36% |
| DVI-RC | 3 | 7 | 0 | 10 | 3.61% |
| FOL | 1 | 0 | 0 | 1 | 0.36% |
| ISP | 0 | 0 | 1 | 1 | 0.36% |
| MCSP | 0 | 7 | 0 | 7 | 2.53% |
| NKSP | 0 | 0 | 0 | 0 | 0.00% |
| NKSP-RC | 6 | 2 | 7 | 15 | 5.42% |
| SCC | 1 | 1 | 0 | 2 | 0.72% |
| SOL | 2 | 3 | 1 | 6 | 2.17% |
| SQ-RC | 6 | 8 | 2 | 16 | 5.78% |
| SVSP | 7 | 1 | 1 | 9 | 3.25% |
| TOTAL | 99 | 142 | 36 | 277 | 100.00% |
| % TTL | 35.74% | 51.26% | 13.00% | 100.00% | |

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2A
**SEPTEMBER 2005**

| Transferred From | Transferred To | Request Date | Transfer Date | Previous LOC | Days Waiting |
|---|---|---|---|---|---|
| ASP | PVSP | 8/26/2005 | 9/20/2005 | CCCMS | 25 |
| ASP | PVSP | 9/15/2005 | 9/20/2005 | CCCMS | 5 |
| ASP | PVSP | 9/20/2005 | 9/20/2005 | CCCMS | 0 |
| ASP | SATF | 9/20/2005 | 9/30/2005 | CCCMS | 10 |
| | | | | **AVERAGE DAYS WAITING:** | **10.00** |
| CAL | LAC | 9/28/2005 | 9/28/2005 | GP | 0 |
| | | | | **AVERAGE DAYS WAITING:** | **0.00** |
| CEN | LAC | 9/14/2005 | 9/15/2005 | CCCMS | 1 |
| CEN | RJD | 9/8/2005 | 9/11/2005 | CCCMS | 3 |
| CEN | LAC | 9/2/2005 | 9/4/2005 | GP | 2 |
| | | | | **AVERAGE DAYS WAITING:** | **2.00** |
| CMC | SATF | 8/26/2005 | 9/24/2005 | EOP | 29 |
| CMC | SATF | 9/10/2005 | 9/10/2005 | EOP | 0 |
| CMC | SVSP | 9/2/2005 | 9/24/2005 | EOP | 22 |
| | | | | **AVERAGE DAYS WAITING:** | **17.00** |
| CRC | SATF | 9/19/2005 | 9/23/2005 | CCCMS | 4 |
| | | | | **AVERAGE DAYS WAITING:** | **4.00** |
| CVSP | RJD | 8/31/2005 | 9/12/2005 | GP | 12 |
| CVSP | SATF | 8/28/2005 | 9/9/2005 | GP | 12 |
| | | | | **AVERAGE DAYS WAITING:** | **12.00** |
| DVI | SOL | 9/15/2005 | 9/16/2005 | CCCMS | 1 |
| | | | | **AVERAGE DAYS WAITING:** | **1.00** |
| FOL | SAC | 9/6/2005 | 9/9/2005 | CCCMS | 3 |
| FOL | SAC | 9/15/2005 | 9/16/2005 | CCCMS | 1 |
| FOL | SAC | 9/30/2005 | 9/30/2005 | CCCMS | 0 |
| | | | | **AVERAGE DAYS WAITING:** | **1.33** |
| NKSP | SATF | 8/25/2005 | 9/4/2005 | CCCMS | 10 |
| NKSP | SATF | 9/28/2005 | 9/30/2005 | EOP | 2 |
| NKSP | SATF | 9/28/2005 | 9/30/2005 | EOP | 2 |
| | | | | **AVERAGE DAYS WAITING:** | **4.67** |
| NKSP-RC | COR | 9/3/2005 | 9/6/2005 | CCCMS | 3 |
| NKSP-RC | COR | 9/20/2005 | 9/21/2005 | CCCMS | 1 |
| NKSP-RC | COR | 9/20/2005 | 9/21/2005 | CCCMS | 1 |
| NKSP-RC | COR | 9/26/2005 | 9/26/2005 | CCCMS | 0 |
| NKSP-RC | COR | 9/26/2005 | 9/27/2005 | CCCMS | 1 |
| NKSP-RC | COR | 9/27/2005 | 9/28/2005 | CCCMS | 1 |
| NKSP-RC | RJD | 9/24/2005 | 9/26/2005 | CCCMS | 2 |
| NKSP-RC | SATF | 9/19/2005 | 9/23/2005 | CCCMS | 4 |
| NKSP-RC | SATF | 9/20/2005 | 9/21/2005 | CCCMS | 1 |
| NKSP-RC | SATF | 9/23/2005 | 9/23/2005 | CCCMS | 0 |
| NKSP-RC | COR | 9/3/2005 | 9/6/2005 | EOP | 3 |
| NKSP-RC | COR | 9/17/2005 | 9/20/2005 | EOP | 3 |
| NKSP-RC | COR | 9/17/2005 | 9/20/2005 | EOP | 3 |
| | | | | **AVERAGE DAYS WAITING:** | **1.77** |
| SOL | RJD | 9/13/2005 | 9/16/2005 | CCCMS | 3 |
| SOL | RJD | 9/13/2005 | 9/16/2005 | CCCMS | 3 |
| SOL | SATF | 9/20/2005 | 9/23/2005 | GP | 3 |
| | | | | **AVERAGE DAYS WAITING:** | **3.00** |

HCPU 10/14/05

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE          ATTACHMENT 2A
**SEPTEMBER 2005**

| Transferred From | Transferred To | Request Date | Transfer Date | Previous LOC | Days Waiting |
|---|---|---|---|---|---|
| SQ | RJD | 8/31/2005 | 9/13/2005 | CCCMS | 13 |
| | | | | **AVERAGE DAYS WAITING:** | **13.00** |
| WSP-RC | CMC | 9/19/2005 | 9/22/2005 | EOP | 3 |
| WSP-RC | CMC | 9/19/2005 | 9/22/2005 | EOP | 3 |
| | | | | **AVERAGE DAYS WAITING:** | **3.00** |

| | |
|---|---|
| **TOTAL MHCB TRANSFERS:** | **40** |
| **TOTAL AVERAGE DAYS WAITING:** | **4.88** |
| **RANGE FOR DAYS WAITING:** | **29** |

| | |
|---|---|
| **TOTAL MHCB TRANSERS COMPLETED IN < OR = 24 HRS:** | **14** |

| | |
|---|---|
| **TOTAL MHCB TRANSFERS COMPLETED IN > 24 HRS:** | **26** |
| **TOTAL AVERAGE DAYS WAITING (> 24 HRS):** | **7.19** |
| **RANGE FOR DAYS WAITING (> 24 HRS):** | **27** |

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**SEPTEMBER 2005**

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| ASP | RESCINDED | 9/2/2005 | 9/14/2005 | CCCMS | RETURN TO HOUSING | 12 |
| ASP | RESCINDED | 9/1/2005 | 9/2/2005 | EOP | RETURN TO HOUSING | 1 |
| ASP | RESCINDED | 9/13/2005 | 9/20/2005 | EOP | RETURN TO HOUSING | 7 |
| | | | | | **AVERAGE DAYS WAITING:** | **6.67** |
| CAL | RESCINDED | 9/8/2005 | 9/19/2005 | CCCMS | RETURN TO HOUSING | 11 |
| CAL | RESCINDED | 8/16/2005 | 9/9/2005 | GP | RETURN TO HOUSING | 24 |
| CAL | RESCINDED | 9/13/2005 | 9/22/2005 | GP | RETURN TO HOUSING | 9 |
| | | | | | **AVERAGE DAYS WAITING:** | **14.67** |
| CCI | RESCINDED | 9/2/2005 | 9/15/2005 | CCCMS | RETURN TO HOUSING | 13 |
| CCI | RESCINDED | 9/9/2005 | 9/22/2005 | CCCMS | RETURN TO HOUSING | 13 |
| CCI | RESCINDED | 9/13/2005 | 9/22/2005 | CCCMS | RETURN TO HOUSING | 9 |
| CCI | RESCINDED | 9/20/2005 | 9/21/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CCI | RESCINDED | 9/22/2005 | 9/27/2005 | CCCMS | RETURN TO HOUSING | 5 |
| CCI | RESCINDED | 8/18/2005 | 9/15/2005 | EOP | RETURN TO HOUSING | 28 |
| CCI | RESCINDED | 9/7/2005 | 9/8/2005 | EOP | RETURN TO HOUSING | 1 |
| CCI | RESCINDED | 9/15/2005 | 9/21/2005 | EOP | PAROLED | 6 |
| | | | | | **AVERAGE DAYS WAITING:** | **9.50** |
| CCI-RC | RESCINDED | 9/15/2005 | 9/22/2005 | CCCMS | RETURN TO HOUSING | 7 |
| | | | | | **AVERAGE DAYS WAITING:** | **7.00** |
| CEN | RESCINDED | 9/12/2005 | 9/12/2005 | GP | RETURN TO HOUSING | 0 |
| | | | | | **AVERAGE DAYS WAITING:** | **0.00** |
| CIM | RESCINDED | 9/1/2005 | 9/6/2005 | CCCMS | RETURN TO HOUSING | 5 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | CCCMS | ADMITTED | 1 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/8/2005 | 9/9/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/9/2005 | 9/13/2005 | CCCMS | RETURN TO HOUSING | 4 |
| CIM | RESCINDED | 9/12/2005 | 9/13/2005 | CCCMS | ADMITTED | 1 |
| CIM | RESCINDED | 9/12/2005 | 9/13/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/13/2005 | 9/14/2005 | CCCMS | ADMITTED | 1 |
| CIM | RESCINDED | 9/13/2005 | 9/14/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/13/2005 | 9/14/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/19/2005 | 9/20/2005 | CCCMS | ADMITTED | 1 |
| CIM | RESCINDED | 9/1/2005 | 9/6/2005 | EOP | RETURN TO HOUSING | 5 |
| CIM | RESCINDED | 9/1/2005 | 9/6/2005 | EOP | RETURN TO HOUSING | 5 |
| CIM | RESCINDED | 9/2/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 5 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | EOP | ADMITTED | 1 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/12/2005 | 9/13/2005 | EOP | ADMITTED | 1 |
| CIM | RESCINDED | 9/12/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/12/2005 | 9/13/2005 | EOP | ADMITTED | 1 |
| CIM | RESCINDED | 9/12/2005 | 9/13/2005 | EOP | ADMITTED | 1 |
| CIM | RESCINDED | 9/12/2005 | 9/13/2005 | EOP | ADMITTED | 1 |

HCPU 10/14/05

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**SEPTEMBER 2005**

ATTACHMENT2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| CIM | RESCINDED | 9/13/2005 | 9/14/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/13/2005 | 9/14/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/13/2005 | 9/14/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/13/2005 | 9/14/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/15/2005 | 9/16/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/15/2005 | 9/16/2005 | EOP | ADMITTED | 1 |
| CIM | RESCINDED | 9/6/2005 | 9/7/2005 | GP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/13/2005 | 9/14/2005 | GP | RETURN TO HOUSING | 1 |
| CIM | RESCINDED | 9/15/2005 | 9/16/2005 | GP | ADMITTED | 1 |
| | | | | | **AVERAGE DAYS WAITING:** | **1.53** |
| CIM-RC | RESCINDED | 9/1/2005 | 9/2/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/1/2005 | 9/2/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/15/2005 | 9/19/2005 | CCCMS | ADMITTED | 4 |
| CIM-RC | RESCINDED | 9/16/2005 | 9/19/2005 | CCCMS | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/21/2005 | 9/22/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/21/2005 | 9/22/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/21/2005 | 9/22/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/22/2005 | 9/23/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/22/2005 | 9/23/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/22/2005 | 9/23/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/22/2005 | 9/23/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/23/2005 | 9/23/2005 | CCCMS | RETURN TO HOUSING | 0 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/27/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/27/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/27/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/27/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/27/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/27/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/27/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/27/2005 | 9/28/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/27/2005 | 9/28/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/27/2005 | 9/28/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/28/2005 | 9/29/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/28/2005 | 9/29/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/28/2005 | 9/29/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/28/2005 | 9/29/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/29/2005 | 9/30/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/29/2005 | 9/30/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/29/2005 | 9/30/2005 | CCCMS | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/1/2005 | 9/2/2005 | EOP | RETURN TO HOUSING | 1 |

HCPU 10/14/05

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**SEPTEMBER 2005**

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| CIM-RC | RESCINDED | 9/1/2005 | 9/2/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/1/2005 | 9/2/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/1/2005 | 9/2/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/2/2005 | 9/6/2005 | EOP | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 9/2/2005 | 9/6/2005 | EOP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 9/16/2005 | 9/20/2005 | EOP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | EOP | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/20/2005 | 9/21/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/20/2005 | 9/21/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/21/2005 | 9/22/2005 | EOP | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/21/2005 | 9/22/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/21/2005 | 9/22/2005 | EOP | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/22/2005 | 9/22/2005 | EOP | RETURN TO HOUSING | 0 |
| CIM-RC | RESCINDED | 9/22/2005 | 9/23/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/27/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/28/2005 | EOP | ADMITTED | 2 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/28/2005 | EOP | ADMITTED | 2 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/28/2005 | EOP | ADMITTED | 2 |
| CIM-RC | RESCINDED | 9/28/2005 | 9/29/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/28/2005 | 9/30/2005 | EOP | ADMITTED | 2 |
| CIM-RC | RESCINDED | 9/28/2005 | 9/30/2005 | EOP | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 9/29/2005 | 9/30/2005 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/15/2005 | 9/19/2005 | GP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 9/15/2005 | 9/19/2005 | GP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 9/16/2005 | 9/19/2005 | GP | ADMITTED | 3 |
| CIM-RC | RESCINDED | 9/16/2005 | 9/20/2005 | GP | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 9/19/2005 | 9/20/2005 | GP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/21/2005 | 9/22/2005 | GP | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/21/2005 | 9/22/2005 | GP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/22/2005 | 9/23/2005 | GP | ADMITTED | 1 |
| CIM-RC | RESCINDED | 9/26/2005 | 9/27/2005 | GP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 9/28/2005 | 9/30/2005 | GP | ADMITTED | 2 |
| CIM-RC | RESCINDED | 9/28/2005 | 9/30/2005 | GP | RETURN TO HOUSING | 2 |
| | | | | | **AVERAGE DAYS WAITING:** | **1.41** |
| CMC | RESCINDED | 8/22/2005 | 9/2/2005 | CCCMS | RETURN TO HOUSING | 11 |
| CMC | RESCINDED | 8/29/2005 | 9/7/2005 | CCCMS | RETURN TO HOUSING | 9 |
| CMC | RESCINDED | 8/31/2005 | 9/7/2005 | CCCMS | RETURN TO HOUSING | 7 |
| CMC | RESCINDED | 9/1/2005 | 9/7/2005 | CCCMS | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 9/6/2005 | 9/7/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/8/2005 | 9/22/2005 | CCCMS | DMH (Pending or Transferred) | 14 |
| CMC | RESCINDED | 9/12/2005 | 9/13/2005 | CCCMS | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/12/2005 | 9/28/2005 | CCCMS | DMH (Pending or Transferred) | 16 |
| CMC | RESCINDED | 9/19/2005 | 9/30/2005 | CCCMS | DMH (Pending or Transferred) | 11 |
| CMC | RESCINDED | 9/22/2005 | 9/28/2005 | CCCMS | DMH (Pending or Transferred) | 6 |
| CMC | RESCINDED | 9/26/2005 | 9/29/2005 | CCCMS | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 8/12/2005 | 9/6/2005 | EOP | RETURN TO HOUSING | 25 |

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**SEPTEMBER 2005**

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| CMC | RESCINDED | 8/22/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 16 |
| CMC | RESCINDED | 8/24/2005 | 9/8/2005 | EOP | RETURN TO HOUSING | 15 |
| CMC | RESCINDED | 8/25/2005 | 9/2/2005 | EOP | RETURN TO HOUSING | 8 |
| CMC | RESCINDED | 8/25/2005 | 9/22/2005 | EOP | DMH (Pending or Transferred) | 28 |
| CMC | RESCINDED | 8/29/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 9 |
| CMC | RESCINDED | 8/29/2005 | 9/19/2005 | EOP | RETURN TO HOUSING | 21 |
| CMC | RESCINDED | 8/29/2005 | 9/22/2005 | EOP | DMH (Pending or Transferred) | 24 |
| CMC | RESCINDED | 8/29/2005 | 9/26/2005 | EOP | DMH (Pending or Transferred) | 28 |
| CMC | RESCINDED | 8/30/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 8 |
| CMC | RESCINDED | 9/1/2005 | 9/2/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/1/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 9/1/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 9/2/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 9/3/2005 | 9/8/2005 | EOP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 9/4/2005 | 9/8/2005 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 9/4/2005 | 9/9/2005 | EOP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 9/4/2005 | 9/21/2005 | EOP | RETURN TO HOUSING | 17 |
| CMC | RESCINDED | 9/5/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/5/2005 | 9/7/2005 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/6/2005 | 9/8/2005 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/7/2005 | 9/9/2005 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/8/2005 | 9/9/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/8/2005 | 9/9/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/8/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 9/8/2005 | 9/14/2005 | EOP | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 9/9/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 9/9/2005 | 9/23/2005 | EOP | RETURN TO HOUSING | 14 |
| CMC | RESCINDED | 9/11/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/12/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/12/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/12/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/14/2005 | 9/19/2005 | EOP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 9/14/2005 | 9/20/2005 | EOP | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 9/14/2005 | 9/21/2005 | EOP | RETURN TO HOUSING | 7 |
| CMC | RESCINDED | 9/14/2005 | 9/22/2005 | EOP | RETURN TO HOUSING | 8 |
| CMC | RESCINDED | 9/14/2005 | 9/23/2005 | EOP | RETURN TO HOUSING | 9 |
| CMC | RESCINDED | 9/15/2005 | 9/20/2005 | EOP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 9/15/2005 | 9/22/2005 | EOP | RETURN TO HOUSING | 7 |
| CMC | RESCINDED | 9/15/2005 | 9/27/2005 | EOP | RETURN TO HOUSING | 12 |
| CMC | RESCINDED | 9/16/2005 | 9/19/2005 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 9/16/2005 | 9/20/2005 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 9/16/2005 | 9/21/2005 | EOP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 9/16/2005 | 9/22/2005 | EOP | DMH (Pending or Transferred) | 6 |
| CMC | RESCINDED | 9/18/2005 | 9/19/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/19/2005 | 9/20/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/19/2005 | 9/20/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/19/2005 | 9/21/2005 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/19/2005 | 9/26/2005 | EOP | RETURN TO HOUSING | 7 |

HCPU 10/14/05

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
SEPTEMBER 2005

ATTACHMENT2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| CMC | RESCINDED | 9/19/2005 | 9/26/2005 | EOP | RETURN TO HOUSING | 7 |
| CMC | RESCINDED | 9/20/2005 | 9/23/2005 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 9/21/2005 | 9/22/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/21/2005 | 9/23/2005 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/22/2005 | 9/26/2005 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 9/22/2005 | 9/26/2005 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 9/23/2005 | 9/26/2005 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 9/23/2005 | 9/26/2005 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 9/26/2005 | 9/28/2005 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/26/2005 | 9/30/2005 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 9/27/2005 | 9/29/2005 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/28/2005 | 9/30/2005 | EOP | DMH (Pending or Transferred) | 2 |
| CMC | RESCINDED | 9/29/2005 | 9/30/2005 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/2/2005 | 9/7/2005 | GP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 9/3/2005 | 9/8/2005 | GP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 9/6/2005 | 9/8/2005 | GP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/7/2005 | 9/13/2005 | GP | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 9/18/2005 | 9/19/2005 | GP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 9/20/2005 | 9/22/2005 | GP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 9/22/2005 | 9/26/2005 | GP | RETURN TO HOUSING | 4 |
| | | | | | **AVERAGE DAYS WAITING:** | **6.33** |
| CMF | RESCINDED | 8/30/2005 | 9/11/2005 | EOP | DMH (Pending or Transferred) | 12 |
| | | | | | **AVERAGE DAYS WAITING:** | **12.00** |
| CRC | RESCINDED | 8/19/2005 | 9/11/2005 | CCCMS | RETURN TO HOUSING | 23 |
| CRC | RESCINDED | 9/26/2005 | 9/27/2005 | CCCMS | RETURN TO HOUSING | 1 |
| | | | | | **AVERAGE DAYS WAITING:** | **12.00** |
| DVI | RESCINDED | 9/21/2005 | 9/26/2005 | CCCMS | RETURN TO HOUSING | 5 |
| | | | | | **AVERAGE DAYS WAITING:** | **5.00** |
| DVI-RC | RESCINDED | 8/24/2005 | 9/1/2005 | CCCMS | RETURN TO HOUSING | 8 |
| DVI-RC | RESCINDED | 8/25/2005 | 9/1/2005 | CCCMS | RETURN TO HOUSING | 7 |
| DVI-RC | RESCINDED | 9/12/2005 | 9/12/2005 | CCCMS | PAROLED | 0 |
| DVI-RC | RESCINDED | 8/15/2005 | 9/1/2005 | EOP | PAROLED | 17 |
| DVI-RC | RESCINDED | 8/18/2005 | 9/1/2005 | EOP | RETURN TO HOUSING | 14 |
| DVI-RC | RESCINDED | 8/24/2005 | 9/1/2005 | EOP | RETURN TO HOUSING | 8 |
| DVI-RC | RESCINDED | 9/1/2005 | 9/19/2005 | EOP | RETURN TO HOUSING | 18 |
| DVI-RC | RESCINDED | 9/2/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 11 |
| DVI-RC | RESCINDED | 9/7/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 6 |
| DVI-RC | RESCINDED | 9/23/2005 | 9/26/2005 | EOP | RETURN TO HOUSING | 3 |
| | | | | | **AVERAGE DAYS WAITING:** | **9.20** |
| FOL | RESCINDED | 8/24/2005 | 9/7/2005 | CCCMS | RETURN TO HOUSING | 14 |
| | | | | | **AVERAGE DAYS WAITING:** | **14.00** |
| ISP | RESCINDED | 9/14/2005 | 9/28/2005 | GP | DMH (Pending or Transferred) | 14 |
| | | | | | **AVERAGE DAYS WAITING:** | **14.00** |
| MCSP | RESCINDED | 8/26/2005 | 9/1/2005 | EOP | ADMITTED | 6 |
| MCSP | RESCINDED | 9/5/2005 | 9/14/2005 | EOP | ADMITTED | 9 |
| MCSP | RESCINDED | 9/5/2005 | 9/14/2005 | EOP | ADMITTED | 9 |
| MCSP | RESCINDED | 9/5/2005 | 9/14/2005 | EOP | ADMITTED | 9 |
| MCSP | RESCINDED | 9/5/2005 | 9/14/2005 | EOP | ADMITTED | 9 |

RESCINDED MHCB REFERRALS                                        ATTACHMENT 2B
BY INSTITUTION AND PRIOR LEVEL OF CARE
**SEPTEMBER 2005**

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| MCSP | RESCINDED | 9/5/2005 | 9/14/2005 | EOP | ADMITTED | 9 |
| MCSP | RESCINDED | 9/12/2005 | 9/14/2005 | EOP | ADMITTED | 2 |
| | | | | | **AVERAGE DAYS WAITING:** | **7.57** |
| NKSP-RC | RESCINDED | 8/30/2005 | 9/6/2005 | CCCMS | RETURN TO HOUSING | 7 |
| NKSP-RC | RESCINDED | 9/7/2005 | 9/11/2005 | CCCMS | RETURN TO HOUSING | 4 |
| NKSP-RC | RESCINDED | 9/9/2005 | 9/9/2005 | CCCMS | RETURN TO HOUSING | 0 |
| NKSP-RC | RESCINDED | 9/16/2005 | 9/17/2005 | CCCMS | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 9/19/2005 | 9/21/2005 | CCCMS | RETURN TO HOUSING | 2 |
| NKSP-RC | RESCINDED | 9/27/2005 | 9/28/2005 | CCCMS | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 9/1/2005 | 9/2/2005 | EOP | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 9/21/2005 | 9/22/2005 | EOP | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 9/5/2005 | 9/6/2005 | GP | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 9/16/2005 | 9/17/2005 | GP | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 9/23/2005 | 9/23/2005 | GP | RETURN TO HOUSING | 0 |
| NKSP-RC | RESCINDED | 9/25/2005 | 9/26/2005 | GP | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 9/25/2005 | 9/26/2005 | GP | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 9/27/2005 | 9/28/2005 | GP | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 9/27/2005 | 9/28/2005 | GP | RETURN TO HOUSING | 1 |
| | | | | | **AVERAGE DAYS WAITING:** | **1.53** |
| SCC | RESCINDED | 8/30/2005 | 9/14/2005 | CCCMS | RETURN TO HOUSING | 15 |
| SCC | RESCINDED | 9/20/2005 | 9/26/2005 | EOP | RETURN TO HOUSING | 6 |
| | | | | | **AVERAGE DAYS WAITING:** | **10.50** |
| SOL | RESCINDED | 9/8/2005 | 9/11/2005 | CCCMS | RETURN TO HOUSING | 3 |
| SOL | RESCINDED | 9/14/2005 | 9/22/2005 | CCCMS | RETURN TO HOUSING | 8 |
| SOL | RESCINDED | 8/30/2005 | 9/1/2005 | EOP | RETURN TO HOUSING | 2 |
| SOL | RESCINDED | 9/1/2005 | 9/6/2005 | EOP | RETURN TO HOUSING | 5 |
| SOL | RESCINDED | 9/6/2005 | 9/9/2005 | EOP | RETURN TO HOUSING | 3 |
| SOL | RESCINDED | 9/1/2005 | 9/6/2005 | GP | RETURN TO HOUSING | 5 |
| | | | | | **AVERAGE DAYS WAITING:** | **4.33** |
| SQ-RC | RESCINDED | 8/31/2005 | 9/9/2005 | CCCMS | RETURN TO HOUSING | 9 |
| SQ-RC | RESCINDED | 8/31/2005 | 9/11/2005 | CCCMS | RETURN TO HOUSING | 11 |
| SQ-RC | RESCINDED | 9/5/2005 | 9/9/2005 | CCCMS | RETURN TO HOUSING | 4 |
| SQ-RC | RESCINDED | 9/10/2005 | 9/22/2005 | CCCMS | RETURN TO HOUSING | 12 |
| SQ-RC | RESCINDED | 9/14/2005 | 9/22/2005 | CCCMS | RETURN TO HOUSING | 8 |
| SQ-RC | RESCINDED | 9/18/2005 | 9/22/2005 | CCCMS | RETURN TO HOUSING | 4 |
| SQ-RC | RESCINDED | 8/25/2005 | 9/11/2005 | EOP | RETURN TO HOUSING | 17 |
| SQ-RC | RESCINDED | 8/25/2005 | 9/11/2005 | EOP | DMH (Pending or Transferred) | 17 |
| SQ-RC | RESCINDED | 8/30/2005 | 9/11/2005 | EOP | DMH (Pending or Transferred) | 12 |
| SQ-RC | RESCINDED | 8/31/2005 | 9/11/2005 | EOP | RETURN TO HOUSING | 11 |
| SQ-RC | RESCINDED | 9/5/2005 | 9/13/2005 | EOP | RETURN TO HOUSING | 8 |
| SQ-RC | RESCINDED | 9/9/2005 | 9/14/2005 | EOP | RETURN TO HOUSING | 5 |
| SQ-RC | RESCINDED | 9/13/2005 | 9/22/2005 | EOP | RETURN TO HOUSING | 9 |
| SQ-RC | RESCINDED | 9/20/2005 | 9/22/2005 | EOP | RETURN TO HOUSING | 2 |
| SQ-RC | RESCINDED | 9/5/2005 | 9/13/2005 | GP | RETURN TO HOUSING | 8 |
| SQ-RC | RESCINDED | 9/14/2005 | 9/18/2005 | GP | RETURN TO HOUSING | 4 |
| | | | | | **AVERAGE DAYS WAITING:** | **8.81** |
| SVSP | RESCINDED | 9/2/2005 | 9/13/2005 | CCCMS | RETURN TO HOUSING | 11 |
| SVSP | RESCINDED | 9/8/2005 | 9/12/2005 | CCCMS | RETURN TO HOUSING | 4 |

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
**SEPTEMBER 2005**

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| SVSP | RESCINDED | 9/11/2005 | 9/12/2005 | CCCMS | RETURN TO HOUSING | 1 |
| SVSP | RESCINDED | 9/11/2005 | 9/12/2005 | CCCMS | RETURN TO HOUSING | 1 |
| SVSP | RESCINDED | 9/11/2005 | 9/12/2005 | CCCMS | RETURN TO HOUSING | 1 |
| SVSP | RESCINDED | 9/14/2005 | 9/16/2005 | CCCMS | ADMITTED | 2 |
| SVSP | RESCINDED | 9/14/2005 | 9/16/2005 | CCCMS | ADMITTED | 2 |
| SVSP | RESCINDED | 9/8/2005 | 9/12/2005 | EOP | RETURN TO HOUSING | 4 |
| SVSP | RESCINDED | 9/8/2005 | 9/12/2005 | GP | RETURN TO HOUSING | 4 |
| | | | | | **AVERAGE DAYS WAITING:** | **3.33** |

| | |
|---|---|
| **TOTAL RESCINDED MHCB REFERRALS:** | **277** |
| **AVERAGE OF TOTAL DAYS WAITING:** | **4.60** |
| **RANGE FOR DAYS WAITING:** | **28** |

HCPU 10/14/05

REASON FOR RESCINDED MHCB REFERRALS    ATTACHMENT 2C
**SEPTEMBER 2005**

| Institution | Admitted | Return to Housing | DMH Pending or Transferred | Paroled | Total Rescinded |
|---|---|---|---|---|---|
| | | | **RESCIND REASON** | | |
| ASP | 0 | 3 | 0 | 0 | 3 |
| CAL | 0 | 3 | 0 | 0 | 3 |
| CCI | 0 | 7 | 0 | 1 | 8 |
| CCI-RC | 0 | 1 | 0 | 0 | 1 |
| CEN | 0 | 1 | 0 | 0 | 1 |
| CIM | 11 | 25 | 0 | 0 | 36 |
| CIM-RC | 31 | 42 | 0 | 0 | 73 |
| CMC | 0 | 72 | 9 | 0 | 81 |
| CMF | 0 | 0 | 1 | 0 | 1 |
| CRC | 0 | 2 | 0 | 0 | 2 |
| CVSP | 0 | 0 | 0 | 0 | 0 |
| DVI | 0 | 1 | 0 | 0 | 1 |
| DVI-RC | 0 | 8 | 0 | 2 | 10 |
| FOL | 0 | 1 | 0 | 0 | 1 |
| ISP | 0 | 0 | 1 | 0 | 1 |
| MCSP | 7 | 0 | 0 | 0 | 7 |
| NKSP | 0 | 0 | 0 | 0 | 0 |
| NKSP-RC | 0 | 15 | 0 | 0 | 15 |
| SCC | 0 | 2 | 0 | 0 | 2 |
| SOL | 0 | 6 | 0 | 0 | 6 |
| SQ | 0 | 0 | 0 | 0 | 0 |
| SQ-RC | 0 | 14 | 2 | 0 | 16 |
| SVSP | 2 | 7 | 0 | 0 | 9 |
| TOTAL | 51 | 210 | 13 | 3 | 277 |

SUMMARY
MHCB Referrals and Transfers
**SEPTEMBER 2005**

ATTACHMENT 3

| | TRANSFERS | | RESCINDED REFERRALS | | TOTAL REFERRALS | |
|---|---|---|---|---|---|---|
| | Number | Avg Wait | Number | Avg Wait | Number | Avg Wait |
| ASP | 4 | 10.00 | 3 | 6.67 | 7 | 8.57 |
| CAL | 1 | 0.00 | 3 | 14.67 | 4 | 11.00 |
| CCI | 0 | 0.00 | 8 | 9.50 | 8 | 9.50 |
| CCI-RC | 0 | 0.00 | 1 | 7.00 | 1 | 7.00 |
| CEN | 3 | 2.00 | 1 | 0.00 | 4 | 1.50 |
| CIM | 0 | 0.00 | 36 | 1.53 | 36 | 1.53 |
| CIM-RC | 0 | 0.00 | 73 | 1.41 | 73 | 1.41 |
| CMC | 3 | 17.00 | 81 | 6.33 | 84 | 6.71 |
| CMF | 0 | 0.00 | 1 | 12.00 | 1 | 12.00 |
| CRC | 1 | 4.00 | 2 | 12.00 | 3 | 9.33 |
| CTF | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CVSP | 2 | 12.00 | 0 | 0.00 | 2 | 12.00 |
| DVI | 1 | 1.00 | 1 | 5.00 | 2 | 3.00 |
| DVI-RC | 0 | 0.00 | 10 | 9.20 | 10 | 9.20 |
| FOL | 3 | 1.33 | 1 | 14.00 | 4 | 4.50 |
| ISP | 0 | 0.00 | 1 | 14.00 | 1 | 14.00 |
| KVSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| MCSP | 0 | 0.00 | 7 | 7.57 | 7 | 7.57 |
| NKSP | 3 | 4.67 | 0 | 0.00 | 3 | 4.67 |
| NKSP-RC | 13 | 1.77 | 15 | 1.53 | 28 | 1.64 |
| SCC | 0 | 0.00 | 2 | 0.00 | 2 | 0.00 |
| SOL | 3 | 3.00 | 6 | 4.33 | 9 | 3.89 |
| SQ | 1 | 13.00 | 0 | 0.00 | 1 | 13.00 |
| SQ-RC | 0 | 0.00 | 16 | 8.81 | 16 | 8.81 |
| SVSP | 0 | 0.00 | 9 | 3.33 | 9 | 3.33 |
| WSP-RC | 2 | 3.00 | 0 | 0.00 | 2 | 3.00 |
| TOTAL | 40 | 4.88 | 277 | 4.60 | 317 | 4.63 |

HCPU 10/14/05

CMF/DMH EMERGENCY ADMISSIONS
BY REFERRING INSTITUTION AND PRIOR LEVEL OF CARE
**SEPTEMBER 2005**

ATTACHMENT 4

| Prior Level of Care | CMF | TOTAL |
|---|---|---|
| CCCMS | 4 | 4 |
| EOP | 11 | 11 |
| DTP | 1 | 1 |
| **Total Emergency Admissions** | 16 | 16 |
| **% of Total Emergency Admissions** | 100.00% | 100.00% |

**HCPU 10/14/05**

# Enclosure 1

---

## Mental Health Services Delivery System Staffing Allocation and Vacancy History

---

### PRESENT MONTH

**Mental Health Crisis Bed**
**WAIT LIST**
**September and October 2005**

| Monday Dates | Wait List Count |
|---|---|
| 9/6/2005 | 66 |
| 9/12/2005 | 51 |
| 9/19/2005 | 71 |
| 9/26/2005 | 42 |
| Average | 57.50 |
| 10/3/2005 | 53 |
| 10/11/2005 | 30 |
| 10/17/2005 | 32 |
| 10/24/2005 | 21 |
| 10/31/2005 | 44 |
| Average | 36.00 |
| Combined Average | 45.56 |

HCPU 11/15/05

# Enclosure 20

## Correctional Treatment Centers and CDCR General Acute Care Hospitals Health Care Placement Issues

As of November 15, 2005

**Exhibit P**

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA  94283-0001



January 19, 2006

J. Michael Keating, Jr.                           via:    Lisa Tillman
Office of the Special Master                              Deputy Attorney General
2351 Sussex Drive                                        Department of Justice
Fernandina Beach, FL  32034                              1300 I Street, Suite 125
                                                         P. O. Box 944255
                                                         Sacramento, CA  94244-2550

**RE: STATUS REPORT ON THE PLAN FOR INCREASING CAPACITY OF
INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM
BEDS AT THE CALIFORNIA MEDICAL FACILITY**

Dear Mr. Keating:

In accordance with the stipulated order entered at the hearing on January 14, 2005, the
California Department of Corrections and Rehabilitation and the Department of Mental Health
(DMH) continue to work collaboratively on the implementation of the expanded Intermediate
Care Facility and Day Treatment Program at the California Medical Facility (CMF).

This 27th report provides a statement of the actions taken as of January 17, 2006, to implement
the plan approved by the court on January 14, 2005, and includes the following components:

- Census data,
- Wait list data,
- P-2 staffing information,
- Vacaville Intermediate Psychiatric Program staffing information, and
- Data related to physical plant modifications.

J. Michael Keating, Jr.
Page 2

If you need clarification on any aspect of this status report, please contact Renee Kanan, M.D., Deputy Director, Division of Correctional Health Care Services (DCHCS), at (916) 323-6811.

Sincerely,

RENEE KANAN, M.D., MPH
Deputy Director
Division of Correctional Health Care Services
Department of Corrections and Rehabilitation

JOHN RODRIGUEZ
Deputy Director
Long Term Care Services
Department of Mental Health

Enclosure

cc: Peter Farber-Szekrenyi, DR. P.H., Director, Division of Correctional Health Care
Services (DCHCS)
John Dovey, Director, Division of Adult Institutions
Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations Branch,
DCHCS
Nadim Khoury, M.D., Chief Deputy, Clinical Services, CMF
Cindy Radavsky, Assistant Deputy Director, Long Term Care Services, DMH

## STATUS OF IMPLEMENTATION PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
## AT THE CALIFORNIA MEDICAL FACILITY

### CENSUS DATA AS OF January 17, 2006

| UNIT | CAPACITY | FILLED | AVAILABLE |
|------|----------|--------|-----------|
| A2 DTP | 44 | 35 | 9 |
| A3 ICF | 40 | 37 | 3 |
| P2 LEVEL IV | 36 | 35 | 1 |
| SVPP SINGLE CELL | 32 | 32 | 0 |
| SVPP DORMS | 32 | 17 | 15 |

### WAIT LIST DATA AS OF January 17, 2006

| UNIT | WAIT LIST |
|------|-----------|
| A2 DTP | 0 |
| A3 ICF | 0 |
| P2 LEVEL IV | 0 |
| SVPP | 105 |

1

1/17/2006

STATUS OF IMPLEMENTATION PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
AT THE CALIFORNIA MEDICAL FACILITY

STAFFING FOR P-2 DAY TREATMENT PROGRAM

| Employment Classification | Unit | Number FTE's | Status | Anticipated Interview Date | Actual Start Date |
|---|---|---|---|---|---|
| Psychiatrist | P-2/DTP | 1.0 | Filled | 12/21/04 | Started 02/01/05 |
| Psychologist | P-2/DTP | 2.0 | Filled | 01/31/05 (4) | Started 02/22/05 (2) |
| Psychiatric Social Worker | P-2/DTP | 2.0 | Offer and Acceptance | 01/27/05 (5) | Started 03/07/05 (2) |
| Admission/Discharge Coordinator | P-2/DTP | 1.0 | Filled | 01/27/05 (3) | Started 02/22/05 (1) |
| Rehabilitation Therapist | P-2/DTP | 1.0 | Offer and Acceptance | 01/27/05 (1) | Started 03/02/05 (1) |
| Supervising Registered Nurse | P-2/DTP | 1.0 | Filled | 01/28/05 (5) | Started 02/07/05 (1) |
| Registered Nurse | P-2/DTP | 3.5 | Passed PAT 11 Background passed 2, pending 11 | 01/24/05 (5) | Started 1/24/05 (2) Stared 7/5/05 (2) |
| MTA | P-2/DTP | 11.0 | 48 Applicants, Passed PAT (10), Failed PAT (5), No Show (25), PAT pending (8). Commenced contract with Napa Community College to provide Psychiatric Technician clinical rotation to PT students. First Class completed, second | Currently unscheduled (ongoing) | Started 01/31/05 (1) Started 04/11/05 (1) Started 05/02/05 (1) Started 06/01/05 (1) |

## STATUS OF IMPLEMENTATION PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
## AT THE CALIFORNIA MEDICAL FACILITY

| | | | class commencing September 2005. | | |
|---|---|---|---|---|---|
| Pharmacy Technician | P-2/DTP | 1.0 | Offer & Acceptance | 01/21/05 | Started 03/02/05 (1) |

3

STATUS OF IMPLEMENTATION PLAN FOR
INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
AT THE CALIFORNIA MEDICAL FACILITY

STAFFING FOR THE VACAVILLE INTERMEDIATE PSYCHIATRIC PROGRAM

| Employment Classification | Number Positions | Status | Anticipated Interview Date | Anticipated Start Date |
|---|---|---|---|---|
| Supervising Registered Nurse | 2.0 | Filled | NA | NA |
| Registered Nurse | 12.0 | Filled | NA | NA |
| Senior Medical Technical Assistant | 7.0 | Filled | NA | NA |
| Medical Technical Assistants | 37.0 | 8 vacancies | Ongoing | Ongoing |
| Psychiatrist | 2.0 | Filled | NA | NA |
| Rehabilitation Therapy | 6.0 | Filled | NA | NA |
| Psychology | 2.0 | Filled | NA | NA |
| Psychiatric Social Worker | 4.0 | Filled | NA | NA |
| Dietician | 1.0 | 1 vacancy | Ongoing | Ongoing |

4

1/17/2006

## STATUS OF IMPLEMENTATION PLAN FOR
## INCREASING CAPACITY OF INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
## AT THE CALIFORNIA MEDICAL FACILITY

### PHYSICAL PLANT MODIFICATIONS

| MODIFICATION | A-1 ADMINISTRATION | A-2 ICF LEVEL IV | A-3 ICF | P-2 DTP |
|---|---|---|---|---|
| Fire Rated Safety Glass Replacement (State Fire Marshall Requirement) | All Physician Plant Modifications will comply with State Fire Marshall requirements based on design and implementation by the Facility Branch (CDC) | Completed 12/13/04 | All Physician Plant Modifications will comply with State Fire Marshall requirements based on design and implementation by the Facility Branch (CDC) | N/A |
| Fire Alarm Installation (State Fire Marshall Requirement) | All Physician Plant Modifications will comply with State Fire Marshall requirements based on design and implementation by the Facility Branch (CDC) | Already Exists | Already Exists | N/A |
| Corridor Fire Rating (State Fire Marshall Requirement) | All Physician Plant Modifications will comply with State Fire Marshall requirements based on design and implementation by the Facility Branch (CDC) | All Physician Plant Modifications will comply with State Fire Marshall requirements based on design and implementation by the Facility Branch (CDC) | All Physician Plant Modifications will comply with State Fire Marshall requirements based on design and implementation by the Facility Branch (CDC) | N/A |
| Patio Security Modifications (CCPOA Negotiated Agreement) | N/A | Completed 12/13/04 | N/A | N/A |
| Security Screens on Dorm Back Windows (CCPOA Negotiated Agreement) | N/A | Completed 12/13/04 | N/A | N/A |
| Safety & Security Dorm Door Pass Through (CCPOA Negotiated Agreement) | N/A | Completed 12/13/04 | N/A | N/A |
| Dorm Security Lights (CCPOA Negotiated Agreement) | N/A | Completed 1/2/05 | N/A | N/A |
| Cell Painting | N/A | N/A | N/A | Completed 12/28/04 |
| Day Room/Hallway Lights | N/A | N/A | N/A | Completed 12/22/04 |
| Day Room Painting | N/A | N/A | N/A | Completed 12/14/04 |
| Cell Windows | N/A | N/A | N/A | Completed 11/01/05 |

5

1/17/2006