| Program Guide Overview | Mental Health Services Delivery System |
|---|---|

# CHAPTER 1
## Program Guide Overview

The California Department of Corrections and Rehabilitation (CDCR) Mental Health Services Delivery System (MHSDS) provides inmates access to mental health services. The intent of the MHSDS is to advance the Department's mission to protect the public by providing timely, cost-effective mental health services that optimize the level of individual functioning of seriously mentally disordered inmates and parolees in the least restrictive environment.

The MHSDS has been functioning in CDCR since 1994. The MHSDS utilizes a variety of professional clinical, custody and support staff to provide the best available quality of care to seriously mentally disordered inmates. The MHSDS provides a continuum of inpatient care from a contractual relationship with Department of Mental Health (DMH) for acute and intermediate and a short-term crisis inpatient care program within CDCR institutions. Outpatient care is provided in an array of treatment levels and modalities including a day treatment program and an outpatient clinic level of care. The MHSDS is a decentralized, system-wide concept using standardized evaluation and treatment. The MHSDS provides universal screening for all incoming inmates at Reception Centers and direct transfer from the Reception Center to the treatment facility for further evaluation and/or treatment if needed. The MHSDS utilizes case management techniques to manage the majority of mentally disordered inmates in the general population and provides for their access to care as needed. The goal is to provide constitutionally appropriate levels of mental health treatment to the incarcerated serious mentally ill inmate in the least restrictive environment. The MHSDS continues to develop a standardized, automated system of records management and case tracking.

The MHSDS is designed to provide an appropriate level of treatment and to promote individual functioning within the clinically least restrictive environment consistent with the safety and security needs of both the inmate-patient and the institution.

Some key concepts are inherent in the design and administration of these services. These concepts are:

1. To deliver services that promote mental health, by developing and reinforcing individual responsibility. A mental disorder does not necessarily excuse individual responsibility and accountability. The inmate-patient's ability to achieve their clinical goals is enhanced by a therapeutic emphasis on responsibility for one's own behavior.

2. To understand mental health treatment is a sensible administrative approach to managing inmate-patients when behavioral expressions of their mental disorder disrupt their ability to adequately function and program during confinement.

3. To provide all services with strict observance of Utilization Management guidelines, as a reminder to fiscal responsibility regarding the use of taxpayer funds, which are a limited resource.

To achieve its treatment goals, the MHSDS uses a variety of therapeutic strategies. All such strategies have as goals the need for adjustment to the realities of the prison environment and the optimization of appropriate personal functioning, as well as the need for personal acceptance of responsibility for one's behavior. These goals are furthered by the operating premise that an inmate's offense and institutional behavior, rather than the need for treatment, determine the level of custody placement.

At each institution, the MHSDS operates under the management of the Chief of Mental Health or the Clinical Director. This individual is typically the Chief Psychiatrist, Chief Psychologist, or Senior Psychologist. Mental Health staff are under the supervision of the institution's Health Care Manager. Success of the MHSDS requires that the mental health staff work cooperatively with other Health Care units in the institution, including Health Records, Pharmacy, Lab, and Nursing. It also requires that mental health staff work cooperatively with the institution's correctional and institution support staff.

### A. REASONABLE ACCOMMODATIONS FOR INMATES

The California Department of Corrections provides access to its programs and services to inmates with disabilities, with or without reasonable accommodation, consistent with legitimate penological interests. No qualified inmate with a disability as defined in Title 42 of the United States Code, Section 12102 shall, because of that disability, be excluded from participation in or denied the benefits of services, programs, or activities of the Department or be subjected to discrimination. All institutions housing inmates with disabilities will ensure that housing and programming are reasonable and appropriate in a manner consistent with their mission and Department policy.

Reasonable accommodations shall be afforded to inmate-patients with disabilities, e.g., visually impaired, hearing impaired, speech impaired, learning disabled, and developmentally disabled, to ensure equally effective communication during contacts of any kind that occur within the MHSDS. Auxiliary aids that are reasonable, effective, and appropriate to the needs of the inmate-patient shall be provided when simple written or oral communication is not effective. Such aids may include qualified sign language interpreters, readers, sound amplification devices, captioned television/video text displays, Telecommunication Devices for the Deaf (TDD), audiotaped texts, Braille materials, large print materials, and signage.

**Program Guide Overview**                **Mental Health Services Delivery System**

For developmentally disabled inmate-patients, equally effective communication may require reviewing the CDCR Form 128C-2 that documents the adaptive support services required by the inmate-patient.

It is the obligation of CDCR staff, including mental health clinicians, to provide effective communication under all circumstances. The degree of accommodation that is required shall be determined on a case-by-case basis.

In any case in which a question may arise as to the inmate's ability to comprehend, staff shall document the determination that the inmate understood the process during all clinical contacts and shall record the basis for that determination and how the determination was made. This shall be recorded on the documentation of the clinical contact, such as the CDCR Form 7230-MH, Interdisciplinary Progress Note. Examples of documentation of effective communication include, "the responsive written notes generated by a hearing impaired inmate indicated that he/she understood the process, "the sign language interpreter appeared to communicate effectively with the hearing impaired inmate as indicated by the inmate's substantive response via sign language," or, "the inmate was able to summarize instructions given to him/her." To the extent that written notes are used to effectively communicate with an inmate-patient, those notes shall be attached to the documentation of that clinical contact and filed in the Unit Health Record (UHR).

B.  **PRIMARY COMPONENTS**

   *Crisis Intervention*  A crisis is defined as a sudden or rapid onset or exacerbation of symptoms of mental illness, which may include suicidality or other aberrant behavior which requires immediate intervention. Crisis intervention is provided at all institutions to inmate-patients suffering from a situational crisis or an acute episode of mental disorder. The first step in providing crisis intervention is adequate training for all institutional staff in the recognition of mental health crisis symptoms, a plan for immediate staff response, and procedures for referral to clinical staff. The custody/clinical staff cooperation is critical to ensure that an inmate-patient in a mental health crisis is treated as soon as possible.

   *Comprehensive Services*  The MHSDS offers comprehensive services and a continuum of treatment for all required levels of care. In addition to standardized screening and evaluation, all levels of care found in a county mental health system are represented in the CDCR MHSDS programs. All levels of care include treatment services provided by multiple clinical disciplines and development and update of treatment plans by an Interdisciplinary Treatment Team (IDTT), which includes appropriate custody staff involvement.

   *Decentralized Services*  Mental health services are geographically decentralized by making basic services widely available. All levels of care except inpatient hospitalization are

available at most geographically-defined Service Areas (see below).  Case management and crisis intervention are provided at all institutions.

*Clinical and Administrative Oversight*  In coordination with each institution, the CDCR Division of Health Care Services (DCHCS) and Division of Adult Institutions will continue to update standardized program policy and develop a system for monitoring delivery of program services.  The CDCR shall develop an annual review schedule of the MHSDS Program Guides, according to the Inmate Medical Services Policies and Procedures, Chapter 8, Implementation and Review of Health Care Policies and Procedures.[1]  A system-wide automated tracking and records system continues to be developed to support administrative and clinical oversight.

*Standardized Screening*  Access to mental health services is enhanced for all inmates through standardized screening of all admissions at Reception Centers.  Standardized screening assures that all inmates have equal and reliable access to services.  The data generated by standardized screening provides the Department with necessary information to improve the assessment of mental health service needs.  If screening reveals such indicators for mental disorder as prior psychiatric hospitalization, current psychotropic medication, suicidality or seriously maladaptive behaviors, follow-up evaluation by a clinician shall determine the immediate treatment needs of the inmate.  Early identification of an inmate's mental health needs will provide an appropriate level of treatment and promote individual functioning within the clinically least restrictive environment consistent with the safety and security needs of both the inmate-patient and the institution.  Avoidance of the utilization of more expensive services will aid in budget containment.

*Pre-Release Planning*  This component of service, in conjunction with the Correctional Counselor's preparation of the CDCR 611, Release Program Study, focuses on preparing the seriously mentally disordered inmate-patient for parole.  Its objective is to maximize the individual's potential for successful linkage and transition to the Parole Outpatient Clinic, or, if required, to inpatient services in the community or the Mentally Disordered Offender Program operated at the Department of Mental Health (DMH) facilities.  In the case of paroling inmate-patients, this includes facilitating the work of the Parole and Community Services Division's Transitional Case Management Program.

## C. TREATMENT CRITERIA FOR THE LEVELS OF CARE

*Overall Treatment Criteria*

Overall treatment criteria have been developed for the MHSDS.  An inmate must meet the criteria in either 1 or 2 below in order to receive MHSDS treatment at any level of care:

---

[1] Changed 09/27/04 by recommendation of the Coleman Managers to clarify process for annual revision.

| Program Guide Overview | Mental Health Services Delivery System |
|---|---|

1. Treatment and monitoring are provided to any inmate who has *current* symptoms and/or requires treatment for the current Diagnostic and Statistical Manual (DSM) diagnosed (may be provisional) Axis I serious mental disorders listed below:

   **Schizophrenia (all subtypes)**
   **Delusional Disorder**
   **Schizophreniform Disorder**
   **Schizoaffective Disorder**
   **Brief Psychotic Disorder**
   **Substance-Induced Psychotic Disorder (exclude intoxication and withdrawal)**
   **Psychotic Disorder Due To A General Medical Condition**
   **Psychotic Disorder Not Otherwise Specified**
   **Major Depressive Disorders**
   **Bipolar Disorders I and II**

2. Medical Necessity. Mental health treatment shall be provided as needed. Treatment is continued as needed, after review by an IDTT, for all cases in which:

   **Mental health intervention is necessary to protect life and/or treat significant disability/dysfunction in an individual diagnosed with or suspected of having a mental disorder. Treatment is continued for these cases only upon reassessment and determination by the IDTT that the significant or life threatening disability/dysfunction continues or regularly recurs.**

*Specific Treatment Criteria*

In addition to the overall treatment criteria above, an inmate must meet the following specific treatment criteria to receive treatment at a specific level of care:

1. <u>Correctional Clinical Case Management System</u>

   - Stable functioning in the general population, Administrative Segregation Unit (ASU) or Segregated Housing Unit (SHU); and

   - Criteria not met for higher levels of care; and

   - Exhibits symptom control, or is in partial remission as a result of treatment.

   - These conditions usually result in GAF scores of 50 and above.

**Program Guide Overview**  **Mental Health Services Delivery System**

CCCMS is located at all institutions to provide care, monitoring and follow-up services to inmate-patients whose condition is relatively stable and whose symptoms are largely controlled.  This may include a response to symptoms that require only a brief intervention, such as a psychotherapy session or an adjustment in medications.  While mentally disordered, these inmate-patients can function in the general population and do not require a clinically structured, therapeutic environment.

All inmates, including those in SHU or ASU, needing crisis intervention and/or continued treatment also receive services from CCCMS staff.  Details for provision of services in ASU and SHU are found in their respective chapters of the Program Guides.

2. Enhanced Outpatient Program (EOP)

  - Acute Onset or Significant Decompensation of a serious mental disorder characterized by increased delusional thinking, hallucinatory experiences, marked changes in affect, and vegetative signs with definitive impairment of reality testing and/or judgment; and/or

  - Inability to function in General Population based upon:

    a. A demonstrated inability to program in work or educational assignments, or other correctional activities such as religious services, self-help programming, canteen, recreational activities, visiting, etc. as a consequence of a serious mental disorder; or

    b. The presence of dysfunctional or disruptive social interaction including withdrawal, bizarre or disruptive behavior, extreme argumentativeness, inability to respond to staff directions, provocative behavior toward others, inappropriate sexual behavior, etc., as a consequence of serious mental disorder; or

    c. An impairment in the activities of daily living including eating, grooming and personal hygiene, maintenance of housing area, and ambulation, as a consequence of serious mental disorder.

  - These conditions usually result in a Global Assessment of Functioning (GAF) of less than 50.

EOP provides care to mentally disordered inmate-patients who would benefit from the structure of a therapeutic environment that is less restrictive than inpatient settings.  This may include response to crisis symptoms which require extensive treatment, but can be managed as outpatient therapy with several psychotherapy sessions or medication adjustment with follow-up visits.

**Program Guide Overview**                    **Mental Health Services Delivery System**

These inmate-patients do not require continuous nursing care. Often, they are transitioning from inpatient care in a DMH hospital or the MHCB. They may also have a serious mental illness that is of long duration with moderate to severe and persistent functional impairments. The EOP's structured program of treatment and supportive activities will in many cases build on therapeutic improvements made in a hospital program or MHCB. EOP will release cases which have successfully completed treatment to Correctional Clinical Case Management Services (CCCMS). The EOP is located in a designated living unit at the hub institution.

3. Mental Health Crisis Bed Placement

   - Marked Impairment and Dysfunction in most areas (daily living activities, communication and social interaction) requiring 24-hour nursing care; and/or:

   - Dangerousness to others as a consequence of a serious mental disorder/dangerousness to self.

   - These conditions usually result in a Global Assessment of Functioning (GAF) score of less than 30.

   All inmate-patients admitted to Mental Health Crisis Beds (MHCB) are discharged within 10 days, with scheduled appropriate clinical follow-up, to outpatient care or the general population or are transferred to DMH inpatient care. Stays of over 10 days must be approved by the Chief of Mental Health, or designee. The MHCB also provides short-term inpatient care for seriously mentally disordered inmate-patients awaiting transfer to a hospital program or being stabilized on medication prior to transfer to a less restrictive level of care. The MHCB is a part of a licensed General Acute Care Hospital (GACH), Skilled Nursing Facility (SNF), or a Correctional Treatment Center (CTC) offering 24-hour basic medical, nursing and other health services. A Central Health Services building which houses CTC services houses the MHCB beds, staff offices and therapy space. In the CTCs, the MHCB runs its short-term crisis care program under the CTC "optional mental health treatment program" regulations. In a GACH or SNF, the MHCB are under the "distinct part Psychiatric" licensing regulations.

4. DMH Inpatient Hospital Care

   Referral to inpatient programs provided on contract with the DMH is available for inmate-patients whose conditions cannot be successfully treated in the outpatient setting or in short-term MHCB placements. Both acute and intermediate care programs are offered in facilities for both male and female inmate-patients. Specific criteria are noted in Chapter 6, Department of Mental Health Inpatient Program.

D. **SERVICE AREAS**

The principal infrastructure for service delivery is the Service Area.  A mental health Service Area assumes responsibility for mental health services; a medical Service Area, while it generally overlaps with that for mental health, is responsible for medical services.  Several Service Areas report to a Regional Administrator.

Each Service Area consists of a group of two or more institutions in relative geographic proximity that share the full complement of services directly provided by CDCR.  These services include all levels of care except the Acute and Intermediate inpatient care provided through DMH.  Each mental health Service Area has from one to three MHCB locations and one EOP located at its hub institution.  CCCMS completes the delivery system within a Service Area.  Staff handling CCCMS caseloads are at every institution.

E. **CLINICAL PROGRAM GUIDES**

Clinical Program Guides have been developed for the MHCB, EOP and CCCMS levels of care.  Each Guide is organized into the following sections: Program Objectives, Population Served, Treatment Modalities, Staffing, and Patient Assessment and Case Review Procedures.  Although these Guides define essential program content and delineate system-wide policies, each Service Area is expected to have written policies and specific operational procedures derived from the Guides but articulated in ways that best address the unique needs of the specific Service Area and its institutions.  Written policies and procedures are especially necessary for the MHCB to meet health facility licensing requirements.

F. **STANDARD PROGRAM STAFFING**

EOP, CCCMS, MHCB, Psychiatric Services Unit (PSU), ASU, and Reception Center (RC) Screening and Evaluation all have standard program staffing.  (Refer to the attached Standard Program Staffing Guidelines.) The staffing patterns include a variety of clinical and clerical support staff.  CDCR may utilize contract staff as necessary to fulfill staffing requirements.  Use of unlicensed psychologists and psychiatric social workers, during the period they are gaining qualifying experience for licensure, is governed by Section 1277 of the Health and Safety Code and Section 5068.5 of the Penal Code.  Psychiatrists hired after _____ shall meet the following training requirements:

Satisfactorily completed specialized training requirements in psychiatry in programs that are accredited by the Accreditation Council for Graduate Medical Education (ACGME) or certified by the Royal College of Physicians and Surgeons of Canada.

Two patterns of training are acceptable:

1. *Three-Year Psychiatry Residency Program*
   A broad-based clinical year of ACGME-accredited training in internal medicine, family practice, or pediatrics; or an ACGME-accredited transitional year program that included a minimum of four months of primary care; or an ACGME accredited residency in a clinical specialty requiring comprehensive and continuous patient care.

AND

Three full years of postgraduate, specialized residency training in a psychiatry program accredited by the ACGME.

OR

2. *Four-Year Psychiatry Residency Program*
   Four years of training in an ACGME-accredited program in psychiatry is acceptable. A psychiatry PGY-1 must include at least four months in internal medicine, family practice, and/or pediatrics. This training must be in a clinical setting that provides comprehensive and continuous patient care. No more than one month of this requirement may be fulfilled by an emergency medicine rotation, as long as the experience predominantly involves medical evaluation and treatment, rather than surgical procedure. Neurology rotations may NOT be used to fulfill this four-month requirement.

If the candidate's training program(s) is not currently accredited by the ACGME, CDCR shall research the history of the program(s) to determine if it was accredited at the time the candidate attended and completed the training.

## G. CLINICAL INPUT INTO THE DISCIPLINARY PROCESS

Inmates in the Mental Health program or any inmate showing signs of possible mental illness may require a CDCR 115-X Rules Violation Report: Mental Health Assessment when they are charged with a disciplinary action.

All inmates in the EOP, MHCB, and DMH programs who receive a CDCR 115, Rules Violation Report, shall be referred by the Reviewing Custody Supervisor to Mental Health Services for a Mental Health Assessment. All inmates in CCCMS or non-MHSDS inmates who receive a CDCR 115 and who exhibit bizarre, unusual, or uncharacteristic behavior shall be referred for a Mental Health Assessment. A mental health clinician who is not the inmate's Clinical Case Manager shall review the relevant portions of the inmate's UHR and any other records deemed appropriate and shall evaluate the inmate in a non-confidential

interview in a private setting. The findings shall be reported on a CDCR 115-X, Rules Violation Report: Mental Health Assessment. The report must be returned to the Reviewing Custody Supervisor within five (5) working days for non-MHSDS and CCCMS inmates (to allow time to assign a Staff Assistant) and within fifteen (15) calendar days for EOP, MHCB and DMH patients. The clinician shall determine the following:

1. Are there any mental health factors that would cause the inmate to experience difficulty in understanding the disciplinary process and representing his/her interests in the hearing that would indicate the need for the assignment of a Staff Assistant? **Note: all inmates in the EOP, MHCB, and DMH programs automatically have a Staff Assistant assigned.**

2. Did the inmate's mental disorder appear to contribute to the behavior that led to the RVR?

3. If the inmate is found guilty of the offense, are there any mental health factors that the hearing officer should consider in assessing the penalty?

Refer to the "Inmate Disciplinary Process, Mental Health Assessment" manual and CDCR Form 115-X, Rules Violation Report: Mental Health Assessment (See attachment), for detailed instructions on completing this assessment and utilizing the information in the hearing process.

### H. AUTOMATED TRACKING SYSTEM

The Inmate Mental Health Identifier System (IMHIS) has been designed to track the movement of all inmate-patients receiving care in the MHSDS. The data entered into the system will be processed daily, so the system will maintain information regarding MHSDS inmate-patients current level of care as well as MHSDS inmate-patients transfers, discharges, and new cases. All institutions are to conduct a reconciliation of the inmate-patients housed in ASUs who require mental health treatment with the IMHIS codes for this specific population. It is very important that IMHIS information be as up to date as possible and daily updates to the IMHIS are mandatory.

### I. MENTAL HEALTH TRACKING SYSTEM

The Mental Health Tracking System is an automated program designed to track and record all pertinent mental health information for inmate-patients from the time they enter the MHSDS until they are released, paroled, or transferred out of the MHSDS and return to the general population. This institutional information management program is capable of tracking an inmate-patient's medication history, level of care changes, mental health staff contacts, current and previous DSM psychiatric diagnoses, latest Abnormal Involuntary Movement Scale score, status and information regarding current or past Keyhea orders as well as other key data related to an inmate-patient's mental health treatment history. The Mental Health

Tracking System is designed to track and aggregate data which serves as a basis for quality assurance and improvement activities at the Institutional and Departmental levels.

### J. MENTAL HEALTH PLACEMENT CHRONO

Each inmate-patient who is assessed as having a serious mental disorder and is accepted into the MHSDS will have a Mental Health Placement Chrono (MHPC), CDCR 128-MH3, completed and entered into their UHR and Central File. This chrono indicates the inmate-patient's level of care, medication status, any behavioral alerts and their Global Assessment of Functioning (GAF) score. This information is entered daily into the IMHIS and the MHTS and is a critical component in the overall management of inmate-patients in the MHSDS. As long as an inmate-patient is in the MHSDS, they shall have a MHPC and the MHPC shall reflect the inmate-patient's current status.

- At Reception Centers (RC), the MHPC shall be dated within 90 days of the Classification Staff Representative (CSR) placement action. As inmate-patients usually spend less than 90 days in the RC, updates will not normally be required.

- In all other housing situations, no updates of the MHPC will be required unless there is a change in the LOC, or when the inmate-patient is being referred for transfer to another institution.

### K. LEVEL OF CARE CHANGE /TRANSFER TIMELINES

The following table summarizes the time frames which CDCR must meet for the transfer of MHSDS inmates between levels of care, whether within the same institution or to another institution. More detail on the level of care change/transfer process is provided in the individual level of care (LOC) sections of the Program Guides.

The following definitions apply to the Transfer Timelines Table:

- **"Identification":** The date that the inmate-patient is identified as requiring a higher level of care. The IDTT is responsible for identifying inmate-patients who are appropriate for discharge to a lower level of care, an increase from CCCMS to EOP level of care, or DMH intermediate care. An individual clinician may identify an inmate-patient as requiring initial admission into MHSDS at CCCMS or EOP level of care. A credentialed clinician may admit an inmate-patient to MHCB care. An individual clinician may refer an inmate-patient for DMH acute inpatient care.
- **"Referral"** within CDCR: The date the level of care change is documented on a Mental Health Placement Chrono, or the time the physician or clinical psychologist orders admission into a CTC.

**Program Guide Overview**　　　　　　　**Mental Health Services Delivery System**

- **"Referral"** to DMH:  The date the completed referral packet is received by DMH by facsimile or overnight mail.
- **"Acceptance"** at DMH:  The date the Clinical Assessment Team at DMH accepts the inmate-patient for placement at a DMH facility.  Some inmate-patients may be placed on a waitlist pending bed availability after acceptance.
- **"Transfer"**:  The date the inmate-patient is placed into the level of care and program to which s/he was referred.

| **Program Guide Overview** | **Mental Health Services Delivery System** |

| **From:** | **To:** | |
|---|---|---|
| **Setting/Level of Care** | **Setting/Level of Care** | **Timeline for Transfer** |
| RC/CCCMS | Mainline/ CCCMS | Within 90 days of referral; 60 days of referral if clinically indicated |
| RC/EOP | Mainline/EOP | Within 60 days of referral; 30 days of referral if clinically indicated |
| Any setting/LOC | MHCB | Within 24 hours of referral |
| Any institution/ LOC | Any Acute DMH placement | Within 10 days of referral, if accepted to DMH.  (Referral must be completed within 2 working days of identification. Transport must be completed within 72 hours of bed assignment) |
| Any institution/LOC | Any Intermediate Care DMH placement | Within 30 days of referral, if accepted to DMH.  (Referral must be completed within 5 working days of identification by IDTT if inmate-patient consent is obtained, and within 10 working days of identification if due process hearing is required.  Transport must be completed within 72 hours of bed assignment). |
| Mainline (General Population)/ CCCMS | Mainline (General Population) /EOP | Within 60 days of referral; 30 days of referral if clinically indicated |
| Desert institutions (CAL, CEN, ISP, CVSP, CCC)/CCCMS | CCCMS | Within 30 days if inappropriately transferred; otherwise 90 days of referral or 60 days of referral if clinically indicated |
| Desert institutions (CAL, CEN, ISP, CVSP, CCC)/EOP | EOP | Within 21 days if inappropriately transferred; otherwise 60 days of referral or 30 days of referral if clinically indicated |
| EOP ASU | EOP ASU Hub | Within 30 days of ASU placement or referral to EOP level of care. |
| EOP ASU/ EOP ASU Hub | PSU | Within 60 days of endorsement to PSU |
| OHU | EOP | Within 30 days of endorsement to EOP |

## L. PROGRAM GUIDES REVISION POLICY AND PROCEDURE

The MHSDS Program Guide revisions shall occur annually. The revisions shall be presented to the Mental Health Program Subcommittee (MHPS) by January 31 of each year. The MHPS shall forward revisions to the appropriate authorities for approval.

All proposed revisions to the MHSDS Program Guides shall be submitted to the DCHCS Program Guides Coordinator (PGC). The PGC shall be designated by the DCHCS Chief of the Mental Health Program.

The PGC shall distribute proposed revisions to the Program Guides Focused Improvement Team (PG-FIT). The PG-FIT shall include at minimum:

Program Guide Coordinator
Chief Psychiatrist, Clinical Policy and Programs, DCHCS
Chief Psychologist, Clinical Policy and ProgramsDCHCS
Assistant Deputy Director, or designee, Division of Adult Institutions
Supervising Attorney, or designee, Office of Legal Affairs

The PG-FIT shall be responsible for involving appropriate representatives from other CDCR Divisions and other appropriate consultants (i.e. Representatives from field institutions) in decisions regarding any proposed revisions.

Where revisions may impact resources, the PG-FIT shall initiate evaluation of resource impact and/or request submission of a budget change proposal.

The PG-FIT shall meet as needed with the MHPS to make recommendations regarding revisions. The MHPS shall present the proposed revisions to the Quality Management Committee (QMC). The QMC will approve or disapprove each proposed revision. Approvals will be forwarded to the DCHCS Governing Body (GB). The PGC will record all changes approved by the GB.

Memoranda signed by the Deputy Director, DCHCS, shall implement emergent or court-ordered substantive changes to the MHSDS Program Guides throughout the year. These memoranda shall be integrated into the annual revision of the MHSDS Program Guides document.

The PGC shall maintain a project file to include original input submitted by those persons who provided review and or revisions of the MHSDS Program Guides, along with a tracking log of approved revisions of the MHSDS Program Guides. Revised portions of the MHSDS Program Guides shall be marked "SUPERCEDED" with the date it was superceded, and revised portions shall be filed by revision date.

**Program Guide Overview**               **Mental Health Services Delivery System**

This tracking log of approved revisions, along with revised MHSDS Program Guides pages shall be distributed to the Warden, Health Care Manager, Chief of Mental Health, and Correctional Health Services Administrator and/or Standards Compliance Coordinator at each institution no later than 30 days after final approval. The distribution shall include direction that copies of relevant sections are to be shared with appropriate staff. The Chief of the Mental Health Program at each institution shall ensure that the revisions are integrated into all existing copies of the MHSDS Program Guides according to Inmate Medical Services Policies and Procedures Chapter 8 "Implementation and Review of Health Care Policies and Procedures" section regarding Proof of Practice Documentation. Current DCHCS Policies and Procedures manuals shall be readily available to all mental health staff in each program and work area. The Chief of Mental Health shall be responsible to ensure that all staff are trained regarding revised Program Guides requirements.