| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

# CHAPTER 3
## Correctional Clinical Case Management System

A. **INTRODUCTION**

The California Department of Correction and Rehabilitations' (CDCR) Mental Health Services Delivery System (MHSDS) serves the majority of inmates with serious mental disorders through the Correctional Clinical Case Management System (CCCMS) available at all institutions. For General Population (GP) outpatient services to be effective (e.g., sustain improved functioning and minimize the use of more intensive levels of care), inmates must know what services are available and how to access them. An effective clinical case management system ensures timely access to mental health care. Outpatient services delivered through a well-designed clinical case management system is the most cost-effective means of maintaining adequate institutional functioning among inmates with serious mental disorders.

1. The strength of well-coordinated clinical case management is its ability to systematically monitor the clinical needs and movement within and between CDCR institutions of MHSDS inmate-patients. With this service delivery mode, CDCR provides the best possible means of assuring continuity of care while optimizing the use of available resources.

2. Clinical case management improves the quality of mental health services offered through timely therapeutic intervention, utilizing the CDCR approved Mental Health Tracking System (MHTS). The MHTS fosters information sharing among staff who provide service to inmate-patients and the optimal utilization of professional time.

*The Correctional Clinical Case Management System*

Clinical case management facilitates care by linking inmate-patients to needed services and providing sustained support while accessing such services. Clinical case management adds to the usual functions of traditional case management a clinical component based on a therapeutic working relationship between inmate-patient and Clinical Case Manager (CCM). This therapeutic relationship makes the CCM a more effective agent in helping the inmate-patient achieve individualized treatment goals. The CCM provides therapeutic intervention and coordinates other mental health treatment services required by the inmate-patient. This relationship assures continuity of care.

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

The CCCMS services in CDCR are provided as outpatient services within the general population (GP) setting to promote inmate-patient integration and normalization. Inmate-patients requiring more intensive services are referred to a higher level of care and are transferred to an appropriate institution/facility.

1. Through its universal availability and as the least restrictive level of care, CCCMS forms the foundation of the CDCR's MHSDS.

2. The ready access to treatment intervention helps the CCCMS program, increase the safety and security of the institution, and may also contribute to lowering the recidivism rate of inmate-patients released on parole or discharged to the community.

The CCCMS within the prison system is a different type of case management than one would find in the community. Within the CDCR, the fact that basic needs of inmate-patients are already provided allows CCMs to concentrate on helping resolve mental health problems. Adjunct services which help maintain or improve functioning, e.g., education, substance abuse groups, and work training assignments, are available within the perimeter of the institution and are thus relatively easy for inmate-patients to physically access.

While the structure of correctional settings is conducive to facilitating clinical case management responsibilities, other factors including penological concerns that are inherent in correctional settings pose special problems for clinical practice. Prison inmates represent a specialized clientele in whom treatment of serious mental disorders are often complicated by dual diagnosis and behavior problems. Further, security considerations have to be appropriately considered in treatment plans and service delivery methods.

Psychiatrists, Psychiatric Social Workers (PSWs) and Psychologists can function as CCMs. All institutions have clinical case management staff available to inmate-patients.

Using Correctional Counselors (CC), CDCR provides case management for institutional programming with which CCCMS shall interface. In effect, each CCCMS inmate-patient shall have both a CCM and a CC working, within the scope of their designated duties, as members of an Interdisciplinary Treatment Team (IDTT) to coordinate and deliver services.

The CCCMS inmate-patients are a highly diversified population representing a broad spectrum of functional abilities. Treatment services must be tailored to adequately meet the clinical needs of each individual inmate-patient considering the functional level, readiness for treatment, insight into mental illness, and motivation for treatment. Individualized Treatment Plans specify measurable treatment goals and objectives, address problems, prescribe intervention modalities including treatment frequency/duration, and identify the

staff member responsible for providing services. The treatment services are individualized by clinical need as described below:

1. For high functioning inmate-patients, tracking and monitoring is often sufficient to meet this group's clinical needs. They are the most likely group to benefit from active involvement in institutional programming and require minimal contact with the CCM. The primary treatment focus is on symptom management and medication monitoring.

2. For inmate-patients with significant psychological impairment, CCCMS provides, in addition to regular monitoring, more focused monitoring contacts with the CCM, treating psychiatrist, and custody and correctional counseling staff to promote symptom management and prevent decompensation. Individual and Group psychotherapy and other supportive services are provided as clinically indicated.

3. Although scheduled at different intervals according to clinical needs, CCCMS patient monitoring entails regular assessments and treatment plan updates.

B. **PROGRAM OBJECTIVES**

The goal of the CCCMS is to maintain and/or improve adequate functioning of mentally disordered inmate-patients in the least restrictive treatment setting possible within each correctional setting. Doing so enables CCCMS to prevent the use of more expensive, intensive level of care treatment services. The array of CCCMS services available to GP inmates extends to inmates in segregated housing units [Administrative Segregation (ASU), Security Housing Units (SHU), and Condemned inmates]. The CCCMS also helps maintain adequate functioning among "nonpatients" by providing crisis intervention to those experiencing situational crises. To accomplish this goal the program provides:

1. Prompt access to mental health professionals for diagnostic evaluation and treatment.

2. Continuity of care by tracking inmate-patients' progress and by timely referral to appropriate levels of care.

3. Linkage to available adjunct services when clinically and custodially appropriate (i.e., work assignments, academic and vocational education programs).

4. Linkage to existing prerelease programs and parole outpatient treatment services for inmate-patients about to parole.

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

*Treatment in CCCMS:*

1. Ensures that inmate-patients participating in treatment address the following areas:

    a. Orientation and adjustment to the day-to-day requirements of prison living.

    b. The offense or crime itself and what, for the individual inmate, were precursors or contributing factors (including cognitive, behavioral, and emotional indicators).

    c. The nature of the diagnosed mental disorder including symptom identification, coping strategies, medication compliance issues, and identification of high-risk situations that may lead to decompensation.

2. Minimizes crisis episodes and inpatient hospitalization through timely therapeutic intervention, regular assessments and treatment plan updates.

3. Helps reduce recidivism upon release from CCCMS by providing clinical pre-release planning and coordinating the follow-up of mental health services with CCs and Parole Outpatient Clinic (POC) staff.

C. **POPULATION SERVED**

*Overall Treatment Criteria*

Overall treatment criteria have been developed for the MHSDS. An inmate must meet the criteria in either 1 or 2 below in order to receive MHSDS treatment at any level of care:

1. Treatment and monitoring are provided to any inmate who has *current* symptoms and/or requires treatment for the current Diagnostic and Statistical Manual (DSM) diagnosed (may be provisional) Axis I serious mental disorders listed below:

    **Schizophrenia (all subtypes)**
    **Delusional Disorder**
    **Schizophreniform Disorder**
    **Schizoaffective Disorder**
    **Brief Psychotic Disorder**
    **Substance-Induced Psychotic Disorder (exclude intoxication and withdrawal)**
    **Psychotic Disorder Due To A General Medical Condition**
    **Psychotic Disorder Not Otherwise Specified**
    **Major Depressive Disorders**
    **Bipolar Disorders I and II**

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

2. Medical Necessity: Mental health treatment shall be provided as needed. Treatment is continued as needed, after review by an IDTT, for all cases in which:

   **Mental health intervention is necessary to protect life and/or treat significant disability/ dysfunction in an individual diagnosed with or suspected of having a mental disorder. Treatment is continued for these cases only upon reassessment and determination by the IDTT that the significant or life threatening disability/ dysfunction continues or regularly recurs.**

   *Specific Treatment Criteria for CCCMS*

   In addition to the overall treatment criteria above, an inmate must meet the following specific treatment criteria to receive treatment at the CCCMS level of care:

   - Stable functioning in the GP, Administrative Segregation Unit (ASU) or Security Housing Unit (SHU); and

   - Criteria not met for higher levels of care; and

   - Exhibits symptom control, or is in partial remission as a result of treatment.

   - These conditions usually result in Global Assessment Functioning (GAF) scores of 50 and above.

   All inmates, including those in SHU or ASU, needing crisis intervention and/or continued treatment also receive services from CCCMS staff. Details for provision of services in ASU and SHU are found in their respective chapters of the Program Guides.

   Once entered in CCCMS, inmate-patients are tracked using the MHTS.

D. **TREATMENT AND ASSESSMENT SERVICES**

The CDCR's CCCMS relies on both mental health staff and custody staff, as members of an IDTT working within the scope of their credentials and job descriptions, to provide the prescribed services to an inmate-patient suffering from a serious mental disorder. The basic MHSDS treatment philosophy embraces the concept that mentally disordered inmate-patients need comprehensive services to maintain adequate functioning in the GP, ASU or SHU. In addition to mental health treatment, institutional services such as academic and vocational education programs are therapeutic and integral elements in a comprehensive treatment plan for GP inmate-patients. For SHU inmate-patients, treatment plans are modified to take into

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

account inmate security concerns and status. As noted, this correctional-clinical model of case management requires custody and clinical staff to work in tandem, from the beginning, to assess the treatment and programming needs of seriously mentally disordered inmate-patients and to ensure they receive the mental health and institutional services specified in their treatment plans.

*Referral to CCCMS*

Inmates are referred to the program from a variety of sources. A large percentage come from Reception Centers (RC), identified as having a serious mental disorder in the routine process of screening and evaluation. Others are referred from EOP, Mental Health Crisis Beds (MHCB) or, less frequently, Department of Mental Health (DMH) Inpatient Programs. Some may be identified at the time of inter-institutional transfer. Others are referred by institutional staff or through self-referrals. All referrals to CCCMS are processed in a timely manner and entered into the MHTS by clerical staff.

1. Referrals are made on one of several forms, depending on referral source: Inmate Request for Interview; CDCR 7362, Health Care Services Request Form; Staff Referral on CDCR 128-MH5, Mental Health Referral Chrono; from RCs on CDCR 7386, Mental Health Evaluation, and a corresponding CDCR 128-MH3, Mental Health Placement Chrono; from other levels of care on the CDCR 7386 and a corresponding CDCR 128-MH3, Mental Health Placement Chrono.

2. The CCCMS Clinical Director shall appoint a staff member to coordinate and track referrals. A Clinical Intake Assessment shall be completed within ten working days of referral/arrival. If there is an adequate Mental Health Evaluation, CDCR Form 7386, available in the Unit Health Record (UHR) the CCM may update it with documentation on an Interdisciplinary Progress Note, CDCR Form 7230 or on a Brief Mental Health Evaluation, CDCR Form 7389. If there is no Mental Health Evaluation, CDCR Form 7386, in the UHR, a new CDCR 7386 must be done. The coordinator shall then arrange for the inmate to be seen immediately by a Staff Psychiatrist if an emergency psychiatric evaluation is needed. When disagreement exists between the evaluator at a reception center and the receiving institution IDTT regarding the need for the CCCMS services, the receiving institution clinician shall document the justification for removal from the program and complete a CDCR 128-MH4, Mental Health Removal Chrono, within 90 days of inmate transfer from that reception center. The Mental Health Removal Chrono requires approval from the Mental Health Program Manager or designee.

3. Inmate-patients are continued on the same medication(s) without interruption pending further evaluation of psychotropic medications by a receiving psychiatrist.

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

4. Clinical case management staff are available for the initial screening of inmates referred for crisis episodes. In this initial screen the level of required clinical intervention is assessed and proper action taken.

*Clinical Intake Assessment*

While the CDCR's MHSDS provides screening and assessment upon reception, a more comprehensive assessment is critical in formulating a treatment plan after placement in CCCMS. The assessment includes the inmate-patient's personal strengths, achievements and goals, and past responses to intervention. Inmate-patients placed in CCCMS directly from RCs have a psychological evaluation (CDCR 7386) with at least a provisional diagnosis and an initial treatment plan. In all cases, assessments and treatment plans are updated to include an evaluation of the inmate-patient's current readiness for institutional programming (e.g., work, substance abuse counseling, school, prerelease transition).

The CCM completes a Clinical Intake Assessment within 10 working days of referral/arrival. If there is an adequate Mental Health Evaluation, CDCR 7386, available in the UHR the CCM may update it with an Add-A-Page or documentation on the Progress Note, CDCR 7230. If there is no CDCR 7386, a new CDCR 7386 must be done. The clinical intake assessment shall include:

1. A review of the inmate-patient's Central File and Unit Health Record (UHR), a face-to-face interview with the inmate-patient, and interviews with other institutional staff when possible.

2. A review of previous mental health records. If the inmate-patient states that he or she had significant prior treatment or if the file review indicates history of such treatment, the clinician shall request that the inmate-patient sign a Release of Information to obtain previous records. The clinician forwards the signed Release of Information form to Health Records for immediate processing, in accordance with Health Record policies and procedures.

3. Evaluation of an inmate-patient's ability to program based on appropriate educational and vocational testing instruments that take into account the degree of psychiatric impairment, physical (medical) limitations, and custody and housing restrictions.

4. Multiaxial diagnoses (Axis I through V) from the current Diagnostic and Statistical Manual.

5. Evaluation of suicide and violence potential.

July 2004 (Revised 01-30-06)        12-3-7

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

*Treatment Planning*

**Interdisciplinary Treatment Team**

The responsibilities of overall treatment planning within the CCCMS program rests with an IDTT.

1. These responsibilities include:

   - Admission decisions for individual cases
   - Formulation and approval of individualized treatment plans
   - Annual and special case reviews for the continuation or termination of services
   - Review of current treatment needs and response to past intervention efforts.

2. The IDTT is composed of, at a minimum:

   - Assigned Primary Clinician.
   - Assigned Psychiatrist.
   - Correctional Counselor.
   - Inmate-patient.

3. Other staff who have direct knowledge of the inmate-patient are encouraged to attend or provide information:

   - Licensed Psychiatric Technicians.
   - Custody Officers.

In consultation with the IDTT, the CCM develops an Individualized Treatment Plan for all CCCMS inmate-patients. Treatment Plans are based on current assessments from all disciplines and with as much participation from the inmate-patient as possible. The inmate-patient shall be included in the IDTT, unless the inmate-patient refuses to participate. If the inmate-patient refuses to participate in the IDTT, the inmate-patient shall indicate the refusal, the reason for the refusal, and shall sign on the backside of the ducat. Inmate-patients shall not be disciplined for not participating in IDTT. If the inmate-patient refuses to participate, the CCM documents the reason for refusal in the Interdisciplinary Progress Notes (CDCR 7230). The Treatment Plan specifies mental health and other institutional services that can facilitate the resolution of identified problems listed in the problem list. All activities including work, education, and recreation are potentially therapeutic and must be included in the total treatment plan. When activities are prescribed in the treatment plan, specific target behaviors that are expected to benefit from these activities must also be identified. The

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

Individualized Treatment Plan must be completed within fourteen (14) working days of referral/arrival by the CCM in consultation with the other IDTT members. CDCR Form 7388, Mental Health Treatment Plan, is used for this purpose.

1. Selected information from the Intake Assessment and the Treatment Plan are shared with the CCs during IDTT for inclusion in the Classification Committee review.

2. The Treatment Plans include:

    a. Basic identifying data about the inmate-patient (age, race, committing county, commitment offense, current Earliest Possible Release Date [EPRD] or Minimum Eligible Parole Date [MEPD], classification score/custody level, education, and work history);

    b. A diagnosis, identified problems, and treatment objectives measurable in behavioral terms;

    c. Treatment services and other institutional services designed to impact the identified problems and achieve individual treatment objectives;

    d. Frequency and duration of services to be provided;

    e. Documentation regarding the completion of appropriate forms such as a signed Release of Information necessary to obtain prior medical/mental health records, signed Medication Informed Consent to medicate, and Heat Warning forms for those inmate-patients prescribed psychotropic medication; and

    f. Aftercare and clinical pre-release plans.

3. The date of the Treatment Plan approval shall be entered into the MHTS.

4. At the conclusion of the initial IDTT, if an inmate-patient is determined to be appropriate for inclusion in the CCCMS program, the CCM shall send a CDCR-128 MH3, Mental Health Placement Chrono, to the appropriate staff to be entered in the Priority Level of Care List for inputting into the MHTS. That staff person forwards the CDCR 128-MH3, Mental Health Placement Chrono, to the Classification and Parole Representative (C&PR).

5. Treatment plans are updated at least annually, whenever a change in level of care occurs, or when clinical judgment indicates the need for an update.

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

6. Services to inmate-patients shall be reflected in the current updates.

7. All updates shall be entered in the MHTS and a CDCR 128 MH3, Mental Health Placement Chrono shall be produced with every change in level of care (see "Patient Monitoring and Clinical Case Review" in this section for more details).

*Treatment Modalities*

Institutional programming is an essential component of the treatment regimen of most clinical case management participants. The CCMs shall make specific recommendations for programs such as education, work, and substance abuse counseling and coordinate with CCs to ensure appropriate linkages to these programs. As noted earlier a therapeutic working relationship between the inmate-patient and the CCM is essential to the success of the treatment outcome.

Based on identified needs, treatment modalities may include:

- Orientation and supportive counseling for institutional adjustment.

- Medication review and monitoring.

- Individual counseling and crisis intervention.

- Group therapy such as anger management and relapse prevention.

- Social skills training.

- Consultation services, such as to education and work programs.

- Clinical discharge or Clinical pre-release planning.

*Medication Evaluation and Management*

1. Each CCCMS inmate-patient on psychiatric medication shall be reevaluated by a psychiatrist a minimum of every 90 days regarding psychiatric medication issues. The psychiatrist shall respond to inmate requests and staff referrals for medication issues according to the time frames established for inmate and staff responses (i.e., emergency [immediately], urgent [within 24 hours], or other [5 working days].

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

2. Refer to <u>Inmate Medical Services Policies and Procedures,</u> *Medication Management* regarding procedures for administration of medication, medication refusals, Directly Observed Therapy (DOT), and other aspects of medication administration.

3. Refer to MHSDS Program Guides, Chapter 5, Mental Health Crisis Bed, for information on involuntary medication administration.

*Transfer and Clinical Discharge*

An important function of CCMs is making a clinical determination as to when and how to transfer inmate-patients to more intensive levels of care and to clinically discharge those no longer needing services or being paroled. Clear and measurable criteria for both transfer to more intensive levels of care and clinical discharge are important (Chapter 1 "MHSDS Levels of Care"). Equally important is coordination with units or programs which shall take over the care and/or monitoring of the inmate-patient and coordination of pre-release planning with correctional counseling staff, Parole and Community Services Division Transitional Case Management staff, and Parole Outpatient Clinic staff.

1. Prior to CCCMS termination (clinical discharge or program transfer), the CCM must complete a CDCR 128-MH3 Mental Health Placement Chrono, or CDCR 128-MH4 Mental Health Removal Chrono, to notify custody.

2. The MHTS shall have data documenting all terminations.

3. The CCM shall present a recommendation for transfer to an EOP or clinical discharge in a clinical case review with the IDTT. If, after consultation, the team approves recommendation for transfer to an EOP, the CCM shall complete a CDCR 7386, Mental Health Evaluation and a corresponding CDCR 128 MH3, Mental Health Placement Chrono. If, after consultation, the team approves recommendation for clinical discharge, the CCM shall complete a CDCR 128 MH4, Mental Health Removal Chrono.

4. Inmate-patients requiring more intensive outpatient services within a structured setting shall be transferred to an EOP within 60 days of the EOP designation, or within 30 days if clinically indicated.

5. Inmate-patients awaiting EOP transfer shall have updated Treatment Plans, (CDCR 7388). While awaiting EOP transfer, inmate-patients shall be seen on a weekly basis by the CCM.

6. If a transfer occurs within the same institution, immediately before transfer to EOP the CCMS CCM shall contact the EOP Clinical Director or designee to ensure continuity of

   care and provide the most recent, relevant clinical information regarding the inmate-patient's clinical needs.

7. Inmate-patients shall be transferred to MHCB for crisis episodes requiring 24-hour nursing care. The transfer to a MHCB bed shall be accomplished within 24 hours of referral. While awaiting transfer, the inmate-patient shall be housed in a medical facility with at least an Outpatient Housing Unit (OHU) level of care. A psychiatrist, psychologist, or psychiatric social worker shall provide clinically appropriate care, while the inmate-patient is awaiting transfer. This may include suicide observation, one to one counseling, medication management, and/or nursing care.

8. Inmate-patients with multiple admissions to MHCB (three or more within a six month period) shall be evaluated for referral to DMH or EOP.

9. Inmate-patients who attempt suicide or currently have significant suicidal ideation or potential posing a moderate to serious risk for suicide shall be admitted to MHCB and considered for referral to DMH. If an inmate-patient is accepted to DMH, the inmate-patient shall be transferred to DMH within 72 hours of acceptance.

10. Inmate-patients may be clinically discharged from CCCMS if they have been in continuous remission and are functioning adequately in the mainline without treatment (including medication) for six (6) months. Inmates shall be seen for 90-day clinical contacts throughout the six (6) month period.

11. Inmate-patients admitted on the basis of medical necessity shall be discharged when the crisis or problem necessitating treatment is resolved. Discharge of inmate-patients, who were placed in the CCCMS program on a medical necessity, shall be determined by the IDTT and shall be approved by the Chief Psychiatrist, Chief Psychologist, Senior Psychologist or designee.

12. Clinical pre-release plans included as part of the Treatment Plan shall be updated as appropriate but at least at every annual clinical case review.

13. The Discharge/Transfer Summary shall include the diagnoses (current DSM version), Axis I through Axis V, a brief summary of the inmate-patient's course of treatment in CCCMS, recommendations for follow-up care, and discharge medications (Aftercare Plans).

14. The CCM shall coordinate with the CC, staff from the Transitional Case Management program, and clinical staff from the Parole Outpatient Clinic regarding plans for release and follow-up of the inmate-patient to be paroled. Discharge/Transfer Summaries shall

be forwarded to the POC or other pertinent clinical pre-release program providers after signed Releases of Information have been obtained. While necessary for record transactions with other agencies, a signed release is not needed within the Department. Patients currently receiving medication, upon a physician's order, shall be provided a thirty (30) day supply of essential medications when released on parole or discharged unless clinically contraindicated.

15. CCCMS inmate-patients who are inappropriately transferred to a non-CCCMS mainline institution shall be transferred to a defined treatment setting within 30 days of arrival at the non-CCCMS institution.

16. Inmate-patients who are determined to require CCCMS level of care while in a non-CCCMS institution shall be transferred to a treatment setting within 90 days of the level of care designation or 60 days of the level of care designation, if clinically indicated.

E. **PATIENT MONITORING AND CLINICAL CASE REVIEW**

*Monitoring Contacts*

Progress is assessed by the CCM during regularly scheduled contacts with the inmate-patient. The frequency of these contacts shall vary based on clinical needs. The majority of CCCMS inmate-patients who have been stabilized are capable of functioning adequately in the mainline while receiving maintenance care. Usually, they can manage the symptoms of their mental illness and report with little prompting for renewal of medication prescriptions. A certain percentage of inmate-patients will manifest greater needs and thus require more frequent contact.

1. Face-to-face individual contacts between the CCM and the CCCMS inmate-patients in a general population setting shall occur as often as clinical needs dictate but at least once every 90 days.

2. Inmate-patients recently released from more intensive levels of care, admitted directly from RCs, or recently released from segregated housing units may initially require daily to weekly contacts.

3. Inmate-patients who were admitted to the MHCB for a suicide attempt or ideation, upon discharge from that program, shall be seen by the CCM, or designee, daily for the first five calendar days following discharge, and as often as required thereafter. Custody staff shall also observe these inmate-patients a minimum of every hour for the first 24 hours after the discharge from the MHCB. At the end of the first 24 hours after discharge, the CCCMS Clinical staff shall evaluate an inmate-patient to determine the need for

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

extending the observation period (not to exceed 24 hours at a time). If the recommendation for an extension is justified, the inmate-patient shall be observed every two hours for the following 48 hours and every four hours thereafter. If, after a second evaluation, a mental health clinician feels additional hourly checks are required, the inmate-patient shall be returned to the MHCB for further stabilization. Custody staff shall maintain a log of their rounds on inmate-patients. Inmate-patients housed in OHUs for suicide observation, who do not require MHCB LOC and who were discharged from the OHU before 24-hours, may be seen by clinicians and custody staff for follow-up care. The process and timeframes for follow up care may be the same as is described for MHCB suicide dischargees.

4. Monitoring contacts and attendance at treatment activities shall be entered into a patient contact file of the MHTS.

5. Significant patient contacts shall be documented on Interdisciplinary Progress Notes (CDCR 7230) in the UHR on the same day of occurrence. Group therapy sessions must be recorded in a monthly summary note and include the inmate-patient's attendance, behavior in the group, and the progress toward achieving treatment goals.

*Clinical Case Review*

In consultation with the IDTT, a full review of outpatient progress, that includes clinical status and performance in work, educational and vocational training, social, and daily-living activities, shall be done to ascertain the appropriateness of current level of care placement. This review may or may not result in modifications of the Treatment Plan.

1. Clinical case reviews shall be done at least annually, prepared prior to, and included as applicable in Classification Committee hearings reviewing inmate-patient status. The first annual clinical review shall be scheduled in the month prior to a classification hearing and annually thereafter.

2. The annual review culminates in a CDCR 7388, Mental Health Treatment Plan rejustification. This report shall include a description of current clinical status, participation in treatment and institutional programming, and reasons for continuation or termination of CCCMS services.

3. Clinical case reviews shall also be done every time placement in more intensive levels of care or change to nonpatient status is indicated. These case reviews are documented in the CDCR 7230, Interdisciplinary Progress Notes, CDCR 7386, Mental Health Evaluation Form, CDCR 7388, Mental Health Treatment Plan, a CDCR 128-MH-3, Mental Health Placement Chrono, or a CDCR 128-MH-4, Mental Health Removal

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

Chrono. Clinical case review documentation shall include the printed names and signatures or initials of the clinical and custody staff present in the IDTT. Custody staff who manage the inmate-patient's day-to-day routine shall be included whenever possible in the IDTT. The CCMs shall document the presence of the inmate-patient during the review and indicate reasons for the inmate-patient's absence.

F. **STAFFING**

CCCMS programs are staffed based on an approved standard staffing pattern. (Refer to Standard Program Staffing Guidelines.) The staffing includes Psychologists, PSWs, Psychiatrists, and clerical support. CDCR may utilize contract staff as necessary to fulfill staffing requirements.

Staff training is crucial to the successful operation of the CCCMS. Training is essential because CCCMS, as a formalized systemwide approach to outpatient treatment in inmate-patients' regularly assigned living units, is relatively new not only to CDCR but to correctional settings in general. Many clinical staff hired to work in CCCMS programs are new not only to the prison setting but also to forensic mental health. Training facilitates standardizing basic elements of CCCMS service delivery.

*Clinical Director*

A Clinical Director is critical to the success of CCCMS. In addition to direct care responsibility, the Director takes the lead in developing and implementing local policies and procedures for clinical case management, oversees the MHTS, makes CCM assignments, facilitates training, provides clinical and administrative supervision, and coordinates system monitoring functions contained in Quality Assessment and Improvement activities. The Clinical Director can be any licensed mental health professional with experience running a complex case management system. In the standard staffing pattern, a Senior Psychologist is provided to serve as the CCCMS Clinical Director, although in some institutions this role is performed by the Mental Health Program Manager or designee (see description in Chapter 1, Program Guide Overview).

*Clinical Case Manager*

Under the direction of the Clinical Director, CCMs perform the necessary case management functions for all outpatients in their caseloads. This includes assessment, treatment planning and treatment, clinical monitoring, and clinical case reviews. They coordinate with institutional services that are considered helpful in maintaining or improving inmate-patient functioning. The CCMs shall screen institution referrals to the CCCMS, including those for crisis episodes. If an inmate-patient is referred for evaluation of medication related issues,

| Correctional Clinical Case Management System | Mental Health Services Delivery System |
|---|---|

the referral shall be routed directly to a psychiatrist for evaluation. PSWs, Psychologists, and Psychiatrists shall be assigned as CCMs.

*Clerical Support*

Medical Transcribers or Office Technicians shall provide clerical support to clinicians. Clerical support includes record keeping, assisting with scheduling, transcribing and typing reports and forms used in referral, assessment, treatment planning, patient contacts, and clinical case reviews. Responsibilities of this position also include computer data entry, including MHTS.

G.  **MENTAL HEALTH QUALITY MANAGEMENT SYSTEM**

Ongoing assessment of the quality of clinical services shall follow the Mental Health Quality Management System (MHQMS) procedures.