| Enhanced Outpatient Program | Mental Health Services Delivery System |
|---|---|

# CHAPTER 4
## Enhanced Outpatient Program

### A. INTRODUCTION

The Enhanced Outpatient Program (EOP) provides the most intensive level of outpatient mental health care within the Mental Health Services Delivery System (MHSDS). The program is characterized by a separate housing unit and structured activities for mentally ill inmate-patients who, because of their illness, experience adjustment difficulties in a General Population (GP) setting, yet are not so impaired as to require 24-hour inpatient care.

Critical components include:

1. A comprehensive array of mental health services delivered within the framework of an Interdisciplinary Treatment Team (IDTT) which is composed of representatives from a cross-section of clinical disciplines as well as prison custodial and counseling staff. Treatment is focused on resolution of institutional adjustment problems which impede functioning within the GP. Services include management of activities of daily living, group and individual psychotherapy, medication management, recreational therapy, and clinical pre-release planning.

2. A designated housing unit with restricted access and alternative educational, work, and recreational opportunities specifically provided for inmate-patients whose mental illness precludes their placement and participation in the GP programs.

3. Active interface with custodial staff, including Correctional Counselors (CC), which enhances the assessment and treatment process and optimizes the inmate-patient functioning within the prison environment.

### B. PROGRAM OBJECTIVES

The goal of the EOP is to provide focused evaluation and treatment of mental health conditions which are limiting an inmate's ability to adjust to a GP placement. The overall objective is to provide clinical intervention to return the individual to the least restrictive clinical and custodial environment.

More specific objectives include:

**Enhanced Outpatient Program**          **Mental Health Services Delivery System**

1. Provide short to intermediate term (a range of three to 12 months for most cases) focused care for inmate-patients who do not require 24-hour inpatient care. Short term treatment goals are primarily directed at developing constructive coping mechanisms, achieving treatment compliance, and further stabilization of psychiatric symptoms that are necessary for transition to the Correctional Clinical Case Management System (CCCMS) level of care.

2. Provide longer-term placement for inmate-patients with chronic mental illness whose symptoms have stabilized but whose level of functioning is insufficient to allow GP placement. Supportive care, assistance with activities of daily living, recreational therapy, anger management, reality therapy, and programs related to symptom management and clinical pre-release planning are offered.

3. Provide short-term secure custodial placements with clinical resources which address behavioral problems for mentally ill EOP inmate-patients who are transitioning from Security Housing Units (SHU) or Psychiatric Services Units (PSU). Treatment for these inmate-patients focuses on achieving behavioral control and the development of socially acceptable behavior within the institution.

C. **POPULATION SERVED**

*Overall Treatment Criteria*

Overall treatment criteria have been developed for the MHSDS. An inmate must meet the criteria in either 1 or 2 below in order to receive MHSDS treatment at any level of care:

1. Treatment and monitoring are provided to any inmate-patient who has *current* symptoms and/or requires treatment for the current Diagnostic and Statistical Manual (DSM) diagnosed (may be provisional) Axis I serious mental disorders listed below:

   **Schizophrenia (all subtypes)**
   **Delusional Disorder**
   **Schizophreniform Disorder**
   **Schizoaffective Disorder**
   **Brief Psychotic Disorder**
   **Substance-Induced Psychotic Disorder (exclude intoxication and withdrawal)**
   **Psychotic Disorder Due To A General Medical Condition**
   **Psychotic Disorder Not Otherwise Specified**
   **Major Depressive Disorders**
   **Bipolar Disorders I and II**

| Enhanced Outpatient Program | Mental Health Services Delivery System |
|---|---|

2. Medical Necessity.  Mental health treatment shall be provided as needed.  Treatment is continued as needed, after review by an IDTT, for all cases in which:

**Mental health intervention is necessary to protect life and/or treat significant disability/dysfunction in an individual diagnosed with or suspected of having a mental disorder.  Treatment is continued for these cases only upon reassessment and determination by the IDTT committee that the significant or life threatening disability/dysfunction continues or regularly recurs**.

**Specific Treatment Criteria for EOP**

In addition to the overall treatment criteria above, an inmate must meet the following specific treatment criteria to receive treatment at the EOP level of care:

- Acute Onset or Significant Decompensation of a serious mental disorder characterized by symptoms such as increased delusional thinking, hallucinatory experiences, marked changes in affect, and vegetative signs with definitive impairment of reality testing and/or judgment; and/or

- Inability to Function in General Population Based Upon:

    a. A demonstrated inability to program in work or educational assignments, or other correctional activities such as religious services, self-help programming, canteen, recreational activities, visiting, etc. as a consequence of a serious mental disorder; or

    b. The presence of dysfunctional or disruptive social interaction including withdrawal, bizarre or disruptive behavior, extreme argumentativeness, inability to respond to staff directions, provocative behavior toward others, inappropriate sexual behavior, etc., as a consequence of a serious mental disorder; or

    c. An impairment in the activities of daily living including eating, grooming and personal hygiene, maintenance of housing area, and ambulation, as a consequence of a serious mental disorder.

- These conditions usually result in Global Assessment Functioning (GAF) Scores of less than 50.

**Enhanced Outpatient Care (Designated Housing Unit)**

    Participants in the MHSDS EOP are placed in designated housing units that provide increased clinical and custodial support and limit contact with members of the institution's GP inmates.

### D. ADMISSION TO PROGRAM

*Referral Process*

1. Mental Health clinicians may initiate an EOP referral. This referral decision is documented on a Mental Health Placement Chrono, CDCR 128-MH3, clinically supported in an original/updated Mental Health Evaluation (CDCR 7386, as appropriate), and placed in the Unit Health Record (UHR) and the Central File.

2. If the referral is generated for an inmate-patient at a GP institution without an EOP, the clinician at the referring institution may consult with the Mental Health Program Manager at the closest EOP site regarding the need for EOP level of care, prior to initiating the referral process. In situations where there is a disagreement between the conferring clinicians, the inmate-patient will be referred to an EOP treatment setting for further onsite evaluation.

3. Referral documentation via a Mental Health Placement Chrono (CDCR 128-MH3) and chronological Interdisciplinary Progress Note (CDCR 7230) for the UHR and Central File is prepared by the referring clinician indicating circumstances/symptoms/behaviors justifying the need for EOP level of care. A brief description of behavioral alerts should be included in the referral documentation. The original Chrono is forwarded to classification staff for processing and Classification Staff Representative (CSR) endorsement for institutional placement. EOP placements from within the same institution are accomplished with the approval of the IDTT, placed in an available EOP bed, and documented on a CDCR 128-MH3. For inmates not currently participating in the MHSDS program, the classification committee will refer the case to the CSR for EOP endorsement. For those currently participating in the MHSDS program, the classification committee will refer the case to the Classification and Parole Representative (C&PR) for EOP endorsement. Subsequent placements of the same individual into the EOP require only C&PR approval. A weekly count of filled and vacant EOP beds is provided to Division of Correctional Health Care Services (DCHCS) and Division of Adult Institutions to facilitate the use of available beds by population management staff.

4. EOP placements do not require prior clinical approval from the receiving institution.

5. The classification and transportation systems are designed to ensure placement within 60 days of level of care designation, or 30 days of level of care designation, if "clinically

   indicated." Transfers within the same institution of inmate-patients previously identified and treated as EOP or from the institution's Mental Health Crisis Bed (MHCB) should occur on the same day, or within 24 hours of referral.

6. EOP inmate-patients who are inappropriately transferred, via CSR endorsement action, to a non-EOP institution shall be transferred to an EOP institution within 21 days of arrival.

7. Inmate-patients who are determined to require EOP level of care while in a non-EOP institution shall be transferred to an appropriate EOP treatment setting within 60 days of the EOP designation, or 30 days of the designation, if clinically indicated.

**Interdisciplinary Treatment Team**

The responsibilities for overall treatment planning within the EOP rest with the IDTT. These responsibilities include:

   1. Program admission decisions for individual cases.

   2. Formulation and approval of initial and updated individual treatment plans.

   3. Periodic case reviews and rejustifications of treatment.

   4. Discharge decisions.

   5. Overall utilization review of available beds.

   6. Overall program quality improvement.

The IDTT is composed of, at a minimum:

- Assigned Primary Clinician (PC).
- Assigned Psychiatrist.
- Correctional Counselor.
- Inmate-patient.

Other staff who have direct knowledge of the inmate-patient are encouraged to attend or provide information:

- Licensed Psychiatric Technicians.
- Custody Officers.

Recreation Therapists (RT), Registered Nurses (RN), Medical Technical Assistants (MTA) or Licensed Psychiatric Technicians (LPT) and the housing custody officer will also normally participate. Each member of the team will provide input into the overall treatment plan. Input from additional staff, including vocational and educational personnel, is strongly encouraged. A representative from the IDTT (the assigned PC or designee) should be present in all classification hearings regarding inmate-patients in treatment to provide mental health input into the classification decision-making process. The inmate-patient shall be included in the IDTT, unless the inmate-patient refuses to participate. If the inmate-patient refuses to participate in the IDTT, the inmate-patient shall indicate the refusal and the reason for the refusal. The CCM shall document this information on the treatment plan, CDCR Form 7388 and in the progress notes, CDCR Form 7230-MH. Inmate-patients shall not be disciplined for not participating in IDTT. The PC is responsible for presenting the inmate-patient's concerns to the IDTT.

The Mental Health Program Manager shall designate the IDTT leader.

**Initial Evaluation Process**

The initial clinical assessment involves an interview with the inmate-patient, a review of available clinical records, the Central File, the evaluation of the referring clinician and records from prior institutional placements. A review of these evaluations and an observation period are utilized to establish a functional baseline and working clinical diagnosis. This process should be completed within 14 calendar days from arrival at the EOP.

If the inmate-patient states that he or she had significant prior treatment or the file review indicates history of such treatment, the clinician shall obtain a signed Release of Information and forward it to the Institutional Health Record Services to obtain previous records. The referring clinician, custodial staff, work supervisors, teachers, chaplains and family members are excellent sources of patient collateral information and should be utilized whenever possible.

At the conclusion of the evaluation process and within 14 calendar days from arrival at the EOP, the IDTT will review all relevant clinical, institutional, and criminal history data, interview the inmate-patient and make one of the following determinations:

1. Admit to the program and develop a treatment plan on the CDCR 7388, Mental Health Treatment Plan.

2. Decline admission (indicate clinical options).

3. Extend evaluation process for an additional 14 calendar days.

All decisions regarding change of treatment level made by the IDTT shall be documented with a CDCR 128-MH3, Mental Health Placement Chrono, and forwarded to classification for review and central file update. An individualized treatment plan shall include the recommendations of the IDTT and specifics such as type of therapeutic activities (schedule, duration, outcome expectations) and anticipated length of stay. The prescription of treatment activities should consider the commitment offenses and current institutional maladjustment.

Inmate-patients who are released from Administrative Segregation Unit (ASU) or the Psychiatric Services Unit (PSU) to a general population EOP for continuing mental health treatment may require mental health services related to adjustment to the general population environment. The ASU or PSU primary clinician shall document recommendations regarding the inmate-patient's specific treatment needs, including any concerns about facilitating the inmate-patient's successful transition to general population. The receiving EOP IDTT will consider documentation by the ASU or PSU clinician in developing the inmate-patient's treatment plan. The treatment plan for inmate-patients transferred from ASU or PSU to GP-EOP shall include services provided to aid in the transition to the general population environment. Inmate-patients referred from the ASU or PSU to a GP-EOP Unit shall be retained at EOP level of care for a minimum of 90 days.

**Release after Initial Evaluation**

If, at the conclusion of the initial evaluation process, the IDTT determines that EOP placement is inappropriate, documentation to this effect is placed in the UHR. A CDCR 128-MH3, Mental Health Placement Chrono, noting the decision and recommending more appropriate placement is prepared for classification processing and transfer (if appropriate). If inpatient care is indicated, the assigned Primary Clinician (PC) is responsible for initiating and completing the placement process.

E.  **EOP INMATE-PATIENT TREATMENT SERVICES**

Within EOP, each inmate-patient will have an individualized treatment plan that provides for treatment consistent with the inmate-patient's clinical needs. The treatment plan shall be documented on a CDCR Form 7388, Mental Health Treatment Plan. Each inmate-patient will be offered at least 10 hours per week of scheduled structured therapeutic activities as approved by the IDTT. It is recognized that not all inmate-patients can participate in and/or benefit from 10 hours per week of treatment services. For some inmate-patients, 10 hours per week may be clinically contraindicated. For those inmate-patients scheduled for less

than 10 hours per week of treatment services, the PC shall present the case and recommended treatment program to the IDTT for approval. The CDCR Form 7388 must include a detailed description of the diagnosis, problems, level of functioning, medication compliance, and rationale for scheduling less than 10 hours. For inmate-patients who are scheduled for less than 10 hours of treatment activities per week, the IDTT shall meet at least monthly and be responsible to review and increase the treatment activities or refer to a higher level of care as clinically indicated.

*Categories of Treatment Services*

REQUIRED TREATMENT

1. Individual Treatment Planning involves a meeting of the IDTT and the inmate-patient at least every 90 days for the purpose of identifying treatment needs, developing treatment plans, assessing treatment progress, and updating/revising individual treatment plans in accordance with the inmate-patient's needs and progress.

2. Weekly clinical contact with PC either individually or in-group psychotherapy; individual clinical contact at least every other week.

3. Medication Evaluation and Management

   a) A psychiatrist shall evaluate each EOP inmate-patient at least monthly to address psychiatric medication issues.

   b) Refer to <u>Inmate Medical Services Policies and Procedures</u>, *Volume 4, Chapter 11, Medication Management,* regarding procedures for administration of medication, medication refusals, Directly Observed Therapy (DOT), and other aspects of medication administration.

   c) Refer to MHSDS Program Guides, Chapter 5, Mental Health Crisis Bed, for information on involuntary medication administration.

4. Ten hours per week of scheduled structured therapeutic activities. See below for list of treatment activities.

OTHER TREATMENT ACTIVITIES

1. Group Therapy/Psycho educational Groups provide inmate-patients with an opportunity to express, explore, and resolve issues with the assistance of clinical staff and other inmate-patient group participants who have similar problems or experiences. Psycho-

educational groups focus on cognitive/behavioral skill building as a means of improving inmate-patient interpersonal skills and problem solving abilities.

2. Individual Therapy provides inmate-patients with the opportunity to discuss personal problems that may not be adequately addressed in a group setting.

3. Recreational/Occupational Therapy provides inmate-patients with supervised recreational activities or exercise programs designed to reduce stress, improve self-esteem, physical health, foster positive interpersonal interactions, and promote the constructive use of leisure time. Occupational or recreational therapy is counted as structured activity only if an appropriate clinician (an occupational therapist, recreational therapist, licensed psychiatric technician, or other qualified professional) is present and supervising the activity. Unsupervised routine exercise is available for all inmate-patients and is not counted as a therapeutic activity.

4. Work and educational programs may provide rehabilitative services through institutional programming designed to help inmate-patients improve vocational and educational functioning. Work and education assignments can constitute up to four (4) hours of structured activity a week if they are identified as such in the inmate-patient's treatment plan. The treatment plan must indicate how it is believed the inmate-patient benefits from particular vocational and/or educational activities.

**Examples of Treatment Activities**

The EOP may offer some or all of the following Treatment Activities, depending on the needs of the inmate-patient population and the resources available.

1. Daily Living Skills - train and assist inmate-patients in developing or improving skills in maintaining appropriate personal hygiene and grooming habits. These activities include demonstrating and prompting inmate-patients in bathing, dressing, and the maintenance of a clean living environment. These activities promote personal responsibility and initiative for self-care, enhance self-esteem, and provide a predictable daily routine.

2. Medication Education - educate inmate-patients regarding the importance and benefits of regularly taking their prescribed medications. It discusses medication, interaction with alcohol and drugs, and teaches how to correctly take medication. It explains side effects and when they need to be brought to the attention of clinical staff. It stresses the importance of effective doctor/patient communication in obtaining and maintaining medication compliance.

3. Symptom Management - help inmate-patients with chronic mental disorders become more effective in managing their psychiatric symptoms by teaching them how to identify

warning signs of relapse, persistent symptoms, and medication side effects. Inmates learn how to cope with symptoms and seek professional help.

4. Specific Mental Health Issues - provides focused clinical support for inmate-patients experiencing specific mental health issues, such as depression, or who have a history of being a victim.

5. Social Skills/Communication - focus on activities which allow inmate-patients to interact in a positive manner with other individuals, both staff and inmates. It promotes the development of communication skills that are appropriate and socially acceptable.

6. Anger Management - teaches inmate-patients the socially acceptable and appropriate ways of handling anger and expressing feelings. This module is geared towards reducing aggressive/assaultive behavior toward self or others or by developing self-control skills. It teaches inmate-patients processes that can be used within the prison setting to resolve conflicts and handle problems appropriately without resorting to violence.

7. Stress Management - teaches inmate-patients how to identify recurring prison stressors and provides specific stress reduction techniques to minimize the negative effects of stress on their behavior and mental health.

8. Substance Abuse Group - teaches inmate-patients about the relationship between substance abuse and criminality and emphasizes the effects of chemical abuse on inmate-patients with mental illness. The group offers supportive interactions and explores issues of chronic abuse and the development of alternatives.

9. Health Issues - provides education regarding basic physical, emotional, and mental health issues, including human sexuality and sexually transmitted diseases.

10. Offense Specific Therapy - provides clinical support for insight-oriented treatment related to causative factors in criminal behavior, emphasizing the development of alternative courses of conduct.

11. Rational Behavior/Reality and Decision Making - emphasizes the assumption of responsibility for one's actions, accepting the reality of their living environment, the development of more productive and pragmatic life scripts, as well as developing strategies to identify and achieve attainable goals.

12. Family Issues - focus on stressful experiences associated with spousal abuse, childhood physical and sexual abuse, separation from offspring and loved ones, dysfunctional relationships, pregnancy issues, etc.

13. Therapeutic Community Meeting - all inmate-patients in the program are involved in regularly scheduled community meetings to discuss issues that commonly affect their treatment and living environment. Inmate-patients learn through active interaction with peers and staff how to build a therapeutic community.

14. Clinical Pre-Release group - inmate-patients nearing parole to the community are seen weekly in group and discuss issues related to community living arrangements, continued outpatient care, financial, educational, and vocational needs. The skills necessary to successfully meet the general conditions of parole in the community are discussed. Clinical Pre-Release groups involve coordination with the Parole and Community Services Division Transitional Case Management staff and Parole Outpatient Clinic clinical staff.

**Daily Activity Schedules**

Utilizing the above treatment descriptions (and additional optional activities as may be developed at the institutional level), each inmate-patient has a weekly activity schedule incorporated into the individual treatment plan drawn from a schedule of treatment activities available on the unit. Development of, and adherence to, the schedule is the joint responsibility of the inmate-patient and PC. The establishment of additional unit activities, available to all inmate-patients, is the responsibility of EOP staff.

**Nursing and Supportive Care**

Although 24-hour nursing care is not required for inmate-patients within the EOP, expanded services from those offered to GP inmate-patients are provided by Registered Nurses (RN) and/or Licensed Psychiatric Technicians (LPT). These services include:

1. Administration of all medications. Refer to the Inmate Medical Services Policies and Procedures, *Volume 4, Chapter 11, Medication Management*.

2. Regular monitoring of medication compliance and notification of medication non-compliance to treating psychiatrist, consistent with DCHCS policy.

3. Provision of nursing services as ordered by a physician.

4. Supervision and assistance in the activities of daily living, including maintenance of living quarters, personal hygiene, and eating habits.

5. Coordination and support of out-of-cell activities with program staff.

| Enhanced Outpatient Program | Mental Health Services Delivery System |
|---|---|

**Documentation**

Clinical staff shall document the progress of an inmate-patient on a CDCR Form 7230, Interdisciplinary Progress Note, at least monthly. Documentation may be more frequent if there are significant changes in the inmate-patient's level of functioning. The progress note shall include:

- Record of attendance at treatment activities.
- Description of participation in treatment activities.
- Progress in resolving identified problems and symptoms.
- Current mental status

**Aftercare Planning and Referral**

Planning for follow-up services is a critical component of care that inmate-patients need upon release from the EOP. The PC or the IDTT Leader is responsible for ensuring that this is accomplished prior to an inmate-patient's discharge from the program. It includes referrals to other levels of care, programs, or other appropriate therapeutic placement to ensure continuity of care. Inmate-patients whose level of functioning has improved shall be referred to the CCCMS. Inmate-patients who require a higher level of care are referred to the MHCB or the DMH Inpatient Program.

Aftercare plans should describe:

1. The inmate-patient's diagnosis and the psychiatric problems continuing to require treatment.

2. Any other pertinent mental health or medical conditions (e.g., allergies, special dietary needs, chronic diseases), criminal and legal history, or cognitive or functional impairment (e.g., developmental problems, insufficient education or language barriers) that could affect adjustment and treatment.

3. Recommendations for follow-up treatment, including medications and recommendations for specific scheduled structured therapeutic activities.

4. Referrals to appropriate programs and other institutional services, including chaplain services, substance abuse programs, education and job programs.

**Clinical Pre-Release Program**

This is designed to provide systematic planning, support and education to inmate-patients who are approaching their date of release/parole to the community and who are not expected

to transition to another level of care before departure. This service is designed to maximize the inmate-patient's opportunities for successful transition into the community living. The service coordinates its activities with the Transitional Case Management staff and Parole Outpatient Clinic (POC) to facilitate community outpatient care and support services. The PC shall prepare a discharge summary which includes a diagnosis, current medications, and placement needs. The discharge summary shall be sent to the regional POC office prior to release.

### F. STAFFING AND CASE MANAGEMENT

The EOP staffing structure is based on clinical needs for this level of care and the staffing ratios developed to meet these needs. EOP staff includes Psychiatrists, Psychologists, Licensed Psychiatric Social Workers, RNs, LPTs, and RTs. In addition to interdisciplinary clinical staff, the EOP staffing provides additional correctional officer support.

**Mental Health Program Manager**

The Mental Health Program Manager designates the IDTT Leader, assigns PCs, and reviews the overall quality of assessment and treatment plans, including aftercare plans for each case.

**Primary Clinician**

One clinical staff member of the team (a psychiatrist, a psychologist, or a psychiatric social worker) is identified as the PC for each inmate-patient. This individual assumes overall responsibilities for the treatment services provided to inmate-patients by maintaining active therapeutic involvement with the inmate-patient and coordinating services provided by treatment providers involved in implementing the treatment plan. Specific responsibilities of the PC include:

1. Completion of initial clinical intake assessment.

2. Documentation of:

   - Initial and updated treatment plans;
   - Progress notes, at least monthly;
   - Documentation, including the specific reasons, of when the inmate-patient is unable to attend or participate in group therapy, or in cases in which individual case manager contact is to occur weekly;
   - Degree of participation in treatment activities;
   - Description of progress or lack of progress;
   - For entering attendance into Mental Health Tracking System.

| Enhanced Outpatient Program | Mental Health Services Delivery System |
|---|---|

3. Weekly clinical contacts (either individual or group psychotherapy) with assigned inmate-patients. Individual clinical contacts must occur at least every other week. Individual clinical contacts shall be held in a private setting out of cell, or cell-front if an inmate-patient refuses.

4. Provision of group therapy.

5. Scheduling for regular and special IDTT reviews. (Special IDTT reviews are held for inmate-patients who require a change in level of care or if otherwise clinically indicated.)

6. Response to inquiries regarding clinical status of inmate-patient.

7. When an inmate-patient is discharged to the CCCMS, notification to the Clinical Case Manager at the receiving program/institution.

## G. CASE REVIEW

In order to maximize the utilization of the limited beds available for EOP placements and ensure optimal progress toward achieving the program goal of resolution of symptomatology sufficient for placement in the least restrictive clinical and custodial environment, a structured process of case review when continuation or change in level of care is necessary. This will occur quarterly, or as clinically required, and will be the responsibility of the IDTT.

The PC for each inmate-patient will prepare a case summary on a CDCR Form 7230, for quarterly IDTT review which will consist of the following:

1. Clinical diagnosis and brief history of previous clinical interventions with emphasis on interventions implemented since the last team review.

2. Current length of stay in EOP.

3. Assessment of current status and progress or lack of progress in achieving treatment goals.

4. Assessment of willingness and ability to participate in the program and description of attempts to improve treatment participation.

5. Recommendations for modifications to treatment plan, including diagnosis, level of care, problems, medications, and treatment intervention.

6. Where a change in treatment level is contemplated, input from the previous CCCMS CCM, if possible.

7.  Discharge planning, including a tentative discharge date, anticipated level of care, specific follow-up recommendations, and perceived impediments to discharge.

Pertinent information from IDTT reviews shall be documented on a CDCR Form 7230 and filed in the UHR. Any modifications to the individualized treatment plan shall be documented on an updated CDCR Form 7388 and also filed in the UHR. A full case summary, with a recommendation for either continued placement or transfer to an alternative level of care, will be completed on an annual basis, for placement in the UHR. If there is a change in the LOC, formal notification will be provided to the inmate-patient's Correctional Counselor via a CDCR 128-MH3, Mental Health Placement Chrono.

## H.  DISCHARGE

Discharge from the EOP will be based upon a decision by the IDTT utilizing the IDTT process when the inmate-patient satisfies any of the following conditions:

1.  Is able to function in a GP setting with CCCMS support.

2.  Has clinically decompensated to the extent that placement into 24-hour inpatient care (either MHCB or DMH hospitalization) is required.

3.  Has received a SHU term and is determined to require continued EOP level of care necessitating a transfer to a PSU setting.

4.  Has reached his/her parole date, and clinical services will be transferred to a POC.

## I.  ENHANCED OUTPATIENT PROGRAM FOR CONDEMNED INMATE-PATIENTS

1.  **EOP Housing for Condemned Inmate-Patients**

    Per Penal Code Section 3600, male inmates who have received a death sentence are incarcerated at California State Prison - San Quentin (SQ). Female inmates who have received a death sentence are incarcerated at Central California Women's Facility (CCWF). Therefore, these two institutions are charged with the responsibility to provide mental health treatment services at the EOP level to condemned inmate-patients identified as needing this level of care.

    Housing for condemned inmates is determined by the inmate's behavioral adaptation to the correctional setting. Upon arrival, each condemned inmate completes an orientation period. At SQ, the orientation period is generally completed in the Adjustment Center housing unit. During the orientation period, inmate-patients are identified as either a

**Enhanced Outpatient Program**         **Mental Health Services Delivery System**

Grade A Condemned – housing and program closely related to a general population setting or Grade B Condemned – housing and program closely related to an administrative segregation setting. Additionally, the initial medical evaluation establishes the inmate-patient's medical needs including any serious mental health needs that require treatment. Therefore, Grade A or Grade B Condemned inmates identified as requiring EOP level of care are housed according to institutional custody determination, and appropriate mental health treatment services are then provided. A condemned inmate's grade level determination is subject to review and change on an annual basis or more often if determined appropriate.

At SQ, Grade A Condemned EOP inmate-patients will be clustered within the existing condemned housing unit. Grade B Condemned EOP inmate-patients will be clustered in the Adjustment Center housing unit.

At CCWF, due to the few female inmates sentenced to the death penalty, all female condemned inmates are housed and programmed in a designated housing unit, separate from other general population inmates. The female condemned program at CCWF *does* currently classify condemned inmates into "grades" as referenced above. All programs including any required mental health treatment services for EOP female condemned inmate-patients are provided within this housing unit.

2. **Condemned EOP Inmate-Patient Treatment Plan**

All condemned EOP inmate-patients housed at SQ or CCWF shall have an individual treatment plan documented on a CDCR Form 7388, that provides for treatment consistent with the inmate-patient's clinical needs.

The development of the individual treatment plan by the assigned IDTT must take into account the unique security operations and procedures necessary to effectively manage this condemned population during a period when the institution is locked down for an execution. At SQ, programs and services (excluding delivery of medication and emergency services) are curtailed prior to, during, and after the actual execution of a condemned inmate, as determined by the Warden. Out-of-cell activities do not occur during the period that the institution is locked down pending or following an execution; however, Licensed Psychiatric Technicians will continue daily rounds. These procedures are mandatory and are required due to the sensitive and potentially volatile atmosphere at the institution when carrying out an imposed death penalty.

Additionally, the recommended individualized treatment plan for Grade B Condemned EOP inmate-patients at SQ may require modification due to the heightened safety concerns associated with this population's required placement in the Adjustment Center. Out-of-cell activities for this population specifically require intensive staff resources to

ensure the safety and security for all involved: inmates, clinical, as well as, correctional staff.

The individualized treatment plan for the condemned EOP inmate-patient, as for all EOP inmate-patients, provides the "blue print" for the course of mental health treatment that is intended to address the diagnosed condition. The initial plan provides the treatment foundation by prescribing services, activities, and medication that will be attempted and monitored. Frequent clinical and staff involvement provide ongoing assessment of progress and effectiveness of the applied plan. The ongoing assessment provides the impetus for the modification and/or change for the treatment services contained in the individualized treatment plan.

3. **EOP Condemned Inmate-Patient Treatment Services**

    The Condemned EOP Inmate-patient will receive treatment services commensurate with their demonstrated ability to safely participate in the offered services. All condemned EOP inmate-patients will be offered 10 hours per week of scheduled structured therapeutic activities identified and approved by the IDTT as part of the individualized treatment plan. It is recognized that not all condemned EOP inmate-patients can or will participate in and/or would benefit from this amount of treatment time. The 10 hours per week for certain diagnosed condemned EOP inmate-patients may be clinically contraindicated. However, for condemned EOP inmate-patients scheduled for less than 10 hours, the PC shall present the case to the IDTT for approval. The CDCR Form 7388 must include a detailed description of the diagnoses, inmate-patient problem list, level of functioning, medication compliance, and clinical reasons for scheduling less than 10 hours. For inmate-patients who are scheduled for less than 10 hours of treatment activities per week, the IDTT shall meet at least monthly to review and increase the treatment activities or refer to a higher level of care, as clinically indicated.

REQUIRED TREATMENT ACTIVITIES

The Condemned EOP inmate-patient shall be offered the following treatment services:

1. Individual Treatment Planning involves a meeting of the IDTT and the inmate-patient for the purpose of identifying treatment needs, developing treatment plans, assessing treatment progress, and updating/revising individual treatment plans in accordance with the inmate-patient's needs and progress. Refer to *Section D. Admission to Program, Interdisciplinary Treatment Team,* of this document for a complete description of the functions of the EOP IDTT and membership.

2. Weekly PC contact (either individual or group psychotherapy) with assigned inmate-patients. Individual clinical contacts must occur at least every other week.

   3. Daily LPT contact for Grade B Condemned EOP inmate-patients.

   4. Medication Evaluation and Management

      a) A psychiatrist shall evaluate each Condemned EOP inmate-patient at least monthly to address psychiatric medication issues.

      b) Refer to <u>Inmate Medical Services Policies and Procedures</u>, *Volume 4, Chapter 11, Medication Management,* regarding procedures for administration of medication, medication refusals, Directly Observed Therapy (DOT), and other aspects of medication administration.

      c) Refer to MHSDS Program Guides, Chapter 5, Mental Health Crisis Bed, for information on involuntary medication administration.

   5. Crisis Intervention

   6. Ten hours per week of scheduled structured therapeutic activities. See below for list of treatment activities.

<u>TREATMENT ACTIVITIES</u>

Specific treatment services offered include the following:

   1. Group Therapy provides inmate-patients with an opportunity to express, explore, and resolve issues with the assistance of clinical staff, as well as supportive interactions with inmate-patients who have similar problems or experiences.

   2. Individual Therapy provides inmate-patients with the opportunity to discuss personal problems that may not be adequately addressed in a group setting.

   3. Recreational Therapy provides inmate-patients with supervised recreational activities or exercise programs designed to reduce stress, improve self-esteem and physical health, foster positive interpersonal interactions, and promote constructive use of leisure time. Recreational therapy is counted as structured activity only if a recreational therapist is present and supervising the activity. Unsupervised routine exercise is available for all inmate-patients and is not counted as a therapeutic activity. No inmate-patient in SQ's Adjustment Center will be permitted out of his cell for the purposes of recreational therapy, but in-cell treatment activities (therapy) may be permitted, subject to the heightened safety and security concerns present in the Adjustment Center.

**Enhanced Outpatient Program**      **Mental Health Services Delivery System**

    4. Monitoring and Assistance with daily living skills.

    5. Nursing and Supportive Care

    Although 24-hour nursing care is not required for inmate-patients within the EOP, expanded services from those offered to non-EOP Condemned inmate-patients are provided by Registered Nurses (RN) and/or LPTs. These services include:

    a) Administration of all medications. Refer to the *Inmate Medical Services Policies and Procedures*, *Volume 4, Chapter 11, Medication Management*.

    b) Regular monitoring of medication compliance and notification of medication non-compliance to treating psychiatrist, consistent with DCHCS policy.

    c) Provision of nursing procedures as ordered by a physician.

    d) Supervision and assistance of activities of daily living, including maintenance of living quarters, personal hygiene, and eating habits.

    e) Coordination and support of activities with recreational therapy staff.

    f) Provision of clinical escorts, when needed.

    6. Aftercare Planning and Referral

    Planning for follow-up services is a critical component of care that inmate-patients need upon release from the EOP. The PC or the IDTT Leader is responsible for ensuring that this is accomplished prior to an inmate-patient's discharge from the program. It includes referrals to other levels of care, programs, or other appropriate therapeutic placement to ensure continuity of care. Inmate-patients whose level of functioning has improved significantly to the point where the structure of the EOP therapeutic and housing environment is no longer needed shall be referred to the CCCMS services available in Condemned Housing. Condemned male inmate-patients who experience decompensation in the form of crisis shall be referred to the DMH Inpatient Program at CMF for a MHCB level of care or DMH inpatient level of care. Female inmate-patients shall be referred to Patton State Hospital.

**J. MENTAL HEALTH QUALITY MANAGEMENT SYSTEM**

Ongoing assessment of the quality of clinical services will follow the Mental Health Quality Management System (MHQMS) procedures.

### K. <u>TRACKING ATTENDANCE AT TREATMENT ACTIVITIES</u>

Attendance at treatment activities, Psychiatrist and Primary Clinician appointments, and scheduling of IDTTs, among other information, will be tracked by the Mental Health Tracking System.

### L. <u>GROUP/PRIVILEGE GROUP A1A DESIGNATION</u>

All EOP inmate-patients who are actively participating in structured therapeutic activities as determined by the Interdisciplinary Treatment Team shall be assigned to work Group/Privilege Group A-1-A.

EOP inmates-patients may be assigned to established work or education programs if participation will be therapeutically beneficial. In these situations, a job description and timekeeping log shall be maintained by the work supervisor.

Inmates-patients not assigned to a credit qualifying work or education assignment who refuse to participate in therapeutic activities and are returned to CCCMS level of care, shall be reassigned to Work Group/Privilege Group A-2-B.