| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

# CHAPTER 6
## Department of Mental Health Inpatient Program

I.  **INTRODUCTION**

The California Department of Corrections and Rehabilitation (CDCR) is responsible for providing acute and intermediate inpatient care, in a timely manner, to those CDCR inmates clinically determined to be in need of such care. CDCR currently maintains a contract with the California Department of Mental Health (DMH) to provide acute and long-term intermediate inpatient mental health care to inmate-patients. Referrals to a DMH facility may be made by CDCR clinicians for inmate-patients who are so severely disturbed or suicidal that their treatment needs cannot be met in a CDCR treatment program or who may require a comprehensive psychiatric assessment.

A. Inmate-patients who have had repeated admissions to a CDCR Mental Health Crisis Bed (MHCB) or have been in an MHCB for longer than 10 days shall be considered for such a referral.
B. The following DMH institutions are available for referrals for the indicated level of care:

 Acute Psychiatric Care: Vacaville Psychiatric Program (VPP), Acute Psychiatric Program (APP) (males only);

 Emergency Acute Psychiatric care (Mental Health Crisis Beds) ASH and VPP under the conditions prescribed in the acute MOU;

 Intermediate Care:  Atascadero State Hospital (ASH) (males only); Coalinga State Hospital (CSH) (males only); Patton State Hospital (PSH), (females only); Salinas Valley Psychiatric Program (SVPP), (high security males only); Vacaville Psychiatric Program (VPP); and

 Day Treatment:  Vacaville Psychiatric Program, Day Treatment Program (DTP) (males only).

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

## II. OVERALL TREATMENT CRITERIA

Inpatient Placement General Requirements:

The inmate-patient to be referred must have a Serious Mental Disorder (See Mental Health Services Delivery System [MHSDS] Program Guides, Chapter 1, Program Guide Overview) and

A.  Have marked impairment and dysfunction in most areas (daily living activities, communication and social interaction) requiring 24-hour inpatient care, or

B.  Is a danger to self or others as a consequence of a serious mental disorder, or

C.  Meets admission criteria for any of the DMH programs.

## III. DMH Acute Psychiatric Program (APP)

The APP is a short-term, intensive-treatment program with stays usually up to thirty (30) calendar days to forty-five (45) calendar days provided.  Actual length of stay shall be determined by the Interdisciplinary Treatment Team on a case-by-case basis. Inmate-patients in the APP who are determined to need long-term mental health inpatient care shall be referred to an appropriate DMH intermediate care program.

Referral to the APP is considered when in the judgment of the CDCR treating clinician the inmate-patient meets the following DMH admission criteria:

A.  Admission Criteria:

   1.  Any inmate-patient (age 18 or older) who suffers impairment of functioning with signs and symptoms that may be attributed to either an acute major mental disorder or an acute exacerbation of a chronic major mental illness, as defined by the current Diagnostic and Statistical Manual of Mental Disorders (DSM).  Such signs and symptoms of illness may render the inmate-patient:

       a.  Unable to carry out adequately the normal routines of the institution,

       b.  Unable to provide for his basic needs or use the supportive treatment resources available to him, or

       c.  A significant risk of harming himself/herself or others.

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

      2. Any inmate-patient who has been assessed as a severe suicidal risk.

      3. Additional factors that justify consideration for referring an inmate to the APP include:

         a. The inmate-patient has symptoms or secondary conditions that require inpatient mental health treatment.

         b. The inmate-patient engages in self-injurious behavior that has not responded to treatment in a CDCR facility.  Without mental health treatment, the inmate is likely to develop serious medical complications or present a threat to his life.

      4. Each inmate-patient referred from another CDCR institution that is not accepted for direct placement-evaluation to the APP due to lack of an available bed shall be retained at the sending institution until a bed is available.

      5. Inmate-patients admitted to the APP shall be inmates anticipated to be stabilized sufficiently for release from DMH within 30 to 45 days.

  B. Referral Procedure

      1. Each referral to the APP is the responsibility of CDCR clinical staff.  Referrals shall be made whenever in the judgment of the treating clinician the inmate-patient's condition warrants inpatient care and meets the admission criteria for APP although.  Referrals generally are made by a clinician in a CDCR MHCB Program or Enhanced Outpatient Program (EOP).  Referrals must be completed within two (2) working days of identification.

      2. CDCR shall transmit standardized referral information to the appropriate DMH program on the DMH Referral Form/Acute Psychiatric Care.  The referral packet shall be sent to the APP Admission and Discharge Coordinator.

      3. DMH shall review the referral packet within one working day of receipt.  DMH staff shall immediately notify the referring institution on the DMH Referral Decision Form by fax of their decision.  The decision shall provide the detailed reasons for any rejections.

      4. An inmate considered for transfer to the APP must sign a consent to treatment at DMH or is entitled to a hearing in accordance with Title 15, Section 3369.1 (a) unless the inmate waives the hearing.  Documentation of the hearing shall be

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

processed in accordance with DOM Section 62030.4.2. Written consent shall be obtained, or the hearing shall be conducted by the prison prior to transfer.

5. The referral packet shall be fully completed and include all required information as follows:

   a) If the inmate-patient is referred from a **Mental Health Crisis Bed (MHCB)**, then the referral packet shall only include the following three items with their sub-components:

   ➢ Written consent OR documentation of the required due process hearing (Use CDCR 128C until CDCR 128-MH6 is implemented), or a valid waiver of the due process hearing if the inmate-patient refuses to sign consent to transfer;

   ➢ Custody Case Factor Sheet; and

   ➢ Mental Health Crisis Bed Inpatient Record including but not limited to:

   - Admission Summary
   - Progress Notes
   - Orders and lab orders
   - Interdisciplinary Treatment Plan
   - Interdisciplinary Treatment Team Notes
   - Discharge Summary.

   b) If the inmate-patient is referred from **any other level of care (EOP, CCCMS) or location** then the referral packet shall include:

   ➢ Written consent OR documentation of the required due process hearing (Use CDCR 128C until CDCR 128-MH6 is implemented), or a valid waiver of the due process hearing if the inmate-patient refuses to sign consent to transfer;
   ➢ Custody Case Factor Sheet;
   ➢ CDCR Suicide Risk Assessment;
   ➢ Current Treatment Plan – CDCR 7388-MH Form
   ➢ Transfer Medical Summary or Health and Physical (H&P);
   ➢ Pharmacy Profile or Medication Administration Record (MAR);
   ➢ Supporting Keyhea documentation or Keyhea Order (when relevant for involuntary medications); and

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

➢ TB chrono from the referring institution;

C.  Admission Procedures

1.  The APP shall notify the referring institution in writing of the decision on a referral (accept, deny, defer) within (1) calendar day of the referral, including if accepted, the APP bed number. Inter-institutional endorsements for transfer of inmate-patients accepted into the APP are processed by the Classification and Parole Representative (C&PR) at California Medical Facility (CMF).

    Inmate-patients who have been accepted shall be moved via special transport to DMH within 72 hours of bed assignment. In any event all transfers shall be accomplished within 10 days of the date of the referral.

2.  Referred inmate-patients who are accepted into the APP are transferred from the referring institution as "psych and return" cases (i.e., in most circumstances the inmate-patient will be returned to the referring institution provided that institution can provide appropriate treatment and custody). Inmate-patients referred to the APP, accepted and deferred for lack of bed availability are retained at the referring institution pending a bed assignment.

3.  APP staff and the CMF Chief Deputy, Clinical Services, or designees shall prioritize, on a daily basis, any inmate-patient awaiting transfer into the APP. Prioritization for admission is based upon the clinical acuity of the inmate-patient, the length of time the inmate-patient has been on the waiting list, and the availability of mental health staff at the referring institution. APP staff shall separately review, on a weekly basis, APP inmate-patients who are clinically ready to be discharged to a CDCR institution.

4.  DMH is responsible for completing any referral of an APP inmate-patient to any other DMH program.

D.  Discharge Procedure

1.  The APP will contact the receiving institution's designated "DMH Contact" and fax the clinical discharge summary with continuing care recommendations to the designated clinician at the institution. The discharging clinician shall also telephone the designated clinician at the receiving institution to notify that institution of the impending discharge of the inmate-patient and describe the inmate-patient's recommended aftercare plan.

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

2. For each inmate-patient returning to CDCR from the APP the following documents be shall be transferred with the inmate-patient to the respective CDCR institution:

   a). Psychiatric Discharge Summary or RCCP;

   b). Nursing Assessment or Discharge Summary;

   c). Current Physicians orders and/or Medical Administration Record (MAR);

   d). Current Treatment Plan; and

   e). Keyhea Order (if applicable)

The inmate-patient shall not be placed in the transport vehicle without the above documents.

In addition, a discharge packet will be faxed by DMH within 2 weeks of discharge. The discharge packet shall include:

   a). Interdisciplinary Notes for past 15 days;

   b). Physician Progress Notes for past 15 days;

   c). Relevant Consults; and

   d). If applicable, forms specific to psych and return, mental health placement and transfer information for parolees.

All DMH programs shall provide written copies of the aforementioned cited materials. For VPP, due to its close proximity to CMF, shall provide the entire Inpatient Medical Record for review by the CMF Chief of Mental Health instead of the above.

**IV. <u>DMH Intermediate Care Facilities: ASH, CSH, PSH, SVPP, and VPP.</u>**

A. The Intermediate Care Programs (ICF) at ASH, CSH, SVPP and VPP are for male inmate-patients; the program at PSH is for female inmate-patients. These programs provide longer-term mental health intermediate and non-acute inpatient treatment for inmate-patients who have a Serious Mental Disorder requiring treatment that is not available within CDCR. There will not be direct admissions from CDCR to CSH at this

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

time.

Male inmate-patients who require close or high custody shall be referred only to SVPP. Custody Level IV male inmates that do not require close or high custody may be referred to ASH or VPP.

The ICF programs have a full complement of mental health staff including psychiatrists, psychologists, psychiatric social workers, rehabilitation therapists, psychiatric technicians, and registered nurses. Most housing is dormitory-type rooms. The inmates have continual access to the day room, supervised yard access and are fed in a dining room. The patients receive a multidisciplinary assessment. From this information an individualized treatment program is developed from a wide variety of treatment modalities including group and individual psychotherapy, medication management, depression and crisis management, training in daily living skills and interpersonal skills, substance abuse, management of assaultive behavior, supportive counseling, modification of maladaptive behaviors, and educational and vocational programs.

B. Admission Criteria

Referral to an ICF is considered when in the judgment of the CDCR treating clinician the inmate-patient meets the following DMH admission criteria:

1. Criteria for inpatient care in the Program requires an Axis I major (severe) mental disorder with active symptoms and any one of the following:

   - As a result of the major mental disorder, the patient is unable to adequately function within the structure of the CDCR Enhanced Outpatient Program (EOP) Level of Care.

   - The patient requires highly structured inpatient psychiatric care with 24-hour nursing supervision due to a major mental disorder; serious to major impairment of functioning in most life areas; stabilization or elimination of ritualistic or repetitive self-injurious/suicidal behavior; or stabilization of refractory psychiatric symptoms.

   - The patient requires a neurological/neuropsychological consultation.

   - The patient requires an inpatient diagnostic evaluation.

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

- The patient would benefit from a comprehensive treatment program with an emphasis on skill (i.e., coping, daily living, medication compliance) development with increased programming and structured treatment environment.

- The patient's psychiatric medication history indicates that a clozapine trial might be useful.

- Inmate-patients who are deemed a significant assault risk, have a history of victimizing other inmate-patients (including inciting others to act in a dangerous manner) or present a high escape risk, shall be referred to the SVPP Intermediate Program. CDCR refers to these inmate-patients as high custody inmate-patients.

- The patient's Global Assessment of Functioning indicates behavior that is considerably influenced by psychotic symptoms; OR serious impairment in communication or judgment; OR inability to function in almost all areas.

- For SVPP only, the patient is medically appropriate as determined by the receiving Prison medical staff. The Program Psychiatrist will determine mental health suitability. If agreement is not reached refer to the Coordinated Clinical Assessment Team (CCAT) process in Section VI. Any denial for medical reasons will be immediately referred to the CDCR Assistant Deputy Director, Division of Correctional Health Care Services (DCHCS).

2. In addition to a primarily Axis I disorder, admission to VPP and SVPP shall be considered when:

   - The patient engages in ritualistic or repetitive self-injurious/suicidal behavior that has not responded to treatment in a CDCR facility. Without inpatient mental health treatment, the inmate-patient is likely to develop serious medical complications or present a threat to his life.

   - The patient is chronically suicidal and has had repeated admissions to a Mental Health Crisis Bed (MHCB).

3. Inmate-patient committed to DMH by the courts as being incompetent to stand trial per Penal Code § 1370.

| **Department of Mental Health Inpatient Program** | **Mental Health Services Delivery System** |

Inmate-patients who commit an offense while in CDCR, are referred to the District Attorney for prosecution, and are found by the court to be incompetent to stand trial per Penal Code § 1370 will first be considered for the SVPP. If there are no custodial or clinical reasons for admission to SVPP, they will then be considered for other DMH programs.

4. Whenever the CDCR institution referring clinician is in doubt concerning the appropriateness of referring a particular patient, or the appropriate DMH program to meet the inmate-patient's custody needs, the referring clinician will discuss the case with the interdisciplinary treatment team (IDTT). If the IDTT does not reach consensus, or does not agree regarding the appropriate DMH program, a case conference shall be scheduled with a clinical facilitator from the headquarters DCHCS office. Case conference calls can be requested by calling the Mental Health Program Specialist at DCHCS headquarters.

5. Inmate-patients shall be eligible for admission to a DMH program regardless of parole date. CDCR will provide all discharge and community planning. CDCR will transfer the inmate-patient from the DMH program to a CDCR institution for release at least one calendar day prior to the release date.

C. Referral Procedure

Referrals must be completed within five (5) working days of identification by IDTT if inmate-patient consent is obtained and within ten (10) working days of identification if due process hearing is required.

The following CDCR institutions retain Unit Health Records for inmate-patients referred to ASH/PSH. California Men's Colony (CMC) shall retain records of inmate-patients referred to ASH. California Institution for Women (CIW) shall retain records for female inmate-patients referred to PSH.

All referrals shall be made on the required referral form - <u>Department of Mental Health Referral Form-Intermediate Care Program.</u> The referral packet shall be sent to the DMH Forensic Coordinator or the Admission and Discharge Coordinator. The form shall be fully completed and include all required information as follows:

- Transfer Medical Summary or History & Physical for Transfer to DMH. The H&P is required for SVPP and must have been completed within the last 30 days;
    o Current Treatment Plan – CDCR 7388-MH Form (Use CDCR Form MH 2 until CDCR 7388-MH Form is implemented);

| Department of Mental Health<br>Inpatient Program | Mental Health Services Delivery System |
|---|---|

- Due Process documentation of the hearing OR Written consent (Use CDCR 128C until CDCR 128-MH6 is implemented), or a valid waiver of the due process hearing is required for referral if the patient refuses to sign consent to transfer;
    - Pharmacy Profile;
    - Supporting Keyhea documentation or a Keyhea Order (when relevant);
    - Interdisciplinary Progress Notes for past 15 days (May be less for new arrival to reception center);
    - TB chrono from the referring institution;
    - Abstract of Judgment (For State Hospitals only);
    - Legal Status Summary (For State Hospitals only);
    - Chrono History (For State Hospitals only);
    - Custody Case Factor Sheet;
    - CDCR Suicide Risk Assessment.

Any CDCR clinical concerns regarding the referral shall be discussed with the Chief of Mental Health, or designee, at DCHCS, prior to completion of the referral form. Questions regarding the transfer process shall be discussed with Health Care Placement Unit (HCPU), or designated Central Office Staff. (See also Coordinated Clinical Assessment Team below).

DMH shall review the referral packet within three working days of receipt, and shall immediately notify the referring institution by fax of the decision to accept or reject. The decision shall provide detailed reasons for any rejections.

D. Transfer Procedure

1. The CDCR institution shall provide for transportation of a patient between a DMH program and a CDCR institution or DMH psychiatric program. The parole unit or region shall provide for transportation of a parolee between a DMH program and a local detention facility or community placement. Transfer must take place within 30 days of referral if accepted at DMH.

2. A transfer schedule shall be established by the CDCR referring institution and the respective DMH program.

3. Inmate-patients who have been accepted shall be transported to DMH within 72 hours of bed assignment.

4. Each patient or parolee admitted to a DMH program shall have with him/her, unless already sent, all documentation listed in Section V. B. 4. If, following the patient's

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

admission, it is determined by assessments of the DMH staff that the patient does not meet admission criteria for the inpatient mental health program CDCR will transport the inmate-patient back to prison on expedited basis but no more than 72 hours.

If the admission was based on a 5150 evaluation by the state hospital and the patient does not meet criteria for continued hospitalization or conservatorship. CDCR/Parole will transport the patient back to prison or the inmate-patients county of residence within 24 hours. The state hospital cannot retain a patient beyond 24 hours and if the inmate-patient is not picked up within this time period, it may become necessary for the state hospital to discharge the inmate-patient to the street.

5. A patient who has been found to pose an unusual and severe security risk to the DMH program in which he/she is housed shall be transferred by CDCR to a CDCR institution within 24 hours. However, if the security risk is on the basis of mental disorder rather than criminality or personality disorder, DMH shall make every effort to retain and treat the patient or parolee in the DMH hospital.

6. A patient or parolee's personal property and funds are to accompany him/her at the time of delivery to and from the DMH hospital.

   - Property, other than legal materials, shall be limited to no more than can be stored within six cubic feet.

   - The property box from CDCR shall be inventoried and sealed. Any Board of Control Claim resulting from items missing from a patient or parolee's property upon admission to the DMH hospital is the responsibility of CDCR.

   - CDCR shall ensure that items on the DMH Hospital Contraband List (see Attachment # 7-Contraband List) are not transferred to a DMH hospital with the patient or parolee's personal property.

7. Each patient or parolee shall be subject to TB evaluation by DMH upon admittance.

E. Utilization Management (UM)

1. CDCR reserves the right to inspect, monitor, and perform utilization reviews prospectively, concurrently, or retrospectively regarding the courses of treatment or inpatient care provided to CDCR's inmate-patient. Such reviews shall be undertaken to determine whether the course of treatment or services was prior

| **Department of Mental Health** | **Mental Health Services Delivery System** |
|---|---|
| **Inpatient Program** | |

   authorized, medically necessary and performed in accordance with CDCR rules and guidelines.  DMH agrees to make available, upon request by CDCR, for purposes of utilization review, an individual patient's medical record and any committee reviews and recommendations related to a CDCR patient.

2. DMH acknowledges and agrees that concurrent utilization management review shall not operate to prevent or delay the delivery of emergency treatment.

3. DMH acknowledges that the care of a patient at DMH shall be reviewed by CDCR Utilization Management (UM) nurses or designated party and by a Joint CDCR/DMH Review Process.

4. CDCR UM nurses or designated party will gather data and review cases of CDCR inmate-patients in DMH programs.  CDCR UM nurses or designated party will report their findings and make recommendations to the CDCR Health Care Manager and CDCR Chief Psychiatrist or their designee(s).  CDCR and DMH managers or their designees will meet monthly to review the data.  Each DMH program also will have a joint CDCR/DMH UM process that will review individual cases.

If there is a disagreement about discharge, the UM nurse will review the patient's record and forward a recommendation to the Joint CDCR/DMH UM Review Process. If there continues to be disagreement, the recommendation will be conveyed to the CCAT.

F.  Discharge Criteria

1. The inmate-patient has improved to a degree that further hospitalization is unnecessary, or the primary illness or problem for which hospitalization was required is in substantial remission, and the remaining symptoms are those of a disorder for which continued DMH inpatient care is not necessary, the inmate-patient will be returned to CDCR for ongoing treatment; or

2. Evaluation during hospitalization has resulted in a change of diagnoses such that continued hospitalization is not appropriate or necessary.

3. If requested by DMH, an inmate-patient who has withdrawn informed consent for mental health treatment or psychiatric medication, but for whom continued treatment is otherwise recommended, may be returned to CDCR after all other clinical and legal avenues to obtain authorization to treat have been exhausted, if the following two criteria have been met:

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

      a. Withdrawal of informed consent shall be demonstrated by seven calendar days of continuous refusal to take oral medication or 30 calendar days of continuous refusal to accept scheduled depo-injectable medication, and documentation of discussions between treating DMH psychiatrists and other team members and the patient regarding the risks and benefits of continuing medication.

      b. Documentation that the patient has not met criteria for involuntary treatment for at least the last seven calendar days.

G. Discharge Procedure

1. Inmate-patients will be returned to the institution from which they came per the "psych and return" policy provided that institution can meet the level of care and security needs of the inmate-patient. Generally most inmate-patients will be returned to an institution that has an EOP. The EOP IDTT may decide to discharge the inmate-patient to a lower level of care after the initial 14-28 day evaluation period.

2. Inmates who are paroling and require ongoing treatment will be referred to the Parole and Community Services Division Transition Case Management Program and to a Parole Outpatient Clinic or to a State hospital per Penal Code 2974.

3. DMH shall fax a copy of the Discharge Summary to the designated "DMH contact", of the receiving institution at the time of notification of discharge. DMH shall also call the receiving institution. The inmate-patient shall then be returned to the CDCR institution within seven (5) working days after the time of notification, or resolution of any appeal, whichever occurs later.

4. Appeals for denial of return to CDCR will be reviewed by the Coordinated Clinical Assessment Team (CCAT), Part V of this document.

5. Emergency returns to CDCR, shall be accomplished within twenty-four (24) hours. Such returns will be with prior notification and approval by telephone of the CDCR institution's C&PR staff and Mental Health Program Director, or designee. DMH shall call the receiving institution to provide continuity of care including medication. A dictated, typed discharge summary shall follow as soon as practicable, but not more than fourteen (14) days after return.

6. Discharge Information: For each inmate-patient returning to CDCR from a DMH program, DMH shall ensure that the following documents be shall be transferred

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

with the inmate-client to the respective CDCR institution:

   a.   Psychiatric Discharge Summary;

   b.   Nursing Assessment or Discharge Summary;

   c.   Current Physicians orders and/or Medical Admission Record (MAR);

   d.   Current Treatment Plan;

   e.   Keyhea Order (if applicable).

The inmate-patient shall not be placed in the transport vehicle without the above documents. For each parolee returning to Parole and Community Services Division (P&CSD) supervision, DMH shall ensure that the parolee's documents shall be forwarded to the Chief Psychiatrist of the respective Parole Region.

In addition, a DMH discharge packet will be faxed within 2 weeks of discharge. The discharge packet shall include but not be limited to (see Attachment #9-DMH Discharge Checklist:

   a.   Interdisciplinary Notes for past 15 days;

   b.   Physician Progress Notes for past 15 days;

   c.   Relevant Consults;

   d.   If applicable, forms specific to psych and return, mental health placement and transfer information for parolees.

The DMH psychiatric programs will include in their discharge packets, the forms specific to psych and return, mental health placement and transfer information for parolees.

All DMH programs shall provide written copies of the aforementioned cited materials. For VPP and SVPP, due to their close proximity to CMF and SVSP, shall provide the entire Unit Health Record for review by the CMF and SVSP Chief of Mental Health instead of the above.

7. When an inmate returns to a prison from DMH, the Receiving & Release nurse shall notify Mental Health Service upon arrival. The inmate shall be evaluated by a

mental health clinician within 24 hours of arrival. Medications shall be continued according to <u>Inmate Medical Services Policies and Procedures,</u> *Volume 4, Chapter 11, Medication Management.*

**V.   DMH Day Treatment Program (DTP) at CMF**

The DTP is a comprehensive treatment program with an emphasis on skill development as a transition from an acute psychiatric, ICF or EOP setting with increased programming and supervision to improve level-of-functioning, reduce further need for inpatient treatment and promote successful adjustment to the EOP, CCCMS, GP or parole environment.

A.  Admission Criteria:

To be accepted the inmate-patient:

1. Has an Axis I major (severe) mental disorder with active symptoms.

2. Does not require 24-hour nursing supervision.

3. Suffers from mild to moderate impairment of functioning in most life areas that would benefit from focused and comprehensive skill development to improve functioning within the prison setting or in preparation for parole, and/or requires continuing stabilization of psychiatric symptoms in a more structured setting.

4. Able to function in a structured therapeutic setting with minimal staff prompting.

5. Able to participate in own treatment planning.

6. No serious suicide attempts in the past 30 days.

7. No acute medical issues.

B. Referral Process

All referrals shall include a completed DTP referral form and a referral packet, which consists of:

1. Medical History & Physical for Transfer to DMH;

2. Current Treatment Plan – CDCR 7388-MH Form (Use CDCR Form MH 2 until CDCR 7388-MH Form is implemented);

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

    3.    Due process or written consent;

    4.    Pharmacy Profile;

    5.    Interdisciplinary Progress Notes for past 15 days;

    6.    TB chrono from the referring institution;

    7.    Custody Case Factor Sheet;

    8.    CDCR Suicide Risk Assessment.

    9.    DMH psychiatric programs (VPP and SVPP) shall require only a transfer form (see Attachment #3-DMH Referral/Transfer Form) and case factor sheet for DMH to DMH transfers.

All male CDCR institutions shall provide written copies of the aforementioned cited materials except for CMF where due to their close proximity; they shall provide the entire Unit Health Record for review by the DTP Admission and Discharge Coordinator or designee.

C. Discharge Process

    DTP options for return to CDCR:

    1.    Return to the sending institution provided that institution can meet the treatment needs.

    2.    If the inmate-client requires continued mental health care, transfer to an appropriate level of care.

    3.    If the inmate-client no longer requires a structured therapeutic setting due to a major mental disorder, but is not yet able to function on the mainline, discharge to an Enhanced Outpatient Program (EOP).

    4.    If the symptoms are under control and he can function in the general population but requires continued outpatient care, discharge to a Correctional Clinical Case Management System (CCCMS).

    5.    Discharge to parole with a referral to a Parole Outpatient Clinic as needed.

| **Department of Mental Health** | **Mental Health Services Delivery System** |
|---|---|
| **Inpatient Program** | |

    6.    The inmate-patient shall be returned to the CDCR institution on an expedited basis but no later than 5 working days after the time of notification.

D. Discharge Procedure:

1. For each inmate-client returning to CDCR from the DTP, the DTP shall ensure that the following documents be shall be transferred with the inmate-client to the respective CDCR institution (see Attachment #6-DMH Discharge Checklist):

    a.    Psychiatric Discharge Summary;

    b.    Nursing Assessment or Discharge Summary;

    c.    Current Physicians orders and/or Medical Admission Record (MAR);

    d.    Current Treatment Plan;

    e.    Keyhea Order (if applicable).

The inmate-client shall not be placed in the transport vehicle without the above documents. For each parolee returning to Parole and Community Services Division (P&CSD) supervision, the DTP shall ensure that the parolee's documents shall be forwarded to the Chief Psychiatrist of the respective Parole Region.

In addition, a discharge packet will be faxed within 2 weeks of discharge. The discharge packet shall include but not be limited to:

    a.    Interdisciplinary Notes for past 15 days;

    b.    Physician Progress Notes for past 15 days;

    c.    Relevant Consults;

    d.    If applicable, forms specific to psych and return, mental health placement and transfer information for parolees.

The DTP shall provide written copies of the aforementioned cited materials except for CMF where due to their close proximity, they shall provide the entire Unit Health Record for review by the CMF Chief of Mental Health or designee.

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

## VI. PROCESS FOR CENTRALIZED DECISION MAKING FOR REJECTIONS AND INCOMPLETE PACKETS-CCAT

The Coordinated Clinical Assessment Team (CCAT) shall review referrals of CDCR inmate-patients that were rejected by DMH, and referrals where incomplete items were not resolved within two (2) working days. Conducted by members of both the Department of Mental Health (DMH) and California Department of Corrections (CDCR) Division of Correctional Health Care Services (DCHCS), CCAT provides a centralized approach to expedite the review and decision making process for inmate-patients referred to DMH.

When any DMH program rejects an inmate-patient for admission, or is unable to resolve incomplete referral items within two days after referral, a designee from DMH Long Term Care shall contact a designee from CDCR DCHCS to initiate the CCAT process. The CDCR DCHCS designee shall facilitate a telephone or videoconference to discuss the case with involved clinical and custody staff.

The CCAT shall include (but not be limited to):

- Senior mental health clinician(s) from DCHCS
- CDCR Health Care Placement Unit (HCPU) representative(s)
- CDCR Classifications Services Unit representative(s)
- The referring clinician and supervising clinician(s) from the referring CDCR institution, and
- Senior clinician(s) from the relevant DMH programs.

When reviewing a rejection, a senior clinician from each potentially relevant DMH program shall participate in the review. When reviewing an incomplete packet, only the DMH senior clinician from the affected state hospital or psychiatric program shall be required to participate.

Case Conferences: The CDCR DCHCS designee shall schedule case conferences upon request by DMH and/or CDCR clinicians regarding a difficult or perplexing inmate-patient case, including repeated admissions of the same inmate-patient in a short time frame.

## VI. HEALTH CARE PLACEMENT UNIT (HCPU)

The HCPU shall assist institution staff in referring and placing an inmate-patient in a DMH facility in the following ways:

A. Assist field staff with DMH intermediate or acute Level of Care (LOC) referrals

| Department of Mental Health Inpatient Program | Mental Health Services Delivery System |
|---|---|

    1. Coordinate with MHS, DCHCS staff for proper determination of appropriate DMH Level of Care and subsequent placement determination.
    2. Assist field staff concerning the referral process for the different DMH placement settings.
    3. Assist field staff regarding Program Guide and MOU placement requirements such as timelines and means of transportation.

B. HCPU staff shall assist field staff with appeals of referrals denied by DMH for clinical and custody reasons

    1. Assist field staff regarding the DMH appeal process as appropriate (e.g., DMH contact persons, obtain written denial, etc.).
    2. Coordinate with headquarters mental health staff for determination of appealing referrals denied by DMH for clinical and/or custody reasons.