| Administrative Segregation | Mental Health Services Delivery System |

# CHAPTER 7
## Administrative Segregation

### A. INTRODUCTION

The Administrative Segregation Unit Mental Health Services (ASU MHS) program is part of the California Department of Corrections and Rehabilitation Mental Health Services Delivery System (CDCR MHSDS). This program guide outlines program policies and provides basic institutional operational procedures to assure the effective delivery of clinical services to inmates with serious mental disorders who, for custodial reasons, require housing in ASU.

### B. RESPONSIBILITY

1. Overall institutional responsibility for the program shall rest jointly with the Health Care Manager and the Warden.

2. Institutional operational oversight of the ASU MHS shall be the responsibility of the Mental Health Program Manager, at institutions with such positions, and mental health clinical staff designated by the Health Care Manager at all others.

3. Custodial responsibilities, including initial placement, disciplinary actions, correctional counseling services, classification, inmate-patient movement, and daily management shall rest with the warden or designee. The assigned psychiatrist or case manager shall attend all Institutional Classification Committee (ICC) meetings to provide mental health input.

4. Individual clinical case management, including treatment planning, level of care determination and placement recommendations, are performed by the assigned Clinical Case Manager (CCM) and approved by the institution Interdisciplinary Treatment Team (IDTT).

### C. PROGRAM GOALS AND OBJECTIVES

The goal of the ASU MHS program is to provide necessary mental health services for the population of seriously mentally disordered inmates who, for custodial reasons outlined in California Code of Regulations Title 15, Section 3335, require placement in ASU.

| Administrative Segregation | Mental Health Services Delivery System |
|---|---|

Specific program objectives include:

1. Continuation of care for inmate-patients with identified mental health treatment needs through regular case management activities and medication monitoring to enable inmate-patients to maintain adequate levels of functioning and avoid decompensation.

2. Daily clinical rounds of inmate-patients in the MHSDS and mental health screening and evaluation of inmates who are not currently in the MHSDS caseload to identify mental health needs.

3. Referral to a more intensive level of care for inmate-patients whose mental health needs cannot be met in the ASU, including expeditious placement into Mental Health Crisis Beds (MHCB) for inmate-patients requiring inpatient mental health care.

4. Mental health assessments and input into the classification decision-making process during ICC, including the inmate-patient's current participation in treatment, medication compliance, suitability of single celling or double celling, risk assessment of self-injurious or assaultive behavior, status of Activities of Daily Living (ADL), ability to understand Due Process proceedings, likelihood of decompensation if retained in ASU, recommendations for alternative placement, and any other custodial and clinical issues that have impact on inmate-patients' mental health treatment.

5. Mental health assessments and input into the adjudication of Rule Violation Report (RVR) hearing proceedings involving MHSDS inmate-patients. Mental health information includes the quality of the inmate-patients' participation in their current MHSDS treatment plan, mental condition that may have been a contributing factor in the alleged misbehavior, and the ability to comprehend the nature of the charges or participate meaningfully in the disciplinary process. Final housing decisions are made by the ICC after considering all relevant clinical and custody factors.

### D. TREATMENT POPULATION

Refer to the Treatment Criteria for the Levels of Care in the MHSDS, Chapter 1, Overview Program Guide.

1. Sources of Referral for Mental Health Services: Current MHSDS treatment cases: All inmates placed into ASU shall be reviewed for identification of current MHSDS treatment status by the time of the initial CDCR-114d, Order and Hearing on Segregated Housing, review (on the first work day following an inmate's placement). Current MHSDS inmate-patients are identified by checking the ASU placements reported on the Institutional Daily Movement Sheet with the treatment identifier code in the Distributed Data Processing System (DDPS) or the Mental Health Tracking System (MHTS) for inmate-patient treatment cases. During the initial review, mental health staff will ensure

| Administrative Segregation | Mental Health Services Delivery System |
|---|---|

the continuity of mental health care, including the delivery of prescribed medications. Upon inmate's placement into ASU, the Medical Technical Assistant (MTA) shall transfer the inmate's Medication Administration Record (MAR) to ASU, consistent with the post orders.

2. Staff referral:  Any staff member who observes possible signs or symptoms of a serious mental disorder may refer an inmate for clinical evaluation by completing a CDCR 128-MH5, Mental Health Referral Chrono, and follow Self-referral process below.  Any inmate who is observed to be a suicide risk, or in any other condition that requires crisis care, shall be immediately screened by the CCM to assess the potential for suicide and, if appropriate, referral to the MHCB for admission.  On weekends and holidays, follow Self-referral process below.

3. Self referral: Inmates in ASU may request a clinical interview to discuss their mental health needs.  These requests are made on a Health Care Services Request Form, CDCR 7362.  Mondays through Fridays, the following shall occur:

   a) A health care staff member shall collect the CDCR Forms 7362 and staff referral forms each day from the designated areas.

   b) Upon receipt of the collected forms, an Registered Nurse (RN)/MTA shall initial and date each CDCR Form 7362 and the CDCR 128-MH-5.

   c) The CDCR Forms 7362 and mental health staff referral forms shall be delivered to the designated program representative in mental health services, dental services, or pharmacy services for same-day processing.

   On weekends and holidays, the following shall occur:

   a) The Treatment and Triage Area RN shall review each mental health staff referral form and CDCR Form 7362 for medical, dental, and mental health services, shall establish priorities on an emergent and non-emergent basis, and shall refer accordingly.

   b) If a mental health clinician is not available, the medical officer of the day (MOD), physician on call or psychiatrist on call shall be contacted.

4. Inmates will be seen by a mental health clinician, or on weekends by the MOD, physician or psychiatrist on call within the clinically determined time frame.

   a) Emergent – Emergency cases will be seen immediately or escorted to the Treatment and Triage area

**Administrative Segregation**      **Mental Health Services Delivery System**

      b) Urgent – Urgent cases will be seen within 24 hours

      c) Other - Other cases will be seen within five working days

5. *Clinical rounds:*  A mental health staff member, usually a Licensed Psychiatric Technician (LPT), shall conduct rounds seven days per week in all ASUs to attend to the mental health needs of all MHSDS inmates.  The LPT shall make weekly rounds of all inmates.  The LPT shall make initial contact with each inmate placed into ASU within 24 hours of placement.  Those inmates not previously identified as having mental health treatment needs who exhibit possible signs and symptoms of serious mental disorders are referred, via CDCR 128 MH5, Mental Health Staff Referral Chrono, for clinical evaluation.  Interaction shall be sufficient to ascertain the inmate's mental condition particularly during the first 10 days.  The LPT shall maintain an individual record of clinical rounds on both MHSDS and non-patients by initialing next to the inmate's name on the CDCR 114, Isolation Log Book, each time the inmate is seen.  Any unusual findings that may require closer observation by custody shall be documented on the CDCR 114-A, Daily Log, on the same day of occurrence.  For identified MHSDS inmate-patients, the LPT shall document a summary of daily clinical rounds on a CDCR 7230, Interdisciplinary Progress Notes, in the Unit Health Record (UHR) on a weekly basis.  Notes will be clearly labeled as "Weekly Summary of LPT Clinical Rounds."  If clinically indicated, the LPT may provide additional documentation.

6. *Screening Questionnaire:*  All inmates who are retained in ASU who are not in the MHSDS and who have received no mental health referral up to that time shall receive, within 72 hours of placement in ASU, a mental health screening interview utilizing the 31-question mental health screening questionnaire used in the Reception Centers.  The interview shall be conducted by a mental health clinician or trained support staff.  The results of the questionnaire are evaluated either by hand-scoring or on an approved automated scoring system to determine the need for further evaluation.  The scoring sheet shall be filed in the UHR.  All inmates scoring positive on the questionnaire shall be referred to be seen by a mental health clinician in a time frame determined to be clinically appropriate.  Emergency cases shall be seen immediately, urgent cases shall be seen within 24 hours, all others shall be seen within five working days.

    All referrals and results of evaluations are documented in individual inmates' UHRs on approved forms and entered into the institutional MHTS.  Decisions to provide treatment via placement into an outpatient program or Mental Health Crisis Bed shall be entered into DDPS.

F. **CLINICAL EVALUATION**

Referral evaluations will be completed within the time frames listed above and consist of the following:

1. A review of the UHR and, if necessary, the Central File shall be completed and documented on approved forms as a part of the assessment process. Past treatment needs, medications, and program placements shall be noted.

2. An individual clinical interview to determine the nature of the problem and a full mental status examination. The examination is documented on a Mental Health Evaluation, CDCR Form 7386 and placed into the UHR.

3. When necessary, as determined by the evaluating clinician in consultation with the IDTT, psychological and neuropsychological testing may be conducted as a part of the diagnostic assessment of all cases not previously identified as having mental health treatment needs (testing is discretionary for inmate-patients currently receiving care who have not previously undergone such testing). Where suicidality is an issue, the Suicide Risk Assessment shall be administered.

4. All assessments shall conclude with a five Axis Diagnostic and Statistical Manual (DSM) clinical diagnosis, be documented on CDCR approved forms, and placed in the inmate's UHR.

5. Inmates who are identified as a result of the above process as meeting the clinical criteria for MHSDS placement may be referred to a psychiatrist for possible medication needs and other interventions as deemed appropriate (including placement into a Mental Health Crisis Bed for initiation of involuntary medication). These referrals shall be made on a CDCR 128-MH5, Mental Health Referral Chrono.

G. **CORRECTIONAL CLINICAL CASE MANAGEMENT SYSTEM (CCCMS) CARE**

Inmate-patients who were receiving treatment at the CCCMS level of care prior to ASU placement and those who are newly identified as requiring treatment at this level of care are assigned a CCM. The IDTT shall include the inmate-patient's Correctional Counselor who shall present case factors of the ASU placement for consideration in development of the treatment plan and initiation of an aftercare plan.

| Administrative Segregation | Mental Health Services Delivery System |
|---|---|

The treatment intervention shall meet the guidelines set forth in the CCCMS Program Guide and may include the following:

REQUIRED TREATMENT

1. Regular monitoring of symptoms by LPTs through daily rounds of all MHSDS inmates and weekly rounds of all non-MHSDS inmates.

2. Individual contact every other week by the CCM, or more frequently as clinically indicated

3. Medication treatment and monitoring of compliance by psychiatric and nursing staff

OTHER TREATMENT ACTIVITIES

1. Group therapy when clinically deemed appropriate

2. Self-help therapeutic activities such as reading and writing

3. When necessary, supportive care for Activities of Daily Living

H. **ENHANCED OUTPATIENT PROGRAM (EOP) CARE**

1. The Mental Health Program Manager, or designee, or the Health Care Manager, or designee, shall present the IDTT's recommendation for the EOP level of care to the ICC and provide clinical input regarding mental health placement options based on the inmate-patient's clinical needs. Placement options include:

   a. Referral to an EOP for inmate-patients who are involved in non-violent incidents and determined to not be a risk to others.

   b. Transfer to an appropriate ASU EOP hub institution treatment setting within 30 days of placement at the EOP level of care designation. Inmate-patients who are involved in serious rule violations and whose propensity for threat to others and/or the security of the institution is so high that no other alternative placement is considered appropriate shall be retained in ASU. These inmate-patients shall receive the EOP level of care as described below.

   c. Referral to a PSU for inmate-patients who are serving an established and endorsed SHU term (placement of these cases requires ICC referral and Classification Staff Representative endorsement).

| Administrative Segregation | Mental Health Services Delivery System |
|---|---|

2. Once identified as requiring EOP level of care, an inmate-patient shall be processed through investigations and disciplinary hearings on a priority basis. Where court proceedings are required, staff will make every effort to expeditiously support the Court's adjudicative process. In no event shall a pending Rules Violation Report (RVR) impede or delay the transfer of these inmate-patients to a hub ASU institution.

3. Intake Assessment

   a. Within a maximum of five calendar days of the time of placement, an ASU CCM will be assigned who shall complete a brief evaluation of the inmate-patient including a review of the inmate-patient's mental health history and interview.

   b. All EOP inmate-patients will appear before the initial IDTT.

   c. A comprehensive mental health clinical assessment shall be done by the CCM and other IDTT members prior to the initial IDTT. This assessment shall include at minimum:

      - Comprehensive review of Central File and Unit Health Record (UHR) of mental health treatment needs, including prior placements and medications.

      - Current mental status examination, including diagnosis and level of functioning.

      - Daily observation by mental health and custody staff to assess ADL and social interactions.

      - Review of medication history and adjustments to current prescriptions (including involuntary medications as necessary) by staff psychiatrist.

      - The assigned Correctional Counselor shall be prepared to discuss significant disciplinary history and custodial placements.

      - Review with inmate-patient specific risk factors for violence toward self and others.

4. Interdisciplinary Treatment Team

   a. All inmate-patients referred for EOP will be seen by the IDTT prior to the initial IDTT or within 14 calendar days.

   b. The IDTT will develop a Treatment Plan on CDCR Form 7388.

5. EOP Treatment Plan in ASU Hubs

While awaiting transfer to a PSU, inmate-patients shall be provided care consistent with their clinical needs. Each inmate-patient shall have an individualized treatment plan for ten (10) hours per week of scheduled structured therapeutic activities, with the following services:

REQUIRED TREATMENT

a. Medication Management including a psychiatric evaluation by the psychiatrist at least every 30 days

b. Daily LPT rounds seven days per week

c. Weekly CCM contact

d. Crisis Intervention

OTHER TREATMENT ACTIVITIES

a. Medication Education

b. Group Therapy including Anger Management, Stress Management, Substance Abuse

c. Monitoring and assistance with daily living skills

d. Recreation therapy both within cell and out of cell; this may include music therapy, art therapy, current events

Inmate-patients who are released from ASU to a general population EOP for continuing mental health treatment may require mental health services related to adjustment to the general population environment. The ASU primary clinician shall document recommendations regarding the inmate-patient's specific treatment needs, including any concerns about facilitating the inmate-patient's successful transition to general population. The receiving EOP IDTT will consider documentation by the ASU clinician in developing the inmate-patient's treatment plan. The treatment plan for inmate-patients transferred from ASU to GP-EOP shall include services provided to aid in the transition to the general population environment.

I. **INPATIENT PLACEMENT**

Inmates who are found to meet the clinical criteria for referral to the MHCB for inpatient care shall immediately be transferred for such treatment, upon authorization by the Mental Health

| Administrative Segregation | Mental Health Services Delivery System |
|---|---|

Program Manager of the sending institution.  (Refer to Section 5, Mental Health Crisis Bed, for transfer procedure)

If an ASU inmate-patient in an MHCB is determined to meet the clinical criteria for referral to the Department of Mental Health (DMH) program, the Mental Health Program Manager, or designee, of the sending institution shall initiate the referral process following established procedures to facilitate the admission to a DMH program.

### J. NEW ADMINISTRATIVE SEGREGATION UNITS

1. No participants in the MHSDS shall be housed in the new ASUs.  Any MHSDS inadvertently placed there shall be transferred out within 24 hours.

2. LPTs shall make rounds seven days a week.

3. A mental health clinician needs to conduct an assessment of any inmate in an ASU identified and referred by the LPT and any staff immediately or no longer than 24 hours, depending on urgency of the referral.  Any inmate who meets criteria for MHSDS shall be transferred to another ASU as soon as possible but no longer than 24 hours.

### K. PLACEMENT REVIEW AND CLINICAL INPUT IN CLASSIFICATION COMMITTEE

1. The initial IDTT is held prior to the initial ICC and as often as needed thereafter, at a minimum, once every 90 days.  The CCM and the CC assigned to the case shall present relevant clinical and custody case factors with recommendations concerning treatment and placement needs.  The CCM shall document the results of the IDTT reviews and decisions on the Mental Health Treatment Plan, CDCR Form 7388.

   A CDCR 128-MH3, Mental Health Placement Chrono, shall be completed by the CCM and forwarded to CC staff for necessary classification actions when there is a change in the level of care.

2. The Mental Health Program Manager, or designee, or in institutions without such a position, the Health Care Manager, or designee, shall attend the ICC to provide clinical input at the committee meeting.

### L. INTERDISCIPLINARY TREATMENT TEAM

The responsibilities for overall treatment planning within the ASU rest with an IDTT.  These responsibilities include:

1. Admission decisions for individual cases.

2. Review of relevant clinical data for diagnostic formulation.

3. Review of relevant case factors.

4. Formulation and approval of treatment plans.

5. Annual and special reviews for continuation or termination of services

6. Review of treatment response.

7. Discharge planning.

The ASU MHS IDTT is composed of, at a minimum:

- The assigned CCM

- The assigned psychiatrist

- The LPT

- The assigned Correctional Counselor

Correctional housing officer or any other mental health and custodial staff members who have specific information or knowledge relevant to cases under review are encouraged to attend.  The inmate-patient shall be included in the IDTT, if clinically and custodially appropriate, unless the inmate-patient refuses to participate.  If the inmate-patient refuses to participate, the clinician must document the reason for refusal in the interdisciplinary progress notes (CDCR 7230).

## M. **DUTIES OF CLINICAL CASE MANAGER**

Each inmate-patient within the treatment component of the ASU MHS shall be assigned a CCM, normally a Psychiatric Social Worker (PSW) or Psychologist.  This individual shall

| Administrative Segregation | Mental Health Services Delivery System |
|---|---|

maintain clinical involvement with the inmate-patient, as well as performing casework functions, including the following:

1. Documentation of initial and updates to the Mental Health Assessment.

2. In consultation with the IDTT, develop and document initial and updated treatment plans that also address security concerns and status.

3. Every other week individual contact for CCCMS and weekly contact for EOP.

4. Scheduling for regular or special IDTT reviews.

5. Response to inquiries regarding clinical status of the inmate-patient.

6. Attendance at initial IDTT reviews of the inmate-patient, prior to the initial ICC, and at subsequent IDTTs, at least every 90 days.

7. Participation in ICC to provide mental health input.

8. Liaison with custody and correctional counseling staff regarding overall management of inmate-patients.

9. Group therapy as defined in the inmate-patient's treatment plan.

10. Crisis intervention and referral for inpatient care as needed.

## N. UNIT HEALTH RECORD (UHR)

1. A current record of all treatment plans and progress notes shall be maintained on departmentally approved forms within the individual UHR. Only designated staff shall have access to this record. All staff shall adhere to the confidentiality requirements.

2. There are many legitimate exceptions to confidentiality requirements (e.g., institutional security). However, every member of the ASU MHS, including correctional staff, shall treat all clinical information with professional discretion. No information shall be divulged without clinical or correctional necessity.

## O. AUTOMATED TRACKING SYSTEM

The Inmate Mental Health Identifier System (IMHIS) has been designed to track the movement of all inmate-patients receiving care in the MHSDS. The data entered into the system will be processed daily, so the system will maintain current information regarding MHSDS inmate-patients current level of care as well as MHSDS transfers, discharges and

| **Administrative Segregation** | **Mental Health Services Delivery System** |
|---|---|

new cases. All institutions are to conduct a reconciliation of the inmate-patients housed in ASU who require mental health treatment with the IMHIS codes for this specific population. Daily updates to the IMHIS are mandatory for every ASU.

The inmate-patients clinical contacts will be tracked in the Mental Health Tracking System (MHTS).

### P. CUSTODIAL OPERATIONS

Inmate-patients within the ASU MHS are subject to all rules, custodial requirements, activities, and privileges of other ASU inmates.

### Q. PHYSICAL PLANT

Interviews of inmates will be held in a private setting unless the security of the institution or the safety of staff will be compromised. Screening and evaluation interviews and treatment activities are accomplished in existing interview rooms and exercise areas within current ASU units. The IDTT interviews may require inmate-patient escorts to classification/interview rooms. Clinical monitoring and routine interviews, including clinical staff daily rounds, may be provided through cell-front contacts as clinically appropriate and depending on the cooperation of the inmate. While some therapeutic activities may take place within the cell, whenever possible treatment activities should take place out of cell.