| Security Housing Unit | Mental Health Services Delivery System |
|---|---|

# CHAPTER 8
# Security Housing Unit

## A. INTRODUCTION

It is the policy of the Department of Corrections and Rehabilitation (CDCR) to provide inmates in a prison setting with prompt access to mental health services, regardless of their housing designation.  Provision of mental health services within a Security Housing Unit (SHU) is part of the Mental Health Services Delivery System (MHSDS).  Mental health services within a SHU are provided to all SHU inmate-patients in accordance with the inmate-patient's treatment needs and level of care.  Services are designed to achieve symptom management through regular case management activities, medication administration and monitoring, crisis intervention, continuous monitoring for signs or symptoms of a serious mental disorder, and referral to a more intensive level of care as needed.

The CDCR has four SHUs located at the institutions listed below.  Inmates in the MHSDS receive services as indicated.

- Valley State Prison for Women (females only) – Inmates in this unit receive mental health services in conjunction with inmates in the Administrative Segregation Unit (ASU).

- California Correctional Institution - Inmates are provided Correctional Clinical Case Management Services (CCCMS).  Inmates requiring the Enhanced Outpatient Program (EOP) are referred to a Psychiatric Services Unit (PSU) and transferred to an ASU EOP hub while awaiting PSU placement.

- California State Prison, Corcoran – Inmates are provided CCCMS in the SHU.  Inmates requiring EOP services are referred to a PSU and transferred to the ASU EOP hub while awaiting PSU placement.

- Pelican Bay State Prison - Per exclusionary criteria from the federal court, inmates with one of the conditions listed below shall not be admitted to the PBSP SHU.

    1. Documented diagnosis or evidence of any of the following DSM IV – Axis 1 conditions currently in existence or within the preceding 3 months:

        a. Schizophrenia (all sub-types);

   b. Delusional Disorder;
   c. Schizophreniform Disorder;
   d. Shizoaffective Disorder;
   e. Brief Psychotic Disorder
   f. Substance-Induced Psychotic Disorder (excluding intoxication and withdrawal);
   g. Psychotic Disorder Not Otherwise Specified;
   h. Major Depressive Disorders
   i. Bipolar Disorder I and II

2. A diagnosed mental disorder that includes being actively suicidal.

3. A diagnosis of a serious mental illness that is frequently characterized by breaks with reality, or perceptions of reality that leads to significant functional impairment.

4. A diagnosis of "organic brain syndrome" that results in a significant functional impairment if not treated.

5. A diagnosis of a severe personality disorder that is manifested by frequent episodes of psychosis or depression and results in significant functional impairment.

6. A diagnosis of mental retardation.

7. A prior history which suggests that the inmate will do poorly in the SHU. This includes inmates who have experienced psychotic symptoms which appear to be attributable to incarcerations in a SHU environment. These inmates are those for whom evidence exists of a deterioration in mental health which correlates with placement in SHU or SHU-like environments. Such diagnoses as "Brief Psychotic Episode", Psychosis NOS", and "Major Depression" which have been assigned during periods of placement in SHU may, for example, be indicative of deterioration of mental health which accompanies SHU placement. Inmates whose history suggests such a causal relationship should be excluded from SHU.

8. A history which includes any of the following within the preceding three months:

   a. Medication prescribed to address any of the "at risk" mental health categories listed in "a"" through "i" above.

   b. Therapy and/or supportive services to address any of the "at risk" mental health categories listed in "a" through "i" above.

      c.  Frequent (e.g. at least weekly) monitoring for deterioration in mental health condition.  This does not include situations in which repeated visits by mental health staff are attributable to repeated referral from the inmate or from custody staff but where no mental health condition is noted.

      d.  A history which includes a recurrent or "cyclic" mental health condition (e.g. Bipolar Disorder) where the inmate has not currently been symptom free from a period of time that is at least **twice as long** as the longest known period of active symptoms or known to demonstrate recurrent symptoms at intervals of approximately 6 months, would be considered as "positive" on this indicator until they had been symptom free for a continuous period of at least 12 months.

Where the results of the Health Care Record review reveal that any of the above conditions exist, the inmate must be removed from SHU within 96 hours of his arrival on that unit.

Where the results of the Health Care Record review **do not** reveal the existence of any of the above conditions **and** there is evidence that the inmate has been evaluated with the existing 31 item screen or other evaluation (documented on an MH1 or MH7 form) within the preceding 12 month period, the inmate may be housed in SHU.

Where the results of the Health Care Record are equivocal (as where no clear diagnosis is established but where mental health contact and observations have suggested that symptoms consistent with one or more of the above conditions have been observed) or when no mental health evaluation (a 31 item screen completion of an evaluation documented on an MH1 or MH7 form) has occurred the preceding 12 month period, a mental health evaluation shall be conducted.

## B. PURPOSE

This program guide outlines program policies and provides institutional operational procedures to assure the effective delivery of mental health services to inmate-patients with serious mental disorders who, for custodial reasons, require housing in a SHU, according to California Code of Regulations Title 15.

## C. RESPONSIBILITY

1. Overall institutional responsibility for the program shall rest jointly with the Health Care Manager and the Warden.

2. Institutional operational oversight of the Mental Health Services in a SHU shall be the responsibility of the Mental Health Program Manager.  The assigned Psychiatrist or

    Clinical Case Manager (CCM) shall attend all ICC meetings in the SHU to provide mental health input.

3. Custodial responsibilities, including initial placement, correctional counseling services, classification, inmate movement, and daily management shall rest with the Warden or designee.

4. Clinical case management, including treatment planning and placement recommendations, shall be performed by an assigned CCM and approved by the SHU Interdisciplinary Treatment Team (IDTT).

D. **PROGRAM GOALS AND OBJECTIVES**

The goal of the mental health services in the SHU is to provide evaluation and treatment of serious mental disorders that are limiting the ability of inmates with high security needs to adjust to appropriate institutional placements. Inmate-patients with clinical needs that cannot be met within the SHU mental health program, as determined by the IDTT, shall be referred to the SHU ICC for consideration of alternative treatment programs.

The program objectives are to:

1. Provide regular case management, treatment activities, and medication monitoring, to enable inmate-patients to maintain their current level of functioning and avoid decompensation.

2. Ensure that inmate-patients whose clinical mental health needs cannot be met in SHU and require a change in level of care are referred for alternative treatment programs by mental health clinicians.

3. Provide clinical rounds every other week by Licensed Psychiatric Technicians (LPT) or other clinicians to identify mental health needs for all inmates who are not currently in MHSDS. Rounds are provided by CCMs at PBSP and by LPTs in other SHUs.

4. Provide weekly clinical rounds by LPTs or other clinicians of inmates in the MHSDS.

5. Conduct Mental Health assessments to provide input into ICC proceedings concerning the inmate-patients' current participation in the MHSDS program. This includes medication compliance, suitability for single or double celling, risk assessment for self injurious or assaultive behavior, status of Activities of Daily Living (ADL), ability to understand Due Process, likelihood of decompensation if retained in SHU, and recommendations for alternative placement.

| Security Housing Unit | Mental Health Services Delivery System |
|---|---|

6. Conduct Mental Health assessments to provide input into the adjudication of Rules Violation Reports (RVR) hearing proceedings on MHSDS caseload inmate-patients according to current policy. Mental Health information includes the inmate-patient's participation in the current MHSDS level of care, any mental condition that may have been a contributing factor in the alleged behavior, the inmate-patient's ability to comprehend the nature of the charges or the disciplinary process, and any mental health factor that the hearing officer should consider in assessing the penalty. Final decisions are made in ICC meetings or hearings after considering all relevant clinical and custody factors, consistent with DOM Section 62050.13.23 (ICC/Suspension of SHU terms).

E. **TREATMENT POPULATION**

Refer to the Treatment Criteria for the Levels of Care in the MHSDS Chapter 1, Overview Program Guide.

F. **SOURCES OF REFERRAL FOR MENTAL HEALTH SERVICES**

1. Current MHSDS treatment cases: Current MHSDS inmate-patients are identified by checking the SHU placements reported on the Institutional Daily Movement Sheet to ensure the continuity of mental health care including prescribed medications. Upon an inmate-patient's placement into the SHU, the Medical Technical Assistant (MTA) from the originating unit shall transfer the inmate-patient's Medication Administration Record (MAR) to the SHU, consistent with their post orders.

2. Staff referral: Any staff member who observes possible signs or symptoms of a serious mental disorder may refer an inmate for clinical evaluation by completing a CDCR 128-MH5, Mental Health Referral Chrono, and follow Self-referral process below. Any inmate who is observed to be a suicide risk, or in any other condition that requires crisis care, shall be immediately screened by a CCM to assess their potential for suicide and, if appropriate, referred to the MHCB for admission. On weekends and holidays, follow Self-referral process below.

3. Self referral: Inmates in SHU may request a clinical interview to discuss their mental health needs. These requests are made on a Health Care Services Request Form, CDCR 7362. Mondays through Fridays, the following shall occur:

   a. A health care staff member shall collect the CDCR Forms 7362 and staff referral forms each day from the designated areas.

   b. Upon receipt of the collected forms, an RN/MTA shall initial and date each CDCR Form 7362 and staff referral forms.

| Security Housing Unit | Mental Health Services Delivery System |
|---|---|

    c. The CDCR Forms 7362 and mental health staff referrals forms shall be delivered to the designated program representative in mental health services, dental services, or pharmacy services for same-day processing.

  On weekends and holidays, the following shall occur:

    a. The Treatment and Triage Area RN shall review each mental health staff referral form and each CDCR Form 7362 for the need for medical, dental, and mental health services, establish priorities on an emergent and non-emergent basis, and refer accordingly.

    b. If a mental health clinician is not available, the medical officer of the day (MOD), physician on call or psychiatrist on call shall be contacted.

4. Inmates will be seen by a mental health clinician, or on weekends by the physician or psychiatrist on call within the clinically determined time frame.

    a. Emergent – Emergency cases will be seen immediately or escorted to the Treatment and Triage area

    b. Urgent – Urgent cases will be seen within 24 hours

    c. Other – Other cases will be seen within five working days

5. Clinical rounds:  A mental health staff member, usually a Licensed Psychiatric Technician (LPT) or at PBSP, a CCM, shall conduct rounds weekly unless clinically needed more often in the SHU to attend to the mental health needs of all MHSDS inmates.  The LPT shall make rounds of non-MHSDS inmates every other week.  If an inmate refuses to talk to the LPTs, the LPT will discuss the inmate's functioning with custody staff.  The LPT shall maintain an individual record of clinical rounds by making a check mark next to the inmate's name on the SHU Inmate Roster each time they are checked.  Those inmates who have not been previously identified as having mental health treatment needs but exhibit possible signs and symptoms of a serious mental disorder shall be referred, via CDCR 128-MH5, Mental Health Referral Chrono, to a CCM for clinical evaluation.  Any unusual findings that may require closer observation by custody shall be documented on the 114-A log on the same day of occurrence.  The LPT shall document a summary of the status of MHSDS inmate-patients in a weekly progress note in the Unit Health Record.

6. All referrals and evaluations shall be documented on approved forms, filed in individual inmate Unit Health Records (UHR), and entered into the Mental Health Tracking System.

**Security Housing Unit**                     **Mental Health Services Delivery System**

**G. CORRECTIONAL CLINICAL CASE MANAGEMENT SYSTEM (CCCMS)**

The mental health staff shall continue to provide mental health services to inmate-patients with the CCCMS level of care designation after they are placed in SHU. Inmate-patients who meet the clinical criteria of MHSDS resulting from staff referrals, self-referrals, or clinical rounds shall also receive mental health evaluation and ongoing services, if determined appropriate. Each MHSDS inmate-patient is assigned a CCM.

1. Interdisciplinary Treatment Team (IDTT)

    a. The responsibilities for overall treatment planning within the CCCMS program rest with an IDTT. These responsibilities include:

    - Admission decisions for individual cases.

    - Review of relevant clinical data for diagnostic formulation.

    - Review of relevant case factors.

    - Formulation and approval of treatment plans.

    - Annual and special reviews for continuation or termination of services.

    - Review of treatment response.

    - Discharge planning.

    b. The IDTT is composed of, at a minimum:

    - The assigned CCM (either a Psychologist or a Psychiatric Social Worker).

    - The Licensed Psychiatric Technician.

    - The SHU Senior Psychologist or designee.

    - The assigned Psychiatrist.

    - The assigned Correctional Counselor.

- The inmate-patient (if clinically and custodially appropriate). The inmate-patient shall be included in the IDTT, unless the inmate-patient refuses to participate. If the inmate-patient refuses to participate, the clinician must document the reason for refusal in the interdisciplinary progress notes (CDCR 7230). Inmate-patients shall not be disciplined for not participating in IDTT.

- The housing custody officer or any other staff member who has direct knowledge of the inmate-patient under review is encouraged to attend. As the staff involved in day-to-day interactions with inmate-patients, custody officers can provide input in assessing clinical status and continuing needs, and support in implementing treatment programs.

c. All CCCMS inmate-patients are seen in the initial IDTT that is held prior to the initial ICC hearing or at 14 calendar days and quarterly thereafter. Some inmate-patients may be seen more frequently by the IDTT in special reviews at the request of the assigned CCM or psychiatrist whenever changes in the level of care or treatment plans are indicated. The results of the IDTT reviews and decisions shall be documented by the CCM in the interdisciplinary progress notes and filed in the UHR. These notes shall include the following:

- Names of all IDTT members present.

- Inmate-patient's participation.

- Inmate-patient's suitability for single or double celling.

- Risk Assessment for self injurious or assaultive behavior.

- Current medication regimen.

- Compliance with treatment, including medication.

- Status of ADL.

- Treatment goals and objectives, progress or lack of progress in treatment.

- Recommendations for placement options.

- Need for staff assistance.

- ICC action.

| **Security Housing Unit** | **Mental Health Services Delivery System** |

    d.  CDCR 128-MH3 Mental Health Placement Chrono shall be completed by the CCM and forwarded to correctional counseling staff for necessary classification actions when there is a change in the level of care.

2.  Functions of the CCM in SHU may include the following:

    a.  Complete Mental Health Evaluation on new cases. If an inmate-patient is an active CCCMS case and the Mental Health Assessment has been completed by a previous clinician, the CCM shall update the assessment.

    b.  In consultation with the IDTT, develop and document initial and updated Treatment Plans, CDCR 7388, that also address security concerns and status.

    c.  Provide individual monitoring contact once every 30 days at a minimum for CCCMS inmate-patients, or more frequently as clinically indicated.

    d.  Participate in IDTT meetings.

    e.  Participate in ICC to provide mental health input.

    f.  Provide crisis intervention and referral for a more intensive level of care as needed.

    g.  Perform as liaison with custody and correctional counseling staff regarding overall management of inmates.

3.  Treatment Modalities: Based on identified needs, the following treatment modalities are available:

REQUIRED TREATMENT

- Individual meeting with CCM at least every 30 days or more frequently as clinically indicated.

- Quarterly IDTT update of treatment plan.

- Medication evaluation, review, and monitoring of compliance by psychiatric and nursing staff for those inmate-patients receiving medication.

- Regular monitoring of symptoms by licensed psychiatric technicians through weekly rounds of all MHSDS inmate-patients and rounds every other week of all non-MHSDS inmates.

| Security Housing Unit | Mental Health Services Delivery System |
|---|---|

OTHER TREATMENT ACTIVIES

- Orientation and supportive counseling for institutional adjustment

- Individual counseling and crisis intervention

- Group therapy such as anger management and relapse prevention

- Social skills training

- Consultation services, such as to education and work programs

- Clinical discharge or clinical pre-release planning

### H. ENHANCED OUTPATIENT PROGRAM

Inmate-patients who are serving an established and approved SHU term and require an EOP level of care shall be referred to a PSU. While awaiting placement for a PSU, these inmate-patients shall be transferred to an EOP ASU hub within 30 days of being designated as requiring EOP care. EOP mental health services shall be provided in the EOP ASU Hubs.

### I. PLACEMENT REVIEW AND CLINICAL INPUT INTO ICC

1. The appropriateness of an inmate-patient's placement in SHU shall be reviewed in regularly scheduled ICC meetings. The Mental Health Program Manager or designee, is a member of the ICC. In that capacity, he/she shall present the IDTT's recommendations regarding placement recommendations, based on the inmate-patient's clinical needs. Designees shall be a Psychiatrist, a licensed Psychologist, or a Licensed Clinical Social Worker.

2. All identified CCCMS and EOP inmate-patients in SHU shall receive continued mental health services managed by the assigned CCM. An exception to this policy will occur at PBSP when an inmate-patient meets the exclusionary criteria at which time the inmate-patient shall be transferred to an appropriate treatment setting such as the Psychiatric Services Unit (PSU) for EOPs or a SHU with CCCMS care. Any inmate in the PBSP SHU who is identified as having one of these diagnoses and requiring EOP level of care shall be transferred within 96 hours out of the PBSP SHU to the PSU, EOP or Correctional Treatment Center (CTC).

3. Inmate-patients in the PBSP PSU recommended by the IDTT for CCCMS are scheduled for the next available ICC and referred for transfer to the COR SHU. They are housed in ASU pending transfer.

4. An inmate-patient whose clinical needs cannot be adequately met through regular case management activities shall be referred to ICC for consideration of alternative clinical placement, including placement in a Level IV EOP. Inmate-patients who are determined to meet the clinical criteria for referral to the Mental Health Crisis Beds (MHCB) shall immediately be transferred to MHCB. Upon approval by the Mental Health Program Manager, or designee, the CCM shall initiate such referrals, based on the direct observation and assessment.

5. The ICC shall review all referrals for alternative placement and may recommend one of the following placement options, based on the clinician's input and Correctional Counselor review of case factors:

   a. Transfer to the Mental Health Crisis Beds (MHCB) program. This option is for inmate-patients who require 24-hour crisis care and do not require ICC review.

   b. Transfer to an appropriate inpatient program through Department of Mental Health (DMH).

   c. Transfer to a PSU. This option is for male inmate-patients who require both maximum custodial controls and EOP level of care. Female inmate-patients will continue to be treated in SHU, consistent with updated individualized treatment plans and level of care.

   d. Suspension of SHU term and placement in the Level IV EOP: This option is for inmate-patients who are determined by the ICC to no longer require the maximum custodial controls of SHU.

   e. All inmate-patients requiring EOP care shall be transferred to either a PSU or EOP, as determined by the ICC, within 60 days or 30 days, if clinically indicated.

## J. UNIT HEALTH RECORD

A current record of all Mental Health Evaluations (CDCR Form 7386), Treatment Plans (CDCR Form 7388), and Interdisciplinary Progress Notes (CDCR Form 7230) shall be maintained in the UHR. Records shall include documentation regarding modifications to an inmate-patient's treatment plan for developmental and other disabilities. Only designated staff shall have access to this record. All staff shall adhere to the confidentiality requirements. No information shall be divulged without clinical or correctional necessity.

| Security Housing Unit | Mental Health Services Delivery System |
|---|---|

### K. <u>AUTOMATED TRACKING SYSTEM</u>

The Inmate Mental Health Identifier System (IMHIS) has been designed to track the movement of all inmate-patients receiving care in the MHSDS. The data entered into the system will be processed daily, so the system will maintain current information regarding MHSDS inmate-patients' current level of care as well as MHSDS inmate-patient transfers, discharges and new cases. All institutions are to conduct a reconciliation of the inmate-patients housed in Administrative Segregation and Security Housing Units who require mental health treatment with the IMHIS codes for this specific population. Daily updates to the IMHIS are mandatory for every SHU.

The inmate-patients clinical contacts will be tracked in the Mental Health Tracking System (MHTS).

### L. <u>CUSTODIAL OPERATIONS</u>

Inmate-patients with a serious mental disorder within the SHU are subject to all rules, custodial requirements, activities, and privileges of other SHU inmates.

### M. <u>PHYSICAL PLANT</u>

Screening and evaluation interviews and treatment of inmates will be held in a private setting unless the security of the institution or the safety of staff will be compromised. The IDTT interviews may require inmate-patient escorts to classification/interview rooms. Clinical monitoring and routine interviews, including clinical staff rounds, may be provided through cell-front contacts as clinically appropriate and depending on the cooperation of the inmate. While some therapeutic activities may take place within the cell, whenever possible treatment activities should take place out of cell.