| Psychiatric Services Unit | Mental Health Services Delivery System |

# CHAPTER 9
## Psychiatric Services Unit

I. **INTRODUCTION**

The Psychiatric Services Units (PSU) were developed to deliver mental health services to inmates who have been diagnosed as having a serious mental disorder and are serving a Security Housing Unit (SHU) term. The purpose of the PSU is to assure the effective delivery of Enhanced Outpatient Program (EOP) services to inmate-patients in a maximum-security setting. The PSUs are currently located at the Pelican Bay State Prison (PBSP) and the California State Prison, Sacramento (SAC). Female inmate-patients diagnosed as having a serious mental disorder and are serving a SHU term are located at Valley State Prison for Women. They receive EOP care in the EOP Administrative Segregation Unit (ASU) hub.

II. **PROGRAM GOALS AND OBJECTIVES**

A. The goal of the PSU is to provide evaluation and treatment of serious mental disorders that are limiting the ability of inmates with high security needs to adjust to appropriate institutional placements. The overall objective is to provide clinical intervention to return the individual to the least restrictive clinical and custodial environment.

B. More specific program objectives for individual cases may include:

1. Providing comprehensive mental health assessment of inmates to determine their need for treatment and appropriate clinical placement.
2. Providing alternative housing for inmate-patients whose mental health needs limit their ability to adjust to placement within the SHU.
3. Providing clinical interventions that reduce the inmate-patients' behavioral problems and allow re-integration into less restrictive clinical and custodial placements, or, for inmate-patients approaching release dates, transition to parole status.
4. Assisting inmate-patients in acquiring skills to function more appropriately and successfully in an institutional setting.

| Psychiatric Services Unit | Mental Health Services Delivery System |
|---|---|

### III. PROGRAM RESPONSIBILITY

A. The overall institutional responsibility for the program rests jointly with the Health Care Manager (HCM) and the Warden.

B. The coordination of clinical activities within the PSU is the responsibility of the PSU Senior Psychologist. The PSU Senior Psychologist is responsible for ensuring that the PSU Mental Health Program is in compliance with the Mental Health Services Delivery System (MHSDS).

C. The PSU Facility Captain will oversee custodial responsibilities, correctional counseling services, and classification actions.

D. Decisions on inmate-patient treatment plans, individual inmate-patient program activities, and level of care are made by the Interdisciplinary Treatment Team (IDTT).

### IV. POPULATION TO BE SERVED

The PSU will include any California Department of Corrections and Rehabilitation (CDCR) inmate-patient with a SHU classification who requires an EOP level of care. Refer to the Treatment Criteria for the Levels of Care in the MHSDS, Chapter 1, Overview Program Guide.

### V. REFERRAL AND ENDORSEMENT

SHU inmates shall be placed into PSU when a mental health evaluation determines that EOP level of care is indicated or when an EOP inmate receives an established and approved SHU term. Staff shall not postpone a referral to the CSR for any unresolved disciplinary infractions or District Attorney referral determinations. In cases where restrictions may apply (i.e., parole violators returned to custody who are awaiting a parole revocation extension hearing), the inmate-patient will be referred to the CSR for PSU endorsement and retained at the ASU hub until the revocation process is complete, then transferred to the PSU if still appropriate.

A. When an inmate-patient has both an active SHU Term and EOP level of care, he will be referred for placement in a PSU. The referring source must complete a CDCR 128-MH3 (MHSDS Placement Chrono) outlining the need for PSU placement. This CDCR 128-MH3 must be signed by the referring institution's Mental Health Program Manager or designee.

| Psychiatric Services Unit | Mental Health Services Delivery System |
|---|---|

B.  The Institutional Classification Committee (ICC) at the referring institution must then make a referral to the Classification Services Representative (CSR) for endorsement.

C.  Once endorsement is obtained, the inmate-patient shall be transferred to a PSU.

D.  EOP inmates with an established and approved SHU term shall be transferred within 30 days of designation to an EOP ASU hub and will be provided EOP care while awaiting PSU placement.

E.  Per exclusionary criteria from the federal court, inmates with one of the diagnoses listed below shall not be admitted to the PBSP SHU.  SHU EOP inmates with one of the diagnoses shall be placed in a PSU.  Any inmate already in a SHU who is identified as having one of these diagnoses and requiring EOP level of care shall be transferred within 96 hours out of the PBSP SHU to the PSU, EOP or Correctional Treatment Center (CTC).

F.  If an inmate in the PBSP SHU is diagnosed with one of the exclusionary diagnoses and requires Correctional Clinical Case Management System (CCCMS) level of care, he shall be moved within 96 hours to ASU, the PSU, or the CTC.  The inmate is reviewed by the Institution Classification Committee (ICC) and referred for transfer to the California State Prison, Corcoran (COR) SHU.  If the inmate-patient's diagnosis does not meet exclusion criteria, he is retained in the SHU and reviewed weekly by clinical staff.

- Schizophrenia (any subtype)
- Delusional Disorder
- Schizophreniform Disorder
- Schizoaffective Disorder
- Substance Induced Psychotic Disorder (excluding intoxication and withdrawal)
- Psychotic Disorder Not Otherwise Specified
- Any mental illness characterized by breaks with reality or perceptions of reality leading to significant functional impairment
- Major Depressive Disorder
- Bipolar Disorder I or II
- Brief Psychotic Disorder
- Mental retardation
- Any mental disorder which includes inmate being actively suicidal
- Organic Brain Syndrome consistent with significant functional impairment
- Severe personality disorder manifested by frequent episodes of psychosis or depression and resulting in significant functional impairment

| Psychiatric Services Unit | Mental Health Services Delivery System |
|---|---|

## VI. CLINICAL SERVICES

   A. Intake Assessment

   1. The Senior Psychologist or designee shall appoint a Primary Clinician (PC) for each inmate-patient admitted to the PSU. The PC shall complete a brief evaluation of the inmate-patient including a review of the inmate-patient's mental health history and an interview in a timeframe clinically determined appropriate but not longer than five calendar days after arrival in the PSU.

   2. All inmate-patients will be evaluated by the IDTT prior to the initial ICC but not later than 14 calendar days after arrival in the PSU.

   3. A comprehensive mental health clinical assessment shall be done by the PC and other IDTT members prior to the initial IDTT. This assessment shall include at minimum:

      a. Comprehensive review of the central file and unit health record (UHR) of mental health treatment needs, including prior placements and medications.

      b. Current mental status examination, including diagnosis and level of functioning.

      c. Daily observation by mental health and custody staff to assess Activities of Daily Living and social interactions.

      d. Review of medication history and adjustments to current prescriptions (including involuntary medications as necessary) by staff psychiatrist.

      e. Review of disciplinary history and custodial placements by the assigned Correctional Counselor or Lieutenant.

      f. Review specific risk factors for violence toward self and others. This includes a Suicide Risk Assessment if indicated.

   4. The IDTT will make a decision regarding appropriate placement. This decision includes the following options:

      a. Retention for an additional 14 calendar days to determine the inmate-patient's appropriateness for PSU placement.

    b. Referral to the Department of Mental Health for inpatient care. Inmate-patients should be referred to the California Medical Facility - Department of Mental Health Acute Program for acute care. Inmate-patients requiring intermediate care should be referred to the Salinas Valley Psychiatric Program if they have a history of being highly assaultive, victimizing other inmates or being a high escape risk. Inmates who do not have these security risk factors may be referred to Atascadero State Hospital. All female inmate-patients requiring Department of Mental Health level of care will be referred to Patton State Hospital.

    c. Placement in Mental Health Crisis Beds (short term crisis stabilization, including initiation of involuntary medications when required).

    d. Retention in the PSU Treatment Program if the inmate-patient requires EOP level of care.

    e. Referral to classification committee recommending SHU placement if the inmate qualifies for CCCMS care or has been discharged from the MHSDS. No inmate with one of the exclusionary diagnoses listed in Section V. REFERRAL AND ENDORSEMENT, Paragraph F above may be placed in the PBSP SHU.

    f. If the SHU term has been served, general population placement at the appropriate level of care including EOP.

B. Interdisciplinary Treatment Team

1. The PSU IDTT shall be chaired by the PSU Senior Psychologist. All clinical decisions regarding intake, treatment planning, re-justification of level of care, and discharge, are made by the PSU IDTT. The IDTT is composed of, at minimum:

   - Senior Psychologist
   - Assigned Psychiatrist
   - PSU Facility Captain
   - Correctional Counselor II
   - Assigned Primary Clinician
   - Inmate-patient

   Other PSU staff such as a Recreation Therapist (RT), Nursing staff, Licensed Psychiatric Technician (LPT), Sergeant and Correctional Officers and/or custody representatives may attend. A representative from the IDTT (the assigned PC or

designee) should be present in all classification hearings regarding inmate-patients in treatment to provide mental health input into the classification decision-making process.  The inmate-patient shall be included in the IDTT, unless the inmate-patient refuses to participate.  Inmate-patients shall not receive a CDCR 115 for not participating in IDTT.  The PC documents the reason for refusal on the CDCR Form 7230-MH, Interdisciplinary Progress Notes, in the UHR.  The PC is responsible for presenting the inmate-patient's concerns to the IDTT.

2. After the initial IDTT, inmate-patients will be evaluated by the IDTT minimally at 60 and 120 days after admission and at least every 90 days thereafter or sooner whenever there is a significant change in level of functioning.  The IDTT will evaluate treatment progress, update the Treatment Plan and review the discharge goals.  The PC assigned to the case will present a case summary with recommendations for continued treatment or discharge.  The results of all IDTT reviews, decisions and recommendations will be documented in the UHR. Initial and level of care changes are documented on a CDCR 128-MH-3, Placement Chrono, and forwarded to the Correctional Counselor II.

3. The responsibility for mental health treatment planning for inmate-patients in the PSU rests with the IDTT.  These responsibilities include:

    a. Admission decisions.

    b. Treatment planning.

    d. Periodic case reviews and re-justifications of treatment at 60, 120 and at least every 90 days thereafter, or whenever there is a significant change in the inmate-patient's functioning that requires a change in the treatment plan.

    e. Discharge recommendations – The initial treatment plan and all subsequent treatment plans shall include a discharge plan and behavioral goals to discharge the inmate-patient from the PSU to a less intensive level of care.

C. Primary Clinician (PC) – Each inmate-patient in the PSU shall be assigned a PC, usually a Psychiatric Social Worker (PSW) or Psychologist, although other clinicians may be assigned to cases with special needs.  The PC will maintain active clinical involvement with the inmate-patient, as well as performing casework functions, including the following:

1. Documentation of initial treatment plan and updates.

    2. Regular clinical contacts with assigned inmate-patients.

    3. Assuring scheduling of periodic IDTT reviews.

    4. Attendance at IDTT reviews of the inmate-patient.

    5. Referral to and coordination with the assigned staff psychiatrist.

    6. Response to CDCR inquiries regarding clinical status of the inmate-patient.

## VII. TREATMENT PROGRAM

  A. Each PSU will have an Operational Plan that describes its treatment program. Each PSU has a levels system with criteria for achieving and retaining each level. Every level has certain privileges. See the Operational Plan at each institution for a complete description.

  B. Treatment Plan

    1. Each inmate-patient in the PSU shall have a current individual treatment plan on CDCR Form 7388.

    2. The treatment plan shall be reviewed by the IDTT at 60 and 120 days after admission, at least every 90 days thereafter, or whenever there is a significant change in the inmate-patient's functioning requiring a change in the treatment plan.

    3. There shall be an Interdisciplinary Progress note documenting the IDTT meeting that includes list of members in attendance.

    4. Each treatment intervention shall be directed to a problem on the inmate-patient's Problem List.

    5. Each treatment intervention shall indicate the provider, type of intervention (e.g. individual or group therapy), frequency of intervention, outcome objectives, and specific measurable behavioral goals.

    6. Discharge from the EOP or transfer to another level of care will be documented on a Mental Health Placement Chrono, CDCR 128-MH3.

  C. Within the PSU, each inmate-patient shall have an individualized treatment plan that provides for treatment consistent with the inmate-patient's clinical needs. Each

| **Psychiatric Services Unit** | **Mental Health Services Delivery System** |

inmate-patient will be offered at least 10 hours per week of scheduled structured therapeutic activities as approved by the IDTT.  It is recognized that not all inmate-patients can participate in and/or benefit from 10 hours per week of treatment services.  For some inmate-patients, 10 hours per week may be clinically contraindicated.  For those inmate-patients scheduled for less than 10 hours per week of treatment services, the PC shall present the case and recommended treatment program to the IDTT for approval.  The CDCR Form 7388 must include a detailed description of the diagnosis, problems, level of functioning, medication compliance, and rationale for scheduling less than 10 hours.  For inmate-patients who are scheduled for less than 10 hours of treatment activities per week, the IDTT shall meet at least monthly and be responsible to review and increase the treatment activities, and consider higher level of care as appropriate.

Treatment Modalities include but are not limited to:

REQUIRED TREATMENT

- Individual Treatment Planning involves a meeting of the IDTT and the inmate-patient at least every 90 days for the purpose of identifying treatment needs, developing treatment plans, assessing treatment progress, and updating/revising individual treatment plans in accordance with the inmate-patient's needs and progress.

- Weekly PC contact (either individually or in group psychotherapy) with assigned inmate-patients.  Individual clinical contacts must occur at least every other week.

- Medication Evaluation and Management

- A psychiatrist shall evaluate each EOP inmate-patient at least monthly to address psychiatric medication issues.

- Refer to Inmate Medical Services Policies and Procedures, *Volume 4, Chapter 11, Medication Management,* regarding procedures for administration of medication, medication refusals, Directly Observed Therapy (DOT), and other aspects of medication administration.

- Refer to MHSDS, Chapter 5, Mental Health Crisis Bed, for information on involuntary medication administration (Keyhea).

OTHER TREATMENT ACTIVITIES

- Individual psychotherapy
- Group therapy such as Anger Management, Stress Management, Offense-related Issues, Current Events
- Medication education
- Crisis intervention
- Pre-release planning
- Monitoring and assistance with daily living skills
- Cognitive Behavioral Therapy directed to specific behaviors or symptoms
- Recreational activities
- Vocational and pre-vocational training as available
- Education as available
- 12-Step Program and other substance abuse treatment

D.  CCCMS – Pelican Bay State Prison

PSU inmate-patients identified as requiring CCCMS level of care will be transferred as soon as possible to a SHU that provides CCCMS care. No inmate with one of the exclusionary diagnoses listed in Section V. Referral and Endorsement, Paragraph F above may be placed in the PBSP SHU. They will receive the following services within the PSU pending transfer:

1. Assignment of a PC for the purposes of regular monitoring and program review. The PC will see the inmate-patient at least every other week or more often if clinically indicated.

2. Monitoring of symptoms by clinical staff.

3. Development or review of an individualized treatment plan.

4. Medication, treatment and monitoring.

5. Monitoring of daily living skills.

6. Pre-release planning.

7. Consultation regarding behavior deterioration or other contingency management procedures.

**Psychiatric Services Unit** | **Mental Health Services Delivery System**

## VIII. DOCUMENTATION

   A. Clinical Documentation will occur as required. This includes but is not limited to:

   1. Initial Assessment on CDCR Form 7386, Mental Health Evaluation, and initial treatment plan and updates on CDCR Form 7388, Mental Health Treatment Plan, by the PC.

   2. Interdisciplinary Progress Notes, CDCR Form 7230, documenting weekly contacts and any other treatment interventions done by all staff. Group therapy shall be documented monthly. This documentation shall include time attended and a description of the inmate-patient's level of participation.

   3. Completion of CDCR 128 MH3, Placement Chronos, whenever there is a change in level of care.

   B. Documentation on CDCR Form 114-A

   The CDCR 114-A is a daily record of the inmate-patient's activities and is used to note the inmate-patient's behavior as well as to document services provided. The activities report shall record the inmate-patient's daily activities such as shower, yard, meals, visits, clothing/linen exchange and supplies. This form shall be used to record attendance at treatment activities such as individual and group therapy, and recreational therapy. The CDCR 114-A shall also include a list of approved scheduled structured therapeutic activities. All relevant chronos shall be attached. Staff may also document their observations and comments regarding the inmate-patient and his program. Significant events affecting the inmate-patient's treatment program should be recorded on this form such as those listed below.

   1. Unit staff shall initiate a CDCR 114-A Form for all inmate-patients housed in the unit.

   2. Unit Officers on every shift shall fill out the CDCR 114A Form, noting the inmate-patient's activities during their shift. The correct date and time are critical factors. When a CDCR 114-A Form is completely filled out, the last officer making the entry will prepare and begin a new form.

   3. A daily chronological report of each PSU inmate-patient will be kept on the CDCR 114A Form, which will include meals, showers, yard, visits, law library, supplies, clothing and linen issue, or other pertinent information.

4. When an inmate-patient is escorted to a CDCR 115 disciplinary hearing, the CDCR 114-A Form will be taken to the hearing. The Hearing Officer, or Senior Hearing Officer, will note the CDCR 115 log number, findings and disposition on the CDCR 114-A Form.

5. When an inmate-patient is seen or his/her case is heard by ICC, the CDCR 114-A Form will be taken with the inmate-patient and given to the Committee. The Correctional Counselor II will note on the CDCR 114-A Form whether the inmate-patient attended or refused to attend the Classification meeting and the action taken.

6. A classification disposition such as CTQ (Confined to Quarters), loss of privileges, or a restriction, will be noted on the CDCR 114-A Form and continued on successive CDCR 114-A Forms until the action has expired.

7. Other possible entries may include canteen, legal mail, packages, and issuance of property or cell moves/searches.

8. Staff making the entry on the CDCR 114-A Form will clearly and legibly sign their first initial and last name.

9. All of the CDCR 114-A Forms are to be kept in a folder(s) that are maintained within the housing unit and are available to all staff who interact with the inmate-patient. On Sunday of each week, First Watch staff will perform an audit of each inmate-patient's CDCR 114-A Form and prepare a unit compliance report. These reports will be forwarded to the PSU Facility Captain for review and retention.

C. Unit Activity Log

Custody staff must record and share with the clinical staff any observations that may impact an inmate-patient's treatment plan or provide insight into the success or ineffectiveness of the current treatment plan. This is particularly critical for First Watch staff. Each housing unit shall maintain a logbook reflecting daily activities and information of interest to all staff. All unusual activities will be recorded in the logbook. Observations of unusual or aberrant behavior shall be recorded via a CDCR 128-B. Behavior that constitutes an infraction of institutional rules or policies may be recorded via a CDCR 115, Rules Violation Report.

IX. **CUSTODIAL OPERATIONS**

  A. Classification

  The Local Operational Plan of each PSU will contain a detailed description of applicable custody procedures. These procedures shall be in compliance with relevant CCR, Title 15, and Department Operational Manual (DOM) requirements.

  B. Removal from a Cell

  1. Escorts – Inmate-patients housed in the PSU will be assigned escorts and program status at the ICC review. All inmate-patients will be escorted at all times when they are outside their respective housing unit sections. Individual escorts must be performed by a minimum of two custody officers, and the inmate-patient will be secured with mechanical wrist restraints at all times during the escort.

  2. The inmate-patient may be recommended for additional escort status by the IDTT or through the disciplinary process. This must be approved by the PSU Facility Captain.

  C. Out of Cell Exercise

  All inmate-patients assigned to the PSU shall be offered a minimum of ten (10) hours of out of cell exercise each week, which may include supervised recreational therapy. An inmate-patient's yard designation will be established by the ICC with input from the IDTT as part of the individual treatment plan.

X. **SICK AND DENTAL CALL AND MENTAL HEALTH REFERRALS**

  A. The PSU shall have mental health staff on duty during Second Watch. Each day, the assigned physician, RN or LPT will tour the unit and assess any inmate-patient with medical/dental needs.

  B. During Second Watch, inmate-patients requiring medical attention will be referred to the PSU RN.

  C. *Staff Referral:* referrals may be made on CDCR 128 MH5 Staff Referral Chrono.

| Psychiatric Services Unit | Mental Health Services Delivery System |

    D. *Self referral*  These requests are made on a Health Care Services Request Form, CDCR 7362.  Mondays through Fridays, the following shall occur:

        1.   A health care staff member shall collect the CDCR Forms 7362 each day from the designated areas.

        2.   Upon receipt of the collected forms, an RN/MTA shall initial and date each CDCR Form 7362.

        3.  The CDCR Forms 7362 shall be delivered to the designated program representative in mental health services, dental services, or pharmacy services for same-day processing.

    E.  On weekends and holidays, the following shall occur:

        1.  The Treatment and Triage Area RN shall review each CDCR Form 7362 for medical, dental, and mental health services, shall establish priorities on an emergent and non-emergent basis, and shall refer accordingly.

        2.  If a physician, mental health clinician, or dentist is not available, the physician on call or psychiatrist on call shall be contacted.

    F.  Inmates will be seen by a mental health clinician or on weekends by the physician or psychiatrist on call within the clinically determined time frame.

        1.  Emergent – Emergency cases will be seen immediately or escorted to the Treatment and Triage area

        2.  Urgent – Urgent cases will be seen within 24 hours

        3.  Other  - Other cases will be seen within five calendar days

**XI.  DISCHARGE PROCEDURES**

    A.  At the time of admission to the PSU, a preliminary discharge plan shall be developed based on the clinical and security needs of the inmate-patient as well as the inmate-patient's SHU term.

    B.  Inmate-patients admitted to the PSU may be discharged to the SHU to complete their term when they no longer require an EOP level of care.  They will be transferred to a CCCMS Level of Care in a SHU for at least six months if they no longer require EOP level of care.  No inmate with one of the exclusionary diagnoses listed in Section V. REFERRAL AND ENDORSEMENT, Paragraph F above may be placed in the PBSP

| **Psychiatric Services Unit** | **Mental Health Services Delivery System** |

SHU. Inmate-patients in the PBSP PSU recommended by the IDTT for CCCMS are scheduled for the next available ICC and referred for transfer to the COR SHU. They are housed in Ad Seg pending transfer.

C. Inmate-patients who complete their SHU term and still require EOP care will be discharged to a general population EOP for continuing mental health treatment. The PSU primary clinician will document recommendations regarding the inmate-patient's specific treatment needs, including any concerns about facilitating the inmate-patient's successful transition to general population. The receiving EOP IDTT will consider documentation by the PSU clinician in developing the inmate-patient's treatment plan. The treatment plan for inmate-patients transferred from PSU to GP-EOP shall include services provided to aid in the transition to the general population environment.

D. Inmate-patients may be referred to a Department of Mental Health Program as clinically indicated. Generally, given the security requirements of PSU inmate-patients, this will be to the Salinas Valley Psychiatric Program for intermediate inpatient care for inmates with a history of being highly assaultive, predatory, or a high escape risk. Inmates who do not present these security risks may be referred to Atascadero State Hospital. Inmate-patients requiring acute inpatient care should be referred to the Department of Mental Health Acute Psychiatric Program at the California Medical Facility.

E. Treatment recommendations upon discharge from the PSU shall be made by the IDTT and documented on a CDCR 128 MH3, Placement Chrono.

F. The ICC shall review the discharge recommendations of the IDTT with the PSU Senior Psychologist or designee present considering both the clinical and custody needs of the inmate-patient. The decision of the ICC shall be documented on a CDCR 128-G Chrono.