BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　　　　Defendants. | CIV S-90-0520 LKK JFM P<br><br>**SUPPLEMENTAL NOTICE INCLUDING CHAPTER 2 IN REVISED PROGRAM GUIDE** |

**JANUARY 2006 REVISED PROGRAM GUIDE**

**CHAPTER 2**

| Reception Center<br>Mental Health Assessment | Mental Health Services Delivery System |

# CHAPTER 2
## Reception Center Mental Health Assessment

### A. INTRODUCTION

The reception center program provides mental health assessment for all inmates committed to the California Department of Corrections and Rehabilitation (CDCR) and basic treatment for those inmates identified as having a serious mental disorder (SMD) while awaiting transfer.

By enhancing and standardizing screening and evaluation efforts at the entry point into the prison system, the Department can best assure that all inmates in need of mental health treatment are identified and provided necessary services at the earliest possible time. Early and easy access to care has been shown to have both therapeutic as well as fiscal benefits in managing mental illness at its lowest level of acuity. This is particularly true in the high stress environment of a prison setting.

This program utilizes clinical and clerical positions to achieve the following objectives:

1. Provide a standardized system for universal screening of all inmates received in the CDCR for possible symptoms of mental disorder or suicide risk.

2. Conduct in-depth clinical evaluations of individuals identified in the screening process for diagnosis of serious mental disorder, level of functioning, and necessary level of care.

3. Through the Inmate Mental Health Identifier System (IMHIS), CDCR is able to track inmate-patients who have been identified as seriously mentally disordered and enrolled in one of the Mental Health Services Delivery System (MHSDS) levels of care. This information provides a management tool and is utilized in program planning.

It is important to emphasize that the population this program seeks to identify is defined as, those inmates who are dysfunctional in the prison environment as a result of a serious mental disorder. Specifically, these are inmates with a Diagnostic and Statistical Manual Axis I diagnosis, with current symptoms, or evidence of medical necessity. Inmates with this diagnosis who are able to function at higher levels as a result of the use of psychotropic medications are also included. Inmates suffering suicidal ideation may also receive crisis care to protect life. Mental health intervention is also provided to treat significant

| Reception Center<br>Mental Health Assessment | Mental Health Services Delivery System |
|---|---|

disability/dysfunction in an individual diagnosed with or suspected of having a mental disorder.

Commonly regarded mental health issues which may be identified in the screening process, but which are not included in the treatment services provided by the Department's mental health treatment programs are sexual and substance abuse disorders, and personality disorders. However, if these mental health issues are also accompanied by an Axis I serious mental disorder, or meet the requirements of medical necessity, treatment is provided by the Department's mental health treatment programs. While all inmates are screened in the RC for developmental disabilities, services for inmates with developmental disabilities, although provided by mental health staff in numerous institutions, are not addressed in this Program Guide, as they fall under the oversight of the <u>Clark</u> Remedial Plan. Inmates with developmental disabilities who also have an Axis I serious mental disorder are, of course, included in the MHSDS and some inmates with developmental disabilities may be included in MHSDS programs under medical necessity criteria.

B. **POLICIES AND PROCEDURES FOR ASSESSMENT OF MENTAL HEALTH NEEDS**

*Goal and Target Population*: To identify and assign an appropriate level of care to inmates who are suicidal or are experiencing impaired functioning as a result of serious mental disorder.

*Policies To Achieve Goal:*

1. All inmates shall receive an Initial Health Screening by nursing staff within 24 hours of arrival to determine need for continuation of currently prescribed and used psychotropic medications, need for crisis psychiatric care, or other mental health intervention.

2. All inmates shall receive a Mental Health screening within the first seven calendar days of arrival to identify mental health concerns that may indicate a need for treatment.

3. All inmates with possible mental health treatment needs shall receive a standardized mental health evaluation within 18 calendar days of arrival, and prior to any placement decision.

4. All inmates who request a clinical interview shall receive one.

5. Any Reception Center Staff may refer any inmate for clinical interview at any time.

| Reception Center<br>Mental Health Assessment | Mental Health Services Delivery System |
|---|---|

6. All mental health screening and evaluation interviews shall be conducted in a private setting.

7. All Psychological evaluations shall conclude with a provisional diagnosis, level of functioning, and recommended level of care placement, if required.

8. Mental health services shall be provided to inmates while awaiting transfer.

9. In order to facilitate long range planning, each reception center shall accumulate and regularly report data on all inmates screened, evaluated, and determined to be in need of particular levels of treatment.

C. **PROCEDURES TO IMPLEMENT POLICIES**

1. Initial Health Screening of Inmates at Receiving and Release (CDCR 7277)

    Upon arrival at the Reception Center (RC), and under the supervision of a Registered Nurse (RN), Medical Technical Assistants (MTA), or equivalent staff who have been trained in the procedures for the standardized health screening and mental health referrals, shall review available documentation from committing jurisdictions regarding mental health treatment. This includes medications provided at County facilities, or observed behavior that may be indicative of a need for such treatment. All inmates shall be interviewed, utilizing a standard set of questions regarding their medication needs or need for immediate referral for crisis care. This interview shall be conducted in an environment which is sufficiently private to encourage honest responses. Inmates who are unable to speak English shall be provided with necessary interpreters. Where a need for emergency or urgent psychiatric review is identified, a direct referral to a psychiatrist shall take place, utilizing a standard CDCR 128-MH5, Mental Health Referral Chrono, with the original to the psychiatrist with a copy to mental health office for data entry and filing. These Chronos should be hand delivered or this information relayed by telephone, if necessary. Emergency referrals shall be made and responded to immediately. Urgent referrals, including medication assessment or review, shall be responded to within 24 hours. Observation of possible mental health symptoms not requiring emergency attention may also be documented on a staff referral chrono and forwarded to the mental health office within the next working day. Clinical evaluation and health transfer information from committing counties relating to a need for medical or mental health care or assessment are to be placed in the inmate's Unit Health Record (UHR).

2. Physical Exam

| Reception Center<br>Mental Health Assessment | Mental Health Services Delivery System |
|---|---|

Within three working days of arrival, all inmates shall undergo a physical examination and evaluation of medical history. Any mental health issues that become apparent in the interviews by the physician, RN, or MTA conducting the reviews, shall be documented on staff referral chronos for subsequent mental health evaluation. Emergency or urgent cases requiring crisis care or medication review shall be immediately referred for psychiatric evaluation.

3. Mental Health Screening

   Within seven calendar days of arrival at the reception center, all inmates (new commitments and parole violators) shall receive a screening for possible mental health needs. They shall be individually interviewed by a psychologist or Psychiatric Social Worker (PSW) who shall explain the purpose of the screening process, and assess the inmate's ability to complete the interview. Inmates who are unable to speak English shall be provided with necessary interpreters. Inmates who refuse to participate in the mental health screening interview shall be referred for a psychological evaluation to determine if they have a mental disorder. Individuals who are unable to participate in the screening interview due to possible acute psychiatric distress shall be immediately referred for crisis care. This will normally include a referral for an emergency psychiatric evaluation (see section 5 below, Psychiatric Evaluations).

   If a returning Parole Violator identifies himself or herself as a former MHSDS inmate-patient, the file review indicates such designation, or DDPS indicates such designation, he or she shall be automatically referred for further Psychological Evaluation.

   Following completion of the screening interview, the completed screening form shall be forwarded to the mental health data processing station for analysis. The results of this screening shall be documented by mental health staff on a CDCR 128-MH1, Mental Health Screening Chrono. Refusals to participate and any need for an interpreter shall also be documented on this Chrono. Each case shall be either cleared for general population placement, scheduled for a full Psychological evaluation within 18 calendar days, or immediately referred for crisis care, as needed.

   Information from the Screening Form shall be retained in the automated system for future reference and data compilation.

4. Psychological Evaluations

| Reception Center<br>Mental Health Assessment | Mental Health Services Delivery System |
|---|---|

Inmates referred for psychological evaluation who have been identified in the initial mental health screening as having a possible mental health need or who refused the screening, shall be scheduled for a full psychological evaluation to be completed by the 18th calendar day after arrival. Preparatory to the evaluation, the inmate's UHR and Central Files shall be reviewed when available, by the clinician. The results of the clinical screening assessment, including working diagnosis, shall be reviewed, as will any information generated from staff or self-referrals to that point. If the inmate states that he or she had significant prior treatment or the file review indicates history of such treatment, the clinician shall request that the inmate sign a Release of Information in an attempt to obtain previous records. The clinician shall immediately forward the signed Release of Information form to the Health Record Services staff. Health Record staff shall process all requests for information from external sources, and shall monitor the receipt of the requested information. All received health information shall be immediately incorporated into the appropriate UHR with simultaneous notification to the requesting health care personnel, consistent with the Health Record policies and procedures. If the inmate has been moved to another institution, the Health Record staff shall check OBIS/DDPS to determine the inmate's current location and forward the information immediately to the Health Record Services supervisor at the current location.

The psychologist shall conduct an individual interview with the inmate in a private setting. Where possible, the psychologist will utilize a computer terminal for reference and input in completing the evaluation. Identifying information already available in the computer will be verified in the file review and inmate interview.

The psychological evaluation shall be recorded on the form CDCR 7386, Mental Health Evaluation. The psychologist shall obtain and input a brief narrative of the presenting problem and historical information of relevance from the files and interview. A mental status examination and assessment of level of functioning will be completed, with the results directly entered into the computer on pre-programmed screens (or hard copy forms, where automated systems are not available). A provisional diagnosis shall be noted and, where this includes a Diagnostic and Statistical Manual (DSM) Axis I condition, a level of functioning assessment shall also be provided.

After arriving at a diagnosis and functioning assessment, the psychologist shall determine need for treatment and recommend a level of care, based upon the level of acuity and treatment program criteria. The psychologist's findings shall be documented on a CDCR Form 128-MH3, Mental Health Placement Chrono. Where possible needs for psychotropic medication are present, and no current prescription has been made, a referral to the psychiatrist shall be made, utilizing a standard CDCR 128 MH5, Mental Health Referral Chrono. A copy of the completed Chrono requesting medication

| Reception Center Mental Health Assessment | Mental Health Services Delivery System |
|---|---|

assessment shall be immediately provided to the psychiatrist. The psychiatrist's decision regarding the medication needs shall be documented in CDCR 128-MH6, Psychiatric Evaluation Chrono and the Interdisciplinary Progress Notes in the inmate's UHR. An initial treatment plan pending transfer to an appropriate level of care shall also be provided by the psychologist on a CDCR Form 7386, Mental Health Evaluation, and by the psychiatrist where medication or crisis care is necessary. Inmates who are acutely psychotic or suicidal shall be referred for placement in crisis beds or emergency transfer to the Department of Mental Health (DMH) facility at the California Medical Facility (CMF) or to Patton State Hospital (PSH) for female inmates.

Pending release or transfer to an appropriate housing unit, all inmate-patients in a Reception Center who are identified as requiring mental health services shall receive basic treatment as specified in the initial treatment plan. The initial treatment plan is an integral part of the Psychological Evaluation and formulated to meet individual inmate-patient's clinical needs while housed in the Reception Center unit awaiting transfer. The level of treatment provided during the transition period for these inmate-patients varies depending on the clinical needs and the length of stay as determined by the commitment status. The initial treatment plan is tailored to meet individual inmate-patient's clinical needs on a short-term basis and specifies the type of services, including orientation, medication needs assessment or regular monitoring, crisis intervention, as needed, and individual contact with a treating clinician as often as necessary.

Inmates who have no diagnosed mental illness, or whose current level of functioning is adequate without need for treatment (including psychotropic medications) shall be cleared for general population placement.

Inmates, who are seen by the psychologist as a result of a staff or self-referral after the completed evaluation, shall be assessed for necessary adjustments to the original evaluation or treatment plan. Where such adjustments are indicated, new documentation will be generated.

Following entry of all elements of the psychological evaluation into the automated system, a CDCR 128-MH1, Mental Health Screening Chrono shall be generated for the inmate's UHR. The Chrono shall be provided for the Central File, with copies to the correctional counselor (CC) and inmate. The 128-MH1, Mental Health Screening Chrono, shall be completed whether the inmate requires treatment or is cleared for general population placement. The original document shall be dated and signed by the clinician completing the evaluation.

If an inmate refuses to participate in the psychological evaluation interview, the clinician shall review the Central File, Unit Health Record, and reports from housing

officers and/or other staff, and make clinical observation of the inmate. Clinicians shall make an effort to resolve refusal cases by the end of the 18 calendar day evaluation period. In those rare situations where these cases cannot be resolved during the 18 calendar day evaluation period, the clinician shall document this in the placement chrono. The clinician shall include a description of what efforts were made to complete the evaluation (e.g., review Central File and UHR, consult with housing officers, etc.) and a recommendation of how to proceed with the case. The Chief of Mental Health at the institution reviews all refusals and approves the clinician's recommendations. The results of the psychological evaluation shall be documented on a Mental Health Placement Chrono (MHPC), CDCR128-MH3. If the inmate is not transferred out of the Reception Center within 90 days, a new MHPC shall be completed.

5. Psychiatric Evaluations

Psychiatric Evaluations will primarily address the issues of need for acute care and initiation or continuation of psychotropic medications. Review of need for continuation of medications prescribed prior to commitment to prison will normally occur within 24 hours of intake. A medication specific informed consent with signatures of psychiatrist, inmate-patient, and a witness (health care staff) will be completed whenever a new medication is ordered. Psychiatric evaluations will be documented on a CDCR 7230, Interdisciplinary Progress Note or MH-7, which will be placed in the inmate's Unit Health Record, and completion of a 128C, Psychiatric Evaluation Chrono, for entry into the central file. Inmate-patients requiring follow-up psychiatric care while awaiting transfer will be scheduled for that purpose, with documentation of clinical contacts recorded in the inmate-patient's Unit Health Record progress notes. Changes in mental status which impact placement decisions will also be documented on CDCR 128-MH6, Psychiatric Evaluation Chronos.

Psychiatrists are also responsible to review an inmate's response to and side effects of psychiatric medications and to order and review appropriate laboratory testing. Where staffing permits, psychiatrists may also serve Clinical Case Manager (CCM) functions.

6. Initial Treatment Planning and Treatment

Initial treatment planning must be developed and regular treatment must be provided for all inmate-patients who are identified as requiring mental health services. Mental Health needs of inmate-patients housed in a Reception Center are often greater than those of inmates in a general population setting, due to a variety of problems related to

| Reception Center<br>Mental Health Assessment | Mental Health Services Delivery System |
|---|---|

incarceration which often precipitate dysfunctional behavior or exacerbate pre-existing mental conditions. Treatment plans must address basic issues of adjustment, access to care, monitoring of medication continuity, clinical pre-release or parole planning.

Without exception, mental health services are extended to all MHSDS designated inmate-patients while awaiting transfer to a mainline institution. Services include case management contacts and medication management and monitoring pertinent to the level of functionality based on clinical judgment. In addition, crisis intervention, clinical pre-release or parole planning, and other case management services shall be provided consistent with the inmate's clinical needs. Services are provided through existing CCCMS staff assigned to the RC.

Inmate-patients who require Enhanced Outpatient Program (EOP) level of care shall be seen by the CCM weekly and shall be evaluated by a psychiatrist at least monthly regarding psychiatric medication issues. Institutions that have both a reception center and an established EOP program may temporarily house and treat these inmate-patients in their regular EOP housing units until transfer.

Inmate-patients who require Correctional Clinical Case Management System (CCCMS) level of care shall be seen by the CCM within 30 days of placement in CCCMS and at least every 90 days thereafter while at the RC, or more often if clinically indicated. These inmate-patients shall also be evaluated by a psychiatrist a minimum of every 90 days regarding psychiatric medication issues.

7. Transfer Timelines

   Once an inmate-patient is evaluated and placed in the MHSDS program, the inmate-patient shall be processed by classification staff on a priority basis to ensure timely transfer to a treatment setting. All EOP designated inmate-patients shall be transferred to a treatment setting within 60 days of level of care designation, or 30 days of such designation, if clinically indicated. All CCCMS designated inmate-patients, with the exception of parole violators with 90 days or less to parole shall be transferred to a mainline institution within 90 days of level of care designation or 60 days of such designation, if clinically indicated. Inmates with less than 30 days to parole shall receive mental health services as described above, consistent with their clinical needs. Refer to transfer timeline table in Chapter 1, Program Guide Overview.

8. Staff and Self Referrals

   At any time during the Reception Center process, an inmate may refer himself or herself, or be referred by any staff member for a review by a mental health clinician. Referrals

| Reception Center  Mental Health Assessment | Mental Health Services Delivery System |
|---|---|

will be made on standardized forms and forwarded to the mental health office. All referrals will be entered into the data system to assure responses and facilitate scheduling.

Crisis cases identified by clinical and custody staff will be immediately referred to a psychologist or psychiatrist. Medication issues identified by clinical staff will be immediately referred to the psychiatrist.

Staff referral: Any staff member who observes possible signs or symptoms of a serious mental disorder may refer an inmate for clinical evaluation by completing a CDCR 128-MH5, Mental Health Referral Chrono, and handle as Self-referral process below. Any inmate who is observed to be a suicide risk, or in any other condition that requires crisis care, shall be immediately screened by a CCM to assess the potential for suicide and, if appropriate, referral to the MHCB for admission. On weekends and holidays, refer to Self-referral process below.

Self referral: Inmates may request a clinical interview to discuss their mental health needs. These requests are made on a Health Care Services Request Form, CDCR 7362. Mondays through Fridays, the following shall occur:

a) A health care staff member shall collect the CDCR Forms 7362 and staff referral forms each day from the designated areas.

b) Upon receipt of the collected forms, an RN/MTA shall initial and date each CDCR Form 7362 and staff referral form.

c) The CDCR Forms 7362 and mental health staff referral forms shall be delivered to the designated program representative in mental health services, dental services, or pharmacy services for same-day processing.

On weekends and holidays, the following shall occur:

a) The Treatment and Triage Area RN shall review each mental health staff referral form and CDCR Form 7362 for medical, dental, and mental health services, shall establish priorities on an emergent and non-emergent basis, and shall refer accordingly.

b) If a mental health clinician is not available, the medical officer of the day (MOD), physician on call or psychiatrist on call shall be contacted.

| Reception Center<br>Mental Health Assessment | Mental Health Services Delivery System |
|---|---|

Inmates will be seen by a mental health clinician or on weekends by the MOD, physician or psychiatrist on call within the clinically determined time frame.

a) Emergent – Emergency cases will be seen immediately or escorted to the Treatment and Triage area

b) Urgent – Urgent cases will be seen within 24 hours

c) Other Other cases will be seen within five working days. Copies of staff referral forms shall be placed in both the Central File and UHR for future reference. Staff members initiating referrals may be contacted directly, as necessary. Inmate self-referral forms shall be kept confidential, and the results of these interviews documented as deemed appropriate by the clinician.

9. Classification File Review

Correctional Counselors shall conduct a comprehensive central file review for all inmates received into the CDCR. This shall include a review of current commitment offense records and parole violation reports. Other documentation (e.g., Mental Health Placement Chronos or Probations Officers' Reports) containing information about prior mental health issues or placement in mental health treatment programs, or prior criminal history shall also be reviewed for indications of mental health needs, if applicable. A face-to-face interview shall also be conducted. The CC shall complete a staff referral when there are indications of a need for a mental health evaluation. The specific reason(s) for the mental health evaluation shall be noted on the CDCR Form 128-MH5, Mental Health Referral Chrono. Clinical recommendations for treatment shall be utilized in determining institutional placement.

10. Placement Decisions

The completed case file with results of mental health evaluations will be reviewed by Classification Staff Representatives for final placement decisions. Where treatment is required, the decision will necessitate placement in an institution with the availability of the recommended level of care (inpatient, (Mental Health Crisis Bed (MHCB), EOP, or CCCMS), consistent with the Department's policy on placements, based on security requirements.

11. Data Processing

A data processing station within mental health services at each Reception Center will process screening assessments, receive all referrals for evaluation, schedule clinicians to

| Reception Center | Mental Health Services Delivery System |
|---|---|
| Mental Health Assessment | |

conduct evaluations, process (type, record, distribute) completed evaluations, track inmates through the stages of assessment, and submit periodic summaries of required data to institutional administrative staff and headquarters. It is important to emphasize that, in order to ensure the accurate collection of data; the system will be utilized by appropriately trained CDCR staff and will provide adequate safeguards to protect the security and confidentiality of the data. Inmate clerks are banned from having access to documents or records containing other inmates' mental health information (CCR, Title 15, § 3354, (b), (6)).