1. BILL LOCKYER
Attorney General of the State of California
2. JAMES M. HUMES
Chief Assistant Attorney General
3. FRANCES T. GRUNDER
Senior Assistant Attorney General
4. ROCHELLE C. EAST
Deputy Attorney General
5. LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6.  1300 I Street, Suite 125
 P.O. Box 944255
7.  Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
8.  Fax: (916) 324-5205

9. Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | CASE NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | |
| | **FOURTH STIPULATION AND [PROPOSED] ORDER RE: FEBRUARY 15, 2006 HEARING ON PLAINTIFFS' NOTICE OF DEFENDANTS' FAILURE TO COMPLY WITH JUNE 9, 2005 COURT ORDER RE: CPR POLICY** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | Hearing: February 15, 2006 |
| Defendants. | Time: 1:30 p.m. |
| | Courtroom: Four |
| | Judge: The Honorable Lawrence K. Karlton |

**STIPULATION**

The parties, by and through their counsel, stipulate as follows:

1. On August 26, 2005, Plaintiffs filed a Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: CPR Policy. The parties have engaged in negotiations concerning compliance with this Court's order of June 9, 2005, to

FOURTH STIPULATION RE. CPR

1

develop and implement a policy mandating the performance of cardiopulmonary resuscitation (CPR) by correctional officers, regardless of their duty statement.

2. On January 4, 2006, this Court entered an order providing for additional briefing on compliance with the June 9, 2005 order, with defendants to submit declarations from wardens system-wide concerning compliance efforts by January 31, 2006. Further, this Court scheduled a hearing on the matter for February 15, 2006 at 1:30 p.m.

3. Upon reviewing the submitted declarations of the wardens, the parties agree to request the court monitors, during the seventeenth round of monitoring, to:

a. Review the inventories of cut-down kits in every institution with the staff who prepared them to confirm that cut-down kits, with the appropriate equipment, are available in all housing units and/or, where appropriate, check for the presence of complete cut-down kits in individual housing units;

b. Review institutional procedures for ensuring that all staff returning to duty after an absence or newly hired staff have received training in CPR pursuant to the amended CPR policy and the use of the CPR shield; and,

c. Review 837 incident reports on emergency responses involving inmates on the mental health caseload where CPR was either initiated or not initiated when its use seemed appropriate.

4. The parties agree that by March 1, 2006, Defendants will provide the Special Master with a list of persons in institutions who conducted the inventories in each facility, including those heretofore unidentified responsible persons in Avenal State Prison, California Correctional Center, Correctional Training Facility, Calipatria State Prison, California Men's Colony, California Substance Abuse Treatment Facility and State Prison, San Quentin State Prison, North Kern State Prison, and Kern Valley State Prison.

//
//
//
//

FOURTH STIPULATION RE. CPR

5.   Plaintiffs hereby request this Court to approve their voluntary dismissal of the notice of noncompliance.

IT IS SO STIPULATED

Dated: February 9, 2006    By:    */s/ Lisa Tillman*
LISA TILLMAN, ESQ.
Deputy Attorney General
Office of the Attorney General
Attorneys for Defendants

Dated: February 9, 2006    By:    */s/ Jane Kahn*
JANE KAHN, ESQ.
Rosen, Bien & Asaro, LLP
Attorneys for Plaintiffs

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1.   The hearing on Plaintiffs' Notice of Defendants' Failure to Comply with the June 9, 2005 Court Order, Paragraphs 2 and 5, Re: Suicide Prevention Policies, set for February 15, 2006, at 1:30 p.m. is hereby taken off-calendar and canceled.

2.   By March 1, 2006, Defendants will provide the Special Master with a list of persons in institutions who conducted the inventories in each facility, including those heretofore unidentified responsible persons in Avenal State Prison, California Correctional Center, Correctional Training Facility, Calipatria State Prison, California Men's Colony, California Substance Abuse Treatment Facility and State Prison, San Quentin State Prison, North Kern State Prison, and Kern Valley State Prison.

3.   During the seventeenth round of monitoring the court monitors shall:

a. Review the inventories of cut-down kits in every institution with the staff who prepared them to confirm that cut-down kits, with the appropriate equipment, are available in all housing units and/or, where appropriate, check for the presence of complete cut-down kits in individual housing units;

b. Review institutional procedures for ensuring that all staff returning to duty after an absence or newly hired staff have received training in CPR pursuant to the amended CPR policy and the use of the CPR shield.

FOURTH STIPULATION RE. CPR

4. The Court hereby leaves to the monitors' discretion how best to conduct a review of 837 incident reports on emergency responses involving inmates on the mental health caseload where CPR was either initiated or not initiated when its use seemed appropriate.

6. This Court hereby approves and so orders Plaintiffs' request for a voluntary dismissal of the notice of noncompliance.

Dated:                              By:_____
                                         HON. LAWRENCE K. KARLTON
                                         United States District Court Judge

30086774.wpd

FOURTH STIPULATION RE. CPR

4

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Coleman v. Schwarzenegger, et al**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 9, 2006</u>, I served the attached **STIPULATION AND (PROPOSED) ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft
H-86887
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 9, 2006, at Sacramento, California.


|  A Buckley  |  */s/ A Buckley* |
| :---: | :---: |
| Declarant | Signature |

30087711.wpd