1   PRISON LAW OFFICE
    DONALD SPECTER (State Bar # 83925)
2   STEVE FAMA (State Bar # 99641)
    General Delivery
3   San Quentin, California 94964
    Telephone (415) 457-9144
4
    BINGHAM McCUTCHEN
5   WARREN GEORGE (State Bar # 53588)
    Three Embarcadero Center
6   San Francisco, California 94111-4066
    Telephone (415) 393-2000
7
    ROSEN, BIEN & ASARO, LLP
8   MICHAEL W. BIEN (State Bar # 096891)
    SANFORD JAY ROSEN (State Bar # 062566)
9   THOMAS NOLAN (State Bar # 169692)
    ERNEST GALVAN (State Bar # 196065)
10  155 Montgomery Street, 8th Floor San Francisco, California  94104
    Telephone (415) 433-6830
11
    HELLER, EHRMAN, WHITE & McAULIFFE
12  RICHARD L. GOFF (State Bar # 36377)
    701 Fifth Avenue
13  Seattle, Washington 98104
    Telephone (206) 447-0900
14
    Attorneys for Plaintiffs
15
16              IN THE UNITED STATES DISTRICT COURT
17              EASTERN DISTRICT OF CALIFORNIA
18
    RALPH COLEMAN,                    )  Case No. Civ. S 90-0520 LKK-JFM
19                                    )
            Plaintiff,                )  **STIPULATION AND [PROPOSED]**
20                                    )  **ORDER CONFIRMING UNDISPUTED**
    vs.                               )  **ATTORNEYS' FEES AND COSTS FOR**
21                                    )  **THE THIRD QUARTER OF 2005**
    ARNOLD SCHWARZENEGGER, et al.,    )
22                                    )
            Defendants                )
23  _____   )
24
25          On March 19, 1996, the District Court established procedures by which plaintiffs are
26  to collect periodic attorneys' fees and costs in this case in connection with their work
27  monitoring defendants' compliance with the Court's Orders and collecting fees.
28
    489\5\pleading\

1      Pursuant to these procedures, the parties have met and conferred concerning fees and

2  costs incurred by plaintiffs' attorneys during the Third Quarter of 2005. As a result of the

3  meet and confer session concerning the Third Quarter Statement for 2005, the parties are

4  able to agree to the payment of $341,446.40 in fees and costs incurred during the Third

5  Quarter of 2005. Attached hereto as Exhibit A are charts setting forth the fees and expenses

6  now due and owing on the Third Quarter of 2005. This agreement resolves all disputed

7  fees and costs for the Third Quarter of 2005 except for $8,422.95 in fees and costs incurred

8  by plaintiffs' counsel in monitoring compliance and in investigating and challenging

9  classification policies of the CDCR that interfere with access by members of the plaintiff

10  class to mental health care. The parties agree to defer any dispute over these fees and agree

11  that plaintiffs may seek compensation in the future once the status of these issues has been

12  addressed more thoroughly in the case.

13      WHEREFORE, IT IS CONFIRMED that $341,446.40, plus interest is due and collectable

14  as of 45 days from the date of entry of this order. Daily Interest runs from December 12, 2005 at

15  the rate of 4.38%.

16

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $341,446.40 | 4.38% | $40.97 | December 12, 2005 |

18  (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

19  IT IS SO ORDERED.

20  Dated:

21                                          John F. Moulds, Magistrate Judge
United States District Court

22  APPROVED AS TO FORM:

23  _/s/ Lisa Tillman_                         DATED: 2 - 9 - 06

24  Lisa Tillman, Esq.
Deputy Attorney General

25  Attorney for Defendants

26  _/s/ Thomas Nolan_                       DATED: 2 - 10 - 06

27  Thomas Nolan, Esq.
Rosen, Bien & Asaro

28  Attorneys for Plaintiffs

**Exhibit A**

<u>Coleman v. Schwarzenegger</u>
Second Quarterly Statement of 2005
April 1, 2005 through June 30, 2005

SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED | |
|---|---|---|
|  | <u>FEES</u> | <u>COSTS</u> |
| **MONITORING** | $ 309,513.29 | $ 18,518.70 |
| **MONITORING FEES ON FEES** | $ 13,093.68 | $ 320.73 |
| **CLASSIFICATION FEES** | $ - | $ - |
| **TOTALS:** | $ 322,606.97 | $ 18,839.43 |

**TOTAL UNDISPUTED FEES AND COSTS**    $ 341,446.40

**AMOUNT REMAINING IN DISPUTE**    $8,422.95

**Summary Of Undisputed Fees - Third Quarterly Statement, 2005**
July 1, 2005 through September 30, 2005

**Monitoring Work**

*Matter: 489-3*

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 of Certain Hours | 70/30 = 30% Withdrawn By Plaintiff | 75/25= 25% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 110.90 | 3.70 | 1.30 | 0.00 | 0.00 | 0.00 | 2.40 | 0.00 | 110.30 | $ 169.50 | $ 18,695.85 |
| Jane E. Kahn (JEK) | 329.30 | 25.95 | 4.20 | 11.10 | 3.30 | 0.00 | 7.35 | 0.00 | 314.71 | $ 169.50 | $ 53,343.77 |
| Thomas Nolan (TN) | 320.40 | 49.80 | 18.90 | 13.50 | 6.40 | 0.00 | 11.00 | 0.00 | 300.95 | $ 169.50 | $ 51,011.03 |
| Katherine Sher (KS) | 78.90 | 59.20 | 8.30 | 1.50 | 14.50 | 8.50 | 26.40 | 0.00 | 61.00 | $ 169.50 | $ 10,339.50 |
| Martin D. White (MDW), Clerk | 5.80 | 2.50 | 0.00 | 0.50 | 2.00 | 0.00 | 0.00 | 0.00 | 4.30 | $ 140.00 | $ 602.00 |
| Kim Le (KTL) | 81.50 | 20.20 | 3.70 | 0.00 | 5.30 | 0.60 | 10.60 | 0.00 | 76.02 | $ 150.00 | $ 11,403.00 |
| Daniel M. Markman (DMM) | 20.60 | 3.20 | 1.80 | 0.50 | 0.00 | 0.00 | 0.90 | 0.00 | 19.88 | $ 150.00 | $ 2,981.25 |
| Salvador Arrona (SA) | 24.10 | 1.70 | 0.10 | 0.30 | 0.30 | 0.00 | 1.00 | 0.00 | 23.40 | $ 140.00 | $ 3,276.00 |
| Paloma K. Wu (PKW) | 420.80 | 68.80 | 10.10 | 3.30 | 4.60 | 4.80 | 46.00 | 0.00 | 402.26 | $ 140.00 | $ 56,316.40 |
| Anna Oppenheim (AO) | 124.50 | 35.40 | 2.30 | 0.00 | 7.30 | 8.60 | 17.20 | 0.00 | 113.97 | $ 140.00 | $ 15,955.80 |
| Nathan J. Kleiner (NJK) | 394.00 | 54.60 | 9.30 | 2.90 | 4.60 | 6.30 | 31.50 | 0.00 | 379.04 | $ 140.00 | $ 53,064.90 |
| **RBA Totals:** | **1910.80** | **325.05** | **60.00** | **33.60** | **48.30** | **28.80** | **154.35** | **0.00** | **1805.82** | | **$ 276,989.49** |

| | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 = 30% Withdrawn By Plaintiff | 75/25= 25% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Donald Specter (DS) | 3.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.10 | $ 169.50 | $ 525.45 |
| Steven Fama (SF) | 4.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.70 | $ 169.50 | $ 796.65 |
| Keith Wattley (KW) | 67.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 67.60 | $ 169.50 | $ 11,458.20 |
| Della Burke (DB) | 11.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11.50 | $ 140.00 | $ 1,610.00 |
| Noor Dawood (ND) | 129.90 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 0.00 | 129.53 | $ 140.00 | $ 18,133.50 |
| **PLO Totals:** | **216.80** | **1.50** | **0.00** | **0.00** | **0.00** | **0.00** | **1.50** | **0.00** | **216.43** | | **$ 32,523.80** |

| | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 = 30% Withdrawn By Plaintiff | 75/25= 25% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employment Law Center** | | | | | | | | | | | |
| Claudia Center | 20.40 | 20.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.40 | 0.00 | $ 169.50 | $ - |
| Lewis Bossing | 27.70 | 27.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 27.70 | 0.00 | $ 169.50 | $ - |
| **ELC Hours:** | **48.10** | **48.10** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **48.10** | **0.00** | | **$ -** |

| | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 of Certain Hours | 70/30 = 30% Withdrawn By Plaintiff | 75/25= 25% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Monitoring - All Offices** | **2175.70** | **374.65** | **60.00** | **33.60** | **48.30** | **28.80** | **155.85** | **48.10** | **2022.25** | | **$309,513.29** |

3rd Qtr-Undisputed Total Fees.xls

1/20/2006

## Fees Work

**Matter: 489-5**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | 75/25 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 |
| Thomas Nolan (TN) | 9.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.70 | $ 169.50 | $ 1,644.15 |
| Pamela Derrico (PD) | 63.60 | 1.70 | 0.00 | 0.00 | 0.00 | 0.00 | 1.70 | 0.00 | 63.18 | $ 175.00 | $ 11,055.63 |
| RBA Totals: | **73.50** | **1.70** | **0.00** | **0.00** | **0.00** | **0.00** | **1.70** | **0.00** | **73.08** | | **$ 12,733.68** |
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Edie DeGraff (ED) | 2.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.40 | $ 150.00 | 360.00 |
| PLO Totals: | **2.40** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2.40** | | **$ 360.00** |
| **Total Fees - All Offices** | **75.90** | **1.70** | **0.00** | **0.00** | **0.00** | **0.00** | **1.70** | **0.00** | **75.48** | | **$ 13,093.68** |

## Classification Policies That Interfere With Access to Mental Healthcare Work

**Matter: 489-9**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | 75/25 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | | |
| Kim Le (KTL) | 1.80 | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.80 | 0.00 | $ 150.00 | $ - |
| RBA Totals: | **1.80** | **1.80** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1.80** | **0.00** | | **$ -** |
| **Total - All Offices** | **1.80** | **1.80** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1.80** | **0.00** | | **$ -** |

**Amount Remaining in Dispute:** **$8,422.95**

Coleman v. Schwarzenegger

Summary Of Undisputed Costs - Third Quarterly Statement, 2005
July 1, 2005 through September 30, 2005

**Matter: 489-3 (Monitoring)**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | 50/50 Of Certain Costs | Undisputed Costs |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | | |
| Photocopying (in-house @.20) | $ 7,906.40 | $ 7,906.40 | $ 7,906.40 | $ - | $ - | $ 7,906.40 |
| Photocopying (outside services) | $ 3,779.87 | $ 3,779.87 | $ 3,779.87 | $ - | $ - | $ 3,779.87 |
| Arval Legal Services - Copy Docs | $ 1,066.25 | $ 1,066.25 | $ 1,066.25 | $ - | $ - | $ 1,066.25 |
| Postage & Delivery | $ 1,149.41 | $ - | $ - | $ - | $ - | $ 1,149.41 |
| Telephone | $ 239.89 | $ - | $ - | $ - | $ - | $ 239.89 |
| Westlaw | $ 728.70 | $ - | $ - | $ - | $ - | $ 728.70 |
| Telefax | $ 775.00 | $ - | $ - | $ - | $ - | $ 775.00 |
| Pacer (court) | $ 27.28 | $ - | $ - | $ - | $ - | $ 27.28 |
| Travel | $ 2,178.14 | $ 1,648.38 | $ - | $ 1,001.91 | $ 733.96 | $ 839.13 |
| **RBA Totals:** | $ 17,850.94 | $ 14,400.90 | $ 12,752.52 | $ 1,001.91 | $ 733.96 | $ 16,511.93 |
| | | | | | | |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (in-house) | $ 681.40 | $ - | $ - | $ - | $ - | $ 681.40 |
| Postage & Delivery | $ 698.46 | $ - | $ - | $ - | $ - | $ 698.46 |
| Telefax | $ 296.00 | $ - | $ - | $ - | $ - | $ 296.00 |
| Telephone | $ 13.72 | $ - | $ - | $ - | $ - | $ 13.72 |
| Travel | $ 317.19 | $ - | $ - | $ - | $ - | $ 317.19 |
| **Totals:** | $ 2,006.77 | $ - | $ - | $ - | $ - | $ 2,006.77 |
| | | | | | | |
| **Total Monitoring Costs:** | $ 19,857.71 | $ 14,400.90 | $ 12,752.52 | $ 1,001.91 | $ 733.96 | $ 18,518.70 |

**Matter: 489-5 (Monitoring Fees on Fees)**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | 50/50 Of Certain Costs | Undisputed Costs |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | | |
| Photocopying (in-house @.20) | $ 99.40 | $ - | $ - | $ - | $ - | $ 99.40 |
| Photocopying (outside service) | $ 156.35 | $ - | $ - | $ - | $ - | $ 156.35 |
| Postage & Delivery | $ 49.49 | $ - | $ - | $ - | $ - | $ 49.49 |
| Pacer (court) | $ 0.24 | $ - | $ - | $ - | $ - | $ 0.24 |
| Telephone | $ 15.25 | $ - | $ - | $ - | $ - | $ 15.25 |
| **Total Fees Costs:** | $ 320.73 | $ - | $ - | $ - | $ - | $ 320.73 |
| | | | | | | |
| **TOTAL UNDISPUTED COSTS** | $ 20,178.44 | $ 14,400.90 | $ 12,752.52 | $ 1,001.91 | $ 733.96 | $ 18,839.43 |