BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>          Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>          Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO SPECIAL MASTER'S FINAL REPORT AND RECOMMENDATIONS ON REVISED PROGRAM GUIDE** |

   Defendants respectfully submit the following objections to the Special Master's Final Report on the Defendants' Revised Program Guide:

A. **Classification Issues:** The report identifies disputed classification issues, including the elimination of the four points added to the classification score of inmates entering into CDCR with a history of mental illness, the addition of a requirement for the housing of EOP and 3CMS inmates in security levels commensurate with their classification scores, and an end to exclusion of EOP and 3CMS from participation in the programs and services available to the general population. (Report at p. 8.) In their responses to the Draft Report on the Revised Program

Guide, defendants agreed to the recommendation that EOP inmates receive annual point reductions in their classification scores for participation in their EOP-related programs. (Def. Response to Draft Report at p. 3.) The listing of classification issues contained in this Final Report exceeds those issues listed in the Draft Report. Defendants object on the basis that this Court lacks jurisdiction to hear the listed classification issues. Plaintiffs' counsel may argue the listed classification issues fall within the parameters of a claim under the Americans with Disabilities Act or the Rehabilitation Act. However, judgment in this action was based on the Eighth Amendment. Indeed, Plaintiffs chose to voluntarily dismiss their Rehabilitation Act claim prior to entry of judgment in this matter. Therefore, this Court does not have jurisdiction to determine the classification issues listed in the Final Report.

Further, the legal issues contained in each of the listed classification issues will require the development and determination of specific, individual claims and defenses under the Americans with Disabilities Act. Such claims and defenses are not properly heard by this Court in the course of an evidentiary hearing on the Program Guide.

Dated: February 14, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Deputy Attorney General


*/s/ Lisa Tillman*
LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30088425.wpd

DEF. OBJ. TO FINAL REPORT, REVISED PROGRAM GUIDE

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:    **Coleman v. Schwarzenegger, et al**

No.:    **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 14, 2006, I served the attached **RESPONSE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft
H-86887
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532

 Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 14, 2006, at Sacramento, California.

|  A Buckley  | /s/ A Buckley |
|---|---|
| Declarant | Signature |

30088711.wpd