**EXHIBIT A**

Letter to Special Master from CDCR Human Resources Deputy Director
on Impact of R&R Increases for Mental Health Clinicians
at California State Prison, Corcoran

Dated: January 3, 2006

01/03/2006 18:03   9163276390            CDC PERSONNEL EXAMS

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION      ARNOLD SCHWARZENEGGER, GOVERNOR
Case 2:90-cv-00520-KJM-SCR   Document 1762-1   Filed 02/15/06   Page 2 of 10

**HUMAN RESOURCES**
P.O. Box 942883
Sacramento, CA 94283-0001



| Post-it® Fax Note | 7671 | Date 1/3/06 | # of pages ▶ 9 |
|---|---|---|---|
| To Lisa Tillman | | From Tara Naisbitt | |
| Co./Dept. | | Co. | |
| Phone # | | Phone # 341-7009 | |
| Fax # | | Fax # | |

January 3, 2006

J. Michael Keating, Jr.              Via:    Lisa Tillman
Office of the Special Master                 Deputy Attorney General
2351 Sussex Lane                             Department of Justice
Fernandina Beach, FL 32034                   1300 I Street, Suite 125
                                             P.O. Box 944255
                                             Sacramento, CA 94244-2550

RE:   RALPH COLEMAN, et al. v. ARNOLD SCHWARZENEGGER, et al.
      USDC, Eastern District of California, Case No. CIV S-90-0520 LKK JFM P

Dear Mr. Keating:

The California Department of Corrections (CDCR) has conducted an initial review of the impact of the Recruitment and Retention (R&R) for mental health clinicians at California State Prison, Corcoran. However, due to the fact that the Pay Letter 05-24, which gives the institutions instructions on how to administer the R&R pay, was not published until September 2005, the Department is providing four months of data. This report is based on a comparison of the vacancies before and after the R&Rs were implemented.

The Department will be evaluating and implementing additional methodology to evaluate the success of the R&Rs such as new employee surveys, exist surveys, etc., to be able to provide a more in-depth analysis of the impact of the R&Rs, CDCR will provide an update at six months and again at one year to quantify the impacts of the R&R efforts unless otherwise directed by the Court.

If you have any further questions or concerns, please contact Tara Naisbitt, Chief, Office of Workforce Planning at (916) 341-7009.

Sincerely,

*Sandra Duveneck*
SANDRA DUVENECK
Deputy Director

Enclosure

cc:   Dr. Peter Farber-Szekrenyi     John Dovey
      Dr. Rene Kanan                 Judy Gelein
      Dr. Tim Fishback               Doug McKeever
      Dr. Margaret McAloon           Michael Stone

# Recruitment & Retention Impacts
## California State Prison-Corcoran
### January 2006 Response

The California Department of Corrections and Rehabilitation (CDCR) conducted an analysis of mental health vacancies during the 2005 calendar year, focusing on whether the July 1, 2005, Recruitment and Retention (R&R) bonus' have had an impact on reducing mental health vacancies for the institutions. The comparison results are as follows:

Based on the data from the institutions that received R&R, it appears that the R&Rs have had little impact in attracting new employees. However, since the Pay Letter 05-24, which instructs the institution personnel offices on how to set up the R&R pay was only issued in September 2005, the Department would like the opportunity to report 60 to 90 days out to the Court to demonstrate the impact over a full six month time period after which, CDCR will provide data at six months and one year to find out true impacts of the R&Rs. Specific information for California State Prison, Corcoran (COR) position allocation, vacancy status, and vacancy rates is attached as Exhibit A.

COR was contacted on January 3, 2006, in order to provide a current update of COR hiring status. COR indicates the following recruitment efforts were made:

### Chief Psychiatrist, Correctional Facility

Recruitment is currently underway. There is an incumbent currently serving as Acting Chief Psychiatrist.

### Chief Psychologist, Correctional Facility

Certification list was ordered today January 3, 2006; calls will be made tomorrow, January 4, 2006.

### Psychiatric Social Worker, Correctional Facility

Pending Hiring-above-minimum approval and receipt of health questionnaire from candidate.

### Psychiatric Technician (Safety)

Three candidate's scheduled, tentative date of January 5, 2006.

### Psychologist-Clinical, Correctional Facility

New names appeared as of January 3, 2006; Certification list reissued and will print on January 4, 2006, and candidates will be called.

1

### Recreational Therapist, Correctional Facility

Candidate was called on January 3, 2006, to ascertain if interested, will look for another appropriate candidate on list.

### Staff Psychiatrist, Correctional Facility

Pending Headquarters, Live Scan and credential verification – two candidates.

### Senior Psychiatrist (Supervisor), CF

Contact letters were sent out with a final file date of October 31, 2005. There were no responses. There are two individuals on the Certification list and contact letters were sent out. Interested candidates were interviewed on December 29, 2005.

### Senior Psychologist (Supervisor), CF

New employee started on December 20, 2005.

### Supervising Psychiatric Social Worker I, CF

Paperwork signed off on January 3, 2006; candidate to be called on January 3, 2006 and offered position on January 3, 2006.

### Testing

Examinations are administered on a frequent basis in order to assist the institutions in expediting the hiring process. The list identifying examining frequency for the mental health classifications is attached as Exhibit B.

### Advertising

The Office of Workforce Planning and Selection (OWP&S) purchased significant advertising in journals, internet and newspapers, advertising mental health vacancies. In addition, staff attended 'events' with the intent to recruit qualified candidates.

The CDCR advertises utilizing the internet, journals, and print ads in newspapers throughout the state. Currently, advertisement is provided via the internet with CareerBuilder.com which has 550 partnership sites, MilitaryExits.com, HealthECareers.com, and Medhunters.com. The internet allows us to post positions at specific locations and receive contacts from interested individuals worldwide in order to obtain a broader candidate pool. In addition, we advertise with various journals, such as the Journal of American Medical Association, Clinical Psychiatry News, Unique Opportunities, Orange County Psychiatric Society, Primary Psychiatry, Psychiatric News, and Psychiatric Services. These ads are reinforced by focused recruitment in newspapers near the institutions such as Bakersfield Californian, Fresno Bee, Hanford Sentinel, and Madera Tribune and others on a statewide basis.

### Mental Health Recruitment Events

The OWP&S within Human Resources oversaw all aspects of recruitment and examinations. The CDCR participates in various events/conferences, prepares and conducts presentations at colleges and universities, sending direct mailers to licensed mental health care professionals, conducting workshops to potential candidates to promote the Department as a viable employment opportunity to mental health professionals. During 2005, we participated in the following events:

- Psychiatrists: San Diego Psychiatric Society, April 2, 2005, San Diego, CA
- American Psychiatric Association 158th Annual Convention-May 21-26, 2005
- in Atlanta, GA
- Latino Behavioral Health Institute Eleventh Annual Conference; September 20-22, 2005 Universal City, CA
- Mental Health Congress, November 7, 2005, Las Vegas, NV.

In addition, CDCR conducted a nursing "hiring on the spot" job offer workshop at the California Medical Facility (CMF) in Vacaville, CA, with additional workshops being offered in the next few months. The workshops were held at the institution, providing tours, answering questions, and making job offers to individuals eligible to be hired. The CMF event was extremely successful, resulting in at least 30 hires. Based on the success of that event the next workshop being offered is a mental health workshop "hiring on the spot" for California State Prison, Sacramento during January 2006 and a nursing workshop with "hiring on the spot" at the Kern Valley State Prison, Delano, CA and surrounding institutions in March 2006.

3

CDCR has implemented a Mental Health Strike Team which consists of Psychiatrists, Psychologists, and other mental health professionals. The purpose of this focus group is to develop better ways of recruiting and retaining mental health professionals. This team will evaluate, modify, and/or develop additional recruitment materials that identify the benefits of working in a correctional environment. This team will:

- Provide a focused effort directed at recruiting qualified psychologists, psychiatrists, and other mental health classifications to work for the CDCR.
- Establish a peer-to-peer concept by using current CDCR Psychologists and Psychiatrists who are knowledgeable of the desirable qualifications for employment.
- Provide inputs into the development of advertisements, direct mailers, workshops, and assistance at events as the subject matter expert.
- Conduct presentations at colleges and universities.

A tentative recruitment plan for mental health is attached as Exhibit C. Additional events, direct mailers, etc. will be added as other recruitment activities arise.

The CDCR is strongly committed to reaching the vacancy rate level or less cited by the court order. Augmenting the existing efforts with the newly formed "Strike Team" is a step in the right direction.

**Exhibit A**

## Corcoran State Prison

| Classifications | *Allocated Positions | Vacant Jan-June 2005 (Prior to R&R) | Vacancy Rate | *Allocated Positions | Vacant July-Dec (After R&R) | Current Vacancy Rate |
|---|---|---|---|---|---|---|
| Chief Psychiatrist, CF | 1 | 1 | 100% | 1 | 1 | 100% |
| Chief Psychologist, CF | 1 | 0 | 0% | 1 | 1 | 100% |
| Psychiatric Social Worker, CF | 10 | 4 | 40% | 11.3 | 4 | 35.4% |
| Psychiatric Technician (Safety) | 20.1 | 3.1 | 15.42% | 27 | 8 | 29.6% |
| Psychologist-Clinical, CF | 26 | 17 | 65.38% | 28 | 19 | 67.9% |
| Recreational Therapist, CF | 4 | 2 | 50% | 7 | 4 | 57.14% |
| Staff Psychiatrist, CF | 9.5 | 6 | 63.16% | 10 | 7 | 70% |
| Senior Psychiatrist (Supervisor), CF | N/A | N/A | N/A | 1 | 1 | 100% |
| Senior Psychologist (Supervisor), CF | 3 | 1 | 33.3% | 3 | 1 | 33.3% |
| Supervising Psychiatric Social Worker I, CF | 2 | 0 | 0% | 3 | 1 | 33.3% |

*As of July 1, 2005, additional positions were allocated through the budget; therefore, the vacancy rates may appear to have increased along with the increase in allocated positions.

**Exhibit B**

| Classification | Testing Frequency |
| --- | --- |
| Chief Psychiatrist, Correctional Facility | Administered quarterly and additional administrations can be added as needed. |
| Chief Psychologist, Correctional Facility | Administered every two months with applications being accepted continuously. |
| Psychiatric Social Worker, Correctional Facility | Monthly with applications being accepted continuously. |
| Psychiatric Technician (Safety) | Monthly with applications being accepted continuously. |
| Psychologist-Clinical, Correctional Facility | Monthly with applications being accepted continuously. |
| Recreational Therapist, Correctional Facility | Delegated to the institutions to be given as frequently as needed. |
| Staff Psychiatrist, Correctional Facility | Administered every two weeks with applications being accepted continuously. |
| Staff Psychiatrist (Supervisor), CF | Administered quarterly and additional administrations can be added as needed. |
| Staff Psychologist (Supervisor), CF | Administered every two months with applications being accepted continuously. |
| Supervising Psychiatric Social Worker I, CF | Administered on an annual basis and additional administrations can be added as needed. |

**Exhibit C**

Recruitment Plan

| Date | Event Name/Mailer | Location | Classes Targeted |
|---|---|---|---|
| January 14, 2006 | San Diego Psychiatric Society | San Diego, CA | Psychiatrist |
| January 21, 2006 | S. California Psychiatric Society | Santa Monica, CA | Psychiatrist |
| January 2006 | University of Nevada, Reno | Mailer | Psychologist |
| January 2006 | University of Arizona, Tucson | Mailer | Psychologist |
| January 2006 | Atascadero State Hosp/Cuesta College | Mailer | Psych Tech |
| February 2006 | CA School of Professional Psychology, Alliant International University | Fresno, CA | Psychologist |
| February 2006 | University of California, Davis | Davis, CA | Psychiatrist |
| February 2006 | University of Oregon | Eugene, Oregon | Psychologist |
| February 2006 | Yuba City College | Marysville, CA | Psych Tech |
| March 2006 | West Hills Community College | Mailer | Psych Tech |
| March 15-17, 2006 | Forensic Mental Hlth Assoc of Ca Conference | Seaside, CA | Psychiatrist |
| March 17-19, 2006 | Central CA Psychiatrist Society Annual Conference | Aptos, CA | Psychiatrist |
| March 23-26, 2006 | CA Psychological Association | San Francisco, CA | Psychologist |
| March 31-April 1, 2006 | North CA Psychiatrist Society Annual Mtg/UCSF Job Fair | Monterey, CA | Psychiatrist |
| April 27-30, 2006 | Western Psychologist Association Regional Meeting | Palm Springs, CA | Psychologist |
| April 2006 | Loma Linda University | Mailer | Psychiatrist |
| April 2006 | University of California, San Diego | Mailer | Psychiatrist |
| April 2006 | San Joaquin Delta College | Stockton, CA | Psych Tech |
| May 2006 | San Bern. Valley College | Mailer | Psych Tech |
| May 11-13, 2006 | Oregon Psychological Association | Portland, Oregon | Psychologist |
| May 2006 | University of Nevada, Los Vegas | Mailer | Psychology |
| May 2006 | Seattle Pacific University | Mailer | Psychology |

7

| Date | Event Name/Mailer | Location | Classes Targeted |
|---|---|---|---|
| June 2006 | Porterville College | Mailer | Psych Tech |
| June 2006 | University of California, San Francisco | San Francisco, CA | Psychiatrist |
| June 2006 | Stanford University | Stanford, CA | Psychiatrist/Psychologist |
| September 2006 | University of Southern California | Compton, CA | Psychiatrist/Psychologist |
| September 2006 | University of California, Los Angeles, Kern Co/Bakersfield Campus | Kern Co/Bakersfield Campus | Psychiatrist/Psychologist |
| September 2006 | University of California, Irvine | Irvine, CA | Psychiatrist/Psychologist |
| October 6-8, 2006 | California Psychiatrist Association Conferences/Meetings | Dana Point, CA | Psychiatrist |
| October 2006 | University of California, Berkeley | Berkeley, CA | Psychologist |
| October 2006 | Various Mailers | | Psychiatrist/Psychologist |
| November 2006 | Napa Valley College | Napa | Psych Tech |
| November 2006 | Santa Rosa Junior College | Santa Rosa | Psych Tech |

8