**EXHIBIT B**

Pay Letter 05-24 Issued by California Department of Personnel Administration

Dated: September 19, 2005

PAY LETTER: 05-24
ISSUE DATE: September 19, 2005

# DEPARTMENT OF PERSONNEL ADMINISTRATION
## SECTION I

## SUMMARY OF REVISIONS TO THE FIFTY-SECOND EDITION (MARCH 2004) OF THE CALIFORNIA STATE CIVIL SERVICE PAY SCALES LOCATED ON DPA'S PUBLIC WEB SITE
http://www.dpa.ca.gov/jobinfo/pay_scales/toc.shtm

For questions regarding Section I, call (916) 324-9381, (ATSS) 454-9381.
Technical questions will be referred to the appropriate DPA analyst.

The following changes are now updated on the electronic Pay Scales. Changes to the Alphabetical and Schematic Listings (Section 15) will be updated within the first week of each month.

### SECTION 14: PAY DIFFERENTIALS

1. PAY DIFFERENTIAL 260
   RECRUITMENT AND RETENTION PAY DIFFERENTIAL - AIR RESOURCES ENGINEER is abolished: (Effective 06/01/05)

   **DOCUMENTATION:** The State Controller's Office will manually update the employment history records of the affected employees to delete Earnings ID: 8K70. The deletion will be reflected on the SAL transaction used to implement the Air Resources Engineer, Range C, salary increase per Section 15 below.

2. PAY DIFFERENTIAL 295
   COLEMAN - MENTAL HEALTH CLINICIANS RECRUITMENT AND RETENTION DIFFERENTIAL - UNITS 16, 18, 19, AND EXCLUDED is established: (Effective 07/01/05)

   **DOCUMENTATION:** Except for employees in the Psychiatric Social Worker (Health Facility) (Safety) (class code 9869), the State Controller's Office will manually update the employment history records of the employees in the classes and location specified in the pay differential specification/criteria. A 350 transaction with a 07/01/05 effective date will result from the update to add the appropriate recruitment and retention pay differential Earnings ID. The update effort will also include the correction of subsequent transactions as appropriate.

   Departments will need to process the 350 transaction for the Psychiatric Social Worker (Health Facility) (Safety) employees per the attached pay differential specification/criteria.

Pay Letter 05-24
Page 2

Adjustment payments for the following payments will automatically be made once an employee's employment history record is updated:

- Regular pay, except as noted below.
- Regular overtime pay (non-FLSA overtime).
- Lump sum pay.
- Holiday pay, system generated rate (payment type S, payment type suffix H).

Departments will need to request adjustments to FLSA overtime payments (payment type 1, payment type suffix F) via the PIP System. Departments will also need to submit Form STD. 674/674D to request adjustments for the following payments:

- Regular pay with dock applied for employees with a mid-month change.
- Regular pay for employees on an alternate work schedule or paid from a shift designated agency code and time paid does not equal time possible for the pay period.
- Industrial disability leave (IDL).
- Nonindustrial disability leave (NDI), if benefits begin the 07/2005 pay period.
- NDI Annual Leave Supplementation.
- Holiday pay, user entered rate (payment type S, payment type suffix G).

3  PAY DIFFERENTIAL 296
   PHLEBOTOMY CERTIFICATION - UNIT 11 is established: (Effective 09/01/05)

   **DOCUMENTATION:** The Department should process Form 671 transactions using Earnings ID: 8BLD

## SECTION 15: ALPHABETICAL LISTING

1. The following class, Range C only, shall be increased by 5% at the minimum and maximum of the salary range. All employees in the class in Range C shall be entitled to the 5% increase in their base pay that was rolled in from Pay Differential 260 per above Section 14. (Effective 06/01/05).

| Schem Code | Class Code | Class Title | OSR 05/31/05 | NSR w/06/01/05 PD Roll-In | NSR w/07/01/05 4.8% GSI |
|---|---|---|---|---|---|
| IA84 | 3735 | Air Resources Engineer, Range C | $4424 - 5374 | $4645 - 5643 | $4868 - 5914 |

Pay Letter 05-24
Page 3

**DOCUMENTATION:** The State Controller's Office will manually process an employment history SAL transaction effective 06/01/05 to increase the salary rate of the employees in the above class/range. The SAL transaction will also reflect the deletion of Pay Differential 260 per above Section 14. The update effort will also include the correction of subsequent transactions as appropriate including the 07/01/05 effective date GEN transaction.

Once the SAL transaction is posted on employment history, a new out-of-sequence transaction must have the salary rate entered if allowed on the transaction. If not entered, the salary rate per the SAL transaction will be reflected on the transaction and could create an overpayment situation. If allowed and applicable, Earnings ID: 8K70 must also be entered on the new out-of-sequence transaction. See Personnel Action Manual Section 9 for further processing information.

Per DPA, the MSA transaction shall be applied before a salary range change. Thus, the 06/01/05 effective date MSA transaction must be posted on employment history before the 06/01/05 SAL transaction. Key enter the GSI Code O (an alpha 'O' in the GSI field on the PAR1 update screen) on the MSA or MSAC transaction to denote the old salary rate. Failure to enter the GSI Code O could result in an incorrect base salary rate and/or anniversary date (i.e., overpayment).

Adjustment payments for the following payments will automatically be made once an employee's employment history record is updated:

- Regular pay, except as noted below.
- Regular overtime pay (non-FLSA overtime).
- Lump sum pay.
- Holiday pay, system generated rate (payment type S, payment type suffix H).

Departments will need to request adjustments to FLSA overtime payments (payment type 1, payment type suffix F) via the PIP System. Departments will also need to submit Form STD. 674/674D to request adjustments for the following payments:

- Regular pay with dock applied for employees with a mid-month change.
- Regular pay for employees on an alternate work schedule or paid from a shift designated agency code and time paid does not equal time possible for the pay period.
- Industrial disability leave (IDL).
- Nonindustrial disability leave (NDI), if benefits begin the 07/2005 pay period.
- NDI Annual Leave Supplementation.
- Holiday pay, user entered rate (payment type S, payment type suffix G).

2. The following classes shall be adjusted by increasing the minimum and the maximum of the salary range by 10 percent. Employees whose salary rate is less than the minimum

Pay Letter 05-24
Page 4

of the new salary range shall move to the new minimum salary rate and shall retain their salary anniversary date. (Effective 07/01/05)

Employees who have been at the old maximum salary rate for a minimum of twelve (12) qualifying pay periods shall receive a 5 percent increase and a new 12-month salary anniversary date. Employees at the old maximum salary rate for less than twelve (12) qualifying pay periods shall receive a new salary anniversary date based on qualifying service at the old maximum salary rate. Qualifying service towards the twelve (12) qualifying pay periods shall be in accordance with DPA Rules 599.682(b) and 599.687.

All other employees shall retain their salary rate and their salary anniversary date (MSA).

| Schem Code | Class Code | Class Title | Compensation From | Compensation To |
|---|---|---|---|---|
| CR95 | 1671 | Communications Supervisor | $3193 - 3880 | $3512 - 4268 |
| CR60 | 1662 | Public Safety Dispatch Supervisor I, California Highway Patrol | $3193 - 3880 | $3512 - 4268 |
| CR55 | 1665 | Public Safety Dispatch Supervisor II, California Highway Patrol | $3674 - 4466 | $4041 - 4913 |

**DOCUMENTATION:** The State Controller's Office will manually update the employment history records of full-time or fractional time base employees who are in the above classes and below the new minimum salary rate or at the old maximum salary rate. A SAL or 330 transaction (for employees at the old maximum salary rate for less than 12 qualifying pay periods) with a 07/01/05 effective date will result from the update process. Departments will need to process a SAL or 330 transaction for intermittent time base employees who are below the new minimum salary rate or at the old maximum salary rate.

Once the SAL or 330 transaction is posted on employment history, a new out-of-sequence transaction must have the salary rate and/or anniversary date entered if allowed on the transaction. If not entered, the salary rate and anniversary date per the SAL or 330 transaction will be reflected on the new transaction and could create an overpayment situation. See Personnel Action Manual Section 9 for further processing information.

Per DPA, the MSA transaction shall be applied before a salary range change. Thus, the 07/01/05 effective date MSA transaction must be posted on employment history before the 07/01/05 SAL transaction. Key enter the GSI Code O (an alpha 'O' in the GSI field on the PAR1 update screen) on the MSA or MSAC transaction to denote the old salary rate. Failure to enter the GSI Code O could result in an incorrect base salary rate and/or anniversary date (i.e., overpayment).

01/13/2006 16:39 9163276390 CDC PERSONNEL EXAMS PAGE 06

Pay Letter 05-24
Page 5

Departments will need to submit to the State Controller's Office the out-of-sequence transaction package with one or more 07/01/05 effective date transaction reflecting a salary rate below the new minimum or the old maximum salary rate. The transactions will require special processing to override the salary/anniversary date automated employment history online audits that will be received on the transactions.

Adjustment payments for the following payments will automatically be made once an employee's employment history record is updated:

- Regular pay, except as noted below.
- Regular overtime pay (non-FLSA overtime).
- Lump sum pay.
- Holiday pay, system generated rate (payment type S, payment type suffix H).

Departments will need to request adjustments to FLSA overtime payments (payment type 1, payment type suffix F) via the PIP System. Departments will also need to submit Form STD. 674/674D to request adjustments for the following payments:

- Regular pay with dock applied for employees with a mid-month change.
- Regular pay for employees on an alternate work schedule or paid from a shift designated agency code and time paid does not equal time possible for the pay period.
- Industrial disability leave (IDL).
- Nonindustrial disability leave (NDI) if benefits begin the 07/2005 pay period.
- NDI Annual Leave Supplementation.
- Holiday pay, user entered rate (payment type S, payment type suffix G).