1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   KEITH WATTLEY Bar No.: 203366
3  General Delivery
   San Quentin, California 94964
4  Telephone: (415) 457-9144

5  ROSEN, BIEN & ASARO, LLP
   MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
   THOMAS NOLAN Bar No.: 169692
7  155 Montgomery Street, 8th Floor
   San Francisco, California 94104
8  Telephone: (415) 433-6830

9  THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
10 CLAUDIA CENTER Bar No.: 158255
   LEWIS BOSSING Bar No.: 227402
11 600 Harrison Street, Suite 120
   San Francisco, CA 94107
12 Telephone: (415) 864-8848

   BINGHAM, McCUTCHEN, LLP
   WARREN E. GEORGE Bar No.: 53588
   Three Embarcadero Center
   San Francisco, California 94111
   Telephone: (415) 393-2000

   HELLER, EHRMAN, WHITE &
   McAULIFFE
   RICHARD L. GOFF Bar No.: 36377
   701 Fifth Avenue
   Seattle, Washington 98104
   Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' REVISED PROGRAM GUIDE** |

1   The Special Master's Report and Recommendations on Defendants' Revised Program Guide was filed on February 3, 2006. Defendants filed the January 2006 Revised Program Guide on February 3, 2006. Defendants filed limited objections to the Special Master's Report on February 14, 2006, concerning issues of classification and disability discrimination. Plaintiffs filed objections on February 17, 2006, listing and clarifying their remaining objections to the January 2006 Revised Program Guide. The court has reviewed the Special Master's Report and the objections to the Report filed by the parties.

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The court hereby approves the undisputed provisions of the January 2006 Revised Program Guide, and orders defendants to immediately implement all such provisions.

2. The following disputed sections of the Revised Program Guide would, if implemented, reduce the amount of care currently mandated by the 1997 Program Guides. As to these disputed sections, the requirements of the 1997 Program Guide shall continue to apply until plaintiffs' objections have been heard and decided:

   a. On page 12-7-4 of the Revised Program Guide, the defendants' proposed reduction in daily psych tech rounding for non-MHSDS inmates in administrative segregation to once a week rounds. The 1997 Program Guide requirement of daily rounds shall continue to apply.

   b. On page 12-7-6 of the Revised Program Guide, the defendants' proposed reduction in individual clinical case management contacts for 3CMS inmates housed in administrative segregation to every other week clinical contacts. The 1997 Program Guides requirement of weekly clinical contacts shall continue to apply.

3. Plaintiffs have filed and maintained objections to various additional provisions in the Revised Program Guides. Defendants are hereby ordered to immediately implement these sections of the Revised Program Guide, even though they remain in dispute. These remaining disputes are set forth in plaintiffs' objections. In addition, plaintiffs request that certain additional requirements be added to the Revised Program Guide. The court, after consultation

with the parties and the special master, will determine an appropriate procedure for hearing plaintiffs' objections and schedule these remaining issues for resolution.

    4.    The special master and the parties are directed to finalize the provisions of the Program Guide related to the review of psychiatrist qualifications, staffing ratios, CPR and video monitoring within 30 days. The parties are also directed to report to the court concerning the resolution of those matters within 45 days.

Dated: _____

    _____
    Honorable Lawrence K. Karlton
    United States District Court