PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

)
)
)
)
)
)
)
)
)
)
)
)

No.: Civ S 90-0520 LKK-JFM

**[PROPOSED] ORDER REGARDING
THE SPECIAL MASTER'S REPORT ON
THE IMPACT OF DEFENDANTS'
INCREASES IN DIFFERENTIAL PAY
FOR MENTAL HEALTH CLINICIANS
IN CSP-CORCORAN**

Pltr's Proposed Ord to Resp to SM's Rpt on the Impact of Def's Dif Pay for MH Clinicians at CSP-Cor, 2-21-06, 489-3.DOC

[PROPOSED] ORDER REGARDING THE SPECIAL MASTER'S REPORT ON THE IMPACT OF DEFENDANTS' INCREASES IN
DIFFERENTIAL PAY FOR MENTAL HEALTH CLINICIANS IN CSP-CORCORAN, NO.: CIV S 90-0520 LKK-JFM

The Special Master's Report on the Impact of Defendants' Increases in Differential Pay for Mental Health Clinicians in California State Prison, California ("February 2006 Special Master Report") was filed on February 15, 2006.  Plaintiffs filed a response on February 21, 2006, requesting that the Court set forth specific orders directing defendants to comply with the recommendations of the February 2006 Special Master Report.  The Court has reviewed the February 2006 Special Master Report and the Response filed by plaintiffs.

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1.    Defendants shall be given 90 days, from the date of their report filed on January 3, 2006, to reduce the vacancy rate among all categories of mental health personnel at CSP-Corcoran, including psychiatrists, case managers, psych techs, recreational techs and supervisory clinicians, to ten percent or less through the employment of permanent staff and/or contract providers.  Defendants shall file a Report with the Court no later than April 10, 2006, which sets forth the vacancy rate as of April 3, 2006, for each category of mental health personnel at CSP-Corcoran, including psychiatrists, case managers, psych techs, recreational techs and supervisory clinicians.  In the event that defendants have not established a vacancy rate of ten percent or less for each of these clinical categories, defendants must immediately implement the R & R enhancements specified below for each deficient clinical category:

a.    All psychiatrists (staff and supervisory) and all psych techs to be paid the same R & R enhancement per pay period as their peers at Pelican Bay State Prison are currently paid;

b.    All case managers and case manager supervisors to be paid a further R & R enhancement of $850.00 per pay period over and above their recently increased enhancement;

c.    All recreational technicians to be paid a further R & R enhancement of $500.00 per pay period over and above their recently established enhancement.

2.    Defendants shall take all measures necessary, beginning immediately, to ensure that in the event that it is necessary to implement the R & R enhancements specified above, that any and all administrative steps, including but not limited to the DPA letter authorizing the

1 │ specific enhancements, will be completed so that hiring with the new enhancements can begin

2 │ no later than April 15, 2006.

3 │

4 │ Dated: _____

5 │                                    _____
   │                                    Honorable Lawrence K. Karlton
   │                                    United States District Court

6 │

7 │

8 │

9 │

10 │

11 │

12 │

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

[PROPOSED] ORDER REGARDING THE SPECIAL MASTER'S REPORT ON THE IMPACT OF DEFENDANTS' INCREASES IN
DIFFERENTIAL PAY FOR MENTAL HEALTH CLINICIANS IN CSP-CORCORAN, NO.:  CIV S 90-0520 LKK-JFM