1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RALPH COLEMAN, et al.,
11           Plaintiffs,              No. CIV S-90-0520 LKK JFM P
12      vs.
13  ARNOLD SCHWARZENEGGER,
    et al.,
14
             Defendants.              ORDER
15  _____/
16           The matter of payment of the special master has been referred to this court by the
17  district court. The court has reviewed the bill for services provided by the special master in the
18  above-captioned case through the month of January 2006.
19           Good cause appearing, IT IS HEREBY ORDERED that:
20           1. The Clerk of the Court is directed to pay to
21           J. Michael Keating, Jr.,
             <u>Coleman</u> Special Master
22           2351 Sussex Lane
             Fernandina Beach, FL  32034
23
24  the amount of $204,421.31 in accordance with the attached statement; and
25  /////
26  /////

1        2. A copy of this order shall be served on the financial department of this court.

2   DATED: February 24, 2006.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

/cole06.jan

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., :<br>        Plaintiffs,     :<br>                                :<br>v.                              :<br>                                :<br>ARNOLD SCHWARZENEGGER et al., :<br>        Defendants.    : | No. Civ. S-90-0520 LKK JFM P |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2006.

J. Michael Keating, Jr., Master
    Services                                     $34,116.00
    Disbursements                    $ 1,219.77

    Total amount due                           $ 35,335.77

Matthew A. Lopes, Jr., J.D.
    Services                                       $ 8,800.00
    Disbursements                    $    808.27

    Total amount due                           $ 9,608.27

Mohamedu F. Jones, J.D.
    Services                                     $19,203.00
    Disbursements                    $      -0-

    Total amount due                           $ 19,203.00

Paul Nicoll, M.A.P.A.
    Services                                     $24,037.00
    Disbursements                    $      -0-

    Total amount due                           $ 24,037.00

Kerry C. Hughes, M.D.
    Services                                     $10,650.00
    Disbursements                    $    643.27

    Total amount due                           $ 11,293.37

Dennis F. Koson, M.D.
    Services                                     $16,277.50
    Disbursements                    $ 1,491.46

    Total amount due                           $ 17,768.96

Jeffrey Metzner, M.D.
    Services                                     $11,175.00
    Disbursements                    $ 1,617.00

    Total amount due                           $ 12,792.00

Raymond F. Patterson
    Services                                        $ 8,012.50
    Disbursements                 $ 1,482.90

    Total amount due                                      $ 9,495.40

Ted Ruggles, Ph.D.
    Services                                          $ 8,742.50
    Disbursements                 $ 1,241.51

    Total amount due                                        $ 9,984.01

Melissa G. Warren, Ph.D.
    Services                                          $14,227.50
    Disbursements                 $ 1,657.09

    Total amount due                                        $ 15,884.59

Norma D'Apolito, J.D.
    Services                                          $ 4,300.00
    Disbursements                 $       -0-

    Total amount due                                        $   4,300.00

Virginia L. Morrison, J.D.
    Services                                          $18,950.00
    Disbursements                 $     38.00

    Total amount due                                        $ 18,988.00

Patricia M. Williams, J.D.
    Services                                          $12,994.00
    Disbursements                 $ 2,737.04

    Total amount due                                        $ 15,731.04

    TOTAL AMOUNT TO BE REIMBURSED          **$204,421.31**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master

# 3229097_v6