IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.               <u>ORDER</u>

           /

        The court is in receipt of a letter from inmate Kenny Morrow, an asserted member of the plaintiff class. The plaintiff class is represented by counsel in this matter.

        Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of inmate Morrow's letter (document # 1744) to counsel for plaintiffs and to the Special Master.

DATED: March 1, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

12
morrow.let2