1  KENNY MORROW C-53683
2  4B-1L-32 / P.O. BOX 3481
3  CORCORAN CA. 93212
4
5  JANUARY 8, 2006



6
7
8  IN THE UNITED STATES DISTRICT COURT OF CALIFORNIA
9          EASTERN DISTRICT
10 KARLTON CHIEF JUDGE EMERITUS
11 501 "I" STREET SUITE 8/200
12 SACRAMENTO CA. 95814
13
14 RE: COLEMAN V. SCHWARZENEGGER
15      CIV NO. S-90-0520 LKKJFMP
16      CLASS MEMBER KENNETH MORROW
17
18 DEAR HONORABLE CHIEF JUSTICE KARLTON:
19   I SPOKE WITH DR. METZNER ON 12-15-05,
20 AT CORCORAN, EOP UNIT. HE SAID HE WILL
21 RECOMMEND I GO TO MCSP, EOP, SNY. AND
22 IF IT DONT WORK OUT FOR ME NOT TO
23 BOTHER CONTACTING JUDGE KARLTON, AND
24 PROJECT TEAM, OR COUNSEL J. KHAN OF
25 ATTORNEY'S ROSEN, BIEN AND ASARO, BECAUSE
26 THEY WONT HELP ME AGAIN."
27   ALL MY LETTERS SENT TO MY COUNSEL
28 ABOVE HAS NOT BEEN ANSWERED, AND MY

1.

1  RIGHT AS A CLASS MEMBER UNDER COLEMAN.
2  I BELIEVE DR. METZNER CONVINCED J. KHAN,
3  AND M. BIEN TO NOT REPRESENT ME AS A
4  CLASS MEMBER.
5     IM NOT QUITE SURE WHY COUNSEL
6  HAS FAILED TO RESPOND TO MY MISSIVES.
7  I AM REQUESTING THIS COURT MAINTAIN
8  MY RIGHT TO COUNSEL AS I AM A COLEMAN
9  CLASS MEMBER, AND ENTITLED TO PRO-
10 FESSIONAL REPRESENTATION. THANK YOU.

12 JANUARY 8, 2006

            Kenneth Morrow
            RESPECTFULLY SUBMITTED

SANFORD JAY ROSEN *
MICHAEL W. BIEN
ANDREA G. ASARO

HOLLY BALDWIN
ERNEST GALVAN
GAY C. GRUNFELD
JANE KAHN
MEGHAN LANG
ANNE MANIA
THOMAS NOLAN
KATHERINE SHER
JANET TUNG
AMY WHELAN
MARAKA L. WILLITS
SARAH OLSON ZIMMERMAN **

**ROSEN, BIEN & ASARO, LLP**
ATTORNEYS AT LAW
EIGHTH FLOOR
155 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 433-6830

FAX
(415) 433-7104

EMAIL
rba@rbalaw.com

October 26, 2005

Kenny Morrow, C-53683
CSP-Corcoran
P.O. Box 4381
Corcoran, CA 93212

    Re:   Coleman v. Schwarzenegger
           Our File No. 489-3

Dear Mr. Morrow:

Jane Kahn provided me with your letter of October 23 (addressed to me) which responded to my October 18 letter.

We will begin the process of copying all of our correspondence with you. I remain concerned about the risk to you if your letters are stolen, lost or reviewed by other prisoners or CDC staff.

We are actively pursuing, as part of the Coleman case, some of the very problems that you have experienced in the SHU and other locked units. While I do not pretend to understand your feelings of depression and hopelessness, I am gravely concerned about your situation and will continue to fight to better your conditions, mental health treatment and housing. There is no advantage to anyone of your taking your life. Your life, and every life, has great value. You are helping obtain justice for yourself and others. Keep it up.

                              Very truly yours,

                              ROSEN, BIEN & ASARO, LLP

                              By: Michael W. Bien

MWB:ts

* MEMBER OF THE CONNECTICUT AS WELL AS THE CALIFORNIA BAR
** MEMBER OF THE ILLINOIS AS WELL AS THE CALIFORNIA BAR