IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,          No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.         ORDER
_____/

    Pursuant to the stipulation of the parties filed February 10, 2006 confirming undisputed attorneys' fees and costs for the third quarter of 2005, and good cause appearing, it is confirmed $341,446.40, plus interest is due and collectable as of 45 days from the date of entry of this order. Daily interest, which accrues at the rate provided by 28 U.S.C. § 1361, runs from December 12, 2005 at the rate of 4.38% and equals $40.97 per day.

    IT IS SO ORDERED.

DATED: March 2, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

12;cole2005.3q