| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>KEITH WATTLEY Bar No.: 203366<br>General Delivery<br>San Quentin, California  94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & ASARO, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>THOMAS NOLAN Bar No.: 169692<br>155 Montgomery Street, 8th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington  98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY–<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>     Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>     Defendants | No.:  Civ S 90-0520 LKK-JFM<br><br>**ORDER REGARDING DEFENDANTS'<br>REVISED PROGRAM GUIDE** |

The Special Master's Report and Recommendations on Defendants' Revised Program Guide was filed on February 3, 2006. Defendants filed the January 2006 Revised Program Guide on February 3, 2006. Defendants filed limited objections to the Special Master's Report on February 14, 2006, concerning issues of classification and disability discrimination. Plaintiffs filed objections on February 17, 2006, listing and clarifying their remaining objections to the January 2006 Revised Program Guide. The court has reviewed the Special Master's Report and the objections to the Report filed by the parties.

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The court hereby approves the undisputed provisions of the January 2006 Revised Program Guide, and orders defendants to immediately implement all such provisions.

2. The following disputed sections of the Revised Program Guide would, if implemented, reduce the amount of care currently mandated by the 1997 Program Guides. As to these disputed sections, the requirements of the 1997 Program Guide shall continue to apply until plaintiffs' objections have been heard and decided:

    a. On page 12-7-4 of the Revised Program Guide, the defendants' proposed reduction in daily psych tech rounding for non-MHSDS inmates in administrative segregation to once a week rounds. The 1997 Program Guide requirement of daily rounds shall continue to apply.

    b. On page 12-7-6 of the Revised Program Guide, the defendants' proposed reduction in individual clinical case management contacts for 3CMS inmates housed in administrative segregation to every other week clinical contacts. The 1997 Program Guides requirement of weekly clinical contacts shall continue to apply.

3. Plaintiffs have filed and maintained objections to various additional provisions in the Revised Program Guides. Defendants are hereby ordered to immediately implement these sections of the Revised Program Guide, even though they remain in dispute. These remaining disputes are set forth in plaintiffs' objections. In addition, plaintiffs request that certain additional requirements be added to the Revised Program Guide. Good cause appearing, this

matter is set for status conference on April 26, 2006 at 3:00 p.m. in Courtroom # 4 to determine an appropriate procedure for hearing plaintiffs' objections and scheduling these remaining issues for resolution.

      4.      The special master and the parties are directed to finalize the provisions of the Program Guide related to the review of psychiatrist qualifications, staffing ratios, CPR and video monitoring within 30 days from the date of this order. The parties are also directed to report to the court concerning the resolution of those matters within 45 days from the date of this order.

DATED: March 2, 2006.

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court