IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,            No. CIV S-90-0520 LKK JFM P

   vs.

ARNOLD SCHWARZENEGGER,
et al.,

       Defendants.       <u>ORDER</u>
_____/

       On February 15, 2006, the special master filed a report on the impact of defendants' increases in differential pay for mental health clinicians in California State Prison-Corcoran (CSP-Corcoran).  On February 21, 2006, plaintiffs filed a response to the special master's report. After review of the report and plaintiffs' response thereto, further consultation with the special master, and good cause appearing, IT IS HEREBY ORDERED that

       1.  Defendants shall be given until May 15, 2006 to reduce the vacancy rate among all categories of mental health personnel at CSP-Corcoran, including psychiatrists, case managers, psych techs, recreational techs and supervisory clinicians, to ten percent or less through the employment of permanent staff and/or contract providers.  Defendants shall file a report with the court no later than May 22, 2006, which sets for the vacancy rate as of May 15, 2006 for each category of mental health personnel at CSP-Corcoran, including psychiatrists, case

managers, psych techs, recreational techs and supervisory clinicians.  In the event that defendants

have not established a vacancy rate of ten percent or less for each of these clinical categories,

defendants must immediately implement the R&R enhancements specified below for each

deficient clinical category:

            a.  All psychiatrists (staff and supervisory) and all psych techs to be paid

the same R & R enhancement per pay period as their peers at Pelican Bay State Prison are

currently paid;

            b.  All case managers and case manager supervisors to be paid a further R

& R enhancement of $850.00 per pay period over and above their recently increased

enhancement;

            c.  All recreational technicians to be paid a further R & R enhancement of

$500.00 per pay period over and above their recently established enhancement.

            2.  Defendants shall take all measures necessary, beginning immediately, to ensure

that in the event that it is necessary to implement the R & R enhancements specified above, that

any and all administrative steps, including but not limited to the Department of Personnel

Administration letter authorizing the specific enhancements, will be completed so that hiring

with the new enhancements can begin no later than June 1, 2006.

DATED:  March 9, 2006.


/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/cspcor.vac