IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

     vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.               <u>ORDER</u>

           /

          This court's order concerning the special master's fifteenth round monitoring report, filed March 3, 2006, is hereby amended at page 2, lines 21-22, to read as follows: Good cause appearing, the matter will be set for hearing on **April 26, 2006 at 3:00 p.m.** in Courtroom # 4 before the undersigned.

          IT IS SO ORDERED.

DATED: March 9, 2006.

                                          /s/Lawrence K. Karlton
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT

/cole15th.cor