Pete Cockcroft
H-86887 @ CSP-Sac FA2-205
PO Box 290066
Represa, CA 95671-0066
— Plaintiff Class Member —

ORIGINAL

FILED
MAR 16 2006
CLERK US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
       Plaintiff's,
-vs-
ARNOLD SCHWARZENEGGER, et al.,
       Defendant's.

No.: CIV S-90-0520 LKK JFM P

NOTICE OF CHANGE OF ADDRESS; AND REQUEST TO SPEAK WITH SPECIAL MASTER

I, Peter Cockcroft, am a plaintiff class member as I'm under mental health care EOP Level of Care at CSP-Sac Fol-A PSU. Plaintiff class member has moved from PBSP-PSU to CSP-Sac Fol-A PSU and therefore gives notice of change of address, as indicated above.

Plaintiff class-member requests to consult with special master Keating or someone of his choosing re: obstruction of ~~medications~~ prescribed medications by RN's, LVN's and LPT's who are responsible for providing such to plaintiff class-member. Plaintiff fears his safety is being jeopardize by these individuals improper dispensing of medications (medical & psychiatric) not prescribed & or giving me other inmate's prescribed medications.

DATED: 3-9-06

Respectfully submitted,
Pete Cockcroft
Plaintiff Class-Member

-1-

Declaration Of Service By Mail

Case Name: Raplh Coleman, et al. -vs- Arnold Scwarzenegger, et al.,
Case No: CIV S-90-0520 LKK JFM P

I declare:

I am 18 years of age and older and a party to this matter. I am familiar with the practice at CSP-Sac of the CDCR for collection & processing of correspondence for mailing with the U.S. Postal Service. In accordance with that practice, I placed in the internal mail collection system at CSP-Sac of the CDCR, is deposited with the U.S. Postal Service that same day in the ordinary course of business.

On March 13, 2006, I served the attached Notice of Change of Address; & Request to Speak With Special Master by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the CSP-Sac at P.O. Box 29, Represa, CA 95671, addressed as follows:

1. J. Michael Keating, Jr.
Special Master
285 Terrace Avenue
Riverside, RI 02915

2. Lisa A. Tillman
Deputy Attorney General
1300 I St., Ste 125
PO Box 944255
Sacramento, CA 94244-2550

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 13, 2006, at Represa, California.

_____
- Declarant -
Pete Cockcroft