BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR COURT ORDERS RE: PSYCH TECH ROUNDS AND RECEPTION CENTER CARE** |

**INTRODUCTION**

Defendants hereby respond to the Court's March 2, 2006 order directing a response to Plaintiffs' two objections to the Special Master's Fifteenth Monitoring Report. Plaintiffs objected to the Fifteenth Monitoring Report and requested court orders as follows:

A. A court order requiring the Defendants to ensure that daily psychiatric technician rounds occur in nine institutions (Avenal State Prison, Central California Women's Facility, Valley State Prison for Women, Sierra Conservation Center, Solano State Prison, San Quentin State Prison, CSP Sacramento, Calipatria, and California Training Facility). Plaintiffs

specifically requested that the wardens at each of these institutions be required to file a declaration under oath every month attesting that appropriate psych tech rounding is being provided and documented for all inmates housed in each administrative segregation unit in their institution.

     B.  A court order requiring Defendants to develop and implement a plan within 60 days to create designated Reception Center EOP units that can provide at least ten hours of structured therapeutic treatment to (a) all EOP reception center patients that have been waiting longer than 60 days in a reception center and (b) all "at risk" EOP reception center patients who have been determined to need enhanced care while they wait to be transferred.

     Attached as Exhibit A is Defendants' formal response to Plaintiffs' objections to the Fifteenth Monitoring Report.

Dated: March 17, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Deputy Attorney General


*/s/ Lisa Tillman*
LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30099615.wpd

DEF. RESPONSE RE: COURT ORDER

## **DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:    **Coleman v. Schwarzenegger, et al**

No.:    **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>March 17, 2006</u>, I served the attached ***RESPONSE TO PLAINTIFFS' REQUEST FOR COURT ORDERS*** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft
H-86887
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA  95532

Kimbery S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 17, 2006, at Sacramento, California.

|  A Buckley  |  */s/ A Buckley*  |
|:---:|:---:|
| Declarant | Signature |

30099652.wpd