**COLEMAN v. SCHWARZENEGGER**
**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT 'A'**

**TO DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR COURT ORDERS RE: PSYCH TECH ROUNDS AND RECEPTION CENTER CARE**

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA 94283-0001



March 17, 2006

J. Michael Keating, Jr.                via:    Lisa Tillman
Office of the Special Master                   Deputy Attorney General
2351 Sussex Drive                              Department of Justice
Fernandina Beach, FL 32034                     1300 I Street, Suite 125
                                               P. O. Box 944255
                                               Sacramento, CA 94244-2550

**RE: RESPONSE TO PLAINTIFF'S TWO OBJECTIONS TO THE FIFTEENTH ROUND MONITORING REPORT**

Dear Mr. Keating:

On March 2, 2006, the Honorable Lawerence K. Karlton, Senior Judge, United States District Court issued a court order based upon the *Fifteenth Round Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols*. In this court order, defendants were directed to file a response to the second and third objections raised by plaintiffs to the Special Master's fifteenth round monitoring report. Without waiving legal objections to the plaintiffs' statements and request for a court order, defendants provide the following responses to those second and third objections:

1. Plaintiffs request the court issue an order requiring the defendants to ensure that daily psychiatric technician rounds occur in nine institutions (Avenal State Prison; Central California Women's Facility; Valley State Prison for Women; Sierra Conservation Center; California State Prison, Solano; California State Prison, San Quentin; California State Prison, Sacramento; Calipatria State Prison and Correctional Training Facility). Plaintiffs specifically request that the Wardens at each of these institutions be required to file a declaration under oath every month attesting that appropriate psychiatric technician rounding is being provided and documented for all inmates housed in each administrative segregation unit in their institution.

Response:

Defendants recognize plaintiff's concerns regarding psychiatric technician rounding in the administrative segregation units. The current policy and practice is to provide mental health rounding on all inmates (caseload and non-caseload) in administrative segregation units on a daily basis. Compliance with this requirement is variable and for a variety of reasons. California Department of Corrections and Rehabilitation (CDCR) is developing a plan to improve performance with this task and will submit such for the court's review by April 28, 2006.

2. Plaintiffs request the court issue an order requiring defendants to develop and implement a plan within 60 days to create designated Reception Center Enhanced Outpatient Program (EOP) units that can provide at least ten hours of structured therapeutic treatment to (a) all EOP reception center patients that have been waiting longer than 60 days in a reception center and (b) all "at risk" EOP

J. Michael Keating, Jr.
Page 2

reception center patients who have been determined to need enhanced care while they wait to be transferred.

Response:

Defendants recognize plaintiffs' concerns regarding the availability of mental health care for EOP inmate-patients. Historically, EOP inmate-patients are transferred from a reception center to an institution with a designated EOP program. However, due to population pressures the number of available EOP beds has proven to be fewer than the demand.

Therefore, CDCR is developing a plan to increase EOP capacity at several institutions in order to facilitate the timely transfer of EOP inmate-patients out of the reception centers and into a more suitable treatment environment. These institutions have been identified as consolidated care centers under the Right Prison, Right Mission initiative.

If you have any questions please contact me at (916) 327-0033.

Sincerely,

PETER FARBER-SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services
California Department of Corrections and Rehabilitation

cc: Melissa Decker, Deputy Cabinet Secretary, Office of the Governor
J. S. Woodford, Secretary (A), CDCR
Eileen Cubanski, Assistant Secretary, California Health and Human Services Agency
    Department of Health Services
Joe McGrath, Chief Deputy Secretary, Adult Operations, CDCR
Bruce Slavin, General Counsel, Office of Legal Affairs, CDCR
John Dovey, Director, Division of Adult Institutions, CDCR
Bill Avritt, Chief Deputy Director, Department of Personnel Administration
Renee Kanan, M.D., Deputy Director, Division of Correctional Health Care Services
    (DCHCS), CDCR
George Sifuentes, Deputy Director, Office of Facilities Management, CDCR
Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs, CDCR
John Rodriguez, Deputy Director, Long Term Care Services, DMH
Cindy Radavsky, Assistant Deputy Director, Long Term Care Services, DMH
Timothy Fishback, M.D., Chief of Mental Health; Chief Psychiatrist, DCHCS, CDCR
Doug McKeever, Project Director, Mental Health Program, DCHCS, CDCR
Sarah Mangum, Principal Program Budget Analyst, DOF
Michael Stone, Staff Counsel, Office of Legal Affairs, CDCR
Vicki O'Shaughnessy, Staff Services Manager II, Clinical Programs and Policy Unit,
    DCHCS, CDCR