# Exhibits A through C
# for Plaintiffs' Reply to Defendants'
# Response to Plaintiffs' Request for Court
# Orders Re: Psych Tech Rounds and
# Reception Center Care

# Exhibit A

STATE OF CALIFORNIA · DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

*DIVISION OF CORRECTIONAL HEALTH CARE SERVICES*
P. O. Box 942883
Sacramento, CA  94283-0001



March 14, 2006


J. Michael Keating, Jr.                    via:    Lisa Tillman
Office of the Special Master                       Deputy Attorney General
2351 Sussex Drive                                  Department of Justice
Fernandina Beach, FL  32034                        1300 I Street, Suite 125
                                                   P. O. Box 944255
                                                   Sacramento, CA  94244-2550

## RE: CORRECTED REPORT ON STATUS OF MENTAL HEALTH BED PLAN DEVELOPMENT

Dear Mr. Keating:

Enclosed is a corrected status report on the Mental Health Bed Plan development in accordance with the March 2, 2006, Court Order.  We apologize, in advance, for any inconvenience this resubmittal may cause.

If you have any questions, please contact me at (916) 327-0033.

Sincerely,


PETER FARBER-SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services
California Department of Corrections and Rehabilitation

Enclosure

J. Michael Keating, Jr.
Page 2

cc:     Melissa Decker, Deputy Cabinet Secretary, Office of the Governor
        J. S. Woodford, Secretary (A), CDCR
        Eileen Cubansky, Assistant Secretary, California Health and Human Services Agency
            Department of Health Services
        Joe McGrath, Chief Deputy Secretary, Adult Programs, CDCR
        Bruce Slavin, General Counsel, Office of Legal Affairs, CDCR
        John Dovey, Director, Division of Adult Institutions, CDCR
        Bill Avritt, Chief Deputy Director, DPA
        Renee Kanan, M.D., Deputy Director, Division of Correctional Health Care Services
            (DCHCS), CDCR
        George Sifuentes, Deputy Director, Office of Facilities Management, CDCR
        Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs, CDCR
        John Rodriguez, Deputy Director, Long Term Care Services, DMH
        Cindy Radavsky, Assistant Deputy Director, Long Term Care Services, DMH
        Timothy Fishback, M.D., Chief of Mental Health; Chief Psychiatrist, DCHCS, CDCR
        Doug McKeever, Project Director, Mental Health Program, DCHCS, CDCR
        Sarah Mangum, Principal Program Budget Analyst, DOF
        Michael Stone, Staff Counsel, Office of Legal Affairs, CDCR
        Vicki O'Shaughnessy, Staff Services Manager II, Clinical Programs and Policy Unit,
            DCHCS, CDCR

# California Department of Corrections and Rehabilitation

## Initial Status Report:
## Acute, Intermediate, and Mental Health Crisis Bed Plan Development

**Purpose:** On March 2, 2006, the *Coleman* court ordered the California Department of Corrections and Rehabilitation (CDCR) to provide the Special Master with a weekly report that provides a status on the development of plans addressing paragraphs 3 and 5 of the stated court order. The first of these reports must be provided to the Special Master on or before March 10, 2006.

**Background:** The CDCR established a multi-disciplinary group comprised of individuals from various divisions within CDCR and representatives from the Department of Mental Health (DMH), Department of Health Services (DHS), Department of Personnel Administration (DPA), and the Department of Finance (DOF) to address the need for housing and treatment space for the growing population of inmates with serious mental disorders. The group worked collaboratively to consider alternatives, and using updated population projections and forecast data ultimately developed the plan outlined below. The enclosed *Closing the GAP* spreadsheet illustrates how the acute and intermediate inpatient beds proposed under this plan will meet the forecasted demand for these beds by June 2011, (Enclosure I).

### Paragraph 3 - Acute and Intermediate Inpatient Beds:
*Interim Projects*
In August 2005, the CDCR submitted the *Intermediate Care Facility Bed Plan* to the *Coleman* court. This plan represented the CDCR's effort to immediately increase the number of single-celled Non Acute/Intermediate Care Facility (ICF) beds for Level IV high custody inmate-patients through modifications of existing facilities within the California Medical Facility (CMF) and Salinas Valley State Prison. To date, 36 of the total 212 beds described in the plan are available, with the balance of these beds due on a staggered schedule by March 2009.

#### Funding:
Funding needed to complete the projects outlined in the August 2005 *Intermediate Care Facility Bed Plan* was proposed as part of the 2006-07 Governor's Budget and is subject to legislative approval through the annual budget process.

*Long-Term Projects*
In order to meet the bed demand for ICF and Acute care for male and female inmate-patients the following design and construction projects are proposed:

| Institution* | Number and Type of Bed |
|---|---|
| Institution #1 | 350 Acute<br>128 Intermediate Care Facility (ICF) |
| Institution #2 | 64 ICF |
| Institution #3 | 128 ICF |
| Institution #4 (Female Only) | 25 Acute/ICF |

*The institutions will be identified when decisions are made at the close of the Spring budgetary process. (e.g. May revise).

Initial Status Report:
Acute, Intermediate, and Mental Health Crisis Bed Plan Development

The DMH will operate the Acute and ICF programs at the male institutions mentioned above (institutions #1 through #3), and the CDCR will operate the Acute/ICF program at the womens' institution.

> Funding:
> Additional funding for the design and construction of these projects will be needed. Funding for these projects has been requested through the annual budget process. If approved, funding would be available beginning in fiscal year 2006-07.

*Coalinga State Hospital (CSH):*
The Department of General Services has contracted with an independent firm, Kaplan, McLaughlin, and Diaz (KMD) to review the existing facility at CSH, and develop a report regarding the feasibility of the use of some portion of the facility for the inpatient treatment of Level I to IV inmate-patients. The KMD report will include the identification of facility modifications to enable the housing of Level IV high custody inmate-patients, along with the associated costs and the length of time needed to complete these modifications.

**Paragraph 5 – Mental Health Crisis Beds:**
The shortage of Mental Health Crisis Beds (MHCBs) for male inmate-patients is temporary, pending the completion of previously authorized and funded construction projects for additional MHCB units at various prisons[1], and the 50-bed MHCB unit at CMF. Once the CMF facility is open, scheduled for the Summer of 2008, and for the period up to 2010, it is anticipated that the CDCR can accommodate the demand for this level of care. However, in order to address the interim need for MHCB care during this time period, the following interim strategies are proposed.

*Interim Projects*
Staffing and Licensing of new MHCB units:
The CDCR is also pursing the option of having the DHS perform licensing surveys in advance of a facility being fully staffed in order to expedite licensing. The beds to be licensed are placed in "suspense" until the CDCR hires the appropriate staff. Once fully staffed, the CDCR will contact the DHS in order to complete the process to activate these beds. This option is being further developed for use with the licensing of the MHCB units at KVSP and California State Prison – Sacramento.

---

[1] These prisons include: Kern Valley State Prison, Ironwood State Prison, and California State Prison Sacramento which are not currently licensed, along with North Kern State Prison and California State Prison Solano, which are already licensed and occupied.

Initial Status Report:
Acute, Intermediate, and Mental Health Crisis Bed Plan Development

<u>CMF – MHCB Unit Construction Schedule:</u>
The CDCR investigated the opportunity of expediting the construction of the
50-bed MHCB unit at CMF, and were only able to shorten the anticipated construction
period by 60 days. However, the actual start of construction will be delayed by at least
two weeks due to the construction bids being over the State's estimate by nearly
10 percent, thereby requiring DOF approval and legislative notification.

*Long Term Projects*
As previously discussed, new construction projects already approved and funded will
accommodate the long term need for MHCBs until the year 2010. Therefore, additional
new MHCBs are not included in this plan. However, through ongoing planning efforts,
the CDCR will continue to evaluate and propose additional MHCBs based on updated
population projections and forecasted demand for these resources.

Enclosure I

# Closing the GAP
## Based on Fall 2005 Projections

### Male California Department of Corrections and Rehabilitation (CDCR) Population[5]

| Level of Care | Actual Beds[1] | FY 2005/2006 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2006/2007 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2007/2008 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2008/2009 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2009/2010 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2010/2011 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | GAP as of 10/01/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EOP | 2528 | 3319 | 115 | -1180 | | 4207 | | -1468 | | 4207 | | -1468 | | 4427 | | -1658 | | 4565 | | -1617 | | 4597 | | -1858 | | -1858 |
| Level I | | 282 | | -282 | | 303 | | -303 | | 303 | | -303 | | 319 | | -319 | | 328 | | -326 | | 331 | | -331 | | -331 |
| Level II | | 941 | | -341 | | 1010 | | -1010 | | 1010 | | -1010 | | 1002 | | -1002 | | 1099 | | -1093 | | 1103 | | -1103 | | -1103 |
| Level III | 1637 | 1070 | 115 | 663 | | 1146 | | 584 | | 1146 | | 584 | | 1209 | | 524 | | 1244 | | 489 | | 1255 | | 478 | | 478 |
| Level IV | 891 | 1626 | | -420 | | 1746 | | -740 | | 1746 | | -740 | | 1837 | | -831 | | 1881 | | -885 | | 1908 | | -802 | | -802 |
| EOP ASU | 420 | 420 | 501 | -81 | | 429 | 522 | -102 | | 429 | 522 | -102 | | 420 | 538 | -118 | | 420 | 549 | -129 | | 420 | 555 | -135 | | -136 |
| PSU[9] | 256 | 320 | 316 | 4 | | 320 | 337 | -7 | | 320 | 337 | -7 | | 320 | 354 | -34 | | 320 | 366 | -46 | | 320 | 376 | -55 | | -55 |
| MHCB (diagnostic) | 146 | 196 | 205 | -9 | | 196 | 213 | 90 | 33 | 196 | 213 | 90 | 33 | 246 | 217 | 12 | 41 | 256 | 220 | | 38 | 258 | 222 | | 36 | 36 |

### Department of Mental Health (DMH)

| Level of Care | Actual Beds[1] | FY 2005/2006 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2006/2007 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2007/2008 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2008/2009 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2009/2010 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | FY 2010/2011 Proj Beds/Pop[2] | New Beds | GAP | Proposed New Beds[3] | GAP as of 10/01/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Male Acute[6,7] | 175 | 175 | 316 | -141 | | 175 | 380 | -205 | | 175 | 380 | -205 | | 175 | 451 | -276 | | 175 | 527 | -352 | | 175 | 531 | -356 | | 350 |
| Level I | | | 21 | | | | 25 | | | | 25 | | | | 30 | | | | 35 | | | | 36 | | | |
| Level II | | | 36 | | | | 47 | | | | 47 | | | | 55 | | | | 65 | | | | 65 | | | |
| Level III | | | 70 | | | | 84 | | | | 84 | | | | 99 | | | | 116 | | | | 117 | | | |
| Level IV | | | 186 | | | | 224 | | | | 224 | | | | 268 | | | | 311 | | | | 313 | | | |
| Male ICF[?] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Level I, II, III, IV[8] | 299/160 | 465/365 | 648/181 | -83/184 | | 465/365 | 874/198 | -109/176 | | 465/365 | 874/198 | -109/176 | | 465/365 | 805/200 | -118/165 | | 641/365 | 626/207 | 15/158 | | 641/365 | 641/207 | 0/158 | | 0/158 |
| Level I[?] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Permanent Beds | 64 | 64 | | | | 64 | | | | 64 | | 64 | | 126 | | | | 126 | | | | 128 | | 220 | | 220 |
| Temporary Beds[10] | 28 | 28 | | | | 28 | | 112 | | 28 | | 112 | | 28 | | 112 | | 148 | | | | 148 | | 148 | | 148 |
| Level I[?] - Total | 100[11] | 357 | | -267 | | 100[11] | 385 | | -285 | | 100[11] | 385 | | -285 | | 100[11] | 405 | | -129 | | 276[11] | 410 | | -143 | | 276[11] | 429 | | -153 | | 19 |

### Proposed New Beds - ICF[12][13]

| | | | |
|---|---|---|---|
| FY 2010/2011 | +128 | #1 | 6/2011 |
| FY 2010/2011 | +64 | #2 | 6/2011 |
| FY 2010/2011 | +128 | #3 | 6/2011 |
| FY 2010/2011 | -112 | SVPP | 6/2011 |
| FY 2010/2011 | -36 | CMF | 6/2011 |
| Total: | +772[?] | | |

### Proposed New Beds - Acute[12][13]

| | | | |
|---|---|---|---|
| FY 2010/2011 | +350 | #1 | 6/2011 |
| Total: | +350 | | |

### New Beds - MHCB[12]

| | | |
|---|---|---|
| FY 2007/2008 | +50 | CMF |
| FY 2008/2009 | +12 | SQ |

### New Beds - ICF[12]

| | | | |
|---|---|---|---|
| FY 2008/2009 | +36 | CMF | 7/2008 |
| FY 2008/2009 | +476 | SVPP | 3/2009 |
| FY 2008/2009 | +64 | SVPP | 3/2009 |

### New Beds - EOP - SNY[13]

| | | | |
|---|---|---|---|
| FY 2006/2007 | +115 | MCSP | 8/2006 |

---

[1] Source: Facilities Management Branch dated 10-21-05

[2] Source Documents: DDPS, Health Care Placement Unit & Bed Study Method for Projections

[3] Beds Proposed in the Mental Health Plan - Acute/ICF.

[4] Levels are based on Classification Scores from DDPS not Security.

[5] PSU, MHCB, DMH include waitlist numbers as of 9-30-05.

[6] Includes 25 ASH beds + 150 CMF beds

[7] Includes 44 unlicensed Day Treatment beds at CMF-DMH.

[8] High Custody: Maximum of Close Custody, S-Suffix, Escape Risk, recent history of assaultive/predatory behavior.

[9] Includes the 40 SVSP (DSDG Housing Conversion).

[10] Includes the 112 temporary beds at SVSP (DSDG Housing Conversion) and the 36 temporary beds at CMF. (P2 Housing Unit).

[11] Does not include the total 112 temporary beds at SVSP (DSDG Housing Conversion) and the 36 temporary beds at CMF (P2 Housing Unit).

[12] All dates represent anticipated construction completion dates. Inmate occupancy will follow licensing, where applicable.

[13] Instructions to be identified when decisions are made at the close of the Spring budgetary process. (e.g. May revise).

ICF, MHCB Projections based on 80% occupancy; EOP, ASU EOP, PSU based on 95% occupancy

**Acronyms:**

ASU = Administrative Segregation Unit
DDPS = Distributed Data Processing System
PSU = Psychiatric Services Unit
MHCB = Mental Health Crisis Beds
GACH = General Acute Care Hospital
CTC = Correctional Treatment Center

COBCP = Capital Outlay Budget Change Proposal
FY = Fiscal Year
EOP = Enhanced Outpatient Program
ICF = Intermediate Care Facilities
SNY = Sensitive Needs Yard
CMF = California Medical Facility
MCSP = Mule Creek State Prison

SQ = San Quentin State Prison
SVPP = Salinas Valley Psychiatric Program
SVSP = Salinas Valley State Prison

**Legend:**

Proposed New Beds[3]

Includes Temporary Beds[13]

(-) Deficiency

Origination Date: 3/7/06
Revision Date: 3/3/06
Version: 1.1

Enclosure I

## Closing the GAP
### Based on Fall 2005 Projections

**Female California Department of Corrections and Rehabilitation (CDCR) Population** / **Department of Mental Health**

Legend for year blocks — each fiscal year column group contains: Proj Beds | Proj Pop | New Beds | GAP | Proposed New Beds

| Level of Care | Actual Beds | FY 2006/2007 Proj Beds | Proj Pop | New Beds | GAP | Proposed New Beds | FY 2007/2008 Proj Pop | GAP | FY 2008/2009 Proj Pop | New Beds | GAP | FY 2009/2010 Proj Pop | GAP | FY 2010/2011 Proj Pop | GAP | Proposed New Beds | GAP as of 7/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EOP** | | | | | | | | | | | | | | | | | |
| Level I | 180 | 180 | 209 | | -29 | 3 | 221 | -41 | 233 | | -53 | 241 | -61 | 245 | -65 | | -45 |
| Level II | 52 | 52 | 48 | | 3 | | 51 | 1 | 53 | | -1 | 56 | -4 | 57 | -5 | | -5 |
| Level III | 49 | 49 | 70 | | -21 | | 74 | -25 | 78 | | -29 | 78 | -32 | 83 | -33 | | -33 |
| Level IV | 38 | 38 | 36 | | 2 | | 39 | 0 | 41 | | -3 | 42 | -4 | 43 | -5 | | -5 |
| | 41 | 41 | 54 | | -13 | | 57 | -16 | 60 | | -19 | 62 | -21 | 63 | -22 | | -22 |
| **EOP ASU** | 73 | 73 | 16 | | 57 | | 17 | 56 | 18 | | 55 | 18 | 55 | 18 | 55 | | 55 |
| **MHCB** | 12 | 22 | 19 | | 3 | | 24 | -2 | 28 | | -6 | 29 | -7 | 29 | -7 | | -7 |
| **Department of Mental Health** | | | | | | | | | | | | | | | | | |
| Female Acute/ICF | 30 | 30 | 33 | | -3 | | 41 | -11 | 47 | | -17 | 48 | -18 | 49 | -19 | 25 | 6 |
| Level I | | | 6 | | | | 10 | | 16 | | | 12 | | 12 | | | |
| Level II | | | 11 | | | | 14 | | 16 | | | 16 | | 17 | | | |
| Level III | | | 6 | | | | 7 | | 8 | | | 8 | | 9 | | | |
| Level IV | | | 8 | | | | 10 | | 12 | | | 12 | | 13 | | | |

**Proposed New Beds – Acute/ICF [TBD]**

| | | | |
|---|---|---|---|
| FY 2010/2011 | +25 | 84 | 6/2011 |

**Legend:**
Proposed New Beds [3]
( ) Deficiency

1 Source: Facilities Management Branch dated 10-21-05
2 Source Documents: DOPS, Health Care Placement Unit & Bed Study Method for Projections
3 Beds Proposed in the Mental Health - Acute/ICF/EOP COBCPs FY 2006/2007.
4 Levels are based on Classification Scores from DOPS not Security.
5 All dates represent anticipated construction completion dates. Inmate occupancy will follow licensing, where applicable.
6 All staffing to be identified when decisions are made at the close of the Spring budgetary process. (e.g. May revise).
7 Institutions to be identified when decisions are made at the close of the Spring budgetary process. (e.g. May revise).
14 Breakdown of Custody Levels is % breakdown of EOP, however, combined for projections purposes as Patton State Hospital (PSH) has combined levels of custody.

**Acronyms:**
ASU = Administrative Segregation Unit
DDPS = Distributed Data Processing System
COBCP = Capital Outlay Budget Change Proposal
FY = Fiscal Year
MHCB = Mental Health Crisis Beds
EOP = Enhanced Outpatient Program
ICF = Intermediate Care Facilities

Origination Date: 3/7/06
Revision Date: 3/06/06
Version: 1.1

Filename: Closing the GAP January 2006 Enclosure I Version 1.1.xls

**Exhibit B**

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA  94283-0001



**RECEIVED**

FEB 2 4 2006

**Rosen Bien & Asaro**

FEB 13 2006

J. Michael Keating, Jr.                              via:    Lisa Tillman
Office of the Special Master                                 Deputy Attorney General
2351 Sussex Lane                                             Department of Justice
Fernandina Beach, FL  32034                                  1300 I Street, Suite 125
                                                             P. O. Box 944255
                                                             Sacramento, CA  94244-2550


**RE:  INFORMATION REQUESTED, RESPONSE TO JANUARY 19, 1999, COURT
      ORDER REGARDING STAFF VACANCIES**

Dear Mr. Keating:

Enclosed are the monthly reports for December 2005, responsive to the January 19, 1999,
court order regarding staff vacancies, including changes agreed to at the August 7, 2003,
All Parties meeting.

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy
   History (December 2005).
2. MHSDS Hiring Activity Report.  This report shows allocated staff and vacancy rate
   information for the most recent period available (December 2005).
3. Health Care Placement Unit (HCPU) Information Report, Summary and Administrative
   Segregation Greater than 60 Days Sections (December 2005).
4. Mental Health Contract Services and Telemedicine Monthly Report for all disciplines
   (December 2005).
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC)
   Monthly Report (December 2005).
6. Monthly Summary of Mental Health Crisis Bed use by Institution (December 2005).
7. Referrals for Transfer to the Department of Mental Health (DMH-December 2005).
8. Atascadero State Hospital (ASH) Discharges (December 2005).
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program
   (Population Report-December 2005).
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals – Summary and Penal
    Code 2684 (December 2005).
11. Suicide Report (December 2005).
12. Statistics on Contracted Registered Nurse (RN) Use (December 2005).
13. RC Processing for MHSDS Inmate Patients (December 2005).
14. Medical Technical Assistant (MTA) Vacancy Report (December 2005).

J. Michael Keating, Jr.
Page 2

15. Allocated Case Manager positions and vacancies for the EOP Administrative Segregation Hub institutions (December 2005).
16. EOP inmates waiting for transfer to a Psychiatric Services Unit (PSU) (December 2005).
17. Audit reports on Psychiatric Technician rounds in Administrative Segregation at California State Prison-San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP) (December 2005).
18. Summary of Mental Health Crisis Bed Referrals and Transfers (December 2005).
19. Mental Health Crisis Bed Wait List (November/December 2005).
20. Correctional Treatment Centers and CDCR General Acute Care Hospitals Health Care Placement Issues (as of December 6, 2005).

If you have any questions, please contact me at (916) 323-6811.

Sincerely,

RENEE KANAN, M.D., M.P.H.
Deputy Director
Division of Correctional Health Care Services

Enclosures

cc:   Peter Farber-Szekrenyi, DR. P.H., Director, DCHCS (w/o enclosures)
      Matthew Lopes, Deputy "Coleman" Special Master (with enclosures)
      Jeffrey L. Metzner, M.D., "Coleman" Expert (with enclosures)
      Dennis F. Koson, M.D., "Coleman" Expert (with enclosures)
      Kerry Hughes, M.D.,. "Coleman" Expert (with enclosures)
      Melissa G. Warren, Ph.D., "Coleman" Expert (with enclosures)
      Raymond F. Patterson, M.D., "Coleman" Expert (with enclosures)
      Paul Nicoll, "Coleman" Expert (with enclosures)
      Ted Ruggles, "Coleman" Expert (with enclosures)
      Lisa Tillman, Office of the Attorney General (with enclosures)
      Michael Stone, Office of Legal Affairs (with enclosures)
      Michael Bien, Rosen Bien and Associates (with enclosures)
      Donald Specter, Prison Law Office (with enclosures)
      Virginia Morrison, Esq. (with enclosures)
      Mohamedu F. Jones, Esq. (with enclosures)
      Patricia Williams, Esq. (with enclosures)
      Doug McKeever, DCHCS (with enclosures)
      Tim Fishback, M.D., DCHCS (with enclosures)
      Margaret McAloon, Ph.D., DCHCS (w/o enclosures)

# Mental Health Population - Placement Per Institution
## Download Date December 16, 2005

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP _II_ | 1,099 | 917 | 83% | | 10 | | | 927 |
| ASP Ad-Seg | | 39 | | | 4 | | | 43 |
| CAL _I,IV_ + | | 26 | | | 4 | | | 30 |
| CAL Ad-Seg | | 8 | | | | | | 8 |
| CCC _I,II,III_ | | 2 | | | | | | 2 |
| CCI _I,II,III,IV_ * | 1,053 | 1,014 | 96% | | 15 | | | 1,029 |
| CCI Ad-Seg | | 72 | | | 11 | | | 83 |
| CCI-RC | 166 | 157 | 95% | | 18 | | | 175 |
| CCI-SHU | 130 | 146 | 112% | | 10 | | | 156 |
| CCWF | 739 | 812 | 110% | 54 | 64 | 119% | 12 | 876 |
| CCWF Ad-Seg | | 27 | | | 2 | | | 29 |
| CCWF-RC | 110 | 139 | 126% | | 3 | | | 142 |
| CEN _III_ | | 42 | | | 1 | | | 43 |
| CEN Ad-Seg | | 28 | | | 1 | | | 29 |
| CIM _I_ | 366 | 560 | 153% | | 5 | | 18 | 565 |
| CIM-RC | 633 | 585 | 92% | | 144 | | | 729 |
| CIM-RC--Ad-Seg | | 52 | | | 11 | | | 63 |
| CIW | 349 | 457 | 131% | 75 | 109 | 145% | | 566 |
| CIW Ad-Seg | | 16 | | | 7 | | | 23 |
| CIW-RC | 100 | 127 | 127% | | 1 | | | 128 |
| CMC _I,II,III_ | 1,049 | 1,120 | 107% | 580 | 565 | 97% | 0 | 1,685 |
| CMC Ad-Seg | | 65 | | 54 | 36 | 67% | | 101 |
| CMF _I,II,III_ | 599 | 567 | 95% | 600 | 603 | 101% | | 1,170 |
| CMF Ad-Seg | | 2 | | 58 | 62 | 107% | | 64 |
| CMF** | | 89 | | | 1 | | | 90 |
| COR _I,III,IV_ + * | 499 | 272 | 55% | 150 | 146 | 97% | 23 | 418 |
| COR Ad-Seg | | 144 | | 54 | 48 | 89% | | 192 |
| COR-SHU | 450 | 474 | 105% | | | | | 474 |
| CRC-M _II_ | 599 | 849 | 142% | | | | | 849 |
| CRC-W | 249 | 169 | 68% | | | | | 169 |
| CTF _I,II_ | 699 | 753 | 108% | | 8 | | | 761 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health and HIV numbers are as accurate as the information provided by
    the respective DDPS identifier systems.

* + ' is a 270 Design Facility.  * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Beginning 4/28/05, SAC Ad-Seg EOP population includes some PSU inmates due to the PSU cell door retrofit.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.
SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Health Care Placement Unit

R1-1                    12/16/2005

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| CTF Ad-Seg | | 13 | | | 1 | | | 14 |
| CVSP   I,II | | 9 | | | | | | 9 |
| CVSP Ad-Seg | | 0 | | | 1 | | | 1 |
| DVI   I,II | 85 | 33 | 39% | | 3 | | | 36 |
| DVI Ad-Seg | | 42 | | | 14 | | | 56 |
| DVI-RC | 564 | 562 | 100% | | 54 | | | 616 |
| DVI-RC--Ad-Seg | | 52 | | | 5 | | | 57 |
| FOL   III | 599 | 588 | 98% | | 7 | | | 595 |
| FOL Ad-Seg | | 47 | | | 1 | | | 48 |
| HDSP   I,III,IV * | 654 | 430 | 66% | | 4 | | 10 | 434 |
| HDSP Ad-Seg | | 53 | | | 2 | | | 55 |
| HDSP-RC | 45 | 70 | 156% | | 10 | | | 80 |
| ISP   I,III | | 10 | | | | | 5 | 10 |
| ISP Ad-Seg | | 5 | | | | | | 5 |
| KVSP   I,IV | 349 | 372 | 107% | | 1 | | 0 | 373 |
| KVSP Ad-Seg | | 34 | | | | | | 34 |
| LAC   I,III,IV + | 1,149 | 1,073 | 93% | 300 | 301 | 100% | 13 | 1,374 |
| LAC Ad-Seg | | 51 | | 54 | 66 | 122% | | 117 |
| MCSP   I,II,III,IV + | 999 | 948 | 95% | 215 | 218 | 101% | 10 | 1,166 |
| MCSP Ad-Seg | | 38 | | 36 | 35 | 97% | | 73 |
| NCWF | | 0 | | | | | | 0 |
| NKSP   I,III | 215 | 75 | 35% | | 2 | | | 77 |
| NKSP-RC | 584 | 646 | 111% | | 41 | | 10 | 687 |
| NKSP-RC--Ad-Seg | | 51 | | | 8 | | | 59 |
| PBSP   I,IV * | 349 | 245 | 70% | 64 | 73 | 114% | 6 | 318 |
| PBSP Ad-Seg | | 52 | | | 1 | | | 53 |
| PBSP SHU | | 11 | | | | | | 11 |
| PVSP   I,III | 1,299 | 1,370 | 105% | | 9 | | 5 | 1,379 |
| PVSP Ad-Seg | | 131 | | | 1 | | | 132 |
| RJD   I,III | 901 | 640 | 71% | 330 | 322 | 98% | 14 | 962 |
| RJD Ad-Seg | | 120 | | 63 | 53 | 84% | | 173 |
| RJD-RC | 298 | 474 | 159% | | 95 | | | 569 |
| SAC   I,IV * | 849 | 746 | 88% | 192 | 195 | 102% | 15 | 941 |
| SAC Ad-Seg | | 70 | | 49 | 55 | 112% | | 125 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health and HIV numbers are as accurate as the information provided by
   the respective DDPS identifier systems.

" + " is a 270 Design Facility.  " * " is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Beginning 4/28/05, SAC Ad-Seg EOP population includes some PSU inmates due to the PSU cell door retrofit.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.
SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Health Care Placement Unit

R1-2

12/16/2005

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| SATF      *II,III,IV* | 1,049 | 998 | 95% | | 2 | | 16 | 1,000 |
| SATF Ad-Seg | | 169 | | | | | | 169 |
| SCC      *I,II,III* | 499 | 516 | 103% | | 10 | | | 526 |
| SCC Ad-Seg | | 1 | | | 2 | | | 3 |
| SOL      *II,III* | 1,199 | 1,445 | 121% | | 12 | | 13 | 1,457 |
| SOL Ad-Seg | | 57 | | | 7 | | | 64 |
| SQ      *I,II* | 350 | 423 | 121% | | 94 | | | 517 |
| SQ-RC | 549 | 533 | 97% | | 60 | | | 593 |
| SQ-RC--Ad-Seg | | 81 | | 36 | 8 | 22% | | 89 |
| SVSP      *I,IV* | 999 | 960 | 96% | 192 | 196 | 102% | 10 | 1,156 |
| SVSP Ad-Seg | | 203 | | 45 | 50 | 111% | | 253 |
| VSPW | 606 | 699 | 115% | | 4 | | | 703 |
| VSPW Ad-Seg | | 14 | | 9 | 7 | 78% | | 21 |
| VSPW SHU | | 26 | | | 7 | | | 33 |
| VSPW-RC | 143 | 177 | 124% | | 8 | | | 185 |
| WSP      *I,III* | 105 | 119 | 113% | | 1 | | 6 | 120 |
| WSP-RC | 944 | 1,237 | 131% | | 72 | | | 1,309 |
| WSP-RC--Ad-Seg | | 47 | | | 9 | | | 56 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health and HIV numbers are as accurate as the information provided by
   the respective DDPS identifier systems.

* + * is a 270 Design Facility. * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Beginning 4/28/05, SAC Ad-Seg EOP population includes some PSU inmates due to the PSU cell door retrofit.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.
SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Health Care Placement Unit

R1-3

12/16/2005

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| Totals : | 24,271 | 26,496 | 109.2% | 3,210 | 4,016 | 125.1% | | 30,512 |

| | PSU | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| PBSP | 128 | 127 | 99.2% |
| SAC | 128 | 109 | 85.16% |
| Total PSU: | 256 | 236 | 92.19% |

| | DMH | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| ASH | 131 | 135 | 103% |
| DMH CMF-AIP | 150 | 138 | 92% |
| DMH CMF-ICF | 76 | 70 | 92% |
| DMH CMF-DTP | 44 | 34 | 77% |
| DMH SVPP | 64 | 49 | 77% |
| Totals : | 465 | 426 | 91.6% |

The ASH cap includes the 25 APP beds.

| Grand Totals | | |
|---|---|---|
| Total MH Capacity | Total MH Population | Percent of Total MH |
| 28,202 | 31,174 | 110.5% |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health and HIV numbers are as accurate as the information provided by the respective DDPS identifier systems.

* + * is a 270 Design Facility.  * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Beginning 4/28/05, SAC Ad-Seg EOP population includes some PSU inmates due to the PSU cell door retrofit.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

# Exhibit C

**Jane E. Kahn**

| | |
|---|---|
| **From:** | Lisa Tillman [lisa.tillman@doj.ca.gov] |
| **Sent:** | Friday, March 17, 2006 4:35 PM |
| **To:** | Jmichaelkeatingjr@yahoo.com |
| **Cc:** | DocKC99@aol.com; DoctorKoson@aol.com; harconwil@aol.com; melissawarren@appliedforensics.org; hammujones@comcast.net; rpattersonmd@earthlink.net; gmorrison@healthcaremediations.com; paul_nicoll@msn.com; dcute@pld-law.com; mlopes@pld-law.com; Donald Specter; Keith Wattley; Steve Fama; Jane E. Kahn; Michael W. Bien; Thomas Nolan; Jeffrey.metzner@uchsc.edu |
| **Subject:** | Second Weekly Report |



3-17-06 Second
Report - MHBP D...

March 17, 2006

Dear Mr. Keating:

Please find attached in PDF format the defendants' second weekly report on its ongoing efforts to develop plans responsive to the court order of March 2, 2006.

Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                           ARNOLD SCHWARZENEGGER, GOVERNOR

*DIVISION OF CORRECTIONAL HEALTH CARE SERVICES*
P. O. Box 942883
Sacramento, CA  94283-0001



March 17, 2006

J. Michael Keating, Jr.                    via:    Lisa Tillman
Office of the Special Master                       Deputy Attorney General
2351 Sussex Drive                                  Department of Justice
Fernandina Beach, FL  32034                        1300 I Street, Suite 125
                                                   P. O. Box 944255
                                                   Sacramento, CA  94244-2550

**RE: SECOND REPORT ON STATUS OF MENTAL HEALTH BED PLAN
DEVELOPMENT**

Dear Mr. Keating:

In accordance with the March 2, 2006 court order, please find enclosed the second of a series
of six reports, which provides an update on the California Department of Corrections and
Rehabilitation's (CDCR) efforts to develop a plan that addresses the need for acute,
intermediate, and mental health crisis beds for all its seriously mentally ill inmate-patients.

As all the strategies outlined in the enclosed document are not currently approved, I
respectfully request that the enclosed document be held in confidence and not released, or
subject to disclosure.

If you have any questions please contact me at (916) 327-0033.

Sincerely,

PETER FARBER-SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services
California Department of Corrections and Rehabilitation

Enclosure

Initial Status Report:
Acute, Intermediate, and Mental Health Crisis Bed Plan Development

**Enhanced Outpatient Program:**

The March 2, 2006 *Coleman* court order mandates that the CDCR file a response to the plaintiff's objections to the special master's fifteenth round monitoring report. The third of these objections requests that the court,

> " . . . order [the] defendants [to] develop and implement a plan within 60 days to create designated Reception Center Enhanced Outpatient Program (EOP) units that can provide at least ten hours of structured therapeutic treatment to (1) all EOP Reception Center patients that have been waiting longer than 60 days in a Reception Center and (2) all "at risk" EOP Reception Center patients who have been determined to need enhanced care while they wait to be transferred."

At this time, the CDCR wishes to inform the Special Master that the CDCR is developing a plan to increase EOP capacity at several institutions, thereby allowing the transfer of EOP inmate-patients out of the reception centers and into a more suitable treatment environment.

J. Michael Keating, Jr.
Page 2


cc:     Melissa Decker, Deputy Cabinet Secretary, Office of the Governor
        J. S. Woodford, Secretary (A), CDCR
        Eileen Cubanski, Assistant Secretary, California Health and Human Services Agency
            Department of Health Services
        Joe McGrath, Chief Deputy Secretary, Adult Programs, CDCR
        Bruce Slavin, General Counsel, Office of Legal Affairs, CDCR
        John Dovey, Director, Division of Adult Institutions, CDCR
        Bill Avritt, Chief Deputy Director, Department of Personnel Administration
        Renee Kanan, M.D., Deputy Director, Division of Correctional Health Care Services
            (DCHCS), CDCR
        George Sifuentes, Deputy Director, Office of Facilities Management, CDCR
        Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs, CDCR
        John Rodriguez, Deputy Director, Long Term Care Services, Department of Mental
            Health (DMH)
        Cindy Radavsky, Assistant Deputy Director, Long Term Care Services, DMH
        Timothy Fishback, M.D., Chief of Mental Health; Chief Psychiatrist, DCHCS, CDCR
        Doug McKeever, Project Director, Mental Health Program, DCHCS, CDCR
        Sarah Mangum, Principal Program Budget Analyst, Department of Finance
        Michael Stone, Staff Counsel, Office of Legal Affairs, CDCR
        Vicki O'Shaughnessy, Staff Services Manager II, Clinical Programs and Policy Unit,
            DCHCS, CDCR

## California Department of Corrections and Rehabilitation

Second Status Report:
Acute, Intermediate, and Mental Health Crisis Bed Plan Development

**Purpose:** On March 2, 2006, the *Coleman* court ordered the California Department of Corrections and Rehabilitation (CDCR) to provide the Special Master with a weekly report that provides a status on the development of plans addressing paragraphs 3 and 5 of the stated court order. Matters addressed in a prior report will not be repeated in subsequent reports unless either the substance or timing of a plan is revised.

This is the second of a series of six reports, with the first provided to the Special Master on March 10, 2006. The following provides an overview of work undertaken since the previous status report.

**Paragraph 3 - Acute and Intermediate Inpatient Beds:**
*Interim Projects*
CDCR and Department of Mental Health Policy Issues:
The CDCR and Department of Mental Health (DMH) have identified and are in the process of resolving the following policy issues that, if implemented, will increase occupancy of the licensed mental health beds operated by DMH.

> Revise the admission priority list, as outlined in the Memorandum of Understanding (MOU), and develop criteria that addresses clinical and custody concerns for direct, or accelerated, admissions of general population Enhanced Outpatient Program (EOP) inmate-patients into the dormitories at the Salinas Valley Psychiatric Program (SVPP).

> Seek approval for DMH to contract for background checks for applicants to the Medical Technical Assistant (MTA) classification. As proposed, these background checks would need to be accepted by CDCR, and would be completed within 60 days from receipt of the candidate's application.

Direct Referrals from the California Institution for Men:
The CDCR and DMH held a meeting on February 10, 2006 with California Institution for Men (CIM) and ASH to ensure both facilities were ready to proceed with direct referrals from CIM to ASH. Direct referrals from CIM to ASH, along with the direct referrals currently from CMC to ASH, will facilitate maximizing the utilization of the 25 acute beds for CDCR inmates at ASH.

**Paragraph 5 -- Mental Health Crisis Beds:**
*Interim Projects*
The CDCR is investigating two further strategies that, if viable, will result in an increased Mental Health Crisis Bed (MHCB) capacity in the interim period until the 50 bed MHCB unit at the California Medical Facility is activated, (scheduled for the Summer of 2008).