PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' REQUEST FOR COURT ORDERS RE: PSYCH TECH ROUNDS AND RECEPTION CENTER CARE** |

1  Plaintiffs filed Objections to the Fifteenth Monitoring Report of the Special Master on
2  the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols
3  ("Plaintiffs' Objections") on February 2, 2006. Defendants filed no objection or response to
4  plaintiffs' request for additional orders regarding psychiatric technician rounding and reception
5  center EOP programs. On March 2, 2006, the Court ordered defendants to file a response to
6  these two objections by March 17, 2006. 3/2/06 Order ¶ 7. Defendants filed a timely
7  response. Defendants' Response to Plaintiffs' Request for Court Orders Re: Psych Tech
8  Rounds and Reception Center Care ("Defendants' Response"). Defendants do not take issue
9  with the factual findings underlying plaintiffs' request for additional relief in these two critical
10 areas. Nor do defendants object to the remedial orders requested by plaintiffs. Plaintiffs filed a
11 reply on March 21, 2006, requesting that the Court enter additional remedial orders to address
12 the immediate harm experienced by the plaintiff class.

Good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Within 30 days of this order, and each month thereafter, the Wardens at the following institutions shall be directed to file a declaration under oath that identifies each unit at the institution which is operating as an administrative segregation unit and certifies that appropriate daily psychiatric technician rounding is being provided and documented for all inmates housed in each administrative segregation unit within their institutions: Avenal State Prison, CCWF, VSPW, SCC, Solano, San Quentin, Calipatria, CTF and CSP-Sacramento;

2. Defendants shall file by April 26, 2006, their plan to improve performance with daily psychiatric technician rounding in all administrative segregation units, and shall implement the elements of this plan within 60 days of the filing of the plan with the Court;

3. Defendants shall develop and implement a plan within 60 days to create designated reception center EOP units that can provide at least ten hours of

-1-

structured therapeutic treatment to (1) all EOP reception center patients that have been waiting longer than 60 days in a reception center and (2) all "at risk" EOP reception center patients who have been determined to need enhanced care while they wait to be transferred;

4. Defendants shall develop and file with the court a plan within 30 days to address the serious EOP bed shortage identified by CDCR in their Mental Health Bed Plan Development reported to the Court pursuant to the March 2, 2006 Order. The plan must be sufficiently timely for inclusion in the FY 2006-2007 Budget.

Dated: _____

_____
Honorable Lawrence K. Karlton
United States District Court