IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,            No. CIV S-90-0520 LKK JFM P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.           ORDER
_____/

      Good cause appearing, IT IS HEREBY ORDERED that this matter is set for joint hearing with <u>Marciano Plata, et al. v. Arnold Schwarzenegger, et al.</u>, No. C01-1351 TEH (N.D.Cal.) before the undersigned and the Honorable Thelton E. Henderson on June 8, 2006 at 10:00 a.m. in Courtroom 4, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814.

DATED: April 7, 2006.

                                                 /s/Lawrence K. Karlton
                                                 LAWRENCE K. KARLTON
                                                 SENIOR JUDGE
                                                 UNITED STATES DISTRICT COURT

/cole0520.jh