Peter Cockcroft
H86837
PO Box 290066
Represa, CA 95671-0066

-Plaintiff- Class Member

ORIGINAL



FILED

APR 14 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al,

    Plaintiff's,

-v-

ARNOLD SCHWARZENEGGER, et al,

    Defendant's.

Case No.: Civ S-90-0520 LKK JFM P

NOTICE OF CHANGE OF ADDRESS,

AND REQUEST TO SPEAK WITH SPECIAL MASTER

    I, Peter Cockcroft, am a plaintiff class member as I'm under mental health care EOP level of care at <u>CSP-Sac Fol-A PSU</u>. Plaintiff class member Cockcroft has moved from PBSP-PSU to CSP-Sac PSU and therefore gives Notice of Change of Address, as indicated above.

    Plaintiff class member Cockcroft requests to speak with Special Master Keating, or someone of his choosing re: obstruction of prescribed medications by RN's, LVN's & LPT's who are responsible for providing such to CSP-Sac PSU inmate-class members. Plaintiff fears his safety is being jeopardized by these individuals improper dispensing of medications not prescribed & or giving me other inmates prescribed medications.

DATED: 4-10-06

Respectfully submitted,

Pete Cockcroft
-Plaintiff Class-Member-

-1-

DECLARATION OF SERVICE BY MAIL

Case Name: Ralph COLEMAN, et al., v. Arnold SCWARZENEGGER, et al.,
Case No.: Civ S-90-0520 LKK JFM P

I declare:

I am 18 years of age & older & I am a party to this matter. I am familiar with the practice at CSP-Sac for collection & processing of correspondence for mailing with the U.S. Postal Service. In accordance with that practice, I placed in the internal mail collection system at CSP-Sac of the CDCR is deposited with the U.S. Postal Service that same day in the ordinary course of business.

On April 12, 2006, I served the attached NOTICE OF CHANGE OF ADDRESS/REQUEST TO SPEAK WITH SPECIAL MASTER by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at CSP-Sac at PO Box 29, Represa CA 95671, addressed as follows:

1. Lisa A. Tillman
   Deputy Attorney General
   1300 I St Ste 125
   PO Box 944255
   Sacramento CA 942442550

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 12, 2006, at Represa, California.

_Pete Cockcroft_                    _Pete Cockcroft_
                                     -Declarant-