1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | CASE NO. CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | |
| v. | **DEFENDANTS' RESPONSE TO COURT ORDER OF MARCH 2, 2006** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | Hearing: April 26, 2006<br>Time: 3:00 p.m.<br>Courtroom: 4<br>Judge: The Honorable Lawrence K. Karlton |

In response to the court order of March 2, 2006, Defendants respectfully submit the following:

 1. A plan for the provision, in conjunction with DMH or otherwise, of acute and intermediate inpatient beds for all seriously mentally ill male and female inmates in the CDCR clinically determined to be in need of these levels of inpatient care.

///

///

DEFENDANTS' RESPONSE TO CT. ORDER 3/2/06

1

2. A plan for the provision of Mental Health Crisis Beds (MHCB) for all seriously mentally ill male and female inmates in CDCR within 24 hours of a clinical determination that they require that level of mental health care.

(Exhibit A.)

Dated: April 17, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa Tillman*
LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30109919.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman v. Schwarzenegger, et al.**

No.:         **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 18, 2006</u>, I served the attached ***RESPONSE*** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft, H-86887
California State Prison, Sacramento
FA2-205 - H86887
P.O. Box 290066
Represa, CA 95671-0066

Kimbery S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 18, 2006, at Sacramento, California.

|  |  |
|---|---|
| A. Buckley | */s/ A Buckley* |
| Declarant | Signature |

30109949.wpd