**EXHIBIT A**

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA  94283-0001



April 17, 2006


J. Michael Keating, Jr.                        via:    Lisa Tillman
Office of the Special Master                            Deputy Attorney General
2351 Sussex Lane                                       Department of Justice
Fernandina Beach, FL  32034                            1300 I Street, Suite 125
                                                       P. O. Box 944255
                                                       Sacramento, CA  94244-2550

**RE:  STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006**

Dear Mr. Keating:

In accordance with the March 2, 2006, court order please find enclosed the *Statewide Mental Health Bed Plan, April 2006.*  This plan represents the California Department of Corrections and Rehabilitation's (CDCR) current effort to address the need for acute, intermediate, and Enhanced Outpatient Program and Mental Health Crisis Beds for its seriously mentally ill inmate-patients.

If you need clarification on any aspect of this plan, please contact me at (916) 327-0033 or Renee Kanan, M.D., M.P.H., Chief Deputy Director (A), Division of Correctional Health Care Services (DCHCS), at (916) 323-6811.

Sincerely,

PETER FARBER-SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services
California Department of Corrections and Rehabilitation


Enclosure

J. Michael Keating, Jr.
Page 2

cc:    Melissa Decker, Deputy Cabinet Secretary, Office of the Governor
       J. S. Woodford, Secretary (A), CDCR
       Eileen Cubanski, Assistant Secretary, California Health and Human Services Agency
       Joe McGrath, Chief Deputy Secretary, Adult Programs, CDCR
       Bruce Slavin, General Counsel, Office of Legal Affairs, CDCR
       Frank Furtek, Chief Counsel, California Health and Human Services Agency
       John Dovey, Director, Division of Adult Institutions, CDCR
       Bill Avritt, Chief Deputy Director, Department of Personnel Administration
       Renee Kanan, M.D., M.P.H., Chief Deputy Director (A), DCHCS, CDCR
       George Sifuentes, Deputy Director, Office of Facilities Management, CDCR
       Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs, CDCR
       John Rodriguez, Deputy Director, Long Term Care Services, Department of Mental
           Health (DMH)
       Cindy Radavsky, Assistant Deputy Director, Long Term Care Services, DMH
       Timothy Fishback, M.D., Chief of Mental Health; Chief Psychiatrist, DCHCS, CDCR
       Doug McKeever, Project Director, Mental Health Program, DCHCS, CDCR
       Sarah Mangum, Principal Program Budget Analyst, Department of Finance
       Michael Stone, Staff Counsel, Office of Legal Affairs, CDCR
       Nancy Manion, Staff Counsel, Legal Services, DMH
       Vicki O'Shaughnessy, Staff Services Manager II, Clinical Programs and Policy Unit,
           DCHCS, CDCR

# California Department of Corrections & Rehabilitation

~~~~~~~~~~~~~~~~~~

## Division of Correctional Health Care Services



# Mental Health Program
# And
# Mental Health Services
# Delivery System

# Statewide Mental Health Bed Plan, April 2006

## Statewide Mental Health Bed Plan, April 2006

### Table of Contents:                                                    Page Number

Purpose .................................................................................................................. 1
Background ........................................................................................................... 1
    Coleman Court ................................................................................................. 1
    Mental Health Bed Planning Efforts .......................................................... 2
    Right Prison/Right Mission .......................................................................... 2
    Current and Forecasted Mental Health Bed Demand ............................. 3
    Expansion Projects Currently Underway .................................................... 4
Plan ........................................................................................................................ 5
    Overview ........................................................................................................... 5
    Phase I: Interim Projects (April 2006 through June 2007) ...................... 6
        A.  Intermediate Care Facility and Acute Care Facility
            1.  Intermediate Care Facility Bed Plan, August 2005 .................... 6
            2.  Maximize Utilization of Salinas Valley Psychiatric Program
                Dormitory Beds .................................................................................. 6
            3.  Direct Referrals to Atascadero State Hospital From California
                Department of Corrections and Rehabilitation Institutions ......... 7
            4.  Feasibility of Coalinga State Hospital Accepting
                Level IV High Custody Inmate-Patients ........................................ 7
            5.  Medical Technical Assistant Background Checks .......................... 8
        B.  Enhanced Outpatient Program
            1.  Additional Enhanced Outpatient Program Beds ......................... 8
        C.  Mental Health Crisis Beds
            1.  Licensing of New Mental Health Crisis Bed Units ..................... 9
            2.  Staffing of New Mental Health Crisis Bed Units ........................ 10
            3.  Increase Mental Health Crisis Bed Capacity ............................... 10
            4.  Increased Mental Health Crisis Bed Capacity Through
                Improved Utilization of Department of Mental Health Acute Beds ... 11
            5.  California Medical Facility – Mental Health Crisis Bed
                Unit Construction Schedule ............................................................ 11
    Phase II – Long-Term Projects (July 2007 through June 2011) ............. 11
        A.  Intermediate Care Facility and Acute Care Facility
            1.  Additional Intermediate Care Facility and Acute Care Beds ...... 11
        B.  Enhanced Outpatient Program
            1.  Additional Program and Treatment Space for
                the Enhanced Outpatient Program ............................................... 12
        C.  Mental Health Crisis Beds ........................................................................ 13
Plan Schedule ...................................................................................................... 14
Rejected Strategies and Specific Responses .................................................... 18
        A.  Rejected Strategies
            1.  Additional Temporary Intermediate Care Facility Beds
                for Level IV High Custody Inmate-Patients ................................. 18
        B.  Specific Responses
            1.  Discharge and Admission of California Medical Facility (P-2)
                to Salinas Valley State Prison (D-yard) ........................................ 18
            2.  Federal Investigation Impacting Treatment in
                Department of Mental Health Hospitals ...................................... 18
            3.  Expedited Referral and Acceptance Process in the
                Department of Mental Health Programs ..................................... 19
            4.  California Department of Corrections and Rehabilitation Contract
                Bed Vacancies within the Department of Mental Health System .......... 19

## Statewide Mental Health Bed Plan, April 2006

| List of Enclosures | Enclosure Number |
|---|---|

California Department of Corrections Mental Health Bed Need Study,
Revised Version, Tucker Alan Inc., July 29, 2002........................................................................I

Closing the GAP Spreadsheet .......................................................................................................II

Intermediate Care Facility Bed Plan, August 2005....................................................................III

Addendum 1 to Memorandum of Understanding
California Department of Corrections and Rehabilitation and
California Department of Mental Health For
Intermediate Care/Non-Acute Services ......................................................................................IV

Addendum 1 to Memorandum of Understanding
California Department of Corrections and Rehabilitation and
California Department of Mental Health For Acute Psychiatric Services...................................V

Coalinga State Hospital Coleman Bed Conversion Study, April 5, 2006 ...................................VI

Constitutional Issues of Securing Coalinga State Hospital
for Treatment of Level IV High Custody California Department of
Corrections and Rehabilitation Inmates.....................................................................................VII

California Department of Corrections and Rehabilitation ---
Division of Correctional Health Care Services
CORRECTIONAL TREATMENT CENTER BEDS .................................................................VIII

Correctional Treatment Center 2006 Licensure Project............................................................IX

Challenges and Initiatives to Increasing Mental Health Crisis Beds at
California Men's Colony and California Institution for Men .......................................................X

Status of Funding for Acute, Intermediate and Mental Health Crisis Bed Plan
Capital Outlay Proposals Submitted to the Legislature March 30, 2006...................................XI

Federal Investigation Impacting Treatment in
Department of Mental Health State Hospitals ...........................................................................XII

**Statewide Mental Health Bed Plan, April 2006**

# I.    Purpose:

The purpose of the *Statewide Mental Health Bed Plan, April 2006* is to address the housing and treatment needs of California Department of Corrections and Rehabilitation's (CDCR) seriously mentally ill inmate-patient population, and complying with the applicable mandates of the March 2, 2006, *Coleman* court order.

# II.    Background:

The prison population has continued to grow faster than CDCR has added permanent capacity. The total population rose to approximately 168,000[1] as of January 2006, which is 5,000 more than it was in April 2004, and is greater than the forecasted population for January 2006 in Fall 2005. The male inmate population, which presents the greater demand for mental health care, currently is housed at more than 200% of the designed capacity of the prisons in which these inmates are incarcerated, leading to challenges in identifying and dedicating space to mental health treatment programs.

The population of inmates with serious mental disorders has increased faster than the overall population. The prevalence of serious mental disorders among the male prison population has grown from 7.9% in 1996, when the Mental Health Service Delivery System (MHSDS) was established, to nearly 20% today. This is partially due to the improved identification of inmate-patients requiring mental health services, the aging population, and longer sentences. As of the end of Fiscal Year (FY) 2005, the MHSDS population was nearly 30,500 inmates.

## *Coleman Court*

On March 2, 2006, the *Coleman* court ordered the CDCR to complete the following:

- Not later than April 17, 2006, defendants shall file with the court a plan for the provision, in conjunction with Department of Mental Health (DMH) or otherwise, of acute and intermediate inpatient beds for all seriously mentally ill male and female inmates in the CDCR clinically determined to be in need of these levels of inpatient care. The plan must address interim and long-range needs based on updated population projections; detail financial and construction plans, timetables and staffing requirements needed to meet the needs; and ensure that construction and financial elements of the plan are sufficiently timely for inclusion in the FY 2006-2007 Budget. An element of the plan should include a detailed analysis of upgrading the physical security of DMH's Coalinga State Hospital (CSH) that results in a reasoned report on the feasibility -or infeasibility- of the use of some portion of that facility for the inpatient treatment of Level III and/or Level IV CDCR inmates.

- Defendants shall build 64 single cells in the presently planned expansion of the Salinas Valley Psychiatric Program (SVPP) operated by DMH for Level IV violent inmates at Salinas Valley State Prison (SVSP).

- Not later than April 17, 2006, defendants shall file with the court a plan for the provision of Mental Health Crisis Beds (MHCB) for all seriously mentally ill male and female inmates in CDCR within 24 hours of a clinical determination that they

---

1 Male inmates = 156,600 and female inmates = 11,400

**Statewide Mental Health Bed Plan, April 2006**

require that level of mental health care. The plan must address interim and long-range needs based on updated population projections; detail financial and construction plans, timetables and staffing requirement needed to meet the needs; and ensure that construction and financial elements of the plan are sufficiently timely for inclusion in the FY 2006-2007 Budget. The response to interim needs should include a plan to accelerate the staffing and licensing of the new MHCB unit at Kern Valley State Prison (KVSP) and the new MHCB unit at California State Prison –Sacramento (SAC) by June 30, 2006, as well as a plan for expediting the construction, staffing, and licensing of the new MHCB unit at California Medical Facility (CMF).

### *Mental Health Bed Planning Efforts*

In December 2005, the CDCR established a multi-disciplinary group of individuals from within CDCR and other involved state Departments to address the need for housing and treatment space for the growing population of inmates with serious mental disorders. The group consisted of representatives from CDCR's Division of Adult Institutions, Human Resources, Budgets, Facilities Management, and Correctional Health Care Services. Other state agency members represented the DMH, Department of Health Services (DHS), Department of Personnel Administration (DPA) and the Department of Finance (DOF). The group considered the following in producing the final plan for *mental health beds*[2] contained in this document:

- Other CDCR initiatives, such as the *Right Prison/Right Mission Project*, that may impact the number and location of *mental health beds*,

- Current and forecasted populations of inmate-patients requiring the services of the MHSDS along with the demand for beds designated solely for use as *mental health beds*, and

- Projects currently underway to increase capacity for these *mental health beds* statewide.

### *Right Prison/Right Mission*

In 2005, the CDCR established the *Right Prison/Right Mission* Task Force for the purpose of reviewing the use of inmate housing space within the prison system, and through this review, developing recommendations for housing these inmates in the most appropriate manner. In placing inmates in cells or dormitories in prisons, administrators must consider custody and security requirements for each individual, as well as their special needs, such as treatment for serious mental disorders. Recommendations of this Task Force would result in better use of the available prison space by aligning four major factors in determining the placement of inmates:

    (1)     The mission of the individual prisons,
    (2)     The security and special needs of the inmates to be housed there,
    (3)     The kind of space available within the prisons, and
    (4)     The ability of the prison to deliver services required by its mission.

Many of the considerations made by the Task Force concerned security and healthcare demands and requirements, including the ability to recruit and hire clinical staff at specific prisons.

---

[2] For purposes of this document, *mental health beds* include Mental Health Crisis Beds, Non-Acute/Intermediate Care Facility beds, Acute beds, and beds within the Enhanced Outpatient Program only.

**Statewide Mental Health Bed Plan, April 2006**

While the entire *Right Prison/Right Mission* plan is still under development, the part of the plan addressing the mental health program is moving to consolidate most aspects of the MHSDS in fewer prisons designated as Consolidated Care Centers (CCC). This consolidation is designed to best utilize available treatment space within appropriate security levels, and improve CDCR's ability to provide the clinical services and staff necessary to meet the needs of the program. Chronic shortages of staff due to recruitment and retention difficulties are especially severe at some prisons, given their remote locations. Where these shortages have been a long-standing problem, major mental health programs at these prisons will be shifted to prisons where clinical staff recruitment is a less severe problem. For the most part, prisons that are nearer urban areas within the state have shown a better ability to recruit and retain necessary mental health staff. Therefore, major mental health program missions will be limited to these prisons in the establishment of the CCCs.

### Current and Forecasted Mental Health Bed Demand

In 2002, a health care consulting firm called Tucker-Alan (now a part of Navigant Consulting) designed a mental health bed demand forecast methodology for the CDCR, (Enclosure I). This method projects future bed needs based on several variables that drive bed usage, including total overall prison population, length of stay and discharge rates of patients in inpatient status, and growth in outpatient demand proportional to the historical prevalence of outpatients in the total prison population. These factors produce a five-year forecast and are adjusted twice annually based on new overall prison population projections and variations in discharge rates and lengths of stay from the prior year. This method has been used since its inception to forecast bed demand and has been instrumental in past efforts to define future bed availability needed to meet demand.

The following indicates the forecast demand for male and female inmate-patients in the MHSDS:

| Level of Care – Mental Health | Number of *Male* Inmates | |
|---|---|---|
| | Projected Demand June 2007 | Projected Demand July 2010 |
| Enhanced Outpatient Program (EOP) | 3919 | 4597 |
| Intermediate Care Facility (ICF) - High Security | 367 | 429 |
| ICF-All other security levels | 181 | 212 |
| Mental Health Crisis Bed (MHCB) | 205 | 222 |
| Acute | 316 | 531 |

| Level of Care – Mental Health | Number of *Female* Inmates | |
|---|---|---|
| | Projected Demand June 2007 | Projected Demand July 2010 |
| Enhanced Outpatient Program (EOP) | 209 | 245 |
| Mental Health Crisis Bed (MHCB) | 19 | 29 |
| Intermediate Care Facility (ICF) and Acute | 33 | 49 |

Source: GAP Analysis of Mental Health Bed Needs as of 9/30/05 Based on Fall 2005 Projections Spreadsheet, California Department of Corrections and Rehabilitation, Division of Correctional Health Care Services, (Enclosure II).

Bed availability to meet the demand is determined through an assessment of currently available designated beds, and new beds that have been approved and are in process for future activation within a designated time period. These beds are then compared to the demand at each specific level of care within the same time period. When compared with current and forecasted bed

**Statewide Mental Health Bed Plan, April 2006**

demand, a "gap" exists to the extent that further action to expand bed availability is required. The following demonstrates the forecasted "gap" or deficiency in male and female beds by June 2011, with consideration that temporary beds currently in existence would be deactivated once permanent beds are constructed:

| Level of Care – Mental Health | Projected Deficiency in *Male* Beds June 2011 |
|---|---|
| Enhanced Outpatient Program (EOP) | 1858* |
| Intermediate Care Facility (ICF) - High Security | 153 |
| ICF-All other security levels | (+153)** |
| Mental Health Crisis Bed (MHCB) | (+32)** |
| Acute | 356 |

| Level of Care – Mental Health | Projected Deficiency in *Female* Beds June 2011 |
|---|---|
| Enhanced Outpatient Program (EOP) | 65 |
| Mental Health Crisis Bed (MHCB) | 7 |
| Intermediate Care Facility (ICF) and Acute | 19 |

Source: GAP Analysis of Mental Health Bed Needs as of 9/30/05. Based on Fall 2005 Projections spreadsheet, DCHCS, CDCR, (Enclosure II).
* Indicates the GAP in beds if the 372 EOP beds outlined in the *Statewide Mental Health Bed Plan, April 2006* were not activated, (1486 + 372 = 1858 Deficiency)
** Indicates an excess number of beds

### *Expansion Projects Currently Underway*

Related projects that add mental health treatment capacity include:

- 36 bed temporary conversion to Non-Acute/Intermediate Care Facility (ICF) at CMF until May 2006 (funded through the 2005-06 minor capital outlay program). The project at CMF creates an immediate resource of ICF beds through the month of May 2006 only, after which increased area temperatures during the summer months necessitates the transfer of these inmate-patients to SVSP. Inmate-patients receiving services in the mental health program may be treated with certain psychotropic medications that compromise the inmate-patient's ability to tolerate heat, and exposure to a hot climate presents significant health risks. Therefore, to appropriately care for these inmate-patients, and in order to fulfill licensing requirements, CMF will require the installation of air conditioning, which cannot be provided without major costs and time.

- A temporary conversion of 36 general population cells to ICF beds at SVSP, available beginning May 2006 (funded through the 2005-06 minor capital outlay program).

- A 112 bed permanent conversion to Correctional Treatment Center (CTC) beds, with temporary use for ICF level of care, at SVSP, available 2009 (includes the 36 temporary beds noted above, and with funding requested for the 2006-07 budget year). The ICF beds generated by this renovation must be replaced as part of the long-term plan, and are included in the bed plan outlined below. Once the permanent 128 ICF bed facility at SVSP is constructed and occupied, as proposed in the *Statewide Mental Health Bed Plan, April 2006,* these 112 CTC beds may be used for inmate-patients requiring medical services such as Long Term Care (LTC) and will increase the system-wide number of beds available for inmate-patients discharged from community hospitals back to CDCR.

- A 36 bed permanent conversion to CTC beds, with temporary use for ICF level of care at CMF, available 2009 (funding requested for the 2006-07 budget year). As with the 112 beds at SVSP, the beds at CMF may be used for medical purposes once permanently converted.

- An additional 64 bed single celled ICF facility construction project at SVSP (funding included in the 2005 Budget Act). This project, once completed, satisfies the applicable portion of the *Coleman* court order included in this document.

## III.  Plan:

### *Overview*

The *Coleman* court order focuses on the lack of available inpatient beds for high-custody inmate-patients in need of ICF and Acute levels of care along with MHCBs. However, CDCR recognizes that there is also a clear deficit of Enhanced Outpatient Program (EOP) beds and treatment space, and that fixing less than all of the parts of the MHSDS, a comprehensive and interconnected continuum of mental health care, will exacerbate the problems in the others. Therefore, the *Statewide Mental Health Bed Plan, April 2006* provides a comprehensive plan addressing the CDCR's projected needs for *mental health beds* within the EOP, ICF, Acute, and MHCB levels of care, and is consistent with the *Right Prison/Right Mission Project.* The attached *Closing the GAP* spreadsheet illustrates how the beds proposed under this plan will meet, or reduce the gap in, the forecasted demand for the beds in these levels of care by June 2011, (Enclosure II).

This plan is separated into two phases that outline interim and long-range projects. Neither phase is mutually exclusive of any other work underway, at any time, in order to complete the projects by the end of the indicated time period.

The narrative description of the plan is followed by a schedule indicating major milestones. Also included is a discussion of initiatives that were considered and rejected along with other specific issues.

Statewide Mental Health Bed Plan, April 2006

## Phase I: Interim Projects (April 2006 through June 2007)

### A.  Intermediate Care Facility (ICF) and Acute Care Facilities

1.  *Intermediate Care Facility Bed Plan, August 2005*
    In August 2005, the CDCR submitted the *Intermediate Care Facility Bed Plan* to the *Coleman* court, (Enclosure III).  This plan represented the CDCR's effort to increase the number of single-celled ICF beds for Level IV high custody inmate-patients through modifications of existing facilities within CMF and SVSP.  To date, 36 of the total 212[3] beds described in the plan are available, with the balance of these beds due on a staggered schedule by March 2009.

    The *Statewide Mental Health Bed Plan, April 2006* proposes to continue implementing the *Intermediate Care Facility Bed Plan* with one modification, which involves the EOP at SVSP, and is described in the following section B.1, "Additional EOP Beds".

    Funding:

    Funding needed to complete the projects outlined in the August 2005 *Intermediate Care Facility Bed Plan* was proposed as part of the 2006-07 Governor's Budget and is subject to legislative approval through the annual budget process.

2.  *Maximize Utilization of SVPP Dormitory Beds*
    One barrier to utilizing the dormitories at SVPP has been the hierarchy of admissions per the Memorandum of Understanding (MOU).  Presently, the CDCR/DMH MOU governing inmate-patient care requires that inmate-patient admissions be prioritized by the following hierarchy: Psychiatric Segregation Unit (PSU), Mental Health Crisis Bed (MHCB), Department of Mental Health Acute Psychiatric Program (APP), Administrative Segregation Enhanced Outpatient Program (EOP Ad-Seg) and General Population Enhanced Outpatient Program (GP-EOP).

    The DMH has observed that an unintended consequence of the hierarchy policy has been the inability of the SVPP to fill its four-man dormitories, which historically operate at about a fifty percent (50%) occupancy rate.  Inmate-patients who come from the PSU and other Ad-Seg environments are often clinically appropriate to be housed with other inmate-patients, after they have been psychiatrically stabilized and made progress within the treatment program.  However, historically the SVPP wait list is composed of approximately fifty percent (50%) of patients referred from the GP-EOP of which approximately forty percent (40%) have double cell status.  Notably, the most underserved population on the SVPP waiting list is Level IV EOP that remains on the SVPP wait list for prolonged periods, and are inmate-patients who are generally likely to be good candidates for dormitory housing and treatment.

---

[3] These 212 beds include the 36 beds at CMF (P-2), and 112 beds at SVSP (D-5 and D-6), and the 64 bed planned expansion of the SVPP, (36 + 112 + 64 = 212).

**Statewide Mental Health Bed Plan, April 2006**

In order to fill the vacant dormitory beds, which will maximize the use of this valuable and expensive asset, the CDCR and the DMH revised the MOU to allow admissions to dormitory beds for any inmate-patient currently classified as GP-EOP with a double cell status that is deemed to be clinically appropriate for such placement as determined by the SVPP Clinical Assessment Team (CAT), (Enclosure IV).

The CDCR and DMH will jointly conduct a re-training for field staff on the DMH referral process that will include the updated MOU language by June 1, 2006.

3.  *Direct Referrals to Atascadero State Hospital (ASH) from CDCR Institutions*
    Under the current MOU between the CDCR and the DMH for Acute Psychiatric Services, California Men's Colony (CMC) is the only CDCR institution that can directly refer inmate-patients to ASH who are in need of acute psychiatric care.  In an effort to expedite the referral process so as to fill the acute care beds at ASH, the CDCR and the DMH have revised the MOU to allow for direct referrals from California Institution for Men (CIM), Deuel Vocational Institution (DVI), and California Correctional Institution (CCI), (Enclosure V). Direct referrals from these institutions, along with the direct referrals currently from the CMC to ASH, will facilitate maximizing the utilization of the 25 acute beds for CDCR inmate-patients at ASH.

    The CDCR and DMH will jointly conduct a re-training for field staff on the DMH referral process that will include the updated MOU language by June 1, 2006.

4.  *Feasibility of Coalinga State Hospital (CSH) Accepting Level IV High Custody Inmate-Patients*
    Despite the progress that the CDCR and the DMH have made to increase the capacity of the bed usage at ASH, the number of referrals for acute care services and intermediate/non-acute services remains low and the beds remain unfilled. Upon further study and review by the CDCR, the shortage of referrals is related in large part to the overall lack of need for mental heath services for lower custody inmate-patients.  The gap analysis shows that the greatest need for mental health services for CDCR inmate-patients is for those inmate-patients who need a higher level of custody.  There continues to be a waiting list at SVPP for the high-custody Level IV inmate-patients that require inpatient care but cannot be admitted to a state hospital. These inmate-patients cannot be placed in ASH or CSH, which results in a chronic under usage of the acute care and intermediate care beds.

    Pursuant to paragraph No. 3 of the March 2, 2006 Coleman court order, the CDCR and the DMH, in conjunction with the Department of General Services (DGS), studied upgrading the physical security of CSH.  This led to a reasoned report on the feasibility—or infeasibility—of using some portion of that hospital for the inpatient treatment of CDCR inmates.  The report, entitled *Coalinga State Hospital Coleman Bed Conversion Study*, noted in the Executive Summary that recent legislation and policy changes have enabled DMH to house and treat 50 CDCR Level I, II, and III patients, which are by CDCR's definition inmate-patients that need a lower level of custody. Thus, the physical security of CSH does not need to

be upgraded to house and treat Level III CDCR inmate-patients, provided that those inmate-patients are low custody. It is important to note that the criteria that the DMH uses to make a determination for admission into the state hospital is found in the previous and current MOU between the CDCR and the DMH for Intermediate Care/Non-Acute Services. Page 5, section 3, part 7 of the MOU states "Inmate-patients who are deemed a significant assault risk, have a history of victimizing other inmate patients (including inciting others to act in a dangerous manner) or present a high escape risk, shall be referred to the SVPP Intermediate Program. CDCR refers to these patients as high custody inmate patients." The DMH reviews each inmate-patient pursuant to the terms of the MOU and will refer to SVPP accordingly, regardless of the CDCR-designated level of I, II, III, or IV. This means it is possible for some Level IV inmates to be admitted to the state hospital and for some Level I, II, III, IV inmates not to be admitted. The balance of the *Coalinga State Hospital Coleman Bed Conversion Study* report discusses the physical modifications necessary to house and treat the high custody CDCR inmate-patients. Along with the *Coalinga State Hospital Coleman Bed Conversion Study* report is a document that discusses the constitutional issues regarding securing CSH for Level IV high custody inmate-patients, (Enclosures VI and VII respectively).

5. *Medical Technical Assistant Background Checks*
   The DMH is seeking approval to contract for background checks for applicants to the Medical Technical Assistant (MTA) classification. As proposed, these background checks would need to be accepted by CDCR, and would be completed within 60 days from receipt of the candidate's application.

## B. Enhanced Outpatient Program (EOP)

1. *Additional EOP Beds*
   As previously stated, the CDCR has an immediate need for EOP beds and recognizes its need to increase capacity in the shortest time possible. In an effort to meet this immediate need, the *Statewide Mental Health Bed Plan, April 2006* proposes the following projects, which convert existing beds used for general population inmates to EOP beds:

| PROPOSED ADDITIONAL ENHANCED OUTPATIENT PROGRAM BEDS | | | | |
|---|---|---|---|---|
| **Institution** | **Current Beds** | **Additional Beds** | | |
| | | **Proposed Beds** | **Activation Date** | **Total** |
| Mule Creek State Prison – Level III | 180 | 180 | January 2007 | 360 |
| Mule Creek State Prison – Level IV | 35 | 115 | January 2007 | 150 |
| California State Prison - Sacramento | 192 | 96 | July 2006 | 384 |
| | | 96 | October 2006 | |
| California State Prison – Los Angeles County* | 300 | 150 | June 2011 | 450 |
| **TOTAL** | **707** | **637** | | **1344** |

\* Note: The additional proposed EOP beds at Los Angeles County are presented here, but will not activate until Phase II of the plan, (See Phase II B.1 for further details).

Temporary conversion of existing space to EOP treatment and program space, along with existing EOP treatment and program space, will be sufficient to support the additional EOP inmate-patients at SAC and Mule Creek State Prison (MCSP).

In addition, SVSP will retain its 192 EOP bed program, and will not transfer these inmate-patients to SAC as outlined in the aforementioned *Intermediate Care Facility Bed Plan, August 2005*.

If these projects are implemented as stated, the CDCR will realize an additional 487 EOP beds over the next year. (This figure does not include the beds at SVSP, because the 192 beds are current capacity and do not represent any increase in capacity, and the 150 beds at Los Angeles County.)

Funding:

Funding for the cost of temporary conversions is expected to be addressed through prioritization of the Department's existing allocation for facility modifications through special repairs and/or minor capital outlay projects, if special repair or minor capital outlay project criteria is met. Funds to establish CDCR staff associated with the proposed new facilities would be budgeted as these new beds are activated through the population projection adjustment process that occurs each year as part of the budget process. As new beds and institutions become available, or the type of population changes in existing institutions, the Department prepares an activation schedule for the staff needed to operate those beds once they are occupied. The resources needed for these positions are then proposed as a population adjustment in the budget and updated if necessary due to changes in number of inmates, schedule, or mission. For any given fiscal year this projection is updated four times based on updated data. The proposed population adjustment is then submitted to the Legislature for approval.

**C.    Mental Health Crisis Beds (MHCB)**

In an effort to establish a number of MHCBs that can be used for ongoing bed planning efforts, the CDCR's Division of Correctional Health Care Services (DCHCS) licensing unit completed a survey of which the results are enclosed, (Enclosure VIII). The comment section of the enclosed spreadsheet explains how the current number of MHCBs per institution was derived. Of significant importance is the reduction of the anticipated 13 MHCBs at SOL to nine due to physical plant issues. As a result of this survey, the CDCR accounted for a net loss of four MHCBs system-wide in its bed planning efforts.

    1.    *Licensing of new MHCB units*
        1.1    The CDCR implemented the *Correctional Treatment Center 2006 Licensure Project* in an effort to address licensing-related issues, and facilitate the activation of new CTCs, including MHCBs, in a timely manner, (Enclosure IX).

Statewide Mental Health Bed Plan, April 2006

1.2 In addition, the CDCR is pursing the option of having the DHS perform licensing surveys in advance of a facility being fully staffed in order to expedite licensing. The beds to be licensed are placed in "suspense" until the CDCR hires the appropriate staff. Once fully staffed, the CDCR will contact the DHS in order to complete the process to activate these beds. This option is being further developed for use with the licensing of the MHCB units at KVSP and SAC.

2. *Staffing of new MHCB units*
The CDCR is requesting approval for a top step Hire Above Minimum (HAM) for its mental health classifications in specific regions, along with a proposal requesting enhanced pay differentials for selected mental health classifications at selected institutions. Both proposals, if approved, would increase the CDCR's ability to ensure appropriate staffing to operate existing MHCBs and facilitate licensing of new MHCBs.

Funding:
As part of the budget process, CDCR has submitted a request for funding of the enhanced staff salaries for the 2006-2007 budget year.

3. *Increase MHCB Capacity*
In the short-term, the CDCR continues to explore the following strategies:

- Provisionally license and operate the space currently occupied by the Outpatient Housing Unit (OHU) at CMC as a MHCB unit for use until the completion of the 50-bed CTC-MHCB freestanding facility at the CMF, (anticipated construction completion date is 2/29/08).

- Convert a subset of the General Acute Care Hospital (GACH) beds at CIM and CMC to distinct part CTC beds. It is anticipated that at CIM this will result in approximately 30 MHCBs. The medical CTC beds at CMC will open up CTC beds at other institutions to use as MHCBs.

- Activating a medical OHU at KVSP that will house and treat medical inmate-patients, such as LTC inmate-patients, that are occupying CTC beds at other institutions. This transfer of LTC inmate-patients will free up existing CTC beds that may be used for MHCB care.

These strategies present challenges such as, displacing inmate-patients currently placed in these beds, and impacting the number of beds available for the medical program, which will require notification of the *Plata* court and the receiver. However, implementation of these strategies may allow the CDCR to provide a more balanced continuum of medical and mental health care at these institutions, thereby optimizing use of the CDCRs resources to effectively provide quality health care services.

The attached document presents the unique challenges associated with the first two strategies along with initiatives the CDCR is undertaking with other State agencies and the plaintiff's attorneys to address these challenges, (Enclosure X).

4. *Increasing Mental Health Crisis Bed Capacity Through Improved Utilization of Department of Mental Health Acute Care Beds*
   The DMH and CDCR are investigating strategies to increase MHCB capacity through improved utilization of DMH acute care beds, and DMH beds scheduled for activation in July 2006.

5. *CMF – MHCB Unit Construction Schedule*
   The CDCR investigated the opportunity of expediting the construction of the 50-bed MHCB unit at CMF, and was only able to shorten the anticipated construction period by 60 days. However, the actual start of construction will be delayed by at least two weeks due to the construction bids being over the State's estimate by nearly 10 percent, thereby requiring DOF approval and legislative notification.

## *Phase II – Long-Term Projects (July 2007 through June 2011)*

### A. Intermediate Care Facility and Acute Care Facilities

1. *Additional ICF and Acute Care Beds*
   Demand for high custody ICF beds is the greatest pressure on CDCR's ability to provide necessary care. Immediate options for relief of the shortage are few. An intermediate option, already underway, is the temporary renovation at SVSP. Likewise, the growth in demand for Acute care is forecasted to continue, creating a rising and significant shortage in available Acute beds.

   Given the growth trend of the CDCR population, and the prevalence of serious mental disorders (especially those requiring higher levels of custody and health care), the demand for beds at the higher levels of care can also be expected to continue to grow into future years. In order to meet the bed demand for ICF and Acute care for the inmate-patient population the following design and construction projects are proposed:

| PROPOSED ADDITIONAL INTERMEDIATE CARE FACILITY AND ACUTE PROGRAM BEDS | | |
|---|---|---|
| **Institution** | **Number and Type of Bed** | **Anticipated Construction Completion Date** |
| California State Prison - Sacramento | 350 Acute | June 2011 |
| | 128 Intermediate Care Facility (ICF) | June 2011 |
| California Medical Facility | 64 ICF | June 2011 |
| Salinas Valley State Prison | 128 ICF | June 2011 |
| California Institution for Women (female) | 25 Acute/ICF | June 2011 |
| Sub-total Male ICF Beds (only): | 320 | |
| Total ICF and Acute Beds: | 695 | |

Given the need for high custody security levels, all of these beds must be in single-cells. In addition, the DMH has agreed to operate these proposed ICF and Acute programs for *male* inmate-patients.

If these projects are implemented as stated, the CDCR will realize additional new capacity at the ICF and Acute levels of care as demonstrated in the following table:

| Level of Care | Current Capacity | New Beds | | New Capacity[1] |
| | | Previously Funded and Approved Projects | Projects Proposed in Statewide Mental Health Bed Plan, April 2006 | |
|---|---|---|---|---|
| Male Acute | 175 | | 350 | 525 |
| Male Level IV-High Custody ICF | 100[2] | 64 | 320 | 448[3] |
| Female Acute/ICF | 30 | | 25 | 55 |

[1] New Capacity as of June 2011.

[2] This includes the 36 temporary Intermediate Care Facility (ICF) beds at the California Medical Facility (CMF) P-2 Housing Unit.

[3] Does not include the 36 temporary ICF beds at CMF, $(100 - 36 + 64 + 320 = 448)$.

Funding:
Funding requests to begin the planning phase of these projects have been submitted to the Legislature for inclusion in the 2006-2007 Budget Act. Additional details regarding the status of the capital outlay proposals along with the staffing requested to operate these programs are enclosed, (Enclosure XI). Funds to establish CDCR staff associated with the proposed new facilities would be budgeted as these new beds are activated through the population projection adjustment process that occurs each year as part of the budget process. As new beds and institutions become available, or the type of population changes in existing institutions, the Department prepares an activation schedule for the staff needed to operate those beds once they are occupied. The resources needed for these positions are then proposed as a population adjustment in the budget and updated if necessary due to changes in number of inmates, schedule, or mission. For any given fiscal year this projection is updated four times based on updated data. The proposed population adjustment is then submitted to the Legislature for approval.

It is anticipated that in order to receive funds to establish DMH staff necessary to operate these facilities as construction is completed, DMH would submit funding requests through both the Budget Change Proposal (BCP) and the estimate process until full activation of the facilities are completed.

## B.  Enhanced Outpatient Program

1.  *Additional Program and Treatment Space for the EOP*
    The demand for EOP housing is surpassing availability as demonstrated by the forecast model. To meet this demand, and in an effort to effectively deliver constitutionally mandated mental health care, this plan requests

the following design and construction projects to increase the EOP treatment and program space at the following prisons:

| ENHANCED OUTPATIENT PROGRAM (EOP) - PROPOSED CONSTRUCTION PROJECTS FOR ADDITIONAL TREATMENT AND PROGRAM SPACE | | |
|---|---|---|
| Institution | Number of EOP Inmate-Patients | Anticipated Construction Completion Date |
| California State Prison - Sacramento | 384 | June 2011 |
| Mule Creek State Prison | 180 | June 2011 |
| California State Prison – Los Angeles County (LAC)* | 150 | June 2011 |
| Total: | 714 | |

\* LAC will activate an additional 150 EOP beds through conversions of existing beds used for general population inmates once this treatment and program space is constructed.

Funding:
Funding requests to begin the planning phase of these projects have been submitted to the Legislature for inclusion in the 2006-2007 Budget Act. Additional details regarding the status of the capital outlay proposals along with the staffing requested to operate these programs are enclosed, (Enclosure XI).

## C.    Mental Health Crisis Beds

The shortage of MHCBs for male inmates is temporary, pending the soon-to-be-completed addition of MHCB at various prisons[4], and the 50-bed MHCB at CMF that were previously authorized and funded. Once the CMF facility is open, (anticipated construction completion date is 2/29/08), and for the period up to 2010, CDCR will have some breathing room to accommodate the demand for this level of care. Therefore, additional new MHCBs are not included in the *Statewide Mental Health Bed Plan, April 2006*.

However, through ongoing planning efforts, the CDCR will continue to evaluate and propose additional MHCBs based on updated population projections and forecasted demand for these resources.

---

[4] These prisons include: Kern Valley State Prison, Ironwood State Prison, and California State Prison - Sacramento, which are not currently licensed.

Statewide Mental Health Bed Plan, April 2006

## IV.  Plan Schedule:

| STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 MAJOR MILESTONES | | |
|---|---|---|
| **Action** | **Comments** | **Target Completion Date** |
| **Phase I:** | **Interim Projects (April 2006 – June 2007)** | |
| *A.  Acute Care and Non-Acute/Intermediate Care Facility (ICF):* | | |
| 1. Continue to implement the *Intermediate Care Facility Bed Plan, August 2005.* | 36 temporary ICF beds presently at the California Medical Facility (CMF). | 6/30/07 (interim projects) 3/31/09 (entire plan) |
| 2. Maximize utilization of the ICF dormitory beds at the SVPP. | Salinas Valley Psychiatric Program (SVPP) | 6/1/06 |
| 2.1 Revise the MOU between the DMH and the CDCR to allow admissions to dormitory beds for any inmate-patient classified as GP-EOP with a double cell status that is deemed clinically appropriate for such placement. | Memorandum of Understanding (MOU) Department of Mental Health (DMH) California Department of Corrections and Rehabilitation (CDCR) General Population-Enhanced Outpatient Program (GP-EOP) | 4/17/06 |
| 2.2 Implement the revised MOU. | The CDCR and DMH will jointly conduct a re-training for field staff on the DMH referral process that will include the updated MOU language. | 6/1/06 |
| 3. Direct Referrals to ASH - APP. | Atascadero State Hospital (ASH) Acute Psychiatric Program (APP) | 6/1/06 |
| 3.1 Revise the MOU between DMH and the CDCR to allow direct referrals to ASH – APP. | | 4/17/06 |
| 3.2 Implement the revised MOU. | The CDCR and DMH will jointly conduct a re-training for field staff on the DMH referral process that will include the updated MOU language. | 6/1/06 |
| 4. Feasibility report regarding the use of some portion of Coalinga State Hospital for the inpatient treatment of Level IV high custody inmate-patients. | *Coalinga State Hospital Coleman Bed Conversion Study* completed. | Completed as of: 4/10/06 |
| 5. Background checks for MTA applicants | Medical Technical Assistant (MTA) | 8/1/06 |
| 5.1 Obtain approval for DMH to contract for background checks. | | 6/1/06 |
| 5.2 Establish contract. | | 7/1/06 |
| 5.3 Implement background check process in order to complete background checks within 60 days from receipt of the candidate's application. | | 8/1/06 |

**Statewide Mental Health Bed Plan, April 2006**

| STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 <br> MAJOR MILESTONES | | |
|---|---|---|
| **Action** | **Comments** | **Target Completion Date** |
| ***B. Enhanced Outpatient Program (EOP):*** | | |
| 1. Add 487 EOP beds at selected institutions. | The selected institutions are: <br> 1. California State Prison – Sacramento (SAC): 192 EOP beds <br> 2. Mule Creek State Prison (MCSP): 295 EOP inmate-patients <br> 3. California State Prison – Los Angeles County (LAC): 150 beds. Note: These beds are presented here, however, will not activate until completion of the additional program and treatment space outlined in Phase II B.1. | 1/31/07 |
| 1.1 Amend the *Intermediate Care Facility Bed Plan, August 2005* to enable SVSP to retain its current EOP. | If approved by the Coleman court, Salinas Valley State Prison (SVSP) will retain its current EOP. | 4/17/06 |
| 1.2 Establish 96 new EOP beds at SAC. | | 7/31/06 |
| 1.3 Establish an additional 96 new EOP beds at SAC. | | 10/31/06 |
| 1.4 Activate 115 new Level IV EOP beds at MCSP. | | 1/31/07 |
| 1.5 Activate 180 new Level III EOP beds at MCSP. | | 1/31/07 |
| ***C. Mental Health Crisis Beds (MHCBs):*** | | |
| 1. Licensing new MHCBs. | | To be Determined |
| 1.1 Implement the *Correctional Treatment Center 2006 Licensure Project.* | One of the project's goal is to facilitate the activation of new CTCs, including MHCBs, in a timely manner. | Completed as of: 3/24/06 |
| 1.2 Analyze the option of placing new MHCBs in "suspense" until these units are staffed. | | 5/19/06 |
| 1.2.1 If a viable option, implement a process to place new MHCBs in "suspense" until these units are staffed. | Target completion date to be determined based on results of the analysis. | To be Determined |
| 2. Staffing of new MHCBs. | | 7/1/06 |
| 2.1 Obtain approval for Hire Above Minimum (HAM) and enhanced pay differential for mental health classifications statewide to accelerate the staffing for new MHCB units. | Target completion date is contingent upon the signing of the 2006-2007 budget. | 7/1/06 (see comments) |

Statewide Mental Health Bed Plan, April 2006

| STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 MAJOR MILESTONES | | |
|---|---|---|
| **Action** | **Comments** | **Target Completion Date** |
| 2.2 Implementation of approved proposals. | Implementation is predicated on funding. Target completion date is contingent upon the signing of the 2006-2007 budget. | 7/1/06 (see comments) |
| 3. Increase MHCB Capacity. | | To be Determined |
| 3.1 Analyze the option of provisionally licensing the OHU at CMC as MHCB unit. | Outpatient Housing Unit (OHU) California Men's Colony (CMC) | 7/1/06 |
| 3.1.1 If viable, implement this strategy. | Target completion date for implementation of this strategy will be determined based on results of the analysis. | To be Determined |
| 3.2 Analyze the option of converting a subset of the GACH beds at CIM to 30 MHCBs. | General Acute Care Hospital (GACH) California Men's Institution (CIM) | 7/1/06 |
| 3.2.1 If viable, implement this strategy. | Target completion date for implementation of this strategy will be determined based on results of the analysis. | To be Determined |
| 3.3 Analyze the option of activating a medical OHU at Kern Valley State Prison (KVSP). | | 7/1/06 |
| 3.3.1 If viable, implement this strategy. | Target completion date for implementation of this strategy will be determined based on results of the analysis. | To be Determined |
| 4. Increase MHCB Capacity Through Improved Utilization of DMH Acute Beds. | | To be Determined |
| 4.1 Analyze the option of. increasing MHCB capacity through improved utilization of DMH Acute beds. | | 7/1/06 |
| 4.1.1 If viable, implement this strategy. | Target completion date for implementation of this strategy will be determined based on results of the analysis. | To be Determined |
| 5. Implement initiatives for expediting the construction, staffing, and licensing of the new MHCB unit at the CMF. | | To be Determined |
| 5.1 Investigate the option to expedite construction of the new MHCB unit at CMF. | The CDCR was only able to shorten the anticipated construction period by 60 days. However, the actual start of construction will be delayed by at least two weeks due to the construction bids being over the State's estimate by nearly 10 percent, thereby requiring Department of Finance (DOF) approval and legislative notification. | Completed as of: 3/10/06 |
| 5.2 Develop initiatives to expedite staffing and licensing of the new MHCB unit at CMF. | These initiatives are outlined above in Phase I in sections C.1 and C.2. | 7/1/06 |

**Statewide Mental Health Bed Plan, April 2006**

| Action | Comments | Target Completion Date |
|---|---|---|
| **STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006**<br>**MAJOR MILESTONES** | | |
| **Phase II:** | **Long-term (July 2007 – June 2011)** | |
| *A. Acute Care and Non-Acute/Intermediate Care Facility:* | | |
| 1. Add ICF and Acute beds for male and female inmate-patients at selected institutions. | The new facilities are:<br>1. SAC: 350 Acute beds and 128 ICF beds<br>2. CMF: 64 ICF beds<br>3. SVSP: 128 ICF beds<br>4. California Institution for Women (CIW): 25 Acute/ICF beds (female only) | 6/30/11 |
| 1.1 Submit funding request for preliminary planning of new facilities. | These funding requests have been submitted to the Legislature and details regarding the status of the capital outlay proposals along with the staffing requested to operate these programs are enclosed with this plan. | Completed as of: 3/30/06 |
| 1.2 Complete preliminary planning of new facilities. | | 6/30/07 |
| 1.3 Complete working drawings of new facilities. | Predicated on future funding requests, and successful completion of preliminary planning. | 6/30/08 |
| 1.4 Complete construction of new facilities. | Anticipated construction completion in fiscal year 2010/2011. | 6/30/11 |
| 1.5 Recruit and hire staff to operate these new facilities. | Predicated on ability to hire. It is anticipated that funding for CDCR staff would be provided through the annual population process based on institution activation schedules. | 6/30/11 |
| *B. Enhanced Outpatient Program:* | | |
| 1. Add EOP treatment and program space at selected institutions. | The additional treatment and program space will serve the following:<br>1. SAC: 384 EOP inmate-patients<br>2. MCSP: 180 EOP inmate-patients<br>3. LAC: 150 EOP inmate-patients. LAC will activate an additional 150 EOP beds through conversions of existing beds used for general population inmates once this treatment and program space is constructed. | 6/30/11 |
| 1.1 Submit funding request for preliminary planning of additional EOP treatment and program space. | These funding requests have been submitted and details regarding the status of the capital outlay proposals along with the staffing requested to operate these programs are enclosed with this plan. | Completed as of: 3/30/06 |
| 1.2 Complete preliminary planning of new facilities. | | 6/30/07 |

| | STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 MAJOR MILESTONES | |
|---|---|---|
| **Action** | **Comments** | **Target Completion Date** |
| 1.3 Complete working drawings of new facilities. | Predicated on future funding requests, and successful completion of preliminary planning. | 6/30/08 |
| 1.4 Complete construction of new facilities. | Anticipated construction completion in fiscal year 2010/2011. | 6/30/11 |
| 1.5 Recruit and hire staff to operate these new facilities. | Predicated on funding. | 6/30/11 |
| *C. Mental Health Crisis Beds:* | | |
| No additional mental health crisis beds are requested at this time. The CDCR will continue to evaluate and propose additional MHCBs based on updated population projections and forecasted demand for these resources. | | |

## V.     Rejected Strategies and Specific Responses:

### A.     Rejected Strategies:

1. *Additional Temporary Intermediate Care Facility Beds for Level IV High Custody Inmate-Patients*
   The CDCR and the DMH explored options to find treatment space for high-custody Level IV inmate-patients that require inpatient care but cannot be admitted to a state hospital because of security reasons. Consideration was given to expanding the additional temporary beds at the SVPP similar to those the DMH will begin to operate in May 2006, in D-yard, at the SVSP. This option was rejected based on current experience with construction and the time it would take, approximately two years, to make the housing units licensable even with DHS program flexes.

### B.     Specific Responses:

1. *Discharge and Admission of CMF (P-2) to SVSP (D-yard)*
   Pursuant to Phase II of the *Intermediate Care Facility Bed Plan, August 2005,* a maximum of 36 high custody Level IV ICF inmate-patients will need to be transferred from CMF to SVSP starting May 1, 2006. To meet this objective, CMF will need to stop accepting high custody Level IV inmate-patient admits as of April 2006. A court order will need to be issued to stop the high-custody inmate-patients admitted to Vacaville Psychiatric Program (VPP) at CMF. Admissions need to be suspended until June 30, 2006, to allow for the transfer process into SVSP (D-yard). Admissions into the 36 beds at SVSP will begin again July 1, 2006.

2. *Federal Investigation Impacting Treatment in DMH State Hospitals*
   The enclosed document is provided to inform the *Coleman* court of a current federal investigation that will impact treatment provided at DMH facilities, (Enclosure XII).

**Statewide Mental Health Bed Plan, April 2006**

3. *Expedited Referral and Acceptance Process into the DMH Programs*
   The DMH and the CDCR have worked together to develop and implement the Coordinated Clinical Assessment Team (CCAT) process to expedite referring and accepting inmate-patients from the CDCR for both acute care and intermediate/non-acute care services. The CDCR headquarters staff, prison clinicians, the DMH headquarters staff, and inpatient program clinicians have twice weekly conference calls to review all cases of incomplete referral packets, rejections and case conferences. The DMH headquarters staff and ASH management remain diligent in their reviews of initial rejections and have overridden some initial rejections upon further review.

4. *CDCR Contract Bed Vacancies Within the DMH system*
   While the CSH staffing shortage prevents the DMH from moving 50 CDCR inmate-patients into this hospital presently, the DMH is continuing with plans to move 25 CDCR inmate-patients from ASH to CSH in May 2006. However, this will not take inmate-patients off the SVPP waiting list; it just removes them from ASH where they are currently receiving treatment. The move will effectively leave additional vacancies of the CDCR contract beds at ASH, and it will prevent DMH from moving Sexually Violent Predators (SVPs) from ASH into CSH. This will result in continued overbedding in the DMH state hospitals. When the DMH adds the additional 125 CDCR contract beds at ASH, those beds will not be filled either if the current rate of referrals continues at its present rate. Furthermore, there are currently vacant CDCR contract beds at both ASH and the VPP.