BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME; [PROPOSED] ORDER**<br><br>Hearing: April 26, 2006<br>Time: 3:00 p.m.<br>Courtroom: 4<br>Judge: The Honorable Lawrence K. Karlton |

I, Lisa A. Tillman, declare as follows:

1.  I am an attorney licensed to practice in the State of California and I am admitted to the Eastern District of the United States District Court. I am employed by the Office of the Attorney General as a Deputy Attorney General and I am assigned to represent the Defendants in this matter.

2.  I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. On March 2, 2006, this Court entered an order requiring Defendants to submit by April 17, 2006 the following:

    a. A plan for the provision, in conjunction with DMH or otherwise, of acute and intermediate inpatient beds for all seriously mentally ill male and female inmates in the CDCR clinically determined to be in need of these levels of inpatient care.

    b. A plan for the provision of Mental Health Crisis Beds (MHCB) for all seriously mentally ill male and female inmates in CDCR within 24 hours of a clinical determination that they require that level of mental health care.

4. Upon receipt of the court order of March 2, 2006, I informed my clients of the court order and its deadline. I also informed my clients of the need to receive any and all documents for filing with the court by no later than 4:30 p.m. on the date due to court.

5. On Monday, April 17, 2006, at 5:06 p.m., I received via email an electronic copy of the Defendants' bed plan for filing. I immediately forwarded the email to my secretary for filing with this Court.

6. On Monday, April 17, 2006, at 5:11 p.m., I received via email an electronic copy of five enclosures for the Defendants' bed plan.

7. On Monday, April 17, 2006, at 5:15 p.m., I received via email an electronic copy of seven enclosures for the Defendants' bed plan.

8. My office was able to file the Defendants' bed plan with this Court on Monday, April 17, 2006. Unfortunately, given the time of the transmission and the volume of the enclosures attached to Defendants' bed plan, my office was not able to file the enclosures with this Court by the end of the business day on April 17, 2006.

9. Upon reviewing the enclosures, I noticed that the following enclosures had been previously provided to Special Master Keating and Plaintiffs' counsel:

    a. Enclosure III., Intermediate Care Facility Bed Plan of August 2005 (submitted August 2005);

    b. Enclosure VI, Coalinga State Hospital Bed Conversion Study (submitted in

weekly report of April 7, 2006);

    c. Enclosure VII, Constitutional Issues of Securing Coalinga State Hospital for Treatment of Level IV High Custody California Department of Corrections and Rehabilitation Inmates (submitted in weekly report of April 7, 2006);

    d. Enclosure XII, Federal Investigation Impacting Treatment in Department of Mental Health State Hospitals (submitted in weekly report of April 7, 2006).

10. Defendants respectfully submit their apology to the Court for any inconvenience caused by the delay in the filing of the enclosures to the Defendants' bed plans. Defendants respectfully request an extension to April 18, 2006 for the filing of these enclosures.

Dated: April 18, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/ Lisa Tillman*
LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30110196.wpd

DEFENDANTS' REQUEST FOR EXTENSION OF TIME, [PROPOSED] ORDER

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Coleman v. Schwarzenegger, et al.**

No.:    **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 18, 2006</u>, I served the attached ***REQUEST FOR EXTENSION OF TIME; PROPOSED ORDER***, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft, H-86887
California State Prison, Sacramento
FA2-205 - H86887
P.O. Box 290066
Represa, CA 95671-0066

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 18, 2006, at Sacramento, California.

|  A. Buckley  |  */s/ A Buckley*  |
| :---: | :---: |
| Declarant | Signature |

30110370.wpd