1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11                    IN THE UNITED STATES DISTRICT COURT

12                  FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  | RALPH COLEMAN, et al.,                  | CASE NO. CIV S-90-0520 LKK JFM P |

16  |                             Plaintiffs, | [PROPOSED] ORDER |

17  |           v.                            | GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE ENCLOSURES TO EXHIBIT A TO BED PLAN |

18  | ARNOLD SCHWARZENEGGER, et al.,          | |

19  |                             Defendants. | |

20  |                                         | Hearing:    April 26, 2006 |
    |                                         | Time:       3:00 p.m. |
21  |                                         | Courtroom:  4 |
    |                                         | Judge:      The Honorable Lawrence K. Karlton |
22

23          GOOD CAUSE HAVING BEEN SHOWN, Defendants are hereby GRANTED an

24  extension of time, to and including April 18, 2006, to file with this Court the referenced

25  Enclosures I through XII to Exhibit A to the filed bed plan of April 17, 2006.

26  DATED: _____    _____

27                             LAWRENCE K. KARLTON
                               UNITED STATES DISTRICT JUDGE

28