1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  **RALPH COLEMAN, et al.,**                  CASE NO. CIV S-90-0520 LKK
                                                JFM P
16                              Plaintiffs,
                                                **DEFENDANTS' NOTICE OF**
17          v.                                  **LODGING OF ENCLOSURES**
                                                **OF EXHIBIT <u>A</u> FOR**
18  **ARNOLD SCHWARZENEGGER, et al.,**          **SUBMITTED BED PLAN**

19                              Defendants.     Hearing:    April 26, 2006
                                                Time:       3:00 p.m.
20                                              Courtroom:  4
                                                Judge:      The Honorable
21                                                          Lawrence K. Karlton

22      In response to the court order of March 2, 2006, Defendants submitted on April 17, 2006

23  the following:

24          1.    A plan for the provision, in conjunction with DMH or otherwise, of acute and

25                intermediate inpatient beds for all seriously mentally ill male and female inmates

26                in the CDCR clinically determined to be in need of these levels of inpatient care.

27          2.    A plan for the provision of Mental Health Crisis Beds (MHCB) for all seriously

28                mentally ill male and female inmates in CDCR within 24 hours of a clinical

DEFENDANTS' NOTICE OF LODGING

1    determination that they require that level of mental health care.

2    (Exhibit A.)

3        Defendants now submit enclosures I through Enclosure XII as follows:

4        1.   Enclosure I, Tucker Alan Study, Revised Version

5        2.   Enclosure II, Closing the Gap Based on Fall 2005 Projections

6        3.   Enclosure III, Intermediate Care Facility Bed Plan of August 2005;

7        4.   Enclosure IV, Addendum 1 to Memorandum of Understanding re. Intermediate

8        Care;

9        5.   Enclosure V, Addendum 1 to Memorandum of Understanding re. Acute Care;

10       6.   Enclosure VI, Coalinga State Hospital Bed Conversion Study;

11       7.   Enclosure VII, Constitutional Issues of Securing Coalinga State Hospital for

12       Treatment of Level IV High Custody California Department of Corrections and

13       Rehabilitation Inmates;

14       8.   Enclosure VIII, Correctional Treatment Center Beds;

15       9.   Enclosure IX, Correctional Treatment Center 2006 Licensure Project;

16       10.  Enclosure X, Challenges and Initiatives to Increasing Mental Health Crisis Beds

17       at California Men's Colony and California Institution for Men;

18       11.  Enclosure XI, Status of Funding for Acute, Intermediate and Mental Health Crisis

19       Bed Plan;

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

DEFENDANTS' NOTICE OF LODGING

1    12.   Enclosure XII, Federal Investigation Impacting Treatment in Department of

2          Mental Health State Hospitals.

3    Dated: April 18, 2006

4                              Respectfully submitted,

5                              BILL LOCKYER
                              Attorney General of the State of California

6                              JAMES M. HUMES
                              Chief Assistant Attorney General
7
                              FRANCES T. GRUNDER
8                              Senior Assistant Attorney General

9                              ROCHELLE C. EAST
                              Supervising Deputy Attorney General

10

11                             */s/ Lisa Tillman*
                              LISA A. TILLMAN
12                             Deputy Attorney General

13                             Attorneys for Defendants

14

15
     30110314.wpd
16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' NOTICE OF LODGING

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Coleman v. Schwarzenegger**

No.:               **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the
California State Bar, at which member's direction this service is made.  I am 18 years of age and
older and not a party to this matter.  I am familiar with the business practice at the Office of the
Attorney General for collection and processing of correspondence for mailing with the United
States Postal Service.  In accordance with that practice, correspondence placed in the internal
mail collection system at the Office of the Attorney General is deposited with the United States
Postal Service that same day in the ordinary course of business.

On <u>April 18, 2006</u>, I served the attached ***NOTICE OF LODGING OF ENCLOSURES OF
EXHIBIT A*** by placing a true copy thereof enclosed in a sealed envelope with postage thereon
fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300
I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft, H-86887
California State Prison, Sacramento
FA2-205 - H86887
P.O. Box 290066
Represa, CA 95671-0066

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true
and correct and that this declaration was executed on April 18, 2006, at Sacramento, California.

|  |  |
|---|---|
| A. Buckley | */s/ A Buckley* |
| Declarant | Signature |

30110415.wpd