**EXHIBIT A**

**EXHIBIT A - ENCLOSURE 1**

Enclosure I

# California Department of Corrections
# Mental Health Bed Need Study
# Revised Version

———————————————————————

## Tucker Alan Inc.

## July 29, 2002

**Prepared by:**

**John Misener, Principal Author**

**Assisted by:**

**Hal Smith**
**Dorn Dean**
**Bryce Cook**

## California Department of Corrections
## Mental Health Bed Need Study

**Table of Contents**

1. Assignment And Scope

2. Approach And Methodology

3. Overview Of California Department of Corrections' Mental Health Services Delivery System (MHSDS)

4. Forecasting The Mental Health Services Delivery System (MHSDS) Population

5. Forecasting Acute Psychiatric Bed Need – Men

6. Forecasting Acute And Intermediate Bed Need – Women

7. Forecasting Intermediate Care Bed Need - Men

8. Forecasting Mental Health Crisis Bed Need – Men

9. Forecasting Mental Health Crisis Bed Need – Women

10. Forecasting Enhanced Outpatient Program (EOP) And Psychiatric Services Unit (PSU) Bed Need – Men

11. Forecasting Enhanced Outpatient Program (EOP) Bed Need – Women

12. Forecasting Enhanced Outpatient Program (EOP) Administrative Segregation (AD-SEG) Bed Need – Women

13. Forecasting Correctional Clinical Case Management System (CCCMS) Census

14. Forecasting Summary Chart

15. Exhibits

16. Appendices

California Department of Corrections
Mental Health Bed Need Study

## 1. Assignment And Scope

This study revises the study dated March 28, 2002.  Revisions were made to: (1) incorporate
supplemental information and data recently received, (2) incorporate certain suggestions from
discussions with both the California Department of Corrections (CDC) and the special master
and his experts, and (3) enhance the utility of the  bed-need forecasting models for use by the
CDC on an on-going basis. The court order dated April 15, 2002 directed the CDC to "meet with
the monitor's experts within 30 days to review and, where appropriate, revise the perceived
inaccuracies and questionable assumptions catalogued in this report and its exhibits.  Within 60
days thereafter, the defendants are required to re-calculate their projected future need for
program beds and submit a plan for the development of whatever programming needs are
identified in the revamped study.  All of this should be completed by no later than July 31,
2002."

The CDC engaged TUCKER ALAN to conduct a mental health bed study, which was required by
Court Order in the *Coleman* matter.  The study was conducted by a team of four correctional
health care consultants, two from TUCKER ALAN and two professionals engaged by TUCKER
ALAN.  TUCKER ALAN is a national consulting firm specializing in business, litigation and health
care consulting.

TUCKER ALAN engaged John Misener of McManis Consulting, a health care research and
management consulting firm.  Mr. Misener has extensive experience in evaluating patient bed
needs for public and private entities and is the primary author of this report.  TUCKER ALAN also
engaged Hal Smith, the Executive Director and Chief Executive Officer of Central New York
Psychiatric Center, which is the mental health delivery system for inmates in the New York State
and county correctional system.  Mr. Smith, along with Dorn Dean and Bryce Cook of TUCKER
ALAN, provided review and comment to Mr. Misener in performing this study.

The CDC asked TUCKER ALAN to assess the current and future need for inpatient mental health
beds, including Enhanced Outpatient Program (EOP) bed need.  Consistent with the Special
Master's Eighth Monitoring Report,[1] this study forecasts bed need in the following CDC mental
health programs:

- Inpatient acute and intermediate care provided by the Department of Mental Health
  (DMH);

- Inpatient Mental Health Crisis Beds (MHCB);

- Enhanced Outpatient Program (EOP), including General Population (GP),
  Administrative Segregation (AD-SEG) and the highest custody level inmates (Level
  IV); and

- Psychiatric Services Unit (PSU).

---

[1] "The defendants must provide sufficient beds at all of the highest levels of care, including inpatient intermediate and acute beds
in Department of Mental Health (DMH) and inpatient Mental Health Crisis Bed (MHCB), Psychiatric Services Unit (PSU),
administrative Enhanced Outpatient Program (EOP) and Level IV Enhanced Outpatient Program (EOP) general population beds
to make their Mental Health Services Delivery System (MHSDS) work." (p. 212)

TUCKER ALAN INC.                                                                                           2

California Department of Corrections
Mental Health Bed Need Study

In this study, we provide forecasts by level of care (acute, intermediate and crisis) and gender. In addition, we examined Enhanced Outpatient Program (EOP) services and the Psychiatric Services Unit (PSU). When possible, we have provided information by level of custody. Other than specific forecasts by level of custody, no recommendations are made relative to location of services, either geographical or by prison. In this revised version, we forecasted the Correctional Clinical Case Management System (CCCMS) population as well, so that the composite census of all inmates receiving treatment in the MHSDS can be compared to the forecast of the Seriously Mental Disordered (SMD) population.

We were advised of a number of issues affecting the delivery of mental health services in the State correctional system, which were outside the scope of this study. These issues included the challenges of recruiting qualified staff in certain geographic locations, the practicality and complexity of timely transport (especially for inmates in psychiatric crisis), the minimum number of inmates needed to justify staffing levels and the allocation of programs and beds among prisons or geographic locations.

California Department of Corrections
Mental Health Bed Need Study

## 2. Approach And Methodology

The TUCKER ALAN team held a conference call with CDC counsel to review the details of mental health bed need study. Following our initial telephone discussions with counsel, we obtained and reviewed copies of certain previous CDC bed need studies for historical background. We also obtained and reviewed CDC's recently drafted Mental Health Policies and Procedures.

After obtaining insight into CDC's mental health program, we developed and transmitted preliminary data requests to facilitate data collection at our first meeting. Though some data were collected during this initial meeting, an extensive set of data was collected subsequent to that visit. Data collection has continued throughout the duration of the study.

We held our first meetings with CDC personnel on January 16, 2002. During our meetings we met with executive staff in the Health Care Services Division (HCSD) as well as analysts and technicians in the Health Care Cost and Utilization Program (HCCUP) and the Health Care Placement Unit (HCPU) (see Appendix for persons interviewed or contacted). In addition to meeting with CDC health care personnel, we had teleconferences with the Special Masters for both the *Coleman* and *Madrid* cases, as well as the *Coleman* expert, Dr. Koson, to discuss our approach and obtain their opinions and concerns on these matters.

Mr. Misener conducted follow-up tours and interviews at two facilities, California Medical Facility (CMF) (acute and intermediate care programs) and California State Prison, Sacramento (SAC) (Mental Health Crisis Bed (MHCB), Enhanced Outpatient Program (EOP), Enhanced Outpatient Program Administrative Segregation (EOP AD-SEG) and Psychiatric Services Unit (PSU)) on February 19 and 20, 2002. Following these visits, he had a teleconference with the Program Director for the CDC Intermediate program at Atascadero State Hospital (ASH).

The fundamental modeling approach for the bed needs study was a population-based method. This method entailed development of forecasts of the target populations and the development of use rates for those populations (based on admissions, discharges or average daily census per 1,000 inmates) for each program and level.

Where data were available, the preferred model was based on the discharge rate per 1,000 and the average length of stay (ALOS). After analyzing trends in discharge rates and average length of stay (ALOS) for the specific programs, we made discharge rate projections based on program guide objectives, industry standards and expert opinion. These projected discharge rates and average length of stay (ALOS) values were then applied to the appropriate forecasted population to provide a future average daily census. The future average daily census value was divided by an appropriate occupancy standard to project adequate availability throughout the year. The resulting value is the bed need for the target year. Current and planned capacities were then compared to future needs to identify projected deficits or surpluses.

In this revised report, the same basic methods were employed. However, based on the input of CDC staff and participants at the Special Masters meeting of May 15, 2002, changes in use rate projections and redefinitions in the universe of inmates used to calculate these rates were made.

California Department of Corrections
Mental Health Bed Need Study

3. **Overview of California Department of Corrections' Mental Health Services Delivery System (MHSDS)**

CDC's Mental Health Services Delivery System (MHSDS) constitutes a continuum of care approach to the delivery of mental health services to its inmate community. The goals of the Mental Health Services Delivery System (MHSDS) system are to improve initial identification of the population in need and to expand access to care by providing a greater variety of treatment levels and modalities in the least restrictive setting possible, while maintaining high quality care. Program components include:

Reception Center Mental Health Assessment – The standardized screening process at Reception Centers (RC) identifies all inmates in need of mental health treatment and facilitates referral to necessary services at the earliest possible time.

Mental Health Crisis Bed Program (MHCB) – This modality provides short-term treatment (usually 10 days or less) for inmates in a crisis situation, such as the threat of suicide. It is a 24-hour inpatient program that is available at a number of locations throughout the system.

Enhanced Outpatient Program (EOP) – This program provides the most intensive level of outpatient mental health care to the CDC inmate population. The program is characterized by a separate housing unit and structured activities for inmates who, because of their illness, experience adjustment difficulties in a General Population (GP) setting. These inmates, however, do not require 24-hour inpatient care.

Department of Mental Health (DMH) Inpatient Hospital Care – Acute and Intermediate Inpatient care programs are made available by a contract with the State Department of Mental Health (DMH) for inmates whose conditions cannot be successfully managed in the outpatient setting or in short term Mental Health Crisis Bed (MHCB) placements. Length of stay in the acute setting usually averages two to three months in duration while intermediate programs have averaged over six months. Referrals to the acute program are typically from a Mental Health Crisis Bed (MHCB) or Enhanced Outpatient Program (EOP). The acute program for men is at the California Medical Facility (CMF) in Vacaville and the program for women is at Patton State Hospital. Intermediate care for women is also at Patton State Hospital. California Medical Facility (CMF) provides the intermediate care program for men as well as 200 beds at Atascadero State Hospital (ASH) in San Luis Obispo. Men transferred to Atascadero State Hospital (ASH) have been first been transferred to California Men's Colony (CMC) in San Luis Obispo, which serves as the "gateway" to Atascadero State Hospital (ASH). Recently, however, Richard J. Donovan Correctional Facility at Rock Mountain (RJD) has begun direct admission to Atascadero State Hospital (ASH).

Correctional Clinical Case Management System (CCCMS) – The Correctional Clinical Case Management System (CCCMS) is located at designated institutions to provide care,

**TUCKER ALAN INC.**                                                                                   5

California Department of Corrections
Mental Health Bed Need Study

monitoring and follow-up services to inmates whose condition is relatively stable and whose symptoms are largely in remission. This may include a response to symptoms which require only a brief therapeutic intervention or an adjustment in medication(s). Although these inmates are seriously mentally disordered, their level of functioning is such that they may be maintained in the General Population (GP).

California Department of Corrections
Mental Health Bed Need Study

---

**4.  Forecasting The Mental Health Services Delivery System (MHSDS) Population**

In this revised report, we updated the forecasts using the most recently published population projections. The following chart compares CDC's Spring 2002 Population Projections for the total inmate population through the year 2007 with the previously reported Fall 2001 Population Projections[2]. The two projections differ by about 1%, or an average of about 1,600 inmates per year.



The underlying rationale for these projections is that, although the projection in the near future will continue to indicate a decrease in the inmate population due to California Proposition 36, the inmates that are entering the system due to the "three strikes" legislation will cause the average sentence to lengthen.

CDC Reception Centers (RC) screen all inmates entering the system to identify serious mental disorders. This process results in transfers to appropriate programs at CDC facilities where they are again examined by clinicians to confirm the initial diagnosis and program placement. Inmates who are classified into one of CDC's mental health programs (i.e., Department of Mental Health (DMH) inpatient, Mental Health Crisis Bed (MHCB), Enhanced Outpatient Program (EOP) or the Correctional Clinical Case Management System (CCCMS)) are reassessed at least annually. This study does not address this process. We assume this part of the system identifies those in need of clinical intervention. Rather, in this study, our goal is to address the adequacy of the capacities in each program so that those who are referred on the basis of a clinical judgment will not encounter barriers caused by inadequate supply.  Occupancy standards were selected to ensure that, on the average, capacities would not be exceeded in the future given the forecasted bed requirements. In this revised report, CDC decided to apply the lower 90% occupancy

---

[2] Based on California Memoranda distributed August 23, 2001 and February 28, 2002 regarding population projections.

**TUCKER ALAN INC.**                                                                                7

California Department of Corrections
Mental Health Bed Need Study

standard (rather than the 95% standard) to all inpatient programs, thus adding to bed availability and capacity.

Along with the CDC's General Population (GP), the mental health subpopulation has continued to increase. Data collected by the Health Care Services Division (HCSD) since 1997 shows a general linear growth in the ratio of its mental health population to total inmates. The chart below shows the actual serious mental disorder (SMD) prevalence data collected by Health Care Services Planning and Administration as represented by the single line ending at June 2001. CDC Planning and Program Administration staff has applied algorithms using historical data to provide the higher forecast. The lower forecast was provided by professional opinion offered by CDC clinicians and Mental Health Services Unit administration. Comparative data include Ohio's 2000 prevalence at 12 percent,[3] Pennsylvania's at 20 percent,[4] and a 1998 U.S. Bureau of Justice study indicating that 16 percent of state prisoners were mentally ill.[5]



_____

[3] "Mental Health Care for Ohio State Prisoners: The View From the Director's Office", Wilkinson, R.A. Correctional Mental Health Report, January/February 2000.
[4] "Prisons and Jails: The New Mental Health Treatment Centers", NAMI Pennsylvania (website).
[5] "Mental Health and Treatment of Inmates and Probationers" Bureau of Justice Statistics, Ditton, P.M. July 1999.

TUCKER ALAN INC.                                                                                    8

California Department of Corrections
Mental Health Bed Need Study

Based on the preceding analysis, the alternative projections of the total mental health population for the forecast period, adjusted for the revised Spring 2002 Population Projections, are as follows:

| | Actual | -- Forecast -- | | | | | |
|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| CDC Projection | 161,497 | 157,881 | 157,331 | 157,898 | 159,868 | 162,857 | 166,473 |
| A. Prevalance % - CDC Professional Opinion | 13.8% | 14.4% | 14.9% | 15.3% | 15.8% | 16.3% | 16.7% |
| B. Prevalance % - CDC Planning & Prog. Adm. | 13.8% | 15.6% | 17.0% | 18.2% | 19.2% | 20.2% | 21.0% |
| A. MHSDS Forecast | 22,340 | 22,777 | 23,417 | 24,224 | 25,257 | 26,474 | 27,823 |
| B. MHSDS Forecast | 22,340 | 24,629 | 26,746 | 28,737 | 30,695 | 32,897 | 34,959 |

While the above forecasts show an upward trend in prevalence, no research could be found that indicates how program mix will change in the Serious Mental Disorder (SMD) population forecasts. In the original March 2002 version of this study, the base forecast for each program generally applied a static use rate approach applied to the target population over the five-year forecast period. After consideration of input from the meeting with the Special Master and the discussion within CDC, the authors developed a method by which those programs that exhibited increasing utilization rates could be modeled such that projected utilization rates would continue to grow. These rates were modeled to level out by 2007. This revised approach is consistent with the perception of those professionals interviewed who believed that the growth in the overall SMD prevalence rate would level off by the end of the forecast period. A static use rate model was used for programs that did not exhibit historical growth in use rates. To provide a more unified approach between the MHSDS forecast shown above and the detailed program forecasts to follow, we also forecasted the CCCMS population using the same method. The resulting program totals fell within the two MHSDS forecast totals shown above.

It is not clear whether the initial static use rate method or this more growth oriented method will prove to be the more accurate, as it is difficult to determine the impact of emerging new psychiatric pharmaceuticals, other treatment technologies and therapies yet to be developed and adopted. It seems likely that such advances will continue to allow more inmates to receive effective treatment in less restrictive programs such as the Correctional Clinical Case Management System (CCCMS).

California Department of Corrections
Mental Health Bed Need Study

_____

**5.  Forecasting Acute Psychiatric Bed Need – Men**

<u>California Medical Facility (CMF) Acute Inpatient Program – Findings</u>

Some additional data were analyzed since the drafting of the March 2002 report. Spring 2002 population projections were used and the occupancy standard was changed to 90%. CDC reported that some of the change occurring at CMF's Acute program was due to using a portion of its capacity for shorter-stay crisis patients, thereby both increasing the discharge rate per 1000 and lowering the average length of stay.

The chart below shows the average length of stay (ALOS) generally declining since 2000, while discharges have been on the rise. For the first five months of 2002, the average length of stay for discharged patients was 53.5 days. There were 387 discharges through May, a forecasted 464 discharges for the 1st half of 2002 and an annualized 929 discharges.



**Discharges and ALOS Trends at CMF - AIP**

Source: HCCUP (Caddis run thru 12/6/01)

As a comparison, the State of New York acute inpatient median length of stay is 47 days with the average length of stay (ALOS) of 60 days[6]. Also, acute inpatient admissions at California Medical Facility (CMF) have risen significantly over the last 12 months, as demonstrated in the chart below. In 2002 (through May 31) there were 394 admissions.  Projected admissions for the first half of 2002 are 473 inmates.

_____

[6] Personal communication with Hal Smith, Executive Director and CEO of Central New York Psychiatric Center.

**TUCKER ALAN INC.**                                                                                     10

California Department of Corrections
Mental Health Bed Need Study



CMF - AIP Admissions Jul 99-Dec 01

Source: HCSD Planning

<u>California Medical Facility (CMF) Acute Inpatient Program Bed Need for Men – Forecast and Conclusions</u>

The CDC's Health Care Placement Unit (HCPU) compiled daily census trends from August 2001 to mid-March 2002. Daily census data collected by Health Care Placement Unit (HCPU) indicate that for the period from August 2001 to March 2002, the median and average daily census were both 136, with occupancy of 91 percent. Similarly, based on discharge data from HCCUP, the average daily census for 2002 (through May) is 137, with an average occupancy of 91%.



DMH CMF-Acute Inpatient Program

The occupancy rate dropped somewhat from the 95 percent level of 2001 which was at the ceiling of what constitutes the industry standard for mental health inpatient care in the private sector. There must be adequate flexibility to manage the supply and assignment of rooms including arrangement for discharging of patients, proper cleaning and room maintenance.

In prisons, there is the additional, complex custodial issues which, depending on availability of an Enhanced Outpatient Program (EOP) at the appropriate custody level, can add "administrative days" to the patient's clinical stay. The following bed need forecast for men's acute program

TUCKER ALAN INC.                                                                                    11

California Department of Corrections
Mental Health Bed Need Study

uses a 90 percent occupancy standard, and applies an average length of stay (ALOS) assumption at the 2002 level of 53.5 days.

The original March report used a 95 occupancy percent standard; however, CDC decided to use the lower 90% standard that should allow additional operational flexibility.

The chart below shows the forecasted bed need for the Acute Inpatient Care at California Medical Facility (CMF). The fundamental assumptions include the CDC's revised Spring 2002 population forecast for male inmates, the average length of stay (ALOS) of 53.5 days and a discharge rate per 1,000 inmates which is forecasted to increase based on historical program growth, as described in **Exhibit 1**.



Key variables that may impact this forecast are the increased success of the continuum of care efforts and the development of new and improved psychiatric medications, both of which may assist in decreasing bed need. A major determinate of need will also be whether crisis patients continue to use CMF-Acute beds. Forecast details are provided in **Exhibit 1.**

California Department of Corrections
Mental Health Bed Need Study

## 6. Forecasting Acute And Intermediate Bed Need – Women

Patton State Hospital Acute and Intermediate Programs – Findings

Previous reports have identified the relatively seamless referral mechanism between California Institution for Women (CIW) and Central California Women's Facility (CCWF) to Patton State Hospital. For this population, the CDC contracts with the Department of Mental Health (DMH) for 45 beds. Although Patton State Hospital provides both Acute and Intermediate Care, the data we received for analysis did not detail the level of care (intermediate or acute) received. The combined average length of stay (ALOS) for women with acute and intermediate care needs was 116 days in 2001 based on discharge patient days; this is up slightly from 111 in 2000.[7] The most recent data for 2002 through May indicates a drop in the discharge rate to 9.77 per 1,000 women inmates and a steady ALOS level of 106 days.

Based on the historical data provided, there are considerable opportunities to lower the average length of stay (ALOS). According to the CDC's Program Manual,[8] the standard average length of stay (ALOS) is 30 days for acute care (60 days maximum) and 90 days for intermediate care. The chart below illustrates discharge trends in six-month intervals since July 1999.



---

[7] The averaging of average length of stay for two 6-month periods in the charts may not equal the true annual average due to a different number of discharges in each 6-month period.
[8] From the CDC's "*Mental Health Services Systems Levels of Care*" document.

California Department of Corrections
Mental Health Bed Need Study

Acute & Intermediate Bed Need for Women – Forecast and Conclusions

The following chart summarizes the inpatient bed need forecast for women inmates.



Assuming the average length of stay (ALOS) remains constant at 2001 levels, and the 2001 discharge rate of 10.55 discharges per 1,000 women inmates, the existing 45 bed capacity is sufficient for the duration of the forecast period. Assuming that clinical coordination efforts at PSH were to reduce the average length of stay (ALOS) of the combined acute/intermediate programs to just the intermediate Program Manual standard of 90 days, the maximum bed need would be approximately 31 in 2007. Details of the bed need forecast for women are shown in **Exhibit 2**.

California Department of Corrections
Mental Health Bed Need Study

_____

### 7. Forecasting Intermediate Bed Need – Men

The Department of Mental Health (DMH) has staff at two intermediate psychiatric programs for men – one at Atascadero State Hospital (ASH) with a capacity of 200 beds, and the other at California Medical Facility (CMF) with a capacity of 39 beds. The bed need forecast for intermediate care will combine the two programs at Atascadero State Hospital (ASH) and California Medical Facility (CMF). At Salinas Valley State Prison, 64 Intermediate Care Facility beds will be added in the fall of 2002. This should accommodate the planned closure by 2004 of the 39-bed unit at California Medical Facility (CMF).

Atascadero Intermediate Program – Findings

The Department of Mental Health (DMH) treats inmates at Atascadero State Hospital (ASH) who require intermediate psychiatric inpatient care. CDC currently contracts with Department of Mental Health (DMH) for 200 beds at Atascadero State Hospital (ASH)[9]. These preliminary findings relate specifically to PC2684 patients defined as "CDC inmates referred to Department of Mental Health (DMH) for treatment."

We found relevant background information on this topic in the June 9, 2000 "Department of Mental Health (DMH) Inpatient Care" study prepared by Dennis Koson, MD, included in the *Coleman* Special Master's Interim Report of the same date. In that study, Dr. Koson found that the average census of CDC patients at Atascadero State Hospital (ASH) had steadily declined from the mid-1990s through 1999.[10] He also observed that "referrals and admissions to Atascadero State Hospital (ASH) have been decreasing steadily, which is not surprising, considering that CDC began introducing its institutional Mental Health Crisis Bed (MHCB) and Enhanced Outpatient Program (EOP) programs in 1995 and 1996."[11]

In addition to these new programs, Dr. Koson cited improving treatment services at all levels of care and a new generation of antidepressants and anti-psychotic medications as factors attributing to the decline in admissions.[12] He also indicated that average length of stay (ALOS) had been steadily declining due to increasingly effective utilization management.[13] These factors would also contribute to the decline of the average census rate.

We obtained Department of Mental Health (DMH) discharge data for the calendar years 2000 2001 and 2002 (through May).[14] The chart below summarizes some of the utilization trends that we extracted from these data. This chart shows that in 2001, admissions dropped 10 percent, from 222 to 200 (admissions to ASH had dropped in 2000 from 233 in 1999), and although discharges increased somewhat, from 220 to 235 in 2001, there were only 49 discharges through

_____

[9] The pending state budget anticipates a reduction in base funding for this contract. However, this reduction will not limit CDC's use of beds at Atascadero State Hospital (ASH) because any bed need above that provided by base funding can be satisfied by per diem funding.
[10] Koson, p. 8 and Attachment 4.
[11] Ibid., p. 10.
[12] Ibid.
[13] Ibid.
[14] These data begin where the Koson study concluded.

**TUCKER ALAN INC.**                                                                 15

California Department of Corrections
Mental Health Bed Need Study

May 2002. The marked decline in average length of stay (ALOS) experienced in the early to
mid-1990s, as cited by Dr. Koson, appears to have come to a standstill, with average length of
stay (ALOS) fluctuating around the 240 level since 1997.[15]



**ASH - CDC (PC2684) Trends**

We also obtained census data from CDC's Health Care Placement Unit (HCPU). The chart
below shows that the census declined dramatically between August and November 2001, from
210 patients to 140 patients, where it has remained fairly steady through mid-March 2002.



**Census of CDC Inmates at ASH (8/01 - 3/02)**

Average = 149.5    Median = 142

---

[15] Ibid. and Attachment 6.

TUCKER ALAN INC.

California Department of Corrections
Mental Health Bed Need Study

California Medical Facility (CMF) Intermediate Care Facility – Findings

At California Medical Facility (CMF), the Intermediate Care Facility is staffed by Department of Mental Health (DMH) and which has a capacity of 39 beds. The chart below indicates that the program is well utilized, and that the trend for the period available for review is relatively stable. Data are from CDC's Health Care Placement Unit (HCPU).



Intermediate Care Program Bed Need for Men – Forecast and Conclusions

The Intermediate Care program bed need analysis used in the March version of this report has been modified. This revised method forecasts future need at Atascadero and CMF separately rather than combined. The forecast for the program at Atascadero now uses the more sensitive discharge rate and average length of stay method. The discharge rate per 1000 male inmates increased from 1.46 in 2000 to 1.56 in 2001 (as shown in Exhibit 3). Although the rate of discharges has slowed through May of 2002 (only 49 discharges), the 2001 rate is used throughout the forecast period. The average length of stay remained relatively stable between 2000 and 2001 and an ALOS of 244 is used throughout the forecast period. The discharge rate is multiplied times the newly published Spring 2002 Population Projections to project discharges. These discharge projections are multiplied times the ALOS of 244 to project patient days. The average daily census (patient days/365) is then divided by a 90% occupancy standard to project bed need. CDC decided that they would use a 90% standard for all inpatient programs.

The forecast for the California Medical Facility's (CMF) Intermediate Care Facility remained basically unchanged and used the method of the census rate per 1,000 male inmates. The period of data available from the Health Care Placement Unit (HCPU) was August 2001 to mid-March 2002. The average daily census at California Medical Facility (CMF) – Intermediate Care Facility was 37.2. This was a census rate of .247 per 1,000 male inmates in 2001. This rate is multiplied times the male inmate population to generate the future year average daily census and these numbers are divided by the occupancy standard of 90 percent to calculate bed need.

**TUCKER ALAN INC.**                                                                                    17

California Department of Corrections
Mental Health Bed Need Study

Combining the two forecasts, as detailed in **Exhibit 3**, yields a combined bed need ranging from 211 in 2002 to 223 in 2007.

A summary of the bed need forecast is shown below.



California Department of Corrections
Mental Health Bed Need Study

### 8.  Forecasting Mental Health Crisis Bed (MHCB) Need – Men

Mental Health Crisis Beds (MHCB) for Men – Findings

The current capacity for Mental Health Crisis Beds (MHCB) was recalculated by CDC as 145. Staffing for 38 additional Mental Health Crisis Beds (MHCB) has also been requested in a FY 2002-2003 Finance Letter.[16] These are not new beds, but existing beds in Correctional Treatment Centers (CTC) that have previously been staffed as medical beds.  These beds can continue to be used as medical but could also be used for Mental Health Crisis Beds (MHCB) as the need arises.  If approved, this would raise the staffed capacity for Mental Health Crisis Beds (MHCB) to 183.

Overall utilization trends for Mental Health Crisis Beds (MHCB) for men were available using the Health Care Cost and Utilization Program (HCCUP) Census And Discharge Data Information System (CADDIS) database. Mental Health Crisis Beds (MHCB) discharge per 1000 rates based on the Health Care Cost and Utilization Program (HCCUP) data was flat between 2000 and 2001 (49.5 vs. 49.3). There was a drop in average length of stay from 9.04 days in 2000 to 8.7 days in 2001. Because of the crisis nature of this service, additional beds are made available at the associated Correctional Treatment Center (CTC) institutions to accommodate patient numbers that exceed staffing capacities. However, the demand for crisis beds is expected to grow, and additional capacity should be added to accommodate this increased demand.

Forecast of Mental Health Crisis Bed (MHCB) Bed Need - Conclusions

This version of the report uses data from all prisons recorded as inpatients for psychiatric service except CMF. Therefore it includes inmates in the OHUs. This revised forecast uses the discharge rate per 1000 and average length of stay method. The discharge rate was assumed to remain stable over the forecast period based on the flattening rate in 2001. Average length of stay was also assumed to be stable given the drop in 2001. As in the March report the census at the California Men's Colony's LOU were added to the resulting forecasted average daily census. An occupancy standard of 90 percent was applied to the composite census.

A summary of the bed need forecast and planned additions to capacity are shown below.  The resulting bed need values are higher than in the March report because this method captured the inmates located in non-MHCB prisons. The bed need forecast for men's Mental Health Crisis Beds (MHCB) is detailed in **Exhibit 4**.

---

[16] Based on an e-mail sent to John Misener by David Gransee on March 4, 2002.

**TUCKER ALAN INC.**

California Department of Corrections
Mental Health Bed Need Study



California Department of Corrections
Mental Health Bed Need Study

### 9.  Forecasting Mental Health Crisis Bed (MHCB) Bed Need – Women

In addition to the existing 12-bed unit at the Central California Women's Facility (CCWF), there is a 12-bed unit under construction at the California Institute for Women (CIW). Overall utilization trends for Mental Health Crisis Beds (MHCB) for women were available using the Health Care Cost and Utilization Program (HCCUP) Census And Discharge Data Information System (CADDIS) database for 1999 through 2001.  The census has grown 29 percent over the three years.  Discharges have grown 51 percent.





The discharges per 1,000 women increased strongly by 62 percent over the three-year period.

**TUCKER ALAN INC.**                                                                                              21

California Department of Corrections
Mental Health Bed Need Study

Mental Health Crisis Bed (MHCB) Need for Women – Forecast and Conclusions

Details of the bed need forecast of the Mental Health Crisis Bed (MHCB) for woman are
provided in **Exhibit 5**, with the summary below.  The 2001 rate of 98 discharges per 1,000
women was increased each year of the forecast period but at a decelerating rate based on a
method described in **Exhibit 5**. The 2001 length of stay of 4.11 days was assumed to be static.



California Department of Corrections
Mental Health Bed Need Study

**10. Forecasting Enhanced Outpatient Program (EOP) And Psychiatric Services Unit (PSU) Bed Need – Men**

The forecast for Enhanced Outpatient Program (EOP) bed need was reconfigured based on several factors, the most important of which was the ease in which CDC Health Care Planning Unit staff would be able to update the methodology on a periodic basis. Another concern was the difficulty of obtaining quarterly projections of population by custody level, and the difficulty in matching actual inmate custody level with the level of the prison program. The new method forecasts EOP need for men overall, then separates out need for Level 3 and Level 4 as proportions of the whole based on historical percentages. There was concern as well that in the original forecast, the method of adding the census of "inmates awaiting bus seats" to the census at EOP-based prisons was excluding some inmates categorized as EOP. Data generated by Health Care Planning Unit staff were used to recalculate rates and update the analysis.

Enhanced Outpatient Program (EOP) Level IV for Men – Findings

Four hundred and twelve (412) Enhanced Outpatient Program (EOP) Level IV beds are available at Sacramento (SAC), Pelican Bay State Prison (PBSP) and Salinas Valley State Prison (SVSP) in the "180" (degree) facility layout, and 450 Enhanced Outpatient Program (EOP) beds are available at California State Prison, Corcoran (COR) and California State Prison, Los Angeles County (LAC) in the "270" (degree) facility layout, for a total of 852 beds. The program has grown significantly and utilization has exceeded design capacity. In January 2002, 150 additional Enhanced Outpatient Program (EOP) beds were opened at Los Angeles County (LAC) to improve this situation. Sixty more beds have been planned at Sacramento (SAC) for October 2002, but have not yet been approved. Level IV inmates are the fastest growing segment of the prison population. Because of differences in the custodial requirements of the two facility designs, the census trends and forecasts are examined separately in the report. For the "180" Level IV facility Enhanced Outpatient Program (EOP), the Health Care Placement Unit's (HCPU) biweekly census report data were used and the trend is shown below.



TUCKER ALAN INC.

California Department of Corrections
Mental Health Bed Need Study

The "270" Level IV facility Enhanced Outpatient Program (EOP), the Health Care Placement
Unit's (HCPU) biweekly census report data are shown below.



Enhanced Outpatient Program (EOP) Level III for Men – Findings

Currently there is a Level III Enhanced Outpatient Program (EOP) non-Administrative
Segregation capacity of 1,490 beds. These units are at California Men's Colony (CMC), Richard
J. Donovan Correctional Facility at Rock Mountain (RJD), California Medical Facility (CMF)
and Mule Creek State Prison (MCSP). The trend of census over the last three years indicates
some decline in utilization. In 2001, the average census for these beds including inmates
awaiting transfer was 1,390, creating an average occupancy rate of 93.3 percent.  A chart of the
Level III census trends is shown below.

California Department of Corrections
Mental Health Bed Need Study



**EOP Level III Census Trends 1999-2002**

Daily Census

Enhanced Outpatient Program (EOP) Bed Need for Men – Forecast and Conclusions

In this revised report, the total non-AdSeg EOP bed need is forecasted. Then, based on the historical growth rates of the respective programs at the Level III and Level IV EOP-based prisons, the need for each level is calculated as a planning tool for CDC. Similarly, the growth rate of the EOP programs at the Level IV "180" and "270" prisons are also calculated. Again, this method allows for less complex periodic updates.

Mental health placement data identifying all male non-AdSeg EOP inmates had been obtained quarterly by CDC's Health Care Planning Unit until mid-2001 when data was available monthly. These quarterly census totals were averaged for each year since 1999 and also included the average of January and April 2002. The following chart indicates the fluctuating EOP census levels as well as the changes in census rates per 1,000 male inmates.

California Department of Corrections
Mental Health Bed Need Study



**non-AdSeg Men's EOP Combined**

The increase in the rate per 1,000 between 2000 and 2002 averaged about 3.1% per year. The rate was increased each year of the forecast period but at a decelerating rate based on a method described in **Exhibit 6**. The resulting census rates per 1,000 were multiplied by the male population projection to obtain the average daily census. CDC decided to apply a 95% occupancy standard to EOP programs. The revised bed need forecast is shown below with the current and planned capacity.

**Combined non-AdSeg EOP Bed Need Forecast**

Level III and Level IV Projections

In this revised version, the total non-AdSeg EOP forecast is divided into 2 categories – Level III and Level IV based on both the historic census levels by EOP programs at Level III and IV

TUCKER ALAN INC.                                                                                    26

California Department of Corrections
Mental Health Bed Need Study

prisons and the change in the proportion between the two levels over time. Data from the original study was used to calculate these proportions. As indicated below, the proportion of Level IV to the combined EOP census has risen consistently over the last few years.



As shown in Exhibit 6, this trend of a higher proportion of Level IV census is modeled upward but at a decelerating rate until it stabilizes in 2007. The resulting proportions are multiplied times the combined bed need forecast to arrive at projections of bed need by Level, as shown below.



TUCKER ALAN INC.                                                                    27

California Department of Corrections
Mental Health Bed Need Study



Level III non-AdSeg EOP
Bed Need Forecast

## Level IV "180" and "270" Projections

The revised Level IV forecast can be further divided into the programs at the Level IV "180" and "270" prisons. Since the EOP census has grown faster at the "180" facilities than at the "270" facilities, the rate of increase was modeled at varying rates based on the method detailed in **Exhibit 6**. The bed need for the forecast period in summarized below.



"180" Level IV EOP Bed Need Forecast

California Department of Corrections
Mental Health Bed Need Study





<u>Enhanced Outpatient Program (EOP) Administrative Segregation (AD-SEG) for Men – Findings</u>

The March report developed a forecast for Level IV and Level III AdSeg, however since the forecast determined need only for "hub" AdSeg facilities, a revised method was developed using data for all prisons.

There are Level IV Administrative Segregation Enhanced Outpatient Program (AD-SEG EOP) units at Corcoran (COR) (36), Los Angeles County (LAC) (18), Sacramento (SAC) (31), and Salinas Valley State Prison (SVSP) (13) with a current capacity of 98 beds. The data in the chart below were compiled by CDC's Health Care Placement Unit (HCPU), and indicate increased utilization of administrative segregation (AD-SEG) services.

**TUCKER ALAN INC.**                                                                                    29

California Department of Corrections
Mental Health Bed Need Study

The Level III Administrative Segregation (AD-SEG) unit's capacities currently total 152 beds at California Men's Colony (CMC) (27), California Medical Facility (CMF) (45), Richard J. Donovan Correctional Facility at Rock Mountain (RJD) (40) and Mule Creek State Prison (MCSP) (40). In addition, there is a 27-bed capacity for Administrative Segregation (AD-SEG) at San Quentin, which serves several levels of custody including Level III, but serves only San Quentin inmates. It is included here for a total capacity of 179. The Level III administrative segregation (AD-SEG) census trend has generally increased in 2001 and has leveled off in 2002.



Average = 180    Median 184

Enhanced Outpatient Program (EOP) Administrative Segregation (AD-SEG) for Men – Forecast and Conclusions

A combined forecast for all custody levels was developed using data obtained by CDC's Health Care Planning Unit. These quarterly census totals were averaged for each year since 1999 and included also the average of January and April 2002. The following chart indicates the changes in census rates per 1,000 male inmates.



TUCKER ALAN INC.

California Department of Corrections
Mental Health Bed Need Study

The following summarizes the bed need for AdSeg EOP for all levels of custody. Details are
shown in **Exhibit 7**.



California Department of Corrections
Mental Health Bed Need Study

Psychiatric Services Unit (PSU) for Men – Findings

Psychiatric Services Unit (PSU) units exist only at Sacramento (SAC) with 64 beds and at
Pelican Bay State Prison (PBSP) with 128 beds for a total of 192.  There were 24 new beds
approved this year at Sacramento (SAC), which have not yet been staffed.  This will increase
capacity to 216. Forty additional Psychiatric Services Unit (PSU) beds have been requested at
Sacramento (SAC) for FY 2002/2003 as part of a Finance Letter.  A decision has not yet been
made regarding this request.  With these additional beds, the proposed capacity will be 256 by
fiscal year 2004.

Data from Health Care Placement Unit (HCPU) were trended using census reports. In the chart
below, on the "Total Demand" line, we assume that in addition to all 192 beds being filled, there
is a variable census of endorsed cases awaiting transfer from the Psychiatric Services Unit (PSU)
waiting list. This total census is a conservative figure, given that the actual census from day to
day is usually below capacity of 192. The unused beds are empty because these beds are being
held for a transferee or for an inmate who will be returning from court, the Mental Health Crisis
Bed (MHCB) unit, Correctional Treatment Center (CTC) hospital, etc.



Psychiatric Services Unit (PSU) Bed Need for Men – Forecast and Conclusions

A few changes were made in calculating need in this revised version of the report. Data was
obtained from the Health Care Planning Unit, which provided average census counts for 1999,
2000, and 2001 based on quarterly downloads from HCPU as well as the average for January and
April 2002. In addition to the actual PSU demand, the inmates designated as EOP residing in a

California Department of Corrections
Mental Health Bed Need Study

SHU were also counted in the demand. This SHU census averaged 15.5 in 2001. The total of the actual PSU and SHU (EOP inmates) was used to calculate the census rates for the forecast. Given that the waiting list in 2001 was 40, this revised method adds the remaining 24.5 average census to the total of the PSU and SHU census in each year of the forecast.

Based on discussions with the Chief Psychologist, Dr. Karen Kelly, Ph.D., at Sacramento (SAC) it was determined that the majority of inmates in the Psychiatric Services Unit (PSU) are Level IV. Therefore, the use rate used for forecasting bed need is a function of the total Level IV population. As this is the fastest growing level of custody in the CDC, its use in rate calculations provides a somewhat higher estimate of bed need than using the total male population. As in the other program forecasts, the new Spring 2002 Population Projections were used in the forecast. The census rate per 1,000 for 2002 was calculated from the average of the January and April census. The census rate was increased each year based on the average annual rate increase between 2000 and 2002 as described in **Exhibit 8**.



California Department of Corrections
Mental Health Bed Need Study

**11. Forecasting Enhanced Outpatient Program (EOP) Bed Need – Women**

Enhanced Outpatient Program (EOP) for Women – Findings

Enhanced Outpatient Program (EOP) mental health services for women are available at Central
California Women's Facility (CCWF) (54) and California Institution for Women (CIW) (75)
totaling a staffed capacity of 129 beds.

As in the men's prisons, Enhanced Outpatient Program (EOP) inmates are temporarily housed in
non-Enhanced Outpatient Program based institutions and in reception centers (RC), albeit in
small numbers. The chart below shows the recent trend in the Enhanced Outpatient Program
(EOP) census among women inmates. Over the last six months, the average daily census was
126, decreasing somewhat during 2002.



Enhanced Outpatient Program (EOP) Bed Need for Women - Forecast and Conclusions

In this revised report, we again used data from the Health Care Planning Unit to calculate census
rates per 1000 women inmates. The average annual growth rate between 2000 and 2002 (January
and April 2002) was used to model increases in the census per 1000 rate, which is again assumed
to stabilize by 2007 as shown in **Exhibit 9**. A summary of bed need versus current capacity is
shown below.

**TUCKER ALAN INC.**                                                                 34

California Department of Corrections
Mental Health Bed Need Study



CDC management may want to study current patterns of bed capacities as compared to the location of the Enhanced Outpatient Program (EOP) census. Current distribution indicates occupancy rates below 90 percent at prisons with staffed Enhanced Outpatient Program (EOP) capacities.

California Department of Corrections
Mental Health Bed Need Study

**12. Forecasting Enhanced Outpatient Program (EOP) Administrative Segregation (AD-SEG) Bed Need – Women**

Enhanced Outpatient Program (EOP) Administrative Segregation (AD-SEG) for Women – Findings

There is a staffed capacity of nine Administrative Segregation (AD-SEG) beds available at VSPW, which is a non-Enhanced Outpatient Program (EOP) based institution.

The census trend supplied by the Health Care Placement Unit is shown below. The average daily census was 11.1 for the period August 2001 to mid-March 2001. The median census was 10 for the period.



Enhanced Outpatient Program (EOP) Administrative Segregation (AD-SEG) Bed Need for Women - Forecast and Conclusions

The average daily census of 11.1 in 2001 was converted to a census rate per 1,000 women of 1.0. An occupancy standard of 95% was used to determine bed need, which is summarized below. Details are found in **Exhibit 10**.

TUCKER ALAN INC.

California Department of Corrections
Mental Health Bed Need Study



California Department of Corrections
Mental Health Bed Need Study

**13. Forecasting Correctional Clinical Case Management System (CCCMS) Census**

Though the original March report did not forecast CCCMS population, it did provide estimates of the future prevalence rate of serious mental disordered population (SMD). Although there was no research found on how programs would be expected to grow within a correctional mental health population, the authors developed a more unified model, whereby the total census forecast for 2007 could be compared to the more subjective composite estimates previously cited. To accomplish this it was important to forecast the CCCMS populations for men and women inmates. The approach was analogous to that of the other programs in that the censuses per 1000 men or women were calculated based on data from the Health Care Planning Unit. As expected, the rates had risen over time, though the rate of increase between 2000 and 2001 had slowed somewhat over the previous annual period. It was assumed that this rate of increase in program census per 1000 would continue to slow such that by 2007 the rate would be stable.

The results of this analysis are included in **Exhibit 11** for men, and on **Exhibit 12** for women.

The combined MHSD population census in 2007, using the revised methods in this report, is projected to be 28,805, which falls between the estimates of 27,823 and 34,959 made by the CDC and presented in Section 4 of this report. The projected 2007 census results in a prevalence rate of 17.3% of the total inmate population based on the Spring 2002 Population Projections.

California Department of Corrections
Mental Health Bed Need Study

**Forecasting Summary Charts**

California Department of Corrections
Mental Health Bed Need Study

| | Capacity in 2002 | Capacity w. currently planned additions | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | % Chg 2002-2007 | 2003 Need % of Planned Capacity |
|---|---|---|---|---|---|---|---|---|---|---|
| **MALE PROGRAMS** | | | | | | | | | | |
| Acute Inpatient Program Bed Need Forecast | 150 | 150 | 153 | 162 | 170 | 177 | 183 | 187 | 22.6% | 108% |
| Intermediate Care Bed Need Forecast | 239 | 264 (1) | 212 | 211 | 212 | 215 | 219 | 224 | 5.6% | 80% |
| Mental Health Crisis Bed Need | 145 | 183 | 221 | 220 | 221 | 224 | 228 | 232 | 4.9% | 120% |
| EOP Bed Need – Level IV for "180" Facilities | 412 | 472 | 550 | 604 | 653 | 695 | 725 | 741 | 34.7% | 128% |
| EOP Bed Need – Level IV for "270" Facilities | 450 | 450 | 444 | 479 | 511 | 539 | 561 | 572 | 28.9% | 106% |
| EOP Bed Need – Level III | 1,490 | 1,490 | 1,620 | 1,587 | 1,569 | 1,570 | 1,588 | 1,622 | 0.1% | 107% |
| EOP Bed Need – Ad Seg (all Levels) | 277 | 277 | 344 | 423 | 499 | 565 | 609 | 622 | 80.8% | 153% |
| PSU Bed Need Forecast | 216 | 256 | 233 | 243 | 253 | 261 | 268 | 274 | 17.6% | 95% |
| **Total Beds - Male** | 3,379 | 3,542 | 3,776 | 3,929 | 4,088 | 4,246 | 4,381 | 4,473 | 18.5% | 111% |
| **FEMALE PROGRAMS** | | | | | | | | | | |
| Acute and Intermediate Psychiatric Bed Need | 45 | 45 | 31 | 36 | 35 | 35 | 36 | 37 | 21.6% | 80% |
| Mental Health Crisis Bed Need | 12 | 24 | 13 | 14 | 15 | 15 | 16 | 17 | 26.9% | 59% |
| EOP for Women | 129 | 129 | 129 | 137 | 142 | 147 | 152 | 158 | 22.5% | 106% |
| Ad Seg EOP | 9 | 9 | 17 | 18 | 19 | 20 | 21 | 21 | 23.5% | 200% |
| **Total Beds - Female** | 195 | 207 | 190 | 205 | 211 | 218 | 225 | 233 | 22.7% | 99% |
| **CCCMS** | | | | | | | | | | |
| CCCMS - Men | | | 17,552 | 18,670 | 19,699 | 20,632 | 21,366 | 21,821 | | |
| CCCMS - Women | | | 2,079 | 2,203 | 2,290 | 2,365 | 2,457 | 2,547 | | |

(1) Includes closure of 39 beds at CMF and addition of 64 beds at Salinas Valley State Prison.

TUCKER ALAN INC.

40

California Department of Corrections
Mental Health Bed Need Study

## Prevalence of MHSDS Population Forecast

## Summary by Program for 2007

| MALE  PROGRAM CENSUS | 2007 Census Estimates |
|---|---|
| Acute Inpatient Program | 168 |
| Intermediate Care | 202 |
| Mental Health Crisis | 209 |
| EOP (Combined) | 2,788 |
| EOP Ad Seg (all Levels) | 591 |
| PSU | 260 |
| CCCMS - Men | 21,821 |
| **Total Male Program Census** | 26,039 |
| **FEMALE  PROGRAM CENSUS** | |
| Acute and Intermediate Psychiatric Bed Need | 34 |
| Mental Health Crisis Bed Need | 15 |
| EOP for Women | 150 |
| Ad Seg EOP | 20 |
| CCCMS - Women | 2,547 |
| **Total Female Program Census** | 2,766 |
| **TOTAL MHSDS POPULATION** | 28,805 |
| Total Population 2007 (Spring 2002 projection) | 166,473 |
| **MHSDS POPULATION % of  TOTAL** | 17.3% |

California Department of Corrections
Mental Health Bed Need Study

**EXHIBITS**

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 1**

**Acute Inpatient Program (Department of Mental Health (DMH) at California Medical Facility (CMF)) Bed Need Forecast**

|  | --- Actual --- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | **1999** | **2000** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** |
| Male CDC Population | 150,581 | 150,793 | 150,785 | 148,148 | 147,710 | 148,408 | 150,409 | 153,203 | 156,464 |
| Discharge Rate/1000 | 4.11 | 3.93 | 4.86 | 6.27 | 6.65 | 6.96 | 7.17 | 7.28 | 7.28 |
| ALOS (1) | 81.6 | 86.2 | 75.6 | 54.0 | 54.0 | 54.0 | 54.0 | 54.0 | 54.0 |
| Discharges | 619 | 593 | 733 | 929 | 983 | 1,032 | 1,078 | 1,115 | 1,138 |
| Patient Days | 50,529 | 51,111 | 55,395 | 50,160 | 53,055 | 55,739 | 58,209 | 60,193 | 61,474 |
| ADC | 138 | 140 | 152 | 137 | 145 | 153 | 159 | 165 | 168 |
| Occupancy Standard |  |  |  | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% |
| Bed Need |  |  |  | 153 | 162 | 170 | 177 | 183 | 187 |
| Disch Rate Adjustment factor (2) |  |  | 9.1% | 7.6% | 6.1% | 4.6% | 3.0% | 1.5% | 0.0% |

(1) There has been a continual drop in the average length of stay since 2000 due to increased utilization management and a new mix of crisis patients. Based on patients discharged in 2002 through May 31st, the length of stay averages 53.5 days. This ALOS is assumed to remain constant.

(2) This adjustment increases the projected discharge rate based on the historical trend. In this case, the adjustment is calculated as the average annual change between 1999 and 2001 (.091), then decreased on a straight-line basis over a six-year period such that by 2007 it is static. Although there was a drop in the 2000 discharge rate, we measured the change between 1999 and 2001. In addition, because the actual discharge rate during the first five months of 2002 is higher than what would be projected, we have assumed that this rate will hold throughout the rest of the year and applied the adjustment factor starting in 2003.

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 2**

### Acute and Intermediate Care for Women Bed Need Forecast

| | Actual | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Acute Care PSH** | **2000** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** |
| **Female CDC Population** | 11,207 | 10,712 | 9,733 | 9,621 | 9,490 | 9,459 | 9,654 | 10,009 |
| **Discharge Rate/1000 (1)** | 9.01 | 10.55 | 9.77 | 10.55 | 10.55 | 10.55 | 10.55 | 10.55 |
| **ALOS** | 111 | 116 | 106 | 116 | 116 | 116 | 116 | 116 |
| **Discharges** | 101 | 113 | 95 | 101 | 100 | 100 | 102 | 106 |
| **PDs** | 11,239 | 13,120 | 10,079 | 11,784 | 11,623 | 11,585 | 11,824 | 12,259 |
| **ADC** | 30.8 | 35.9 | 27.6 | 32.3 | 31.8 | 31.7 | 32.4 | 33.6 |
| **Occupancy Standard** | | | 90% | 90% | 90% | 90% | 90% | 90% |
| **Bed Need** | | | 31 | 36 | 35 | 35 | 36 | 37 |

(1) Discharges will be projected based on the 2001 discharge rate per 1,000 female inmates of 10.55. It is understood that PSH remains receptive to referrals indicating that the discharge rate is meeting existing needs for inpatient mental health services. Even though there has been a decline in discharges per 1,000 women inmates for the first five months of 2002, the higher 2001 rate is used in this model to be conservative.

(2) Average length of stay (ALOS) – Average length of stay (ALOS) has fluctuated over the last couple of years, though has dropped from the 185-day average reported in the report of Koson, et.al. Though the ALOS has dropped from the 2001 level to 106 days for the first 5 months of 2002, the higher 2001 ALOS of 116 is used in the forecast.

Case 2:90-cv-00520-KJM-SCR    Document 1788-1    Filed 04/18/06    Page 48 of 63

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 3**

## Intermediate Care Program for Men Bed Need Forecast

### Atascadero

| ASH | -- Actual -- | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Male CDC Population | 150,793 | 150,785 | 148,148 | 147,710 | 148,408 | 150,409 | 153,203 | 156,464 |
| Discharge Rate/1000 (1) | 1.46 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 | 1.56 |
| ALOS | 246 | 244 | 244 | 244 | 244 | 244 | 244 | 244 |
| Discharges | 220 | 235 | 231 | 230 | 231 | 234 | 239 | 244 |
| Patient Days | 54,030 | 57,239 | 56,238 | 56,072 | 56,337 | 57,096 | 58,157 | 59,395 |
| Avg. Daily Census | 148 | 157 | 154 | 154 | 154 | 156 | 159 | 163 |
| Bed Need  at 90% Occupancy | | | 171 | 171 | 171 | 174 | 177 | 181 |

(1)  Calculated by dividing total CDC PC2684 discharges in calendar year 2001 by the male inmate population at June 30, 2001, divided by 1,000.  Discharge and ALOS data were provided by DMH through the CDC Health Care Services Division. Although discharges and the discharge rate climbed somewhat between 2000 and 2001, the admissions have dropped between 1999-2000 and between 2000-2001, indicating that the discharge rate will also be dropping. Therefore we assumed a static discharge rate.

## California Medical Facility - Intermediate Care Program

| Intermediate Care (CMF) | Actual | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Male CDC Population | 150,785 | 148,148 | 147,710 | 148,408 | 150,409 | 153,203 | 156,464 |
| Census/1000 inmates (2) | 0.247 | 0.247 | 0.247 | 0.247 | 0.247 | 0.247 | 0.247 |
| Avg Census (Aug 01-Mar 02) | 37.2 | 36.6 | 36.5 | 36.7 | 37.1 | 37.8 | 38.6 |
| Occupancy Standard | | 90% | 90% | 90% | 90% | 90% | 90% |
| Bed Need  at 90% | | 41 | 41 | 41 | 41 | 42 | 43 |

(2) From Health Care Placement Unit (HCPU) daily census records from 8/27/01 - 3/12/02 - the average daily census was 37.2 at California Medical Facility's (CMF) Intermediate Care Facility.

## Combined Intermediate Care Program Forecast

| | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Combined Bed Need ASH + CMF - IC | 212 | 211 | 212 | 215 | 219 | 224 |

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 4**

**Mental Health Crisis Bed for Men Bed Need Forecast**

| MHCB's for Men | --- Actual --- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Male CDC Population | 150,581 | 150,793 | 150,785 | 148,148 | 147,710 | 148,408 | 150,409 | 153,203 | 156,464 |
| Discharge Rate/1000 (1) | 48.09 | 49.53 | 49.28 | 49.28 | 49.28 | 49.28 | 49.28 | 49.28 | 49.28 |
| ALOS (2) | 8.53 | 9.04 | 8.70 | 8.7 | 8.7 | 8.7 | 8.7 | 8.7 | 8.7 |
| Discharges | 7242 | 7469 | 7,430 | 7,300 | 7,278 | 7,313 | 7,411 | 7,549 | 7,710 |
| Discharge Days | 61743 | 67,513 | 64,608 | 63,478 | 63,290 | 63,590 | 64,447 | 65,644 | 67,041 |
| ADC | 169 | 185 | 177 | 174 | 173 | 174 | 177 | 180 | 184 |
| CMC LOU census (2) | | | 25 | 25 | 25 | 25 | 25 | 25 | 25 |
| Combined Census for MHCB's | | | 202 | 199 | 198 | 199 | 202 | 205 | 209 |
| Occupancy Standard | | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% |
| Bed Need | | | | 221 | 220 | 221 | 224 | 228 | 232 |

(1)  Rate per 1000 has been flat, assume static discharge rate; ALOS has fluctuated - assume static

(2)  Added to the average daily census are the Crisis patients at CMC (ADC 2001 = 24.7). Some of these may be EOP candidates. Identified demand at non-MHCB facilities has been addressed.  (Provisional based on HCPU's assessment of LOU patient categorization).

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 5**

## Mental Health Crisis Bed for Women Bed Need Forecast

| MHCB's for Women | --- Actual --- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Female CDC Population | 11,483 | 11,207 | 10,712 | 9,733 | 9,621 | 9,490 | 9,459 | 9,654 | 10,009 |
| Discharge Rate/1000 (1) | 60.2 | 86.4 | 97.6 | 108.3 | 117.7 | 125.4 | 130.8 | 133.7 | 133.7 |
| ALOS | 4.83 | 3.74 | 4.11 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 | 4.1 |
| Discharges | 691 | 968 | 1,046 | 1,054 | 1,132 | 1,190 | 1,237 | 1,290 | 1,338 |
| Discharge Days | 3,338 | 3,621 | 4,302 | 4,334 | 4,657 | 4,893 | 5,089 | 5,307 | 5,502 |
| ADC | 9.1 | 9.9 | 11.8 | 12 | 13 | 13 | 14 | 15 | 15 |
| Occupancy Standard | | | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% | 90.0% |
| Bed Need | | | | 13 | 14 | 15 | 15 | 16 | 17 |
| Disch Rate Adjustment factor (1) | | | 13.1% | 10.9% | 8.7% | 6.5% | 4.4% | 2.2% | 0.0% |

(1) The discharge rate increased in each of the last 2 years although at a slower rate in 2001. The discharge rate adjustment takes the historical change in rate/1000 for the period 2000-2001 and assumes that it will increase each year at a decreasing rate such that by 2007 it is static. Data is from the Health Care Cost and Utilization Program's (HCCUP) Census And Discharge Data Information System (CADDIS) database.

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 6**

## Enhanced Outpatient Program (EOP) for Men Bed Need

| EOP Need - Levels Combined | --- Actual --- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Male CDC Population | 150,581 | 150,793 | 150,785 | 148,148 | 147,710 | 148,408 | 150,409 | 153,203 | 156,464 |
| Census /1000 males | 14.74 | 15.78 | 14.96 | 16.76 | 17.17 | 17.49 | 17.71 | 17.82 | 17.82 |
| Avg census | 2,220 | 2,380 | 2,256 | 2,483 | 2,537 | 2,596 | 2,664 | 2,730 | 2,788 |
| Bed Need @ 95% Occ | | | | 2614 | 2670 | 2733 | 2804 | 2874 | 2935 |
| Disch Rate Adjustment factor (1) | | | | 3.1% | 2.5% | 1.9% | 1.2% | 0.6% | 0.0% |

(1) Although the census actually dropped in 2001, we measured the adjustment factor as the average annual change between 2000 and 2002 (January and April), which has shown faster growth. The historical change will increase each year starting in 2003 at a decreasing rate such that by 2007 it is static. An estimate of need by occurrence in Level IV and III Prisons is provided separately below. Data source: Health Planning and Health Care Placement Unit (HCPU).

| EOP by Level Estimates | -- Actual -- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Level IV census as % of total | 24.0% | 31.9% | 35.1% | 38.0% | 40.6% | 42.6% | 44.0% | 44.7% | 44.7% |
| Modeled Level IV Ratio Growth as % of total | | | 10% | 8% | 7% | 5% | 3% | 2% | 0% |
| **Level IV Need** | | | | 994 | 1,083 | 1,164 | 1,234 | 1,286 | 1,313 |
| **Level III Need** | | | | 1,620 | 1,587 | 1,569 | 1,570 | 1,588 | 1,622 |
| Level IV 180 as % of Level IV Total | 49.7% | 54.2% | 54.8% | 55.3% | 55.8% | 56.1% | 56.3% | 56.4% | 56.4% |
| Modeled "180" Ratio Growth as % of total Level IV | | | 1.16% | 0.97% | 0.78% | 0.58% | 0.39% | 0.19% | 0.00% |
| **Level IV - 180** | | | | 550 | 604 | 653 | 695 | 725 | 741 |
| **Level IV - 270** | | | | 444 | 479 | 511 | 539 | 561 | 572 |

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 7**

## Administrative Segregation (AD-SEG)

## Enhanced Outpatient Program (EOP) for Men Bed Need

| AdSeg EOP Need - Levels Combined | --- Actual --- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Male CDC Population | 150,581 | 150,793 | 150,785 | 148,148 | 147,710 | 148,408 | 150,409 | 153,203 | 156,464 |
| Census /1000 males | 0.76 | 0.99 | 1.71 | 2.21 | 2.72 | 3.20 | 3.57 | 3.78 | 3.78 |
| Avg census | 114 | 150 | 258 | 327 | 402 | 474 | 537 | 579 | 591 |
| Bed Need @ 95% Occ | | | | 344 | 423 | 499 | 565 | 609 | 622 |
| Disch Rate Adjustment factor (1) | | | | 29% | 23% | 17% | 12% | 6% | 0% |

(1) The census/1000 is increasing but at a decelerating rate. The adjustment factor is based on the average annual change between 2001 and 2002 (January and April). The historical change will increase each year starting in 2003 at a decreasing rate such that by 2007 it is static.

TUCKER ALAN INC.

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 8**

**Psychiatric Services Unit (PSU) for Men Bed Need Forecast**

| PSU | --- Actual --- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Level IV Population | 23,400 | 24,730 | 25,411 | 25,610 | 26,185 | 26,785 | 27,390 | 28,005 | 28,630 |
| Census /1000 males | 6.3 | 7.4 | 7.3 | 7.7 | 7.9 | 8.1 | 8.2 | 8.2 | 8.2 |
| Average Daily Census | 147 | 183 | 184 | 196 | 206 | 216 | 224 | 231 | 236 |
| Additional "waiting list" adj. (1) | | | 24.5 | 24.5 | 24.5 | 24.5 | 24.5 | 24.5 | 24.5 |
| Adjusted ADC | 147 | 183 | 209 | 221 | 231 | 240 | 248 | 255 | 260 |
| Bed Need @ 95% Occ | | | | **233** | **243** | **253** | **261** | **268** | **274** |
| Disch Rate Adjustment factor (2) | | | | 3.70% | 2.96% | 2.22% | 1.48% | 0.74% | 0.00% |

1) Based on HCPU data - for period 8/01 - 12/01 - the PSU waiting list averaged 40. In this method, we added the SHU census to the PSU demand, which accounted for an average of 15.5 of the 40 on the "waiting list" average, so an additional 24.5 are added each year as an adjustment to the census.

2) Although very little growth occurred from 2000 to 2001, we measured the adjustment factor as the average annual change between 2000 and 2002 (January and April), which has shown faster growth. The historical change will increase each year starting in 2003 at a decreasing rate such that by 2007 it is static.

# California Department of Corrections
## Mental Health Bed Need Study

**Exhibit 9**

### Enhanced Outpatient Program (EOP) for Women Bed Need Forecast

| EOP for Women | --- Actual --- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Female CDC Population | 11483 | 11207 | 10,712 | 9,733 | 9,621 | 9,490 | 9,459 | 9,654 | 10,009 |
| Avg Daily Census/1,000 (1) | 9.4 | 10.8 | 11.7 | 12.6 | 13.5 | 14.2 | 14.7 | 15.0 | 15.0 |
| Average Daily Census | 107.5 | 120.5 | 125.8 | 123.0 | 130 | 135 | 139 | 145 | 150 |
| Bed Need @ 95% Occ | | | | **129** | **137** | **142** | **147** | **152** | **158** |
| Disch Rate Adjustment factor (1) | | | | 8.8% | 7.0% | 5.3% | 3.5% | 1.8% | 0.0% |

(1) To forecast an increase in the census rate per 1000, we measured the adjustment factor as the average annual change between 2000 and 2002 (January and April), which has shown faster growth. The historical change will increase each year starting in 2003 at a decreasing rate such that by 2007 it is static.

**TUCKER ALAN INC.**

51

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 10**

### Administrative Segregation (AD-SEG)
### Enhanced Outpatient Program (EOP) for Women Bed Need Forecast

| Women's Ad Seg EOP | --- Actual --- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| Female CDC Population | 11483 | 11207 | 10,712 | 9,733 | 9,621 | 9,490 | 9,459 | 9,654 | 10,009 |
| Avg Daily Census/1,000 (1) | 0.22 | 0.22 | 1.03 | 1.67 | 1.80 | 1.91 | 1.99 | 2.03 | 2.03 |
| Avg Daily Census | 2.5 | 2.5 | 11.0 | 16.3 | 17.3 | 18.1 | 18.8 | 19.6 | 20.3 |
| Bed Need @ 95% Occ | | | | 17 | 18 | 19 | 20 | 21 | 21 |
| Disch Rate Adjustment factor (1) | | | | 10.0% | 8.0% | 6.0% | 4.0% | 2.0% | 0.0% |

(1) Recent use of AdSeg/SHU for women is at a rate significantly higher than in the past. Because such rates based on small values tend not to be sustained, we modeled a 10% per year increase in the census/1000 for 2002. The rate will increase at a decreasing rate starting in 2003 such that by 2007 it is static.

TUCKER ALAN INC.

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 11**

**Correctional Clinical Case Management System (CCCMS)**

**Census Forecast for Men**

| CCCMS - Men | -- Actual -- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **1999** | **2000** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** |
| **Male CDC Population** | 150,581 | 150793 | 150,785 | 148,148 | 147,710 | 148,408 | 150,409 | 153,203 | 156,464 |
| **Male Census/1000** | 87.3 | 99.4 | 109.3 | 118.5 | 126.4 | 132.7 | 137.2 | 139.5 | 139.5 |
| **ADC** | 13152 | 14984 | 16486 | 17,552 | 18,670 | 19,699 | 20,632 | 21,366 | 21,821 |
| **Bed Need (100% Occupancy)** | | | | 17,552 | 18,670 | 19,699 | 20,632 | 21,366 | 21,821 |
| **Disch Rate Adjustment factor (1)** | | | 10.0% | 8.4% | 6.7% | 5.0% | 3.3% | 1.7% | 0.0% |

(1)   A 3-year trend was available from CDC's Health Care Planning Unit. This adjustment takes the historical change in
       census rate/1000 and assumes that it will increase each year at a decelerating rate such that by 2007 it is static. The
       actual rate of increase slowed slightly in 2001. The rate of change of 10% between 2000 and 2001 was used in this
       model.

California Department of Corrections
Mental Health Bed Need Study

**Exhibit 12**

**Correctional Clinical Case Management System (CCCMS)**

**Census Forecast for Women**

| CCCMS - Women | -- Actual -- | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
| **Female CDC Population** | 11483 | 11207 | 10,712 | 9,733 | 9,621 | 9,490 | 9,459 | 9,654 | 10,009 |
| **Female Census/1000** | 147.3 | 176.9 | 195.9 | 213.6 | 229.0 | 241.3 | 250.0 | 254.5 | 254.5 |
| **Female Census** | 1692 | 1982 | 2099 | 2,079 | 2,203 | 2,290 | 2,365 | 2,457 | 2,547 |
| **Bed Need (100% Occupancy)** | | | | 2,079 | 2,203 | 2,290 | 2,365 | 2,457 | 2,547 |
| **Disch Rate Adjustment factor (1)** | | | 10.8% | 9.0% | 7.2% | 5.4% | 3.6% | 1.8% | 0.0% |

(1)   A 3-year trend was available from CDC's Health Care Planning Unit. This adjustment takes the historical change in census rate/1000 and assumes that it will increase each year at a decelerating rate such that by 2007 it is static. The actual rate of increase slowed slightly in 2001. The rate of change of 10.8% between 2000 and 2001 was used in this model.

California Department of Corrections
Mental Health Bed Need Study

**APPENDICES**

California Department of Corrections
Mental Health Bed Need Study – Appendix One

**Persons Interviewed/Contacted**

- Michael Pickett, Deputy Director Health Care Services Division (HCSD)

- David Gransee, Chief of Mental Health Services Unit

- Judi Lemos, Esq. Legal Affairs Division

- Paul Martel, Mental Health Tracking System

- Irma Nava, Chief – Health Care Placement Unit (HCPU)

- Rick Johnson – Health Care Placement Unit (HCPU)

- Bev Graham – Health Care Placement Unit (HCPU)

- Heather Molina – Health Care Placement Unit (HCPU)

- Kim Castner – Health Care Placement Unit (HCPU)

- Christine Holmstrom – Health Care Placement Unit (HCPU)

- Gina Boyd, Planner – Health Care Planning

- Denny Salade, Chief – Health Care Cost and Utilization Program (HCCUP)

- Dawn Kearns – Health Care Cost and Utilization Program (HCCUP)

- Drew Byers – Health Care Cost and Utilization Program (HCCUP)

- James Lewis – DDPS, Information Systems Division

- Art Chung – Administrative services

- J. Michael Keating, Jr., Esq. – Coleman Special Master

- Dennis Koson, MD, Expert – Coleman

- Yvonne Dixon-Montgomery, Esq. – Department of Mental Health (DMH)

- John Hagar, Esq. – Madrid Special Master

- Dr. Nadim Khoury, Chief Deputy Clinical Services – California Medical Facility (CMF)

- Silvia Blount, Department of Mental Health (DMH) Chief – California Medical Facility (CMF)

- Ted Sutton, Department of Mental Health (DMH) Program Director – Acute Care California Medical Facility (CMF)

- Sterling Price, Asst. Director – Intermediate Program – California Medical Facility (CMF)

- Dr. Karen Kelly, Chief Psychologist – California State Prison, Sacramento (SAC)

- Michael Sanders, Assistant Program Director – Acute Program at California Medical Facility (CMF) (Department of Mental Health (DMH)).

- Jacqui Coder – Population Projections Unit

- Julio Valdez, Warden – California Medical Facility (CMF)

- David Bourne, Program Director – Atascadero State Hospital (ASH) CDC (PC2684)

- Brian Desmarais, Acting Chief of Policy and Program Development

- Rosanne Campbell – Program Evaluation and Support

**TUCKER ALAN INC.**

California Department of Corrections
Mental Health Bed Need Study – Appendix Two

## References

"Mental Health Care for Ohio State Prisoners: The view From the Directors Office," Wilkinson, R.A. Correctional Mental Health Report, January/February 2000.

"Mental Health Treatment in State Prisons, 2000," Bureau of Justice Statistics, Beck, A.J. 7/01.

"Mental Health and Treatment of Inmates and Probationers," Bureau of Justice Statistics, Ditton, P.M. July, 1999.

"The Prevalence of Mental Illness in Prison," Diamond. P. et. al. Administration and Policy in Mental Health, Vol. 28, No. 1 Sept. 2001.

"Department of Mental Health (DMH) Inpatient Care – A Study of Timely Access to Department of Mental Health (DMH) Inpatient Care for Prisoners in CDC Prisons." Koson, D, et. al., June 9, 2000.

"Prevalence and Severity of Lifetime Physical and Sexual Victimization Among Incarcerated Women," Browne, A. et. al. International Journal of Law and Psychiatry, Vol. 22, Nos. 3-4, pp. 301-322, 1999.

"Prisons and Jails: The New Mental Health Treatment Centers," NAMI Pennsylvania (website).

**EXHIBIT A - ENCLOSURE 2**

## Closing the GAP
### Based on Fall 2005 Projections

Enclosure II

**CF 1997 CS0003 (Coleman)**
**California Department of Corrections and Rehabilitation (CDCR) Population**

| Level of Care | FY 2006/2007 Proj Beds¹ | Proj Pop² | Approved New Beds | Proposed New Beds | GAP | FY 2007/2008 Proj Beds | Proj Pop | Approved Total Beds | GAP | FY 2008/2009 Proj Beds | Proj Pop | Approved New Beds | Proposed New Beds | GAP | FY 2009/2010 Proj Beds | Proj Pop | Approved New Beds | Proposed New Beds | GAP | FY 2010/2011 Proj Beds | Proj Pop | Approved New Beds | GAP | GAP as of 7/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EOP** | 2528 | 2624 | 3919 | 115 | -1180 | 3111 | 4207 | | -1096 | 3111 | 4427 | | | -1316 | 3111 | 4556 | | | -1445 | 3111 | 4697 | | -1586 | -1536 |
| Level I | | | | | | | | | | | | | | | | | | | | | | | | |
| Level II | 282 | | | -282 | | 303 | | -303 | | 319 | | | -319 | | 328 | | | -328 | | 331 | | -331 | |
| Level III | 941 | | | -941 | | 1010 | | -1010 | | 1062 | | | -1062 | | 1093 | | | -1093 | | 1103 | | -1103 | |
| Level IV | 1637 | 1733 | 1070 | -641 | 180 | 1913 | 1149 | -764 | | 1913 | 1209 | | 764 | -439 | 1913 | 1244 | | 668 | -483 | 1913 | 1255 | 668 | -718 | 180 |
| | 661 | 661 | 1626 | -420 | 192 | 1196 | 1746 | -548 | | 1196 | 1837 | | | -693 | 1196 | 1891 | | | -693 | 1196 | 1908 | | -710 | 150 |
| **EOP ASU** | 420 | 420 | 501 | | -81 | 420 | 522 | -102 | | 420 | 538 | | | -118 | 420 | 549 | | 555 | -129 | 420 | 555 | | -135 | -135 |
| **PSU⁵** | 256 | 320 | 316 | 5 | 4 | 320 | 337 | -17 | | 320 | 354 | | | -34 | 320 | 366 | | 375 | -46 | 320 | 375 | | -55 | -55 |
| **MHCB subacute⁵** | 164⁶ | 187 | 205 | 5 | -13 | 192 | 213 | 50 | 29 | 242 | 217 | | 12 | 37 | 254 | 220 | | 222 | 34 | 254 | 222 | | 32 | 32 |

**Department of Mental Health (DMH)**

| Level of Care | Proj Beds | Proj Pop | Approved New Beds | Proposed New Beds | GAP | Proj Beds | Proj Pop | Approved Beds | GAP | Proj Beds | Proj Pop | Approved | Proposed | GAP | Proj Beds | Proj Pop | Approved | Proposed | GAP | Proj Beds | Proj Pop | Approved | GAP | GAP as of 7/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Male Acute⁴,⁶,⁷** | 175 | 175 | 316 | | -141 | 175 | 380 | -205 | | 175 | 451 | | | -276 | 175 | 527 | | | -352 | 175 | 531 | | -356 | -356 |
| Level I | | 21 | | | | | 25 | | | | 50 | | | | | 35 | | | | | 36 | | | |
| Level II | | 39 | | | | | 47 | | | | 55 | | | | | 65 | | | | | 65 | | | |
| Level III | | 70 | | | | | 84 | | | | 99 | | | | | 116 | | | | | 117 | | | |
| Level IV | | 198 | | | | | 224 | | | | 206 | | | | | 311 | | | | | 313 | | | |
| **Male ICF⁸** | 290 | 465 | 548 | | -83 | 465 | 574 | -109 | | 465 | 605 | | 176 | -118 | 641 | 628 | | 641 | 15 | 641 | 641 | | 0 | 153 |
| Level I, II, III | 190 | 365 | 181 | | 184 | 365 | 189 | 176 | | 365 | 200 | | | 165 | 365 | 207 | | 158 | 165 | 365 | 212 | | 153 | |
| Level IV⁹ | | | | | | | | | | | | | | | | | | | | 128 | | | | |
| **Temporary Beds** | 36 | 36 | | | 36 | | 36 | 64 | | 64 | | | 64 | 64 | 128 | | | | 148 | 128 | | | -148 | |
| **Level IV⁹ Total** | 100⁹ | 100⁹ | 307 | | -287 | 100⁹ | 385 | -285 | | 100⁹ | 406 | | 176 | -129 | 228¹⁰ | 419 | | 419 | -143 | 228¹⁰ | 424 | | -153 | 19 |

**Proposed New Beds - Acute³,¹²**
FY 2010/2011 ... SAC 6/2011
Total: +350

**Proposed New Beds - ICF³,¹²**
FY 2010/2011 ... SAC 6/2011
FY 2010/2011 ... SVSP 6/2011
FY 2010/2011 ... CMF 6/2011
Total: +176

**New Beds - ICF¹²**
FY 2006/2007 +128 SAC 10/2006
FY 2006/2007 +64 CMF 6/2011
FY 2007/2008 +128 SVSP 6/2011
FY 2008/2009 -162 ... 7/2008
Total: +172

**New Beds - EOP³**
FY 2006/2007 +192 SAC 10/2006
FY 2006/2007 +160 MCSP 12/2007
FY 2008/2009 +64 EOP
Total: +150

**New Beds - EOP - SNY³**
FY 2008/2009 +36 CMF 7/2008
FY 2008/2009 +276 SVPP 3/2009
FY 2008/2009 +64 MCSP 12/2007
New Beds - EOP +115

**New Beds - MHCB¹²**
FY 2006/2007 +5 ISP
FY 2006/2007 +50 SQ
MCSP 12/2007

**Legend:**
Proposed New Beds³
Includes Temporary Beds⁹,¹⁰
(-) Deficiency

**Acronyms**
ASU = Administrative Segregation Unit
DDPS = Distributed Data Processing System
PSU = Psychiatric Services Unit
MHCB = Mental Health Crisis Beds
CTC = Correctional Treatment Center

COBCP = Capital Outlay Budget Change Proposal
FY = Fiscal Year
EOP = Enhanced Outpatient Program
ICF = Intermediate Care Facilities
SNY = Sensitive Needs Yard
CMF = California Medical Facility
MCSP = Mule Creek State Prison

SQ = San Quentin State Prison
SVPP = Salinas Valley Psychiatric Program
SVSP = Salinas Valley State Prison
SAC = California State Prison - Sacramento
LAC = California State Prison - Los Angeles County
ISP = Ironwood State Prison

¹ Source: Facilities Management Branch dated 10-21-05
² Source Documents: DDPS; Health Care Placement Unit & Bed Study Method for Projections
³ Beds Proposed in the Mental Health Bed Plan, April 2006.
⁴ Levels are based on Classification Scores from DDPS not Security.
⁵ PSU, MHCB, DMH include waitlist numbers as of 9-30-05.
⁶ Includes 20 ASH beds + 150 CMF beds
⁷ Male ICF includes 44 unlicensed Day Treatment beds at CMF-DMH.
⁸ High Custody; Maximum or Close Custody, S Suffix, Escape Risk, recent history of assaultive/predatory behavior;
⁹ Includes the 36 temporary beds at SVSP; (DSOK Housing Conversion) and the 36 temporary beds at CMF (P2 Housing Unit).
¹⁰ "Does not include the total 112 temporary beds at SVSP; (DSOK Housing Conversion) and the 36 temporary beds at CMF (P2 Housing Unit).
¹¹ All dates represent anticipated construction completion dates. Inmate occupancy will follow licensing, where applicable.
¹² "Anticipated date of bed activation.
* Source: Division of Correctional Health Care Services Licensing Unit, Correctional Treatment Center Beds spreadsheet updated on 3/24/06.

# Closing the GAP
## Based on Fall 2005 Projections

Enclosure II

### Female California Department of Corrections and Rehabilitation (CDCR) Population[1]

| Level of Care | FY 2006/2007 Actual Beds | Proj Beds[4] | Approved New Beds | Proposed New Beds[5] | GAP | FY 2007/2008 Proj Beds[4] | Approved New Beds | Proposed New Beds | GAP | FY 2008/2009 Proj Beds[4] | Approved New Beds | Proposed New Beds | GAP | FY 2009/2010 Proj Beds[4] | Approved New Beds | Proposed New Beds | GAP | FY 2010/2011 Proj Beds[4] | Approved New Beds | Proposed New Beds | GAP | GAP as of 7/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EOP | 180 | 209 | | | -29 | 221 | | | -41 | 233 | | | -53 | 241 | | | -61 | 245 | | | -65 | -65 |
| Level I | 52 | 46 | | | 3 | 51 | | | 1 | 53 | | | -1 | 56 | | | -4 | 57 | | | -5 | |
| Level II | 49 | 70 | | | -21 | 74 | | | -25 | 79 | | | -29 | 81 | | | -32 | 83 | | | -33 | |
| Level III | 38 | 37 | | | 2 | 39 | | | 0 | 41 | | | -3 | 42 | | | -4 | 43 | | | -5 | |
| Level IV | 41 | 54 | | | -13 | 57 | | | -16 | 60 | | | -19 | 62 | | | -21 | 63 | | | -22 | |
| EOP ASU | 73 | 16 | | | 57 | 17 | | | 56 | 18 | | | 55 | 18 | | | 55 | 18 | | | 55 | 55 |
| MHCB | 12 | 22 | | | -3 | 24 | | | -2 | 28 | | | -6 | 28 | | | -7 | 29 | | | -7 | -7 |

### Department of Mental Health[2]

| Level of Care | FY 2006/2007 Actual Beds | Proj Beds[4] | Approved New Beds | Proposed New Beds[5] | GAP | FY 2007/2008 Proj Beds[4] | Approved New Beds | Proposed New Beds | GAP | FY 2008/2009 Proj Beds[4] | Approved New Beds | Proposed New Beds | GAP | FY 2009/2010 Proj Beds[4] | Approved New Beds | Proposed New Beds | GAP | FY 2010/2011 Proj Beds[4] | Approved New Beds | Proposed New Beds | GAP | GAP as of 7/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Female Acute/ICF[6] | 30 | 30 | 33 | | -3 | 41 | 10 | | -11 | 47 | 11 | | -17 | 48 | 12 | | -18 | 48 | 17 | 25 | 6 | 6 |
| Level I | | | 8 | | | | 10 | | | | 11 | | | | 12 | | | | 12 | | | |
| Level II | | | 11 | | | | 14 | | | | 16 | | | | 16 | | | | 17 | | | |
| Level III | | | 6 | | | | 7 | | | | 8 | | | | 8 | | | | 9 | | | |
| Level IV | | | 8 | | | | 10 | | | | 12 | | | | 12 | | | | 13 | | | -7 |

**Proposed New Beds - Acute/ICF[6]**

| FY 2010/2011 | +25 | CIW | 6/2011 |
|---|---|---|---|

**Legend:**
▬▬▬ *Proposed New Beds*[3]
(-) Deficiency

[1] Source: Facilities Management Branch dated 10-21-05
[2] Source Documents: DDPS; Health Care Placement Unit & Bed Study Method for Projections
[3] Beds Proposed in the Mental Health Bed Plan, April 2006.
[4] Levels are based on Classification Scores from DDPS not Security.
[5] All dates represent anticipated construction completion dates. Inmate occupancy will follow licensing where applicable.
[6] Breakdown of Custody Levels is % breakdown of EOP; however, combined for projections purposes as Patton State Hospital (PSH) has combined levels of custody.

**Acronyms:**
ASU = Administrative Segregation Unit
DDPS = Distributed Data Processing System
COBCP = Capital Outlay Budget Change Proposal
FY = Fiscal Year

MHCB = Mental Health Crisis Beds
EOP = Enhanced Outpatient Program
ICF = Intermediate Care Facilities
CIW = California Institution for Women