# EXHIBIT A - ENCLOSURE 7

### CF1997CS0003 (Coleman, Ralph et al. v. Arnold Schwarzenegger, et al.)Constitutional Issues of Securing Coalinga State Hospital for Treatment of Level IV High Custody California Department of Corrections and Rehabilitation Inmates

The Sexually Violent Predator (SVP) population has previously filed complaints on conditions of confinement, including a class action suit while at Atascadero State Hospital. The nature of some of those complaints involved allegations that it was a violation of the Constitution to house SVPs in a facility or in conditions similar to a prison. In addition, the SVP Plaintiffs alleged that they should not be housed in circumstances where they would come into frequent contact with prisoners (in the hospital for treatment) or even with the "criminally insane".

Because the class action remains in litigation, any significant changes to the institution designed for the constitutional housing of SVPs may lead to allegations that conditions are more punitive or penal. This could lead to remedial orders in that litigation that are inconsistent with the plans submitted in this case to modify the facility for safe housing of prisoners. Even if the two courts were to attempt to work together to ensure consistency, the need in the future to address the SVP litigation may well delay what would already be a lengthy process to retrofit Coalinga State Hospital.

**EXHIBIT A - ENCLOSURE 8**

California Department of Corrections and Rehabilitation — Division of Correctional Health Care Services
CORRECTIONAL TREATMENT CENTER BEDS

| Institution | Total Beds | Total Number of Current MHCBs [1] | Number of Potential Additional MHCBs [2] | Comment |
|---|---|---|---|---|
| Centinela State Prison (CEN) | 13 | | | The Correctional Treatment Center (CTC) is a distinct part unit of the GACH.  CMF must secure funding to convert two patient rooms to a respiratory isolation room to comply with code.  This will reduce the number of licensed beds to 46.  This does not include the 6 GACH beds, 76 CTC Beds (non/acute/intermediate level of care) operated by Department of Mental Health (DMH), and the 17 bed hospice. |
| California Medical Facility (CMF) Distinct Part - General Acute Care Hospital (DP-GACH) | 47 | | | |
| High Desert State Prison (HDSP) | 31 | 10 | | LAC CTC has 4 rooms that cannot be used for MHCB patients for safety reasons:  2 respiratory isolation rooms and 2 single patient rooms. LAC has 5 Long Term Care (LTC) patients who require more physical care and attention from nursing staff, only 4.0 Registered Nurses (RNs) to cover up to 6-10 MHCB patients (and can barely make the 32 Mental Health (MH) nursing hours required for a 24-hour period and nursing staff who have been diverted to the yards and reception center. |
| California State Prison - Los Angeles County (LAC) | 16 | 12 | | |
| Mule Creek State Prison (MCSP) | 10 | 8 | | MCSP CTC has 2 rooms used for medical patients only because their construction poses a safety hazard to MHCB patients:  America's with Disability Act (ADA) single patient room and respiratory isolation room.  Also, to MCSP's knowledge, they were never staffed for MHCBs, only 8. |
| North Kern State Prison (NKSP) | 16 | 10 | | 4 of the 10 MHCBs are not covered under budgeted/staffed positions.  Covered under Registry or overtime. |
| Pelican Bay State Prison (PBSP) | 19 | 10 | | |
| Pleasant Valley State Prison (PVSP) | 15 | 5 | | |
| Richard J. Donovan Correctional Facility (RJD) | 28 | 14 | | SAC CTC has 2 respiratory isolation rooms, which, because of their location and construction, are not used for MHCB patients.  Per SAC records, the CTC was allocated only 4.0 RNs to cover 6-10 MH patients (Title 22 requires 5.0 RNs for 11-20 MH patients).  SAC has had up to 13 MHCB patients, covered in part with non-budgeted MH/Registry staff. |
| California State Prison - Sacramento (SAC) | 15 | 13 | | |
| California Substance Abuse Treatment Facility (SATF) | 38 | 16 | | SATF insists that it was only budgeted/staffed for 14 MHCBs.  The 2 bed discrepancy is considered an operational issue, therefore, SATF currently has 16 MHCBs. |
| California State Prison - Solano (SOL) | 15 | 9 | | SOL CTC can treat only 9 MHCB patients because of physical plant issues:  3 beds in 3-bed room, 1 room taken for required examination room, respiratory isolation room & ADA room located/constructed so unsafe for MHCB patient.  Total beds: 15. |
| Salinas Valley State Prison (SVSP) | 22 | 10 | | Does NOT include 64 CTC beds (non-acute/intermediate level of care) operated by DMH (aka, Salinas Valley Psychiatric Program) |
| Wasco State Prison (WSP) | 16 | 6 | | |
| California Institution for Men (CIM) GACH/Acute Psychiatric Program (APP) | 80 | 18 | 30 | GACH Acute Psychiatric Unit licensed beds dedicated to MHCB patients.  A potential 30 additional MHCBs may be available due to anticipated conversion of the majority of GACH beds to distinct part CTC beds. |
| California State Prison - Corcoran (COR) GACH/APP | 75 | 23 | | GACH Acute Psychiatric Unit licensed beds dedicated to MHCB patients. |
| California Men's Colony (CMC) GACH | 39 | | To Be Determined | A potential number of additional MHCBs may be available, if the strategy to provisionally license the current Outpatient Housing Units as a MHCB unit is approved. |
| Sub-Total Existing Beds | 495 | 164 | | These 164 MHCBs are used for bed planning purposes for male inmate-patients. |
| DMH @ CMF | 150 | 20 | | Within CMF-GACH Acute Psychiatric Program Unit, 20 licensed beds dedicated to MHCB patients. |
| DMH @ Atascadero State Hospital (ASH) | 25 | 25 | | Total beds includes only the 25 licensed beds dedicated to MHCB patients within ASH Acute Psychiatric Hospital. |
| Central California Women's Facility (CCWF) (Female) | 39 | 12 | | Currently licensed as a Skilled Nursing Facility (SNF), Department of Health Services (DHS) has directed CDCR to re-license it as a CTC.  Physical plant issues, Policy and Procedure (P and P) changes, staff training must be addressed before DHS can survey to change the license.  These 12 MHCBs are used for bed planning purposes for female inmate-patients. |
| TOTAL Existing Beds | 546 | 221 | 30 | |

Approved and Funded Construction Projects Increasing MHCB Capacity

| Institution | Total Beds | Total Number of Current MHCBs [1] | Number of Potential Additional MHCBs [2] | Comment |
|---|---|---|---|---|
| California Institution for Women (CIW)   (Female) | 18 | 10 | | Construction not completed.  Target date for DHS licensing survey is 08/15/2006. |
| CMF (MHCB) | 50 | 50 | | Design completed.  Target date for construction completion is 02/29/2008.  Target date for DHS licensing survey is 08/15/2008 |
| Ironwood State Prison (ISP) | 13 | 5 | | Construction not completed.  Target date for DHS licensing survey is 10/15/2006. |
| Kern Valley State Prison (KVSP) | 24 | 12 | | Construction completed.  KVSP is still trying to recruit and hire clinical staff for the CTC. |
| SAC | 11 | 11 | | 11 MHCB Unit construction targeted for 05/2006.  Target date for DHS licensing survey is 08/15/2006. |
| California State Prison - San Quentin (SQ) | 24 | 12 | | Design almost completed.  Court upheld CDCR right to proceed.  Target date for construction completion is 01/15/2009. |
| TOTAL Approved and Funded Beds | 140 | 100 | | |
| GRAND TOTAL | 686 | 321 | 30 | |

[1] This represents the number of MHCBs activated as of 3/21/06.  Funding for staffing of some of these beds would be provided as a population adjustment in the May Revision.
[2] Number of potential additional MHCBs due to the strategies proposed in the Third Status Report.

CDCR/DHCHS/Licensing - R.Toirac
Filename: Bed Count-Type Survey Enclosure VIII version 3_1.xls

02/06/2006
Updated: 3/24/06 by M. Banks

**EXHIBIT A - ENCLOSURE 9**

**Enclosure IX**

*State of California*

Division of Correctional Health Care Services
501 J Street, Sacramento, Ca.



# MEMORANDUM

Date:    December 28, 2005

To:    Renee Kanan, M.D., M.P.H.
Deputy Director
Division of Correctional Health Care Services

Subject: **CORRECTIONAL TREATMENT CENTER 2006 LICENSURE PROJECT**

The Correctional Treatment Center, (CTC) 2006 Special Licensing Project is underway. We have submitted the attached resource request for approval and have begun initiation of our plan to set up the special project-licensing unit. We anticipate the arrival of field personnel on January 9, 2006 and will begin our acquisition of identified project goals for 2006. This document provides a summary of the unit goals and intended application of resources during this upcoming year. Also included is a statement of identified issue and recommended course of action. This document provides the special project units identified and peripheral goals that ideally the unit or other identified resources would pursue in order to facilitate sound global management and compliance of CTC's statewide.

**IDENTIFIED ISSUE**

There are total of five CTC's, which will require licensure during the calendar year of 2006. Redirection of the licensing unit personnel has resulted in inadequate resources to address this licensing effort and management of accelerated CTC activations. There is no position authority to reestablish the unit's positions.

There is currently a statewide deficient in available Mental Health beds. This deficient has been magnified due to the continued increase in mental health population in the prison system and compromises the ability to provide adequate patient care.

There has been significant fiscal impact caused by the aforementioned deficits that has been realized in patient care issues, legal and court mandated interventions and or actions.

1

**SOLUTION**

The expedited activation of the CTC's is paramount in the continued delivery of quality patient medical and mental health care. Formulation of a licensing special project unit will ensure an expeditious and well-managed activation of CTC's. The unit will consist of the remaining assigned unit personnel and will be augmented by field personnel who will be assigned to a 12-month special assignment. Additional field personnel resources will be used to supplement these staff when the need for subject matter experts arise who specialize in disciplines requiring significant guidance or a higher level expertise.

**SPECIAL PROJECT UNITS GOALS**

The special project Units goal for 2006 will include both the licensing of the identified units and the development of a plan for site implementation. The following timeline provides the intended unit goals for 2006.

> - Identification, documentation and acquisition of needed personnel, space and equipment resources.
> - Unit Activation
> - Development of a standardized site implementation plan that addresses key elements needed for scheduled CTC activations, to include: Organization and coordination of CTC Activation efforts, Process for the development of tailored CTC local operational procedures, Credentialing, Personnel file set up, Environmental Services, Physical Plant, Application of Title 22 and 24 to CTC operations, Development and application of site specific work sheet and management tools and Setting up of required committees.
> - Development of activation schedule and successful CTC activation therein for 2006 to include: CSP Sacramento, 11 additional mental Health Crises beds. CCWF conversion from a Skilled Nursing Facility to a CTC. CIW initial licensure. KVSP initial licensure, ISP initial licensure. Initial licensure for Youth Correctional Herman G. Stark facility.
> - Assess and monitor physical plant construction timelines.
> - Identification of needed resources and process to ensure compliance of existing CTC in accordance with Department of Health Services regulations and guidelines.

**COMPLIANCE AUDITING OF CTC'S & GENERAL ACUTE CARE HOSPITALS**

The effective management and monitoring of existing CTC's and GACH's should include on site visits and assessments by the licensing unit. The result of the on site assessments would generate corrective action plans developed locally and monitored both locally and from the compliance unit. Currently existing CTC's and GACH's are expected to utilize Quality Management Committee in order to ensure compliance with DHS standards. The proposed method of monitoring would safeguard patient care and provide objective external monitoring and oversight. The proposed unit personnel resources are inadequate to accomplish this goal. If the licensing unit were to assume this responsibility, additional resources would be required.

2

Other options include the assignment of these responsibilities to the compliance team. A workload assessment would need to be conducted and possible staff augmentations made. Compliance team members would also require training regarding CTC and GACH requirements and auditing tools.

**CONCLUSION**

Upon your review of this plan please advise us of your availability for discussion. Due to the abbreviated timelines and aggressive goal set we would like to confirm your approval and make any necessary modifications to the proposal as soon as possible.

Gary C. Swarthout
Associate Warden

Rose Bustillos
Chief of Licensing

cc:    Yulanda Mynhier
       John Dovey
       Calvin Smith
       Herb Spiwak
       Chris Chrones

**EXHIBIT A - ENCLOSURE 10**

# CHALLENGES AND INITIATIVES TO INCREASING MENTAL HEALTH CRISIS BEDS AT CALIFORNIA MEN'S COLONY AND CALIFORNIA INSTITUTION FOR MEN

| Challenge | Initiative |
|---|---|
| **Strategy:  California Men's Colony –Outpatient Housing Unit (OHU)** | |
| Facility Modifications – **A.** Based on previous surveys the OHU requires significant facility modifications to license as a MHCB unit.<br><br>**B.** Due to the age of the facility, extensive modifications may be needed to ensure the safety and security of the staff and inmate-patients in the proposed MHCB unit. | **A.** Work with the Department of Health Services (DHS) to develop approved program flexibility, and work with the Office of Statewide Health Planning and Development (OSHPD) to develop alternate methods of compliance with current licensing and construction standards to allow the OHU to be licensed as a MHCB unit.  If the appropriate approvals can not be granted, then this strategy will be considered infeasible.<br><br>**B.** Work with the Division of Adult Institutions to evaluate which custody level inmate-patients are appropriate for placement into the proposed MHCB unit. |
| Staffing - Additional staff may be needed to operate the MHCBs. | CMC has previous history of successful recruiting and can use registry on an interim basis. |
| Funding - Funding for the facility modifications may require minor capital outlay funding. | Based on OSHPD building and fire/life/safety code requirements and on discussions with DHS, work with the Office of Facilities Management (OFM) to investigate the funding options for this potential project. |
| Legal – If the OHU can not be licensed then the space may not be used for MHCB inmate-patient care. | Meet with the plaintiff's attorneys in the *Budd* lawsuit and develop a stipulated agreement authorizing the defendants to use the OHU, in whole or in part, as a MHCB unit until the CMF 50 bed MHCB unit is activated. |
| **Strategy: California Institution for Men General Acute Care Hospital to Correctional Treatment Center Conversion** | |
| Facility Modifications - Requires taking down one wing at a time, thereby reducing bed availability during the conversion period. | Analyze different construction schedule options in order to reduce the time a bed is unavailable for occupancy. |
| Staffing - Additional staff may be needed to operate the MHCBs. | Current CIM staff will be redirected to operate the CTC beds. |
| Funding | Work with OFM to investigate the funding options for this potential project. |

**EXHIBIT A - ENCLOSURE 11**

# Status of Funding for
# Acute, Intermediate and Mental Health Crisis Bed Plan

## Capital Outlay Proposals Submitted to the Legislature March 30, 2006

### *Finance Letter Process*

Each Spring, the Administration proposes adjustments to the proposed Governor's Budget in accordance with Government Code Section 13308. These adjustments are submitted to the Legislature through what is called the Finance Letter process. The Department of Finance sends a letter to the Legislature that details the adjustments requested for each department and item of appropriation. These letters are typically accompanied by detailed backup information in the form of a Budget Change Proposal (BCP) that was developed by the department seeking an adjustment.

On March 30, 2006, Finance Letters were submitted to the Legislature requesting additional funding for several capital outlay projects in response to the concerns raised by the Coleman court related to the number of beds available for inmates needing to be treated in an Intermediate Care Facility (ICF), Acute Care Facility, and in an Enhanced Outpatient Program (EOP). The specifics of these proposals are outlined below, and for your reference, we have attached the Finance Letter submitted to the Legislature.

### *Proposals to Increase the Number of Intermediate Care and Acute Care Beds*

Through the March 30, 2006, Finance Letters, the Department of Corrections and Rehabilitation (CDCR) requested preliminary plan funding for acute and intermediate mental health care facility projects. These projects would allow the Department to construct facilities to house seriously mentally ill inmates that require an inpatient level of care. The statewide need for licensed mental health beds based on Fall 2005 population projections indicates a shortage of 356 acute care mental health male beds, 301 intermediate care mental health male beds for Level IV high custody inmate-patients[1], and 19 acute/intermediate care mental health female beds by June 30, 2011. These facilities would provide for additional onsite mental health inpatient treatment for the rapidly growing statewide population of inmates requiring inpatient mental health care beyond the short-term crisis level of care. The following information summarizes the proposals submitted to the Legislature on March 30, 2006, requesting funding to begin planning and construction of these beds:

- $14,972,000 for the preliminary plans in 2006-07 for a 350-Bed acute mental health facility at California State Prison, Sacramento (CSP-Sac). This project is estimated to be completed in 2010-11 and cost an estimated $289,000,000 in total.

---

[1] Sum of 153 bed deficiency and 148 temporary beds (36 at the California Medical Facility and 112 at Salinas Valley State Prison).

1

- $7,689,000 for the preliminary plans in 2006-07 for a 128-Bed intermediate care facility at CSP-Sac. This project is estimated to be completed in 2010-11 and cost an estimated $101,000,000 in total.

- $8,405,000 for the preliminary plans in 2006-07 for a 128-Bed intermediate care facility at Salinas Valley State Prison (SVSP), Monterey. This project is estimated to be completed in 2010-11 and cost an estimated $111,000,000 in total.

- $4,514,000 for the preliminary plans in 2006-07 for a 64-Bed intermediate care facility at California Medical Facility (CMF), Vacaville. This project is estimated to be completed in 2010-11 and cost an estimated $59,000,000 in total.

- $2,172,000 for the preliminary plans in 2006-07 for a 25-Bed acute/intermediate care facility at California Institution for Women (CIW), Frontera. This project is estimated to be completed in 2010-11 and cost an estimated $34,000,000 in total.

These proposals are *in addition to* the following Administration proposals that were reflected in the Governor's Budget submitted to the Legislature on January 10, 2006, which have been previously identified to the court:

- Funding for a 36-Bed permanent conversion to intermediate care at CMF, which is estimated to be completed in 2009.

- Funding for a 112-Bed permanent conversion to correctional treatment center beds, with temporary use as an intermediate care facility at SVSP, which is estimated to be completed in 2009.

As previously identified to the court, in addition to the proposals reflected in the Governor's Budget and the March 30, 2006 Finance Letters, the Department is expanding mental health treatment capacity through the following projects that are currently underway:

- 36-Bed temporary conversion to intermediate care at CMF until May 2006 funded through the minor capital outlay program. Presently these beds are occupied with a planned transfer of these inmate-patients to SVSP, at a rate of approximately five inmate-patients per week, starting May 1, 2006.

- 36-Bed temporary conversion to intermediate care at SVSP available beginning May 2006 funded through the minor capital outlay program. This project is progressing with anticipated occupancy of this facility beginning May 1, 2006, and is part of the 112-Bed activation referenced above.

- 64-Bed intermediate care facility at SVSP included in the 2005 Budget Act. This facility will have single cells for Level IV high custody inmate-patients. This project is currently funded and approved with an anticipated construction completion date of March 2009.

In sum, these proposals will provide the CDCR, by 2010-11, 525 permanent male acute beds (shortage of 6), 448 permanent male intermediate care beds for Level IV high security inmate-patients (surplus of 19), and 55 permanent female acute/intermediate care beds (surplus of 6) all based on Fall 2005 population figures.

### *Proposals to Increase the Enhanced Outpatient Program Space*

Through the March 30, 2006, Finance Letters, the CDCR also requested preliminary plan funding for EOP treatment and program space. While the court has not specifically ordered a response in this area, the court has criticized the Department for inadequate treatment space for the EOP in previous monitoring reports and the bed planning process identified a need for additional EOP beds. This proposal is an effort to proactively address this need through increasing program and treatment space at three institutions. The following information summarizes the proposals submitted to the Legislature requesting funding to begin planning and construction of this program space:

- $250,000 for the preliminary plans in 2006-07 for program and treatment space for 180 EOP inmates at Mule Creek State Prison (MCSP), Ione. This project is estimated to be completed in 2010-11 and cost an estimated $2,700,000 in total.

- $250,000 for the preliminary plans in 2006-07 for program and treatment space for 150 EOP inmates at California State Prison (CSP-LAC), Los Angeles. This project is estimated to be completed in 2010-11 and cost an estimated $2,700,000 in total.

- $250,000 for the preliminary plans in 2006-07 for program and treatment space for 384 EOP inmates at CSP-Sac. This project is estimated to be completed in 2010-11 and cost an estimated $5,600,000 in total.

In addition to the proposals reflected in the March 30, 2006, Finance Letters, the Department is currently planning to add EOP beds through the conversion of existing general population beds. The following summarizes these efforts:

- Add 115 new EOP beds at MCSP for Level IV inmate-patients, which are estimated to be completed January of 2007.
- Add 180 new EOP beds at MCSP for Level III inmate-patients, which are estimated to be completed by January of 2007.
- Add a total of 192 new EOP beds at CSP-Sac. Add 96 of these beds by July of 2006 and the remaining 96 beds by October 2006.
- Add 150 new EOP beds at CSP-LAC, which are estimated to be completed June of 2011.

Combined, these projects will add 637 EOP beds by 2010-11, decreasing the estimated shortfall for these type of beds from 1973 to 1336.

Enclosure XI

**Staffing for Proposed New Beds**

*Department of Mental Health Clinical Staffing for Male Intermediate Care and Acute Care Beds*

The Department of Mental Health (DMH) has agreed to provide clinical staffing for the proposed ICF and Acute Care facilities for male inmates identified in the CDCR Capital Outlay Finance Letters submitted to the Legislature on March 30, 2006. This is in addition to the BCP included in the Governor's Budget to expand the ICF program at SVSP by 36 beds.

In order to determine the acceptable sites for these proposed projects the ability for DMH to hire and operate these facilities was considered. During this process, site considerations included the following factors:

- All of the male prisons are Consolidated Care Centers.

- All of the institutions are located in areas in which there is greater potential for acquiring necessary clinical staffing.

- DMH already provides ICF and Acute Care services at two of these sites.

- The three male institutions are geographically situated to accept referrals for ICF and Acute Care that come primarily from five prisons.

- The cultures of these institutions, given their experience with providing mental health care, are amenable to growth and proper accommodation of the needs of the inmate-patients that will be treated in these new facilities.

The estimated cost of providing DMH staff specifically tied to these capital outlay project related facilities, based on current staffing ratios and salaries are as follows:

> CSP-Sac - 350 Acute Beds = $60,316,000 and 620.0 positions
> CSP-Sac - 128 ICF Beds = $18,286,000 and 198.0 positions
> CMF - 64 ICF Beds = $10,054,000 and 104.0 positions
> SVSP - 128 ICF Beds = $14,133,000 and 172.0 positions

In order to receive funding necessary to begin staffing these facilities as construction is completed, DMH anticipates submitting funding requests through both the BCP and the estimate process beginning with Fiscal Year 2007-08 and each year thereafter until full activation of the three facilities (SVPP, CMF-VPP, CSP-Sac) is completed. The requests will include the positions needed for that phase of activation as related to design, licensing, recruitment, program development, training and orientation for each fiscal year. The activation plan will be similar to the phases used in the initial activation of Salinas Valley and Coalinga.

Enclosure XI

### *Department of Corrections and Rehabilitation Staffing for Proposed Beds*

The estimated cost of providing CDCR custody staff at the Intermediate and Acute Care facilities for male inmates specifically tied to these capital outlay project related facilities, based on current staffing ratios and salaries are as follows:

    CSP-Sac - 350 Acute Beds = $10,914,000 and 156.7 positions
    CSP-Sac - 128 ICF Beds = $4,936,000 and 70.4 positions
    CMF - 64 ICF Beds = $2,727,000 and 38.9 positions
    SVSP - 128 ICF Beds = $4,943,000 and 70.4 positions

The estimated cost of providing increased CDCR custody and clinical staff at the institutions where there will be an increase in EOP treatment and program space for male inmates (as identified in the March 30, 2006 Finance Letters) specifically tied to these capital outlay project related facilities, based on current staffing ratios and salaries are as follows:

    MCSP – 180 EOP Inmate-Patients =$414,000 and 9.5 positions
    CSP-LAC – 150 EOP Inmate-Patients =$414,000 and 9.5 positions
    CSP-Sac – 384 EOP Inmate-Patients =$2,552,000 and 24.8 positions

It should be noted that these projects for EOP treatment and program space are an adjunct to the aforementioned projects adding 637 EOP beds at these prisons through the conversion of existing general population beds at these prisons.

The estimated cost of providing CDCR clinical staff at the proposed Intermediate and Acute Care facility for female inmates specifically tied to these capital outlay project related facilities has not yet been finalized, however preliminary information shows that approximately 12 clinical staff will be needed when this facility opens.

CDCR staff associated with the proposed new facilities would be budgeted through the population projection adjustment process that occurs during the annual budget process. As new beds and institutions become available, or the type of population changes in existing institutions, the Department prepares an activation schedule for the staff needed to operate those beds once they are occupied.  The resources needed for these positions are then proposed as a population adjustment in the budget and updated if necessary due to changes in number of inmates, schedule, or mission.  For any given fiscal year this projection is updated four times based on updated data.  For example, the year-end projection for fiscal year 2005-06 was first developed in September of 2004, it was updated in May 2005, again in September 2005, and will be updated one more time in May of 2006.  Although these updates adjust the total level of staffing and funding available to CDCR for staffing needed at year end, the process permits CDCR to staff at the appropriate level, based on the number and type of inmates, at any point in time.

.

5

Enclosure XI

## Summary of Legislative Approval Process and General Timeframes

Legislative appropriation of funds through the Budget Act is required before CDCR will be authorized to begin implementation of the projects requested through the Governor's Budget and the Finance Letters described above. The general process and timeframes for Legislative approval are the following:

*Budget Subcommittees*
The Budget Subcommittee in each house that is responsible for the CDCR budget must hear and approve or deny the Finance Letters submitted. If the subcommittee does not specifically put the Finance Letter proposals on their agenda and take an action on the proposals, by default, they are denied. The subcommittee process is typically completed during the 3rd week of May.

*Budget Committees*
The full Budget Committee in each house must act on the subcommittee recommendations in order for the Budget Bill to be amended and moved to the floor of each house for deliberation. This typically occurs during the last week of May.

*House Floor*
The members of each house vote on the amended Budget Bill. This typically occurs during the last week of May.

*Conference Committee*
Each house approves its own version of the Budget Bill. In order to resolve differences between the houses, a Conference Committee consisting of members from both houses is established to hear the differences and seek agreement on the final form of the bill. This typically occurs during the first week or two of June.

*House Concurrence with Conference Report*
The conference committee reports its recommendations to both houses, each of which must adopt an identical budget bill before it can be sent to the Governor for signature. Under the State Constitution, the Budget Bill must be passed by the Legislature by midnight on June 15th. Historically, this deadline has often not been met.

*Governor's Signature*
Once the Budget Bill is enrolled and sent to the Governor for signature he has 12 days to act on the bill. The Governor has the ability to make line-item vetoes of items of appropriation.

6



DEPARTMENT OF
**FINANCE**
OFFICE OF THE DIRECTOR

ARNOLD SCHWARZENEGGER, GOVERNOR

STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

MAR 3 0 2006

Honorable Wesley Chesbro, Chair
Senate Budget and Fiscal Review Committee

Attention:  Mr. Danny Alvarez, Staff Director (2)

Honorable John Laird, Chair
Assembly Budget Committee

Attention:  Mr. Christopher W. Woods, Chief Consultant (2)

**Amendment to Budget Bill Item 5225-301-0001, and Addition of Items 5225-301-0660, 5225-301-0751, and 5225-496, Capital Outlay, Department of Corrections and Rehabilitation**

It is requested that Item 5225-301-0001 be increased by $55,141,000 to reflect the following:

1.  Decrease $1,005,000 for working drawings for a statewide Juvenile Justice fire protection sprinkler system.  The preliminary plans for this project have been delayed because of a poorly defined scope and the overarching concern of how this project would fit into future funding requests for Juvenile Justice reform.

2.  Decrease $300,000 for construction of small management yards at Mule Creek State Prison, California State Prison, Solano, Wasco State Prison, and Richard J. Donovan Correctional Facility.  There were cost increases in materials and labor which prompted the Department of Corrections and Rehabilitation (Department) to push out the funding for the fifth institution originally funded at North Kern State Prison to a future year resulting in savings in 2006-07.

3.  Increase $4,323,000 for construction of a groundwater treatment and non-potable water distribution system at Deuel Vocational Institution (DVI), Tracy.  The increased costs are primarily attributed to the inability to find an onsite source of fill material at either DVI or DVI-East, formerly known as Northern California Women's Facility, and the resulting need to bring in material from outside the area.

4.  Increase $2,327,000 for working drawings and construction of a new wastewater treatment plant at DVI, Tracy.  The Department used a 3 percent escalation factor when estimating the project costs rather than the allowed 5 percent escalation factor resulting in the need for additional funds.

5.  Increase $975,000 for preliminary plans, working drawings, and construction of an electrical power substation at DVI, Tracy.  The costs increased as a larger substation is needed to meet the increased electrical loads anticipated from the groundwater treatment and non-potable water distribution system project at the facility.

MAR 3 0 2006

-2-

6.  Increase $50,000 for preliminary plans for an electrified fence at the Central facility at the California Institution for Men (CIM), Chino. The additional costs are necessary because of the complexity of the Environmental Impact Report relative to CIM's proximity to the encroaching housing developments, and the Department of Fish and Game's concerns over damage to birds and other wildlife.

7.  Increase $2,066,000 for construction of a potable water distribution system upgrade at California Men's Colony, San Luis Obispo. The Department used a 3 percent escalation factor when estimating the project costs rather than the allowed 5 percent escalation factor resulting in the need for additional funds.

8.  Increase $5.0 million for statewide minor projects. The additional funding is to be used to address space needs identified as part of the Farrell lawsuit. In November 2004, the State of California entered into a consent decree in the Farrell lawsuit concerning mandated educational and programmatic obligations to the youth offender population. The $5.0 million in minor funding for 2006-07 and the recommended $4.2 million in 2007-08 would help satisfy court deficiencies for increased staffing and programming space.

9.  Increase $44,000 for working drawings of a wastewater treatment plant at California State Prison, Corcoran. The increase in costs is associated with the electrical system requiring more design effort than originally estimated because of the need to change out the existing transformer.

10. Increase $138,000 for working drawings of a wastewater treatment plant at California State Prison, Centinela, Imperial. The increase in costs is attributed to the increased rates for the design consultants and additional engineering work required for supporting the permit modifications.

11. Increase $1,484,000 for construction of an arsenic removal project from the potable water supply at High Desert State Prison/California Correctional Center, Susanville. There were additional costs related to the trenching and the backfill of the pipeline. In addition, the Department used a 3 percent escalation factor when estimating the project costs rather than the allowed 5 percent escalation factor.

12. Decrease $1,690,000 for preliminary plans of a heating, ventilation, and air conditioning system at Ironwood State Prison, Blythe. As the bids came in much higher for the same project at the neighboring Chuckawalla Valley State Prison project, it is recommended by the Department to push the funding for this project back a year to see the initial bidding results for the project at Chuckawalla Valley State Prison.

13. Add $14,972,000 for preliminary plans of a 350-Bed acute mental health facility at California State Prison, Sacramento. This project is recommended in response to an order from the Coleman court resulting from the 15th round of monitoring by the court's special master. This project would allow the Department to construct a facility to house seriously mentally ill inmates that require an inpatient level of care. The statewide need for licensed acute care mental health beds based on current population projections indicates a shortage of 320 beds by June 30, 2011. This facility would provide for additional onsite mental health inpatient treatment for the rapidly growing statewide population of male inmates requiring inpatient mental health care beyond the short-term crisis level of care.

MAR 3 0 2006

-3-

14. Add $7,689,000 for preliminary plans of a 128-Bed intermediate mental health care facility at California State Prison, Sacramento. This project is recommended in response to an order from the Coleman court resulting from the 15th round of monitoring by the court's special master. This project would allow the Department to construct a facility to house seriously mentally ill inmates that require an inpatient level of care. The statewide need for licensed intermediate mental health care facility beds based on current population projections indicates a shortage of approximately 300 beds by June 30, 2011. This facility would provide for additional onsite mental health inpatient treatment for the rapidly growing statewide population of male inmates requiring inpatient mental health care beyond the short-term crisis level of care.

15. Add $8,405,000 for preliminary plans of a 128-Bed intermediate mental health care facility at Salinas Valley State Prison, Monterey. This project is recommended in response to an order from the Coleman court resulting from the 15th round of monitoring by the court's special master. This project would allow the Department to construct a facility to house seriously mentally ill inmates that require an inpatient level of care. The statewide need for licensed intermediate mental health care facility beds based on current population projections indicates a shortage of approximately 300 beds by June 30, 2011. This facility would provide for additional onsite mental health inpatient treatment for the rapidly growing statewide population of male inmates requiring inpatient mental health care beyond the short-term crisis level of care.

16. Add $4,514,000 for preliminary plans of a 64-Bed intermediate mental health care facility at California Medical Facility, Vacaville. This project is recommended in response to an order from the Coleman court resulting from the 15th round of monitoring by the court's special master. This project would allow the Department to construct a facility to house seriously mentally ill inmates that require an inpatient level of care. The statewide need for licensed intermediate mental health care facility beds based on current population projections indicates a shortage of approximately 300 beds by June 30, 2011. This facility would provide for additional onsite mental health inpatient treatment for the rapidly growing statewide population of male inmates requiring inpatient mental health care beyond the short-term crisis level of care.

17. Add $2,172,000 for preliminary plans of a 25-Bed acute/intermediate care facility at the California Institution for Women, Frontera. This project is recommended in response to an order from the Coleman court resulting from the 15th round of monitoring by the court's special master. This project would allow the Department to construct a facility to house seriously mentally ill inmates that require an inpatient level of care. The statewide need for licensed intermediate mental health care facility beds for women based on current population projections indicates a shortage of approximately 19 beds by June 30, 2011.

18. Add $250,000 for preliminary plans of a 150-Bed enhanced outpatient program for treatment and program space at Mule Creek State Prison, Ione. The Department has identified a deficiency of enhanced outpatient program beds and associated program space. This proposal is not in response to an anticipated court order. However, the court has criticized the Department for inadequate treatment space for the enhanced outpatient program in previous monitoring.

MAR 3 0 2006

-4-

19. Add $250,000 for preliminary plans of a 150-Bed enhanced outpatient program for treatment and program space at California State Prison, Los Angeles. The Department has identified a deficiency of enhanced outpatient program beds and associated program space. This proposal is not in response to an anticipated court order. However, the court has criticized the Department for inadequate treatment space for the enhanced outpatient program in previous monitoring.

20. Add $250,000 for preliminary plans of a 350-Bed enhanced outpatient program for treatment and program space at California State Prison, Sacramento. The Department has identified a deficiency of enhanced outpatient program beds and associated program space. This proposal is not in response to an anticipated court order. However, the court has criticized the Department for inadequate treatment space for the enhanced outpatient program in previous monitoring.

21. Add $750,000 for studies to potentially relocate the reception centers from three older institutions (San Quentin, Deuel Vocational Institution, and California Institution for Men) to three newer institutions (California State Prison, Solano, Pleasant Valley State Prison, and California State Prison, Los Angeles) respectively. This is consistent with the mission of the Department to house inmates in a safe manner.

22. Add $2,477,000 for construction of an arsenic removal water treatment system project at Kern Valley State Prison, Kern. The arsenic levels in the existing water are above the new maximum contaminant level. The existing appropriation is being reverted (Issue 642) as the refined cost estimates showed there were not enough funds to construct the project. Specifically, the costs of the specialized equipment to house the arsenic removal equipment have increased.

It is requested that Item 5225-301-0660 be added in the amount of $38.0 million for construction of a heating, ventilation, and air conditioning system at Chuckawalla Valley State Prison, Blythe. The existing air handling units have deteriorated beyond their useful life and the structural integrity of the adjacent walls and roofs are in jeopardy. Furthermore, the temperature control units fail to operate during extreme temperatures and the high humidity conditions experienced in Blythe. The original appropriation is not sufficient to fund the project as bids came in higher than expected and is being reverted (Issue 642).

It is requested that Item 5225-301-0751 be added in the amount of $1,491,000 for construction of a bar screen project at Pleasant Valley State Prison, Coalinga. The existing lift station is unable to effectively remove bulky debris from the wastewater before it is pumped to the wastewater plant, and could start facing noncompliance citations from their respective Regional Water Quality Control Board. The existing funding for the project is being reverted (Issue 642) as the updated working drawings show that the existing appropriation is insufficient to finish the project.

It is requested that Item 5225-496 be added to revert the unencumbered balances of the following:

1. Item 5225-301-0001, Budget Act of 2005, for preliminary plans of a statewide fire sprinkler system for Juvenile Justice.

MAR 3 0 2006

-5-

2.  Item 5225-301-0001, Budget Act of 2005, for construction of an arsenic removal water treatment system at Kern Valley State Prison, Kern.

3.  Item 5225-301-0660, Budget Act of 2005, for construction of a heating, ventilation, and air conditioning system at Chuckawalla Valley State Prison, Blythe.

4.  Item 5225-301-0751, Budget Act of 2005, for construction of a bar screen, prelift station at Pleasant Valley State Prison, Coalinga.

The effect of my requested action is reflected on the attachment.

If you have any questions or need additional information regarding this matter, please call Jim Martone, Principal Program Budget Analyst, at (916) 445-9694.

MICHAEL C. GENEST
Director
By:

*Vincent P. Brown*

VINCENT P. BROWN
Chief Deputy Director

Attachment

cc:  Honorable Kevin Murray, Chair, Senate Appropriations Committee
    Attention: Mr. Bob Franzoia, Staff Director
    Honorable Dennis Hollingsworth, Vice Chair, Senate Budget and Fiscal Review Committee
    Attention: Mr. Jeff Bell, Staff Director
    Honorable Judy Chu, Chair, Assembly Appropriations Committee
    Attention: Mr. Geoff Long, Chief Consultant
    Honorable Rick Keene, Vice Chair, Assembly Budget Committee
    Attention: Mr. Peter Schaafsma, Staff Director
    Honorable Michael Machado, Chair, Senate Budget and Fiscal Review Subcommittee No. 4
    Honorable Rudy Bermúdez, Chair, Assembly Budget Subcommittee No. 4
    Ms. Elizabeth Hill, Legislative Analyst (4)
    Ms. Diane Cummins, Senate President pro Tempore's Office
    Mr. Craig Cornett, Assembly Speaker's Office (2)
    Mr. David Harper, Deputy Chief of Staff, Assembly Republican Leader's Office
    Ms. J. S. Woodford, Acting Secretary, Department of Corrections and Rehabilitation
    Mr. Bernard Warner, Chief Deputy Secretary, Division of Juvenile Justice, Department of Corrections and Rehabilitation
    Mr. John Dovey, Chief, Division of Adult Operations, Department of Corrections and Rehabilitation
    Mr. George A. Sifuentes, Deputy Director, Facilities Management Branch, Department of Corrections and Rehabilitation
    Mr. Richard C. Powers, Chief, Facilities Management Branch, Department of Corrections and Rehabilitation

icc:  AGUIAR, COSTIGAN, KLASS, FINN, MARTONE, C/F, SUSPENSE, FILE

H\WP\CO\FI\2006\Appil 1 CDCR FL.doc, 3/28/2006, 11:45:32 AM

**EXHIBIT A - ENCLOSURE 12**

## Federal Investigation Impacting Treatment in Department of Mental Health State Hospitals

The Department of Mental Health (DMH) operates five hospitals for the treatment of severely mentally ill individuals. They are Metropolitan State Hospital, Napa State Hospital, Patton State Hospital, Atascadero State Hospital, and the newly constructed and activated Coalinga State Hospital. All these facilities are fully licensed and Metropolitan, Napa, Patton and Atascadero are accredited by the Joint Commission on the Accreditation of the Healthcare Organizations (JCAHO), the national accrediting body (and Coalinga will be accredited once it has an operational record as required for accreditation).

In a letter to Governor Davis, dated March 21, 2002, the United States Department of Justice (USDOJ) stated its intent to undertake an investigation of conditions of confinement at Metropolitan State Hospital pursuant to the Civil Rights of Institutionalized Persons Act (CRIPA) 42 U.S.C. § 1997. The focus of CRIPA investigations is protection of residents from harm; adequacy of treatment, hospitalization and educational services; and provision of services in the most integrated setting appropriate. Since that initial notification, the USDOJ has stated its intent to undertake an investigation in the remaining state hospitals, and as of December 2005 concluded these investigations.

After the initial investigation at Metropolitan, DMH's conclusion was that similar conditions exist at all the state hospitals and that USDOJ would make similar findings when it conducts on-site investigations at the other hospitals. Therefore, DMH undertook system-wide enhancements at all the hospitals and began a major system-wide reform which required a significant shift in DMH's thinking, in treatment processes, and how services are delivered at the hospitals. The enhancements now underway at the hospitals reflect a fundamental shift in DMH's treatment philosophy to one focusing on recovery rather than focusing on the disease, disability or disorder presented. This recovery model, which CRIPA demands, is the standard of treatment in the medical/mental health community. In a recovery oriented treatment system, the hospital must focus on the functional skills desired and necessary to live successfully after discharge from the hospital, provide treatment, rehabilitation, and support to develop these skills as well as address the psychiatric and psychological problems presented. Since the DMH hospitals currently meet all licensing and accreditation standards, these enhancements exceed the standards required by the licensing and accreditation agencies and will make the facilities a place where treatment is a holistic approach that assists an individual in his or her recovery from mental illness so that he or she can lead a fulfilling and productive life. The hospital's role is to assist the individual in reaching his or her goals towards recovery through individualized treatment, empowerment and self-determination. This role and philosophy is difficult at best with inmates returning to the prison environment and is conflicting with the incarceration mission and security needs of high-custody Level IVs.

The DMH is currently negotiating an agreement with the USDOJ that will be the basis for resolving the CRIPA investigations at all four of the state hospitals. While Coalinga State Hospital is not specified in the agreement, it is the expectation of the DMH that they will implement these treatment enhancements and comply with the final agreement.