# EXHIBIT

# A

# SPRING 2006
# ADULT POPULATION
# PROJECTIONS



# 2006 – 2011

**California Department of Corrections and Rehabilitation**

W:\PPI\APProjects\Sprg06\Report\S06 cover.doc



# CALIFORNIA DEPARTMENT OF
# CORRECTIONS AND REHABILITATION

**J. S. WOODFORD**
*Secretary (A)*


**J. S. WOODFORD**
*Undersecretary*


**SANDRA DUVENECK**
*Director, Support Services (A)*


**JAY ATKINSION**
*Chief (A)*
*Office of Offender Information Services*

**JACQUI CODER**
*Research Manager II (A)*
*Estimates and Statistical Analysis Section*

**JACK LEONARD**
*Operations Research Specialist III*

---

**Population Projections Unit**

**JACQUI CODER**
*Research Manager I*

**JUNE DEVOE**
*Research Analyst II*

**SHELLEY BUTTLER**
*Research Analyst II*

**LORAN GARCIA**
*Staff Services Analyst*

*Cover: California Medical Facility, in Vacaville, Solano County*

# ACKNOWLEDGMENTS

Although the Estimates and Statistical Analysis Section is responsible for the semiannual publication of the Population Projections, others in the Department of Corrections and Rehabilitation made significant contributions that are greatly appreciated. Among those involved in the projections were (in alphabetical order) the:

- Board of Parole Hearings
- Division of Adult Institutions
- Division of Adult Parole Operations
- Office of Budget Management
- Office of Information Technology

**TABLE OF CONTENTS**                                              **PAGE**

**EXECUTIVE SUMMARY** ------------------------------------------------ 1

**SPRING 2006 ADULT POPULATION PROJECTIONS** ---------------------- 5

    **INTRODUCTION** -------------------------------------------------- 7

    A. Factors Affecting Population ------------------------------------- 7

    B. Comparison of Spring 2006 with Fall 2005 Projections ----------------------- 8

    PREMISES------------------------------------------------------ 12

    C. Felon Admissions---------------------------------------------- 12

    D. Significant Chaptered Legislation and Initiatives ------------------------ 13

    E. The Work Incentive Program (WIP)------------------------------------ 13

    F. Court Sentences ----------------------------------------------- 14

    G. Placement Need Projections------------------------------------- 14

    H. Parole Violators ---------------------------------------------- 15

    I.  Felon Parole Population --------------------------------------- 15

    SPRING 2006 POPULATION PROJECTIONS TABLES----------------------- 19

    J.  Six Year Population Projections -------------------------------- 21

    K. Institution Population and Placement Needs Projections------------------- 25

    L. Two Year Parole and Outpatient Population Projections ------------------- 35

# EXECUTIVE SUMMARY

# EXECUTIVE SUMMARY

On December 31, 2005, the adult institution population was 168,035. This is 4,096 (2.5 percent) higher than the December 31, 2004, population of 163,939. This is the result of increases in new admissions from court, parole violators returned with new terms (PV-WNT), and parole violators returned to custody (PV-RTC).

There were 50,796 new admissions from court during 2005, an increase of 1,867 (3.8 percent) over the previous year.

There were 19,777 PV-WNT returns during 2005, an increase of 1,910 (10.7 percent) compared to 2004.

There were 61,999 PV-RTC returns during 2005, an increase of 2,365 (4.0 percent) compared to 2004.

The parole population on December 31, 2005, was 115,001, or 1,233 (1.1 percent) higher than the December 31, 2004, parole population of 113,768. The primary reason for this growth is a significant increase in prison releases to parole.

The Spring 2006 projected institution population is significantly higher than projected in Fall 2005. The difference is primarily due to increased new admissions from court and PV-WNT returns. The population is projected to be 171,448 on June 30, 2006, 2,865 higher than projected in Fall 2005. On June 30, 2007, the population is projected to be 177,738, which is 5,719 higher than projected in Fall 2005. By June 30, 2011, the population is projected to be 193,195, which is 11,721 (6.5 percent) higher than Fall 2005.

The parole population is also projected to be significantly higher than projected in Fall 2005 throughout the projection cycle. This is largely due to more releases from prison resulting from the increase in the institution population, and a decrease in the projected discharge rate compared to Fall 2005. On June 30, 2006, the population is projected to be 116,596, which is 676 higher than projected in Fall 2005. On June 30, 2007, the population is projected to be 119,474, which is 2,627 higher than projected in Fall 2005. By June 30, 2011, the population is projected to 132,252, which is 12,285 (10.2 percent) higher than Fall 2005.

# SPRING 2006 ADULT POPULATION PROJECTIONS

# INTRODUCTION

Following are the California Department of Corrections and Rehabilitation's (CDCR) projections of adult institution, parole, and outpatient populations for fiscal years (FY) 2005-06 through 2010-11. The projections are based upon the most current available data and include existing laws and regulations as well as any signed legislation that will come into effect during the current projections cycle. The projections do not include proposed legislation, programs, propositions, or policy changes that have not been signed or affirmed as of the beginning of the projection process.

## A. Factors Affecting Population

- On December 31, 2005, the total institution population was 168,035. This is 4,096 (2.5 percent) higher than the December 31, 2004, population. This compares to an increase of 2,154 (1.3 percent) over the same time period one year ago. This increase is the result of increases in new admissions from court, parole violators returned with new terms (PV WNT), and parole violators returned to custody (PV-RTC).

- The number of new admissions (NA) from court during calendar year 2005 was 50,796. This is an increase of 3.8 percent over the NAs of 2004. New admissions in 2004 were 6.2 percent more (2,858) than those in 2003.

- There were 19,777 PV-WNT returns during 2005. This is a 10.7 percent increase (1,910) over returns in 2004. Returns in 2004 were 13.5 percent more (2,132) than those in 2003.

- There were 61,999 PV-RTC returns during 2005. This is a 4.0 percent increase (2,365) over returns in 2004. PV-RTC returns in 2004 were a 5.9 percent decrease (3,756) from those in 2003.

- The parole population on December 31, 2005, was 115,001, or 1,233 higher than the December 31, 2004, parole population. The primary reason for this growth is a significant increase in prison releases to parole.

**B.  Comparison of Spring 2006 with Fall 2005 Projections**

**1.  Institution Population**

The total institution population was 168,035 on December 31, 2005, or 1,635 higher than forecasted in the Fall 2005 Projections.  The difference is due to more PV-RTC returns and more new admissions than projected, partially offset by more re-releases to parole than expected.

The following table compares the Spring 2006 Population Projections to the Fall 2005 Projections.

Table A

Comparison of Spring 2006 with Fall 2005 Projections
Institution Population
June 30, 2006 through June 30, 2011

| Year End June 30 | Spring 2006 Projections | Fall 2005 Projections | Difference |
|---|---|---|---|
| 2006 | 171,448 | 168,583 | 2,865 |
| 2007 | 177,738 | 172,019 | 5,719 |
| 2008 | 182,811 | 174,994 | 7,817 |
| 2009 | 187,354 | 177,747 | 9,607 |
| 2010 | 190,693 | 179,789 | 10,904 |
| 2011 | 193,195 | 181,474 | 11,721 |

The Spring 2006 projected institution population is significantly higher than projected in Fall 2005.  The difference is primarily due to increased new admissions from court and PV-WNT returns.  The population is projected to be 171,448 on June 30, 2006, 2,865 higher than projected in Fall 2005.  On June 30, 2007, the population is projected to be 177,738, which is 5,719 higher than projected in Fall 2005.  By June 30, 2011, the population is projected to be 11,721 (6.5 percent) higher than the Fall 2005 Projections.

8

## 2. Parole Population

The parole population was 115,001 on December 31, 2005, or 647 lower than projected in the Fall 2005 Projections. This difference is mainly due to more suspensions and more PV-RTC returns than expected, partially offset by more re-releases to parole than expected.

Table B

Comparison of Spring 2006 with Fall 2005 Projections
Parole Population
June 30, 2006 through June 30, 2011

| Year End June 30 | Spring 2006 Projections | Fall 2005 Projections | Difference |
|---|---|---|---|
| 2006 | 116,596 | 115,920 | 676 |
| 2007 | 119,474 | 116,847 | 2,627 |
| 2008 | 123,086 | 117,125 | 5,961 |
| 2009 | 126,079 | 117,447 | 8,632 |
| 2010 | 129,716 | 118,772 | 10,944 |
| 2011 | 132,252 | 119,967 | 12,285 |

The parole population is also projected to be significantly higher than forecasted in Fall 2005 throughout the projection cycle. The increase is largely due to a commensurate increase in the institution population resulting in more releases from prison, and a decrease in the projected discharge rate compared to the Fall 2005 Projections. On June 30, 2006, the population is projected to be 116,596, which is 676 higher than projected in Fall 2005. On June 30, 2007, the population is projected to be 119,474, which is 2,627 higher than projected in Fall 2005. By June 30, 2011, the population is projected to 12,285 higher than the Fall 2005 Projections.

SPRING 2006 ADULT POPULATION PROJECTIONS

Figures 1 and 2 graphically display the Spring 2006 Projections for the institution and parole and outpatient populations. Figure 1 shows the actual and projected institution population, while Figure 2 shows the actual and projected California supervised parole and outpatient populations. Both figures are for FY 1995-96 through 2010-11.



**Figure 1**
**Total Institution Population**
**Fiscal Years 1995-96 through 2010-11**



**Figure 2**
**Total Parole Population**
**Fiscal Years 1995-96 through 2010-11**

SPRING 2006 ADULT POPULATION PROJECTIONS

Figures 3 and 4 display the Spring 2006 Projections for felon admissions. Figure 3 shows the actual and projected felon admissions, while Figure 4 shows the actual and projected felon admission rates per 100,000 California residents, aged 18-49. Both figures are for FY 1995-96 through FY 2010-11.



**Figure 3**
**Total Felon Admissions**
**Fiscal Years 1995-96 through 2010-11**

**Figure 4**
**Total Felon Admission Rates**
**Fiscal Years 1995-96 through 2010-11**

**PREMISES**

## C. Felon Admissions

Table C, below, summarizes actual felon admissions to CDCR prisons from FY 1995-96 through FY 2004-05, while Table D displays the projected felon admissions for FY 2005-06 through FY 2010-11. Consistent with past practice, admission rates displayed in Tables C and D are expressed as the number of felon admissions to prison from court per 100,000 California residents aged 18-49.

Table C

Actual Total Felon Admissions
Fiscal Years 1995-96 through 2004-05

| Fiscal Year | Number of CDCR Felon Admissions* | State Population Aged 18-49 (In Thousands) | Admission Rate** |
|---|---|---|---|
| 1995-96 | 45,876 | 15,755.3 | 291.2 |
| 1996-97 | 46,750 | 15,872.7 | 294.5 |
| 1997-98 | 46,511 | 16,031.4 | 290.1 |
| 1998-99 | 44,983 | 16,215.1 | 277.4 |
| 1999-00 | 41,469 | 16,401.5 | 252.8 |
| 2000-01 | 39,350 | 16,613.3 | 236.9 |
| 2001-02 | 37,517 | 16,832.3 | 222.9 |
| 2002-03 | 40,617 | 16,997.8 | 239.0 |
| 2003-04 | 45,434 | 17,146.4 | 265.0 |
| 2004-05 | 47,205 | 17,293.5 | 273.0 |

\*   Not including Division of Juvenile Justice cases, other state/federal admissions, or direct admissions to parole.
\*\*  Number of CDCR felon admissions per 100,000 California state residents, aged 18-49.

The increase in admissions continued over the last FY. Felon admissions for FY 2004-05 were 47,205, up 3.9 percent from FY 2003-04. This is less than the increase in FY 2003-04, during which admissions were 11.9 percent higher than the previous FY. Admissions have been increasing for the past three FYs.

In the last six months, July to December 2005, total felon admissions were 24,775, or 6.0 percent more compared to the same time period one year ago. There was no growth in female felon admissions during the January to June 2005 time period compared to the first six months of 2004. However, female felon admissions were 7.7 percent higher in the July to December 2005 period compared to the same months last year.

As shown in Table D, the Spring 2006 felon admissions projection is higher than the Fall 2005 Projections throughout the projection cycle.

Admissions are projected based on current trends, the estimated impact of seasonality and projected state population aged 18-49.

Table D

Projected Total Felon Admissions
Fiscal Years 2005-06 through 2010-11

| Fiscal Year | Spring 2006 | Fall 2005 | Difference | Rate |
|---|---|---|---|---|
| 2005-06 | 50,720 | 47,876 | 2,844 | 290.8 |
| 2006-07 | 52,099 | 48,079 | 4,020 | 296.2 |
| 2007-08 | 52,601 | 47,903 | 4,698 | 296.5 |
| 2008-09 | 52,547 | 47,606 | 4,941 | 293.5 |
| 2009-10 | 52,238 | 47,305 | 4,933 | 289.5 |
| 2010-11 | 51,839 | 47,050 | 4,789 | 285.4 |

**D. Significant Chaptered Legislation and Initiatives**

No significant legislation affecting the State prison population has been chaptered since the Fall 2005 Population Projections.

**E. The Work Incentive Program (WIP)**

This program allows eligible inmates to earn up to a six-month reduction per year in sentence length. The WIP applies to all felons who committed their offenses on or after January 1, 1983 and to those felons who committed their offenses before January 1, 1983 who chose to participate. Approximately 90 percent of the June 30, 2005 eligible population was earning one-half sentence reduction and participation is expected to continue at that level throughout the projection period. The Three Strikes Law limits credit earning to 20 percent for affected inmates. The Penal Code also limits persons who have been convicted of any violent felony to no more than a 15 percent sentence reduction.

## F. Court Sentences

As shown in Table E, the average sentence for newly admitted felons and PV-WNTs was 48.1 months for FY 2004-05, a significant decrease compared to FY 2003-04. This was the second consecutive year the average sentence decreased significantly. The Spring 2006 Population Projections assume that the average sentence length will be the same as projected in the Fall 2005 Population Projections, which accounted for the significant decrease.

Table E

Average Sentence and Credits
For Felon New Admissions and PV-WNTs
(in months)

| Fiscal Year | Sentence[1] | Pre-Confinement Credits |
|:---:|:---:|:---:|
| 1995-96 | 54.1 | 7.1 |
| 1996-97 | 56.2 | 7.1 |
| 1997-98 | 54.4 | 6.8 |
| 1998-99 | 54.7 | 6.8 |
| 1999-00 | 54.4 | 6.9 |
| 2000-01 | 53.3 | 7.0 |
| 2001-02 | 53.6 | 7.2 |
| 2002-03 | 53.0 | 7.2 |
| 2003-04 | 50.5 | 7.1 |
| 2004-05 | 48.1 | 7.0 |

[1] Includes third-strike and other life commitments.

## G. Placement Need Projections

As in the Fall 2005 Projections, the Spring 2006 Projections of institution bed needs, by level, consider both inmate classification score level and administrative determinants, such as institutional security and public safety, as specified in Section 62010 of the CDCR's Department Operations Manual. It is assumed that the male felon reception center population will fluctuate proportionately with the changes in male felon intake. Special housing projections assume a constant proportion of the number of inmates of each classification level in each of these categories over the projection period. The projections do not consider the impact of operational changes such as the need to single-cell Level IV inmates in the Enhanced Outpatient Program or the increase in indeterminate Security Housing Unit (SHU) terms. Each of these changes in policy or programs could result in the need for additional Level IV and SHU beds.

## H. Parole Violators

For the 6-month period July to December 2005, there were 31,770 felon parole violators returned to custody or pending parole revocation (PV-RTC/PendRev), or 2,001 more than projected in the Fall 2005 Projections. The corresponding return rate was 48.4, or 3.1 points higher than projected. The assumption for the Spring 2006 Projections is that the PV-RTC/PendRev rate will be about 2.5 points higher than projected in the Fall 2005 Projections.

There were 10,156 felon PV-WNTs for the same July to December 2005 period, 407 more than projected in the Fall 2005 Projections. The corresponding felon PV-WNT return rate was 15.5, or 0.7 points higher than projected. The Spring 2006 Projections assume the PV-WNT rate will be about 1.0 point higher than projected in the Fall 2005 Projections.

The average time served for PV-RTCs and parolees continued on parole (COPs) during the July to December 2005 time period was about 3.5 months, which was lower than projected in the Fall 2005 Population Projections. The Spring 2006 Population Projections assume that the PV-RTC/COP average time served will be about eight days less than projected in the Fall 2005 Population Projections.

The graphs on the following pages illustrate actual and projected parole return numbers and rates. Figure 5 displays the actual number of felon parole violator returns by quarter since June 1996. Figure 6 shows the felon PV-RTC/PendRev rates by quarter from June 1996 to June 2011, while Figure 7 tracks the felon PV-WNT rates for the same time period.

## I. Felon Parole Population

On December 31, 2005, the felon parole population was 111,658, which is 532 lower than projected in the Fall 2005 Projections. Between July and December 2005, this population decreased by 218.

For the 6-month period of July to December 2005 there were 24,307 felon parolees suspended to parolee at large (PAL) status, 1,773 more than projected in the Fall 2005 Projections. The PAL rate was 43.7, or 3.3 points higher than projected. The Spring 2006 Projections assume that the felon PAL rate will be about 2.0 points higher than projected in the Fall 2005 Projections.

There were 18,939 felon parolees discharged from parole over the last 6 months, 413 fewer than projected in the Fall 2005 Projections. The discharge rate was 29.5, or 0.3 points lower than projected. The Spring 2006 Projections assume that the felon discharge rate will be about 1.0 points lower than projected in the Fall 2005 Projections.

SPRING 2006 ADULT POPULATION PROJECTIONS

**Figure 5**
**Felon Parole Violator Returns**
**June 1996 through December 2005**



Note: PV-RTC/PendRevs are parole violators returned to custody or pending revocation.
PV-WNTs are parole violators returned with a new term.



**Figure 6**
**Felon PV-RTC/PendRev Rates**
**June 1996 through June 2011**

Note:  PV-RTC/PendRevs are parole violators returned to custody or pending revocation.



**Figure 7**
**Felon PV-WNT Rates**
**June 1996 through June 2011**

Note:  PV-WNTs are parole violators returned with a new term.

## SPRING 2006 POPULATION PROJECTIONS TABLES

The Spring 2006 Projections are summarized in Tables 1 and 2 and are presented in greater detail in Tables 3 through 16. Tables 3 and 4 present the quarterly institution populations, while Tables 5 and 6 present detailed projections by inmate placement needs. Tables 7 through 10 project the movement of institution populations (including civil narcotic addicts), and Tables 11 through 16 present detailed projections of the parole and outpatient populations.

**J.  Six Year Population Projections**

**Tables 1-2**

**Fiscal Years 2005-06 through 2010-11**

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 1
Institution Population
June 30, 1996 through June 30, 2011

| As of June 30 | Total | Total Males | Male Felons | Male Addicts | Male Others | Total Females | Female Felons | Female Addicts | Female Others |
|---|---|---|---|---|---|---|---|---|---|
| **Actual** | | | | | | | | | |
| 1996 | 141,017 | 131,273 | 128,497 | 2,465 | 311 | 9,744 | 8,975 | 736 | 33 |
| 1997 | 152,506 | 141,669 | 139,239 | 2,163 | 267 | 10,837 | 10,188 | 583 | 66 |
| 1998 | 158,207 | 147,001 | 144,805 | 1,924 | 272 | 11,206 | 10,594 | 562 | 50 |
| 1999 | 162,064 | 150,581 | 148,621 | 1,703 | 257 | 11,483 | 10,949 | 495 | 39 |
| 2000 | 162,000 | 150,793 | 148,754 | 1,776 | 263 | 11,207 | 10,620 | 535 | 52 |
| 2001 | 161,497 | 150,785 | 148,853 | 1,668 | 264 | 10,712 | 10,261 | 403 | 48 |
| 2002 | 157,979 | 148,153 | 146,455 | 1,351 | 347 | 9,826 | 9,453 | 311 | 62 |
| 2003 | 160,931 | 150,851 | 149,449 | 1,104 | 298 | 10,080 | 9,752 | 270 | 58 |
| 2004 | 163,500 | 152,859 | 151,493 | 1,086 | 280 | 10,641 | 10,339 | 261 | 41 |
| 2005 | 164,179 | 153,323 | 152,016 | 966 | 341 | 10,856 | 10,528 | 283 | 45 |
| **Projected** | | | | | | | | | |
| 2006 | 171,448 | 159,728 | 158,434 | 997 | 297 | 11,720 | 11,302 | 375 | 43 |
| 2007 | 177,738 | 165,554 | 164,244 | 1,013 | 297 | 12,184 | 11,754 | 387 | 43 |
| 2008 | 182,811 | 170,172 | 168,859 | 1,015 | 298 | 12,639 | 12,207 | 389 | 43 |
| 2009 | 187,354 | 174,084 | 172,771 | 1,015 | 298 | 13,270 | 12,838 | 389 | 43 |
| 2010 | 190,693 | 176,890 | 175,576 | 1,015 | 299 | 13,803 | 13,371 | 389 | 43 |
| 2011 | 193,195 | 179,110 | 177,796 | 1,015 | 299 | 14,085 | 13,653 | 389 | 43 |

Note: Others include county diagnostic cases, persons from other states, federal prisoners, county safekeepers, and California Youth Authority (CYA) wards.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 2
Parole and Outpatient Population
Supervised in California
June 30, 1996 through June 30, 2011

| As of June 30 | Total | Total Males | Male Felons | Male Addicts | Male Others | Total Females | Female Felons | Female Addicts | Female Others |
|---|---|---|---|---|---|---|---|---|---|
| **Actual** | | | | | | | | | |
| 1996 | 98,013 | 88,710 | 84,227 | 3,172 | 1,311 | 9,303 | 8,311 | 870 | 122 |
| 1997 | 100,828 | 91,002 | 87,202 | 2,684 | 1,116 | 9,826 | 8,817 | 880 | 129 |
| 1998 | 108,750 | 97,587 | 94,158 | 2,313 | 1,116 | 11,163 | 10,256 | 751 | 156 |
| 1999 | 112,494 | 100,716 | 97,593 | 1,954 | 1,169 | 11,778 | 10,944 | 678 | 156 |
| 2000 | 119,298 | 106,505 | 103,453 | 1,899 | 1,153 | 12,793 | 12,033 | 603 | 157 |
| | | | | | | | | | |
| 2001 | 119,636 | 106,396 | 103,232 | 2,011 | 1,153 | 13,240 | 12,396 | 674 | 170 |
| 2002 | 120,336 | 107,136 | 103,794 | 2,027 | 1,315 | 13,200 | 12,366 | 646 | 188 |
| 2003 | 116,173 | 103,371 | 99,937 | 2,034 | 1,400 | 12,802 | 11,976 | 636 | 190 |
| 2004 | 112,685 | 100,399 | 97,311 | 1,628 | 1,460 | 12,286 | 11,563 | 533 | 190 |
| 2005 | 115,371 | 102,783 | 99,930 | 1,473 | 1,380 | 12,588 | 11,946 | 458 | 184 |
| **Projected** | | | | | | | | | |
| 2006 | 116,596 | 103,778 | 101,037 | 1,407 | 1,334 | 12,818 | 12,162 | 473 | 183 |
| 2007 | 119,474 | 106,098 | 103,365 | 1,430 | 1,303 | 13,376 | 12,704 | 488 | 184 |
| 2008 | 123,086 | 109,205 | 106,486 | 1,432 | 1,287 | 13,881 | 13,207 | 490 | 184 |
| 2009 | 126,079 | 111,680 | 108,970 | 1,432 | 1,278 | 14,399 | 13,725 | 490 | 184 |
| 2010 | 129,716 | 114,855 | 112,150 | 1,432 | 1,273 | 14,861 | 14,186 | 490 | 185 |
| 2011 | 132,252 | 116,803 | 114,101 | 1,432 | 1,270 | 15,449 | 14,774 | 490 | 185 |

Note: Others include co-ops and other state/federal parolees.

**K.** <u>Institution Population and Placement Needs Projections</u>

**Tables 3-10**

**Detail Fiscal Years 2005-06 and 2006-07**

**Fiscal Years 2005-06 through 2010-11 (Tables 5 & 6)**

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 3
Institution Population
Fiscal Years 2005/06 through 2006/07

| | Actual June 30 2005 | Sep 30 2005 | Dec 31 2005 | Mar 31 2006 | Jun 30 2006 | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 |
|---|---|---|---|---|---|---|---|---|---|
| Total Population | 164,179 | 166,295 | 168,035 | 169,102 | 171,448 | 173,890 | 174,441 | 175,609 | 177,738 |
| | | | | | | | | | |
| Men (Inc. CCC) | 153,323 | 155,006 | 156,573 | 157,602 | 159,728 | 161,902 | 162,468 | 163,575 | 165,554 |
| Women (Inc. CCC) | 10,856 | 11,289 | 11,462 | 11,500 | 11,720 | 11,988 | 11,973 | 12,034 | 12,184 |
| | | | | | | | | | |
| Total (Exc. CCC) | 158,696 | 161,311 | 163,046 | 163,543 | 165,889 | 168,271 | 168,822 | 169,990 | 172,119 |
| | | | | | | | | | |
| Men | 148,230 | 150,418 | 151,985 | 152,444 | 154,570 | 156,744 | 157,310 | 158,417 | 160,396 |
| Felons | 146,923 | 149,137 | 150,725 | 151,156 | 153,276 | 155,452 | 156,009 | 157,103 | 159,086 |
| Civil Narcotic Addicts | 966 | 978 | 969 | 989 | 997 | 1,004 | 1,010 | 1,015 | 1,013 |
| Others 1 | 341 | 303 | 291 | 299 | 297 | 288 | 291 | 299 | 297 |
| | | | | | | | | | |
| Women | 10,466 | 10,893 | 11,061 | 11,099 | 11,319 | 11,527 | 11,512 | 11,573 | 11,723 |
| Felons | 10,138 | 10,531 | 10,675 | 10,690 | 10,901 | 11,098 | 11,078 | 11,140 | 11,293 |
| Civil Narcotic Addicts | 283 | 310 | 343 | 368 | 375 | 387 | 391 | 392 | 387 |
| Others 1 | 45 | 52 | 43 | 41 | 43 | 42 | 43 | 41 | 43 |
| | | | | | | | | | |
| Community Correctional Centers 2 | 5,483 | 4,984 | 4,989 | 5,559 | 5,559 | 5,619 | 5,619 | 5,619 | 5,619 |
| | | | | | | | | | |
| Total Males | 5,093 | 4,588 | 4,588 | 5,158 | 5,158 | 5,158 | 5,158 | 5,158 | 5,158 |
| Male Felons | 5,093 | 4,588 | 4,588 | 5,158 | 5,158 | 5,158 | 5,158 | 5,158 | 5,158 |
| Male Civil Narcotic Addicts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | |
| Female Felons | 390 | 396 | 401 | 401 | 401 | 461 | 461 | 461 | 461 |

1 Others include county diagnostic cases, other state/federal prisoners, safekeepers, and CYA wards.
2 Community Correctional Center (CCC) data are based on the bed activation schedules provided by the Parole and Institutions Divisions.

Note: Data through December 2005 are actual.

**Population Projections Unit**
**Estimates and Statistical Analysis Section**
**Offender Information Services Branch**

**Department of Corrections and Rehabilitation**
**State of California**
**02/09/2006**

Spring 2006 Projections

Table 4
Average Daily Institution Population
Fiscal Years 2005/06 through 2006/07

| | FY 2005/06 Avg | Sep 30 2005 | Dec 31 2005 | Mar 31 2006 | Jun 30 2006 | FY 2006/07 Avg | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Population | 167,702 | 165,162 | 167,103 | 168,274 | 170,271 | 174,564 | 172,691 | 174,095 | 174,764 | 176,707 |
| Men (Inc. CCC) | 156,331 | 154,065 | 155,732 | 156,853 | 158,674 | 162,608 | 160,854 | 162,131 | 162,845 | 164,601 |
| Women (Inc. CCC) | 11,372 | 11,097 | 11,371 | 11,421 | 11,597 | 11,957 | 11,837 | 11,964 | 11,919 | 12,107 |
| Total (Exc. CCC) | 162,470 | 160,094 | 162,115 | 162,960 | 164,712 | 168,948 | 167,082 | 168,476 | 169,145 | 171,088 |
| Men | 151,498 | 149,392 | 151,144 | 151,941 | 153,516 | 157,450 | 155,696 | 156,973 | 157,687 | 159,443 |
| Felons | 150,220 | 148,111 | 149,875 | 150,666 | 152,227 | 156,149 | 154,404 | 155,675 | 156,382 | 158,134 |
| Civil Narcotic Addicts | 979 | 965 | 980 | 979 | 993 | 1,008 | 1,002 | 1,008 | 1,010 | 1,013 |
| Others 1 | 299 | 316 | 289 | 295 | 296 | 293 | 291 | 290 | 295 | 296 |
| Women | 10,972 | 10,702 | 10,971 | 11,020 | 11,196 | 11,498 | 11,386 | 11,503 | 11,458 | 11,646 |
| Felons | 10,586 | 10,348 | 10,592 | 10,622 | 10,782 | 11,068 | 10,959 | 11,073 | 11,025 | 11,213 |
| Civil Narcotic Addicts | 340 | 304 | 328 | 355 | 374 | 389 | 384 | 388 | 390 | 392 |
| Others 1 | 46 | 50 | 51 | 42 | 40 | 42 | 42 | 41 | 42 | 40 |
| Community Correctional Centers 2 | 5,232 | 5,068 | 4,988 | 5,313 | 5,559 | 5,616 | 5,609 | 5,619 | 5,619 | 5,619 |
| Total Males | 4,833 | 4,673 | 4,588 | 4,912 | 5,158 | 5,158 | 5,158 | 5,158 | 5,158 | 5,158 |
| Male Felons | 4,833 | 4,673 | 4,588 | 4,912 | 5,158 | 5,158 | 5,158 | 5,158 | 5,158 | 5,158 |
| Male Civil Narcotic Addicts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Female Felons | 399 | 395 | 400 | 401 | 401 | 458 | 451 | 461 | 461 | 461 |

1 Others include county diagnostic cases, other state/federal prisoners, safekeepers, and CYA wards.
2 Community Correctional Center (CCC) data are based on the bed activation schedules provided by the Parole and Institutions Divisions.

Note: Data through December 2005 are actual.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 5
Projected Placement Needs for Male Felon Institution Population
Fiscal Years 2005/06 through 2010/11

| Fiscal Year | Fiscal Quarter | Reception Center | Level I | Level II | Level III | Level IV | Special PHU | Housing SHU | Total Housing | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | September 30 | 24,319 | 32,177 | 32,180 | 36,145 | 26,225 | 21 | 2,658 | 2,679 | 153,725 |
| | December 31 | 24,096 | 32,630 | 32,635 | 36,675 | 26,725 | 19 | 2,533 | 2,552 | 155,313 |
| | March 31 | 24,120 | 32,619 | 32,955 | 37,045 | 26,990 | 20 | 2,565 | 2,585 | 156,314 |
| | June 30 | 24,985 | 32,714 | 33,355 | 37,500 | 27,270 | 20 | 2,590 | 2,610 | 158,434 |
| 2006/07 | September 30 | 24,970 | 33,200 | 34,045 | 38,140 | 27,610 | 20 | 2,625 | 2,645 | 160,610 |
| | December 31 | 24,520 | 33,247 | 34,275 | 38,565 | 27,890 | 20 | 2,650 | 2,670 | 161,167 |
| | March 31 | 24,640 | 33,306 | 34,495 | 38,965 | 28,150 | 20 | 2,685 | 2,705 | 162,261 |
| | June 30 | 25,420 | 33,439 | 34,800 | 39,425 | 28,430 | 20 | 2,710 | 2,730 | 164,244 |
| 2007/08 | June 30 | 25,785 | 33,909 | 35,660 | 41,115 | 29,545 | 20 | 2,825 | 2,845 | 168,859 |
| 2008/09 | June 30 | 26,350 | 34,231 | 36,170 | 42,495 | 30,585 | 20 | 2,920 | 2,940 | 172,771 |
| 2009/10 | June 30 | 26,520 | 34,396 | 36,450 | 43,615 | 31,560 | 20 | 3,015 | 3,035 | 175,576 |
| 2010/11 | June 30 | 26,465 | 34,516 | 36,655 | 44,570 | 32,475 | 20 | 3,095 | 3,115 | 177,796 |

Note: These estimates assume that the male reception center population will increase proportionately with the increase in male felon intake.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 6
Projected Placement Needs for Total Male Institution Population
Fiscal Years 2005/06 through 2010/11

| Fiscal Year | Fiscal Quarter | Reception Center | Level I | Level II | Level III | Level IV | Special PHU | Housing SHU | Total Housing | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | September 30 | 24,622 | 32,177 | 33,158 | 36,145 | 26,225 | 21 | 2,658 | 2,679 | 155,006 |
|  | December 31 | 24,387 | 32,630 | 33,604 | 36,675 | 26,725 | 19 | 2,533 | 2,552 | 156,573 |
|  | March 31 | 24,419 | 32,619 | 33,944 | 37,045 | 26,990 | 20 | 2,565 | 2,585 | 157,602 |
|  | June 30 | 25,282 | 32,714 | 34,352 | 37,500 | 27,270 | 20 | 2,590 | 2,610 | 159,728 |
| 2006/07 | September 30 | 25,258 | 33,200 | 35,049 | 38,140 | 27,610 | 20 | 2,625 | 2,645 | 161,902 |
|  | December 31 | 24,811 | 33,247 | 35,285 | 38,565 | 27,890 | 20 | 2,650 | 2,670 | 162,468 |
|  | March 31 | 24,939 | 33,306 | 35,510 | 38,965 | 28,150 | 20 | 2,685 | 2,705 | 163,575 |
|  | June 30 | 25,717 | 33,439 | 35,813 | 39,425 | 28,430 | 20 | 2,710 | 2,730 | 165,554 |
| 2007/08 | June 30 | 26,083 | 33,909 | 36,675 | 41,115 | 29,545 | 20 | 2,825 | 2,845 | 170,172 |
| 2008/09 | June 30 | 26,648 | 34,231 | 37,185 | 42,495 | 30,585 | 20 | 2,920 | 2,940 | 174,084 |
| 2009/10 | June 30 | 26,819 | 34,396 | 37,465 | 43,615 | 31,560 | 20 | 3,015 | 3,035 | 176,890 |
| 2010/11 | June 30 | 26,764 | 34,516 | 37,670 | 44,570 | 32,475 | 20 | 3,095 | 3,115 | 179,110 |

Note: These estimates assume that the male reception center population will increase proportionately with the increase in male felon intake.
Reception Center includes others as defined on Table 1. Level II includes civil narcotic addicts.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 7
Movement of Male Felon Institution Population
Fiscal Years 2004/05 through 2006/07

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | PV-WNT | PV-RTC | Other Intake | Total Outgo | First Parole | PV-RTC Parole | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004/05 | Jul-Sep | 28,906 | 10,631 | 4,320 | 14,011 | -56 | 27,763 | 13,902 | 13,104 | 757 | 1,299 | 152,792 |
| | Oct-Dec | 27,294 | 9,819 | 4,086 | 13,335 | 54 | 28,646 | 14,136 | 13,751 | 759 | -1,111 | 151,681 |
| | Jan-Mar | 27,430 | 10,022 | 4,223 | 13,141 | 44 | 28,778 | 13,925 | 14,215 | 638 | -1,596 | 150,085 |
| | Apr-Jun | 29,479 | 10,932 | 4,580 | 13,917 | 50 | 27,656 | 14,251 | 12,850 | 555 | 1,931 | 152,016 |
| Total | | 113,109 | 41,404 | 17,209 | 54,404 | 92 | 112,843 | 56,214 | 53,920 | 2,709 | 523 | |
| 2005/06 | Jul-Sep | 30,014 | 10,750 | 4,536 | 14,675 | 53 | 27,902 | 14,374 | 12,946 | 582 | 1,709 | 153,725 |
| | Oct-Dec | 30,123 | 10,913 | 4,782 | 14,378 | 50 | 28,611 | 14,538 | 13,503 | 570 | 1,588 | 155,313 |
| | Jan-Mar * | 30,107 | 11,129 | 5,000 | 13,930 | 48 | 29,106 | 14,698 | 13,938 | 470 | 1,001 | 156,314 |
| | Apr-Jun * | 31,182 | 11,741 | 4,968 | 14,422 | 51 | 29,062 | 15,089 | 13,492 | 481 | 2,120 | 158,434 |
| Total | | 121,426 | 44,533 | 19,286 | 57,405 | 202 | 114,681 | 58,699 | 53,879 | 2,103 | 6,418 | |
| 2006/07 | Jul-Sep * | 31,167 | 11,285 | 4,942 | 14,890 | 50 | 28,991 | 14,954 | 13,514 | 523 | 2,176 | 160,610 |
| | Oct-Dec * | 30,602 | 11,169 | 4,999 | 14,384 | 50 | 30,045 | 15,396 | 14,092 | 557 | 557 | 161,167 |
| | Jan-Mar * | 30,752 | 11,386 | 5,120 | 14,198 | 48 | 29,658 | 15,370 | 13,788 | 500 | 1,094 | 162,261 |
| | Apr-Jun * | 31,729 | 11,934 | 5,110 | 14,634 | 51 | 29,746 | 15,794 | 13,483 | 469 | 1,983 | 164,244 |
| Total | | 124,250 | 45,774 | 20,171 | 58,106 | 199 | 118,440 | 61,514 | 54,877 | 2,049 | 5,810 | |

* Projected

Note: Other intake includes CYA
Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 8
Movement of Female Felon Institution Population
Fiscal Years 2004/05 through 2006/07

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | PV-WNT | PV-RTC | Total Outgo | First Parole | PV-RTC Parole | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004/05 | Jul-Sep | 3,234 | 1,559 | 427 | 1,248 | 2,844 | 1,747 | 1,045 | 52 | 368 | 10,707 |
| | Oct-Dec | 2,905 | 1,381 | 381 | 1,143 | 2,954 | 1,742 | 1,145 | 67 | -36 | 10,671 |
| | Jan-Mar | 2,902 | 1,419 | 376 | 1,107 | 3,085 | 1,806 | 1,229 | 50 | -198 | 10,473 |
| | Apr-Jun | 3,154 | 1,455 | 387 | 1,312 | 3,039 | 1,836 | 1,163 | 40 | 55 | 10,528 |
| | Total | 12,195 | 5,814 | 1,571 | 4,810 | 11,922 | 7,131 | 4,582 | 209 | 189 | |
| 2005/06 | Jul-Sep | 3,424 | 1,600 | 419 | 1,405 | 3,066 | 1,830 | 1,194 | 42 | 399 | 10,927 |
| | Oct-Dec | 3,333 | 1,529 | 455 | 1,349 | 3,224 | 1,861 | 1,308 | 55 | 149 | 11,076 |
| | Jan-Mar * | 3,202 | 1,509 | 424 | 1,269 | 3,187 | 1,885 | 1,260 | 42 | 15 | 11,091 |
| | Apr-Jun * | 3,355 | 1,571 | 424 | 1,360 | 3,144 | 1,894 | 1,215 | 35 | 211 | 11,302 |
| | Total | 13,314 | 6,209 | 1,722 | 5,383 | 12,621 | 7,470 | 4,977 | 174 | 774 | |
| 2006/07 | Jul-Sep * | 3,477 | 1,586 | 462 | 1,429 | 3,220 | 1,879 | 1,311 | 30 | 257 | 11,559 |
| | Oct-Dec * | 3,357 | 1,518 | 450 | 1,389 | 3,377 | 1,962 | 1,374 | 41 | -20 | 11,539 |
| | Jan-Mar * | 3,364 | 1,585 | 453 | 1,326 | 3,302 | 1,923 | 1,339 | 40 | 62 | 11,601 |
| | Apr-Jun * | 3,515 | 1,645 | 455 | 1,415 | 3,362 | 2,003 | 1,321 | 38 | 153 | 11,754 |
| | Total | 13,713 | 6,334 | 1,820 | 5,559 | 13,261 | 7,767 | 5,345 | 149 | 452 | |

* Projected

Note: Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 9
Movement of Male Civil Narcotic Addict Institution Population
Fiscal Years 2004/05 through 2006/07

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | Outpatients Returned | Total Outgo | Outpatient Status | Other Outgo | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|
| 2004/05 | Jul-Sep | 355 | 138 | 217 | 412 | 321 | 91 | -67 | 1,019 |
|  | Oct-Dec | 333 | 161 | 172 | 368 | 319 | 49 | -25 | 994 |
|  | Jan-Mar | 364 | 177 | 187 | 370 | 293 | 77 | -15 | 979 |
|  | Apr-Jun | 383 | 209 | 174 | 407 | 307 | 100 | -13 | 966 |
|  | Total | 1,435 | 685 | 750 | 1,557 | 1,240 | 317 | -120 |  |
| 2005/06 | Jul-Sep | 357 | 158 | 199 | 334 | 242 | 92 | 12 | 978 |
|  | Oct-Dec | 317 | 154 | 163 | 310 | 254 | 56 | -9 | 969 |
|  | Jan-Mar * | 381 | 176 | 205 | 361 | 334 | 27 | 20 | 989 |
|  | Apr-Jun * | 375 | 172 | 203 | 367 | 323 | 44 | 8 | 997 |
|  | Total | 1,430 | 660 | 770 | 1,372 | 1,153 | 219 | 31 |  |
| 2006/07 | Jul-Sep * | 376 | 172 | 204 | 369 | 321 | 48 | 7 | 1,004 |
|  | Oct-Dec * | 379 | 173 | 206 | 373 | 324 | 49 | 6 | 1,010 |
|  | Jan-Mar * | 379 | 173 | 206 | 374 | 323 | 51 | 5 | 1,015 |
|  | Apr-Jun * | 373 | 170 | 203 | 375 | 314 | 61 | -2 | 1,013 |
|  | Total | 1,507 | 688 | 819 | 1,491 | 1,282 | 209 | 16 |  |

* Projected

Note:  Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 10
Movement of Female Civil Narcotic Addict Institution Population
Fiscal Years 2004/05 through 2006/07

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | Outpatients Returned | Total Outgo | Outpatient Status | Other Outgo | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|
| 2004/05 | Jul-Sep | 83 | 48 | 35 | 79 | 67 | 12 | 7 | 268 |
| | Oct-Dec | 66 | 42 | 24 | 75 | 67 | 8 | -10 | 258 |
| | Jan-Mar | 99 | 70 | 29 | 88 | 76 | 12 | 14 | 272 |
| | Apr-Jun | 98 | 70 | 28 | 83 | 70 | 13 | 11 | 283 |
| | Total | 346 | 230 | 116 | 325 | 280 | 45 | 22 | |
| 2005/06 | Jul-Sep | 97 | 65 | 32 | 68 | 53 | 15 | 27 | 310 |
| | Oct-Dec | 99 | 70 | 29 | 69 | 61 | 8 | 34 | 343 |
| | Jan-Mar * | 120 | 85 | 35 | 95 | 79 | 16 | 25 | 368 |
| | Apr-Jun * | 106 | 75 | 31 | 99 | 60 | 39 | 7 | 375 |
| | Total | 422 | 295 | 127 | 331 | 253 | 78 | 93 | |
| 2006/07 | Jul-Sep * | 115 | 81 | 34 | 103 | 68 | 35 | 12 | 387 |
| | Oct-Dec * | 109 | 75 | 34 | 105 | 59 | 46 | 4 | 391 |
| | Jan-Mar * | 106 | 73 | 33 | 105 | 55 | 50 | 1 | 392 |
| | Apr-Jun * | 100 | 68 | 32 | 105 | 48 | 57 | -5 | 387 |
| | Total | 430 | 297 | 133 | 418 | 230 | 188 | 12 | |

* Projected

Note: Other outgo includes discharges and deaths.

**L.  Two Year Parole and Outpatient Population Projections**

**Tables 11-16**

**Detail Fiscal Years 2005-06 and 2006-07**

**Population Projections Unit**
**Estimates and Statistical Analysis Section**
**Offender Information Services Branch**

**Department of Corrections and Rehabilitation**
**State of California**
**02/09/2006**

Spring 2006 Projections

Table 11
California Supervised Parole and Outpatient Population
Fiscal Years 2005/06 through 2006/07

| | Actual June 30 2005 | Sep 30 2005 | Dec 31 2005 | Mar 31 2006 | Jun 30 2006 | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 |
|---|---|---|---|---|---|---|---|---|---|
| Total Men and Women | 115,371 | 114,163 | 115,001 | 116,295 | 116,596 | 116,424 | 118,154 | 119,142 | 119,474 |
| Felons | 111,876 | 110,796 | 111,658 | 112,908 | 113,199 | 113,012 | 114,736 | 115,723 | 116,069 |
| Outpatients | 1,931 | 1,819 | 1,802 | 1,859 | 1,880 | 1,904 | 1,918 | 1,926 | 1,918 |
| Others 1 | 1,564 | 1,548 | 1,541 | 1,528 | 1,517 | 1,508 | 1,500 | 1,493 | 1,487 |
| Total Men | 102,783 | 101,782 | 102,500 | 103,508 | 103,778 | 103,607 | 105,099 | 105,960 | 106,098 |
| Felons | 99,930 | 99,037 | 99,774 | 100,768 | 101,037 | 100,866 | 102,358 | 103,219 | 103,365 |
| Outpatients | 1,473 | 1,384 | 1,368 | 1,395 | 1,407 | 1,416 | 1,425 | 1,432 | 1,430 |
| Others 1 | 1,380 | 1,361 | 1,358 | 1,345 | 1,334 | 1,325 | 1,316 | 1,309 | 1,303 |
| Total Women | 12,588 | 12,381 | 12,501 | 12,787 | 12,818 | 12,817 | 13,055 | 13,182 | 13,376 |
| Felons | 11,946 | 11,759 | 11,884 | 12,140 | 12,162 | 12,146 | 12,378 | 12,504 | 12,704 |
| Outpatients | 458 | 435 | 434 | 464 | 473 | 488 | 493 | 494 | 488 |
| Others 1 | 184 | 187 | 183 | 183 | 183 | 183 | 184 | 184 | 184 |

1 Others include co-ops and other state/federal parolees.

Note: Data through December 2005 are actual.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 12
Average Daily Parole and Outpatient Population
Fiscal Years 2005/06 through 2006/07

| | FY 2005/06 Avg | Sep 30 2005 | Dec 31 2005 | Mar 31 2006 | Jun 30 2006 | FY 2006/07 Avg | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Men and Women | 115,344 | 114,756 | 114,484 | 115,705 | 116,430 | 117,946 | 116,555 | 117,382 | 118,638 | 119,210 |
| Felons | 111,958 | 111,304 | 111,150 | 112,341 | 113,035 | 114,533 | 113,144 | 113,966 | 115,224 | 115,798 |
| Outpatients | 1,841 | 1,877 | 1,786 | 1,830 | 1,872 | 1,912 | 1,898 | 1,912 | 1,916 | 1,922 |
| Others 1 | 1,545 | 1,574 | 1,547 | 1,535 | 1,523 | 1,501 | 1,513 | 1,504 | 1,497 | 1,490 |
| Total Men | 102,770 | 102,313 | 102,080 | 103,061 | 103,627 | 104,887 | 103,707 | 104,434 | 105,490 | 105,918 |
| Felons | 100,015 | 99,494 | 99,353 | 100,328 | 100,886 | 102,148 | 100,964 | 101,691 | 102,752 | 103,183 |
| Outpatients | 1,395 | 1,433 | 1,364 | 1,381 | 1,401 | 1,422 | 1,413 | 1,422 | 1,425 | 1,429 |
| Others 1 | 1,360 | 1,386 | 1,363 | 1,352 | 1,340 | 1,318 | 1,330 | 1,321 | 1,313 | 1,306 |
| Total Women | 12,573 | 12,442 | 12,404 | 12,644 | 12,803 | 13,059 | 12,848 | 12,948 | 13,147 | 13,292 |
| Felons | 11,942 | 11,810 | 11,797 | 12,013 | 12,148 | 12,385 | 12,180 | 12,275 | 12,472 | 12,614 |
| Outpatients | 447 | 444 | 423 | 449 | 472 | 490 | 485 | 489 | 491 | 494 |
| Others 1 | 185 | 188 | 184 | 183 | 183 | 184 | 183 | 183 | 184 | 184 |

1 Others include co-ops and other state/federal parolees.

Note: Data through December 2005 are actual.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 13
Movement of Male Felon Parole Population
Fiscal Years 2004/05 through 2006/07

| Fiscal Year | Fiscal Quarter | Total Intake | Paroled | Reinstated | Other Intake | Total Outgo | PV-WNT | PV-RTC | PALS | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004/05 | Jul-Sep | 34,935 | 26,961 | 7,618 | 356 | 35,484 | 4,118 | 12,127 | 9,752 | 9,487 | -451 | 96,860 |
|  | Oct-Dec | 35,076 | 27,850 | 6,884 | 342 | 33,288 | 3,908 | 11,532 | 8,925 | 8,923 | 1,744 | 98,604 |
|  | Jan-Mar | 35,785 | 28,126 | 7,282 | 377 | 33,775 | 4,034 | 11,287 | 9,287 | 9,167 | 2,049 | 100,653 |
|  | Apr-Jun | 35,120 | 27,081 | 7,656 | 383 | 35,790 | 4,349 | 11,777 | 10,648 | 9,016 | -723 | 99,930 |
| | Total | 140,916 | 110,018 | 29,440 | 1,458 | 138,337 | 16,409 | 46,723 | 38,612 | 36,593 | 2,619 | |
| 2005/06 | Jul-Sep | 35,578 | 27,284 | 7,996 | 298 | 36,820 | 4,272 | 12,356 | 11,334 | 8,858 | -893 | 99,037 |
|  | Oct-Dec | 35,805 | 28,003 | 7,626 | 176 | 35,172 | 4,522 | 12,083 | 10,200 | 8,367 | 737 | 99,774 |
|  | Jan-Mar * | 36,405 | 28,636 | 7,490 | 279 | 35,411 | 4,724 | 11,759 | 10,232 | 8,696 | 994 | 100,768 |
|  | Apr-Jun * | 36,716 | 28,581 | 7,842 | 293 | 36,447 | 4,689 | 12,046 | 10,647 | 9,065 | 269 | 101,037 |
| | Total | 144,504 | 112,504 | 30,954 | 1,046 | 143,850 | 18,207 | 48,244 | 42,413 | 34,986 | 1,107 | |
| 2006/07 | Jul-Sep * | 36,761 | 28,468 | 8,005 | 288 | 36,952 | 4,670 | 12,610 | 10,616 | 9,036 | -171 | 100,866 |
|  | Oct-Dec * | 37,516 | 29,488 | 7,741 | 287 | 36,024 | 4,696 | 12,071 | 10,446 | 8,811 | 1,492 | 102,358 |
|  | Jan-Mar * | 37,412 | 29,158 | 7,965 | 289 | 36,551 | 4,865 | 11,901 | 10,546 | 9,239 | 861 | 103,219 |
|  | Apr-Jun * | 37,349 | 29,277 | 7,769 | 303 | 37,203 | 4,857 | 12,359 | 10,828 | 9,159 | 146 | 103,365 |
| | Total | 149,038 | 116,391 | 31,480 | 1,167 | 146,710 | 19,088 | 48,941 | 42,436 | 36,245 | 2,328 | |

* Projected

Note: Other intake includes transfers direct from court, interstate parole unit (ISPU), and co-ops.
PALS are parolees-at-large with warrant issued (absconded from parole supervision).
Other outgo includes transfers to ISPU, discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 14
Movement of Female Felon Parole Population
Fiscal Years 2004/05 through 2006/07

| Fiscal Year | Fiscal Quarter | Total Intake | Paroled | Reinstated | Other Intake | Total Outgo | PV-WNT | PV-RTC | PALS | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004/05 | Jul-Sep | 3,860 | 2,787 | 1,004 | 69 | 4,010 | 409 | 1,057 | 1,243 | 1,301 | -170 | 11,393 |
| | Oct-Dec | 3,840 | 2,882 | 895 | 63 | 3,713 | 356 | 969 | 1,147 | 1,241 | 133 | 11,526 |
| | Jan-Mar | 4,083 | 3,034 | 998 | 51 | 3,716 | 362 | 927 | 1,176 | 1,251 | 372 | 11,898 |
| | Apr-Jun | 4,100 | 2,996 | 1,050 | 54 | 4,061 | 363 | 1,084 | 1,346 | 1,268 | 48 | 11,946 |
| Total | | 15,883 | 11,699 | 3,947 | 237 | 15,500 | 1,490 | 4,037 | 4,912 | 5,061 | 383 | |
| 2005/06 | Jul-Sep | 4,090 | 3,023 | 1,023 | 44 | 4,297 | 397 | 1,170 | 1,466 | 1,264 | -187 | 11,759 |
| | Oct-Dec | 4,198 | 3,165 | 1,015 | 18 | 4,075 | 437 | 1,118 | 1,307 | 1,213 | 125 | 11,884 |
| | Jan-Mar * | 4,244 | 3,145 | 1,056 | 43 | 3,988 | 401 | 1,058 | 1,215 | 1,314 | 256 | 12,140 |
| | Apr-Jun * | 4,236 | 3,109 | 1,079 | 48 | 4,214 | 406 | 1,128 | 1,369 | 1,311 | 22 | 12,162 |
| Total | | 16,768 | 12,442 | 4,173 | 153 | 16,574 | 1,641 | 4,474 | 5,357 | 5,102 | 216 | |
| 2006/07 | Jul-Sep * | 4,358 | 3,190 | 1,118 | 50 | 4,374 | 436 | 1,192 | 1,416 | 1,330 | -16 | 12,146 |
| | Oct-Dec * | 4,401 | 3,336 | 1,024 | 41 | 4,169 | 425 | 1,161 | 1,288 | 1,295 | 232 | 12,378 |
| | Jan-Mar * | 4,348 | 3,262 | 1,041 | 45 | 4,222 | 428 | 1,101 | 1,362 | 1,331 | 126 | 12,504 |
| | Apr-Jun * | 4,535 | 3,324 | 1,162 | 49 | 4,335 | 431 | 1,172 | 1,386 | 1,346 | 200 | 12,704 |
| Total | | 17,642 | 13,112 | 4,345 | 185 | 17,100 | 1,720 | 4,626 | 5,452 | 5,302 | 542 | |

* Projected

Note: Other intake includes transfers direct from court, interstate parole unit (ISPU), and co-ops.
PALS are parolees-at-large with warrant issued (absconded from parole supervision).
Other outgo includes transfers to ISPU, discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 15
Movement of Male Civil Narcotic Addict Outpatient Population
Fiscal Years 2004/05 through 2006/07

| Fiscal Year | Fiscal Quarter | Total Intake | Released from Institution | Reinstated | Total Outgo | PV-WNT | PV-RTC | RALS | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004/05 | Jul-Sep | 374 | 321 | 53 | 411 | 2 | 202 | 68 | 139 | -29 | 1,599 |
| | Oct-Dec | 371 | 319 | 52 | 408 | 5 | 156 | 56 | 191 | -41 | 1,558 |
| | Jan-Mar | 338 | 293 | 45 | 404 | 6 | 166 | 79 | 153 | -64 | 1,494 |
| | Apr-Jun | 352 | 307 | 45 | 371 | 5 | 154 | 55 | 157 | -21 | 1,473 |
| Total | | 1,435 | 1,240 | 195 | 1,594 | 18 | 678 | 258 | 640 | -155 | |
| 2005/06 | Jul-Sep | 292 | 242 | 50 | 383 | 5 | 181 | 76 | 121 | -89 | 1,384 |
| | Oct-Dec | 296 | 254 | 42 | 313 | 5 | 142 | 52 | 114 | -16 | 1,368 |
| | Jan-Mar * | 379 | 334 | 45 | 352 | 3 | 184 | 76 | 89 | 27 | 1,395 |
| | Apr-Jun * | 369 | 323 | 46 | 357 | 3 | 182 | 75 | 97 | 12 | 1,407 |
| Total | | 1,336 | 1,153 | 183 | 1,405 | 16 | 689 | 279 | 421 | -66 | |
| 2006/07 | Jul-Sep * | 369 | 321 | 48 | 360 | 3 | 183 | 76 | 98 | 9 | 1,416 |
| | Oct-Dec * | 372 | 324 | 48 | 363 | 3 | 185 | 77 | 98 | 9 | 1,425 |
| | Jan-Mar * | 370 | 323 | 47 | 363 | 3 | 184 | 76 | 100 | 7 | 1,432 |
| | Apr-Jun * | 362 | 314 | 48 | 364 | 3 | 182 | 74 | 105 | -2 | 1,430 |
| Total | | 1,473 | 1,282 | 191 | 1,450 | 12 | 734 | 303 | 401 | 23 | |

* Projected

Note: RALS are releases-at-large with warrant issued (absconded from outpatient supervision).
Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/09/2006

Spring 2006 Projections

Table 16
Movement of Female Civil Narcotic Addict Outpatient Population
Fiscal Years 2004/05 through 2006/07

| Fiscal Year | Fiscal Quarter | Total Intake | Released from Institution | Reinstated | Total Outgo | PV-WNT | PV-RTC | RALS | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004/05 | Jul-Sep | 75 | 67 | 8 | 81 | 2 | 28 | 15 | 36 | -8 | 525 |
| | Oct-Dec | 76 | 67 | 9 | 105 | 1 | 21 | 13 | 70 | -34 | 491 |
| | Jan-Mar | 89 | 76 | 13 | 105 | 1 | 28 | 18 | 59 | -17 | 474 |
| | Apr-Jun | 76 | 70 | 6 | 92 | 0 | 22 | 12 | 58 | -16 | 458 |
| Total | | 316 | 280 | 36 | 383 | 3 | 99 | 58 | 223 | -75 | |
| 2005/06 | Jul-Sep | 62 | 53 | 9 | 86 | 0 | 29 | 15 | 42 | -23 | 435 |
| | Oct-Dec | 73 | 61 | 12 | 75 | 0 | 28 | 11 | 36 | -1 | 434 |
| | Jan-Mar * | 95 | 79 | 16 | 65 | 0 | 32 | 23 | 10 | 30 | 464 |
| | Apr-Jun * | 78 | 60 | 18 | 69 | 0 | 28 | 22 | 19 | 9 | 473 |
| Total | | 308 | 253 | 55 | 295 | 0 | 117 | 71 | 107 | 15 | |
| 2006/07 | Jul-Sep * | 86 | 68 | 18 | 71 | 0 | 31 | 23 | 17 | 15 | 488 |
| | Oct-Dec * | 77 | 59 | 18 | 72 | 0 | 31 | 22 | 19 | 5 | 493 |
| | Jan-Mar * | 73 | 55 | 18 | 72 | 0 | 30 | 21 | 21 | 1 | 494 |
| | Apr-Jun * | 66 | 48 | 18 | 72 | 0 | 29 | 20 | 23 | -6 | 488 |
| Total | | 302 | 230 | 72 | 287 | 0 | 121 | 86 | 80 | 15 | |

* Projected

Note: RALS are releasees-at-large with warrant issued (absconded from outpatient supervision).
Other outgo includes discharges and deaths.

# EXHIBIT

# B



# JUDICIAL & CRIMINAL JUSTICE



65 YEARS OF SERVICE

2006-07 Analysis



**Figure 2**

**Inmate and Parole Population 1996 Through 2007**

*Fiscal Implications of Population Changes.* As a result of the projected increase in the adult inmate and parole populations, CDCR is requesting additional funds of about $89 million in the current year ($59 million in prison and parole costs and $30 million in payments to counties for jail beds), growing to $149 million in the budget year ($138 million for prisons and parole and $12 million for county jail beds).

*Housing the Projected Growth in Inmate Population.* The Governor's budget proposes an inmate housing plan to accommodate the additional 7,840 inmates that CDCR expects to receive by the end of the budget year. The plan has the following major elements:

- *Full Activation of Kern Valley State Prison.* The CDCR will fully activate a new prison in Delano County that opened in spring 2005. By spring 2007, the prison will be able to hold an additional 4,600 inmates compared to the beginning of the current year.

- *Community Correctional Facilities.* The CDCR would occupy about 5,300 community correctional facility beds, an increase of almost 600 beds from the end of 2004-05. In addition, the Governor's proposed budget includes budget bill language allowing the

department to contract for up to 8,500 additional beds from this source beginning in 2007-08.

- *Overcrowding of Existing Prison Space.* The housing plan assumes that, by the end of the budget year, an additional 2,600 inmates would be placed in gymnasiums, dayrooms, and dorms in CDCR prisons that are intended to be temporary housing.

*Potential Risks to Accuracy of Projections.* As we have indicated in past years, the accuracy of the department's latest projections remains dependent upon a number of factors, changes to any of which could result in significantly higher or lower populations. These factors include sentencing law, crime rates, and local criminal justice practices.

## Caseload Will Likely Require Further Adjustment

*We withhold recommendation on the 2006-07 budget request for caseload funding pending receipt of the May Revision because recent data indicate that the population is trending higher than the department's projections. We recommend that the administration provide, as part of its updated spring population projections, an estimate of the impact of the Governor's policy proposals on the inmate and parole populations. We will continue to monitor the caseload and recommend further changes, if necessary, following review of the May Revision.*

*Actual Inmate Population Increased Significantly in Recent Months.* The fall 2005 projections anticipated that the inmate population would grow by about 2,200 inmates during the first half of 2005-06. Instead, it increased by about 3,900 inmates. According to the department, this population increase is attributable to a higher-than-anticipated number of inmates sentenced to state prison by the courts. The CDCR will issue updated population projections in spring 2006 that form the basis of its May Revision proposal. At that time, we will review whether adjustments to CDCR's funding for inmate and parole caseloads are warranted.

*Budget Does Not Reflect Population Impact of Governor's Policy Proposals.* The department's budget includes current- and budget-year expansions of various inmate and parole programs designed to reduce the likelihood that felons under CDCR's supervision will commit new crimes and return to prison. (See our discussion of Recidivism Reduction Strategies later in this chapter.) To the extent that these programs ultimately prove to be successful, one would expect a reduction in the prison population compared to what would occur in the absence of these expansions. The Governor's budget does not include any estimate of the likely population and associated fiscal effects of its proposed program expansions. We recommend that the department provide such an estimate as part of the May Revision process.

*Analyst's Recommendation.* We withhold recommendation on the 2006-07 caseload funding request, though we recommend that the department adjust their request to reflect the likely impact of recidivism reduction programs proposed in the Governor's budget. We will continue to monitor CDCR population, and make recommendations as appropriate at the time of the May Revision.

# CORRECTIONAL PROGRAMS

## Recidivism Reduction Proposal Requires Modification

*The California Department of Corrections and Rehabilitation proposes to expand various inmate and parole programs designed to reduce reoffending and recommitment to state prison. While some aspects of the proposal have merit, the department has not provided sufficient justification for other parts of the proposal. We recommend approval of specific components of this proposal and rejection of other components pending further information. We also recommend additional steps the department should take to improve rehabilitative programs in prisons. (Reduce Item 5225-001-0001 by $28.4 million.)*

### Governor Proposes to Put the "R" in CDCR

In creating the new CDCR, the administration emphasized a mission of rehabilitation (as well as incarceration) for offenders in state prisons as a means of improving public safety. The administration also emphasized the need to rely on research to develop evidence-based programs to reduce the likelihood that offenders will commit new crimes and return to prison.

To carry out this new mission, the department requested—as part of the 2005 May Revision—a total of $15 million in 2005-06 and $30 million in 2006-07 to expand adult inmate and parole recidivism reduction programs. However, because CDCR was unable to provide adequate detail on its proposal, the Legislature reduced the funding to $7.5 million for the current year and required the department to provide an implementation plan prior to expenditure of funds. This plan was received in January 2006.

*Budget Request.* The Governor's budget proposes a total of $52.8 million for new and expanded programs in the budget year. Under the Governor's proposal, this amount would grow to $79.3 million in 2007-08, and $95.3 million in 2008-09. This money would be used to develop and expand a wide range of programs designed to reduce recidivism, including education, rehabilitation, and treatment programs for inmates and parolees. The request also includes funds for a new local grant program

## Analysis of the 2006-07 Budget Bill

**Legislative Analyst's Office
February 2006**

# Department of Mental Health (4440)

The Department of Mental Health (DMH) directs and coordinates statewide efforts for the treatment of mental disabilities. The department's primary responsibilities are to (1) provide for the delivery of mental health services through a state-county partnership, (2) operate five state hospitals, (3) manage state prison treatment services at the California Medical Facility at Vacaville and at Salinas Valley State Prison, and (4) administer various community programs directed at specific populations.

The state hospitals provide inpatient treatment services for mentally disabled county clients, judicially committed clients, clients civilly committed as sexually violent predators, mentally disordered offenders, and mentally disabled clients transferred from the California Department of Corrections and Rehabilitation (CDCR).

***Budget Proposal Decreases DMH Overall Budget.*** The budget proposes $3.4 billion from all fund sources for support of DMH programs in 2006-07, which is a decrease of about $173 million, or 5 percent, below the revised estimate of current-year expenditures. The decrease in overall DMH spending, when all fund sources are taken into account, is mainly due to the discontinuation of one-time current-year expenditures. Specifically, the Governor's spending plan reflects (1) a reduction of about $139 million in reimbursements due to one-time costs incurred in 2005-06 for settling past Early and Periodic Screening, Diagnosis and Treatment (EPSDT) program claims and (2) one-time General Fund spending of $120 million for two state-mandated programs for mentally ill children (known together as the "AB 3632" mandates) that would not be continued in the DMH budget for 2006-07.

The budget proposes about $1.6 billion from the General Fund, which is an increase of about $316 million, or 25 percent, above the revised estimate of current-year expenditures. If some significant budget adjustments had not been included in the Governor's budget proposal, the DMH General Fund budget for 2006-07 would have grown by about $96 million, or about 7.5 percent, above the revised estimate of current-year expenditures.

The increase in General Fund spending is mainly due to a technical budget adjustment in which General Fund support previously displayed in the Department of Health Services (DHS) Medi-Cal budget for the EPSDT program (which provides mental health services to children who are enrolled in Medi-Cal) would now be displayed in the DMH budget item. This transfer of about $340 million in General Fund support is offset in the DMH budget with a corresponding reduction in reimbursements.

Another significant technical change is the shift of funding for support of AB 3632 services from the DMH budget item to the Commission on State Mandates (CSM) budget item. (We discuss the Governor's further proposals to modify the AB 3632 mandates in *The 2006-07 Budget: Perspectives and Issues*.) As a result of the AB 3632 budgeting change, $50 million in General Fund spending that would otherwise have been included in DMH spending totals in 2006-07 appears instead in the CSM budget item.

***Budget Proposal Includes Proposition 63 Funds.*** In November 2005, California voters approved Proposition 63, the Mental Health Services Act. This measure established a surcharge of 1 percent on the portion of a taxpayer's taxable income that exceeded $1 million beginning in January 2005.

Revenues are deposited into a newly created Mental Health Services Fund. For the first time, the Governor's budget display reflects the expenditure of these Proposition 63 resources, with proposed spending of $649 million in local assistance in 2005-06 and $656 million in 2006-07.

**Budget Proposal Includes Some Increases.** Although the budget plan provides for an overall net decrease in total funding, it does include some significant proposals to increase spending on some programs. About $38 million from the General Fund would be spent to add 453 staff positions to the state hospital system to resolve U.S. Department of Justice (U.S. DOJ) civil rights investigations of four state hospitals. We discuss this proposal in more detail later in this analysis. The budget plan also requests an increase of about $19 million in General Fund for additional caseload costs for EPSDT.

# Response to Federal Investigations Premature

*The Governor's proposed budget requests additional resources to address deficiencies in state hospitals cited in civil rights investigations conducted by the U.S. Department of Justice. We withhold recommendation on the proposal at this time because this request is premature until a final agreement to resolve federal findings of deficiencies has been finalized and until documents detailing a remediation plan for the hospitals have been provided to the Legislature. Also, we find the proposed timetable for hiring 453 new staff by July 2006 to be unrealistic.*

## Background

**Deficiencies Found at State Hospitals.** Pursuant to the Civil Rights of Institutionalized Persons Act (CRIPA), a federal civil rights law to protect individuals housed in public institutions such as mental hospitals, the U.S. DOJ has undertaken a series of actions affecting California's state hospital system.

The U.S. DOJ completed an on-site review of conditions at Metropolitan State Hospital (MSH) for both the children and adult programs in July 2002. The U.S. DOJ has since issued reports finding a number of deficiencies, including wrong diagnoses, improper medication, and insufficient protection of some patients from other patients. The U.S. DOJ recommended improvements in several program areas, including assessment, treatment, and medication of hospital patients.

The U.S. DOJ has also conducted on-site visits at Atascadero State Hospital and Patton State Hospital but at the time this analysis was prepared, had not yet reported its findings from these on-site visits. However, in June 2005, without first conducting an on-site visit, U.S. DOJ issued a report on the operations at Napa State Hospital that identified a number of deficiencies and recommended changes similar to those presented for MSH.

We are advised by DMH that the conditions that U.S. DOJ found and cited at MSH and Napa exist at all state hospitals except Coalinga State Hospital, which has been open less than one year. The DMH expects U.S. DOJ to issue findings similar to those for MHS and Napa in forthcoming reports on Atascadero and Patton. Accordingly, DMH has already undertaken program improvements to address CRIPA deficiencies at all state hospitals.

**Proposed Remediation Plan.** According to DMH, U.S. DOJ has developed a remediation plan detailing the specific actions the department must take to resolve the problems identified at MSH. We are further advised by DMH that the proposed remediation plan, and a related draft settlement agreement, could serve as the basis for resolving CRIPA issues at all four state hospitals. The department has indicated that a consent decree between the state and the federal government settling all of these matters could be completed by late February.

The proposed remediation plan was considered confidential and thus was not available for review by the Legislature at the time this analysis was prepared. According to DMH, the document sets out measurable performance standards and establishes a timeline for state hospitals to address the U.S.

DOJ's findings of deficiencies. We are advised that the proposed remediation plan also includes agreements related to treatment planning, patient assessments, patient discharge planning, patient discipline, and documentation requirements. It also apparently addresses issues surrounding the use of seclusion and restraint of patients, incident management, quality improvement, and safety hazards in hospital facilities.

**Probable Consequences if the State Does Not Act.** We have been advised by DMH that if the state fails to address CRIPA deficiencies, the state hospitals could be placed into federal receivership by the federal courts. Such an action could be similar to the recent federal court decision to place CDCR's health care program into receivership.

## The Governor's Budget Proposal

**Additional Resources for CRIPA Compliance.** The Governor's budget proposes about $43 million in total funds (about $38 million from the General Fund) in 2006-07 to implement the U.S. DOJ remediation plan. Most of the funds would be used to add 453 additional staff positions to the state hospital system. About $1.8 million of the budget-year funding would be for consulting contracts and about another $1.8 million would be spent on special repairs to address potential safety hazards in hospital facilities.

**New Treatment Program Would Be Implemented.** The DMH proposes to use most of the additional staff to implement a "recovery model" in which the hospitals would assist individuals through individualized mental health treatment to achieve their own goals and to recover the ability to effectively function in the community. The DMH describes this as a shift away from the present approach that focuses more on medical treatment of the patient's mental illness.

According to DMH, the U.S. DOJ's proposed remediation plan assumes that some of the problems found at MSH are the result of inadequate clinical staff (psychiatrists, psychologists, rehabilitation therapists, social workers, nurses, and psychiatric technicians) relative to the number of patients. We are advised that the staffing increases proposed by the Governor increase staff in some categories so as to establish patient-staffing ratios consistent with the proposed remediation plan.

## CRIPA Settlement Agreement Has Not Been Finalized

We have two main concerns with the administration's budget request. The first is that the request is premature until an agreement to address federal findings of deficiencies has been finalized and until documents detailing the proposed remediation plan for the hospitals have been provided to the Legislature. Our second concern is that the proposed timetable for hiring 453 new staff by July 2006 is unrealistic. We discuss both of these concerns below.

**Budget Request Is Premature.** At the time this analysis was prepared, DMH and U.S. DOJ had not yet finalized the proposed remediation plan or the terms of the consent decree. Moreover, the documents that are identified as being the basis of resolving the CRIPA investigations have been kept confidential and are not yet available for legislative review.

Under these circumstances, the Legislature has no way to determine at this time whether the staffing expansions and other measures proposed by DMH meet or exceed what is actually being required by U.S. DOJ in response to the deficiencies cited in the CRIPA reports. If DMH is correct and an agreement is finalized in February, and if the remediation plan is subsequently made available for review, the Legislature will be in a much better position to assess the administration's budget request.

In our view, it would be premature to approve the administration's request for these additional staff and funding until and unless DMH reaches a final settlement agreement with U.S. DOJ for each hospital subject to investigation. Until such time as both parties have signed final agreements completely addressing all of the CRIPA findings of deficiencies affecting all four of the state hospitals, the

Legislature has no assurances that still further costly demands from U.S. DOJ would not follow.

***Administration's Plan Assumes 453 New Staff in July 2006.*** The administration's plan provides full-year funding for 453 positions that are all assumed to join the staff of the state hospital system as of July 2006. However, our analysis indicates that it is unlikely that all of the proposed new positions could possibly be filled by that time. Typically, state agencies, including the state hospital system, cannot recruit and appoint individuals to fill newly created positions until months after they have been established.

Based on State Controller's Office data, about 2,030, or 24 percent, of the authorized positions in the four state hospitals subject to the CRIPA investigation were vacant in January 2006. Some of the new clinical positions proposed in the Governor's budget request could prove to be very difficult to fill. The administration proposes to add about 47 senior psychiatrists and about 48 registered nurses. Increasingly in recent years, the state hospitals have had difficulties filling these types of positions and often experience large numbers of staff vacancies in these classifications. If the Legislature were to provide full-year staffing and funding for the 453 new positions proposed by the administration for 2006-07, it is likely that the state hospital system would be significantly overbudgeted as it encountered delays in actually using these resources.

## Analyst's Recommendation

We withhold recommendation at this time on the administration's entire budget request for additional resources to respond to the CRIPA investigations. Once the consent decree has been finalized, and the documents resolving the matter have been provided to the Legislature, we will review this additional information and provide the Legislature with our recommendations on this matter.

If the Legislature does choose to approve some or all of the positions requested by the administration, we recommend that it budget any such positions on a half-year basis. This approach would recognize that it will take DMH several months in many cases to fill these new positions after they have received approval in the budget process.

# Hospital Caseload Funding Overbudgeted As Staffing Problems Mount

***Updated caseload data indicate that the amount of General Fund needed for support of the state hospital system is overbudgeted by a combined $39 million in the current and budget year. Accordingly, we recommend that the Legislature make appropriate budget adjustments. (Reduce Item 4440-011-0001 by $20 million.) We also recommend that the administration clarify whether it intends to continue to operate a children's unit at the Metropolitan State Hospital given the dwindling caseloads at this facility.***

## Background

The DMH operates five state hospitals: Atascadero, Patton, Napa, Metropolitan, and Coalinga. The DMH also operates two acute psychiatric programs at the California Medical Facility in Vacaville, and the Salinas Valley State Prison. Forensic patients are generally committed by the courts to state hospitals under one of four categories: "incompetent to stand trial" (ISTs), "mentally disordered offender" (MDOs), "not guilty by reason of insanity" (NGIs), and "sexually violent predator" (SVPs). Some inmates and wards of CDCR receive care in the Vacaville and Salinas Valley facilities, while additional offenders in the custody of CDCR are transferred to the state hospitals for mental health treatment. Also, counties contract with the state to purchase beds at state hospitals for adults and children committed for mental health treatment under the provisions of the Lanterman-Petris-Short (LPS) Act.

Case 2:90-cv-00520-KJM-SCR     Document 1790-1     Filed 04/21/06     Page 50 of 59

The cost of caring for various categories of forensic patients is generally supported from the state General Fund. Counties reimburse the state hospitals using funds they receive from the state under the 1991 state-local realignment of tax revenues and mental health program responsibilities. About 90 percent of occupied beds are now utilized for forensic patients while about 10 percent are purchased by the counties.

## Governor's Budget Proposal

The Governor's budget proposes a net increase of about $12.4 million from all fund sources compared to the revised current-year estimate of expenditures. The increase is a result of updated estimates for the state hospital system population and baseline adjustments. The overall hospital population (including CDCR inmates in the Vacaville and Salinas psychiatric programs) is projected to grow from the revised estimate of 5,591 patients by the end of 2005-06 to 5,830 patients by the end of 2006-07, for an increase of 239 patients.

## Hospital Caseload Lagging as Coalinga Activation Stalls

***Updated Caseload Information Shows Overall Population Lagging.*** The DMH's current-year hospital caseload adjustment is based on comparing the estimated population for September 30, 2005 to the actual caseload at that time for ISTs, NGIs, MDOs, and SVPs (the main population groups traditionally supported from the state General Fund).

However, more recent hospital population data we have reviewed through January 2006 indicate that the caseload is likely to be about 190 patients below DMH's revised and reduced estimate of patients for the current year. On this basis, we believe that the spending plan overestimates the funding needed in the current year by about $10 million from the General Fund. Similarly, our analysis indicates that the spending plan overestimates the funding needed in the budget year by about $20 million from the General Fund.

***Coalinga Startup Behind Schedule.*** The 2005-06 budget provided an additional $65.7 million in General Fund support for the activation of the new Coalinga State Hospital. The 1,500-bed hospital began accepting its first patients in September 2005. The patient population was projected to be about 250 patients initially, increasing during the current year to a total of about 680 patients (or about 430 more) by March 2006.

In order to accommodate the first wave of 250 patients, the 2005-06 DMH budget plan assumed hiring about 875 clinical and support staff by August 2005. It also assumed that another 449 staff would be hired by January 2006 in order to receive the second wave of 430 additional patients.

However, neither the actual patient population nor staffing levels assumed in the state budget plan are close to being achieved. As of mid-January 2006, the total Coalinga patient population was about 140-approximately 300 patients below the number assumed in the hospital's activation plan. Staffing efforts were also well behind schedule. Data provided by the State Controller's Office indicate that, as of January 2006, about 58 percent of the staff positions authorized at that point in time were still vacant.

***Why Is the Coalinga Activation Off Track?*** We are advised by DMH that the slowdown in activation of their new hospital facility is due mainly to the difficulty being experienced by the department in recruiting and hiring qualified staff for the new facility. Key clinical staff positions, we have been advised by DMH, have been particularly difficult to fill, and some clinical staff that had been initially recruited and hired to work at the hospital have already left to work elsewhere.

The department indicates that its difficulties in hiring and retaining staff stem in part from the recent federal *Plata* court case involving problems with the provision of health care at state prisons. On December 1, 2005, the federal judge in the case ordered the state to immediately increase

compensation for several classes of prison medical personnel (such as physicians, nurse practitioners, and registered nurses). State hospital administrators advised us that soon after the *Plata* ruling, efforts to recruit and hire additional clinical staff for Coalinga hit a snag for medical personnel in part because compensation levels at Coalinga were not competitive with nearby prisons.

***Coalinga Staffing Problem Has Ripple Effects.*** At the time this analysis was prepared, DMH indicated it was seeking administration approval to increase pay rates for its clinical staff to help offset the effects of the *Plata* decision. Even with the funding and position authority already available in its budget, Coalinga's beds cannot be activated without the appropriate staff in place to care for additional patients.

The problems in opening up Coalinga are already having a significant ripple effect throughout the state hospital system. For example, state hospital administrators had been counting on the activation of Coalinga to relieve overcrowding at Atascadero and Patton as some of their patients were transferred to Coalinga. Both Atascadero and Patton are currently over their licensed bed limit. Consequently, administrators of these two state hospitals have contended that their operations are at some risk if DHS, which licenses these hospital beds, will not continue to permit the "overbedding" of the two facilities.

The maximum patient population permitted at Patton, which is established in statute, was supposed to decrease by 334 patients one year after Coalinga was activated. Instead, the administration budget plan proposes statutory language to allow Patton to maintain its current maximum population for four years after the date Coalinga was activated.

This situation is also complicating efforts by CDCR to comply with federal court orders to provide additional mental health treatment beds for prison inmates. The Coalinga activation plan included 50 intermediate care beds at the hospital for inmates. Recent caseload information indicates that none of these 50 beds has been occupied.

County jail operations are also apparently being affected by this situation. According to the DMH budget request, the state hospital system has a waiting list of 350 individuals who have been committed to their system by the courts, but who remain in county jails because state hospitals are operated at their maximum staffed capacity. According to DMH, the size of that list is increasing daily.

## LPS and Children's Population in Decline

***LPS Patient Count Under Budgeted Level.*** The caseload data we have reviewed also show that the number of beds being occupied by county LPS patients is running somewhat below the level assumed in the *2005-06 Budget Act*. As of mid-January, there were 526 LPS patients in Napa and MSH, the two hospitals that care for this patient group, instead of the 555 that were expected, continuing a slow but steady decline that has occurred in recent years. Notably, the Governor's budget plan assumes that the number of LPS beds occupied in 2006-07 will hold steady at 520, but that figure now appears likely to be overstated.

***Children's Caseload at MSH Has Dropped by One-Half.*** One subset of this population is a unit at MSH that provides mental health services for severely emotionally disturbed children and adolescents. This population has also been in decline. Recently, however, we were advised by state hospital administrators that the remaining population of 50 in this unit is down by half to a total of 25 patients. As a result, we are advised that DMH had held up the bidding process for an estimated $8.8 million project to construct an on-site school building at MSH for these clients, and is reviewing whether the current population (if it holds) is sufficient to justify the continuation of this unit.

## Analyst's Recommendation

Based on (1) the updated caseload information we have reviewed, (2) the problems evident in the

activation of Coalinga, and (3) the declining LPS population, including the children's unit at MSH, we recommend that the Legislature take the following actions in regard to the budget proposal for state hospital population adjustments:

- ***Caseload Adjustment for Certain Forensic Groups Warranted.*** Based on our analysis of updated caseload information for ISTs, NGIs, MDOs, and SVPs, we recommend the Legislature reduce the General Fund budget for the state hospital system by $10 million General Fund for 2005-06 and by $20 million General Fund for the budget year. We anticipate that DMH will propose further adjustments for state hospital population trends for these specific patient groups at the time of the May Revision.

- ***Adjust for Unavailable CDCR Beds at Coalinga.*** We recommend the Legislature reduce the General Fund budget for the state hospital system by $8.5 million in the current year because Coalinga is unlikely to have the staffed capacity to accept the 50 patients anticipated when the 2005-06 budget was enacted. This amount represents the funding provided in the *2005-06 Budget Act* for these 50 beds.

- ***Monitor and Respond to the Coalinga Problems.*** Given the ongoing problems in activating the new Coalinga hospital, and uncertainty as to how and if these staffing difficulties can be overcome, we recommend approval of the administration's proposed statutory language to allow Patton to maintain its present capacity for three more years. We will continue to monitor the situation at Coalinga and will advise the Legislature whether additional budget adjustments are warranted for the budget of the hospital at the time of the May Revision. If significant progress is not made in hiring staff and bringing more patients into the facility, further budget and staffing adjustments may be warranted.

- ***MSH Intentions Should Be Clarified.*** The DMH should report to the Legislature at budget hearings regarding the outcome of its evaluation as to whether operation of the children's unit at MSH can and should continue. The department should also report on its final decision in regard to the construction of the new school on the grounds of MSH, and whether budget authority for the project should be reverted.

Return to Health and Social Services Table of Contents, 2006-07 Budget Analysis

# EXHIBIT

# C

# Memorandum

Date : October 25, 2005

To : Roderick Q. Hickman
Secretary
California Department of Corrections and Rehabilitation

Subject : MODIFICATION TO CORRECTIONAL OPERATIONS DUE TO COMPELLING OPERATIONAL NECESSITY

The California Department of Corrections and Rehabilitation's (CDCR) total inmate population reached 166,148 as of October 12, 2005. This historic population high has caused significant population pressures resulting in public safety concerns for the CDCR as well as the counties in our State. The following factors that have led to the population crisis as well as real and potential consequences are:

- **High Levels of County Intake -** The Fall 2005 projections for the first quarter of fiscal year (FY) 2005/06 identified an average male intake of 9,537 male offenders per month. In the first quarter of FY 2005/06, CDCR received an average of 10,102 male offenders per month.
- **Significant Monthly Increases in CDCR's Total Population -** The average monthly increase in the total inmate population for July-September 2005 was 809. The CDCR has not experienced increases of this magnitude since 1997 when, the overall population was only 155,013 (September 30, 1997) compared to the population today of 166,148.
- **County Jail Public Safety -** County jails such as Los Angeles have indicated that misdemeanor offenders housed in the jails are being released after having served only 10 percent of their sentence. Los Angeles has to release offenders early in part due to the CDCR's inability to move inmates from County jails to State prisons expeditiously.
- **Court Cases Impacting the Reception Center (RC) Process -** The Department has been subjected to numerous court mandates, in re *Coleman*, in re *Armstrong*, in re *Plata*, in re *Valdivia*, and in re *Clark*. The mandates created additional workload in RCs that have contributed to longer processing times. In 2000, the average processing time for a male inmate was 58.9 days. Thus far in 2005, the average processing time for male inmates has grown to 69.5 days.
- **Health Care Transfer Limitations -** Even when General Population beds are available for transferring of RC inmates, there are often limitations to the number of inmates with mental health or medical needs that a given institution can accept in a given week due to court imposed sanctions for example in *Coleman v. California* the CDCR has agreed to time constraints in which an inmate is seen by a mental health clinician within 14 days of arrival to establish program needs. As such, the number of inmates is limited to the staff's ability to perform those evaluations. We also have clinical staffing ratios and when we are unable to maintain those staffing ratios we are further limited.
- **Lack of Automation -** The CDCR's information systems are grossly inadequate to meet the needs of the RC and contribute significantly to an inmate's length of stay in the RC.
- **Staffing Shortages -** The CDCR is experiencing staffing shortages in a broad range of areas. These range from Correctional Officers, medical/mental health staffing, case records analyst, etc. Not only is hiring staff at many institutions challenging, but those staff must be trained once hired.

Roderick Q. Hickman
Page 2

- **RC Population Reduction at San Quentin (SQ)** - Due to concerns of the *Plata* court in regards to medical care at SQ, the CDCR has reduced the RC population at SQ at a time when there is a critical need for RC beds.
- **County Jail Population Capacities** - The Pitchess Center (Los Angeles County Sheriff's Jail) has been consistently housing CDCR Parole violators in numbers that exceed the contract capacity of 1292 for several months during 2005, while RC have been at capacity levels and unable to accept intake for this type of inmate. A separate capacity in the Los Angeles County Jail for "local assistance" beds is also affected by our inability to accept inmates sentenced, to State prison by the courts, in the RCs and has reached highs of 2000+ with current totals at 1387. We have also exceeded the contract capacities at Santa Rita (Alameda County Jail) with a CDCR population of 700+ and must reduce this to below 625. Other County officials from Orange, San Bernardino, Riverside, and San Diego have also requested that extra inmates be delivered to CDCR as a result of jail overcrowding for new commitments and other inmates returning to State prison.
- **County Jails Not Accepting Parole Violators** - Due to the influx of parole violators as stated above, counties such as Riverside, San Diego, and Alameda have, at times, stopped accepting the delivery of additional parole violators, thus requiring parole agents to deliver violators directly to the RC. This exacerbates the situation, in that the County may not accept cases that would be held for Our Hold Only.
- **Bridging Education Program** - In early 2004, the CDCR implemented the Bridging Education Program (BEP). The BEP provided inmates arriving at RCs with day-for-day credit, if eligible. This has created a significant population of inmates housed in RCs that cannot transfer based on their imminent parole date of less than 30 days.

Based on the above facts, we believe that an imminent and substantial threat to the public safety exists requiring immediate action. In a separate document, I will be forwarding some unprecedented recommendations to modify a variety of correctional operations to alleviate the significant population pressures that are affecting public safety.

If you have any questions, please contact me at 445-7688.

JOHN DOVEY
Director
Division of Adult Institutions

cc: Joyce Hayhoe
    Brigid Hanson
    Mike Knowles
    Tim Virga
    Dean Borg
    Associate Directors
    Wardens
    Kathleen Dickinson

# EXHIBIT

# D

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA  94283-0001



April 11, 2006

| | | |
|---|---|---|
| J. Michael Keating, Jr. | via: | Lisa Tillman |
| Office of the Special Master | | Deputy Attorney General |
| 2351 Sussex Drive | | Department of Justice |
| Fernandina Beach, FL  32034 | | 1300 I Street, Suite 125 |
| | | P. O. Box 944255 |
| | | Sacramento, CA  94244-2550 |

**RE: CENSUS AND WAIT LIST DATA FOR INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS AT THE CALIFORNIA MEDICAL FACILITY**

Dear Mr. Keating:

In accordance with the January 19, 2006, All-Policy Meeting, the California Department of Corrections and Rehabilitation and the Department of Mental Health (DMH) are providing census and wait list data for Intermediate Care Facility and Day Treatment Program Beds at the California Medical Facility (CMF).  Staffing information and data related to physical plant modifications, as originally required with the stipulated order entered at the hearing on January 14, 2005, will no longer be included in the report.

If you need clarification on any aspect of this report, please contact Renee Kanan, M.D., Deputy Director, Division of Correctional Health Care Services (DCHCS), at (916) 323-6811.

Sincerely,

RENEE KANAN, M.D., MPH
Deputy Director
Division of Correctional Health Care Services
Department of Corrections and Rehabilitation

JOHN RODRIGUEZ
Deputy Director
Long Term Care Services
Department of Mental Health

Enclosure

cc:  Peter Farber-Szekrenyi, DR. P.H., Director, DCHCS
   John Dovey, Director, Division of Adult Institutions
   Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations Branch, DCHCS
   Nadim Khoury, M.D., Chief Deputy, Clinical Services, CMF
   Cindy Radavsky, Assistant Deputy Director, Long Term Care Services, DMH

## STATUS OF IMPLEMENTATION OF PLAN FOR
## CENSUS AND WAIT LIST DATA FOR INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
## AT THE CALIFORNIA MEDICAL FACILITY
### REPORT DATE: 4/10/2006

| UNIT | CAPACITY | FILLED | HOLD | AVAILABLE |
|---|---|---|---|---|
| A-2 DTP | 44 | 38 | 0 | 6 |
| A-3 ICF | 40 | 38 | 2 | 0 |
| P-2 Level IV | 36 | 36 | 0 | 0 |

| Unit | Single Cell Capacity | Single Cell Filled | Single Cell Hold | Single Cell Available | Dormitory Capacity | Dormitory Filled | Dormitory Hold | Dormitory Available |
|---|---|---|---|---|---|---|---|---|
| SVPP | 32 | 32 | 0 | 0 | 32 | 20 | 0 | 12 |

### WAIT LIST DATA

| UNIT | WAIT LIST |
|---|---|
| P2 ICF LEVEL IV | 0 |
| A3 ICF | 0 |
| A2 DTP | 0 |
| SVPP | 123 |

STATUS OF IMPLEMENTATION OF PLAN FOR
CENSUS AND WAIT LIST DATA FOR INTERMEDIATE CARE FACILITY AND DAY TREATMENT PROGRAM BEDS
AT THE CALIFORNIA MEDICAL FACILITY
REPORT DATE: 4/10/2006

WAIT LIST DATA BY HOUSING UNIT/LEVEL OF CARE

| FACILITY | PSU | MHCB | ACUTE | AD. SEG - EOP | EOP | PC 1370 | TOTAL |
|---|---|---|---|---|---|---|---|
| P-2 ICF LEVEL IV | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-3 ICF | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A-2 DTP | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SVPP | 8 | 7 | 6 | 42 | 48 | 12 | 123 |
| SVPP PC 1370* | 1 | 0 | 0 | 8 | 3 | --- | 12* |

2

4/10/2006