# EXHIBIT

# K

State of California                                                     Department of Corrections & Rehabilitation

# Memorandum

Date  :  July 21, 2005

To    :  Wardens
         Health Care Managers
         Chiefs of Mental Health

Subject:  **STANDARDIZATION OF MENTAL HEALTH CRISIS BED ADMISSION PROCEDURES**

The California Department of Corrections and Rehabilitation (CDCR) Division of Correctional Health Care Services (DCHCS) is committed to the development of a bed management strategy which will increase the quantity of available Mental Health Crisis Beds (MHCB) and decrease waiting lists for this level-of-care. In the interim, inmate-patients in need of a MHCB must be housed in the safest and most humane settings possible utilizing existing physical plant options.

This memorandum addresses three issues relevant to inmate-patients waiting for a MHCB:

1.  Holding environment pending transfer or placement
2.  Mattress, blanket and gown issuance
3.  Five-Day follow-ups for suicidality

<u>Holding Environment Pending Placement or Transfer to MHCB</u>

When an inmate-patient is determined to need a MHCB and there are no available beds in the sending institution, the steps outlined in the attached memorandum from September 16, 2003, shall be followed pending placement/transfer. Briefly, after assessing the current medical and mental health inpatients shall be assessed for appropriateness to discharge. In addition, if clinically appropriate, medical inpatients shall be considered for placement in the community hospital in order to free up a CTC bed for MHCB care.

On occasion, some inmate-patients cannot be placed into a MHCB within the policy requirement of 24-hours due to a lack of available beds. To best manage such situations, each institution shall develop a local operating procedure (LOP) regarding the housing and care of inmate-patients waiting a MHCB to codify their actual operating process. Physical plant options and specific mental health program missions at each institution necessitate individualization of each LOP. However, each individualized LOP shall incorporate the following standardized procedures:

- When an inmate-patient is identified as needing a MHCB, the referring clinician's order shall read "Refer to Mental Health Crisis Bed for admission evaluation." Only clinicians with admitting privileges at the receiving MHCB program can write the actual "admission" order and this is performed at the actual time of admission to a vacant bed.

- The LOP may require a 128C chrono be generated in addition to the clinician's order to notify custody staff.

Wardens
Health Care Managers
Chiefs of Mental Health
Page 2

- Until transferred to a MHCB the inmate-patient shall be observed and monitored, or if clinically indicated, placed under constant direct observation for suicide watch. Nursing shall also be available to administer medication and to provide nursing checks as clinically indicated and ordered. The LOP shall indicate procedures for administration of medication and for daily contact by a mental health clinician.

- Appropriate housing of inmate-patients pending MHCB transfer shall be determined by the sending institution and in the following order of preferred locations:

  1. Inpatient Beds
  2. Outpatient Housing Unit
  3. Outpatient Housing Unit overflow cells
  4. Large holding cells with water/toilets including, but not limited to, "ZZ cells," "Wet cells," and/or "Clinic cells". Many CTC buildings have holding cells located outside of the "double doors" entrance to the licensed bed area. These are typically located in the Specialty Care Clinic area. These cells are permissible for temporary housing pending transfer without violing licensing restrictions of the licensed bed area of the CTC building.
  5. Large holding cells without water/toilets such as "Contraband Cells" (not in a CTC licensed bed area.)
  6. Treatment and Triage Area or other clinic physical examining room
  7. Other unit-housing where complete and constant visibility can be maintained
  8. When none of the above are available, small holding cells (not in a CTC licensed bed area) that are designed for the inmate-patient to sit or stand may be used for up to four hours by which time consideration of a rotation to one of the above listed options shall have been considered and the outcome of such consideration documented. Inmate patients shall be retained in sit/stand cells only with approval of the watch commander and notification of clinical on call staff.
  9. Holding cells within the licensed bed area of the CTC building (notification to Department of Health Services of an unusual occurance is required).

- The Health Care Placement Unit (HCPU) shall be contacted directly by telephone regarding all inmate-patients pending transfer to a MHCB in accordance with the September 16, 2003 memorandum (attached). If the goal is to place the inmate-patient at the same institution's MHCB without requiring transport, the HCPU shall be contacted when a bed is not immediately available. The information relayed to HCPU shall include the inmate-patient's name, CDC number, prior level of care, identification of the time that the determination for a MHCB was made, reason for MHCB placement, current institution, and type and location of temporary housing.

- The HCPU shall be notified whenever a MHCB becomes available. For those institutions with a CTC and MHCB program, HCPU may prioritize an inter-institution transfer of an inmate-patient (based on clinical or temporary housing priority) into a MHCB over internal admissions.

Wardens
Health Care Managers
Chiefs of Mental Health
Page 3

- When an inmate-patient verbalizes suicidal ideation without other signs and symptoms of increased risk of suicide, the mental health clinician is responsible for evaluating any contributing environmental stressors, including the completion of a Suicide Risk Assessment form, and communicating with custody staff and supervisors regarding any potentially solvable custody issues. Resolution of related environmental issues is preferable to placement of an inmate-patient who is not genuinely at risk of suicide into a MHCB.

- The primary clinician and the assigned psychiatrist shall assess the inmate-patient and provide appropriate mental health services. When appropriate, the mental health clinicians shall provide therapeutic intervention focused on ways the inmate-patient may get perceived non-medical needs met without requiring MHCB placement. After regular work hours, the psychiatrist on-call is encouraged to conduct a face-to-face clinical assessment prior to admitting the inmate-patient to a MHCB. After work hours when the psychiatrist on call chooses not to admit a suicidal inmate patient to MHCB, a face to face clinical assessment is required.

- When involuntary/emergency medication is administered, all available documentation related to the decision to medicate, including but not limited to danger to self, others, and/or grave disability, shall be forwarded to the treating clinicians in the MHCB.

- For inmate-patients discharged from a MHCB back to another sending institution or new institution, the LOP may allow for placement into alternate housing pending transfer, with appropriate mental health follow-up.

- Upon discharge, the clinician from the treating MHCB will call the Chief Psychiatrist, Chief of Mental Health, or designee at the institution to which the inmate-patient will return or be sent (See attached contact list). If the contact person is not available, the MHCB clinician will leave the following information with a mental health supervisor for the contact person (or Health Care Manager if there is no mental health supervisor available):

  o Name and CDCR number of inmate-patient
  o Contact information for the discharging clinician, including pager number
  o Discharge diagnosis
  o Follow-up requirements (i.e. Daily contact required for suicide follow-up).

- The Discharge Summary, Suicide Risk Assessment, and Doctor's orders shall be faxed to the designated fax number. (See attached contact numbers at each institution).

Wardens
Health Care Managers
Chiefs of Mental Health
Page 4


<u>Mattress, Blanket and Gown Issuance</u>

All inmate-patients who are deemed to need a MHCB because of suicidal ideation, threats or attempts and who are housed in one of the above environments pending transfer to a MHCB shall be issued a no-tear mattress, no-tear blanket and a no-tear gown/smock, unless otherwise ordered in writing by the clinician. If the inmate-patient subsequently attempts to use any or all of these items to harm his or herself, the clinician may then order that one or more of these items be removed. However, it is important to stress that unless otherwise contraindicated, the inmate-patient shall be issued the above items since the inmate-patient's dignity and comfort must always be preserved to every extent possible while maintaining safety and security.

<u>"Five-Day" Clinical Follow-Up Plans and Custody Wellness Checks</u>

Inmate-patients who were determined to need a MHCB for suicidal precautions or watch, and who were held, pending transfer, in one of the above housing environments, but who subsequently are deemed to no longer be at risk of suicide and, therefore, are released back to their regular housing cell, shall receive appropriate clinical and custodial follow-up per existing policy and procedures (i.e. 5 day follow up procedures).

For questions, please contact Shama Chaiken, Chief Psychologist, DCHCS, at (916) 445-4114.


RENEE KANAN, M.D.                        JOHN DOVEY
Director (A)                             Director
Division of Correctional Health Care Services    Division of Adult Institutions

Attachments

cc:  Jeanne Woodford
     Yulanda Mynhier
     Nadim Khoury, M.D.
     Lisa Tillman
     Kathleen Keeshen
     Timothy Fishback, M.D.
     Shama Chaiken, Ph.D.
     Peg McAloon, Ph.D.
     Andrew Swanson, M.D.
     Regional Administrators, DCHCS
     Regional Administrators, DAI

Wardens
Health Care Managers
Chiefs of Mental Health
Page 5


bcc: Helen Steenman, Ph.D.
     Deborah Lonergan, Ph.D.
     Petrey, Irma

# EXHIBIT

# L

## MENTAL HEALTH CRISIS BED WAITLIST HOUSING PLAN BY INSTITUTION

| Inst | Contact Person | Phone # | # MHCB/ Hospital Beds | # OHU Beds | 1st option | 2nd option | 3rd option | 4th option |
|------|----------------|---------|----------------------|------------|------------|------------|------------|------------|
| ASP | Medical On Duty Dr. Hobart Smith | 559-386-6045 X 7025 secy X 6040 | ---------- | 28 | Usually have a bed | 2 holding cells with sitting bench & toilet in front of "Emergency Room" in Outpatient Housing Unit (OHU) | No other options | No other options |
| CAL | Senior Registered Nurse (SRN) II C. Gray | 760-348-7000 | ---------- | 18 | 2 holding cells w/ sitting bench, toilet & mattress in front of Medical Technician Assistant (MTA) station, rarely occurs | Could use beds in Administrative Segregation Unit, but that has never been needed | No other options | No other options |
| CCC | SRN II V.Gowan | 530-257-2181 | ---------- | 19 | Security Detention & Detainment Unit (SDDU) at the end of the OHU corridor, 2 holding cells with toilets and slabs for mattress. | SDDU, the 2 holding cells that do not have toilets, only used one time and never used for more than 24 hours | Double up in OHU rooms, have 5 bed wards | No other options |
| CCI | Senior Psychologist Dr. McDill | 661-822-4402 X3161 | ---------- | 15 | OHU overflow; large holding cells in Receiving and Release (R&R) area same wing as OHU, toilets, bench could fit a mattress | Never needed, but could create a cell in the nearest cell block to OHU | Expand number of cells in 2nd option | No other options |
| CCWF | Chief Psychologist Norm Hendriksen | 559-665-5531 X 7056 | 12 / 39 SNF | ---------- | 1 holding cell in "Emergency Room" area, across from "Emergency Room." With mats and mattresses, could put more than 1 patient in this room if required | Double up on crisis beds, never needed in last 2 yrs | No other options | No other options |

## MENTAL HEALTH CRISIS BED WAITLIST HOUSING PLAN BY INSTITUTION

| Inst | Contact Person | Phone # | # MHCB/ Hospital Beds | # OHU Beds | 1st option | 2nd option | 3rd option | 4th option |
|------|----------------|---------|------------------------|------------|------------|------------|------------|------------|
| CEN | Health Care Manager (A) Dr. R. Peters | 760-337-7900 | 5 / 15 CTC | -------- | Never had a MHCB need without medical patients appropriate to transfer | Holding cells in outpatient clinic area, wet cells, mattress | No other options | No other options |
| CIM | Health Care Manager Dr. Flores Lopes | 909-597-1821 | 18 / 80 GACH | -------- | Use other GACH beds | Holding cells down the corridor from the GACH, dry sit/stand cells, with sitting bench, up to four hours, rotate if necessary | Cypress has 10 wet cells, mattresses that can be used | No other options |
| CIW | Chief Psychiatrist, Dr. Chin Choo | 909-597-1771 | -------- | 17 | Obstetrics and Gynecology Bed in OHU can be doubled up, has toilet and mattress | Regular EOP cell in Special Care Unit | N/A | N/A |
| CMC | Chief Psychiatrist, Dr Carl Weaver | 805-547-7752 | 0 / 37 GACH 25 acute beds for MHCB at ASH | 34 | Intake unit has OHU type cells with assigned nursing staff | GACH medical beds | Move patients to ASH on emergency basis | No other options |
| CMF | Chief Psychiatrist, Dr. A. Ghandi | 707-449-2515 | 0 / 65 GACH 31 G1, 33 G2 DMH | -------- | Utilize acute DMH beds on site | Utilize medical sections/beds in GACH | Place another inmate in acute DMH to open beds | No other options |

MENTAL HEALTH CRISIS BED WAITLIST HOUSING PLAN BY INSTITUTION

| Inst | Contact Person | Phone # | # MHCB/ Hospital Beds | # OHU Beds | 1st option | 2nd option | 3rd option | 4th option |
|------|----------------|---------|----------------------|-----------|-----------|-----------|-----------|-----------|
| COR | Heath Care Manager Dr. Klarich | 59-992-7326 | 23 / 75 GACH | ------- | General Acute Care Hospital Bed. Beds used for psychiatric overflow and are made safe for potentially suicidal inmates. | Never have used any other option. | | |
| CRC | Sr. Psychologist Dr. D. Wilson 951-281-8531 | 951-737-2683 X 2127, 2928 2186 | ------- | 10 M, 2 W | Transfer to CIM or CIW | R&R cells, wet cell, mattress (never had to do this) | No other options | No other options |
| CTF | Sr. Psychologist Dr. B. Zika | 831-678-3951 X 4192 | ------- | 18 | Never needed placement outside of OHU | Set up observation cells in Y wing; regular cells, prioritize placement of inmates requiring suicide watch into OHU | No other options | No other options |
| CVSP | Staff Psychologist Dr. Gurlock | 760-922-5300 X 7051 X 7052 | ------- | 11 | Never had more than 2 Mental Health patients in OHU | R&R dry cells next to OHU, mattress (never needed) | No other options | No other options |
| DVI | Chief Psychiatrist Dr. A. Coppola | 209-830-4141 X 3883 209-830-3881 | ------- | 25 | Holding cells downstairs from OHU, small holding cells in hall, maximum time less than 4 hours, no water | Place most stable inmates into Administrative Segregation K Unit at front, regular cells w/ mattress. Occurs a few times a year | No other options | No other options |

# MENTAL HEALTH CRISIS BED WAITLIST HOUSING PLAN BY INSTITUTION

| Inst | Contact Person | Phone # | # MHCB/ Hospital Beds | # OHU Beds | 1st option | 2nd option | 3rd option | 4th option |
|---|---|---|---|---|---|---|---|---|
| FOL | Sr. Psychologist Dr. M. Cho | 916-985-2561 X3034 HCM X3036 Cho | -------- | | 2 Observation cells in unit B4, wet cell with bed | 2 Observation cells B2, wet cells w/bed, this option has never been needed | No other options | No other options |
| HDSP | Chief Psychologist Dr. J. Cummings | 530-251-5100 X 6797 | 12 / 35 CTC | ----- | Safety cell in the CTC (3) | Could set up a bed in the large holding cell in the CTC foyer, wet cell with toilet and mattress available, never had to go this far | Cell in D7 or D8 | No other options |
| ISP | Chief Psychiatrist Dr. Stockdale | 760-921-3000 X6720 HCM X6718 | 5 / 15 CTC | ----- | Never needed placement outside of CTC | Holding cell in Central Health, wet cells | B3 regular cells | Treatement and Triage Area (TTA) for short term |
| LAC | Chief Psychiatrist Dr. W. Power | 661-729-2000 X7037 | 13 / 18 CTC | ----- | CTC Exam room w/ no toilet, bed; escorted for toilet privileges | TTA/w no toilet, bed | 2nd inmate in TTA | Wet holding cells at end of CTC for no more than 4 hrs |
| MCSP | Sr Psychologist Dr. S. Clavere | 209-274-4911 X 6793 MH X6794 Jeff | 10 / 12 CTC | ----- | 5 regular cells holding area in B12, mattress | No other options | No other options | No other options |

MENTAL HEALTH CRISIS BED WAITLIST HOUSING PLAN BY INSTITUTION

| Inst | Contact Person | Phone # | # MHCB / Hospital Beds | # OHU Beds | 1st option | 2nd option | 3rd option | 4th option |
|---|---|---|---|---|---|---|---|---|
| NKSP | Sr. Psychologist Dr. Byland | 661-721-2345 X4000 Greg | 10 / 18 CTC | ------- | 6 holding cells, in Central Health Outpatient Clinic, wet cells, mattress | 3 in R&R, dry cells, mattress | Contraband cell by BPT rooms, dry cell | Other R&R cells |
| PBSP | Chief Psychiatrist Dr. W Seville | 707-465-1000 X9118, 7047 | 6 / 21 CTC | ------- | Never needed cells outside CTC | Several wet cells in specialty clinic with mattress | Could put on 1:1 observation in inmate-patient's current cell | No other option |
| PVSP | Health Care Manager (A). Chief Psychologist Dr B. Alvarez | 559-935-4900 X5456 | 5 / 17 CTC | ------- | 2 small holding cells, stand/sit, dry cells w/officer, never used so far | Convert some regular bottom floor cells in D4 | TTA | No other option |
| RJD | Chief Psychiatrist Dr. C. Marsh | 619-661-6500 X7114 | 15 / 30 CTC | ------- | 1 holding cell in the Treatment and Triage Area, toilet next door, sitting bench, mattress | 2 beds in TTA proper w/beds, toilet next door | 2 isolation (wet) rooms in MHCB wing | No other option |
| SAC | Physician On Call Dr. Jack Perry | 916-985-8610 X6170 | 15 / 17 CTC | ------- | ZZ cells w/toilets and mattress just outside of CTC bldg | Dry, contraband cells down the hall from the CTC | Housing unit, only used one time | No other options |
| SATF | Chief Psychologist Dr. B. Ayres | 559-992-7100 X 5458 Ayres X 5953 Kubat | 16 / 40 CTC | ------- | Never needed to place inmate-patient outside of OHU | | | |

## MENTAL HEALTH CRISIS BED WAITLIST HOUSING PLAN BY INSTITUTION

| Inst | Contact Person | Phone # | # MHCB/ Hospital Beds | # OHU Beds | 1st option | 2nd option | 3rd option | 4th option |
|------|----------------|---------|------------------------|-----------|-----------|-----------|-----------|-----------|
| SCC | Dr. Bill Huto | 209-984-5291 X5356 secy X5148 | ---------- | 13 | Never needed to place inmate-patient outside of OHU | Management cell in ASU | | |
| SOL | Health Care Manager Dr. Traquina | 707-451-0182 | 13 / 14 CTC | -------- | TTA area room (CTC), with toilet and mattress | Use CTC observation room, toilet & mattress, this option has been used only once | Safety cell, with toilet, mattress, never used for this | Restraint room, also never used for this purpose |
| SQ | Health Care Manager (A) Dr. Belavich | 415-454-1460 X 5571, 5066 | -------- | 30 | 4 beds on 3rd floor of the OHU building, called the Bay Housing Unit | Small holding cells in the Treatment and Triage area | No other options | No other options |
| SVSP | Sr. Psychologist Dr. Thompson | 831-678-5500 X5619 | 10/27 CTC | -------- | 4 wet cells, running water & toilets, mattress | 3 dry holding cells, no water, stand/sit only, rotated at least once every 4 hrs | Several dry board hearing rooms | No other options |
| VSPW | Health Care Manager (A) Dr. D. Martin | 559-665-6100 X6864 | -------- | 20 | Never had this situation | 2 cells across from custody office | A4 regular cell next to nursing station | No other options |
| WSP | Chief Psychologist (A) Dr. Hearshman | 661-758-8400 X 5908, 5077 X5071 | 6 / 18 CTC | -------- | Never have needed a bed when no medical inmate-patient was appropriate for transfer | Treatment and Triage Area holding cells with sitting bench and toilet. | No other options | No other options |

# EXHIBIT

# M

# SUICIDE WATCH PROCEDURES QUESTIONNAIRE

Case 2:90-cv-00520-KJM-SCR    Document 1756-4    Filed 04/21/06    Page 15 of 53

Name: _____    CDC #: _____

Institution: _____  Housing Unit: _____  Housing Type:  GP  Ad Seg  SHU  PSU  Other_____

How Long at Current Prison: _____    Release Date: _____

Current Level of Care:    CCCMS        EOP        MHCB        DMH
- How long have you been at your current level of care? _____
- Were you previously at a different level?_____
- If **YES**, at which level?    CCCMS    EOP    DMH
- Have you ever been to a Department of Mental Health (DMH) facility while in prison? _____
- If **YES**, where and when?_____

## SUICIDE WATCH PROCEDURES

Have you recently reported feeling suicidal or having thoughts of harming yourself to either clinical or custodial staff?

_____

If **YES**, when? _____To whom did you report your feelings?_____

Were you seen by a clinical staff after you reported your feelings? _____ If **YES**, how long did you wait?_____

Were you placed on either **suicide observation** or **suicide watch**?_____

If **NO**, why? _____

If **YES**, were you placed on **suicide observation** or **suicide watch**? _____
Where were you held (type of housing and housing unit)?_____

Where you given the following:  Mattress: _____.  Gown:_____.  Blanket _____.  Other_____

Were you placed in a cell with **video monitoring**? _____

If **YES**, were you monitored periodically by staff?_____
If **YES**, which staff (custody or nursing):_____
**How often** were you seen? _____

If you were **NOT** placed in a cell with video monitoring, were you monitored by an officer outside your cell?

If your suicide watch was different, please describe:

_____
_____
_____

If you were placed on **suicide observation** or **suicide watch**, where you given a five day follow-up?

If **YES**, who came to check on you? _____

What questions were you asked? _____

If you were having thoughts of harming yourself again, would you request to be placed on suicide observation or suicide watch? _____

If **NO**, why not? _____

_____
_____

**HISTORY**

Have you ever attempted suicide? _____

     If **YES**, how many times? _____ Date of most recent attempt: _____

     Did you report feeling suicidal to staff? _____

     If **YES**, how did staff respond? _____

_____

_____

---

**CONSENT FORM**

Please sign and date the lines below if you agree to allow our office use your name and information with the Special Master of the *Coleman* case and the *Coleman* experts in our efforts to obtain a higher level of care for inmates who report suicidal ideation.

Our office **will not** use your name if you do not give your written consent, as described by Attorney-Client confidentiality laws.

Signature: _____ CDC #: _____ Date: _____

# EXHIBIT

# N

**CALIFORNIA STATE PRISON-SACRAMENTO**
**REPRESA, CALIFORNIA**

**PSYCHIATRIC OBSERVATION CELLS (ZZCELLS)**
**POST ORDER**

| | |
|---|---|
| **REVISED DATE:** | April 2005 |
| **DIVISION:** | Operations |
| **POSITION TITLE:** | Inmate Suicide Watch (ZZ cells) |
| **POST NUMBER:** | ISW 03 |
| **HOURS OF WORK:** | 1430 - 2230 |
| **RDO:** | NONE |
| **RELIEF NUMBER:** | NONE |
| **DIRECT SUPERVISION:** | 3/W A Program Sergeant |
| **INDIRECT SUPERVISION:** | A Facility Lieutenant |

**AREA OF RESPONSIBILITY:**

You are specifically responsible for providing constant coverage of the inmate on Suicide Watch.

**EMERGENCY RESPONSE:**

This post is not designated as part of the Alarm Response Team. Secure your area and standby for further instructions from your immediate supervisor.

Regardless of Alarm Response Team designation, the first on-site responder on the scene with a radio shall broadcast the circumstance of the emergency. The broadcast shall include, but is limited to:

- The type of incident.
- The number of inmates involved.
- The location of the incident.
- The assembly area.
- The initial assessment, determination, and request for a Code 1, 2, or 3 response.

**MEDICAL EMERGENCY RESPONSE:**

*Sound the Alarm* - Staff assigned a personal alarm are required to carry it upon their person at all times while on duty. Upon discovery of a medical emergency situation, **the staff member will first activate their personal alarm.** If an electronic personal alarm is not standard issue, an alarm would be sounded based upon existing local procedures; i.e., utilize institutional radio, blow whistle, institutional emergency telephone number, alert staff verbally, and request assistance, etc.

*Preservation of Life* - In medical emergency situations, the primary objective is to preserve life. During an emergency, the staff member shall note the time of discovery and

...nergency first aid.  The staff member shall control and observe the situation pending the arrival of ...sponding personnel.

Upon arrival of adequate responding staff, entry into the affected cell may be initiated without the presence of a supervisor.  Upon entry, staff shall assess the situation, neutralize the threat (e.g., remove noose from neck in attempted suicide situation, etc.), and initiate appropriate emergency first aid.  (Note: Cut Down Kits and Ambu Bags shall be maintained in all appropriately designated areas to assist in the application of emergency first aid.)  In any case, the supervisor shall immediately be notified after controlling their perceived threat.

*Preservation of Crime Scene & Property* - The secondary objective is to initiate procedures for evidence and crime scene preservation.  Upon arrival of a supervisor, provide a brief overview of the incident.  Involved staff members shall complete a clear and concise report documenting their knowledge of the incident.  Reports are to be submitted prior to completion of their shift, or as required by their immediate supervisor.  If applicable, the institution's Investigative Services Unit shall be contacted as soon as possible after the incident.  The final report must include an overview and timeline of the events as they occurred.

The on-duty Registered Nurse will report to the affected area immediately and provide on-site assessment and emergency medical treatment, including Cardiopulmonary Resuscitation when indicated.  Custody personnel shall not impede medical personnel's application of emergency medical treatment.  Designated medical personnel will notify the Medical Officer of the Day or On Call Physician.

## GENERAL DUTY STATEMENT:

You are charged with having knowledge of and enforcing facility, institutional, and departmental rules, policies, procedures, and regulations.  You will maintain order in and security of your assigned area of responsibility, immediately report unusual circumstances or breaches of security to your supervisor, apply inmate discipline to promote a socially desirable change in attitude and behavior, prepare for submission, concise, and complete reports in a timely manner, conduct yourself in a professional, courteous, ethical, and honest manner, and immediately comply with all instructions or orders, written or verbal, given to you by custodial supervisory personnel.

Report to work promptly at the time and place directed and do not leave your work assignment before completion of your scheduled shift, except with your supervisor's permission.  Report for duty wearing the approved uniform and in compliance with departmental grooming standards.  Remain alert at all times while on duty and do not engage in distractive behavior.

Post Orders will be read and signed by every employee prior to assuming the duties of this position for the first time and on a quarterly basis.

Be aware of and enforce the departmental smoking policy.

Authorized Uniform:  Class A, Class B, Jumpsuit.

## SPECIAL INSTRUCTIONS:

Counsel inmates regarding personal problems and minor rule infractions; prepare reports when necessary, and make referrals to other staff members as needed. All disciplinary reports will be submitted before leaving the institution.

Notify your immediate supervisor whenever an inmate in your area is injured. Get assistance quickly and have responding staff attend to his medical needs allowing you to maintain supervision of your area. Document the incident and submit it to your immediate supervisor.

Conduct special or emergency counts as directed (all counts will be called in to the Facility Control Booth.).

**NOTE:** Refer to Operational Procedure #129 Sections entitled "Training Requirements" and "Emergencies" for further instructions.

Keep your direct supervisor apprised of all emergencies and/or unusual occurrences.

It is your responsibility as an employee to fulfill the annual training requirements as mandated by the institution and the Department. This includes the attendance of all required classes as indicated by the In-Service Training Office.

## USE OF FORCE:

It is the policy of the Department of Corrections to accomplish the custodial and correctional functions with minimal reliance on the use of force. Employees may use reasonable force as required in the performance of their duties, but unnecessary or excessive force shall not be used.

Reasonable Force is defined as: "The force that an objective, trained and competent correctional employee, faced with similar facts and circumstances, would consider necessary and reasonable to subdue an attacker, overcome resistance, effect custody, or gain compliance with a lawful order.

The unresisted application of authorized restraint equipment is not considered to be a use of force.

Any use of force must be reported and documented as soon as it is safe and practical to do so. Any employees observing an inappropriate use of force shall attempt to stop the violation; in any case incidents of inappropriate use of force shall be immediately reported to the supervisor and followed with appropriate documentation.

    a.    Reporting Non-Deadly Force

        1.    An employee who uses or observes non-deadly force greater than verbal persuasion to overcome resistance or gain compliance with an order shall document that fact by preparing and submitting the applicable report. The report shall identify any witnesses to the incident and describe the circumstances giving rise to the use of force and the nature and extent of the force use.

ny instance of use of force shall be evaluated on the following:

a.    The extent of injury suffered.

b.    The need for the application of force.

The choices available to an employee when selecting a reasonable force option include but are not necessarily limited to:

a.    Verbal persuasion or orders.

b.    Physical strength and holds.

c.    Chemical agents and/or other immobilization devices.

d.    Handheld batons.

e.    Less-lethal weapons.

For the purposes of this policy, a "less-lethal weapon" includes the 37mm Launcher.

Your post is not issued lethal weapons.

## SE OF DEADLY FORCE:

Deadly Force is defined as that force which is likely to cause death or grave bodily injury or which creates some degree of risk that a reasonable and prudent person would consider likely to cause death or grave injury.

Deadly Force will **only** be used when it is the reasonable force needed to:

a.    Defend the employee or other persons from an immediate threat of death or great bodily injury.

b.    Prevent an escape.

c.    Stop acts such as riots or arson that constitute an immediate jeopardy to institutional security and because of their magnitude are likely to result in escapes or the death of other persons.

d.    Dispose of seriously injured or dangerous animals when no other disposition is practical.

A firearm shall not be discharged if there is reason to believe that persons other than the intended target may be injured.

b.    Reporting Deadly Force

1.    An employee who uses deadly force shall ensure that a supervisory employee is notified of the incident without delay.

Post Order #ISW 03

it is the Department's expectation that you continue to stress that deadly force is not intended to stop fistfights.

## CHRONOLOGICAL DUTIES:

1430  Report for duty in the ZZ cell Sallyport.  Receive briefing from previous officer on inmate's behavior and any other unusual occurrences.  Assume the Post ensuring you maintain constant surveillance of the inmate(s) located in the ZZ cells.  You may be required to maintain surveillance of up to two inmates at a time.  The cell light is to remain on the entire time the inmate is on Suicide Watch.  No exceptions.  The inmate is only allowed 3 security blankets and 1 security gown.  No other items are allowed in the cell (i.e. underwear, books, toothbrush, etc.).  If you need to leave the area for any reason, notify another officer and ensure the inmate(s) is constantly observed by staff.  An entry will be made every 15 minutes on the Patient Restraint Record for every inmate.

In case of an emergency within the cell, sound your personal alarm, blow your whistle or verbally notify available staff of the situation while maintaining surveillance of the inmate.  Do not enter the cell until you have a proper number of staff.  If time permits, wait for a supervisor before entering.

Remember, it is your job to ensure the inmate you are assigned to watch does not harm himself.  To do this means maintaining a constant surveillance of him and refraining from distracting behavior.

2230  Off Duty.  Do not leave your post until properly relieved.

Approved by: _____
S. J. VANCE
Facility Captain
PSU/EOP/OHU/CTC

Approved by: _____
M. MARTEL
Correctional Captain
Central Services

SJV:dms

# EXHIBIT

# O



# MTA CHAPTER

August 3, 2005

To:    Williams, M.D.
        Health Care Manager
        Mule Creek State Prison

        Roseanne Campbell
        Warden
        Mule Creek State Prison

Re:    INMATE-PATIENTS PLACEMENT ON SUICIDE WATCH
        IN NON-MEDICAL AREAS

This letter is official notice to your facility regarding the placement of inmate-patients housed in non-medical (Ad-Seg) areas. These inmate-patients have been diagnosed by a Physician to be in need of a <u>mental health crisis bed</u>. In addition the Physician has also ordered that these patients be placed on a suicide watch.

Your institutions crisis bed unit (CTC) is at maximum capacity and has no other available beds. The obvious steps to be taken; is relocation of medical patients housed in medical beds to other/outside facilities since the CDCR has no outside mental health bed contracts. However, instead your administration has decided to place these inmate-patients in the administrative segregation unit. Therefore, you have inmate-patients diagnosed to be in a <u>mental health crisis</u>, housed instead in a lock-up unit, which is used for inmates who are a threat to the safety and security of institution. There have been as many as 2 to 6 <u>inmate-patients</u> at any given time, housed in your lock- up unit (Ad-seg) in the past two weeks.

Your administration has also written a local policy which states that nursing staff will only make rounds on these mental health <u>crisis</u> patients, once every eight (8) hours. Unless of course a Physician requests medical staff to make rounds more frequently.

There is an assigned correctional officer on a 24 hour basis watching the inmate-patient, though they have very little if any training in the care of mentally ill patients.

If a Physician and Surgeon has written an order that a patient is in need of a mental health crisis bed, it is painfully obvious that reasonable nursing observation by medical staff would be appropriate. I would recommend a minimum of ½ hour or hourly checks by nursing personnel of these inmate-patients.

It is your administration's position that though this patient has been properly diagnosed, and is in need of a crisis bed and a Physician's suicide and a Physician's suicide watch order has been written; patient observation by medical(*nurses*) staff is only needed every eight (8) hours. There is no nursing documentation (*nursing notes*), which is the expected standard of care for this type of diagnosis.

It appears that your office **may not** be providing constitutional/community standard level of care for these inmate-patients. In addition, the actions of your administration have placed an inappropriate liability and burden on correctional officers. These officers, without the immediate availability of medical staff, now must decide when these inmate-patients in mental health crisis should be seen by a nurse or physician. These officers have only received minimal training, **if any**, in dealing with mental health patients.

CCPOA is in dispute with your administration's actions and written policy on this issue. It is my belief that MCSP administration may not be in **100%** compliance of the U.S. District Court (Northern District) order. I have had exhaustive conversations with your Warden's office and other departmental officials regarding this issue, with poor results. It should be expected that CCPOA may pursue all available venues to resolve these concerns. If you have any questions regarding this letter please give me a call (209-471-3781).



E. Latimore
MTA Chapter President
Statewide
CCPOA


cc:    Asst. Director, Institutions Division, CDC
       U.S. District Court (Northern District)
       Director, HCSD
       Plata, Court Monitoring Expert (CME)
       MCSP, CCPOA Chapter President

Page 2

# EXHIBIT

# P

U.S. Department of Justice
Office of Justice Programs



## Bureau of Justice Statistics
# Special Report

August 2005, NCJ 210036

# Suicide and Homicide in State Prisons and Local Jails

By Christopher J. Mumola
*BJS Policy Analyst*

Data from new Bureau of Justice Statistics (BJS) data collections offer the first opportunity to analyze the personal characteristics, current offenses, and environmental factors surrounding inmate deaths in local jails and State prisons nationwide.

To implement the Death in Custody Reporting Act of 2000 (PL 106-297), BJS began collecting inmate death records from all local jails in 2000 and expanded reporting to include State prisons in 2001. In this first report from the Deaths in Custody Reporting Program, data from 2000 to 2002 highlight inmate and facility characteristics related to high risks of suicide and homicide.

Jail suicide rates declined steadily from 129 per 100,000 inmates in 1983 to 47 per 100,000 in 2002. In 1983 suicide accounted for the majority of jail deaths (56%), but by 2002, the most common cause of jail deaths was natural causes (including AIDS) (52%), well ahead of suicides (32%). Suicide rates in State prison fell from 34 per 100,000 in 1980 to 16 per 100,000 in 1990, and have since stabilized.

State prison homicide rates dipped sharply from 1980 (54 per 100,000) to 1990 (8 per 100,000). By 2002 prison homicide rates had declined further, down to 4 per 100,000. Homicide rates in local jails were more stable, declining slightly from 5 per 100,000 in 1983 to 3 per 100,000 in 2002.

## Highlights

| Cause | Local jail inmate deaths | | | | State prison inmate deaths | | |
|---|---|---|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2000-02 percent | 2001 | 2002 | 2001-02 percent |
| All causes | 912 | 953 | 978 | 100% | 2,878 | 2,946 | 100% |
| Illness | 462 | 432 | 459 | 47.6% | 2,304 | 2,379 | 80.4% |
| AIDS | 60 | 59 | 50 | 5.9 | 270 | 245 | 8.8 |
| Suicide | 289 | 315 | 314 | 32.3 | 169 | 168 | 5.8 |
| Homicide | 17 | 22 | 20 | 2.1 | 39 | 48 | 1.5 |
| Accident | 25 | 35 | 35 | 3.3 | 23 | 31 | 0.9 |
| Intoxication | 37 | 58 | 54 | 5.2 | 35 | 37 | 1.2 |
| Other/unknown | 22 | 32 | 46 | 3.6 | 38 | 38 | 1.3 |

**State prison, local jail suicide rates have fallen sharply since the 1980's**



Suicides per 100,000 inmates

- In 2002 the suicide rate in local jails (47 per 100,000 inmates) was over 3 times the rate in State prisons (14 per 100,000 inmates).

- The suicide rate in the Nation's 50 largest jail systems (29 per 100,000 inmates) was half that of other jails (57 per 100,000).

- Violent offenders in both local jails (92 per 100,000) and State prisons (19 per 100,000) had suicide rates over twice as high as those of nonviolent offenders (31 and 9 per 100,000 respectively).

**Homicide rates in State prisons dropped 93% from 1980 to 2002**



Homicides per 100,000 inmates

- Homicide rates were similar in local jails (3 per 100,000) and State prisons (4 per 100,000).

- 67% of homicide victims in State prisons had served at least 2 years; 37% had served 5 years.

- Violent offenders were the victims of most State prison homicides (61%), and their jail homicide rate (5 per 100,000) was over twice that of nonviolent offenders (2 per 100,000).

## The Death in Custody Reporting Act of 2000

The passage of the Death in Custody Reporting Act of 2000 (DICRA, PL 106-297) dramatically altered programs collecting data on inmate deaths. Prior to the act, BJS conducted annual counts of State prisoner deaths. Counts of jail inmate deaths were collected in the Census of Jails, which is conducted every 5 or 6 years. For both populations, death counts were obtained by gender and by general cause categories, such as illness/natural causes, AIDS, suicide, and homicide. These aggregate counts of deaths did not allow for analysis of individual death cases.

DICRA was attached as a grant requirement of the Violent Offender Incarceration and Truth-in-Sentencing (VOI/TIS) incentive grant program. Beginning in 1996, these grants provided over $2.5 billion to all 50 States and U.S. Territories for expanding prison capacity to house violent offenders for longer periods. Each State receiving VOI/TIS funds was required under DICRA to report:

"on a quarterly basis, information regarding the death of any person who is in the process of arrest, is en route to be incarcerated, or is incarcerated at a municipal or county jail, State prison, or other local or State correctional facility (including any juvenile facility) that, at a minimum, includes —

(A) the name, gender, race, ethnicity, and age of the deceased;
(B) the date, time, and location of death; and
(C) a brief description of the circumstances surrounding the death."

BJS developed a new series of collections to meet the mandates of the act. Aggregate counts of deaths were replaced by detailed, individual inmate death records, collected every 3 months from over 3,000 jail jurisdictions, 50 State prison systems, juvenile correctional authorities in all 50 States, and roughly 18,000 State and local law enforcement agencies nationwide. These new data collections were phased in over 4 years, with local jails reporting in 2000, followed by State prisons in 2001 and State juvenile authorities in 2002. A network of statewide law enforcement reporters began submitting arrest-related death records to BJS in 2003.

With these new collections, BJS has enhanced both the frequency and scope of its data on inmate mortality. Among other improvements, BJS now collects information on specific medical causes of death, as determined by a coroner or medical examiner. BJS replaced a general category of "illness/natural causes," with specific categories of medical conditions related to mortality, such as cancer, heart disease, and hepatitis C. A detailed analysis of these fatal medical conditions will be the focus of the next report from this data collection series.

## Long term trends show steep declines in rates of State prisoner homicide and local jail inmate suicide

Over the past two decades, State prison and local jail inmate mortality rates have displayed some dynamic changes. Suicide was the leading cause of death among jail inmates in 1983 (129 per 100,000 inmates); by 1993 that rate had been cut by more than half (54 per 100,000 inmates), and illness/natural cause (67 per 100,000) had become the most common cause of jail deaths. By 2002 the jail suicide rate (47 per 100,000) had fallen to nearly a third of the 1983 rate. Rates of death from AIDS-related causes in jails also declined; the 2002 rate (8 per 100,000) was less than half of the 1988 rate (20 per 100,000). As a result of these reductions, the overall mortality rate in local jails dropped 37% between 1983 and 2002.

State prison suicide rates have historically been much lower than those of jails, but these also dropped sharply from 34 per 100,000 in 1980 to 14 per 100,000 inmates in 2002. Even more dramatic was the decline in homicide deaths, from 54 per 100,000 inmates in 1980 to 8 per 100,000 inmates in 1990, and to 4 per 100,000 inmates in 2002. With the introduction of new therapies during the 1990's, AIDS-related mortality rates in State prison fell rapidly from 100 per 100,000 inmates in 1995 to 15 per 100,000 inmates 5 years later. Overall State prisoner mortality rates have grown slightly (6%) since 1980, mostly due to illness/natural causes (up 40% since 1980).

| | Local jail inmate mortality rate, per 100,000 inmates | | | | |
| Year | All causes | Illness/ natural cause | AIDS | Suicide | Homicide |
|---|---|---|---|---|---|
| 2002 | 147 | 69 | 8 | 47 | 3 |
| 2001 | 151 | 68 | 9 | 50 | 3 |
| 2000 | 147 | 74 | 10 | 47 | 3 |
| 1999 | 154 | 64 | 13 | 54 | 5 |
| 1993 | 149 | 67 | 15 | 54 | 5 |
| 1988 | 199 | 82 | 20 | 85 | 3 |
| 1983 | 232 | 88 | -- | 129 | 5 |

Note: Mortality rates are based on average daily population for each year. Data on deaths for 1983-99 are from the Census of Jails; data from 2000-02 are from the Deaths in Custody data series.
-- Not available.

| | State prison inmate mortality rate, per 100,000 inmates | | | | |
| Year | All causes* | Illness/ natural cause | AIDS | Suicide | Homicide |
|---|---|---|---|---|---|
| 2002 | 246 | 198 | 20 | 14 | 4 |
| 2001 | 242 | 194 | 23 | 14 | 3 |
| 2000 | 238 | 190 | 15 | 16 | 5 |
| 1995 | 308 | 165 | 100 | 16 | 5 |
| 1990 | 228 | 187 | -- | 16 | 9 |
| 1985 | 239 | 163 | -- | 26 | 24 |
| 1980 | 233 | 141 | -- | 34 | 54 |

Note: Mortality rates for 1980-2000 are based on death counts of sentenced prisoners and the December 31 jurisdiction population as collected in the National Prisoner Statistics (NPS) program. Rates for 2001-02 are based on counts from the Deaths in Custody Reporting Program and the NPS June 30 custody population count.
*Excludes executions.        -- Not available.

**Table 1. State prison jurisdictions: Number of prisoner deaths, suicides, and homicides, and mortality rates, per 100,000 prisoners in custody, 2001-02**

| Region and jurisdiction | Number of prisoner deaths, 2001-02 | | | Average annual mortality rate (2001-02) per 100,000 prisoners held at midyear | | |
|---|---|---|---|---|---|---|
| | All causes | Suicide | Homicide | All causes | Suicide | Homicide |
| U.S. total* | 5,815 | 337 | 87 | 244 | 14 | 4 |
| **Northeast** | 887 | 46 | 5 | 257 | 13 | 1 |
| Connecticut | 60 | 9 | 0 | 162 | 24 | 1 |
| Maine | 13 | 1 | 0 | 370 | 28 | 0 |
| Massachusetts | 49 | 3 | 0 | 239 | 15 | 0 |
| New Hampshire | 11 | 0 | 0 | 224 | 0 | 0 |
| New Jersey | 129 | 3 | 0 | 225 | 5 | 0 |
| New York | 360 | 21 | 3 | 264 | 15 | 2 |
| Pennsylvania | 248 | 6 | 2 | 327 | 8 | 3 |
| Rhode Island | 11 | 2 | 0 | 155 | 28 | 0 |
| Vermont | 6 | 1 | 0 | 217 | 36 | 0 |
| **Midwest** | 1,057 | 77 | 11 | 221 | 16 | 2 |
| Illinois | 158 | 20 | 2 | 178 | 22 | 2 |
| Indiana | 97 | 6 | 3 | 246 | 15 | 8 |
| Iowa | 20 | 3 | 0 | 123 | 18 | 0 |
| Kansas | 43 | 4 | 0 | 248 | 23 | 0 |
| Michigan | 227 | 11 | 1 | 231 | 11 | 1 |
| Minnesota | 28 | 2 | 0 | 215 | 15 | 0 |
| Missouri | 122 | 6 | 1 | 210 | 11 | 2 |
| Nebraska | 15 | 0 | 0 | 190 | 0 | 0 |
| North Dakota | 4 | 0 | 0 | 192 | 0 | 0 |
| Ohio | 229 | 8 | 2 | 254 | 9 | 2 |
| South Dakota | 15 | 4 | 2 | 262 | 71 | 34 |
| Wisconsin | 99 | 13 | 0 | 245 | 32 | 0 |
| **South** | 2,717 | 121 | 40 | 267 | 12 | 4 |
| Alabama | 172 | 2 | 1 | 342 | 4 | 2 |
| Arkansas | 73 | 8 | 2 | 322 | 36 | 9 |
| Delaware | 31 | 4 | 0 | 222 | 28 | 0 |
| Florida | 365 | 11 | 3 | 251 | 8 | 2 |
| Georgia | 199 | 10 | 4 | 217 | 11 | 4 |
| Kentucky | 77 | 1 | 1 | 325 | 4 | 4 |
| Louisiana | 150 | 2 | 0 | 381 | 5 | 0 |
| Maryland | 141 | 13 | 6 | 293 | 27 | 12 |
| Mississippi | 69 | 2 | 0 | 228 | 7 | 0 |
| North Carolina | 128 | 8 | 2 | 197 | 12 | 3 |
| Oklahoma | 115 | 2 | 4 | 260 | 5 | 9 |
| South Carolina | 116 | 2 | 3 | 267 | 5 | 7 |
| Tennessee | 112 | 2 | 3 | 317 | 6 | 8 |
| Texas | 804 | 49 | 10 | 273 | 17 | 3 |
| Virginia | 140 | 4 | 1 | 227 | 6 | 2 |
| West Virginia | 25 | 1 | 0 | 357 | 14 | 0 |
| **West** | 1,154 | 93 | 31 | 213 | 17 | 6 |
| Alaska | 22 | 3 | 0 | 263 | 36 | 0 |
| Arizona | 139 | 6 | 1 | 247 | 11 | 2 |
| California | 625 | 52 | 21 | 196 | 16 | 7 |
| Colorado | 94 | 5 | 2 | 268 | 14 | 6 |
| Hawaii | 20 | 2 | 0 | 195 | 19 | 0 |
| Idaho | 26 | 3 | 0 | 243 | 28 | 0 |
| Montana | 11 | 1 | 0 | 199 | 19 | 0 |
| Nevada | 52 | 3 | 2 | 260 | 15 | 10 |
| New Mexico | 26 | 4 | 2 | 221 | 34 | 17 |
| Oregon | 57 | 5 | 0 | 259 | 23 | 0 |
| Utah | 14 | 4 | 1 | 170 | 49 | 12 |
| Washington | 60 | 4 | 2 | 192 | 13 | 6 |
| Wyoming | 8 | 1 | 0 | 260 | 33 | 0 |

Note: All mortality rates are calculated based on custody populations for June 30.
*Excludes 9 total prisoner deaths reported by the District of Columbia in 2001. None of the 9 deaths was a suicide or homicide. The District of Columbia transferred all prisoner custody operations to the Federal Bureau of Prisons during 2001.

**Nationwide, 337 State prisoners committed suicide during 2001-02**

Suicide and homicide accounted for a combined 7% of all State prisoner deaths during 2001-02 (table 1). The average annual suicide rate of State prisoners (14 suicides per 100,000 prisoners) was a third of that of local jail inmates (48).

Prison suicide rates showed wide variation at the State level. New Hampshire, Nebraska, and North Dakota all reported no suicide deaths during the 2-year period. Another six States had suicide rates of 5 per 100,000 prisoners or lower. Thirteen States had suicide rates of at least 25 per 100,000 prisoners, led by South Dakota (71), Utah (49), Vermont, Alaska, and Arkansas (each with 36).

In most State prison systems, suicides were rare events. Only 9 States reported as many as 10 prisoner suicides during this period, with 42% of all suicides taking place in four States. California (52), Texas (49), New York (21), and Illinois (20) reported 142 of the Nation's 337 State prisoner suicides. About half of all States (24) recorded 3 or fewer suicides.

**87 State prisoners became victims of homicide over 2 years**

Most States did not have any prisoner homicides in the course of a year. During 2001, 31 States reported no prison homicides; 29 States did not report a homicide during 2002. Three States reported 43% of all homicides — California (21), Texas (10), and Maryland (6). No other State reported more than 5 homicides during 2001-02.

Homicide rates were low in most States, and 5 had a rate of at least 10 homicides per 100,000 prisoners, led by South Dakota (34) and New Mexico (17). However, even in these 5 States, a combined total of 13 homicides were reported over 2 years.

**Table 2. The 50 largest jail jurisdictions: Number of inmate deaths and suicides and mortality rates per 100,000 inmates, 2000-02**

| Jurisdiction | Number of inmate deaths, 2000-02 | | Average annual mortality rate, 2000-02 | | | |
|---|---|---|---|---|---|---|
| | | | Per 100,000 inmates — average daily population | | Per 100,000 inmates — at risk[a] | |
| | All causes | Suicide | All causes | Suicide | All causes | Suicide |
| Total | 1,037 | 180 | 167 | 29 | 11 | 2 |
| Los Angeles, CA | 105 | 12 | 180 | 21 | 19 | 2 |
| New York City, NY | 99 | 9 | 224 | 20 | 27 | 3 |
| Cook County, IL | 48 | 3 | 157 | 10 | 15 | 1 |
| Maricopa County, AZ | 31 | 10 | 141 | 45 | 8 | 3 |
| Philadelphia City, PA | 41 | 6 | 198 | 29 | 33 | 5 |
| Dade County, FL | 46 | 3 | 231 | 16 | 14 | 1 |
| Harris County, TX | 52 | 7 | 243 | 32 | 15 | 2 |
| Dallas County, TX | 29 | 7 | 145 | 34 | 9 | 2 |
| Orleans Parish, LA | 14 | 2 | 77 | 10 | 6 | 1 |
| Broward County, FL | 29 | 3 | 200 | 21 | 13 | 1 |
| San Bernardino County, CA | 14 | 5 | 92 | 33 | 5 | 2 |
| San Diego County, CA | 23 | 6 | 153 | 39 | 8 | 2 |
| Shelby County, TN | 22 | 0 | 140 | 0 | 8 | 0 |
| Orange County, CA | 6 | 1 | 42 | 7 | 11 | 0 |
| Santa Clara County, CA | 14 | 5 | 115 | 40 | 3 | 1 |
| Alameda County, CA | 29 | 4 | 242 | 34 | 17 | 2 |
| Orange County, FL | 15 | 1 | 124 | 8 | 8 | 1 |
| Bexar County, TX | 26 | 2 | 245 | 20 | 12 | 1 |
| Baltimore City, MD | 39 | 9 | 381 | 88 | 27 | 6 |
| Hillsborough County, FL | 16 | 4 | 156 | 39 | 8 | 2 |
| Sacramento County, CA | 20 | 8 | 206 | 81 | 11 | 4 |
| Riverside County, CA | 8 | 4 | 92 | 46 | 5 | 3 |
| Tarrant County, TX | 10 | 2 | 92 | 18 | 6 | 1 |
| Milwaukee County, WI | 7 | 0 | 70 | 0 | 3 | 0 |
| Jacksonville City, FL | 30 | 3 | 341 | 35 | 20 | 2 |
| Pinellas County, FL | 14 | 2 | 174 | 26 | 10 | 1 |
| Davidson County, TN | 24 | 2 | 291 | 25 | 21 | 2 |
| Clark County, NV | 21 | 8 | 279 | 107 | 8 | 3 |
| Fulton County, GA | 9 | 3 | 105 | 35 | 9 | 3 |
| King County, WA[b] | 3 | 0 | 55 | 0 | 3 | 0 |
| Wayne County, MI | 17 | 8 | 208 | 97 | 13 | 6 |
| DeKalb County, GA | 7 | 0 | 78 | 0 | 6 | 0 |
| Palm Beach County, FL | 13 | 0 | 176 | 0 | 7 | 0 |
| Kern County, CA | 8 | 4 | 103 | 51 | 7 | 3 |
| Travis County, TX[c] | 11 | 2 | 141 | 26 | 7 | 1 |
| Franklin County, OH | 10 | 4 | 142 | 55 | 7 | 3 |
| Allegheny County, PA | 16 | 6 | 208 | 80 | 17 | 6 |
| Marion County, IN | 16 | 2 | 218 | 27 | 14 | 2 |
| Essex County, NJ | 12 | 1 | 180 | 14 | 16 | 1 |
| Suffolk County, MA[d] | 2 | 0 | 29 | 0 | 4 | 0 |
| El Paso County, TX | 10 | 2 | 154 | 33 | 9 | 2 |
| Fresno County, CA | 14 | 3 | 205 | 44 | 11 | 2 |
| Oklahoma County, OK | 7 | 3 | 119 | 51 | 5 | 2 |
| Cobb County, GA | 5 | 3 | 77 | 47 | 4 | 3 |
| Cuyahoga County, OH | 7 | 1 | 116 | 17 | 7 | 1 |
| Hamilton County, OH | 11 | 5 | 182 | 83 | 8 | 4 |
| Hudson County, NJ | 11 | 1 | 200 | 17 | 8 | 4 |
| San Francisco City/Co., CA | 9 | 4 | 154 | 73 | 23 | 2 |
| York County, PA | 4 | 0 | 73 | 0 | 6 | 3 |
| Mecklenburg County, NC | 3 | 0 | 52 | 0 | 10 | 0 |

Note: A specified cause of death was not provided for 6 deaths reported in 2000 (5 from New York City and 1 from Marion County), 11 deaths in 2001 (2 each from Bexar County and Jacksonville City, 1 each from Orleans Parish, Broward, San Diego, Hillsborough, Tarrant, Clark, and Suffolk counties), and 10 deaths in 2002 (2 from Alameda County, and 1 each from Dade, Broward, Bexar, Hillsborough, Milwaukee, King, Franklin, and Hamilton counties).
[a]The at-risk jail population combines the January 1 count with the number of annual admissions.
[b]King County data include only the years 2001-02.
[c]Travis County data for 2002 exclude the Travis County Substance Abuse Treatment Facility.
[d]Suffolk County data for 2000 exclude the Suffolk County House of Corrections.

## Suicide rate in the Nation's 50 largest jail jurisdictions half that of all other jails

There are over 3,300 local jails operated by county and municipal jurisdictions nationwide. Jails typically hold unsentenced offenders, those sentenced to less than a year, and offenders sentenced to longer terms who are awaiting transfer to State prison. As a result, almost every State prisoner has been through a period of jail confinement.

Over a 3-year period (2000-02), the Nation's 50 largest jail jurisdictions reported a total of 1,037 deaths from all causes (table 2). This death count represented a higher overall mortality rate (167 per 100,000 inmates in the average daily population) than other jails (140 per 100,000).

Mortality rates varied widely among the top 50 jurisdictions. Twelve of these 50 jurisdictions had overall mortality rates of fewer than 100 deaths per 100,000 inmates, led by Suffolk County, Massachusetts (29), Orange County, California (42), and Mecklenburg County, North Carolina (52). Another 16 of the top 50 jurisdictions had rates of 200 or more deaths per 100,000 inmates, led by Baltimore City, Maryland (381), Jacksonville City, Florida (341), and Davidson County, Tennessee (291).

The 50 largest jail jurisdictions collectively had a comparatively low prevalence of suicide. Inmate suicides accounted for 17% of all deaths in these 50 largest jurisdictions but were the cause of 41% of the deaths in all other jails. The suicide rate of the 50 largest jurisdictions (29 per 100,000) was half that of all other jails (57).

Eight of the top 50 jurisdictions reported no suicides during 2000-02, and another 4 jurisdictions had a suicide rate of 10 per 100,000 or less. Ten of these jurisdictions also had suicide rates of at least 50 per 100,000 inmates, led by Clark County, Nevada (107), Wayne County, Michigan (97), and Baltimore City, Maryland (88).

**During 2002 the Nation's smallest jails had a suicide rate 5 times that of the largest jails**

On an average day in 2002, over 40% of the nation's jails housed fewer than 50 inmates, while 2% of all jails held at least 1,500 inmates. Rates of inmate suicide were closely related to jail size, with the smallest facilities recording the highest suicide rates.

| Number of inmates in jail | Local jail mortality rate, per 100,000 inmates, 2002 | |
|---|---|---|
| | All causes | Suicide |
| Total | 147 | 47 |
| Fewer than 50 | 313 | 177 |
| 50-99 | 159 | 77 |
| 100-149 | 120 | 50 |
| 150-249 | 107 | 48 |
| 250-499 | 124 | 53 |
| 500-999 | 102 | 33 |
| 1,000-1,499 | 133 | 43 |
| 1,500-1,999 | 150 | 32 |
| 2,000 or more | 173 | 32 |

Note: Mortality rates are based on average daily population (ADP) during the calendar year; table excludes 47 jail facilities, which did not report valid ADP data.

The Nation's largest jail facilities recorded the lowest suicide rates (32 per 100,000 inmates). The suicide rate rose steadily as jail size decreased and was over 5 times higher (177 per 100,000) in jails holding fewer than 50 inmates. However, given their small populations, these jails accounted for 14% of all jail suicides.

**Jail suicide rates drop by over 90% when based on "at-risk" population**

BJS has usually based jail mortality rates on the average daily population of inmates (an ADP of under 700,000). A more sensitive measure of jail mortality would reflect the far larger number of persons admitted into these facilities over the entire year (nearly 13 million). All of these persons admitted are at risk of dying while held in jail.

Past attempts to collect admission data for a whole year were unsuccessful, because many jail information systems do not keep cumulative counts of admissions. As part of the new Deaths in Custody records, BJS collected annual admission data, which can be used to calculate an at-risk measure of mortality for the Nation's largest jails.

While the 50 jurisdictions had an average daily population of 207,471 over the 3-year period, these same jails had an average of 2,827,133 admissions each year. As a result, the at-risk mortality rates of these jurisdictions are far lower. The ADP rate of overall mortality in the top 50 jurisdictions (167 per 100,000) was 15 times the at-risk rate (11). The ADP-based suicide rate for these 50 jurisdictions (29 per 100,000) was 14 times the at-risk suicide rate for these facilities (2 per 100,000).

**Males and white inmates had the highest rates of suicide in jails**

Among local jail inmates, mortality rates varied across demographic subgroups (table 3). In terms of deaths from all causes, male inmates had a higher death rate (150 per 100,000 inmates) than females (130). Gender was a stronger factor in suicide rates: males (50 per 100,000) were 56% more likely to commit suicide than female jail inmates (32). The homicide rate of male jail inmates was low (3 per 100,000) and female inmates did not experience a single homicide during 2000-02.

The most common cause of death among jail inmates was illness (48% of all jail deaths during 2000-02). As a result, the overall mortality rates of jail inmates steadily rose with age. Among jail inmates age 18-24, the mortality rate was 60 per 100,000; this rate was 3 times higher for inmates age 35-44 (179), and over 11 times higher for inmates age 55 or older (694). The only exception to this pattern was the death rate of jail inmates under age 18 (138 per 100,000), who made up less than 2% of all jail deaths.

Jail suicide rates also increased with inmate age. Inmates age 18-24 were the least likely to commit suicide (38 suicides per 100,000 inmates); this rate increased 24% for inmates age 25-34 (47), and 39% for inmates age 35-44 (53). The oldest inmates, age 55 or older, had the highest rate of suicide (58 per 100,000) among adult inmates.

The youngest jail inmates were the exception to this pattern; jail inmates under 18 had the highest suicide rate in local jails (101 per 100,000). Given their relatively small numbers, inmates under the age of 18 committed 35 of the 918 jail suicides recorded nation-wide over 3 years.

**Table 3. Local jail and State prison inmate mortality rates, per 100,000 inmates, by selected characteristics**

| | Average annual mortality rate, per 100,000 inmates | | | | | |
|---|---|---|---|---|---|---|
| | Local jail inmates, 2000-02 | | | State prison inmates, 2001-02 | | |
| Characteristic | All causes | Suicide | Homicide | All causes | Suicide | Homicide |
| **All inmates** | 148 | 48 | 3 | 244 | 14 | 4 |
| **Gender** | | | | | | |
| Male | 150 | 50 | 3 | 251 | 14 | 4 |
| Female | 130 | 32 | 0 | 140 | 10 | 0 |
| **Age** | | | | | | |
| Under 18 | 138 | 101 | 0 | 52 | 52 | 0 |
| 18-24 | 60 | 38 | 3 | 34 | 14 | 3 |
| 25-34 | 99 | 47 | 2 | 63 | 14 | 3 |
| 35-44 | 179 | 53 | 4 | 182 | 14 | 4 |
| 45-54 | 349 | 52 | 7 | 571 | 13 | 3 |
| 55 or older | 694 | 58 | 0 | 2,019 | 13 | 4 |
| **Race/Hispanic origin** | | | | | | |
| White, non-Hispanic | 219 | 96 | 3 | 327 | 22 | 5 |
| Black, non-Hispanic | 118 | 16 | 3 | 207 | 8 | 2 |
| Hispanic | 98 | 30 | 3 | 243 | 18 | 7 |

Note: Jail inmate mortality rates are per 100,000 inmates held, based on average daily population (ADP). Inmate populations of various demographic subgroups are estimates based on the Annual Survey of Jails and the 2002 Survey of Inmates in Local Jails. State prison rates are per 100,000 inmates held in custody on June 30. Prisoner demographic subgroups are estimates based on the June 30 National Prisoner Statistics custody counts and demographic data from the National Corrections Reporting Program.

Inmate age did not have any clear relationship to jail homicide rates, which were no higher than 7 per 100,000 inmates for all age groups. Both the youngest (under 18) and oldest (55 or older) inmates had no homicide deaths during 2000-02.

**White jail inmates 6 times more likely to commit suicide than black inmates and 3 times more likely than Hispanic inmates**

Mortality rates displayed substantial differences by race and ethnicity. Death rates from all causes for both black (118 per 100,000 inmates) and Hispanic (98) jail inmates were at least 20% below the overall jail inmate mortality rate (148). But the death rate of white jail inmates (219 per 100,000) was 86% higher than that of black inmates and over twice as high as the rate for Hispanic inmates.

Differences across racial/ethnic categories were more pronounced in jail inmate suicide rates. The suicide rate of white jail inmates (96 per 100,000 inmates) was more than triple that of Hispanic inmates (30) and was 6 times the suicide rate for black inmates (16). White inmates accounted for nearly three-quarters of all jail inmate suicides during 2000-02.

Unlike the overall mortality and suicide rates, homicide rates were not related to race/ethnicity. White, black and Hispanic jail inmates were all equally likely to be victims of a homicide (3 deaths per 100,000 inmates).

**State prisoners age 45 or older made up 17% of inmates but 66% of deaths**

Just as in local jails, male State prisoners had higher overall mortality rates than female prisoners. While this difference was modest in local jails (the male death rate was 15% higher), males (251 deaths per 100,000 prisoners) were 79% more likely than females (140) to die in State prison during 2001-02.

In contrast, male and female suicide rates in State prisons were similar (14 suicides per 100,000 males, compared to 10 per 100,000 females). In local jails men were over 50% more likely than women to commit suicide.

The increase in mortality rates seen in older jail inmates was also evident among older State prisoners. The overall death rate was lowest for State prisoners age 18-24 (34 per 100,000). The death rate was over 5 times higher for State prisoners age 35-44 (182) and nearly 17 times higher for prisoners age 45-54 (571). The mortality rate of the oldest prisoners, age 55 or older, was highest (2,019 – or 59 times higher than the rate for prisoners age 18-24).

Deaths attributed to "illness/natural cause" made up 80% of all State prison deaths reported during 2001-02. Two-thirds of all State prison deaths involved inmates age 45 or older, though such inmates represented 17% of all State prisoners held during 2001-02.

| | Number of inmate deaths | |
|---|---|---|
| Inmate age | Local jails, 2000-02 | State prisons, 2001-02 |
| All inmates* | 2,834 | 5,818 |
| Under 18 | 48 | 3 |
| 18-24 | 323 | 149 |
| 25-34 | 609 | 507 |
| 35-44 | 896 | 1,323 |
| 45-54 | 667 | 1,809 |
| 55 or older | 291 | 2,027 |

*Excludes 9 jail inmates and 6 State prisoners whose ages were not reported.

Despite the close relationship between age and the overall mortality rates in State prison, inmate age was not related to suicide rates. State prisoner suicide rates ranged from 13 to 14 suicides per 100,000 prisoners for every age group over 18. The suicide rate of State prisoners under 18 was 4 times higher (52 per 100,000), but this age group accounted for less than 0.3% of State prisoners and had 3 suicides nationwide over 2 years. By comparison, 116 prisoners age 25-34 committed suicide during 2001-02.

Age also showed no relationship to State prison homicide rates, with all age groups over age 18 recording a homicide rate of either 3 or 4 per 100,000 inmates. No reported homicides involved State prisoners under age 18 during 2001-02.

**Black inmates had the lowest suicide and homicide rates in State prisons**

As in local jails, white inmates had the highest overall mortality rate (327 deaths per 100,000 prisoners). While the mortality rate of white jail inmates was 86% higher than that of blacks and 123% higher than that of Hispanics, the differences in State prison were smaller. White State prisoners were 35% more likely than Hispanic inmates (243 per 100,000) and 58% more likely than black prisoners (207) to die during 2001-02.

White inmates had the highest suicide rate of all State prisoners (22 suicides per 100,000 inmates). This rate was 22% higher than the Hispanic suicide rate (18 per 100,000). By comparison, white inmates in local jails were 3 times more likely than Hispanics to commit suicide. Black inmates had the lowest suicide rate of all State prisoners (8 per 100,000). Blacks were about a third as likely as whites to commit suicide in State prison and less than half as likely as Hispanics.

Homicide rates were less than 10 per 100,000 State prisoners for all racial/ethnic groups during 2001-02. Hispanic inmates were the most likely to be killed in State prisons (7 homicides per 100,000 inmates), which was over 3 times the homicide rate of black inmates (2 per 100,000). The homicide rate for white inmates (5) almost matched the rate for all State prisoners (4).

**Violent offenders committed suicide at nearly triple the rate of nonviolent offenders in jails**

The death rate of violent offenders in local jails (212 per 100,000) was 75% higher than that of nonviolent offenders (121), but this difference was larger in cases of suicide (table 4).

The suicide rate of violent jail inmates (92 per 100,000) was nearly triple that of nonviolent offenders (31). Kidnaping offenders had the highest suicide rate (275), followed by those inmates held for rape (252) or homicide (182).

| Current offense | All causes | Suicide | Homicide |
|---|---|---|---|
| | Average annual mortality rate, per 100,000 local jail inmates, 2000-02 | | |
| Violent | 212 | 92 | 5 |
| Nonviolent* | 121 | 31 | 2 |

*Excludes offenders with "other/unspecified" current offenses.

Among all nonviolent offenders, only probation/parole violators had a suicide rate of at least 100 per 100,000 (118). Drug offenders were found to have the lowest rates of mortality, particularly suicide. Drug offenders were the only group that had fewer than 100 deaths

from all causes per 100,000 jail inmates (92). The suicide rate of drug offenders (18 per 100,000) was the lowest among offender groups. Violent offenders (92) were 5 times more likely to commit suicide than drug offenders, and public-order offenders were more than twice as likely to commit suicide (42).

**Local jails had an average of fewer than 20 inmate homicides each year**

Over 3 years (2000-02), there were 59 jail inmate homicides reported nationwide, resulting in a rate of 3 jail inmate homicide deaths per 100,000 inmates. Violent offenders were the most likely to be killed in local jail (5 homicides per 100,000 inmates), followed by property and public-order offenders (3 for both). Drug offenders (1 per 100,000) had the lowest homicide victimization rate of all offenders.

Kidnaping offenders had the highest rate of jail inmate homicide (15 per 100,000 inmates — 5 times the rate for all inmates), followed by inmates held for rape (9) and violation of parole/probation (7). But even among these offenders with the highest homicide rates, a combined total of eight homicides took place nationwide over this 3-year period.

**Table 4. Average annual jail inmate mortality rates, by most serious current offense, 2000-02**

| Current offense | Number of local jail inmate deaths, 2000-02 | | | Average annual mortality rate, per 100,000 local jail inmates, 2000-02 | | |
|---|---|---|---|---|---|---|
| | All causes | Suicide | Homicide | All causes | Suicide | Homicide |
| All offenses | 2,843 | 918 | 59 | 148 | 48 | 3 |
| **Violent offenses** | 1,026 | 447 | 24 | 212 | 92 | 5 |
| Homicide[a] | 162 | 87 | 3 | 338 | 182 | 6 |
| Kidnaping | 54 | 37 | 2 | 401 | 275 | 15 |
| Rape | 56 | 29 | 1 | 489 | 252 | 9 |
| Other sexual assault | 122 | 51 | 0 | 227 | 95 | 0 |
| Robbery | 130 | 48 | 3 | 121 | 44 | 3 |
| Assault | 377 | 144 | 14 | 168 | 64 | 6 |
| **Property offenses** | 530 | 164 | 16 | 113 | 35 | 3 |
| Burglary | 139 | 58 | 4 | 108 | 45 | 3 |
| Larceny/theft | 148 | 36 | 4 | 110 | 27 | 3 |
| Arson | 12 | 4 | 0 | 208 | 70 | 0 |
| Fraud | 91 | 28 | 3 | 97 | 30 | 3 |
| **Drug offenses** | 434 | 85 | 7 | 92 | 18 | 1 |
| Possession | 197 | 43 | 3 | 95 | 21 | 1 |
| Trafficking | 184 | 34 | 4 | 79 | 15 | 2 |
| **Public-order offenses** | 765 | 200 | 12 | 160 | 42 | 3 |
| Weapons | 35 | 13 | 1 | 91 | 34 | 3 |
| Obstruction of justice | 144 | 40 | 4 | 192 | 54 | 5 |
| Traffic | 86 | 23 | 1 | 121 | 32 | 1 |
| Driving while intoxicated[b] | 113 | 22 | 1 | 92 | 18 | 1 |
| Drunkenness/morals[c] | 92 | 23 | 1 | 282 | 71 | 3 |
| Violation of parole/probation[d] | 249 | 66 | 4 | 448 | 118 | 7 |

Note: All mortality rates were calculated using average daily population counts from the Annual Survey of Jails and offense distribution estimates from the Survey of Inmates in Local Jails, 2002.
[a]Includes murder and manslaughter.
[b]Includes driving while intoxicated and driving under the influence of drugs or alcohol.
[c]Includes drunkenness, vagrancy, disorderly conduct, unlawful assembly, morals, and commercialized vice.
[d]Includes parole or probation violations, escape, AWOL, and flight to avoid prosecution.

## Drug offenders had the lowest suicide and homicide rates of all State prisoners

State prison mortality rates showed similar patterns by offense type (table 5). Violent offenders not only had the highest overall mortality rate (312 deaths per 100,000 prisoners), they were the only State prisoners with a death rate of at least 200 per 100,000 prisoners held. Property and public-order offenders each had a rate of 184 deaths per 100,000, followed by drug offenders (166).

Compared to violent offenders in local jails (92 suicides per 100,000 inmates), the suicide rate of violent offenders in State prison (19 per 100,000) was much lower. But among State prisoners, violent offenders were more than twice as likely to commit suicide as nonviolent offenders (9 per 100,000).

Kidnapers had the highest suicide rate (36 per 100,000 prisoners), followed by offenders held for homicide (29), sexual assault (23), and assault (20). Among nonviolent offenders, probation/parole violators had the highest suicide rates (18 per 100,000), followed by offenders held for arson (16), burglary (14), and obstruction of justice (14). Drug offenders recorded the lowest suicide rates of all State prisoners (6 per 100,000 inmates).

The rate of homicide in State prison was 4 per 100,000 prisoners, and varied little across offense types. Three types of offenders had as many as 10 homicides per 100,000 prisoners — arsonists (16), kidnapers (15), and probation/parole violators (12). Among these three categories with the highest homicide rates, the number of homicides was small, with a total of nine prisoners killed over 2 years.

State prisoners convicted of fraud and driving while intoxicated had the lowest rate of homicide, with zero homicides reported for 2001-02.

## Nearly half of jail suicides occurred in the first week of custody

Jail inmate suicides were heavily concentrated in the first week spent in custody. Forty-eight percent of all jail suicides during 2000-02 took place during the inmate's first week following admission. In particular, almost a quarter of all jail suicides took place either on the date of admission to jail (14%) or the following day (9%).

| Time served after admission | Percent of jail inmate suicides, 2000-02 |
|---|---|
| Same day | 13.7% |
| Next day | 9.0 |
| 2-7 days | 24.9 |
| 8-14 days | 9.6 |
| 15-30 days | 7.7 |
| 31-60 days | 10.6 |
| 61-180 days | 14.0 |
| 181 days or more | 10.4 |

The frequency of jail suicides slowed after the initial week, with the second week of custody accounting for 10% of jail suicides. The next 2 weeks in custody (days 15 to 30) accounted for even fewer suicides (8%). Despite this early concentration of suicides, more suicides took place after the 60th day in jail (24%) than during the first 2 days (23%).

The median time served in jail prior to committing suicide was just over 1 week (9 days), but this period of time varied across demographic and criminal offense categories (table 6). Females spent less than half as much time as males in jail prior to committing suicide (median time served: 4 days for females and 10 days for males). The median length of time served by Hispanic inmates prior to suicide (23 days) was over twice as long as the time for white inmates (9 days) and nearly 4 times longer than that for black inmates (6 days).

**Table 5. Average annual State prison inmate mortality rates, by most serious current offense, 2001-02**

| Current offense | Number of State prison inmate deaths, 2001-02 | | | Average annual mortality rate, per 100,000 State prison inmates, 2001-02 | | |
|---|---|---|---|---|---|---|
| | All causes | Suicide | Homicide | All causes | Suicide | Homicide |
| **All offenses** | 5,824 | 337 | 87 | 244 | 14 | 4 |
| **Violent offenses** | 3,691 | 229 | 53 | 312 | 19 | 4 |
| Homicide[a] | 1,295 | 89 | 16 | 417 | 29 | 5 |
| Kidnaping[a] | 151 | 5 | 5 | 454 | 36 | 15 |
| Rape | 344 | 14 | 1 | 299 | 12 | 1 |
| Other sexual assault | 803 | 36 | 8 | 523 | 23 | 5 |
| Robbery | 552 | 28 | 11 | 171 | 9 | 3 |
| Assault | 485 | 44 | 11 | 217 | 20 | 5 |
| **Property offenses** | 904 | 58 | 18 | 184 | 12 | 4 |
| Burglary | 447 | 36 | 9 | 177 | 14 | 4 |
| Larceny/theft | 199 | 10 | 4 | 209 | 10 | 4 |
| Arson | 35 | 2 | 2 | 277 | 16 | 16 |
| Fraud | 128 | 6 | 0 | 209 | 10 | 0 |
| **Drug offenses** | 853 | 33 | 11 | 166 | 6 | 2 |
| Possession | 278 | 10 | 5 | 224 | 8 | 4 |
| Trafficking | 485 | 21 | 6 | 188 | 8 | 2 |
| **Public-order offenses** | 319 | 13 | 4 | 184 | 7 | 2 |
| Weapons | 36 | 2 | 1 | 67 | 4 | 2 |
| Obstruction of justice | 53 | 2 | 1 | 381 | 14 | 7 |
| Driving while intoxicated[b] | 123 | 2 | 0 | 263 | 4 | 0 |
| Violation of parole/ probation[c] | 32 | 3 | 2 | 194 | 18 | 12 |

Note: All mortality rates were calculated using June 30 custody prisoner counts from the National Prisoner Statistics program and 2002 offense distribution estimates from the National Corrections Reporting Program.

[a]Includes murder and manslaughter.

[b]Includes driving while intoxicated and driving under the influence of drugs or alcohol.

[c]Includes parole or probation violations, escape, AWOL, and flight to avoid prosecution.

Of all offender groups, public-order offenders spent the shortest time in custody prior to committing suicide; half of their suicides took place in the first 3 days of custody. Property and drug offenders each had a median time served of about a week (7 and 8 days, respectively) prior to suicide. Violent offenders spent the longest time in custody prior to suicide; half of their suicides took place after spending 3 weeks in jail (20 days).

**7% of State prison suicides took place during the first month**

In State prison, suicides were less concentrated around admission. Sixty-five percent of jail suicides occurred in the first 30 days, but 7% of prison suicides took place during the first month. Most State prison suicides (65%) took place after the inmate's first year of confinement, and 33% took place after the inmate had served at least 5 years in prison.

The median time served in State prison prior to a suicide (30 months) was over 100 times longer than in local jails (9 days). Male (30 months) and female (29 months) State prisoners spent almost identical amounts of time in prison before committing suicide. However, race was related to the length of time served prior to suicide. Half of all suicides by white inmates occurred in the first 21 months of custody, while the corresponding figures for black (40 months) and Hispanic inmates (49 months) were twice as long.

Violent State prisoners spent more time in custody prior to suicide than other offenders (median time served was 45 months). Drug offenders were the only other offender group who served a median of at least a year in State prison prior to their suicides (18 months), followed by property (10 months) and public-order offenders (9 months).

**At least 80% of suicides in prison and jail occurred in the inmate's cell; time of day not a factor**

The vast majority of both local jail (80%) and State prison (87%) inmate suicides took place within the inmate's cell or room (table 7). Temporary

holding areas (lockups) were the next most common location of suicide events (10% in jails, 4% in prisons). Common areas such as cafeterias, libraries, and recreational areas were the scene of very few suicides (6% in jails, 3% in State prisons), as were areas outside of the correctional facility (2% of jail suicides, 3% percent of prison suicides).

Suicide events in both local jails and State prisons showed little relationship to the time of day. Aside from morning hours (20% of jail suicides), the frequency of suicides in other parts of the day varied from 24% (during after-noon hours) to 28% (evening and overnight hours). Similar data were reported for suicides in State prisons. Twenty percent of State prisoner suicides took place in the morning, with all other times of day varying from 25% (evening and overnight hours) to 30% (afternoon hours).

In both local jails (94%) and State prisons (89%), the majority of suicide events were followed up by the performance of an autopsy or post-mortem examination by a medical examiner or county coroner.

| Time served since admission | Percent of State prisoner suicides, 2001-02 |
|---|---|
| Less than 1 month | 7.4% |
| 1-5 months | 14.9 |
| 6-11 months | 12.5 |
| 12-23 months | 11.0 |
| 24-59 months | 21.4 |
| 60-119 months | 18.5 |
| 120 months or more | 14.3 |

**Table 6. Time served since admission by jail inmates and State prisoners committing suicide, by selected characteristics**

| | Median time served since admission* | |
|---|---|---|
| Characteristic | Local jail inmate suicides, 2000-02 | State prisoner suicides, 2001-02 |
| All inmates | 9 days | 30 months |
| **Gender** | | |
| Male | 10 days | 30 months |
| Female | 4 | 29 |
| **Race/Hispanic origin** | | |
| White, non-Hispanic | 9 days | 21 months |
| Black, non-Hispanic | 6 | 40 |
| Hispanic | 23 | 49 |
| **Current offense** | | |
| Violent | 20 days | 45 months |
| Property | 7 | 10 |
| Drug | 8 | 18 |
| Public-order | 3 | 9 |

*The median time served is that length of time at which half of the inmates spent less time in custody, and the other half spent more.

**Table 7. Time of day and location of suicide events in local jails and State prisons**

| | Percent of inmate suicides | |
|---|---|---|
| | Local jail inmates, 2000-02 | State prisoners, 2001-02 |
| **Time of day** | | |
| Overnight (midnight-6 a.m.) | 28.0% | 24.7% |
| Morning (6 a.m.-noon) | 19.5 | 19.9 |
| Afternoon (noon-6 p.m.) | 24.1 | 30.4 |
| Evening (6 p.m.-midnight) | 28.4 | 25.0 |
| **Location of suicide event** | | |
| Inmate's cell/room | 80.8% | 86.6% |
| Temporary holding area | 9.6 | 4.0 |
| Common area[a] | 6.1 | 3.0 |
| Outside of the facility[b] | 2.3 | 3.0 |
| Elsewhere | 1.1 | 3.4 |
| Number of suicides[c] | 918 | 337 |

[a]Includes cafeteria, exercise yard, library, day room, recreational area, and workshops.
[b]Includes inmates on work details or work release, under community supervision by the jail/prison, or in transit to/from the facility.
[c]Time of day was not reported for 12 jail and 41 prison suicides; location was not reported for 6 jail and 39 prison suicides.

## Most jail homicides occurred at least 2 weeks after admission

During 2000-02 the number of homicides in the more than 3,000 jail jurisdictions nationwide had an average of fewer than 20 each year. In State prisons, which held nearly 1.2 million inmates nationwide, there were fewer than 50 homicides each year during 2001-02.

These homicide counts resulted in a rate of less than 5 homicides per 100,000 inmates in both State prison (4 per 100,000) and local jail (3 per 100,000 inmates, based on ADP). In the 50 largest jails nationwide, the at-risk rate of homicide averaged 0.4 per 100,000 inmates held during the year.

| Time served after admission | Percent of jail inmate homicides, 2000-02 |
|---|---|
| Same day | 5.3% |
| Next day | 7.0 |
| 2-7 days | 17.5 |
| 8-14 days | 15.8 |
| 15-30 days | 10.5 |
| 31-60 days | 14.0 |
| 61-180 days | 14.0 |
| 181 days or more | 15.8 |

Unlike suicides, homicides in local jails were not concentrated in the first few days following admission. Twelve percent occurred in the first 2 days in custody, but 54% took place after the inmate had served at least 2 weeks in jail. The median length of time served prior to a homicide death (29 days) was triple that of suicide deaths in local jails (9 days).

## Two-thirds of homicide victims in State prison had served at least 2 years in prison; nearly 40% had served 5 years or more

The initial months following admission to prison accounted for a small percentage of State prisoner homicides (table 8). One percent of prison homicides took place during the victim's first month in prison, and less than a tenth of homicide victims had served fewer than 6 months (8%). A fifth of homicides involved State prisoners who had served less than a year.

Among the 5,824 total prisoner deaths reported nationwide during 2001-02, fewer than 20 were homicides of a first-year inmate. Sixty-seven percent of State prison homicide victims had spent at least 2 years in prison, while 37% had served at least 5 years.

The median time served in State prison by homicide victims was 44 months. Hispanic homicide victims (with a median time served of 22 months) were killed after serving less than half as much time as white (46 months) or black (55 months) prisoners.

Public-order offenders were the most likely to be killed early in their prison terms, with a median time served of just under 2 years (23 months). The median term served by both drug (40 months) and property (45 months) offenders was about twice as high. Violent offenders had the longest amount of time served in prison prior to being killed, with a median term of almost 5 years (55 months).

| Characteristic | Median time served after admission: State prisoner homicides, 2001-02 |
|---|---|
| All inmates | 44 months |
| **Race/Hispanic origin** | |
| White, non-Hispanic | 46 |
| Black, non-Hispanic | 55 |
| Hispanic | 22 |
| **Current offense** | |
| Violent | 55 months |
| Property | 45 |
| Drug | 40 |
| Public-order | 23 |

Prison suicides took place almost exclusively inside the deceased's cell or room (87%); no other location accounted for even 5% of suicide events. However, over a quarter of all prison homicides (29%) took place in common areas within prisons, such as cafeterias, libraries, workshops, and recreational yards. A small percentage of homicide events took place in either a temporary holding area or a location outside of the prison facility (3% for each). Prisoners' cells or rooms (61%) were the most likely scene of a homicide in State prison.

State prison homicides were over 3 times more likely to occur during the morning (39% of homicides) than between midnight and 6 a.m. (11%).

Nearly all State prison homicides (92%) resulted in an autopsy or post-mortem exam of the deceased. All but 8 of 87 prisoner homicides during the 2-year period were committed by other inmates (91%). Of those "other homicide" events, most involved escape attempts or cases in which assailant identity was not established.

| Table 8. Time served, time of day, and location of homicide events in State prisons, 2001-02 | |
|---|---|
| | Percent of State prison homicides, 2001-02 |
| **Time served after admission** | |
| Less than 1 month | 1.1% |
| 1-5 months | 6.9 |
| 6-11 months | 11.5 |
| 12-23 months | 13.8 |
| 24-59 months | 29.9 |
| 60-119 months | 24.1 |
| 120 months or more | 12.6 |
| **Time of day** | |
| Overnight (midnight-6 a.m.) | 11.4% |
| Morning (6 a.m.-noon) | 38.6 |
| Afternoon (noon-6 p.m.) | 28.6 |
| Evening (6 p.m.-midnight) | 21.4 |
| **Location of homicide event** | |
| Inmate's cell/room | 60.5% |
| Temporary holding area | 2.6 |
| Common area[a] | 28.9 |
| Outside of the facility[b] | 2.6 |
| Elsewhere | 5.3 |

[a]Includes cafeteria, exercise yard, library, day room, recreational area, and workshops.
[b]Includes inmates on work details or at work release sites, under community supervision by the prison, or in transit.

**Homicide rate of U.S. residents, when standardized, 10 times the rate of jail inmates in 2002**

According to rates compiled by the Centers for Disease Control and Prevention (CDC), the U.S. resident population experienced 6 homicides and 11 suicides per 100,000 residents (table 9). The homicide rates for both State prisoners (4) and jail inmates (3) were lower than that for the U.S. population. Suicide rates for both State prisoners (14) and jail inmates (47) were higher than the rate for the resident population. However, reliable comparisons of such rates require closer analysis.

The demographic compositions of inmate populations do not reflect those of the U.S. resident population. In 2002 the U.S. population was 51% female, 81% white, and 22% age 55 or older; by comparison, the State prison population was 6% female, 50% white, and 4% age 55 or older.

The suicide and homicide rates of these demographic subgroups vary substantially. For example, the homicide rate of black males age 18-24 in the resident population (108 per 100,000) was over 8 times that for white males of the same age (13). As a result, the differing rates of death seen in the general population and correctional facilities reflect differences in demographic makeup as much as differences in the relative safety of these environments.

To improve the comparison of mortality risks, the resident population rates can be standardized by age, race, and gender to match the proportions seen in prisons and jails. The resulting rates estimate what the resident population mortality rates would be if the U.S. resident population had the same demographic composition as prisons and jails.

Standardized to match the State prison population, the resident population had a homicide rate (35 per 100,000) nearly 9 times the rate of homicide in

| Table 9. Mortality rates of U.S. resident population and State prison and local jail inmate populations, per 100,000 residents, 2002 | | | | | |
|---|---|---|---|---|---|
| | | Deaths per 100,000 residents, 2002 | | | |
| | | State prisons | | Local jails | |
| Cause of death | U.S. resident population rate | Standardized U.S. resident rate | State prisoner rate[a] | Standardized U.S. resident rate | Local jail inmate rate[b] |
| Suicide | 11 | 18 | 14 | 17 | 47 |
| Homicide | 6 | 35 | 4 | 32 | 3 |

Note: U.S. resident population mortality rates are taken from the Centers for Disease Control and Prevention's injury mortality reports <http://webappa.cdc.gov/sasweb/ncipc/mortrate.html>. BJS standardized those rates by age, race, and gender to match the characteristics of the State prison and local jail inmate populations.
[a]State prisoner rates of suicide and homicide are based on June 30 custody population.
[b]Local jail inmate rates of suicide and homicide are based on average daily population (ADP).

State prisons (4). Standardizing to match local jail demographics yields a greater difference the resident rate (32 per 100,000) being nearly 11 times higher than the rate in jails (3).

State prisoners had a higher rate of suicide (14 per 100,000) than the overall resident population (11). Once standardized to match the State prisoner population, the U.S. resident rate of suicide (18) exceeded that of State prisoners in 2002.

The standardized resident suicide rate (17 per 100,000) was less than half of the jail suicide rate based on ADP (47). However, an at-risk rate of jail suicide would be a more appropriate comparison, but not all jails reported the needed admission data. Based on the at-risk measure of suicide for the top 50 jail jurisdictions, an at-risk jail suicide rate for all jails would likely be less than a tenth of the ADP measure. (See page 5.)

**Methodology**

BJS phased in data collection activity under the Death in Custody Reporting Act of 2000 (PL 106-297), with the first collection of death records covering only local jail facilities. The 2000 jail collection covered the entire calendar year (the act became law in October of 2000), while subsequent collections were done on the quarterly basis required by the act.

BJS requires a quarterly report from all jails which had an inmate death during the period. All jails were instructed to

complete an annual summary of death reports and population counts (to allow for calculation of death rates).

Jail response rates for all 3 years were over 99%. In 2000, 3,063 jurisdictions responded, and 9 refused, for a response rate of 99.7%. Data for 2001 was submitted by 3,049 jurisdictions, with 2 refusals, for a response rate of 99.9%. In 2002, data were submitted by 3,030 jurisdictions and refused by 6, for a response rate of 99.8%.

Quarterly collection of State prison inmate death records began in 2001. These records were collected from State departments of corrections, rather than from each prison facility. For all years, BJS has had 100% participation from all 50 State prison systems. Data were also collected from the District of Columbia for 2001 in which it still operated a prison system, prior to transferring sentenced felons to the custody of the Federal Bureau of Prisons.

Copies of all questionnaires collected under the Deaths in Custody series can be found on the BJS website at <http://www.ojp.usdoj.gov/bjs/quest.htm>.

*Standardized U.S. resident death rates*

Homicide and suicide rates for specific age, race, and gender groups within the U.S. population can be queried from the Centers for Disease Control and Prevention's online injury mortality reports <http://webappa.cdc.gov/sasweb/ncipc/mortrate.html>.

For example, the 2002 suicide rate for white females, age 35-44, was 7.8 per 100,000. These rates were then standardized to match the characteristics of State prison and local jail populations by weighting the rates by the proportion of all inmates represented by that subgroup. The sum of all of the weighted subgroup rates provides the standardized rate for the resident population.

Population proportions for these gender, race and age subgroups of inmates were derived from the National Corrections Reporting Program (for State prisoners) and the 2002 Survey of Inmates in Local Jails (for jail inmates).

*Population bases for mortality rates*

Annual mortality rates were based on different population counts:

1. For prisons the custody population on June 30 of each year

The Bureau of Justice Statistics is the statistical agency of the U.S. Department of Justice. Lawrence A. Greenfeld is director.

Christopher J. Mumola wrote this report, under the supervision of Allen J. Beck. Doris J. James, Lauren E. Glaze, and Rebecca L. Medway verified the report, and Tom Hester edited it.

Christopher J. Mumola, under the supervision of Allen J. Beck, designed the survey, developed the questionnaires, and monitored data collection and data processing.

2. For local jails the average daily population in each calendar year.

Estimates of the population at risk for the largest jail jurisdictions combined the population on January 1 and admissions during the year.

Data collection and processing of State prison death records were carried out by Lara Reynolds. Data collection and processing of local jail death records were carried out by Pamela Butler, Margaret Ferguson, Patricia Torreyson, and Pearl Chase, under the supervision of Charlene Sebold, Governments Division, Census Bureau, U.S. Department of Commerce.

August 2005  NCJ 210036

**Office of Justice Programs**
Partnerships for Safer Communities

http://www.ojp.usdoj.gov

Obtain the most recent counts of inmate deaths from *Key Facts at a Glance* on the BJS Internet site:

http://www.ojp.usdoj.gov/bjs/glance/shipj.htm

# EXHIBIT

# Q

# Mental Health Population - Placement Per Institution

Download Date December 30, 2005

| | | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|---|
| | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP | II | 1,099 | 889 | 81% | | 8 | | | 897 |
| ASP Ad-Seg | | | 38 | | | 6 | | | 44 |
| CAL | I,IV + | | 20 | | | 3 | | | 23 |
| CAL Ad-Seg | | | 3 | | | | | | 3 |
| CCC | I,II,III | | 1 | | | | | | 1 |
| CCI | I,II,III,IV * | 1,053 | 1,017 | 97% | | 15 | | | 1,032 |
| CCI Ad-Seg | | | 80 | | | 11 | | | 91 |
| CCI-RC | | 166 | 142 | 86% | | 18 | | | 160 |
| CCI-SHU | | 130 | 144 | 111% | | 8 | | | 152 |
| CCWF | | 739 | 820 | 111% | 54 | 64 | 119% | 12 | 884 |
| CCWF Ad-Seg | | | 26 | | | 2 | | | 28 |
| CCWF-RC | | 110 | 156 | 142% | | 1 | | | 157 |
| CEN | III | | 34 | | | | | | 34 |
| CEN Ad-Seg | | | 24 | | | | | | 24 |
| CIM | I | 366 | 559 | 153% | | 6 | | 18 | 565 |
| CIM-RC | | 633 | 583 | 92% | | 150 | | | 733 |
| CIM-RC--Ad-Seg | | | 45 | | | 13 | | | 58 |
| CIW | | 349 | 448 | 128% | 75 | 109 | 145% | | 557 |
| CIW Ad-Seg | | | 14 | | | 3 | | | 17 |
| CIW-RC | | 100 | 119 | 119% | | 1 | | | 120 |
| CMC | I,II,III | 1,049 | 1,139 | 109% | 580 | 581 | 100% | 0 | 1,720 |
| CMC Ad-Seg | | | 59 | | 54 | 37 | 69% | | 96 |
| CMF | I,II,III | 599 | 566 | 94% | 600 | 603 | 101% | | 1,169 |
| CMF Ad-Seg | | | 1 | | 58 | 66 | 114% | | 67 |
| CMF** | | | 89 | | | 1 | | | 90 |
| COR | I,III,IV + * | 499 | 270 | 54% | 150 | 153 | 102% | 23 | 423 |
| COR Ad-Seg | | | 147 | | 54 | 48 | 89% | | 195 |
| COR-SHU | | 450 | 472 | 105% | | | | | 472 |
| CRC-M | II | 599 | 866 | 145% | | | | | 866 |
| CRC-W | | 249 | 183 | 73% | | | | | 183 |
| CTF | I,II | 699 | 753 | 108% | | 8 | | | 761 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health and HIV numbers are as accurate as the information provided by
    the respective DDPS identifier systems.

* + * is a 270 Design Facility.  * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Beginning 4/28/05, SAC Ad-Seg EOP population includes some PSU inmates due to the PSU cell door retrofit.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.
SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Health Care Placement Unit

R1-1

12/30/2005

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| CTF Ad-Seg | | 15 | | | 1 | | | 16 |
| CVSP                I,II | | 10 | | | | | | 10 |
| DVI                 I,II | 85 | 30 | 35% | | 2 | | | 32 |
| DVI Ad-Seg | | 44 | | | 15 | | | 59 |
| DVI-RC | 564 | 597 | 106% | | 54 | | | 651 |
| DVI-RC--Ad-Seg | | 68 | | | 9 | | | 77 |
| FOL                 III | 599 | 567 | 95% | | 8 | | | 575 |
| FOL Ad-Seg | | 49 | | | | | | 49 |
| HDSP             I,III,IV | 654 | 418 | 64% | | 4 | | 10 | 422 |
| HDSP Ad-Seg | | 59 | | | 1 | | | 60 |
| HDSP-RC | 45 | 78 | 173% | | 7 | | | 85 |
| ISP                 I,III | | 7 | | | | | 5 | 7 |
| ISP Ad-Seg | | 4 | | | 1 | | | 5 |
| KVSP               I,IV | 349 | 386 | 111% | | 3 | | 0 | 389 |
| KVSP Ad-Seg | | 39 | | | 1 | | | 40 |
| LAC              I,III,IV | 1,149 | 1,039 | 90% | 300 | 296 | 99% | 13 | 1,335 |
| LAC Ad-Seg | | 53 | | 54 | 68 | 126% | | 121 |
| LAC-RC | | 30 | | | 3 | | | 33 |
| MCSP          I,II,III,IV | 999 | 974 | 97% | 215 | 230 | 107% | 10 | 1,204 |
| MCSP Ad-Seg | | 41 | | 36 | 27 | 75% | | 68 |
| NCWF | | 0 | | | | | | 0 |
| NKSP              I,III | 215 | 75 | 35% | | 4 | | 10 | 79 |
| NKSP-RC | 584 | 652 | 112% | | 51 | | | 703 |
| NKSP-RC--Ad-Seg | | 51 | | | 7 | | | 58 |
| PBSP               I,IV | 349 | 248 | 71% | 64 | 70 | 109% | 6 | 318 |
| PBSP Ad-Seg | | 51 | | | | | | 51 |
| PBSP SHU | | 10 | | | | | | 10 |
| PVSP               I,III | 1,299 | 1,394 | 107% | | 10 | | 5 | 1,404 |
| PVSP Ad-Seg | | 135 | | | | | | 135 |
| RJD                 I,III | 901 | 630 | 70% | 330 | 322 | 98% | 14 | 952 |
| RJD Ad-Seg | | 123 | | 63 | 48 | 76% | | 171 |
| RJD-RC | 298 | 455 | 153% | | 88 | | | 543 |
| SAC                 I,IV | 849 | 709 | 84% | 192 | 197 | 103% | 15 | 906 |
| SAC Ad-Seg | | 82 | | 49 | 63 | 129% | | 145 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Health Care Placement Unit

Mental Health and HIV numbers are as accurate as the information provided by
       the respective DDPS Identifier systems.

R1-2                    12/30/2005

* + Is a 270 Design Facility.  * ** is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Beginning 4/28/05, SAC Ad-Seg EOP population includes some PSU inmates due to the PSU cell door retrofit.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.
SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| SATF    II,III,IV | 1,049 | 1,029 | 98% | | 6 | | 16 | 1,035 |
| SATF Ad-Seg | | 164 | | | 1 | | | 165 |
| SCC    I,II,III | 499 | 503 | 101% | | 11 | | | 514 |
| SCC Ad-Seg | | 2 | | | 2 | | | 4 |
| SOL    II,III | 1,199 | 1,461 | 122% | | 9 | | 13 | 1,470 |
| SOL Ad-Seg | | 54 | | | 8 | | | 62 |
| SQ    I,II | 350 | 434 | 124% | | 87 | | | 521 |
| SQ-RC | 549 | 534 | 97% | | 68 | | | 602 |
| SQ-RC--Ad-Seg | | 84 | | 36 | 10 | 28% | | 94 |
| SVSP    I,IV | 999 | 978 | 98% | 192 | 188 | 98% | 10 | 1,166 |
| SVSP Ad-Seg | | 206 | | 45 | 39 | 87% | | 245 |
| VSPW | 606 | 694 | 115% | | 6 | | | 700 |
| VSPW Ad-Seg | | 14 | | 9 | 6 | 67% | | 20 |
| VSPW SHU | | 28 | | | 5 | | | 33 |
| VSPW-RC | 143 | 179 | 125% | | 8 | | | 187 |
| WSP    I,III | 105 | 123 | 117% | | 3 | | 6 | 126 |
| WSP-RC | 944 | 1,182 | 125% | | 64 | | | 1,246 |
| WSP-RC--Ad-Seg | | 55 | | | 7 | | | 62 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health and HIV numbers are as accurate as the information provided by
the respective DDPS identifier systems.

* + * is a 270 Design Facility.  * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Beginning 4/28/05, SAC Ad-Seg EOP population includes some PSU inmates due to the PSU cell door retrofit.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.
SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Health Care Placement Unit

R1-3

12/30/2005

|  | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity |  |
| Totals : | 24,271 | 26,554 | 109.4% | 3,210 | 4,033 | 125.6% |  | 30,587 |

| PSU | | | |
|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity |
| PBSP | 128 | 127 | 99.2% |
| SAC | 128 | 110 | 85.94% |
| Total PSU: | 256 | 237 | 92.58% |

| DMH | | | |
|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity |
| ASH | 131 | 135 | 103% |
| DMH CMF-AIP | 150 | 143 | 95% |
| DMH CMF-ICF | 76 | 70 | 92% |
| DMH CMF-DTP | 44 | 38 | 86% |
| DMH SVPP | 64 | 46 | 72% |
| Totals : | 465 | 432 | 92.9% |

The ASH cap includes the 25 APP beds.

| Grand Totals | | |
|---|---|---|
| Total MH Capacity | Total MH Population | Percent of Total MH |
| 28,202 | 31,256 | 110.8% |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health and HIV numbers are as accurate as the information provided by
the respective DDPS identifier systems.

* + * is a 270 Design Facility. * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Beginning 4/28/05, SAO Ad-Seg EOP population includes some PSU inmates due to the PSU cell door retrofit.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.
SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Health Care Placement Unit

R1-4

12/30/2005

# EXHIBIT

# R

*A California Department of Corrections Report* — Date Printed: 12/14/2005 01:08 PM

**Distribution:**
Warden
Chief Psychiatrist
Classification and Parole Representative/CC III in RC
Case Records Manager
Health Records Supervisor

Health Care Manager (HCM)
Associate Wardens
Senior Psychologist
Health Care Administrator

**Report Criteria:**

| | |
|---|---|
| LOC Required: | EOP |
| Case Manager: | All CM's |
| Work Status: | RC |
| Transfer Status: | Both Within & Out |
| Housing Prefix: | All Housing |

# MHSDS Inmate Level of Care (LOC) Changes - Overdue Pending Only

*All Overdue Pending Placements That Should Have Been Completed By: 11/30/2005*

CA Correctional Institution

## Report Summary

### PENDING SUMMARY

TOTAL OVERDUE PENDING:                 5

OVERDUE PENDING AVERAGE LENGTH:       103.80

### TOTAL OVERDUE PENDING WITH DELAY CODES: 1

| | | |
|---|---|---|
| Delay Code 11: 0 | Delay Code 16: 0 | Delay Code 21: 0 |
| Delay Code 12: 0 | Delay Code 17: 0 | Delay Code 22: 0 |
| Delay Code 13: 0 | Delay Code 18: 0 | Delay Code 23: 0 |
| Delay Code 14: 0 | Delay Code 19: 1 | |
| Delay Code 15: 0 | Delay Code 20: 0 | |

### Pending Overdue Delay Summary

| | |
|---|---|
| Delay Code 1: 0 | Delay Code 6: 0 |
| Delay Code 2: 0 | Delay Code 7: 0 |
| Delay Code 3: 0 | Delay Code 8: 0 |
| Delay Code 4: 0 | Delay Code 9: 0 |
| Delay Code 5: 0 | Delay Code 10: 0 |

DELAYS: 1-Lack of available bus seats; 2-Lack of EOP or CCCMS bed availability; 3-Lockdown delayed medical/MH eval(s);4-No vacancies at endorsed institution; 5-Inmate has safety concerns (enemies); 6-Pending MDO/SVP Review; 7-Prerelease (no Xfer with 30 days or less to serve); 8-IGI review (awaiting 128 B-2); 9-Awaiting Central or Medical File from Region; 10-C-File cannot be located/unavailable; 11-Other essential med Chrono's unavail/not located; 12-Inmate Medical record unavailable; 13-Inmate pending additional healthcare evals; 14-Other Delay; 15-Pending BPT revocation extension hearing; 16-DA Referral; 17-Non-Psychiatric Medical Hold; 18-Out to Court (OTC); 19-Pending 115; 20-Psychiatric Medical Hold; 21-Arrived at RC pending revocation (PendRev); 22-IM has add'l medical needs/requires ongoing med Tx; 23-PAROLED

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

*A California Department of Corrections Report* ──────────────────────────────────── *Date Printed: 12/14/2005 01:16 PM*

**Distribution:**
Warden
Chief Psychiatrist
Classification and Parole Representative/CC III in RC
Case Records Manager
Health Records Supervisor

Health Care Manager (HCM)
Associate Wardens
Senior Psychologist
Health Care Administrator

**Report Criteria:**
LOC Required: EOP
Case Manager: All CM's
Work Status: RC
Transfer Status: Both Within & Out
Housing Prefix: All Housing

# Historical Record of MHSDS Inmate Level of Care (LOC) Changes by MH Referral Date

*LOC Need Identified Between 08/01/2005 through 08/31/2005*

## CA Institution for Men

### Report Summary

**NUMBER OF LOC CHANGES FOR DATE RANGE:** 45

#### COMPLETED SUMMARY

| | |
|---|---|
| TOTAL COMPLETED: | 23 |
| AVERAGE DAYS TO COMPLETE CHANGE: | 44 |
| COMPLETED WITHIN TIMEFRAMES: | 17 |
| PERCENT WITHIN TIMEFRAMES: | 73.91% |

#### PENDING SUMMARY

| | |
|---|---|
| TOTAL PENDING: | 22 |
| TOTAL OVERDUE PENDING: | 22 |
| OVERDUE PENDING AVERAGE LENGTH: | 121.18 |

### Pending Overdue Delay Summary

TOTAL OVERDUE PENDING WITH DELAY CODES: 7

| | | | |
|---|---|---|---|
| Delay Code 1: 0 | Delay Code 6: 0 | Delay Code 11: 0 | Delay Code 16: 0 | Delay Code 21: 0 |
| Delay Code 2: 2 | Delay Code 7: 0 | Delay Code 12: 0 | Delay Code 17: 0 | Delay Code 22: 0 |
| Delay Code 3: 0 | Delay Code 8: 0 | Delay Code 13: 0 | Delay Code 18: 0 | Delay Code 23: 0 |
| Delay Code 4: 0 | Delay Code 9: 0 | Delay Code 14: 5 | Delay Code 19: 0 | |
| Delay Code 5: 0 | Delay Code 10: 0 | Delay Code 15: 0 | Delay Code 20: 0 | |

DELAYS: 1-Lack of available bus seats; 2-Lack of EOP or CCCMS bed availability; 3-Lockdown delayed medical/MH eval(s);4-No vacancies at endorsed institution; 5-Inmate has safety concerns (enemies); 6-Pending MDO/SVP Review; 7-Prerelease (no Xfer with 30 days or less to serve); 8-IGI review (awaiting 128 B-2); 9-Awaiting Central or Medical File from Region; 10-C-File cannot be located/unavailable; 11-Other essential med Chrono's unavail/not located; 12-Inmate Medical record unavailable; 13-Inmate pending additional healthcare evals; 14-Other Delay; 15-Pending BPT revocation extension hearing; 16-DA Referral; 17-Non-Psychiatric Medical Hold; 18-Out to Court (OTC); 19-Pending 115; 20-Psychiatric Medical Hold; 21-Arrived at RC pending revocation (PendRev); 22-IM has add'l medical needs/requires ongoing med Tx; 23-PAROLED

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

*A California Department of Corrections Report* ═══════════════════════════════  ═══════════════════*Date Printed: 12/14/2005 04:51 PM*

**Distribution:**
Warden
Chief Psychiatrist
Classification and Parole Representative/CC III in RC
Case Records Manager
Health Records Supervisor

Health Care Manager (HCM)
Associate Wardens
Senior Psychologist
Health Care Administrator

**Report Criteria:**
LOC Required:          EOP
Case Manager:          All CM's
Work Status:           RC
Transfer Status:       Both Within & Out
Housing Prefix:        All Housing

# MHSDS Inmate Level of Care (LOC) Changes - Overdue Pending Only

*All Overdue Pending Placements That Should Have Completed By: 11/30/2005*

## CA Institution for Women

### Report Summary

**PENDING SUMMARY**

TOTAL OVERDUE PENDING:          9

OVERDUE PENDING AVERAGE LENGTH:          93.44

### Pending Overdue Delay Summary

| | | | |
|---|---|---|---|
| Delay Code 1: 0 | Delay Code 6: 0 | | |
| Delay Code 2: 0 | Delay Code 7: 0 | | |
| Delay Code 3: 0 | Delay Code 8: 0 | | |
| Delay Code 4: 0 | Delay Code 9: 0 | | |
| Delay Code 5: 0 | Delay Code 10: 0 | | |

### TOTAL OVERDUE PENDING WITH DELAY CODES: 0

| | | |
|---|---|---|
| Delay Code 11: 0 | Delay Code 16: 0 | Delay Code 21: 0 |
| Delay Code 12: 0 | Delay Code 17: 0 | Delay Code 22: 0 |
| Delay Code 13: 0 | Delay Code 18: 0 | Delay Code 23: 0 |
| Delay Code 14: 0 | Delay Code 19: 0 | |
| Delay Code 15: 0 | Delay Code 20: 0 | |

DELAYS: 1-Lack of available bus seats; 2-Lack of EOP or CCCMS bed availability; 3-Lockdown delayed medical/MH eval(s);4-No vacancies at endorsed institution; 5-Inmate has safety concerns (enemies); 6-Pending MDO/SVP Review; 7-Prerelease (no Xfer with 30 days or less to serve); 8-IGI review (awaiting 128 B-2); 9-Awaiting Central or Medical File from Region; 10-C-File cannot be located/unavailable; 11-Other essential med Chrono's unavail/not located; 12-Inmate Medical record unavailable; 13-Inmate pending additional healthcare evals; 14-Other Delay; 15-Pending BPT revocation extension hearing; 16-DA Referral; 17-Non-Psychiatric Medical Hold; 18-Out to Court (OTC); 19-Pending 115; 20-Psychiatric Medical Hold; 21-Arrived at RC pending revocation (PendRev); 22-IM has add'l medical needs/requires ongoing med Tx; 23-PAROLED

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

*A California Department of Corrections Report*

Date Printed: 12/19/2005 01:09 PM

**Report Criteria:**

| | |
|---|---|
| LOC Required: | EOP |
| Case Manager: | All CM's |
| Work Status: | RC |
| Transfer Status: | Both Within & Out |
| Housing Prefix: | All Housing |

Health Care Manager (HCM)
Associate Wardens
Senior Psychologist
Health Care Administrator

Health Program Mgr.
Correctional Parole Representative/CC III in RC
Classification and Parole Rep. Manager
Associate Warden-Health Care
Correctional Counselor II Supervisor

# MHSDS Inmate Level of Care (LOC) Changes - Overdue Pending Only

*All Overdue Pending Placements That Should Have Been Completed By: 11/30/2005*

## Deuel Vocational Institution

## Report Summary

### PENDING SUMMARY

| | |
|---|---|
| TOTAL OVERDUE PENDING: | 16 |
| OVERDUE PENDING AVERAGE LENGTH: | 128.50 |

### TOTAL OVERDUE PENDING WITH DELAY CODES: 0

| | | |
|---|---|---|
| Delay Code 11: 0 | Delay Code 16: 0 | Delay Code 21: 0 |
| Delay Code 12: 0 | Delay Code 17: 0 | Delay Code 22: 0 |
| Delay Code 13: 0 | Delay Code 18: 0 | Delay Code 23: 0 |
| Delay Code 14: 0 | Delay Code 19: 0 | |
| Delay Code 15: 0 | Delay Code 20: 0 | |

### Pending Overdue Delay Summary

| | |
|---|---|
| Delay Code 1: 0 | Delay Code 6: 0 |
| Delay Code 2: 0 | Delay Code 7: 0 |
| Delay Code 3: 0 | Delay Code 8: 0 |
| Delay Code 4: 0 | Delay Code 9: 0 |
| Delay Code 5: 0 | Delay Code 10: 0 |

**DELAYS:** 1-Lack of available bus seats; 2-Lack of EOP or CCCMS bed availability; 3-Lockdown delayed medical/MH eval(s);4-No vacancies at endorsed institution; 5-Inmate has safety concerns (enemies); 6-Pending MDO/SVP Review; 7-Prerelease (no Xfer with 30 days or less to serve); 8-IGI review (awaiting 128 B-2); 9-Awaiting Central or Medical File from Region; 10-C-File cannot be located/unavailable; 11-Other essential med Chrono's unavail/not located; 12-Inmate Medical record unavailable; 13-Inmate pending additional healthcare evals; 14-Other Delay; 15-Pending BPT revocation extension hearing; 16-DA Referral; 17-Non-Psychiatric Medical Hold; 18-Out to Court (OTC); 19-Pending 115; 20-Psychiatric Medical Hold; 21-Arrived at RC pending revocation (PendRev); 22-IM has add'l medical needs/requires ongoing med Tx; 23-PAROLED

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

*A California Department of Corrections Report* _____ *Date Printed: 12/19/2005 01:12 PM*

**Distribution:**
Warden
Chief Psychiatrist
Classification and Parole Representative/CC III in RC
Case Records Manager
Health Records Supervisor

Health Care Manager (HCM)
Associate Wardens
Senior Psychologist
Health Care Administrator

**Report Criteria:**
LOC Required:       EOP
Case Manager:       All CM's
Work Status:        RC
Transfer Status:    Both Within & Out
Housing Prefix:     All Housing

# MHSDS Inmate Level of Care (LOC) Changes - Overdue Pending Only

*All Overdue Pending Placements That Should Have Completed By: 11/30/2005*

## High Desert State Prison

**Report Summary**

| PENDING SUMMARY |

TOTAL OVERDUE PENDING:                    2

OVERDUE PENDING AVERAGE LENGTH:      101.00

**Pending Overdue Delay Summary**

| | | |
|---|---|---|
| Delay Code 1: 0 | Delay Code 6: 0 | |
| Delay Code 2: 0 | Delay Code 7: 0 | |
| Delay Code 3: 0 | Delay Code 8: 0 | |
| Delay Code 4: 0 | Delay Code 9: 0 | |
| Delay Code 5: 0 | Delay Code 10: 0 | |

## TOTAL OVERDUE PENDING WITH DELAY CODES: 0

| | | |
|---|---|---|
| Delay Code 11: 0 | Delay Code 16: 0 | Delay Code 21: 0 |
| Delay Code 12: 0 | Delay Code 17: 0 | Delay Code 22: 0 |
| Delay Code 13: 0 | Delay Code 18: 0 | Delay Code 23: 0 |
| Delay Code 14: 0 | Delay Code 19: 0 | |
| Delay Code 15: 0 | Delay Code 20: 0 | |

DELAYS: 1-Lack of available bus seats; 2-Lack of EOP or CCCMS bed availability; 3-Lockdown delayed medical/MH eval(s);4-No vacancies at endorsed institution; 5-Inmate has safety concerns (enemies); 6-Pending MDO/SVP Review; 7-Prerelease (no Xfer with 30 days or less to serve); 8-IGI review (awaiting 128 B-2); 9-Awaiting Central or Medical File from Region; 10-C-File cannot be located/unavailable; 11-Other essential med Chrono's unavail/not located; 12-Inmate Medical record unavailable; 13-Inmate pending additional healthcare evals; 14-Other Delay; 15-Pending BPT revocation extension hearing; 16-DA Referral; 17-Non-Psychiatric Medical Hold; 18-Out to Court (OTC); 19-Pending 115; 20-Psychiatric Medical Hold; 21-Arrived at RC pending revocation (PendRev); 22-IM has add'l medical needs/requires ongoing med Tx; 23-PAROLED

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

*A California Department of Corrections Report* ——————————— ————————— Date Printed: 12/19/2005 01:17 PM

**Distribution:**
Warden
Chief Psychiatrist
Classification and Parole Representative/CC III in RC
Medical Records Manager
Health Records Supervisor

Health Care Manager (HCM)
Associate Wardens
Senior Psychologist
Health Care Administrator

**Report Criteria:**

| | |
|---|---|
| LOC Required: | EOP |
| Case Manager: | All CM's |
| Work Status: | RC |
| Transfer Status: | Both Within & Out |
| Housing Prefix: | All Housing |

# MHSDS Inmate Level of Care (LOC) Changes - Overdue Pending Only

*All Overdue Pending Placements That Should Have Been Completed By: 11/30/2005*

## North Kern State Prison

**Report Summary**

**PENDING SUMMARY**

TOTAL OVERDUE PENDING:          37

OVERDUE PENDING AVERAGE LENGTH:          235.16

**TOTAL OVERDUE PENDING WITH DELAY CODES: 0**

| Delay Code 11: | 0 | Delay Code 16: | 0 | Delay Code 21: | 0 |
|---|---|---|---|---|---|
| Delay Code 12: | 0 | Delay Code 17: | 0 | Delay Code 22: | 0 |
| Delay Code 13: | 0 | Delay Code 18: | 0 | Delay Code 23: | 0 |
| Delay Code 14: | 0 | Delay Code 19: | 0 | | |
| Delay Code 15: | 0 | Delay Code 20: | 0 | | |

**Pending Overdue Delay Summary**

| Delay Code 1: | 0 | Delay Code 6: | 0 |
|---|---|---|---|
| Delay Code 2: | 0 | Delay Code 7: | 0 |
| Delay Code 3: | 0 | Delay Code 8: | 0 |
| Delay Code 4: | 0 | Delay Code 9: | 0 |
| Delay Code 5: | 0 | Delay Code 10: | 0 |

DELAYS: 1-Lack of available bus seats; 2-Lack of EOP or CCCMS bed availability; 3-Lockdown delayed medical/MH eval(s)/4-No vacancies at endorsed institution; 5-Inmate has safety concerns (enemies); 6-Pending MDO/SVP Review; 7-Prerelease (no Xfer with 30 days or less to serve); 8-IGI review (awaiting 128 B-2); 9-Awaiting Central or Medical File from Region; 10-C-File cannot be located/unavailable; 11-Other essential med Chrono's unavail/not located; 12-Inmate Medical record unavailable; 13-Inmate pending additional healthcare evals; 14-Other Delay; 15-Pending BPT revocation extension hearing; 16-DA Referral; 17-Non-Psychiatric Medical Hold; 18-Out to Court (OTC); 19-Pending 115; 20-Psychiatric Medical Hold; 21-Arrived at RC pending revocation (PendRev); 22-IM has add'l medical needs/requires ongoing med Tx; 23-PAROLED

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

A California Department of Corrections Report

Date Printed: 12/19/2005 01:30 PM

**Distribution:**
Warden
Chief Psychiatrist
Classification and Parole Representative/CC III in RC
Case Records Manager
Health Records Supervisor

Health Care Manager (HCM)
Associate Wardens
Senior Psychologist
Health Care Administrator

**Report Criteria:**
LOC Required:          EOP
Case Manager:          All CM's
Work Status:           RC
Transfer Status:       Both Within & Out
Housing Prefix:        All Housing

# MHSDS Inmate Level of Care (LOC) Changes - Overdue Pending Only

All Overdue Pending Placements That Should Have Been Completed By: 11/30/2005

R.J. Donovan Corr. Fac. Rock Mtn.

## Report Summary

### PENDING SUMMARY

TOTAL OVERDUE PENDING:                    18

OVERDUE PENDING AVERAGE LENGTH:       103.39

### TOTAL OVERDUE PENDING WITH DELAY CODES: 6

| | | |
|---|---|---|
| Delay Code 11: 2 | Delay Code 16: 0 | Delay Code 21: 0 |
| Delay Code 12: 0 | Delay Code 17: 0 | Delay Code 22: 0 |
| Delay Code 13: 0 | Delay Code 18: 0 | Delay Code 23: 0 |
| Delay Code 14: 3 | Delay Code 19: 0 | |
| Delay Code 15: 0 | Delay Code 20: 0 | |

### Pending Overdue Delay Summary

| | |
|---|---|
| Delay Code 1: 1 | Delay Code 6: 0 |
| Delay Code 2: 0 | Delay Code 7: 0 |
| Delay Code 3: 0 | Delay Code 8: 0 |
| Delay Code 4: 0 | Delay Code 9: 0 |
| Delay Code 5: 0 | Delay Code 10: 0 |

DELAYS: 1-Lack of available bus seats; 2-Lack of EOP or CCCMS bed availability; 3-Lockdown delayed medical/MH eval(s);4-No vacancies at endorsed institution; 5-Inmate has safety concerns (enemies); 6-Pending MDO/SVP Review; 7-Prerelease (no Xfer with 30 days or less to serve); 8-IGI review (awaiting 128 B-2); 9-Awaiting Central or Medical File from Region; 10-C-File cannot be located/unavailable; 11-Other essential med Chrono's unavail/not located; 12-Inmate Medical record unavailable; 13-Inmate pending additional healthcare evals; 14-Other Delay; 15-Pending BPT revocation extension hearing; 16-DA Referral; 17-Non-Psychiatric Medical Hold; 18-Out to Court (OTC); 19-Pending 115; 20-Psychiatric Medical Hold; 21-Arrived at RC pending revocation (PendRev); 22-IM has add'l medical needs/requires ongoing med Tx; 23-PAROLED

This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.

*A California Department of Corrections Report* ─────────────────────────── *Date Printed: 12/19/2005 01:35 PM*

**Distribution:**
Wardens
Chief Psychiatrist
Classification and Parole Representative/CC III mfCC
Case Records Manager
Health Records Supervisor

Health Care Manager (HCM)
Associate Wardens
Senior Psychologist
Health Care Administrator

**Report Criteria:**

| | |
|---|---|
| LOC Required: | EOP |
| Case Manager: | All CM's |
| Work Status: | RC |
| Transfer Status: | Both Within & Out |
| Housing Prefix: | All Housing |

# MHSDS Inmate Level of Care (LOC) Changes - Overdue Pending Only

*All Overdue Pending Placements That Should Have Completed By: 11/30/2005*

## CA State Prison, San Quentin

### Report Summary

**PENDING SUMMARY**

TOTAL OVERDUE PENDING: 45

OVERDUE PENDING AVERAGE LENGTH: 175.11

### Pending Overdue Delay Summary

| | | |
|---|---|---|
| Delay Code 1: 0 | Delay Code 6: 0 | |
| Delay Code 2: 0 | Delay Code 7: 0 | |
| Delay Code 3: 0 | Delay Code 8: 0 | |
| Delay Code 4: 0 | Delay Code 9: 0 | |
| Delay Code 5: 0 | Delay Code 10: 0 | |

### TOTAL OVERDUE PENDING WITH DELAY CODES: 3

| | |
|---|---|
| Delay Code 11: 0 | Delay Code 16: 0 |
| Delay Code 12: 0 | Delay Code 17: 0 |
| Delay Code 13: 0 | Delay Code 18: 3 |
| Delay Code 14: 0 | Delay Code 19: 0 |
| Delay Code 15: 0 | Delay Code 20: 0 |

| |
|---|
| Delay Code 21: 0 |
| Delay Code 22: 0 |
| Delay Code 23: 0 |

DELAYS: 1-Lack of available bus seats; 2-Lack of EOP or CCCMS bed availability; 3-Lockdown delayed medical/MH eval(s)4-No vacancies at endorsed institution; 5-Inmate has safety concerns (enemies); 6-Pending MDO/SVP Review; 7-Prerelease (no Xfer with 30 days or less to serve); 8-IGI review (awaiting 128 B-2); 9-Awaiting Central or Medical File from Region; 10-C-File cannot be located/unavailable; 11-Other essential med Chrono's unavail/not located; 12-Inmate Medical record unavailable; 13-Inmate pending additional healthcare evals; 14-Other Delay; 15-Pending BPT revocation extension hearing; 16-DA Referral; 17-Non-Psychiatric Medical Hold; 18-Out to Court (OTC); 19-Pending 115; 20-Psychiatric Medical Hold; 21-Arrived at RC pending revocation (PendRev); 22-IM has add'l medical needs/requires ongoing med Tx; 23-PAROLED

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*

*A California Department of Corrections Report*    Date Printed: 12/19/2005 01:37 PM

**Distribution:**
Warden
Chief Psychiatrist
Classification and Parole Representative/CC III in RC
Case Records Manager
Health Records Supervisor

Health Care Manager (HCM)
Associate Wardens
Senior Psychologist
Health Care Administrator

**Report Criteria:**
LOC Required:          EOP
Case Manager:        All CM's
Work Status:            RC
Transfer Status:       Both Within & Out
Housing Prefix:        All Housing

# MHSDS Inmate Level of Care (LOC) Changes - Overdue Pending Only

*All Overdue Pending Placements That Should Have Completed By: 11/30/2005*

### Wasco State Prison

## Report Summary

**PENDING SUMMARY**

TOTAL OVERDUE PENDING:             44

OVERDUE PENDING AVERAGE LENGTH:    137.41

### TOTAL OVERDUE PENDING WITH DELAY CODES: 2

| | | |
|---|---|---|
| Delay Code 11: 0 | Delay Code 16: 0 | Delay Code 21: 0 |
| Delay Code 12: 0 | Delay Code 17: 0 | Delay Code 22: 0 |
| Delay Code 13: 0 | Delay Code 18: 1 | Delay Code 23: 0 |
| Delay Code 14: 1 | Delay Code 19: 0 | |
| Delay Code 15: 0 | Delay Code 20: 0 | |

### Pending Overdue Delay Summary

| | |
|---|---|
| Delay Code 1: 0 | Delay Code 6: 0 |
| Delay Code 2: 0 | Delay Code 7: 0 |
| Delay Code 3: 0 | Delay Code 8: 0 |
| Delay Code 4: 0 | Delay Code 9: 0 |
| Delay Code 5: 0 | Delay Code 10: 0 |

DELAYS:  1-Lack of available bus seats; 2-Lack of EOP or CCCMS bed availability; 3-Lockdown delayed medical/MH eval(s);4-No vacancies at endorsed institution; 5-Inmate has safety concerns (enemies); 6-Pending MDO/SVP Review; 7-Prerelease (no Xfer with 30 days or less to serve); 8-IGI review (awaiting 128 B-2); 9-Awaiting Central or Medical File from Region; 10-C-File cannot be located/unavailable; 11-Other essential med Chrono's unavail/not located; 12-Inmate Medical record unavailable; 13-Inmate pending additional healthcare evals; 14-Other Delay; 15-Pending BPT revocation extension hearing; 16-DA Referral; 17-Non-Psychiatric Medical Hold; 18-Out to Court (OTC); 19-Pending 115; 20-Psychiatric Medical Hold; 21-Arrived at RC pending revocation (PendRev); 22-IM has add'l medical needs/requires ongoing med Tx; 23-PAROLED

*This report includes confidential data and is governed by privacy laws and requirements. Unauthorized use is illegal. Shred to dispose.*