1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | CASE NO. CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO FILE ENCLOSURES TO EXHIBIT A TO BED PLAN** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | Hearing: April 26, 2006 |
| | Time: 3:00 p.m. |
| | Courtroom: 4 |
| | Judge: The Honorable Lawrence K. Karlton |

GOOD CAUSE HAVING BEEN SHOWN, Defendants are hereby GRANTED an extension of time, to and including April 18, 2006, to file with this Court the referenced Enclosures I through XII to Exhibit A to the filed bed plan of April 17, 2006.

DATED: April 24, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE

ORDER RE. ENCLOSURES TO BED PLAN