**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| COLEMAN,<br><br>v.<br><br>SCHWARZENEGGER, et al., | Civil Court Trial Minutes<br>CASE #: __CIV-S-90-0520 LKK JFM__<br>DATE: __04/26/2006__<br>Deputy Clerk: __A. Rivas__<br>Court Reporter: __C. Bodene__ |

| For the Plaintiff | For the Defendant(s) |
|---|---|
| Michael Bien, Jane Kahn | Lisa Tillman, Rochelle East |
| Tom Nolan, Keith Wattley | |

Proceedings: Evidentiary Hearing re Motion for Court Order.

2:00   Court in session with all parties present. Questions the court wishes to raise are handed out to the parties. Court will take a recess to allow the parties time to review.
2:20   Court in recess.

2:50   Court in session with all parties present. Defendants call Doug McKeever (Project Director, CDCR), sworn/testified. Cross-examination by Mr. Bien. Nothing further.
3:16   Defendants call George Sifuentes (Deputy Director, Department of Corrections), sworn/testified on direct. Cross-examination, re-direct. Nothing further.
3:53   Defendants call John Rodriguez (Deputy Director, Department of Mental Health), sworn/testified on direct. Cross-examination. Nothing further.

4:46   Court in recess until 04/27/06 at 9:15 a.m.