IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              ORDER

/

       Good cause appearing, IT IS HEREBY ORDERED that the joint hearing with Marciano Plata, et al. v. Arnold Schwarzenegger, et al., No. C01-1351 TEH (N.D.Cal.) before the undersigned and the Honorable Thelton E. Henderson on June 8, 2006 is RESET to 1:30 p.m. in Courtroom No. 1, 16th Floor, Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California 95814.

DATED: April 27, 2006.

                                        /s/Lawrence K. Karlton
                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

/cole0520.jh