**United States District Court**
**Eastern District of California**
Before the Honorable Lawrence K. Karlton

| | |
|---|---|
| COLEMAN,<br><br>v.<br><br>SCHWARZENEGGER, et al., | Evidentiary Hearing Minutes<br>CASE #:   CIV-S-90-0520 LKK JFM  P<br><br>DATE:   04/27/2006<br><br>Deputy Clerk:  A. Rivas<br><br>Court Reporter: C. Bodene |

For the Plaintiff                                For the Defendant(s)

Michael Bien, Jane Kahn                Lisa Tillman, Rochelle East

Tom Nolan, Keith Wattley

Proceedings: Evidentiary Hearing re Motion for Court Order.

9:15   Court in session with all counsel present.  Court recalls the previous day's witnesses re further questions.  Doug McKeever, previously sworn.
9:24   Court addresses, Sarah Magnum, (Principal Program Budget Analyst, Dept of Finance).
9:25   Court recalls George Sifuentes, previously sworn.
9:31   Court recalls John Rodriguez, previously sworn.  Cross-exam by Plaintiffs, cross-exam by Defendants.
9:36   Defendants call Dr. Peter Farber-Szekrenyi, (Director, Division of Correctional Health Care Services), sworn/testified. Cross-exam by Plaintiff.
10:40  Court in recess.

11:00  Court in session with all counsel present.  Continue cross exam of Dr. Peter Farber-Szekrenyi.
11:07  Court inquires of Sarah Magnum.
11:08  Continue with Dr. Peter Farber-Szekrenyi. Re-direct. Re-cross. Nothing further.
11:25  Defendants call George Sifuentes, previously sworn.
11:27  Court inquires of Doug McKeever. Cross-exam by plaintiff.
11:32  Court in recess.

2:00   Court in session with all counsel present.
2:08   Defendants call 3 witness to address the court's questions.  John Rodriguez, previously sworn, Sarah Mangum (Principal Program Budget Analyst, Dept of Finance) and Jim Alves (Budget Analyst for Dept of Finance), both sworn/testified.
2:21   Defendants call George Sifuentes, previously sworn. Cross-exam by Plaintiff.
2:33   Court in recess.

2:50   Court in session with all counsel.  Court issues tentative ruling and final ruling on various issues as stated on the record in open court (Court Order to follow).  The joint matter set for 06/08/2006 is reset from 10:00 AM to 1:30PM.

| | |
|---|---|
| 3:08 | Special Master Michael Keating address the court re remaining objections. Arguments by the parties. Plaintiffs' first objection is overruled. |
| 3:38 | Argument by plaintiffs regarding reception center issues. Argument by defendants. |
| 3:45 | Special Master addresses the court re reception centers. The objection is overruled, however, the court will direct the department to develop a plan relative to persons in the reception area over 60 days. Defendants ask for 3 months to submit a plan to the court - the request is GRANTED. |
| 4:00 | Court goes off the record. Parties remain to discuss the issue of discovery. Further status set for 05/17/2006 at 1:30 PM. |
| 4:15 | Court in recess. |