IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,　　　　　　　　No. CIV S-90-0520 LKK JFM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.　　　　　　　ORDER
_____/

      Pursuant to court order, this matter came on for status conference on April 27, 2006. Michael Bien, Esq., appeared as counsel for plaintiffs. Lisa Tillman, Deputy Attorney General, appeared as counsel for defendants. At the status conference, the parties represented that they would attempt to narrow the issues for discovery in advance of setting schedule for resolution of issues remaining with respect to the Revised Program Guides. Good cause appearing, IT IS HEREBY ORDERED that this matter is set for further status conference on May 17, 2006, at 1:30 p.m. in Courtroom # 4.

DATED: May 1, 2006.

                    /s/Lawrence K. Karlton
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT