IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                 No. CIV S-90-0520 LKK JFM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              ORDER TO SHOW CAUSE

/

        Pursuant to court order, this matter came on for hearing on April 26 and 27, 2006 on the adequacy of defendants' April 17, 2006, a plan for the provision of acute and intermediate inpatient beds for all seriously mentally ill male and female inmates in the California Department of Corrections and Rehabilitation (CDCR) clinically determined to be in need of those levels of inpatient care, and for the provision of mental health crisis beds for all seriously mentally ill male and female inmates in CDCR within 24 hours of a clinical determination that they require that level of care. In their objections to defendants' bed plan, plaintiffs contend, inter alia, that Stephen W. Mayberg, Ph.D., Director of the Department of Mental Health, must be joined as a defendant in this action.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within fifteen days from the date of this order, Stephen W. Mayberg, Ph.D.,

1

1  Director of the California Department of Mental Health, and/or any party to this action may show
2  cause in writing if any there is, why Director Mayberg should not be joined as a defendant in this
3  action; and
4        2.  The Clerk of the Court is directed to serve a copy of this order on Stephen W.
5  Mayberg, Ph.D., Director, California Department of Mental Health, 1600 9th Street, Rm. 151,
6  Sacramento, California 95814.
7  DATED:  May 1, 2006.

           /s/Lawrence K. Karlton
           LAWRENCE K. KARLTON
           SENIOR JUDGE
           UNITED STATES DISTRICT COURT

/mayberg.osc