IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | |
|     Plaintiffs, | |
|     v. | CIV. NO. S-90-0520 LKK JFM P |
| ARNOLD SCHWARZENEGGER, et al., | |
|     Defendants. | |
| _____/ | |
| MITCHELL J. KLEMASKE, | |
|     Plaintiff, | |
|     v. | CIV. NO. S-04-1750 FCD KJM P |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
|     Defendants. | |
| _____/ | |

/////
/////
/////

```
1  DAVID WILSON,
2                    Plaintiff,
3     v.                           CIV No. S-05-0876 LKK GGH P
4  JEANNE WOODFORD, et al.,
5                    Defendants.
6  _____/
7  ROBERT HECKER,
8                    Plaintiffs,
9     v.                           CIV No. S-05-2441 LKK GGH P
10 CALIFORNIA DEPARTMENT OF
   CORRECTIONS AND REHABILITATION,
11 et al.,
12                   Defendants.
13 _____/
```

Examination of the above-entitled actions reveals that the four (4) actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same parties, and are based on the same or similar claims, the same property, transaction or event, and similar questions of fact and law.

Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the four (4) actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular

2

practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated CIV. NO. S-04-1750 FCD JFM P, be, and the same hereby is, reassigned to Judge Lawrence K. Karlton and Magistrate Judge John F. Moulds for all further proceedings[1]; the actions denominated CIV No. S-05-0876 LKK GGH P, and CIV No. S-05-2441 LKK GGH shall remain assigned to Judge Lawrence K. Karlton and shall be reassigned to Magistrate Judge John F. Moulds; and any dates currently set in the reassigned cases <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as CIV. NO. S-04-1750 LKK JFM P, CIV No. S-05-0876 LKK JFM P, and CIV No. S-05-2441 LKK JFM P, respectively.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: May 1, 2006

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] This order supersedes the non-related case order filed on September 22, 2005 in Case NO. CIV S-04-1750 FCD KJM P.

3