BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Facsimile: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**ORDER TO PRODUCE AND FILE UNDER SEAL THE DRAFT CRIPA AGREEMENT** |

On April 26, 2006, this Court convened a hearing to review the adequacy of the bed plans submitted by Defendants. Michael Bien, Esq. of Rosen, Bien and Asaro and Keith Wattley, Esq. of the Prison Law Office appeared on behalf of Plaintiffs; Lisa Tillman appeared on behalf of Defendants. During the hearing, Defendants agreed to file with this Court under seal and to serve upon Plaintiffs' counsel a copy of the draft agreement reached between the Department of Mental Health and the United States Department of Justice concerning allegations brought under the Civil Rights of Institutionalized Persons Act (CRIPA).

/////

Upon good cause appearing, this Court hereby orders that the draft agreement reached between the Department of Mental Health and the United States Department of Justice concerning allegations brought under the Civil Rights of Institutionalized Persons Act (CRIPA) be served upon Plaintiffs' counsel and filed under seal with this Court.

Dated: May 2, 2006

/s/Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court