*J. Michael Keating, Jr.*
**Office of the Special Master**
<u>Coleman v. Schwarzenegger</u>

2351 Sussex Drive
Fernandina Beach, FL 32034
(904) 491-7157
Fax: (904) 491-7158
E-mail: jmichaelkeatingjr@yahoo.com

May 9, 2006

Clerk's Office
United States District Court
  for the Eastern District of California
501 I Street
Sacramento, CA 95814

      Re:    <u>Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.
              No. Civ. S-90-0520 LKK JFM P</u>

Dear Sir/Madam:

Please find attached for electronic filing the <u>Report on Suicides Completed in the California Department of Corrections in Calendar Year 2004</u>.

In addition to this electronic filing, I am sending two conventional hard copies by Federal Express to Haven Gracey, Staff Assistant to Magistrate Judge Moulds, for Judge Karlton and Magistrate Judge Moulds.

If you have any questions about this filing or its distribution, please call. Thank you for your assistance.

Sincerely yours,

  /s/

J. Michael Keating, Jr.
Special Master

Enclosure