BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' PRODUCTION AND SUBMISSION OF FINAL CRIPA AGREEMENT** |

On May 3, 2006, this Court's ordered Defendants to file under seal a copy of the draft agreement reached between the Department of Mental Health (DMH) and the United States Department of Justice concerning allegations brought under the Civil Rights of Institutionalized Persons Act (CRIPA). On May 3, 2006, the agreement between the DMH and United States Department of Justice was finalized. A copy of the final agreement was provided to Plaintiffs' counsel in this matter. Plaintiffs' counsel has agreed that there is no need for the production of

///

///

CRIPA AGREEMENT

1

1  the draft agreement. Defendants provide this Court with the final agreement (stipulation and
2  consent judgment) attached as Exhibit A and request this Court find that the May 3, 2006 order
3  to produce the draft agreement has been mooted.
4       Dated: May 8, 2006
5                Respectfully submitted,
6                BILL LOCKYER
                 Attorney General of the State of California
7                JAMES M. HUMES
                 Chief Assistant Attorney General
8                FRANCES T. GRUNDER
9                Senior Assistant Attorney General
                 ROCHELLE C. EAST
10               Supervising Deputy Attorney General
11
                 */s/ Lisa Tillman*
12               LISA A. TILLMAN
                 Deputy Attorney General
13
                 Attorneys for Defendants

16  30115893.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman v. Schwarzenegger, et al.**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 8, 2006, I served the attached ***Defendant's Production and Submission of Final Cripa Agreement*** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft, H-86887
California State Prison, Sacramento
FA2-205 - H86887
P.O. Box 290066
Represa, CA 95671-0066

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 8, 2006, at Sacramento, California.

|   |   |
|---|---|
| A. Buckley | */s/ A Buckley* |
| Declarant | Signature |

30116705.wpd