## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman, Ralph et al. v. Arnold Schwarzenegger, et al.**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 17, 2006, I served the attached **RESPONSE TO OSC RE: JOINDER OF STEPHEN MAYBERG, DIRECTOR OF DEPARTMENT OF MENTAL HEALTH, AS A DEFENDANT** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft, H-86887
California State Prison, Sacramento
FA2-205 - H86887
P.O. Box 290066
Represa, CA 95671-0066

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 17, 2006, at Sacramento, California.

|           G. GRAY           |       /s/ G. Gray       |
|:---------------------------:|:-----------------------:|
|          Declarant          |        Signature        |

30119768.wpd