PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>   Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2005** |

   On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

1  Pursuant to these procedures, the parties have met and conferred concerning fees and
2  costs incurred by plaintiffs' attorneys during the Fourth Quarter of 2005. As a result of the
3  meet and confer session concerning the Fourth Quarter Statement for 2006, the parties are
4  able to agree to the payment of $371,729.94 in fees and costs incurred during the Fourth
5  Quarter of 2005. Attached hereto as Exhibit A are charts setting forth the fees and expenses
6  now due and owing on the Fourth Quarter of 2005. This agreement resolves all disputed
7  fees and costs for the Fourth Quarter of 2005 except for $792.75 in fees and costs incurred
8  by plaintiffs' counsel in monitoring compliance which remains in dispute between the
9  parties. The amounts that remain in dispute are also documented in the charts attached
10 hereto as Exhibit A. The parties agree to defer any dispute over these fees and agree that
11 plaintiffs may seek compensation in the future once the status of these issues has been
12 addressed more thoroughly in the case.
13      THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $ 371,729.94
14 plus interest is due and collectable as of 45 days from the date of entry of this order. Daily Interest
15 runs from March 13, 2006 at the rate of 4.80 %.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $371,729.94 | 4.80 % | $48.89 | March 13, 2006 |

18 (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

*[signature]*
DATED: 5-17-06
Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

*[signature]*
DATED: 5-19-06
Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs

H:\489\5\pleading\
Stip-4thqtr2005 5-12-06 (489-5)

-1-   STIPULATION AND [PROPOSED] ORDER
CONFIRMING UNDISPUTED ATTORNEYS' FEES AND
COSTS FOR THE FOURTH QUARTER OF 2005

**EXHIBIT ___A___**

## Coleman v. Schwarzenegger
**Fourth Quarterly Statement of 2005**
**October 1, 2005 through December 31, 2005**

### SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | COSTS |
|---|---|---|
| **MONITORING** | $ 337,704.44 | $ 19,996.01 |
| **MONITORING FEES ON FEES** | $ 13,867.95 | $ 161.55 |
| **CLASSIFICATION FEES** | $ - | $ - |
| **TOTALS:** | $ 351,572.39 | $ 20,157.56 |

**TOTAL UNDISPUTED FEES AND COSTS**             $ 371,729.94

**AMOUNT REMAINING IN DISPUTE**             $792.75

# Coleman v. Schwarzenegger

## Summary Of Undisputed Fees - Fourth Quarterly Statement, 2005
### October 1, 2005 through December 31, 2005

### Monitoring Work

**Matter: 489-3**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 121.00 | 7.00 | 2.00 | 1.20 | 0.00 | 0.00 | 3.80 | 0.00 | 119.42 | $ 169.50 | $ 20,241.69 |
| Jane E. Kahn (JEK) | 354.95 | 17.30 | 1.10 | 0.10 | 0.00 | 8.30 | 7.80 | 0.00 | 350.75 | $ 169.50 | 59,452.13 |
| Thomas Nolan (TN) | 286.30 | 8.70 | 1.20 | 1.00 | 0.00 | 0.30 | 6.20 | 0.00 | 284.56 | $ 169.50 | 48,233.92 |
| Ernest Galvan (EG) | 2.60 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 0.00 | 2.45 | $ 169.50 | 415.28 |
| Holly M. Baldwin (HMB) | 0.80 | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 0.00 | 0.72 | $ 169.50 | 122.04 |
| Megan R. Lang (MRL) | 1.10 | 0.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.90 | 0.00 | 1.01 | $ 169.50 | 172.20 |
| Amy E. Whelan (AEW) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.00 | 0.18 | $ 169.50 | 30.51 |
| Katherine Sher (KS) | 40.90 | 37.50 | 0.00 | 0.00 | 0.00 | 37.50 | 0.00 | 0.00 | 25.90 | $ 169.50 | 4,390.05 |
| Kim Le (KTL) | 65.50 | 12.90 | 0.80 | 0.60 | 0.40 | 2.20 | 8.90 | 0.00 | 62.93 | $ 150.00 | 9,439.12 |
| Emily K. Harpster (EKH) | 2.10 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 0.00 | 1.95 | $ 140.00 | 276.00 |
| Salvador Arrona (SA) | 14.00 | 4.70 | 0.00 | 0.20 | 0.00 | 1.00 | 3.50 | 0.00 | 13.05 | $ 140.00 | 1,827.00 |
| Paloma K. Wu (PKW) | 429.90 | 60.00 | 6.10 | 4.10 | 4.30 | 3.40 | 42.10 | 0.00 | 418.08 | $ 140.00 | 58,531.20 |
| Vanessa K. Carr (VKC) | 132.00 | 24.80 | 1.80 | 2.20 | 2.80 | 1.30 | 16.70 | 0.00 | 126.21 | $ 140.00 | 17,669.40 |
| Sean Donovan (SD) | 1.40 | 1.20 | 0.00 | 0.00 | 0.00 | 1.00 | 0.20 | 0.00 | 0.98 | $ 140.00 | 137.20 |
| Nathan J. Kleiner (NJK) | 384.30 | 47.30 | 12.50 | 3.60 | 2.30 | 1.10 | 27.80 | 0.00 | 376.33 | $ 140.00 | 52,686.20 |
| **RBA Totals:** | **1837.05** | **226.30** | **25.50** | **13.00** | **9.80** | **56.10** | **121.90** | **0.00** | **1784.52** | | **$ 273,619.31** |

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Donald Specter (DS) | 6.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.60 | $ 169.50 | $ 1,118.70 |
| Steven Fama (SF) | 6.90 | 0.60 | 0.00 | 0.00 | 0.00 | 0.60 | 0.60 | 0.00 | 6.84 | $ 169.50 | 1,155.38 |
| Keith Wattley (KW) | 113.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 113.00 | $ 169.50 | 19,153.50 |
| Noor Dawood (ND) | 284.20 | 13.40 | 2.50 | 1.00 | 0.00 | 0.00 | 9.90 # | 0.00 | 282.21 | $ 150.00 | 42,335.73 |
| **PLO Totals:** | **410.70** | **14.00** | **2.50** | **1.00** | **0.00** | **0.00** | **10.50** | **0.00** | **408.65** | | **$ 63,763.08** |

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employment Law Center** | | | | | | | | | | | |
| Lewis Bossing | 1.90 | 1.90 | 1.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.90 | $ 169.50 | $ 322.05 |
| **ELC Hours:** | **1.90** | **1.90** | **1.90** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **1.90** | | **$ 322.05** |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Monitoring - All Offices | 2249.65 | 242.20 | 29.90 | 14.00 | 9.80 | 56.10 | 132.40 | 0.00 | 2195.07 | **$337,704.44** |

## Coleman v. Schwarzenegger
### Summary Of Undisputed Fees - Fourth Quarterly Statement, 2005
### October 1, 2005 through December 31, 2005

### Fees Work

**Matter: 489-5**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | | |
| Thomas Nolan (TN) | 13.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.60 | $169.50 | $ 2,305.20 |
| Pamela Derrico (PD) | 41.90 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 0.70 | 41.13 | $175.00 | 7,197.75 |
| Kim T. Le (KTL) | 25.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.20 | $150.00 | 3,780.00 |
| **RBA Totals:** | 80.70 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 0.70 | 79.93 | | $ 13,282.95 |
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Edie DeGraff (ED) | 3.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.40 | $150.00 | $ 510.00 |
| Ashley Fewell (AF) | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | $150.00 | 75.00 |
| **PLO Totals:** | 3.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.90 | | 585.00 |
| **Total Fees - All Offices** | 84.60 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | 0.70 | 83.83 | | $ 13,867.95 |

### Classification Policies That Interfere With Access to Mental Healthcare Work

**Matter: 489-9**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 70/30 Split of Certain Hours | 75/25 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | $169.50 | $ |
| Jane E. Kahn (JEK) | 1.50 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 0.00 | $169.50 | |
| Thomas Nolan (TN) | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | $169.50 | |
| Kim Le (KTL) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 0.00 | $150.00 | |
| **RBA Totals:** | 4.70 | 4.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.70 | 0.00 | | $ |
| **Total - All Offices** | 4.70 | 4.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.70 | 0.00 | | $ |

Amount Remaining in Dispute: $792.75

## Coleman v. Schwarzenegger

### Summary Of Undisputed Costs - Fourth Quarterly Statement, 2005
### October 1, 2005 through December 31, 2005

**Matter: 489-3 (Monitoring)**

| ROSEN, BIEN & ASARO | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | 50/50 Of Certain Costs | 60/40 Of Certain Costs | Undisputed Costs |
|---|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ 5,085.24 | $ - | $ - | $ - | $ - | $ - | $ 5,085.24 |
| Photocopying (outside services) | $ 6,764.20 | $ 70.20 | $ 70.20 | $ - | $ - | $ - | $ 6,764.20 |
| NCIA Services | $ 1,850.00 | $ 1,850.00 | $ - | $ 1,850.00 | $ - | $ - | $ 1,850.00 |
| State Of CA Public records fee | $ 61.20 | $ - | $ - | $ - | $ - | $ - | $ 61.20 |
| Dept of Health Services - Record Request | $ 19.90 | $ - | $ - | $ - | $ - | $ - | $ 19.90 |
| Postage & Delivery | $ 1,193.04 | $ - | $ - | $ - | $ - | $ - | $ 1,193.04 |
| Telephone | $ 185.21 | $ - | $ - | $ - | $ - | $ - | $ 185.21 |
| Westlaw | $ 312.40 | $ 312.40 | $ - | $ - | $ 312.40 | $ - | $ 156.20 |
| Telefax | $ 692.00 | $ - | $ - | $ - | $ - | $ - | $ 692.00 |
| Online Research | $ 50.08 | $ - | $ - | $ - | $ - | $ - | $ 50.08 |
| Travel | $ 2,834.50 | $ 2,278.57 | $ 1,945.80 | $ 379.39 | $ 89.01 | $ 89.75 | $ 2,600.09 |
| **RBA Totals:** | $ 19,047.77 | $ 4,511.17 | $ 2,016.00 | $ 2,229.39 | $ 401.41 | $ 89.75 | $ 16,801.16 |

**PRISON LAW OFFICE**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | 50/50 Of Certain Costs | 60/40 Of Certain Costs | Undisputed Costs |
|---|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ 950.20 | $ - | $ - | $ - | $ - | $ - | $ 950.20 |
| Postage & Delivery | $ 501.50 | $ - | $ - | $ - | $ - | $ - | $ 501.50 |
| Telefax | $ 343.00 | $ - | $ - | $ - | $ - | $ - | $ 343.00 |
| Telephone | $ 10.44 | $ - | $ - | $ - | $ - | $ - | $ 10.44 |
| Travel | $ 1,383.71 | $ 264.53 | $ 264.53 | $ - | $ - | $ - | $ 1,383.71 |
| **Totals:** | $ 3,188.85 | $ 264.53 | $ - | $ - | $ - | $ - | $ 3,188.85 |
| **Total Monitoring Costs:** | $ 22,236.62 | $ 4,775.70 | $ 2,016.00 | $ 2,229.39 | $ 401.41 | $ 89.75 | $ 19,995.01 |

**Matter: 489-5 (Monitoring Fees on Fees)**

| ROSEN, BIEN & ASARO | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | 50/50 Of Certain Costs | 60/40 Of Certain Costs | Undisputed Costs |
|---|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ 79.20 | $ - | $ - | $ - | $ - | $ - | $ 79.20 |
| Postage & Delivery | $ 27.05 | $ - | $ - | $ - | $ - | $ - | $ 27.05 |
| Telefax | $ 9.00 | $ - | $ - | $ - | $ - | $ - | $ 9.00 |
| Online research | $ 19.28 | $ - | $ - | $ - | $ - | $ - | $ 19.28 |
| Telephone | $ 27.02 | $ - | $ - | $ - | $ - | $ - | $ 27.02 |
| **Total Fees Costs:** | $ 161.55 | $ - | $ - | $ - | $ - | $ - | $ 161.55 |
| **TOTAL UNDISPUTED COSTS** | $ 22,398.17 | $ 4,775.70 | $ 2,016.00 | $ 2,229.39 | $ 401.41 | $ - | $ 20,157.56 |

4th Quarter 2005

Undisputed Costs

5/12/2006