BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                          Plaintiffs,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                          Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO SPECIAL MASTER KEATING'S REPORT ON SUICIDES IN CALENDAR YEAR 2004** |

Defendants hereby respond to Special Master Keating's Final Report on Suicides Completed in the California Department of Corrections in Calendar Year 2004.

Defendants have reviewed the Report's single recommendation:

The defendants need to develop by **May 31, 2006** a plan for dealing with the escalating percentage of suicides occurring in administrative segregation units. The plan must be based on an analysis of the causes for the increasing rate and, depending on the outcome of the analysis, provide adequate resources of mental health and/or custody staff, create sufficient confidential

///

1  interview space and/or enhance the quality of mental health services provided in administrative
2  segregation units.
3       In response, Defendants state that they agree to develop a plan for dealing with the
4  suicide rate in administrative segregation units.  Defendants respectfully request that the analysis
5  of the causes of the suicide rate be addressed in collaboration with one or more of the Special
6  Master's experts.  Given this analysis will inform the steps to undertake to address the rate,
7  Defendants respectfully request that Defendants be permitted to immediately commence the
8  analysis in collaboration with the Special Master's experts and be permitted to present the plan
9  by **August 31, 2006**.

10  Dated: May 19, 2006

11  Respectfully submitted,

12  BILL LOCKYER
    Attorney General of the State of California

13  JAMES M. HUMES
    Chief Assistant Attorney General

14  FRANCES T. GRUNDER
    Senior Assistant Attorney General

15  

16  ROCHELLE C. EAST
    Supervising Deputy Attorney General

17  

18  */s/ Lisa Tillman*
    LISA A. TILLMAN
19  Deputy Attorney General

20  Attorneys for Defendants

21
22  30120657.wpd
23
24
25
26
27
28

DEF. RESPONSE TO SUICIDE REPORT

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman v. Schwarzenegger**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 19, 2006, I served the attached *Response* by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft, H-86887
California State Prison, Sacramento
FA2-205 - H86887
P.O. Box 290066
Represa, CA 95671-0066

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 19, 2006, at Sacramento, California.

|  A. Buckley  |  */s/ A Buckley*  |
| :---: | :---: |
| Declarant | Signature |

30120701.wpd