BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | CASE NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' REPORT ON THE STATUS OF MENTAL HEALTH VACANCIES AT CALIFORNIA STATE PRISON, CORCORAN** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

In response to the court order of March 9, 2006, Defendants respectfully submit the attached report concerning the vacancy rate as of May 15, 2006 for each category of mental

//
//
//
//
//
//

DEF. CORCORAN VACANCY REPORT

1

health personnel at California State Prison, Corcoran.  (Ex. A, Report.)

Dated: May 22, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/ Lisa Tillman*
LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30121256.wpd

DEF. CORCORAN VACANCY REPORT

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman v. Schwarzenegger, et al.**

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 22, 2006, I served the attached Defendants' Report on the *Status of Mental Health Vacancies at California State Prison, Corcoran*, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft, H-86887
California State Prison, Sacramento
FA2-205 - H86887
P.O. Box 290066
Represa, CA 95671-0066

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 22, 2006, at Sacramento, California.

|           A. Buckley           |         */s/ A Buckley*         |
|--------------------------------|---------------------------------|
|           Declarant            |            Signature            |

30121290.wpd