**EXHIBIT A**

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                    Arnold Schwarzenegger, *Governor*

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA 94283-0001



May 19, 2006

J. Michael Keating, Jr.                     Via:    Lisa Tillman
Office of the Special Master                        Deputy Attorney General
2351 Sussex Lane                                    1300 I Street, Suite 125
Fernandina Beach, FL 32034                          P.O. Box 944255
                                                    Sacramento, CA 94244-2550

RE:    RALPH COLEMAN, et.al. v. ARNOLD SCHWARZENEGGER, et.al.
<u>USDC, Eastern District of California, Case No. CIV S-90-0520 LKK JFM P</u>

Dear Mr. Keating:

The California Department of Corrections and Rehabilitation (CDCR) respectfully submits the following list of recruitment efforts made on behalf of the California State Prison, Corcoran (CSP-COR) in an effort to reduce vacancies by 10 percent for psychiatrists, case managers, recreational therapists, psychiatric technicians and all categories of clinical supervisors as outlined in court order number CIV S-90-0520 LKK JFM P.

Recruitment Efforts:

- Mental Health Hiring Workshop was held on Friday, April 21, 2006. A total of 64 candidates attended; 6 exams, and 10 lateral transfer applications were collected from prospective candidates. This has resulted in 8 Psychiatric Technician tentative job offers to date, with more anticipated. Follow up calls continue to candidates who attended.
- The Department mailed out approximately 3,200 workshop invitations to licensed professionals throughout California announcing the workshop and the employment potential at CSP-COR. This resulted in over 100 people responding and indicating interest. Follow up calls continue to those who expressed interest but did not attend workshop.

J. Michael Keating, Jr.
Page 2

- Workshop advertisements were placed in the following publications:

| Advertisement Source | Advertisement Run Dates |
|---|---|
| Bakersfield Californian | April 23, 2006 |
| Fresno Bee | April 2 and 9, 2006 |
| Los Angeles Times | April 2 and 9, 2006 |
| Modesto Bee | April 16, 2006 |
| Sacramento Bee | April 16, 2006 |
| San Francisco Chronicle | April 2 and 9, 2006 |
| San Francisco Examiner | April 16, 2006 |
| Visalia Times | April 1 and 8, 2006 |

- While the advertisements listed above were specific to the hiring workshop, additional advertisements continue on an ongoing basis, advertising job opportunities at CSP-COR:

| Advertisement Source | |
|---|---|
| Bakersfield Californian | Sacramento Bee |
| California (Salinas) | The Record (Stockton) |
| Fresno Bee | The Reporter (Vacaville) |
| Hanford Sentinel | Times-Herald (Vallejo) |
| Madera Tribune | Tracy Press |
| Merced Sun Star | USA Today |
| Reporter (Vacaville) | |

- Advertising is also done in the following journals and on the following websites for *Coleman* positions on a continuous basis:

| Advertisement Source | Advertisement Run Dates |
|---|---|
| **Journals** | |
| American Psychiatric Assoc (APA) | Continuous |
| California Psychologist | Continuous |
| Current Psychiatry | Continuous |
| Unique Opportunities | Continuous |
| **Websites** | |
| American Psychiatric Assoc. (APA) Job Bank | Continuous |
| CareerBuilder.com | Continuous |
| Medhunters.com | Continuous |
| MilitaryExits.com | Continuous |
| State Personnel Board | Continuous |

J. Michael Keating, Jr.
Page 3

- Members of the Department's Office of Workforce Planning Unit and the Psychiatrist/Psychologist Strike Team attended the following events in an attempt to recruit qualified individuals:

| Date | Event Name | Location | Outcome |
|------|-----------|----------|---------|
| January 14, 2006 | San Diego Psychiatric Society | San Diego, CA | 3 very interested applicants that picked up applications |
| January 21, 2006 | Southern California Psychiatric Society | Santa Monica, CA | No interest |
| March 11, 2006 | Orange County Psychiatric Society | Irvine, CA | 10 Psychiatrist interns expressed interest in working with the Department. Conducting follow up. |
| March 23 - 26, 2006 | California Psychological Association | San Francisco, CA | 50 people stopped at booth and expressed interest in employment. Conducting follow up. |
| March 31 - April 1, 2006 | North California Psychiatrist Society Annual Meeting/UCSF Job Fair | Monterey, CA | No interest from attending psychiatrists |

| Classification | Auth. Pos. | Est. Pos. | Vacant Pos. | Vacancy Rate |
|----------------|-----------|-----------|-------------|--------------|
| Chief Psychiatrist | 1 | 1 | 1 | 100% |
| Chief Psychologist | 1 | 1 | 0 | 0% |
| Senior Psychiatrist (Sup) | 1 | 1 | 1 | 100% |
| Senior Psychologist (Sup) | 3 | 3 | 1 | 33.33% |
| Staff Psychiatrist | 14.3 | 14.3 | 9.8 | 68.53% |
| Clinical Psychologist | 39.21 | 39.21 | 29.21 | 71.95% |
| Sup. Clinical SW | 2.79 | 2.79 | 1.79 | 64.16% |
| Clinical Social Worker | 11.4 | 11.4 | 5.4 | 47.36% |

J. Michael Keating, Jr.
Page 4

| | | | | |
|---|---|---|---|---|
| Psychiatric Tech | 35.59 | 35.59 | 15.59 | 50.81% |
| Rec. Therapist | 8.07 | 8.07 | 7.07 | 87.61% |
| **Totals** | **117.36** | **117.36** | **71.86** | |

- In addition, the Department has initiated contacting California Psychiatric Residency Programs in order to get literature distributed to resident students regarding job opportunities with CDCR. To date, Stanford and UC Irvine has accepted information from CDCR and the Department continues to follow up with all others.

Even though CDCR utilized extensive recruitment efforts, CDCR was not able to meet the 10 percent or less vacancy rate at CSP-COR by May 22, 2006, as requested by the court. Therefore, CDCR will be implementing salary enhancements at the same level as Pelican Bay State Prison, effective June 1, 2006.

Sincerely,

PETER FARBER-SZEKRENYI, DR., P.H.
Director
Division of Correctional Health Care Services

cc:   Renee Kanan, M.D., M.P.H.    Yulanda Mynhier        Doug McKeever
      Brigid Hanson               Michael Stone          Nancy Bither
      Margaret McAloon, Ph.D.      Tim Fishback, M.D.     Judy Gelein