IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

    Plaintiff,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.
_____/

No. CIV S-90-0520 LKK JFM P

<u>ORDER CONFIRMING UNDISPUTED</u>

<u>ATTORNEYS' FEES AND COSTS FOR THE</u>

<u>FOURTH QUARTER OF 2005</u>

On May 19, 2006, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Fourth Quarter of 2005, pursuant to the March 19, 1996, periodic fees order in this case.

Pursuant to the stipulation filed on May 19, 2006, IT IS HEREBY ORDERED that plaintiffs fees and costs of $371,729.94, plus interest are due and collectable as of 45 days from the date of entry of this order. Daily Interest runs from March 13, 2006 at the rate of 4.80 %.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $371,729.94 | 4.80 % | $48.89 | March 13, 2006 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

1

IT IS SO ORDERED.

DATED: May 24, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/cole0520.4th.amd