IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,              O R D E R
et al.,

       Defendants.
_____/

    By order filed May 25, 2006, the special master was directed to report to the court within seven days on the status and sufficiency of defendants' budget requests for staffing augmentation necessary to implement the court-approved provisions of the January 2006 Revised Program Guide. The special master has informed the court that defendants are asserting the deliberative process privilege for budget change proposals relevant to preparation of said report and that they seek to submit said documents under seal. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants are granted until Friday, June 2, 2006, to

formally raise in this court the privilege they have asserted with the special master;

    2.  Plaintiffs may respond to any such assertion of privilege on or before June 9, 2006; and

    3.  The deadline for submission of the special master's report on the status and sufficiency of defendants' budget requests will be reset, as appropriate, by subsequent order of this order.

DATED: May 30, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2