1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 |   1300 I Street, Suite 125
P.O. Box 944255
7 | Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8 | Fax: (916) 324-5205

9 | Attorneys for Defendants
CF1997CS0003

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DECLARATION OF SARAH MANGUM IN SUPPORT OF ASSERTION OF DELIBERATIVE PROCESS PRIVILEGE** |

21 |   I, Sarah Mangum, declare:

22 |   1.   I am employed by the Department of Finance, Corrections and General Government

23 | Unit, in the position of Principal Program Budget Analyst. I have been employed in this

24 | position since November 2004.

25 |   2.   I have personal knowledge of the facts stated in this declaration and if called to testify

26 | upon these facts would do so competently.

27 |   3.   As a Principal Program Budget Analyst, I am responsible for the review of funding

28 | requests made by the Division of Correctional Health Care Services (DCHCS) of the California

Department of Corrections and Rehabilitation (CDCR). The requests for funding usually are in the form of budget change proposals submitted to DOF. If a budget change proposal is submitted for review after the initial Governor's Budget is provided to the Legislature, then the proposal is transmitted to the Legislature via a finance letter. The term finance letter is often used by DOF staff and others to reference these funding requests. However, the underlying request remains a budget change proposal.

4.    Budget change proposals are analyzed by DOF to determine if the basis of the request is justified, if the methodology used to determine the amount of the request is appropriate, and if the request is consistent with the Administration's policy. Upon completion of this review process, a recommendation is made to the Governor's Office, which ultimately makes the final decision about approval to submit funding proposals to the Legislature.

5.    There are three primary points in the annual budgetary cycle when the Administration submits request for funding to the Legislature: the Governor's Budget released on January 10th, the Spring Finance Letters released on April 1st, and the May Revise released on May 14th, of each fiscal year. However, there have been exceptions when the Administration has submitted funding requests at other times during the process. The Spring Finance Letters are generally reserved for proposals arising from needs not anticipated when the Governor's Budget was proposed, such as new court orders. The May Revision is generally reserved for technical changes and changes in funding needs due to updated population, caseload and enrollment projections since the Governor's Budget. Once these proposals are submitted to the Legislature it is the Legislature's role to accept or reject these proposals and, if accepted, provide an appropriation to fund the activities specified in the proposal.

6.    In February 2006, I received a funding request or budget change proposal from DCHCS of CDCR in a large, three-ring binder. The spine of the binder states "Mental Health Program Spring 2006 Finance Letter" and contained in the binder is a funding request based on a compilation of *Coleman* issues.

7.    The initial proposal included three categories of issues: the Revised Program Guide, increased headquarters staffing, and pay increases for clinical staff.

DECLARATION OF SARAH MANGUM RE: DELIBERATIVE PROCESS

8.    The proposal was revised to address only the Revised Program Guide and headquarters staffing requests, while the pay related issues were addressed separately in the May Revise. This revised version is the budget change proposal described in paragraph 12 of this declaration. DOF final approval was based on this revised request.

9.    My office maintains funding requests and their supporting documentation. In the course of reviewing and analyzing a funding request, it is not uncommon for supporting documentation to be withdrawn, added or in some manner changed when updated or supplemental information becomes available.

10.    I have asked staff within my office to locate the original binder from DCHCS entitled "Mental Health Program Spring 2006 Finance Letter." The binder has been located. In reviewing the binder, it appears to contain the original documents provided by DCHCS to DOF for review at the time of the initial submission of the funding request or at another date during the process of reviewing the request.

11.    The binder is approximately four inches in width. The binder contains documents that are contained within tabs and documents that are not contained within tabs. Some tabs do not contain documents.

A. The documents not contained within tabs are:

a. Letter of February 6, 2006 from CPS to Dr. Fishback;

b. CDCR's Response to Recommendations in the *Coleman v. Schwarzenegger* Fifteenth Monitoring Report, with attachment 1 (psychiatrist vacancy report 1/12/06) and attachment 2 (Office of Workforce Planning and Selection *Coleman* Mental Health Recruitment Strategic Plan);

c. CDCR Finance Letter, Fiscal Year 2006-07, Mental Health Program, with cover memo, DF-46 Finance Letter Cover Sheet,

d. CDCR Finance Letter, Fiscal Year 2006-07, Mental Health Program, DF-46 Finance Letter Cover Sheet, with 12 pages of supporting documentation;

e. CDCR Finance Letter, Fiscal Year 2006/07, Mental Health Program, pages 1-52, with attachments labeled 2, 2A, 15 (two pages), 30, and 10-page printout;

DECLARATION OF SARAH MANGUM RE: DELIBERATIVE PROCESS

3

B.  The documents contained within tabs include the following:

Tab entitled Table of Contents listing contents of tabs 1 through 40

Tab 1, *Coleman* Order, June 1994

Tab 2, Summary of Program Guide Positions

Tab 3, 2006 MHSDS Revised Program Guide

Tab 4, 1997 v. 2006 Revised Program Guide Workload Requirements

Tab 5, Workload Time Analysis

Tab 6, 1997 *Coleman* Staffing Standards

Tab 7, American Medical Association Current Procedure Terminology Codes

Tab 8, Mental Health Population

Tab 9, Correctional Treatment Center Beds

Tab 10, Custody Positions

Tab 11, Senior Licensed Psychiatric Technician

Tab 12, Mental Health OHU

Tab 13, Psychological Testing Supplies

Tab 14, Equipment/Additional Resources

Tab 15, Summary of Mental Health Program Headquarters Positions

Tab 16, Mental Health Program Headquarters Organization Chart

Tab 17, Quality Management Assistance Program Workload

Tab 18, Utilization Management Unit Workload

Tab 19, 1999 and 2001 *Coleman* Ad Seg Staffing orders, 2006 *Madrid* and

*Coleman* Special Masters' Reports

Tab 20, Psychological Testing Unit Workload

Tab 21, Headquarters Capital Outlay

Tab 22, Duty Statements

Tab 23, Staffing Models, other states

Tab 24, American Association for Correctional Psychology

Tab 25, National Commission on Correctional Health Care

Tab 26, Human Rights Watch

Tab 27, Extraordinary Travel Request

Tab 28, Workload Study Sample

Tab 29, Summary of 15th Round *Coleman* Monitoring Report Recommendation

Tab 30, Summary of Psychiatry Vacancy Rate Strategies

Tab 31, Psychiatry Vacancy Rate

Tab 32, Psychiatry Series Salary Information

Tab 33, Salary Survey Report

Tab 34, Economic Institute Salary Information

Tab 35, Cooperative Personnel Services (CPS) Salary Survey

Tab 36, HAM Proposal

Tab 37, *Coleman* Court Order, Psychiatry Salary

Tab 38, *Coleman* Payments

Tab 39, Retention Strategies

Tab 40, Acronyms

C.  Documents Not Contained In Tab

A table showing LOU staffing (loose from the binder, unknown original place in binder).

12.  My staff also located a Form DF-46 Budget Change Proposal, Revision 050831, with accompanying documentation. This form is unsigned and indicates a print date of April 7, 2006. This is the revised proposal that includes only the narrative and fiscal detail related to the program guidelines and headquarters staffing request as explained in paragraph 8 of this declaration.  Our final review and recommendation related to the Revised Program Guide and headquarter staffing was based on this revised request.  Many of the additional backup documents specified in paragraph 11 of this declaration were also relied upon to review this request.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 1, 2006   By: _Sarah Mangum_

DECLARATION OF SARAH MANGUM RE: DELIBERATIVE PROCESS

5