1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 | 1300 I Street, Suite 125
P.O. Box 944255
7 | Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8 | Fax: (916) 324-5205

9 | Attorneys for Defendants
CF1997CS0003
10

11

12

13

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15   **RALPH COLEMAN, et al.,** | CASE NO. CIV S-90-0520 LKK JFM P |
| 16          Plaintiffs, | **DECLARATION OF** |
| 17       v. | **MICHAEL GENEST IN SUPPORT OF ASSERTION** |
| 18   **ARNOLD SCHWARZENEGGER, et al.,** | **OF DELIBERATIVE PROCESS PRIVILEGE** |
| 19          Defendants. | |

20

21      I, Michael C. Genest, declare:

22      1. I am the Director of Finance for the State of California, duly appointed by Governor

23 Arnold Schwarzenegger on December 17, 2005.

24      2. I have personal knowledge of the facts stated in this declaration and if called to testify

25 upon those facts would do so competently.

26      3. As the Director of Finance, I am the Governor's chief budget officer, as well as the

27 chief executive officer of the Department of Finance for the State of California.

28      4. Under California State Law (Government Code section 13070), the Department of

DECLARATION OF MICHAEL GENEST RE: DELIBERATIVE PROCESS

1

1  Finance (DOF) has general powers of supervision over all matters concerning the financial and

2  business policies of the State.

3      5.  As an exercise of those powers, DOF reviews requests for funding submitted by a

4  variety of State entities, including the California Department of Corrections and Rehabilitation

5  (CDCR), in order to determine whether those requests will become part of the Governor's budget

6  proposals to the Legislature.  These budget proposals are embodied in the Governor's Budget,

7  which is presented to the Legislature on January 10 of each year, and the subsequent adjustments

8  thereto, which are referred to as Spring Finance Letters and the May Revision.

9      6.  DOF's review of requests for funding (generally referred to as budget change

10  proposals) is integral to the performance of DOF's duty to provide candid advice to the Governor

11  for the purpose of creating both the Governor's Budget and the subsequent adjustments

12  thereto.  As such, the budget change proposal creation and review process is part of the

13  deliberative process of the Director of Finance, as the Governor's chief budget officer, as well as

14  the deliberative process of the Governor himself.

15      7.  DOF reviewed the information in the binder received from CDCR entitled "Mental

16  Health Program Spring 2006 Finance Letter" (the "Corrections BCP") in the process of advising

17  the Governor as to subsequent adjustments to the Fiscal Year 2006-07 Governor's Budget. I have

18  conducted a cursory review of this document. It is the type of "budget change proposal,"

19  described in paragraph 6 of this declaration, which is necessary for the fiscal decision making

20  process to occur.

21      8.  Budget change proposals that are included in the Governor's budget proposals to the

22  Legislature (either as part of the Governor's Budget or the adjustments thereto) reflect the

23  ultimate decision of the Governor, and as such are made public in the interest of fully informing

24  the public as to the Governor's proposals regarding the expenditure of public funds.  See, for

25  example, the April 1 Finance Letters published on the Department of Finance web-site at

26  www.dof.ca.gov.

27      9.  Budget change proposals that are not included in the Governor's budget proposals to

28  the Legislature are not reflective of the Governor's ultimate decision regarding what funding to

DECLARATION OF MICHAEL GENEST RE: DELIBERATIVE PROCESS

2

1  request of the Legislature and do not reflect the Governor's proposals regarding the

2  expenditure of public funds. As such, these are not made available to the public. This practice is

3  routinely reflected in instruction letters provided by Finance to budget officers within California

4  state government. See, for example, Budget Letter 05-33, attached herein as Exhibit B.

5          10. The confidentiality of the deliberative process reflected in the budget change

6  proposal review process is essential to permit a full and free exchange of information between

7  entities subject to the Governor's Budget process and DOF, as the Governor's budget office,

8  in order to provide candid advice and disclosure to the Governor in his capacity as the author of

9  the Governor's Budget and subsequent adjustments thereto. The disclosure of a budget change

10 proposal in a high-profile class action suit can have a chilling effect on future communications

11 with other agencies and can thus impact the flow of information to the Governor.

12          11. For these reasons, I assert my deliberative process privilege, as the Governor's chief

13 budget officer as to the Corrections BCP. Further, as the Governor's chief budget officer, I assert

14 the Governor's deliberative process privilege as to the Corrections BCP.

15          I declare under the penalty of perjury that the foregoing is true and correct.

16          Dated: June 2, 2006                    By: _____
                                                        Michael Genest

17

18

19  30124595.wpd

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL GENEST RE: DELIBERATIVE PROCESS

3

**COLEMAN V. SCHWARZENEGGER**
**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT A**

**IN SUPPORT OF DEFENDANTS' FORMAL ASSERTION OF THE**
**DELIBERATIVE PROCESS PRIVILEGE TO PRODUCTION OF FINANCE REQUEST**

**EXHIBIT A**

**DEFENDANTS' PRIVILEGE LOG IN SUPPORT OF ASSERTION OF THE DELIBERATIVE PROCESS PRIVILEGE TO PRODUCTION OF FINANCE REQUEST**

| DOCUMENT DESCRIPTION | PRIVILEGE ASSERTED | RULING |
|---|---|---|
| a.  Letter of February 6, 2006 from CPS to Dr. Fishback (with handwritten notes of DOF staff in margins) | Deliberative Process Privilege | |
| b.  CDCR's Response to Recommendations in the *Coleman v. Schwarzenegger* Fifteenth Monitoring Report, with attachment 1 (psychiatrist vacancy report 1/12/06) and attachment 2 (Office of Workforce Planning and Selection *Coleman* Mental Health Recruitment Strategic Plan) | Deliberative Process Privilege | |
| c.  CDCR Finance Letter, Fiscal Year 2006-07, Mental Health Program, with cover memo, DF-46 Finance Letter Cover Sheet | Deliberative Process Privilege | |
| d.  CDCR Finance Letter, Fiscal Year 2006-07, Mental Health Program, DF-46 Finance Letter Cover Sheet, with 12 pages of supporting documentation | Deliberative Process Privilege | |

| | | |
|---|---|---|
| e.  CDCR Finance Letter, Fiscal Year 2006/07, Mental Health Program, pages 1-52, with attachments labeled 2, 2A, 15 (two pages), 30, and 10-page printout | Deliberative Process Privilege | |
| f.  Table of Contents listing contents of tabs 1 through 40 (with handwritten notes in margins) | No Privilege Asserted to Redacted (handwritten notes removed) Copy Being Produced | |
| Tab 1, *Coleman* Order, June 1994 | No Privilege Asserted | |
| Tab 2, Summary of Program Guide Positions Feasible Alternative A, Proposed Positions in Dollars | Deliberative Process Privilege | |
| Tab 3, 2006 MHSDS Revised Program Guide (7/04 Revision), Chapters 1-10, Appendix A | No Privilege Asserted | |
| Tab 4, 1997 v. 2006 Revised Program Guide Workload Requirements<br>i. Title: Time Analysis Mental Health Duties, 9 pages<br>ii. Title: Program Guides 1997-2004 Comparison, Impact of Resources, 27 pages<br>iii. Title: Program Guides 1997-2004 Comparison, Impact of Resources, 27 pages | i.  Deliberative Process Privilege<br><br>ii.  Deliberative Process Privilege<br><br>iii. Deliberative Process Privilege | |

2

| | | |
|---|---|---|
| Tab 5, Workload Time Analysis<br>i. Attachment 5, Program Guide Resources Proposed Permanent Positions for SHU/CCCMS, Clinical Case Managers, Psychiatrists | i. Deliberative Process Privilege | |
| ii. Attachment (no number) Proposed Program Guide Resources Permanent Positions for ASU/CCCMS, Case manager to patient ratio grid | ii. Deliberative Process Privilege | |
| iii. Attachment (no number) Proposed Program Guide Resources Permanent Positions GP EOP Level of Care | iii. Deliberative Process Privilege | |
| iv. Attachment F, Proposed SHU/CCCMS Staffing Requirements | iv. Deliberative Process Privilege | |
| Tab 6, 1997 *Coleman* Staffing Standards For CCCMS, EOP, PSU, Ad Seg, MHCB | No Privilege Asserted | |
| Tab 7, American Medical Association Current Procedure Terminology (CPT) Codes | No Privilege Asserted | |

3

| | | |
|---|---|---|
| Tab 8, Mental Health Population<br><br>i. Placement Per Institution, 2/6/06<br><br>ii. Mental Health Population AdSeg/SHU/PSU, 2/06<br><br>iii. CCCMS Population by Classification Score, 2/06<br><br>iv. EOP Population by Classification Score, 2/06<br><br>v. Health Care Treatment Settings, Bed Numbers/Vacancies, 2/06<br><br>vi. Weekly Report of Population, 2/1/06 | i. No Privilege Asserted<br><br>ii. No Privilege Asserted<br><br>iii. No Privilege Asserted<br><br>iv. No Privilege Asserted<br><br>v. No Privilege Asserted<br><br>vi. No Privilege Asserted | |
| Tab 9, Correctional Treatment Center Beds | No Privilege Asserted | |
| Tab 10, Justification of Proposed Custody Positions, One Page Statement of Job Duties, Workload Assessments | Deliberative Process Privilege | |
| Tab 11, Senior Licensed Psychiatric Technician -Assessment of Proposed Upgrade of LPT to Sr. LPT in Terms of Number Sought | Deliberative Process Privilege | |

4

| | | |
|---|---|---|
| Tab 12, Mental Health OHU<br><br>i. Draft operational procedure, 10/05<br><br>ii. Draft staffing rations in OHU, 9/05<br><br>iii. Matrix Analyzing Staffing of Mental Health Treatment Program Staffing per Title 22 | i. Deliberative Process Privilege<br><br>ii. Deliberative Process Privilege<br><br>iii. Deliberative Process Privilege | |
| Tab 13, Psychological Testing Supplies | Empty | |
| Tab 14, Mental Health Program BCP FY06-07<br><br>i. Grid Providing One-Time and Ongoing Cost Summary for Proposed Equipment/Additional Resources<br><br>ii. Grid Providing Proposed Travel Cost for QMAT, Psychological Testing<br><br>iii. Grid One-Time and Ongoing Cost Summary For Proposed Miscellaneous Equipment | i. Deliberative Process Privilege<br><br>ii. Deliberative Process Privilege<br><br>iii. Deliberative Process Privilege | |
| Tab 15, Summary of Mental Health Program Proposed Headquarters Positions and Dollars, Feasible Alternative A, Mental Health Program Headquarters | Deliberative Process Privilege | |
| Tab 16, Mental Health Program Proposed Headquarters Organization Chart, with handwritten notes by DOF staff | Deliberative Process Privilege | |

5

| | | |
|---|---|---|
| Tab 17, Statement of Proposed Quality Management Assistance Program Workload Per 2006 Revised Program Guide | Deliberative Process Privilege | |
| Tab 18, Utilization Management Review Unit, Proposed Nurse Workload Analysis | Deliberative Process Privilege | |
| Tab 19, 1999 and 2001 *Coleman* Ad Seg Staffing orders, 2006 *Madrid* and *Coleman* Special Masters' Reports | No Privilege Asserted | |
| Tab 20, Proposed Psychological Testing Unit Workload Analysis | Deliberative Process Privilege | |
| Tab 21, Proposed Headquarters Capital Outlay Space/Office Requirements | Deliberative Process Privilege | |
| Tab 22, Draft Duty Statements for Proposed Positions, Sr. Psychologist, Sr. Psychiatric Technician, Staff and Sr. Psychiatrist, Chief Psychologist, etc. | Deliberative Process Privilege Asserted | |
| Tab 23, Staffing Models, other states, Additional Staffing Allocation Comparison | Deliberative Process Privilege | |
| Tab 24, American Association for Correctional Psychology, Staffing Allocation Comparison | Deliberative Process Privilege | |
| Tab 25, National Commission on Correctional Health Care | No Privilege Asserted | |

6

| | | |
|---|---|---|
| Tab 26, Human Rights Watch | No Privilege Asserted | |
| Tab 27, Proposed Extraordinary Travel Requests for Mental Health Program Finance Letter, FY 06-07 | Deliberative Process Privilege | |
| Tab 28, Workload Study Sample | Deliberative Process Privilege | |
| Tab 29, Summary of 15th Round *Coleman* Monitoring Report Recommendation | Empty | |
| Tab 30, Summary of Psychiatry Vacancy Rate Strategies, Feasible Alternative A, FY 06-07 | Deliberative Process Privilege | |
| Tab 31, Psychiatry Vacancy Rate | No Privilege Asserted | |
| Tab 32<br>i.  Psychiatry Series Salary Information<br><br>ii.  Draft Proposal Mental Health Clinicians at Headquarters | i. No Privilege Asserted<br><br>ii. Deliberative Process Privilege | |
| Tab 33, Salary Survey Report, Psychiatrists, 2/1/06 | Deliberative Process Privilege | |
| Tab 34, Economic Institute Salary Information | Deliberative Process Privilege | |
| Tab 35, Cooperative Personnel Services (CPS) Salary Survey, Executive Summary, Mental Health Clinicians Salaries | No Privilege Asserted | |

7

| | | |
|---|---|---|
| Tab 36, HAM Proposal Costing, 1/20/06<br>i. Psychiatrists<br><br>ii. Mental Health Clinicians (Excluding Psychiatrists) | i. Deliberative Process Privilege<br>ii. Deliberative Process Privilege | |
| Tab 37, *Coleman* Court Order<br>i. Draft Proposal re. Psychiatrist Series Salary By Institution<br><br>ii. Draft Proposal re. Salary of Mental Health Clinicians at Headquarters<br><br>iii. Draft Proposal re. Salary of Mental Health Clinicians at KVSP, NKSP<br><br>iv. Matrix Comparing Supervising Psychiatric Social Worker at CDCR, CPS, DMH, Proposed Salary<br><br>v. Matrix Comparing Senior Psychologist at CDCR, CPS, DMH, Proposed Salary<br><br>vi. Matrix Comparing Recreation Therapist at CDCR, CPS, DMH, Proposed Salary | i. Deliberative Process Privilege<br><br>ii. Deliberative Process Privilege<br><br>iii. Deliberative Process Privilege<br><br>iv. Deliberative Process Privilege<br><br>v. Deliberative Process Privilege<br><br>vi. Deliberative Process Privilege | |
| Tab 38, *Coleman* Payments, Matrix Re. Monitoring and Attorney Fees | v. Deliberative Process Privilege | |
| Tab 39, Retention Strategies | Empty | |

| | | |
|---|---|---|
| Tab 40, Acronyms | No Privilege | |
| Locked Units, [Proposed] Mental Health Staffing Form DF-46 Budget Change Proposal, Revision 050831, with accompanying documentation. | Deliberative Process Privilege | |
| Form DF-46 Budget Change Proposal, Revision 050831, with accompanying documentation. | Deliberative Process Privilege | |

**COLEMAN V. SCHWARZENEGGER**
**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT B**

**IN SUPPORT OF DEFENDANTS' FORMAL ASSERTION OF THE**
**DELIBERATIVE PROCESS PRIVILEGE TO PRODUCTION OF FINANCE REQUEST**

# BUDGET LETTER

| | |
|---|---|
| **SUBJECT:** SUBMISSION OF BUDGET MATERIALS TO THE LEGISLATURE AND THE LEGISLATIVE ANALYST'S OFFICE | **NUMBER:** BL 05-33 |
| | **DATE ISSUED:** December 12, 2005 |
| **REFERENCES:** | **SUPERSEDES:** BL 04-39 |

TO:     Departmental Budget Officers
        Department of Finance Budget Staff

FROM:   DEPARTMENT OF FINANCE

A. **Budget Information.** Please remember that budget decisions are confidential until after the Governor's Budget is released on or before January 10, 2006. Accordingly, budget information must not be released outside the department. The Department of Finance (Finance) will provide budget information to the Legislative Analyst's Office (LAO) in late December.

B. **Supplemental Budget Documents.** Departments must submit 12 copies of the following supplemental budget documents to the appropriate Finance Budget Unit. Finance will transmit these documents to the LAO and the Legislative Fiscal Committees. The copies are due to your Finance budget analyst as soon as possible after final decisions are made, but no later than January 2, 2006.

    1. **Approved Budget Change Proposals (BCPs).** Departments must revise partially approved BCPs to reflect only the approved portion.

    2. **Supplementary Schedules.** Departments must submit Supplementary Schedules of Operating Expenses and Equipment, Federal Funds, and Reimbursements that conform to the final Governor's Budget.

Exceptions to these deadlines must be approved in advance by the appropriate Program Budget Manager. Please call your Finance budget analyst if you have any questions.

/s/ Veronica Chung-Ng

Veronica Chung-Ng
Program Budget Manager

STATE OF CALIFORNIA