May 2, 2006

U.S. Judge Karlton;
Attorney Mike Bien:
Regarding mentally ill inmates:

CASE CIV-90-00520

I've been on death row 23 years and deserve to be executed for my wife's death. I do not deserve this torture here at San Quentin where mentally ill parole violators are housed-hidden among death row men. The noise is unbearable and deprives me of sleep, harmed my mental health. Under this new warden and a LT Robinson, Sgt Henson, I am told, encouraged to hang myself. I have very severe heart condition. I am 61 years old and any calls for help ignored or can't be heard for extreme noise. On Thursday 4-27-06 LT Robinson, Sgt Henson admitted they want to drive me to mental illness, suicide for my writing media, courts on all this. Can you both look into this A.S.A.P PLEASE

Warden Ylst, LT Robinson said they want location of a missing person or they will hang me as a suicide or drive me crazy with noise of screaming mentally ill inmates. I truly need help please.

Please return documents. Thank-you

Sincerely
Jerry Stanley
Box C 80900
Death row 3-EY-50
San Quentin, CAL

FILED
JUN - 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

RECEIVED
MAY 0 4 2006
ROSEN BIEN & ASARO

U.S. District Court Judge L. Karlton    5-28-06
re: Mentally ill inmates.
CASE-CIV-90-00520

I have been on Death row 23 years. I do deserve to die for my wifes Death. I do NOT deserve this daily, nightly torture of un Bearable noise by mentally ill parole violators illegally housed, hidden among Death row inmates. Plus under this warden Eddie Ylst and a LT S. Robinson, I am denied legal calls, denied legal mail, and suffer severe reprisals by LT. Robinson. He actually Bribes, encourages mentally ill inmates to make noise. LT Robinson and others say "I should hang myself or they will hang me." They want to harrass me to Death for my exposing guards who work in condemned row for 6,8 years when rules say 2 years is the limit. LT Robinson allows black inmates to run the phones, which means those inmates run the drugs, gambling for Robinson. We ask you please ask Director of Corrections, Doctor Robert Sillen to look into why, how severely mentally ill inmates (parole violators) can be housed, hidden in Death row.



FILED
JUN - 5 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Sincerely
Jerry Stanley
Box C 80900
Death row 3-E-50
San Quentin, Cal

## Stanley

*From Page A1*

A few weeks later —————— earlier that day, ———— as ———— dined his vehicle ———— found ———— well near Wilbur Springs ————

Rogers sat with her father, Frank Spatig, next to their swimming pool at Spatig's Nice resort. Stanley shot her to death, firing a 30.06 rifle from a hidden location across Highway 20.

The rifle was found five days later in the ————. Stanley was also a ———— instantly from well-placed gunshots, ———— from a Paso Robles ————.

—————— purchased the Stanley's ———— went into hiding, lived in fear and died ————

Despite a roadblock and a police search in the Clearlake Oaks area, Stanley was able to use his skills as an outdoorsman to evade police in what was one of the largest manhunts in the county's history. Stanley abandoned ————— Interstate 5, ———— miles south of Willows, where ————— later

———— Anderson, where authorities later arrested him. ———— There are ———— noted in a Record-Bee article from Aug. 22.

————— / Rogers' ————— his murder in ———— death. In February 1984, Stanley was sentenced to death. Shortly after the case ended, Cron—— was sworn in as a Lake County Superior Court judge.

*Editor's Note: In the last part of the series about convicted murderer Gerald Stanley, Editor Elizabeth Larson looks at the latest developments in his case. Contact Elizabeth Larson at elarson@record-bee.com.*

## On death row, Stanley seeks execution date

**Elizabeth Larson**
*Record-Bee staff*

SAN RAFAEL — Gerald Stanley has spent two decades on California's death row at San Quentin State Prison, housed in a maximum security unit, awaiting execution, which in California is done by lethal injection.

————— Stanley is in touch with his grown children, who he says are doing fine. He proudly reported that he also has a new baby granddaughter.

frightening than death. He said he suffers from a heart condition and subsequent failing health.

Stanley said his family supports his effort to be executed.

"They understand fully," he said. "They understand this is no life. This is no way to live. It's torture."

But will he ever be executed?

Although Stanley has been on death row for two decades, of the 640 people on death row there are about 60 men who have been ————

As the prosecution at Stanley's trial, which was moved to Oroville due to pretrial publicity, ended with a guilty verdict for first-degree ————

———— Then-District Attorney Robert Crone led ———— Schlessinger ———— an execution date ————— setting ————— . He added ————— It's been nearly 25 years since Cynthia ————— . The 29-year-old woman died ————— in an instant. A quarter-century later, her husband — the man who killed her — is still waiting to pay the price for taking her life.

The trial, which lasted more than a year,

· Stanley's court-appointed public defender, Olive, a Florida attorney, in death penalty defense. · Denver was the ————— Unabomber Ted Kac———— Gary Stayner. · A judge fined Leav———— interfering in the case ————— the fine. · Magistrate Judge Stanley in October 20———— plained about every ————— has been involved i————, charged before the where that the pa———— including the presi————— bribes for reasons w————— the seasons."

· If he gets an exec——
take responsibility fo——
will reveal where th——
been missing for 24 j——
date — his reasons: B——

## Facts

ACCEPTING APPLICATIONS FOR
N——E VILLAGE
6620 ————— Ave., Upp———

Exhibit +

# San Quentin death row overdose case closed; heroin source unknown

WEO Aug 24, 05

Kim Curtis
*Associated Press Writer*

SAN FRANCISCO — More than a month after a death row inmate died of a heroin overdose, San Quentin State Prison officials closed the investigation without determining how the drugs got into the facility's highest security area.

"I don't think we will find out," prison spokesman Eric Messick said Tuesday. "We feel that we already do as much as we are allowed to do to stem the flow of contraband into the institution."

Nicholas Rodriguez, 27, was the first death row inmate in California known to die of a drug overdose.

Messick confirmed earlier reports that Rodriguez's July 10 death was unintentional.

No suicide note was found, and along with a spoon and syringe, extra heroin was uncovered during a search of his cell, Messick said. "That really suggests an accident because he was planning on having more fun later," he said.

Rodriguez, who prison officials said had a history of drug abuse before prison, was last seen alive at a 5 a.m. head count, Messick said. He was found unresponsive two hours later and was declared dead within about 20 minutes. The 5-foot-7-inch, 120-pound inmate was in good physical health and did not appear to be a regular intravenous drug user, Messick said, adding he had no visible track marks.

Rodriguez's cause of death was "respiratory failure due to acute drug toxicity," he said. The amount of morphine, or metabolized heroin, found in his system was .65 milligrams per liter. The potentially toxic range is .1 to 1.0 milligrams per liter, according to the coroner's office.

Prison investigators searched Rodriguez's belongings, interviewed other inmates, reviewed phone logs and analyzed visitor records.

Other than being fairly

> **Rodriguez's cause of death was 'respiratory failure due to acute drug toxicity.'**
>
> Prison spokesman
> Eric Messick

*Handwritten annotation:* "This being covered up by new warden, EastBlock Supervisors, Guards bringing drugs into EastBlock, and say 'They are untouchable.'"

COPY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CALIFORNIA 94102

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE

March 30, 2005

Mr. Gregg Cohen, District Attorney
County of Tehama
P.O. Box 8400
Red Bluff, CA 96080

Re: Death Row Inmate Jerry F. Stanley

Dear Mr. Cohen:

This will acknowledge receipt of your letter dated February 25, 2005 asking for any assistance I may be able to give with respect to Jerry Stanley's desire to divulge the grave site location of his former wife, Diana Lynn-Stanley.

I have had my law clerks do extensive research on this matter and have, as well, conferred with several of my colleagues. As much as I would like to be able to help you and Mr. Stanley, it appears that there is no way I can get involved without seriously violating my judicial ethical obligations.

I'm writing this letter in the hope that you can show it to Mr. Stanley as proof that you did write to me as he requested. I wish you and everyone involved every success in resolving this heart-wrenching dilemma.

Sincerely yours,

Thelton E. Henderson
United States District Judge