IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.             ORDER

        On May 9, 2006, the special master filed a report on suicides completed in the California Department of Corrections in calendar year 2004. Therein, the special master recommends that defendants be required to

> develop by May 31, 2006 a plan for dealing with the escalating percentage of suicides occurring in administrative segregation units. The plan must be based on an analysis of the causes for the increasing rate and, depending on the outcome of the analysis, provide adequate resources of mental health and/or custody staff, create sufficient confidential interview space and/or enhance the quality of mental health services provided in administrative segregation units.

(Report on Suicides, filed May 9, 2006, at 13.) On May 19, 2006, defendants filed a response to the report and its recommendation. Defendants have no objection to developing the plan. They ask that the analysis of causes of the suicide rate be done in collaboration with one or more of

the special master's experts.  Defendants would like, however, until August 31, 2006 to complete the plan.

On May 23, 2006, plaintiffs filed a response to the special master's report and defendants' response thereto.  Plaintiffs object to giving defendants an additional three months to complete the plan unless there is a concomitant commitment by defendants to "obtain any necessary funding to implement elements of their remedial plan in September 2006." (Plaintiffs' Response, filed May 23, 2006, at 5.)  Plaintiffs also request that defendants be required to collaborate with plaintiffs and their suicide expert in developing the plan, and that defendants be directed to include a schedule for implementing the plan that "reflects the urgency of the escalating suicide rate . . . and the need to address this crisis as an emergency." (Plaintiffs' Response, at 7.)

After further consultation with the special master, and good cause appearing, IT IS HEREBY ORDERED that:

1. On or before August 31, 2006, defendants shall develop a plan for dealing with the escalating percentage of suicides occurring in administrative segregation units.  The plan must be based on an analysis of the causes for the increasing rate and, depending on the outcome of the analysis, provide adequate resources of mental health and/or custody staff, create sufficient confidential interview space and/or enhance the quality of mental health services provided in administrative segregation units.

2. The plan shall include, as appropriate, a budget and implementation schedule for any policy and procedure changes, staffing or budget augmentation, and, if necessary, include a mechanism for obtaining mid-year funding on or before September 30, 2006.

/////
/////
/////
/////

3. Defendants shall collaborate with one or more of the special master's experts, with plaintiffs' counsel, and with plaintiffs' expert, Lindsay Hayes, to develop the plan required by this order.

DATED: June 7, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/coleman.sr04

3