PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PROPOSED STIPULATION AND ORDER RE: REQUEST TO CONTINUE DISCOVERY CONFERENCE SET FOR JUNE 13, 2006 TO AUGUST 17, 2006 AND BRIEFING SCHEDULE RE PLAINTIFFS' MOTION ON RIGHT TO DISCOVERY AND DOCUMENTS PREPARED FOR MONITORING TOURS**<br><br>Hearing:    August 17, 2006<br>Time   :    11:00 a.m.<br>Courtroom:  25<br>Judge:      Hon. John F. Moulds |

# STIPULATION

The parties, by and through their counsel, stipulate as follows:

1. The parties respectfully request that the Court continue the discovery conference, now set for June 13, 2006, until August 17, 2006 at 11 a.m.

2. The parties request the proposed the briefing schedule set forth below for the hearing on August 17, 2006 to address the two disputed discovery issues identified in the parties' discovery conference statements:

    (1) Plaintiffs' right to discovery in the program guide dispute process; and

    (2) Plaintiffs' right to the tour binders and other documents provided to the Special Master on the prison monitoring tours.

3. Plaintiffs shall file their notice of motion, motion, accompanying briefs and copies of all documentary evidence in support of their motion for discovery by July 14, 2006.

4. Defendants shall filed their opposition to plaintiffs' motion by July 28, 2006.

5. Plaintiffs shall file their reply by August 9, 2006.

IT IS SO STIPULATED.

Dated: 6-9-06    By: _____
LISA A. TILLMAN, ESQ.
Deputy Attorney General
Attorneys for Defendants

Dated: 6-9-06    By: _____
JANE E. KAHN, ESQ.
Rosen, Bien & Asaro, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED

Dated: _____
JOHN F. MOULDS
THE HONORABLE MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT