IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,   No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.   <u>ORDER</u>

        The court has reviewed the briefs filed by plaintiffs and defendant concerning defendant's assertion of deliberative privilege as to the matters set forth in the privilege log.

        Initially, it is important to recognize what is actually at stake. The defendants have agreed to provide the Special Master with the assertedly privileged material under seal; thus suggesting that its concern is the delivery of the material to the plaintiffs' counsel.

        For the reasons set forth in the plaintiffs' response, the court determines that the material is not privileged, and directs that the material be forwarded to the Special Master and counsel for plaintiffs not later than close of business on June 14, 2006.

////

////

////

By virtue thereof, the report from the Special Master shall be filed not later than June 21, 2006.

IT IS SO ORDERED.

DATED: June 7, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2