| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>KEITH WATTLEY Bar No.: 203366<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & ASARO, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>THOMAS NOLAN Bar No.: 169692<br>155 Montgomery Street, 8th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY B<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

GRAY DAVIS, et al.,

    Defendants.
_____/

No. CIV S-90-0520 LKK JFM P

STIPULATION AND ORDER

The parties, by and through their counsel, stipulate as follows:

The parties respectfully request that the Court continue the discovery conference, now set for June 13, 2006, until August 17, 2006 at 11 a.m.

1

The parties request the proposed the briefing schedule set forth below for the hearing on August 17, 2006 to address the two disputed discovery issues identified in the parties= discovery conference statements:

  (1) Plaintiffs' right to discovery in the program guide dispute process; and

  (2) Plaintiffs' right to the tour binders and other documents provided to the Special Master on the prison monitoring tours.

Plaintiffs shall file their notice of motion, motion, accompanying briefs and copies of all documentary evidence in support of their motion for discovery by July 14, 2006.

Defendants shall filed their opposition to plaintiffs' motion by July 28, 2006.

Plaintiffs shall file their reply by August 9, 2006.

IT IS SO STIPULATED.

Dated: 6/9/06

By: _____/s/_____
LISA A. TILLMAN, ESQ.
Deputy Attorney General
Attorneys for Defendants

Dated: 6/9/06

By: _____/s/_____
JANE E. KAHN, ESQ.
Rosen, Bien & Asaro, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED

Dated: June 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/colediscconf.wpd

2