1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' NOTICE OF APPEAL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Defendant Arnold Schwarzenegger appeals to the United States Court of Appeals for the Ninth Circuit from this court's June 12, 2006 order and June 14, 2006 order. Those orders

//
//
//
//
//
//

Notice of Appeal

1

directed Defendants to produce budget documents, on the issue of staff increases to implement the January 2006 Revised Program Guide, to Special Master Keating and to Plaintiffs' counsel.

Dated: June 14, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/ s / Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

CF1997CS0003
30128971.wpd

Notice of Appeal

2

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL:<br>RALPH COLEMAN, et al.<br><br>V.<br>ARNOLD SCHWARZENEGGER, et al. | DISTRICT: Eastern | JUDGE: Lawrence K. Karlton |
|---|---|---|
| | DISTRICT COURT NUMBER: Civ S 90--0520 LKK/JFM P | |
| | DATE NOTICE OF APPEAL FILED: 06/14/06 | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

**BRIEF DESCRIPTION OF ACTION AND RESULT BELOW:**
Class action suit concerning mental health care to state prison inmates. Judgment entered in 1995, with special master appointed to monitor compliance issues.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
Whether district court properly overruled Defendants' assertion of deliberative proscess privilege and ordered disclosure of budget change documents to Special Master and Plaintiffs' counsel.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**
None

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**
☐ Possibility of settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (specify)
    Likelihood of motion for emergency stay of district court's order.

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges.

## LOWER COURT INFORMATION
Page 2 of 2

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT / ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION<br><br>☐ DIVERSITY<br><br>☐ OTHER (SPECIFY) | ☒ FINAL DECISION OF DISTRICT COURT<br><br>☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT<br><br>☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):<br><br>☐ OTHER (SPECIFY): | ☐ DEFAULT JUDGMENT<br>☐ DISMISSAL / JURISDICTION<br>☐ DISMISSAL / MERITS<br>☐ SUMMARY JUDGMENT<br>☐ JUDGMENT / COURT DECISION<br>☐ JUDGMENT / JURY VERDICT<br>☐ DECLARATORY JUDGMENT<br>☐ JUDGMENT AS A MATTER OF LAW<br>☒ OTHER (SPECIFY):<br>Post-judgment discovery order | ☐ DAMAGES:<br>    SOUGHT $_____<br>    AWARDED $_____<br>☐ INJUNCTIONS:<br>    ☐ PRELIMINARY<br>    ☐ PERMANENT<br>    ☐ GRANTED<br>    ☐ DENIED<br><br>☐ ATTORNEY FEES:<br>    SOUGHT $_____<br>    AWARDED $_____<br>    ☐ PENDING<br><br>☐ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER / JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_/s/ Lisa Tillman_  Signature        6-14-06  Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: LISA A. TILLMAN

FIRM: OFFICE OF THE ATTORNEY GENERAL

ADDRESS: 1300 I STREET, SUITE 125
SACRAMENTO, CA 94244-2550

E-MAIL: LISA.TILLMAN@DOJ.CA.GOV

TELEPHONE: (916) 327-7872

FAX: (916) 324-5205

\* THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL \*
\* IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS \*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,      No. CIV S-90-0520 LKK JFM P

vs.

ARNOLD SCHWARZENEGGER,
et al.,

    Defendants.      <u>ORDER</u>

        This matter came on for telephonic hearing at 2:00 p.m. on June 14, 2006 on defendants' oral motion to stay this court's June 12, 2006 order determining that material set forth in a privilege log filed by defendants is not privileged and requiring defendants to forward the material to the Special Master and to counsel for plaintiffs not later than close of business on June 14, 2006. Michael Bien, Esq., and Thomas Nolan, Esq., participated as counsel for plaintiffs. Lisa Tillman, Deputy Attorney General, Rochelle C. East, Supervising Deputy Attorney General, and Frances T. Grunder, Senior Assistant Attorney General, participated as counsel for defendants. The Special Master also participated in the telephonic conference.

        The court has considered the record and the arguments of the parties. Defendants seek to raise the so-called deliberative privilege. The argument fails to acknowledge that it is the deliberative process that is in issue. Put directly, the court requires the PBC's in part to

determine whether the State's deliberative process is frustrating the ability of the State to comply with the court's orders. For that reason and for the reasons stated on the record at the time of the hearing, and good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' motion to stay this court's June 12, 2006 order is denied;

    2. Defendants shall produce the required material to the Special Master under seal not later than close of business on June 14, 2006;

    3. The Special Master's report to be filed on June 21, 2006 shall be filed under seal; and

    4. Absent a stay of this court's June 12, 2006 order by the United States Court of Appeals for the Ninth Circuit, the court will, by June 21, 2006, order the material and the Special Master's report produced to plaintiffs.

DATED: June 14, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/cole0520.mts

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

        vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.              ORDER

        /

        The court has reviewed the briefs filed by plaintiffs and defendant concerning defendant's assertion of deliberative privilege as to the matters set forth in the privilege log.

        Initially, it is important to recognize what is actually at stake. The defendants have agreed to provide the Special Master with the assertedly privileged material under seal; thus suggesting that its concern is the delivery of the material to the plaintiffs' counsel.

        For the reasons set forth in the plaintiffs' response, the court determines that the material is not privileged, and directs that the material be forwarded to the Special Master and counsel for plaintiffs not later than close of business on June 14, 2006.

////

////

////

1

1   By virtue thereof, the report from the Special Master shall be filed not later than June 21,
2   2006.
3   IT IS SO ORDERED.
4   DATED: June 7, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Appellees-Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Appellants-Defendants. | |

On Appeal from the United States District Court
for the Eastern District of California
No. CIV S-90-0520 LKK JFM P
The Honorable Lawrence K. Karlton, Judge

**REPRESENTATION STATEMENT**

      BILL LOCKYER
      Attorney General of the State of California

      JAMES M. HUMES
      Chief Assistant Attorney General

      FRANCES T. GRUNDER
      Senior Assistant Attorney General

      ROCHELLE C. EAST
      Supervising Deputy Attorney General

      LISA A. TILLMAN
      Deputy Attorney General
      State Bar No. 126424
       1300 I Street, Suite 125
       P.O. Box 944255
       Sacramento, CA 94244-2550
       Telephone: (916) 327-7872
       Fax: (916) 324-5205

      Attorneys for Appellants-Defendants

CIV S-90-0520 LKK JFM P

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| |
|---|
| **RALPH COLEMAN, et al.,**<br><br>          Appellees-Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>          Appellants-Defendants. |

**REPRESENTATION STATEMENT**

  The undersigned represents Governor Arnold Schwarzenegger, defendant and appellant in this matter, and the other named defendants in this matter. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where

//

//

//

//

//

1

appropriate. (F.R.A.P. 12 (b); Circuit Rule 3-2(b).)

Dated: June 14, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa Tillman*

LISA A. TILLMAN
Deputy Attorney General
**Attorneys for Appellants-Defendants**

# ATTACHMENT TO REPRESENTATION STATEMENT
# SERVICE LIST

**ATTORNEYS FOR APPELLEES-PLAINTIFFS**
MICHAEL BIEN, ESQ.
Rosen, Bien, Asaro
155 Montgomery Street, 8th Floor
San Francisco, CA 94104
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

DONALD SPECTER, ESQ.
Prison Law Office
2173 'E' Francisco Blvd., Suite M
San Rafael, CA 94901
Telephone: (415) 457-9144
Facsimile: (415) 457-9151

CLAUDIA CENTER, ESQ.
The Legal Aid Society - Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107

**ON SERVICE LIST, NOT REPRESENTATIVE OF A NAMED PARTY**
J. MICHAEL KEATING, Jr.
Special Master
285 Terrace Avenue
Riverside, RI 02915
Telephone: (401) 383-9313
Facsimile: (401) 383-9314

MATTHEW LOPES, JR.
Government Relations Coordinator
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence RI 02903
Telephone: (401)824-5100
Facsimile: (401) 824-5123

KIMBERLY DAVENPORT
California Medical Association
221 Main Street
San Francisco, CA 94105

Telephone: (415) 864-8848
Facsimile: (415) 864-8199

PETER COCKEROFT, H-86887
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

CF1997CS0003
30129706.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Case No.:     **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On __June 14, 2006__, I served the attached **DEFENDANTS' NOTICE OF APPEAL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, Post Office Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Pete Cockeroft, H-86887
California State Prison, Sacramento
FA2-205 - H86887
Post Office Box 290066
Represa, CA 95671-0066

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 14, 2006, at Sacramento, California.

|  |  |
|---|---|
| Margie McIntosh | */ s / M. McIntosh* |
| Declarant | Signature |

30129842.wpd