UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

  v.                                              **CASE NO. 2:90–CV–00520–LKK–JFM**

**JOHN S ZIL MD, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **June 14, 2006** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

June 15, 2006

                              **JACK L. WAGNER, CLERK**

                      **by:** /s/ T. Brown

                              Deputy Clerk