UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**Jack L. Wagner**
  Clerk

## BILL FOR FEES DUE

**To:** Gomez, Sandoval, Schwarzenegger, Lopes, Zil & Khoury

**RE:** RALPH COLEMAN vs. JOHN S ZIL MD

  **USDC:**     2:90−CV−00520−LKK−JFM

A Notice of Appeal has been filed in the above−referenced case without the appropriate fee paid.   You are hereby notified that the filing fee of $455.00 is due immediately.

**JACK L. WAGNER, CLERK**

By: /s/ **T. Brown**

  Deputy Clerk