UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103−1526


RE: RECEIPT OF APPEAL FEE

**CASE TITLE:  RALPH COLEMAN vs.  JOHN S ZIL MD**
**USCA:**
**USDC:**        2:90−CV−00520−LKK−JFM


   You are hereby notified that a fee of $ 455 was received by the Clerk's Office on June 14, 2006 for the appeal filed in the above entitled case.

                            Very truly yours,

**June 16, 2006**             /s/  **J. Donati**

                            Deputy Clerk