BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants and Stephen Mayberg,
Director of Department of Mental Health
48149286-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **RESPONSE TO PLAINTIFF'S REPLY TO MAYBERG'S** |
| v. | **RESPONSE TO OSC RE: JOINDER OF STEPHEN** |
| ARNOLD SCHWARZENEGGER, et al., | **MAYBERG, DIRECTOR OF DEPARTMENT OF MENTAL** |
| Defendants. | **HEALTH, AS A DEFENDANT** |

**I.**

**INTRODUCTION**

Stephen Mayberg, Director of the California Department of Mental Health (DMH),

hereby responds to Plaintiffs' reply to his response to this Court's Order to Show Cause as to

why he should not be joined as a defendant in this action.  Director Mayberg takes this

opportunity to correct certain statements in Plaintiffs' reply, ranging from the mistaken

identification of DMH as within the same agency as the California Department of Corrections

and Rehabilitation (CDCR) to apparent misunderstanding of the statutory mission of DMH.

MAYBERG RESPONSE TO PLF. REPLY RE. OSC

1  Director Mayberg reiterates to this Court his commitment to serving the Governor and

2  complying with the spirit and letter of this Court's orders to enable a constitutionally-compliant

3  mental health care delivery system for CDCR inmates.

4  **II.**

5  **LEGAL ARGUMENT**

6  **A.     DMH AND CDCR ARE SEPARATE AGENCIES WITH SEPARATE**

7  **STATUTORY MISSIONS.**

8  Plaintiffs mistakenly assert that DMH and CDCR are sister agencies shouldering the

9  same statutory missions.  DMH and CDCR do not reside within the same agency.  DMH resides

10  within the California Health and Human Services Agency (HHS).[1/]  The California Department

11  of Corrections previously resided within the Youth and Adult Correctional Agency (YACA).[2/]

12  Effective July 1, 2005,  the California Department of Corrections and Rehabilitation (CDCR)

13  was established and vested with the powers of YACA and its constituent entities.  Cal. Gov.

14  Code §§ 1238 subd. (a), 1238.5.  Of course, both agencies are within the executive branch and

15  subordinate to the supreme executive power of the Governor.  Cal. Constitution art. 5, §1.

16  The agency nomenclature speaks to the different statutory missions of DMH and

17  CDCR.  DMH serves as a leader on mental health issues and provides direct care to individuals

18  committed to its institutions by the state courts.  By statute, DMH has jurisdiction over the state

19  hospitals.  Cal. Welf. & Inst. Code § 4100.  In contrast, the CDCR is responsible for the custody

20  and care of individuals incarcerated within state prisons by state courts.  Cal. Penal Code § 5054.

21  These missions dovetail in the care of mentally ill inmates within state hospitals.

22  DMH's jurisdiction over state hospitals is subject to a statutory process for the CDCR's referral

23  of  CDCR inmates to DMH facilities for care.  Cal. Penal Code § 2684.  The statutory referral

24  process provided by Penal Code section 2684 gives DMH discretionary authority to admit and

25  _____

26  1.  HHS is composed of eleven departments and one board, including the Department of

27  Mental Health, Department of Health Services, Department of Social Services, and the Department of Developmental Services.  (*See* http://www.chhs.ca.gov).

28  2.  YACA consisted of  the California Department of Corrections, the California Youth Authority, the Board of Prison Terms, the Board of Corrections, and the Youth Authority Board.

1    discharge CDCR inmates from state facilities.  The statute specifically states: "<u>If the director of</u>

2    <u>[Mental Health]  so determines</u>, the superintendent of the hospital shall receive the prisoner and

3    keep him or her until in the opinion of the superintendent the person has been treated to the

4    extent that he or she will not benefit from further care and treatment in the state hospital."  Cal.

5    Penal Code § 2684, *emph. added*. Likewise, Penal Code section 2974 permits the DMH to admit

6    CDCR inmates who are determined, upon a finding of probable cause, in a state hospital

7    pursuant to the Lanterman-Petris-Short Act,'s responsibility for the care of mentally ill CDCR

8    inmates is limited, both in scope and time, by state law.

9    **B.      DMH IS COLLABORATING WITH CDCR TO ENSURE A PROPER**

10   **INFRASTRUCTURE FOR THE DELIVERY OF MENTAL HEALTH CARE.**

11           The limited jurisdiction of DMH over CDCR inmates has not, however, resulted in a

12   limited response to the emergency crisis created by the burgeoning population of CDCR inmates

13   in need of mental health care.  At the onset of this case, CDCR and DMH created a cooperative

14   relationship to meet the mental health needs of CDCR inmates.  (Reply, p. 4.)  In the ensuing

15   years, the relationship has been honed by interagency agreements to streamline referrals, joint

16   training programs, and joint consultations about referred patients.  Over the past year, DMH and

17   CDCR have enhanced their relationship and thus the care available to mentally ill inmates by

18   deploying key resources to implement jointly-prepared bed plans: the construction and

19   designation of additional DMH mental health beds for CDCR use and the construction of

20   additional CDCR mental health beds for DMH to staff.  (*See* Defendants' April 17, 2006

21   Statewide Mental Health Bed Plan, Coalinga State Hospital beds, Salinas Valley State Prison

22   beds.)  This level of commitment to the care of mentally ill inmates demonstrates the continued

23   engagement of DMH in the goal of providing mental health care to CDCR inmates.

24           **1.      Salinas Valley State Prison Is A Viable Site For The Care Of CDCR Inmates**.

25           Past - and now corrected - issues of care and construction should not be used as a

26   rationale for bringing Director Mayberg into this action.  Plaintiffs contend that DMH has not

27   shown good faith by its alleged decision to build a single-celled facility within Salinas Valley

28   State Prison.  While Defendants did not formally object to the Special Master's statements

1    concerning the design of Salinas Valley State Prison, that silence should not be construed as a

2    form of acquiescence.  Rather, Defendants chose to focus their attention on the recommended

3    Court orders.  Director Mayberg could now, and will if this Court so desires, discuss the history

4    of the SVSP design, the ownership of the facility, and the participants in the design group.

5    However, Director Mayberg suggests his agency's compliance with Special Master Keating's

6    advice to change the single-cell design of the additional 36 beds, well before any court order

7    issued, demonstrates stalwart commitment to the goals of this Court.

8                **2.    Coalinga State Hospital Has Admitted CDCR Inmates and Will Undergo the**

9                        **Court-Ordered Evaluation of Its Feasibility for Level IV Offenders.**

10                   Director Mayberg respectfully submits that DMH has committed to and, in the

11    presence of this Court, reiterated its commitment to providing mental health beds at Coalinga

12    State Hospital to CDCR inmates.  There is no question that DMH has voiced its concern that the

13    safety of its staff and the community at large may be put at risk by placement of high-custody

14    offenders within Coalinga State Hospital.  This concern has not diminished DMH's compliance

15    with this Court's orders.  The feasibility study on the use of Coalinga State Hospital for the care

16    of high-custody CDCR inmates was accomplished and, in accord with this Court's order, a

17    second feasibility study will be done.  Further, in the past weeks, DMH has admitted CDCR

18    inmates to intermediate inpatient beds at Coalinga State Hospital.  (Ex. A, Letter Rodriguez,

19    6/2/06.)  DMH will continue to comply with this Court's orders as well as its own commitment

20    to admit CDCR patients to Coalinga State Hospital.

21                                            **CONCLUSION**

22                   Director Mayberg respectfully requests this Court determine that there is no need to

23    name him as a defendant in this matter.  DMH has proactively participated in the development

24    and implementation of  remedies to expeditiously address the mental health care needs of CDCR

25    inmates.  Expanded CDCR beds at Salinas Valley State Prison and California Medical Facility

26    are staffed by DMH personnel.  DMH has designated beds within its own facilities to serve

27    CDCR inmates.  Because the collaborative efforts of CDCR and DMH have significantly

28    / / /

MAYBERG RESPONSE TO PLF. REPLY RE. OSC

1  improved the mental health services infrastructure, Director Mayberg is not properly named as a

2  defendant in this matter.

3          Dated: June 16, 2006

4                                          Respectfully submitted,

5                                          BILL LOCKYER
                                           Attorney General of the State of California

6                                          JAMES M. HUMES
7                                          Chief Assistant Attorney General

                                           FRANCES T. GRUNDER
8                                          Senior Assistant Attorney General

                                           ROCHELLE C. EAST
9                                          Supervising Deputy Attorney General

10

11                                         */ s / Lisa A. Tillman*

12                                         LISA A. TILLMAN
                                           Deputy Attorney General

13                                         Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27     CF1997CS0003
       30129507.wpd
28

MAYBERG RESPONSE TO PLF. REPLY RE. OSC

                                    5

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:     **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:         **U.S. District Court, Eastern District of California**

Case No.:      **2:90-CV-0520-LKK-JFM-P**


I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the
California State Bar which member's direction this service is made.  I am 18 years of age and
older and not a party to this matter.  I am familiar with the business practice at the Office of the
Attorney General for collection and processing of correspondence for mailing with the United
States Postal Service.  In accordance with that practice, correspondence placed in the internal
mail collection system at the Office of the Attorney General is deposited with the United States
Postal Service that same day in the ordinary course of business.

On    June 16, 2006    , I served the attached **RESPONSE TO PLAINTIFF'S REPLY TO
MAYBERG'S RESPONSE TO OSC RE: JOINDER OF STEPHEN MAYBERG,
DIRECTOR OF DEPARTMENT OF MENTAL HEALTH, AS A DEFENDANT** by placing
a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the
internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office
Box 944255, Sacramento, California  94244-2550, addressed as follows:


**PETE COCKCROFT, H-86887
CALIFORNIA STATE PRISON, SACRAMENTO
POST OFFICE BOX 290066
REPRESA, CA  95671-0066**

**KIMBERLY S DAVENPORT
CALIFORNIA MEDICAL ASSOCIATION
221 MAIN STREET
SAN FRANCISCO, CA  94105**


I declare under penalty of perjury under the laws of the State of California the foregoing is true
and correct and that this declaration was executed on June 16, 2006, at Sacramento, California.


| M. McIntosh | */ s / M. McIntosh* |
|---|---|
| Declarant | Signature |

30131080.wpd