*COLEMAN, et al. v. SCHWARZENEGGER, et al.*
**CASE NO. 2:90-CV-0520 LKK JFM P**
**EXHIBIT A**
**TO RESPONSE TO PLAINTIFFS' REPLY TO RESPONSE TO OSC RE: JOINDER OF STEPHEN MAYBERG, DIRECTOR OF MENTAL HEALTH, AS A DEFENDANT**

STATE OF CALIFORNIA— DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



June 2, 2006

J. Michael Keating, Jr.                    via:   Lisa Tillman
Office of the Special Master                      Deputy Attorney General
2351 Sussex Lane                                  Department of Justice
Fernandina Beach, FL  32034                       1300 I Street, Suite 125
                                                  P.O. Box 944255
                                                  Sacramento, CA  94244-2550

**RE:  UPDATE ON ORDERS FROM THE COURT PERTAINING TO THE DEPARTMENT OF MENTAL HEALTH**

Dear Mr. Keating:

Please find enclosed a letter from Mr. John Rodriguez, Deputy Director, California Department of Mental Health. The letter provides a status update on the May 1, 2006, court orders issued by the Honorable Lawrence K. Karlton, Senior Judge, United States District Court, pertaining to the Department of Mental Health.

If you have any questions, please feel free to contact me at (916) 327-0033.

Sincerely,

PETER FARBER-SZEKRENYI, DR., P.H.
Director
Division of Correctional Health Care Services

Enclosure

cc:   John Dovey, Director, Division of Adult Institutions, CDCR
      Renee Kanan, M.D., MPH, Deputy Director, DCHCS, CDCR
      Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations Branch, DCHCS, CDCR
      Scott Kernan, Deputy Director, Division of Adult Institutions, CDCR
      John Rodriguez, Deputy Director, Department of Mental Health
      Tim Fishback, M.D., Chief Psychiatrist, Mental Health Program, DCHCS, CDCR
      Cindy Radavsky, Assistant Deputy Director, Department of Mental Health
      Michael Stone, Staff Counsel, Office of Legal Affairs
      Doug McKeever, Project Director, Mental Health Program, DCHCS
      Vicki O'Shaughnessy, Staff Services Manager II, Clinical Programs and Policy Unit, DCHCS, CDCR



CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

May 26, 2006

Peter Farber-Szekrenyi, M.D., Director
Division of Correctional Health Care Services
California Department of Corrections
 and Rehabilitation
P.O. Box 942883-0001
Sacramento, California 94283-0001

Dear Dr. Farber-Szekrenyi:

In the May 2, 2006 Coleman court order on bed plans, the order contained several components that are the direct responsibility of the Department of Mental Health (DMH). I am advising you via this memo of the current status of each of those components in the order.

1. "Not later than May 30, 2006, CDCR shall open 36 intermediate inpatient beds at Salinas Valley State Prison (SVSP) that were slated to receive inmates from CMF. Said beds shall be used for Level IV inmates."

   Status: Salinas Valley Psychiatric Program (SVPP) identified and started admitting patients to these 36 beds on May 8, 2006. The plan is to transfer 6 patients a week for 6 weeks until all 36 beds are filled with patients from the SVPP waiting list. DMH anticipates completing these transfers on time and has not encountered any barriers to movement.

2. "Twenty-five intermediate inpatient beds shall be made immediately available at Coalinga State Hospital for appropriate CDCR inmates. Within 30 days thereafter, an additional 25 intermediate inpatient beds shall be made available at Coalinga State Hospital for appropriate CDCR inmates."

   Status: Atascadero State Hospital (ASH) and Coalinga State Hospital (CSH) jointly identified the 50 patients for transfer. The initial 25 transfers started on May 25, 2006 and are scheduled to be completed on May 30, 2006. The second 25 transfers are scheduled to start on June 15, 2006 and be completed by June 27, 2006. DMH anticipates completing these transfers on time and has not encountered any barriers to movement. In addition, CSH program staff has reviewed the July 7, 2005 MOU training tape as time has passed since they attended the training and additional staff have been hired.

3. "CDCR shall maintain 36 intermediate inpatient beds in P-2 at the California Medical Facility (CMF) Vacaville until further order of court. In connection therewith, the CDCR is

Dr. Farber-Szekrenyi
May 26, 2006
Page 2

reminded of their obligations under the heat plan developed pursuant to prior orders of this court, and the CDCR is directed to take every mechanical step presently feasible to maintain appropriate temperatures within said unit."

Status: DMH received the heat plan and started training for staff on May 8, 2006 and completed the training on May 12, 2006. Training was provided in two parts- all Vacaville Psychiatric Program staff received training on the actual heat plan and expectations; the P-2 staff received additional training on recognizing signs and symptoms of heat related illnesses. Training was documented by recording in the training data base and placement in personnel records. Any staff that missed the training has been trained upon their return to work.

In addition, training has been provided to the inmate patients on signs and symptoms of heat related illnesses and actions they should take if they notice these symptoms. This training was reflected in their medical record. This training was completed on May 12, 2006.

Finally, a joint memo regarding policy and procedures related to the heat plan was issued to staff on May 22, 2006.

I believe this addresses all issues specific to DMH at this time. If you have additional questions please do not hesitate to contact me or Cindy Radavsky at 654-2413.


Sincerely,

JOHN RODRIGUEZ
Deputy Director


cc: Cindy Radavsky
    Nancy Manion
    Doug McKeever