**Exhibit A**

Letter Regarding Program Guide Implementation

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION　　　　Arnold Schwarzenegger, Governor

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA 94283-0001



April 7, 2006

| | | |
|---|---|---|
| J. Michael Keating, Jr.<br>Office of the Special Master<br>2351 Sussex Lane<br>Fernandina Beach, FL 32034 | via: | Lisa Tillman<br>Deputy Attorney General<br>Department of Justice<br>1300 I Street, Suite 125<br>P. O. Box 944255<br>Sacramento, CA 94244-2550 |

**RE: PROGRAM GUIDE IMPLEMENTATION**

Dear Mr. Keating:

This letter is to inform you of the California Department of Corrections and Rehabilitation's (CDCR) strategy for implementing the January 2006 Program Guide.

The majority of the Program Guide revisions were completed with the defendants-plaintiffs-court expert's workgroup in July 2004. Since then, CDCR has been taking steps to prepare for implementation. To date, CDCR has implemented many of the new requirements via amending memoranda (see enclosure).

The remaining new requirements will require staff training. Some will also require additional resources. In October of 2004, a field survey was conducted by the Division of Correctional Health Care Services (DCHCS) to assist in determining what additional staff (and equipment) would be necessary in order to comply with the new requirements. In January of 2006, the Division revisited its resource assessment and generated a Spring Finance Letter as part of the annual budget process for fiscal year 2006-07. Those requests are pending approval by the Department of Finance and the legislature. In the coming months, DCHCS will focus on filling existing vacancies and establishing any new positions approved by the legislature. Simultaneously, DCHCS will conduct a workload and efficiency study, to be completed in advance of the next budget cycle. The results of the study will allow the Department to more accurately identify any targeted resource adjustments during the next budget process.

The court approved the January 2006 Program Guide (minus a few provisions that are pending resolution) on March 2, whereupon CDCR began its implementation strategy. On March 13, DCHCS convened a three-day meeting in Sacramento with its institutional mental health leadership. At this meeting, preliminary training was provided in the form of a general overview of the major new Program Guide requirements. That group also began the work of formulating a system-wide training strategy.

J. Michael Keating, Jr.
Page 2

Initial DCHCS implementation steps include, among others, notifying labor unions as necessary, allocating resources (pending approval), recruitment and hiring of new headquarters and field staff, reproduction and distribution of the Program Guide to staff, developing training for trainers, and assisting the institutions in writing new local operating procedures. DCHCS will also propose compliance parameters and, once approved, monitor performance on an ongoing basis. The institutions will ensure that staffs are appropriately trained and working toward optimal compliance in the shortest time frames possible (see below).

In addition, it was understood that the revised Program Guide document would require final changes (staffing ratios, psychiatrist qualifications, cardiopulmonary resuscitation, and video monitoring - due to the court on April 17, 2006), and final review to detect spelling, grammatical, formatting and naming convention errors, as well as to ensure consistency between chapters. Those sections that the court identified as subject to dispute (with suspended implementation pending resolution) will appear in "strikethrough format" with notes inserted delineating current requirements. The new forms required by the revised Program Guide are in the final stages of formatting and the internal approval process.

The following target dates for completion of tasks related to implementation are as follows:

**March 2006 (All completed)**
- March 13-15, 2006: Preliminary training for mental health leadership
- Training *strategy* development
- Program Guide revisions related to cardio-pulmonary resuscitation, video-monitoring, and staffing ratios
- Final document review and editing – Chapters 1 - 4
- Late stages of budget process for resources – meetings with Department of Finance and Legislative Analyst's Office prior to legislative hearings

**April 2006**
- Final document review and editing – Chapters 5 – 10
- Finalization of forms
- Submission of disputed Program Guide sections to the court
- Development of post-tests for Program Guide: Chapters 1- 7
- Development of training regarding new requirements: Chapters 1-5
- Print and proof final format (clean version) of all Program Guide chapters (pending court approval)
- Program Guide revisions related to psychiatrist qualifications

**May 2006**
- Reproduction (paper and digital) of final Program Guide document and forms
- Development of post-tests for Program Guide: Chapters 8-10
- Development of training regarding new requirements: Chapters 6 – 10
- Development of training for correctional counselors and officers
- Develop workload and efficiency study
- Notice labor unions as necessary

J. Michael Keating, Jr.
Page 3

### June 2006
- Statewide distribution of Program Guide and forms
- Memorandum to institutions regarding implementation: local operating procedure revision requirements, training requirements, additional resource allocations (pending approval), and preparation for workload and efficiency study
- Train management, supervisors, and designated trainers at each institution
- Conduct statewide video training for all mental health clinicians

### July 2006
- Establish positions for Program Guide implementation (after budget is released)
- DCHCS will monitor staff training
- Train mental health leadership to generate management reports when monitoring compliance with implementation key indicators
- Collect local operating procedures for determination of "best practices"

### August 2006
- Hire new staff into positions (pending approval) at headquarters and institutions
- Continued monitoring of staff training
- Begin workload and efficiency study
- Continued monitoring of implementation and compliance
- Distribute "best practice" examples of local operating procedures to the field

### September 2006 *through* December 2006
- Continuing workload and efficiency study
- Continued monitoring of implementation and compliance
- Identification of barriers to implementation and develop solutions
- Complete workload and efficiency study in November
- Develop any needed adjustments to resources in preparation for next budget cycle

### January 2007
- Final report on Program Guide implementation and compliance

J. Michael Keating, Jr.
Page 4


If unforeseen events alter the proposed schedule, such as a delay in the release of the Budget, DCHCS will notify you. For questions, feel free to call Dr. Tim Fishback at (916) 324-5236.

Sincerely,

PETER FARBER-SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services

Enclosure

cc: John Dovey, Director, Division of Adult Institutions
    Renee Kanan, M.D.; Deputy Director, DCHCS
    Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations Branch,
    Tim Fishback, M.D., Chief of Mental Health; Chief Psychiatrist, DCHCS
    Michael Stone, Staff Counsel, Correctional Law Unit, Office of Legal Affairs; OLA
    Katie Riley, Staff Counsel, Correctional Law Unit, OLA

# CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
# PROGRAM GUIDE IMPLEMENTATION
## 4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| General Change Across Program Guide | Program Guide changes require training of staff at each institution, and monitoring of implementation and compliance | Resources Requested | Headquarters staffing request pending approval |
| | Form Revision - New Form Content, Names, and Reference Numbers. | Forms require final edit, emergency implementation order, and distribution. Resources Requested | |
| | New Local Operating Procedures will be required to meet requirements of Revised Program Guides | Resources Requested | |
| | New Psychiatrist Qualifications | Requires final negotiation for current civil service employees and union negotiation | Resources pending approval |
| | Mental Health Assessments require request of mental health records from non-CDC treatment when signed consent is obtained. No prior requirement. | Resources Requested | |
| | Ongoing assessment of the quality of clinical services for all mental health programs shall follow the MHQMS procedures in IMS Chapter 3. | Resources Requested at headquarters and institutions to facilitate monitoring of compliance. | |
| 1 | "The MHCB is part of a licensed General Acute Care Hospital (GACH), Skilled Nursing Facility, or a Correctional Treatment Center." | Implemented | |
| 1 | Clinical Input into the Disciplinary Process. Clinicians complete the CDC 115-X. | Implemented | |
| 1 | Inmate Mental Health Indentifier System (IMHIS) daily updates required | Implemented | |
| 1 | Mental Health Tracking System | Implemented | |
| 1 | Mental Health Placement Chrono | Implemented | |
| 2 | "Emergency referrals shall be made and responded to immediately" (Prior was 24 hours) | Implemented | |
| 2 | Reception center screenings completed "..under the supervision of a Registered Nurse" | Implemented | |
| 2 | In reception centers, inmates who refuse evaluation must have MH Placement Chrono updated every 90 days. | Implemented | |
| 2 | Detailed procedures for medical and mental health referrals by staff and inmate-patients require same day processing or triage. Determination of Emergent (immediate care), Urgent (within 24 hours), or Other (within 5 working days). Plata roll-out institutions received for each clinic 1 RN, 1 MTA, and 1 OT. | Implemented | |
| 3 | Specifies that CCCMS Services are available to condemned inmate-patients | Implemented | |
| 3 | #8 added: "Inmate-patients with multiple admissions to MHCB (three or more within a six month period) shall be evaluated for referral to DMH or EOP. | Implemented | |

Enclosure A

# CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
## PROGRAM GUIDE IMPLEMENTATION
### 4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 3 | #9 added: Inmate-patients who attempt suicide or currently have significant suicidal ideation or potential posing a moderate to serious risk for suicide shall be admitted to MHCB and be considered for referral to DMH. If an inmate-patient is accepted to DMH, the inmate-patient shall be transferred to DMH within 72 hours of acceptance. | Implemented | |
| 3 | "Discharge of inmate-patients, who were placed in the CCCMS program on a medical necessity, shall be determined by the IDTT and shall be approved by the Chief Psychiatrist, Chief Psychologist, Senior Psychologist, or designee. | Implemented | |
| 3 | Patients currently receiving medication, upon a physician's order, shall be provided a thirty (30) day supply of essential medications when released on parole or discharged unless clinically contraindicated. | Implemented | |
| 3 | Clinical case reviews documenting change in level of care: 1997 version indicated documentation should be on an MH4. Revised version indicates case reviews are documented in Progress Notes, Mental Health Evaluation Form, Treatment Plan, or Chronos. The Transfer Summary is still required upon transfer. | Implemented | |
| 3 | Inmate-patients who were admitted to the MHCB for a suicide attempt or ideation, upon discharge from that program, shall be seen by the CCM, or designee, daily for the first five calendar days following discharge, and as often as required thereafter. Custody staff shall also observe these inmate-patients a minimum of every hour for the first 24 hours after the discharge from the MHCB. At the end of the first 24 hours after discharge, the CCCMS Clinical staff shall evaluate an inmate-patient to determine the need for extending the observation period (not to exceed 24 hours at a time). If the recommendation for an extension is justified, the inmate-patient shall be observed every two hours for the following 48 hours and every four hours thereafter. If, after a second evaluation, a mental health clinician feels additional hourly checks are required, the inmate-patient shall be returned to the MHCB for further stabilization. Custody staff shall maintain a log of their rounds on inmate-patients. | Implemented | |
| 4 | A psychiatrist shall evaluate each EOP inmate-patient at least monthly to address psychiatric medication issues. | Implemented | |
| 4 | 2006 Program Guides specify that OT and RT is counted as structured activity only if an appropriate clinician (Occupational Therapist, Rec. Therapist, LPT, or other qualified professional) is present and supervising the activity. Work and education assignments can constitute up to four hrs of structured activity a week if they are identified as such in the treatment plan. | Implemented | |
| 4 | Mental Health Tracking System: Required data entry - attendance at treatment activities, psychiatrist and primary clinician appointments, IDTT scheduling. | Implemented | |
| 4 | This section is specific to EOP level of care treatment for condemned inmate-patients | Implemented | |
| 5 | After hours, weekends, and holidays, the Administrative Officers of the Day (AOD), MODs, POCs, and Watch Commanders should be notified of an inmate who makes a serious suicide attempt or engages in self-injurious behavior requiring medical treatment. | Implemented | |
| 5 | Inmate-patients with multiple admissions to MHCB (three or more within a six month period), or have been in an MHCB for longer than 10 days, shall be evaluated for referral to DMH. | Implemented | |
| 5 | An admission note shall be completed within 24 hours of admission by the admitting clinician. | Implemented | |

1= Overview; 2= RC  3= CCCMS;  4= EOP;  5 = MHCB;  6= DMH;  7= ASU;  8= SHU;  9= PSU;  10 = Suicide Prevention

Enclosure A

# CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
## PROGRAM GUIDE IMPLEMENTATION
### 4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 5 | The MHPM or designee at the institution where the inmate-patient is being transferred shall notify the assigned CCM or PC. If the inmate-patient doesn't have a CCM or PC, one shall be assigned. Requires communication to appropriate staff if wellness check follow-up for suicidality is required. | Implemented | |
| 6 | 1997 Version - Page 5-1 Deleted Section: "Only institutions with Mental Health Programs (MHCB) or Enhanced Outpatient Programs (EOP) or both can initiate DMH referrals." This is deleted from the revised version. Any institution may refer to DMH. | Implemented | |
| 6 | Coordinated Clinical Assessment Team | Implemented | |
| 7 | Daily clinical rounds of inmate-patients in the MHSDS | Implemented | |
| 7 | Mental health screening and evaluation of all inmates who are not currently in the MHSDS caseload is required to identify mental health needs | Implemented | |
| 7 | Daily updates to the IMHIS are mandatory for every ASU | Implemented | |
| 7 | Description of clinical rounds. Includes requirement that rounds be **visual and verbal**, and sufficient to ascertain the inmate's mental condition particularly during the first 10 days. Daily rounds required for MHSDS inmate-patients and weekly rounds required for non- MHSDS inmates. | Implemented | |
| 7 | New ASUs (Stand alones). No participants in the MHSDS shall be housed in the new ASUs. Daily LPT rounds required. Any inmate who is inadvertently placed or determined to need MHSDS shall be moved within 24 hours. | Implemented | |
| 8 | Addition under Program Goals section: "Provide clinical rounds every other week by Licensed Psychiatric Technicians (LPT) or other clinicians to identify mental health needs for all inmates who are not currently in MHSDS. Rounds are provided by CCMs at PBSP and by LPTs in other SHUs. | Implemented | |
| 8 | Addition under Program Goals section: "Provide weekly clinical rounds by LPTs or other clinicians of inmates in the MHSDS." | Implemented | |
| 8 | Under Sources of Referral section: "Upon an inmate-patient's placement into the SHU, the Medical Technical Assistant (MTA) from the originating unit shall transfer the inmate-patient's Medication Administration Record (MAR) to the SHU, consistent with their post orders." | Implemented | |
| 8 | Definition of clinical rounds process is inserted: A mental health staff member, usually a Licensed Psychiatric Technician (LPT) or at PBSP, a CCM, shall conduct rounds weekly unless clinically needed more often in the SHU to attend to the mental health needs of all MHSDS inmates. The LPT shall make rounds of non-MHSDS inmates every other week. If an inmate refuses to talk to the LPTs, the LPT will discuss the inmate's functioning with custody staff. The LPT shall maintain an individual record of clinical rounds by making a check mark next to the inmate's name on the SHU Inmate Roster each time they are checked. Those inmates who have not been previously identified as having mental health treatment needs but exhibit possible signs and symptoms of a serious mental disorder shall be referred, via CDC 128-MH5, Mental Health Referral Chrono, to a CCM for clinical evaluation. Any unusual findings that may require closer observation by custody shall be documented on the 114 A log on the same day of occurrence. The LPT shall document a summary of the status of MHSDS inmate-patients in a weekly progress note in the Unit Hea[lth] | Implemented | |
| 8 | Each MHSDS inmate-patient is assigned a case manager. | Implemented | |

Enclosure A

# CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
## PROGRAM GUIDE IMPLEMENTATION
### 4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 8 | Under Sources of Referral section: The specific referral process is added: Except weekends and holidays, referrals for suicide risk and crisis care "shall be immediately screened by a CCM..." and referred as appropriate. Self referral handling is described - "a health care staff member shall collect the CDC Forms 7362 and staff referral forms each day...." an RN/MTA initials and dates the forms, the forms are delivered for same-day processing. On weekends and holidays the "Treatment and Triage Area RN shall review" each referral, establish priorities, and refer accordingly. If a mental health clinician is not available, the MOD or Psychiatrist on call shall be contacted. Emergent needs are handled immediately, Urgent within 24 hours, and other cases within 5 days. | Implemented | |
| 9 | After the Initial IDTT, inmate-patients will be evaluated by the IDTT minimally at 60 and 120 days after admission and at least every 90 days thereafter or sooner whenever there is a significant change in level of functioning. | Implemented | |
| 9 | A daily chronological report of each PSU inmate-patient will be kept on the CDC 114A Form, which will include meals, showers, yard, visits, law library, supplies, clothing and linen issued, or other pertinent information. RVR hearings, outcome, inmate-patient's participation, and disposition shall be logged on the 114A form. | Implemented | |
| 10 | "These clinicians shall be trained to perform a suicide risk assessment and complete the SRAC: psychiatrists, psychologists, clinical social workers, primary care physicians, nurse practicioners, registered nurses. | Implemented | |
| 10 | Defines suicide watch and precautions | Implemented | |
| 10 | Suicide Reporting, Death Review, and Corrective Action Plan policy and procedure | Implemented | |
| 10 | CDC required to maintain a HCSD Mental Health Program (MHP) Subcommittee which cooperates with and responds to the Emergency Response and Death Review (ERDR) Subcommittee, and a Suicide Prevention and Response Focused Improvement Team (SPR-FIT). Requires monthly reports from the SPR-FIT to the MHP-Subcommittee, and monthly reports from the MHP-Subcommittee to the SPR-FIT | Implemented | |
| 10 | Institutions required to maintain a local Mental Health Program (MHP) Subcommittee which cooperates with and responds to the Emergency Response and Death Review (ERDR) Subcommittee, and a Suicide Prevention and Response Focused Improvement Team (SPR-FIT). Requires monthly reports from the SPR-FIT to the MHP-Subcommittee, and monthly reports from the MHP-Subcommittee to the SPR-FIT | Implemented | |
| 10 | Requires suicide prevention training with specific required topics as part of new employee orientation and updated training annually. | Implemented | |
| 1 | Reasonable accomodation section added | Implemented - Partial compliance | Funding to improve compliance in ASU and Reception Center pending |
| 2 | "Inmates who are unable to speak English will be provided with necessary interpreters" | Implemented - Partial compliance | Funding to improve compliance in ASU and Reception Center pending |
| 2 | Data Processing section: Inmate-Clerks are banned from access to documents or records containing other inmates' mental health information. | Implemented - Partial compliance | |

1= Overview; 2= RC  3= CCCMS; 4= EOP; 5 = MHCB; 6= DMH; 7= ASU; 8= SHU; 9= PSU; 10 = Suicide Prevention

Enclosure A

# CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
## PROGRAM GUIDE IMPLEMENTATION
### 4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 3 | #10: 1997 PROGRAM GUIDES: "Inmates shall be clinically discharged from CCCMS if they have been in continuous remission for one year and are functioning adequately in the mainline without treatment (including medication). 2006 PROGRAM GUIDES: Inmate-patients may be clinically discharged from CCCMS if they have been in continuous remission and are functioning adequately in the mainline without treatment (including medication) for six (6) months. Inmates shall be seen for 90-day clinical contacts throughout the six (6) month period. | Can be implemented immediately. Chiefs of Mental Health were asked to implement on 3/14/06. | |
| 4 | Initial evaluation process requires signed consent and request of mental health records from non-C.D.C. treatment. | Can be implemented with training | |
| 4 | Each inmate-patient will be offered at least 10 hours per week of scheduled structured therapeutic activities as approved by the IDTT. It is recognized that not all inmate-patients can participate in and/or benefit from 10 hours per week of treatment services. For some inmate-patients, 10 hours per week may be clinically contraindicated. For those inmate-patients scheduled for less than 10 hours per week of treatment services, the PC shall present the case and recommended treatment program to the IDTT for approval. The CDC Form 7388 must include a detailed description of the diagnosis, problems, level of functioning, medication compliance, and rationale for scheduling less than 10 hours. For inmate-patients who are scheduled for less than 10 hours of treatment activities per week, the IDTT shall meet at least monthly and be responsible to review and increase the treatment activities or refer to a higher level of care as clinically indicated. | Can be implemented with training | |
| 4 | Required treatment: Weekly clinical contact with primary clinician either individually or in group psychotherapy; individual clinical contact at least every other week. | Can be implemented with training | |
| 4 | Clinical staff shall document the progress of an inmate-patient on a CDC Form 7230, Interdisciplinary Progress Note, at least monthly. Documentation may be more frequent if there are significant changes in the inmate-patient's level of functioning. The progress note shall include: Record of attendance at treatment activities, Description of participation in treatment activities, Progress in resolving identified problems and symptoms, Current mental status. | Can be implemented with training | |
| 4 | Wording and substantive changes in quarterly review requirements. Substantive changes: emphasis on interventions implemented since the last team review; assessment of willingness and ability to participate in the program and description of attempts to improve treatment participation; recommendations for modifications to treatment plan now includes problems, medications, and interventions; discharge planning, including a tentative discharge date, anticipated level of care, specific follow-up recommendations, and perceived impediments to discharge. | Can be implemented with training | |
| 5 | A log shall be kept by the sending institution of all inmates referred to the MHCB and evaluated but not admitted. A separate log shall be kept by the MHCB rejecting admission, of all inmates referred and not admitted. | Can be implemented with training | |
| 5 | MHCB Admission/Transfer Log. | Can be implemented with training | |

Enclosure A

# CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
## PROGRAM GUIDE IMPLEMENTATION
### 4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 5 | Upon admission to the MHCB unit, an assessment shall immediately be made on how best to meet the critical needs of the seriously mentally disordered inmate-patient. This is accomplished by reviewing and updating the Mental Health Evaluation (CDC Form 7386) completed by the referring clinician at the time of referral. At a minimum, a provisional diagnosis is determined and an initial plan of the CDC Form 7386 in the "Recommended Follow Up/Initial Treatment Plan" section shall be formulated within 24 hours for immediate care planning and to rule out medical conditions that may be a cause of presenting symptoms. Serious medical conditions as a significant cause of the crisis may warrant acute care medical hospitalization. (Changes requirement from 72 hours to 24 hours) | Can be implemented with training | |
| 5 | Discharge procedure: Requires each institution with an MHCB to appoint a Discharge Coordinator who is responsible for notifying the Mental Health Program Manager (MHPM) or designee at the institution where the inmate-patient is being transferred. Requires that notification occur prior to discharge and includes the Discharge Summary, custody level, treatment needs, and any significant medical conditions. | Can be implemented with training | |
| 5 | An inmate-patient admitted to the MHCB program because of suicidal threats or behavior shall not be discharged to their housing unit until a SRAC is completed and a follow-up plan developed. Details custody and clinical follow up requirement. | Can be implemented with training | |
| 5 | Quality Mangement for Implementation of Discharge Planning: The Mental Health Program Manager at the institution where the patient was transferred will audit the implementation of the discharge plan and follow-up care within 21 days of the inmate-patient's discharge from the MHCB. For inmate-patients admitted to the MHCB for suicide observation or watch, the MHPM shall review the SRAC, document the review in the UHR, and forward a copy of the SRAC to the Suicide Prevention Committee and to clerical staff. | Can be implemented with training | |
| 7 | Intake assessment section requires, for MHSDS inmate-patients, assignment of CCM within 5 calendar days of the time of placement a brief evaluation including an interview of each inmate-patient and a review of the patient's mental health history. | Can be implemented with training | |
| 9 | When an inmate-patient refuses IDTT, the Primary Clinician (PC) documents the reason for refusal on the CDC Form 7230-MH - Interdisciplinary Progress Note. | Can be implemented with training | |
| 9 | For inmate-patients who are scheduled for less than 10 hours of treatment activities per week, the IDTT shall meet at least monthly and be responsible to review and increase the treatment activities, and consider higher level of care as appropriate. | Can be implemented with training | |
| 9 | Under required treatment: Weekly PC contact (either individually or in group psychotherapy) with assigned inamte-patients. Individual clinical contacts must occur at least every other week. | Can be implemented with training | |
| 9 | Weekly documentation of PC contacts is required. Group therapy shall be documented monthly. This documentation shall include time attended and a description of the inmate-patient's level of participation. | Can be implemented with training | |
| 9 | Unit activity log. Custody staff must record and share with the clinical staff any observations that may impact an inmate-patient's treatment plan or provide insight into the success or ineffectiveness of the current treatment plan. Critical for first watch staff. All unusual activities will be recorded in the logbook. | Can be implemented with training | |

1= Overview; 2= RC   3= CCCMS; 4= EOP; 5 = MHCB; 6= DMH; 7 = ASU; 8= SHU; 9= PSU; 10 = Suicide Prevention

# CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
## PROGRAM GUIDE IMPLEMENTATION
### 4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 10 | Guidelines for resolving clinical difference of opinion regarding MHCB placement. Utilizes supervisory staff for resolution and default placement into OHU or MHCB. | Can be implemented with training. | |
| 10 | Current DSM code and ICD-9 code both required on MHCB treatment plan for Health Care Cost and Utilization Program analysis | Can be implemented with training. | |
| 5 | The MHCB Discharge Summary shall be completed by the attending psychiatrist or psychologist prior to release from the MHCB. This should include specific recommendations regarding follow-up visits with the CCM or PC and custody staff. The Discharge Summary, either handwritten or dictated, includes, but is not limited to, the MHCB course of treatment, current medications, response to treatment, condition at time of discharge, and detailed information regarding follow-up care needs. The inmate-patient's participation, which supports inmate-patient responsibility, shall also be included. | Can be implemented with training. | Increases duties of the attending psychiatrist or psychologist prior to release from MHCB. Will increase time between IDTT and discharge paperwork completion. Likely to require additional medical transcribers or a central location for transmission of discharge summary, immediate transcription, and fax back to the MHCB. |
| 8 | Conduct Mental Health assessments to provide input into ICC proceedings concerning the inmate-patients' current participation in the MHSDS program. This includes medication compliance, suitability for single or double celling, risk assessment for self injurious or assaultive behavior, status of Activities of Daily Living (ADL), ability to understand Due Process, likelihood of decompensation if retained in SHU, and recommendations for alternative placement. | Can be implemented with training. | |
| 10 | 7 required times for completing the SRAC: At a minimum, a written SRAC shall be completed:<br>· Every time an inmate has an initial face-to-face evaluation for suicidal ideation, gestures, threats, or attempts, by a clinician trained to complete the SRAC.<br>· By the referring clinician prior to placement of an inmate-patient into an Outpatient Housing Unit (OHU) for continued suicide risk assessment or into a Mental Health Crisis Bed (MHCB) for suicidal ideation, threats, or attempt.<br>· After hours, on weekends and holidays, when the referring clinician has not completed an SRAC, by the clinician providing coverage, by the next day, for those inmate-patients placed into an OHU or MHCB.<br>· By the associated Interdisciplinary Treatment Team (IDTT) and/or clinician for all inmate-patients placed into an OHU, for mental health reasons, or MHCB, for any reason, upon decision to release or discharge.<br>· Subsequent to release from an OHU placement that was for the purpose of continued suicide risk assessment, or a MHCB placement for the reason of suicidal ideation, threats, or attempts, at a minimum of every ninety (90) days for a twelve month period, by a mental health clinician.<br>· Within seventy-two (72) hours of return from a Department of Mental Health (DMH) facility, or within 24 hour<br>· Any time the medical and mental health screening of a new arrival at an institution indicates a current or sig | Can be implemented with training. | |
| 2 | Health care staff witness required in addition to psychiatrist whenever a new medication is ordered. Although this requires a small amount of time for each new medication order, the cumulative effect leads to a need for additional resources in Reception Center. | Resources Requested | Reception Center Increased Staffing pending approval |
| 2 | Reception center required to complete detailed mental health evaluation, using CDC Form 7386, and develop initial treatment plan. Prior evaluation required less comprehensive assessment and significantly less documentation. | Resources Requested | Reception Center Increased Staffing pending approval |

1= Overview; 2= RC  3= CCCMS;  4= EOP; 5 = MHCB; 6= DMH; 7= ASU; 8= SHU; 9= PSU; 10 = Suicide Prevention

Enclosure A

# CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
## PROGRAM GUIDE IMPLEMENTATION
### 4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 2 | Central file review by Correctional Counselors required for all inmates. Requires review of mental health factors, inmate face-to-face interview and referral to mental health staff if appropriate. Correctional Counselors do not currently review the Central File specifically for mental health issues. Staff requested were based on an additional 15 minutes for each RC inmate-patient | Resources Requested | Reception Center Increased Staffing pending approval |
| 3 | Clinical Intake Assessment section "b." requires signed consent and request of mental health records from non-C.D.C. treatment. Many institutions have implemented this requirement, but the additional resources and training will help with compliance. | Resources Requested | See ASU Staffing Table. |
| 3 | Clinical Intake Assessment section "e." requires an evaluation of suicide and violence potential. Prior version did not require this extensive assessment for all CCCMS inmate-patients. | Resources Requested | See ASU Staffing Table. |
| 3 | 1997 Program Guides: Place responsibility for treatment planning on the Clinical Case Manger. 2006 Program Guides: "The responsibilities of overall treatment planning within the CCCMS program rests with an IDTT." Defines treatment planning responsibilities and composition of IDTT. This requirement has an impact by lengthening the amount of time staff generally will spend in the IDTT process for each inmate-patient. Requires that the assigned primary clinician, assigned psychiatrist, and inmate-patient (unless the inmate-patient refuses) all attend the IDTT. Formulation and approval of the individualized treatment plan is one of the IDTT responsibilities. | Resources Requested | See ASU Staffing Table. |
| 3 | If the inmate-patient refuses to attend IDTT the CCM documents the reason for the refusal on the progress note. This requires that the case manager go to the cell-front of CCCMS inmate-patients who refuse IDTT and document the reason for the refusal. Additional resources are requested to help with compliance. | Resources Requested | See ASU Staffing Table. |
| 3 | While awaiting EOP transfer, inmate-patients shall be seen on a weekly basis by the CCM. This is a new requirement not included in the 1997 Program Guide. Current compliance is unknown. Resources requested will help with measuring and, if necessary, improving compliance. | Resources Requested | See ASU Staffing Table. |
| 3 | When a CCCMS IDTT recommends transfer to an EOP, the CCM completes a Mental Health Evaluation (CDC 7386). The 1997 Program Guide did not require this evaluation prior to transfer to EOP level of care. | Resources Requested | See ASU Staffing Table. |
| 3 | Guidelines for resolving clinical difference of opinion regarding MHCB placement. Utilizes supervisory staff for resolution and default placement into OHU or MHCB. Resources are requested for evaluation in MH-OHU and collection of clinical data for determination of appropriate treatment plan. | Resources Requested | See Mental Health OHU Staffing Table |
| 3 | Inmate-patients housed in OHUs for suicide observation, who do not require MHCB LOC and who were discharged from the OHU before 24-hours, may be seen by clinicians and custody staff for follow-up care. The process and timeframes for follow up care may be the same as is described for MHCB suicide discharges. | Resources Requested | See Mental Health OHU Staffing Table |
| 3 | Progress notes for significant patient contacts shall be made the same day of occurance. Group therapy notes must be recorded in a monthly summary note and include the inmate-patient's attendance, behavior in the group, and the progress toward achieving treatment goals. The group therapy monthly summary note was not included in the 1997 Program Guide. | Resources Requested | See ASU Staffing Table. |
| 5 | Entire OHU Section added. Requires face-to-face mental health evaluation by a mental health clinician within 24 and 48 hours. Requires transfer within 72 hours of placement. Exception to 72 hour placement limit for inmate-patients awaiting transfer to GP-EOPs. | Resources Requested | Training resources requested at headquarters |

1= Overview; 2= RC   3= CCCMS;  4= EOP;  5 = MHCB;  6= DMH;  7= ASU;  8= SHU;  9 = PSU;  10 = Suicide Prevention

# CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
## PROGRAM GUIDE IMPLEMENTATION
### 4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 7 | The assigned psychiatrist or case manager shall attend all Institutional Classification Committee (ICC) meetings to provide mental health input. See detailed information required below. | Resources Requested | See ASU Staffing Table |
| 7 | Mental health assessments and input into the adjudication of Rule Violation Report (RVR) hearing proceedings involving MHSDS inmate-patients. Mental health information includes the quality of the inmate-patients' participation in their current MHSDS treatment plan, mental condition that may have been a contributing factor in the alleged misbehavior, and the ability to comprehend the nature of the charges or participate meaningfully in the disciplinary process. Final housing decisions are made by the ICC after considering all relevant clinical and custody factors. | Resources Requested | See ASU Staffing Table |
| 7 | Mental health assessments and input into the classification decision-making process during ICC, including the inmate-patient's current participation in treatment, medication compliance, suitability of single celling or double celling, risk assessment of self-injurious or assaultive behavior, status of Activities of Daily Living (ADL), ability to understand Due Process proceedings, likelihood of decompensation if retained in ASU, recommendations for alternative placement, and any other custodial and clinical issues that have impact on inmate-patients' mental health treatment. | Resources Requested | See ASU Staffing Table |
| 7 | Summary of Primary Clinician duties: Adds documentation of initial and updates to the Mental Health Assessment; requirement to include in treatment plans inmate-patients' security concerns and status; IDTT prior to initial ICC; participation in ICC, Liaison with custody and CC staff re: overall management of inmate-patients; group therapy as defined in the inmate-patients' treatment plans. Reduces requirement from weekly to every other week individual contact for CCCMS. | Resources Requested | See ASU Staffing Table |
| 7 | Screening questionnaire required, using 31-question mental health screening tool, withing 72 hours of placement in ASU. Removes 1997 exception for inmates who have been screened in the past year. Time frame for screening not specified in 1997 Program Guides. | Resources Requested | See ASU Staffing Table |
| 7 | All inmates scoring positive on the questionnaire shall be referred to be seen by a mental health clinician in a time frame determined to be clinically appropriate. Emergency -immediate, Urgent- within 24 hours, all others within 5 working days. | Resources Requested | See ASU Staffing Table |
| 7 | Defines comprehensive mental health clinical assessment required prior to the initial IDTT. | Resources Requested | See ASU Staffing Table |
| 7 | EOP level of care offered in ASU consistent with other EOP programs. All EOP inmate-patients will appear before the initial IDTT. | Resources Requested | See ASU Staffing Table |
| 7 | Minimum IDTT composition includes the assigned CCM, assigned psychiatrist, assigned correctional counselor, and LPT. | Resources Requested | See ASU Staffing Table |
| 10 | The local SPR-FIT shall regularly audit compliance with the 5-day clinical follow-up and custody wellness check procedure. Audit findings shall be forwarded monthly to the Local MHP Subcommittee. | Resources requested | Resource request pending approval |
| 1 | Transfer Timelines | Requires appropriate bed planning and allocation. Resources Requested | See court order response regarding bed-planning |
| 2 | Reception center inmates identified as MHSDS shall be processed by classification staff on a priority basis. Transfer timelines have been defined. | Developing procedure | Unknown |
| 3 | Inmate-patients who refuse IDTT shall indicate the refusal, the reason for the refusal, and sign the back of the ducat. | Requires training of custody staff | Training resources requested at headquarters |

1= Overview; 2= RC   3= CCCMS;   4= EOP;   5 = MHCB;   6= DMH;   7= ASU;   8= SHU;   9= PSU;   10 = Suicide Prevention

CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
PROGRAM GUIDE IMPLEMENTATION
4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 3 | Requires that Clinical Case Review documentation include printed names, and signatures or initials, of staff present in the IDTT. | Training and new form will facilitate implementation | |
| 5 | Pre-admission screening for potential suicide risk requires completion of a Suicide Risk Assessment Checklist (SRAC). On weekends, evenings, and holidays, the SRAC can be performed by the Physician on Call, Medical Officer of the Day, or Registered Nurse trained to administer the SRAC, if mental health clinicians are not available. The SRAC is placed in the UHR whether or not the inmate-patient is admitted to the MHCB. | Requires union notification for final implementation | |
| 7 | Self referral handling is described - "a health care staff member shall collect the CDC Forms 7362 and staff referral forms each day...." an RN/MTA initials and dates the forms, the forms are delivered for same-day processing. On weekends and holidays the "Treatment and Triage Area RN shall review" each referral, establish priorities, and refer accordingly. If a mental health clinician is not available, the MOD or Psychiatrist on call shall be contacted. Emergent needs are handled immediately, Urgent within 24 hours, and other cases within 5 days. | Implemented at Plata institutions. Resources requested for mental health referrals in ASU | See ASU Staffing Table |
| 7 | Under other treatment activities: Group therapy when clinically deemed appropriate. | Requires space and workload study for full implementation | |
| 7 | While some therapeutic activities may take place within the cell, whenever possible, treatment activities should take place out of cell. | Requires space and workload study for implementation | |
| 7 | Where court proceedings are required, staff will make every effort to expeditiously support the Court's adjudicative process. In no event shall a pending RVR impede or delay the transfer of these (EOP level of care) inmate-patients to a hub ASU institution. | Implementation requires assessment of current practice and development of a statewide procedure | |
| 8 | Defines functions of the CCM in SHU. Adds to 1997 functions: Complete Mental Health Evaluation on new cases and update previous assessments. Provide individual monitoring contact once **every 30 days at minimum** for CCCMS inmate-patients, or more frequently as clinically indicated. | Resources allocated at COR. Resources requested for CCI. | See ASU Staffing Table |

CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
PROGRAM GUIDE IMPLEMENTATION
4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 8 | Treatment modalities added. REQUIRED include:<br>Individual meeting with CCM at least every 30 days or more frequently as clinically indicated.<br>· Quarterly IDTT update of treatment plan.<br>· Medication evaluation, review, and monitoring of compliance by psychiatric and nursing staff for those inmate-patients receiving medication.<br>· Regular monitoring of symptoms by licensed psychiatric technicians through weekly rounds of all MHSDS inmate-patients and rounds every other week of all non-MHSDS inmates.<br><br>OTHER TREATMENT ACTIVITIES include:<br><br>· Orientation and supportive counseling for institutional adjustment<br>· Individual counseling and crisis intervention<br>· Group therapy such as anger management and relapse prevention<br>· Social skills training<br>· Consultation services, such as to education and work programs<br>· Clinical discharge or clinical pre-release planning | Resources allocated at COR.<br>Resources requested for CCI. | See ASU Staffing Table |
| 8 | Added: "Screening and evaluation interviews and treatment of inmates will be held in a private setting unless the security of the institution or the safety of staff will be compromised"…."whenever possible treatment activities should take place out of cell." | Resources allocated at COR.<br>Resources requested for CCI. | See ASU Staffing Table |
| 8 | Conduct Mental Health assessments to provide input into the adjudication of Rules Violation Reports (RVR) hearing proceedings on MHSDS caseload inmate-patients according to current policy. Mental Health information includes the inmate-patient's participation in the current MHSDS level of care, any mental condition that may have been a contributing factor in the alleged behavior, the inmate-patient's ability to comprehend the nature of the charges or the disciplinary process, and any mental health factor that the hearing officer should consider in assessing the penalty. Final decisions are made in ICC meetings or hearings after considering all relevant clinical and custody factors, consistent with DOM Section 62050.13.23 (ICC/Suspension of SHU terms). | Resources allocated at COR.<br>Resources requested for CCI. | See ASU Staffing Table |

Enclosure A

CDCR MENTAL HEALTH SERVICES DELIVERY SYSTEM
PROGRAM GUIDE IMPLEMENTATION
4/7/2006

| CHAPTER | CHANGE FROM 1997 PROGRAM GUIDE | Implementation Phase | Resources Required |
|---|---|---|---|
| 8 | Addition of IDTT reponsibilities, compostion, and documentation. Minimum IDTT consists of assigned CCM and psychiatrist, LPT, SHU Sr. Psychologist or designee, assigned correctional counselor, the inmate-patient unless s/he refuses. Custody staff with direct knowledge of the inmate-patient are encouraged to attend. Documentation requirements are much more extensive than in the 1997 version:"The results of the IDTT reviews and decisions shall be documented by the CCM in the interdisciplinary progress notes and filed in the UHR. These notes shall include the following:<br><br>· Names of all IDTT members present.<br>· Inmate-patient's participation.<br>· Inmate-patient's suitability for single or double celling.<br>· Risk Assessment for self injurious or assaultive behavior.<br>· Current medication regimen.<br>· Compliance with treatment, including medication.<br>· Status of ADL.<br>· Treatment goals and objectives, progress or lack of progress in treatment.<br>· Recommendations for placement options.<br>· Need for staff assistance.<br>· ICC action. | Resources allocated at COR. Resources requested for CCI. | See ASU Staffing Table |