IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                      No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,              O R D E R

      Defendants.

        In accordance with the court's order issued on June 19, 2006, the Clerk of the Court is directed to copy and forward by mail to plaintiffs' counsel, Michael Bien, the Special Master's Report on the Status and Sufficiency of the Defendants' Budget Requests for Staffing to Implement the Revised Program Guide, as well as the attached exhibits. The Clerk of the Court is also directed to forward the above-mentioned documents to Robert Sillen, the court-appointed Receiver in <u>Plata et al v. Schwarzenegger</u>, Civ. S-01-1351 (N.D. Cal.) at:

    Robert Sillen
    c/o Judge Thelton E. Henderson
    U.S. District Court for
     the Northern District of California
    450 Golden Gate Ave
    San Francisco, CA 94102

////

1

In the report, the Special Master recommends that,

> Defendants should be required to incorporate the mental health staffing proposals included in the CDCR's FY2006/07 BCP (Exhibit C) for implementing the Program Guide revisions. Any workload study funded by the defendants ought to be required to submit findings and recommendations sufficiently timely to be incorporated in the FY2007/08 budge cycle.

Special Master's Report at 10-11.

The parties are to file not later than fifteen (15) days from the effective date of this order, a memorandum of points and authorities either in support of or in opposition to the Special Master's recommendation. The parties are also directed to address the question of whether the California Department of Finance should be added as a named defendant in this action. Finally, the parties are asked to brief the issue of whether the Special Master's report and attached exhibits should be unsealed.

The parties shall file their briefs under seal. The court will either take the matter under submission or will order a hearing, if appropriate.

IT IS SO ORDERED.

DATED: June 21, 2006.

/s/ Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court

2