UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 2 0 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| RALPH COLEMAN; et al., | No. 06-16077 |
|---|---|
| Plaintiffs - Appellees, | D.C. No. CV-90-00520-LKK Eastern District of California, Sacramento |
| v. | |
| ARNOLD SCHWARZENEGGER; et al., | ORDER |
| Defendants - Appellants. | |



**FILED**
JUN 2 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

Before: T.G. NELSON and GOULD, Circuit Judges.

Appellants' emergency motion to stay the district court's June 12 and June 14, 2006 orders pending appeal is denied.

Appellees' motion to dismiss the appeal for lack of jurisdiction is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (stating that merits panel can consider appellate jurisdiction despite earlier denial of motion to dismiss).

Appellees' request for costs and damages is denied.

The briefing schedule established previously shall remain in effect.

S:\MOATT\Panelord\6.06\jz\06-16077.wpd