PRISON LAW OFFICE
DONALD SPECTER (State Bar # 83925)
STEVE FAMA (State Bar # 99641)
General Delivery
San Quentin, California 94964
Telephone (415) 457-9144

BINGHAM McCUTCHEN
WARREN GEORGE (State Bar # 53588)
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN (State Bar # 096891)
SANFORD JAY ROSEN (State Bar # 062566)
THOMAS NOLAN (State Bar # 169692)
ERNEST GALVAN (State Bar # 196065)
155 Montgomery Street, 8th Floor San Francisco, California 94104
Telephone (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF (State Bar # 36377)
701 Fifth Avenue
Seattle, Washington 98104
Telephone (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR CLASSIFICATION ISSUES** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

1  Pursuant to these procedures, the parties met and conferred during June 2006 concerning outstanding disputed fees and costs incurred by plaintiffs' attorneys during various quarters in the last two years in the category of classification issues. There has been a dispute between the parties over whether any or all of these fees and costs are properly sought by plaintiffs' counsel in this case. Although this dispute has not been resolved definitively by the parties with respect to future fees and costs in this area, the parties have agreed to a compromise concerning the outstanding past disputed fees and costs. Under the compromise, the partied have agreed to payment in this case by defendants of fifty-eight percent (58%) of the classification fees billed by plaintiffs. This resolves all disputed fees and costs through the Fourth Quarter of 2005. Attached hereto as Exhibit A are charts setting forth the fees and expenses now due and owing.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $46,552.30 plus interest is due and collectable as of 45 days from the date of entry of this order. Daily interest runs from June 30, 2005 at the rate provided by 28 U.S.C. § 1961.

/S/ Lisa Tillman                     DATED: 06/26/06
Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants


/S/ Thomas Nolan                     DATED: 06/28/06
Thomas Nolan, Esq.
Rosen, Bien & Asaro
Attorneys for Plaintiffs


IT IS SO ORDERED.

Dated:

                                     John F. Moulds, Magistrate Judge
                                     United States District Court

EXHIBIT ___A___

## Coleman v. Wilson

Remaining Disputed Classification Fees and Costs
Through December 31, 2005 (4th Quarter)

| Disputed Fees (489-9) | TOTAL ALL OFFICES |
|---|---|
| 3rd Qtr, 2004 | $621.25 |
| 4th Qtr, 2004 | $8,010.15 |
| 1st Qtr, 2005 | $33,425.25 |
| 2nd Qtr, 2005 | $25,269.60 |
| 3rd Qtr, 2005 | $8,422.95 |
| 4th Qtr, 2005 | $792.75 |
| **Total Amount Disputed Fees:** | **$76,541.95** |

| Disputed Costs (489-9) | |
|---|---|
| 4th Qtr, 2004 | $712.35 |
| 1st Qtr, 2005 | $1,463.44 |
| 2nd Qtr, 2005 | $1,544.85 |
| **Total Amount Disputed Costs:** | **$3,720.64** |

| | |
|---|---|
| **Total Amount Disputed Fees & Costs:** | **$80,262.59** |

| | |
|---|---|
| **Defendants have agreed to payment in this case of fifty-eight percent (58%) of the total amount of Disputed Fees and Costs:** | **$46,552.30** |

Exhibit A