**EXHIBIT C**

**EXHIBIT A - ENCLOSURE 8**

California Department of Corrections and Rehabilitation — Division of Correctional Health Care Services
Enclosure VIII
**CORRECTIONAL TREATMENT CENTER BEDS**

| Institution | Total Beds | Total Number of Current MHCBs[1] | Number of Potential Additional MHCBs[2] | Comment |
|---|---|---|---|---|
| Centinela State Prison (CEN) | 13 | | | |
| California Medical Facility (CMF) Distinct Part - General Acute Care Hospital (DP-GACH) | 47 | | | The Correctional Treatment Center (CTC) is a distinct part unit of the GACH. CMF must secure funding to convert two patient rooms to a respirator isolation room to comply with code. This will reduce the number of licensed beds to 46. This does not include the 6 GACH beds, 76 CTC Beds (non/acute/intermediate level of care) operated by Department of Mental Health (DMH), and the 17 bed hospice. |
| High Desert State Prison (HDSP) | 31 | 10 | | |
| California State Prison - Los Angeles County (LAC) | 16 | 12 | | LAC CTC has 4 rooms that cannot be used for MHCB patients for safety reasons: 2 respiratory isolation rooms and 2 single patient rooms. LAC has 5 Long Term Care (LTC) patients who require more physical care and attention from nursing staff; only 4.0 Registered Nurses (RNs) to cover up to 6-10 MHCB patients (and can barely make the 32 Mental Health (MH) nursing hours required for a 24-hour period as nursing staff who have been diverted to the yards and reception center. |
| Mule Creek State Prison (MCSP) | 10 | 8 | | MCSP CTC has 2 rooms used for medical patients only because their construction poses a safety hazard to MHCB patients: Americans with Disability Act (ADA) single patient room and respiratory isolation room. Also, to MCSP's knowledge, they were never staffed for 10 MHCBs, only 8. |
| North Kern State Prison (NKSP) | 16 | 10 | | |
| Pelican Bay State Prison (PBSP) | 19 | 10 | | 4 of the 10 MHCBs are not covered under budgeted/staffed positions. Covered under Registry or overtime. |
| Pleasant Valley State Prison (PVSP) | 15 | 5 | | |
| Richard J. Donovan Correctional Facility (RJD) | 28 | 14 | | |
| California State Prison - Sacramento (SAC) | 15 | 13 | | SAC CTC has 2 respiratory isolation rooms, which, because of their location and construction, are not used for MHCB patients. Per SAC records, the CTC was allocated only 4.0 RNs to cover 6-10 MH patients (Title 22 requires 5.0 RNs for 11-20 MH patients). SAC has had up to 13 MHCB patients, covered in part with non-budgeted MH/Registry staff. |
| California Substance Abuse Treatment Facility (SATF) | 38 | 16 | | SATF insists that it was only budgeted/staffed for 14 MHCBs. The 2 bed discrepancy is considered an operational issue, therefore, SATF currently has 16 MHCBs. |
| California State Prison - Solano (SOL) | 15 | 9 | | SOL CTC can treat only 9 MHCB patients because of physical plant issues: 3 beds in 3-bed room, 1 room taken for required exam/treatment room, respiratory isolation room & ADA room located/constructed so unsafe for MHCB patient. Total beds: 15. |
| Salinas Valley State Prison (SVSP) | 22 | 10 | | Does NOT include 64 CTC beds (non-acute/intermediate level of care) operated by DMH (aka, Salinas Valley Psychiatric Program). |
| Wasco State Prison (WSP) | 16 | 6 | | |
| California Institution for Men (CIM) GACH/Acute Psychiatric Program (APP) | 80 | 18 | 30 | GACH Acute Psychiatric Unit licensed beds dedicated to MHCB patients. A potential 30 additional MHCBs may be available due to anticipated conversion of the majority of GACH beds to distinct part CTC beds. |
| California State Prison - Corcoran (COR) GACH/APP | 75 | 23 | | GACH Acute Psychiatric Unit licensed beds dedicated to MHCB patients. |
| California Men's Colony (CMC) GACH | 39 | | To Be Determined | A potential number of additional MHCBs may be available, if the strategy to provisionally license the current Outpatient Housing Unit as a MHCB unit is approved. |
| Sub-Total Existing Beds | 495 | 164 | | These 164 MHCBs are used for bed planning purposes for male inmate-patients. |
| DMH @ CMF | 150 | 20 | | Within CMF-GACH Acute Psychiatric Program Unit, 20 licensed beds dedicated to MHCB patients. |
| DMH @ Atascadero State Hospital (ASH) | 25 | 25 | | Total beds includes only the 25 licensed beds dedicated to MHCB patients within ASH Acute Psychiatric Hospital. |
| Central California Women's Facility (CCWF) (Female) | 39 | 12 | | Currently licensed as a Skilled Nursing Facility (SNF), Department of Health Services (DHS) has directed CDCR to re-license it as a CTC. Physical plant issues, Policy and Procedure (P and P) changes, staff training must be addressed before DHS can survey to change CTC license. These 12 MHCBs are used for bed planning purposes for female inmate-patients. |
| **TOTAL Existing Beds** | **546** | **221** | | |
| Approved and Funded Construction Projects Increasing MHCB Capacity ||||
| California Institution for Women (CIW) (Female) | 18 | 10 | | Construction not completed. Target date for DHS licensing survey is 08/15/2006. |
| CMF (MHCB) | 50 | 50 | | Design completed. Project is now out to bid. Target date for construction completion is 02/29/2008. Target date for DHS licensing survey is 08/15/2008. |
| Ironwood State Prison (ISP) | 13 | 5 | | Construction not completed. Target date for DHS licensing survey is 10/15/2006. |
| Kern Valley State Prison (KVSP) | 24 | 12 | | Construction completed. KVSP is still trying to recruit and hire clinical staff for the CTC. |
| SAC | 11 | 11 | | 11 MHCB Unit construction completion targeted for 05/2006. Target date for DHS licensing survey is 08/15/2006. |
| California State Prison - San Quentin (SQ) | 24 | 12 | | Design almost completed. Court upheld CDCR right to proceed. Target date for construction completion is 01/15/2009. |
| **TOTAL Approved and Funded Beds** | **140** | **100** | | |
| **GRAND TOTAL** | **686** | **321** | **30** | |

[1] This represents the number of MHCBs activated as of 3/21/06. Funding for staffing of some of these beds would be provided as a population adjustment in the May Revision.
[2] Number of potential additional MHCBs due to the strategies proposed in the Third Status Report.

CDCR/DCHCS/Licensing - R.Tolrac

02/06/2006
Updated: 3/24/06 by M. Barks

**EXHIBIT D**

**Jane E. Kahn**

| | |
|---|---|
| **From:** | Lisa Tillman [Lisa.Tillman@doj.ca.gov] |
| **Sent:** | Friday, June 09, 2006 2:43 PM |
| **To:** | jmichaelkeatingjr@yahoo.com |
| **Cc:** | DocKC99@aol.com; DoctorKoson@aol.com; harconwil@aol.com; Melissa G. Warren; hammujones@comcast.net; rpattersonmd@earthlink.net; gmorrison@healthcaremediations.com; gasquetflat@msn.com; paul_nicoll@msn.com; DCute@pld-law.com; mlopes@pld-law.com; Donald Specter; Keith Wattley; Steve Fama; Jane E. Kahn; Michael W. Bien; Thomas Nolan; Jeffrey.metzner@uchsc.edu |
| **Subject:** | Biweekly and MHCB |
| **Attachments:** | 6-8-06 Status Report - EOP.pdf; 6-8-06 MHCB Report.pdf; 6-8-06 ICF-DTP Status.pdf |

  

6-8-06 Status   6-8-06 MHCB   6-8-06 ICF-DTP
Report - EOP.pdf... Report.pdf (204 KB.. Status.pdf (39 ...

June 8, 2006

Dear Mr. Keating:

Please find enclosed for your review the following documents:

1. The biweekly report on the status of EOP beds at certain institutions,

2. The biweekly report on the status of the ICF and DTP beds at CMF Vacaville,

3. The monthly report on MHCB beds.

Please feel free to contact me if you have any questions or concerns.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205


CONFIDENTIALITY NOTICE: This communication with its contents may contain
confidential and/or legally privileged information. It is solely for the
use of the intended recipient(s). Unauthorized interception, review, use
or disclosure is prohibited and may violate applicable laws including
the Electronic Communications Privacy Act. If you are not the intended
recipient, please contact the sender and destroy all copies of the
communication.

1

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA 94283-0001



June 8, 2006

J. Michael Keating, Jr.　　　　　　　　　　via:　Lisa Tillman
Office of the Special Master　　　　　　　　　　Deputy Attorney General
2351 Sussex Lane　　　　　　　　　　　　　　　Department of Justice
Fernandina Beach, FL 32034　　　　　　　　　　1300 I Street, Suite 125
　　　　　　　　　　　　　　　　　　　　　　　P. O. Box 944255
　　　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 94244-2550

**RE: MENTAL HEALTH CRISIS BED – MONTHLY REPORT**

Dear Mr. Keating:

Please find enclosed the summary report of mental health crisis bed referrals and transfers for the month of April 2006.

If you have any questions, please contact Rick Johnson, at (916) 327-2207.

Sincerely,

PETER FARBER-SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services


Enclosures

cc: Renee Kanan, M.D., Deputy Director, Division of Correctional Health Care Services (DCHCS)
　　Yulanda Mynhier, Deputy Director (A), Health Care Field Administrative Operations Branch, DCHCS
　　Timothy Fishback, M.D., Chief Psychiatrist, Mental Health Program, DCHCS
　　Michael Stone, Staff Counsel, Office of Legal Affairs
　　Shama Chaiken, Ph.D., Chief Psychologist, Mental Health Program, DCHCS
　　Doug McKeever, Project Director, Mental Health Program, DCHCS
　　Vicki O'Shaughnessy, Staff Services Manager II, Clinical Programs and Policy Unit, DCHCS

State of California | California Department of Corrections and Rehabilitation

# Memorandum

Date: May 23, 2006

To: Yulanda Mynhier, Deputy Director (A)
Health Care Administrative Operations Branch
Division of Correctional Health Care Services

Subject: **SUMMARY OF MENTAL HEALTH CRISIS BED REFERRALS AND TRANSFERS FOR APRIL 2006**

Attached are summaries regarding the number of Mental Health Crisis Bed (MHCB) referrals and placements handled by Health Care Placement Unit (HCPU) staff during the month of April 2006. There were **291 MHCB** referrals. Of the **291** referrals, **only 27** were placed. The **264** not placed (**91%** of those referred) were rescinded by the referring clinician. Of the **264** rescinded, **171** no longer required MHCB treatment, **71** were placed in a MHCB internally, **21** were transferred to the Department of Mental Health and **1** paroled. **Attachment 1** summarizes the referrals/transfers/rescinded cases by sending institution and previous levels of care. Additionally, every referral is tallied by classification score.

**Attachment 2A** provides additional details of the completed referrals/transfers, including transfer timeframes, average number of days waiting to transfer, and prior level of care. The average number of days waiting for the **27** transferred was **5.63**. Of the **27** transferred, only **13** cases were transferred within the required 24 hours.

**Attachment 2B** (6 pages) provides details regarding those MHCB referrals that were rescinded by the referring institution. **Attachment 2C** summarizes the cases rescinded.

**Attachment 3** summarizes, by institution, the average number of days referrals waited before being transferred or rescinded.

**Attachment 4** is a summary of those inmates referred and transferred to the California Medical Facility (CMF)/Acute Psychiatric Program by referring institution.

Please let me know if you have any questions about the information provided.

*Rick Johnson* (signature)

Rick Johnson, Chief (A)
Health Care Placement Unit
Division of Correctional Health Care Services

Attachments

cc: P. Farber-Szekrenyi, DR. P.H.          Renee Kanan, M.D.
    Tim Fishback, M.D.                    Doug McKeever
    Shama Chaiken, Ph.D.                  Peg McAloon, Ph.D.
    Health Care Regional Administrators   Robert Canning, Ph.D.
    Regional Medical Directors            HCPU Staff

° CDC 1617 (3/89)

ATTACHMENT 1

## SUMMARY
### TRANSFERRED AND RESCINDED MHCB REFERRALS
### BY INSTITUTION AND PRIOR LEVEL OF CARE
### APRIL 2006

| | TOTAL REFERRALS | | | | | REFERRED AND TRANSFERRED | | | | | REFERRED AND RESCINDED | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CCCMS | EOP | GP | TOTAL | % TTL | CCCMS | EOP | GP | TOTAL | % TTL | CCCMS | EOP | GP | TOTAL | % TTL |
| ASP | 2 | 0 | 3 | 5 | 1.72% | 1 | 0 | 1 | 2 | 7.41% | 1 | 0 | 2 | 3 | 1.14% |
| CAL | 0 | 0 | 2 | 2 | 0.69% | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 2 | 2 | 0.76% |
| CCI | 1 | 2 | 0 | 3 | 1.03% | 0 | 0 | 0 | 0 | 0.00% | 1 | 2 | 0 | 3 | 1.14% |
| CCI-RC | 1 | 2 | 0 | 3 | 1.03% | 1 | 1 | 0 | 2 | 7.41% | 0 | 0 | 1 | 1 | 0.38% |
| CEN | 4 | 1 | 4 | 9 | 3.09% | 0 | 1 | 1 | 2 | 7.41% | 4 | 0 | 3 | 7 | 2.65% |
| CIM | 4 | 0 | 0 | 4 | 1.37% | 0 | 0 | 0 | 0 | 0.00% | 4 | 0 | 0 | 4 | 1.52% |
| CIM-RC | 46 | 43 | 21 | 110 | 37.80% | 3 | 1 | 0 | 4 | 14.81% | 43 | 42 | 21 | 106 | 40.15% |
| CIW | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% |
| CMC | 26 | 58 | 5 | 89 | 30.58% | 0 | 0 | 0 | 0 | 0.00% | 26 | 58 | 5 | 89 | 33.71% |
| CRC | 0 | 0 | 1 | 1 | 0.34% | 0 | 0 | 1 | 1 | 3.70% | 0 | 0 | 0 | 0 | 0.00% |
| CTF | 2 | 0 | 0 | 2 | 0.69% | 1 | 0 | 0 | 1 | 3.70% | 1 | 0 | 0 | 1 | 0.38% |
| CVSP | 0 | 0 | 1 | 1 | 0.34% | 0 | 0 | 1 | 1 | 3.70% | 0 | 0 | 0 | 0 | 0.00% |
| DVI | 1 | 1 | 0 | 2 | 0.69% | 0 | 0 | 0 | 0 | 0.00% | 1 | 1 | 0 | 2 | 0.76% |
| DVI-RC | 3 | 2 | 1 | 6 | 2.06% | 0 | 1 | 0 | 1 | 3.70% | 3 | 1 | 1 | 5 | 1.89% |
| FOL | 0 | 1 | 0 | 1 | 0.34% | 0 | 1 | 0 | 1 | 3.70% | 0 | 0 | 0 | 0 | 0.00% |
| ISP | 0 | 0 | 3 | 3 | 1.03% | 0 | 0 | 2 | 2 | 7.41% | 0 | 0 | 1 | 1 | 0.38% |
| KVSP | 2 | 1 | 1 | 4 | 1.37% | 2 | 1 | 0 | 3 | 11.11% | 0 | 0 | 1 | 1 | 0.38% |
| LAC | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% |
| MCSP | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% |
| NKSP | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% |
| NKSP-RC | 6 | 3 | 6 | 15 | 5.15% | 0 | 0 | 0 | 0 | 0.00% | 6 | 3 | 6 | 15 | 5.68% |
| SAC | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% | 0 | 0 | 0 | 0 | 0.00% |
| SCC | 1 | 1 | 0 | 2 | 0.69% | 0 | 1 | 0 | 1 | 3.70% | 1 | 0 | 0 | 1 | 0.38% |
| SQ | 0 | 1 | 0 | 1 | 0.34% | 0 | 1 | 0 | 1 | 3.70% | 0 | 0 | 0 | 0 | 0.00% |
| SQ-RC | 3 | 2 | 0 | 5 | 1.72% | 2 | 2 | 0 | 4 | 14.81% | 1 | 0 | 0 | 1 | 0.38% |
| SVSP | 8 | 12 | 3 | 23 | 7.90% | 1 | 0 | 0 | 1 | 3.70% | 7 | 12 | 3 | 22 | 8.33% |
| TOTAL | 110 | 130 | 51 | 291 | 100.00% | 11 | 10 | 6 | 27 | 100.00% | 99 | 120 | 45 | 264 | 100.00% |
| % TTL | 37.80% | 44.67% | 17.53% | 100.00% | | 40.74% | 37.04% | 22.22% | 100.00% | | 37.50% | 45.45% | 17.05% | 100.00% | |

| Referrals by Classification Score | |
|---|---|
| Score | Total |
| 0-18 | 52 |
| 19-27 | 78 |
| 28-51 | 67 |
| 52+ | 68 |
| TOTAL | 265 |
| Not Calc | 26 |
| Grand TTL | 291 |

HCPU 5/9/06

MHCB TRANSFERS BY INSTITUTION AND PRIOR LEVEL OF CARE   ATTACHMENT 2A
**APRIL 2006**

| Transferred From | Transferred To | Request Date | Transfer Date | Previous LOC | Days Waiting |
|---|---|---|---|---|---|
| ASP | PVSP | 4/13/2006 | 4/13/2006 | CCCMS | 0 |
| ASP | COR | 4/13/2006 | 4/13/2006 | GP | 0 |
| | | | | AVERAGE DAYS WAITING: | 0.00 |
| CCI-RC | SATF | 4/19/2006 | 4/29/2006 | CCCMS | 10 |
| CCI-RC | PVSP | 3/27/2006 | 4/4/2006 | EOP | 8 |
| | | | | AVERAGE DAYS WAITING: | 9.00 |
| CEN | LAC | 4/13/2006 | 4/18/2006 | EOP | 5 |
| CEN | SATF | 4/2/2006 | 4/27/2006 | GP | 25 |
| | | | | AVERAGE DAYS WAITING: | 15.00 |
| CIM-RC | PVSP | 4/15/2006 | 4/16/2006 | CCCMS | 1 |
| CIM-RC | PVSP | 4/15/2006 | 4/16/2006 | CCCMS | 1 |
| CIM-RC | SATF | 4/14/2006 | 4/16/2006 | CCCMS | 2 |
| CIM-RC | PVSP | 4/15/2006 | 4/16/2006 | EOP | 1 |
| | | | | AVERAGE DAYS WAITING: | 1.25 |
| CRC | SOL | 3/17/2006 | 4/12/2006 | GP | 26 |
| | | | | AVERAGE DAYS WAITING: | 26.00 |
| CTF | SATF | 4/27/2006 | 4/29/2006 | CCCMS | 2 |
| | | | | AVERAGE DAYS WAITING: | 2.00 |
| CVSP | SOL | 4/12/2006 | 4/14/2006 | GP | 2 |
| | | | | AVERAGE DAYS WAITING: | 2.00 |
| DVI-RC | SATF | 4/25/2006 | 4/26/2006 | EOP | 1 |
| | | | | AVERAGE DAYS WAITING: | 1.00 |
| FOL | COR | 4/14/2006 | 4/14/2006 | EOP | 0 |
| | | | | AVERAGE DAYS WAITING: | 0.00 |
| ISP | SATF | 4/6/2006 | 4/29/2006 | GP | 23 |
| ISP | SVSP | 4/7/2006 | 4/28/2006 | GP | 21 |
| | | | | AVERAGE DAYS WAITING: | 22.00 |
| KVSP | COR | 4/12/2006 | 4/13/2006 | CCCMS | 1 |
| KVSP | PVSP | 4/11/2006 | 4/11/2006 | CCCMS | 0 |
| KVSP | NKSP | 4/27/2006 | 4/28/2006 | EOP | 1 |
| | | | | AVERAGE DAYS WAITING: | 0.67 |
| SCC | SOL | 4/25/2006 | 4/26/2006 | EOP | 1 |
| | | | | AVERAGE DAYS WAITING: | 1.00 |
| SQ | SOL | 4/27/2006 | 4/28/2006 | EOP | 1 |
| | | | | AVERAGE DAYS WAITING: | 1.00 |
| SQ-RC | COR | 4/9/2006 | 4/15/2006 | CCCMS | 6 |
| SQ-RC | SOL | 4/7/2006 | 4/14/2006 | CCCMS | 7 |
| SQ-RC | SATF | 4/2/2006 | 4/4/2006 | EOP | 2 |
| SQ-RC | SOL | 4/22/2006 | 4/27/2006 | EOP | 5 |
| | | | | AVERAGE DAYS WAITING: | 5.00 |
| SVSP | WSP | 4/7/2006 | 4/7/2006 | CCCMS | 0 |
| | | | | AVERAGE DAYS WAITING: | 0.00 |

| SUMMARY OF TRANSFERS ||||
|---|---|---|---|
| Time Frames | Total Transfers | Average Days Waiting | Range for Days Waiting |
| Combined | 27 | 5.63 | 26 |
| < or = 1 day | 13 | 1.63 | 1 |
| 2 days | 4 | NA | NA |
| 3 days | 0 | NA | NA |
| 4 or more days | 10 | 13.6 | 22 |

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
APRIL 2006

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| ASP | RESCINDED | 4/19/2006 | 4/21/2006 | CCCMS | RETURN TO HOUSING | 2 |
| ASP | RESCINDED | 4/11/2006 | 4/21/2006 | GP | RETURN TO HOUSING | 10 |
| ASP | RESCINDED | 4/12/2006 | 4/13/2006 | GP | RETURN TO HOUSING | 1 |
| | | | | | **AVERAGE DAYS WAITING:** | **4.33** |
| CAL | RESCINDED | 3/30/2006 | 4/6/2006 | GP | RETURN TO HOUSING | 7 |
| CAL | RESCINDED | 4/12/2006 | 4/27/2006 | GP | RETURN TO HOUSING | 15 |
| | | | | | **AVERAGE DAYS WAITING:** | **11.00** |
| CCI | RESCINDED | 4/21/2006 | 4/28/2006 | CCCMS | RETURN TO HOUSING | 7 |
| CCI | RESCINDED | 3/14/2006 | 4/11/2006 | EOP | RETURN TO HOUSING | 28 |
| CCI | RESCINDED | 4/4/2006 | 4/11/2006 | EOP | RETURN TO HOUSING | 7 |
| | | | | | **AVERAGE DAYS WAITING:** | **14.00** |
| CCI-RC | RESCINDED | 4/21/2006 | 4/27/2006 | EOP | RETURN TO HOUSING | 6 |
| | | | | | **AVERAGE DAYS WAITING:** | **6.00** |
| CEN | RESCINDED | 4/5/2006 | 4/7/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CEN | RESCINDED | 4/6/2006 | 4/7/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CEN | RESCINDED | 4/17/2006 | 4/28/2006 | CCCMS | RETURN TO HOUSING | 11 |
| CEN | RESCINDED | 4/19/2006 | 4/20/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CEN | RESCINDED | 4/6/2006 | 4/7/2006 | GP | RETURN TO HOUSING | 1 |
| CEN | RESCINDED | 4/12/2006 | 4/20/2006 | GP | RETURN TO HOUSING | 8 |
| CEN | RESCINDED | 4/26/2006 | 4/28/2006 | GP | RETURN TO HOUSING | 2 |
| | | | | | **AVERAGE DAYS WAITING:** | **3.71** |
| CIM | RESCINDED | 3/29/2006 | 4/27/2006 | CCCMS | DMH (Pending or Transferred) | 29 |
| CIM | RESCINDED | 4/24/2006 | 4/24/2006 | CCCMS | RETURN TO HOUSING | 0 |
| CIM | RESCINDED | 4/24/2006 | 4/24/2006 | CCCMS | RETURN TO HOUSING | 0 |
| CIM | RESCINDED | 4/26/2006 | 4/27/2006 | CCCMS | RETURN TO HOUSING | 1 |
| | | | | | **AVERAGE DAYS WAITING:** | **7.50** |
| CIM-RC | RESCINDED | 3/27/2006 | 4/5/2006 | CCCMS | ADMITTED | 9 |
| CIM-RC | RESCINDED | 3/28/2006 | 4/3/2006 | CCCMS | RETURN TO HOUSING | 6 |
| CIM-RC | RESCINDED | 4/3/2006 | 4/5/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/3/2006 | 4/5/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/3/2006 | 4/7/2006 | CCCMS | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/3/2006 | 4/7/2006 | CCCMS | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/4/2006 | 4/6/2006 | CCCMS | ADMITTED | 2 |
| CIM-RC | RESCINDED | 4/4/2006 | 4/6/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/4/2006 | 4/7/2006 | CCCMS | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/5/2006 | 4/10/2006 | CCCMS | ADMITTED | 5 |
| CIM-RC | RESCINDED | 4/7/2006 | 4/11/2006 | CCCMS | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/7/2006 | 4/11/2006 | CCCMS | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/11/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/11/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/12/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/12/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/11/2006 | 4/12/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/11/2006 | 4/14/2006 | CCCMS | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/12/2006 | 4/13/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/13/2006 | 4/18/2006 | CCCMS | ADMITTED | 5 |
| CIM-RC | RESCINDED | 4/14/2006 | 4/17/2006 | CCCMS | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/17/2006 | 4/18/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/17/2006 | 4/21/2006 | CCCMS | RETURN TO HOUSING | 4 |

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
APRIL 2006

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| CIM-RC | RESCINDED | 4/17/2006 | 4/21/2006 | CCCMS | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/17/2006 | 4/24/2006 | CCCMS | ADMITTED | 7 |
| CIM-RC | RESCINDED | 4/17/2006 | 4/24/2006 | CCCMS | ADMITTED | 7 |
| CIM-RC | RESCINDED | 4/17/2006 | 4/24/2006 | CCCMS | ADMITTED | 7 |
| CIM-RC | RESCINDED | 4/18/2006 | 4/24/2006 | CCCMS | RETURN TO HOUSING | 6 |
| CIM-RC | RESCINDED | 4/19/2006 | 4/26/2006 | CCCMS | RETURN TO HOUSING | 7 |
| CIM-RC | RESCINDED | 4/19/2006 | 4/26/2006 | CCCMS | ADMITTED | 7 |
| CIM-RC | RESCINDED | 4/19/2006 | 4/26/2006 | CCCMS | ADMITTED | 7 |
| CIM-RC | RESCINDED | 4/20/2006 | 4/24/2006 | CCCMS | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/20/2006 | 4/24/2006 | CCCMS | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/21/2006 | 4/26/2006 | CCCMS | RETURN TO HOUSING | 5 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/24/2006 | CCCMS | RETURN TO HOUSING | 0 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/26/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/27/2006 | CCCMS | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/27/2006 | CCCMS | ADMITTED | 3 |
| CIM-RC | RESCINDED | 4/25/2006 | 4/26/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/25/2006 | 4/28/2006 | CCCMS | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/26/2006 | 4/27/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/26/2006 | 4/28/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/27/2006 | 4/28/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 3/24/2006 | 4/5/2006 | EOP | ADMITTED | 12 |
| CIM-RC | RESCINDED | 3/27/2006 | 4/5/2006 | EOP | ADMITTED | 9 |
| CIM-RC | RESCINDED | 3/28/2006 | 4/3/2006 | EOP | RETURN TO HOUSING | 6 |
| CIM-RC | RESCINDED | 3/30/2006 | 4/3/2006 | EOP | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/3/2006 | 4/5/2006 | EOP | ADMITTED | 2 |
| CIM-RC | RESCINDED | 4/4/2006 | 4/6/2006 | EOP | ADMITTED | 2 |
| CIM-RC | RESCINDED | 4/4/2006 | 4/6/2006 | EOP | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/5/2006 | 4/6/2006 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/5/2006 | 4/7/2006 | EOP | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/6/2006 | 4/10/2006 | EOP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/7/2006 | 4/11/2006 | EOP | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/7/2006 | 4/11/2006 | EOP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/7/2006 | 4/11/2006 | EOP | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/12/2006 | EOP | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/13/2006 | EOP | ADMITTED | 3 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/13/2006 | EOP | ADMITTED | 3 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/20/2006 | EOP | RETURN TO HOUSING | 10 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/21/2006 | EOP | ADMITTED | 11 |
| CIM-RC | RESCINDED | 4/11/2006 | 4/21/2006 | EOP | ADMITTED | 10 |
| CIM-RC | RESCINDED | 4/12/2006 | 4/13/2006 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/12/2006 | 4/18/2006 | EOP | RETURN TO HOUSING | 6 |
| CIM-RC | RESCINDED | 4/12/2006 | 4/24/2006 | EOP | ADMITTED | 12 |
| CIM-RC | RESCINDED | 4/13/2006 | 4/14/2006 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/14/2006 | 4/16/2006 | EOP | PAROLED | 2 |
| CIM-RC | RESCINDED | 4/14/2006 | 4/18/2006 | EOP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/14/2006 | 4/18/2006 | EOP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/17/2006 | 4/24/2006 | EOP | ADMITTED | 7 |
| CIM-RC | RESCINDED | 4/18/2006 | 4/24/2006 | EOP | RETURN TO HOUSING | 6 |
| CIM-RC | RESCINDED | 4/19/2006 | 4/20/2006 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/19/2006 | 4/26/2006 | EOP | RETURN TO HOUSING | 7 |

HCPU 5/9/06

RESCINDED MHCB REFERRALS  
BY INSTITUTION AND PRIOR LEVEL OF CARE  
APRIL 2006

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| CIM-RC | RESCINDED | 4/20/2006 | 4/21/2006 | EOP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/20/2006 | 4/26/2006 | EOP | RETURN TO HOUSING | 6 |
| CIM-RC | RESCINDED | 4/21/2006 | 4/24/2006 | EOP | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/24/2006 | EOP | RETURN TO HOUSING | 0 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/26/2006 | EOP | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/26/2006 | EOP | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/27/2006 | EOP | ADMITTED | 3 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/27/2006 | EOP | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/25/2006 | 4/27/2006 | EOP | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 4/25/2006 | 4/28/2006 | EOP | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/25/2006 | 4/28/2006 | EOP | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/26/2006 | 4/28/2006 | EOP | RETURN TO HOUSING | 2 |
| CIM-RC | RESCINDED | 3/27/2006 | 4/3/2006 | GP | RETURN TO HOUSING | 7 |
| CIM-RC | RESCINDED | 3/29/2006 | 4/3/2006 | GP | RETURN TO HOUSING | 5 |
| CIM-RC | RESCINDED | 3/30/2006 | 4/3/2006 | GP | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/3/2006 | 4/7/2006 | GP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/4/2006 | 4/7/2006 | GP | ADMITTED | 3 |
| CIM-RC | RESCINDED | 4/4/2006 | 4/7/2006 | GP | RETURN TO HOUSING | 3 |
| CIM-RC | RESCINDED | 4/6/2006 | 4/7/2006 | GP | RETURN TO HOUSING | 1 |
| CIM-RC | RESCINDED | 4/6/2006 | 4/10/2006 | GP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/7/2006 | 4/11/2006 | GP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/7/2006 | 4/11/2006 | GP | ADMITTED | 4 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/12/2006 | GP | ADMITTED | 2 |
| CIM-RC | RESCINDED | 4/10/2006 | 4/18/2006 | GP | ADMITTED | 8 |
| CIM-RC | RESCINDED | 4/11/2006 | 4/24/2006 | GP | ADMITTED | 13 |
| CIM-RC | RESCINDED | 4/13/2006 | 4/18/2006 | GP | ADMITTED | 5 |
| CIM-RC | RESCINDED | 4/17/2006 | 4/24/2006 | GP | ADMITTED | 7 |
| CIM-RC | RESCINDED | 4/18/2006 | 4/24/2006 | GP | RETURN TO HOUSING | 6 |
| CIM-RC | RESCINDED | 4/20/2006 | 4/24/2006 | GP | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/20/2006 | 4/24/2006 | GP | RETURN TO HOUSING | 4 |
| CIM-RC | RESCINDED | 4/20/2006 | 4/26/2006 | GP | ADMITTED | 6 |
| CIM-RC | RESCINDED | 4/24/2006 | 4/27/2006 | GP | ADMITTED | 3 |
| CIM-RC | RESCINDED | 4/25/2006 | 4/28/2006 | GP | RETURN TO HOUSING | 3 |
| | | | | | **AVERAGE DAYS WAITING:** | **4.04** |
| CMC | RESCINDED | 2/21/2006 | 4/4/2006 | CCCMS | DMH (Pending or Transferred) | 42 |
| CMC | RESCINDED | 3/18/2006 | 4/12/2006 | CCCMS | RETURN TO HOUSING | 25 |
| CMC | RESCINDED | 3/30/2006 | 4/4/2006 | CCCMS | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 3/30/2006 | 4/5/2006 | CCCMS | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 3/30/2006 | 4/6/2006 | CCCMS | RETURN TO HOUSING | 7 |
| CMC | RESCINDED | 3/30/2006 | 4/18/2006 | CCCMS | DMH (Pending or Transferred) | 19 |
| CMC | RESCINDED | 4/1/2006 | 4/7/2006 | CCCMS | DMH (Pending or Transferred) | 6 |
| CMC | RESCINDED | 4/5/2006 | 4/17/2006 | CCCMS | RETURN TO HOUSING | 12 |
| CMC | RESCINDED | 4/8/2006 | 4/9/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 4/8/2006 | 4/28/2006 | CCCMS | ADMITTED | 20 |
| CMC | RESCINDED | 4/11/2006 | 4/13/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 4/15/2006 | 4/16/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 4/15/2006 | 4/17/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 4/15/2006 | 4/18/2006 | CCCMS | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 4/15/2006 | 4/28/2006 | CCCMS | ADMITTED | 13 |
| CMC | RESCINDED | 4/15/2006 | 4/28/2006 | CCCMS | ADMITTED | 13 |

HCPU 5/9/06

RESCINDED MHCB REFERRALS
BY INSTITUTION AND PRIOR LEVEL OF CARE
APRIL 2006

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| CMC | RESCINDED | 4/16/2006 | 4/18/2006 | CCCMS | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 4/18/2006 | 4/24/2006 | CCCMS | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 4/18/2006 | 4/24/2006 | CCCMS | DMH (Pending or Transferred) | 6 |
| CMC | RESCINDED | 4/20/2006 | 4/28/2006 | CCCMS | ADMITTED | 8 |
| CMC | RESCINDED | 4/21/2006 | 4/25/2006 | CCCMS | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 4/21/2006 | 4/28/2006 | CCCMS | ADMITTED | 7 |
| CMC | RESCINDED | 4/22/2006 | 4/26/2006 | CCCMS | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 4/25/2006 | 4/26/2006 | CCCMS | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 4/27/2006 | 4/28/2006 | CCCMS | ADMITTED | 1 |
| CMC | RESCINDED | 4/27/2006 | 4/28/2006 | CCCMS | ADMITTED | 1 |
| CMC | RESCINDED | 3/4/2006 | 4/20/2006 | EOP | DMH (Pending or Transferred) | 47 |
| CMC | RESCINDED | 3/11/2006 | 4/4/2006 | EOP | DMH (Pending or Transferred) | 24 |
| CMC | RESCINDED | 3/11/2006 | 4/4/2006 | EOP | DMH (Pending or Transferred) | 24 |
| CMC | RESCINDED | 3/14/2006 | 4/4/2006 | EOP | DMH (Pending or Transferred) | 21 |
| CMC | RESCINDED | 3/21/2006 | 4/4/2006 | EOP | RETURN TO HOUSING | 14 |
| CMC | RESCINDED | 3/22/2006 | 4/1/2006 | EOP | RETURN TO HOUSING | 10 |
| CMC | RESCINDED | 3/24/2006 | 4/12/2006 | EOP | DMH (Pending or Transferred) | 19 |
| CMC | RESCINDED | 3/26/2006 | 4/1/2006 | EOP | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 3/27/2006 | 4/4/2006 | EOP | DMH (Pending or Transferred) | 8 |
| CMC | RESCINDED | 3/28/2006 | 4/1/2006 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 3/28/2006 | 4/1/2006 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 3/28/2006 | 4/1/2006 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 3/28/2006 | 4/4/2006 | EOP | DMH (Pending or Transferred) | 7 |
| CMC | RESCINDED | 3/29/2006 | 4/1/2006 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 3/29/2006 | 4/5/2006 | EOP | RETURN TO HOUSING | 7 |
| CMC | RESCINDED | 3/30/2006 | 4/2/2006 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 3/30/2006 | 4/6/2006 | EOP | RETURN TO HOUSING | 7 |
| CMC | RESCINDED | 4/1/2006 | 4/2/2006 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 4/1/2006 | 4/5/2006 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 4/3/2006 | 4/7/2006 | EOP | DMH (Pending or Transferred) | 4 |
| CMC | RESCINDED | 4/5/2006 | 4/12/2006 | EOP | DMH (Pending or Transferred) | 7 |
| CMC | RESCINDED | 4/6/2006 | 4/7/2006 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 4/6/2006 | 4/9/2006 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 4/6/2006 | 4/10/2006 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 4/8/2006 | 4/12/2006 | EOP | RETURN TO HOUSING | 4 |
| CMC | RESCINDED | 4/8/2006 | 4/14/2006 | EOP | DMH (Pending or Transferred) | 6 |
| CMC | RESCINDED | 4/8/2006 | 4/15/2006 | EOP | RETURN TO HOUSING | 7 |
| CMC | RESCINDED | 4/8/2006 | 4/28/2006 | EOP | ADMITTED | 20 |
| CMC | RESCINDED | 4/10/2006 | 4/12/2006 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 4/10/2006 | 4/20/2006 | EOP | DMH (Pending or Transferred) | 10 |
| CMC | RESCINDED | 4/10/2006 | 4/26/2006 | EOP | DMH (Pending or Transferred) | 16 |
| CMC | RESCINDED | 4/11/2006 | 4/28/2006 | EOP | ADMITTED | 17 |
| CMC | RESCINDED | 4/11/2006 | 4/28/2006 | EOP | ADMITTED | 17 |
| CMC | RESCINDED | 4/14/2006 | 4/17/2006 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 4/16/2006 | 4/24/2006 | EOP | DMH (Pending or Transferred) | 8 |
| CMC | RESCINDED | 4/17/2006 | 4/18/2006 | EOP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 4/17/2006 | 4/24/2006 | EOP | RETURN TO HOUSING | 7 |
| CMC | RESCINDED | 4/18/2006 | 4/20/2006 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 4/18/2006 | 4/24/2006 | EOP | RETURN TO HOUSING | 6 |
| CMC | RESCINDED | 4/18/2006 | 4/25/2006 | EOP | RETURN TO HOUSING | 7 |

RESCINDED MHCB REFERRALS  
BY INSTITUTION AND PRIOR LEVEL OF CARE  
**APRIL 2006**

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| CMC | RESCINDED | 4/19/2006 | 4/21/2006 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 4/19/2006 | 4/24/2006 | EOP | RETURN TO HOUSING | 5 |
| CMC | RESCINDED | 4/19/2006 | 4/27/2006 | EOP | DMH (Pending or Transferred) | 8 |
| CMC | RESCINDED | 4/20/2006 | 4/26/2006 | EOP | DMH (Pending or Transferred) | 6 |
| CMC | RESCINDED | 4/21/2006 | 4/28/2006 | EOP | ADMITTED | 7 |
| CMC | RESCINDED | 4/21/2006 | 4/28/2006 | EOP | ADMITTED | 7 |
| CMC | RESCINDED | 4/21/2006 | 4/28/2006 | EOP | ADMITTED | 7 |
| CMC | RESCINDED | 4/22/2006 | 4/25/2006 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 4/22/2006 | 4/25/2006 | EOP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 4/22/2006 | 4/28/2006 | EOP | ADMITTED | 6 |
| CMC | RESCINDED | 4/23/2006 | 4/25/2006 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 4/24/2006 | 4/26/2006 | EOP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 4/25/2006 | 4/28/2006 | EOP | ADMITTED | 3 |
| CMC | RESCINDED | 4/26/2006 | 4/28/2006 | EOP | ADMITTED | 2 |
| CMC | RESCINDED | 4/26/2006 | 4/28/2006 | EOP | ADMITTED | 2 |
| CMC | RESCINDED | 4/27/2006 | 4/28/2006 | EOP | ADMITTED | 1 |
| CMC | RESCINDED | 4/27/2006 | 4/28/2006 | EOP | ADMITTED | 1 |
| CMC | RESCINDED | 4/27/2006 | 4/28/2006 | EOP | ADMITTED | 1 |
| CMC | RESCINDED | 3/16/2006 | 4/11/2006 | GP | DMH (Pending or Transferred) | 26 |
| CMC | RESCINDED | 4/4/2006 | 4/7/2006 | GP | RETURN TO HOUSING | 3 |
| CMC | RESCINDED | 4/5/2006 | 4/7/2006 | GP | RETURN TO HOUSING | 2 |
| CMC | RESCINDED | 4/7/2006 | 4/8/2006 | GP | RETURN TO HOUSING | 1 |
| CMC | RESCINDED | 4/8/2006 | 4/12/2006 | GP | RETURN TO HOUSING | 4 |
| | | | | | **AVERAGE DAYS WAITING:** | **7.75** |
| CTF | RESCINDED | 3/14/2006 | 4/4/2006 | CCCMS | RETURN TO HOUSING | 21 |
| | | | | | **AVERAGE DAYS WAITING:** | **21.00** |
| DVI | RESCINDED | 4/3/2006 | 4/11/2006 | CCCMS | RETURN TO HOUSING | 8 |
| DVI | RESCINDED | 4/25/2006 | 4/27/2006 | EOP | RETURN TO HOUSING | 2 |
| | | | | | **AVERAGE DAYS WAITING:** | **5.00** |
| DVI-RC | RESCINDED | 3/21/2006 | 4/11/2006 | CCCMS | RETURN TO HOUSING | 21 |
| DVI-RC | RESCINDED | 4/11/2006 | 4/27/2006 | CCCMS | RETURN TO HOUSING | 16 |
| DVI-RC | RESCINDED | 4/20/2006 | 4/25/2006 | CCCMS | RETURN TO HOUSING | 5 |
| DVI-RC | RESCINDED | 3/13/2006 | 4/11/2006 | EOP | RETURN TO HOUSING | 29 |
| DVI-RC | RESCINDED | 3/24/2006 | 4/11/2006 | GP | RETURN TO HOUSING | 18 |
| | | | | | **AVERAGE DAYS WAITING:** | **17.80** |
| ISP | RESCINDED | 4/6/2006 | 4/21/2006 | GP | RETURN TO HOUSING | 15 |
| | | | | | **AVERAGE DAYS WAITING:** | **15.00** |
| KVSP | RESCINDED | 3/30/2006 | 4/4/2006 | GP | RETURN TO HOUSING | 5 |
| | | | | | **AVERAGE DAYS WAITING:** | **5.00** |
| NKSP-RC | RESCINDED | 3/28/2006 | 4/4/2006 | CCCMS | ADMITTED | 7 |
| NKSP-RC | RESCINDED | 3/29/2006 | 4/4/2006 | CCCMS | ADMITTED | 6 |
| NKSP-RC | RESCINDED | 4/12/2006 | 4/13/2006 | CCCMS | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 4/12/2006 | 4/13/2006 | CCCMS | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 4/14/2006 | 4/24/2006 | CCCMS | ADMITTED | 10 |
| NKSP-RC | RESCINDED | 4/23/2006 | 4/24/2006 | CCCMS | ADMITTED | 1 |
| NKSP-RC | RESCINDED | 4/12/2006 | 4/13/2006 | EOP | RETURN TO HOUSING | 1 |
| NKSP-RC | RESCINDED | 4/17/2006 | 4/17/2006 | EOP | ADMITTED | 0 |
| NKSP-RC | RESCINDED | 4/21/2006 | 4/25/2006 | EOP | RETURN TO HOUSING | 4 |
| NKSP-RC | RESCINDED | 4/14/2006 | 4/17/2006 | GP | RETURN TO HOUSING | 3 |

RESCINDED MHCB REFERRALS  
BY INSTITUTION AND PRIOR LEVEL OF CARE  
APRIL 2006

ATTACHMENT 2B

| Transferred From | Transferred To | Request Date | Rescind Date | Previous LOC | Rescind Reason | Days Waiting |
|---|---|---|---|---|---|---|
| NKSP-RC | RESCINDED | 4/17/2006 | 4/17/2006 | GP | ADMITTED | 0 |
| NKSP-RC | RESCINDED | 4/17/2006 | 4/17/2006 | GP | ADMITTED | 0 |
| NKSP-RC | RESCINDED | 4/21/2006 | 4/25/2006 | GP | RETURN TO HOUSING | 4 |
| NKSP-RC | RESCINDED | 4/21/2006 | 4/25/2006 | GP | RETURN TO HOUSING | 4 |
| NKSP-RC | RESCINDED | 4/21/2006 | 4/25/2006 | GP | RETURN TO HOUSING | 4 |
| | | | | | AVERAGE DAYS WAITING: | 3.07 |
| SCC | RESCINDED | 3/24/2006 | 4/18/2006 | CCCMS | RETURN TO HOUSING | 25 |
| | | | | | AVERAGE DAYS WAITING: | 25.00 |
| SQ-RC | RESCINDED | 4/2/2006 | 4/5/2006 | CCCMS | RETURN TO HOUSING | 3 |
| | | | | | AVERAGE DAYS WAITING: | 3.00 |
| SVPP | RESCINDED | 4/1/2006 | 4/3/2006 | CCCMS | RETURN TO HOUSING | 2 |
| SVSP | RESCINDED | 4/1/2006 | 4/3/2006 | CCCMS | RETURN TO HOUSING | 2 |
| SVSP | RESCINDED | 4/2/2006 | 4/3/2006 | CCCMS | RETURN TO HOUSING | 1 |
| SVSP | RESCINDED | 4/3/2006 | 4/6/2006 | CCCMS | RETURN TO HOUSING | 3 |
| SVSP | RESCINDED | 4/6/2006 | 4/12/2006 | CCCMS | RETURN TO HOUSING | 6 |
| SVSP | RESCINDED | 4/12/2006 | 4/12/2006 | CCCMS | RETURN TO HOUSING | 0 |
| SVSP | RESCINDED | 4/12/2006 | 4/24/2006 | CCCMS | RETURN TO HOUSING | 12 |
| SVSP | RESCINDED | 3/26/2006 | 4/1/2006 | EOP | ADMITTED | 6 |
| SVSP | RESCINDED | 3/26/2006 | 4/1/2006 | EOP | RETURN TO HOUSING | 6 |
| SVSP | RESCINDED | 4/2/2006 | 4/3/2006 | EOP | RETURN TO HOUSING | 1 |
| SVSP | RESCINDED | 4/2/2006 | 4/3/2006 | EOP | RETURN TO HOUSING | 1 |
| SVSP | RESCINDED | 4/2/2006 | 4/3/2006 | EOP | RETURN TO HOUSING | 1 |
| SVSP | RESCINDED | 4/5/2006 | 4/6/2006 | EOP | RETURN TO HOUSING | 1 |
| SVSP | RESCINDED | 4/6/2006 | 4/12/2006 | EOP | RETURN TO HOUSING | 6 |
| SVSP | RESCINDED | 4/8/2006 | 4/12/2006 | EOP | RETURN TO HOUSING | 4 |
| SVSP | RESCINDED | 4/8/2006 | 4/12/2006 | EOP | RETURN TO HOUSING | 4 |
| SVSP | RESCINDED | 4/9/2006 | 4/12/2006 | EOP | RETURN TO HOUSING | 3 |
| SVSP | RESCINDED | 4/9/2006 | 4/12/2006 | EOP | RETURN TO HOUSING | 3 |
| SVSP | RESCINDED | 4/12/2006 | 4/13/2006 | EOP | ADMITTED | 1 |
| SVSP | RESCINDED | 4/5/2006 | 4/6/2006 | GP | ADMITTED | 1 |
| SVSP | RESCINDED | 4/14/2006 | 4/14/2006 | GP | ADMITTED | 0 |
| SVSP | RESCINDED | 4/14/2006 | 4/17/2006 | GP | ADMITTED | 3 |
| | | | | | AVERAGE DAYS WAITING: | 3.05 |

| SUMMARY OF RESCINDED REFERRALS | | | |
|---|---|---|---|
| Time Frames | Rescinds | Average Days Waiting | Range for Days Waiting |
| Combined | 264 | 5.83 | 47 |
| < or = 1 day | 51 | 1.21 | 1 |
| 2 days | 36 | NA | NA |
| 3 days | 32 | NA | NA |
| 4 or more days | 145 | 9.16 | 43 |

HCPU 5/9/06

REASON FOR RESCINDED MHCB REFERRALS  ATTACHMENT 2C
APRIL 2006

|             | RESCIND REASON | | | | |
|-------------|----------|-------------------|---------------------------|---------|-----------------|
| Institution | Admitted | Return to Housing | DMH Pending or Transferred | Paroled | Total Rescinded |
| ASP     | 0  | 3   | 0  | 0 | 3   |
| CAL     | 0  | 2   | 0  | 0 | 2   |
| CCI     | 0  | 3   | 0  | 0 | 3   |
| CCI-RC  | 0  | 1   | 0  | 0 | 1   |
| CEN     | 0  | 7   | 0  | 0 | 7   |
| CIM     | 0  | 3   | 1  | 0 | 4   |
| CIM-RC  | 39 | 66  | 0  | 1 | 106 |
| CMC     | 20 | 49  | 20 | 0 | 89  |
| CMF     | 0  | 0   | 0  | 0 | 0   |
| CRC     | 0  | 0   | 0  | 0 | 0   |
| CTF     | 0  | 1   | 0  | 0 | 1   |
| DVI     | 0  | 2   | 0  | 0 | 2   |
| DVI-RC  | 0  | 5   | 0  | 0 | 5   |
| FOL     | 0  | 0   | 0  | 0 | 0   |
| ISP     | 0  | 1   | 0  | 0 | 1   |
| KVSP    | 0  | 1   | 0  | 0 | 1   |
| LAC     | 0  | 0   | 0  | 0 | 0   |
| MCSP    | 0  | 0   | 0  | 0 | 0   |
| NKSP    | 0  | 0   | 0  | 0 | 0   |
| NKSP-RC | 7  | 8   | 0  | 0 | 15  |
| PVSP    | 0  | 0   | 0  | 0 | 0   |
| SCC     | 0  | 1   | 0  | 0 | 1   |
| SOL     | 0  | 0   | 0  | 0 | 0   |
| SQ      | 0  | 0   | 0  | 0 | 0   |
| SQ-RC   | 0  | 1   | 0  | 0 | 1   |
| SVSP    | 5  | 17  | 0  | 0 | 22  |
| TOTAL   | 71 | 171 | 21 | 1 | 264 |

HCPU 5/9/06

SUMMARY  
MHCB Referrals and Transfers  
**APRIL 2006**

ATTACHMENT 3

| | TRANSFERS | | RESCINDED REFERRALS | | TOTAL REFERRALS | |
|---|---|---|---|---|---|---|
| | Number | Avg Wait | Number | Avg Wait | Number | Avg Wait |
| ASP | 2 | 0.00 | 3 | 4.33 | 5 | 4.33 |
| CAL | 0 | 0.00 | 2 | 11.00 | 2 | 11.00 |
| CCI | 0 | 0.00 | 3 | 14.00 | 3 | 14.00 |
| CCI-RC | 2 | 9.00 | 1 | 6.00 | 3 | 8.00 |
| CEN | 2 | 15.00 | 7 | 3.71 | 9 | 6.22 |
| CIM | 0 | 0.00 | 4 | 7.50 | 4 | 7.50 |
| CIM-RC | 4 | 1.25 | 106 | 4.04 | 110 | 3.94 |
| CIW | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CIW-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CMC | 0 | 0.00 | 89 | 7.75 | 89 | 7.75 |
| CMF | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| CRC | 1 | 26.00 | 0 | 0.00 | 1 | 26.00 |
| CTF | 1 | 2.00 | 1 | 21.00 | 2 | 11.50 |
| CVSP | 1 | 2.00 | 0 | 0.00 | 1 | 2.00 |
| DVI | 0 | 0.00 | 2 | 5.00 | 2 | 5.00 |
| DVI-RC | 1 | 1.00 | 5 | 17.80 | 6 | 15.00 |
| FOL | 1 | 0.00 | 0 | 0.00 | 1 | 0.00 |
| ISP | 2 | 22.00 | 1 | 15.00 | 3 | 19.67 |
| KVSP | 3 | 0.67 | 1 | 5.00 | 4 | 1.75 |
| LAC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| MCSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| NKSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| NKSP-RC | 0 | 0.00 | 15 | 3.07 | 15 | 3.07 |
| PVSP | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SAC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SCC | 1 | 1.00 | 1 | 25.00 | 2 | 13.00 |
| SOL | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| SQ | 1 | 1.00 | 0 | 0.00 | 1 | 1.00 |
| SQ-RC | 4 | 5.00 | 1 | 3.00 | 5 | 4.60 |
| SVSP | 1 | 0.00 | 22 | 3.05 | 23 | 3.05 |
| WSP-RC | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| TOTAL | 27 | 5.63 | 264 | 5.83 | 291 | 5.81 |

HCPU 5/9/06

CMF/DMH EMERGENCY ADMISSIONS
BY REFERRING INSTITUTION AND PRIOR LEVEL OF CARE
**APRIL 2006**

ATTACHMENT 4

| Prior Level of Care | Referring Institution CMF | TOTAL |
|---|---|---|
| CCCMS | 1 | 1 |
| EOP | 13 | 13 |
| GP | 0 | 0 |
| **Total Emergency Admissions** | 14 | 14 |
| **% of Total Emergency Admissions** | 100.00% | 100.00% |

HCPU 5/10/06