BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' EX PARTE MOTION RE: KERN VALLEY STATE PRISON SELF-CERTIFICATION, DECLARATION OF GEORGE SIFUENTES, [PROPOSED] ORDER** |

## I.

## INTRODUCTION

On May 1, 2006, this Court ordered Defendants to activate the mental health crisis beds in the correctional treatment center at Kern Valley State Prison not later than July 1, 2006, or inform the court in writing by that date why said centers are not fully operational. By this motion, Defendants state that the self-certification necessary to license and so activate the correctional treatment center at Kern Valley State Prison cannot be accomplished due to certain modifications to the physical plant. The accompanying declaration of Deputy Director George

1  Sifuentes of the Office of Facilities Management of the California Department of Corrections and
2  Rehabilitation (CDCR) describes two specific modifications preventing self-certification, namely
3  the removal of grab bars and the addition of four holding cells with reduction of hallway width.
4  (Dec. Sifuentes, ¶¶ 5, 7, 8.) These modifications depart from state building code requirements.
5  (*Id.* at ¶ 8.) Alternative means of compliance are not available. (*Id.* at ¶ 7.) Notably, grab bars
6  are required by the building code yet may be used as a means of suicide by mentally ill patients
7  housed in the facility. Without self-certification, activation by July 1, 2006 will not occur. (*Id.* at
8  ¶ 9.)
9      In order to comply with the Court's May 1, 2006 order, Defendants request this Court
10 order George Sifuentes, as Deputy Director of the Office of Facilities Management of the CDCR,
11 to sign the necessary self-certification of the correctional treatment center at Kern Valley State
12 Prison in the absence of compliance with the state building code requirements by the two
13 indicated modifications to the physical plant of the correctional treatment center.
14     Dated: June 29, 2006
15     Respectfully submitted,
16     BILL LOCKYER
    Attorney General of the State of California
17     JAMES M. HUMES
    Chief Assistant Attorney General
18
    FRANCES T. GRUNDER
19     Senior Assistant Attorney General
    ROCHELLE C. EAST
20     Supervising Deputy Attorney General
21
22     /s/ Lisa A. Tillman
    LISA A. TILLMAN
23     Deputy Attorney General
24     Attorneys for Defendants
25
26  30134859.wpd
27
28

EX PARTE MOTION RE: KVSP SELF CERTIFICATION

2

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: **RALPH COLEMAN v. ARNOLD SCHWARZENEGGER, et al.**

No.: **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 29, 2006, I served the attached:

- DEFENDANTS' EX PARTE MOTION RE: KERN VALLEY STATE PRISON SELF-CERTIFICATION
- DECLARATION OF GEORGE SIFUENTES
- [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 29, 2006, at Sacramento, California.

| G. Montano | /s/ G. Montano |
|---|---|
| Declarant | Signature |

30135268.wpd