1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

| | |
|---|---|
| 15  **RALPH COLEMAN, et al.,** | CASE NO. CIV S-90-0520 LKK JFM P |
| 16                    Plaintiffs, | **DECLARATION OF GEORGE SIFUENTES RE: KERN VALLEY STATE PRISON, SELF-CERTIFICATION** |
| 17          v. | |
| 18  **ARNOLD SCHWARZENEGGER, et al.,** | |
| 19                    Defendants. | |

20

21     I, George A. Sifuentes, declare:

22       1.    I am employed by the California Department of Corrections and Rehabilitation

23  (CDCR) in the position of Deputy Director of the Office of Facilities Management. I have served

24  in this position since March 2004.

25       2.    I have personal knowledge of the facts stated in this declaration and if called to

26  testify upon those facts would do so competently.

27       3.    I am familiar with the regulations governing the physical features and plant of

28  correctional treatment centers. I have previously testified in this Court on certain regulatory

DECLARATION OF GEORGE SIFUENTES

1

1   requirements for Defendants' mental health care facilities at Salinas Valley State Prison. During
2   that testimony, I described the self-certification process required by state statute. In essence, the
3   Office of Statewide Health Planning and Development (OSHPD) certification that the facility
4   was built to state licensing standards is necessary to pass the Department of Health Services
5   licensing survey. I also described certain barriers to expeditious self-certification of 36
6   additional intermediate care beds at Salinas Valley State Prison. This Court at that time ordered
7   me to self-certify those additional 36 beds at Salinas Valley State Prison. The Court further
8   ordered Defendants to inform the Court of any other licensing or regulatory barriers that impeded
9   the activation of mental health beds.

10          4.     I am aware that this Court ordered Defendants to activate the mental health crisis
11  beds in the correctional treatment centers at Kern Valley State Prison not later than July 1, 2006,
12  or inform the court in writing by that date why said centers are not fully operational.

13          5.     Since this Court's order, I have learned that Kern Valley State Prison (KVSP)
14  made modifications to the correctional treatment center physical plant and room utilization that
15  differs from the "as-builts" from the Office of Facilities Management. Below you will find the
16  identified changes within the correctional treatment center at Kern Valley State Prison:

17  **AS-BUILT SHEET A8.1.2**

| Room | As-Built | Current Usage | Comments |
|------|----------|---------------|----------|
| 102 | Office - Senior MTA | Office - Medical Appeals | Office for Office; staff assignment difference only. |
| 105 | Office - Physicians | Office - Specialty RN | Office for Office; staff assignment difference only. |
| 108 | Storage/Equipment | Storage/Pharmacy | Pharmacy Equipment/supplies |

24  **AS-BUILT SHEET A8.1.3**

| Room | As-Built | Current Usage | Comments |
|------|----------|---------------|----------|
| 174 | Trans. Vest. | Night Locker | Unclear what Trans. Vest.; using for drug storage. |
| 175 | Office - Social Worker | Office *SCC | Office for Office; staff assignment |

DECLARATION OF GEORGE SIFUENTES

2

|     |      |                   |                     | difference only. |
| --- | ---- | ----------------- | ------------------- | --- |
| 2   | 176  | Office/Psychiatrist | Office/Pharmacy    | Office for Office; staff assignment difference. |
| 4   | 178  | Office/Psychologist | Office/Dietician   | Office for Office; staff assignment difference only. |
| 6   | 179  | Storage/Autoclave | Central Supply      | Not autoclaving; using disposable items only. |
| 8   | 180  | Storage/Sterile Supply | Storage/Medical Supply | Sterile and non-sterile supply storage area. |
| 10  | 182  | Trash Room        | Environmental Services | EVS equipment and supplies; trash to be taken directly out of the facility. |
| 13  | 195  | Office/M&S Coord. | Office/Public Health Nurse | Office for Office; staff assignment difference. |

AS-BUILT SHEET A8.1.4/1.5

| Room | As-Built | Current Usage | Comments |
| --- | --- | --- | --- |
| 220 | Observation Room | Patient Cell (Medical/MH) | Per licensing; required patient cell. |
| 221 | Observation Room | Patient Cell (Medical/MH) | Per licensing; required patient cell. |
| 207 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 208 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 209 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 210 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 213 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 214 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 215 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 216 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 220 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 221 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |

DECLARATION OF GEORGE SIFUENTES

| | Room | As-Built | Current Usage | Comments |
|---|---|---|---|---|
| 1 | 224 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 2 | 225 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 3 | 234 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 4 | 235 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 5 | 237 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 6 | 238 | Grab Bars | Grab Bars Removed | Removed for MHCB usage. |
| 7 | 280 | Ice Machine | Removed Ice Machine | Relocated to Dietary Kitchen. |
| 8-10 | 272 | Non-exit Door | Exit Door | Modification of Egress; DHS finding at CIW; needs to be fire exit based on facility design. |
| 11-13 | 223 | Non-exit Door | Exit Door | Modification of Egress; DHS finding at CIW; needs to be fire exit based on facility design. |

**AS-BUILT SHEET A8.1.6**

| Room | As-Built | Current Usage | Comments |
|---|---|---|---|
| 501 | Open Hallway | Four (4) Holding Cells | Individual inmate holding cells placed in this Central Health hallway for inmate control, accountability. |
| 502 | Solid Wall | Door installed | Door installed by IDL in Dialysis area to allow for gurney access. |

6.    Significant modifications to the physical plant which depart from the as-built plans can pose a barrier to self-certification. The self-certification process rests on compliance with previously-approved as-built plans. Any departure from the as-built plans must be evaluated for compliance with the state building standards for licensed care facilities.

7.    I have reviewed the list of modifications stated in paragraph five and find that the following modifications prevent me from providing the necessary self-certification for licensure because there is no alternative method of compliance:

DECLARATION OF GEORGE SIFUENTES

4

| Room | As-Built | Current Usage | Comments |
|------|----------|---------------|----------|
| 207-210 | Grab Bars | Patient Cell | California Building Code 1109B.3 requires that 10% of all patient cells must comply with the American Disabilities Act This means that two of the patient cells should have grab bars to meet this requirement. Waiver of this code section is required. |
| 220-221 | | | |
| 224-225 | | | |
| 234-235 | | | |
| 237-238 | | | |
| 501 | Open Hallway | Added Four Holding Cells | California Building Code 424 A.5.1 requires that the minimum width of corridors shall be eight feet. With the addition of the four holding cells portions of the corridor are only six feet six inches wide. Waiver of this code section is required. |

8.    The modifications listed in paragraph seven prevent self-certification for licensure because I cannot truthfully certify that the current facility now complies with the approved designed plans. The modifications listed in paragraph seven do not comply with state building standards for licensed care facilities.

9.    In accord with this Court's order, I am informing the Court of these barriers to self-certification and thus to the timely activation of the mental health crisis beds at Kern Valley State Prison.

10.    Should this Court remove these barriers by ordering self-certification with waivers of the codes listed in paragraph seven above, I can and will then self-certify the facility.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 28, 2006        By:        _____

                                        GEORGE A. SIFUENTES

DECLARATION OF GEORGE SIFUENTES

5