1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13
                            SACRAMENTO DIVISION
14

| | |
|---|---|
| 15 RALPH COLEMAN, et al.,<br>16                          Plaintiffs,<br>17 v.<br>18 ARNOLD SCHWARZENEGGER, et al.,<br>19                          Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**[PROPOSED] ORDER RE: KERN VALLEY STATE PRISON, SELF CERTIFICATION** |

20

21      On May 1, 2006, this Court ordered Defendants to activate the mental health crisis

22 beds in the correctional treatment center at Kern Valley State Prison not later than July 1, 2006,

23 or inform the court in writing by that date why said centers are not fully operational. On June 29,

24 2006, this Court received Defendants' ex parte motion stating that the self-certification necessary

25 to license and so activate the correctional treatment center at Kern Valley State Prison would not

26 be possible due to certain modifications to the physical plant. The accompanying declaration of

27 George Sifuentes, Deputy Director of the Office of Facilities Management of the California

28 Department of Corrections and Rehabilitation (CDCR), lists two specific modifications

preventing self-certification, namely the removal of grab bars and the addition of four holding cells with reduction of hallway width. These modifications depart from state building code requirements. Notably, grab bars are required by the building code yet may be used as a means of suicide by mentally ill patients housed in the facility.

Upon review of Defendants' submitted motion and the accompanying declaration of George Sifuentes, this Court hereby orders George Sifuentes, as Deputy Director of the Office of Facilities Management of the CDCR, to sign the necessary self-certification of the correctional treatment center at Kern Valley State Prison in the absence of compliance with the state building code requirements by the two indicated modifications to the physical plant of the correctional treatment center.

Dated:

_____
Lawrence K. Karlton
United States District Court Judge

30134829.wpd