1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11                  IN THE UNITED STATES DISTRICT COURT
12                 FOR THE EASTERN DISTRICT OF CALIFORNIA
13                          SACRAMENTO DIVISION
14

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | CASE NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | |
| v. | **ORDER RE: KERN VALLEY STATE PRISON, SELF CERTIFICATION** |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

   On May 1, 2006, this Court ordered Defendants to activate the mental health crisis beds in the correctional treatment center at Kern Valley State Prison not later than July 1, 2006, or inform the court in writing by that date why said centers are not fully operational. On June 29, 2006, this Court received Defendants' ex parte motion stating that the self-certification necessary to license and so activate the correctional treatment center at Kern Valley State Prison would not be possible due to certain modifications to the physical plant. The accompanying declaration of George Sifuentes, Deputy Director of the Office of Facilities Management of the California Department of Corrections and Rehabilitation (CDCR), lists two specific

ORDER RE: KVSP SELF CERTIFICATION

1

1 modifications preventing self-certification, namely the removal of grab bars and the addition of
2 four holding cells with reduction of hallway width. These modifications depart from state
3 building code requirements. Notably, grab bars are required by the building code yet may be
4 used as a means of suicide by mentally ill patients housed in the facility.
5       Upon review of Defendants' submitted motion and the accompanying declaration of
6 George Sifuentes, this Court hereby orders George Sifuentes, as Deputy Director of the Office of
7 Facilities Management of the CDCR, to sign the necessary self-certification of the correctional
8 treatment center at Kern Valley State Prison in the absence of compliance with the state building
9 code requirements by the two indicated modifications to the physical plant of the correctional
10 treatment center.

11     Dated: June 30, 2006.

/s/ Lawrence K. Karlton

Lawrence K. Karlton
United States District Court Judge

90cv520.selfcert.0630.wpd

ORDER RE: KVSP SELF CERTIFICATION

2