1    BILL LOCKYER
     Attorney General of the State of California
2    JAMES M. HUMES
     Chief Assistant Attorney General
3    FRANCES T. GRUNDER
     Senior Assistant Attorney General
4    ROCHELLE C. EAST
     Supervising Deputy Attorney General
5    LISA A. TILLMAN, State Bar No. 126424
     Deputy Attorney General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9    Attorneys for Defendants
     48149286-CF1997CS0003
10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                   SACRAMENTO DIVISION

14

15   **RALPH COLEMAN, et al.,**                    NO. CIV S-90-0520 LKK JFM P

16                              Plaintiffs,         **DEFENDANTS' SUBMISSION OF
                                                    RESPONSE TO COURT ORDER
17        **v.**                                    REQUIRING AMENDED LONG-
                                                    TERM BED PLAN**
18   **ARNOLD SCHWARZENEGGER, et al.,**

19                              Defendants.

20

21              On May 1, 2006, this Court ordered Defendants to submit an amended long term plan

22   that is based on current population projections and incorporate an updated version of

23   methodology first adopted in the 2002 Tucker-Alan bed needs projections.  The Court further

24   ordered Defendants to include within the amended long term plan a list of those projects that can

25   be accelerated as well as a list of any statutory, licensing, or staffing barriers to such acceleration

26   and/or to timely opening of the projects described in the amended long term plan.

27   //

28   //

1           Defendants hereby submit as Exhibit A the response to this court order of May 1,

2    2006.

3           Dated: June 30, 2006

4                                     Respectfully submitted,

5                                     BILL LOCKYER
                                 Attorney General of the State of California

6                                     JAMES M. HUMES
                                 Chief Assistant Attorney General

7

8                                     FRANCES T. GRUNDER
                                 Senior Assistant Attorney General

9                                     ROCHELLE C. EAST
                                 Supervising Deputy Attorney General

10

11                                    */ s / Lisa A. Tillman*

12                                    LISA A. TILLMAN
                                 Deputy Attorney General

13                                    Attorneys for Defendants

14

15

16

17

18

19

20

21

22

23

24

25

26

27   CF1997CS0003

28   30135925.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:        **U.S. District Court, Eastern District of California**

Case No.:     **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made.  I am 18 years of age and older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On __June 30, 2006__, I served the attached **DEFENDANTS' SUBMISSION OF RESPONSE TO COURT ORDER REQUIRING AMENDED LONG-TERM BED PLAN** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California  94244-2550, addressed as follows:

**PETE COCKCROFT, H-86887**
**California State Prison, Sacramento**
**FA2-205**
**Post Office Box 290066**
**Represa, CA  95671-0066**

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA  94105**

**STEPHEN W. MAYBERG**
**California Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA  95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 30, 2006, at Sacramento, California.

| M. McIntosh | _/ s / M. McIntosh_ |
|:---:|:---:|
| Declarant | Signature |

30135959.wpd