***COLEMAN v. SCHWARZENEGGER***
**CASE NO. CIV S-90-0520-LKK-JFM-P**
**EXHIBIT A1**
**DEFENDANTS' SUBMISSION OF RESPONSE**
**TO COURT ORDER REQUIRING AMENDED**
**LONG-TERM BED PLAN**

STATE OF CALIFORNIA - DEPARTMENT OF CORRECTIONS AND REHABILITATION    Arnold Schwarzenegger, Governor

*DIVISION OF CORRECTIONAL HEALTH CARE SERVICES*
P. O. Box 942883
Sacramento, CA 94283-0001



June 30, 2006

J. Michael Keating, Jr.                  via:    Lisa Tillman
Office of the Special Master                     Deputy Attorney General
2351 Sussex Lane                                 Department of Justice
Fernandina Beach, FL 32034                       1300 I Street, Suite 125
                                                 P. O. Box 944255
                                                 Sacramento, CA 94244-2550

**RE:    STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 –
         JUNE 2006 AMENDMENT**

Dear Mr. Keating:

In accordance with the May 1, 2006, court order please find enclosed the *Statewide Mental Health Bed Plan, April 2006 - June 2006 Amendment*. This document represents the California Department of Corrections and Rehabilitations' (CDCR) efforts to address the projected mental health bed need as demonstrated by the updated forecast completed by Navigant Consulting, (formerly Tucker-Alan). Due to the significant difference in Navigant's updated projections from the projections used in the original *Statewide Mental Health Bed Plan, April 2006*, the CDCR is requesting another sixty (60) days to modify the long term mental health bed plan. During this time, the CDCR will continue with the efforts as described in the original *Statewide Mental Health Bed Plan, April 2006,* unless directed otherwise by the *Coleman* court.

If you need clarification on any aspect of this plan, please contact me at (916) 327-0033, or Renee Kanan, M.D., M.P.H., Deputy Director, Division of Correctional Health Care Services (DCHCS), at (916) 323-6811.

Sincerely,

PETER FARBER-SZEKRENYI, DR., P.H.
Director
Division of Correctional Health Care Services

Enclosure

J. Michael Keating, Jr.
Page 2

cc:    James Tilton, Secretary, CDCR
       Bruce Slavin, General Counsel, Office of Legal Affairs, CDCR
       Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs, CDCR
       Michael Stone, Staff Counsel, Office of Legal Affairs
       John Dovey, Director, Division of Adult Institutions, CDCR
       Scott Kernan, Deputy Director, Division of Adult Institutions, CDCR
       Renee Kanan, M.D., MPH, Deputy Director, DCHCS, CDCR
       Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations
         Branch, DCHCS, CDCR
       Tim Fishback, M.D., Chief Psychiatrist, Mental Health Program, DCHCS, CDCR
       Eileen Cubanski, Assistant Secretary, California Health and Human Services Agency
       Frank Furtek, Chief Counsel, California Health and Human Services Agency
       Cindy Radavsky, Deputy Director, Long Term Care Services, Department of Mental
         Health (DMH)
       Cynthia Rodriquez, Chief Legal Counsel, Legal Services, DMH
       Margie Imai, Personnel Program Manager, Department of Personnel Administration
       Sarah Mangum, Principal Program Budget Analyst, Department of Finance
       Doug McKeever, Project Director, Mental Health Program, DCHCS
       Vicki O'Shaughnessy, Staff Services Manager II, Clinical Programs and Policy Unit,
         DCHCS, CDCR

# California Department of Corrections & Rehabilitation

~~~~~~~~~~~~~~~~~~~~~~

## Division of Correctional Health Care Services



# Mental Health Program
# And
# Mental Health Services
# Delivery System

# Statewide Mental Health Bed Plan, April 2006 - June 2006 Amendment

# Statewide Mental Health Bed Plan, April 2006 – June 2006 Amendment

## Table of Contents:                                          Page Number

I.   Purpose: ................................................................................. 1

II.   Background: ............................................................................ 1

Coleman Court ............................................................................. 1

Mental Health Bed Planning Efforts ............................................. 1

III.   Statewide Mental Health Bed Plan, April 2006 - June 2006 Amendment: ................................................................................. 2

Overview ..................................................................................... 2

Scope .......................................................................................... 3

Organization ............................................................................... 3

Background ................................................................................. 4

    Section A.    Acute and Intermediate Care Facility Projects: .............. 4

    Section B.    Mental Health Crisis Beds ........................................... 8

Alternatives ................................................................................ 10

Recommendation ....................................................................... 11

## Statewide Mental Health Bed Plan, April 2006 – June 2006 Amendment

|  | Enclosure Number |
|---|---|
| **List of Enclosures** |  |
| *Consulting Services for California Department of Corrections Mental Health Bed Need Study – 2006 Update. June 2006.* John Misener – McManis Consulting. Mary Beth Thomas – Navigant Consulting | I |
| Design and Build Process - An Overview | II |
| Table A:  Male Acute Bed Detail for Figure 1 | III |
| Table B:  Level IV High Custody Male Intermediate Care Facility Bed Detail for Figure 2 | IV |
| Table C:  Female Acute/Intermediate Care Facility Bed Detail for Figure 3 | V |
| Table D:  Male Mental Health Crisis Bed Detail for Figure 4 | VI |
| Table E:  Female Mental Health Crisis Bed Detail for Figure 5 | VII |

00005

# Statewide Mental Health Bed Plan, April 2006 – June 2006 Amendment

## I. Purpose:

The California Department of Corrections and Rehabilitation (CDCR) produced the following *June 2006 Amendment* to the *Statewide Mental Health Bed Plan, April 2006* in order to comply with the applicable mandates of the May 1, 2006, *Coleman* court order.

## II. Background:

### Coleman Court

On March 3, 2006, the *Coleman* court ordered the CDCR to file a plan for the provision of acute and intermediate inpatient beds for all seriously mentally ill *male* and *female* inmates in the CDCR clinically determined to be in need of those levels of inpatient care, and for the provision of Mental Health Crisis Beds (MHCBs) for all seriously mentally ill *male* and *female* inmates in CDCR within 24 hours of a clinical determination that they require that level of care.

In response to this court order, the CDCR submitted the *Statewide Mental Health Bed Plan, April 2006* to the court on April 17, 2006. Subsequently the *Coleman* court held hearings on April 26 and 27, 2006, to review this plan. As a result of these hearings, on May 1, 2006, the *Coleman* court delivered several orders, of which the following is to be addressed by this *June 2006 Amendment*:

> "The defendant's (CDCRs) long term plan for provision of acute and intermediate care and mental health crisis beds is approved, subject to modification base on current population projections. Within sixty days from the date of this order, (June 30, 2006), defendants shall file an amended long term plan that is based on current population projections and incorporates an updated version of the methodology first adopted in the 2002 Tucker-Alan bed needs projections.

> Defendants shall include with the amended long term plan a list of those projects that can be accelerated as well as a list of any statutory, licensing, or staffing barriers to such acceleration and/or timely opening of the projects described in the amended long term plan."

### Mental Health Bed Planning Efforts

In 2002, a health care consulting firm called Tucker-Alan, (now a part of Navigant Consulting), designed a mental health bed demand forecast

00006

Statewide Mental Health Bed Plan, April 2006 -
June 2006 Amendment

methodology for the CDCR. In January 2006, the CDCR re-engaged Navigant Consulting to review the 2002 Tucker-Alan bed projection methodology, and accomplish, among other deliverables, the following:

- Incorporate the results of Unidentified Needs Assessment (UNA) study into the projection methodology;
- Update and recalibrate the 2002 bed projection methodology based on the results of the UNA study;
- Produce a validated mental health bed forecasting methodology; and
- Produce a validated mental health bed five-year forecast that is based upon the current Spring 2006 population projections.

In June 2006, the CDCR received the updated five-year mental health bed forecast from Navigant. Subsequently, the CDCR reviewed this forecast with an established multi-disciplinary group of individuals from within CDCR and other involved state Departments. The group consisted of representatives from CDCR's Division of Adult Institutions, Human Resources, Budgets, Facilities Management, and Correctional Health Care Services. Other state agency members represented were the Department of Mental Health (DMH), Department of Health Services (DHS), Department of Personnel Administration (DPA), and the Department of Finance (DOF).

This multi-disciplinary group considered the projects in the *Statewide Mental Health Bed Plan, April 2006*, and produced the following *June 2006 Amendment* to the original plan based on Navigant's updated bed forecast.

## III. Statewide Mental Health Bed Plan, April 2006 - June 2006 Amendment:

### Overview

The current version of Navigant's mental health bed projection methodology is enclosed for the court's review, (Enclosure I). The CDCR has reviewed and supports the use of Navigant's revised projection methodology for use in determining CDCR's forecasted mental health bed need. However, this updated bed projection methodology produced a significantly lower five-year forecasted demand for mental health beds, at most levels of care, as was projected in the original *Statewide Mental Health Bed Plan, April 2006*.

Based upon Navigant's five-year forecasted mental health bed demand, a subset of the proposed new construction projects in the original *Statewide Mental Health Bed Plan, April 2006* are now either fully or partially unsubstantiated. Therefore, the *Statewide Mental Health Bed Plan, April 2006 – June 2006 Amendment* provides a list of alternatives with a final recommendation that considers both the status of the proposed new mental health bed construction

Statewide Mental Health Bed Plan, April 2006 -
June 2006 Amendment

projects in the original *Statewide Mental Health Bed Plan, April 2006*, and the now lower forecasted bed need.

## Scope

The *Statewide Mental Health Bed Plan, April 2006 – June 2006 Amendment* addresses only the additional new construction projects for Acute, Intermediate Care Facility (ICF), and MHCBs for *males* and *females* proposed under "Phase II – Long-Term Projects (July 2007 through June 2011)" in the *Statewide Mental Health Bed Plan, April 2006*. As indicated in the original *Statewide Mental Health Bed Plan, April 2006*, the CDCR continues to have sufficient capacity to meet the demand for *male* ICF beds at lower custody levels, however, the CDCR does need single-celled ICF beds for High Custody patients. Therefore, it is important to note that in regards to *male* ICF bed need, the *June 2006 Amendment* follows the original *Statewide Mental Health Bed Plan, April 2006*, and addresses only the need for Level IV High Custody ICF beds.

The *Statewide Mental Health Bed Plan, April 2006 – June 2006 Amendment* also provides a list of those projects that can be accelerated as well as a list of any statutory, licensing, or staffing barriers to such acceleration and/or timely opening of the projects described in the long term plan, (Enclosure II).

## Organization

In order to facilitate understanding of the alternatives proposed, the *Statewide Mental Health Bed Plan, April 2006 – June 2006 Amendment* begins by providing the following background information:

### Section A:  Acute and Intermediate Care Facility Projects

1. A list of the proposed new construction projects for *male* and *female* acute and ICF beds in the original *Statewide Mental Health Bed Plan, April 2006*, and;
2. A series of figures comparing the Acute and ICF beds with the projected need for such beds as calculated by: CDCR in the original *Statewide Mental Health Bed Plan, April 2006*, and by the updated Navigant methodology, (based on Spring 2006 projections).

### Section B:  Mental Health Crisis Beds

1. A discussion of the long term plan for MHCBs in the original *Statewide Mental Health Bed Plan, April 2006*, and;
2. A series of figures comparing the MHCBs with the projected need for such beds as calculated by: CDCR in the original *Statewide Mental Health Bed Plan, April 2006*, and by the updated Navigant methodology, (based on Spring 2006 projections).

Proceeding from the background information is a list of three alternatives followed by a recommendation.

Statewide Mental Health Bed Plan, April 2006 -
June 2006 Amendment

## Background

<u>**Section A.**</u>       <u>**Acute and Intermediate Care Facility Projects:**</u>

1. *Additional Acute and ICF Bed Projects in the Statewide Mental Health Bed Plan, April 2006:*

   The shaded portion of the following table, **Table 1**, represents the new construction projects proposed for *male* and *female* patients at the Acute and ICF levels of care in the original *Statewide Mental Health Bed Plan, April 2006:*

| Table 1: PROPOSED ADDITIONAL ACUTE and ICF PROGRAM BEDS AS OUTLINED IN THE STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 | | | | | |
|---|---|---|---|---|---|
| **Level of Care** | **Current Capacity**[1] | **New Beds - Projects Proposed in Statewide Mental Health Bed Plan, April 2006** | | | **New Capacity**[3] |
| | | **Institution** | **Number of Beds** | **Date**[2] | |
| *Male* Acute | 155[4] | California State Prison – Sacramento (SAC) | 350 | June 2011 | 500[5] |
| *Male* Level IV-High Custody ICF | 100[6] | SAC | 128 | June 2011 | 448[7] |
| | | Salinas Valley State Prison (SVSP) | 128 | June 2011 | |
| | | California Medical Facility (CMF) | 64 | June 2011 | |
| | | Total *Male* Level IV ICF: | 320 | | |
| *Female* Acute/ICF | 30 | California Institution for Women (CIW) *(female)* | 25 | June 2011 | 55 |

[1] "Current Capacity" represents the current capacity statewide.

[2] Represents the anticipated construction completion date.

[3] New statewide capacity as of July 2011.

[4] This capacity does not include the 20 Acute Beds at CMF that are temporarily used as MHCBs.

[5] 25 Acute Beds at Atascadero State Hospital (ASH) to be replaced by the new beds at SAC, (175 +350 – 25 = 500)

[6] Includes the 36 temporary Intermediate Care Facility (ICF) beds at CMF's P-2 Housing Unit.

[7] Does not include the 36 temporary ICF beds at CMF P-2, and accounts for the 64–bed new construction project at SVSP that has been approved and funded, (100 – 36 + 64 + 320 = 448).

00009

Statewide Mental Health Bed Plan, April 2006 -
June 2006 Amendment

2. *Male and Female Acute/ICF Beds vs. Projected Bed Demand:*

The following chart, **Figure 1**[1], illustrates the number of *male* Acute beds vs. the projected need for such beds as calculated by: the CDCR in the original *Statewide Mental Health Bed Plan, April 2006*, (line with data points marked by an "X"), and using the updated methodology by Navigant, (line with data points marked by a "□"):



As illustrated in **Figure 1**, Navigant's updated bed forecasting methodology demonstrates an approximate 58 percent (or 307 bed) reduction in the projected *male* acute bed need by June 2011 as compared to the projected bed need in the original *Statewide Mental Health Bed Plan, April 2006*, leaving a 74 bed deficiency or "GAP".

---

[1] Table A provides additional detail regarding the specific number and location of the beds identified in Figure 1, (Enclosure III).

Statewide Mental Health Bed Plan, April 2006 -
June 2006 Amendment

The following chart, **Figure 2**[2], indicates the number of *male* Level IV High Custody ICF beds vs. the projected need for such beds as calculated by: the CDCR in the original *Statewide Mental Health Bed Plan, April 2006* and using the updated methodology by Navigant:



As illustrated in **Figure 2**, Navigant's updated bed forecasting methodology demonstrates an approximate 38 percent (or 165 bed) reduction in the projected *male* Level IV High Custody ICF bed need by June 2011 as compared to the projected bed need in the original *Statewide Mental Health Bed Plan, April 2006*, leaving a 136 bed deficiency or "GAP".

---

[2] Table B provides additional detail regarding the specific number and location of the beds identified in Figure 2, (Enclosure IV).

## Statewide Mental Health Bed Plan, April 2006 - June 2006 Amendment

The following chart, **Figure 3**[3], indicates the number of *female* Acute/ICF beds vs. the projected need for such beds as calculated by: the CDCR in the original *Statewide Mental Health Bed Plan, April 2006* and using the updated methodology by Navigant:



Figure 3: Female Acute/Intermediate Care Facility (ICF) Beds vs. Projected Acute/ICF Bed Need

As illustrated in **Figure 3**, Navigant's updated bed forecasting methodology demonstrates an approximate 20 percent (or 10 bed) reduction in the projected *female* Acute/ICF bed need by June 2011 as compared to the projected bed need in the original *Statewide Mental Health Bed Plan, April 2006*, leaving a 9 bed deficiency or "GAP".

---

[3] Table C provides additional detail regarding the specific number and location of the beds identified in Figure 3, (Enclosure V).

Statewide Mental Health Bed Plan, April 2006 -
June 2006 Amendment

<u>**Section B.**</u>        <u>**Mental Health Crisis Beds**</u>

1. *Mental Health Crisis Bed Projects in the Statewide Mental Health Bed Plan, April 2006:*

   Additional new MHCBs for *male* and *female* patients were **not** included in the original *Statewide Mental Health Bed Plan, April 2006*. The shortage of MHCBs for *male* patients was considered temporary, pending the construction of the 50-bed MHCB unit at CMF, (anticipated construction completion date is 2/29/08). In addition, the deficiency in *female* MHCBs was not significant enough to support the construction of additional MHCBs in the original *Statewide Mental Health Bed Plan, April 2006*.

2. *Male and Female MHCBs vs. Projected Bed Demand:*

   As opposed to the previously mentioned levels of care, Navigant's updated bed forecasting methodology demonstrates an approximate 21 percent (or 46 bed) **increase** in the projected *male* MHCB need by June 2011 as compared to the projected bed need in the original *Statewide Mental Health Bed Plan, April 2006*, leaving a 14 bed deficiency or "GAP" as illustrated in **Figure 4**[4].



[4] Table D provides additional detail regarding the specific number and location of the beds identified in Figure 4, (Enclosure VI).

00013

## Statewide Mental Health Bed Plan, April 2006 - June 2006 Amendment

The following chart, **Figure 5**[5], indicates the number of *female* MHCBs vs. the projected need for such beds as calculated by: the CDCR in the original *Statewide Mental Health Bed Plan, April 2006* and using the updated methodology by Navigant:



As illustrated in **Figure 5**, Navigant's updated bed forecasting methodology demonstrates an approximate 24 percent (or 7 bed) reduction in the projected *female* MHCB need by June 2011 as compared to the projected bed need in the original *Statewide Mental Health Bed Plan, April 2006*, leaving **no** deficiency or bed "GAP".

---

[5] Table E provides additional detail regarding the specific number and location of the beds identified in Figure 5, (Enclosure VII).

---

00014

Statewide Mental Health Bed Plan, April 2006 -
June 2006 Amendment

## Alternatives

Based on Navigant's updated bed projection methodology, the CDCR developed the following alternatives to amending the original *Statewide Mental Health Bed Plan, April 2006.*

Alternative 1:  Remove some of the proposed new construction projects in the original *Statewide Mental Health Bed Plan, April 2006,* so that enough additional beds are constructed to at least meet the new bed demand as projected via Navigant's updated methodology.

Pros:
1. Aligns CDCR's funding request for the new construction projects with Navigant's updated methodology.
2. Ensures appropriate number of beds for inmates based on updated methodology.

Con:
1. Reduces the original number of beds the CDCR plans to construct as outlined to the court in the *Statewide Mental Health Bed Plan, April 2006.*

Alternative 2:  Re-evaluate and possibly re-scope the new construction projects in the *Statewide Mental Health Bed Plan, April 2006* to include enough capacity for housing, treatment and office space in other levels of care, (*i.e.* build additional *male* MHCB and/or general population Enhanced Outpatient Program capacity).

Pros:
1. Utilizes funding requested in the 2006-2007 Budget Act that may otherwise be lost.
2. Allows the CDCR to possibly redirect funding to build additional capacity at other levels of care, including additional beds that may be used for other CDCR mental health inmates currently residing in state hospital beds.

Con:
1. Requires notification and approval of the state Legislature.

Alternative 3:  Continue forward with the proposed new construction projects in the original *Statewide Mental Health Bed Plan, April 2006* with no changes.

Pros:
1. Requires no modification to the original plan.

00015

### Statewide Mental Health Bed Plan, April 2006 - June 2006 Amendment

    2. Builds additional licensed beds that may be used for other CDCR health care programs.

    3. Builds additional beds that may be used for other CDCR mental health inmates currently residing in state hospital beds.

Cons:

    1. Will require the CDCR to notify the state Legislature that the justification for the original *Statewide Mental Health Bed Plan, April 2006* was revised and provide the updated projections. This may result in the state Legislature modifying the funding request for the proposed new construction projects in the original *Statewide Mental Health Bed Plan, April 2006*.

    2. Results in an excess number of beds, thereby utilizing resources that could be used for other needs.

## Recommendation

After careful consideration and in consultation with other concerned parties, the CDCR recommends **Alternative 2**. The CDCR is requesting an additional sixty (60) days to prepare a plan based on **Alternative 2**. During this time, the CDCR will continue with the efforts as described in the original *Statewide Mental Health Bed Plan, April 2006*. With concurrence of the *Coleman* court, the CDCR will submit a modified long term mental health bed plan based on Navigant's updated bed forecast.

00016

Enclosure I

# Consulting Services for
# California Department of Corrections

# Mental Health Bed Need Study – 2006 Update

## June, 2006

John Misener – McManis Consulting

Mary Beth Thomas – Navigant Consulting

Mental Health Bed Need Study Update

1



# Assignment & Scope

The CDCR engaged Navigant Consulting to conduct an update of the forecasts for CDCR Mental Health programs that were initially prepared for the 2002 *Mental Health Bed Need Study* report. This was done as a follow-up to the Unmet Needs Assessment ("UNA") study that was conducted as a requirement for the *Coleman* matter. Internal efforts to incorporate and measure the ongoing impact of the issue of unmet needs had proved problematic.

As in 2002, John Misener of McManis Consulting was the lead author and forecaster for the materials in this report. Mr. Misener has extensive experience in evaluating patient bed needs for public and private entities. Assisting him from Navigant Consulting was Mary Beth Thomas, RN. She is an experienced management consultant with a clinical background in mental health care.

The Navigant team received clarification as to its charge from CDCR staff and their advisor, Robin Dezember early in the process. The following areas were discussed:

- Incorporate results of the UNA study

- Recalibrate 2002 model based on findings

- Change modeling principles should a better method be identified for a specific program.

- Identify opportunities for improvement

- Produce a validated mental health bed forecasting process

- Produce a validated mental health bed 5-year forecast

- Produce a clear description of the steps required to produce the forecast using the validated model: including an explanation of how the model works—its assumptions, variables and the data required to operate it.

2

Mental Health Bed Need Study Update

00018



# Phase II Status Report & Issues

- Population Update: "Spring 2006 Adult Population Projections" were received and added to the models replacing the Fall 2005 values.

- Waiting List Issue Update: Wait list data for the Salinas Valley Psychiatric Program ("SVPP") and California Medical Facility – Acute Psychiatric Program ("CMF-APP") was assembled and formatted for analysis by Sharon Riegel allowing more accurate estimates of demand at the two facilities.

- Missing data issue/update: Since the first draft, additional patient level data was obtained from HCCUP. New downloads of data were also obtained from Department of Mental Health ("DMH") immediately prior to this report. This new data also allowed the modeling of both the Acute program at CMF as well as the program at Atascadero State Hospital ("ASH") using the original "Discharge Rate/Average Length of Stay" method. Two models Method 1 (Discharge Rate/ALOS) and Method 2 (Census Rate) are presented for both Acute and Intermediate.

- The UNA database has been checked to ascertain whether the recently received CMF data has additional cases not seen in the DMH database used in the first version of the model.

- Administrative Update: John Misener conducted a interview with analyst Seija Virtanen-Blaylock of the Legislative Analyst's Office on April 26, 2006 to respond to questions regarding the general methodology applied in the 2002 Bed Need study.

3

Mental Health Bed Need Study Update

# Data Issues - Recommendations

Recommendations:

- Health Care Placement Unit ("HCPU") daily census should be logged on a periodic basis (weekly or monthly) into a database for each program. This data was available through mid-2003 but was discontinued, requiring staff to compile data from numerous Excel files and hard copies for ad hoc requests.

- DMH data should be consistently (monthly) entered into the ACCESS database.

- Enhanced Outpatient Program ("EOP") forecasting depends on HCPU census data. A database should be developed for the planner that allows a patient level tracking of admissions and discharges to monitor lengths of stay. It was suggested that the data is not available to measure movement within the program. (i.e., a number of inmates "enter EOP and never leave"). With an EOP tracking database, such opinions could be tested.

- Periodic clinical audit similar to the UNA – possibly rotating a few prisons each year.

4

# Modeling the Impact of the Unmet Needs Assessment on the Mental Health Bed Needs Models

- This current bed need study contains a bias to include those inmates, identified as one of the 512 by the UNA teams, who did not receive acute or intermediate care by estimating their most likely utilization and location of care. It assumes that regardless of the comments and reasons added at a later date to their files, if there had been no barriers at the time of clinical evaluation, they likely would have used resources.

- Backlogs appeared to occur primarily at the CMF-APP and at SVPP. Therefore the proportion of UNA inmates who did not receive care was distributed to these two facilities in the proportion of CMF-APP/SVPP wait lists (11:89).

- For SVPP and CMF-APP, FY2005 and 2006 discharge and census rates/1,000 were calculated by adding estimated potential usage from the unserved UNA inmates and the wait list data to historical data. These "composite" rates were then used with rates from 2002-2004 to estimate future rates for the bed need forecast.

5

00021



# Modeling using Census Rate vs. Discharge Rate Methods

## Discharge Rate/ALOS Method

- A population-based model ( rate x population = volume projection)

- Requires discharge data (usually available at the record level) from DMH or CADDIS.

- Rate calculation:  Discharges for a period (e.g. year) per 1,000 population in that year.

- Average Length of Stay – total discharge days (i.e. sum of discharge date – admission date) / total discharges for a year.

- Calculations: (POP x Disch Rate/ 1000) x ALOS = patient days.  Patient day projection / 365 = ADC. ADC/ occupancy standard (90% or 95%) = Bed need.

- Advantages:  allows for more assumptions –

  - Increasing discharge rate may imply greater morbidity in the population. Steady discharge rate implies that incidence may have leveled off.

  - Average length of stay can be trended and modeled to increase/decrease or remain constant. ALOS effected by
    - Case management
    - New drugs/ technology reducing need for long stay

## Census Rate Method

- Also a population-based model ( rate x population = volume projection)

- This method requires periodic (daily, weekly, bi-monthly, etc) census counts by program from HCPU.

- Rate calculation:  Average of periodic (daily/monthly) census for the year / population.

- Calculations: (POP x Census Rate/ 1000) = patient days.  Patient day projection / 365 = ADC. ADC/ occupancy standard (90% or 95%) = Bed need.

- Advantages:

  - Simpler, easy to calculate
  - Can be run using data that is available more consistently

6

00022



# UNA Case Disposition



## UNA Case Disposition

Patton State, 10, 2%

Paroled/Deceased (3),
57, 11%

Clinical Improvement -
Referral recinded, 42,
8%

Waitlist/ Other reason
not referred, 95, 19%

SVPP, 70, 14%

DTP/IC, 20, 4%

ASH, 65, 13%

CMF-APP, 153, 29%

Sources include the "DMH Database" from CDCR and CADDIS database from HCCUP. Initial program admissions following the UNA site visit are represented in the chart for those inmates using two or more programs after the initial referral. Records for inmates among the UNA study's 512 inmates who were not admitted to a program as of the end dates for these databases where grouped into general categories represented by the "blue" sections on the chart above. Overall 62% of the 512 were admitted to a DMH program.

(One inmate who was paroled and then admitted to Napa State Hospital is counted in the "Paroled" section but not counted in the "non-referred" group.)

Mental Health Bed Need Study Update

7

00023

# UNA Distribution by Care Setting

## Distribution of UNA inmates by Disposition

| | UNA Transferred | Paroled | Not Transferred - Clinical Improvement | Not Transferred - Waitlist/ Other reason | Total |
|---|---|---|---|---|---|
| Inmates | 313 | 56 | 42 | 95 | 512 |
| % of Total | 62% | 11% | 8% | 19% | 100% |

## Distribution of Transferred UNA inmates by Care Setting

| Facility | Disch | ALOS | Patient Days (est) | ADC est. | ALOS | Percent Cases by Care Setting | Percent ADC by Care Setting |
|---|---|---|---|---|---|---|---|
| Atascadero (ICF) | 65 | 159 | 10,320 | 28 | 206 | 20% | 27% |
| CMF-APP | 153 | 108 | 16,488 | 45 | 49 | 48% | 43% |
| Day Treatment / ICF at CMF | 20 | 138 | 2,756 | 8 | 149 | 6% | 7% |
| Salinas Valley PP | 70 | 109 | 7,601 | 21 | 101 | 22% | 20% |
| Patton State Hosp | 10 | 134 | 1337 | 4 | 142 | 3% | 3% |
| Napa State Hosp | 1 | 63 | 63 | 0 | 202 | 0% | 0% |
| Total | 319 | 95 | 38,565 | 106 | 104 | 100% | 100% |

## Potential Distribution of UNA inmates who were not Transferred

| Facility | Percent by Care Setting | Potential Discharges | ALOS | Pt. Days | ADC | 2006 ADC @ 80% | 2006 ADC @ 20% | 2005 Disch @ 80% | 2006 Disch @ 20% |
|---|---|---|---|---|---|---|---|---|---|
| CMF- APP | 11% | 21 | 49 | 1,040 | 3 | 2 | 1 | 17 | 4 |
| Salinas Valley PP | 89% | 172 | 101 | 17,349 | 48 | 38 | 10 | 137 | 34 |
| Total | 100% | 193 | 95 | 18,389 | 50 | 40 | 11 | 154 | 39 |

*Available wait list data for 2005-2006 was roughly 89:11 for SVPP:CMF-APP. This ratio was also assumed for the UNA inmates who were not referred. Use by the other facilities (ASH, CMF-IC, and Patton) was considered negligible due to better access. The estimated census of untreated UNA inmates was spread between FY05 and FY06 using the actual UNA inmate patient day distribution over these periods.*

8

Mental Health Bed Need Study Update

# Forecast Index

- Acute Psychiatric Inpatient - Males — p.10-14
- Acute and Intermediate Inpatient – Females — p.15
- Intermediate Psychiatric Inpatient – Males — p. 16-20
- Mental Health Crisis Beds – Males — p. 21-22
- Mental Health Crisis Beds – Females — p. 23
- EOP – General Pop – Males — p. 24
- EOP – Ad Seg – Males — p. 25
- PSU (Psychiatric Services Unit) — p. 26
- EOP – General Pop – Females — p. 27
- EOP – Ad-Seg — p. 28
- CCCMS – Males — p. 29
- CCCMS – Females — p. 30
- Summary of Program Capacity & Bed Need — p. 31

9

00025



# Acute Psychiatric Inpatient Bed Need – Male (Discharge Rate Method 1)

## Acute Inpatient Program at California Medical Facility (CMF) Bed Need Forecast – Discharge Rate Model

| Acute Psychiatric Program (CMF) | --- Actual --- | | | Estimates /a | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Discharges /1000 Males b/ | 6.96 | 4.92 | 6.74 | 7.00 | 7.62 | 7.73 | 7.82 | 7.88 | 7.91 | 7.91 |
| Discharges from databases | 1031 | 742 | 1031 | 1056 | 988 | | | | | |
| Dischs - UNA est. unserved c/ | - | - | | 17 | 4 | | | | | |
| Discharges "net UNA" on Waitlist (est) | | - | | | 225 | | | | | |
| Total Discharge Est. & Forecast | | | | 1,073 | 1,217 | 1280 | 1331 | 1372 | 1399 | 1417 |
| ALOS d/ | 58.2 | 58.3 | 49.3 | 46.8 | 52.0 | 52 | 52 | 52 | 52 | 52 |
| PDs | 59,977 | 43,778 | 50,869 | 50,167 | 63,292 | 66,595 | 69,232 | 71,361 | 77,786 | 73,699 |
| Average Daily Census | 164 | 119 | 139 | 137 | 173 | 182 | 190 | 196 | 199 | 202 |
| Wait list @ 90th Percentile e/ | | | | | 32 | | | | | |
| Bed Need (90% Occ) | 183 | 132 | 155 | 153 | 193 | 203 | 211 | 217 | 222 | 224 |
| Discharge Rate Adj. Factor f/ | | | | | 1.9% | 1.5% | 1.1% | 0.8% | 0.4% | 0.0% |
| CDCR "Bed Projections.xls" | 163 | 156 | 150 | 179 | 259 | 316 | 380 | 451 | 527 | 531 |

a/ Revised DMH data was used. FY05 data was complete. FY06 annualized from 11 months.
b/ Discharge Rate includes potential discharges estimated for UNA inmates not transferred and wait list cases.
c/ Distribution of discharges during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006
d/ ALOS has fluctuated but with an overall drop from 2002/2006 of over 5 days. Assume constant at 2006 level (52.0)
e/ CMF-APP averaged 13.5 for FY06. No wait list reported prior to July 2005. Due to great variability by month the 90th percentile (32) was used instead of the average to help improve bed availability for monthly fluctuations.
f/ Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase of 9.5% between 2002 and 2006.

*The difference from the CDCR forecast is due in part to UNA assumptions and in part on the discharge rate adjustment factor calculation. Also, a fresh download of data by DMH was recently provided to CDCR that allowed accurate rates versus previous estimates. Utilization of UNA inmates who were transferred to a DMH program was identified from the historical databases. (i.e. a portion of the UNA inmates were identified in the CMF discharge data for the periods FY05 & FY06). The remainder "UNA est. unserved" was allocated based on the distribution of UNA inmates transferred to CMF-APP versus the Intermediate programs and wait list data. The discharge rate was ramped up based on the historical trend.*



# Acute Psychiatric Bed Need – Male
## (Method 1) Cont'd



Discharge Rate Trends - CMF-APP

- Discharges /1,000 Males
- Projected Discharges /1,000

Data points: 6.96 (2002), 4.92 (2003), 6.74 (2004), 7.00 (2005), 7.62 (2006), 7.73, 7.82, 7.88, 7.91, 7.91

The Discharge Rate for FY05 & FY06 was modeled higher to account for UNA inmates not transferred and for the wait list. A factor for continued growth in the Discharge Rate was made by taking the change between 2002 and 2006, then assuming that the average annual change would slow such that 2011 the rate is constant. This assumes increasing rates of acute psychiatric care usage in the male prison population.

11

Mental Health Bed Need Study Update



# Wait List Trend at CMF- Acute Psychiatric Program



*Wait List Census Trend at CMF-APP*

**Maximum Wait List = 40;  90th Percentile = 32;  Median = 11**

**Data on the CMF Wait List was available from July 2005. Spikes in the Wait List are clear from mid-November through January.**

Data source:  Department of Mental Health Vacaville Psychiatric Program-Acute Program Daily Review submitted to CDCR.
No evidence of Waitlist prior to July 12, 2005

12

Mental Health Bed Need Study Update



# Acute Psychiatric Bed Need – Male
## (Census Rate Method 2)

## Acute Inpatient Program at California Medical Facility (CMF) Bed Need Forecast – Census Rate Model

| Acute Psychiatric Program (CMF) | --- Actual --- | | | Estimates a/ | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,869 | 153,323 | 159,128 | 163,554 | 169,172 | 174,084 | 176,890 | 179,110 |
| Census Rate b/ | 0.92 | 0.94 | 0.89 | 0.85 | 1.07 | 1.10 | 1.13 | 1.14 | 1.15 | 1.15 |
| ADC from databases | 137 | 142 | 136 | 129 | 138 | | | | | |
| ADC - UNA est. unserved c/ | | | | 2 | 1 | | | | | |
| ADC "net UNA" on wait list d/ | | | | | 31 | | | | | |
| Total ADC Est. & Forecast | | | | 131 | 170 | 182 | 191 | 199 | 201 | 206 |
| Bed Need (90% Occ) | 152 | 157 | 151 | 146 | 189 | 202 | 213 | 221 | 226 | 229 |
| Census Rate Adj. Factor e/ | | | | | 3.9% | 3.1% | 2.3% | 1.5% | 0.8% | 0.0% |
| CDCR "Bed Projections.xls" | 163 | 156 | 150 | 179 | 259 | 316 | 380 | 451 | 527 | 531 |

a/ FY05 HCPU data was complete. FY06 based on July 2005-Feb 2006.
b/ Census rate includes potential census estimated for UNA inmates not transferred - and - includes Wait List estimate.
c/ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006
d/ CMF-APP averaged 13.5 for FY06. No wait list reported prior to July 2005. Due to great variability by month the 90th percentile (37) was used instead of the average to help improve bed availability for monthly fluctuations.
e/ Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase of 3.9% between 2002 and 2006.

*Difference in forecasts (CDCR and Navigant) due in part to UNA assumptions and in part on use rate ramp-up assumption. Also forecasts were revised with "repaired" DMH data. Some of the UNA utilization is in the base Census Rate (b/). The remainder "UNA est. unserved" was allocated based on the distribution of UNA inmates transferred to CMF-APP versus the Intermediate programs and wait list data. The census rate was ramped up based on the historical trend between 2002 and 2006 and the composite rate calculated for 2006.*

Mental Health Bed Need Study Update

13

00029

# Acute Psychiatric Bed Need – Male
### (Method 2) Cont'd



## Census Rate Trends at CMF-APP

The Census Rate was increased for UNA inmates and for the Wait list estimate in FY05 and FY06. A factor for continued growth in the Census Rate was made by taking the change between 2002 and 2006, then assuming that the average annual change would slow such that 2011 the rate is constant. This assumes increasing rates of acute psychiatric care usage in the male prison population.

14

