***COLEMAN v. SCHWARZENEGGER***
**CASE NO. CIV S-90-0520-LKK-JFM-P**
**EXHIBIT A2**
**DEFENDANTS' SUBMISSION OF RESPONSE**
**TO COURT ORDER REQUIRING AMENDED**
**LONG-TERM BED PLAN**

# Acute & Intermediate Bed Need – Women

## Patton State Hospital Acute and Intermediate Programs

| Acute & Intermediate - Females | --- Actual --- | | | | Estimate a/ | | --- Forecast --- | | |
|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Female CDC Population | 9,826 | 10,060 | 10,641 | 10,856 | 11,720 | 12,184 | 12,639 | 13,270 | 13,803 | 14,085 |
| Discharges /1000 Females b/ | 10.0 | 7.4 | 7.3 | 8.8 | 6.1 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 |
| Discharges | 98 | 75 | 78 | 96 | 71 | 90 | 94 | 98 | 102 | 104 |
| ALOS | 94 | 117 | 79 | 123 | 124 | 124 | 124 | 124 | 124 | 124 |
| ADC | 25 | 24 | 17 | 32 | 24 | 31 | 32 | 33 | 35 | 35 |
| Bed Need @ 90% Occ | 28 | 27 | 19 | 36 | 27 | 31 | 35 | 37 | 39 | 39 |

a/ FY06 discharge rate annualized from 11 months
b/ Discharge rate adjustment factor not used due to drop in rate. However, assumed an average discharge rate from latest 3 year period.



*Discharge Rate Trends - Patton State*

Forecast assumes a constant discharge rate because
historical data show a generally decreasing trend.
However the future constant rate was estimated by the
average for the period 2003-2006. Volumes were limited
to PC2684 *(CDC inmates referred to DMH for treatment).*

Source: DMH database 2006.xls

Mental Health Bed Need Study Update

15

00031

# Intermediate Psychiatric Bed Need – Male
## (Discharge Rate – Method 1)

### CMF - ICF

| Fiscal Year | --- Actual --- | | | Estimate | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Bed Need (90% Occ) | 41 | 41 | 40 | 46 | 65 | 68 | 70 | 71 | 72 | 73 |

### CMF - DTP

| Fiscal Year | --- Actual --- | | | Estimate | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Bed Need (90% Occ) | 46 | 47 | 45 | 43 | 45 | 47 | 48 | 50 | 50 | 51 |

### SVPP

| Fiscal Year | --- Actual --- | | | Estimate a/ | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,453 | 150,851 | 152,459 | 153,233 | 153,729 | 165,554 | 176,172 | 174,864 | 176,499 | 176,440 |
| Discharges /1000 Males b/ | | | 0.44 | 1.07 | 2.97 | 3.41 | 3.79 | 4.07 | 4.22 | 4.22 |
| Discharges from databases | | | 67 | 137 | 118 | | | | | |
| Disch - UNA est, unserved c/ | | | | 11 | 34 | | | | | |
| Discharges "net UNA" on Waitlist (est) | | | | | 522 | | | | | |
| Total Discharge Est. & Forecast | | | | 796 | 475 | 565 | 645 | 709 | 747 | 757 |
| ALOS d/ | | | 102 | 141 | 115 | 115 | 115 | 115 | 115 | 115 |
| PDs | | | 6,840 | 40,470 | 54,400 | 64,743 | 73,948 | 81,256 | 85,826 | 86,700 |
| Average Daily Census (disch days) | | | 19 | 111 | 149 | 177 | 203 | 223 | 235 | 238 |
| Wait List Average Census | | | | 41 | 112 | | | | | |
| Bed Need (90% Occ) | | | | | 166 | 197 | 225 | 247 | 261 | 264 |
| Discharge Rate Adj. Factor e/ | | | | | 0.15 | 0.11 | 0.07 | 0.04 | - | |

### ASH

| Fiscal Year | --- Actual --- | | | Estimate a/ | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,453 | 150,851 | 152,459 | 153,233 | 154,729 | 165,554 | 176,172 | 174,864 | 176,499 | 176,440 |
| Discharges /1000 Males b/ | 1.15 | 1.27 | 1.01 | 1.13 | 1.39 | 1.44 | 1.48 | 1.52 | 1.54 | 1.54 |
| Discharges | 170 | 192 | 154 | 174 | 221 | 239 | 253 | 265 | 272 | 275 |
| ALOS d/ | 261 | 268 | 272 | 186 | 208 | 208 | 208 | 208 | 208 | 208 |
| PDs | 44,305 | 51,537 | 41,950 | 32,344 | 46,172 | 49,848 | 52,840 | 55,181 | 56,854 | 57,365 |
| Average Daily Census (Disch days) | 121 | 141 | 115 | 89 | 126 | 137 | 145 | 151 | 155 | 157 |
| Bed Need (90% Occ) | 135 | 157 | 128 | 98 | 141 | 152 | 161 | 168 | 172 | 175 |
| Discharge Rate Adj. Factor e/ | | | | | 5.2% | 4.2% | 3.1% | 2.1% | 1.0% | 0.0% |

### All Intermediate - Combined

| Fiscal Year | --- Actual --- | | | Estimate a/ | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| ADC | 200 | 220 | 210 | 279 | 375 | 417 | 454 | 482 | 500 | 607 |
| Bed Need (90% Occ) | 222 | 245 | 233 | 310 | 417 | 464 | 504 | 536 | 556 | 563 |
| | | | | | | | | | | |
| CDCR "Bed Projections.xls" | 257 | 244 | 237 | 221 | 535 | 548 | 574 | 605 | 626 | 641 |

a/ FY06 discharges & rate annualized from 11 months data.
b/ Discharge Rates include potential discharges estimated for UNA inmates not transferred and for CMF APP & SVPP wait list average for 2005 & 2006.
c/ Distribution of cases during UNA study of transferred inmates: 80% in FY2005, 20% in FY2006
d/ ALOS assumed constant
e/ Assumes that rates will continue to increase at a decelerating rate to 2011. ASH based on an average between 2002-2006 SVPP based on overall Intermediate census trend.

*CMF-ICF and CMF-DTP breakouts are not available at the discharge level from DMH. The "census method" results are shown in the chart above. The difference in this and the CDCR forecast is due in part to UNA assumptions and in part on the discharge rate ramp-up assumptions. The majority of UNA utilization is in the base discharge rates. The remainder "UNA est. unserved" was allocated to SVPP because of the apparent lack of wait lists at the other facilities. The discharge rate for SVPP was modeled to increase based on the overall annual rate of Intermediate care between 2002 -2006. This is due to SVPP's status as a relatively new program.*

Mental Health Bed Need Study Update

00032

# Intermediate Psychiatric Bed Need – Male
## (Census Rate Method 2)

### CMF - ICF

| Fiscal Year | Actual | | | Estimate a/ | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,453 | 150,851 | 152,459 | 151,123 | 159,723 | 165,554 | 176,472 | 174,984 | 176,890 | 179,110 |
| Census Rate b/ | 0.25 | 0.24 | 0.23 | 0.27 | 0.37 | 0.37 | 0.37 | 0.37 | 0.37 | 0.37 |
| ADC (HCPU data) | 37 | 37 | 36 | 41 | 59 | 61 | 63 | 64 | 65 | 66 |
| Bed Need (90% Occ) | 41 | 41 | 40 | 46 | 65 | 68 | 70 | 71 | 72 | 73 |

### CMF - DTP

| Fiscal Year | Actual | | | Estimate a/ | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,453 | 150,851 | 152,459 | 151,123 | 159,723 | 165,554 | 176,472 | 174,984 | 176,890 | 179,110 |
| Census Rate b/ | 0.28 | 0.28 | 0.27 | 0.25 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 |
| ADC | 42 | 42 | 41 | 39 | 41 | 42 | 44 | 45 | 45 | 46 |
| Bed Need (90% Occ) | 46 | 47 | 45 | 43 | 45 | 47 | 48 | 50 | 50 | 51 |

### SVPP

| Fiscal Year | Actual | | | Estimate a/ | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,453 | 150,851 | 152,459 | 151,123 | 159,723 | 165,554 | 176,472 | 174,984 | 176,890 | 179,110 |
| Census Rate b/ | | | 0.35 | 0.60 | 1.00 | 1.11 | 1.19 | 1.26 | 1.29 | 1.29 |
| ADC (from HCPU database) | | | 11 | 30 | 10 | | | | | |
| ADC - UNA est. unserved c/ | | | | 3 | 102 | | | | | |
| ADC on Waitlist ("net" UNA) | | | 43 | 59 | 48 | | | | | |
| Total ADC Est. & Forecast | | | 54 | 92 | 160 | 183 | 203 | 219 | 228 | 231 |
| Bed Need (90% Occ) | | | 60 | 102 | 178 | 204 | 226 | 243 | 254 | 257 |

### ASH

| Fiscal Year | Actual | | | Estimate a/ | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,453 | 150,851 | 152,459 | 151,123 | 159,723 | 165,554 | 176,472 | 174,984 | 176,890 | 179,110 |
| Census Rate b/ | 1.01 | 0.88 | 0.65 | 0.76 | 0.73 | 0.75 | 0.75 | 0.76 | 0.76 | 0.78 |
| ADC (HCPU data) | 150 | 132 | 100 | 117 | 116 | 126 | 129 | 132 | 135 | 136 |
| Bed Need (90% Occ) | 167 | 147 | 111 | 130 | 129 | 140 | 144 | 147 | 150 | 151 |

### All Intermediate - Combined

| Fiscal Year | Actual | | | Estimate a/ | | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| ADC | 228 | 211 | 231 | 268 | 376 | 413 | 439 | 460 | 473 | 479 |
| Bed Need (90% Occ) | 254 | 234 | 256 | 320 | 418 | 458 | 488 | 511 | 526 | 533 |
| CDCR "Bed Projections.xls" | 257 | 244 | 237 | 221 | 535 | 548 | 574 | 605 | 626 | 641 |

a/ HCPU census data incl. annualized 2006 (from 8 mo through 2.23.06.

b/ Census rate for 2005 and 2006 includes potential census estimated for UNA inmates not transferred and for SVPP the wait list allocation. SVPP census rate was projected to increase at a decreasing rate until 2011 when it becomes constant. The other intermediate programs were forecast using a constant census rates.

c/ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006

*Difference in forecasts due in part to UNA assumptions and in part on use rate ramp-up assumptions. The majority of UNA utilization is in the base census rates. The remainder "UNA est. unserved" was allocated to SVPP because of the apparent lack of wait lists at the other facilities. In general, a constant census rate was assumed for CMF-IC CMF DTP and for ASH at the 2005 or 2006 level (whichever was higher) as there was no clear increasing trend exclusive of UNA (already added to the rates shown above). The census rate however for SVPP was modeled to increase based on the overall annual rate of intermediate care between 2002-2006 (assuming a slowdown to a constant level by 2011).*

Mental Health Bed Need Study Update

00033

# Intermediate Male Psychiatric Discharge Rate Trends & Projections – ASH and SVPP



SVPP Discharge Rate Trend & Projection



ASH Discharge Rate Trend and Forecast

Mental Health Bed Need Study Update

00034

# Intermediate Psychiatric Bed Need - Male



SVPP Wait List Trend

Mental Health Bed Need Study Update

00035



# Census Rate Trend at SVPP



*The new and expanding facility at Salinas Valley appears to have taken up the burden of the growth in demand for intermediate level care. As a newer facility it is serving previously unmet need but the census rate would be expected to level off.*

20

Mental Health Bed Need Study Update

00036

# Mental Health Crisis Bed Need – Male: 2 Methods

**MHCB - Males**

| Fiscal Year | ---Actual--- | | | | Estimate a/ | ... Forecast ... | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 153,728 | 165,554 | 170,172 | 174,064 | 176,890 | 179,110 |
| Disch Rate a/ | 51.10 | 52.11 | 56.35 | 51.92 | 54.13 | 54.13 | 54.13 | 54.13 | 54.13 | 54.13 |
| Discharges | 7670 | 7861 | 8613 | 7980 | 8646 | 8962 | 9,212 | 9,423 | 9,576 | 9,695 |
| ALOS b/ | 8.0 | 7.6 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 |
| Disch Days | 60,402 | 59,618 | 61,854 | 57,424 | 62,375 | 64,560 | 66,453 | 67,981 | 69,077 | 69,944 |
| ADC | 165 | 163 | 169 | 157 | 171 | 177 | 182 | 186 | 189 | 192 |
| Wait List Census | | | | 53 | 50 | 50 | 50 | 50 | 50 | 50 |
| Total ADC | 165 | 163 | 169 | 210 | 221 | 227 | 232 | 236 | 239 | 242 |
| **Bed Need (90% Occ)** | 184 | 181 | 188 | 234 | 245 | 252 | 258 | 262 | 266 | 268 |

a/ Discharges per 1000 dropped in 2005 - assumed average of 2004 and 2005 as a constant going forward.
b/ Assume steady ALOS of 7.21 going forward

**Method 2 - Census Rate**

**MHCB - Males**

| Fiscal Year | ---Actual--- | | | | Estimate a/ | ... Forecast ... | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 153,728 | 165,554 | 170,172 | 174,064 | 176,890 | 179,110 |
| Census Rate b/ | 1.11 | 1.16 | 1.13 | 1.38 | 1.28 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 |
| ADC | 165 | 174 | 173 | 212 | 205 | 220 | 226 | 232 | 235 | 238 |
| **Bed Need (90% Occ)** | 183 | 194 | 192 | 235 | 227 | 245 | 252 | 257 | 261 | 265 |

a/ Based on average of 8 months through 2/25/06
b/ Assumed an average of 2005 & 2006 rates due to a fluctuating census rate. Rate adjustment factor not used due to rate drops.

**Census data breakdown**

| | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| ADC - MHCB (Male) | 134 | 142 | 165 | 151 | 147 |
| Wait List | | | | 53 | 50 |
| CMC est | 22 | 25 | | | |
| SQ est | 8 | 7 | 7 | 7 | 7 |
| Totals | 165 | 174 | 173 | 212 | 205 |

*Method 1 uses the "Discharge and ALOS" type model, as data appeared complete, and comparable to the HCPU census averages. Despite the drop in the discharge rate in FY05, the discharge rate and ALOS were assumed to remain constant at the average of FY04 & FY05 throughout the forecast period. Method 2 uses the "census rate" approach. Despite a drop in the census rate in FY06, an average rate from period FY05-FY06 was used in the forecast years.*

21

Mental Health Bed Need Study Update

00037

# Mental Health Crisis Bed Need – Male: 2 Methods

**Model I Discharge Rate Trends**



*Discharge Rate Trends - MHCB Males*

**Model 2 Census Rate Trends**



*Census Rate Trends - MHCB Males*

Mental Health Bed Need Study Update

22

00038

# Mental Health Crisis Bed Need – Female (Discharge Rate Method)

| MHCB - Females | --- Actual --- | | | Estimate a/ | | --- Forecast --- | | |
|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 06) - Female | 10,080 | 10,641 | 10,856 | 11,720 | 12,184 | 12,639 | 13,270 | 13,603 | 14,085 |
| Disch Rate | 68.15 | 72.46 | 71.85 | 84.23 | 89.53 | 93.75 | 96.70 | 98.22 | 98.22 |
| Discharges b/ | 687 | 771 | 780 | 987 | 1,001 | 1,185 | 1,283 | 1,356 | 1,383 |
| ALOS c/ | 4.1 | 3.9 | 4.1 | 5.3 | 5.3 | 5.3 | 5.3 | 5.3 | 5.3 |
| Disch Days | 2,820 | 2,986 | 3,229 | 5,199 | 5,745 | 6,240 | 6,758 | 7,140 | 7,286 |
| Total ADC | 8 | 8 | 9 | 14 | 16 | 17 | 19 | 20 | 20 |
| Bed Need (90% Occ) | 9 | 9 | 10 | 16 | 17 | 19 | 21 | 22 | 22 |
| Discharge Rate Adj. Factor | | | | 7.9% | 6.3% | 4.7% | 3.1% | 1.6% | 0.0% |

a/ Annualized using FY06 data through 2/7/06
b/ Includes CCWF and CIW's unit which serves as a crisis unit
c/ Fluctuating ALOS - assume constant at the highest 2006 level
d/ Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase between 2003 and 2006.



MHCB Female - Discharge Rate Trends and Projections

Forecast uses a discharge rate adjustment because historical data show an increasing trend since 2003. The model uses HCCUP data for CCWF and for CIW's – OHU with Psych admissions.

CCWF currently is the only prison with women's MHCB however the OHU at CIW appears to serve a closely related function as the CIW MHCB is still in the planning stages.

(Original Census Rate method was not revised since HCPU does not collect the OHU data with detail on psych).

Mental Health Bed Need Study Update

23

00039

# EOP General Population Bed Need - Male

| EOP-GP Need - Males | 2003 | --- Actual --- 2004 | 2005 | 2006 | 2007 | 2008 | --- Forecast --- 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Male CDC Population | 150,851 | 152,859 | 153,323 | 158,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Census /1000 males | 18.12 | 18.31 | 18.93 | 20.39 | 21.07 | 21.60 | 21.96 | 22.14 | 22.14 |
| Avg census a/ | 2,733 | 2,798 | 2,902 | 3,257 | 3,488 | 3,676 | 3,823 | 3,917 | 3,966 |
| Bed Need @ 95% Occ | 2,877 | 2,946 | 3,055 | 3,428 | 3,672 | 3,869 | 4,024 | 4,123 | 4,175 |
| Census Rate Adjustment factor b/ | | | | 4.2% | 3.3% | 2.5% | 1.7% | 0.8% | 0.0% |
| Census Rate Adjustment as % of total c/ | 35.7% | 33.8% | 33.9% | 32.6% | 32.6% | 32.6% | 32.6% | 32.6% | 32.6% |
| Level III Bed Need (95%) | 1,849 | 1,950 | 2,020 | 2,312 | 2,476 | 2,609 | 2,714 | 2,781 | 2,816 |
| Level IV Bed Need (95%) | 1,028 | 995 | 1,034 | 1,116 | 1,196 | 1,260 | 1,310 | 1,343 | 1,359 |
| Total III + IV | 2,877 | 2,946 | 3,055 | 3,428 | 3,672 | 3,869 | 4,024 | 4,123 | 4,175 |
| CDCR "Bed Projections.xls" | 2,732 | 2,800 | 2,899 | 3,308 | 3,723 | 3,906 | 4,206 | 4,328 | 4,367 |

a/ Source: IICPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month

b/ Assumes that rates will continue to increase but at a decelerating rate to 2011. Based on an increase of 12.5 between 2003 and 2006.

c/ Ratio of Level IV/ Total (calculated from endorsed EOP data has changed from 34.1% (2002); 35.7% (2003); 33.8% (2004); 33.9% (2005)) to 32.6% (2006 est). Assume constant at FY06 level.



### Census Rate Trend/Forecast

*The forecast uses a census rate adjustment because historical data show an increasing trend. Ratio of Level IV to Total EOP has dropped somewhat in last 3 years. CDCR historical and forecasted levels are somewhat higher.*

24

Mental Health Bed Need Study Update

00040

# EOP Ad-Seg Bed Need - Male

| Ad-Seg EOP Need - Males | --- Actual --- | | | | --- Forecast --- | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Male CDC Population | 150,351 | 152,859 | 153,523 | 159,728 | 165,554 | 170,472 | 174,064 | 176,090 | 179,110 |
| Census /1000 males | 2.55 | 2.75 | 2.59 | 3.10 | 3.28 | 3.43 | 3.53 | 3.58 | 3.58 |
| Avg census a/ | 385 | 420 | 398 | 496 | 544 | 583 | 614 | 633 | 641 |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 572 | 614 | 646 | 666 | 675 |
| Census Rate Adjustment factor b/ | | | | 7.3% | 5.8% | 4.4% | 2.9% | 1.5% | 0.0% |
| | 401 | 441 | 421 | 474 | 501 | 522 | 530 | 549 | 555 |

CDCR from "Def Projections.xls"

a/ Source: HCPU Management Information Reports K1-1 through K1-4 for the first downloaded day of each month

b/ Assumes that rates will continue to increase but at a decelerating rate to 2011. Based on an increase of 22% (avg. 6.6%/yr) between FY2003 and 2006.



## *Census Rate Trend/Forecast*

*The forecast uses a census rate adjustment because historical data show an increasing trend. CDCR historical and forecasted levels are lower than this model due to differences in calculation of the adjustment factor.*

Mental Health Bed Need Study Update

25

# Psychiatric Services Unit (PSU) for Men - Bed Need

| PSU for Males | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Male Level IV Population | 25,610 | 26,185 | 26,785 | 25,975 | 27,270 | 28,430 | 29,545 | 30,585 | 31,560 | 32,475 |
| Census /1000 males | 9.01 | 10.21 | 9.91 | 11.25 | 10.70 | 11.10 | 11.41 | 11.63 | 11.74 | 11.74 |
| Avg census | 231 | 267 | 265 | 292 | 292 | 316 | 337 | 356 | 370 | 381 |
| Bed Need @ 95% Occ | 243 | 281 | 279 | 308 | 307 | 332 | 355 | 374 | 390 | 401 |
| Census Rate Adjustment factor b/ | | | | | 4.7% | 3.7% | 2.8% | 1.9% | 0.9% | 0.0% |
| CDCR from "Bed Projections.xls" | 246 | 255 | 253 | 246 | 268 | 316 | 337 | 354 | 366 | 375 |

a/ based on 6 months FY06

b/ This adjustment takes the historical change in rate/1000 for 4 years (18.7%), and assumes that since it is a positive increase, that it will increase each year at a decreasing rate such that by 2011 it is static



Census Rate Trends in PSU

*Forecast uses a census rate adjustment because historical data show an increasing trend. The draft model uses HCPU data which includes waiting list data. CDCR historical and forecasted levels are somewhat lower.*

Source: HCPU – "2006-PSU.xls"

Mental Health Bed Need Study Update

26

00042

# EOP General Population Bed Need - Female

| EOP-GP Need - Females | --- Actual --- | | | | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 06) - Female | 9,836 | 10,080 | 10,641 | 10,856 | 11,720 | 12,184 | 12,639 | 13,270 | 13,803 | 14,085 |
| Census /1000 Females | 12.62 | 12.07 | 13.20 | 14.99 | 15.67 | 16.43 | 17.00 | 17.44 | 17.65 | 17.65 |
| Avg census a) | 124 | 125 | 141 | 163 | 184 | 200 | 215 | 231 | 244 | 249 |
| Bed Need @ 95% Occ | 131 | 131 | 149 | 171 | 193 | 211 | 227 | 244 | 256 | 262 |
| Census Rate Adjustment factor b) | | | | | 6.0% | 4.8% | 3.6% | 2.4% | 1.2% | 0.0% |
| CDCR from "Bed Projections.xls" | 131 | 132 | 147 | 166 | 185 | 209 | 221 | 233 | 241 | 245 |

a) Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Includes EOPs in RC's.
b) Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase of 24% between 2002 and 2006.

## *Census Rate Trend*



*Historical data show an increasing trend. Both this forecast and CDCR's use an increasing census rate adjustment factor. Both forecasts indicate a future deficit from the current 180 beds.*

Source: female-eop-2006.xls

27

Mental Health Bed Need Study Update

00043

# EOP Ad-Seg Bed Need - Female

| EOP-AdSeg Need - Females | --- Actual --- | | | | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Female CDC Population | 9,826 | 10,080 | 10,641 | 10,855 | 11,720 | 12,184 | 12,639 | 13,270 | 13,803 | 14,085 |
| Census /1000 Females | 1.42 | 0.64 | 0.91 | 1.28 | 1.44 | 1.45 | 1.45 | 1.46 | 1.46 | 1.46 |
| Avg census a/ | 14 | 7 | 10 | 14 | 17 | 17.61 | 18.36 | 19.34 | 20.15 | 20.56 |
| Bed Need @ 95% Occ | 15 | 7 | 10 | 15 | 18 | 19 | 19 | 20 | 21 | 22 |
| Census Rate Adjustment factor b/ | | | | | 0.8% | 0.6% | 0.5% | 0.3% | 0.2% | 0.0% |
| | 15 | 7 | 11 | 15 | 16 | 17 | 18 | 18 | 18 | |

CDCR from "Bed Projections.xls"
a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Includes EOPs in RC's
b/ Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase of 0.8% between 2002 and 2006

*Forecast uses a census rate adjustment because historical data show a slightly increasing trend. Because of the unusual drop in 2003, future forecasts should monitor census rates closely for changing trends.*



## Census Rate Trend/Forecast

Legend: — Census /1000 Females — Projected Census/1,000

28

Mental Health Bed Need Study Update

00044



# CCCMS - Male

| CCCMS - Males | | | | | | | Actual | | --- Forecast --- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Male Population (Spring 05) a/ | 150,785 | 148,453 | 150,361 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,083 | 176,890 | 179,110 |
| Male Rate/1,000 b/ | 111 | 116 | 126 | 136 | 145 | 140 | 157 | 166 | 172 | 177 | 179 |
| CCCMS Census & Forecast | 16,724 | 17,119 | 18,712 | 20,501 | 22,070 | 23,575 | 26,075 | 28,224 | 30,022 | 31,316 | 32,129 |
| Census Rate Adj. Factor b/: | | | | | | | | | | | |
| Cuclt from "Bed Projections.xls" | 16,486 | 16,914 | 18,724 | 20,468 | 22,042 | 23,469 | 24,410 | 25,191 | 25,799 | 26,206 | 26,443 |
| | | | | | | 6.6% | 5.3% | 4.0% | 2.7% | 1.3% | 0.0% |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2011. Based on an increase of 33% and an average annual increase of 6.6% between 2001 and 2006.



### CCCMS - Male Census Trend (HCPU)

### CCCMS Male Rate/1,000



*Historical data show an increasing trend. Both this forecast and CDCR's use an increasing census rate adjustment factor. CCCMS forecast is 21% higher than CDCR's.*

29

00045

# CCCMS - Female



## CCCMS - Females

| Fiscal Year | --- Actual --- | | | | | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 06) - Female | 10,712 | 9,826 | 10,080 | 10,611 | 10,856 | 11,720 | 12,181 | 12,639 | 13,270 | 13,303 | 11,085 |
| Female Rate/1,000 a/ | 197 | 223 | 230 | 210 | 210 | 221 | 225 | 228 | 231 | 232 | 232 |
| CCCMS Census & Forecast | 2,105 | 2,194 | 2,322 | 2,237 | 2,283 | 2,587 | 2,742 | 2,887 | 3,061 | 3,199 | 3,265 |
| | | | | | | | | | | | |
| Census Rate Adj. Factor b/ | | | | | | 7.5% | 7.0% | 1.5% | 1.0% | 0.5% | 0.0% |
| CDCR from "Bed Projections.xls | 2,099 | 2,110 | 2,323 | 2,237 | 2,315 | 2,553 | 2,671 | 2,760 | 2,873 | 2,961 | 3,003 |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2011. Based on an increase of 12% between 2001 and 2006.



*Census Rate Trend/Forecast*



*CCCMS - Females (HCPU)*

*Historical data show an increasing trend. Both this forecast and CDCR's use an increasing census rate adjustment factor. CCCMS forecast is somewhat higher than CDCR's.*

Mental Health Bed Need Study Update

30

00046



# Abbreviations used in report

- AdSeg – Administrative segregation unit
- ALOS – Average Length of Stay
- ASH - Atascadero State Hospital
- CADDIS - Census And Discharge Data Information System
- CCCMS - Correctional Clinical Case Management System
- CCWF – California Correctional Women's Facility
- CDCR – California Department of Corrections and Rehabilitation
- CIW – California Institute for Women
- CMF-APP - California Medical Facility – Acute Psychiatric Program
- CMF-ATP - California Medical Facility – Day Treatment Program
- CMF-IC - California Medical Facility – Intermediate Care Program
- DMH - Department of Mental Health
- GP – General Population
- HCCUP – Health Care Cost and Utilization Program
- HCPU - Health Care Placement Unit
- MHCB – Mental Health Crisis Beds
- OHU – Outpatient Housing Unit
- PSU – Psychiatric Services Unit
- SVPP - Salinas Valley Psychiatric Program
- UNA – Unmet Needs Assessment

Mental Health Bed Need Study Update

31

Enclosure II

# Design and Build Process
## An Overview

**<u>Design-Bid-Build:</u>**
Historically, the California Department of Corrections and Rehabilitation (CDCR) has used the traditional Design-Bid-Build (DBB) to construct projects. Traditional DBB is the most widely used method of project delivery system for public projects. Under DBB the state hires a design professional (typically an architect) to create documents from which general contractors will bid. The contractor selected to build the project is the responsible bidder who submits the lowest bid.

Design-Bid-Build
Typical Reationships



The mental health projects will require design, construction management, inspection, and environmental services. These services are procured under Government Code Section 4525, et. seq. The selection process is based upon qualifications and not on price. The selection process typically takes six months to complete since you prepare a Request for Proposal, advertise, review submitted proposals, interview top firms, and finally negotiate a scope of work and a contract. For these projects we have already selected an environmental services firm, will select design firms by August 15, 2006, will conduct the construction management selection process well ahead of when services are required, and will retain the Department of General Services to conduct inspection services. Eliminating the requirements of Government Codes Section 4525 et seq. would allow CDCR to enter into direct contracts with known qualified firms in half the time.

The mental health projects must be reviewed under the provision of Public Resources Code 21000. et seq. This is more commonly known as the California Environmental Quality Act (CEQA). Depending on the environmental impacts of the project, this process can take up to 12 months to complete. But what is more concerning is that any party can sue over the document, or the process, or

Enclosure II

## Design and Build Process

both, and additional delay will occur.  CDCR has experienced 12-to-18 months of court delays on particular projects. Only exempting these projects from Public Resources Code 21000 et seq would eliminate this barrier.

The mental health projects are subject to the appropriations and controls set forth in Government Code Section 13332.11. This code section will not permit a project to proceed, without a new legislative appropriation, if expected costs exceed 20 percent of the original budget. This occurred to the California Medical Facility 50 bed Mental Health Crisis Bed project and led to a six- month delay. Only exempting or eliminating these mental health projects from Government Code Section 13332.11 will remove this barrier.

And once these projects are designed and ready to bid to private contractors under DBB, we must follow the State Contract Act known as the Public Contract Code. The State Contract Act requires a minimum bidding period and for protest to be filed by the non-lowest responsible bidders. Bid protest can delay the award of a construction contract and the delay is dependent on how long it takes the issue to be resolved. A minimum of 3 months can be expected.

### <u>Design Build:</u>

Another project delivery method available but not yet used by CDCR is known as Design-Build. Design-Build is a method of project delivery that combines the design and construction functions and vests the responsibility for such functions with one entity – the Design-Builder.  Under the most likely scenario, the state district defines project scope, issues a request for proposals (RFP) to pre-qualified Design-Build entities and selects one of the proposing entities to design and build the project on state-owned property.  One of the many distinctions between Design-Build and DBB is the level of design undertaken by the state prior to award of the construction contract and the level of specific, or prescriptive, criteria in the bid documents.  Typically, under DBB, there is an on-going interaction between the state and architect during the development of the design thereby allowing the state to define and select many of the products and systems to be specified in the contract documents.  Once the architect completes the design, contractors bid the project.  With Design-Build, the state typically communicates their desires clearly in the RFP with performance criteria in lieu of brand names and model numbers, leaving some of the decision-making to the Design-Build Entity.  While certain project components may be specified as state standards, like keyed locksets or heating and cooling equipment, Design-Build entities will be required to provide a completed project that performs at or above the minimum performance specifications set forth in the Design-Build contract. The selected Design-Build entity will complete the design documents to a level necessary to obtain required state approvals and construct the project.

Enclosure II

## Design and Build Process

Design-Build changes some fundamental relationships between the state and the designers and builders. With traditional DBB, the state has two separate contracts: one with its architect and one with its contractor. A Design-Build entity includes an architect and contractor, so only one contract is needed between the district and the Design-Build entity. A DBB construction contract includes the completed and state approved design documents, while a Design-Build contract will include performance criteria and possibly some design documents from which the Design-Build entity will create completed and state approved documents. It is also the responsibility of the Design-Build entity to obtain state approval for plans and specifications. This basic difference in contract components broadly identifies the roles of the state and the Design-Build entity: The state clearly defines its needs and expected level of performance, and the Design-Build entity designs and constructs a completed project that meets those requirements.

Design-Build
Typcial Relationship



**Design-Build Is...**

- An alternate project delivery method where the state may select a Design-Build entity to provide design and construction services under one contract.

- A method for states to communicate performance criteria for the completed project as opposed to prescribing products and methods.

- A means to pre-qualify and select a Design-Build team based on factors other than price alone.

## Design and Build Process

- An opportunity for the state to allocate risks to those parties most capable of handling those risks.

- A different method for completing a project that requires a different approach and level of involvement by the state in order to realize the possible benefits of the Design-Build process.

### Design-Build Is <u>NOT</u>...

- A "cure-all" for problems the state may have experienced during traditional Design-Bid-Build projects.

- A method to reduce or eliminate the amount of preparation required by the state to complete a project.

- For states that are uncomfortable with the responsibilities and requirements necessary to successfully complete a Design-Build project.

- A method to eliminate change orders or risk not properly allocated in the contract.

### Design Build-Pros and Cons

Project goals should be clearly defined. The following information is a generalization of the pros and cons of Design-Build, and may not apply to all projects.

*Pros*

1. Simplified Contracting and Contract Administration:  One contract with the Design-Build entity versus separate contracts with architect and contractor.

2. Cost Containment:  Design-Build entity is under contract to complete the project meeting the state's published requirements.

3. Reduced Change Orders:  Errors in the design are the responsibility of the Design-Build entity.  Proper allocation of risks under the Design-Build contract reduces change order potential.

4. Reduction in Adversarial Relationships:  Designer and builder are teamed together, working under a single contract.  This teaming can significantly reduce traditional conflicts and "finger-pointing" between designer and contractor.

# Design and Build Process

5. Cost Savings:   Innovative, cost effective solutions meeting performance criteria can be achieved.

6. Time Savings:   Design-Build entity is allowed the freedom to explore timesaving construction methods or systems while meeting the district's stated criteria.  Early communication between designer and builder can help prevent construction delays.

7. Early Cost Definition:  Project costs are determined much sooner than with traditional Design-Bid-Build.

8. Greater Risk Shifting and More Efficient Risk Allocation:   A Design-Build contract can be written to assign appropriate risks to the parties most capable of managing them.   The vesting of design and construction functions in one entity allows for a much greater allocation of risk to the Design-Builder than in traditional DBB.

9. Alternative Selection Process:  Design-Build entities can be selected based on factors other than price alone; therefore, Design-Build entities seeking to do future work with a district have an incentive to perform well.  It also provides states with the flexibility to develop an evaluation and scoring process that reflects the goals and needs of a specific project.

10. Involvement of the builder in the design process, enabling the team to make informed decisions on building systems, materials, phasing, scheduling, construction ability and other issues that will optimize cost, time and value.

*Cons*

1. Factors that cause a project to be successful are different in a Design Build Method:  The success of a traditional DBB project usually lies in the ability of an architect to place the users' needs onto workable construction documents, and the ability of the contractor, and their subcontractors, to interpret the construction documents and coordinate their work so that there are few delays.  States unfamiliar with the Design-Build process may have a pre-conceived idea that this method automatically eliminates change orders, expedites project completion and saves money.   As with any delivery system, what benefits can be achieved, if any, in a Design Build method are largely dependent on things that can be different from a traditional DBB method, including a high quality RFP, an informed state staff and a well qualified Design-Build entity.

Enclosure II

# Design and Build Process

2.  The state has limited experienced with the Design Build Method:  Most states are familiar with traditional Design-Bid-Build and the role played by the state.  Design-Build requires different contracting and decision-making processes for states.  States lacking expert legal and design assistance may face significant problems unless they are already familiar with the Design-Build process.  Greater technical expertise is required as well as the pace and intensity of the project is substantially higher due to the focus on time.  More time and effort is required to properly develop an adequate program document, as well as to administer the Design-Build contract.

3.  The State has less control over the detailed design of the project:  The Design-Build entity is included in the process before plans are finalized.  States entering into a contract with the Design-Builder must allow the Design-Build entity to make certain decisions that may have been made by the district on previous DBB projects.

4.  A project incurs higher initial costs:  The design build method requires the development of performance criteria and the selection of a design-build entity.  These initial efforts may be more expensive than the development of conceptual drawings.  Once the design team is selected and the project begins to be developed, it is unclear as to whether Design-Build will be less expensive in total than DBB on a given project.  Whereas Design-Build efficiencies, design flexibility and the ability to innovate that are afforded the Design-Builder frequently are reflected in reduced cost, increased risk allocation can result in a higher contract price that includes contingencies.  Additionally, a design-build entity that agrees to a guaranteed maximum price before receiving bids on the work may propose substituting less costly materials to offset bids that may be higher than anticipated.

5.  The State must prepare Request for Proposals and Performance Criteria:  A significant amount of time, effort and expertise is needed to produce the RFP documents.  Translating the state's needs into clear performance criteria is a difficult task, and if done improperly, may negatively affect any potential benefits of the Design-Build process.

6.  Potential for disagreement:  Because the Design-Build contract is based on performance criteria and incomplete design documents, the interpretation of these documents can be the subject of potential disagreement between the state and Design-Build entity.  Additionally, the state's interpretation of the RFP plans and specifications may mean something completely different to the Design-Build entity's architect.

7.  The Design Team may disagree on important aspects of the project:  As with any group of professionals making important decisions, there can be

## Design and Build Process

disagreements over critical aspects of development.  Whether a design team can resolve those disagreements efficiently is a critical aspect to its relative effectiveness and the ultimate cost of the project.

8.  The State may often be expected to make decisions quickly:  After the Design-Build entity is selected; decisions required of the district must be made more quickly than may be anticipated.  Because the Design-Build entity has a fixed schedule to meet for design and construction, little time may be allocated for input by the state, and delays can be costly or, in a worse case scenario, the project may more forward without complete input from the end user.

## **Conclusion:**

Design build should be considered for the 64–Bed Intermediate Care Facility project at the California Medical Facility; the 128-Bed Intermediate Care Facility at Salinas Valley State Prison and the 25-bed Acute Care Facility at the California Institution for Women.  It is important to note that the CDCR does not currently have design-build authority as required under Government Code Section 13332.19.  Such authority would need to be secured in order for the CDCR to use the design-build method.

It should **not** be used for the 128-Bed Intermediate Care Facility or the 350-bed Acute Care Facility projects at the California State Prison at Sacramento because these projects should be combined to create one facility of 478 beds. This facility should be properly planned and thought out as allowed under the traditional DBB process.

Reference:
The CDCR would like to acknowledge the following reference as a source for information contained within this document:

* California Community Colleges Design-Build Guidelines (as authorized by AB 1000 Simitian) Chancellors Office Facility Planning and Utilization Unit – May 2003.

Enclosure III

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 – JUNE 2006 AMENDMENT

**Table A: Male Acute Bed Detail for Figure 1**

| Fiscal Year | Number of Beds | | Inst.[1] | Comments |
|---|---|---|---|---|
| | Permanent Acute | Temporary MHCBs[2] | | |
| **2006** | 130 | 20 | CMF[3] | CMF operates 20 of its 150 Acute beds as MHCBs. This is scheduled to continue on an interim basis until the new 50-bed Correctional Treatment Center (CTC) is completed, (anticipated completion date of 8/2008). |
| | 25 | | ASH[4] | |
| **Total:** | 155 | 20 | | |
| **2007 - 2008** | 105 | 45 | CMF | Per the *Interim Intermediate Care Facility and Mental Health Crisis Bed Plan, June 2006* an additional 25 Acute beds at CMF will be used as MHCBs on an interim basis, (20 + 25 = 45). These beds will continue to be utilized as MHCBs until the new 50-bed CTC is completed. |
| | 25 | | ASH | |
| **Total:** | 130 | 45 | | |
| **2009 - 2010** | 150 | | CMF | Temporary utilization of 45 MHCBs reverts back to usage as Acute beds. |
| | 25 | | ASH | |
| **Total:** | 175 | | | |
| **2011** | 150 | | CMF | |
| | 350 (Additional Beds) | | SAC[5] | Per the *Statewide Mental Health Bed Plan, April 2006*, planning funds are requested for this project. **Note: The 25 Acute Beds at ASH to be replaced by these new beds at SAC.** |
| **Total:** | 500 | | | |

---

[1] "Inst." represents "Institution"
[2] Number of Acute Psychiatric Program (APP), (or Acute beds), temporarily used as Mental Health Crisis Beds (MHCBs).
[3] California Medical Facility (CMF)
[4] Atascadero State Hospital (ASH)
[5] California State Prison – Sacramento (SAC)

Enclosure IV

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 – JUNE 2006 AMENDMENT

### Table B: Level IV High Custody Male Intermediate Care Facility Bed Detail for Figure 2

| Fiscal Year | Permanent Beds Location | Number | Temporary Beds Location | Number | Additional Beds Location | Number | Permanent/ Temporary |
|---|---|---|---|---|---|---|---|
| 2006 | SVSP[1] | 64 | CMF/P-2[2] | 36 | None | | |
|  | **Total:** | **64** | **Total:** | **36** | **Total:** | **0** | |
| 2007 | SVSP | 64 | CMF | 36 | SVSP | 112 | Temporary |
|  |  |  |  |  | CMF/P-3[3] | 30 | Temporary |
|  | **Total:** | **64** | **Total:** | **36** | **Total:** | **142** | |
| 2008 | SVSP | 64 | CMF/P-2 | 36 | None | | |
|  |  |  | SVSP | 112 |  |  | |
|  |  |  | CMF/P-3 | 30 |  |  | |
|  | **Total:** | **64** | **Total:** | **178** | **Total:** | **0** | |
| 2009 | SVSP | 64 | CMF/SVSP | 178 | SVSP | 64 | Permanent |
|  | **Total:** | **64** | **Total:** | **178** | **Total:** | **64** | |
| 2010 | SVSP (new construction) | 64 | CMF/SVSP | 178 | None | | |
|  |  | 64 |  |  |  |  | |
|  | **Total:** | **128** | **Total:** | **178** | **Total:** | **0** | |
| 2011 | SVSP | 128 | None[4] | | SAC[5] | 128 | Permanent |
|  |  |  |  |  | SVSP | 128 | Permanent |
|  |  |  |  |  | CMF | 64 | Permanent |
|  | **Total:** | **128** | **Total:** | **0** | **Total:** | **320** | |

[1] Salinas Valley State Prison (SVSP)
[2] These are the interim Intermediate Care Facility (ICF) beds at **California Medical Facility (CMF) P-2.**
[3] These are the interim ICF beds at **CMF P-3** as outlined in the *Interim Intermediate Care Facility and Mental Health Crisis Bed Plan, June 2006.*
[4] The 178 interim ICF beds are to be replaced by the **additional** permanent beds identified in Fiscal Year 2011.
[5] California State Prison – Sacramento (SAC)

Origination Date: June 21, 2006

Updated on: June 30, 2006

Enclosure V

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 – JUNE 2006 AMENDMENT

### Table C: Female Acute/Intermediate Care Facility Bed Detail for Figure 3

| Fiscal Year | Permanent Beds | | Temporary Beds | | Additional Beds | | |
|---|---|---|---|---|---|---|---|
| | Location | Number | Location | Number | Location | Number | Permanent/Temporary |
| 2006 - 2010 | PSH[1] | 30 | None | | None | None | |
| | Total: | 30 | Total: | 0 | Total: | 0 | |
| 2011 | PSH | 30 | None | | CIW[2] | 25 | Permanent |
| | Total: | 30 | Total: | 0 | Total: | 25 | |

---

[1] Patton State Hospital (PSH)
[2] California Institution for Women (CIW)

Origination Date: June 21, 2006

Updated on: June 30, 2006

Enclosure VI

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 – JUNE 2006 AMENDMENT

### Table D: Male Mental Health Crisis Bed Detail for Figure 4

| Fiscal Year | Permanent Beds | | Temporary Beds | | Additional Beds | | |
|---|---|---|---|---|---|---|---|
| | Location | Number | Location | Number | Location | Number | Permanent/Temporary |
| **2006** | Multiple Institutions[1] | 164 | CMF[2] | 20 | SAC | 11 | Permanent |
| | | | CMC[3] | 42 | KVSP | 12 | Permanent |
| | Total: | 164 | Total: | 62 | Total: | 23 | |
| **2007** | Multiple Institutions | 164 | CMF/CMC | 62 | ISP | 5 | Permanent |
| | SAC | 11 | | | CIM | 16 | Temporary |
| | KVSP | 12 | | | CMF[4] | 25 | Temporary |
| | Total: | 187 | Total: | 62 | Total: | 46 | |
| **2008** | Multiple Institutions | 187 | CMF/CMC | 62 | CMF[5] | 50 | Permanent |
| | ISP | 5 | CIM | 16 | | | |
| | | | CMF | 25 | | | |
| | Total: | 192 | Total: | 103 | Total: | 50 | |
| **2009** | Multiple Institutions | 192 | CMC | 42 | SQ | 12 | Permanent |
| | CMF | 50 | CIM | 16 | | | |
| | Total: | 242 | Total: | 58 | Total: | 12 | |
| **2010/ 2011** | Multiple Institutions | 242 | CIM | 16 | CMC[6] | 50 | Permanent |
| | SQ | 12 | | | | | |
| | Total: | 254 | Total: | 16 | Total: | 50 | |

1 For institution locations and abbreviations used, see page 2 of this enclosure for the updated *Enclosure VIII of the Statewide Mental Health Bed Plan, April 2006*

2 Acute Psychiatric Program (APP) (or Acute) beds currently utilized as Mental Health Crisis Beds (MHCBs) for the California Medical Facility (CMF).

3 Mental Health Crisis Beds (MHCBs) created as a result of using the Outpatient Housing Unit (OHU) at the California Men's Colony's (CMC).

4 Additional APP utilized as MHCBs as outlined in the *Interim Intermediate Care Facility and Mental Health Crisis Bed Plan, June 2006.*

5 These 50 beds to replace the 45 APP beds temporarily utilized as MHCBs at CMF.

6 These 50 beds to replace the 42 beds temporarily operated as MHCBs at CMC's OHU.

00058

Enclosure VI

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 – JUNE 2006 AMENDMENT

Statewide Mental Health Bed Plan, April 2006 Enclosure VIII (updated)

### California Department of Corrections and Rehabilitation
### Division of Correctional Health Care Services
### CORRECTIONAL TREATMENT CENTER BEDS

| Institution | Number of MHCBs[1] | Comment |
|---|---|---|
| High Desert State Prison (HDSP) | 10 | |
| California State Prison - Los Angeles County (LAC) | 12 | LAC CTC has 4 rooms that cannot be used for MHCB patients for safety reasons: 2 respiratory isolation rooms and 2 single patient rooms. LAC has 5 Long Term Care (LTC) patients who require more physical care and attention from nursing staff; only 4.0 Registered Nurses (RNs) to cover up to 6-10 MHCB patients (and can barely make the 32 Mental Health (MH) nursing hours required for a 24-hour period); and nursing staff who have been diverted to the yards and reception center. |
| Mule Creek State Prison (MCSP) | 8 | MCSP CTC has 2 rooms used for medical patients only because their construction poses a safety hazard to MHCB patients: Americans with Disability Act (ADA) single patient room and respiratory isolation room. Also, to MCSP's knowledge, they were never staffed for 10 MHCBs, only 8. |
| North Kern State Prison (NKSP) | 10 | |
| Pelican Bay State Prison (PBSP) | 10 | 4 of the 10 MHCBs are not covered under budgeted/staffed positions. Covered under Registry or overtime. |
| Pleasant Valley State Prison (PVSP) | 5 | |
| Richard J. Donovan Correctional Facility (RJD) | 14 | |
| California State Prison - Sacramento (SAC) | 13 | SAC CTC has 2 respiratory isolation rooms, which, because of their location and construction, are not used for MHCB patients. Per SAC records, the CTC was allocated only 4.0 RNs to cover 6-10 MH patients (Title 22 requires 5.0 RNs for 11-20 MH patients). SAC has had up to 13 MHCB patients, covered in part with non-budgeted MH/Registry staff. |
| California Substance Abuse Treatment Facility (SATF) | 16 | SATF insists that it was only budgeted/staffed for 14 MHCBs. The 2 bed discrepancy is considered an operational issue, therefore, SATF currently has 16 MHCBs. |
| California State Prison - Solano (SOL) | 9 | SOL CTC can treat only 9 MHCB patients because of physical plant issues: 3 beds in 3-bed room, 1 room taken for required exam/treatment room; respiratory isolation room & ADA room located/constructed so unsafe for MHCB patient. |
| Salinas Valley State Prison (SVSP) | 10 | Does NOT include 64 CTC beds (non-acute/intermediate level of care) operated by DMH (aka, Salinas Valley Psychiatric Program). |
| Wasco State Prison (WSP) | 6 | |
| California Institution for Men (CIM) GACH/Acute Psychiatric Program (APP) | 18 | GACH Acute Psychiatric Unit licensed beds dedicated to MHCB patients. A potential 16 additional MHCBs may be available due to anticipated conversion of the majority of GACH beds to distinct part CTC beds. |
| California State Prison - Corcoran (COR) GACH/APP | 23 | GACH Acute Psychiatric Unit licensed beds dedicated to MHCB patients. |
| **Total Mental Health Crisis Beds:** | **164** | **These 164 MHCBs are used for bed planning purposes for male inmate-patients.** |

[1] This represents the number of Mental Health Crisis Beds (MHCBs) activated as of 3/21/06.

CDCR/DCHCS/Licensing - R.Toirac    02/06/2006

Updated: 6/29/06 by M. Barks

San Quentin (SQ)    Ironwood State Prison (ISP)
Kern Valley State Prison (KVSP)

00059

Enclosure VII

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
STATEWIDE MENTAL HEALTH BED PLAN, APRIL 2006 – JUNE 2006 AMENDMENT

**Table E: Female Mental Health Crisis Bed Detail for Figure 5**

| Fiscal Year | Permanent Beds | | Temporary Beds | | Additional Beds | | |
|---|---|---|---|---|---|---|---|
| | Location | Number | Location | Number | Location | Number | Permanent/ Temporary |
| 2006 | CCWF[1] | 12 | None | | None | None | |
| | Total: | 12 | Total: | 0 | Total: | 0 | |
| 2007 | CCWF | 12 | None | | CIW[2] | 10 | Permanent |
| | Total: | 12 | Total: | 0 | Total: | 10 | |
| 2008-2011 | CCWF | 12 | None | | | None | |
| | CIW | 10 | | | | | |
| | Total: | 22 | Total: | 0 | Total: | 0 | |

Origination Date: June 21, 2006

[1] Central California Women's Facility (CCWF)
[2] California Institution for Women (CIW)

Updated on: June 30, 2006