1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11                 IN THE UNITED STATES DISTRICT COURT
12
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
13
                         SACRAMENTO DIVISION
14

| | |
|---|---|
| 15  **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| 16                                    Plaintiffs, | **JOINT REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COURT ORDER OF JUNE 21, 2006, WITH DECLARATION AND PROPOSED ORDER** |
| 17              **v.** | |
| 18  **ARNOLD SCHWARZENEGGER, et al.,** | |
| 19                                    Defendants. | |

20

21        The parties, by and through their counsel, request a five-day extension of time to

22  submit the brief required by this Court's order of June 21, 2006.

23        The Court's order provided the parties with fifteen days to submit a memorandum of

24  points and authorities either in support of or in opposition to the Special Master's

25  recommendation concerning the augmentation of staffing for Program Guide implementation.

26  The parties were also directed to address the question of whether the Department of Finance

27  should be added as a named defendant in this action.  Finally, the parties are asked to brief the

28  / / /

JOINT REQUEST FOR AN EXTENSION OF TIME

1    issue of whether the Special Master's report and attached exhibits should be unsealed.

2    Defendants respectfully request an extension of the deadline to Tuesday, July 11, 2006.

3              This extension is sought to provide the parties with sufficient time to adequately brief

4    the issues identified in the court order.  (Dec. Tillman, ¶¶ 4-9.)  This extension will obviate

5    certain difficulties arising from the intervening holiday weekend and vacation schedules.  (*Id.*)

6    This extension is amenable to both parties, with the understanding that the deadline for both

7    parties' briefs will be extended to July 11, 2006.  (*Id.* ¶ 8.)  Neither party will be prejudiced by

8    this extension.  (*Id.*)  Both parties therefore respectfully request this Court to extend the deadline

9    for submitting the briefs responsive to the June 21, 2006 order to the date of Tuesday, July 11,

10   2006.

11                        Dated: June 30, 2006

12                                        Respectfully submitted,

13                                        BILL LOCKYER
                                         Attorney General of the State of California

14                                        JAMES M. HUMES
                                         Chief Assistant Attorney General

15                                        FRANCES T. GRUNDER
                                         Senior Assistant Attorney General

16

17                                        ROCHELLE C. EAST
                                         Supervising Deputy Attorney General

18

19                                        */ s / Lisa  A. Tillman*

20                                        LISA A. TILLMAN
                                         Deputy Attorney General

21                                        Attorneys for Defendants

22

23

24

25

26   30135542.wpd

27

28

JOINT REQUEST FOR AN EXTENSION OF TIME

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11                    IN THE UNITED STATES DISTRICT COURT
12
                     FOR THE EASTERN DISTRICT OF CALIFORNIA
13
                              SACRAMENTO DIVISION
14

15  RALPH COLEMAN, et al.,                    NO. CIV S-90-0520 LKK JFM P

16                              Plaintiffs,    DECLARATION OF LISA
                                               TILLMAN IN SUPPORT OF
17         v.                                  REQUEST FOR AN
                                               EXTENSION OF TIME TO
18  ARNOLD SCHWARZENEGGER, et al.,             RESPOND TO COURT
                                               ORDER OF JUNE 21, 2006
19                              Defendants.

20

21         I, Lisa A. Tillman, declare as follows:

22         1.   I am an attorney licensed to practice in the State of California and I am admitted

23  to the Eastern District of the United States District Court.  I am employed by the Office of the

24  Attorney General as a Deputy Attorney General and I am assigned to represent the Defendants in

25  this matter.

26         2.   On June 21, 2006, this Court issued an order providing the parties with

27  fifteen days to submit a memorandum of points and authorities either in support of or in

28  opposition to the Special Master's recommendation concerning the augmentation of staffing for

    DEC. TILLMAN IN SUPPORT OF EOT
                                        1

1    Program Guide implementation.   The parties were also directed to address the question of

2    whether the Department of Finance should be added as a named defendant in this action.

3    Finally, the parties are asked to brief the issue of whether the Special Master's report and

4    attached exhibits should be unsealed.

5            3.    At the time this order issued, I was on vacation.  I am the only attorney assigned

6    to this class action suit in my office.

7            4.    While on vacation, I was unable to electronically open the Special Master's report

8    attached to the order from my home computer.

9            5.    Upon my return from vacation on June 26, 2006, I learned that my secretary had

10   also been unable to open the report and so the report had not been transmitted to the clients.

11           6.    On June 26, 2006, I obtained a copy of the Special Master's report from this

12                 court.

13   I learned that an inadvertent technical error prevented my office from accessing the electronic

14   version from the court's web site.  I then sent the Special Master's report to my clients in this

15   case.

16           7.    Both my vacation as well has the upcoming holiday weekend have eclipsed the

17   timeframe for preparing the brief required by the June 21, 2006 order.

18           8.    I spoke with Plaintiffs' counsel Tom Nolan on June 29, 2006 concerning an

19   extension of time for the brief.   He expressed that Plaintiffs' would join in the request for an

20   extension of the deadline to Tuesday, July 11, 2006, with the understanding that Plaintiffs would

21   also be permitted to file a brief under that extended deadline.  Neither party will be thus

22   prejudiced by this extension.

23           9.    In light of intervening holiday and vacation schedules, this extension will enable

24   Defendants necessary time to adequately brief the issues identified in the Court order of June 21,

25   2006.

26        Dated: June 30, 2006                    */ s / Lisa A. Tillman*
                                                   LISA A. TILLMAN

27

28   30135564.wpd

DEC. TILLMAN IN SUPPORT OF EOT

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:        **U.S. District Court, Eastern District of California**

Case No.:     **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On ___June 30, 2006___, I served the attached **JOINT REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COURT ORDER OF JUNE 21, 2006, WITH DECLARATION AND PROPOSED ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California 94244-2550, addressed as follows:

**PETE COCKCROFT, H-86887**
**California State Prison, Sacramento**
**FA2-205**
**Post Office Box 290066**
**Represa, CA 95671-0066**

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA 94105**

**STEPHEN W. MAYBERG**
**California Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA 95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 30, 2006, at Sacramento, California.

| M. McIntosh | / s / **M. McIntosh** |
|:---:|:---:|
| Declarant | Signature |

30135965.wpd