IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

     Plaintiffs,                        No. CIV S-90-0520 LKK JFM P

     vs.

ARNOLD SCHWARZENEGGER,          O R D E R
et al.,

     Defendants.

_____/

     The court is in receipt of plaintiffs' objections to the Revised Interim Bed Plan. The objections are unintelligible by virtue of plaintiffs' persistent use of acronyms, despite the court's request that the parties cease doing so. Plaintiffs are directed to file a list of the acronyms used and their translations within ten (10) days.

     Hereinafter, the parties shall file, as the first page of any filing, a list of any acronyms used and their translations. Failure to do so will result in the court disregarding the pleading.

     IT IS SO ORDERED.

     DATED: June 30, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT