BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>        v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**ORDER APPROVING JOINT REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO COURT ORDER OF JUNE 21, 2006** |

GOOD CAUSE SHOWN, the deadline for both parties to submit briefs in response this Court's order of June 21, 2006 is extended to July 11, 2006.

DATED: July 5, 2006

_____
Lawrence K. Karlton
United States District Judge

90cv520.eot.0705.wpd

ORDER RE. EOT