BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  Post Office Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
48149286-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' NUNC PRO TUNC SUBMISSION OF RESPONSE TO COURT ORDER REQUIRING INTERIM INTERMEDIATE CARE FACILITY AND MENTAL HEALTH CRISIS BED PLAN** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

     On May 1, 2006, this Court ordered Defendants to file a plan for the interim provision of intermediate inpatient beds and mental health crisis beds.  The order further required Defendants to include in the interim plan, as appropriate, a list of any statutory, licensing, or staffing barriers to implementation of any aspect of said plan.

     Defendants hereby submit as Exhibit A the response to this court order of May 1, 2006. This response was submitted to Special Master Keating and to Plaintiffs' counsel on June 15,

/ / /

/ / /

2006. Defendants now file this response with this Court nunc pro tunc, with apologies for any inconvenience to the Court.

Dated: July 5, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/ s / Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

CF1997CS0003
30136714.wpd

DEF. INTERIM INTERMEDIATE CARE AND CRISIS BED PLAN

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:       **U.S. District Court, Eastern District of California**

Case No.:    **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On  July 5, 2006 , I served the attached **DEFENDANTS' NUNC PRO TUNC SUBMISSION OF RESPONSE TO COURT ORDER REQUIRING INTERIM INTERMEDIATE CARE FACILITY AND MENTAL HEALTH CRISIS BED PLAN** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California 94244-2550, addressed as follows:

**PETE COCKCROFT, H-86887**
**California State Prison, Sacramento**
**FA2-205**
**Post Office Box 290066**
**Represa, CA 95671-0066**

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA 94105**

**STEPHEN W. MAYBERG**
**California Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA 95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 5, 2006, at Sacramento, California.

|                        |                          |
|:----------------------:|:------------------------:|
| M. McIntosh            | / s / M. McIntosh        |
| Declarant              | Signature                |

30136778.wpd