IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et. al.,

        Defendants.

_____/

No. CIV S-90-0520 LKK JFM P

## SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the special master requests the appointment of Linda E. Buffardi, Esq. The reasons for this request are set forth in the accompanying memorandum. Ms. Buffardi is to be compensated at a rate of two hundred dollars ($200.00) per hour, with a travel rate of ninety dollars ($90.00) per hour, plus reasonable expenses.

        Respectfully submitted,

        _____

        /s/ J. Michael Keating, Jr.
        Special Master