IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                      No. CIV S-90-0520 LKK JFM P

vs.

ARNOLD SCHWARZENEGGER,
et. al.,

        Defendants.

_____/

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants to the special master, I request the approval of the court for the appointment of Linda E. Buffardi.

Ms. Buffardi is an accomplished attorney and a prolific writer who has practiced law in Rhode Island for over twenty-three years. She manages her own law practice and she is often called upon to write the appellate briefs, trial memoranda and private legal opinions for other Rhode Island attorneys. Ms. Buffardi has published a number of legal articles and she currently serves as a Bar Examiner for the State of Rhode Island.

Ms. Buffardi will assist the special master in preparing voluminous semi-annual compliance reports to the court. She will also assist the special master in preparing interim reports to the court as requested.

Ms. Buffardi's curriculum vitae is attached. She is to be compensated at an hourly rate of two hundred dollars ($200.00), with a travel rate of ninety dollars ($90.00) per hour, plus reasonable expenses.

Respectfully Submitted,

_____
/s/ J. Michael Keating, Jr.
Special Master