# Linda E. Buffardi, Esq.

420 Angell Street
Providence, Rhode Island 02906
(401) 351-9877
Fax (401) 272-6315
*lindybu@yahoo.com*

## Bar Admissions

State of Rhode Island, 1983
United States District Court of Rhode Island, 1984

## Law Practice

### Linda E. Buffardi, Attorney at Law
Providence, Rhode Island
1992 – Present.  Specialist in all aspects of legal research and writing in civil litigation, including preparation of appellate briefs, trial court memoranda, and private legal opinions

### Higgins, Cavanagh & Cooney, LLP
Providence, Rhode Island
1986 – 1992.  Associate in civil litigation department of firm; responsible for all legal research and writing, appellate practice, and supervision of law clerk staff

### Rumford Property and Casualty Insurance Company
Providence, Rhode Island
1985 – 1986.  Assistant in-house legal counsel; responsible for negotiation/trial of first-party and third-party liability claims

### Rhode Island Department of the Attorney General
Providence, Rhode Island
1984 – 1985.  Special assistant attorney general in civil division; representation of state boards and departments in consumer complaints and related occupational licensing disputes

### Iannucillo & Hines
Providence, Rhode Island
1983-1984.  Associate in civil litigation firm; responsible for pre-trial motion practice, legal research and writing support for trial counsel

## Clerkship

### Salter, McGowan, Arcaro & Swartz
Providence, Rhode Island
1981.  Law clerk in tax litigation firm

## Pre-Law Employment

### Community College of Rhode Island
Warwick, Rhode Island
1976 – 1979.  Coordinator of recruitment and support services for disabled students; responsible for compliance with federal regulations on public education of disabled persons, raising awareness/sensitivity to special needs of disabled population in college, assembling of data, and preparation of program funding proposals; instructor of introductory sign language

### Rhode Island School for the Deaf
Providence, Rhode Island
1974 – 1976.  Assistant to director of community outreach program to promote hiring and occupational advancement of hearing-impaired persons, and conduct public awareness programs in schools, business, industry, and media; sign language interpreter for program director and  clients in educational and employment interview settings

## Education

### The American University, Washington College of Law
Washington, D.C.
J.D. 1982
Semifinalist, Moot Court Competition

### Brown University
Providence, Rhode Island
A.B. Psychology 1974

## Editorships

### Rhode Island Trial Lawyers Association Newsletter
Editor-in-Chief, 2001 - 2002

### Rhode Island Bar Journal
Editor-in-Chief, 1995 – 1998; Editorial Board, 1994

## Publications

"*Advocating and Legislating the Right to be Safe from Lead Poisoning:  My Conversation with Attorney Vincent Greene About the New Lead Hazard Mitigation Act*,"
> Rhode Island Trial Lawyers Association Newsletter, September, 2002

"*Another Medical Malpractice 'Crisis' or a Chance for Change?*"
> Rhode Island Trial Lawyers Association Newsletter, May, 2002

"*Identifying the Defendants:  The Rhode Island Supreme Court Revisits Apparent Authority, Alter Ego, and the Ever Immutable Duty of Care*,"
> Rhode Island Trial Lawyers Association Newsletter, December, 2001

"*Testamentary Capacity in Rhode Island: What is Sanity?*"
> Rhode Island Bar Journal, volume XLIII, No. 8, May, 1995

"*Capitalizing on the Use of Manufacturers' Compliance with Regulations in the Defense of a Crashworthiness Case*"
> Monograph of the Defense Research Institute on Product Liability, No. 5, 1992

## Professional Boards and Memberships

**Bar Examiner, State of Rhode Island**
> 2003 – present

**Rhode Island Superior Court Committee To Revise R.I. Rules of Civil Procedure**
> 2006 – present

**Rhode Island Bar Association Bench-Bar Subcommittee to Revise R.I. Rules of Civil Procedure**
> 2003 – 2005

**American Inns of Court – Roger Williams University Law School Chapter**
> President,  2001 – 2002
> Officer, 1998 – 2001

**Rhode Island Bar Association Executive Committee**
> 1995 – 1998

**Rhode Island Supreme Court Committee on the Unauthorized Practice of  Law**
1995 – 2002

**Justinian Law Society Board of Directors**
Officer, Board Member
1995 – 2004

**Committee on the Centennial of the Rhode Island Bar Association**
1993 - 1998