PETE COCKCROFT (H-86887)
Calif. State Prison - Sacramento
PO Box 290066
Represa, CA 95671-0066
— Interested Party —

—ORIGINAL—

**FILED**

JUL - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

Ralph COLEMAN, et al.,
   Plaintiff(s),
-vs-
Arnold SCHWARZENEGGER, et al.,
   Defendant(s).

No.: CIV S-90-0520 LKK JFM P

NONCOMPLIANCE WITH SUICIDE PREVENTION; WITH SUPPORTING AFFIDAVIT

I, PETE COCKCROFT, am a interested party housed at the California State Prison (CSP)-Sacramento (Sac), Psychiatric Services Unit (PSU) classified as Enhanced Out-Patient Program (EOP) level of Care (LOC).

It is Cockcroft's understanding a set of policies and procedures for mental health care has been established for the California Department of Corrections and Rehabilitation (CDCR) ~~~~~~ known as Program Guide.

Defendant's assert they are in compliance with the Program Guide in which they are not, specifically the Suicide Prevention portion in which defendant's

-1-

at CSP-Sac PSU fail to conduct hourly wellness checks, provide direct observation when inmate's indicate they are suicidal, & fail to ~~respond~~ respond to inmates calls to the control booth officers (absent becoming disruptive).

Even after the PSU Captain at CSP-Sac who is responsible for custodian operations within the PSU was notified of these problems he has taken no action to correct such, nor PSU Sergeant who were advised of the problems.

As the reasons more fully set forth in the accompany declaration defendant's at CSP-Sac are not in compliance with the suicide prevention policies, and this interested party affected seeks review by the Special Master & appropriate parties ~~to~~ investigate & impliment practices to correct these violation as they deem necessary.

June 20, 2006                     Respectfully submitted,

                                  *Pete Cockroft*
                                  PETE COCKCROFT
                                  (H-86887) CSP-Sac
                                  PO Box 290066
                                  Represa, CA 95671-0066
                                      -Interested Party-

-2-

DECLARATION OF SERVICE BY U.S. MAIL

CASE NAME: COLEMAN -vs- SCHWARZENEGGER

CASE No.: CIV S-90-0520 LKK JFM P

I declare:

I am 18 years of age and older and a party to this action. I am familiar with the business practice at the California State Prison-Sacramento for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the California State Prison-Sacramento is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 4, 2006, I served the attached:

1. NONCOMPLIANCE WITH SUICIDE PREVENTION; WITH SUPPORTING AFFIDAVIT
2.

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the California State Prison-Sacramento at 100 Prison Road, P.O. Box 29, Represa, California 95671, addressed as follows:

1. Lisa Tillman, State Bar #126424
   Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550

2. Michael Bien, ESQ.
   Rosen, Bien, Asaro
   155 Montgomery Street, 8th Floor
   San Francisco, CA 94104

3. Donald Spector, ESQ.
   Prison Law Office
   2173 'E' Francisco Blvd., Suite M
   San Rafael, CA 94901

4. J. Michael Keating Jr.
   Special Master
   285 Terrace Avenue
   Riverside, RI 02915

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this DECLARATION was executed on July 4, 2006, at Represa, California.

Pete COCKCROFT                                    Pete Cockcroft
—Declarant—                                        —Signature—