Pete COCKCROFT
H86887
PO Box 290066
Represg CA 95671-0066

**FILED**

JUL - 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

Ralph COLEMAN, et al.,

Plaintiff(s),

- vs -

Arnold SCHWARZENEGGER, et al.,

Defendant(s).

No.: CIV S-90-0520 LKK JFM P

DECLARATION OF PETE COCKCROFT IN SUPPORT OF NONCOMPLIANCE WITH SUICIDE PREVENTION MOTION

I, Pete COCKCROFT, declare as follows:

1. I am an interested party in this action housed at California State Prison-Sacramento (CSP-Sac) in the Psychiatric Services Unit (PSU) and am classified as Enhanced Out-Patient Program (EOP) Level of Care (LOC). I am competent to testify to the matters set forth in this Declaration, and if called upon to do so, I would and could so testify.

2. On 1-24-06 I was transferred from Pelican Bay State Prison's (PBSP) PSU to CSP-Sac's PSU. Since arrival at CSP-Sac's PSU correctional officer's "do not" conduct

-1-

1  hourly wellness checks, Despite signs clearly posted in
2  the housing unit indicating such is to be done.
3      3. In early June 2006 I brought this to the attention
4  of Sgt. Baker (PSU Building 2, Sgt) who's taken no action
5  to insure such is conducted. In addition to mentioning
6  to Sgt. Baker, officer's failure to conduct hourly wellness
7  checks especially on the weekends when there is no
8  inmate movement (group therapy or yard), I further
9  ~~mention~~ mentioned to her control booth officer's
10 being unresponsive to inmate's calls, and officer's
11 failure to follow suicide prevention protocals when
12 inmate's state they are suicidal.
13     ' 4. On 5-30-06 I repeatedly called the control booth
14 for approximately 10 minutes to no avail. Only after
15 I became disruptive by kicking the door ~~was~~ did
16 the control officer bother looking but did not
17 respond. Shortly later I was being escorted from
18 the section to group when the control officer
19 than began taunting me saying " O' we wouldn't
20 want you to flood or paper up you windows ".
21     5. On 6-1-06 again the same control booth officer
22 as 5-30-06 (Atwater) again ignored my repeated calls intill
23 I became disruptive by kicking the cell door.
24     6. On 6-4-06 when inmate Hicks B-80852 told the
25 control booth officer Rameriz, he was suicidal officer's
26 Willis and Brown approached his cell instructing him to cuff-
27 up in which he refused. Officer Willis, told Hicks "iF
28 you don't cuff-up your not suicidal", again Hicks refused

-2-

1  at which time both officer's walked off & out of the

2  section leaving no one for direct observation of Hicks.

3      7. On 6-6-06 during a custody committee I attended

4  I complained to PSU Captain S. Vance & various others

5  present about officer's being unresponsive in the control

6  booth, hourly wellness checks not being conducted, and

7  officer's not following suicide prevention policies specif-

8  ically maintaining direct observation.

9      8. PSU Captain Vance, has taken no action of the

10  complaints presented on 6-6-06, and officer's continuing

11  not to conduct hourly wellness checks, maintained

12  direct observation once an inmate states he's suicidal,

13  or be responsive when inmate's call the control booth.

14      9. Just this weekend (6-17-06) ~~recently~~ again PSU

15  officer's completely ignored an inmate who indicated he

16  was suicidal. Inmate Houston (A2-106) called the control

17  ~~repeatedly~~ booth repeatedly who ignored him intill he

18  began kicking his door at which time the control booth

19  officer Atwater asked him what. Inmate Houston told 'em

20  he was suicidal, in which officer Atwater then said

21  "no your not", and closed the booth window & walked off.

22  Inmate Houston then became disruptive by smearing

23  his feces in his cell & flooding at which point on

24  the next watch (3rd) he was removed from his cell

25  and rehoused else where other than building 2.

26  ///

27  ///

28  ///

-3-

10. CSP-Sac PSU needs implementation of more rigid checks and balances to ensure their compliance with suicide prevention.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 20, 2006, in Represa, California.

_Pete Cockcroft_
Pete COCKCROFT
-Declarant-

-4-