Mr. COCKCROFT, Pete
H-86887 @ CSP-Sac/Fo2 A2-205
P.O. Box 290066
Represa, CA 95671-0066

**FILED**

JUL -7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

July 4, 2006

Dear Clerk of the Court,

I'm writing to request a current up to date 42 U.S.C. § 1983 complaint form with a Informa Pauperis Application please.

Also I need the docket sheet from docket number 1827 to the latest document filed in case number Civ S-90-0520 LKK JFM.

I've filed two motions in the above referenced case & would like to see what action if any has transpired in relation to my motions.

Thank you Clerk of the Court for your time & assistance in these matters.

Sincerely,

_Pete Cockroft_
Mr. COCKCROFT, Pete

P.S. For your convenience here's a mailing label ⬇

Peter Cockcroft  H-86887
CSP-Sac *FOL*-A2-205
PO Box 290066
Represa, CA  95671-0066