PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENTS** |

To the defendants and their attorneys of record, PLEASE TAKE NOTICE, that plaintiffs are filing the following documents under seal: (1) Plaintiffs' Memorandum in Support of Special Master's Recommendation Regarding Staffing to Implement the Revised Program Guide, (2) Declaration of Thomas Nolan in Support of Plaintiffs' Memorandum in Support of Special Master's Recommendation Regarding Staffing to Implement the Revised Program Guide, (3) Proposed Order Regarding Special Master's June 21, 2006 Report on the Status and Sufficiency of Defendants' Budget Requests for Staffing. These documents are being filed under seal pursuant to the District Court's June 21, 2006 Order. A copy of the Court's June 21, 2006 Order is attached hereto. A copy of this Notice shall accompany the hard copy of documents to be filed under seal.

Dated: July 10, 2006                              Respectfully submitted,


                                                  /s/ Thomas Nolan
                                                  Thomas Nolan
                                                  Rosen, Bien & Asaro
                                                  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

ARNONLD SCHWARZENEGGER, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

O R D E R

In accordance with the court's order issued on June 19, 2006, the Clerk of the Court is directed to copy and forward by mail to plaintiffs' counsel, Michael Bien, the Special Master's Report on the Status and Sufficiency of the Defendants' Budget Requests for Staffing to Implement the Revised Program Guide, as well as the attached exhibits. The Clerk of the Court is also directed to forward the above-mentioned documents to Robert Sillen, the court-appointed Receiver in Plata et al v. Schwarzenegger, Civ. S-01-1351 (N.D. Cal.) at:

    Robert Sillen
    c/o Judge Thelton E. Henderson
    U.S. District Court for
      the Northern District of California
    450 Golden Gate Ave
    San Francisco, CA 94102

////

In the report, the Special Master recommends that,

> Defendants should be required to incorporate the mental health staffing proposals included in the CDCR's FY2006/07 BCP (Exhibit C) for implementing the Program Guide revisions. Any workload study funded by the defendants ought to be required to submit findings and recommendations sufficiently timely to be incorporated in the FY2007/08 budge cycle.

Special Master's Report at 10-11.

The parties are to file not later than fifteen (15) days from the effective date of this order, a memorandum of points and authorities either in support of or in opposition to the Special Master's recommendation. The parties are also directed to address the question of whether the California Department of Finance should be added as a named defendant in this action. Finally, the parties are asked to brief the issue of whether the Special Master's report and attached exhibits should be unsealed.

The parties shall file their briefs under seal. The court will either take the matter under submission or will order a hearing, if appropriate.

IT IS SO ORDERED.

DATED: June 21, 2006.

/s/ Lawrence K. Karlton
Lawrence K. Karlton
Senior Judge
United States District Court

2