PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

**ORIGINAL LODGED**

**JUL 1 0 2006**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

No.: Civ S 90-0520 LKK-JFM

**[PROPOSED] ORDER REGARDING SPECIAL MASTER'S JUNE 21, 2006 REPORT ON THE STATUS AND SUFFICIENCY OF DEFENDANTS' BUDGET REQUESTS FOR STAFFING**

**THIS PROPOSED ORDER IS FILED UNDER SEAL PURSUANT TO THE DISTRICT COURT'S JUNE 21, 2006 ORDER**

**SEALED**

1  On June 21, 2006, in response to this Court's June 19, 2006 Order, the Special Master
2  filed a report under seal entitled *Special Master's Report on the Status and Sufficiency of the*
3  *Defendants' Budget Requests for Staffing to Implement the Revised Program Guide*. On July
4  11, 2006, plaintiffs and defendants filed responses to the report. The Court has reviewed the
5  Special Master's Report, the argument and evidence presented by plaintiffs and defendants in
6  response to the Report, the arguments and evidence filed in connection with the annual suicide
7  reports of the Special Master for 2004 and 2005 as well as those reports themselves, the
8  evidence presented in the hearings before this Court in April and May of 2006, and the
9  argument and evidence presented in connection with the 15th Monitoring Report of the Special
10 Master and the other reports of the Special Master.
11 Having reviewed this evidence, the Court makes the following factual findings:
12 1. The court finds that this order is narrowly tailored, extends no further than
13 necessary to protect federal rights, and constitutes the least intrusive means necessary to secure
14 Constitutional mental health care and to reduce avoidable pain, suffering and suicides that are
15 taking place inside the CDCR on an ongoing basis.
16 2. The Court finds that defendants' original 2006/07 Finance Letter submitted to the
17 Department of Finance is not subject to the deliberative process privilege, as it does not reflect
18 the deliberations, thoughts or opinions of the Department of Finance with respect to the
19 relevant document. Indeed, the relevant document does not include any information about why
20 the Department of Finance rejected the proposed Budget Change request, nor any information
21 about whom in the Department of Finance or the Governor's Office decided to reject the
22 request for augmented staffing and other resources.
23 3. The Court finds that all of the staffing positions and other resources sought by
24 the leadership of the California Department of Corrections and Rehabilitation, Division of
25 Correctional Health Care Services, in the initial 2006/07 Finance Letter are necessary to
26 correct ongoing Constitutional violations of the rights of *Coleman* class members.
27 4. The Court finds that defendants' current mental health care system clearly does
28 not include the following components of a minimally adequate mental health care delivery

1  system: (1) employment of a sufficient number of mental health professionals, (2)
2  administration of psychotropic medication only with appropriate supervision and periodic
3  evaluation, (3) adequate treatment programs, and (4) an adequate program to identify, treat and
4  supervise inmates at risk for suicide. See *Balla v. Idaho State Board of Corrections*, 595
5  F.Supp 1558, 1577 (D. Idaho 1984). After more than ten years supervising the remedial phase
6  of this case, the endemic nature of these problems are clear to the Court. The Court further
7  finds that the staffing augmentations and other resources sought in the Rejected 2006/07
8  Finance Letter are necessary to allow the defendants to begin to address these issues and to
9  bring the defendants' skyrocketing suicide rate under control.

10      5.   The Court finds that there is a strong public interest in favor of disclosure of the
11  budget documents at issue.

12      6.   The Court finds that the Department of Finance interfered with the ability of the
13  defendants in this case to comply with this court's March 2, 2006 Order, as well as the Court's
14  numerous prior staffing orders, and also interfered with the efforts of the CDCR leadership to
15  bring their mental health care system into compliance with the United States Constitution.

16      Good cause appearing, IT IS HEREBY ORDERED THAT:

17      1.   The recommendation of the Special Master in his 6/21/06 Report is hereby
18  approved. Defendants and the Department of Finance are hereby ordered to submit an interim
19  budget request to the Legislature as soon as possible requesting emergency funding for all of
20  the positions and other resources sought by the CDCR's leadership in the February 6, 2006
21  CDCR Finance Letter. Those positions previously submitted as part of the 2006/07 May
22  Revise process and approved by the Legislature need not be submitted again. Defendants shall
23  file a report within seven days of the date of this order explaining what they consider to be the
24  best method for securing the funding necessary for the relevant positions and resources.
25  Defendants, with the assistance of the Department of Finance, shall submit a well-documented
26  request for the necessary funding to the Legislature within 30 days from the date of this order.

27      2.   Michael C. Genest, the Director of the Department of Finance is hereby added as
28  a defendant in this action, in his official capacity. The Court orders that a copy of this order

and all subsequent orders in this case be served on Michael C. Genest, Director, California Department of Finance, 915 L Street, Sacramento, CA 95814.

3. The Rejected 2006/07 Finance Letter, along with all 800-plus pages of the exhibits and attachments thereto, and the 6/21/06 Report of the Special Master and the briefs of the parties with respect to this issue are all hereby ordered unsealed.

Dated: _____          _____
                                    Honorable Lawrence K. Karlton
                                    United States District Court