PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

     Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants

) No.:  Civ S 90-0520 LKK-JFM
)
) **PLAINTIFFS' LIST OF ACRONYMS**
) **USED IN OBJECTIONS TO JUNE 15,**
) **2006 REVISED INTERIM BED PLAN**
)
)
)
)
)

Pursuant to the Court's June 30, 2006 Order, plaintiffs hereby submit a Table of Abbreviations which lists each acronym used in plaintiffs June 29, 2006 Plaintiffs' Objections to Defendants' June 15, 2006 Revised Interim Bed Plan.

Dated:  July 10, 2006                          Respectfully submitted,

                                               */s/ Thomas Nolan____*

                                               Thomas Nolan
                                               Rosen, Bien & Asaro
                                               Attorneys for Plaintiffs

**TABLE OF ABBREVIATIONS**

APP      Acute Psychiatric Program.  The Acute Psychiatric Program at the California Medical Facility is a licensed 150-bed acute care program operated by the Department of Mental Health.  The program is richly staffed and offers 24-hour nursing care.  Inmates who are send to this program are frequently suicidal and these inmates typically spend 45-60 days in the program.

ASH      Atascadero State Hospital.  A state mental hospital located in Atascadero, California that is operated by the Department of Mental Health,  ASH provides intermediate inpatient case (also sometimes called ICF care) to CDCR inmate-patients who in recent years have been limited to those inmates who are at lower custody levels.

CCCMS   Correctional Clinical Case Management System.  CCCMS is the name for the largest CDCR mental health program, which currently includes 26,000 inmates with mental illness who live in general population housing units, alongside non-mentally ill inmates.  CCCMS inmates are generally given medication management, and a meeting with their case manager every 90 days.  A few also participate in therapy groups.

CDCR    California Department of Corrections and Rehabilitation

CIW      California Institute for Women.  CIW is a prison in Corona, California, with a planned MHCB.

CMC     California Men's Colony.  CMC is a prison in San Luis Obispo, California.

CMF     California Medical Facility (a prison).  CMF is a prison in Vacaville, California.

DHS      Department of Health Services.  DHS is responsible for licensing MHCB units, DMH inpatient units, and GACH hospitals.

DMH     Department of Mental Health.

EOP      Enhanced Outpatient Program.  EOP programs are sheltered treatment programs that house severely mentally ill inmates.  There are currently approximately 4,100 EOP inmates.  Because these inmates are unable to function in a general population

setting, they live in segregated housing units.  They are given 10 hours each week of therapy or other "structured therapeutic activities."  EOP inmates meet weekly with their case managers.

GACH  General Acute Care Hospital. These are licensed hospital units within a prison. They are licensed by the California Department of Health Services.  CDCR has these units at CIM, CMC, CMF and Corcoran State Prison.

ICF  Intermediate Care Facility.  ICF programs are "intermediate" inpatient care programs.  These programs are operated by the state Department of Mental Health. There are currently ICF programs at Salinas Valley State Prison, the California Medical Facility, Atascadero State Hospital, and Coalinga State Hospital.  Inmates in these programs have frequent clinical contact, 24-hour nursing care and 20 or more hours of therapy and treatment each week.  Inmates generally spend 6-12 months in these programs.

KVSP  Kern Valley State Prison.  A new prison in Delano, California, with a planned MHCB.

LOU  The "Locked Observation Unit" at California Men's Colony, which the Court ordered on May 2, 2006 that defendants re-open as a Mental Health Crisis Bed unit.

MHCB  Mental Health Crisis Beds.  MHCB units are licensed inpatient units inside many California prisons where mentally ill inmates who are suicidal or experiencing another kind of mental health crisis can be admitted and treated for up to 10 days.

MHSDS  Mental Health Services Delivery System.  The name given by defendants to their entire mental health system.

OHU  Outpatient Housing Unit.  OHUs are non-licensed treatment units, and are sometimes called infirmaries.  These units generally do not have 24-hour nursing care on the unit (although defendants are now seeking enhanced staffing for these units).  They have significantly less clinical staff than MHCB units.  Suicidal inmates are supposed to be moved out of an OHU and into an MHCB within 24 hours.

| | | |
|---|---|---|
| 1 | SAC | California State Prison, Sacramento.  A prison located in Sacramento, California. |
| 2 | SVSP | Salinas Valley State Prison.  A prison located in Salinas, California. |

PLAINTIFFS' LIST OF ACRONYMS USED IN OBJECTIONS TO JUNE 15, 2006 REVISED INTERIM BED PLAN, NO.:  CIV S 90-0520 LKK-JFM