PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF THOMAS NOLAN IN SUPPORT OF PLAINTIFFS' NOTICE OF VIOLATIONS OF MAY 2, 2006 COURT ORDER AND REQUEST FOR RELIEF AND OBJECTIONS TO DEFENDANTS' AMENDED LONG TERM BED PLAN AND REQUEST FOR ADDITIONAL 60 DAY EXTENSION** |

I, Thomas Nolan, hereby declare:

1. I am an attorney admitted to practice law in California and an Associate at the law firm Rosen, Bien & Asaro, one of the counsel of record for the plaintiff class in the case. I have personal knowledge of the matters stated herein and if called as a witness I could and would competently so testify. I make this declaration in support of Plaintiffs' Notice of Violations of May 2, 2006 Order and Request for Relief and Objections to Defendants' Amended Long Term Bed Plan and Request for Additional 60-Day Extension.

2. On Wednesday June 28, 2006, I was given an opportunity to participate in a short, one-hour conference call with John Misener and Mary Beth Thomas, the CDCR consultants who authored the new Navigant study projecting need for various categories of beds. Special Master Michael Keating and Deputy Special Master Matthew Lopes participated in the call, but neither the court experts nor any experts working for the plaintiffs were present on the conference call. I was allowed to ask some questions, but defendants cut my questioning short. I had many unanswered questions at the end of the call. Defendants counsel refused to allow the consultant to answer one of my questions about why the EOP projections in the 2002 Tucker Alan Study turned out to be off by more than 40 percent by 2006. Defendants' counsel Lisa Tillman also refused to allow me to tape record the conference call. I was given notice of the call roughly 36 hours before the call took place. Earlier this year, prior to defendants' filing of the April 17, 2006 Bed Plan, plaintiffs requested that defendants provide us with the underlying data and other documentation on which the bed need projections were based. We also asked for other information about the data used and about how the data was extrapolated into the projections. Defendants had been unable to answer certain questions and promised to provide this information in a conference call. This information and documents were never provided.

3. Attached hereto as Exhibit A is a true and correct copy of excerpts from the hearing transcript from the April 26, 2006 evidentiary hearing before the Court on Defendants' April 17, 2006 Bed Plan.

4. Attached hereto as Exhibit B is a true and correct copy of excerpts from the

1
DEC OF THOMAS W. NOLAN ISO PLFS' NOTICE OF VIOLATIONS & REQUEST FOR RELIEF AND OBJECTIONS
NO.: CIV S 90-0520 LKK-JFM

hearing transcript from the April 27, 2006 evidentiary hearing before the Court concerning Defendants' April 17, 2006 Bed Plan.

5. Attached hereto as Exhibit C is a true and correct copy of Exhibit XI from defendants' April 17, 2006 Bed Plan.

6. Attached hereto as Exhibit D is a true and correct copy of a June 7, 2006 letter from Jane Kahn, counsel for plaintiffs, to Lisa A. Tillman, counsel for defendants, concerning the EOP bed shortage and defendants' forthcoming revised Bed Plans.

7. Attached hereto as Exhibit E is a true and correct copy of the June 30, 2006 letter from Peter Farber-Szekrenyi to Special Master Keating concerning activation of the MHCB units at KVSP and CSP-SAC.

I declare, under penalty of perjury, that the foregoing is true and correct, and that this declaration is executed in San Francisco, California on July 10, 2006.

*/s/ Thomas Nolan*
Thomas Nolan