| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>KEITH WATTLEY Bar No.: 203366<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & ASARO, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>THOMAS NOLAN Bar No.: 169692<br>155 Montgomery Street, 8th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th Floor, San Francisco, California. On the date and in the manner indicated below, I served a true copy of the following documents:

**PLAINTIFFS' NOTICE OF VIOLATIONS OF MAY 2, 2006 COURT ORDER AND REQUEST FOR RELIEF AND OBJECTIONS TO DEFENDANTS' AMENDED LONG-TERM BED PLAN AND REQUEST FOR ADDITIONAL 60 DAY EXTENSION**

**DECLARATION OF THOMAS NOLAN IN SUPPORT OF PLAINTIFFS' NOTICE OF VIOLATIONS OF MAY 2, 2006 COURT ORDER AND REQUEST FOR RELIEF AND OBJECTIONS TO DEFENDANTS' AMENDED LONG-TERM BED PLAN AND REQUEST FOR ADDITIONAL 60 DAY EXTENSION**

**PROPOSED ORDER RE: PLAINTIFFS' NOTICE OF VIOLATIONS OF MAY 2, 2006 COURT ORDER AND REQUEST FOR RELIEF AND OBJECTIONS TO DEFENDANTS' AMENDED LONG-TERM BED PLAN AND REQUEST FOR ADDITIONAL 60 DAY EXTENSION**

on the parties in said action by placing a true copy thereof enclosed in a sealed envelope to be delivered in the manner indicated below and addressed as follows

**BY US MAIL**

Pete Cockeroft
CSP – Sacramento
PO Box 290066
Represa, CA 93536

Stephen W. Mayberg
California Department of Mental Health
1600 Ninth Street, Room 151
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2006 at San Francisco, California.

_Nathan Kleiner_

-1-