1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    Post Office Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10 48149286-CF1997CS0003

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                        SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **NOTICE OF FILING SEALED DOCUMENTS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

**NOTICE OF FILINGS SEALED DOCUMENTS**

1. Defendants' response to special master's report on defendants' budget requests for staffing to implement the revised program guide and to joinder of department of finance;

2. Separate Statement of Objections;

3. Declaration of Jerue;

4. Notice of Lodging of Exhibits.

Dated:  July 11, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/ s / Lisa A. Tillman*
LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

CF1997CS0003
30139030.wpd