# CONFIDENTIAL

Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.
United States District Court, Eastern District of California
Case No. CIV S-90-0520 LKK JFM P

# DOCUMENTS FILED UNDER SEAL