## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:   **U.S. District Court, Eastern District of California**

Case No.:   **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On      July 11, 2006     , I served the attached **DEFENDANTS' NOTICE OF FILING DOCUMENTS UNDER SEAL (ACCOMPANYING DOCUMENTS FILED UNDER SEAL)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California 94244-2550, addressed as follows:

PETE COCKCROFT, H-86887
California State Prison, Sacramento
FA2-205
Post Office Box 290066
Represa, CA  95671-0066

KIMBERLY S. DAVENPORT
California Medical Association
221 Main Street
San Francisco, CA  94105

STEPHEN W. MAYBERG
California Department of Mental Health
1600 Ninth Street, Room 151
Sacramento, CA  95814

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 11, 2006, at Sacramento, California.

|  M. McIntosh  |  / s / M. McIntosh  |
|:---:|:---:|
| Declarant | Signature |

30136778.wpd