BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

**FILED**

JUL 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | CASE NO. CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | *Filed Under Seal* |
| v. | **DEFENDANTS' NOTICE OF LODGING IN SUPPORT OF RESPONSE TO SPECIAL MASTER'S REPORT ON DEFENDANTS' BUDGET REQUESTS FOR STAFFING TO IMPLEMENT THE REVISED PROGRAM GUIDE AND TO JOINDER OF DEPARTMENT OF FINANCE** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Defendants submit the following exhibits in support of their response to Special Master Keating's *Report on the Status and Sufficiency of the Defendants' Budget Request for Staffing to Implement the Revised Program Guide*:

Exhibit 1: Page/line interlineation of Special Master's Report;

Exhibit 2: Excerpted chart from CDCR Finance Letter of 2006-07, entitled *Locked Units: Mental Health Staffing*;

Exhibit 3: Final Budget Proposal, *Modifications Necessary to Meet July 26, 1999*

NOTICE OF LODGING SUPPORT DEF. RESPONSE SM REPORT

1

1 | *Court Order in Coleman v. Davis;*

2 | Exhibit 4: Data on Prevalence Mix Adjustments;

3 | Exhibit 5 : Chart, entitled *Summary of Existing Clinical and Custody Staffing for Ad Seg, SHU, and Condemned Units, As Approved in Budget Acts Since Fiscal Year 2000-01.*

Dated: July 11, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30137985.wpd