BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

**FILED**
JUL 1 2 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | NO. CIV S-90-0520 LKK JFM P <br> *Filed Under Seal* <br> **DEFENDANTS' SEPARATE STATEMENT OF OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS IN SPECIAL MASTER'S REPORT ON DEFENDANTS' BUDGET REQUESTS FOR STAFFING TO IMPLEMENT THE REVISED PROGRAM GUIDE** |

Defendants hereby submit a separate statement of objections to the findings and recommendation stated in the Special Master's report of June 21, 2006.

//
//
//
//
//

DEF. SEP. STMT. RE. SM REPORT BCP

1

A.  **THE SPECIAL MASTER'S FINDING OF ARBITRARY AND CAPRICIOUS ACTIONS BY DOF MUST BE DISREGARDED ON THE BASIS OF INSUFFICIENT FOUNDATION.**

1. **Because the Special Master Only Sought the CDCR Budget Change Proposal, His Finding that the DOF Improperly Rejected Staffing Augmentation for the Program Guide Must be Disregard as Without Proper Foundation.**

| Page | Finding | Summary of Response |
|---|---|---|
| 9:1-10:2 | "The defendants may have some countervailing reasons for their responses to CDCR's BCPs, but no available evidence supports the actual responses; instead they seem arbitrary and capricious." | The special master sought only the CDCR budget submission. There was no review of documents showing DOF deliberations. Any opinion about DOF deliberations is speculative and without proper foundation. |
| 10:2-10:10 | "...nothing in the record refutes either the BCP's analysis of the detailed workload changes included in the new Program Guide or its estimate of the mental health staff needed to fully implement the revision...Once again, nothing in the record supports DOF's rejection of that BCP. | The special master sought only the CDCR budget submission. There was no review of documents showing DOF deliberations. Any opinion about DOF deliberations is speculative and without proper foundation. |

2. **The Report Misconstrues The Statutory and Constitutional Role Of DOF In The Review Of Funding Proposals For the Budget Presented By The Governor To The State Legislature.**

| Page | Finding | Summary of Response |
|---|---|---|
| 8:12-15 | "For reasons not articulated in any of the provided documents, DOF elected in FY 2005/06 to seek..." | This statement mischaracterizes the statutory and constitutional role of DOF in the review of budget proposals submitted by state agencies for inclusion in the budget presented by the Governor to the Legislature. |
| 8:21-9:3 | "...and DOF rejected all but two percent of the staffing." | This statement mischaracterizes the statutory role of DOF in the review of budget proposals submitted by state agencies for inclusion in the budget presented by the Governor to the Legislature. |

| Page | Finding | Summary of Response |
|---|---|---|
| 9:4-8 | "DOF attempted to retrieve some credibility by ...promising to fund a workload study to corroborate and ensure appropriate staffing levels." | This statement mischaracterizes the statutory role of DOF. Further, CDCR sought the workload study. |
| 10:9-10 | "Once again, nothing in the record supports DOF's rejection of that BCP." | This statement mischaracterizes the statutory and constitutional role of DOF in the review of budget proposals submitted by state agencies for inclusion in the budget presented by the Governor to the Legislature. |
| 6:7; 6:12; 10:3 | The California General Assembly | The legislative power of the State is vested in the California Legislature which consists of the Senate and Assembly. Cal. Const., Art. IV, Sect. 1. |

3. **The Failure to Attach Complete Copies Of Produced Documents To The Report Results In A Misleading Characterization Of The Funding Request and Outcome.**

| Page | Finding | Summary of Response |
|---|---|---|
| May Revise Finance Letter, 2005-2006, Exhibit C to Report, 5:9-10 | | The entire document is not attached to the report, resulting in a mischaracterization of the evidence. |
| Finance Letter, 2006-07, Exhibit D to Report 6:9-10 | | The entire document is not attached to the report, resulting in a mischaracterization of the evidence. |

//
//
//
//
//
//
//

DEF. SEP. STMT. RE. SM REPORT BCP

3

## B. DEFENDANTS OBJECT TO THE SPECIAL MASTER'S RECOMMENDATIONS.

### 1. The Recommendation To Immediately Fund Requested Administrative Segregation Positions Must Be Rejected.

| Page | Finding | Summary of Response |
|---|---|---|
| 10:20-22 | "The defendants should be required to incorporate the mental health staffing proposals include in CDCR's FY 2006/07 BCP for implementing the Program Guide revisions." | The request for positions was not provided justification in the BCP. No additional support is provided in the Special Master's Report. |
| 10:3-5 | "The defendants' budget request to the California General Assembly [sic] does not appear to provide nearly sufficient mental health staff to allow CDCR to implement the revise Program Guide fully." | The Special Master sought only the CDCR budget submission, and so his analysis did not benefit from any review of documents showing DOF deliberations.<br><br>The Governor's presented budget to the Legislature requested the same level of resources included in CDCR's original submission, except the administrative segregation positions. DOF found more than 299.98 administrative segregation positions had been allocated for the same purpose over the past six years. There is no evidence that this is an insufficient level of funding. |

2. **The Recommendation That A Workload Study Be Performed For The 2007-2008 Fiscal Year Budget Submission Should Be Modified To Incorporate A Baseline Study Of The Present Allocated Positions Within The Mental Health Services Delivery System.**

| Page | Finding | Summary of Response |
|---|---|---|
| 10:22-11:2 | Any workload study funded by the defendants ought to be required to submit findings and recommendations sufficiently timely to be incorporated in the FY 2007/08 budget cycle. | The workload study must be predicated upon and incorporate a baseline analysis of the number, location, and use of presently-allocated clinical and custody positions within the mental health services delivery system. |

Dated: July 11, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30137543.wpd

DEF. SEP. STMT. RE. SM REPORT BCP

5

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court: **U.S. District Court, Eastern District of California**

Case No.: **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On ___July 11, 2006___, I served the attached **DEFENDANTS' SEPARATE STATEMENT OF OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS IN SPECIAL MASTER'S REPORT ON DEFENDANTS' BUDGET REQUESTS FOR STAFFING TO IMPLEMENT THE REVISED PROGRAM GUIDE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California 94244-2550, addressed as follows:

**The Honorable Lawrence K. Karlton**
**c/o CLERK'S OFFICE**
**United States District Court**
**Eastern District of California**
**501 I Street, Room 4-200**
**Sacramento, CA 95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 11, 2006, at Sacramento, California.

| M. McIntosh | _(signature)_ |
| --- | --- |
| Declarant | Signature |

30139115.wpd