BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
48149286-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' EX PARTE MOTION RE: KERN VALLEY STATE PRISON SELF-CERTIFICATION, DECLARATION OF GEORGE SIFUENTES, [PROPOSED] ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

**I.**

**INTRODUCTION**

On May 1, 2006, this Court ordered Defendants to immediately open the Locked Observation Unit at California Men's Colony as a mental health crisis bed unit. Defendants have done so. By this motion, Defendants state that physical modifications necessary for the safe operation of this mental health crisis bed unit cannot be funded without this Court's waiver of California Public Contract Code section 10808. The accompanying declaration of Deputy Director George Sifuentes of the Office of Facilities Management of the California Department

of Corrections and Rehabilitation (CDCR) describes the modifications as the installation of air conditioning; replacement of inmate/patient cell doors and the creation of work and treatment space. (Dec. Sifuentes, ¶ 6.) The estimated cost of these modifications is $457,000, above the $400,000 cap on construction costs imposed by California Public Contract Code section 10808. (*Id.* at ¶¶ 6, 8 - 10.)

In order to ensure the safe operation of these mental health crisis beds, Defendants request this Court waive California Public Contract Code section 10808 and order George Sifuentes, as Deputy Director of the Office of Facilities Management of the CDCR, to approve the physical modifications of the Locked Observation Unit at CMC.

Dated: July 18, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/ s / Lisa A. Tillman*
LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

CF1997CS0003
30140146.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:   **U.S. District Court, Eastern District of California**

Case No.:   **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On   July 18, 2006  , I served the attached **DEFENDANTS' EX PARTE MOTION RE: KERN VALLEY STATE PRISON SELF-CERTIFICATION, DECLARATION OF GEORGE SIFUENTES, [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California 94244-2550, addressed as follows:

**PETE COCKCROFT, H-86887**
**California State Prison, Sacramento**
**FA2-205**
**Post Office Box 290066**
**Represa, CA  95671-0066**

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA  94105**

**STEPHEN W. MAYBERG**
**California Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA  95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 18, 2006, at Sacramento, California.

|  M. McIntosh  |  */s/ M. McIntosh*  |
| :---: | :---: |
| Declarant | Signature |

30141545.wpd