**ATTACHMENT**

1. BILL LOCKYER
   Attorney General of the State of California
2. JAMES M. HUMES
   Chief Assistant Attorney General
3. FRANCES T. GRUNDER
   Senior Assistant Attorney General
4. ROCHELLE C. EAST
   Supervising Deputy Attorney General
5. LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6.    1300 I Street, Suite 125
      P.O. Box 944255
7.    Sacramento, CA 94244-2550
      Telephone: (916) 327-7872
8.    Fax: (916) 324-5205
9. Attorneys for Defendants
   CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | CASE NO. CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | DECLARATION OF GEORGE A. SIFUENTES IN SUPPORT OF EX PARTE MOTION RE: LOCKED UNIT AT CALIFORNIA MEN'S COLONY |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, George A. Sifuentes, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) in the position of Deputy Director of the Office of Facilities Management. I have served in this position since March 2004.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I am knowledgeable about the regulatory requirements governing the appropriation, use of and authorization of capitol outlay funds.

DECLARATION OF SIFUENTES RE. CMC/LOU

1

4. I am aware that this Court issued an order in May 2006 directing Defendants to activate the mental health crisis beds at the Locked Observation Unit (LOU) at California Men's Colony (CMC) immediately.

5. Since this Court's order, I have learned that the Warden of CMC requested modifications to the LOU physical plant to make the LOU a much safer work, treatment and housing facility for staff, inmates and visitors to the LOU.

6. Critical modifications to the physical plant are requested, such as: the installation of air conditioning; replacement of inmate/patient cell doors and the creation of work and treatment space. The estimated cost of the modifications is $457,000.

7. I have reviewed the list of modifications stated in paragraph 6 and find that in my opinion the modifications will provide a safer work, treatment and housing unit for all involved and will also enhance the ability of staff to provide treatment to inmate-patients.

8. Because the estimated cost of the proposed modifications exceeds $400,00, I am unable to approve the project.

9. The California Public Contract Code section 10108 prevent me from approving this project due to its estimated cost of $457,000. California Public Contract Code section 10108 limits the amount of a minor capitol outlay project to less than $400,000.

10. In accord with this Court's order, I am informing the Court of these statutory barriers to approving the requested modifications of the Locked Observation Unit at California Men's Colony.

11. Should this Court remove these barriers by ordering approval of this project with waiver of the California Public Contract Code 10108, I will then be able to approve the project and will do so.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2006      By: _____
                              GEORGE A. SIFUENTES

DECLARATION OF SIFUENTES RE. CMC/LOU

2