IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

      Plaintiff,                     No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.           <u>ORDER</u>

      The court is in receipt of defendants' request for clarification of the scope of the court's order directing release of certain documents to the Special Master. Not later than the close of business on July 21, 2006, defendants shall file with the Clerk of Court a copy of all documents provided to the Special Master under seal and provide a copy to counsel for plaintiffs.

      IT IS SO ORDERED.

      DATED: July 17, 2006.

Lawrence K. Karlton
Senior Judge
U.S. District Court