1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 |  1300 I Street, Suite 125
P.O. Box 944255
7 |  Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8 |  Fax: (916) 324-5205

9 | Attorneys for Defendants
48149286-CF1997CS0003

10

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE EASTERN DISTRICT OF CALIFORNIA

13 | SACRAMENTO DIVISION

14

15 | **RALPH COLEMAN, et al.,**                NO. CIV S-90-0520 LKK JFM P

16 |                            Plaintiffs,    **DEFENDANTS' REQUEST FOR
EXTENSION OF TIME RE:**
17 |      **v.**                              **SUBMISSION OF DOCUMENTS
IN RESPONSE TO COURT**
18 | **ARNOLD SCHWARZENEGGER, et al.,**       **ORDER OF JULY 17, 2006**

19 |                            Defendants.

20

21 |      Defendants, by and through their counsel, request a two-day extension of time in

22 | which to further comply with this Court's order of July 17, 2006, to produce documents relevant

23 | to the requests of the California Department of Corrections and Rehabilitation (CDCR) for

24 | staffing to implement the court-approved provisions of the Revised Program Guides.

25 |      Defendants have produced documents responsive to the order by the stated deadline of

26 | July 19, 2006.  However, in the course of preparing the document production, counsel received

27 | voluminous amounts of material from an expanding group of persons.  In order to enable an

28 | adequate review of the documents, counsel respectfully requests a two-day extension of the

Defendants' Request for Extension of Time                      Coleman v. Schwarzenegger

1

1 | deadline to July 21, 2006.  Defense counsel recognizes that the granting of this sought extension

2 | may result in a commensurate change in the deadline for submission of the Special Master's

3 | report and hopes this will not cause any inconvenience to the Court.  Defense counsel does not

4 | anticipate Plaintiffs' counsel will sustain any prejudice from this extension.  Therefore,

5 | Defendants respectfully request that the two-day extension be granted.

6 |       Dated:  July 20, 2006

7 |                       Respectfully submitted,

8 |                       BILL LOCKYER
                      Attorney General of the State of California

9 |                       JAMES M. HUMES
                      Chief Assistant Attorney General

10 |                       FRANCES T. GRUNDER

11 |                       Senior Assistant Attorney General

12 |                       ROCHELLE C. EAST
                      Supervising Deputy Attorney General

13 |

14 |                       */ s / Lisa A. Tillman*

15 |                       LISA A. TILLMAN
                      Deputy Attorney General

16 |                       Attorneys for Defendants

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

CF1997CS0003

28 | 30142497.wpd

Defendants' Request for Extension of Time                      Coleman v. Schwarzenegger

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:    **U.S. District Court, Eastern District of California**

Case No.:    **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On ____July 20, 2006____, I served the attached **DEFENDANTS' REQUEST FOR EXTENSION OF TIME RE: SUBMISSION OF DOCUMENTS IN RESPONSE TO COURT ORDER OF JULY 17, 2006** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California 94244-2550, addressed as follows:

**PETE COCKCROFT, H-86887**
**California State Prison, Sacramento**
**FA2-205**
**Post Office Box 290066**
**Represa, CA  95671-0066**

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA  94105**

**STEPHEN W. MAYBERG**
**California Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA  95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 20, 2006, at Sacramento, California.

| M. McIntosh | */ s / M. McIntosh* |
|:---:|:---:|
| Declarant | Signature |

30142796.wpd