BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  Post Office Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
48149286-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME RE: SUBMISSION OF DOCUMENTS IN RESPONSE TO COURT ORDER OF JULY 17, 2006** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Lisa A. Tillman, declare as follows:

1. I am an attorney licensed to practice in the State of California and I am admitted to the Eastern District of the United States District Court. I am employed by the Office of the Attorney General as a Deputy Attorney General and I am assigned to represent the Defendants in this matter.

2. On July 17, 2006, this court ordered Defendants to produce documents relevant to the requests of the California Department of Corrections and Rehabilitation (CDCR) for staffing to implement the court-approved provisions of the Revised Program Guides.

1  3. In the course of preparing the document production, I received and continue
2  to receive voluminous amounts of material from an expanding group of persons
3  4. In order to enable an adequate review of the documents, I respectfully request a
4  two-day extension of the deadline to July 21, 2006.
5  Dated: July 20, 2006

6                             */ s / Lisa A. Tillman*
                           LISA A. TILLMAN

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  CF1997CS0003
30142519.wpd

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:   **U.S. District Court, Eastern District of California**

Case No.:   **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On ___July 20, 2006___, I served the attached **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME RE: SUBMISSION OF DOCUMENTS IN RESPONSE TO COURT ORDER OF JULY 17, 2006** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California 94244-2550, addressed as follows:

**PETE COCKCROFT, H-86887**
**California State Prison, Sacramento**
**FA2-205**
**Post Office Box 290066**
**Represa, CA 95671-0066**

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA 94105**

**STEPHEN W. MAYBERG**
**California Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA 95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 20, 2006, at Sacramento, California.

|  M. McIntosh  |  */ s / M. McIntosh* |
|:---:|:---:|
| Declarant | Signature |

30142766.wpd