1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11              SACRAMENTO DIVISION

12

13   **RALPH COLEMAN, et al.,**                     NO. CIV S-90-0520 LKK JFM P

14                                Plaintiffs,

15              **v.**                              **[PROPOSED] ORDER**

16   **ARNOLD SCHWARZENEGGER, et al.,**

17                                Defendants.

18

19        FOR GOOD CAUSE SHOWN, this Court grants Defendants a two-day extension of time to

20   July 21, 2006, to comply with its July 17, 2006 order to produce documents.

21

22   **Dated:** _____    _____

23                                          HONORABLE LAWRENCE K. KARLTON
                                            SENIOR UNITED STATES DISTRICT JUDGE

24

25

26

27
     CF1997CS0003
28   30142529.wpd

<u>**DECLARATION OF SERVICE BY U.S. MAIL**</u>

Case Name:    **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:          **U.S. District Court, Eastern District of California**

Case No.:      **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On ____July 20, 2006____, I served the attached **[PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California 94244-2550, addressed as follows:

**PETE COCKCROFT, H-86887**
**California State Prison, Sacramento**
**FA2-205**
**Post Office Box 290066**
**Represa, CA 95671-0066**

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA 94105**

**STEPHEN W. MAYBERG**
**California Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA 95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 20, 2006, at Sacramento, California.

|               |                          |
| :-----------: | :----------------------: |
| M. McIntosh   | */ s / M. McIntosh*      |
| Declarant     | Signature                |

30142752.wpd