IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

FOR GOOD CAUSE SHOWN, this Court grants Defendants a two-day extension of time to July 21, 2006, to comply with its July 17, 2006 order to produce documents.

**Dated:** July 21, 2006

_/s/ Lawrence K. Karlton_
HONORABLE LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE

CF1997CS0003
90cv520.o.0721.wpd