1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     Post Office Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10 48149286-CF1997CS0003

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13                        SACRAMENTO DIVISION

14

15 **RALPH COLEMAN, et al.,**                NO. CIV S-90-0520 LKK JFM P

16                             Plaintiffs,   **NOTICE OF FILING SEALED DOCUMENTS**

17         v.

18 **ARNOLD SCHWARZENEGGER, et al.,**

19                             Defendants.

1     1. Defendants' Submission of Documents in Response to Court Order of July 17, 2006.

    Dated: July 21, 2006

                Respectfully submitted,

                BILL LOCKYER
                Attorney General of the State of California

                JAMES M. HUMES
                Chief Assistant Attorney General

                FRANCES T. GRUNDER
                Senior Assistant Attorney General

                ROCHELLE C. EAST
                Supervising Deputy Attorney General


                */ s / Lisa A. Tillman*

                LISA A. TILLMAN
                Deputy Attorney General
                Attorneys for Defendants

CF1997CS0003
30143356.wpd

Notice of Filing Sealed Documents                 Coleman, et al. v. Schwarzenegger, et al.

2

# CONFIDENTIAL

**Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.
United States District Court, Eastern District of California
Case No. CIV S-90-0520 LKK JFM P**

# DOCUMENTS FILED UNDER SEAL

# DECLARATION OF SERVICE BY OVERNIGHT COURIER AND U.S. MAIL

Case Name: **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court: **U.S. District Court, Eastern District of California**

Case No.: **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, Post Office Box 944255, Sacramento, CA 94244-2550.

On July 21, 2006, I served the attached **NOTICE OF FILING SEALED DOCUMENTS** by placing a true copy thereof enclosed in a sealed envelope with the **Federal Express Overnight Courier Service**, addressed as follows:

**MICHAEL BIEN**
**Rosen, Bien & Asaro**
**155 Montgomery Street, 8th Floor**
**San Francisco, CA  94105**
*via Federal Express*

**STEVE FAMA**
**Prison Law Office**
**2173 "E" Francisco Boulevard, Suite M**
**San Rafael, CA  94901**
*via Federal Express*

**CLAUDIA CENTER**
**The Legal Aid Society -**
**Employment Law Center**
**600 Harrison Street, Suite 120**
**San Francisco, CA  94107**
*via Federal Express*

**PETE COCKCROFT, H-86887**
**California State Prison, Sacramento**
**FA2-205**
**Post Office Box 290066**
**Represa, CA  95671-0066**
*via U.S. Mail*

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA  94105**
*via U.S. Mail*

**STEPHEN W. MAYBERG**
**California Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA  95814**
*via U.S. Mail*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2006, at Sacramento, California.

|  M. McIntosh  |  */ s / M. McIntosh*  |
|---|---|
| Declarant | Signature |

30143365.wpd