- Inmates requiring inpatient mental health care for more than 10 days are currently referred to the Department of Mental Health (DMH). In the 1997 Program Guides, this was achieved through referral to a few CDC institutions, which then completed the DMH referral process, or recommended that the patient return to the CDC institution.

In addition to the LOC designation, each inmate-patient is placed into an institution determined by a classification score calculated to differentiate inmates by safety and security needs. Within institutions, inmates may be placed into the general population or they may be housed temporarily in an Administrative Segregation Unit (ASU) when their placement in general population is likely to pose a threat to the safety and security of the institution. Inmate-patients, who, because of gang membership, rules violation, or other means, pose a threat to the safety and security of the institution, may be placed in a Secure Housing Unit (SHU) for a specified or indeterminate sentence. In ASU and SHU housing, inmate patients are handcuffed and escorted by custody staff whenever they leave their housing cell. MHSDS treatment services for these inmate patients are provided in confidential interview booths and group rooms with treatment cells. These spaces are designed to provide a safe and secure environment for inmate-patients and for staff. Custody placement into general population, ASU or SHU housing is determined independently of MHSDS designation. Two institutions have Psychiatric Services Units designed to treat inmate-patients at EOP level of care in a SHU setting. MHSDS levels of care are offered at all custody levels, but not all combinations of LOC and custody placement are offered at each institution.

Length of stay in each program is determined by the inmate-patient's progress in mental health treatment. Inmates receiving CCCMS LOC who are prescribed no psychotropic medication and are free from symptoms for one year may be removed from the MHSDS. Other inmate-patients may receive CCCMS LOC mental health services throughout their incarceration.

Inmate-patients placed at EOP LOC generally receive treatment in this program for at least six months, and may require continued EOP LOC treatment throughout their incarceration.

Summary of Revisions to the MHSDS Program Guides

Many of the revisions in the MHSDS Program Guides policies and procedures do not require additional resources. Of the revisions that do require resources, some have already been implemented through separate Budget Change Proposals. These requirements include:

- The Mental Health Crisis Beds (MHCB) level of care is now provided in a correctional treatment center (CTC) licensed in accordance with Title XXII (Division 5, Chapter 12, Article 4, Section 79739, Mental Health Treatment Program) regulations.

00978

- Two levels of care (Inpatient Acute Care, and Inpatient Intermediate Care) are provided through contract with the Department of Mental Health.

- Inmate-patients who require services to treat a condition that does not warrant admission to a licensed mental health facility, or who require close observation and evaluation of a mental health condition, may be placed for up to 72 hours in an Outpatient Housing Unit (OHU). The OHU is not a licensed correctional treatment center, but has nursing staff on-site 24 hours per day.

- Inmates placed in Administrative Segregation are screened within 72 hours to determine whether they have experienced the onset or exacerbation of mental health symptoms.

- All inmates in CDC custody are screened by psychologists for Developmental Disabilities. If determined to need reasonable accommodation, they are offered assistance in functioning as defined by an individualized assistance plan.

- The Mental Health Tracking System is a database, required to be used at all institutions to track mental health appointments and services rendered.

Since 1997, CDC has implemented some of the policies and procedures in the MHSDS Program Guides, and requirements of other state and federal laws, without requesting any additional resources. These required implementations have included:

- Mental health assessments are conducted to give clinical input into the disciplinary process when an inmate who shows signs of possible mental illness, or who is in an EOP, MHCB, or DMH program receives a CDC For 115 - Rules Violation Report.

- Suicide Prevention Policies and Procedures – Suicide Prevention is required from all staff. Beginning in 1999, when an inmate-patient is discharged from a MHCB (and had been admitted due to potential suicide risk), the inmate patient is placed on a 5-day clinical follow-up and custody wellness check procedure. Suicide Prevention Training is required annually and is taught jointly by trained mental health and custody staff. When a suicide occurs, the suicide reporting and review process requires development and implementation of a corrective action plan.

- Developmentally disabled or cognitively impaired inmates may be designated as requiring housing in mental health treatment programs, even without past or current mental health symptoms. (A description of the Developmental Disability Program is beyond the scope of this BCP, but inmates-patients with these disabilities impact the time required to complete mental health duties).

- Mental health staff are required to use interpreters and interpreter services to achieve effective communication with inmates who do not speak English, or a language that the staff member has proficiency in speaking.

00979

- Mental health staff have been directed to document methods used to achieve equally effective communication with all disabled inmate-patients.

- Mental health staff at all institutions have been trained and directed to complete referrals to Department of Mental Health for all inmate-patients who may require a higher level of care, are not (at minimum) stable and programming at EOP level of care, have been in a MHCB for more than 10 days, or have more than three admissions to MHCB in a six month period.

- A Coordinated Clinical Assessment Team, including mental health and custody staff from involved institutions, Health Care Services Division, and the Department of Mental Health, conducts regularly scheduled (generally twice a week) phone conferences to resolve issues related to DMH referral, placement, and transfer.

- The Quality Management System requires mental health staff participation in Quality Improvement Teams, Suicide Prevention and Response Focused Improvement Teams, Mental Health Subcommittees, and Quality Management Committees.

- The Mental Health Crisis Beds licensing requirements require weekend coverage by mental health clinicians, which was not funded as part of the MHCB licensing budget.

- Mental health staff conducts assessments for the Board of Prison Terms, Penal Code 2962 (Mentally Disordered Offender Act), and Penal Code 1203.03 (Z Cases), and WIC 7301 (Transfer from DMH to CDC) as required by law.

The revised MHSDS Program Guides contain policies and procedures which, when implemented, will reduce required resources at the institutions. These include the following:

- The reception center and CCCMS assessment process was required within 5 days in the 1997 version, and will now be required within 10 days. The timeframe for completion of the treatment plan increased from 7 to 14 days.

- Inmates treated at EOP level of care may be scheduled for less than 10 hours per week of structured therapeutic activity, if clinically indicated.

- Clinicians treating EOP level of care patients are required to complete a monthly summary progress note, instead of documenting each contact with a patient.

- Inmate-patients may be clinically discharged from CCCMS if they have been in continuous remission and are functioning adequately in the mainline without treatment (including psychotropic medication) for six (6) months. This timeline is reduced from the 1997 version of one (1) year.

00980

- Transfers from one CCCMS level of care program to another institution no longer require direct contact between the clinical case managers. This was not feasible and was not current practice, and CDC negotiated to remove the requirement from the revised Program Guides.

- The Transitional Case Management Program was designed to facilitate transfer of patients from EOP and MHCB levels of care to parole. This has relieved some responsibility of the mental health staff at the institutions to communicate individually with parole officers and the parole outpatient clinic when an inmate-patient paroles.

Requirements of the MHSDS Program Guides, which require new resources in order to implement are detailed in the "Justification" section of this proposal.

## C. State Level Considerations

Standardizing the delivery of mental health care is consistent with the CDC Strategic Plan and HCSD Goals and Initiatives to manage the inmate and parolee population in a safe, efficient, and cost effective manner that is in compliance with the law. By providing appropriate resources to comply with policies and procedures developed to provide constitutionally adequate mental health care, CDC will take an important step toward self-directed management of the Inmate Medical Services Program. CDC currently spends approximately $3,000,000 per year to pay the *Coleman* plaintiffs' attorneys and Special Master fees. This figure does not include the CDC staff time required to respond to *Coleman* related inquiries, audits, hearings, and mandates. The most responsible fiscal strategy is to meet requirements for the provision of constitutionally adequate mental health services in order to facilitate a final settlement of the *Coleman* case. To continue current operations and fail to adequately implement the revised standards will leave the State open to further litigation and expenses associated with further court action.

## D. Facility/Capital Outlay Considerations

Implementation of the Revised MHSDS Program Guides is likely to have capital outlay impact at each institution. Additional office and treatment space may be needed in order to provide workspace and mental health treatment areas. A site-by-site evaluation of required facility and capital outlay would need to be conducted in conjunction with the IMSP implementation. Any Capital Outlay options must be juxtaposed with the outcomes of the Statewide Mental Health Study, which may provide treatment facilities specifically designed for patients who require EOP level of care. After assessment, a capital outlay Budget Change Proposal may be written to address these needs.

## E. Justification

### Methodology of the Revised MHSDS Resource Analysis
The Revised MHSDS Program Guides were reviewed by Health Care Services Division (HCSD) staff in order to list all changes since the 1997 Program Guides. Changes that

00981



institutions had been directed to implement were included, and resources allocated were noted. The list of changes was sent to one clinical and one custody contact at each institution. Each institution then completed an independent resource analysis in order to determine resources necessary to successfully implement the changes. The independent resource analyses were collected by HCSD and compiled into a common database. The data was analyzed by senior mental health staff with experience working at several institutions. Changes in the revised MHSDS Program Guides, which most institutions identified as requiring additional resources, are included below. In addition, a few unique needs at specific institutions are included.

## Outcome of the Revised MHSDS Resource Analysis

### Changes to the Interdisciplinary Treatment Team (IDTT) Process:

The following describe changes to the IDTT Process for all MHSDS Programs. Recommendations for resource allocation are located under headings for the level of care (EOP, CCCMS, or MHCB) and custody level (GP, ASU, or SHU) and refer to resources required for "Changes in IDTT requirements."

The Revised MHSDS Program Guides specify that, for all inmate-patients in the MHSDS, the treatment plan must be formulated and approved during the IDTT meeting. The treatment plan must include measurable goals, and progress toward these goals must be discussed in the IDTT. This process adds approximately 10 minutes to the IDTT for each patient who attends.

The composition of the IDTT, in the Revised MHSDS Program Guides, indicates that the assigned clinical case manager or primary clinician, the assigned psychiatrist, and the assigned correctional counselor must be present. In the Psychiatric Services Unit, the assigned CCII and the Facility Captain must attend all IDTTs. This is a change in requirement and current practice from the 1997 Program Guides, which required a mental health clinician and a psychiatrist, but not the assigned clinician/psychiatrist to attend the IDTT. The IDTT documentation in the revised Program Guides must include the printed names and initials or signatures of all staff present. Estimates indicate that these requirements will double the amount of time each clinician spends in IDTT each week.

The initial IDTT must be held prior to the initial Institution Classification Committee (ICC), and the annual IDTT must be held before the annual ICC. The requirements for intake assessment for CCCMS LOC inmate-patients have increased from a short (2 page) evaluation form to a full intake evaluation (8 pages). This change in the evaluation process will increase intake assessment time approximately 30 minutes per CCCMS inmate-patient.

When an inmate-patient does not attend the IDTT, the Clinical Case Manager (CCM) is responsible for documenting the reason in a progress note. If the inmate-patient refused to attend, the CCM is responsible for documenting the reason for the refusal. If the CCM does not know the reason, this will require a discussion with the patient at cell front, or a discussion with custody staff to determine why the patient did not attend. This is likely to increase the IDTT related time for each clinician an average of one hour per IDTT.

The 1997 MHSDS Program Guides stated that patients treated at EOP Level of Care are required to receive ten hours per week of structured therapeutic activity. The Revised Program Guides state that a patient may be offered less than ten hours of structured therapeutic activity when the Interdisciplinary Treatment Team (IDTT) determines that ten hours per week is clinically contraindicated. This change reflects current practice. The Revised Program Guides require that a patient scheduled for less than ten hours per week of structured therapeutic activity must be reviewed by the IDTT every 30 days instead of every 90 days. This reflects an increase in workload for all members of the IDTT. Approximately 15% of inmates in EOP level of care programs are scheduled for less than 10 hours of structured therapeutic activity per week. These 15% of patients will have to be reviewed by the IDTT three times as often as previously, driving a significant increase in IDTT time.

The Revised MHSDS Program Guides state that CCCMS inmate-patients in Secure Housing Units (SHU) attend IDTT quarterly for the purpose of treatment plan update. This is an increase from the prior requirement for annual treatment plan review. The CCCMS SHU Clinicians will therefore spend four times the amount of time they previously spent in IDTT meetings.

General Population CCCMS Level of Care – New Requirements

Clinical Case Manager (CCM) Duties:

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| Two -page summary Intake Evaluation completed within 5 days. | Eight page Intake Evaluation including C-file review, violence risk assessment, suicide risk assessment, social and family history, psychiatric history, request records from past treatment. Completed within 10 days. | 1.5 hours per intake assessment. This will have the largest impact on Reception Center (RC) Clinicians (see RC Section). Average intakes of inmates new to CCCMS vary. Approximate 2 per week = 3 hours per week |
| CCM Completes Basic Treatment Plan in 7 days | The responsibility of overall treatment planning within the CCCMS program rests with an IDTT. The CCM documents specific recommendations regarding work, education and substance abuse counseling. The treatment plan must include measurable goals and be completed within 14 days. | Increases documentation time by approximately 15 minutes per inmate-patient. IDTT Time by at least 10 minutes per inmate-patient. = 25 minutes x 5 per week = 2 hours per week |
| Reduced IDTT Requirements | Increased IDTT Requirements. **Assigned** | Doubles IDTT Time per week from approximately 4 |

| | CCM required to attend. (Summarized in separate section above) | hours to approximately 8 hours = Additional 4 hours per week |
|---|---|---|
| No requirement | Inmates who refuse to attend IDTT. The CCM documents the reason for the refusal on the progress note. | Requires follow-up cell front with inmate-patients who refuse = Additional 1 hour per week. |
| No requirement. However, group therapy is provided for a small percentage of CCCMS inmates in some institutions. | Group Therapy must be offered to inmates when clinically appropriate. Group therapy notes must be recorded in a monthly summary and include the inmates attendance, behavior in the group, and the progress toward achieving treatment goals. | Although group therapy may be offered by LPTs, the expertise of a psychologist or social worker may be required for some group topics. In addition, CCMs will inevitably cover group therapy when an LPT is not available. Additional 3 hours per week. |
| No requirement | When a CCCMS IDTT recommends transfer to an EOP, the CCM completes a Mental Health Evaluation (see above for time frame). | Additional 1 hour per week. |
| No requirement for 5-day follow-up when an inmate-patient is released from OHU. | Increased responsibility for tracking inmate-patients placed in OHU and released with requirement for 5-day follow up. | Additional 15 minutes per day = 1.5 hours per week. |
| No requirement | Suicide Risk Assessments are required at minimum – <ul><li>Every time an inmate has an initial face-to-face evaluation for suicidal ideation, gestures, threats, or attempts, by a clinician trained to complete the SRAC.</li><li>By the referring clinician prior to placement of an inmate-patient into an Outpatient Housing Unit (OHU) for continued suicide risk assessment or into a Mental Health Crisis Bed (MHCB) for</li></ul> | Unpredictable additional workload – Time study not completed |

00984

suicidal ideation, threats, or attempt.

- After hours, on weekends and holidays, when the referring clinician has not completed an SRAC, by the clinician providing coverage, by the next day, for those inmate-patients placed into an OHU or MHCB.

- By the associated Interdisciplinary Treatment Team (IDTT) and/or clinician for all inmate-patients placed into an OHU, for mental health reasons, or MHCB, for any reason, upon decision to release or discharge.

- Subsequent to release from an OHU placement that was for the purpose of continued suicide risk assessment, or a MHCB placement for the reason of suicidal ideation, threats, or attempts, at a minimum of every ninety (90) days for a twelve month period, by a mental health clinician.

- Within seventy-two (72) hours of return from a Department of Mental Health (DMH) facility, or within 24 hours if clinically indicated based on new arrival screening.

- Any time the medical

| | | |
|---|---|---|
| | and mental health screening of a new arrival to an institution indicates a current or significant history, over the past year, of suicide risk factors, ideation, threats, or attempts. | |
| | | **TOTAL INCREASE IN WORK TIME = AT LEAST 15.5 HOURS PER WEEK, LESS 5 HOURS PER WEEK GROUP THERAPY ASSIGNED TO LPTs BELOW** |

No additional clinical case managers are requested at this time to implement the increased requirements listed above for CCCMS General Population. Staff requested in sections below will reduce clinical case manager responsibilities for group therapy, Board of Prison Terms reports, Rules Violation Report Assessments, and clerical duties in order to offset the increased caseload related duties.

Psychiatry Duties: Increased IDTT Time. The *Coleman* court case Special Master has expressed concern about the high caseloads of psychiatrists in CCCMS level of care. The current ratio = 1 Psychiatrist : 210 CCCMS inmates (based on CCCMS GP and ASU staffed capacity).At this time, no additional psychiatrists are requested. The plan below includes a work study to determine whether current and increased duties can be completed by allocated staff. The plan below allocates additional staff to provide group therapy as required by the revised MHSDS Program Guides in CCCMS level of care. The addition of this service is expected to reduce the need for emergency referrals to psychiatrists, as the patients with the highest need for service with have additional clinical contact in the group therapy setting.

Licensed Psychiatric Technician and Recreational Therapist duties:
Group Therapy when clinically indicated/ Monthly Group Therapy Notes/ Increased IDTT Time

Currently none allocated to GP CCCMS LOC

*Request Additional 1. 62 LPT : 800 CCCMS Inmates = (based on CCCMS GP and ASU population) = 45.8 PY - 25.0 requested below for CCCMS ASU = 20.8 PY additional for CCCMS GP*

*Request Additional 1.15 RT : 1600 CCCMS Inmates = (based on CCCMS GP and ASU population) = 16.25 PY additional*

00986

Office Technician:
See Clerical Section below.

EOP General Population Level of Care
CCM Duties: Reduction of duties - Revision allows reduced individual therapy contact from 1/week to every-other week with group therapy contact by primary clinician on weeks that individual therapy contact does not occur.

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| Individual Therapy contact required weekly | Individual therapy contact may be every other week if clinically appropriate, with group therapy contact by the primary clinician on weeks between individual contact. Group therapy notes must be recorded in a monthly summary and include the inmates attendance, behavior in the group, and the progress toward achieving treatment goals. | For approximately 20% of the EOP population. Group therapy time replaces individual therapy time. Detailed monthly notes are required for group therapy. This new requirement is more difficult to track and schedule. Increases OT responsibility. Overall increases CCM Duties = 2 hours per week. |
| Documentation of each clinical contact required. | Clinical staff shall document the progress of an inmate-patient at least monthly on an IDTT Progress Note. The progress note shall include: record of attendance at treatment activities, description of participation in treatment activities, progress in resolving identified problems and symptoms, current mental status. | Requires monthly summary note instead of documentation of each weekly contact. Documentation is more frequent if significant changes occur in the inmate-patient's level of functioning. Field experts report that the time to complete the monthly summary note is the same as completing weekly notes. Some clinicians will continue to complete progress notes for each contact and will have the added responsibility of this monthly summary. No overall change in CCM duties. |

00987

| Quarterly review requirements. Annual review not different from quarterly reviews. | Additional quarterly review requirements. The quarterly review in the revised Program Guides focuses on interventions implemented since the last team review; assessment of willingness and ability to participate in the program, and description of attempts to improve participation; recommendations for modifications of treatment plan including problems, medications, and interventions. Discharge planning section includes specific follow-up recommendations and perceived impediments to discharge. An annual review is required for each inmate-patient with a full case summary and recommendations for continued placement or transfer to a different level of care. | More rigorous quarterly review process. Likely to add 10 minutes per inmate to each IDTT for quarterly review and 15 minutes for annual review. See total changes in IDTT process below. |
| Patients receive 10 hours per week structured therapeutic activity | A patient may be offered less than ten hours of structured therapeutic activity when the Interdisciplinary Treatment Team (IDTT) determines that ten hours per week is clinically contraindicated.   This change reflects current practice. The Revised Program Guides require that a patient scheduled for less than ten hours per week of structured therapeutic activity must be reviewed by the IDTT every 30 days instead of | Approximately 15% of inmates in EOP level of care programs are scheduled for less than 10 hours of structured therapeutic activity per week. These 15% of patients will have to be reviewed by the IDTT three times as often as previously, driving a significant increase in IDTT time. Adds approximately 2 hours per week IDTT Time. |

00988

| | every 90 days. This reflects an increase in workload for all members of the IDTT. | |
|---|---|---|
| No requirement for 5-day follow-up when an inmate-patient is released from OHU. | Increased responsibility for tracking inmate-patients placed in OHU and released with requirement for 5-day follow up. | Average additional 30 minutes per day = 2.5 hours per week. |
| No Specific Requirement. DMH Referrals centralized to one institution. | EOP clinicians are often responsible for completing referrals to DMH. | Each DMH referral is estimated to take 6 hours to complete. Average 1 hour per week increase in workload. |
| No Requirement | Suicide Risk Assessment as defined in CCCMS Case Manager duties table above. | Unpredictable workload – Time studies not completed. |
| | | **TOTAL INCREASE IN WORK TIME = AT LEAST 7.5 HOURS PER WEEK** |

No additional clinical case managers are requested at this time to implement the increased requirements listed above for EOP General Population. Staff requested in sections below will reduce clinical case manager responsibilities for group therapy, Board of Prison Terms reports, Rules Violation Report Assessments, and clerical duties in order to offset these additional duties. Funding for a work study is requested below, to determine whether new duties can be adequately completed by existing staff.

LPT Duties:

Group therapy/ Monthly Group Therapy Treatment Notes/ 5-day follow up for OHU discharge on weekends –

Current Ratio is 1.0 LPT : 26 EOP Inmates

*Total Requested Ratio 1.62 LPT : 25 EOP Inmates = 184.2 PY. 184.2 – (106.2 existing x .62 requested below in Nursing Resources section = 65.84 + 106.2) 172.04 = 12.16 PY additional (or 78 PY if current positions are not augmented to 1.62 as requested below).*

Administrative Segregation – Stand Alone

Screening/ Daily rounds – LPTs have been previously allocated, but Case Managers to complete follow-up full evaluations for screenings were never funded.

*Total Requested Ratio 0.5 CCM per each institution that has an ASU Stand-Alone (10 institutions) = Psychiatric Social Worker 5.0 PY additional*

Administrative Segregation - CCCMS

In addition to GP EOP Duties CCCMS Administrative Segregation new duties include:

00989

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| Requires a CCM to be present at Institutional Classification Committee meetings. | The assigned case manager (or psychiatrist) shall attend all ICC meetings. Mental health assessments are required for input into ICC, including the inmate-patient's current participation in treatment, medication compliance, suitability of single celling or double celling, risk assessment of self-injurious or assaultive behavior, status of Activities of Daily Living, ability to understand Due Process proceedings, likelihood of decompensation if retained in ASU, recommendations for alternative placement and any other custodial and clinical issues that have impact on inmate-patients' mental health treatment | These assessments are a large increase in responsibility for ASU CCCMS Clinicians. Estimate 8 hours per week increase in duties for CCMs and also to have impact on psychiatrists working in ASU. |
| ASU CCCMS Treatment Plans with requirements the same as to GP CCCMS Treatment Plan requirements. | Requirement to include in the treatment plan the inmate-patient's security concerns and status. | Responsibility for regularly tracking and updating treatment plans with security concerns and status. Estimate 2 hours per week increase in duties. |
| A 31-item screening for ASU inmates was added with LPT resources since 1997 | No resources added for CCCMS Clinicians to conduct follow up for emergency, urgent, and routine referrals from screenings. | Approximately 2 hours per week increase in duties for CCMs and Psychiatrists. |
|  |  | TOTAL   INCREASE   IN WORK   TIME   =   15.5 HOURS  PER  WEEK  for GP  CCCMS  LOC  PLUS ADDITIONAL 12  HOURS  FOR  ASU SPECIFIC DUTIES: |



| | | **TOTAL INCREASE IN WORK TIME = 27.5 HOURS / WEEK** |
|---|---|---|

Staffing in ASU and SHU has been a consistent concern of the *Coleman* case Special Master. From 1999 – 2003, the completed suicides in ASU/SHU account for 46 percent of all suicides in the CDC inmate population.

There is no currently established ratio for ASU CCCMS Clinical Case Managers. These duties were never staffed separately from the CCCMS GP Population. The current ratio is therefore approximately the same as GP CCCMS = 1 CCM : 90 inmates. However, institutions have been free to redirect staff as deemed necessary to cover the ASU CCCMS mission.

Total Requested Ratio 1 CCM : 40 CCCMS Inmates =Additional 38.65 PY (Current CCCMS ASU population = 1, 546)

*Psychologist, CF 25.77 PY additional*
*Psychiatric Social Worker, CF 12.88 PY additional*

Psychiatry Duties: Increased IDTT/ ICC Time/ Response to screenings
The current ratio = 1 Psychiatrist : 125 CCCMS inmates
*Total Requested Ratio 1 Psychiatrist : 100 CCCMS Inmates = 15.46 PY additional*
*Permanent funding for these Staff Psychiatrist positions are requested for fiscal year 2006/2007.*

Licensed Psychiatric Technician and Recreational Therapist duties:
Group Therapy when clinically indicated/ Monthly Group Therapy Notes/Increased IDTT Time

Currently no LPTs or RTs are allocated to ASU CCCMS for these duties. LPTs are allocated for screening, rounds, and medication.

*Request Additional 1.62 LPT: 100 ASU CCCMS Inmates = 25.0 PY additional*

*Request Additional 1.15 RT : 54 ASU CCCMS Inmates = 32.9 PY additional*
*Permanent funding for these Recreational Therapist positions are requested for fiscal year 2006/2007.*

Office Technician
See Clerical Section Below

Custody Escorts – Administrative Segregation & SHU Individual and Group Therapy –
*Request Total Ratio of 1 (1.18 PY's) escort officer : 60 CCCMS ASU/SHU inmates = 34.82 PY*

*Permanent funding for 10.3 Correctional Officers are requested for fiscal year 2005/2006.*

*Permanent funding for 11. 8 Correctional Officer positions are requested for fiscal year 2006/2007.*

IDTT Includes Assigned Correctional Counselor I:

*Request Total Ratio 1 CCI : 160 CCCMS ASU Inmates = 9.7 PY*

The total workload identified by HCSD for increased IDTT time of 10 minutes per case as well as 15% of the population being seen every 30 days instead of 90 equates to 1.0 Correctional Counselor for every 1,228 CCCMS ASU inmates (based upon an average work year of 1,776 hours). These positions should not be included the current ratio but rather should be exempt from the current CCI ratio and will fluctuate based upon the population.

Security Housing Unit - CCCMS
In addition to GP EOP Duties CCCMS Administrative Segregation new duties include:

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| Requires a CCM to be present at Institutional Classification Committee meetings. | Mental health assessments are required for input into ICC, including medication compliance, suitability of single celling or double celling, risk assessment of self-injurious or assaultive behavior, status of Activities of Daily Living, ability to understand Due Process proceedings, likelihood of decompensation if retained in SHU, and recommendations for alternative placement. | These assessments are an increase in responsibility for SHU CCCMS Clinicians. Estimate additional 4 hours per week. |
|  |  | TOTAL INCREASE IN WORK TIME = 15.5 HOURS PER WEEK for GP CCCMS LOC PLUS ADDITIONAL 4 HOURS FOR SHU SPECIFIC DUTIES: **TOTAL INCREASE IN WORK TIME = 19.5 HOURS / WEEK** |



In 1998 for SHU institutions, 1.0 CCM was added for each 300 SHU inmates (not tied to CCCMS ratios). The current ratio is 1 clinical case manager to approximately 100 CCCMS inmates.

Total Requested Ratio = 1 CCM : 50 CCCMS SHU Inmates (based on current population of SHU CCCMS = 550) = 13.75 PY additional

*Psychologist, CF 7.0 PY additional*
*Psychiatric Social Worker, CF 4.0 PY additional*

Psychiatrist new duties – Increased participation in IDTT and ICC
*Total Requested Ratio – 1 Psychiatrist : 100 CCCMS SHU Inmates = 5.5 PY additional*

SHU LPT New Duties
Weekly Rounds required for CCCMS Inmates. Bi-Weekly Rounds required for Non-MHSDS Inmates
*Request Additional 1.62 LPT per Institution with CCCMS SHU Program (CCI, COR, VSPW) = 4.86 PY additional.*

PBSP is precluded from having LPTs complete rounds in SHU. Clinicians currently complete rounds at the above rate (20 CCCMS Inmates).

Group Therapy for SHU CCCMS/ Monthly Group Therapy Documentation:

*Request Additional .81 LPT : per Institution with CCCMS SHU Program= 2.43 PY additional*

*Request Additional 1.15 RT : per Institution with CCCMS SHU Program = 4.6 PY additional*

Custody Escort for SHU CCCMS Individual and Group Therapy
See ASU Correctional Officer above.

Office Technician
See Clerical Section Below

Administrative Segregation EOP Programs and HUBS

Retain 1 CCM to 9 EOP ASU EOP Inmate-patient ratio

The new Clinician requirements for EOP level of care in Administrative Segregation can be absorbed by current ASU EOP clinician staffing, if additional RN, LPT, and/or RT staff is allocated to provide 10 hours per week of group therapy.

Version 3.4                     Page 22 of 42
4/1/2005

00993

*Total Requested Ratio = 1.62 RN :    per institution with ASU EOP program (10 institutions) = 16.20 PY additional*

*Total Requested Ratio 1.15 Recreational Therapist : per institution with ASU EOP program (10 institutions) = 11.5 PY additional*

*The Psychiatrist requirements in the revised MHSDS Program Guides for EOP level of care increase IDTT time.    This time is additionally increased by the more rapid placement and removal rate in ASU EOP. The requested Psychiatrist ratio in ASU EOP is therefore 1.0 Psychiatrist : 45 ASU EOP inmates. For institutions with more than 45 ASU EOP patients, request allocation of an additional 0.5 PY. Request additional (0.5 x 5 Institutions) = 2.5 PY.*

Psychiatric Services Unit

Increased requirements can be absorbed by current PSU clinician staffing if relief LPT and RT positions are provided so clinicians do not get redirected to cover group therapy when LPTs are absent. See Nursing Section below.

Reception Center – New Requirements

The bulk of the Intake Assessment requirements and Treatment Planning requirements described in the CCCMS GP section will be the responsibility of Reception Center staff. The revised Program Guides require that EOP level of care patients be seen weekly until transfer (but does not require the 10 hours of weekly structured therapeutic activities). According the resource analysis data collected, for Reception center related duties, the caseloads should be reduced by 50% from the current staffing allocated.  The current Reception Center duties were never staffed separately from the CCCMS level of care duties, and the ratio below takes this into account along with the revised Program Guides duties.

Request Total Ratio of 1 CCM : 45 MHSDS RC Inmates (Current Population = 4,616) = 102.57 CCM – 57.7 (estimated based on existing ratio of 1:80 redirected from general staffing) = 44.87 PY additional

*Psychologist, CF 32.58 PY additional*
*Psychiatric Social Worker, CF 16.29 PY additional*

*Request Total Ratio of 1 Psychiatrist : 180 MHSDS RC Inmates = 24.29 – 21.98 = 2.31 Psychiatrists*

RN new duties in Reception Center
Reception Center Screenings completed under the supervision of an RN
*Request 0.82 (0.5 plus relief) RN per Reception Center = 9.02 PY additional to be allocated among the 11 institutions with RC mission.*



*Correctional Counselor new duties in Reception Center - Counselors are required to review any mental health records in Central File and provide information in IDTT process- .25 CCI position for 500 intakes/week = 9.1 PY*

## Mental Health Crisis Beds

Psychologist Duties: MHCBs were never staffed for 7 day per week clinician coverage as required by Title XXII. The revised Program Guides have increased requirements for discharge communication, and patients are often referred to DMH from MHCB. Each DMH referral is estimated to take 6 hours to complete. MHCB IDTT Time will also increase due to increased treatment planning requirements.

Request change of Psychologist, CF positions allocated to MHCB from 1.0 to 1.62 (to include relief factor). There are 193 staffed beds at 17 institutions. The following is calculated based on staffed capacity. This number reflects the MINIMUM amount of staff needed because the MHCB population on any given day can be up to 228 due to some institutions ability to fill licensed medical beds with MHCB inmates. = 40.5 - 25.0 (existing) = 15.54 PY additional

Psychiatrist Duties: Psychiatrists will also be affected by increased IDTT time for treatment planning.

The requirement that will most affect psychiatrists is the new requirement in the revised MHSDS Program Guides that the Discharge Report be written and transmitted before a patient discharges. In order to complete this fast turn-around time, the psychiatrist to patient ratio in MHCB must be increased.
*Request Total Ratio 1 Psychiatrists: 10 Mental Health Crisis Beds (201 MHCB) = 20.1PY – 17.0 existing = 3.1*

The revised Program Guides require a Correctional Counselor assigned to MHCB attend the IDTT.
*Request Total Ratio .25 Correctional Counselor I : 12 MHCBs (168 beds) 3.5 PY*

The revised MHCB require a supervisor to review all MHCB Discharge Plans and to ensure implementation of the Discharge Plans. See Institution Level Supervision section below.

In order to provide therapeutic activities required in Title XXII, some of these activities need to be scheduled on 3rd watch. A custody supervisor is required for this to occur.
Request Additional 1.0 Custody Sgt. : 12 MHCB (168 beds) = 14.0
*Permanent funding for these Correctional Sergeant positions are requested for 5.0 Sergeants in fiscal year 2005/2006 and 9.0 Correctional Sergeant positions are requested in fiscal year 2006/07..*

Resources required include a Transcription Service or additional Medical Transcription Staff for discharge reports (See Clerical Section).

00995

Rules Violation Report – CDC Form 115X - Mental Health Evaluations

Inmates in the MHSDS or any inmate showing signs of possible mental illness may require a CDC 115-X Rules Violation Report (RVR): Mental Health Assessment when they are charged with a disciplinary action. Time studies indicate that an initial assessment requires an average of 2.5 hours, and Mental Health Assessments conducted on repeat offenders take an average of 1.5 hours. At CSP-Sacramento (housing approximately 350 EOP level of care inmates) from April 2004 – November 2004, the average number of required Mental Health Assessments per month was 82. These RVR Assessments required an average of 162 hours per month to complete. RVR Assessments for CCCMS level of care inmate-patients are completed only when there is a referral indicating that the inmate demonstrated signs that mental illness may have impacted his/her behavior. RVR Assessments for CCCMS level of care inmate-patients may be absorbed by the clinical case manager staffing as requested for CCCMS level of care.

*Request Additional 1.0 Psychologist, CF : 300 EOP Level of Care Inmates = (based on current GP, ASU and PSU combined EOP population = 3731) = 12.44 PY additional*

Nursing Duties – New Requirements -- Not Program Specific

The revised MHSDS Program Guides require that Health Care Services Request Forms (Staff referrals and Inmate self-referrals) be processed and triaged 7 (seven) days per week. In institutions with mental health programs, the increased amount of referrals requires additional nursing staff to evaluate the urgency of the need and to access appropriate care. The referral process is currently not standardized across institutions, and this will be an entirely new workload assigned to RN staff. In the stipulated agreement for the *Plata* court case, RNs in some institutions are using this process for medical referrals, however, the additional mental health referrals require staff as requested below.

RNs are also responsible, in some cases, for drawing blood and coordinating laboratory analyses and communication of the results to the physician. This has been an area of non-compliance in the Coleman corrective action plans. Additional RNs requested below will also be sufficient to complete these duties:

*Request additional 1. 62 RN : 800 MHSDS Inmates = (based on total current MHSDS Population = 28, 336) = 57.38 PY additional*
*Due to the current vacancy rate, permanent funding for these Registered Nurse positions are requested for fiscal year 2006/2007.*

Relief Factor – Licensed Psychiatric Technicians

Mental Health Rounds are required in the New Stand-Alone ASU 7 days per week, but the LPT position allocated was only staffed as a 1.0 position. All LPT duties require full relief. In all Mental Health Programs, it is not cost effective to utilize mental health clinicians to cover group therapy and other triage and rounds duties when LPTs are not available. The above assumption that new Clinical Case Manager Duties can be absorbed by current staffing in CCCMS GP and EOP, and the CCM staffing ratios for ASU and SHU, assume that the LPT current 1.0 positions will be augmented to 1.62 positions.

00996

Failure to convert these positions would require a recalculation of CCM ratios. The 1.0 LPT positions will be augmented to 1.62 only in institutions with more than 10 LPTs.

*Augment existing LPT 1.0 positions at institutions with more than 10 LPTs to 1.62 = 156.7 PY additional.*
*(x 0.62 = PY) or PY as described below.*
*Permanent funding for these 76.9 Licensed Psychiatric Technician positions are requested for fiscal year 2005/2006.*
*Permanent funding for an additional 76.9 Licensed Psychiatric Technician positions are requested for fiscal year 2006/2007.*

A separate Budget Change Proposal (BCP) seeks an augmentation to the nursing classifications by an additional 0.08 PY per position for Training and an increase to Sick Leave allocations, including LPT. In the event that this BCP is approved, all new LPT positions identified by this finance letter will require the same augmentation of 0.08 PY per position. These calculations are as follows:

The descriptions of new LPT duties in the sections that are divided by program above, request additional LPTs = 69.3 PY. These positions were requested with relief allocation at 1.62 PY. The number of 1.0 LPTs requested is calculated: 69.3 PY/1.62 = 42.8 PY.

If the separate BCP were accepted, an additional 0.08 (as described above) would be added to each LPT position. 42.8 x .08 = 3.42 PY additional. + 3.42 = PY additional.

Telepsychiatry appointments were never staffed with LPTs required to complete appointments. *This staffing need can be resolved by above augmented positions.*

Increased Group Therapy Requirements/ Poor compliance with current requirements. *This staffing need will be resolved by above augmented positions.*

The revised MHSDS Program Guides require that policies and procedures be implemented to all medications to be administered after 7 p.m. when clinically appropriate (i.e. sedating medications). This requirement, in addition to the increase in the numbers of medications distributed in the CCCMS Population require nursing staff in addition to those regularly allocated for medication administration.
*This staffing need will be resolved by above augmented positions.*

> The revised MHSDS Program Guides require that a Health Care Staff Witness be present in Reception Centers when new medications are ordered.

*This staffing need will be resolved by above augmented positions.*

Relief Factor -- Clinical Case Managers
When staffing was allocated in order to implement the 1997 Program Guides, all Psychologist and Psychiatric Social Worker positions were established as 1.0 PY. The staffing did not adequately account for coverage of sick and vacation time. With

increased CCM duties required by the revised Program Guides, it will not be feasible for allocated staff to cover required mental health services and IDTTs when a CCM is unexpectedly absent or is on vacation. The 1.0 CCM positions will be augmented to 1.15 only in institutions with more than 10 CCMs.

*Request 58.2 additional Psychologist, CF*
*Request 21.1 additional Psychiatric Social Worker*

OHU – 7 day per week coverage
The revised MHSDS Program Guides require 7-day per week coverage in OHU. Additional weekend clinical staffing is requested in institutions that have a significant OHU population and no Mental Health Crisis Bed (where weekend staffing is requested above. These five (5) institutions are Avenal State Prison, California Correctional Institution, California Men's Colony – East (CMC-E), North Kern State Prison, and California State Prison San Quentin.
*Request .62 Psychologist, CF Positions at the above 5 institutions = 3.10 PY*

MDO/BPT/Z Cases (PC 1203.03), DRB Placements from DMH (WIC 7301), Other legally required reports

4300 Lifer evaluations need to be conducted per year in CDC. A full time psychologist is able to complete approximately 150 evaluations per year. Currently, contract psychologists are used to complete some evaluations, and mental health staff are redirected from providing other court-ordered treatment in order to conduct these evaluations. In order to complete these evaluations without negatively impacting other treatment required by the revised MHSDS Program Guides, additional positions are required. It is estimated that approximately half of the evaluations can be conducted using existing staff.

*Request additional Psychologist, CF 14.35 PY*

Clerical Needs
When the Mental Health Tracking System was implemented, one OT was allocated at each institution. For some institutions, this was sufficient. However, in order to complete required duties, additional OT support staff must be allocated considering the ratio of MHSDS inmates at each institution. These OTs are responsible for entering appointment and contact data, and generating the reports required to demonstrate compliance with court mandates. They are often responsible for tracking movement, new arrivals, scheduling group therapy, coordinating communications regarding 5-day (post MHCB) suicide follow-up, participating in QITs, completing staff meeting minutes, and providing administrative and clerical support to clinicians and supervisors. The revised MHSDS Program Guides now require tracking patients discharged from OHU with 5-day suicide follow up, increased group therapy scheduling in CCCMS, increased IDTT scheduling and tracking in EOP level of care, and tracking inmates who require translators an/or reasonable accommodation for disabilities.

00998

*Request .5 Additional OT : 300 EOP level of care or 800 CCCMS level of care inmates =*
*3,491/300 x 0.5 + 24,605/800 x 0.5 = 21.20*

In the revised MHSDS Program Guides, new requirements for MHCB require logs to be kept with specific data regarding patients admitted to the MHCB, and those evaluated, but not admitted. The revised MHSDS Program Guides also require the discharge report to be written, transcribed, and signed, prior to the patient leaving the MHCB. Without appropriate OT and transcription staff, CDC will not be able to comply with MHCB admission transfer timelines (Patients will be retained in needed beds pending transcription of a discharge report). These transcription duties will either require full time availability of medical transcription staff, or hiring contract medical transcribers. *This OT staffing need will be resolved by above requested positions.*

*Request additional 1.0 Medical Transcriber, or equivalent funding for contract medical transcription service where recruitment and retention is not feasible - Additional 17.0 PY*

Supervision of these additional clerical staff is required at a ratio of 1: 10.
*Request additional OSSII Positions = 6.0 PY additional*

Pharmacy
Pharmacy needs are included in a separate Budget Change Proposal.

Medical Records
A Medical Records study is included in a separate Budget Change Proposal. Medical records duties that will increase related to the revised MHSDS Programs Guide include tracking and filing of requests for outside medical records, filing additional group therapy monthly notes and weekly rounds notes, as well as increased filing of quarterly review documentation and IDTT notes. At this time, 2 year limited term positions are requested for these additional duties until the results of the Medical Records study can be used to determine databased staffing levels.
*Request .5 Office Assistant per 300 EOP or 800 CCCMS = 3,491/300 + 24,605/800 =*
*21.2 PY additional*

Institution Level Supervision
The revised MHSDS Program Guides require that a supervisor review all MHCB discharge treatment plans to audit implementation. This requires accessing Unit Health Records and reviewing care provided.

*Request Additional .25 Sr. Psychologist, Supervisor : 300 EOP Inmates or 800 CCCMS*
*Inmates (requested above in MHCB section) = 3,491/300 x 0.25 + 24,605/800 x 0.25 =*
*Additional 10.59 PY*
*Permanent funding for these 5.3 Sr. Psychologist, Supervisor positions are requested for fiscal year 2005/2006.*
*In addition, permanent funding for an additional 5.3 Sr. Psychologist, Supervisor positions are requested for fiscal year 2006/2007.*

00999

Supervision of clinical staff:

Supervisors are responsible for overall work quality, participation in the quality management system, chart audits, performance evaluations, and ensuring that the new requirements for treatment planning and local operating procedures are implemented. In institutions with a significant mental health mission, first line supervisors are responsible for functional supervision of the operation of a mental health program, which may include psychologists, psychiatrists, licensed psychiatric technicians and nurses. At smaller institutions, the mental health supervisor is responsible for all mental health operations at the facility. For this reason, mental health managers recommend that first line supervisors remain responsible for **direct** supervision of a maximum of 10 clinicians.

*Request Total Ratio 1.0 Sr. Psychologist or 1.0 Sr. Psychiatric Social Worker : 10.0 Clinicians requested in this finance letter (Psychologist or Social Workers) as follows: Based on total number of Psychologists + Psychiatric Social Workers Requested in this Finance Letter (160.88) = = 16.08 Supervisors*

Although currently, LCSWs are generally supervised by Sr. Psychologists, it is fiscally prudent, and clinically appropriate to allocate Supervising Psychiatric Social Worker (SPSW) positions for these additional supervisory needs. SPSW's may serve as functional program supervisors for mental health clinicians of any classification. Direct/clinical supervision may be provided by Supervising Psychologists and Psychiatrists for duties related to the clinicians scope of practice that cannot be assigned to a SPSW.

*Request Sr. Psychologist, Supervisor = 0 PY*
*Request Supervising Psychiatric Social Worker = 16.08 PY*
*Permanent funding for 8.04 Sr. Psychiatric Social Worker positions are requested for fiscal year 2005/2006.*
*Permanent funding for an additional 8.04 Sr. Psychiatric Social Worker positions are requested for fiscal year 2006/2007.*

Supervision of nursing staff:

Experienced supervisors recommend that first line supervisors be responsible for direct supervision of no more than seven (10) mental health nursing staff.

Currently, 246.96 LPTs are supervised by 26.7 Sr. Registered Nurse I (SRNI) staff members and two (2) Sr. LPTs. This finance letter requests an additional 69.3 LPTs + 153.74 PY allocated for relief over a two year period. The total number of LPTs will be 470. The total number of Supervisors required for a 1 Supervisor : 10 LPT ratio at institutions with more than 10 LPTs = 33.

33 recommended supervisors – 2 (current Sr. LPT supervisors) = 31 Supervisors
The Sr. LPT classification has not been regularly used to supervise, LPTs, but is recommended to ensure appropriate supervision relative to scope of practice (i.e. group therapy duties).

01000

*Total Ratio 1.0 Sr. LPT : 10.0 LPT (at institutions with more than 10 LPTs) = Sr. LPT 31 PY additional.*
*This finance letter requests upgrading of 31.0 Licensed Psychiatric Technicians to Sr. Licensed Psychiatric Technician positions in fiscal year 2005/2006.*
*Net positions requested = 0*

Additional SRNI positions are required to supervise requested RN positions. Currently, 164.91 RNs are allocated to mental health programs. 26.7 SRNIs supervise the RN staff. 106.05 are requested in this finance letter. A total of 270.96 RNs will require a total of 27 SRNI Supervisors.

*Total Ratio 1.0 Sr. RN : 10.0 RNs = 0 PY (0.3 is negligible)*

**Reception Center Screening and Diagnostic Clarification**

The Millon Clinical Multiaxial Inventory – III (MCMI-III) test can be administered in approximately 30 minutes, either individually or in a group setting. Research indicates that this test is a valid and reliable diagnostic tool to assist in to objectively triaging patients for immediate mental health needs, determining mental health diagnosis, as well as predicting future need for mental health intervention. This test may also be used to predict reaction to authority, escape risk, sexual predation/victimization, disposition to malinger, response to crowding/isolation, suicidal tendencies, and amenability to treatment (See Attachment E: Retlzaff, P., Stoner, J., and Kleinsasser, The Use of the MCMI-III in the Screening and Triage of Offenders, *International Journal of Offender Therapy and Comparative Criminology, 46, 3, 319-332).*

The use of this test, along with a standard computer generated report of results, is proposed for use at Reception Center, for all newly arriving inmates who have a positive mental health screening indicator (approximately 20,000 inmates per year). A more rigorous interpretation/analysis of results is proposed for use with current inmate-patients at EOP level of care, when diagnostic clarification is needed (approximately 3,000 per year). See attachment F for sample report.

**The use of this instrument is expected to reduce overall mental health program cost.** Data generated from the standard use of the MCMI-III at reception centers will be used to determine appropriate mental health level of care, thereby reducing inappropriate placements into mental health programs. Use of the MCMI-III at EOP level of care will significantly reduce the use of costly Department of Mental Health beds for diagnostic clarification.

*This finance letter requests $443,967 in fiscal year 2005/2006 and $402,500 ongoing annual funding for implementation of a valid and reliable test to predict mental health needs of inmates arriving in Reception Center and to aid diagnostic clarification in EOP level of care (See attachment D). In addition, this system will require one time funding totaling $718,694 for information technology infrastructure.*

Workload Study

Because the designs of ASU and SHU differ in CDC institutions, the space for group therapy required by the revised MHSDS Program Guides required further assessment. In addition, the workload for mental health staff is likely to be affected by revised requirements offset by the allocation of staff requested in this finance letter. One time funding totaling $500,000 (allocated July 2005) is therefore requested for a contractor to conduct a workload and treatment space survey including:

- Treatment space availability in each institution that provides CCCMS level of care in ASU/SHU. Final recommendations regarding provision of group therapy is ASU/SHU with the most efficient use of staff time.
- Mental health workload and staffing survey to determine ways efficiency of staff time can be improved. Collection of workload data to determine any additional positions required to fully implement the MHSDS program guides.

Performance Evaluation and Court Case Compliance

The Quality Management System is required, by the *Coleman* and *Plata* court cases, in order to provide adequate performance management and to ensure compliance with mental health policies and procedures. Quality Management requirements specific to mental health involve identification of problems in delivery of mental health services, establishment of Quality Improvement Teams, tracking progress of Quality Improvement Teams, conducting Suicide Prevention Focused Improvement Team meetings (including development and implementation of corrective action plans when a suicide occurs), conducting Mental Health Subcommittee meetings, and facilitating an overall data-based approach to bed utilization. All meetings require documentation, which is sent to other Quality Management Committees at the institution and at headquarters. Although an analyst has been designated at some institutions for the purpose of health care quality management, a dedicated HPS I for mental health quality management is required to ensure that these important duties are completed as required. This position will also be responsible for oversight of tracking reasonable accommodation offered to MHSDS inmates who are part of the class action *Armstrong* court case. Each HPS I require clerical support in order to complete duties associated with taking meeting minutes, copying, tracking, filing, and communications.

*Request 1.0 dedicated HPSI at each institution with a significant mental health mission = 28 PY*

*Request 1.0 Mental Health Quality Management dedicated OT at each institution with a significant mental health mission = 28 PY*

Health Care Services Division – Coordination, Supervision, and Policy Implementation

MHSDS Program Guides Implementation and Suicide Prevention Coordination:
The revised MHSDS Program Guides contain policies and procedures, which continue to require:  resource analysis, resource allocation, training and implementation, review and revision.

01002

HCSD Suicide Review duties as described below, will be assigned to Quality Management Oversite Sr. Psychologist, Specialists. Integration of Quality Improvement Plans into systemwide suicide prevention policies, procedures, and training, requires a separate personnel function, which will be assigned to the Senior Psychologist, Supervisor requested below. These duties require a full time Senior Psychologist, Specialist, to synthesize requirements of the *Coleman* court case and other policies and laws that affect the Program Guides.

*Request Additional 1.0 Sr. Psychologist, Specialist = 1.0 PY*

Health Care Services Division Quality Management Over-site

Overview of HCSD Mental Health Manager Responsibilities:

**The Chief of Mental Health (Currently Chief Psychiatrist) Duties**
The Chief of Mental Health/ Chief Psychiatrist at Health Care Services Division (HCSD) maintains overall responsibility for:

- Supervision of Psychiatrists hired to provide services by tele-psychiatry
- Representation of the department on issues regarding the Mentally Disordered Offender (MDO) Act/ Penal Code (PC) 2962
- Review and approval of MDO (PC 2962) reports
- Consultation and communication with professional organizations, public officials, department staff, and community groups regarding all phases of CDC mental health programs
- Liaison with the mental health profession and allied groups, provider organizations, and other public and private agencies
- Mental health policy and standards development
- Mental health program strategic planning
- Mental health bed utilization
- Patient access to care
- Mental health services performance evaluation and quality management
- Suicide prevention and response program
- Review of suicides and corrective action
- Substance abuse treatment programs
- Mental health staff recruitment
- Mental health training for all CDC staff
- Resource (staff and equipment) allocation
- Compliance with laws and court mandates related to mental health
- Compliance with laws and court mandates related to developmental disabilities
- Compliance with and development of memoranda of understanding with other agencies (i.e. Department of Mental Health)
- Supervision of the transfer of inmates to the Department of Mental Health pursuant to appropriate Penal Code sections

- Coordinated Clinical Assessment Team/ Case Conference (Provide case review and clinical guidance regarding difficult patient cases)
- Coordination with Parole Services
- Coordination with Institutions Division/ Custody Related Issues
- Coordination with Inmate Medical Services
- Coordination of the HCSD forensic assessment unit
- Development and implementation of mental health policy
- Coordination of Long term planning
- Supervision of mental health staff working at Health Care Services Division
- Participation in Union Negotiations
- Presentation to professional groups, lay groups, and legislative committees

## E. Chief Psychologist Duties

The Chief Psychologist at HCSD serves as backup for all duties of the Chief of Mental Health, and may be assigned duties related to any of the above tasks (except supervision of psychiatrists and approval of PC 2962 reports). The Chief Psychologist is additionally responsible for coordination of psychology internship programs in CDC institutions.

In order to fully implement HCSD's Quality Management mission, it is necessary to assign additional Senior Psychologists (Specialists and Supervisors) to provide oversight of Coleman compliance in the institutions. *Coleman* court mandates require coordinated over-site of the implementation of and compliance with mental health policies and procedures, and CDC has not been successful in meeting these court mandates. The *Plata* court case also requires headquarters staff to facilitate implementation of medical policies and procedures. The staff structure suggested below is based on the new Inmate Medical Services Quality Management Assistance Teams. Providing this increased level of assistance to the CDC institutions in monitoring compliance with mental health policies and procedures is the only way to become compliant with *Coleman* court mandates.

In addition to general Quality Management requirements, specific requirements are included in the revised MHSDS Program Guides regarding Suicide Death Review:

- When a suicide occurs, within two (2) business days of receipt of the death review folder, the HCSD Suicide Prevention and Response Focused Improvement Team (SPR FIT) Coordinator shall appoint a Mental Health Suicide Reviewer (MHSR) from a pool of qualified mental health staff at HCSD, or regionally from an institution other than where the suicide occurred.
- Within one week, seven (7) calendar days, of being appointed, the MHSR shall begin reviewing the suicide case for compliance with the CDC SPR FIT policies and procedures. The MHSR shall also review all related documentation including the Unit Health Record; Central File; Inmate Death Reports, CDC 7229 A and B; Crime/Incident Report, CDC 837 A and B; and any other appropriate documentation. The MHSR shall have access to the inmate's cell, visiting log, recorded telephone conversations, and other information as required. The institution's SPR FIT

Coordinator may assist the MHSR in his or her efforts. The assistance may include making available the Unit Health Record, the Central File, and any other appropriate information as well as arranging interviews if required. The MHSR may conduct interviews with clinical staff, custody staff, and inmates. However, should there be any indication an employee misconduct investigation may be warranted, the MHSR shall immediately consult with the HCSD SPR FIT Coordinator, who shall provide guidance in proceeding with the review. Generally, the MHSR shall discontinue interviews with any employees who may be associated with or implicated in the employee misconduct investigation, but shall continue with all other aspects of the suicide review process.

- In cases where there are concerns with clinical care, the case shall be referred to the local Clinical Performance Enhancement and Review Subcommittee (CPER).

- Within thirty (30) calendar days of the inmate suicide, the MHSR shall complete a preliminary Suicide Report containing the following information: inmate name, CDC number, age, date and time of discovery, time of death, institution, housing, mental health level of care (if applicable), method, cause of death, findings of coroner (if available), brief summary and preliminary findings including recommendations for quality improvement. The report shall also indicate whether further investigation/inquiry is recommended (if one has not already been initiated). This report shall be immediately forwarded to the HCSD SPR FIT Coordinator who will then schedule discussion of the report at the HCSD Emergency Response and Death Review (ERDR) Subcommittee. The MHSR will present the case to the ERDR Subcommittee.

- The HCSD ERDR Subcommittee is the body that reviews the documentation and reports submitted by the institution and MHSR, determines compliance with the statewide SPR FIT policies and procedures, reviews the quality improvement (a.k.a. corrective action) plans (QIP), and continues its review, in collaboration with the HCSD MHP Subcommittee, until the QIPs are completed and the cases are closed.

- Within forty-five (45) days from the date of death, the HCSD ERDR Subcommittee shall complete its review of the preliminary suicide report; review the QIP on the preliminary suicide report, and forward the report to the MHSR for completion of the Suicide Report and the accompanying Executive Summary.

When warranted, the MHSR shall recommend a quality improvement (a.k.a. corrective action) plan (QIP), based on the findings from the review of the case, which shall address and make recommendations to improve identified problems with clinical care and compliance with policy and procedure. The QIP shall address problems identified, recommended actions, due dates for recommended actions, and supporting documents required from the institution.

The HCSD ERDR Subcommittee shall review the QIP and may take the following actions:

- Ensure consistency with policy and procedure

- Recommend remedial action, documentation, and monitoring
- Refer for further action in accordance with DOM Chapter 3, Article 14, Employee Misconduct Investigations/Inquiries, when appropriate
- Report to the appropriate professional licensing board for investigation, when appropriate

When approved by the HCSD ERDR Subcommittee, the Suicide Report shall be signed by the Deputy Director, HCSD, or designee.

The Suicide Report by the MHSR shall incorporate the QIP approved by the HCSD ERDR Subcommittee. The HCSD SPR FIT Coordinator shall include with this report the Inmate Death Reports CDC 7229 A and B, Crime/Incident Report CDC 837 A and B, Movement History and Offense History, and the Executive Summary serving as the cover page to complete the Final Suicide Report. The report shall then be forwarded to the Director, CDC, or designee, with copies to: Secretary, Youth and Adult Correctional Agency; Deputy Directors Institutions Division and Health Care Services Division; Regional Administrator, HCSD and Institutions Division; Legal Affairs Division; and to the reporting institution's: Warden; Health Care Manager/Chief Medical Officer; Mental Health Program Manager, Chief/Senior Psychiatrist and Chief/Senior Psychologist; and, other appropriate interested and legally designated persons within 60 days of date of death.

The Warden and HCM/CMO are responsible for ensuring the implementation of the QIP within the specified time frame, which is not greater than sixty (60) days of receipt of the finalized Executive Summary of the Suicide Report with signature approval from the Deputy Director, HCSD (120 days following the date of death).

The QIP shall be monitored by the Warden, HCM/CMO, Mental Health Program Manager, Chief Psychiatrist, Chief Psychologist, and SPR FIT Coordinator at the institution of occurrence. HCSD may require ongoing documentation of compliance.

The Local SPR FIT Coordinator shall prepare a follow up report of implementation addressing action taken on the recommendations of the QIP. All appropriate supporting documentation confirming that these actions have been taken shall be attached to this report. See table below for list of suggested supporting documentation. The Warden and HCM/CMO, or institution Mental Health Program Manager shall sign this report. The institution shall retain a copy of the report and forward the original to the HCSD ERDR for review. The report is due within thirty (30) days following the implementation of the QIP (90 days following receipt of the Executive Suicide Report). Additional follow up monitoring shall occur as necessary as dictated in the QIP.

01006

**Action, Documentation, & Monitoring for Suicide Quality Improvement Plans**

| ACTION | DOCUMENTATION/MONITORING |
|---|---|
| Training | Copy of training agenda and sign-in sheet |
| Required appointments with clinicians are held | List of appointments from Mental Health Tracking System |
| Changes in operating procedure | Copy of procedure or memos |
| Develop Quality Improvement Team | Copy of recommendations or change in procedures |
| Missing medication due to transfer to a different housing unit | Ongoing monitoring of Medication Administration Records in the Unit Health Record (UHR) Provide sample audit |
| Proper Documentation | Provide plan to audit UHR and a sample audit |
| Five Day Follow-up of suicidal inmates released from MHCB | Audit of documentation in UHR; provide a sample audit |
| Rounds and evaluations done in ASU by psychiatric technicians | Audit UHR, CDC 114 Isolation log and CDC 114-A, Daily Log; provide sample audit |
| Inmates on Keyhea are identified | Review UHR |
| Conduct suicide risk assessment | Review UHR |
| Statewide policy issues | Review new policy |
| Investigation of individual practitioners | Provide status or completion date of investigation |
| Audit of records per specified length of time to be sure that quality improvement is being consistently followed | Periodic reports of audit findings to HCSD SPR FIT and HCSD MHP |

The HCSD ERDR Subcommittee shall continue to review all open suicide cases until the QIP is approved and each case is closed. The QIP shall be incorporated into the final Suicide Report. All decisions made by the HCSD SPR FIT regarding compliance and quality improvement shall be documented in the final Suicide Report.

The Follow-Up Report on implementation of the QIP shall be reviewed by the HCSD SPR FIT Coordinator, and distributed according to legal mandates.

If, during the suicide review process, other death related information arrives, such as CDC Form 837 C, CDC Form 7229 C, or Coroner's report, the DNC will locate the death review folder and place these documents inside. The DNC shall update the routing sheet and notify the SPR FIT Coordinator of the new information. Upon completion of the suicide review, the death review folder containing the Suicide Report and other related information shall be returned to the DNC for final data entry. The DNC shall ensure that all documentation is complete and then return the folder for final storage in a designated locked cabinet at HCSD.

The HCSD SPR FIT Coordinator appointed to oversee suicide-related activities shall coordinate analysis and review of each suicide, and compile and forward annual suicide statistics to: Secretary, Youth and Adult Correctional Agency; Director, CDC; Deputy Director, HCSD; Assistant Deputy Director, HCSD; Chief of Clinical Policies and Programs, HCSD; Institution Wardens; Institution HCM/CMOs; and, other appropriate senior HCSD staff.

## Duties of Requested Staff

The staff requested below will complete the above suicide prevention and review duties, field questions and provide guidance to the field, identify and analyze problem areas in program compliance, conduct quality management assistance visits, and review Mental Health Tracking System reports from each institution, providing analysis and recommendations to the Mental Health Subcommittee and to HCSD management staff.

At present, three such positions exist at Health Care Services Division to oversee 32 institutions. We are requesting three (3) additional positions so that the Sr. Psychologists may be assigned to a ratio of one psychologist for approximately each five (5) institutions. In addition, in accordance with the structure of the Inmate Medical Services Quality Management Assistant Teams, one Health Program Specialist and one Office Technician are requested for each of three CDC regions.

### Senior Psychologist, Specialist Duties

The Senior Psychologists are currently assigned responsibility for monitoring mental health quality at assigned institutions. Time estimates, based on a time study by current staff, for assignment to five institutions are listed below:

### Quality Management/Performance Review/Court case compliance
- Maintaining a quality improvement plan for each institution (3 hours/week)
- Monitoring progress toward meeting *Coleman* court corrective action plans for each institution (10 hours/week)
- Attendance at Coleman Exit Conferences (30 minutes/week)
- Responding to Plaintiff letters regarding concern about specific inmates (1 hour/week)
- Generating Mental Health Tracking System reports to provide data-based evidence of quality improvement (5 hours/ week)
- Presenting information related to Quality Management at weekly Mental Health Subcommittee meetings (3 hours/week)
- Generating solutions to areas of non-compliance/ Participation in development of policies and local operating procedures ( 5 hours/week)
- Site visits to institutions/ Assistance in meeting court mandates (Variable 1-2 days per week)

01008

Suicide Review (Variable/ Average 8 hours per week)
- Review suicides (requires site visits)
- Generate corrective action plans related to suicides
- Follow-up on corrective action plans
- Provide information for a data-base related to suicides
- Analyze data related to suicides
- Generate yearly and multi-year reports summarizing data analysis
- Coordinate suicide prevention (including monthly teleconference, focused improvement teams, court recommendations, etc.).

**Total Time required for monitoring five (5) institutions, on average, exceeds 40 hours per week.**

One Senior Psychologist, Specialist is assigned half-time to coordinate mental health training of correctional officers, including revision of training to include new policy.

In addition, Senior Psychologist, Specialists may be assigned projects related to many of the responsibilities of the Chief Psychiatrist.

**Health Care Program Specialist I (HPS) Duties**:
Each HPS I will be responsible for 10 institutions:

- Receipt, tracking, compiling and data base management for Quality Management data from each institution (10 hours/week)
- Communication related to Coordinated Clinical Assessment Team and Department of Mental Health Referrals (2 hours/week)
- Maintain Suicide Data Base (2 hours/week)
- Follow up related to documentation of corrective action plan compliance (2 hours/week)
- Liaison with Coleman parties (3 hours/week)
- Attend and record Coleman Exit Conferences (2 hours/week)
- Document and track response to Coleman plaintiff concerns regarding specific inmates (2 hours/week)
- Mental Health Program Support – Response to questions from institutions regarding policies, procedures, contact information (2 hours/week)
- HCSD Mental Health Subcommittee (3 hours/week)
- Monitoring Administrative Segregation Rounds compliance (2 hours/week)
- Fieldwork to assist troubled institutions (8 hours/week)

01009

In addition, each HPSI may be assigned permanent duties, long term projects, or short term projects including:

- Institution Staffing prevalence mix (32 hours/month + 24 hours quarterly)
- Population Projection (15 hours quarterly)
- Monthly report to Coleman Monitors regarding staffing (16 hours/month)
- Special Projects related to Chief of Mental Health duties (Variable)

**Office Technician Duties per 10 institutions**
Staff meeting agenda and minutes (4 hours/week)
Quality Management meeting agendas and minutes (6 hours/week)
Memorandum preparation/editing (4 hours/ week)
Memorandum tracking (4 hours/ week)
Data entry (4 hours/ week)
Mail processing (in and out) (4 hours/ week)
Copying (4 hours/ week)
Filing (4 hours/ week)
Faxing (3 hours/ week)
Phone management/Communications (6 hours/ week)
Updating institution contact lists (1 hour/ week)
Travel plan preparation (2 hours/ week)
Submission of accounting documentation (2 hours/ week)
Hiring/ Interview support (2 hours/ week)

*Request Total Ratio of 1.0 Sr. Psychologist Specialists : 5 Institutions (subtract3.0 current positions) =3.0 PY*
*Request 1.0 Health Program Specialist I : Region = 3.0 PY*
*Request 1.0 Office Technician : Region = 3.0 PY*

Three (3) Sr. Psychiatrists will each be assigned approximately 10 institutions to provide oversight of Mental Health Forensic Field Consultation Services including court required Board of Prison Terms Reports and Mentally Disordered Offender Reports.

*Request 3.0 Sr. Psychiatrist, Specialist = 3.0 PY*

One-time cost for supplies required to implement the revised MHSDS Program Guides (see chart on page 4).



## F. Analysis of All Feasible Alternatives

**Alternative A:** Implement the revised MHSDS Program Guides as specified above beginning July 2005 (see Alternative A staffing summary):

a. Establish 526.0 permanent field positions and 21.2 limited term field positions in FY 2005/06 and 296.1 permanent field positions in FY 2006/07
b. Establish 13.0 permanent central office staff positions
c. One time funding totaling $ 728,862 for equipment (computers, copiers, shredders, fax machines, dictation equipment, golf carts and televisions).
d. On going funding totaling $ 50,000 for printing and distribution of new forms.
e. One time funding totaling $ 56,000 for group therapy materials and equipment.
f. One time funding totaling $ 307,872 for inmate treatment cells.
g. One time funding totaling $500,000 (allocated July 2005) for a contractor to conduct a workload and treatment space survey including:
   i. Treatment space availability in each institution that provides CCCMS level of care in ASU/SHU. Final recommendations regarding provision of group therapy is ASU/SHU with the most efficient use of staff time.
   ii. Mental health workload and staffing survey to determine ways efficiency of staff time can be improved. Collection of workload data to justify positions for group therapy in ASU/SHU and any additional positions required to fully implement the MHSDS program guides.
h. One time funding totaling $443,967, and ongoing funding totaling $402,500 for use of the MCMI-III psychological testing and diagnostic clarification system. In addition, this system will require one time funding totaling $718,694 for information technology infrastructure.

**Pros:** This alternative would provide compliance with policies and procedures contained in the revised MHSDS program guides, which were negotiated with all parties in the *Coleman v. Schwarzenegger* court case. This is the most likely alternative to lead to final exit of the *Coleman* case and reduction of legal costs associated with this case within the next two years. This alternative is consistent with the mission of Youth and Adult Corrections Agency (YACA) "to take responsibility and accountability for the rehabilitation of offenders" and to "provide training, counseling, and support" services.

**Cons:** This alternative requires significant resource allocation during two fiscal years to fund positions and equipment to implement the revised MHSDS Program Guides.

**Alternative B:** Implement the revised MHSDS Program Guides in the following three phases:

Phase One and Two - Allocate *50%* of positions requested for implementation in 2005/2006 and 2006/2007 (100% of headquarters and limited term staff) in order to reduce cost and provide partial compliance with revised mental health policies and procedures (see Alternative B staffing summary):

   a. Establish 299.3 permanent field positions and 21.2 limited term field positions in FY 2005/06 and 261.0 in fiscal year 2006/07.
   b. Establish 13.0 permanent central office staff positions in FY 2005/06.
   c. In FY 2005/06 one time funding totaling $ 728,862 for equipment (computers, shredder, fax machine, dictation equipment, golf carts).
   d. Starting in FY 2005/06, on going funding totaling $ 50,000 for printing and distribution of new forms.
   e. In FY 2005/06, one time funding totaling $ 56,000 for group therapy materials and equipment.
   f. In FY 2005/06, one time funding totaling $ 307,872 for inmate treatment cells.
   g. In FY 2005/06, one time funding totaling $500,000 (allocated July 2005) for a contractor to conduct a workload and treatment space survey including:
        i. Treatment space availability in each institution that provides CCCMS level of care in ASU/SHU. Final recommendations regarding provision of group therapy is ASU/SHU with the most efficient use of staff time.
        ii. Mental health workload and staffing survey to determine ways efficiency of staff time can be improved. Collection of workload data to justify positions for group therapy in ASU/SHU and any additional positions required to fully implement the MHSDS program guides.
   8) In FY 2005/06, one time funding totaling $443,967, and ongoing funding totaling $402,500 for use of the MCMI-III psychological testing and diagnostic clarification system. In addition, this system will require one time funding totaling $718,694 for information technology infrastructure.

Phase Three –Allocate resources as indicated by the above requested space survey and staffing survey.

**Pros:** This alternative would provide partial compliance with policies and procedures contained in the revised MHSDS Program Guides. The requested study would provide specific information regarding space needs for implementing group therapy in CCCMS ASU and SHU, and recommendations regarding improving staff efficiency. This alternative reduces the resources used for MHSDS Program Guide implementation in 2005/2006 and 2006/2007. Fiscal impact is spread over additional years.

01012

**Cons:** This alternative would need to be negotiated with all parties in the *Coleman* court case. The court may not approve the delay in implementation of group therapy in CCCMS and SHU, and may issue a Court Order to implement all policies and procedures in the revised MHSDS program guides. If this alternative is approved by the courts, this strategy is likely to lead to exit from the *Coleman* court case in five (5) years, rather than two (2). Costs associated with litigation in this case do not contribute to the YACA mission. The outcome of the space and staffing survey is likely to recommend allocation of additional staff which would need to be requested in future budget change proposals.

**Alternative C:** Implement requirements of the revised MHSDS Program Guides without requested resources

**Pros:** Requires no funding

**Cons:** Failure to implement the revised MHSDS Program Guides with requested resources will lead to increased litigation costs and is likely to lead to a Court Order which may be more costly than the current proposal. Failure to provide constitutionally adequate mental health treatment may harm inmates and is a violation of inmate's rights under the Eighth and Fourteenth Amendments of the United States Constitution prohibiting cruel and unusual punishment. This alternative is not consistent with the YACA mission.

**G. Timetable**
Resource augmentations are requested for implementation effective July1, 2005

**H. Recommendation**
The YACA mission "to take responsibility and accountability for the rehabilitation of offenders" and to "provide training, counseling, and support" services is consistent with the revisions in the MHSDS Program Guides. Based on the current recommendations from Legal Affairs Division, the best strategy to exit the *Coleman v. Schwarzenegger* court case is to fully implement the revised MHSDS Program Guides. It is therefore recommended that Alternative A be implemented by July 2005.

01013

| | | | BUDGET YEAR starting 7/1/...?: | 2005 | okay | | Updated: | 03/17/2005 | 05CST01d |
|---|---|---|---|---|---|---|---|---|---|

1 - GENERAL
2 - BOND
3 - REIMB
4 - IWF
5 - LOCAL ASSISTANCE
6 - FEDERAL
7 - ASSET FORFEITURE, SPC'L DEF
8 - PETROLEUM,VIOLATION ESCRO
9 - LEASE PAYMENTS, GF
0 - LEASE PAYMENTS, REIMB
20 - SPEC'L LEGISLATION Funding

**Header form fields:**

- FILE ?: SB4480CM  <<-- Filename
- ORGANIZATION CODE ?: 4460   HEALTH CARE SVCS DIVISION
- FISCAL PROCESS CODE ?: 7    FINANCE LETTERS
- (Abbrv to 16 Chrs)  PURPOSE ?: MHSDS Coleman Staff  <<-- Purpose
- NEW BEDS, Number of INMATES ?:   Design:____  O/C:____
- EFFECTIVE DATES  - START >: Jul-05   STOP?:  perm
- WHAT'S DRIVING Code ?: 800
- Note below, for each fiscal year :--  CURRENT Yr  BUDGET Yr
- MONTHS REQUIRED? [0.1-12] ?: 12.0
- STANDARD OFFICE EQUIP ? ("A"=AUTO) :  ____ =NO std eq  =@ MID   Δ =Std eq (incl)  =@ MID   <-reset w/ space key
- Type "R" to REVERSE posn ESTB'D before 2001:
- REFERENCE NAME/PHONE ?: Kostlew 650-6728

**Right side:**
- GSI BU 06  ☒
- Price  ☐
- Retire rates  ☒
- Hlth premium  ☒
- Dental prem.  ☐
- Salary Scale  ☒
- GSI BU 03  ☒
- GSI BU 17  ☒

******** ASSUMPTIONS: *****************
*** Rates for price          No change
*** Equipment rates          No change
* GSI-06R&F=          CY= 5% + 5%          BY= 5% +5%
* GSI-06Xcluded=          7.5% + 5%          7.5% + 5%
* GSI other&excluded          0.00%          0.00%
*** Pay Differentials  **NOT INCLUDED in calculations
*** SISA / MSA          **NOT INCLUDED in calculations
*** Uses mid-range salary for all NEW positions.  Avg of min & max.
*** RETIREMENT R= **per CalPERS Circular Ltr 200-160-04(5/24/04)
*** SALARY RANGE **as of July 1, 2004 per SCO Tab. adjusted for 7K & HAM
*** SALARY SAVING **for all EXCEPT: C.O.,Sgt,Lt,RN,MTA,StpCook I,PsychTech&G
*** Health premium  ** 11.4% off 1/05 per BL 04-22          PRICE: 0.0%

05CST01d          03/17/2005          COLORS: CY-DarkGreen          BY - blue

| PCA | RU | FSCL ADJ YR | WHY | FND | CLAS_TITLE | CODE | MIN | MAX | RET | # OF POS | AUTH REQ? (Y) | AUTH POS REQUIRED | AUTH POS SALARY | (last PCA) MOS REQ? 1-12 | PY NEED | PY SALARY | SHIFT DIFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21000 | 201 | | B | 800 | 1 | TEMP HELP - SECURITY | 9999 | 3,308 | 5,386 | 3 | 0.0 | Y | 0.0 | 0 | 12.0 | 0.0 | | |
| 22010 | 211 | | B | 800 | 1 | TEMP HELP - FEECING | 9999 | 2,709 | 3,639 | 2 | 0.0 | Y | 0.0 | 0 | 12.0 | 0.0 | | |
| 52060 | 220 | | B | 800 | 1 | TEMP HELP - PSYCH | 9999 | 4,498 | 5,904 | 2 | 0.0 | Y | 0.0 | 0 | 12.0 | 0.0 | | |
| 20050 | 218 | | B | 800 | 1 | TEMP HELP - FACILITIES OPS | 9999 | 5,080 | 5,080 | 2 | 0.0 | Y | 0.0 | 0 | 12.0 | 0.0 | | |
| 22100 | 229 | | B | 800 | 1 | TEMP HELP - RELIGION | 9999 | 3,639 | 4,548 | 1 | 0.0 | Y | 0.0 | 0 | 12.0 | 0.0 | | |
| 24030 | 251 | | B | 800 | 1 | TEMP HELP - ADMIN | 9999 | 4,111 | 4,997 | 1 | 0.0 | Y | 0.0 | 0 | 12.0 | 0.0 | | |
| 21000 | 201 | | B | 800 | 1 | OVERTIME - SECURITY | 9995 | 3,308 | 5,386 | 3 | | Y | | | 12.0 | | | |
| 22010 | 211 | | B | 800 | 1 | OVERTIME - FEEDING | 9998 | 2,709 | 3,639 | 2 | | Y | | | 12.0 | | | |
| 52030 | 213 | | B | 800 | 1 | OVERTIME - MEDICAL | 9998 | 4,609 | 5,814 | 2 | | Y | | | 12.0 | | | |
| 52060 | 220 | | B | 800 | 1 | OVERTIME - PSYCH | 9998 | 4,498 | 5,904 | 2 | | Y | | | 12.0 | | | |
| 22070 | 222 | | B | 800 | 1 | OVERTIME - COUNSELING | 9998 | 4,412 | 6,815 | 3 | | Y | | | 12.0 | | | |
| 22080 | 223 | | B | 800 | 1 | OVERTIME - RECORDS | 9998 | 2,632 | 4,155 | 1 | | Y | | | 12.0 | | | |
| 63100 | 231 | | B | 800 | 1 | OVERTIME - EDUCATION | 9998 | 3,574 | 5,744 | 2 | | Y | | | 12.0 | | | |
| 24030 | 251 | | B | 800 | 1 | OVERTIME - ADMIN | 9998 | 4,111 | 4,997 | 1 | | Y | | | 12.0 | | | |
| 52060 | 220 | | B | 800 | 1 | Ofc Techn -Typing | 1139 | 2,510 | 3,050 | 1 | 52.2 | Y | 52.2 | 1,741,392 | 12.0 | 52.2 | 1,741,392 | 0 |
| 52060 | 220 | | B | 800 | 1 | Ofc Services Supprvr II -Gen | 1150 | 2,759 | 3,355 | 5 | 6.0 | Y | 6.0 | 220,104 | 8.0 | 220,104 | | 0 |
| 52030 | 213 | | B | 800 | 1 | Medical Transcriber | 1177 | 2,419 | 2,941 | 1 | 17.0 | Y | 17.0 | 546,720 | 12.0 | 17.0 | 546,720 | 0 |
| 52030 | 213 | | B | 800 | 1 | Office Asst -Typing | 1379 | 2,130 | 2,641 | 1 | 21.2 | Y | 21.2 | 606,871 | 12.0 | 21.2 | 606,871 | 0 |
| 52060 | 220 | | 6 | 800 | 1 | Sr Psychiatric Tech (Safety) | 8252 | 3,080 | 4,101 | 2 | 31.0 | Y | 31.0 | 1,335,666 | 12.0 | 31.0 | 1,335,666 | 0 |
| 52060 | 220 | | B | 800 | 1 | Psychiatric Techn (Safety) | 8253 | 2,748 | 3,612 | 2 | 142.2 | Y | 142.2 | 5,426,352 | 12.0 | 142.2 | 5,426,352 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Psychiatric Techn (Safety) | 8253 | | | 2 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 511,920 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychiatrist, CF -Gen | 9270 | 9,199 | 11,447 | 2 | 3.0 | Y | 3.0 | 371,628 | 12.0 | 3.0 | 371,628 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Sr Psychiatrist, CF -Spec | 9270 | | | 2 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 79,200 |
| 52060 | 220 | | B | 800 | 1 | Staff Psychiatrist,CF | 9272 | 8,526 | 11,161 | 2 | 13.4 | Y | 13.4 | 1,584,804 | 12.0 | 13.4 | 1,584,804 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Staff Psychiatrist | 9272 | | | 2 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 353,760 |
| 52030 | 213 | | B | 800 | 1 | Registered Nurse,CF | 9275 | 4,609 | 5,914 | 2 | 25.2 | Y | 25.2 | 1,591,078 | 12.0 | 25.2 | 1,591,078 | 12,348 |
| 52030 | 213 | | B | 800 | 1 | R&R, Registered Nurse | 9275 | | | 2 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 60,480 |
| 52030 | 213 | | B | 800 | 1 | One Month EEC, Registered Nurse | 9275 | | | 2 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 38,000 |
| 52030 | 213 | | B | 800 | 1 | Six Month EEC, Registered Nurse | 9275 | | | 2 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 39,000 |
| 52060 | 220 | | B | 800 | 1 | Psychologist - Clinical, CF | 9283 | 4,498 | 5,904 | 2 | 110.8 | Y | 110.8 | 6,915,250 | 12.0 | 110.8 | 6,915,250 | 0 |
| 63100 | 231 | | B | 800 | 1 | Recr Therapist | 9286 | 2,891 | 3,599 | 2 | 32.4 | Y | 32.4 | 1,261,656 | 12.0 | 32.4 | 1,261,656 | 0 |
| 63100 | 231 | | B | 800 | 1 | R&R, Recr Therapist | 9286 | | | 2 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 77,760 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychologist, CF -Spec | 9287 | 4,936 | 6,483 | 2 | 4.0 | Y | 4.0 | 274,104 | 12.0 | 4.0 | 274,104 | 0 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychologist, CF -Suprvr | 9288 | 5,341 | 6,807 | 7 | 5.3 | Y | 5.3 | 386,306 | 12.0 | 5.3 | 386,306 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Sr Psychologist, CF -Suprvr | 9288 | | | 7 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 38,160 |
| 52060 | 220 | | B | 800 | 1 | Supvrg Psychiatric Soc Worker I, CF | 9291 | 3,750 | 4,556 | 7 | 8.0 | Y | 8.0 | 398,784 | 12.0 | 8.0 | 398,784 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Supvng Psychiatric Soc Worker I, CF | 9291 | | | 7 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 57,600 |
| 52060 | 220 | | B | 800 | 1 | Psychiatric Soc Worker, CF | 9282 | 3,321 | 4,139 | 2 | 38.2 | Y | 38.2 | 1,709,832 | 12.0 | 38.2 | 1,709,832 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Psychiatric Soc Worker, CF | 9282 | | | 2 | 0.0 | N | 0.0 | 0 | 12.0 | 0.0 | 0 | 275,040 |
| 21000 | 201 | | B | 800 | 1 | Corr Sgt | 9659 | 4,974 | 6,042 | 9 | 5.0 | Y | 5.0 | 330,480 | 12.0 | 5.0 | 330,480 | 2,125 |
| 21000 | 201 | | B | 800 | 1 | Corr Officer | 9662 | 3,308 | 5,386 | 3 | 10.3 | Y | 10.3 | 537,289 | 12.0 | 10.3 | 537,289 | 5,161 |
| 22070 | 222 | | B | 800 | 1 | Corr Counselor I | 9904 | 4,412 | 6,815 | 3 | 22.3 | Y | 22.3 | 1,502,173 | 12.0 | 22.3 | 1,502,173 | 0 |
| | | | | | | RECLASSING PSYC TECHS TO SR PSYCH TECHS | | | | | | | | | | | | |
| 52060 | 220 | | B | 800 | 1 | Psychiatric Techn (Safety) | 8253 | 2,748 | 3,612 | 2 | (31.0) | Y | -31.0 | (1,182,960) | 12.0 | (31.0) | (1,182,960) | 0 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychiatric Techn (Safety) | 8252 | 3,080 | 4,101 | 2 | 31.0 | Y | 31.0 | 1,335,666 | 12.0 | 31.0 | 1,335,666 | 0 |
| | | | | | | ONE-TIME COSTS | | | | | | | | | | | | |
| 52030 | 213 | 2 | B | 800 | 1 | Mental Health Assessment Test | | | | | | Y | | | 12.0 | | | |
| 52030 | 213 | 2 | B | 800 | 1 | IT Infrastructure for Assessment Tests | | | | | | Y | | | 12.0 | | | |
| 52060 | 220 | 2 | B | 800 | 1 | Treatment Cell | | | | | | Y | | | 12.0 | | | |
| 52060 | 220 | 2 | B | 800 | 1 | Office Equipment/Communication Equipment | | | | | | Y | | | 12.0 | | | |
| 52060 | 220 | 2 | B | 800 | 1 | Vehicles (14 Golf Carts) | | | | | | Y | | | 12.0 | | | |
| 52060 | 220 | 2 | B | 800 | 1 | Televisions (28) | | | | | | Y | | | 12.0 | | | |

| CODE | FUND | | BUDGET YEAR starting 7/1/....?: | 2005 | okay | | | Updated: | | | 03/17/2005 | | 05CST01d | | |
|------|------|--|---------------------------------|------|------|--|--|----------|--|--|------------|--|-----------|--|--|

| CODE | FUND |
|------|------|
| 1 - | GENERAL |
| 2 - | BOND |
| 3 - | REIMB |
| 4 - | IWF |
| 5 - | LOCAL ASSISTANCE |
| 6 - | FEDERAL |
| 7 - | ASSET FORFEITURE, SPC'L DEF |
| 8 - | PETROLEUM VIOLATION ESCRO |
| 9 - | LEASE PAYMENTS, GF |
| 0 - | LEASE PAYMENTS, REIMB |
| 20 - | SPEC'L LEGISLATION Funding |

BUDGET YEAR starting 7/1/....?: **2005** okay
FILE ?: **5B4460CM** <<-- Filename
ORGANIZATION CODE ?: **4460** HEALTH CARE SVCS DIVISION
FISCAL PROCESS CODE ?: **Z** FINANCE LETTERS
(Abbrv to 16 Chrs) PURPOSE ?: **MHSDS Coleman Staff** <<-- Purpose
NEW BEDS_ Number of INMATES ?: Design: O/C:
EFFECTIVE DATES - START ?: **Jul-05** STOP?: **perm**
WHAT'S DRIVING Code ?: **809**
Note below, for each fiscal year :-------- CURRENT Yr | BUDGET Yr
MONTHS REQUIRED ? (0.1-12) ?: **12.0**
STANDARD OFFICE EQUIP ? ("A"=AUTO) : **A** =Std eq Incld
Type "R" to REVERSE posn ESTB'D before 2001: =@ MID =@ MID <-resol w/ space key
REFERENCE NAME/PHONE ?: **Kostiew 650-6728**

Updated:
GSI BU 06 ☑
Price ☐
Retire rates ☑
Hlth premium ☑
Dental prem. ☐
Salary Scale ☑
GSI BU 03 ☑
GSI BU 17 ☑

03/17/2005 05CST01d
******* ASSUMPTIONS: **************
*** Rates for price No change
*** Equipment rates No change
* GSI-D6R&F= CY= 5% + 5% BY= 5% +5%
* GSI-D6Xcluded= 7.5% + 5% 7.5% + 5%
* GSI other&excluded 0.00% 0.00%
*** Pay Differentials **NOT INCLUDED in calculations
*** SISA / MSA **NOT INCLUDED in calculations
*** Uses mid-range salary for all NEW positions. Avg of min & max.
*** RETIREMENT R/ **per CalPERS Circular Ltr 200-160-04(6/24/04)
*** SALARY RANGE **as of July 1, 2004 per SCO Tab, adjusted for 7K & HAM
*** SALARY SAVING **for all EXCEPT: C.O.,Sgt.Lt.RN,MTA,SunCook t,Psych Techn
*** Health premium ** 11.4% eff 1/05 per BL 04-22 PRICE: 0.0%

| | | FSCL | | | 05CST01d | 03/17/2005 | COLORS: | CY-DarkGreen | | BY - blue | | | 03/17/2005 | | 05CST01d | | |
|--|--|------|--|--|----------|------------|---------|--------------|--|-----------|--|--|------------|--|----------|--|--|
| PCA | RU | ADJ YR WHY FND | | | CLAS_TITLE | CODE | MIN | MAX | RET | # OF POS | AUTH REQ? (Y) | AUTH POS REQUIRED | AUTH POS SALARY | (last PCA) MOS REQ? 1-12 | PY NEED | PY SALARY | SHIFT DIFF |
| 52060 | 220 | 2 B 600 1 | | | Group Therapy materials | | | | | | Y | | | 12.0 | | | |
| 52060 | 220 | 2 B 600 1 | | | Printing forms | | | | | | Y . | | | 12.0 | | | |
| 52060 | 220 | 2 B 600 1 | | | Workload Case study | | | | | | Y | | | 12.0 | | | |
| | | | | | ON-GOING COSTS | | | | | | | | | | | | |
| 52060 | 220 | B 600 1 | | | Mental Health Assessment Tests | | | | | | Y | | | 12.0 | | | |
| | Unk | B 600 1 | | | OTHER: (specify & add ADJUSTMENT CODE, if needed, e.g.,one-times="2") | | | | | | Y | | | ERR | | | |
| | Unk | B 600 1 | | | OTHER: (specify & add ADJUSTMENT CODE, if needed, e.g.,one-times="2") | | | | | | Y | | | ERR | | | |
| | | | | | TOTAL COST | | | | | 547.5 | | 547.5 | 26,892,995 | | 547.5 | 26,892,995 | 1,551,574 |

| | | | | BUDGET YEAR starting 7/1/...?: | 2005 | | |
|---|---|---|---|---|---|---|---|
| 1 - | GENERAL | | | FILE ?: | S94460CM | | |
| 2 - | BOND | | | ORGANIZATION CODE ?: | 4460 | | |
| 3 - | REIMB | | | FISCAL PROCESS CODE ?: | 7 | | |
| 4 - | IWF | | | (Abbrv to 16 Chrs)   PURPOSE ?: | MHSDS Colem | | |
| 5 - | LOCAL ASSISTANCE | | | NEW BEDS_ Number of INMATES ?: | Design: | | |
| 8 - | FEDERAL | | | EFFECTIVE DATES  - START ?: | Jul-05 | | |
| 7 - | ASSET FORFEITURE, SPC'L DES | | | WHAT'S DRIVING Code ?: | 800 | | |
| 8 - | PETROLEUM VIOLATION ESCRO | | | Note below, for each fiscal year :-------- | CURRENT YI | | |
| 9 - | LEASE PAYMENTS, GF | | | MONTHS REQUIRED? [0,1-12] ?: | | | |
| 0 - | LEASE PAYMENTS, REIMB | | | STANDARD OFFICE EQUIP ? ("A"=AUTO) : | | | |
| 20 - | SPEC'L LEGISLATION Funding | | | Type "R" to REVERSE posn ESTB'D before 2001: | | | |
| | | | | REFERENCE NAME/PHONE ?: | Kostiew 650-573 | | |

05CST01d    03/17/2005

| | | FSCL | | | | TEMP | | HOLIDAY/ | | SAL SVGS | HEALTH/ | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCA | RU | ADJ YR WHY FND | CLAS_TITLE | CODE | HELP | OVERTIME | PHYS FIT | SAL SVGS $ | PY ADJ | DNTL/VISION | RETIRMNT | WRKR'S COMP | OASDI | MEDICARE | |
| 21000 | 201 | B  800  1 | TEMP HELP - SECURITY | 9999 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | |
| 22010 | 211 | B  800  1 | TEMP HELP - FEEDING | 9999 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | |
| 52060 | 220 | B  800  1 | TEMP HELP - PSYCH | 9999 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | |
| 22050 | 216 | B  800  1 | TEMP HELP - FACILITIES OPS | 9999 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | |
| 22100 | 229 | B  800  1 | TEMP HELP - RELIGION | 9999 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | |
| 24030 | 261 | B  800  1 | TEMP HELP - ADMIN | 9999 | 0 | | | | | 0 | 0 | 0 | 0 | 0 | |
| 21000 | 201 | B  800  1 | OVERTIME - SECURITY | 9998 | | 0 | | | | | | | | | |
| 22010 | 211 | B  800  1 | OVERTIME - FEEDING | 9996 | | 0 | | | | | | | | | |
| 52030 | 213 | B  800  1 | OVERTIME - MEDICAL | 9998 | | 0 | | | | | | | | | |
| 52060 | 220 | B  800  1 | OVERTIME - PSYCH | 9998 | | 0 | | | | | | | | | |
| 22070 | 222 | B  800  1 | OVERTIME - COUNSELING | 9998 | | 0 | | | | | | | | | |
| 22060 | 223 | B  800  1 | OVERTIME - RECORDS | 9998 | | 0 | | | | | | | | | |
| 83100 | 231 | B  800  1 | OVERTIME - EDUCATION | 9998 | | 0 | | | | | | | | | |
| 24030 | 261 | B  800  1 | OVERTIME - ADMIN | 9998 | | 0 | | | | | | | | | |
| 52060 | 220 | B  800  1 | Ofc Techn -Typing | 1139 | 0 | 0 | 0 | 0 | (87,070) | (2.8) | 233,368 | 271,077 | 69,307 | 102,568 | 23,588 |
| 52060 | 220 | B  800  1 | Ofc Services Supvr II -Gen | 1150 | 0 | 0 | 0 | 0 | (11,005) | (0.3) | 26,819 | 34,263 | 6,760 | 12,964 | 3,032 |
| 52030 | 213 | B  800  1 | Medical Transcriber | 1177 | 0 | 0 | 0 | 0 | (27,335) | (0.9) | 76,221 | 85,106 | 21,759 | 32,202 | 7,531 |
| 52030 | 213 | B  800  1 | Office Asst -Typing | 1379 | 0 | 0 | 0 | 0 | (30,344) | (1.1) | 94,571 | 94,470 | 24,153 | 35,745 | 8,360 |
| 52060 | 220 | B  800  1 | Sr Psychiatric Tech (Safety) | 8252 | 0 | 0 | 0 | 0 | (68,763) | (1.8) | 136,798 | 263,585 | 53,160 | 0 | 18,399 |
| 52060 | 220 | B  800  1 | Psychiatric Techn (Safety) | 8253 | 0 | 0 | 0 | 0 | 0 | 0.0 | 569,051 | 1,127,216 | 215,989 | 0 | 78,682 |
| 52060 | 220 | B  800  1 | R&R, Psychiatric Techn (Safety) | 8253 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 7,423 |
| 52060 | 220 | B  800  1 | Sr Psychiatrist, CF -Spec | 9270 | 0 | 0 | 0 | 0 | (18,581) | (0.2) | 13,645 | 73,336 | 14,781 | 0 | 5,119 |
| 52060 | 220 | B  800  1 | R&R, Sr Psychiatrist, CF -Spec | 9270 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 16,452 | 0 | 0 | 1,148 |
| 52060 | 220 | B  800  1 | Staff Psychiatrist,CF | 9272 | 0 | 0 | 0 | 0 | (79,230) | (0.7) | 50,754 | 312,711 | 63,057 | 0 | 21,828 |
| 52060 | 220 | B  800  1 | R&R, Staff Psychiatrist | 9272 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 73,487 | 0 | 0 | 5,130 |
| 52030 | 213 | B  800  1 | Registered Nurse,CF | 9275 | 0 | 0 | 8,684 | 0 | 0 | 0.0 | 116,566 | 334,686 | 63,325 | 0 | 23,376 |
| 52030 | 213 | B  800  1 | R&R, Registered Nurse | 9275 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 12,564 | 0 | 0 | 877 |
| 52030 | 213 | B  800  1 | One Month EEC, Registered Nurse | 9275 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 566 |
| 52030 | 213 | B  800  1 | Six Month EEC, Registered Nurse | 9275 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 566 |
| 52060 | 220 | B  800  1 | Psychologist - Clinical, CF | 9283 | 0 | 0 | 0 | 0 | (345,763) | (5.5) | 495,437 | 1,364,680 | 275,227 | 0 | 95,256 |
| 63100 | 231 | B  800  1 | Recr Therapist | 9286 | 0 | 0 | 0 | 0 | (83,063) | (1.6) | 172,726 | 248,980 | 57,279 | 0 | 17,375 |
| 63100 | 231 | B  800  1 | R&R, Recr Therapist | 9286 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 16,153 | 0 | 0 | 1,128 |
| 52060 | 220 | B  800  1 | Sr Psychologist, CF -Spec | 9287 | 0 | 0 | 0 | 0 | (13,705) | (0.2) | 17,879 | 54,093 | 10,909 | 0 | 3,776 |
| 52060 | 220 | B  800  1 | Sr Psychologist, CF -Supvr | 9288 | 0 | 0 | 0 | 0 | (19,315) | (0.3) | 23,525 | 76,235 | 15,375 | 0 | 5,321 |
| 52060 | 220 | B  800  1 | R&R, Sr Psychologist, CF -Supvr | 9288 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 7,927 | 0 | 0 | 553 |
| 52060 | 220 | B  800  1 | Supvng Psychiatric Soc Worker I, CF | 9291 | 0 | 0 | 0 | 0 | (19,939) | (0.4) | 35,758 | 78,697 | 15,872 | 0 | 5,483 |
| 52060 | 220 | B  800  1 | R&R, Supvng Psychiatric Soc Worker I, CF | 9291 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 11,985 | 0 | 0 | 835 |
| 52060 | 220 | B  800  1 | Psychiatric Soc Worker, CF | 9282 | 0 | 0 | 0 | 0 | (85,492) | (1.9) | 170,792 | 337,424 | 68,051 | 0 | 23,553 |
| 52060 | 220 | B  800  1 | R&R, Psychiatric Soc Worker, CF | 9282 | 0 | 0 | 0 | 0 | 0 | 0.0 | 0 | 57,134 | 0 | 0 | 3,988 |
| 21000 | 201 | B  900  1 | Corr Sgt | 9659 | 0 | 0 | 4,580 | 0 | 0 | 0.0 | 27,480 | 80,388 | 15,004 | 0 | 4,880 |
| 21000 | 201 | B  800  1 | Corr Officer | 9662 | 0 | 0 | 8,292 | 0 | 0 | 0.0 | 56,609 | 131,307 | 24,393 | 0 | 7,966 |
| 22070 | 222 | B  800  1 | Corr Counselor I | 9904 | 0 | 0 | 10,057 | (75,109) | (1.1) | 116,515 | 342,824 | 68,199 | 0 | 20,633 | |

RECLASSING PSYC TECHS TO SR PSYCH TECHS

| 52060 | 220 | B  800  1 | Psychiatric Techn (Safety) | 8253 | 0 | 0 | 0 | 0 | 0 | 0.0 | (145,855) | (245,736) | (47,062) | 0 | (17,153) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52060 | 220 | B  800  1 | Sr Psychiatric Tech (Safety) | 8252 | 0 | 0 | 0 | 0 | (68,763) | (1.8) | 138,798 | 263,585 | 53,160 | 0 | 18,399 |

ONE-TIME COSTS

| 52030 | 213 | 2 | B  800  1 | Mental Health Assessment Test |
|---|---|---|---|---|
| 52030 | 213 | 2 | B  800  1 | IT Infrastructure for Assessment Tests |
| 52060 | 220 | 2 | B  800  1 | Treatment Cell |
| 52060 | 220 | 2 | B  800  1 | Office Equipment/Communication Equipment |
| 52060 | 220 | 2 | B  800  1 | Vehicles  (14 Golf Carts) |
| 52060 | 220 | 2 | B  800  1 | Televisions (28) |

| CODE | FUND | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | BUDGET YEAR starting 7/1/....?: | 2005 | | | | |
| 1 - | GENERAL | | | FILE ?: | 5B4450CM | | | |
| 2 - | BOND | | | ORGANIZATION CODE ?: | 4460 | | | |
| 3 - | REIMB | | | FISCAL PROCESS CODE ?: | 7 | | | |
| 4 - | IWF | | | (Abbrv to 18 Chrs) PURPOSE ?: | MHSDS Colem | | | |
| 5 - | LOCAL ASSISTANCE | | | NEW BEDS_ Number of INMATES ?: | Design: | | | |
| 6 - | FEDERAL | | | EFFECTIVE DATES - START ?: | Jul-05 | | | |
| 7 - | ASSET FORFEITURE, SPC'L DEF | | | WHAT'S DRIVING Code ?: | 800 | | | |
| 8 - | PETROLEUM VIOLATION ESCRC | | | Note below, for 'each fiscal year :-------- | CURRENT Yr | | | |
| 9 - | LEASE PAYMENTS, GF | | | MONTHS REQUIRED? (0.1-12) ?: | | | | |
| 0 - | LEASE PAYMENTS, REIMB | | | STANDARD OFFICE EQUIP ? ("A"=AUTO) : | | | | |
| 20 - | SPEC'L LEGISLATION Funding | | | Type "R" to REVERSE posn ESTB'D before 2001: | | | | |
| | | | | REFERENCE NAME/PHONE ?: Kostlew 650-67) | | | | |

| | | | | | 05CST01d | | 03/17/2005 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PCA | RU | FSCL ADJ YR WHY FND | | | | CLAS_TITLE | CODE | TEMP HELP | OVERTIME | HOLIDAY/ PHYS FIT | SAL SVGS $ | SAL SVGS PY ADJ | HEALTH/ DNTL/VISION | RETIRMNT | WRKR'S COMP | OASDI | MEDICARE |
| 52060 | 220 | 2 | B | 800 | 1 | Group Therapy materials | | | | | | | | | | | |
| 52080 | 220 | 2 | B | 800 | 1 | Printing forms | | | | | | | | | | | |
| 52080 | 220 | 2 | B | 800 | 1 | Workload Case study | | | | | | | | | | | |
| | | | | | | ON-GOING COSTS | | | | | | | | | | | |
| 52080 | 220 | | B | 800 | 1 | Mental Health Assessment Tests | | | | | | | | | | | |
| | Unk | | B | 800 | 1 | OTHER: (specify & add ADJUSTMENT CODE, if needed. e.g.,one-time="2") | | | | | | | | | | | |
| | Unk | | B | 800 | 1 | OTHER: (specify & add ADJUSTMENT CODE, if needed. e.g.,one-time="2") | | | | | | | | | | | |
| | | | | | | TOTAL COST | | 0 | 0 | 31,823 | (1,009,538) | (20.0) | 2,540,457 | 5,524,811 | 1,090,878 | 183,479 | 398,268 |

| CODE | FUND | | |
|---|---|---|---|
| 1 - | GENERAL | BUDGET YEAR starting 7/1/....?: | 2005 |
| 2 - | BOND | FILE ?: | SB446DCM |
| 3 - | REIMB | ORGANIZATION CODE ?: | 4480 |
| 4 - | IWF | FISCAL PROCESS CODE ?: | 7 |
| 5 - | LOCAL ASSISTANCE | (Abbrv to 16 Chrs)   PURPOSE ?: | MHSDS Colem |
| 6 - | FEDERAL | NEW BEDS_ Number of INMATES ?: | Design: |
| 7 - | ASSET FORFEITURE, SPC'L DEF | EFFECTIVE DATES  -  START ?: | Jul-05 |
| 8 - | PETROLEUM VIOLATION ESCRO | WHAT'S DRIVING Code ?: | 800 |
| 9 - | LEASE PAYMENTS, GF | Note below, for each fiscal year :—— | CURRENT Yr |
| 0 - | LEASE PAYMENTS, REIMB | MONTHS REQUIRED? (0.1-12) ?: | |
| 20 - | SPEC'L LEGISLATION Funding | STANDARD OFFICE EQUIP ? ("A"=AUTO) : | —— |
| | | Type "R" to REVERSE paean ESTB'D before 2001: | |
| | | REFERENCE NAME/PHONE ?: | Kostiew 859-07 |

05CST01d                                                03/17/2005

| PCA | RU | FSCL ADJ YR | WHY | FND | CLAS_TITLE | CODE | TOTAL BENEFITS | GENERAL EXPENSE | PRNTG | COMM | POSTG | INSUR | TRVL -IN | TRVL -OUT | TRNG | FAC OPS | UTIL | C&PS-INT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21000 | 201 | | B | 800 | 1 | TEMP HELP - SECURITY | 9999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22010 | 211 | | B | 800 | 1 | TEMP HELP - FEEDING | 9999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 52050 | 220 | | B | 800 | 1 | TEMP HELP - PSYCH | 9999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22050 | 216 | | B | 800 | 1 | TEMP HELP - FACILITIES OPS | 9999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 22100 | 229 | | B | 800 | 1 | TEMP HELP - RELIGION | 9999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 24030 | 261 | | B | 800 | 1 | TEMP HELP - ADMIN | 9999 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| 21000 | 201 | | B | 800 | 1 | OVERTIME - SECURITY | 9998 | | | | | | | | | | | | |
| 22010 | 211 | | B | 800 | 1 | OVERTIME - FEEDING | 9998 | | | | | | | | | | | | |
| 52030 | 213 | | B | 800 | 1 | OVERTIME - MEDICAL | 9998 | | | | | | | | | | | | |
| 52060 | 220 | | B | 800 | 1 | OVERTIME - PSYCH | 9998 | | | | | | | | | | | | |
| 22070 | 222 | | B | 800 | 1 | OVERTIME - COUNSELING | 9998 | | | | | | | | | | | | |
| 22080 | 223 | | B | 800 | 1 | OVERTIME - RECORDS | 9998 | | | | | | | | | | | | |
| 63100 | 231 | | B | 800 | 1 | OVERTIME - EDUCATION | 9998 | | | | | | | | | | | | |
| 24030 | 261 | | B | 800 | 1 | OVERTIME - ADMIN | 9998 | | | | | | | | | | | | |
| 52060 | 220 | | B | 800 | 1 | Ofc Techn -Typing | 1139 | 700,308 | 11,706 | 794 | 50 | 0 | 0 | 9,970 | 0 | 4,355 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Ofc Services Supvr II -Gen | 1150 | 85,838 | 1,345 | 91 | 6 | 0 | 0 | 1,146 | 0 | 502 | 0 | 0 | 0 |
| 52030 | 213 | | B | 800 | 1 | Medical Transcriber | 1177 | 222,819 | 3,823 | 259 | 16 | 0 | 0 | 3,256 | 0 | 1,426 | 0 | 0 | 0 |
| 52030 | 213 | | B | 800 | 1 | Office Asst -Typing | 1379 | 257,299 | 4,744 | 322 | 20 | 0 | 0 | 4,040 | 0 | 1,769 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychiatric Tech (Safety) | 8252 | 473,842 | 6,962 | 472 | 30 | 0 | 0 | 5,930 | 0 | 2,596 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Psychiatric Techn (Safety) | 8253 | 2,090,918 | 32,753 | 2,275 | 142 | 0 | 0 | 28,582 | 0 | 12,514 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Psychiatric Techn (Safety) | 8253 | 7,423 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychiatrist, CF -Spec | 9270 | 106,953 | 684 | 46 | 3 | 0 | 0 | 583 | 0 | 255 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Sr Psychiatrist, CF -Spec | 9270 | 17,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Staff Psychiatrist,CF | 9272 | 457,380 | 2,997 | 203 | 13 | 0 | 0 | 2,553 | 0 | 1,116 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Staff Psychiatrist | 9272 | 78,817 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52030 | 213 | | B | 800 | 1 | Registered Nurse,CF | 9275 | 540,163 | 5,947 | 403 | 25 | 0 | 0 | 5,085 | 0 | 2,218 | 0 | 0 | 0 |
| 52030 | 213 | | B | 800 | 1 | R&R, Registered Nurse | 9276 | 13,441 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52030 | 213 | | B | 800 | 1 | One Month EEC, Registered Nurse | 9275 | 566 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52030 | 213 | | B | 800 | 1 | Six Month EEC, Registered Nurse | 9275 | 566 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Psychologist - Clinical, CF | 9283 | 2,230,602 | 24,851 | 1,685 | 105 | 0 | 0 | 21,165 | 0 | 9,266 | 0 | 0 | 0 |
| 63100 | 231 | | B | 800 | 1 | Recr Therapist | 9286 | 498,364 | 16,788 | 5,298 | 5,544 | 2,556 | 801 | 5,883 | 0 | 2,741 | 0 | 0 | 1,532 |
| 63100 | 231 | | B | 800 | 1 | R&R, Recr Therapist | 9286 | 17,261 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychologist, CF -Spec | 9287 | 86,657 | 897 | 61 | 4 | 0 | 0 | 704 | 0 | 334 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychologist, CF -Suprvr | 9288 | 120,458 | 1,180 | 80 | 5 | 0 | 0 | 1,005 | 0 | 440 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Sr Psychologist, CF -Suprvr | 9288 | 8,480 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Supvng Psychiatric Soc Worker I, CF | 9291 | 135,820 | 1,794 | 122 | 8 | 0 | 0 | 1,526 | 0 | 689 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Supvng Psychiatric Soc Worker I, CF | 9291 | 12,800 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Psychiatric Soc Worker, CF | 9282 | 599,820 | 6,567 | 581 | 38 | 0 | 0 | 7,296 | 0 | 3,194 | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | R&R, Psychiatric Soc Worker, CF | 9282 | 51,122 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21000 | 201 | | B | 800 | 1 | Corr Sgt | 9559 | 127,761 | 3,050 | 680 | 900 | 415 | 130 | 965 | 0 | 8,145 | 0 | 0 | 285 |
| 21000 | 201 | | B | 800 | 1 | Corr Officer | 9662 | 220,295 | 6,283 | 1,772 | 1,854 | 855 | 268 | 1,967 | 0 | 917 | 0 | 0 | 546 |
| 22070 | 222 | | B | 800 | 1 | Corr Counselor I | 9904 | 548,178 | 12,932 | 3,646 | 3,818 | 1,760 | 551 | 4,049 | 0 | 1,887 | 0 | 0 | 1,124 |

RECLASSING PSYC TECHS TO SR PSYCH TECHS

| PCA | RU | FSCL ADJ YR | WHY | FND | CLAS_TITLE | CODE | TOTAL BENEFITS | GENERAL EXPENSE | PRNTG | COMM | POSTG | INSUR | TRVL -IN | TRVL -OUT | TRNG | FAC OPS | UTIL | C&PS-INT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52060 | 220 | | B | 800 | 1 | Psychiatric Techn (Safety) | 8253 | (455,828) | (7,315) | (495) | (31) | 0 | 0 | (6,231) | 0 | (2,728) | 0 | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychiatric Tech (Safety) | 8252 | 473,842 | 6,962 | 472 | 30 | 0 | 0 | 5,930 | 0 | 2,596 | 0 | 0 | 0 |

ONE-TIME COSTS

| PCA | RU | FSCL ADJ YR | WHY | FND | CLAS_TITLE | CODE | TOTAL BENEFITS | GENERAL EXPENSE | PRNTG | COMM | POSTG | INSUR | TRVL -IN | TRVL -OUT | TRNG | FAC OPS | UTIL | C&PS-INT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52030 | 213 | 2 | B | 800 | 1 | Mental Health Assessment Test | | | | | | | | | | | | | |
| 52030 | 213 | 2 | B | 800 | 1 | IT Infrastructure for Assessment Tests | | | | | | | | | | | | | |
| 52050 | 220 | 2 | B | 800 | 1 | Treatment Cell | | | | | | | | | | 307,872 | | | |
| 52060 | 220 | 2 | B | 800 | 1 | Office Equipment/Communication Equipment | | | 309,600 | | 6,290 | | | | | | | | |
| 52060 | 220 | 2 | B | 800 | 1 | Vehicles (14 Golf Carts) | | | | | | | | | | | | | |
| 52060 | 220 | 2 | B | 800 | 1 | Televisions (28) | | | 13,972 | | | | | | | | | | |

| CODE | FUND |
|---|---|
| 1 - | GENERAL |
| 2 - | BOND |
| 3 - | REIMB |
| 4 - | IWF |
| 5 - | LOCAL ASSISTANCE |
| 6 - | FEDERAL |
| 7 - | ASSET FORFEITURE, SPC'L DER |
| 8 - | PETROLEUM VIOLATION ESCRO |
| 9 - | LEASE PAYMENTS, GF |
| 0 - | LEASE PAYMENTS, REIMB |
| 20 - | SPEC'L LEGISLATION Funding |

| | |
|---|---|
| BUDGET YEAR starting 7/1/...?: | 2005 |
| FILE ?: | 5B4460CM |
| ORGANIZATION CODE ?: | 4460 |
| FISCAL PROCESS CODE ?: | 7 |
| [Abbrv to 16 Chrs] PURPOSE ?: | MHSDS Colem |
| NEW BEDS_ Number of INMATES ?: | Design: |
| EFFECTIVE DATES - START ?: | Jul-05 |
| WHAT'S DRIVING Code ?: | 800 |
| Note below, for each fiscal year:—— | CURRENT Yr |
| MONTHS REQUIRED? (0.1-12) ?: | |
| STANDARD OFFICE EQUIP ? ("A"=AUTO): | —— |
| Type "R" to REVERSE posn ESTB'D before 2001: | |
| REFERENCE NAME/PHONE ?: | Kostew 650-57 |

05CST01d   03/17/2005

| PCA | RU | FSCL ADJ YR WHY FND | CLAS_TITLE | CODE | TOTAL BENEFITS | GENERAL EXPENSE | PRNTG | COMM | POSTG | INSUR | TRVL -IN | TRVL -OUT | TRNG | FAC OPS | UTIL | CAPS-INT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52060 | 220 | 2  B  800  1 | Group Therapy materials | | | | | | | | | | | | | |
| 52060 | 220 | 2  B  800  1 | Printing forms | | | | | 50,000 | | | | | | | | |
| 52060 | 220 | 2  B  800  1 | Workload Case study | | | | | | | | | | | | | |
| | | | ON-GOING COSTS | | | | | | | | | | | | | |
| 52060 | 220 | B  800  1 | Mental Health Assessment Tests | | | | | | | | | | | | | |
| | Unk | B  800  1 | OTHER: (specify & add ADJUSTMENT CODE, if needed, e.g.,one-times="2") | | | | | | | | | | | | | |
| | Unk | B  800  1 | OTHER: (specify & add ADJUSTMENT CODE, if needed, e.g.,one-times="2") | | | | | | | | | | | | | |
| | | | TOTAL COST | | 9,737,493 | 472,521 | 68,946 | 18,868 | 5,586 | 1,750 | 105,436 | 0 | 54,224 | 307,872 | 0 | 3,587 |

| CODE | FUND | | | |
|------|------|--|--|--|
| 1 - | GENERAL | | **BUDGET YEAR starting 7/1/....?:** | 2005 |
| 2 - | BOND | | **FILE ?:** | 5B4460QM |
| 3 - | REIMB | | **ORGANIZATION CODE ?:** | 4460 |
| 4 - | IWF | | **FISCAL PROCESS CODE ?:** | 1 |
| 5 - | LOCAL ASSISTANCE | | (Abbrv to 16 Chrs) **PURPOSE ?:** MHSDS Colem | |
| 6 - | FEDERAL | | **NEW BEO3_ Number of INMATES ?:** | Design: |
| 7 - | ASSET FORFEITURE, SPC'L DEF | | **EFFECTIVE DATES - START ?:** | Jul-05 |
| 8 - | PETROLEUM VIOLATION ESCRC | | **WHAT'S DRIVING Code ?:** | 800 |
| 9 - | LEASE PAYMENTS, GF | | Note below, for each fiscal year:—— | CURRENT Yr |
| 0 - | LEASE PAYMENTS, REIMB | | **MONTHS REQUIRED? [0,1-12] ?:** | |
| 20 - | SPEC'L LEGISLATION Funding | | **STANDARD OFFICE EQUIP ? ("A"=AUTO) :** | — |
| | | | Type "R" to REVERSE posn ESTB'D before 2005: | |
| | | | **REFERENCE NAME/PHONE ?:** Kostiew 650-67 | |

05CST01d          03/17/2005

| | | | FSCL | | | | | | CONSOL | DATA | | OTHER | |
|-----|-----|-----|-----|-----|------------|-----------|------|--------|----------|------|-------|-------|-------|
| PCA | RU | ADJ YR | WHY | FND | CLAS_TITLE | | CODE | C&PS_EXT | DATA CTR | PROC | EQUIP | ITEMS | TOTAL |
| 21000 | 201 | | B | 800 | 1 | TEMP HELP - SECURITY | 9999 | | | | | 0 | 0 |
| 22010 | 211 | | B | 800 | 1 | TEMP HELP - FEEDING | 9999 | | | | | 0 | 0 |
| 52060 | 220 | | B | 800 | 1 | TEMP HELP - PSYCH | 9999 | | | | | 0 | 0 |
| 22050 | 216 | | B | 800 | 1 | TEMP HELP - FACILITIES OPS | 9999 | | | | | 0 | 0 |
| 22100 | 229 | | B | 800 | 1 | TEMP HELP - RELIGION | 9999 | | | | | 0 | 0 |
| 24030 | 281 | | B | 800 | 1 | TEMP HELP - ADMIN | 9999 | | | | | 0 | 0 |
| 21000 | 201 | | B | 800 | 1 | OVERTIME - SECURITY | 9998 | | | | | | 0 |
| 22010 | 211 | | B | 800 | 1 | OVERTIME - FEEDING | 9998 | | | | | | 0 |
| 52030 | 213 | | B | 800 | 1 | OVERTIME - MEDICAL | 9998 | | | | | | 0 |
| 52080 | 220 | | B | 800 | 1 | OVERTIME - PSYCH | 9998 | | | | | | 0 |
| 22070 | 222 | | B | 800 | 1 | OVERTIME - COUNSELING | 9998 | | | | | | 0 |
| 22050 | 223 | | B | 800 | 1 | OVERTIME - RECORDS | 8888 | | | | | | 0 |
| 63100 | 231 | | B | 800 | 1 | OVERTIME - EDUCATION | 9998 | | | | | | 0 |
| 24030 | 281 | | B | 800 | 1 | OVERTIME - ADMIN | 6998 | | | | | | 0 |
| 52080 | 220 | | B | 800 | 1 | Ofc Techn -Typing | 1138 | 0 | 0 | 0 | 225,833 | 0 | 2,607,348 |
| 52060 | 220 | | B | 800 | 1 | Ofc Services Suprvr II -Gen | 1150 | 0 | 0 | 0 | 27,041 | 0 | 325,086 |
| 52030 | 213 | | B | 800 | 1 | Medical Transcriber | 1177 | 0 | 0 | 0 | 73,547 | 0 | 824,530 |
| 52030 | 213 | | B | 800 | 1 | Office Aset -Typing | 1379 | 0 | 0 | 0 | 91,718 | 0 | 936,439 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychiatric Tech (Safety) | 6262 | 0 | 0 | 0 | 31,276 | 0 | 1,790,091 |
| 52080 | 220 | | B | 800 | 1 | Psychiatric Techn (Safety) | 8253 | 0 | 0 | 0 | 0 | 0 | 7,593,536 |
| 52060 | 220 | | B | 800 | 1 | R&R, Psychiatric Techn (Safety) | 8253 | 0 | 0 | 0 | 0 | 0 | 519,343 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychiatrist, CF -Spec | 9270 | 0 | 0 | 0 | 15,382 | 0 | 478,873 |
| 52060 | 220 | | B | 800 | 1 | R&R, Sr Psychiatrist, CF -Spec | 9270 | 0 | 0 | 0 | 0 | 0 | 98,600 |
| 52060 | 220 | | B | 800 | 1 | Staff Psychiatrist,CF | 9272 | 0 | 0 | 0 | 68,615 | 0 | 2,038,233 |
| 52060 | 220 | | B | 800 | 1 | R&R, Staff Psychiatrist | 9272 | 0 | 0 | 0 | 0 | 0 | 432,377 |
| 52030 | 213 | | B | 800 | 1 | Registered Nurse,CF | 9275 | 0 | 0 | 0 | 5,722 | 6,300 | 2,177,953 |
| 52030 | 213 | | B | 800 | 1 | R&R, Registered Nurse | 9275 | 0 | 0 | 0 | 0 | 0 | 73,921 |
| 52030 | 213 | | B | 800 | 1 | One Month EEC, Registered Nurse | 9275 | 0 | 0 | 0 | 0 | 0 | 39,566 |
| 52030 | 213 | | B | 800 | 1 | Six Month EEC, Registered Nurse | 9275 | 0 | 0 | 0 | 0 | 0 | 39,566 |
| 52060 | 220 | | B | 800 | 1 | Psychologist - Clinical, CF | 9283 | 0 | 0 | 0 | 567,351 | 0 | 9,424,512 |
| 63100 | 231 | | B | 800 | 1 | Recr Therapist | 9266 | 0 | 0 | 0 | 32,688 | 8,710 | 1,779,846 |
| 63100 | 231 | | B | 800 | 1 | R&R, Recr Therapist | 9268 | 0 | 0 | 0 | 0 | 0 | 95,041 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychologist, CF -Spec | 9287 | 0 | 0 | 0 | 20,482 | 0 | 369,556 |
| 52060 | 220 | | B | 800 | 1 | Sr Psychologist, CF -Suprvr | 9288 | 0 | 0 | 0 | 27,139 | 0 | 517,296 |
| 52060 | 220 | | B | 800 | 1 | R&R, Sr Psychologist, CF -Suprvr | 9288 | 0 | 0 | 0 | 0 | 0 | 46,540 |
| 52060 | 220 | | B | 800 | 1 | Supvng Psychiatric Soc Worker I, CF | 9291 | 0 | 0 | 0 | 40,964 | 0 | 559,750 |
| 52060 | 220 | | B | 800 | 1 | R&R, Supvng Psychiatric Soc Worker I, CF | 9291 | 0 | 0 | 0 | 0 | 0 | 70,400 |
| 52060 | 220 | | B | 800 | 1 | Psychiatric Soc Worker, CF | 9292 | 0 | 0 | 0 | 172,160 | 0 | 2,415,994 |
| 52060 | 220 | | B | 800 | 1 | R&R, Psychiatric Soc Worker, CF | 9282 | 0 | 0 | 0 | 0 | 0 | 336,162 |
| 21000 | 201 | | B | 800 | 1 | Corr Sgt | 9659 | 0 | 0 | 0 | 8,389 | 3,870 | 489,925 |
| 21000 | 201 | | B | 800 | 1 | Corr Officer | 9662 | 0 | 0 | 0 | 13,161 | 8,312 | 806,992 |
| 22070 | 222 | | B | 800 | 1 | Corr Counselor I | 9904 | 0 | 0 | 0 | 22,498 | 8,042 | 2,043,802 |
| | | | | | | RECLASSING PSYC TECHS TO SR PSYCH TECHS | | | | | | | |
| 52060 | 220 | | B | 800 | 1 | Psychiatric Techn (Safety) | 8253 | 0 | 0 | 0 | 0 | 0 | (1,655,588) |
| 52060 | 220 | | B | 800 | 1 | Sr Psychiatric Tech (Safety) | 6252 | 0 | 0 | 0 | 31,276 | 0 | 1,790,091 |
| | | | | | | ONE-TIME COSTS | | | | | | | |
| 52030 | 213 | 2 | B | 800 | 1 | Mental Health Assessment Test | | 443,967 | | | | | 443,967 |
| 52030 | 213 | 2 | B | 800 | 1 | IT infrastucture for Assessment Tests | | | | 718,894 | | | 718,894 |
| 52060 | 220 | 2 | B | 800 | 1 | Treatment Cell | | | | | | | 307,872 |
| 52080 | 220 | 2 | B | 800 | 1 | Office Equipment/Communication Equipment | | | | | 252,000 | | 567,890 |
| 52060 | 220 | 2 | B | 800 | 1 | Vehicles (14 Golf Carts) | | | | | 147,000 | | 147,000 |
| 52060 | 220 | 2 | B | 800 | 1 | Televisions (28) | | | | | | | 13,972 |

╬╬╬╬╬╬ ╬╬╬╬╬ ╬╬. ...╬ ╬╬╬╬: ╬╬╬╬╬╬ ╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬╬  ╬╬╬╬╬╬╬╬╬╬  ╬╬╬╬╬╬╬╬╬╬: ╬╬╬╬╬╬╬╬╬: ╬╬╬╬╬╬╬: ╬╬╬╬╬╬╬╬╬╬╬╬╬  ╬╬╬╬╬╬╬╬╬╬╬  ╬╬╬╬╬╬╬╬╬╬╬╬╬

| CODE | FUND | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 - | GENERAL | | **BUDGET YEAR starting 7/1/....?:** | 2005 | | | |
| 2 - | BOND | | FILE ?: | 5B4460CM | | | |
| 3 - | REIMB | | ORGANIZATION CODE ?: | 4460 | | | |
| 4 - | IWF | | FISCAL PROCESS CODE ?: | 7 | | | |
| 5 - | LOCAL ASSISTANCE | | (Abbrv to 16 Chrs) PURPOSE ?: MHSDS Colem | | | | |
| 6 - | FEDERAL | | NEW BEDS_ Number of INMATES ?: | Design: | | | |
| 7 - | ASSET FORFEITURE, SPC'L DEP | | EFFECTIVE DATES - START ?: | Jul-05 | | | |
| 8 - | PETROLEUM VIOLATION ESCRO | | WHAT'S DRIVING Code ?: | 800 | | | |
| 9 - | LEASE PAYMENTS, GF | | Note below, for each fiscal year :——— | CURRENT Yr | | | |
| 0 - | LEASE PAYMENTS, REIMB | | MONTHS REQUIRED? (0.1-12) ?: | | | | |
| 20 - | SPEC'L LEGISLATION Funding | | STANDARD OFFICE EQUIP ? ("A"=AUTO) : | —— | | | |
| | | | Type "R" to REVERSE posn ESTB'D before 2001: | | | | |
| | | | REFERENCE NAME/PHONE ?: Kosliew 650-57 | | | | |

| | | | | | 05CST01d | | | 03/17/2005 | | | | |
| PCA | RU | FSCL ADJ YR WHY | FND | CLAS_TITLE | CODE | C&PS_EXT | CONSOL DATA CTR | DATA PROC | EQUIP | OTHER ITEMS | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52060 | 220 | 2 B 800 | 1 | Group Therapy materials | | | | | | 56,000 | 56,000 |
| 52060 | 220 | 2 B 800 | 1 | Printing forms | | | | | | 50,000 | 50,000 |
| 52060 | 220 | 2 B 800 | 1 | Workload Case study | | 500,000 | | | | | 500,000 |
| | | | | ON-GOING COSTS | | | | | | | |
| 52060 | 220 | B 800 | 1 | Mental Health Assessment Tests | | 402,500 | | | | | 402,500 |
| | Unk | B 800 | 1. | OTHER: (specify & add ADJUSTMENT CODE, if needed. e.g.,one-times="2") | | | | | | | 0 |
| | Unk | B 800 | 1 | OTHER: (specify & add ADJUSTMENT CODE, if needed. e.g.,one-times="2") | | | | | | | 0 |
| | | | | TOTAL COST | | 1,345,467 | 0 | 716,694 | 1,872,222 | 89,302 | 42,269,500 |

0102
1

460CM.123 04/01/2005 07:39:44 PM

Page 9 of 8

# ISSUE PROOF LISTING
*(Dollars in thousands)*

| 5240 | Department Corrections |
| --- | --- |

| Issue Number | Issue Title | | | | | Ref # | Fund | Analyst |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 195 | Coleman Guidelines for the Mental Health Services Delivery System | | | | | | | Daphne Huang |
| Sort Order | | | | | | Base $: | GF | OF |

## Codes

| Point in Time | Prob/Sol | Policy Category | Prior Yr Adj | In Budget | Policy/Tech | Trailer Bill | Prop 98 | CH | Decision Status |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| MR | A | BCPs | No | No | P | N | N | SO | Approved |
| Program | | Agency | | | Reportable | Mainframe | Independent/Merge | | Decision Level |
| Public Safety | | Corrections and Rehabilitation | | | Yes | Yes | Independent | | Capitol Office |
| Origin | | Field 1 | Field 2 | | Field 3 | | Field 4 | | Lists |
| Department | | | | | | | | | |

## Fiscal Detail

| Fiscal Year | Initial | | | | Recommended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PYs | General Fund | Other Funds | GFOne Time | PYs | General Fund | Other Funds | GFOne Time |
| 2004-05 | 0.0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |
| 2004-05 | 0.0 | | | | 0.0 | | | |
| 2005-06 | 527.5 | 45,988 | 0 | 2,755 | 49.5 | 4,115 | 0 | 167 |
| 2005-06 | 0.0 | | 0 | 0 | 0.0 | | | 0 |
| 2006-07 | 527.5 | 39,514 | 0 | 0 | 49.5 | 3,948 | 0 | 0 |
| 2006-07 | 0.0 | | 0 | 0 | 0.0 | | | |

*Shaded figures are non-add.*

## Comments

01022

## *Unit Review*

PROPOSAL: The California Department of Corrections (CDC) requests 547.5 permanent positions (527.5 PYs) and $42.3 million General Fund to implement the Coleman Guidelines to the Mental Health Services Delivery System (MHSDS), effective July 1, 2005.

ANALYSIS:

The court case Coleman v. Schwarzenegger et. al. was filed contending that the CDC was violating Eighth and Fourteenth Amendments of the United States Constitution by providing inadequate mental health care to inmates throughout the state's correctional system. In 1997, the MHSDS was established and created preliminary inmate mental health program guidelines. As the MHSDS continued to provide mental health treatment to the inmates, it was found that these guidelines need to be adjusted as the program encompasses continuing litigation. The 1997 MHSDS Program Guide have been reviewed and revised over the past seven years through ongoing negotiation between all parties involved in the Coleman court case. CDC field experts and court appointed experts have worked to agree upon the new set of policies and procedures contained in the revised MHSDS Program Guides. The revised MHSDS Program Guides will be incorporated as Volume 12, of the IMSP Policies and Procedures. According to the CDC, the new MHSDS Program Guides also address the issues raised in the Clark and Armstrong by including requirements for language translation and effective communication during clinical contacts.

According to CDC, the justification for their staffing and resources needs are based on a methodology called Resources Analysis. It is a statewide study based on a survey that CDC conducted to estimate the additional workload that may be required. We have not been able to validate this methodology yet.

In summary, to implement the revised Guidelines, CDC requests the following resources in this proposal:
- 526.0 permanent field positions, 21.2 limited term field positions, and 13.0 permanent central office staff in FY 2005-06
- 296.1 permanent field positions in FY 2006-07
- One time $728,826 for various equipment
- One time $56,000 for group therapy materials and equipment
- One time $307,872 for inmate treatment cells
- One time $500,000 for workload study and treatment space survey contracts
- One time $718,694 for information technology infrastructure
- One time $443,967 and ongoing $402,500 for Millon Clinical Multiaxial Inventory – III (MCMI-III) diagnostic testing system
- Ongoing $50,000 for printing and forms

In review of this proposal and the latest development of the Coleman issues, we raise the following concerns:

- In response to the court order following the 14th Special Master's Report, it is important to establish sufficient staff at California State Prison/Corcoran (COR) to provide the mental health services required in the revised program guides for MHSDS caseload inmates in the administrative segregation unit (ASU) and the Security Housing Unit (SHU). The CDC states strongly that this field implementation would not be successful without support and oversight with additional 13.0 positions added at headquarter to ensure Coleman compliance, program guide implementation, suicide prevention, as well as the programmatic and clerical support needed.

- In response to the court order following the 14th Special Master's Report requiring a meaningful schedule of pay differential plan in several specific facilities, the CDC has submitted such plan to the court on April 2005. The court specifically requires the funding of this plan to be included in 2005-06 Budget through Mar process. However, this urgent need has not been addressed in this or any other proposal submitted by the CDC yet. The court order specifically named the following facilities to be included in this Recruitment and Retention Plan (R&R) - High Desert State Prison, Salinas Valley State Prison, Valley State Prison for Women, COR, Correctional Training Facility, Central California Women's Facility, California Substance Abuse Treatment Facility, and Delano II. Although not specifically, the court also require the plan to be implemented in the facilities that are likely to be impacted due to their proximity to the named facilities. The CDC's R&R plan include Phase I and Phase II of the implementation on all facilities impacted by this court order, specifically and non-specifically. Phase I includes all facilities specifically named in the court order. North Kern State Prison and California Correctional Center are also included in the Phase I due to their extreme proximity to the facilities named in the court order. Phase II of this R&R plan includes several other facilities that will be likely to be impacted due to their geographical locations. Implementation of the Phase I will result in an annual total cost of $2.9 million, with 190.32 positions affected. Implementation of Phase II will result in annual total cost of $844,500, with 78.5 positions affected.

- According to our Office of Technology, Review, Oversight & Security (OTROS), there has not been a Feasibility Study Report (FSR) conducted or submitted for the information technology infrastructure and the MCMI-III system components in this proposal. The OTROS has not been able to recommend approval of this portion yet until more information is available to evaluate them.

- The Resources Analysis methodology used in this proposal seems to be subjective and lack of a tool to test and validate its accuracy.

RECOMMENDATION: We recommend partial approval of this proposal to address the urgent issues arise from the recent Coleman court order, in the amount of $7,395,000 General Fund as follows:

- Approve funding for Phase I of CDC's R&R Plan, of General Fund $2,874,000, which affects 190.32 PYs currently

authorized.

- Defer Phase II ($844,500 and affect 78.5 PYs authorized) of the R&R Plan to Fall 2005.
- Approve the implementation of revised MHSDS Guidelines in the COR's ASU and SHU, with General Fund funding of $4,521,000 and 55.7 positions. This is exclusively for the field implementation without additional resources for the headquarter. To add resources needed for the additional 13.0 headquarter positions, additional funding of $1,343,000 General Fund will be needed.

The implementation of the revised Guidelines in the remaining correctional facilities is open for policy consideration. We note that to the extent that this is not funded and CDC does not implement these guidelines, we anticipate a court order requiring implementation early in fiscal year 2005-06. If the Administration determines that providing funding for CDC's statewide implementation of Coleman Guidelines is a priority, we would recommend the Administration to adopt a two-year rollout plan as follows:

- In FY 2005-06:  Approve a total of $25,563,000 General Fund.
    - Phase in 256.65 permanent field positions, 13.0 permanent headquarter positions, and 21.1 limited term field positions for a total of 290.85 positions. Total staffing related costs is approx. $22.8 million.
    - Approve one-time funding totaling $728,862 for various equipments.
    - Approve one-time funding totaling $56,000 for group therapy materials and equipment.
    - Approve one-time funding of $307,872 for Inmate treatment cells.
    - Approve one-time funding totaling $500,000 for workload study and treatment space survey contracts.
    - Approve one-time funding of $718,694 for information technology infrastructure with budget control language to prevent CDC from any expenditure of this requested fund until an FSR is approved by Finance
    - Approve one-time funding of $443,967 and ongoing funding of $402,500 for MCMI-III with budget control language to prevent CDC from any expenditure of this requested fund until an FSR is approved by Finance.
    - Approve ongoing $50,000 for printing and forms

- In FY 2006-07:
    - Phase in additional 261.0 field positions.

    The CDC will allocate resources in FY 2007-08 as indicated by the result of the workload study and treatment space survey conducted by the contractors, if additional resources are suggested in the results of the study and survey, the CDC plans to request more funding accordingly.

## *PBM/Capitol Office Review*

The California Department of Corrections (CDC) requests $42.3 million and 547.5 permanent positions (527.5 PYs) to implement the revised Mental Health Services Delivery System (MHSDS) Program Guidelines (Guidelines) at all state prisons, effective July 1, 2005.

The 1997 MHSDS Program Guidelines have been reviewed by CDC field experts and court-appointed experts over the past seven years at the direction of the Special Master for the *Coleman* lawsuit. It is our understanding that these experts have finalized their work and are preparing to submit the revised Guidelines to the court within the next several months.

A *Coleman* court order issued on March 7, 2005, specifically requires CDC to establish sufficient staff to implement the revised Guidelines for inmates in the Administrative Segregation Unit (ASU) and the Security Housing Unit (SHU) at California State Prison (CSP) Corcoran. Of the amount included in this request, $4.5 million and 55.7 positions is associated with meeting this requirement.

We note that CDC has also indicated that in order to implement the court requirement at CSP Corcoran, they would also need the 13.0 headquarter positions requested. This does not appear reasonable since this is the same number of positions that they have requested to implement the Guidelines system-wide.

CDC indicates that in order to implement the revised Guidelines system-wide they would need the following resources:

- 526.0 permanent field positions, 21.2 limited-term field positions, and 13.0 permanent central office staff in FY 2005-06
- 296.1 permanent field positions in FY 2006-07
- A total of $2,755,359 General Fund to fund several one-time equipment purchases and contracts
- A total of $452,500 ongoing General Fund to maintain certain IT system and printing costs.

We note the following concerns about this proposal:

- CDC did not involve the Department of Finance in its plan or timing of submittal of the revised Guidelines to the court. Additionally, it is not clear if the Governor's legal staff have approved or reviewed these changes.

- According to our Office of Technology, Review, Oversight & Security (OTROS), there has not been a Feasibility Study Report (FSR) conducted or submitted for the information technology infrastructure and the MCMI-III system components in this proposal.

- The request for staffing and resources is based on a resources analysis survey completed by CDC institutions. We have not been able to fully analyze and validate the appropriateness of this methodology, however we have concerns that it may overstate the need.

01024

overstate the need.

**RECOMMENDATION:**

We recommend approval of $4,521,000 General Fund and 55.7 positions to address the March 7, 2005 *Coleman* court order that required implementation of the Guidlines in the ASU and SHU at CSP Corcoran. We recommend that the rest of this proposal be deferred until Fall and that CDC prioritize the implementation of the Guidelines in ASU and SHU in the remaining correctional facilities before implementing the Guidelines in the general population. Additionally, we note that it is possible that a court order will be issued requiring implementation of the Guidelines during 2005-06.

*Governor's Review*

*Public Comments*

| Number of PSN | Classification | General Expense | Printing | Commun- ications | Travel | Training | *Equipment | Other Items | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 12.9 | Psych Techs | 3,005 | 206 | 13 | 2,593 | 1,135 | | | 6,952 |
| 1.0 | Med Transcriber | 236 | 16 | 1 | 201 | 88 | 4,326 | | 4,868 |
| 0.8 | OA | 189 | 13 | 1 | 161 | 70 | 3,461 | | 3,895 |
| 1.2 | OT | 260 | 18 | 1 | 221 | 97 | 5,192 | | 5,789 |
| 0.5 | OSSI | 118 | 8 | 1 | 101 | 44 | 2,253 | | 2,525 |
| 4.4 | Psyc Soc Wkr | 991 | 67 | 4 | 844 | 370 | 19,830 | | 22,106 |
| 5.3 | Staff Psychiatrist | 1,180 | 80 | 5 | 1,005 | 440 | 27,139 | | 29,849 |
| 12.2 | Psychologist | 2,738 | 186 | 12 | 2,332 | 1,021 | 62,470 | | 68,759 |
| 4.1 | Rec Therapist | 920 | 62 | 4 | 784 | 343 | 4,136 | | 6,249 |
| 3.1 | Reg Nurse | 732 | 50 | 3 | 623 | 273 | 704 | 775 | 3,160 |
| 1.8 | Sup Psych Soc Wkr | 401 | 27 | 2 | 342 | 150 | 9,217 | | 10,139 |
| 4.0 | Sr Psych Tech | 897 | 61 | 4 | 764 | 334 | 4,036 | | 6,096 |
| 51.3 | | $11,667 | $794 | $51 | $9,971 | $4,365 | $142,764 | $775 | $170,387 |

* Equipement for newly established postions are a one time cost.

California Department of Corrections
Health Care Services Division
Mental Health Program Guide Finance Letter Fiscal Year 2005/06

| Staffing Request Summary | 2005/06 Staffing | 2006/07 Staffing | 2007/08 Staffing |
|---|---|---|---|
| **CCCMS GP** | | | |
| Psychiatric Technician | 10.4 | 10.4 | |
| Recreation Therapists | 8.2 | 8.2 | |
| | | | |
| **GP EOP** | | | |
| Psychiatric Technician | 6.1 | 6.1 | |
| | | | |
| **AdSeg EOP (Stand Alone)** | | | |
| Psychiatric Social Worker | 2.5 | 2.5 | |
| | | | |
| **AdSeg CCCMS** | | | |
| Psychologist | 12.9 | 12.9 | |
| Psychiatric Social Worker | 6.5 | 6.5 | |
| Staff Psychiatrist | | | 15.5 |
| Psychiatric Technician | 12.5 | 12.5 | |
| Recreational Therapist | | | 32.9 |
| Correctional Officer for ASU & SHU (Individual Therapy) | 6.4 | 6.4 | |
| Correctional Officer for ASU & SHU (Group Therapy) | 5.2 | 5.2 | 11.8 |
| Correctional Counselor I | 4.9 | 4.9 | |
| | | | |
| **Security Housing Unit (SHU)** | | | |
| Psychologist | 3.5 | 3.5 | |
| Psychiatric Social Worker | 2.0 | 2.0 | |
| Staff Psychiatrist | 2.8 | 2.8 | |
| Psychiatric Technician | 2.5 | 2.5 | |
| | | | |
| **Group Therapy SHU** | | | |
| Psychiatric Technician | 1.2 | 1.2 | |
| Recreation Therapist | 2.3 | 2.3 | |
| | | | |
| **AdSeg EOP Hubs** | | | |
| Registered Nurse | 8.1 | 6.1 | |
| Recreational Therapist | 5.8 | 5.6 | |
| Staff Psychiatrist | 1.3 | 1.3 | |
| | | | |
| **Reception Center** | | | |
| Psychologist | 16.3 | 16.3 | |
| Psychiatric Social Worker | 8.2 | 8.2 | |
| Staff Psychiatrist | 1.2 | 1.2 | |
| Registered Nurse | 4.5 | 4.5 | |
| Correctional Counselor I | 4.6 | 4.6 | |
| | | | |
| **Mental Health Crisis Beds** | | | |
| Psychologist | 7.8 | 7.8 | |
| Staff Psychiatrist | 1.6 | 1.6 | |
| Correctional Counselor I | 1.8 | 1.8 | |
| Correctional Sergeant | 3.0 | 2.0 | 9.0 |
| | | | |
| **Rules Violation Report** | | | |
| Psychologist | 8.2 | 6.2 | |
| | | | |
| **Nursing** | | | |
| Registered Nurse | | | 57.4 |
| | | | |
| **Relief** | | | |
| Psychiatric Technicians | 38.5 | 38.5 | 76.9 |
| Psychologist | | | 58.2 |
| Psychiatric Social Worker | | | 21.1 |
| | | | |
| **OHU** | | | |
| Psychologist (OHU 7 day per week coverage) | 3.1 | | |
| | | | |
| **MDO/BPT/Z Cases/DRB Placements** | | | |
| Psychologist | 7.2 | 7.2 | |
| | | | |
| **Clerical** | | | |
| OT Clerical Needs | 10.6 | 10.6 | |
| Medical Transcriber | 8.5 | 8.5 | |
| OSS II | 3.0 | 3.0 | |
| Office Assistant - Limited Term (Medical Records) | 21.2 | | |
| | | | |
| **Institution Level Supervision** | | | |
| Sr. Psychologist, Supervisor | 2.7 | 2.7 | 5.3 |
| Sr. Psychiatric Social Worker | 4.0 | 4.0 | 8.0 |
| Psychiatric Technician | -16.0 | -15.0 | |
| Sr. Psychiatric Technician | 16.0 | 15.0 | |
| | | | |
| **Performance Evaluation and Court Compliance** | | | |
| HPS I | 14.0 | 14.0 | |
| OT | 14.0 | 14.0 | |
| | | | |
| **HCSD** | | | |
| Sr. Psychologist Specialist (Program Guide Implementation & Suicide Prevention) | 1.0 | | |
| Sr. Psychologist Specialist (Institution Oversight) | 3.0 | | |
| Health Program Specialist I (1 per region) | 3.0 | | |
| OT (1 per region) | 3.0 | | |
| Sr. Psychiatrist, Specialist | 3.0 | | |
| **Total Request** | 299.3 | 261.0 | 296.1 |

$23.5M   $20.5M   $23.3M

*Overall 3 yr*
*8564 Prs.*

43 million × 
―――
547.5

01027

California Department of Corrections
Health Care Services Division
Mental Health Program Guide Finance Letter Fiscal Year 2005/06

| Staffing Request Summary | 2005/06 Staffing | 2006/07 Staffing |
|---|---|---|
| **CCCMS GP** | | |
| Psychiatric Technician | 20.8 | |
| Recreation Therapists | 16.3 | |
| | | |
| **GP EOP** | | |
| Psychiatric Technician | 12.2 | |
| | | |
| **AdSeg EOP (Stand Alone)** | | |
| Psychiatric Social Worker | 5.0 | |
| | | |
| **AdSeg CCCMS** | | |
| Psychologist | 25.8 | |
| Psychiatric Social Worker | 12.9 | |
| Staff Psychiatrist | | 15.5 |
| Psychiatric Technician | 25.0 | |
| Recreational Therapist | | 32.9 |
| Correctional Officer for ASU & SHU (Individual Therapy) | 12.7 | |
| Correctional Officer for ASU & SHU (Group Therapy) | 10.3 | 11.8 |
| Correctional Counselor I | 9.7 | |
| | | |
| **Security Housing Unit (SHU)** | | |
| Psychologist | 7.0 | |
| Psychiatric Social Worker | 4.0 | |
| Staff Psychiatrist | 5.5 | |
| Psychiatric Technician | 4.9 | |
| | | |
| **Group Therapy SHU** | | |
| Psychiatric Technician | 2.4 | |
| Recreation Therapist | 4.6 | |
| | | |
| **AdSeg EOP Hubs** | | |
| Registered Nurse | 16.2 | |
| Recreational Therapist | 11.5 | |
| Staff Psychiatrist | 2.5 | |
| | | |
| **Reception Center** | | |
| Psychologist | 32.6 | |
| Psychiatric Social Worker | 16.3 | |
| Staff Psychiatrist | 2.3 | |
| Registered Nurse | 9.0 | |
| Correctional Counselor I | 9.1 | |
| | | |
| **Mental Health Crisis Beds** | | |
| Psychologist | 15.5 | |
| Staff Psychiatrist | 3.1 | |
| Correctional Counselor I | 3.5 | |
| Correctional Sergeant | 5.0 | 9.0 |
| | | |
| **Rules Violation Report** | | |
| Psychologist | 12.4 | |
| | | |
| **Nursing** | | |
| Registered Nurse | | 57.4 |
| | | |
| **Relief** | | |
| Psychiatric Technicians | 76.9 | 76.9 |
| Psychologist | | 58.2 |
| Psychiatric Social Worker | | 21.1 |
| | | |
| **OHU** | | |
| Psychologist (OHU 7 day per week coverage) | 3.1 | |
| | | |
| **MDO/BPT/Z Cases/DRB Placements** | | |
| Psychologist | 14.4 | |
| | | |
| **Clerical** | | |
| OT Clerical Needs | 21.2 | |
| Medical Transcriber | 17.0 | |
| OSS II | 6.0 | |
| Office Assistant - Limited Term (Medical Records) | 21.2 | |
| | | |
| **Institution Level Supervision** | | |
| Sr. Psychologist, Supervisor | 5.3 | 5.3 |
| Sr. Psychiatric Social Worker | 8.0 | 8.0 |
| Psychiatric Technician | -31.0 | |
| Sr. Psychiatric Technician | 31.0 | |
| | | |
| **Performance Evaluation and Court Compliance** | | |
| HPS I | 28.0 | |
| OT | 28.0 | |
| | | |
| **HCSD** | | |
| Sr. Psychologist Specialist (Program Guide Implementation & Suicide Prevention) | 1.0 | |
| Sr. Psychologist Specialist (Institution Oversight) | 3.0 | |
| Health Program Specialist I (1 per region) | 3.0 | |
| OT (1 per region) | 3.0 | |
| Sr. Psychiatrist, Specialist | 3.0 | |
| **Total Request** | **560.2** | **296.1** |



**California Department of Corrections**
**Health Care Services Division**
**Mental Health Program Guide Finance Letter FY 2005/06**

| One Time Cost Summary | | | |
|---|---|---|---|
| Item | Quantity | Unit Cost | Total Cost |
| Treatment Cell | 288 | $ 1,069 | $ 307,872 |
| Copier | 28 | $ 9,000 | $ 252,000 |
| Laptop | 159 | $ 1,400 | $ 222,600 |
| Shredder | 32 | $ 2,500 | $ 80,000 |
| Fax Machine | 28 | $ 250 | $ 7,000 |
| Dictation Equipment | 17 | $ 370 | $ 6,290 |
| Golf Cart | 14 | $ 10,500 | $ 147,000 |
| Television | 28 | $ 499 | $ 13,972 |
| Printing (Forms) | | | $ 50,000 |
| Group Therapy Materials | 28,000 | $ 2 | $ 56,000 |
| Grand Total | | | $ 1,142,734 |

| Cost Summary for the MCMI-II | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit Cost | Total Cost | Ongoing |
| MCMI-III 2005/06 One Time | | | $ 443,967 | |
| MCMI-III 2006/07 Ongoing | | | | $ 402,500 |
| Computers for RC (10 per RC) | 110 | $ 3,342 | $ 367,620 | |
| Printers for RC (1 per RC) | 11 | $ 150 | $ 1,650 | |
| Server for RC (1 per RC) | 11 | $ 25,000 | $ 275,000 | |
| Computer Table (10 per RC) | 110 | $ 236 | $ 25,960 | |
| Computer for EOP | 13 | $ 3,342 | $ 43,446 | |
| Computer Table for EOP | 13 | $ 236 | $ 3,068 | |
| Printer for EOP | 13 | $ 150 | $ 1,950 | |
| Grand Total | | | $ 1,162,661 | $ 402,500 |

| Workload and Salary Survey | | |
|---|---|---|
| Item | | Total Cost |
| Workload and Salary Survey | | $ 500,000 |

## 2000-01 BCP REVIEW

DATE:    May 18, 2006

ORG NUMBER:    5240    AGENDA         BCP    HCSD 1F
                       GROUP:          NUMBER/PRIORITY:
DEPT:    DEPARTMENT OF CORRECTIONS
BCP TITLE:    COLEMAN VS. WILSON; MENTAL HEALTH COURT ORDER

|  | CURRENT YEAR | | BUDGET YEAR | |
|  | (Dollars in Thousands) | | | |
|  | REQUEST | RECOMMEND | REQUEST | RECOMMEND |
|---|---|---|---|---|
| GENERAL FUND: | $21,636 | $8,790 | $28,386 | $16,940 |
| POSITION/PYS: | 349.6/262.5 | 239.0/119.5 | 349.6/331.9 | 239.0/239.0 |

**PROPOSAL:**   The Department of Corrections (CDC) requests $21.6 million and 349.6 positions (262.5 personnel years) for 1999-2000 and $28.4 million and 349.6 positions (331.9 personnel years) for 2000-01 to implement the provisions of a court order related to the lawsuit, *Coleman v. Wilson.*  On July 26, 1999 the court issued an order for CDC to implement 12 specified changes or additions to the mental health program.  This proposal requests resources to implement the court order.  A summary of the court order is located at the end of this document.

**ANALYSIS:**   CDC operates a comprehensive mental health program with varying degrees of services depending on the acuity of the inmates mental health problems.  For those inmates with the most severe mental health problems requiring inpatient care CDC contracts with the Department of Mental Health to provide staff in CMF as well as contracts for beds at the various state mental hospitals.  CDC also has mental health crisis beds (MHCB) in the correctional treatment centers (CTCs) for those inmates experiencing short term mental health crisis.  CDC operates an enhanced outpatient program (EOP) for inmates who cannot function in the general population, but do not require inpatient care.  EOP inmates are housed in separate housing units for their general safety.  For those inmates that can be stabilized on medications and treated in the general population CDC operates a correctional clinical case management program (3CMS).  For those inmates requiring an EOP level of care and have received a security housing unit (SHU) term, CDC provides treatment through a psychiatric services unit (PSU).

In the case *Coleman v. Wilson,* plaintiffs alleged CDC was not providing sufficient mental health services to inmates.  CDC's mental health program has been under intense scrutiny by

the court special master appointed to oversee implementation and operation of the mental health program. The special master has determined that mental health services in administrative segregation (Ad-Seg) are not meeting the program requirements. The special master issued recommendations to the court, which resulted in a court order requiring additional services in administrative segregation.

This proposal requests funding for various components of the court order noted above. Specifically, this proposal requests resources for the following:

1. Staffing to provide mental health services in Ad-Seg and SHU for 3CMS inmates (136.5 Positions and $6.7 million).
2. Staffing to provide mental health services in Ad-Seg and SHU for EOP inmates (32 Positions and $1.9 million).
3. Correctional Officers to provide custody for mental health services in Ad-Seg (141.7 Positions and $5.9 million).
4. Headquarters and field staff for implementation of the Mental Health Tracking System (37 Positions and $1.3 million).
5. Recruitment and retention bonuses for new mental health staff added on the margin through this proposal ($0.6 million).
6. Recruitment and retention bonuses for Mental Health Classifications ($4.3 million) and Registered Nurses ($1 million).
7. One-time equipment for educational materials for treatment areas ($0.5 million) and transport vehicles ($0.3 million).
8. Funding for modular buildings leases ($1.2 million) and one-time set-up costs ($1.8 million) used as staff offices.
9. Funding for Psychiatrists on call ($1.0 million of which $0.8 million is one-time).

**3CMS AND EOP:** The court order is very specific regarding the positions required for 3CMS and EOP inmates in Ad-Seg. Given this specificity, the administration has little flexibility to implement alternative programs. However, we do note that CDC has already been budgeted mental health clinicians to provide services to these Ad-Seg inmates through adjustments to the prevalence and mix of mentally ill inmates budget change proposal. We believe it is inappropriate to provide additional positions through this proposal, without an appropriate adjustment to reflect the number of staff already provided through the prevalence and mix proposal. Therefore, we recommend an adjustment to the existing mental health staff, which results in an offset of 36.6 clinical positions (19.6 3CMS and 17.0 EOP) and approximately 10 correctional officers. Staff of CDC and the Attorney General take issue with this recommendation, advising that the resources ordered by the court must be in addition to the existing staff.

For the EOP program, the court recommends 1.0 additional clinician for every 9 EOP inmates in Ad-Seg. CDC has identified 154 EOP inmates in Ad-Seg (as of July 27, 1999), and based on the ratio, would result in the addition of 17 clinicians. However, CDC has requested 32 clinicians for this program which would be approximately 1.0 clinician for every 4.8 EOP inmates in Ad-Seg instead of the 1.0 clinician for every 9.0 EOP inmates in

Ad-Seg recommended by the court. In order to avoid another court order regarding the provision of mental health services to female inmates in Ad-Seg and SHU, the Department has also presented a case for an additional mental health clinician to provide services to the Ad-Seg EOP/SHU female population, even though the number of female inmates would not require a full time mental health clinician. Because there are so few women who require these services, we recommend centralizing the program at one institution that would reduce the 3.0 proposed clinicians to 1.0. In summary, we recommend funding the 17.0 clinicians ordered by the court, and 1.0 additional clinician to support the female EOP program, but would not recommend funding the 14 positions above and beyond the court order.

**CUSTODY:** To ensure that the proposed clinical staff are able to provide required mental health services, CDC requests 141.7 additional correctional officers. Although the court order does not include a requirement for additional correctional officers, CDC staff believes that the clinicians will be unable to provide the required services without these additional custody staff. Given the restrictive nature of conditions in Ad-Seg, it appears that additional custody staff would benefit the provision of mental health services.

CDC has requested two correctional officer positions for 7 days a week at each Ad-Seg unit. This is inconsistent with the clinical staff that are budgeted for 5 days per week. We believe that the custody staff should only be budgeted to cover the same days that the clinicians are on duty, consequently, an adjustment to 5 days per week is appropriate. This adjustment would result in a reduction of approximately 40 correctional officer PYs in addition to the 10 PYs for the EOP offset noted above.

**MENTAL HEALTH TRACKING SYSTEM:** The court has ordered CDC to develop and implement a statewide data collection process for capturing information on mental health transfers at the institution level. CDC requests 35 office technicians to implement the system in the field. In previous program reviews, the Special Master identified a shortage of support staff in the mental health program. Therefore, it appears reasonable to request additional staff to perform this function since there appear to be insufficient staff in the field to absorb this new workload. In addition, CDC requests two headquarters staff to maintain the system. We note that CDC currently is undergoing a reorganization plan and while we are supportive of the field staff to implement the court order, we are unable to recommend approval of the headquarters staff. To the extent these staff are necessary, the reorganization plan should be modified to not delete the needed positions. We recommend approval of the 35.0 field staff to implement the tracking system.

**ADDRESSING VACANCY ISSUES:** The court has ordered within 90 days for CDC to reduce vacancies in the psychiatrist classification to 25 percent (as of July 1999 32 percent for the staff psychiatrist classification) and reduce vacancies in the psych social worker classification to 10 percent. CDC proposes a recruitment and retention bonus for the psychiatrist positions of $2,100 per month per position. The Department of Personnel Administration is required to review and approve recruitment and retention bonuses prior to CDC providing these bonuses to employees. Then the department must meet and confer with

the union to finalize the package. To the extent we provide funding, DPA concurs with CDC's proposal for increased recruitment and retention bonuses. According to DPA, the benchmark used to judge current salaries was the private sector that pays $12,466 per month compared to the State of California that pays $8,764 per month for a similar classification. While conceptually we concur with the need for these bonuses, the Department of Mental Health indicates a concern that they could lose a number of psychiatrists to CDC as a result.

CDC has requested to reclass 33 vacant psych social worker positions to clinical psychologists in order to comply with the courts order to reduce vacancies to 10 percent. The cost of this proposal is approximately $426,000. The department reports difficulties in recruiting psych social workers and this appears to be a reasonable approach to address this issue given the department's track record in recruiting and retaining clinical psychologists.

In addition to addressing the court order, CDC proposes to address recruitment issues for registered nurses. While we recognize that CDC may be facing difficulties in recruiting registered nurses, because it was not part of the court order we believe that those recruitment issues should be addressed through a separate proposal.

**ONE-TIME EQUIPMENT EXPENDITURES:** The Department indicates a need for additional equipment to provide the appropriate mental health services for Ad-Seg. We recommend splitting the funding between fiscal years. For the 1999-2000 fiscal year, we recommend funding $491,000 that would provide equipment for each of the Ad-Seg treatment areas. For 2000-01, we recommend funding $275,000 for vehicles to transport inmates for EOP programs, and only $1.2 million of the $3.0 million for lease and set-up of modular buildings because it appears the set-up costs are amortized in the lease.

**PSYCHIATRIST ON CALL AND VIDEO OBSERVATION:** CDC proposes to establish a "Psychiatrist-on-Call" through the use of modern technology for all of the mental health crisis bed (MHCB) locations. CDC proposes 2.4 psychiatrists ($386,576) and an additional $720,000 for video observation. This proposal is not part of the court order and appears to be duplicative of another proposal for telemedicine currently under consideration. In addition, it would seem that CDC could utilize existing psychiatrists to provide these services on a rotational basis which would not require additional funding.

**RECOMMENDATION:** We recommend funding a modified request that results in a deficiency for $8.8 million and 239.0 positions (119.5 adjusted positions) for 1999-2000 and $16.9 million that provides full funding for the 239.0 positions and additional equipment for 2000-01.

01033

## SUMMARY OF COURT ORDER:

1. Within 90 days, reduce the vacancy rate among psychiatrists to 25 percent or less and for psych social workers to 10 percent while keeping vacancy rates among other categories of mental health staff at present or comparable rates.
2. Within 90 days, reduce the employment of multiple, short term contract psychiatrists from the current 40 percent to 25 percent or less of contract services provided, without reducing overall contract services unless justified in specific instances by decreasing vacancies.
3. Within 90 days, develop and submit a plan for retention of psychiatrists in CDC, addressing such issues as the payment structure that penalizes clinical administrators, opportunities for career and professional development, flexibility, and enhancements for remote assignments, the development of incentives, monetary and/or otherwise for longevity, etc.
4. Provisionally approve ratios for reception, mental health crisis beds (MHCB), enhanced outpatient program (EOP), psychiatric services unit (PSU), and correctional clinical case management (3CMS), with the exception of the existing ratio of psychiatrists to inmates in the 3CMS program.
5. On or before December 31, 1999, the special master shall file further recommendations addressing the staffing ratio of psychiatrists to inmates in the 3CMS program.
6. On or before December 31, 1999 CDC shall adopt and implement the following staffing ratio for administrative segregation:
    a) provide seven-day weekly coverage by adding 0.61 psych techs to each of the 30 positions now authorized;
    b) One half-time psychiatrist to each Administrative Segregation Unit (ad-seg);
    c) One full-time case manager (psychologist or psych social worker) to each ad-seg unit to handle ICC and IDTT hearings and meetings and provide individual counseling as needed;
    d) One additional full-time psych tech to each ad-seg unit to extend the services of the unit case manager and offer sessions in activities of daily living or other therapeutic activities:
    e) One full time clerical position to support the work of the ad-seg team;
    f) One full time case manger (psychologist or psych social worker) for every nine EOP inmates in ad-seg with the goal of providing ten hours per week of structured therapeutic activities for EOP inmates in ad-seg units.
7. Within 90 days develop and implement a plan to train mental health staff, assistants and hearing officers involved in the new policy on mental health input into the adjudication of disciplinary infractions, the 115 process.
8. Within 90 days develop and implement a statewide data collection process for capturing information on mental health transfers at the institution level. The process shall include among other things, use of a log that records the dates of referral, classification, endorsement and actual movement of inmates, referred to a higher level of treatment at any other facility, together with the reasons for rejection of any such

referral, and requirement that reception centers keep a log of all inmates referred to a mental health program who remain in reception longer than sixty days.

9. On or before December 31, 1999, defendants shall develop and implement a plan for expediting the transfers of seriously mentally disordered inmates to programs with the level of care to which they have been referred. Said plan shall be based on the information gathered from data collected in the system-wide data collection process described in paragraph 7 of this order.

10. Within 90 days defendants shall develop a system in each institution for identifying and recording self injurious episodes including forms, logs, and other documents necessary to support such a recording.

11. Within 90 days defendants shall develop a process for tracking self injurious inmates discharged form an infirmary or MHCB unit to make sure that indicated clinical follow-up occurs as prescribed.

12. Within 90 days defendants shall develop and implement a system-wide method for tracking, recording and aggregating institutional data on staff members' completion of mental health training courses required in the plans provisionally approved by the court in June 1997. Said system shall list all staff in an institution with an indication of whether each individual has or has not attended required courses.



CDCR

DRAFT

Old Working Copy

2/9/06

01036

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**FINANCE LETTER**
**FISCAL YEAR 2006/07**

**INSTITUTION/DIVISION:** Division of Correctional Health Care Services      **NUMBER:**
**TITLE:** Mental Health Program

## A. NATURE OF REQUEST

In 1995, a federal class action (*Coleman v. Schwarzenegger*) found that the California Department of Corrections and Rehabilitation (CDCR) violated the Eighth and Fourteenth Amendment by being deliberately indifferent to the mental health needs of inmates. The CDCR, Division of Correctional Health Care Services (DCHCS), Mental Health Program ram (MHP) at Headquarters, and the institutional and Mental Health Services Delivery System (MHSDS) intends through this proposal to comply with the *Coleman* order (see Attachment 1).

CDCR DCHCS mission is to protect the health and safety of the public and CDCR staff by providing timely, cost-effective mental health services for seriously mentally disordered inmates and parolees. Proper screening and treatment of mental illness is the most effective way to reduce inmate-patients' potential for violence and associated costs. Mental health treatment is provided in CDCR through MHSDS. This Finance Letter (FL) addresses the minimum necessary field and headquarters staffing required for compliance with the Special Master's recommendations for *Coleman* orders. DCHCS is also requesting a workload study of field and headquarters functions to quantify the human resource requirements of the MHP and MHSDS by developing and identifying standardized staffing ratios for mental health services.

This FL is divided into three sections. The first section addresses the staffing needs in the most critical care areas in the field institutions staffing in order to comply with the agreement arrived with federal court's Special Master Keating in regards to implementation of the recently court-mandated revised 2006 MHSDS Program Guide. The second section addresses the necessary headquarters MHP staffing required for compliance with the pending *Coleman* court order. The third section relates to reducing psychiatry vacancies and maintaining the vacancy rate to less than 10 percent.

### SECTION I. MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) –
### 2006 REVISED PROGRAM GUIDE RESOURCES

In 1997, CDCR established initial policies and procedures for providing mental health services at all CDCR institutions through the MHSDS Program Guide, which was provisionally approved. Revisions to the Program Guide has been an ongoing requirement of the *Coleman* case. As a result, each revision has resulted in amending memoranda to the field requiring additional workload, changing timelines or new programs. These amending memoranda have been included in the pending 2006 MHSDS Program Guide.

01037

Implementing the 2006 MHSDS Revised Program Guide ▇▇▇▇▇▇▇▇▇ is an integral part of the strategy to exit the *Coleman* case and to reduce costs related to this litigation. The timing of resource allocation requires coordination of the budget process with the court approval of the revised 2006 MHSDS Program Guide. The Special Master approved the 2006 MHSDS Revised Program Guide and stated that the court will require its implementation on July 1, 2006.

This FL is only requesting field staff for the most critical areas of service delivery at this time. These critical areas include: Administrative Segregation (ASU), including ASU Enhanced Outpatient Program (EOP) hubs, Security Housing Units (SHU), Reception Centers, Mental Health Crisis Beds (MHCB), Mental Health Outpatient Housing (MH-OHU), and Psychiatry Services Unit (PSU). ). Given that the general population Correctional Clinical Case Management System (CCCMS) and the general population Enhanced Outpatient Program (EOP) represent a more stable and higher functioning group of inmates, any augmentation will be postponed until the workload study

It is important to note that the plaintiffs in *Coleman* are requesting that the court impose additional mental health service requirements. These additional requirements are opposed by CDCR DCHCS. Based upon the outcome of this litigation, additional revisions to the 2006 MHSDS Program Guide may by required by the *Coleman* court and may require resources not included in this request.

This FL is requesting ▇▇▇▇▇ million and ▇▇▇ positions to provide support to implement the 2006 MHSDS Program Guide, which are the minimum necessary to meet federal court mandated services at a constitutionally adequate level, to be implemented on July 1, 2006.

## SECTION II. DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS), MENTAL HEALTH PROGRAM – HEADQUARTERS

The second section addresses the necessary Headquarters Mental Health Program staffing required for compliance with the pending *Coleman* court order. Recently, the federal court's Special Master specifically noted that there are inadequate DCHCS mental health leadership management resources, which prevents effective response "to the myriad of issues persistently hurled at them." The Special Master also found that various areas of noncompliance with currently required elements of mental health care in the institutions, and with future planning efforts, were due to a lack of ability to provide Headquarters support and Central Office oversight. On January 19, 2006, in a meeting with All Parties in the *Coleman* case, the Special Master and court experts extensively emphasized the need for a team of Headquarters' staff devoted to quality management assurance.

This FL is requesting ▇▇▇▇▇ million and ▇▇▇ positions to provide Headquarters support, which are the minimum necessary to meet federal court mandated services at a constitutionally adequate level, to be implemented on July 1, 2006.

CDCR DCHCS is requesting funds for extraordinary travel expenses and quarterly meetings for the Quality Management Assistance Program (QMAP) and Forensic Evaluations Sections. In addition, CDCR DCHCS is requesting the above mentioned

2

01038

workload study of field and headquarters functions to identify, standardize and quantify the human resource requirements of the MHP and DCHCS.

## SECTION III.  PSYCHIATRY VACANCY RATE REDUCTION STRATEGIES

The third section relates to reducing psychiatry vacancies and maintaining the vacancy rate to less than ten percent.  Currently the vacancy rate is between 30-80 percent depending on the location of the institution.

This FL is requesting ▇▇▇▇▇▇ million and ▇▇▇▇▇▇ positions to provide funding for the vacant positions and pay differential to assist in recruiting for future vacancies ▇▇▇▇▇▇▇▇▇▇ to be implemented as ▇▇▇▇▇▇▇.

Below is a summary of the positions being requested under each section.

## SECTION I.  MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) –
## 2006 REVISED PROGRAM GUIDES RESOURCES ▇▇▇▇▇▇▇▇▇▇▇▇▇

In order to implement the revised 2006 MHSDS Program Guide, the CDCR's DCHCS is requesting the following positions:

1. **179.67 Permanent Positions for the ASU Correctional Clinical Case Management System (CCCMS) Population**
   This FL requests the following permanent positions as a result of the revised Program Guide for the CCCMS population in the ASU: 29.0 Clinical Psychologists (CP), 15.33 Psychiatric Social Workers (PSW), 17.83 Staff Psychiatrists (SP), 28.07 Licensed Psychiatric Technicians (LPT), 37.27 Recreation Therapists (RT), 40.72 Correctional Officers (CO) for ASU and SHU, and 11.46 Correctional Counselor Is (CC I).

2. **12.28 Permanent Positions for the SHU CCCMS**
   This FL requests the following permanent positions as a result of the revised Program Guide for the SHU: 4.0 CPs, 2.36 PSWs, 2.68 SPs, and 3.24 LPTs.

3. **5.53 Permanent Positions for Conducting Group Therapy in the SHU**
   This FL requests the following permanent positions as a result of the revised Program Guide for Conducting Group Therapy in the SHU population: 2.43 LPTs and 3.1 RTs.

4. **26.93 Permanent Positions for ASU EOP Hubs**
   This FL requests the following permanent positions as a result of the revised Program Guide for the ASU Hubs population: 14.58 Registered Nurses (RN), 10.35 RTs, and 2.0 SPs

5. **95.40 Permanent Positions for Mental Health RC Processing**
   This FL requests the following permanent positions as a result of the revised Program Guide for Mental Health RC processing: 45.36 CPs, 22.79 PSWs, ▇▇▇ SPs, 9.84 RNs, and ▇▇▇ CC Is.

3

01039

**6.      31.23 Permanent Positions for the MHCB Population**
This FL requests the following permanent positions as a result of previously unfunded and new required duties in the MHCB population: 13.64 CPs, 0.3 SPs, 3.46 CC Is, and 10.88 Correctional Sergeants (CSgt).

**7.      Relief Factor – Licensed Psychiatric Technicians (LPT)**
This will be addressed after the workload study.

**8.      40.54 Permanent Positions for Clerical Assistance**
This FL requests 22.34 Office Technicians - Typing (OT), 15.0 Medical Transcribers (MT), and 3.2 Office Services Supervisor II (OSS II) with clerical support in the Mental Health Program throughout CDCR.

**9.      76.38 Permanent Positions for the Outpatient Housing Unit (OHU) weekend coverage**
This FL is requesting 3.1 CPs to provide seven-day per week coverage at CDCR's OHUs. CDCR is also requesting 8.0 SPs, 12.74 CPs, 5.66 PSWs, 38.88 LPTs, and 8.0 OTs to address staffing problems with MH-OHUs.

**10.      34.38 Permanent Positions with Institution Level Supervision and Upgrading 10.0 LPTs to 10.0 Senior LPTs (Sr. LPT)**
This FL requests 11.78 Senior Psychologists (Supervisor), 13.6 Supervising Psychiatric Social Workers (SPSW). CDCR also requests funding of $61,680 to permanently upgrade 10.0 LPTs to 10.0 Sr. LPTs to provide the Institutions with supervisory staff and 9.0 Unit Supervisors.

**11.      56.0 Permanent Field Positions for Program Performance Evaluation and Court Compliance**
This FL requests 28.0 Health Program Specialist Is (HPS I) to serve as *Coleman* coordinators and 28.0 OTs to provide support for data analysis and documentation of compliance with court mandates.

**12.      Permanent Positions for DCHCS – Capital Outlay**
These positions are being requested through the Litigation Support Budget Change Proposal (BCP).

**13.      RC Screening and Diagnostic Clarification**
This FL requests $748,800 ongoing annual funding for implementation of a pilot program for valid and reliable test to predict mental health needs of inmates arriving in RC and to aid diagnostic clarification in EOP Level-of-care (LOC). Plus an additional $30,000 for supplies.

**14.      Workload Study**
$300,000 is requested conduct a workload study to corroborate and ensure appropriate ongoing staff levels.

**15.      Additional Equipment Resources**
This FL is requesting one-time funding of $1,114,604 and ongoing funding of $50,000 for additional equipment.

4

01040

**Summary of Request:**

558.35 Permanent Positions
$778,800 ongoing funding for RC Screening and Diagnostic Clarification.
$300,000 one-time funding for a Work Load Study.
$1,114,604 one-time funding and $50,000 on going funding for Equipment
$61,680 for position upgrade (LPT to Sr. LPT)


## SECTION II. DIVISION OF CORRECTIONAL HEALTH CARE SERVICES, MENTAL HEALTH PROGRAM – HEADQUARTERS (see Attachments 15 and 16)

In order to implement the Mental Health Program – Headquarters portion of the Court Order, the CDCR DCHCS is requesting the following positions:

1.  **4.0 Permanent Positions for Statewide Mental Health Program Director (SWMHPD)**
    This FL requests 1.0 CEA to oversee the Mental Health Program 1.0 Associate Health Program Adviser (AHPA), 1.0 Executive Secretary I (ES I), and 1.0 OT to assist with the administrative, programmatic, analytical, and clerical support.

2.  **2.0 Permanent Positions for the Psychiatric Services Branch (PSB) – Tele-Psychiatry Section**
    This FL requests 1.0 AHPA and 1.0 OT to provide analytical and clerical support.

3.  **4.0 Permanent Positions for the Project Management Unit**
    This FL requests 3.0 Staff Services Analyst/Associate Governmental Program Analysts (SSA/AGPA) and 1.0 OT to provide analytical and clerical support to the Project Director.

4.  **4.0 Permanent Positions for the Clinical Operations Branch (COB)**
    This FL requests 1.0 Career Executive Appointment (CEA), 1.0 HPS I, 1.0 Secretary, and 1.0 OT to be responsible for clinical and administrative management and oversight.

5.  **52.0 Permanent Positions for the Quality Management Assistance Program (QMAP)**
    This FL requests 3.0 Regional Mental Health Directors (Chief Psychologists), 6.0 Senior Psychologists (Specialist), 6.0 Senior Psychiatrists (Specialist), 6.0 Nurse Consultants, Program Review (NCPR), 6.0. Sr. LPTs, 5.0 Facility Captains (FC), 2.0 Retired Annuitants (RA), 3.0 Health Program Manager IIs (HPM II), 3.0 HPS Is, 6.0 AHPAs, 3.0 Secretaries, 3.0 OTs to provide administrative, programmatic, management, analytical and clerical support.

6.  **2.0 Permanent Positions for the Centralized Clinical Case Management Unit (CCCMU)**
    This FL requests 1.0 AHPA and 1.0 OT to assist in the administrative, programmatic, analytical, and clerical support.

01041

7.  **4.0 Permanent Positions for the Utilization Management (UM) Unit**
    This FL requests 4.0 NCPRs in the UM Unit.

8.  **4.0 Permanent Positions for the Clinical Policy and Programs Development and Clinical Evaluations (CPPD&CE) Branch**
    This FL requests 1.0 CEA, 1.0 HPS I, 1.0 Secretary and 1.0 OT to provide analytical and clerical support.

9.  **15.0 Permanent Positions for the Clinical Policy and Programs Development (CP&PD) Unit**
    This FL requests 1.0 Senior Psychologist (Specialist), 1.0 Licensed Psychatric Social Worker (LPSW), 1.0 Sr. LPT, 1.0 HPS I, 1.0 Research Analyst II (Social/Behavioral), 4.0 AHPAs, 1.0 Secretary, 5.0 OTs to provide administrative, programmatic, management, analytical and clerical support.

10. **33.25 Permanent Positions for the Psychological Testing and Forensic Evaluation (PT&FE) Unit**
    This FL requests 29.25 CPs, 1.25 CPs, 3.0 AHPAs, 1.0 Secretary to provide administrative, programmatic, management, analytical and clerical support.

**Summary of Request:**

**124.25 Permanent Positions**
Extraordinary Travel

**SECTION III.    PSYCHIATRY VACANCY RATE REDUCTION STRATEGIES (See Attachment 30)**

In order to implement the Psychiatry Vacancy Rate Reduction Strategies portion of the Court Order, the CDCR DCHCS is requesting the following positions:

**FY 2005/06**

1.  **$3.4 Million for Pay Differential for CDCR Psychiatry Series**
    This FL requests $9.8 million to encourage retention of current incumbents and serve to attract new employees.

2.  **$86,290 for Hiring-Above-Minimum**
    This FL requests $86,290, effective March 1, 2006 and $258,869 in FY 2006/07, to be able to hire at maximum step in the psychiatry classifications at all CDCR locations.

**Summary of Request for FY 05/06**

**$3.4 Million for Psychiatry Series Pay Differential**
**$86,290 for Hiring-Above-Minimum**

**FY 2006/07**

6

01042

1.    **$1.7 million for Online Exams**
This FL requests $1.7 million for development and annual maintenance costs to administer 15 online exams.

2.    **8.0 Permanent Positions for Office of Workforce Planning and Selection (OWP&S)**
This FL requests 3.0 Associate Governmental Program Analysts (AGPA), 2.0 Associate Personnel Analysts (APA), 2.0 Personnel Selection Technician (PST), and 1.0 Office Assistant (OA) to assist with the examination, recruitment, and hiring of Mental Health classifications named in the *Coleman* Court Order.

3.    **4.0 Permanent Positions for the Office of Personnel Services (OPS)**
This FL requests 1.0 PST, 1.0 APA, and 2.0 Senior Personnel Specialists to address classification and on going hiring needs.

4.    **33.0 Permanent Positions for the Adult Institutions - Statewide**
This FL requests 33.0 OTs to perform clerical support activities related to expedite hiring of *Coleman* designated classifications.

5.    **$1.1 million for LiveScan**
This FL requests $668,200 to lease LiveScan equipment for 38 locations and $400,000 for ongoing maintenance.

**Summary of Request for FY 06/07**

**45.0 Permanent Positions**
**$9.8 Million for Psychiatry Series Pay Differential**
**$258,869 for Hiring-Above-Minimum**
**$1.7 million for Online Exams**
**$1.1 million for LiveScan leasing and equipment**

## B. BACKGROUND/HISTORY

On June 25 1991, a class action complaint (*Coleman vs. Schwarzenegger, et al.*) was filed against CDCR. The allegation: "Defendants acting under color of state law have acted with deliberate indifference depriving the plaintiff class of their rights to be free from cruel and unusual punishment as guaranteed by the Eighth and Fourteenth amendments to the United States Constitution."

The United States District Court for the Eastern District of California ultimately found that the state and prison officials had acted with deliberate indifference to the medical needs of inmates with serious mental disorders by ignoring the advice of their own experts about deficiencies that had existed in the correctional system for years. The court found that CDCR MHSDS was a constitutionally inadequate system that lacked, in whole or in part, the necessary elements for delivery of adequate mental health care: screening and identification of mentally ill inmates; prompt access to mental health professionals for diagnosis and treatment; patient access to necessary and appropriate levels of care as determined by clinicians, including outpatient care; residential care, crisis care, and inpatient care; medical records and an information management system; and a quality assurance system. The court

7

01043

concluded that California's system could not and did not meet the serious medical needs of mentally ill inmates incarcerated in its prisons and on June 6, 1994, it was recommended that the district court order the appointment of a special master and that state and prison officials develop and implement forms, protocols, and plans necessary to remedy constitutional violations.

After 11 years of implementing the court's orders and the mandated Mental Health Program's current policies and procedures (Program Guide), as well as preparing for the implementation of the mandated 2006 Revised Program Guide, CDCR and DCHCS have determined that its current resources are insufficient to implement the 2006 Revised Program Guide in a manner consistent with court's requirements or community standards of quality care. Failure to implement the 2006 Revised Program Guide will continue the current status of mentally ill inmates going undiscovered, undiagnosed, and untreated, while at the same time being subjected to conditions that aggravate their illnesses. With the current limited resources, mentally ill inmates who do receive some form of treatment suffer needless extended and medically harmful delays in access to necessary psychiatric care.

CDCR is, therefore, requesting Headquarters positions to manage the increased workload relating to implementation and monitoring of the 2006 Revised Program Guide. The proposed Headquarters' structure is consistent with those of the Medical and Dental Programs, which have each established Statewide Program Directors. The Statewide Mental Health Program Director (SWMHPD) will be responsible for administering the critical Mental Health Program for a population of nearly 170,000 inmates with over 31,000 inmates-patients enrolled in the MHSDS. Of the over 31,000 inmates identified as seriously mentally ill, over 5,000 are high risk and in either residential or other in-patient treatment settings. Over 25,000 inmates are receiving psychotropic medications, usually twice every day.

To continue a MHSDS that is understaffed, significantly overworked, and lacking a quality assurance program places the state, CDCR and key decision makers at risk of being found in contempt. Standardizing the delivery of mental health care in accordance with generally accepted medical practice, the National Commission on Correctional Health Care, community standards, and the law is consistent with the CDCR Strategic Plan and DCHCS's Goals and Initiatives to manage the inmate and parolee population in a safe, efficient, and cost effective manner. To date, the State of California has spent over $29 million dollars in monitoring and attorney fees in the *Coleman* matter. To continue current operations without making adequate provision for complying with the court's mandates and mental health professional standards will leave the State open to further litigation and expenses associated with additional court imposed remedies that may be avoided by the implementing the proposed enhancements.

In addition, if the current vacancy rates are not reduced to under ten percent, CDCR will be in violation of the pending court order that addresses psychiatry vacancies, and inmate-patients will continue to be harmed by inadequate and insufficient access to care.

## C. STATE LEVEL CONSIDERATIONS

CDCR acknowledges in its legislatively approved Strategic Plan that it is morally and constitutionally obligated to provide health care services to incarcerated offenders. The

8

01044

plan notes that a fundamental level of health care is necessary for incarcerated persons' successful return and integration into the community and concedes that radical change is necessary in the departments' health care systems to ensure efficient delivery of quality, cost-effective health care services.

To date, $28,970,085 of CDCR's budget has been consumed by the *Coleman* plaintiffs' attorneys and Special Master. This does not include CDCR staff and Attorney General time required to respond to *Coleman* related inquiries, audits, hearings, and mandates. Failure on the part of CDCR to provide these mandated services at a constitutionally adequate level through implementation of the revised standards will leave the State open to additional litigation and costs associated with further court action and potential additional lawsuits. As noted in the Special Master's January 2006 report, "*Coleman* will not be ended until the defendants can demonstrate an ability to provide meaningful mental health care . . .The defendants' recent history of developing erratic plans or plans they are unable subsequently to implement suggests the present need for something more than just another requirement for the generation of yet more plans."

Standardizing the delivery of mental health care is an essential, critical step to managing the inmate and parolee population and providing necessary mental health care in a safe, efficient, and the most cost effective manner possible. By providing the resources required to comply with the federal court order and the mandated policies and procedures essential to providing constitutionally adequate mental health care, CDCR will take an important step toward self-directed management of MHSDS.

MHSDS provides a continuum of inpatient care from a contractual relationship with DMH for acute and intermediate and a short-term crisis inpatient care program within CDCR institutions.

The resources requested in this FL will provide the minimal staffing level necessary to comply with court mandates and extricate the state from federal judicial oversight.

## D. FACILITY/CAPITAL OUTLAY CONSIDERATIONS

Implementation of the Revised MHSDS 2006 Program Guide will have facilities/capital outlay impacts at each institution. Additional office and treatment space will be needed in order to provide workspace and mental health treatment areas (see Attachment 24). This will be address in CDCR's Litigation Support BCP.

Currently, two areas of Human Resources (HR) has maximized their existing office space (even turning conference rooms into staff workstations) and cannot expand to absorb the additional staff positions requested herein. The two affected HR offices include: OPS and OWP&S.

If these offices cannot be relocated elsewhere within CDCR's headquarters buildings, there will be a need to either relocate one or both to a different location within Sacramento or reconfigure existing space with modular furniture. Based on cost methodology obtained from CDCR's Facility Leasing Section, here is the projected cost for each option for both offices:

9

**Office of Personnel Services (OPS)**

- EXPAND ON EXISTING FLOOR (1515 S Street, North) @ $0 COST – If OPS can relocate or expand elsewhere on it's existing lease, there would be not additional cost to the existing lease agreement. If this option is not feasible, then it would be necessary for OPS to obtain partial modular furniture as follows.

- PARTIAL MODULAR FURNITURE RECONFIGURATION **($121,219 one time)** – This is the projected cost to reconfigure partial existing space with modular furniture 25 workstations (see Attachment 2(A))

**Office of Workforce Planning and Selection (OWP&S)**

- NEW LEASE **($427,152 annually)** – This is the projected cost to relocate existing/new staff and accommodate numerous Special Requirements and is based on 17,364 total sq. ft. x $2.05 per sq. ft. x 12 months (see Attachment 2(B))

- MODULAR FURNITURE RECONFIGURATION **($383,051 one time)** – This is the projected cost to reconfigure existing space with modular furniture @ $4,500 per station (see Attachment 2(C))

If one of these offices is approved for relocation, the remaining office could expand into the vacating space.

*__Note:__ For OWP&S, the request for the above facility considerations is included in the FY 06/07 Succession Management Plan Spring Finance Letter (SFL). If OWP&S's facility considerations are approved within this SFL, the request made herein can be deleted.*

## E. JUSTIFICATION

The following pages is the justification sections for:

I. Mental Health Services Delivery System – 2006 Revised Program Guide Resources
II. Division of Correctional Health Care Services, Mental Health Program - Headquarters
III. Psychiatry Vacancy Rate Reduction Strategies

10

01046

# I. MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

# 2006 REVISED PROGRAM GUIDE RESOURCES

01047

## SECTION I. MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) – 2006 REVISED PROGRAM GUIDE RESOURCES

The court found that CDCR MHSDS was an inadequate system that lacked, in whole or in part, the necessary elements for delivery of adequate mental health care. The 2006 Revised Program Guide are policies and procedures that are consistent with the court's requirements.

Since there are new functions in the 2006 Revised Program Guide, there is insufficient workload data currently available upon which to base an objective, meaningful conclusion as to the appropriate number and level of personnel necessary to adequately carry out the new duties. Therefore, the following methodology was utilized to determine the number of positions needed for the majority of the staffing in this section:

- New functions were identified and listed (see Attachment 4)
- Duties and time required to perform the new functions were identified and listed (see Attachment 5)
- Tasks were compared with 1997 court mandated ratios (see Attachment 6)
- Tasks were correlated with American Medical Association's Current Procedural Terminology (CPT) codes (see Attachment 7)
- Based on the current inmate population, the total workload impact per year was determined - or -
- The approximate percentage of workload increase per week per staff was determined and the inmate-clinician ratio was adjusted by this percentage (see Attachment 4)

Once this organizational structure is established, CDCR will conduct a workload study to identify more objective workload data, use it to determine actual needs, and adjust the staffing as appropriate based on the results of the study.

The first two sections below (ASU and SHU) are partial samples using the above methodology. The remaining sections are currently being calculated using the same methodology.

## 1. Correctional Clinical Case Management System (CCCMS) - Administrative Segregation Unit (ASU)

The CCCMS ASU new duties are delineated in Attachment 4

The average CCM to patient staffing ratios across the program sizes for CCCMS has been 1:100. However, in CCCMS ASU, there are additional workloads required by changing timelines resulting in four times the number of Interdisciplinary Treatment Team (IDTT) meetings and six times the number clinical contacts. For this reason, a ratio of 1:40 (based on the above formula) is requested for CCM to patient in CCCMS ASU.

Staffing in ASU has been a consistent concern of the *Coleman* case Special Master. From 1999 – 2005, the completed suicides in ASU/SHU account for 49 percent of all suicides in the CDCR inmate population.

12

Currently there is no established ratio for ASU CCCMS CCMs. These duties were never staffed separately from the CCCMS GP Population.

Based on the above formula and the January 26, 2006 population status for CCCMS ASU (1,540) and CCCMS RC ASU (293), CDCR MHSDS is requesting **29.0 CPs and 15.33 PSWs.**

Other positions in this section are currently being calculated using the above formula.



01049



## 2. Correctional Clinical Case Management System (CCCMS) - Security Housing Unit (SHU)

I The CCCMS SHU new duties are delineated in <span style="background:black">Attachment 4</span>. In 1998, for SHU institutions, one CCM was added for each 300 SHU inmates, which was not tied to CCCMS ratios. The current ratio is one CCM to 100 CCCMS inmates.

Staffing in SHU has been a consistent concern of the *Coleman* case Special Master. From 1999 – 2005, the completed suicides in SHU/ASU account for 49 percent of all suicides in the CDCR inmate population.

Based on the above formula and the January 26, 2006 population status for CCCMS SHU (618 minus PBSP), CDCR MHSDS is requesting **4.0 CPs and 2.36 PSWs29.0 CPs and 15.33 PSWs.**

Other positions in this section are currently being calculated using the above formula.

**Summary of positions needed to accomplish CCCMS SHU is pending.    These positions are requested effective July 1, 2006.**

- CPs – 4.0
- PSWs – 2.36
- SPs - xx
- LPTs - xx



01050

Summary of positions needed to accomplish Group Therapy for SHU CCCMS/Monthly Group Therapy Documentation. These positions are requested effective July 1, 2006.



- 2.43 LPTs
- 3.1 RTs

**4. Administrative Segregation Unit (ASU), Enhanced Outpatient Program (EOP) Programs and HUBS**

Retain one COM to one EOP ASU Inmate-patient ratio.

The new Clinician requirements for EOP LOC in ASU can be absorbed by current ASU EOP clinician staffing, if additional RN or PT, and or RT staff is allocated to provide ten hours per week of group therapy.

Total Requested RN to EOP patient ratio of 1:40, by 15 institutions with ASU EOP, at institutions in California Men's Colony (CMC), California Medical Facility (CMF), California State Prison Los Angeles County (LAC), Mule Creek State Prison (MCSP), Richard J. Donovan Correctional Facility at Rock Mountain (RJD), SAC, California State Prison Sacramento (SOL), Salinas Valley State Prison (SVSP), SPW Valley EOP. There is 1 RN allocated to COR in FY 2005/06 – a need for 14.58 RNs.

Total Requested RT to EOP patient ratio of 1:80, at institution with ASU EOP program (enumeration), CMC, CMF, LAC, MCSP, RJD, SAC, SOL, SVSP, and COR. There is 1 RT allocated to COR in FY 2005/06 – a need for 10.35 RTs.

The SP requirements in the revised MH SDS Program Guide for EOP LOC increase due to time. This time is additionally increased for the more rapid placement and removal rate in ASU EOP. The requested SP ratio of ASU EOP is, therefore, one SP:4 ASU EOP inmates. For institutions with more than 45 ASU EOP patients, request allocation of an additional 0.5 SP.

Request additional 0.5 x 4 institutions (CMF, COR, LAC, RJD, and SAC) = 2.0 SPs.

Summary of positions needed to accomplish SHU CCCMS. These positions are requested effective July 1, 2006.

- 14.58 RNs
- 10.35 RTs
- 2.0 SPs

**5. Mental Health Reception Center (RC) Processing – New Requirements**

The bulk of the Intake Assessment requirements and Treatment Planning requirements described in the CCCMS EOP Section will be the responsibility of RC staff. The revised Program Guide require that all EOP LOC patients be seen weekly until transfer but does not require the ten hours of weekly structured therapeutic activities. According to the

15



resource analysis data collection for RC related duties, that caseload should be reduced 50 percent from the current staffing allocated. MHC current RC duties A are never staffed separately from the CCCMS, EOP duties, and the ratio below takes this into account along with the revised Program Guide duties.

Request Total Ratio: one CCM 4:1 MHSDS RC inmates [based on current CCCMS RC (4,906) and EOP RC (546) population] = 5,452 (As of January 26, 2006) = 1:16  CCM age is estimated based on existing ratio of 1:80 redirected from general staffing = a need for 68.15 CCMS. This equates to 45.36 CPs and 22.79 PSWs

Request Total Ratio: one SP 180 MHSDS RC inmates = 30.29 SPs = 21.95 SP existing = 8.34 SPs

RN new duties in RC  RC screenings completed under the supervision of an RN

Request: 0.82 (0.5 RN plus a per RC = 9.84 RNS. To be allocated among the institutions will RC mission: CCC, Central California Women's Facility (CCWF), California Institution for Men (CIM), California Institution for Women (CIW), Deuel Vocational Institution (DVI), High Desert State Prison (HDSP), LAC, North Kern State Prison (NKSP), RJD, SQ, VSPW, California State Prison — Wasco (WSP).

CC new duties in RC  Counselors are required to review any mental health requests in central file and provide information in IDTT process = 25 CCM position for 300 intakes/week = 9.1 CC s

Summary of positions needed to accomplish Mental Health RC Processing. These positions are requested effective July 1, 2006

45.36 CPs
22.79 PSWs
8.34 SPs
9.84 RNs
9.1 CC s

### 6. Mental Health Crisis Beds (MHCB)

CP Duties  MHCBs were never staffed for seven-day-per-week clinical coverage as required by Title 22. The revised Program Guide has increased requirements for discharge communication, and patients are often referred to Department of Mental Health (DMH) from MHCB. Each DMH referral is estimated to take six hours to complete. MHCB IDTT time will also increase due to increased treatment planning requirements.

Request: change of CP positions allocated to MHCB from 40 to 53.62 to include referral factor. There are 196 staffed MHCB beds (not including the planned beds for CMF and SQ) at 16 institutions (see Attachment ). The following is calculated based on staffed capacity. This number reflects the MINIMUM amount of staff needed because the MHCB population on any given day can be up to 228 greater since institutions' ability to fill licensed medical beds with MHCB inmates. 25 HCPs (existing ASCA — 15.98 CPs less 3.36 CPs allocated to CCR in FY 2005/06 = amount for 13.64 CPs

16



## 7. Relief Factor – Licensed Psychiatric Technicians (LPT)

This will be addressed after the workload study.



17

01053

MHCB) suicide follow up, participating in Quality Improvement Teams (QIT), compiling staff meeting minutes, and providing administrative and clerical support to clinicians and supervisors. The revised MHSDS Program Guide now requires tracking patients discharged from OHU with a 5-day suicide follow up, increased start up therapy groups in CCCMS, increased IDTT scheduling and tracking in EOP LOC, and tracking inmates who require translators and other special accommodation for disabilities.

Request additional 6.4 OTs - 300 EOP LOC (based on current EOP population [4,080] - As of January 26, 2006); inmates 300. CCCMS LOC (based on current CCCMS population [26,827] - As of January 26, 2006); inmates 3,404 OTs = 29.34 OTs. Less 22 OTs allocated to COR in FY 2005/06 = a need for 22.34 OTs.

In the revised MHSDS Program Guide, new requirements for MHCB records also to be kept with specific data regarding patients admitted to the MHCB, and those evaluated but not admitted. The revised MHSDS Program Guide also requires the discharge report to be written, transcribed, and signed prior to the patient leaving the MHCB. Will not appropriate CDCR and transcription staff, CDCR will not be able to comply with MHCB admission/transfer timelines. Patients will be retained in the MHCB beds, pending transcription of a discharge report. These transcription duties will either require full time availability of medical transcription staff or hiring contract medical transcribers. This MT staffing need will be resolved by above requested positions.

Request additional 1.0 MT for each of the 10 MHCB institution = 10.0 MTs. Less 1.0 MT allocated to COR in FY 2005/06 = a need for 15.0 MTs.

Supervision of these additional clerical staff is required at a ratio of one : 10.

Request additional OSS II positions 22.34 + 15.0 + 7.34/10 = 7 OSS IIs. Less 1.0 OSS II allocated for COR in FY 2005/06 = 3.2 OSS IIs.

Medical Records:

Included in the Litigation Support BCP.

Summary of positions needed to accomplish Clerical Assistance. These positions are requested effective July 1, 2006:

- 22.34 OTs
- 15.0 MTs
- 3.2 OSS IIs

## 9. Mental Health Outpatient Housing Unit (MHOHU)

The revised MHSDS Program Guide requires seven day per week coverage in all mental health patients in any OHU. Additional weekend clinical staffing as required in institutions that have a significant OHU population and no MHCB where weekend staffing

18



[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

20

based on current CCCMS population (26,821 – As of January 26, 2006) – A) 87,500
/ 25 = 26,821 / 500 x / 25 = 11.78 Senior Psychologist (Supervisors)

**Supervision of clinical staff**

Supervisors are responsible for overall work quality, participation in the quality
management system, chart audits, performance evaluations, and ensuring that the new
requirements for treatment planning and local operating procedures are implemented. In
institutions with a significant mental health mission, discipline supervisors are responsible
for functional supervision of the operation of a mental health program, which may include
CPS, SPS, LPTs, and RNs. At smaller institutions, the mental health supervisor is
responsible for all mental health operations at the facility. For this reason, mental health
managers recommend that first line supervisors remain responsible for direct supervision
of a maximum of ten clinicians.

Request Total Ratio – one Senior Psychologist, Supervisor or one SPSW : ten Clinicians
requested in this FL (CP or PSW) as follows:

Based on total number of CPs, PSWs requested in this FL = 3 = 118.31 Supervisors

Request Senior Psychologist, Supervisor = 70 PY
Request = 39 SPSW – Less 7.9 SPSW allocated to COR in FY 2005/06 = 13.6 SPSWs

Although currently, Licensed Contract Social Workers (LCSW) are generally supervised
by Senior Psychologists, it is fiscally prudent and clinically appropriate to allocate SPSW
positions for these additional supervisory needs. SPSWs may serve as functional
program supervisors for mental health clinicians of any classification. Direct clinical
supervision may be provided by supervising Psychologists and Psychiatrists for duties
related to the clinician's scope of practice that cannot be assigned to a SPSW.

**Supervision of nursing staff**

Experienced Supervisors recommend that first line supervisors be responsible for direct
supervision of no more than seven mental health nursing staff.

Currently, 265.6 LPTs are supervised by 26.7 supervising Registered Nurse III (SRN III)
staff members and two Sr. LPTs. At this time, this FL is not requesting Sr. LPTs to
compensate for the existing LPTs (265.6). The total number of Supervisors required for
one Supervisor : ten LPT ratio at institutions with more than ten LPTs = 145. Less 2.5 Sr.
LPT vacancies allocated to COR in FY 2005/06 = a need for 120 Sr. LPTs.

Twelve recommended supervisors – two current Senior LPT Supervisors at SAC = 10
Supervisors.

The Sr. LPT classification has not been regularly used to supervise LPTs, but is
recommended to ensure appropriate supervision relative to scope of practice (i.e. group
therapy duties). Senior LPUs can still perform LPT duties if necessary.

Total Ratio – one Sr. LPT : 10.0 LPT (at institutions with more than ten LPTs) – see
Attachment 22) = a need for 10.0 Sr. LPT positions.

01057

This EP requests upgrading of 10.0 LPTs to Sr. LPTs. Although this will not require any additional PYs, it will require funding for the upgrade. A Sr. LPT tops out at Range C - $3,800. A LPT tops out at Range C - $3,205. This is a difference of $595 per month. Therefore, CDCR is requesting a total of $61,680 to cover the upgrade in classification. (60.14 x 12 x 10.0 PY).

**Net positions requested = 0.0 PY - $61,680 for upgrade in classification**

Additional SRN I positions are required to supervise requested RN positions. Currently 134.00 RNs are allocated to mental health programs. 26.7 SRNIs supervise the RNs. 136.96 are requested in this EP. A total of 270.96 RNs will require a total of 27 SRN Is.

**Total Ratio: one SRN I: ten RNs = (0 PY (0.3 is negligible)**

Unit Supervisors are required to provide supervision for Senior LPTs across 9 types of institutions with multiple mental health missions. Unit Supervisor positions have not previously been designated in CDCR. The CDCR duty statement for this position was developed based on the Department of Personnel Administration specifications. The Unit Supervisor ensures the administration of the routine nursing services across correctional mental health units and custody levels; coordinates the workflow for nursing staff and acts as a liaison between unit staff on varying shifts, trains and develops staff, implements LOC nursing personnel in nursing processes, rehabilitation techniques for inmate-patients; and provides continuous management and supervision of units that offer routine and supportive nursing services for developmentally disabled or mentally ill inmate-patients.

One Unit Supervisor is required at each institution with multiple mental health missions, including: RC, CCCMS, ASU-CCCMS, GP-EOP, ASU-EOP, and/or PSU. Nine supervisors at this time are requested for mental health consolidated care center institutions in the CDCR Right Prison, Right Mission plan. The 9 institutions are: CIM, CIW, CMC, CMF, LAC, MCSP, PBSP, RJD, and SAC.

**Requesting 9.0 Unit Supervisors to be allocated to the nine Consolidated Care Centers.**

**Summary of positions needed to accomplish adequate Supervision Levels. These positions are requested effective July 1, 2006.**

> **11.78 Senior Psychologists, Supervisors**
> **13.6 SPSWs**

> **$61,680 for Upgrading LPTs to Sr. LPTs**
> **9.0 Unit Supervisors**

## H. Performance Evaluation and *Coleman* Court Case Compliance

The Quality Management System is required by the *Coleman* and *Perez* court cases in order to provide adequate performance management and to ensure compliance with mental health policies and procedures. Quality Management requirements specific to mental health involve identification of problems in delivery of mental health services

22

establishment of QIT, tracking progress of QIT, conducting Suicide Prevention Focused Improvement Team (FIT) meetings (including development and implementation of corrective action plans when a suicide occurs), conducting Mental Health Subcommittee meetings, and facilitating an overall data-based approach to be utilized. All meetings require documentation, which is sent to other Quality Management committees at institution and at Headquarters. Although an analyst has been assigned at some institutions for the purpose of health care quality management, a medical OT (MOT) for mental health quality management is required to ensure that these important duties are completed as required. This position will also be responsible for oversight of tracking reasonable accommodation offered to MHSDS inmates who are part of the class action Armstrong court case. Each HPS I require clerical support in order to complete duties associated with taking meeting minutes, copying, tracking, filing, and communications.

Request 1.0 dedicated HPS I at each institution without a restriction to housing a mental health mission. Restricted institutions are: Calipatria State Prison (CAL), California Correctional Center (CCC), Centinela State Prison (CEN), Ironwood State Prison (ISP), Chuckawalla Valley State Prison (CVSP) = 28.0 HPS Is.

Request 1.0 Mental Health Quality Management Dedicated OT at each institution without restriction to housing a mental health mission. Restricted institutions are CAL, CCC, CEN, ISP, CVSP = 28.0 OTs.

Summary of positions needed to accomplish Quality Management. These positions are requested effective July 1, 2006.

      28.0 HPS Is
      28.0 OTs

12. Division of Correctional Health Care Services (DCHCS) – Capital Outlay

(Included in the Litigation Support BCP.)

13. Reception Center (RC) Screening and Diagnostic Clarification

*(handwritten note in margin)* Have been advised to do PDR ASAP

The Million Clinical Multiaxial Inventory – III (MCMI-III) test can be administered in approximately 30 minutes, either individually or in a group setting. Research indicates that this test is a valid and reliable diagnostic tool to assist in clinically triaging patients for immediate mental health needs, determining mental health diagnosis, as well as predicting future needs for mental health intervention. This test may also be used to predict reaction to authority, escape risk, sexual predation, intimidation, disposition to malinger, response to crowding/isolation, suicidal tendencies, and amenability to treatment (see Attachment G: Retzlaff, P., Stoner, J., and Kleinsasser. The Use of the MCMI-III in the Screening and Triage of Offenders. *International Journal of Offender Therapy and Comparative Criminology*, 46, (2002)).

The use of this test, along with a standard computer-generated report of results, is proposed for use at RCs, for all newly arriving inmates who have a positive mental health screening indicator (approximately 20,000 inmates per year). As more accurate

01059

interpretation/analysis of results is proposed for use with current inmate-patients at EOP LOC when diagnostic clarification is needed (approximately 3,100 per year). (See Attachment _ for sample report)

The use of this instrument is expected to reduce overall mental health program cost. Data generated from the standard use of the MCMHII at RCs will be used to determine appropriate mental health LOC, thereby reducing inappropriate placements into mental health programs. Use of the MCMHII at EOP LOC will significantly reduce the use of OBS/DMH beds for diagnostic clarification.

This FL requests a total for $778,800 in ongoing funding -- $748,800 for contract funding and $30,000 for supplies for implementation of a pilot program to a valid and reliable test to predict mental health needs of inmates arriving in RCs and to aid diagnostic clarification in EOP LOC (see Attachment I). Request for funding is to be effective July 1, 2006.

## 14. Workload and Space Study

The resources requested herein represent the minimum staffing DCHCS believes necessary to adequately implement and manage the revised Policies and Procedures of the MHSDS, so as to provide access, quality, timeliness and continuity of care that meets minimal constitutional and community standards of care for inmate/patients with mental disorders. Because the Department currently does not possess data sufficient to describe the workload requirements with an adequate degree of confidence, DCHCS requests one-time funding of $300,000 to conduct a workload study to confirm the and ensure appropriate/ongoing staffing levels.

## 15. Additional Equipment/Resources

An initial cost for equipment and supplies is estimated at $1,164,804 to implement the revised MHSDS Program Guide. The equipment and supply costs are based on a cost/unit estimate for basic office support equipment such as copiers, facsimile machines and shredders, as well as clinical materials such as testing forms, pre-printed forms for documentation in the Unit Health Record and group therapy handout materials. [Question concerning Treatment Cells???]

Quantities were determined as follows: (Please see a complete breakdown on the equipment request table in Attachment B)

Treatment cells - Nine cells per 33 institutions
Copiers/Fax Machines/Television - One per institution (except desert institution CVSP, ISP, CAL, CEN)
Laptops - One laptop for each five Clinicians
Shredders - One per institution
Dictation Equipment - One per institution with MHCB
Golf Cart - One per institution with a remote access to Health Records
Group Therapy Materials - Estimated number of inmates in Program

24

01060

CDCR is requesting one-time funding of $1,114,604 and ongoing funding of $550,400 for equipment, to be effective July 1, 2006.

25

# II. Division of Correctional Health Care Services

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

# Mental Health Program

01062

## SECTION II.  DIVISION OF CORRECTIONAL HEALTH CARE SERVICES, MENTAL HEALTH PROGRAM - HEADQUARTERS

The CDCR MHSDS provides inmates access to mental health treatment.  The goal is to provide constitutionally appropriate levels of mental health treatment to the incarcerated serious mentally ill inmate in order to enhance individual functioning and minimize dangerous, destructive, and disruptive behaviors, in the clinically least restrictive environment, consistent with the safety and security needs of the both the inmate-patient and the institution.

The MHSDS, which has been functioning since 1994, is a decentralized, system-wide concept using standardized evaluation and treatment.  The MHSDS provides universal screening for all incoming inmates at RCs and direct transfers to the treatment facility for further evaluation and/or treatment if needed.

This FL addresses the required Headquarters Mental Health program recommended by the *Coleman* court order:

> The defendants should be required to submit within 60 days from entry of the court's order a plan to expand the DCHSC central office mental health staff commensurate with the growth and present size of the CDCR mental health staff and caseload; the plan should also address the issue of compensation for headquarters staff and provide a scale of pay that assures that clinicians (including psychiatrists, psychologists, psych social workers, psych techs and RNs), policy and program developers and supervisors (including health program specialists and analysts) and correctional counselors, with responsibility for planning, developing, monitoring and evaluating system-wide programming and policy receive a level of salary higher than that of comparable institutional clinicians, including whatever Recruitment and Retention (R&R) differential pay such institutional clinicians may be entitled to.

The MHSDS utilizes a variety of professional clinical, custodial and support staff to provide the best available quality of care to seriously mentally disordered inmates and provides a continuum of inpatient care from a contractual relationship with the Department of Mental Health (DMH) for acute, intermediate and a short-term crisis inpatient care program within CDCR institutions.  Outpatient care is provided in an array of treatment levels and modalities including a day treatment program and an outpatient clinic LOC.

This FL is modeled after the Dental and Medical Programs FLs.  For instance, each has established Statewide Program Directors and each has a similar Quality Management Program.

In order to ensure timely, coordinated and consistent statewide, evidence-based, quality care in the most efficient and cost effective manner possible, CDCR is requesting the following critical positions to oversee the DCHCS, Mental Health Program and the accompanied administrative, programmatic, analytical, and clerical support:

### 1.0 Statewide Mental Health Program Director (SWMHPD)

27

The Statewide Mental Health Program Director (SWMHPD) will oversee all areas of the Department's Mental Health Program and be responsible for administering the critical mental health program for a population of nearly 170,000 inmates with over 31,000 inmates-patients enrolled in the MHSDS for serious/major mental illnesses. Over 5,000 of those enrolled are considered high risk and are either in residential or other in-patient treatment settings. Over 25,000 inmate-patients are receiving psychotropic medications every day.

The SWMHPD will be responsible for the standardized statewide program development, planning and implementation; overall supervision and administration/management of the MHSDS in the field and the Statewide Mental Health Program at Headquarters; compliance with existing laws, regulations and court orders; the provision of subject matter expertise to nationwide advisory committees and mental health professional organizations and allied groups, provider organizations, and other public and private agencies; representation for the Department on issues regarding mental health before the Legislature, other state departments, federal and local governmental agencies, department staff, and community groups. A psychiatrist must hold this position as these duties are already mandated by the Department of Personnel Administration's (DPA) job specifications for a Chief Psychiatrist at the Headquarters' level, and because this specialty has the broadest area of expertise of any mental health provider classification (see Attachment 24 for detailed task list).

### 1.0 Health Program Manager II (HPM II) (Need to talk about upgrade)

The HPS II will provide the SWMHPD with administrative programmatic support and may represent the Director at meetings with local, state, federal and private jurisdictions. The HPS II will also provide subject matter expertise in assisting the SWMHPD in managing, planning, implementing, monitoring and evaluating the complex and sensitive statewide Mental Health Program, as well as interacting with staff and stakeholders both within and outside of CDCR (see Attachment 24 for detailed task list).

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the SWMHPD and HPS II on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 24 for detailed task list).

### 1.0 Executive Secretary I (ES I)

The ES I will provide complex and sensitive administrative secretarial support to the SWMHPD. This position will be communicating and interacting with all levels of personnel within and outside of CDCR (see Attachment 24 for detailed task list).

### 1.0 Office Technician – Typing (OT)
The OT will provide clerical support for the SWMHPD and HPS II; draft and review sensitive and confidential documents; track assignments, and do other duties as required (see Attachment 24 for detailed task list).

28

## PSYCHIATRY SERVICES BRANCH (PSB)

The PSB, which is supervised by a Chief Psychiatrist, is responsible for ensuring statewide implementation of the psychiatric components of mental health policies and procedures and provides subject matter expertise on the delivery of psychiatric services in CDCR. This Unit is comprised of two Sections: QMAP Section and the Tele-Psychiatry Section. The Chief Psychiatrist reviews and certifies all Mentally Disordered Offender (MDO) reports as required by law. The Chief Psychiatrist, with assistance from the Senior Psychiatrist Supervisor in the Tele-Psychiatry Unit, participates in developing, updating and approving all MHSDS Program Guidelines impacted by psychiatric services including, but not limited to, the following areas: medication management; delivery of psychiatric services; peer review; all aspects of inpatient treatment, *Keyhea* processes (involuntary medication), and Heat Plan procedures and protocols. They also provide subject matter expertise for the Mental Health Program Subcommittee (MHSubC), Suicide Prevention and Response Focused Improvement Team (SPRFIT), Emergency Review/Death Review Subcommittee (ER/DR), Pharmacy and Medication Management Subcommittee (P&MM), Professional Practice Executive Committee (PPEC), and other meetings and projects as assigned (see ███████ for detailed task list).

## Quality Management Assistance Program (QMAP) Section

The Senior Psychiatrist (Specialist) in the QMAP Section reports directly to the Chief Psychiatrist and is part of the QMAT under the RMHD in the COB.

Please see COB, QMAP Unit, for requested positions

███ Tele-Psychiatry Section ███





### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will provide analytic support to Tele-Psychiatry Section including analyzing trends and projections for determining services required; confidential information regarding report status and conclusions; analyze Keyhea and Heat Plan information; ensure that Program Guide timelines are met; draft management reports from tracked data and other documents; perform supporting research; and manage reporting requirements (see ███████ for detailed task list).

### 1.0 Office Technician – Typing (OT)

29

The Office Technician will provide complex and sensitive clerical support; input and track confidential information regarding report status and conclusions, including Keyhea and Heat Plan data; ensure that timelines are tracked; type and format management reports and other documents including letters and memoranda; perform supporting tasks such as timekeeping, ordering and maintaining supplies, and scheduling (see Attachment 24 for detailed task list).

## PROJECT MANAGEMENT UNIT

The Project Management Unit is responsible for the management of the Mental Health Program's compliance with the mandates of the *Coleman* federal court, oversight of project plans, facilitates the department's mental health bed planning, and ensures the DCHCS Strategic Plan is consistent with the departmental goals and objectives relating to mental health.

The Project Management Unit currently is administered by the Project Director (CEA I) who reports directly to the Statewide Director of Mental Health. The Project Director acts as the Program's liaison to the court, the court's Special Master and the Attorney General's office.

DCHCS is requesting the following analytical and clerical support positions for the Project Director:

### 3.0 Staff Services Analyst/Associate Governmental Program Analyst (SSA/AGPA)

The SSA/AGPA will provide analytic support to evaluate confidential information, reports, status and conclusions, and ensure that timelines are met by projecting report requirements; draft management reports from tracked data and other documents; perform supporting research; and manage reporting requirements (see Attachment 24 for detailed task list).

### 1.0 Office Technician (OT)

The OT will provide clerical support for the Project Director; draft and review sensitive and confidential documents; submit reports and updates; make travel arrangements and process time sheets and travel claims; and do other duties as assigned (see Attachment 24 for detailed task list).

## CLINICAL OPERATIONS BRANCH (COB)

The COB of the Mental Health Program is responsible for ensuring that the CDCR policies and procedures for the delivery of mental health services are implemented and complied with in a standardized and uniform manner. This fosters both the deliverance of quality, cost-efficient and effective health care and diligent risk management. There are three Units of this branch of the Mental Health Program:

1. Quality Management Assistance Program (QMAP)
2. Centralized Clinical Case Management (CCCM)
3. Utilization Management (UM)

30

01066

The Chief, COB – Career Executive Assignment (CEA), will report directly to the SWMHPD and be responsible for clinical and administrative management and oversight of the statewide QMAP, the CCCM Unit, and the UM Unit.

DCHCS is requesting the following critical positions to oversee the Branch and to provide direct administrative, programmatic, analytical and clerical support to the Chief, COB:

### 1.0 Chief, Clinical Operations Branch (CEA)

The Chief, COB, will provide clinical, administrative and management oversight of the statewide multi-disciplinary QMAP, the CCCMU and the UM UNIT. The position requires a clinical psychologist with extensive knowledge and experience with the provision of mental health services in a correctional environment. This psychologist will supervise three Regional Mental Health Directors (RMHD). The regional directors will need to be Chief Psychologists who are experienced in managing correctional mental health programs. These Chief Psychologists will have direct supervisory responsibilities over Senior Psychologist (Specialist), and have indirect supervisory responsibilities for other QMAP team members, including facility captains and psychiatrists, and the nurses in the UM UNIT. Therefore, the Chief of Clinical Operations position is requested as a CEA in order to allow for this ultimate reporting structure (see Attachment 24 for detailed task list).

### 1.0 Health Program Specialist I (HPS I)

The HPS I will provide the Chief, COB, with analytical and programmatic support and will be the subject matter expert in planning, implementation, monitoring and evaluating the MHSDS. This position will interact with staff and stakeholders both within and outside of CDCR (see Attachment 24 for detailed task list).

### 1.0 Secretary

The Secretary will provide administrative secretarial support to the Chief, COB. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 24 for detailed task list).

### 1.0 Office Technician – Typing (OT)

The OT will provide clerical support to the Chief, COB and the HPS I, draft and review sensitive and confidential documents, track assignments, and other duties as set forth in Attachment 24.

### Quality Management Assistance Program (QMAP)

QMAP provides programmatic quality assurance/assistance by sending multidisciplinary Quality Management Assistance teams (QMAT) to the 33 CDCR institutions. These teams are composed of custody, health care, and analytical staff, from both headquarters and the regional offices. The teams monitor performance with audits, assessments, and analysis of the data collected. Issues addressed include, but are not limited to:

31

- Access to care, including specialized care such as that provided in an inpatient setting;
- Completeness and appropriateness of patient health records;
- Custody records and processes for determining classification status and rules-violations reports with consideration of mental health status;
- Custody escorting procedures;
- Medication or "pill" lines;
- Seclusion and restraint practices;
- Mental health rounding in the lock-up and condemned units;
- Appropriate staffing and vacancies; and
- The presence of an institutional quality assurance program.

Management reports are then generated which result in corrective action plans and/or resource requests. Traditionally, the DCHCS Mental Health Program's QMAP efforts have consisted of a single two-to-five member team tasked with monitoring the entire State of California prison system. The Federal Court has also been providing its own quality assurance monitoring via a team of nationally renowned experts (psychiatrists, psychologists, social workers, and attorneys) serving the *Coleman* Special Master Michael Keating. The cost to the State of California for this Federal monitoring has, to date, exceeded $29 million. Monitoring rounds occur twice a year on average, and typically result in a several-hundred page report detailing the deficiencies with each institution. Special Master Keating has long held that the CDCR needs to demonstrate that it can manage itself, i.e., identify problems and develop and implement corrective action plans. The staffing and implementation of this requested QMAP Unit will supplant the need for Federal monitoring and will allow CDCR to administer and manage a quality mental health care system. Failure to implement QMAP will result in continued and costly litigation and monitoring, continued deliverance of inadequate and insufficient mental health care, and continued violation of constitutional mandates (see Attachment 17 for workload data).

The Mental Health QMAP is modeled on the already-approved QMAP structure for the Medical Program under *Plata*. Each QMAP region will have two QMAT teams assigned to each of the three regions (North, Central and South), with each team assigned to five or six institutions within its region. Each QMAT team consists of a Senior Psychologist (Specialist), a Senior Psychiatrist (Specialist), a Nurse Consultant Program Reviewer (NCPR), a Sr. LPT, a Facility Captain, and a Retired Annuitant (RA) (formerly a Warden or Chief Deputy Warden). The need for each classification is explained below.

The *Coleman* court's experts monitor each prison twice a year and only conduct audits and assessments and report their findings to CDCR. CDCR intends to have each prison monitored on a monthly basis. The regional teams of the QMAP will monitor and assess, but also develop corrective action plans, and recommend improvements to local operating procedures towards greater efficiencies utilizing existing resources. If necessary, QMAT teams will assist the institution in seeking adjustments to its resources. Providing assistance with this degree of frequency will help the institutions to improve their Mental Health Services Delivery System faster after years of stagnation. It will also help to maintain programmatic gains and/or to identify needed restructuring or enhancements in a more responsive fashion. All of this ultimately benefits the health and well being of inmate-patients.

32

Under the direction of the Chief of COB, each regional QMAT team will be supervised by a RMHD and perform the above duties. The team will also collaborate with the institution's executive staff to effectively achieve compliance and provide proof of practice to the appropriate stakeholders.

The team members must be knowledgeable and experienced in their areas of expertise to be effective and to be acknowledged by the prison's executive team as a valuable ally.

In order to fulfill the court mandate, replace the *Coleman* Special Master's monitoring team, and provide quality mental health care, DCHCS is requesting the following critical positions to provide direct managerial, administrative, programmatic, analytical and clerical support to the QMAP Unit:

### 3.0 Regional Mental Health Director (RMHD), Chief Psychologist

Each regional multi-disciplinary QMAT team will be under the supervision of a RMHD. In the institutions, the Chief Psychologists serve as the mental health programmatic managers and supervise the largest number of mental health workers. Therefore, this classification is the best suited for the role of RMHD. This position will provide regional clinical and administrative management; oversight for institutional reviews and reports of statewide mental health policy and program implementation; leadership and monitoring of QMAT functions and work product, including management reports; high-level and complex clinical case consultations; and serve as the DMH liaison for QMAP (see Attachment 24 for detailed task list).

### 6.0 Senior Psychologist (Specialist)

The Senior Psychologist Specialists on each QMAT team will report directly to the RMHD and function as the team leader. Senior Psychologist is the classification utilized in the institutions to provide supervision and leadership for the specific programs areas; therefore, this classification is the most qualified to coordinate the QMAT teams that will assist the prison programs. The QMAT Senior Psychologist (Specialist) will coordinate QMAT processes, including monthly visits to each institution with the assigned Regional Administrators, as well as other team members; maintain, track and monitor timely and adequate institutional completion of recommended Quality Improvement Plan (QIP) plans; reports institutional status on compliance issues and remedial actions; and function as the critical assessment/assistance link between institutional and Headquarters' Quality Management Systems (see Attachment 24 for detailed task list).

### 6.0 Senior Psychiatrist (Specialist)

As part of each QMAT team, the Senior Psychiatrist (Specialist), although directly reporting to the Chief Psychiatrist in the PSB, will be indirectly reporting to the RMHD. These psychiatrists function as subject matter experts on matters such as the diagnosis and treatment of psychiatric conditions; co-morbid medical conditions and treatments; psychopharmacology strategies and administration; involuntary medication orders ("*Keyhea*"); appropriate medical documentation; restraint and seclusion medical processes; psychiatrist administered suicide risk assessments, and peer review functions such as pattern of practice investigations (see Attachment 24 for detailed task list).

33

## 6.0 Nurse Consultant, Program Review (NCPR)

As part of the QMAT team, the NCPR indirectly reports to the Nurse Consultant, Program Review Lead (NCPRL) (i.e., regional team leader) and the RMHD and directly to the Regional Director of Nursing (RDN). The NCPR will provide nursing expertise and clinical oversight in ensuring compliance with MHSDS Program Guide and will report institutional status and issues regarding nursing processes and progress on a regular basis to the RMHD. Processes include issues such as nursing administered suicide risk assessments; medication administration procedures; seclusion and restraint procedures, nursing peer review such as pattern of practice investigations, and IDTT participation (see Attachment 2 for detailed task list).

## 6.0 Senior Licensed Psychiatric Technician (Sr. LPT)

As part of the QMAT team, the Sr. LPT indirectly reports to the NCPRL (i.e., regional team leader) and the RMHD and directly to the RDN. The Sr. LPT will provide subject matter expertise in regards to the institutional LPT activities such as mental health rounding on inmates in the lock-up and condemned units; conducting quality and substantive group therapies and activities; collecting and reporting of objective observations about signs and symptoms of mental illness; appropriate medical documentation; one-to-one suicide observation; and distributing medications. Traditionally, these functions have been in significant non-compliance and with questionable proof-of-practice, leading to threats of contempt of court citations. The Sr. LPT will also be responsible for generating management reports on the status of institutional compliance with MHSDS policies and procedures, and on other significant issues and concerns (see Attachment 2 for detailed task list).

## 5.0 Facility Captain (FC)

As part of the QMAT team, the FC, will indirectly report to the RMHD and directly to the Regional Correctional Administrator (RCA). The QMAP facility captains will be responsible for providing regional assistance and support to institution staff in the implementation of the MHSDS Program Guide. The FC will serve as the liaison between institutional custody supervisors and institutional medical staff. These Captains audit custody processes such as records and processes for determining classification status and rules-violations reports with consideration of mental health status; escorting procedures; use of force procedures; IDTT participation; seclusion, restraint and suicide watch custodial procedures; annual mental health training for custody staff; and the provision of access to health care. Audit results and process observations are developed in monthly management reports that are (see Attachment 2 for detailed task list).

## 2.0 Retired Annuitant (RA)

As part of the QMAT team, the RA, who are either retired Wardens or Chief Deputy Wardens, will indirectly report to the RMHD and directly to the RCA. DCHCS has utilized 4 RA's over the last several years. These retired wardens have been very effective in their roles given their ability to gain direct access to the institution's Warden, Chief Deputy Warden, and Associate Warden of Health Care. These four existing RA Wardens have years of experience with monitoring of the *Coleman* lawsuit and have earned considerable respect with the Special Master and the Court's monitors. DCHCS seeks to augment this

34

model with the addition of 2 more RA's for a total of 6, one for each QMAP team. This will allow them to provide statewide coverage for QMAP monitoring, and takes into consideration their limited (half-time) availability.

As part of the QMAT team, the RA interface with the top custody leadership at the prisons, reporting to those wardens the audit results in real time and jointly developing fast and effective solutions. They provide assistance in developing requests for resource adjustments when needed, and they develop monthly management reports for each institution's custodial processes and procedures (see Attachment 21 for detailed task list).

### 3.0 Health Program Manager II (HPM II)

The HPM II will plan, organize and direct the work of the HPS I, AHPAs, Secretary, and OT in support of the Regional QMAT team (see Attachment 21 for detailed task list).

### 3.0 Health Program Specialist I (HPS I)

The HPS I will provide the RMHD with administrative and programmatic support. The HPS I will act as a subject matter expert and assist in the planning, implementation, monitoring and evaluating the Mental Health Program and interacting with staff and stakeholders both within and outside of CDCR (see Attachment 21 for detailed task list).

### 6.0 Associate Health Program Adviser (AHPA)

The AHPA will provide analytic support to evaluate confidential information, reports, status and conclusions, and ensure that timelines are met by projecting report requirements; draft management reports from tracked data and other documents; perform supporting research; and manage reporting requirements (see Attachment 21 for detailed task list).

### 3.0 Secretary

The Secretary will provide administrative secretarial support to the RMHD. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 21 for detailed task list).

### 3.0 Office Technician – Typing (OT)

The OT will provide clerical support for the RMHD, HPM II and HPS I; draft and review sensitive and confidential documents; submit QIP and other reports and updates to DCHCS Headquarters; make travel arrangements and process time sheets and travel claims for clinicians in the regions; and do other duties as assigned (see Attachment 21 for detailed task list).

### Centralized Clinical Case Management (CCCM) Unit

The CCCM Unit has statewide responsibility for four separate task systems: Suicide Reviews, Inmate-Patient Urgent Responses, Centralized Clinical Assessment Team (CCAT) and DMH Coordination.

01071

This Unit reviews suicide reports, ensures they are completed in a timely manner, reviews the reports generated for quality and soundness of recommendations and then facilitates the reports' movement through the Headquarters review and approval process, while tracking the status. The Unit receives notices from plaintiff attorneys or family members that requiring an urgent response and ensures patients are seen within the DCHCS policy guidelines and that this response is tracked accordingly. The Unit serves as an appellate level for the resolution of clinical disagreements between CDCR DCHCS Mental Health Program and the DMH in regards to the need and appropriate placement of CDCR inmates in the inpatient beds managed by DMH. To resolve these appeals CCCM Unit personnel must locate and retrieve records and information from professional personnel throughout the state and attend meetings of field and clinical professionals, managers and administrators from both departments. The Unit recommends corrective actions and/or adverse action to the Chief of Clinical Operations when CDCR field staff consistently mismanages referrals to higher levels of care settings, the consequence of which result in delayed access to critical care – another ongoing serious issue that the Federal Court monitors have with CDCR's MHSDS. The Unit also tracks and analyzes patterns of DMH referrals and acceptances/rejections and prepares reports concerning these analyses for DCHCS and the courts.

DCHCS currently has a Senior Psychologist (Specialist) who supervises the Unit and is requesting the following positions to provide direct analytical, programmatic, and clerical support to the CCCM Unit:

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA is responsible for analysis of the data and development of management reports for the Mental Health Program, DCHCS, Division of Adult Institutions (DAI), and the courts in the areas of: suicide review reports; general recommendations; timelines for compliance; Corrective Action Plans; timelines and other factors impacting urgent responses; a broad range of information regarding DMH referrals, acceptances, denials, appeals, utilization management of inpatient beds and other statistics regarding these processes; as well as other projects as assigned (see Attachment 24 for detailed task list).

### 1.0 Office Technician – Typing (OT)

The OT will provide clerical support for the Senior Psychologist; draft and review sensitive and confidential documents; establish CCAT calls and track and document responses; maintain up-to-date phone lists for all critical contacts in the prison programs/regions to facilitate urgent response; enter or log information regarding the Units responsibilities; and do other duties as assigned (see Attachment 24 for detailed task list).

### Utilization Management (UM) Unit

The UM Unit provides RNs who work full-time and on-site in the DMH facilities and programs designated for the CDCR population via an inter-agency agreement.

The RNs in the UM Unit perform bed use review and management for every CDCR mental health patient being cared for in DMH beds. There are eight such programs/facilities:

36

1. Atascadero State Hospital (ASH)
2. Patton State Hospital _(PSH)
3. Metropolitan State Hospital (MSH)
4. Coalinga State Hospital (CSH)
5. Vacaville programs (3) housed within the walls of the CMF:
   - Acute Psychiatric Program
   - Day Treatment Program
   - Intermediate Care Facility
6. Napa State Hospital (NSH)
7. Salinas Valley Psychiatric Program (SVPP) housed with the walls of SVSP
8. SAC inpatient program

CDCR UM nurses have proved critical in ensuring CDCR inmate/patients at DMH facilities receive quality care while simultaneously managing this vital and limited resource to provide the most effective and efficient utilization. In the absence of this function, CDCR has discovered on occasion that DMH clinical staffs have retained inmate-patients in hospital inpatient beds far beyond clinical necessity, thereby preventing other patients with acute needs from accessing those beds.

DCHCS currently has two registered nurse positions: one who is responsible for the CMF *and* NSHI, and one who is responsible for ASH. CMF and NSH are covered by a single RN due to the limited number of allocated beds at Napa reserved for parolees, and Napa's proximity to CMF.

DCHCS is requesting the following four RN positions to cover the remaining four facilities: one for MSH and PSH, which can be covered by a single RN due to the limited number of applicable beds at PSH (reserved for the female population) and its proximity to MSH (reserved for parolees); one for CSH; one for SVPP, and one for SAC.

### 4.0 Nursing Consultant, Program Review (NCPR)

As part of the QMAT team, the NCPR indirectly reports to the NCPRL (i.e., regional team leader) and reports directly to the RDN. The UM nurses serve as the CDCR's Mental Health Program's liaison with the DMH facilities and participate in patient treatment teams/planning. They audit clinical documentation and ensure discharge summaries and records are provided to the receiving CDCR institution. They monitor inpatient-days to ensure that the inmate-patient's length of stay is appropriate. They develop management reports for DMH and CDCR, and do other duties as assigned (see ▆▆▆▆▆▆▆▆ for detailed task list).

### CLINICAL POLICY & PROGRAM DEVELOPMENT AND CLINICAL EVALUATIONS (CPPD&CE) Branch

The CPPD&CE Branch of the Mental Health Program is responsible for developing policies and programs for the delivery of mental health services, and the performance of clinical evaluations for psychological testing and forensic purposes. This branch consists of the Clinical Policy and Program Development (CP&PD) Unit and the Psychological Testing and Forensic Evaluations (PT&FE) Unit.

01073

DCHCS is requesting the following positions to oversee the branch and provide direct administrative, programmatic, secretarial and clerical support to the Chief, CP&PB:

## 1.0 Chief, Clinical Policy and Programs Branch (CP&PB) - (CEA)

The Chief, CP&PB, will provide clinical and administrative leadership and oversight of the CP&PD Unit and the PT&FE Unit. The position requires a clinical psychologist (see Attachment 24 for detailed task list).

## 1.0 Health Program Specialist I (HPS I)

The HPS I will provide the Chief, CP&PB, with administrative and programmatic support and produce coordinated management reports from analyzed data submitted from branch AHPAs. The HPS I will also act as a subject matter expert assisting the Chief, CP&PB, in planning, implementing, monitoring and evaluating the mental health program and interacting with staff and stakeholders both within and outside of CDCR (see Attachment 24 for detailed task list).

## 1.0 Secretary

The Secretary will provide administrative secretarial support to the Chief, CP&PB. This position will handle sensitive, complex and confidential materials and will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 24 for detailed task list).

## 1.0 Office Technician – Typing (OT)

The OT position will provide clerical support for the Chief, CP&PB the HPS I; draft and review sensitive and confidential documents; and perform other duties as required (see Attachment 24 for detailed task list).

## Clinical Policy and Program Development (CP&PD) Unit

The CP&PD Unit develops and updates all mental health policies and procedures, including the federal court mandated Mental Health Program Guide and updates. The Unit is responsible for guiding policy changes through the review and approval process; developing and implementing training for new and revised policies and procedures; planning and developing mental health programs to address specific therapeutic needs and procedures; curriculum development and review; staff development and training; mental health patient care tracking; suicide prevention and response; and the legislatively mandated gender and culturally responsive program.

DCHCS currently has the Chief Psychologist position who will oversees the 8 programmatic areas, and five Senior Psychologist Specialists necessary for the Suicide Prevention, Training, Bed Management and Planning, Mental Health Compliance Management, and Professional Recruitment and Development Sections.

DCHCS is requesting the following positions to provide administrative, programmatic, analytical, and clerical support for the Unit Chief:

38

### 1.0 Senior Psychologist Specialist

One Senior Psychologist (Specialist) will be directly responsible for each of the Sections below. DCHCS is requesting one in order to fill the Little ▓▓▓▓ Commission's recommendation that the Department address gender responsive medical and mental health care. The Sr. Psychologist (Specialist) position is required due to the clinical complexity of this Section. Requirements for this position include a detailed understanding of clinical practice in CDCR institutions and the ability to develop and implement new policies and procedures related to clinical care. This Section is responsible for ensuring that the impact of gender and cultural issues are appropriately considered in all mental health policy development and implementation. Pursuant to ▓▓▓▓▓▓▓▓▓▓▓▓▓, mental health subject matter expertise will be utilized, in conjunction with staff serving as consultants, in the development and implementation of CDCR policies (e.g., Prison Rape Elimination Act; Sex Offender Treatment; Racial Integration Policy). CDCR has the responsibility to evaluate all current programs, policies, procedures, and planning efforts to ensure gender equity, and the impact of race, ethnicity, language, sexual orientation, age, and other cultural factors in the development of new mental health policies and procedures. This program is critical in meeting constitutionally adequate mental health care to female inmates and inmates of all cultures and the diverse inmate population (see ▓▓▓▓▓▓▓▓▓▓ for detailed task list).

### 1.0 Licensed Psychiatric Social Worker (LPSW)

This Unit is responsible for system-wide standardization of mental health policies and procedures, including local operating procedures at institutions, and updates to the mandated MHSDS Program Guide. This Section provides subject matter expertise to the QMAT teams, field staff, and other stakeholders regarding current mental health policies and procedures. Without funding, statewide, standardized mental health policies and procedures cannot be adequately developed and implemented. This position requires an experienced "Case Manager" (clinical psychologist or social worker in the CDCR system) familiar with correctional mental health treatment systems. It is important to have the LPSW profession represented at the DCHCS level to serve as a subject matter expert that will provide consultation with all employee policies and labor relations issues that specifically affect LPSWs in the CDCR system (see ▓▓▓▓▓▓▓▓▓▓ for detailed task list).

### 1.0 Senior Licensed Psychiatric Technician (Sr. LPT)

The Group Therapy Curriculum Development Section is responsible for researching best practices in providing group therapy in a correctional setting, developing and implementing a standardized statewide curriculum, and developing standardized training for LPTs who facilitate group therapy. Group therapy is required for all inmate-patients placed at EOP LOC and for a portion of inmates treated in the CCCMS program.

Group therapy is an ongoing requirement and an integral part of mental health treatment. Without funding, group therapy will not be standardized and will not adhere to best practice guidelines. This position requires an experienced Senior Licensed Psychiatric Technician familiar with correctional mental health treatment systems. It is important to have the LPT profession represented at the DCHCS level to serve as a subject matter

39

expert that will provide consultation with all employee policies and labor relations issues that specifically affect LPTs in the CDCR system (see [Attachment 2] for detailed task list).

## 1.0 Health Program Specialist I (HPS I)

The HPS I provides analytic support to the Chief Psychologist, P&PD Unit Produces coordinated management reports from analyzed data submitted from branch AHPAs. Acts as a subject matter expert assisting the Chief Psychologist, P&PD Unit in planning, implementation, monitoring and evaluating Unit responsibilities and interacting with staff and stakeholders both within and outside of CDCR (see [Attachment 2] for detailed task list).

## 1.0 Research Analyst II (Social/Behavioral)

The Research Analyst II with a Social and Behavioral specialization will perform technical research and statistical work. The term research as applied to this class series is defined as systematic, critical, intensive investigation directed toward either a more comprehensive knowledge of the subject or for use in the resolution of program related issues. This position will gather, compile, edit, and interpret quantitative data for the Mental Health Program and will develop, implement, and monitor systems and procedures to assemble and structure the necessary data; perform a variety of tasks including the more independent, responsible, varied and complex technical research and statistical work; provide consultative advice to various governmental entities and agencies, and act as a lead person. The work is characterized by independent development and employment of research methodology and techniques; and the designing and implementation of research projects, which usually involves investigation into areas where precedents are lacking or where only a sparse body of knowledge or experience in the area exists.

This position will perform research and statistical studies involving individual and social aspects of human behavior. The study conclusions are utilized for test construction, program planning, and implementation in mental health care, vocational rehabilitation, delinquency, and criminal behavior. This position will have lead responsibilities, work on multidisciplinary teams and have primary responsibility for a major project or activity (see [Attachment 2] for detailed task list).

## 4.0 Associate Health Program Adviser (AHPA)

The AHPA will provide analytic support to evaluate confidential information, reports, status and conclusions, and ensure that timelines are met by projecting report requirements; draft management reports from tracked data and other documents; perform supporting research; and manage reporting requirements to the Senior Psychologist (Specialist), PSW, and Sr. LPT in the respective areas. Each AHPA will service two areas.

In the Suicide *Prevention Section*, this position will monitor and analyze suicide incidents, suicide death reviews, and the corrective action plans and status. The attendant analysis will be utilized to compose various mandated reports. This same position will, in the *Group Therapy Curriculum Planning & Development Section,* assist in the development and research of group therapy curriculum in accordance with community standards and best-practices (see [Attachment 2] for detailed task list).

40

In the *Training Section*, this position will monitor, analyze, and assist in the design and development of staff training content, identify new training needs, monitor outcomes, and suggest improvements. These duties will pertain to the training delivered to both the institutional staffs and the new officer training at the Corrections Training Academy at Galt, California. This same position will, in the *Program Guide Section*, assist in the design and development of structured policies and procedures for the MHSDS; create adaptations of the periodic amending memoranda - which add, delete, or subtract policy mandates - into the annual Program Guide revision process; maintain document control over the Program Guides; and generate the required reports of such changes for submission to the Federal Court, plaintiff's attorneys, other relevant Departmental Divisions, other State Departments, and other relevant stakeholders (see Attachment 21 for detailed task list).

In the *Bed Management & Planning Section*, this position will assist DCHCS and the Facilities Management and DAI in the analysis of trends and projections for non-licensed and licensed mental health beds, including but not limited to: CCCMS, EOP, PSU, Day Treatment, MH-OHUs, MHCBs, and Intermediate and Acute Care DMH-operated programs. This position will also monitor and analyze both staff and treatment space needs at the institutional and headquarter levels. This same position will, in the *Professional Recruitment & Development Section*, monitor and analyze inmate-patient population projections for the purpose of submitting semi-annual requests for prevalence-mix, or "Prev-Mix" staffing allocations tied to the population growth. The position will also manage the paperwork related to the allocations and establishments of the Prev-Mix positions, ensuring that each institution receives and processes what it is entitled to programmatically. This position will also assist in the design and development of professional recruitment activities/strategies, as well as professional continuing medical education opportunities required for staff to renew their licenses (see Attachment 21 for detailed task list).

In the *Mental Health Compliance Management Section*, this position will assist in the design and development of forms, reports, and user-friendly computer interfaces for psychiatrists and clinicians to track all mental health program data. Such data includes scheduling appointments for treatment sessions, medication monitoring, and Interdisciplinary Treatment Team meetings. The data will be collected at headquarters from each institution and its respective QMAP team on a monthly basis for synthesis and compilation, production of corrective action plans, and generation of management reports based on compliance with key and critical indicators. Analysis of negative trends will be identified and submitted to the Branch Chief for consideration of corrective or adverse action by the Regional Mental Health Directors. This same position will, in the *Gender & Culturally Responsive Programs Section,* assist in the design and development of programs tailored to the female and other culturally unique populations (see Attachment 21 for detailed task list).

## 1.0 Secretary

The Secretary position will provide administrative secretarial support to the Chief Psychologist, CP&PD Unit. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 21 for detailed task list).

41

01077

## 5.0 Office Technician – Typing (OT)

Clerical support to the Chief Psychologist and Senior Psychologist (Specialist), PSW, and Sr. LPT including typing (extensive policy drafts), filing, memoranda and letter generation, faxing, phone support, requests to the field, organization of information returned from the field, data entry, supplies and equipment ordering for the Unit, scheduling and timekeeping for the branch, meeting scheduling, agendas, minutes, location etc for the Unit (see Attachment 24 for detailed task list).

## Psychological Testing & Forensic Evaluations (PT&FE) Unit

The PT&FE Unit consists of two Sections. One is the *Psychological Testing Section,* which administers batteries of psychological tests for diagnostic clarification when clinically indicated. This occurs in the institution and will replace the current strategy of sending inmates to DMH inpatient beds for the same type of testing, which will in effect reserve those beds for purely clinical treatment and, thereby, reduce waiting lists for these limited and expensive resources (see Attachments 18 and 19 for workload data).

The other is the *Forensic Evaluation Section,* which conducts legally mandated forensic evaluations and generates reports for submission to the courts or Board of Prison Terms (BPT). The Unit performs Mentally Disordered Offender (MDO) evaluations and reports. The current pool of clinical psychologists in this Section only perform MDO evaluations and the *institutional* line staff, who deliver clinical treatment, bear the unfunded burden of producing BPT and other forensic reports. This has consistently and negatively impacted the staff's ability to deliver routine/basic (and *Coleman* mandated) treatment. The augmentation being requested for this Forensic Evaluation Section will allow *regional* clinical psychologists to assume responsibility for BPT reports, cases when a judge needs a psychological assessment to help decide if the convict is suitable for probation, Penal Code 7301 cases regarding DMH inmates that are so violent as to need housing in the state prison system, and the Penal Code 1370s reports, or "not guilty by reason of insanity".

Demands on mental treatment staff time have reached crisis proportions, resulting in parole hearings being delayed and a growing backlog of over 4,000 BPT reports. Eleventh hour requests for MDO evaluations and reports are commonplace, frequently requiring last minute, late night travel to complete evaluations and reports within statutorily mandated timelines to avoid release of mentally disordered violent offenders to the streets. Each Section of this Unit will have three regions (North, Central, and South), each of which will be responsible for the institutions within its region and for backing up the others as appropriate.

DCHCS currently has the Chief Psychologist position who oversees the 2 Sections, 4 Senior Psychologist (Supervisor) - 3 for the Forensic Evaluations Section, and 1 for the Psychological Testing Section, 17 CPs, 1 HPS I, and 2 AHPAs.

DCHCS is requesting the following positions to provide clinical evaluations/testing, administrative, programmatic, analytical, and clerical support for the Unit:

42

### 29.25 Clinical Psychologists (CP)

An augmentation of 20.25 clinical psychologists is requested for the Forensic Evaluation Section to conduct forensic evaluations on site, at all institutions. This includes reviewing clinical and custodial records, interviewing the inmate-patients, conferring with treating staff and generating the reports (see ▊▊▊▊▊▊ for detailed task list). This includes making two 0.5 and one 0.75 CP positions whole.

An additional augmentation of nine CPs is requested for specialized administration of psychological test batteries for diagnostic clarification (see ▊▊▊▊▊▊ for detailed task list).

### 3.0 Associate Health Program Adviser (AHPA)

The AHPA will provide analytic support to evaluate confidential information, reports, status and conclusions, and ensure that timelines are met by projecting report requirements; draft management reports from tracked data and other documents; perform supporting research; and manage reporting requirements to the Regional Senior Psychologist (Supervisor) (see ▊▊▊▊▊▊ for detailed task list).

### 1.0 Secretary

The Secretary position will provide administrative secretarial support to the Chief Psychologist, PT&FE Unit. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see ▊▊▊▊▊▊ for detailed task list).

43

01079

# Psychiatry Vacancy Rate Reduction Strategies

~~~~~~~~~~~~~~~~~~~

# PSYCHIATRIST
# JOB CLASSIFICATION SERIES

01080

## SECTION III. PSYCHIATRY VACANCY RATE REDUCTION STRATEGIES

CDCR is experiencing a significant problem recruiting and retaining qualified mental health personnel within the system, and cannot keep pace with the increased health care demand. This shortage of mental health staff directly impacts CDCR's ability to provide quality health care services to inmates. This issue is further compounded by the *Coleman* decision, which mandates CDCR to provide an adequate level of mental health service to inmates. The implementation of the court order, which is being overseen by a special court master, requires the institutions fill the mental health related positions irrespective of salary costs. Failure to comply results in millions of dollars of added legal costs in addition to the health care costs that must be paid regardless.

CDCR's inability to attract and retain qualified mental health staff primarily stems from two reasons: (1) unattractive working conditions; and (2) an inability to compete with salaries and benefits paid by private sector and other governmental employers.

Many health care professionals will not work in a prison because:

- Prisons are inherently more dangerous to work in than most other settings. Virtually all the patients are convicted criminals, many of whom are violent and dangerous.

- Health care is the primary mission of health care facilities, while custody and security is of primary importance in an institutional setting. As viewed by clinicians, this relegates the provision of health care to a secondary role in the institution, a status most clinicians find very difficult to accept. The resulting conflict affects not only the kinds of services provided, but also the Department's ability to attract health care professionals into our employment.

- Our institutions are significantly overcrowded, resulting in a much higher workload level than health care professionals experience elsewhere.

- By their very nature, institutions are high-stress environments. The living arrangements of inmates and work necessities of staff, combined with the difficult nature of inmates and the overcrowding make correctional facilities one of the most stressful work environments in our society.

- Correctional institutions have a poor clinical image. To the clinician, they are seen as undesirable treatment environments.

- Institutions are highly litigious environments. Inmates, their lives already heavily immersed in the legal system, will frequently initiate lawsuits. With many clinicians' concerns about malpractice at historic highs, treating patients in this atmosphere is an unattractive prospect.

- Prisons lack professional affiliations for clinicians. They do not maintain contacts or associations with universities, medical research centers or professional societies, since the role of prisons does not normally touch on such organizations. This creates a framework of professional aridity within which prisons clinicians must function.

01081

- The remote locations of many prisons deter clinicians because of professional and cultural isolation. Many locations present not only uncomfortable climates but considerable physical remoteness from the resources and amenities of the State's urban centers. These rural areas also lack the professional association and collegiality so common within clinical and professional communities in urban-suburban locations. Such professional community contacts are very significant to clinicians and professionals, and the lack of such contacts strongly discourages them from moving to any remote location, whether to work in a prison or somewhere else.

Although the State's current benefit package outweighs most offered by the private sector, the compensation currently offered by CDCR is simply not competitive with other employers. This, combined with the unique working environment in a correctional facility, provides no incentive for a health care professional to seek employment in an institution.

## RECRUITMENT & RETENTION (R&R) EFFORTS

The Office of Workforce Planning and Recruitment (OWPR) have conducted extensive recruitment efforts to attract potential applicants to the Department. Efforts included reviewing other methods of successful recruitment from PBSP and the DMH; researching the possibility of utilizing the Federal Loan Repayment Program; researching the possibility of using H1 and J1 Visa candidates; improving advertisements; providing one-on-one direction to institution personnel offices; creating a Psychiatrist/Psychologist Strike Team; advertising in professional manuals, websites, etc; sponsoring recruitment workshops; and working with the State Personnel Board (SPB) to establish on-line/expedited exam processes.

Despite CDCR's efforts, the vacancy rates (as of January 12, 2006) remain high as shown in Attachments 31.

The existing base salary R&R differentials for the mental health classifications, as shown on Attachment 32, are inadequate. Compensation packages paid in the private sector are generally not disclosed since they are negotiable items. However, a comparison of salaries between the State and various counties has been determined as shown on Attachments 33 and 34. Attachment 35 shows a significant salary lag between the state and private sector based on salary information obtained from the Economic Research Institute (ERI).

### HIRE-ABOVE-MINIMUM

CDCR requests **ongoing funding of $86,290, effective March 1, 2006, and $258,869 for FY 2006/07** for Hiring-Above-Minimum Authorization (HAM) to the maximum step of each salary range be applied to the Chief Psychiatrist, Senior Psychiatrist (Specialist), Senior Psychiatrist (Supervisor), and SP positions at all CDCR locations (see Attachment 36).

### RECRUITMENT AND RETENTION (R&R) DIFFERENTIAL

46

CDCR also requests that additional R&R pay differentials for the Psychiatrist classifications at all CDCR locations be approved for the amounts shown on the table below.

| Position | Proposed Pay Differential Amount |
|---|---|
| Chief Psychiatrist | $4,000 per month |
| Senior Psychiatrist (Specialist) | $3,500 per month |
| Senior Psychiatrist (Supervisor) | $3,500 per month |
| Staff Psychiatrist | $2,500 per month |

To determine the amount of the proposed R&R's the existing salary and R&R for the Chief Psychiatrist was compared to the salaries obtained from the ERI and public and private sector (Attachment 7). Increasing the R&R for the Chief Psychiatrist by $4,000 places the total salary mid-level between the ERI salary information and just under the salaries for the private sector. No salary data was available the Senior Psychiatrists classifications, therefore, the proposed amount of $3,500 was calculated by decreasing the proposed amount for the Chief Psychiatrist by approximately 10 percent. The proposed amount for SP was decreased incrementally as well to $2,500.

By increasing the R&R's for these positions, CDCR will be more successful in drawing qualified individuals. Additional R&R's will encourage retention of current incumbents and serve to attract new employees. CDCR requests that all of the R&R's become **effective March 1, 2006**. Also, CDCR requests consideration is given to increasing pay differentials for other State agencies, which may be impacted by this proposal.

## HUMAN RESOURCES (HR)

In order to comply with mandates, the CDCR' HR has designed a plan to provide a strategy for examination, recruitment and hiring of mental health classifications named in the *Coleman* Court Matter. The goal is to obtain qualified candidates to fill current and future vacancies for all *Coleman* mental health classifications at all institutions and Health Care Headquarters. These goals cannot be accomplished without additional resources as included herein.

The HR's Office of Workforce Planning and Selection (OWP&S) is requesting General Fund monies for the development and annual maintenance costs to administer 15 online exams hosted on the SPB's website, and seven permanent, full-time positions. The following will describe position and onsite exam and host technology needs.

### Online Exams (Interagency Agreement for development and ongoing maintenance services)

On December 1, 2005, the CDCR's RN online exam was posted on the SPB website. The online exam process is a key element to move the Department forward with adopting technology-based exam processes, which will further streamline hiring processes and allow the Department to comply with the Court Order. Candidates have immediate

47

access to testing materials and results are provided to the candidate and the Department within one hour of exam completion. As of February 1, 2006, the SP classification is being converted to an SPB on-line exam. Other classifications such as the Chief Psychiatrist, Senior Psychiatrist (Supervisor/Specialist), and other Mental Health classifications will be considered to be converted to an on-line exam process based upon the criticality of the hiring needs.

As of February 1, 2006, the following is the current outcome of the RN online exam process:

600+ RNs on the CMF eligible list
100 candidates given tentative job offers

The SPB development fee per exam is $40,000 and $18,000 for annual, ongoing maintenance. The requested amount of **$1,680,000** will cover the development fees ($600,000) and 10 years of annual maintenance ($1,080,000) effective July 1, 2006.

The following are positions needed to accomplish these efforts:

## Office of Workforce Planning and Selection (OWP&S)

### 3.0 Associate Governmental Program Analyst (AGPA)

Performs detailed analyses of classifications, identifying critical classifications and locations; prepares succession management plans, oversees implementation; and conducts statewide advertising, recruitment and hiring processes for *Coleman* designated classifications for assigned institutions. These positions will be primary liaison with the assigned institutions to conduct recruitment workshops, monitor, and work proactively to fill critical classification vacancies. Further, as newly eligible candidates are identified, this position will work with the assigned institutions on list certification and hiring processes and develop and maintain tracking systems to comply with court ordered reporting requirements concerning hiring activities and out of class assignments; analyze hiring activities and efforts; and develop corrective action plan(s).

### 2.0  Associate Personnel Analyst (APA)

Plans and develops complex examinations with program consultants ensuring job-relatedness, equal employment opportunity, management satisfaction, and cost effectiveness.   Conduct and lead validation studies for custody and non-custody classifications in addition to the identified fast-track medical classifications to be in compliance with *Coleman* court order. Develops supplemental application examinations to streamline and expedite the examination process. Provides consultation and technical assistance to departmental management and staff on selection issues.

### 2.0  Personnel Selection Technician (PST)

Performs increasingly difficult examination processing functions relating to the SPB's examination system, including on-line entry of applications, reviews applications for minimum qualifications to determine if acceptance or rejection; processes supplemental applications to ensure timely placement on eligible lists; schedules written examinations

48

and/or Qualification Appraisal Panels; meets internal and external examination component timeframes and other critical deadlines.

## 1.0  Office Assistant (OA)

Perform clerical support activities related to recruitment including preparing workshop packets, preparing and mailing recruitment packets and applications to potential candidates.

### Current Workload

Staff is responsible for conducting research and performing detailed data analysis on Department authorized positions, identifying vacancies, determining upcoming needs, documenting succession plans for positions, continually monitoring staffing needs of the Department, along with performing recruitment activities, including oversight of contracts. In addition, analytical staff is responsible for overseeing institutions recruitment and hiring to ensure critical mental healthcare and education vacant positions are filled.  Specific tasks include coordinating and participating in recruitment activities, assisting/guiding potential candidates through the examination and hiring process; providing information to applicants, making sure they are given the proper information as we guide them through the civil service process; and analyzing and overseeing advertisements for candidates.

Without appropriate staffing, only a portion of mental health care recruitment efforts can be addressed.   There will be no resources available to conduct workforce planning, succession planning, recruitment for other classes with significant vacancies.   As an example, the vacancy rate for many mental health care classes range from 50% to 65% (vacancy data as of CDCR's January 2006 *Coleman* response).  Medical, Teachers and other professional classes within CDCR have a similar vacancy rate, which also requires recruitment efforts.   There are currently insufficient resources to address all of these needs.

Staff also administer CDCR's open/promotional examinations for approximately 500 classifications (for classes other than entry level peace officers); provide job analysis/test validation for examinations; provide delegated testing oversight to the 43 youth and adult facilities throughout the state; and work in conjunction with the programs to develop a comprehensive exam plan that meets both the juvenile and adult needs to ensure critical hiring lists (i.e., education, medical, custody, plant operations, etc.) are established in a timely manner in accordance with the SPB laws and rules to provide promotional opportunities for the departments 50,000+ employees.

Without staff augmentation, the selection activities will be restricted to court mandated workload only, neglecting other major program areas within CDCR.  Other than medical classifications, the current annual exam plan includes 112 exams for a variety of classifications used throughout CDCR.    With the expedited medical exam process requiring daily scoring and manual notifications which are time intensive, the annual exam plan will be required to be significantly reduced.  Thus, the career opportunities for CDCR employees will be inhibited which will have a direct result on departmental vacancy rates.

Requesting positions become effective July 1, 2006.

49

**Office of Personnel Services (OPS)**

The OPS is requesting 4.0 full-time, permanent positions.

**1.0  Personnel Selection Technician (PST)**

Perform activities related to the expedited hiring process for *Coleman* designated classifications.   At the request of the AGPA, orders certification list(s) for medical classifications related to *Coleman*; verifies and inputs codes documented on the certification list; and upon request by a candidate, processes location changes requests, completes and performs requests for transfer of list eligibility, and reactivates candidates after being placed inactive for all adult and juvenile facilities.

**1.0  Associate Personnel Analyst (APA)**

Independently review and approve a variety of classification and compensation actions for all *Coleman*-related medical classifications.   Perform position allocation analysis for medical classes in a manner consistent with the State's classification and pay plan. Review and approve medical classification hiring packages, training and development assignments, hiring-above-minimum requests, and out-of-class requests.   The position will develop and/or prepare new or revised classification specifications and allocation guidelines for medical classifications.   At the request of management, independently conducts special projects, including salary studies and addresses increased compensation needs for medical classifications.

**1.0  Senior Personnel Specialist**

Responsible for most difficult and complex personnel/payroll and employee benefit issues. As a "staff specialist", researches critical personnel problems and recommends alternative solutions; develops and maintains specialized training programs; reviews various control agency letters, memos, and bargaining contract provisions, develops/revises internal procedures as necessary; prepares management reports, spreadsheets, and charts; drafts correspondence; functions as a team member on personnel-related projects; are coordinators for a variety of personnel/payroll programs; and may act in a lead role (i.e., training, workload, etc.) over lower level staff. Research and respond to various requests for information from both employers and employees.

**1.0  Senior Personnel Specialist**

Performs clerical support for Personnel staff assigned to the *Coleman* workload.  Types complex salary charts and position justifications; determines format and revises a wide variety of reports, compiles original correspondence, prepares monthly and quarterly reports, assist with compilation of tracking hires, and separations using a established database; enters information and responses on court ordered requests. Initiates and distributes various reports to management. Various filing, photocopying, and typing, including designing and updating forms for internal personnel use; assisting with the compilation of training material in preparation for training classes; and taking meeting notes;   maintain   reference   manuals   and   materials;   proofread   and   review   all correspondence. Ensure all outgoing correspondence packages are accurate, complete, and photocopied.

50

Current Workload

The workload currently being performed by the existing staff are tied to implementation of the reorganization in redirecting positions; filling existing vacancies; determining appropriate classifications and levels of managers and supervisors; assisting programs in the development of duty statements and position justifications; and determining eligibility of candidates in the hiring process.   Other duties consist of out-of-class review and approvals, hire above minimum approvals and other personnel related function.

This office does not have the appropriate staff to perform the additional workload required with the Court Order.  Implementing a major reorganization which will require a review of classifications used by both the juvenile and adult programs will use all existing resources. The mental health care needs require additional resources to address classification and ongoing hiring needs.

Requesting positions become effective July 1, 2006

## ADULT INSTITUTIONS (STATEWIDE)

For adult institutions, it is anticipated that permanent full-time positions will be needed as follows.

### 33.0    Office Technician –Typing (OT)

 Staff will perform clerical support activities related to the expedited hiring of *Coleman* designated classifications; ensure advertisements for medical classifications are submitted on a timely basis (both internally and externally); secure site(s) to conduct interviews; generate interview schedules; code the certification list(s) based on the results of verbal contacts made by the AGPA; generate the written request for approval to appoint the selected candidate; generate the hiring package upon receipt of approval to appoint; generate written notifications of waivers applied to those verbally contacted who decline an interview or express to that AGPA they are not interested; and maintain filing systems for historical and audit purposes for those classifications associated with *Coleman.*

Without these positions to support these activities, the existing personnel staff within each institution cannot address the court mandated hiring process for mental health care classes.   They will no longer have the time or resources to devote to perform the delegated testing functions; therefore their local programs will not be able to fill critical vacancies that are non-medical classes.

Requesting positions become effective July 1, 2006

## ANNUAL ONGOING OPERATING EXPENSE AND EQUIPMENT (OE&E)

Live Scan Equipment

51

The current process for fingerprint clearance is to send the candidate to a local Sheriff substation, which is not always convenient for the candidate who must then make a separate appointment outside of the institution environment to be fingerprinted. Additionally, this process is not always timely and would impact the 10-day hiring process.

The ability for institutions to have onsite Live Scan will further assist the Department in meeting all the mandated hiring timeframes outlined in the Court Order. Additionally, onsite Live Scan in every institution will eliminate the need for candidates to go to a local sheriff substation for fingerprinting thereby reducing the security clearance time frame.

Live Scan Equipment Onsite Statewide – The Department is requesting $668,200 in General Fund monies to lease Live Scan equipment for the 38 locations to facilitate implementation of a uniform, statewide live scan process. The first year costs would be for the independent lease purchase of 38 additional units; 1 for each institution, Parole Region and Headquarters location. Ongoing costs of approximately $400,000 would be required for ongoing system maintenance, replacement, and communications line usage. (See Attachment 38 for Live Scan cost breakdown.)

**The request for this equipment is included in the FY 2006/07 Plata Order Spring Finance Letter (SFL). If the Plata Order SFL letter is not approved, then the live scan portion of that BCP needs to be request through this BCP.**

## F. ANALYSIS OF ALL FEASIBLE ALTERNATIVES

**Alternative A:** Implement the revised MHSDS Program Guide as specified above beginning July 1, 2006:

### I. Mental Health Services Delivery System – 2006 Revised Program Guide Resources

a. Establish 558.35 permanent field positions.
b. On going funding totaling $61,680 for position upgrade (LPT to Sr. LPT)
c. One time funding totaling $741,111 for equipment (computers, copiers, shredders, fax machines, dictation equipment, golf carts and televisions).
d. On going funding totaling $50,000 for printing and distribution of new forms.
e. One time funding totaling $56,000 for group therapy materials and equipment.
f. One time funding totaling $317,493 for inmate treatment cells.
g. One time funding totaling $300,000 for a contractor to conduct a workload survey.
h. On going funding totaling $778,800, for contract funding and supplies for use of the MCMI-III psychological testing and diagnostic clarification system.

### II. Division of Correctional Health Care Services, Mental Health Program – Headquarters

a. Establish 124.25 permanent Headquarters positions.
b. $       Extraordinary Travel.

### III. Psychiatry Vacancy Rate Reduction Strategies

a. $3.4 for Pay Differential.
b. $86,290 for Hiring-Above-Minimum

**FY 2006/07:**

a. $9.8 for Pay Differential.
b. $258,869 for Hiring-Above-Minimum.
c. Establish 12.0 permanent Headquarters positions.
d. Establish 33.0 permanent Field positions.
e. $1.7 million for Online Exams.
f. $1.1 million for LiveScan

**Pros:** This alternative would provide compliance with policies and procedures contained in the revised MHSDS program Guide, which were negotiated with all parties in the *Coleman v, Schwarzenegger* court case. This is the most likely alternative to lead to final exit of the *Coleman* case and reduction of legal costs associated with this case within the next two years. This alternative is consistent with the mission of CDCR "to take responsibility and accountability for the rehabilitation of offenders" and to "provide training, counseling, and support" services.

**Cons:** This alternative requires significant resource allocation to fund positions and equipment to implement the revised MHSDS Program Guide.

**Alternative B:** Implement requirements of the revised MHSDS Program Guide without requested resources

**Pros:** Requires no funding

**Cons:** Failure to implement the revised MHSDS Program Guide with requested resources will lead to increased litigation costs and is likely to lead to a Court Order which may be more costly than the current proposal. Failure to provide constitutionally adequate mental health treatment may harm inmates and is a violation of inmate's rights under the Eighth and Fourteenth Amendments of the United States Constitution prohibiting cruel and unusual punishment. This alternative is not consistent with the CDCR mission.

## G. TIMETABLE

Resource augmentations are requested for implementation effective July1, 2006

## H. RECOMMENDATION

The CDCR mission "to take responsibility and accountability for the rehabilitation of offenders" and to "provide training, counseling, and support" services is consistent with

01089

the revisions in the MHSDS Program Guide.  Based on the current recommendations from Legal Affairs Division, the best strategy to exit the *Coleman v. Schwarzenegger* court case is to fully implement the revised MHSDS Program Guide.  It is therefore recommended that Alternative A be implemented by July 1, 2006

01090

**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**Mental Health Program and**
**Mental Health Services Delivery System**

MEMORANDUM

DATE:      February 14, 2006

TO:        RECIPIENTS OF DIVISION OF CORRECTIONAL HEALTH CARE
           SERVICES MENTAL HEALTH PROGRAM 2006/2007 FINANCE LETTER
           BINDER

FROM:      TIMOTHY FISHBACK, M.D.
           CHIEF OF MENTAL HEALTH; CHIEF PSYCHIATRIST

SUBJECT:   Mental Health Program 2006/2007 Finance Letter Update Package

The attached pages update the previously distributed Mental Health Program 2006/2007
Finance Letter Binder. To ensure that your copy of the Finance Letter is current, please
insert the attached pages and remove existing pages, if applicable, as described below.
**Please note that Goldenrod or Yellow colored pages indicate separate tabs; Blue colored**
**pages indicate separate documents within the same tab.**

| NEW CONTENTS | INSERT LOCATION | EXISTING  CONTENTS |
|---|---|---|
| | | |
| Finance Letter | Before Table of Contents | Replace all |
| Table of Contents | Table of Contents | Replace all |
| Summary of Program Guide Positions | Tab 2 | Replace all |
| Workload Time Analysis | Tab 5 | Replace all |
| Mental Health Population | Tab 8 | Replace all |
| Correctional Treatment Center Beds | Tab 9 | Replace all |
| Custody Positions | Tab 10 | Replace all |
| Senior Licensed Psychiatric Technician | Tab 11 | Replace all |
| Mental Health OHU | Tab 12 | Replace all |
| Equipment/Additional Resources | Tab 14 | Replace all |
| Summary of Mental Health Program Headquarters Positions | Tab 15 | Replace all |
| Mental Health Program Headquarters Organization Chart | Tab 16 | Replace all |

| Quality Management Assistance Program (QMAP) Workload | Tab 17 | Replace all |
|---|---|---|
| Utilization Management Unit Workload | Tab 18 | Replace all |
| 1999 & 2001 *Coleman* ADSEG Staffing Orders, 2006 *Madrid & Coleman* Special Masters' Reports | Tab 19 | Replace all |
| Psychological Testing Unit Workload | Tab 20 | Replace all |
| Headquarters Capital Outlay | Tab 21 | Replace all |
| Staffing Models-Other States | Tab 23 | Insert as first document |
| Summary of Psychiatry Vacancy Rate Strategies | Tab 30 | Replace all |
| Psychiatry Vacancy Rate | Tab 31 | Replace all |
| Psychiatry Series Salary Information | Tab 32 | Replace all |
| Salary Survey Report | Tab 33 | Replace all |
| Economic Institute Salary Information | Tab 34 | Replace all |
| Cooperative Personnel Services (CPS) Salary Survey | Tab 35 | Replace all |
| HAM Proposal | Tab 36 | Replace all |
| *Coleman* Court Order- Psychiatry Salary | Tab 37 | Replace all |
| *Coleman* Payments | Tab 38 | Replace all |
| Acronyms | Tab 40 | Replace all |

Thank you.  Please contact Dr. Shama Chaiken at (916) 445-4114 if you have any questions.

01092

**Attachment 38**

## Live Scan Equipment Costs

| Qty | Model | Description | Price |
|-----|-------|-------------|-------|
| **38** | **TP3100XDFS-ED Desktop Live-Scan Systems** | | **$450,000 plus tax** |

- Enhanced Definition Roll/Slap Optics in stylized case
- Pentium Tower PC with Windows XP O/S
- 17" flat screen display
- DOJ transmission software
- Slap-to-Roll Matching software
- 1,000 record internal queue
- One-Year 9/5 Warranty with On-Site Support
- Annual maintenance after the one-year warranty is about $1,500 per system for 9/5 on-site support

Quantity 38 Annual Lease Payment Estimates
| | |
|---|---|
| 3 Year Agreement (includes 2 additional years of 9/5 maintenance) | $227,500 plus tax |
| 4 Year Agreement (includes 3 additional years of 9/5 maintenance) | $201,000 plus tax |
| 5 Year Agreement (includes 4 additional years of 9/5 maintenance) | $176,500 plus tax |

| Qty | Model | Description | Price |
|-----|-------|-------------|-------|
| **10** | **TP3100XDFS-ED Desktop Live-Scan Systems** | | **$122,500 plus tax** |

Quantity 10 Annual Lease Payment Estimates
| | |
|---|---|
| 3 Year Agreement (includes 2 additional years of 9/5 maintenance) | $59,000 plus tax |
| 4 Year Agreement (includes 3 additional years of 9/5 maintenance) | $53,000 plus tax |
| 5 Year Agreement (includes 4 additional years of 9/5 maintenance) | $46,500 plus tax |

| Qty | Model | Description | Price |
|-----|-------|-------------|-------|
| **3** | **TP3100XDFS-ED Desktop Live-Scan Systems** | | **$38,700 plus tax** |

Quantity 3 Annual Lease Payment Estimates
| | |
|---|---|
| 3 Year Agreement (includes 2 additional years of 9/5 maintenance) | $19,000 plus tax |
| 4 Year Agreement (includes 3 additional years of 9/5 maintenance) | $16,500 plus tax |
| 5 Year Agreement (includes 4 additional years of 9/5 maintenance) | $14,500 plus tax |

| Classification/Institution | Authorized PYs | Filled Positions | Vacant Position | Vacant Rate | Current Salary (Max) | Current Monthly Rate | Proposed Additional Monthly Rate | Max Proposed PYs plus top one current and proposed monthly rate | Total Annual Cost FY 09/10 | Total Annual Cost FY 08/09 |
|---|---|---|---|---|---|---|---|---|---|---|
| Chief Psychiatrist, CF - 7612 (M16) | | | | | | | | | | |
| Avenal State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| California Correctional Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| California Correctional Institution | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| California Institution for Men | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California Institution for Women | 1.00 | 0.00 | 1.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California Medical Facility | 2.00 | 2.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 32,000.00 | $ 96,000.00 |
| California Mens Colony | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California Rehabilitation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| California State Prison, Corcoran | 1.00 | 0.00 | 1.00 | 100% | $ 11,692.00 | $ 2,800.00 | $ 4,000.00 | $ 18,492.00 | $ 16,000.00 | $ 48,000.00 |
| California State Prison, LA County | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California State Prison, Sacramento | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California State Prison, San Quentin | 2.00 | 1.00 | 1.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 32,000.00 | $ 96,000.00 |
| California State Prison, Solano | 1.00 | 1.00 | 0.00 | 100% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Calipatria State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Centinela State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Central California Women's Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Chuckawalla Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Correctional Training Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Deuel Vocational Institute | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Folsom State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| High Desert State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Ironwood State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Kern Valley State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,800.00 | $ 4,000.00 | $ 18,492.00 | $ 16,000.00 | $ 48,000.00 |
| Mule Creek State Prison | 1.00 | 0.00 | 1.00 | 100% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| North Kern State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Pelican Bay State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 3,950.00 | $ 4,000.00 | $ 19,642.00 | $ 16,000.00 | $ 48,000.00 |
| Pleasant Valley State Prison | 1.00 | 0.00 | 1.00 | 100% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| RJ Donovan Correctional Facility | 1.00 | 0.00 | 1.00 | 100% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Salinas Valley State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,800.00 | $ 4,000.00 | $ 18,492.00 | $ 16,000.00 | $ 48,000.00 |
| Sierra Conservation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Substance Abuse Treatment Facility | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,800.00 | $ 4,000.00 | $ 18,492.00 | $ 16,000.00 | $ 48,000.00 |
| Valley State Prison for Women | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Wasco State Prison | 1.00 | 0.00 | 1.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Miscellaneous | 6.00 | 6.00 | 0.00 | 0.00 | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 98,000.00 | $ 288,000.00 |
| Totals: | 28.00 | 21.00 | 7.00 | | $ 355,836.00 | $ 90,750.00 | $ 132,000.00 | $ 608,586.00 | $ 448,000.00 | $ 1,056,000.00 |

Page 1 of 4

01094

| Classification/Institution | Authorized FY* | Filled Positions | Vacant Positions | Vacancy Rate | Base Salary (Max.) | Current Monthly R&R | Proposed Additional Monthly R&R | Max. Class pay Structure Sub-total (concurrent and proposed R&R) | Total Annual cost of R&R for FY 05-06 | Total Annual cost of R&R for FY 06-07 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Senior Psychiatrist, CF (Supv.) - 9271 (S16)** | | | | | | | | | | |
| Avenal State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 42,000.00 | $ - | $ - |
| California Correctional Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Correctional Institution | 1.00 | 0.00 | 1.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California Institution for Men | 1.00 | 1.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California Institution for Women | 1.00 | 0.00 | 1.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 8,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California Medical Facility | 3.00 | 1.00 | 2.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 10,500.00 | $ 42,000.00 | $ 126,000.00 |
| California Mens Colony | 2.00 | 2.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 7,000.00 | $ 28,000.00 | $ 84,000.00 |
| California Rehabilitation Center | 1.00 | 1.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California State Prison, Corcoran | 1.00 | 0.00 | 1.00 | 100% | $ 11,447.00 | $ 2,800.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California State Prison, LA County | 1.00 | 1.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California State Prison, Sacramento | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, San Quentin | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, Solano | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Calipatria State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Centinela State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Central California Women's Facility | 1.00 | 1.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| Chuckawalla Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Correctional Training Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Deuel Vocational Institute | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Folsom State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| High Desert State Prison | 1.00 | 0.00 | 1.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| Ironwood State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Kern Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,800.00 | $ 3,500.00 | $ - | $ - | $ - |
| Mule Creek State Prison | 1.00 | 1.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| North Kern State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Pelican Bay State Prison | 1.00 | 0.00 | 1.00 | 0% | $ 11,447.00 | $ 3,950.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| Pleasant Valley State Prison | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| RJ Donovan Correctional Facility | 1.00 | 1.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| Salinas Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,800.00 | $ 3,500.00 | $ - | $ - | $ - |
| Sierra Conservation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Substance Abuse Treatment Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,800.00 | $ 3,500.00 | $ - | $ - | $ - |
| Valley State Prison for Women | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Wasco State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0% | $ - | $ - | $ - | $ - | $ - | $ - |
| **Totals** | 18.00 | 9.00 | 7.00 | | $ 377,751.00 | $ 90,750.00 | $ 185,500.00 | $ 98,000.00 | $ 224,000.00 | $ 672,000.00 |

Page 2 of 4

| Classification/Institution | Authorized PYs | Filled Positions | Vacant Positions | Vacancy Rate | Est. Salary (Max) | Current Monthly Rate | Proposed Additional Monthly Rate | Monthly Total (S 1592) Adjustment to Current for Proposed R&R | Total Annual Cost of R&R for Proposed | Total Annual Cost of R&R for Filled |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Senior Psychiatrist, CF (Spec.) - 9271 (R16) | | | | | |
| Avenal State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 42,000.00 | $ - | $ - |
| California Correctional Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Correctional Institution | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Institution for Men | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Institution for Women | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Medical Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Mens Colony | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Rehabilitation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, Corcoran | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, LA County | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, Sacramento | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, San Quentin | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, Solano | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Calipatria State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Centinela State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Central California Women's Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Chuckawalla Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Correctional Training Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Deuel Vocational Institute | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Folsom State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| High Desert State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Ironwood State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Kern Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Mule Creek State Prison | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| North Kern State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Pelican Bay State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 3,950.00 | $ 3,500.00 | $ - | $ - | $ - |
| Pleasant Valley State Prison | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| RJ Donovan Correctional Facility | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Salinas Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Sierra Conservation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Substance Abuse Treatment Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Valley State Prison for Women | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Wasco State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Totals | 0.00 | 0.00 | 0.00 | | $ 389,198.00 | $ 93,050.00 | $ 119,000.00 | $ 42,000.00 | $ | $ |

Page 3 of 4

| Classification/Institution | Authorized PY | Filled Position | Vacant Position | Vacancy Rate | Base Salary (Max) | Current Monthly R&S | Proposed Additional Monthly R&S | Max difference ($16,682) (difference of current and proposed R&S) | Total Annual Cost of R&S Prior to FY 05/06 | Total Annual Cost of R&S for FY 06/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Staff Psychiatrist, CF - 9272 (R16)** | | | | | | | | | | |
| Avanal State Prison | 3.500 | 0.000 | 3.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 30,000.00 | $ 35,000.00 | $ 105,000.00 |
| California Correctional Center | 1.000 | 0.000 | 1.000 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 2,500.00 | $ 10,000.00 | $ 30,000.00 |
| California Correctional Institution | 5.500 | 3.000 | 2.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 13,750.00 | $ 55,000.00 | $ 165,000.00 |
| California Institution for Men | 13.000 | 12.000 | 1.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 32,500.00 | $ 130,000.00 | $ 390,000.00 |
| California Institution for Women | 7.000 | 7.000 | 0.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 17,500.00 | $ 70,000.00 | $ 210,000.00 |
| California Medical Facility | 16.000 | 14.000 | 2.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 40,000.00 | $ 160,000.00 | $ 480,000.00 |
| California Mens Colony | 18.980 | 17.980 | 1.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 47,450.00 | $ 189,800.00 | $ 569,400.00 |
| California Rehabilitation Center | 1.500 | 1.000 | 0.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 3,750.00 | $ 15,000.00 | $ 45,000.00 |
| California State Prison, Corcoran | 14.300 | 4.500 | 9.800 | 100% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 35,750.00 | $ 143,000.00 | $ 429,000.00 |
| California State Prison, LA County | 8.500 | 4.500 | 4.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 21,250.00 | $ 85,000.00 | $ 255,000.00 |
| California State Prison, Sacramento | 12.500 | 11.000 | 1.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 31,250.00 | $ 125,000.00 | $ 375,000.00 |
| California State Prison, San Quentin | 8.000 | 4.000 | 4.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 20,000.00 | $ 80,000.00 | $ 240,000.00 |
| California State Prison, Solano | 5.500 | 4.500 | 1.000 | 100% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 13,750.00 | $ 55,000.00 | $ 165,000.00 |
| Calipatria State Prison | 5.000 | 3.000 | 2.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 12,500.00 | $ 50,000.00 | $ 150,000.00 |
| Centinela State Prison | 0.750 | 0.000 | 0.750 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 1,875.00 | $ 7,500.00 | $ 22,500.00 |
| Central California Women's Facility | 8.500 | 3.500 | 5.000 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 21,250.00 | $ 85,000.00 | $ 255,000.00 |
| Chuckawalla Valley State Prison | 1.500 | 0.000 | 1.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 3,750.00 | $ 15,000.00 | $ 45,000.00 |
| Correctional Training Facility | 4.500 | 4.000 | 0.500 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 11,250.00 | $ 45,000.00 | $ 135,000.00 |
| Deuel Vocational Institute | 3.500 | 2.000 | 1.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 8,750.00 | $ 35,000.00 | $ 105,000.00 |
| Folsom State Prison | 4.000 | 2.000 | 2.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 10,000.00 | $ 40,000.00 | $ 120,000.00 |
| High Desert State Prison | 6.000 | 1.000 | 5.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 15,000.00 | $ 60,000.00 | $ 180,000.00 |
| Ironwood State Prison | 1.000 | 1.000 | 0.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 2,500.00 | $ 10,000.00 | $ 30,000.00 |
| Kern Valley State Prison | 6.800 | 4.000 | 2.800 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 17,000.00 | $ 68,000.00 | $ 204,000.00 |
| Mule Creek State Prison | 8.000 | 3.000 | 5.000 | 100% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 20,000.00 | $ 80,000.00 | $ 240,000.00 |
| North Kern State Prison | 5.000 | 4.000 | 1.000 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 12,500.00 | $ 50,000.00 | $ 150,000.00 |
| Pelican Bay State Prison | 7.500 | 6.000 | 1.500 | 0% | $ 11,181.00 | $ 3,450.00 | $ 2,500.00 | $ 18,750.00 | $ 75,000.00 | $ 225,000.00 |
| Pleasant Valley State Prison | 3.000 | 0.000 | 3.000 | 100% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 7,500.00 | $ 30,000.00 | $ 90,000.00 |
| RJ Donovan Correctional Facility | 11.500 | 10.000 | 1.500 | 100% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 28,750.00 | $ 115,000.00 | $ 345,000.00 |
| Salinas Valley State Prison | 11.000 | 4.500 | 6.500 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 27,500.00 | $ 110,000.00 | $ 330,000.00 |
| Sierra Conservation Center | 2.000 | 0.500 | 1.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 5,000.00 | $ 20,000.00 | $ 60,000.00 |
| Substance Abuse Treatment Facility | 5.500 | 3.500 | 2.000 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 13,750.00 | $ 55,000.00 | $ 165,000.00 |
| Valley State Prison for Women | 5.500 | 1.000 | 4.500 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 13,750.00 | $ 55,000.00 | $ 165,000.00 |
| Wasco State Prison | 6.000 | 4.000 | 2.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 15,000.00 | $ 60,000.00 | $ 180,000.00 |
| Miscellaneous | 47.52 | 47.52 | 0.00 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 118,800.00 | $ 475,200.00 | $ 1,425,600.00 |
| **Totals:** | 269.350 | 188.000 | 81.350 | | $ 380,154.00 | $ 83,250.00 | $ 85,000.00 | $ 694,625.00 | $ 2,693,500.00 | $ 8,080,500.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS:** | 313.350 | 218.000 | 95.350 | 0.000 | $ 1,532,939.00 | $ 357,800.00 | $ 451,500.00 | $ 1,443,211.00 | $ 3,365,500.00 | $ 9,808,500.00 |

01097

DEPARTMENT OF CORRE... ONS AND REHABILITATION
DATA AS OF JANUARY 20, 2006
HAM PROPOSAL COSTING

| CLASS TITLE | CD | RG | BASE SAL | FT | PIE | PT | TOTAL | MAX SAL FOR RANGE | DIFFERENCE IN SALARY PER EE | MONTHLY DIFFERENCE FOR ALL EE'S IN EACH RANGE | FY 05/06 | FY 06/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CH PSYCHIATRIST CF | 7612 | B | $ 11,409.00 | 1 | 0 | 0 | 1 | $11,530 | $ 121.00 | $ 121.00 | $ 484.00 | $ 1,452.00 |
| | | B | $ 11,516.00 | 1 | 0 | 0 | 1 | $11,530 | $ 14.00 | $ 14.00 | $ 56.00 | $ 168.00 |
| | | C | $ 11,530.00 | 4 | 0 | 0 | 4 | $11,692 | $ 162.00 | $ 648.00 | $ 2,592.00 | $ 7,776.00 |
| | | C | $ 11,687.00 | 1 | 0 | 0 | 1 | $11,692 | $ 5.00 | $ 5.00 | $ 20.00 | $ 60.00 |
| | | | $ 11,692.00 | 14 | 0 | 0 | 14 | $11,692 | $ - | $ - | $ - | $ - |
| TOTAL | | | | 21 | 0 | 0 | 21 | 58,136 | 302 | $ 788.00 | $ 3,152.00 | $ 9,456.00 |
| SR PSYCH CF/SUP | 9271 | A | $ 11,181.00 | 3 | 0 | 0 | 3 | $11,181 | $ - | $ - | $ - | $ - |
| | | C | $ 11,447.00 | 6 | 0 | 0 | 6 | $11,447 | $ - | $ - | $ - | $ - |
| TOTAL | | | | 9 | 0 | 0 | 9 | 22,628 | 0 | $ 798.00 | $ 3,172.00 | $ 9,516.00 |
| STF PSYCHIATRST CF | 9272 | A | $ 8,528.00 | 2 | 0 | 0 | 2 | $10,366 | $ 1,838.00 | $ 3,676.00 | $ 14,704.00 | $ 44,112.00 |
| | | A | $ 10,366.00 | 2 | 0 | 1 | 3 | $10,366 | $ - | $ - | $ - | $ - |
| | | B | $ 8,940.00 | 1 | 0 | 0 | 1 | $10,866 | $ 1,926.00 | $ 1,926.00 | $ 7,704.00 | $ 23,112.00 |
| | | B | $ 9,856.00 | 1 | 0 | 1 | 2 | $10,866 | $ 1,010.00 | $ 2,020.00 | $ 8,080.00 | $ 24,240.00 |
| | | B | $ 10,349.00 | 1 | 0 | 0 | 1 | $10,866 | $ 517.00 | $ 517.00 | $ 2,068.00 | $ 6,204.00 |
| | | B | $ 10,866.00 | 55 | 2 | 9 | 66 | $10,866 | $ - | $ - | $ - | $ - |
| | | C | $ 9,199.00 | 0 | 0 | 1 | 1 | $11,181 | $ 1,982.00 | $ 1,982.00 | $ 7,928.00 | $ 23,784.00 |
| | | C | $ 9,659.00 | 2 | 0 | 0 | 2 | $11,181 | $ 1,522.00 | $ 3,044.00 | $ 12,176.00 | $ 36,528.00 |
| | | C | $ 10,125.00 | 0 | 1 | 0 | 1 | $11,181 | $ 1,056.00 | $ 1,056.00 | $ 4,224.00 | $ 12,672.00 |
| | | C | $ 10,142.00 | 0 | 0 | 1 | 1 | $11,181 | $ 1,039.00 | $ 1,039.00 | $ 4,156.00 | $ 12,468.00 |
| | | C | $ 10,904.00 | 1 | 0 | 0 | 1 | $11,181 | $ 277.00 | $ 277.00 | $ 1,108.00 | $ 3,324.00 |
| | | | $ 11,181.00 | 85 | 5 | 17 | 107 | $11,181 | $ - | $ - | $ - | $ - |
| TOTAL | | | | 150 | 8 | 30 | 188 | 131,282 | 11,167 | $ 5,416.00 | $ 21,664.00 | $ 64,992.00 |
| GRAND TOTAL | | | | 210 | 8 | 30 | 248 | | $11,771 | $17,906 | $71,624 | $214,872 |
| Benefits Costs @ 20.476% | | | | | | | | | | | $14,666 | $43,997 |
| Total Costing Required | | | | | | | | | | | $86,290 | $258,869 |

**SURVEY REPORT**

# California Department of Corrections Salary Survey: Psychiatrist, Psychologist, Psychiatric Social Worker, Psychiatric Technician and Recreation Therapist Classifications



**CPS**

*Human Resource Services*

241 Lathrop Way
Sacramento CA 95815
916.263.3600

March 2005

# TABLE OF CONTENTS

Executive Summary...............................................................................................1

Section I: Introduction........................................................................................2

Section II: Data Source.......................................................................................3

   Data Comparison Points .....................................................................................3

Section III: Salary Data - Psychiatrist Classification.............................................5

   Table 1: Staff Psychiatrist, Correctional Facility ....................................................5

Section IV: Salary Data - Psychologist Classification ..........................................6

   Table 2: Staff Psychologist – Clinical, Correctional Facility.....................................6

Section V: Salary Data - Psychiatric Social Worker Classification .....................7

   Table 3: Psychiatric Social Worker, Correctional Facility ......................................7

Section VI: Salary Data - Psychiatric Technician Classification..........................8

   Table 4: Psychiatric Technician (Safety) ..............................................................8

Section VII: Salary Data - Recreation Therapist Classification...........................9

   Table 5: Recreation Therapist, Correctional Facility.............................................9

Section VIII: Conclusion....................................................................................10

Appendix: ERI Job Descriptions .......................................................................11

# Executive Summary

CPS Human Resource Services (CPS) was asked to conduct a Salary Survey for the following classifications used by the California Department of Corrections (CDC):

- ❖ Chief Psychiatrist, Correctional Facility
- ❖ Senior Psychiatrist, Correction Facility (Specialist)
- ❖ Senior Psychiatrist, Correctional Facility (Supervisor)
- ❖ Staff Psychiatrist, Correctional Facility
- ❖ Chief Psychologist, Correctional Facility
- ❖ Senior Psychologist, Correction Facility (Specialist)
- ❖ Senior Psychologist, Correctional Facility (Supervisor)
- ❖ Staff Psychologist - Clinical, Correctional Facility
- ❖ Psychiatric Social Worker, Correctional Facility
- ❖ Psychiatric Social Worker, Supervisor I, Correctional Facility
- ❖ Psychiatric Social Worker, Supervisor II, Correctional Facility
- ❖ Psychiatric Technician (Safety)
- ❖ Psychiatric Technician, Supervisor I (Safety)
- ❖ Psychiatric Technician, Supervisor II (Safety)
- ❖ Recreation Therapist, Correctional Facility

Data was gathered in eight regions of California – regions that correspond roughly to the locations of CDC institutions. Data was gathered through the Economic Research Institute (ERI), which summarizes data gathered in multiple salary surveys. ERI does not break down and report data for many of the classification levels listed above. As a result, matches were made to the following CDC classes: Staff Psychiatrist, Correctional Facility; Staff Psychologist, Correctional Facility; Psychiatric Social Worker, Correctional Facility; Psychiatric Technician (Safety); and Recreation Therapist, Correctional Facility.

The data collected through this Salary Survey shows a moderate to substantial lag between the salaries paid to theses CDC classifications and the salaries paid to their counterparts at other employers, with the exception of the Psychiatric Technician class. The range of the statewide salary lag for each CDC classification is displayed below.

| CDC Classification | Range of Salary Lag |
|---|---|
| Staff Psychiatrist, CF | 38.21% – 56.67% |
| Staff Psychologist – Clinical, CF | 20.49% - 33.20% |
| Psychiatric Social Worker, CF | 0.38% - 8.59% |
| Psychiatric Technician (Safety) | No Lag |
| Recreation Therapist, CF | 11.11% - 22.19% |

The following report provides more detailed information about this Salary Survey, and presents the survey data by region and by classification.

# Section I: Introduction

This report presents the results of a Salary Survey conducted on behalf of the California Department of Corrections (CDC) by CPS Human Resource Services (CPS). The Survey involves the following classifications used by CDC:

- Chief Psychiatrist, Correctional Facility
- Senior Psychiatrist, Correction Facility (Specialist)
- Senior Psychiatrist, Correctional Facility (Supervisor)
- Staff Psychiatrist, Correctional Facility
- Chief Psychologist, Correctional Facility
- Senior Psychologist, Correctional Facility (Specialist)
- Senior Psychologist, Correctional Facility (Supervisor)
- Staff Psychologist - Clinical, Correctional Facility
- Psychiatric Social Worker, Correctional Facility
- Psychiatric Social Worker, Supervisor I, Correctional Facility
- Psychiatric Social Worker, Supervisor II, Correctional Facility
- Psychiatric Technician (Safety)
- Psychiatric Technician, Supervisor I (Safety)
- Psychiatric Technician, Supervisor II (Safety)
- Recreation Therapist, Correctional Facility (CF)

Because data for each individual class was not available, the classes Staff Psychiatrist, CF; Staff Psychologist, CF; Psychiatric Social Worker, CF; Psychiatric Technician (Safety); and Recreation Therapist, CF were the subject of this Survey.

Survey data was collected both on a statewide basis, and within eight regions defined by the CDC. The regions generally correspond to the locations of the CDC's penal institutions throughout California. The eight regions are:

- The Central Valley Area
- The Coastal Area
- The Desert Area
- The Los Angeles Basin
- Northern California
- The Sacramento Area
- The San Diego Area
- The San Francisco Bay Area

The results of this Salary Survey are summarized in this report.



# *Section II: Data Source*

Survey data was obtained through the use of the Economic Research Institute (ERI), which is a salary data tracking organization that compiles the results of hundreds of publicly and privately conducted compensation surveys throughout the country. Individual surveys are evaluated for validity and reliability before being entered into the ERI database. ERI provides data in a large array of occupational areas, including Psychiatrists, Psychologists, Social Workers, Psychiatric Technicians, and Recreational Therapists, and allows for job match verification. ERI data represents a broad universe of data sources reflecting a wide spectrum of employment settings for a particular classification. In addition, ERI salary data can be retrieved by geographic area to allow for regional comparisons. As a subscriber to ERI, CPS has found its data to be reliable and relevant in numerous California based compensation surveys. Due to the short timeframe for conduct of this Survey, ERI was the sole source of data, as discussed with CDC.

## Data Comparison Points

Because of the variations in the ways in which individual employers calculate and report salary information, it is important to analyze and determine the appropriate point at which data from differing sources should be compared. In other words, the validity of the survey relies on a comparison of data that represents "apples and apples" rather than "apples and oranges."

For the State of California classes that are the subject of this survey, the monthly maximum of a salary range, that all employees are expected to achieve with time in grade, including compensation resulting from Recruitment and Retention Differentials (R and R) received by all CDC employees in those classes, was selected as the point of comparison. It is important to note that, for some classes, this represents an amount higher than the listed maximum of the salary range because the R and R has not been included in the base salary range even though all CDC employees receive it. It also should be noted that it does not include R and R's that have been approved for positions in some Survey classifications located at specific CDC institutions or geographic regions. These were excluded because they are not part of the compensation received by all CDC employees in the particular classification.

The ERI data presented in comparison to the State of California data below presents compensation data on a percentile basis, up to the 90$^{th}$ percentile. Data is presented by percentile, by region, and by years of experience of incumbents, among other ways. For purposes of comparison to the maximum salary level of the State of California classifications, CPS chose to report both the 75$^{th}$ and 90$^{th}$ percentile data points for the ERI data. This represents the point at which 25% or 10% of the reported salaries, respectively, reflect a higher compensation level. In using the ERI data CPS also selected an incumbent experience level designed to secure salaries paid to experienced, full journey level incumbents, typically a 10 year experience level. We believe this 10 year experience level matches the point at which CDC employees are able to reach the maximum of the selected salary range.

As noted above, ERI does not report classifications at varying levels in a series; therefore, for the purposes of this Survey the following matches were made.

| CDC Classification | ERI Classification |
|---|---|
| Staff Psychiatrist, Correctional Facility | Psychiatrist |
| Staff Psychologist - Clinical, Correctional Facility | Psychologist Clinical |
| Psychiatric Social Worker, Correctional Facility | Social Worker |
| Psychiatric Technician (Safety) | Psychiatric Technician |
| Recreation Therapist, Correctional Facility. | Recreational Therapist |

The class description for each classification that is used by ERI in collecting data can be found in the Appendix.

01104

# Section III: Salary Data - Psychiatrist Classification

The following table presents the salary data gathered for the Psychiatrist classification compared to the current State of California/CDC salary. As noted above, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. In addition, the ERI data represents both the 75th and 90th percentile salary. ERI's Psychiatrist classification (please see the Appendix for a job description) was matched to CDC's Staff Psychiatrist, CF classification, as depicted below. Care should be taken in interpreting this data, since ERI's salaries for Psychiatrist are derived from all industries and are not limited to salaries at a correctional facility.

## Table 1: Staff Psychiatrist, Correctional Facility

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $13,066 | $17,266 | -32.14% | $19,573 | -49.80% |
| Coastal | $13,066 | $17,575 | -34.51% | $19,924 | -52.49% |
| Desert Area | $13,066 | $17,256 | -32.07% | $19,562 | -49.72% |
| Los Angeles Basin | $13,066 | $18,046 | -38.11% | $20,457 | -56.57% |
| Northern California | $13,066 | $17,002 | -30.12% | $19,274 | -47.51% |
| Sacramento Area | $13,066 | $17,992 | -37.70% | $20,369 | -55.89% |
| San Diego Area | $13,066 | $17,569 | -34.46% | $19,917 | -52.43% |
| San Francisco Bay Area | $13,066 | $19,090 | -46.10% | $21,641 | -65.63% |
| | | | | | |
| Statewide | $13,066 | $18,058 | -38.21% | $20,471 | -56.67% |

The CDC maximum salary for Staff Psychiatrists, CF represents the maximum salary of Range B of the class as of March 2005, which also represents the point to which all Staff Psychiatrists, CF are expected to progress without further educational advancements. The CDC maximum salary includes a $2,200 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.

# Section IV: Salary Data - Psychologist Classification

The following table presents the salary data gathered for the Psychologist classification compared to the current State of California/CDC salary. As previously noted, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. In addition, the ERI data represents both the $75^{th}$ and $90^{th}$ percentile salary. ERI's Psychologist classification (please see the Appendix for a job description) was matched to CDC's Staff Psychologist – Clinical, CF classification, as depicted below. Care should be taken in interpreting this data, since ERI's salaries for Psychologist are derived from all industries and are not limited to salaries at a correctional facility.

## Table 2: Staff Psychologist - Clinical, Correctional Facility

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $6,204 | $6,953 | -12.07% | $7,687 | -23.90% |
| Coastal | $6,204 | $7,113 | -14.65% | $7,865 | -26.77% |
| Desert Area | $6,204 | $6,957 | -12.14% | $7,691 | -23.97% |
| Los Angeles Basin | $6,204 | $7,306 | -17.76% | $8,078 | -30.21% |
| Northern California | $6,204 | $6,821 | -9.95% | $7,542 | -21.57% |
| Sacramento Area | $6,204 | $7,304 | -17.73% | $8,075 | -30.16% |
| San Diego Area | $6,204 | $7,223 | -16.42% | $7,985 | -28.71% |
| San Francisco Bay Area | $6,204 | $7,811 | -25.90% | $8,636 | -39.20% |
| | | | | | |
| Statewide | $6,204 | $7,475 | -20.49% | $8,264 | -33.20% |

The CDC maximum salary represents the maximum of the salary range as of March, 2005 which also represents the point to which all Staff Psychologists – Clinical, CF are expected to progress without further educational advancements. The CDC maximum salary includes a $200 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.

# Section V: Salary Data - Psychiatric Social Worker Classification

The following table presents the salary data gathered for the Psychiatric Social Worker classification compared to the current State of California/CDC salary. As previously noted, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. Additionally, the ERI data represents both the 75th and 90th percentile salary. ERI's Social Worker classification (please see the Appendix for a job description) was matched to CDC's Psychiatric Social Worker, CF classification, as depicted below. Care should be taken in interpreting this data, since the ERI's does not report Social Workers with a "Psychiatric" denotation nor are the salaries for Social Worker derived solely from correctional facilities, but rather from all industries.

### Table 3: Psychiatric Social Worker, Correctional Facility

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $4,739 | $4,416 | 6.82% | $4,777 | -0.80% |
| Coastal | $4,739 | $4,543 | 4.14% | $4,914 | -3.69% |
| Desert Area | $4,739 | $4,412 | 6.90% | $4,773 | -0.72% |
| Los Angeles Basin | $4,739 | $4,665 | 1.56% | $5,046 | -6.48% |
| Northern California | $4,739 | $4,306 | 9.14% | $4,657 | 1.73% |
| Sacramento Area | $4,739 | $4,689 | 1.06% | $5,072 | -7.03% |
| San Diego Area | $4,739 | $4,560 | 3.78% | $4,932 | -4.07% |
| San Francisco Bay Area | $4,739 | $5,127 | -8.19% | $5,546 | -17.03% |
| Statewide | $4,739 | $4,757 | -0.38% | $5,146 | -8.59% |

The CDC maximum salary represents the maximum of the salary range as of March 2005, which also represents the point to which all Psychiatric Social Workers, CF are expected to progress without further educational advancements. The CDC maximum salary includes a $600 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.

# Section VI: Salary Data - Psychiatric Technician Classification

The following table presents the salary data gathered for the Psychiatric Technician classification compared to the current State of California/CDC salary. As previously noted, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. Additionally, the ERI data represents both the 75th and 90th percentile salary. ERI's Psychiatric Technician classification (please see the Appendix for a job description) was matched to CDC's Psychiatric Technician (Safety) classification, as depicted below. Care should be taken in interpreting this data, since ERI's salaries for Psychiatric Technicians are derived from all industries and are not limited to salaries at a correctional facility.

## Table 4: Psychiatric Technician (Safety)

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $3,750 | $2,832 | 24.48% | $3,080 | 17.87% |
| Coastal | $3,750 | $2,911 | 22.37% | $3,166 | 15.57% |
| Desert Area | $3,750 | $2,809 | 25.09% | $3,056 | 18.51% |
| Los Angeles Basin | $3,750 | $2,979 | 20.56% | $3,240 | 13.60% |
| Northern California | $3,750 | $2,517 | 32.88% | $2,738 | 26.99% |
| Sacramento Area | $3,750 | $3,013 | 19.65% | $3,277 | 12.61% |
| San Diego Area | $3,750 | $2,933 | 21.79% | $3,191 | 14.91% |
| San Francisco Bay Area | $3,750 | $3,282 | 12.48% | $3,570 | 4.80% |
| | | | | | |
| Statewide | $3,750 | $3,034 | 19.09% | $3,301 | 11.97% |

The CDC maximum salary represents the maximum salary of Range B of the class as of March 2005, which represents the point to which all Psychiatric Technicians are expected to progress without further educational advancements. The CDC maximum salary includes a $300 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.

# Section VII: Salary Data - Recreation Therapist Classification

The following tables present the salary data gathered for the Recreation Therapist classification compared to the current State of California/CDC salary. As previously noted, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. Additionally, the ERI data represents both the 75th and 90th percentile salary. ERI's Recreational Therapist classification (please see the Appendix for a job description) was matched to CDC's Recreation Therapist, CF classification, as depicted below. Care should be taken in interpreting this data, since ERI's salaries for Recreation Therapist are derived from all industries and are not limited to salaries at a correctional facility.

### Table 5: Recreation Therapist, Correctional Facility

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $3,799 | $3,937 | -3.63% | $4,329 | -13.95% |
| Coastal | $3,799 | $4,049 | -6.58% | $4,453 | -17.22% |
| Desert Area | $3,799 | $3,925 | -3.32% | $4,316 | -13.61% |
| Los Angeles Basin | $3,799 | $4,153 | -9.32% | $4,567 | -20.22% |
| Northern California | $3,799 | $3,837 | -1.00% | $4,220 | -11.08% |
| Sacramento Area | $3,799 | $4,183 | -10.11% | $4,601 | -21.11% |
| San Diego Area | $3,799 | $4,075 | -7.27% | $4,481 | -17.95% |
| San Francisco Bay Area | $3,799 | $4,537 | -19.43% | $4,990 | -31.35% |
| Statewide | $3,799 | $4,221 | -11.11% | $4,642 | -22.19% |

The CDC maximum salary represents the maximum salary of Range A of the class which represents the point to which all Recreation Therapists, CF are expected to progress without further educational advancements as March 2005. The CDC maximum salary includes a $200 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.

# *Section VIII: Conclusion*

By definition, salary surveys provide a snapshot of salaries and benefits offered at the point in time of the survey. Also by definition, compensation is a dynamic, ever changing component of the employment marketplace. The information presented in this Salary Survey was collected in February 2005, through the use of the Economic Research Institute (ERI), which is updated frequently.

The primary overall conclusion to be drawn from this Compensation Survey is that there is a moderate to substantial lag between the salaries paid to the studied classifications used by the California Department of Corrections and the salaries paid by CDC's market competitors in California, with the exception of the Psychiatric Technician class.

CPS Human Resource Services is available to discuss this Compensation Survey and report at the convenience of the CDC.

# *Appendix: ERI Job Descriptions*

**Below is the ERI job description of the Psychiatrist classification:**

Psychiatrist Overview:

- Diagnoses and treats patients with mental, emotional, and behavioral disorders.

Typical Functions:

- Organizes data concerning patient's family, medical history, and onset of symptoms obtained from patient, relatives, and other sources, such as General Deputy Nurse and Psychiatric Social Worker.
- Examines patient to determine general and physical condition, following standard medical procedures.
- Orders laboratory and other special diagnostic tests and evaluates data obtained.
- Determines nature and extent of mental disorder, and formulates treatment program.
- Treats or directs treatment of patient, utilizing variety of psychotherapeutic methods and medications.

**Below is the ERI job description of the Psychologist classification:**

Psychologist Overview:
- Administers programs of treatment to mentally and emotionally disturbed individual adjustments to life; help medical and surgical patients deal with illnesses or injuries; assist in treating rehabilitation patients; treat individuals with times of personal crisis such as a divorce or death of a loved one.

Typical Functions:
- Interviews patients and studies medical and social case histories.
- Diagnoses or evaluates mental and emotional disorders of individuals, and administers programs of treatment.
- Usual requirement is a doctoral degree in field of specialty.
- Observes patients, and selects, administers, and interprets intelligence, achievement, interest, personality, and other psychological tests to diagnose disorders and formulate plans of treatment.
- Treats psychological disorders to effect improved adjustments utilizing various psychological techniques, such as milieu therapy, psychodrama, play therapy and hypnosis.
- Selects approach to use in individual therapy, such as directive, non-directive, and supportive therapy, and plans frequency, intensity, and duration of therapy.
- May collaborate with PSYCHIATRIST, and other specialists in developing treatment programs for patients.
- May instruct and direct students serving psychological internships in hospitals and clinics.
- May develop experimental designs and conduct research in fields of personality development and adjustment, diagnosis, treatment, and prevention of mental disorders.
- May serve as consultant to industrial, social, educational, welfare, and other agencies on individual cases or in evaluation, planning, and development of mental health programs.
- May specialize in behavior problems and therapy, crime and delinquency, group therapy, individual diagnosis and therapy, mental deficiency, objective tests, projective techniques, or speech pathology.

**Below is the ERI job description of the Social Worker classification:**

<u>Social Worker Overview:</u>
- Develops program content, organizes, and leads activities planned to enhance social development of individual members and accomplishment of group goals.

<u>Typical Functions:</u>
- Interviews individual members to assess social and emotional capabilities and plans group composition in relation to personal and social compatibility of members.
- Requires a four-year college degree from school of social work in addition to social work job experience.
- Selects program appropriate to particular individual or group goals, level of development, needs, capacities, and interests of individual or group members.
- Involves individual or group members in planning and assuming responsibility for activities.
- Helps members through group experience to develop attitudes and social skills for improved family relations and community responsibility.
- Refers members, when necessary, to community center, settlement house, youth serving organization, institution for children or aged, hospital, or penal institution.

**Below is the ERI job description of the Psychiatric Technician classification:**

Psychiatric Technician Overview:

Provides nursing care to mentally ill, emotionally disturbed, or mentally retarded patients in psychiatric hospital or mental health clinic and participates in rehabilitation and treatment programs.

Typical Functions:

Helps patients with their personal hygiene, such as bathing and keeping beds, clothing, and living areas clean.

Administers oral medications and hypodermic injections, following physician's prescriptions and hospital procedures.

Takes and records measures of patient's general physical condition, such as pulse, temperature, and respiration, to provide daily information.

Observes patients to detect behavior patterns and reports observations to medical staff.

Intervenes to restrain violent or potentially violent or suicidal patients by verbal or physical means as required.

Leads prescribed individual or group therapy sessions as part of specific therapeutic procedures.

May complete initial admittance forms for new patients.

May contact patient's relatives by telephone to arrange family conferences.

May issue medications from dispensary and maintain records in accordance with specified procedures.

May be required to hold state license.

**Below is the ERI job description of the Recreation Therapist classification:**

Recreation Therapist Overview:

Plans, organizes, and directs medically approved recreation program for patients in hospitals and other institutions.

Typical Functions:

Directs and organizes such activities as sports, dramatics, games, and arts and crafts to assist patients to develop interpersonal relationships, to socialize effectively, and to develop confidence needed to participate in group activities.

Regulates content of program in accordance with patients' capabilities, needs and interests.

Instructs patients in relaxation techniques, such as deep breathing, concentration, and other activities, to reduce stress and tension.

Instructs patients in calisthenics, stretching and limbering exercises, Counsels and encourages patients to develop leisure activities.

Organizes and coordinates special outings and accompanies patients on outings, such as ball games, sightseeing, or picnics to make patients aware of available recreational resources.

Prepares progress charts and periodic reports for medical staff and other members of treatment team, reflecting patients' reactions and evidence of progress or regression.

May supervise and conduct in-service training of other staff members, review their assessments and program goals, and consult with them on selected cases.

May train groups of volunteers and students in techniques of recreation therapy.

May serve as consultant to employers, educational institutions, and community health programs.

May prepare and submit requisition for needed supplies.

# Californi Department of Corrections and Rehabilitation
## Economic Research Institute Salary Information

| REGION | Department of Corrections and Rehabilitation Maximum Monthly Salary | Percentile | | % CDC is above or below ERI Data | |
|---|---|---|---|---|---|
| | | 75th | 90th | 75th Percentile | 90th Percentile |
| San Diego Area | $11,692.00 | $ 16,945.00 | $ 18,839.00 | 44.93% | 61.13% |
| North Central Coast | $11,692.00 | $ 16,990.00 | $ 18,888.00 | 45.31% | 61.55% |
| Desert Area | $11,692.00 | $ 17,209.00 | $ 19,132.00 | 47.19% | 63.63% |
| Central Valley | $11,692.00 | $ 17,215.00 | $ 19,138.00 | 47.24% | 63.68% |
| Northern California | $11,692.00 | $ 17,340.00 | $ 19,277.00 | 48.31% | 64.87% |
| Sacramento | $11,692.00 | $ 17,452.00 | $ 19,402.00 | 49.26% | 65.94% |
| Los Angeles Basin | $11,692.00 | $ 17,959.00 | $ 19,966.00 | 53.60% | 70.77% |
| San Francisco Bay | $11,692.00 | $ 19,213.00 | $ 21,360.00 | 64.33% | 82.69% |
| *California (Statewide)* | | *$ 17,458.00* | *$ 19,409.00* | | |

# Private Sector Salary Information
## Psychiatrist

| Region | Class | Minimum Salary | Maximum Salary | Average Salary |
|--------|-------|---------------|---------------|---------------|
| Riverside | Psychiatrist | $ 9,333.00 | $ 13,583.00 | $ 11,458.00 |
| Tulare | Psychiatrist I | $ 10,483.17 | $ 12,776.33 | $ 11,629.75 |
| Kern | Psychistrist I/II | $ 10,801.00 | $ 13,180.00 | $ 11,990.50 |
| Tulare | Psychiatrist II | $ 11,007.33 | $ 13,415.00 | $ 12,211.17 |
| Kern | Psychiatrist III | $ 11,185.00 | $ 13,649.00 | $ 12,417.00 |
| Riverside | Chief of Psychiatry | $ 13,185.00 | $ 14,282.00 | $ 13,733.50 |
| Kern | Psychiatrist | $ 12,500.00 | $ 15,833.00 | $ 14,166.50 |
| Stanislaus | Psychiatrist | $ 13,332.00 | $ 16,194.00 | $ 14,763.00 |
| Riverside | Psychiatrist | $ 15,156.00 | $ - | $ 7,578.00 |
| Monterey | Psychiatrist-Adult | $ 9,250.00 | $ 25,000.00 | $ 17,125.00 |
| Riverside | Psychiatrist | $ 20,833.00 | $ 25,000.00 | $ 22,916.50 |

| CLASSIFICATION | CLASS CODE | BARG UNIT | SALARY | RAM | PAY DIFFERENTIALS |
|---|---|---|---|---|---|
| Chief Psychiatrist, CF | 7612 | M16 | Range B: 10,201 - 11,530<br>Range C: 10,697 - 11,692 | Soledad (eff. 3/1/02)<br>Range B: 11,530<br>Range C: 11,692 | Pay Dif 154: $2700 per pay period (All CDCR Institutions and Parole Outpatient Clinics except PBSP)<br>Pay Dif 154: $3950 per pay period (PBSP)<br>Pay Dif 295: $100 per pay period (KVSP, COR, SATF, SVSP)<br><br>Pay Dif 157: $2400 annually following 12 consecutive pay periods (CMF)<br>Pay Dif 135: $2400 annually following 12 consecutive pay periods (CAL, CEN) |
| Senior Psychiatrist, CF (Specialist) | 9270 | R16 | Range A: 9,199 - 11,181<br>Range C: 9,419 - 11,447 | Soledad (eff. 3/1/02)<br>Range A: 11,181<br>Range C: 11,447 | Pay Dif 147: $2200 per pay period (CDCR, All Institutions/locations except HQ)<br><br>Pay Dif 157: $2400 annually following 12 consecutive qualifying pay periods (CMF)<br>Pay Dif 132: $2400 annually following 12 consecutive pay periods (AVE, CVSP, ISP)<br>Pay Dif 135: $2400 annually following 12 consecutive pay periods (CAL, CEN) |
| Senior Psychiatrist, CF (Supervisor) | 9271 | S16 | Range A: 8,770 - 11,181<br>Range C: 9,419 - 11,447 | Soledad (eff. 3/1/02)<br>Range A: 11,181<br>Range C: 11,447 | Pay Dif 154: $2700 per pay period (CDCR, All Institutions except PBSP)<br>Pay Dif 154: $3950 per pay period (PBSP)<br><br>Pay Dif 157: $2400 annually following 12 consecutive qualifying pay periods (CMF)<br>Pay Dif 132: $2400 annually following 12 consecutive pay periods (AVE, CVSP, ISP)<br>Pay Dif 135: $2400 annually following 12 consecutive pay periods (CAL, CEN) |
| Staff Psychiatrist, CF | 9272 | R16 | Range A: 8,528 - 10,366<br>Range B: 8,940 - 10,866<br>Range C: 9,199 - 11,181 | Soledad (eff. 3/1/02)<br>Range A: 10,366<br>Range B: 10,866<br>Range C: 11,181 | Pay Dif 147: $2200 per pay period (All CDCR locations except HQ and PBSP)<br>Pay Dif 147: $3450 per pay period (PBSP)<br>Pay Dif 295: $800 per pay period (NKSP, KVSP, COR, SATF, HDSP, CCC, CCWF, VSPW, SVSP, CTF)<br><br>Pay Dif 157: $2400 annually following 12 consecutive qualifying pay periods (CMF)<br>Pay Dif 132: $2400 annually following 12 consecutive pay periods (AVE, CVSP, ISP)<br>Pay Dif 135: $2400 annually following 12 consecutive pay periods (CAL, CEN) |

01118

# Psychiatrist Series Vacancy Report
## Data as of January 12, 2006

| INSTITUTION | CHIEF PSYCHIATRIST CF | | | SENIOR PSYCHIATRIST CF (SPEC) | | | SENIOR PSYCHIATRIST CF (SUPV) | | | STAFF PSYCHIATRIST CF | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual Positions | Vacancy Positions | Vacancy Rate | Actual Positions | Vacancy Positions | Vacancy Rate | Actual Positions | Vacancy Positions | Vacancy Rate | Actual Positions | Vacancy Positions | Vacancy Rate |
| Avenal State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 3.500 | 3.500 | 100.00% |
| California Correctional Center | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 1.000 | 1.000 | 100.00% |
| California Correctional Institution | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 5.500 | 2.500 | 45.45% |
| California Institution for Men | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 13.000 | 1.000 | 7.69% |
| California Institution for Women | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 7.000 | 0.000 | 0.00% |
| California Medical Facility | 2.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 3.00 | 2.00 | 66.67% | 16.000 | 2.000 | 12.50% |
| California Mens Colony | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 2.00 | 0.00 | 0.00% | 18.980 | 1.000 | 5.27% |
| California Rehabilitation Center | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 1.500 | 0.500 | 33.33% |
| California State Prison, Corcoran | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 14.300 | 9.800 | 68.53% |
| California State Prison, LA County | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 8.500 | 4.000 | 47.06% |
| California State Prison, Sacramento | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 12.500 | 1.500 | 12.00% |
| California State Prison, San Quentin | 2.00 | 1.00 | 50% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 8.000 | 4.000 | 50.00% |
| California State Prison, Solano | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.500 | 1.000 | 18.18% |
| Calipatria State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.000 | 2.000 | 40.00% |
| Centinela State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.750 | 0.750 | 100.00% |
| Central California Women's Facility | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 8.500 | 5.000 | 58.82% |
| Chuckawalla Valley State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 1.500 | 1.500 | 100.00% |
| Correctional Training Facility | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 4.500 | 0.500 | 11.11% |
| Deuel Vocational Institute | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 3.500 | 1.500 | 42.86% |
| Folsom State Prison | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 4.000 | 2.000 | 50.00% |
| High Desert State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 6.000 | 5.000 | 83.33% |
| Ironwood State Prison | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 1.000 | 0.000 | 0.00% |
| Kern Valley State Prison | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 6.800 | 2.800 | 41.18% |
| Mule Creek State Prison | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 8.000 | 5.000 | 62.50% |
| North Kern State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.000 | 1.000 | 20.00% |
| Pelican Bay State Prison | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 7.500 | 1.500 | 20.00% |
| Pleasant Valley State Prison | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 3.000 | 3.000 | 100.00% |
| RJ Donovan Correctional Facility | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 11.500 | 1.500 | 13.04% |
| Salinas Valley State Prison | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 11.000 | 6.500 | 59.09% |
| Sierra Conservation Center | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 2.000 | 1.500 | 75.00% |
| Substance Abuse Treatment Facility | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.500 | 2.000 | 36.36% |
| Valley State Prison for Women | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.500 | 4.500 | 81.82% |
| Wasco State Prison | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 6.000 | 2.000 | 33.33% |
| Miscellaneous | 6.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 47.520 | 0.000 | 0.00% |
| TOTALS | 35.00 | | 22% | 0.00 | 0.00 | 0% | 18.00 | 7.00 | 100.00% | 289.870 | 84.950 | |

Last updated on February 1, 2006
Elizabeth Parino (916) 324-8854

01119

Attachment 30

Feasible Alternative "A"
California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Psychiatry Vacancy Rate Reduction Strategies
FY 2006/07

| Staffing Request Summary | FY 05/06 | | FY 06/07 | |
|---|---|---|---|---|
| | Positions | Dollars | Positions | Dollars |
| **1) Pay Differential** | | | | |
| Pay Differential | | $3,365,500 | | $9,808,500 |
| | 0.00 | | | |
| **2) Hiring-Above-Minimum** | | | | |
| Hiring-Above-Minimum | | $86,290 | | $258,869 |
| | 0.00 | | | |
| **3) Online Exams** | | | | |
| Online (15 exams) | | | | $1,080,000 |
| 10 years of annual maintenance | | | | $600,000 |
| | 0.00 | | | |
| **4) Office of Workforce Planning and Selection** | | | | |
| Associate Governmental Program Analyst | | | 3.00 | |
| Associate Personnel Analyst | | | 2.00 | |
| Personnel Selection Technician | | | 2.00 | |
| Office Assistant - Typing | | | 1.00 | |
| | 0.00 | | | |
| **5) Office of Personnel Services** | | | | |
| Personnel Selection Technician | | | 1.00 | |
| Associate Personnel Analyst | | | 1.00 | |
| Senior Personnel Specialist | | | 2.00 | |
| | 0.00 | | | |
| **6) Adult Institutions - Statewide** | | | | |
| Office Technician - Typing | | | 33.00 | |
| | 0.00 | | | |
| **7) LiveScan** | | | | |
| Lease equipment for 38 locations | | | | $668,200 |
| Ongoing maintenance | | | | $400,000 |
| | 0.00 | | | |
| **Total Request** | 0.00 | $3,451,790 | 45.00 | $12,815,569 |
| | 0.00 | | | |

01120

| Department of General Services | **PROGRAM DATA SHEET** |
| Real Estate Services Division | |

Date: 1/26/2006
Transaction Number:

**Department:** Department of Corrections and Rehabilitation
**Division:** Division of Correctional Health Care Services
**Location:** 501 J Street
Sacramento, CA 95814

| Type | Base | Space Type |
|---|---|---|
| A=Position in Budget | A=Full Time | O=Open Space |
| B=Approved BCP | B=3/4 Time | P=Private Office |
| C=Contractor | C=1/2 Time (or less) | G=Group Workstation |
| D=Temp. Help | | |
| E=Volunteer | | |

**Program For:** Mental Health Program Area

DRAFT

**Staff Projections**

| Position | | Classification | Current | FY 05-06 | FY 06-07 | FY 07-08 | Area | Space Type | FY 05-06 Total Area Required | FY 06-07 Total Area Required | FY 07-08 Total Area Required |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Base | | | | | | | | | | |
| A | A | State Wide Mental Health Director | | | 1 | | 200 | P | - | 200 | |
| A | A | Regional Mental Health Director | | | 3 | | 150 | P | - | 450 | |
| A | A | Chief of Clinical Operations Branch (CEA) | | | 1 | | 200 | P | - | 200 | |
| A | A | Chief of Clinical Policy & Programs Branch (CEA) | | | 1 | | 200 | P | - | 200 | |
| A | A | Project Director (CEA) | 1 | | | | 200 | P | - | - | |
| A | A | Executive Secretary | | | 1 | | 100 | P | - | 100 | |
| A | A | Chief Psychiatrist | 1 | | | | 150 | P | - | - | |
| A | A | Chief Psychologist | 2 | | 1 | | 150 | P | - | 150 | |
| A | A | Senior Psychiatrist Supervisor | 1 | | | | 125 | O | - | - | |
| A | A | Senior Psychologist Supervisor | 3 | | | | 125 | O | - | - | |
| A | A | Senior Psychiatrist Specialist | | | 7 | | 125 | O | - | 875 | |
| A | A | Senior Psychologist Specialist | 2 | | 11 | | 125 | O | - | 1,375 | |
| A | A | Staff Psychiatrist | 8 | | | | 100 | O | - | - | |
| A | A | Clinical Psychologist | 17 | | 28 | | 100 | O | - | 2,800 | |
| A | A | Psychiatric Social Worker | | | 1 | | 100 | O | - | 100 | |
| A | A | Senior Psychiatric Technician | | | 6 | | 100 | O | - | 600 | |
| A | A | Nurse Consultant | | | 6 | | 100 | O | - | 600 | |
| A | A | Health Program Manager II | | | 3 | | 110 | O | - | 330 | |
| A | A | Health Program Specialist II | | | 3 | | 100 | O | - | 300 | |
| A | A | Health Program Specialist I | 1 | | 5 | | 100 | O | - | 500 | |
| A | A | Associate Health Program Analyst | | | 16 | | 100 | O | - | 1,600 | |
| A | A | SSA/AGPA | 4 | | | | 100 | O | - | - | |
| A | A | Secretary | | | 9 | | 75 | O | - | 675 | |
| A | A | Office Technician | 5 | | 13 | | 75 | O | - | 975 | |
| A | A | Facility Captian | | | 6 | | 150 | O | - | 900 | |
| A | A | Retired Annuitant | | | 6 | | 100 | O | - | 600 | |
| | | | | | | | | | | | |
| | | Sub-Total Office Space Required | 43 | - | 126 | - | | | - | 13,530 | |
| | | | | | | | | | | | |
| | | Circulation (40%) | | | | | | | - | 5,412 | |
| | | | | | | | | | | | |
| | | **TOTAL OFFICE SPACE REQUIRED** | | | | | | | - | 18,942 | - |
| | | (sq.ft. of office space per FY) | | | | | | | | | |
| | | | | | | | | | | | |
| | | **Special Use Requirements** | | | | | | | | | |
| | | Storage Room | 0 | 1 | 1 | 1 | 200 | | 200 | 200 | 200 |
| | | File Room | 0 | 1 | 1 | 1 | 200 | | 200 | 200 | 200 |
| | | Data/Telecommunications Room | 0 | 1 | 1 | 1 | 80 | | 80 | 80 | 80 |
| | | Interview/Team Room | 0 | 1 | 1 | 1 | 150 | | 150 | 150 | 150 |
| | | Conference Room with Video Conference Equipment | 0 | 1 | 1 | 1 | 250 | | 250 | 250 | 250 |
| | | Employee Room | 0 | 1 | 1 | 1 | 175 | | 175 | 175 | 175 |
| | | Copier/Fax Room | 0 | 1 | 1 | 1 | 175 | | 175 | 175 | 175 |
| | | Reception Area | 0 | 1 | 1 | 1 | 100 | | 100 | 100 | 100 |
| | | Shared Printer Area | 0 | 3 | 3 | 3 | 48 | | 144 | 144 | 144 |
| | | | | | | | | | | | |
| | | Sub-Total Special Use Space Required | | | | | | | 1,474 | 1,474 | 1,474 |
| | | | | | | | | | | | |
| | | Circulation (40%) | | | | | | | 590 | 590 | 590 |
| | | | | | | | | | | | |
| | | **TOTAL SPECIAL USE SPACE REQUIRED** | | | | | | | 2,064 | 2,064 | 2,064 |
| | | | | | | | | | | | |
| | | **TOTAL SPACE REQUIRED** | | | | | | | 2,064 | 21,006 | 2,064 |

RESD Manager Concur _____

RESD Planner Concur _____

Agency Concur _____

PARKING:
Public _____
Handicap _____
State _____

*14 Dentist listed, 5 on special assignment

01121

**PARTIAL MODULAR FURNITURE**
**(Reconfiguration of existing office space for 25 Workstations)**

<u>Workstation Projection (cost per station):</u>          $4,500

*Using existing space to accomatate 7 new BCP positions for OPS would require 25 modular*
*spaces impacting 18 existing offices.*

| OFFICE OF PERSONNEL SERVICES | Total Staff FY 06/07 | Total Cost |
|---|---|---|
| ASO PERSONNEL ANLT | 18 | $81,000 |
| OFF TECH (TYPING) | 1 | $4,500 |
| PERSNL SL TECH | 3 | $13,500 |
| SECRETARY | 2 | $9,000 |
| SR PERSNL SP | 1 | $4,500 |
| Total Workstations | 25 | $112,500 |

| TOTAL PROJECTED COST | | |
|---|---|---|
| Total (Existing PYs) | 18 | $81,000 |
| BCP PYs | 7 | $31,500 |
| Total (Revised PYs) | 25 | $112,500 |
| Taxes ($7.75) | | $8,719 |
| Total Cost | | $121,219 |

D:/Moana/BCPs/HR's Portion (Coleman-FY 06-07) Space Data.xls.

01122

Attachment 21B
Case 2:90-cv-00520-KJM-SCR Document 1910-1 Filed 07/21/06 Page 146 of 198
Support Services
FY 06/07 Spring Finance Letter
(Coleman Court Order)
Office of Workforce Planning and Selection

**NEW LEASE SPACE REQUIRMENTS (relocation of Office of Workforce Planning and Selection)**

Annual Cost Projection: 17,364 total sq. ft.
x $2.05 per sq. ft. x 12 months = $427,152 annually

| Type | Base | Space Type |
|---|---|---|
| A = Position in Budget | A=Full Time | O = Open Space |
| B = Aprv'd BCP Pos. | B=3/4 Time | P = Private Office |
| C = Contractor | C=1/2 Time | G = Group |
| D = Temp. Help | or less | Workstation |
| E = Volunteer | | |

| | | | | | | | 05/06 | 06/07 |
|---|---|---|---|---|---|---|---|---|
| **SELECTION SERVICES** | | | | | | | **Total Area** | **Total Area** |
| **POSITION** | | | FY | FY | | Space | Total Area | Total Area |
| (T)ype | (B)ase | CLASSIFICATION | 05/06 | 06/07 | Area | Type | Required | Required |
| A | A | Staff Services Mgr. II | 2 | 2 | 125 | P | 250 | 250 |
| A | A | Staff Services Mgr. I | 4 | 4 | 110 | O | 440 | 440 |
| A | A | Assoc. Personnel Analyst/SSA | 16 | 20 | 100 | O | 1600 | 2000 |
| A | A | Superv. Pers. Selec. Tech. | 2 | 5 | 100 | O | 200 | 500 |
| A | A | Office Services Supervisor II | 0 | 1 | 75 | O | 0 | 75 |
| A | A | Pers. Selection Tech. | 11 | 11 | 100 | O | 1100 | 1100 |
| A | A | Office Assistant (T) | 1 | 1 | 75 | O | 75 | 75 |
| D | B | Asst. Examination Proctors | 6 | 6 | 75 | O | 450 | 450 |
| D | G | Retired Annuitant (Sale/Mendenhall) | 2 | 2 | 75 | O | 150 | 150 |
| A | A | Office Technician | 1 | 1 | 75 | O | 75 | 75 |

| | | | | | | | 05/06 | 06/07 |
|---|---|---|---|---|---|---|---|---|
| **WORKFORCE PLANNING** | | | | | | | **Total Area** | **Total Area** |
| **POSITION** | | | FY | FY | | Space | Total Area | Total Area |
| (T)ype | (B)ase | CLASSIFICATION | 05/06 | 06/07 | Area | Type | Required | Required |
| A | A | Staff Services Mgr. III | 1 | 1 | 150 | P | 150 | 150 |
| A | A | Staff Services Mgr. II | 2 | 2 | 125 | O | 250 | 250 |
| A | A | Staff Services Mgr. I | 2 | 2 | 100 | O | 200 | 200 |
| A | A | SSA/AGPA | 9 | 13 | 80 | O | 720 | 1040 |
| A | A | Office Technician | 1 | 1 | 75 | O | 75 | 75 |
| | | Subtotal Office Requirements | 60 | 72 | | | 5735 | 6830 |
| | | Circulation | 25 | | | | 1434 | 1708 |
| | | **TOTAL OFFICE SPACE REQUIRED** | | | | | 7169 | 8538 |

| **SPECIAL REQUIREMENTS** | | |
|---|---|---|
| Computer/Scantron Room/Computer Work Area (Area must be Cooled) | 165 | 165 |
| Exam Work Areas (Area needs to be Locked) | 143 | 143 |
| Interview Rooms (10) | 1430 | 1430 |
| Library Research | 150 | 150 |
| 1/ Conference Rooms (5) | 1200 | 1200 |
| 2/ Reception Area/Candidate Room/Lobby | 314 | 314 |
| Supply/Copiers (2)/Mail Equipment/FAX Machine (Area must be Cooled) | 285 | 285 |
| SPB On-line Printers & Terminals (Confidential/Security - Needs to be Locked) | 200 | 200 |
| Exam Frozen Room (Area needs to be locked) | 143 | 143 |
| File Room & Records/Historical Storage | 1200 | 1200 |
| Subtotal Special Requirements | 5230 | 5230 |
| Circulation 25 | 1308 | 1308 |
| TOTAL SPECIAL USE SPACE REQUIRED | 6538 | 6538 |
| PY GROWTH FACTOR (including circulation factor) | | 2288.3 |
| TOTAL NET SPACE REQUIRED | 13707 | 17364.3 |

1/ To accommodate OWP&S's staff redirections affected by 7/1/05 CDCR merger,
   four of the existing conference rooms that once existed had to be converted
   to staff work stations.
2/ Support Staff space to be added to this area (2.0 Office Technicians, 1.0 Office
   Services Supervisor II and 1.0 Office Assistants = 305 sq ft).

Attachment 21C        Support Services      e of Workforce Planning and Selection
Case 2:90-cv-00520-KJM-SCR   Document 1910-1   Filed 07/21/06   Page 147 of 198
FY 06/07 Spring Finance Letter
(Coleman Court Order)

**MODULAR FURNITURE**
**(Reconfiguration of existing office space)**

**Workstation Projection (cost per station):**       $4,500
**Private Offices (existing SSM II and III positions):**       Four (4)

| SELECTION SERVICES | Total Staff FY 06/07 | Total Cost |
|---|---|---|
| Staff Services Mgr. I | 4 | $18,000 |
| Assoc. Personnel Analyst/SSA | 20 | $90,000 |
| Supervising Pers. Selection Technician | 5 | $22,500 |
| Office Services Supervisor II | 1 | $4,500 |
| Personnel Selection Technician | 11 | $49,500 |
| Office Assistant (T) | 1 | $4,500 |
| Asst. Examination Proctors | 6 | $27,000 |
| Retired Annuitant (Sale/Mendenhall) | 2 | $9,000 |
| Office Technician | 1 | $4,500 |
| **Subtotal** | **51** | **$229,500** |

| WORKFORCE PLANNING | Total Staff FY 06/07 | Total Cost |
|---|---|---|
| Staff Services Mgr. I | 2 | $9,000 |
| SSA/AGPA | 13 | $58,500 |
| Office Technician | 1 | $4,500 |
| **Subtotal** | **16** | **$72,000** |

| TOTAL PROJECTED COST | | |
|---|---|---|
| Total (Existing PYs) | 67 | $301,500 |
| PY Growth (15%) | 12 | $54,000 |
| Total (both sections) | 79 | $355,500 |
| Taxes ($7.75) | | $27,551 |
| **Total PYs/Cost** | | **$383,051** |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | **Report Types** | **Tasks** | **Hrs. Per Day** | **Patients Per Day** | **Days Per Week** | **Total Hours Year** | **Staff Req @ 1760 per year** | **Existing Staff** | **Add Staff Required** |
| 4 | | 1. Case management of identified complex cases that require repeated utilization of services, frequent requests for admissonand extended length of stays. | 0.5 | 20 | 5 | 2600 | 1.48 | | |
| 5 | | 2. Interact with appropriate members of the Mental Health team, including physicians, to assist in determination appropriateness of continued acute or intermediate mental health care. | 0.5 | 10 | 5 | 1300 | 0.74 | | |
| 6 | | 3. Interact with custody, transprotation, classification & endorsement | 0.5 | 10 | 5 | 1300 | 0.74 | | |
| 7 | | 4.Liason with DMH RNs to coordinate inmate/patient referrals & transfers | 0.5 | 10 | 5 | 1300 | 0.74 | | |
| 8 | | 5. Communicate procedureal problems affecting referral and transfer process | 0.5 | 10 | 5 | 1300 | 0.74 | | |
| 9 | | 6. Assemble, organize, maintain and perform basic analisys of data for statistical and management reports and interface with analytical staff | 1 | 10 | 5 | 2600 | 1.48 | | |
| 10 | | 7. Network with CDCR and DMH regarding mental health care system capabilities and orientation of CDCR staff | | | | 24 | 0.01 | | |
| 11 | | 8. Contribute expertise to policy development and updating and MOUs | | | | 24 | 0.01 | | |
| 12 | | 9. Participate in DCHCS Quality Management System processes | | | | 24 | 0.01 | | |
| 13 | | 10. Weekly concurent review of all CDCR patients at DMH to evaluate progress and authorize continued stay | 1 | 15 | | 4 | 0.03 | | |
| 14 | | 11. Maintain current knowledge of litigatrion issues related to the care and treatment of patient inmates and ensure compliance with court orders, mandates and other administrate duties as directed | | | | 12 | 0.01 | | |
| 15 | | 12. Ensure quality care; immprove efficiency in the use of internal CDCR resources, establishes and maintan accountability. | 1 | 15 | | 20 | 0.17 | | |
| 16 | | 13. Keep CDCR current with cost conscious medical practice; identify quality and risk management issues. | | | | 24 | 0.01 | | |
| 17 | | 14.Decrease litigation; practice in accordance with accepted community standards. | | | | 24 | 0.01 | | |
| 18 | | 15. Comply with regulatory and licensing requirements; and standardize the UM program systemwide. | | | | 6 | 0.00 | | |
| 19 | | 16.Ensure that all services are medically necessary; ensure all services are provided at the appropriate level/source of care. | 2 | 15 | | 20 | 0.34 | | |
| 20 | | 17.Continue efforts to pattern a community based UM department; with a regionly based reporting and oversight structure by NCPR. | | | | 12 | 0.01 | | |
| 21 | Total Hrs. | | | | | | 6.54 | | |
| 22 | | | | | | | | | |
| 23 | | | | | | 10594 | | | |
| 24 | **TOTAL ADDITIONAL STAFF** | | | | | | | | |
| 25 | | | | | | | | | |

01125

| | QMAT Task | Coleman Monitor* | QMAT Staff (Requested) | Time Required |
|---|---|---|---|---|
| 1 | Conduct an entrance interview to review the institution's perceived mental health issues based on past Coleman, QMAT, OIG and other reviews. | x | All Primary QMAT Staff | 90 minutes |
| 2 | Update of the QIP. | x | Senior Psychologist, Senior Psychiatrist, RA, NCPR | 120 minutes |
| 3 | Review documentation of the institutions Quality Management System (QMS). | x | All Primary QMAT Staff | 60 minutes |
| 4 | Review documents regarding Governing Body. Look for evidence of a Governing Body that includes participation by the Warden, Health Care Manager (HCM), Regional Administrators and Regional Health Care Directors, that meets at least quarterly. | x | RA, Senior Psychologist | 45 minutes |
| 5 | Review documents regarding Quality Management Committee (QMC) or assist is it's formation if not present. Look for evidence of a an oversight Quality Management Committee (QMC) for Health Care chaired by the HCM/CMO with participation from the Warden or CDW, full cross-discipline representation, and receives reports from all medical and mental health subcommittees and ensure it meets at least monthly. | x | RA, Senior Psychologist | 60 minutes |
| 6 | Review documents regarding Mental Health Subcommittee (MHSubC) or assist in it's formation if not present. Look for evidence of a Mental Health Subcommittee (MHSubC) that meets at least twice monthly (unless no MH Program), charters Quality Improvement Teams (QITs) to address specific problems, conducts ongoing audits to monitor key program areas, and makes reports to the QMC. | x | RA, Senior Psychologist. NCPR, Senior Psychiatrist | 90 minutes |
| 7 | Look for Evidence that QITs are focused, time-limited, include key stakeholders. They define a problem, conduct an audit or closely examine the process to determine nature of the problem, develop or update Local Operating Procedures (LOPs), make recommendations to MHSubC, and pilot-test solutions. | x | RA, Senior Psychologist. NCPR, Senior Psychiatrist | 60 minutes |

*The *Coleman* monitoring teams consist of four psychiatrists, three psychologists, five attorneys and one MPA.

| | | | | |
|---|---|---|---|---|
| 8 | Look for evidence the QIT report information is being correlated with the QIP to ensure congruence. | x | RA, Senior Psychologist. NCPR, Senior Psychiatrist | 30 minutes |
| 9 | Review documents regarding Suicide Prevention and Response Focused Improvement Team (SPRFIT) or assist in it's formation if not present. | x | Senior Psychologist, Senior Psychiatrist, RA, NCPR | 60 minutes |
| 10 | Review documents regarding Quality Improvement Teams (QITs) or assist in their formation if not present. | 0.50 | All Primary QMAT Staff | 90 minutes |
| 11 | Review documents regarding proof of practice binders and correlate with observations as appropriate. | x | All Primary QMAT Staff | 120 minutes |
| 12 | Review staffing including allocation vs. established vs. hired and registry coverage. | x | RA, Senior Psychologist | 180 minutes |
| 13 | Auditing using DCHCS approved audit tools currently: RVR Audit, MHTS Audit, UHR QA Audit, Medication Management Audit and IST Training. | x | Senior Psychologist, Senior Psychiatrist, Senior LPT, NCPR | 120 minutes |
| 14 | Review current Corrective Action Plan (CAP), any outstanding suicide CAPs, OIG or other CAPS. | x | All Primary QMAT Staff | 240 minutes |
| 15 | Review Medication Management. | x | Senior Psychiatrist, NCPR, Senior LPT Facility Captain | 180 minutes |
| 16 | Review medication delivery timeliness for new arrivals. | x | Senior Psychiatrist, NCPR, Senior LPT Facility Captain | 60 minutes |
| 17 | Review documents regarding medication delivery timeliness for transfers within the institution | x | Senior Psychiatrist, NCPR, Senior LPT Facility Captain | 60 minutes |
| 18 | Review prescription renewals and refills for timeliness before expiration and psychiatry visits. | x | Senior Psychiatrist, NCPR, Senior LPT | 60 minutes |
| 19 | Review refusals and no shows. | x | Senior Psychiatrist, NCPR, Senior LPT Facility Captain | 60 minutes |

01127

| | | | | |
|---|---|---|---|---|
| **20** | Review proper documentation on Medication Administration Record (MAR). | x | Senior Psychiatrist, NCPR, Senior LPT Facility Captain | 60 minutes |
| **21** | Review timeliness of referrals made. | x | Senior Psychologist, Senior Psychiatrist | 60 minutes |
| **22** | Review referral response time by staff. | x | Senior Psychologist, Senior Psychiatrist | 30 minutes |
| **23** | Review compliance with DOT/Nurse Administered medications. | x | NCPR, Senior LPT, Facility Captain | 120 minutes |
| **24** | Review labs orders and review of results for mood stabilizing medications. | x | Senior Psychiatrist, NCPR | 60 minutes |
| **25** | Review medications orders and delivery for departing inmates. | x | NCPR, Senior LPT | 60 minutes |
| **26** | Review timeliness of access to Higher Levels of Care (DMH and EOP). | x | Senior Psychologist, Facility Captain | 120 minutes |
| **27** | Review new Rules Violation Report (RVR) process; Timeliness, appropriateness and if Mental Health Evaluation is taken into account by Hearing Officer. | x | RA, Facility Captain, Senior Psychologist | 60 minutes |
| **28** | Review Mental Health Tracking System (MHTS) including; Data entry Reports generated Accuracy and congruence with UHRs Appropriate managerial use of reports | x | Senior Psychologist, RA, Facility Captain | 60 minutes |
| **29** | Review Unit Health Record Audits for validation. | x | Senior Psychologist, Senior Psychiatrist, Senior LPT, NCPR | 120 minutes |

| 30 | Review Mental Health Program Areas :<br>MHCB<br>OHU<br>EOP<br>CCCMS<br>DMH referrals and transfers<br>ASU<br>Special programs | Partial | All Primary QMAT Staff | 180 minutes |
|---|---|---|---|---|
| 31 | Review of past concerns:<br>Previous Coleman rounds<br>RBA & PLO letters<br>Ensure all Proof of Practice is available | x | All Primary QMAT Staff | 60 minutes |
| 32 | Review of Clark status. | No | Senior Psychologist, | 90 minutes |
| 33 | Staff Meeting – This is held by all Coleman Monitoring Teams and is an important component of cross validation. | x | All Primary QMAT Staff | 90 minutes |
| 34 | Conduct mock entrance interview:  Review & analysis of above answers from staff meeting, role play presentation, presentation of proof of practice. | No | All Primary QMAT Staff | 120 minutes |
| 35 | Conduct exit interview between the same staff as entrance interview to review tentative findings, recommendations, and proposed interventions. | x | All Primary QMAT Staff | 45 minutes |
| 36 | Schedule next visit and set tentative agenda. | No | All Primary QMAT | 15 minutes |
| 37 | Review extensive audits and analysis for report to be submitted to QMAP Regional Director within seven days of exit. | No | All Primary QMAT Staff | 360 minutes |
| 38 | QMAP Chief Psychologist distributes to the Regionals the Mental Health Quarterly Management Reports and other pertinent information necessary to complete the feedback loop. | No | QMAT Chief Psychologist, Senior Psychologist | 30 minutes |
| 39 | Suicide Training Support | No | QMAT Chief Psychologist, Senior Psychologist | 120 minutes |

| Time By Position Information for Fully Missioned Institutions | | | |
|---|---|---|---|
| Tile Name | Total Time per Visit | | |
| Senior Psychologist | 49.75 hours | | |
| Senior Psychiatrist | 41 hours | | |
| Senior LPT | 37.5 hours | | |
| RA | 32.25 hours | | |
| NCPR | 43.5 hours | | |
| Facility Captain | 33.5 hours | | |
| | | | |
| | | | |

01130

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



**Statewide Mental Health Program Director (CEA)**
Tim Fishback, M.D. (A)
Pending Establishment
XXX-XXX-XXXX-XXX

**Executive Secretary I**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Green Fill = Established Position

**Clinical Operations Branch**
Chief of Clinical Operations Branch (CEA)
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

See page 3

**Clinical Policy & Program Development, and Clinical Evaluations Branch**
Chief of Clinical Policy & Program Development, and Clinical Evaluations Branch (CEA)
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

See page 4

01131

- 1 -

2/6/2006

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



*.....from page 1*

**Psychiatry Services Branch**
Chief Psychiatrist
Tip Fishback, M.D.
Pending Redirection From FOL
074-420-7612-004 (6-066-916-7612-XXX)

**HPS I**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Secretary**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

*.....see pages 6, 7, and 8*

**Tele-Psychiatry Unit**
Senior Psychiatrist Supervisor
Vacant
066-925-9274-001

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Staff Psychiatrist**
Bruce McKay, M.D.
066-925-9172-001

**Staff Psychiatrist**
Vacant Pend. Redirection
From FOL
XXX-XXX-XXXX-XXX

**Staff Psychiatrist**
Louis Krom, M.D.
066-925-9172-001

**Staff Psychiatrist**
Vacant Pend. Redirection
From FOL
XXX-XXX-XXXX-XXX

**Staff Psychiatrist**
Darrow Wilson, M.D.
066-925-9172-001

**Staff Psychiatrist**
Vacant Pend. Redirection
From FOL
XXX-XXX-XXXX-XXX

**QMAT - NORTH**

**Senior Psychiatrist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Senior Psychiatrist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**QMAT - CENTRAL**

**Senior Psychiatrist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Senior Psychiatrist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**QMAT - SOUTH**

**Senior Psychiatrist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Senior Psychiatrist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Green Fill = Established Positions

01132

2/6/2006

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



**Clinical Operations Branch**
Chief of Clinical Operations Branch (CEA)
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

*.....from page 1*

Red Dotted Line - Indirect Reporting Structure

**HPS I**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Secretary**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Green Fill = Established Position

**Utilization Management (UM) Unit**
UM Nurses for DMH Programs/Facilities

See page 16

**Quality Management Assistance Program (QMAP) Unit**
Regional

Centralized Clinical Case Management Unit
Senior Psychologist Specialist
Heidi Steelman, Ph.D.
(805) 920-9887 x406

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**QMAP Unit - NORTH**
Regional Mental Health Director
Chief Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

See page 6

**QMAP Unit - CENTRAL**
Regional Mental Health Director
Chief Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

See page 7

**QMAP Unit - SOUTH**
Regional Mental Health Director
Chief Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

See page 8

01133

**2/6/2006**

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



.....from page 1

**Clinical Policy & Program Development, and Clinical Evaluations Branch**
Chief of Clinical Policy & Program Development, and Clinical Evaluations Branch
(CEA)
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**HPS I**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Secretary**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Policy & Program Development Unit
Chief Psychologist
Sharen Chaiken, Ph.D.
866-920-9859-001

See page 5

Psychological Testing & Forensic Evaluations Unit
Chief Psychologist
Margaret M. Akerberg, Ph.D.
866-920-9859-001

Green Fill = Established Position

01134

**2/6/2006**



*.....from page 1*

Green Fill = Established Position

01135

**2/6/2006**

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM

.....from page 3



**Quality Management Assistance Program Unit - NORTH**
Regional Mental Health Director
Chief Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

| Health Program Manager II | Secretary |
|---|---|
| Vacant Pend. Estab. | Vacant Pend. Estab. |
| XXX-XXX-XXXX-XXX | XXX-XXX-XXXX-XXX |

| Health Program Specialist I | Office Technician |
|---|---|
| Vacant Pend. Estab. | Vacant Pend. Estab. |
| XXX-XXX-XXXX-XXX | XXX-XXX-XXXX-XXX |

| AHPA – Team I | AHPA – Team II |
|---|---|
| Vacant Pend. Estab. | Vacant Pend. Estab. |
| XXX-XXX-XXXX-XXX | XXX-XXX-XXXX-XXX |

**TEAM I**

**TEAM II**

| Senior Psychologist Specialist | Senior Psychiatrist Specialist |
|---|---|
| Vacant Pend. Estab. | |
| XXX-XXX-XXXX-XXX | See page 2 |

| Nursing Consultant, Program Review | Facility Captain |
|---|---|
| See page 15 | See page 17 |

| Senior Psychiatric Technician | Retired Annuitant |
|---|---|
| | Warden |
| See page 15 | See page 17 |

| Senior Psychologist Specialist | Senior Psychiatrist Specialist |
|---|---|
| Vacant Pend. Estab. | |
| XXX-XXX-XXXX-XXX | See page 2 |

| Nursing Consultant, Program Review | Facility Captain |
|---|---|
| See page 15 | See page 17 |

| Senior Psychiatric Technician | Retired Annuitant |
|---|---|
| | Warden |
| See page 15 | See page 17 |

**QMAT – Northern Region, Team I**

**QMAT – Northern Region, Team II**

01136

Red Dotted Line = Indirect Reporting Structure

**- 6 -** Yellow Box = Positions/Functions Accounted For Under Respective Unit

**2/6/2006**



**Quality Management Assistance Program Unit - CENTRAL**
Regional Mental Health Director
Chief Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Health Program Manager II**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Secretary**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Health Program Specialist I**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**AHPA – Team I**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**AHPA – Team II**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**TEAM I**

**TEAM II**

**Senior Psychologist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Senior Psychiatrist Specialist**
See page 2

**Senior Psychologist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Senior Psychiatrist Specialist**
See page 2

**Nursing Consultant, Program Review**
See page 15

**Facility Captain**
See page 17

**Nursing Consultant, Program Review**
See page 15

**Facility Captain**
See page 17

**Senior Psychiatric Technician**
See page 15

**Retired Annuitant**
Warden
See page 17

**Senior Psychiatric Technician**
See page 15

**Retired Annuitant**
Warden
See page 17

**QMAT – Central Region, Team I**

**QMAT – Central Region, Team II**


Red Dotted Line = Indirect Reporting Structure

**Yellow Box = Positions/Functions Accounted For Under Respective Unit**

01137

**2/6/2006**

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM

*.....from page 3*



**Quality Management Assistance Program Unit - SOUTH**
Regional Mental Health Director
Chief Psychologist

**Health Program Manager II**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Secretary**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Health Program Specialist I**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**AHPA – Team I**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**AHPA – Team II**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**TEAM I**

**TEAM II**

**Senior Psychologist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Senior Psychiatrist Specialist**
See page 2

**Senior Psychologist Specialist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Senior Psychiatrist Specialist**
See page 2

**Nursing Consultant, Program Review**
See page 15

**Facility Captain**
See page 17

**Nursing Consultant, Program Review**
See page 15

**Facility Captain**
See page 17

**Senior Psychiatric Technician**
See page 15

**Retired Annuitant**
Warden
See page 17

**Senior Psychiatric Technician**
See page 15

**Retired Annuitant**
Warden
See page 17

**QMAT – Southern Region, Team I**

**QMAT – Southern Region, Team II**

Red Dotted Line = Indirect Reporting Structure

**- 8 -**    Yellow Box = Positions/Functions Accounted For Under Respective Unit

01138

**2/6/2006**

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



Clinical Policy & Program Development Unit
Chief Psychologist
Shama Chaiken, Ph.D.
065-923-9859-001

.....from page 4

**HPS I**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Secretary**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Research Analyst II (Social / Behavioral)**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Training Section
Senior Psychologist Specialist
Deborah Lonergan, Ph.D
065-923-9287-003

Suicide Prevention Section
Senior Psychologist Specialist
Vacant
065-923-9287-002

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Program Guides Section**
Psychiatric Social Worker
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Group Therapy Curriculum Planning & Development Section**
Senior Psychiatric Technician
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Bed Management & Planning Section
Senior Psychologist Specialist
Vacant
(position number)

Mental Health Compliance Management Section
Senior Psychologist Specialist
Vacant
(position number)

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Professional Recruitment & Development Section
Senior Psychologist Specialist
Vacant
(position number)

**Gender & Culturally Responsive Programs Section**
Senior Psychologist Specialist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Office Technician**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Green Fill = Established Positions

01139

2/6/2006



.....from page 4

Psychological Testing & Forensic Evaluations Unit
Chief Psychologist
Margaret McAloon, Ph.D.
Pending Reallocation from PD
065-226-9595-001 to 065-991-5985-XXX

HPS 1
Sharon Jaeger
065-991-6786-001

**Secretary**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Office Technician
Nancy Lee Townsend
065-924-5105-001

**Forensic Evaluations Section**

Psychological Testing Section
Senior Psychologist Supervisor
Don Saiz
065-923-9288-001

See page 14

Forensic Evaluations – NORTH
Senior Psychologist Supervisor
Susan Foss
065-924-9288-004

See page 11

Forensic Evaluations – CENTRAL
Senior Psychologist Supervisor
Erich J. Rueschenberg
065-924-9288-003

See page 12

Forensic Evaluations – SOUTH
Senior Psychologist Supervisor
Jeff Kopp
065-924-9288-002

See page 13

Green Fill = Established Positions

01140

2/6/2006

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



Forensic Evaluations - NORTH
Senior Psychologist Supervisor
Clint Cross
055-924-9288-044

Office Technician
Vacant
086-886-1139-006

Clinical Psychologist
Richard Lowenthal
055-924-9288-006

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Steven Terrini
055-924-9288-019

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Donald Sweedler
055-924-9288-106

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Jill Putman
055-924-9288-007

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Kurt Kroes
055-924-9288-008

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
John Boren
055-924-9288-004

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Green Fill = Established Positions

.....from page 10

- 11 -

01141

2/6/2006



.....from page 10

Forensic Evaluations - CENTRAL
Senior Psychologist Supervisor
Brian J. Ross-Wenberg

Office Technician
Maria Cervantes-Valencia

Clinical Psychologist
Lenore Sanders

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Lance Portnoff

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Robert Sargent

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Robert Weber

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Steve Walker

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Green Fill = Established Positions

Purple Fill = Proposed New Established Positions

01142

2/6/2006

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



.....from page 10

**Forensics Evaluations - SOUTH**
Senior Psychologist Supervisor
Jeff Krom
066-924-9286-902

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Clinical Psychologist**
Kathy Stodden
066-924-9286-907

**Clinical Psychologist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Clinical Psychologist**
Kathryn Anderson
066-924-9286-007

**Clinical Psychologist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Clinical Psychologist**
Elaine Mara
066-924-9286-012

**Clinical Psychologist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Clinical Psychologist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Clinical Psychologist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Green Fill = Established Positions

**Clinical Psychologist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**Clinical Psychologist**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

01143

2/6/2006

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



.....from page 10

Senior Psychologist Supervisor
Psychological Testing - All Regions
C/A/Sal.
066-622-9188-001

**AHPA**
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**NORTH**

Clinical Psychologist
Vacant Pend. Est.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Vacant Pend. Est.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Vacant Pend. Est.
XXX-XXX-XXXX-XXX

**CENTRAL**

Clinical Psychologist
Vacant Pend. Est.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Vacant Pend. Est.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Vacant Pend. Est.
XXX-XXX-XXXX-XXX

**SOUTH**

Clinical Psychologist
Vacant Pend. Est.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Vacant Pend. Est.
XXX-XXX-XXXX-XXX

Clinical Psychologist
Vacant Pend. Est.
XXX-XXX-XXXX-XXX

Green Fill = Established Positions

01144

2/6/2006

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



Nursing Consultant, Program Review (NCPR)
Report indirectly To The NCPR Lead indirectly
To The Regional Mental Health Director And
Directly To The Regional Director Of Nursing

**Statewide Director of Nursing**

*.....from pages 6,7, and 8*

**Regional Director of Nursing**
**NORTH**

**Regional Director of Nursing**
**CENTRAL**

**Regional Director of Nursing**
**SOUTH**

Nursing Consultant, Program Review
Lead

Nursing Consultant, Program Review
Lead

Nursing Consultant, Program Review
Lead

QMAT

QMAT

QMAT

Nurse Consultant, Program Review
QMAT - Team I
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Nurse Consultant, Program Review
QMAT - Team I
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Nurse Consultant, Program Review
QMAT - Team I
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Nurse Consultant, Program Review
QMAT - Team II
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Nurse Consultant, Program Review
QMAT - Team II
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Nurse Consultant, Program Review
QMAT - Team II
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Senior Psychiatric Technician
QMAT - Team I
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Senior Psychiatric Technician
QMAT - Team I
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Senior Psychiatric Technician
QMAT - Team I
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Senior Psychiatric Technician
QMAT - Team II
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Senior Psychiatric Technician
QMAT - Team II
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

Senior Psychiatric Technician
QMAT - Team II
Vacant Pend. Estab.
XXX-XXX-XXXX-XXX

**NORTHERN REGION**

**CENTRAL REGION**

**SOUTHERN REGION**

01145

Yellow Fill = Positions/Functions Accounted For Elsewhere In DCHCS

**2/6/2006**

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM

## Utilization Management Nurses for DMH Programs/Facilities



.....from page 3

Statewide Director of Nursing

Regional Director of Nursing – NORTH

Regional Director of Nursing - CENTRAL

Regional Director of Nursing – SOUTH

Nursing Consultant, Program Review
Lead

Nursing Consultant, Program Review
Lead

Nursing Consultant, Program Review
Lead

UM

UM

UM

**Salinas Valley Psychiatric Program**
Registered Nurse - UM
Vacant Pending Establishment
XXX-XXX-XXXX-XXX

CMF and Napa State Hospital
Registered Nurse - UM
Cindy Vargara
055-043-9975-017

**CSP-Sacramento**
Registered Nurse – UM
Vacant Pending Establishment
XXX-XXX-XXXX-XXX

Atascadero State Hospital
Registered Nurse - UM
Michelle Ezell
055-043-9975-001

**Coalinga State Hospital**
Registered Nurse - UM
Vacant Pending Establishment
XXX-XXX-XXXX-XXX

**Patton & Metropolitan State Hospitals**
Registered Nurse - UM
Vacant Pending Establishment
XXX-XXX-XXXX-XXX

**UM Southern Region**

Green Fill = Established Position

Yellow Fill = Positions/Functions Accounted
For Elsewhere In DCHCS

Registered Nurses in the UM Program Report Indirectly To The
NCPR Lead, Indirectly To The Regional Mental Health Director
And Directly To The Regional Director Of Nursing

**UM Central Region**

**UM Northern Region**

01146

- 16 -

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - MENTAL HEALTH PROGRAM



.....from pages 6,7, and 8

**Health Care Administrative Operations Branch**

| Office of Regional Administration NORTH | Office of Regional Administration CENTRAL | Office of Regional Administration SOUTH |

Regional Administrator NORTH — Regional Administrator CENTRAL — Regional Administrator SOUTH

Correctional Administrator NORTH — Correctional Administrator CENTRAL — Correctional Administrator SOUTH

**QMAT - NORTH**

- Facility Captain QMAT – Team I Retd. Mgr. XXX-XXX-XXXX-XXX
- Facility Captain QMAT – Team II Vacant Pend. Estab. XXX-XXX-XXXX-XXX
- Retired Annuitant QMAT – Team I Warden
- Retired Annuitant QMAT – Team II Warden

**QMAT - CENTRAL**

- Facility Captain QMAT – Team I Vacant Pend. Estab. XXX-XXX-XXXX-XXX
- Facility Captain QMAT – Team II Vacant Pend. Estab. XXX-XXX-XXXX-XXX
- Retired Annuitant QMAT – Team I Warden
- Retired Annuitant QMAT – Team II Warden

**QMAT - SOUTH**

- Facility Captain QMAT – Team I Vacant Pend. Estab. XXX-XXX-XXXX-XXX
- Facility Captain QMAT – Team II Vacant Pend. Estab. XXX-XXX-XXXX-XXX
- Retired Annuitant QMAT – Team I Warden
- Retired Annuitant QMAT – Team II Warden

Green Fill = Established Position

Yellow Fill = Positions/Functions Accounted For Elsewhere In DCHCS

01147

2/6/2006

California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Division of Correctional Health Care Services - Mental Health Program - Headquarters
FY 2006/07

Feasible Alternative "A"

| Staffing Request Summary | FY 06/07 | |
|---|---|---|
| | Positions | Dollars |
| **Statewide Mental Health Program Director** | | |
| Statewide Mental Health Program Director (Chief Psychiatrist) CEA | 1.00 | |
| Associate Health Program Adviser | 1.00 | |
| Executive Secretary | 1.00 | |
| Office Technician - Typing | 1.00 | |
| 4.00 | | $0 |
| **2) Psychiatric Services Branch - Tele-Psychiatry Section** | | |
| Associate Health Program Adviser | 1.00 | |
| Office Technician - Typing | 1.00 | |
| 2.00 | | $0 |
| **3) Project Management Unit** | | |
| Staff Services Analyst/Associate Governmental Program Analyst | 3.00 | |
| Office Technician - Typing | 1.00 | |
| 4.00 | | $0 |
| **4) Clinical Operations Branch** | | |
| CEA (Chief Psychologist) | 1.00 | |
| Health Program Specialist I | 1.00 | |
| Secretary | 1.00 | |
| Office Technician - Typing | 1.00 | |
| 4.00 | | $0 |
| **5) Quality Management Assessment Program** | | |
| Regional Mental Health Director (Chief Psychologist) | 3.00 | |
| Senior Psychologist (Specialist) | 6.00 | |
| Senior Psychiatrist (Specialist) | 6.00 | |
| Nurse Consultant Program Reviewer | 6.00 | |
| Senior Licensed Psychiatric Technician | 6.00 | |
| Facility Captain | 5.00 | |
| Retired Annuitant | 2.00 | |
| Health Program Manager II | 3.00 | |
| Health Program Specialist I | 3.00 | |
| Associate Health Program Adviser | 6.00 | |
| Secretary | 3.00 | |
| Office Technician - Typing | 3.00 | |
| 52.00 | | $0 |
| **6) Centralized Clinical Case Management Unit** | | |
| Associate Health Program Adviser | 1.00 | |
| Office Technician - Typing | 1.00 | |
| 2.00 | | $0 |
| **Utilization Management Unit** | | |
| Nurse Consultant Program Reviewer | 4.00 | |
| 4.00 | | $0 |
| **8) Clinical Policy and Program Development and Clinical Evaluations Branch** | | |
| Chief (Clinical Psychologist) - CEA | 1.00 | |
| Health Program Specialist I | 1.00 | |
| Secretary | 1.00 | |
| Office Technician - Typing | 1.00 | |
| 4.00 | | $0 |
| **8) Clinical Policy and Program Development Unit** | | |
| Senior Psychologist, Specialist | 1.00 | |
| Licensed Psychiatric Social Worker | 1.00 | |
| Senior Licensed Psychiatric Technician | 1.00 | |
| Health Program Specialist I | 1.00 | |
| Research Analyst II (Social/Behavioral) | 1.00 | |
| Associate Health Program Adviser | 4.00 | |
| Secretary | 1.00 | |
| Office Technician - Typing | 5.00 | |
| 15.00 | | $0 |
| **9) Psychological Testing and Forensic Evaluation** | | |
| Clinical Psychologist | 29.25 | |
| Associate Health Program Adviser | 3.00 | |
| Secretary | 1.00 | |
| 33.25 | | $0 |
| **Total Request** | 124.25 | $0 |
| 124.25 | | $0 |

01148



**California Department of Corrections and Rehabilitation**
**Division of Correction Health Care Services**
**Mental Health Program BCP**
**FY 2006/07**

| One Time Cost Summary | | | |
|---|---|---|---|
| **Item** | **Quantity** | **Unit Cost** | **Total Cost** |
| Treatment Cell | 297 | $ 1,069 | $ 317,493 |
| Copier | 29 | $ 9,000 | $ 261,000 |
| Laptop | 159 | $ 1,400 | $ 222,600 |
| Shredder | 33 | $ 2,500 | $ 82,500 |
| Fax Machine | 29 | $ 250 | $ 7,250 |
| Dictation Equipment | 17 | $ 370 | $ 6,290 |
| Golf Cart | 14 | $ 10,500 | $ 147,000 |
| Television | 29 | $ 499 | $ 14,471 |
| Group Therapy Materials | 28,000 | $ 2 | $ 56,000 |
| Subtotal: | | | $ 1,114,604 |

| Ongoing Cost Summary | | | |
|---|---|---|---|
| **Item** | **Quantity** | **Unit Cost** | **Total Cost** |
| Printing (Forms) | | | $ 50,000 |
| Subtotal: | | | $ 50,000 |

| | | | |
|---|---|---|---|
| GRAND TOTAL: | | | $1,164,604 |



| OPERATIONAL PROCEDURE<br>*Template insertions indicated*<br>*INSERT INSTITUTION NAME/EMBLEM HERE)* | NO: |
| | TITLE: **Mental Health Outpatient Housing Unit** |
| **DRAFT 10/26/05** | REVISED:  *MONTH/YEAR* |

## I.    PURPOSE OF OPERATIONAL PROCEDURE

The Mental Health Outpatient Housing Unit (MH-OHU) at *(Insert Institution Name)* is part of the California Department of Corrections and Rehabilitation (CDCR), Division of Correctional Health Care Services, Inmate Medical Services Program (IMSP).  The MH-OHU is located in *(Insert Physical Location),* and is comprised of *(Number and Names of beds).*  This document provides institutional operational procedures to assure the effective delivery of outpatient mental health care, as defined in the general guidelines set forth by the department's policies of the entire Inmate Medical Services Program Policies and Procedures (IMSP) and specifically IMSP Chapter 12, Mental Health Services Delivery System.

For operational procedures related to inmate-patients placed into OHU for the purpose of non-mental health medical treatment, refer to LOP # *(Insert Number)*

## II.    GOALS AND OBJECTIVES

The goal of the MH-OHU is to provide observation and evaluation and clinical intervention to inmate-patients who require special housing for mental health concerns, and/or for security and protection during treatment.  MH-OHU placement is always based on need for treatment of a health condition, and never solely for security reasons. Placement in MH-OHU is generally required when the mental health condition may place the inmate at risk if housed in a General Population (GP), Administrative Segregation Unit (ASU), or Secure Housing Unit (SHU) but would not warrant admission to a licensed health care facility.  The MH-OHU may be used for short periods of time (defined below) to evaluate inmate-patients to determine their need for a higher level of mental health care, or to house inmate-patients pending transfer to a higher medical or mental health level of care.

Inmates housed in the MH-OHU for mental health observation and evaluation may also receive outpatient health services and assistance with some of their activities of daily living (ADL).  MH-OHU beds are not licensed correctional treatment center beds per California Code of Regulations [CCR], Title 22, Section 79555.

Specific objectives include provision of short-term, focused mental health care for:

- Inmates-patients who require further observation and evaluation to determine whether admission to a licensed inpatient setting is clinically indicated (Placement disposition shall be determined within 48 hours*).
- Inmate-patients who have been determined to need a MHCB, and are pending admission to a MHCB or other licensed inpatient setting (Not to exceed 24 hours*)
- Inmate-patients who are discharged by the Interdisciplinary Treatment Team from a Mental Health Crisis Bed (MHCB) with a recommendation for transitional placement in the MH-OHU (Not to exceed 72 hours*).
- Inmate-patients who require transfer to a facility where an EOP level of care bed is available when there is no clinically appropriate alternative housing in the institution (Not to exceed 30 days*)

*Compliance with time frames is dependent upon system-wide bed availability. When placement into an appropriate bed is not expeditiously available, *(Define responsible staff)* shall contact the Division of Correctional Health Care Services, Health Care Placement Unit for assistance.

Short-term mental health treatment goals are directed toward symptom reduction or stabilization, sufficient for transition from the OHU setting to General Population (GP), Administrative Segregation Unit (ASU), or Security Housing Unit (SHU)/ Psychiatric Services Unit (PSU) housing. Inmate-patients placed into MH-OHU, who are not enrolled in MHSDS, shall be included, upon removal from MH-OHU, if clinically indicated, and at the appropriate level of care.

## III.    RESPONSIBILITIES

Overall responsibility for the MH-OHU operation rests jointly with the Health Care Manager (HCM) and the Warden.

**Institutional procedures** *(Insert Local Operating Procedures)* for the provision of psychiatric services, particularly the use of medication, are the responsibility of the *(Insert Position – Usually the Chief Psychiatrist, and alternately the Health Care Manager or Chief of Mental Health)*.

**Institutional procedures** *(Insert Local Operating Procedures)* for the provision of general medical services to inmate-patients receiving mental health care, particularly the use of prescribed treatment modalities and medications, are the responsibility of the Chief Physician and Surgeon (CP & S).

Medical services and inmate-patient management will be the responsibility of, *(Insert Position, Usually Chief Physician and Surgeon).*

Nursing services and related record keeping associated with daily operational compliance is the responsibility of *(Insert Position usually Director of Nursing Services).*

2

The *Insert Position (Captain Level or above)* will oversee custodial responsibilities, correctional counseling services, classification, and assignment of work and housing for inmates within the MH-OHU.

The *(insert which Lieutenant position will be responsible for the MH-OHU operations)* Lieutenants, *(insert post number)* with the assistance of the First Watch Commander, will ensure that all safety and security measures are established and maintained.

The *(insert the Sergeant position which will be responsible for the MH-OHU operations)* Sergeant and First Watch *Insert Title* Sergeant will provide the direct supervision and monitoring of the MH-OHU custody operation, with the assistance of assigned housing officers.

The MH-OHU housing unit officers will be *(MH-OHU Officer position numbers).*

## IV.   APPROVAL AND REVIEW

This procedure shall be reviewed annually by the HCM and forwarded to the Warden via Chief Deputy Warden for review and approval each year in *(Month)*. This annual review shall include an update of the Operational Procedures to conform to any changes in the IMSP Policies and Procedures.

## V.   METHODS

### A. Clinical Staffing and Responsibilities

#### 1. Interdisciplinary Treatment Team

Mental health clinicians dedicated to the OHU (part or full time depending on number of beds) (*Once allocated), shall be assigned to prioritize MH-OHU placements based on clinical factors and available space. These clinicians shall convene a daily IDTT, including custody and nursing staff, to discuss the disposition of MH-OHU cases pending evaluation of need for a MHCB. A MH-OHU clinician shall closely coordinate with CTC clinicians, and shall attend CTC IDTT as required to facilitate communication about inmate-patients who may receive services in both settings. *(Describe local operating procedures to facilitate communication between OHU and CTC, with the goal of optimizing appropriate use of inpatient and outpatient beds).*

The inmate-patient shall be included in the IDTT, unless the inmate-patient refuses to participate. If the inmate-patient refuses to participate in the IDTT, the inmate-patient shall indicate the refusal and the reason for the refusal. The CCM shall document this

3

01152

information on the treatment plan, CDC Form MH2 when an inmate-patient is housed in MH-OHU for 72 hours, and in the Interdisciplinary Progress Notes, CDC Form MH3. Inmate-patients shall not be disciplined for not participating in IDTT. The treating clinicians are responsible for presenting the inmate-patient's concerns to the IDTT.

## 2. Clinician Responsibilities

a. All MH-OHU placement and removal decisions shall be based on a mental health clinician's (psychiatrist, licensed psychologist, or licensed psychiatric social worker) judgment. If a mental health clinician is not available, a physician or nurse-practitioner may place an inmate-patient into MH-OHU. *__(Insert Local Operating Procedure indicating staff responsible for determining use of MH-OHU beds).__*

b. Inmate-patient placement and removal may be written or transmitted by verbal order to the MH-OHU RN or MTA. The ordering clinician shall sign all verbal placement orders within twenty-four (24) hours. Orders shall be documented using CDC Form 7221 (Physician Order Form), and shall be placed in the Unit Health Record. The CDC Form 7221 shall include:

- Order to place and reason for placement
- Diagnosis
- Activities
- Treatment (Include frequency of behavioral checks, and suicide watch or precaution measures if indicated)
- Issue (Clothing, furniture, and other materials)
- Consultation orders if clinically indicated

c. The referring clinician shall send a comprehensive referral note based on the initial (first) evaluation of need for MH-OHU placement, on an Interdisciplinary Progress Note form (CDC MH3) to the dedicated MH-OHU clinician, which shall be placed in the inmate-patient's UHR.

d. Inmate-patients placed in the MH-OHU for mental health reasons shall have a face-to-face mental health evaluation (second evaluation) by a licensed clinician and/or psychiatrist (including a medication evaluation) *__(Insert Responsible Positions)__* within 24 hours. The evaluating psychiatrist shall determine whether a history and physical examination is required to rule out a general medical condition related to the mental health symptoms. The

4

Outpatient Housing Unit

history and physical examination shall be conducted within 24 hours of request by the psychiatrist.

e. Inmate-patients placed into the MH-OHU for mental health reasons shall receive an additional (third) face-to-face evaluation by a mental health clinician or other qualified medical staff within 48 hours. This contact shall be documented on a CDC Form MH3. If at any time during this 48 hour observation/evaluation period, it is determined that the inmate-patient requires inpatient care, arrangements shall be made to transfer the inmate-patient within 24 hours, to a MHCB (if available). If evaluation of the inmate-patient's mental health need continues beyond 48 hours, arrangements shall be made to transfer the inmate-patient to a MHCB or inpatient facility.

f. The *(Chief of Mental Health, or designee - Insert Responsible Position)* shall audit MH-OHU placement or removal documentation to determine whether the mental health condition is sufficiently described to justify MH-OHU placement. Findings of insufficient placement or removal documentation shall be referred through the appropriate chain of command for corrective action.

**3. Nursing Responsibilities**

a. Nursing staff (RN, LPT) shall make rounds in the MH-OHU on each watch. *(Insert local procedure for provision of rounds, i.e. coverage of first watch rounds by medical OHU or CTC staff).* The nursing staff shall document the rounds on the nursing round log including date and time.

b. An RN shall evaluate each inmate-patient for initial care planning. Nursing care plans shall be written within 24 hours of placement in the MH-OHU. An RN shall review, evaluate, and update the care plan at least monthly or as otherwise indicated. *(Insert local operating procedure indicating responsible nurse positions).*

c. The Supervising Registered Nurse I (SRN I) or designee shall monitor the MH-OHU RN and audit the nursing round log weekly.

d. The nursing staff shall record observation and relevant notes on the Nursing Care Record (CDC Form 7212) each watch.

e. The nursing staff shall report, in a timely manner, all significant changes in the inmate-patient's medical condition to the attending physician, and changes in the inmate-patient's mental health condition to the primary clinician for mental health services.

5

     f. The nursing staff assigned on second watch shall assess each inmate-patient's condition at least once during that shift and document the assessment using SOAPE format on the Nursing Care Record (CDC Form 7212).

## B. Clinical Operations

### 1. Conditions Appropriate for Placement

Note: The term "placement" is used to refer to inmates transferred into the MH-OHU setting. It is inappropriate to use the term "admission," because the MH-OHU is not a licensed facility.

The following are appropriate reasons for placement into a MH-OHU bed:

a) Observation for potential suicide risk when MHCB placement is not indicated.

b) Inmate-patients who engage in behaviors that might be indicative of a mental disorder that interferes with daily living and requires further observation and evaluation.

c) Inmate-patients who have been referred to an EOP or MHCB who are too ill or too vulnerable to remain in other housing pending transfer.

### 2. General Operations

a) The MH-OHU at *(Insert Name of Institution)* currently consists of *(Number)* beds. These beds are designated for mental health observation, evaluation and treatment, and/or placement pending transfer to a MHCB or EOP.

b) In circumstances where there is no other appropriate placement for an inmate requiring general medical care, the Health Care Manager may temporarily use a MH-OHU bed, and must report the placement to the Health Care Placement Unit, Division of Correctional Health Care Services. *(Some institutions may develop local operating agreements that totally prohibit the placement of general medical patients into MH-OHU beds)*

c) Placement of an inmate-patient into the MH-OHU will be a clinical decision by a psychiatrist/physician, licensed psychologist, or licensed clinical social worker.

6

01155



Outpatient Housing Unit

d) Physical placement of the inmate-patient will be accomplished through established custodial procedures, which will take into account security needs of both the inmate and the institution. Health care staff shall have input into OHU cell assignment based on the inmate-patient's health care needs, but custody staff shall make the final determination.

e) When available, *(Define Specific Cells if appropriate)* will be utilized for inmates who require OHU placement for medical reasons and are suicurrently designated as requiring ASU, SHU or Psychiatric Services Unit housing. (Note: These cells may include extra security precautions.)

## 3.  Removal

a) Inmate-patients placed in MH-OHU for mental health reasons may be removed based on a psychiatrist/physician, psychologist, or psychiatric social worker's order, documented on the physician's order form, after consultation with an interdisciplinary clinical mini-team that includes, but is not limited to, a psychiatrist, nursing staff (usually a LPT), and a custody representative.

b) Inmate-patients requiring admission to a Correctional Treatment Center (CTC) shall be transferred to that setting within 24-hours of determination.

c) Inmate-patients placed in MH-OHU for suicidal ideation or evaluation of suicide risk may require daily follow-up as clinically indicated following removal from OHU (5-day follow up and Custody Wellness Checks). *(Define procedure for notification and tracking suicide follow-up)* When daily follow-up is not recommended following removal from a MH-OHU, the mental health clinician shall clearly and convincingly document the reasons that daily follow-up is not clinically indicated.

d) When inmate-patients are to be transported to an outside hospital *(Define notification path for nursing and custody.)*

e) When removing an inmate-patient from MH-OHU, the psychiatrist/physician, psychologist, or social worker shall write a progress note including, but not limited to, follow-up plan and any required or delivered patient education. The reason that 5-day follow-up is, or is not, ordered shall be included in the removal documentation.

7

## 4. Transfer

a) Transfer Timelines: Inmate-patients placed into MH-OHU for mental health reasons shall not remain in the MH-OHU for more than 72 consecutive hours, with the following exceptions:

    i.    The inmate-patient has been referred to a MHCB or higher level of care, is pending transfer, and there is no bed available.

    ii.    The inmate-patient has been determined to need EOP level of care, is awaiting placement, and an IDTT determines that the inmate-patient may be at risk if returned to any of the housing units available at that institution while awaiting transfer. Transfer shall be expedited, and shall not exceed 30 days. *(Insert local procedure to expedite transfer)*.

b) When a clinician decides that suicide precautions are indicated, they shall also assess the inmate-patient to determine the need for referral to a higher level of care, generally MHCB. Although the preferred location for suicide watch and suicide precautions is in a Mental Health Crisis Bed and/or licensed inpatient facility, these precautions shall be implemented in the OHU pending evaluation and/or transfer. When an inmate-patient requiring suicide watch or suicide precautions is ultimately not referred to a MHCB, the reasons shall be clearly and convincingly documented in the Unit Health Record.

c) All inmates housed in MH-OHU who are determined to require a MHCB shall be reported to the Health Care Placement Unit, Division of Correctional Health Care Services. *(Describe LOP for notification)*

d) Transfer to Higher Level of Care - Patients requiring crisis intervention for a mental health concern shall be admitted to a licensed health care facility within 24 hours of the licensed psychologist or psychiatrist's determination that such admission is necessary.

e) Transfer to OHU from another CDCR institution - Pursuant to California Code of Regulation (CCR) 3355, any inmate-patient received at *(Name of Institution)*, for placement in the MH-OHU shall be examined by an RN upon arrival using the CDC Form 7277, Initial Health Screening.

8

5. **Clinical Restraints**
The preferred location for inmate-patients requiring clinical restraints, e.g. Posey vest, locking leather restraints, etc., is a CTC or other appropriate licensed health care facility. When emergency circumstances exist, clinical restraint may be applied in MH-OHU, subject to the same requirements for clinical restraint in the MHCB. Emergency circumstances exist when there is a sudden, marked change in the inmate-patient's condition so that action is immediately necessary for the preservation of life or the prevention of serious bodily harm to the inmate-patient or others, and it is impractical to first transfer the inmate-patient to a MHCB bed. The MHCB transfer process shall be immediately initiated upon determination that an inmate-patient requires clinical restraint and the inmate-patient shall be transported when it is clinically safe to do so.

6. **Call System** *(If applicable -- Not required)*
a) *(Describe system for inmate-patients to notify nursing staff of urgent needs)*

b) The RN shall provide inmate-patients with instructions on the use of the call system.

c) *(For mechanical systems, describe maintenance and system for reporting and correcting problems)*

C. **Custody Staffing and Responsibilities**

1. **Interdisciplinary Treatment Team**
Custody staff shall participate in Interdisciplinary Treatment Team and provide information related to observation of inmate-patient behavior. Inmate-patients shall be escorted to participate in IDTT.

2. **Custody Responsibilities**
a) Upon arrival, *(Described search procedure)*

b) Each cell will be searched prior to new occupancy. In addition to a security/contraband search, an inspection of the cell will be conducted to ensure that any maintenance problems are corrected prior to the inmate-patient occupying the cell. *(Describe local procedure for reporting and correcting maintenance problems)*

c) For inmate-patients on ASU, SHU (including PSU) status, upon placement into the MH-OHU, a CDC Form 114-A will be initiated and maintained for the length of stay in the unit.

9

    d) Hourly Wellness Checks shall be performed for inmate-patients placed in MH-OHU following discharge from MHCB. Custody checks shall be documented per institutional policy *(Describe local operating procedure for notification of custody staff that wellness checks are required).*

## D. Custody Operations

Inmate-patients housed in the MH-OHU shall not have access to programs and privileges until approved by a classification committee.

### 1. Mechanical Restraint
Mechanical restraint shall be utilized based on the custody and security needs of the inmate (i.e. ASU, PSU, and SHU).

### 2. Restrictions
Any restrictions shall be posted outside of the assigned inmate-patient's cell to alerting staff. Restrictions include Sergeant escort, spit net/hood, paper tray, *etc*. A medical doctor may also write a restriction order (*i.e.* no sharps, *etc*).

### 3. Escorts / Housing
Escorting shall be conducted according to Institutional policy. *Define esc(orting procedure for mental health services, and location of confidential treatment areas.)*

### 4. Protective Vest/Face Shields
All staff will wear a CDCR approved protective vest and face shield when in the MH-OHU and on the tier and/or in direct contact with inmate-patients on ASU, or SHU/PSU status.

### 5. Showers
a) Showers shall be made available to MH-OHU inmate-patients a minimum of three times per week.

b) Each inmate-patient will be afforded at least five minutes to shower. Inmate-patients may not be denied showers for disciplinary reasons.

### 6. Haircuts / Shaving/Nail Clippers
Inmate-patients placed in the MH-OHU for mental health concerns shall not be provided any shaving or nail-clipping devices, unless determined to be a medical necessity by the psychiatrist/physician.

10

## 7. Property

a) Upon placement into MH-OHU, inmate-patients who have unallowable property in their possession will be required to turn that property over to the escorting officer. The escorting officer will return that property to the sending facility or building for inclusion and inventory with the remainder of the inmate's property.

b) Inmate-patients who are placed in MH-OHU for mental health treatment will not be allowed to possess any personal property, unless the supervising Sergeant/Lieutenant and the psychiatrist/physician or primary clinician approves the property. Inmate-patients pending transfer to an EOP program who remain in the MH-OHU setting shall be assessed to determine appropriate property. *(Define local agreement about notification if an inmate-patient is approved to have a book, eyeglasses or other property).*

c) The standard issue of linen and bedding shall be provided, unless clinically contraindicated.

d) Mental health inmates may not possess any Legal Property while in the MH-OHU for less than 72 hours. An exception shall be made on a case-by-case basis for inmate-patients placed in MH-OHU pending EOP transfer.

e) When approved by a classification committee, inmate-patient's property will be issued based on the inmate-patient's level of care and custody placement in accordance with *(Cite Local Operating Procedure)*. While in the MH-OHU, allowable property shall not exceed the following:

   i) (Insert local operational procedure limits)

   ii) The *(Designate property officer)* will separate the inmate-patient's allowable property from the unauthorized items, and will complete a CDC-143. The unauthorized property will be stored in *(Designate Location)*. The inmate-patient will sign the CDC-143, acknowledging what he/she is issued and what property is being stored pending transfer from the MH-OHU.

11

**8.    Exercise**

Inmate-patients in the MH-OHU who are approved for yard will participate on *(Designate local operating procedure for yard program)* with appropriate staff coverage.

a) When the attending psychiatrist/physician, psychologist, or social worker approves the inmate-patient for an unstructured exercise program, he/she will notify the Facility Captain via a CDC-128-C. *(Insert any local procedure before an exercise program is scheduled)* and an exercise program will be scheduled.

b) Upon approval, the supervising Sergeant/Lieutenant will ensure the inmate-patient has an opportunity to exercise in accordance with Committees decision.

c) The MH-OHU nursing staff shall document the exercise period in the UHR, and the MH-OHU Officer will record the exercise period in the MH-OHU logbook and/or the inmates CDC 114-A.  Staff shall also record if the inmate-patient declines the exercise period.

**9.    Visiting Procedures**

Visiting will be permitted with persons approved in accordance with the regulations ser forth in the CCR, Title 15, and local Visiting Operational procedures, for inmate-patients that are medically cleared.    *(Define medical clearance procedure)*

**10.    Religious Services**

MH-OHU inmate-patients may submit a "Request for Interview" form to the chaplain services for individual religious counseling.

**11.    Mail**

Mail is delivered daily with the exception of Saturday, Sunday and holidays.

a) Mail distribution normally *(Describe time of mail delivery)*

b) Outgoing mail is placed in *(Define location)*, or given to the First Watch floor officer for processing.

c) Outgoing mail is to be addressed using the following return address example: Inmate's name/Inmate's CDC number, Inmate's Facility (block and cell #), *(Institution inmate-mail address)*

12

01161

d) All outgoing mail will be visually inspected to prevent the sending of contraband.

## 12.    Legal Mail

Legal mail will be issued by (insert local procedure here) in accordance with Section 3141 and Section 3143 of the CCR, Title 15.

## 13.    Law Library

A paging system will be utilized for those inmate-patients housed in the MH-OHU with legal needs. Inmate-patients requiring physical access to the Legal Law Library will be reviewed on a case-by-case basis.

## 14.    Phone

Access to a telephone will be provided on an emergency basis and only when authorized by the Facility Captain.

## 15.    Dayroom

No dayroom activities are provided for inmate-patients in MH-OHU.

## E. MH-OHU SERVICES

### 1. Mental Health Services

a) Inmate-patients placed in MH-OHU for mental health reasons shall be assessed in a clinical interview at least every 24 hours. Health care interviews shall be conducted in a confidential setting. *(Define space – If no room is available, the institution is responsible for making every effort to provide a space with privacy barriers/room dividers, at a sufficient distance from other inmates that conversation cannot be overheard. Staff members who need to be in the vicinity shall provide as much physical distance from the clinical interview space as deemed appropriate based on safety and security needs.)*

b) Mental health clinicians shall arrange clinical interview time *(Describe local agreement for notifying custody and scheduling clinical interview).*

c) When an inmate-patient is placed in the MH-OHU for being potentially suicidal, the mental health clinician initiating placement

13

shall administer a Suicide Risk Assessment Checklist (SRAC) at the time of placement. The mental health clinician ordering removal of an inmate-patient from MH-OHU shall complete an additional SRAC at the time of release. On weekends, holidays, or after hours, the SRAC may be administered by a psychiatrist/physician or RN trained in administration of the SRAC, or the SRAC may be completed the following day, within 24 hours of placement. Inmate-patients housed in MH-OHU for suicide observation, who do not require MHCB level of care and who are released from the MH-OHU may be seen by clinicians and custody staff for follow-up care, if clinically indicated, utilizing the process and timeframes described in *(Insert Local Operating Procedure)* for 5-day follow-up.

**2. Nursing/Medication Services**

a) Prescription Procedures

    i. All prescriptions written by a psychiatrist/physician for inmate-patients housed in the MH-OHU shall be dispensed from the Pharmacy.

    ii. All emergency doses and any new Physician Orders written during the absence of the Pharmacist will require nursing staff to generate a temporary Medication Administration Record (MAR). It will also require administering individual doses from *(Insert institution specific details)* until the next regular work day when the Pharmacist returns to dispense prescriptions and provide computer-generated MAR's.

       NOTE: In the event that the medication cannot be located, contact the *(Insert local process i.e. Pharmacist on Call or night locker)*. The pager number for the on call pharmacist is: *(Insert contact information).*

    iii. For inmate-patients in MH-OHU for extended stays, when inmate-patients have only a five-day medication supply remaining, the MH-OHU nursing staff shall request medications to be renewed from the Pharmacy.

    iv. The MH-OHU nursing staff shall check the stop dates daily to prevent interruption of drug therapy.

    v. All discontinued medication orders shall be forwarded to the Pharmacy for computer notation. Filled MAR sheets shall be removed from the binders and forwarded to Medical Records Department for filing *(Insert local operating procedure for*

14

*time-frame).* Medical staff may request new computer MAR sheets from the Pharmacy as needed.

vi. All Physicians orders for medication prescriptions shall be written on a CDC Form 7221, "Physicians Order". New prescriptions will be forwarded daily to the Pharmacy for dispensing.

b.  Medication Storage

i.  MH-OHU inmate-patient's medications will be stored in *(Insert local detail).* No controlled substances, i.e. narcotics, will be stored in the MH-OHU area.

ii. Emergency psychotropic injectable medications shall be maintained and stored in (Insert local detail)

c.  Medication Administration

i.  All MH-OHU medications that are ordered by the psychiatrist/physician, as Direct Observed Therapy (DOT) will be administered dose-by-dose. Nursing staff staff will administer DOT, ensuring that the inmate-patient has swallowed the oral medication. A medication compliance check shall be conducted by the nursing staff after each oral dose is given.

ii. *(Detail process for individual dose packing)*

d.  Monitoring Side Effects

The RN administering medications will monitor the inmates for signs and symptoms of medication reactions, including extra-pyramidal symptoms (EPS), each time medications are issued. The on-duty psychiatrist/physician will be notified of any abnormal medication reactions.

3. **Meal Services**
   Meals shall be served *(Describe LOP for meals)*

---

| *(Insert Name)* | DATE | *(Insert Name)* | DATE |
| Health Care Manager | | Warden | |

15

| Classification | 4-5 beds | 6-8 beds | 9-16 beds | 17-25 beds |
|---|---|---|---|---|
| Staff Psychiatrist | 0.5 | 1 | 1 | 2 |
| Case Managers | 1 | 1 | 2 | 3 |
| Licensed Psychiatric Tech | 2 | 2 | 3 | 4 |
| Office Technician | 1 | 1 | 1 | 1 |
| Total | 4.5 | 5 | 7 | 10 |

*Need for supervisory staff shall be determined and justified on an institution specific basis

THESE STAFFING GUIDELINE RECOMMENDATIONS ARE NOT FORMALLY APPROVED

01165

# Title 22

**Mental Health Treatment Program Staffing**

**Section 79757**

| | Beds | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Staff** | **1-5** | **6-10** | **11-20** | **21-30** | **31-40** | **41-50** | **51-60** | **61-70** | **71-80** | **81-90** |
| Psychiatrist **OR** Psychologist **OR** LCSW **OR** MFCC **OR** Psychiatric Mental Health Nurse | 0.5 | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 |
| RN **OR** LVN **OR** PT | 3.0 | 4.0 | 5.0 | 6.0 | 8.0 | 10.0 | 12.0 | 14.0 | 16.0 | 18.0 |
| Mental Health Worker | 1.5 | 3.0 | 5.0 | 8.0 | 10.0 | 13.0 | 15.0 | 18.0 | 20.0 | 23.0 |
| **Total** | 5.0 | 8.0 | 12.0 | 17.0 | 22.0 | 28.0 | 33.0 | 39.0 | 44.0 | 50.0 |

**Mental Health Worker:** "Mental Health Worker means a person who does not necessarily qualify as a mental health professional, but who through experience, in-service training, or formal education, is qualified to participate in the care of the psychiatric patient." (Section 79547). Custody staff who meet the above MAY be counted toward the mental health worker requirement.

**Psychiatric Mental Health Nurse:** "Psychiatric Mental Health Nurse means a registered nurse who possesses a Master's Degree in Psychiatric Mental Health Nursing and at least two years experience in providing psychiatric mental health counseling services under the supervision of a psychiatric mental health nurse, a licensed clinical sychologist, a licensed clinical social worker, a licensed marriage, family and child counselor, or a psychiatrist." (Section 79564)

**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**LPT Upgrade to Sr. LPT**
**FY 2006/07**

| Institutions | Established LPTs (As of 12/05) | Ratio 1:10 | Number of Sr. LPTs Needed for every 10 LPTs | Sr. LPTs Rounded to the Nearest 1.0 |
|---|---|---|---|---|
| ASP | 3.00 | | | |
| CCC | 3.00 | | | |
| CCI | 6.00 | | | |
| CIM | 5.90 | | | |
| CIW | 5.00 | | | |
| CMF | 36.50 | 10 | 3.65 | 4.00 |
| CMC | 8.00 | | | |
| COR | 20.10 | 10 | 2.01 | 2.00 |
| SAC | 30.00 | 10 | 3.00 | 3.00 |
| SOL | 3.00 | | | |
| WSP | 4.00 | | | |
| CAL | 5.00 | | | |
| CEN | 5.00 | | | |
| CCWF | 4.00 | | | |
| CVSP | 3.00 | | | |
| CTF | 3.00 | | | |
| LAC | 14.00 | 10 | 1.40 | 1.00 |
| DVI | 6.60 | | | |
| FSP | 3.00 | | | |
| HDSP | 5.00 | | | |
| ISP | 3.00 | | | |
| MCSP | 7.00 | | | |
| NKSP | 4.00 | | | |
| PBSP | 25.50 | 10 | 2.55 | 3.00 |
| PVSP | 5.50 | | | |
| RJD | 11.60 | 10 | 1.16 | 1.00 |
| CRC | 1.00 | | | |
| SVSP | 12.50 | 10 | 1.25 | 1.00 |
| SQ | 7.00 | | | |
| SCC | 3.40 | | | |
| SATF | 7.00 | | | |
| VSPW | 5.00 | | | |
| | | | | |
| **TOTALS:** | **265.60** | | **15.02** | **15.00** |

| Subtract: | |
|---|---|
| COR* | -3.00 |
| Existing Senior LPTs | -2.00 |
| **Adjusted Request:** | **10.00** |

\* Number may be different from FY 05/06 Finance Letter because established
   changed since that request.

## Justification of Custody Positions

### SHU/ASU CCCMS Inmates Requiring Individual Therapy

| | |
|---|---|
| 2451 | CCCMS I/M in SHU/ASU |
| 1 | Hour of individual therapy every 90 days |
| 0.5 | Hour of escort time |
| 3676.5 | Total hours of escort and therapy required every 90 days |
| 1.5 | Number of CO escorts required per escort assuming some multiple escorts |
| 5514.75 | Total staff hours required every 90 days |
| 22059 | Total staff hours required annually |
| 12.63 | Positions required to facilitate total staff hours (1747 hours equates to 1.0 CO PY) |
| 1.18 | Total position authority required to provide 1 PY w/ Vac/Hol/Sck/Trng coverage |

| 14.900 | Sub-Total of position authority required |
|---|---|

### SHU/ASU CCCMS Inmates (20%) Available for Group Therapy

| | |
|---|---|
| 490 | Number of CCCMS I/M in SHU/ASU available for group therapy |
| 6 | Inmates per group setting (average) |
| 82 | Average number of groups per week |
| 3 | Total hours of escort and therapy required each week |
| 3 | Number of CO escorts required per escort assuming some multiple escorts |
| 735 | Total staff hours required week |
| 38220 | Total staff hours required annually |
| 21.88 | Positions required to facilitate total staff hours (1747 hours equates to 1.0 CO PY) |
| 1.18 | Total position authority required to provide 1 PY w/ Vac/Hol/Sck/Trng coverage |

| 25.815 | Sub-Total of position authority required |
|---|---|

| 40.715 | Total position authority required |
|---|---|

CORECTIONAL TRE...     ENT CENTER BEDS

| Institution | CTC Licensed: Yes/No | Total Beds | Total Budgeted / Staffed MHCBs Per DCHCS | Total Budgeted Staffed MHCBs Per CTC | Discrepancy in # of Budgeted / Staffed MHCBs | Total Long Term Care Patients | Comment |
|---|---|---|---|---|---|---|---|
| CEN | Yes | 13 | 0 | 0 | | 0 | |
| CIW | No | 18 | 10 | 10 | | N/A | Construction not completed. Target date for DHS licensing survey is 08/15/2006. |
| CMF (DP-GACH) | Yes | 47 | 0 | 0 | | 20 | The CTC is a distinct part unit of the general acute care hospital. CMF must secure funding to convert two patient rooms to a respiratory isolation room to comply with code. This will reduce the number of licensed beds to 46. |
| CMF (MHCB) | No | 50 | 50 | 50 | | N/A | Design completed. Project is now out to bid. Target date for construction completion is 02/29/2008. Target date for DHS licensing survey is 08/15/2008. |
| HDSP | Yes | 31 | 10 | 10 | | 12 | |
| ISP | No | 13 | 5 | 5 | | N/A | Construction not completed. Target date for DHS licensing survey is 10/15/2006. |
| KVSP | No | 24 | 12 | 12 | | N/A | Construction completed. KVSP is still trying to staff the CTC. |
| LAC | Yes | 16 | 13 | 7 | 6 | 5 | LAC CTC has 4 rooms that cannot be used for MHCB patients for safety reasons: 2 respiratory isolation rooms and 2 single patient rooms. LAC has 5 LTC patients who require more physical care and attention from nursing staff; only 4.0 RNs to cover up to 6-10 MHCB patients (and can barely make the 32 MH nursing hours required for a 24-hour period); and nursing staff who have been diverted to the yards and reception center. |
| MCSP | Yes | 10 | 10 | 8 | 2 | 1 | MCSP CTC has 2 rooms used for medical patients only because their construction poses a safety hazard to MHCB patients: ADA single patient room and respiratory isolation room. Also, to MCSP's knowledge, they were never staffed for 10 MHCBs, only 8. |
| NKSP | Yes | 16 | 10 | 10 | | 0 | |
| PBSP | Yes | 19 | 6 | 11 | | 0 | |
| PVSP | Yes | 15 | 5 | 5 | | 3 | |
| RJD | Yes | 28 | 14 | 15 | | 6 | |
| SAC | Yes | 15 | 15 | 6 | 9 | 4 | SAC CTC has 2 respiratory isolation rooms, which, because of their location and construction, are not used for MHCB patients. Per SAC records, the CTC was allocated only 4.0 RNs to cover 6-10 MH patients (Title 22 requires 5.0 RNs for 11-20 MH patients). SAC has had up to 13 MHCB patients, covered in part with non-budgeted MH/Registry staff. |
| SAC | No | 11 | 11 | 11 | | 0 | 11 MHCB Unit construction completion targeted for 03/2006. Target date for DHS licensing survey is 08/15/2006. |
| SATF | Yes | 38 | 16 | 14 | 2 | 13 | No response re: MHCB staffing discrepancy. |
| SOL | Yes | 15 | 13 | 9 | 4 | 0 | Because of physical plant issues, SOL CTC cannot treat more than 9 MHCB patients: 3 beds in 3-bed room, 1 room taken for required exam/treatment room, respiratory isolation room located and constructed so that it poses a danger to a MHCB patient. |
| SQ | No | 24 | 12 | 12 | | N/A | Design almost completed. Court upheld CDCR right to proceed. Target date for construction completion is 01/15/2009. |
| SVSP | Yes | 22 | 10 | 10 | | 12 | Does not include Salinas Valley Psychiatric Program beds. |
| WSP | Yes | 16 | 6 | 6 | | 0 | |
| DMH @ CMF | Yes | 20 | 20 | 20 | | N/A | Within GACH-APP Unit, 20 beds dedicated to MHCB patients. |
| DMH @ ASH | Yes | 25 | 25 | 25 | | N/A | Within ASH GACH, 25 beds dedicated to MHCB patients. |
| TOTAL Existing Beds | | 377 | 173 | 156 | 23 | 88 | |
| TOTAL Proposed Beds | | 140 | 100 | 100 | 0 | 0 | |
| GRAND TOTAL | | 517 | 273 | 256 | 23 | 88 | |

166

01169

## California Department of Corrections
## Division of Correctional Health Care Services
## Mental Health Population
## (As of January 26, 2006)

| INSTITUTION | CAPACITY/CCCMS | | | CURRENT POP/ CCCMS | | | | | CAPACITY/ EOP | | | CURRENT POP/EOP | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GP | RC | SHU | GP | ASU | RC | RC ASU | SHU | GP | ASU | RC ASU | GP | ASU | RC | RC ASU | SHU |
| ASP | 1,099 | | | 864 | 31 | | | | | | | 7 | 5 | | | |
| CAL | | | | 17 | 7 | | | | | | | 5 | | | | |
| CCC | | | | 2 | 1 | | | | | | | | | | | |
| CCI | 1,053 | 166 | 130 | 1,012 | 122 | 153 | | 131 | | | | 9 | 14 | 15 | | 8 |
| CCWF | 739 | 110 | | 823 | 26 | 128 | | | 54 | | | 57 | 1 | 2 | | |
| CEN | | | | 30 | 10 | | | | | | | 1 | | | | |
| CIM | 366 | 633 | | 557 | | 596 | 39 | | | | | 9 | | 164 | 13 | |
| CIW | 349 | 100 | | 442 | 19 | 106 | | | 75 | | | 115 | 2 | | | |
| CMC | 1,049 | | | 1,123 | 63 | | | | 580 | 54 | | 595 | 38 | | | |
| CMF | 599 | | | 646 | 1 | | | | 600 | 58 | | 602 | 68 | | | |
| COR | 499 | | 450 | 274 | 143 | | | 456 | 150 | 54 | | 147 | 42 | | | 1 |
| CRC | 848 | | | 1,031 | | | | | | | | | | | | |
| CTF | 699 | | | 764 | 17 | | | | | | | 8 | | | | |
| CVSP | | | | 10 | 2 | | | | | | | | | | | |
| DVI | 85 | 564 | | 25 | 47 | 629 | 59 | | | | | 2 | 15 | 51 | 11 | |
| FSP | 599 | | | 562 | 51 | | | | | | | 5 | 4 | | | |
| HDSP | 654 | 45 | | 403 | 66 | 88 | | | | | | 3 | 3 | 5 | | |
| ISP | | | | 4 | 4 | | | | | | | | | | | |
| KVSP | 349 | | | 396 | 34 | | | | | | | 5 | 3 | | | |
| LAC | 1,149 | | | 1,025 | 51 | 65 | | | 300 | 54 | | 284 | 74 | 5 | | |
| MCSP | 999 | | | 1,009 | 42 | | | | 215 | 36 | | 223 | 39 | | | |
| NKSP | 215 | 584 | | 75 | | 664 | 56 | | | | | 1 | | 48 | 7 | |
| PBSP | 349 | | | 238 | 61 | | | 11 | 64 | | | 67 | | | | |
| PVSP | 1,299 | | | 1,438 | 144 | | | | | | | 11 | 1 | | | |
| RJD | 901 | 298 | | 655 | 120 | 500 | | | 330 | 63 | | 320 | 51 | 104 | | |
| SAC | 849 | | | 731 | 61 | | | | 192 | | | 211 | 58 | | | |
| SATF | 1,049 | | | 1,065 | 147 | | | | 49 | | | 4 | 1 | | | |
| SCC | 499 | | | 523 | 0 | | | | | | | 6 | 1 | | | |
| SOL | 1,199 | | | 1,432 | 60 | | | | | | | 15 | 4 | | | |
| SQ | 350 | 549 | | 423 | | 552 | 87 | | | | 36 | 85 | | 70 | 14 | |
| SVSP | 999 | | | 1,015 | 193 | | | | 192 | 45 | | 186 | 43 | | | |
| VSPW | 606 | 143 | | 713 | 17 | 191 | | 31 | | 9 | | 5 | 8 | 8 | | 6 |
| WSP | 105 | 944 | | 126 | | 1,234 | 52 | | | | | 4 | | 74 | 8 | |
| TOTAL | 19,555 | 4,136 | 580 | 19,453 | 1,540 | 4,906 | 293 | 629 | 2,801 | 373 | 36 | 2,992 | 475 | 546 | 53 | 15 |
| | | 24,271 | | | | | | 26,821 | | 3,210 | | | | | | 4,081 |

01170

Feasible Alternative "A"
California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Services Delivery System - 2006 Revised Program Guide Resources
FY 2006/07

Attachment 2

| Staffing Request Summary | FY 06/07 Positions | FY 06/07 Dollars | |
|---|---|---|---|
| **1) AdSeg CCCMS** | | | |
| Clinical Psychologist | 29.00 | | |
| Psychiatric Social Worker | 15.33 | | |
| Staff Psychiatrist | 17.83 | | |
| Licensed Psychiatric Technician | 28.07 | | |
| Recreational Therapist | 37.27 | | |
| Correctional Officer for ASU & SHU | 40.72 | | |
| Correctional Counselor I | 11.46 | | |
| 179.68 | | | $0 |
| **2) Security Housing Unit (SHU)** | | | |
| Clinical Psychologist | 4.00 | | |
| Psychiatric Social Worker | 2.36 | | |
| Staff Psychiatrist | 2.68 | | |
| Licensed Psychiatric Technician | 3.24 | | |
| 12.28 | | | $0 |
| **3) Group Therapy SHU** | | | |
| Licensed Psychiatric Technician | 2.43 | | |
| Recreation Therapist | 3.10 | | |
| 5.53 | | | $0 |
| **4) AdSeg EOP Hubs** | | | |
| Registered Nurse | 14.58 | | |
| Recreational Therapist | 10.35 | | |
| Staff Psychiatrist | 2.00 | | |
| 26.93 | | | $0 |
| **5) Reception Center** | | | |
| Clinical Psychologist | 45.36 | | |
| Psychiatric Social Worker | 22.79 | | |
| Staff Psychiatrist | 8.31 | | |
| Registered Nurse | 9.84 | | |
| Correctional Counselor I | 9.10 | | |
| 95.40 | | | $0 |
| **6) Mental Health Crisis Beds** | | | |
| Clinical Psychologist | 13.64 | | |
| Staff Psychiatrist | 0.30 | | |
| Correctional Counselor I | 3.46 | | |
| Correctional Sergeant | 13.83 | | |
| 31.23 | | | $0 |
| **7) Clerical** | | | |
| Office Technician - Typing  (Clerical Needs) | 22.34 | | |
| Medical Transcriber | 15.00 | | |
| Office Services Supervisor II | 3.20 | | |
| 40.54 | | | $0 |
| **8) OHU** | | | |
| Clinical Psychologist (OHU 7 day per week coverage) | 3.10 | | |
| Staff Psychiatrist | 8.00 | | |
| Clinical Psychologist | 12.74 | | |
| Psychiatric Social Worker | 5.66 | | |
| Licensed Psychiatric Technician | 38.88 | | |
| Office Technician - Typing | 8.00 | | |
| 76.38 | | | $0 |
| **9) Institution Level Supervision** | | | |
| Senior Psychologist, Supervisor | 11.78 | | |
| Supervising Psychiatric Social Worker | 13.60 | | |
| Licensed Psychiatric Technician | -10.00 | | |
| Senior Psychiatric Technician | 10.00 | | |
| Upgrade Dollars for LPT to Sr. LPT (ongoing) | | $61,680 | |
| Unit Supervisors | 9.00 | | |
| 34.38 | | | $61,680 |
| **10) Performance Evaluation and Court Compliance** | | | |
| Health Program Specialist I | 28.00 | | |
| Office Technician - Typing | 28.00 | | |
| 56.00 | | | $0 |
| **11) DCHCS - Capital Outlay** | | | |
| Included In Litigation Support Finance Letter | | | |
| 0.00 | | | $0 |
| **12) RC Screening and Diagnostic Clarification** | | | |
| Contract | | $748,800 | |
| Supplies | | $30,000 | |
| | | | $778,800 |
| **13) Workload Study** | | | |
| Workload Study | | $300,000 | |
| | | | $300,000 |
| **14) Additional Equipment Resources** | | | |
| Treatment Cells (one-time) | | $317,493 | |
| Copier (one-time) | | $261,000 | |
| Laptop (one-time) | | $222,600 | |
| Shredder (one-time) | | $82,500 | |
| Fax Machine (one-time) | | $7,250 | |
| Dictation Equipment (one-time) | | $6,290 | |
| Golf Cart (one-time) | | $147,000 | |
| Television (one-time) | | $14,471 | |
| Group Therapy Materials (one-time) | | $56,000 | |
| Printing (Forms) (ongoing) | | $50,000 | |
| | | | $1,164,604 |
| **Total Request** | 558.35 | $2,305,084 | |
| 558.35 | | | $ 2,305,084 |

01171

Attachment 2A

Feasible Alternative "A"
California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Services Delivery System Program Guide Impact BCP
FY 2006/07

| Staffing Request Summary | 2006/07 Staffing |
|---|---|
| Licensed Psychiatric Technician | 28.1 |
| Licensed Psychiatric Technician | 3.2 |
| Licensed Psychiatric Technician | 2.4 |
| Licensed Psychiatric Technician | 38.9 |
| Licensed Psychiatric Technicians | -10.0 |
| **Total:** | **62.6** |
| | |
| Recreation Therapists | 37.3 |
| Recreational Therapist | 3.1 |
| Recreation Therapist | 10.4 |
| **Total:** | **50.7** |
| | |
| Psychiatric Social Worker | 15.3 |
| Psychiatric Social Worker | 2.4 |
| Psychiatric Social Worker | 22.8 |
| Psychiatric Social Worker | 5.7 |
| **Total:** | **46.1** |
| | |
| Psychologist | 29.0 |
| Psychologist | 4.0 |
| Psychologist | 45.4 |
| Psychologist | 13.6 |
| Psychologist | 3.1 |
| Psychologist | 12.7 |
| **Total:** | **107.8** |
| | |
| Staff Psychiatrist | 17.8 |
| Staff Psychiatrist | 2.7 |
| Staff Psychiatrist | 2.0 |
| Staff Psychiatrist | 8.3 |
| Staff Psychiatrist | 0.3 |
| Staff Psychiatrist | 8.0 |
| **Total:** | **39.1** |
| | |
| Correctional Officer for ASU & SHU (Individual Therapy) | 14.9 |
| Correctional Officer for ASU & SHU (Group Therapy) | 25.8 |
| **Total:** | **40.7** |
| | |
| Correctional Counselor I | 11.5 |
| Correctional Counselor I | 9.1 |
| Correctional Counselor I | 3.5 |
| **Total:** | **24.0** |
| | |
| Registered Nurse | 14.6 |
| Registered Nurse | 9.8 |
| **Total:** | **24.4** |
| | |
| Correctional Sergeant | 13.8 |
| | |
| Office Technician - Typing | 22.3 |
| Office Technician - Typing | 8.0 |
| Office Technician - Typing | 28.0 |
| **Total:** | **58.3** |
| | |
| Medical Transcriber | 15.0 |
| | |
| Office Services Supervisor II | 3.2 |
| | |
| Senior Psychologist, Supervisor | 11.8 |
| | |
| Supervising Psychiatric Social Worker | 13.6 |
| | |
| Senior Psychiatric Technician | 10.0 |
| | |
| Health Program Specialist I | 28.0 |
| | |
| Unit Supervisor | 9.0 |
| | |
| **Grand Total:** | **558.3** |

**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**Mental Health Program and**
**Mental Health Services Delivery System**

## TABLE OF CONTENTS

| **Name** | **Tab** |
|---|---|
| *Coleman* Order | 1 |
| Summary of Program Guides Positions | 2 |
| 2006 Revised MHSDS Program Guides | 3 |
| 1997 vs New Program Guides Workload Requirements | 4 |
| Workload Time Analysis | 5 |
| 1997 *Coleman* Staffing Standards | 6 |
| American Medical Association Current Procedure Terminology (CPT) Codes | 7 |
| Mental Health Population | 8 |
| Treatment Beds | 9 |
| Custody Positions | 10 |
| Senior Licensed Psychiatric Technician | 11 |
| Mental Health OHU | 12 |
| Psychological Testing Supplies | 13 |
| Equipment | 14 |
| Summary of Mental Health Program Headquarter's Positions | 15 |
| Mental Health Program Headquarter's Organization Chart | 16 |
| Quality Management Assistance Program (QMAP) Workload | 17 |
| Utilization Management Unit Workload | 18 |
| Forensic Evaluations Unit Workload | 19 |
| Psychological Testing Unit Workload | 20 |

01173

**TABLE OF CONTENTS** (continued)

| **Name** | **Tab** |
|---|---|
| Headquarter's Capital Outlay | 21 |
| Duty Statements | 22 |
| Staffing Models -- Other States | 23 |
| American Association for Correctional Psychology | 24 |
| National Commission on Correctional Health Care | 25 |
| Human Rights Watch | 26 |
| Extraordinary Travel Cost | 27 |
| Workload Study Sample | 28 |
| Summary of 15th Round *Coleman* Monitoring Report Recommendation | 29 |
| Summary of Psychiatry Vacancy Rate Strategies | 30 |
| Psychiatry Vacancy Rate | 31 |
| Psychiatry Series Salary Information | 32 |
| Salary Survey Report | 33 |
| Economic Institute Salary Information | 34 |
| Cooperative Personnel Services (CPS) Salary Survey | 35 |
| HAM Proposal | 36 |
| *Coleman* Court Order – Psychiatry Salary | 37 |
| Live Scan Equipment | 38 |
| Retention Strategies | 39 |

01174

# MH PROGRAM FINANCE LETTER
LOGICAL ASSUMPTIONS JUSTIFYING NEW CASELOAD RATIOS
(Statewide Population 2004)
## NEEDS POPULATION UPDATED

| | Ratios | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Program | Work Week | Increased/Decreased Hours Per Week | % Increase | Case Manager Caseload | Work Week Adjustment | New Caseload | Statewide Population | Staff Needed | Existing Staff | Need |
| CCCMS GP | 40 | 10.5 | 26.3% | 90 | 24 | 66 | 22,622 | 340.8 | 315.5 | 25.3 Psychologist and Psych Social Worker |
| | 40 | 4 | 10% | 210 | 21 | 189 | 22,622 | 119.7 | 107.5 | 12.2 Psychiatrist |
| | | | | | | | 22,622 | 45.8 | 25 | 20.8 Psychiatric Technician |
| | | | | | | | 22,622 | 16.3 | | 16.3 Recreational Therapist |
| EOP GP | 40 | 7.5 | 18.8% | 24 | 4.5 | 20 | 2,842 | 145.7 | 116.9 | 28.8 Psychologist and Psych Social Worker |
| | *40* | *3* | *7.5%* | *75* | *5.625* | *69* | *2,842* | *41.2* | *38.5* | *2.7 Psychiatrist* |
| | 40 | 4.5 | 11.3% | 85 | 9.5625 | 75 | 2,842 | 57.6 | 34.1 | 23.5 RN |
| | 40 | 9 | 22.5% | 26 | 5.85 | 20 | 2,842 | 184.2 | 172.0 | 12.1 Psychiatric Technician |
| | | | | | | | 2,842 | 29.6 | 0 | 29.6 High School Teacher |
| ASU CCCMS | 40 | 27.5 | 68.8% | 90 | 61.9 | 28 | 1,546 | 55.0 | 0 | 55.0 Psychologist and Psych Social Worker |
| | 40 | 8 | 20.0% | 125 | 25 | 100 | 1,546 | 15.5 | 0 | 15.5 Psychiatrist |
| | | | | | | | 1,546 | 25.05 | 0 | 25.0 Psychiatric Technician |
| | | | | | | | 1,546 | 32.92 | 0 | 32.9 Recreational Therapist Correctional Officers Correctional Counselor |
| SHU CCCMS | 40 | 19.5 | 48.8% | 100 | 48.75 | 51 | 550 | 11 | 0 | 11.0 Psychologist and Psych Social Worker |
| | 40 | 4 | 10.0% | 110 | 11 | 99 | 550 | 5.5 | 0 | 5.5 Psychiatrist |
| RC | 40 | 20 | 50.0% | 80 | 40 | 40 | 4,616 | 115.40 | 57.7 | 57.7 Psychologist and Psych Social Worker |
| | | | | | | | 59,116 | 9.1 | 0 | 9.1 Correctional Counselor |
| ASU EOP | *40* | *4* | *10.0%* | *51* | *5.09* | *46* | 458 | 15.18 | 9 | 6.2 Staff Psychiatrist |
| MHCB | | | | | | | 168 | 3.50 | 0 | 3.5 Correctional Counselor |
| | | | | | | | 168 | 28 | 17 | 11.0 Psychiatrist |
| | | | | | | | 168 | 14 | 0 | 14.0 Sgt. |