1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   48149286-CF1997CS0003
10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                       SACRAMENTO DIVISION

14

15 | **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
   |---|---|
16 | Plaintiffs, | **DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO AMENDED LONG TERM BED PLAN** |
17 | v. | |
18 | **ARNOLD SCHWARZENEGGER, et al.,** | |
19 | Defendants. | |

20

21         Defendants hereby respond to Plaintiffs' objections to the amended revised long-term

22 bed plan submitted on June 30, 2006, and request for court orders. After reviewing and

23 considering Plaintiffs' objections and request for court orders, Defendants have determined that

24 no formal response to any specific objection or request for a court order will be provided unless

25 / / /

26 / / /

27 / / /

28 / / /

DEF. RESPONSE TO PLF. OBJECTIONS RE: AM. LONG BED PLAN

1 | this Court so desires. The lack of a formal response should not be considered as acquiescence to
2 | any of Plaintiffs' objections or to Plaintiffs' request for court orders.
3 |     Dated: July 21, 2006
4 |                Respectfully submitted,
5 | BILL LOCKYER
Attorney General of the State of California
6 | JAMES M. HUMES
Chief Assistant Attorney General
7 | FRANCES T. GRUNDER
Senior Assistant Attorney General
8 | ROCHELLE C. EAST
9 | Supervising Deputy Attorney General

11 | ***/ s / Lisa A. Tillman***
12 | LISA A. TILLMAN
Deputy Attorney General
13 | Attorneys for Defendants

CF1997CS0003
30143163.wpd

DEF. RESPONSE TO PLF. OBJECTIONS RE: AM. LONG BED PLAN

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:   **U.S. District Court, Eastern District of California**

Case No.:   **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On   July 21, 2006  , I served the attached **DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO AMENDED LONG-TERM BED PLAN** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Post Office Box 944255, Sacramento, California 94244-2550, addressed as follows:

PETE COCKCROFT, H-86887
California State Prison, Sacramento
FA2-205
Post Office Box 290066
Represa, CA 95671-0066

KIMBERLY S. DAVENPORT
California Medical Association
221 Main Street
San Francisco, CA 94105

STEPHEN W. MAYBERG
California Department of Mental Health
1600 Ninth Street, Room 151
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2006, at Sacramento, California.

|  |  |
|---|---|
| M. McIntosh | / s / M. McIntosh |
| Declarant | Signature |

30143518.wpd