BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  Post Office Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants
48149286-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **NOTICE OF FILING SEALED SUPPLEMENTAL DOCUMENTS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

1. Defendants' Supplemental Submission of Documents in Response to Court Order of July 17, 2006.

Dated: July 21, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/ s / Lisa A. Tillman*
LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

CF1997CS0003
30143544.wpd

## DECLARATION OF SERVICE BY OVERNIGHT COURIER AND U.S. MAIL

Case Name:   **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:   **U.S. District Court, Eastern District of California**

Case No.:   **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, Post Office Box 944255, Sacramento, CA 94244-2550.

On <u>July 21, 2006</u>, I served the attached **NOTICE OF FILING SEALED SUPPLEMENTAL DOCUMENTS** by placing a true copy thereof enclosed in a sealed envelope with the **Federal Express Overnight Courier Service**, addressed as follows:

**MICHAEL BIEN**
Rosen, Bien & Asaro
155 Montgomery Street, 8th Floor
San Francisco, CA  94104
*via Federal Express*

**STEVE FAMA**
Prison Law Office
2173 "E" Francisco Boulevard, Suite M
San Rafael, CA  94901
*via Federal Express*

**CLAUDIA CENTER**
The Legal Aid Society -
Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA  94107
*via Federal Express*

**PETE COCKCROFT, H-86887**
California State Prison, Sacramento
FA2-205
Post Office Box 290066
Represa, CA  95671-0066
*via U.S. Mail*

**KIMBERLY S. DAVENPORT**
California Medical Association
221 Main Street
San Francisco, CA  94105
*via U.S. Mail*

**STEPHEN W. MAYBERG**
California Department of Mental Health
1600 Ninth Street, Room 151
Sacramento, CA  95814
*via U.S. Mail*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2006, at Sacramento, California.

| M. McIntosh | */ s / M. McIntosh* |
|:---:|:---:|
| Declarant | Signature |

30143545.wpd