| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>KEITH WATTLEY Bar No.: 203366<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & ASARO, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>THOMAS NOLAN Bar No.: 169692<br>155 Montgomery Street, 8th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>  Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th Floor, San Francisco, California. On the date and in the manner indicated below, I served a true copy of the following documents:

**PLAINTIFFS' REPLY AND OBJECTIONS TO DEFENDANTS' JULY 11, 2006 RESPONSE TO SPECIAL MASTER'S REPORT ON BUDGET REQUESTS, DEPARTMENT OF FINANCE AS PARTY AND SEALING ORDER**

**PLAINTIFFS' OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' RESPONSE TO SPECIAL MASTER'S REPORT**

**[AMENDED PROPOSED] ORDER ADOPTING RECOMMENDATIONS OF SPECIAL MASTER'S JUNE 21, 2006 REPORT ON THE STATUS AND SUFFICIENCY OF DEFENDANTS' BUDGET REQUESTS FOR STAFFING, ADDING DOF AS PARTY AND UNSEALING ALL RELATED DOCUMENTS**

on the parties in said action by placing a true copy thereof enclosed in a sealed envelope to be delivered in the manner indicated below and addressed as follows

**BY US MAIL**

| | |
|---|---|
| Pete Cockeroft<br>CSP – Sacramento<br>PO Box 290066<br>Represa, CA 93536 | Stephen W. Mayberg<br>California Department of Mental Health<br>1600 Ninth Street, Room 151<br>Sacramento, CA 95814 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of July, 2006 at San Francisco, California.

_____
Sofia Millham