IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

        Defendants.            <u>ORDER</u>

                             /

        The special master in this case has submitted a request for approval of appointment of additional staff. The special master seeks approval of Linda E. Buffardi to assist in the preparation of the special master's semi-annual compliance reports and other interim reports. Ms. Buffardi is to be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred dollars ($200.00) plus reasonable expenses.

        Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The special master's July 7, 2006 request for approval of appointment of additional staff is granted; and

/////

/////

1

2. The special master is authorized to appoint Linda E. Buffardi as a staff member to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff, filed July 7, 2006, and to be compensated at the rates set forth therein.

DATED: July 24, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

/cole0520.stf

2