1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6  1300 I Street, Suite 125
   P.O. Box 944255
7  Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
8  Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

**SEALED**

**FILED**

JUL **2 1** 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF **CALIFORNIA**
BY _____
         DEPUTY CLERK

11
                IN THE UNITED STATES DISTRICT COURT
12
              FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15  **RALPH COLEMAN, et al.,**                    CASE NO. CIV S-90-0520 LKK
                                                   JFM P
16                              Plaintiffs,
                                                   ***Filed Under Seal***
17         v.                                      **DEFENDANTS'**
                                                   **SUPPLEMENTAL**
18  **ARNOLD SCHWARZENEGGER, et al.,**             **SUBMISSION OF**
                                                   **DOCUMENTS IN RESPONSE**
19                              Defendants.         **TO COURT ORDER OF**
                                                   **JULY 17, 2006**
20

21         On July 17, 2006, this Court ordered Defendants to provide to the Special Master all

22  documents relevant to the requests of the California Department of Corrections and

23  Rehabilitation (CDCR) for staffing to implement the court-approved provisions of the Revised

24  Program Guides including but not limited to:

25         1. The budget change proposal on staffing for FY 2005-06 submitted by CDCR to the

26  Department of Finance;

27         2. DOF "analytical working papers created by the DOF for any of the budget

28  proposals referenced in the Special Master's report."

DEF. SUPP. SUBMISSION OF DOCUMENTS CT. ORDER
                        1

In response to this court order, Defendants submitted a set of documents on July 19, 2006 to Special Master Keating. Defendants now supplement that response by submitting the following Bates-stamped documents:

| BATES NUMBER | DOCUMENT TITLE |
| --- | --- |
| 01200 | 3/28/06 Email from DOF Mangum to Huang re. draft revisions to Program Guide |
| 01201 | 3/17/06 Email from DOF Huang to Tilton, cc. Pimental, Jerue, Mangum re. Status Update: Plata Coleman, Perez, litigation infrastructure |
| 01203 | 12/21/05 Email, Meeting Notice, DOF Mangum, Huang |
| 01204 | 3/2/06 Email from Kessler to Mangum, cc. Jerue, Schwind re. Issues Brief Plan |
| 01205 | 2/16/06 Email from CDCR Barnard to DOF Huang, cc: DOF Mangum re. Revised version of Mental Health program/Coleman |
| 01206 | 2/16/06 Email from CDCR Barnard to DOF Huang, Mangum re. fiscal detail with attachment of BCP HCP C03 for fiscal year 2006-07 |
| 01220 | 2/16/06 Email from DOF Mangum to Huang, Stephenshaw, Brady, Theodorovic re. schedule of requirements for 06/07 Finance Letter with attachment of CDCR Summary of Submittals in Database, Budget Year July 2006 |
| 01225 | 2/16/06 Email from DOF Mangum to Brady, Huang, Stephenshaw, Theodorovic re. schedule of requirements for 06/07 finance letter with email stream from Barnard to Mangum, Baker, Hones-Brown, Dubbs, Hakim, Sanders |
| 01226 | 2/16/06 Email from CDCR Barnard to DOF Huang, Mangum re. final revised *Coleman* (mental health program) |
| 01227 | 2/16/06 Email from CDCR Barnard to Huang, Mangum re. fiscal detail for *Coleman* |
| 01228 | 4/13/06 Email from CDCR Bosnick to CDCR Sallade, Fishback |

| | | |
|---|---|---|
| 1 | 01229 | 4/7/06 Email from CDCR Sanders to Mangum, Sweeney, Maple, Cramer, Baker, Johnson, Barnard, Hakim re. fiscal detail for Coleman |
| 3 | 01230 | 4/14/06 Email from CDCR Barnard to Mangum, Johnson, Tracy, Baker, Maple, Sweeney, Bosnick re. mental health (*Coleman*) fiscal detail |
| 5 | 01231 | 4/12/06 Email from CDCR Comas to Mangum, Maple, Sweeney, Baker, Cramer re. fiscal detail for 06-07 finance letter |
| 7 | 01232 | 4/7/06 Email from CDCR Cramer to Mangum re. MHFL narrative |
| 8 | 01233 | 4/7/06 Email from CDCR Cramer to Mangum re. costing needed on certain positions; with email stream 4/7/06 from Sweeney to Mangum, Johnson, Cramer re. costing needed. |
| 11 | 01236 | 4/14/06 Email from CDCR Maple to DOF Mangum, Johnson, Jones-Brown, Sweeney, Grader, Barnard, Bosnick re. e-versions of *Coleman* finance letter and DOF face page. |
| 14 | 01237 | 4/11/06 Email from CDCR Olmstead to Tilton, Mangum, Johnson, re. medical positions, with email stream from Cook to Johnson, Olmstead re. medical positions |
| 17 | 01239 | 4/10/06 Email from CDCR Olmstead to Tilton, Mangum, Johnson re. medical positions with attached charts: (1) Number of Filled and Vacant Positions in Bargaining Units 16, 17, 18, 19 20; (2) DCHSC Identification of Total Authorized Positions by Classification for All Institutions and Headquarters; (3) Finance Letters Related to *Coleman*, *Plata* and *Perez*, Vacancy Rates in Civil Service Classification Requested by DCHCS |
| 23 | 01265 | CDCR Health Care Staffing Implementation Plan, Finance Letters: *Plata*, *Coleman*, *Perez*, and Infrastructure, FY 06-07, Finance Questions |
| 25 | 01266 | CDCR Health Care Staffing Implementation Plan, Finance Letters: *Plata*, *Coleman*, *Perez*, and Infrastructure, FY 06-07, Finance Questions (handwritten notes in margins) |

| 01268 | 2/2/06 Email from CDCR Fishback to DOF Huang re. Estimated HQ positions requested. |
| 01269 | 2/21/06 Email from CDCR Fishback to DOF Huang, Mangum re. MH FL |
| 01270 | 3/16/06 Email from DOF Huang to CDCR Mynhier, Farber-Szekrenyi, Woodford, Duveneck, Mangum, Johnson, Kanan, Fishback, Kuykendall, Sallade re. Questions, Healthcare Staffing Plan, with attached list of questions |
| 01272 | 3/20/06 Email from CDCR Sallade to DOF Huang, Mynhier, Farber-Szekrenyi, Woodford, Duveneck, Mangum, Johnson, Kanan, Fishback, Kuykendall, Jerue re. Additional questions: Healthcare Staffing Plan |
| 01273 | 3/28/06 Email from CDCR Sallade to Huang, Mynhier, Farber-Szekrenyi, Woodford, Duveneck, Mangum, Johnson, Kanan, Fishback, Kuykendall, Jerue re. Additional questions: Healthcare Staffing Plan, with email stream for additional questions |
| 01274 | 3/29/06 Email from CDCR Fishback to DOF Huang re: additional questions: Healthcare Staffing Plan |
| 01276 | 3/29/06 Email from CDCR Fishback to DOF Huang re. staffing ratios questions |
| 01277 | 4/4/06 Email from Duveneck to Jerue, Kirkland, Johnson, Mangum, Theodorovic re. proposed implementation plan for positions requested in 06-07 finance letters, with attached email stream 4/4/06 from Jerue to Duveneck, Kirkland, Johnson, Mangum, Theodorovic |
| 01278 | 4/3/06 Email from Sweeney to Mangum, Johnson, Jones-Brown, Maple re. proposed implementation plan for positions requested in 06-07 finance letters |
| 01279 | Undated memo re. Proposal: *Coleman v. Schwarzenegger*, response to various pending court orders |

| 01283 | DOF Huang to CDCR Fishback, Meeting notice re. MHP finance letter, 2/1/06 |
|-------|-----|
| 01284 | 1/31/06 Email from Fishback to Huang re. meeting CPS consultants, with email stream |
| 01286 | 2/24/06 Email from Fishback to Huang re questions about FL |
| 01287 | 3/27/06 Email from Fishback to Huang re. meeting |
| 01288 | 2/16/06 Email from Fishback to Mangum re. Meeting, email stream |
| 01289 | 1/31/06 Email from Fishback to Mangum, Chan, Kobrin, Huang re. meeting notice |
| 01290 | 1/31/06 Email from Fishback to Mangum, Huang, Kanan, Farber-Szekrenyi re. meeting |
| 01291 | 2/27/06 Email from DOF Mangum to Huang re. court obligations regarding BCPs and Finance Letters, attached 2/27/06 email notice from Duveneck to Mangum, Farber-Szekrenyi, Kanan, Keller, Tilton, Dubbs, Gelein, Baker, Sifuentes, Dovey, Tilton, Dickinson, Jones-Brown, Sifuentes, Dovey, Tilton, Dickenson, Jones-Brown, Woodford, McGrath |
| 01292 | 2/27/06 Email meeting notice from CDCR Lewis/Farber-Szekrenyi to Tilton, Mynhier, Kuykendall, Kanan, Fishback, Duveneck, Mangum re. Followup discussion re. finance letters. |
| 01293 | 2/21/06 Email from Mangum to Caffrey re. Corrections Projects, with attached email stream involving Tilton, Pimental, Caffrey |
| 01295 | 1/31/06 Email from Mangum to Huang re. meeting, with attached email stream 1/31/06 From Fishback to Mangum, Huang, Kanan, Farber-Szekrenyi re. CPS meeting |
| 01296 | 3/28/05 Email from Horel to Theodorovic re. submission of May Revision population/workload adjustments; with attached email stream (1) 3/28/05 Lewis to/from Horel; (2) 3/27/05 Theodorovic to Horel; (3) 2/1/05 Theodorovic to Horel, Jerue, Lewis, Huang, Mangum, Marton, Brady |

| 01298 | 4/8/05 Email from Huang to Kostiew, Baker, Lewis, Horel, Mangum, Theodorovic re. Finance's questions on Coleman MR Finance Letter |
|---|---|
| 01299 | 4/11/05 Email from Kashiwagi to/from Smith, Huang re. MHDS Finance Letter |
| 01300 | 4/15/05 Email from Foster to Huang, Khoury, Chaiken, Baker, Moss re. CDC MR 05-06 Coleman guidelines including costing sheets, with email stream involving Foster, Huang, Kanan, Khoury, Mynhier, Lewis, McKeever, Fishback, Chaiken, Sallade, Robinson, Sweeney, Maple, Barnard, Kostiew, Baker, Moss, Lewis, Horel, Mangum, Theodorovic |
| 01303 | 4/15/05 Email from Foster to Huang re. CDC MR 05-06 Coleman guidelines including costing sheets, with attached email stream involving Foster, Huang, Kanan, Khoury, Mynhier, Lewis, McKeever, Fishback, Chaiken, Sallade, Robinson, Sweeney, Maple, Barnard, Kostiew, Baker, Moss |
| 01305 | 4/18/05 Email from Foster to Huang re. CDC MR 05-06 Coleman guidelines including costing sheets |
| 01306 | 4/22/05 Email from Smith to Huang re. Coleman Mental Health Delivery System Finance Letter, with email stream involving Kashiwagi, Smit, Baker, Barnard, Labone, Mendonca, Chaiken, Huang, Sallade, Quezada, Kostiew, Emert (seven pages) |
| 01313 | 4/26/05 Email from Smith to Huang re. Coleman BCP IT, with attached BCP analysis (three pages) |
| 01317 | 4/27/05 Email from Quan Le to Huang re. Instructions to CDC for MR BCP: Coleman Guidelines, with attached email 4/27/05 from Huang to Baker, Maple, Barnard, Sweeney, Kostiew, Lewis, Horel, Mangum |
| 01319 | 5/10/05 Email from Maple to Huang, Sweeney re. *Coleman* R&R, MH Classes 5-3-05, with attached (1) *Coleman* Guidelines to the Mental Health Services Delivery System, 2005-06 May Revise Finance Letter, updated 4/11/05; (2) chart "Number of PSN" |

| | 01323 | 7/19/06 Email From Maple to Sweeney re. *Coleman* Finance letter, with attached email stream re. 4/14/06 email Maple to Mangum, Johnson, Jones-Brown, Sweeney, Grade, Barnard, Bosnick re. E-versions of *Coleman* finance letter. (Attachments printed out: CDCR Finance Letter for fiscal year 2006-07 entitled, "Mental Health Program", with track changes in margin.) |
|---|---|---|
| | 01353 | 5/12/05 Email from Maple to Huang re. *Coleman* attachment, position breakdown, with attached 5/12/06 email from Kostiew to Maple re. Coleman attachment, position breakdown (Attachments printed out chart with column "Number of PSN") |
| | 01355 | 4/25/06 Email from Maple to Mangum, Stephenshaw, Sweeney, Grader re. Finance letter update, with attachments: BCS Plata FL as approved by DOF; MH FL with DOF changes, final 4/25/06 doc, with email stream involving Mangum, Maple, Sweeney, Stephenshaw, Bosnick (Attachments printed out: CDCR Finance Letter FY 2006/07, with track changes in margin.) |
| | 01389 | 4/13/06 Email from Mangum to Bonick re. Coleman charts (Attachments printed out: Mental Health Outpatient Housing Unit Programs chart; Reception Center Mental Health Programs chart) |
| | 01392 | 4/21/06 Email from Sweeney to Mangum re. Finance letter revisions, with attached email stream involving Mangum, Sweeney, Jones-Brown, Maple |
| | 01394 | 4/27/05 Email from Huang to Baker, Maple, Barnard, Sweeney, Kostiew, Lewis, Horel, Mangum re. MR BCP revision instructions for health care related issues from finance (Attachments printed out: BCP Revision Instructions, 4/27/05) |
| | 01397 | 4/25/05 Email from Mangum to Maple, Sweeney, Stephenshaw re. finance letter update with attached email stream from Maple, to Mangum, Sweeney, Bosnick re. Finance letter update. |

Case 2:90-cv-00520-KJM-SCR   Document 1918   Filed 07/21/06   Page 8 of 234

| | |
|---|---|
| 01398 | 4/20/05 Email from Sweeney to Mangum, Johnson, Jones-Brown, Maple re. 06/07 finance letter revisions |
| 01399 | 4/6/05 Email from Sweeney to Mangum, Maple, Johnson, Jones-Brown re. Implementation matrix and draft finance letters with attached email stream involving Mangum, Maple, Johnson, Jones-Brown, Sweeney, Sallade, Grader |
| 01401 | 3/21/06 Email from Mangum to Sweeney re. Additional questions: Healthcare staffing plan with email stream involving Huang, Mynhier, Farber-Szekrenyi, Duveneck, Woodford, Johnson, Kanan, Fishback, Kuykendall, Sallade, Jerue (Attachment printed out: CDCR Health Care Staffing Implementation Plan, Finance Letters: Plata, Coleman, Perez, and Infrastructure, FY 2006-07) |
| 01403 | Draft Finance Letter from CDCR Budget Shop, with chart entitled Proposed Implementation Plan for Positions Requested in Finance Letter, 06-07 |

Defendants state that certain documents have not been produced on the basis of the attorney-client privilege, as follows:

| |
|---|
| 5/12/06 Email, From DAG Tillman to DOF and DMH staff |
| 2/15/06 Email from Mangum to Huang, Jerue re. Program Guide with Email to Chief Counsel DOF Molly Arnold included in stream |
| 2/3/06 Email from Mangum to Huang, Lief, Alves, Marton, Wilkening, Arnold, Geanacou, Jerue re. Program Guide with 2/3/06 Email from DAG Tillman in email stream |
| 1/6/06 Email from Chief Counsel CDCR Slavin to Boynton, Tilton, Woodford, Farber-Szekrenyi, Brown, DAG Tillman, Arnold, Mangum, Governor's Chief Legal Hoch, Bogert, with email stream attached to same set of persons |

DEF. SUPP. SUBMISSION OF DOCUMENTS CT. ORDER

8

| | |
|---|---|
| 1 | 5/18/06 Email from DAG Tillman to Huang, Chief Counsel DOF Arnold, |
| 2 | Governor's Chief Legal Hoch, Shimazu, Bogert |
| 3 | 6/1/06 Email from Mangum to DAG Tillman, Huang, Chief Counsel DOF |
| 4 | Arnold, with email stream involving DAG Tillman, Huang, Mangum |
| 5 | 1/5/06, Draft Letter from DAG Tillman to Keating |
| 6 | 1/6/06 Email from Tilton to Boynton, Woodford, Farber-Szekrenyi, |
| 7 | Brown, DAG Tillman, Chief Counsel DOF Arnold, Chief Counsel CDCR |
| 8 | Slavin, with email stream Mangum to DAG Tillman, Chief Counsel |
| 9 | CDCR Slavin, Chief Counsel DOF Arnold, Tilton |
| 10 | 1/25/06 Email stream re. pending Coleman Court order number 2, |
| 11 | attachment, with cc. to DAG Tillman |
| 12 | 5/18/06 Email from Mangum to Kirkland, Johnson, Sweeney, Huang re. |
| 13 | status, with attached email from Lisa Tillman to CDCR and DOF |
| 14 | 5/17/06 Email from Mangum to Sweeney, Johnson re. Submission re. |
| | Staffing, with attached email stream to/from DAG Lisa Tillman |
| 15 | 2/23/06 Email from Mangum to Brown, Kessler, Lloyd, Chief Counsel |
| 16 | DOF Arnold, Yee re. agenda for CDCR Lawsuit meeting, with attached |
| 17 | memo re. Briefing on Funding Requests for CDCR Healthcare-Related |
| 18 | Lawsuits |
| 19 | 1/6/06 Email from Tilton to Boynton, Mangum, re. Program Guide |
| 20 | response, with email stream (1) 1/6/06 Email from Boynton to Tilton, |
| 21 | Woodford, Farber-Szekrenyi, Brown, DAG Tillman, Chief Counsel |
| 22 | DOF Arnold, Chief Counsel CDCR Slavin, Mangum; |
| 23 | (2) 1/6/06 Email from Tilton to Boynton, Woodford, Szekrenyi, Brown, |
| 24 | DAG Tillman, Chief Counsel DOF Arnold, Chief Counsel CDCR Slavin, |
| 25 | Mangum; (3) 1/6/06 Email from Mangum to Chief Counsel CDCR |
| 26 | Slavin, DAG Tillman, Chief Counsel Arnold, Tilton |
| 27 | 5/18/06 Email from Mangum to Sweeney, Jonshon, Huang re. *Coleman* |
| 28 | BCPs, contains 5/17/06 email DAG Tillman to CDCR, DOF staff |

1

| 2/8/06 Email, Meeting notice, DOF Huang to Mangum, Alves, |
|---|
| Wilkening, Lief, Chief Counsel DOF Arnold |

2

3

4  Defendants state that a diligent search is underway for additional documents responsive

5  to this request, particularly any email communications. Further, this search will continue as

6  certain employees return from vacation over the next few days. This response may be

7  supplemented if additional documents responsive to this request are discovered.

8  Defendants respectfully produce these documents to Special Master Keating without

9  waiving any privilege, including the deliberative process privilege, and request that the

10  documents produced herein be maintained under seal.

11  Dated: July 21, 2006

12  Respectfully submitted,

13  BILL LOCKYER
Attorney General of the State of California

14  JAMES M. HUMES
Chief Assistant Attorney General

15  FRANCES T. GRUNDER
Senior Assistant Attorney General

16  ROCHELLE C. EAST

17  Supervising Deputy Attorney General

18

19  LISA A. TILLMAN

20  Deputy Attorney General

21  Attorneys for Defendants

22

23  30143351.wpd

24

25

26

27

28

DEF. SUPP. SUBMISSION OF DOCUMENTS CT. ORDER

10

## Huang, Daphne

| | |
|---|---|
| **From:** | Mangum, Sarah |
| **Sent:** | Tuesday, March 28, 2006 9:53 AM |
| **To:** | Huang, Daphne |
| **Subject:** | FW: Draft Revisions to Program Guide |

**Attachments:**   Staff Ratios.pdf; Psychiatrist assessment.pdf

   

Staff Ratios.pdf    Psychiatrist
(159 KB)    assessment.pdf (2...

        Please take a look at these. We will need to discuss. I am sort
of concerned about the statement in the memo about what was included in the proposed 06-07
budget for Ad Seg and MHOHU--can you check that this is correct? I think it may be what
they have most recently proposed to us, but not what is yet approved. Hopefully I am
wrong.

-----Original Message-----
From: Lisa Tillman [mailto:lisa.tillman@doj.ca.gov]
Sent: Tuesday, March 28, 2006 9:46 AM
To: Mangum, Sarah
Subject: Fwd: Draft Revisions to Program Guide

Sarah,
FYI: staffing ratios (draft) submitted to SM Keating last Saturday.
Best,
Lisa

>>> Lisa Tillman 03/25/06 12:41 PM >>>
March 25, 2006

Dear Mr. Keating:

As discussed earlier this week, please find enclosed a set of draft proposals regarding
psychiatrist qualifications and staffing ratios for inclusion in the Revised Program
Guide.  These proposals have not been completely reviewed by Dr. Szekrenyi and Dr. Kanan
and other stake holders.  However, we look forward to receiving your initial comments to
assist in completing these portions of the Program Guide the court-ordered deadline.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

1

## Mangum, Sarah

| | |
|---|---|
| **From:** | Huang, Daphne |
| **Sent:** | Friday, March 17, 2006 10:47 AM |
| **To:** | Tilton, James |
| **Cc:** | Pimentel, Paula; Jerue, Todd; Mangum, Sarah |
| **Subject:** | CDCR-HCSD Proposal Status Update |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| | |
| **Attachments:** | Identification of Requested Resources Revd - 3-13-06.xls; Q HC Staffing.doc |

### CDCR-HCSD FL Proposals Status Update (Plata, Coleman, Perez, and Litigation Infrastructure):

- We have received the comprehensive staffing plan, which combines all four adult healthcare FLs, from Dr. Peter Farber-Szekrenyi on March 14 as he promised.

- Dr. Szekrenyi is currently working with Kitchell to assess total space needs and availability. We expect to see the product of this space assessment on April 7.

- We have internally agreed to handle the employee compensation enhancement portion in these proposals by our Employee Comp Unit. Tim is working on the interim enhancement for Psychiatrist series, as this is specifically ordered by the Coleman court.

- We are drafting a GOAR to request policy direction from the Governor's Office regarding the CDCR's proposed employee enhancement for other field mental health and dental classifications, which are not specifically ordered by the court. We will recommend that the CDCR should advocate for their employees to DPA and request funding for those increases through the collective bargaining process after DPA's surveys completed by the end of March 2006.

- Although we currently code all four issues as "deferred to May" in PDS, our goal is to submit a "late" finance letter by April 17th after final decision on these four proposals made on April 10.

### Summary and Our Concerns of the Comprehensive Staffing Plan Received on March 14:

- There might be a lack of coordination between the HCSD and the rest of the department.

- The plan categorizes a total of 2083.2 positions requested as follows:
    - Direct Patient Care: 653.7 positions.
    - Program Management: 644.5 positions (within this category, 228.2 are custody positions).
    - Administrative Support: 785.0 positions.

- We note that the total number of positions (i.e. approximately 2083.2 positions) in this implementation plan to be higher than the total number requested in all four original Finance Letters combined, which is at least 250 positions more.

- The implementation plan seems not based on the practical aspects of the ability to hire, as instructed by Finance in the February 28 meeting.

- The implementation plan has not adopted a more realistic multi-year approach, as the majority of positions are proposed to be hired on July 1, 2006.

- Dental Program (Perez) proposes current year implementation with activation date of March 1, 2006,

1

01201

which is probably not necessary as the current year need is now being addressed by a contract.

- Attached please find the staffing plan submitted by the department, and the brief question set we forwarded to the department just to help us to understand the plan.

  

Identification of      Q HC Staffing.doc
Requested Re...           (28 KB)

Daphne Huang
Department of Finance
915 L Street, 8th Floor
Sacramento, CA 95814
916.445.8913
daphne.huang@dof.ca.gov

2

01202

## Huang, Daphne

| | |
|---|---|
| **Subject:** | Briefing: Coleman Prog Guideline Update |
| **Location:** | Jim's Office |
| **Start:** | Wed 12/21/2005 3:30 PM |
| **End:** | Wed 12/21/2005 4:00 PM |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Required Attendees:** | Mangum, Sarah; Huang, Daphne |

Per our conversation, I'm rescheduling this meeting for you Daphne. Thanks.

1

## Mangum, Sarah

| | |
|---|---|
| **From:** | Kessler, Steve |
| **Sent:** | Thursday, March 02, 2006 3:29 PM |
| **To:** | Mangum, Sarah |
| **Cc:** | Jerue, Todd; Schwind, Maureen |
| **Subject:** | RE: CDCR HC Issues Briefing Plan |

Mo is working on the calendar for this process and meetings with Mike and the GO. I've added another one at the end and that is with the Governor.

| | |
|---|---|
| **From:** | Mangum, Sarah |
| **Sent:** | Wednesday, March 01, 2006 4:17 PM |
| **To:** | Kessler, Steve |
| **Cc:** | Jerue, Todd |
| **Subject:** | CDCR HC Issues Briefing Plan |

Despite our efforts to do this comprehensively, in looking at what we have from the departments and what we are getting and when, it looks like this issue will need to be addressed on 3 tracks:

Capital Outlay--Can go on the normal FL briefing track for a March 30th Letter. They have adequate information to make a recommendation on the request for new treatment beds, and in this case, all the other support requests that are outstanding do not directly relate to the capital outlay request. This will also allow Legislature more time to review.

Employee Comp Issues--Can go on the normal May Revise Track, this fits the timeframes for receiving and analyzing the results of the DPA study as it would affect the various classifications.

All Other Support Issues (the 2,000+ positions we have in requests from CDCR)--This is the tricky one. Assuming our goal is to have a letter out on April 17th and the fact that we are not expecting to get the results of the space analysis they are doing with a 30-day contract until April 7th, we would need to do briefings the week of April 10th. If the space analysis does not get done in this timeframe, we will not have the information needed to brief by that week and it might slip in to the normal MR briefing timeframes--in which case we could still plan to do more of an "early May" letter around the last week of April.

Based on our rather modified role in how we are approaching this analysis (department responsible for justifying the level to the Gov's Office, we will review the feasibility of the implementation plan and argue the general appropriateness of the types of things they are asking for), and the expectation that our position will be "open" for policy decision, we think that the briefings we would need for this would be:

Capital Office Briefing
Governor's Office Briefing (Cabinet, Legal, CDCR, DOF)
Chief of Staff Decision Briefing (unless the decision is made at the previous briefing)

Please give me and/or Todd a call if you want to discuss.
Sarah Mangum
Principal Program Budget Analyst
Department of Finance, Corrections and General Government Unit
(916) 445-8913

1

## Huang, Daphne

| | |
|---|---|
| **From:** | Barnard, Tanya [Tanya.Barnard@cdcr.ca.gov] |
| **Sent:** | Thursday, February 16, 2006 3:09 PM |
| **To:** | Huang, Daphne |
| **Cc:** | Mangum, Sarah |
| **Subject:** | Final Revised Coleman (Mental Health Program) |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | MH BCP (Current Version 16).doc; DOF facesheet-MHSDS.doc; MH BCP - Attachments 2, 2A, 15 and 30 Summaries.xls; MH BCP - Comparison of Mental Health Salaries -2 - Attachment 37C.xls |

Hi Daphne,

This is the revised version of the Mental Health Program under Coleman. I will send the fiscal detail in a separate attachment.

<<MH BCP (Current Version 16).doc>> <<DOF facesheet-MHSDS.doc>> <<MH BCP - Attachments 2, 2A, 15 and 30 Summaries.xls>> <<MH BCP - Comparison of Mental Health Salaries -2 - Attachment 37C.xls>>

# Tanya M. Barnard

**Associate Budget Analyst**
**Database Administration & Support**
**Office of Budget Management**
**California Department of Corrections and Rehabilitation**
**Ph: 916) 323-3604**
**Fax: 916) 445-3025**

Fiscal Detail for Coleman

## Huang, Daphne

| | |
|---|---|
| **From:** | Barnard, Tanya [Tanya.Barnard@cdcr.ca.gov] |
| **Sent:** | Thursday, February 16, 2006 3:39 PM |
| **To:** | Huang, Daphne; Mangum, Sarah |
| **Subject:** | Fiscal Detail for Coleman |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| **Attachments:** | Coleman-2-16-06 Fiscal Detail.pdf |

Hi,

Here's the fiscal detail, hard copy will be delivered to you shortly.

Tanya
<<Coleman-2-16-06 Fiscal Detail.pdf>>

# Tanya M. Barnard

**Associate Budget Analyst**
**Database Administration & Support**
**Office of Budget Management**
**California Department of Corrections and Rehabilitation**
**Ph: 916) 323-3604**
**Fax: 916) 445-3025**

7/19/2006

01206

**CONTINUATION Sheet** **Corr & Rehab Admin**
**BCP# HCPC03**     **DEPARTMENT** *CORRECTIONS & REHAB*

Printed:   02/18/06    time:   15:00:56
**FISCAL YEAR**   2006 - 2007

**STATE OF CALIFORNIA**
**BUDGET CHANGE PROPOSAL- FISCAL DETAIL**
**STATE OPERATIONS**
DF-46 (REV 03/05) Alternative      **REVISION:050831**
*Please report dollars in thousands*

PAGE #:   125
Printed:   02/18/06    time:   15:00:55
Data source :W:\TEMP\VLTR21SC.DBF
Report Location:W:\TEMP\ZFSCLD*1.RP1
Report Form :O2DF46Plcy\F4Lt\Whie\PY#alv2_3

| BCP # | HCPC03 | | **DATE** | 02/18/06 | | **TITLE** | **COLEMAN MHSDS** |
|---|---|---|---|---|---|---|---|
| **PROGRAM** | ( Consolidated ) | | **ELEMENT** | | | **COMPONENT** | |

| PERSONNEL YEARS | | PYs CY | PYs BY | | | CURRENT YR.($,000) | BUDGET YR.($,000) |
|---|---|---|---|---|---|---|---|
| TOTAL S & W | | | 656.8 | | | $8,667,000 | $64,044,873 |
| SALARY SAVINGS | | | -25.7 | | | | -$1,458,853 |
| NET TOTAL S & W | | 0.0 | 631.1 | | | $8,667,000 | $62,586,020 |
| STAFF BENEFITS | | -- | -- | | | | $12,760,537 |
| OASDI | | | | | | | 523,346) |
| HEALTH INSURANCE | | | whole | | | | 3,877,255) |
| RETIREMENT - Industrial | | | dollars | | | | 1,447,391) |
| RETIREMENT - Safety | | | | | | | 4,597,870) |
| RETIREMENT - Peace Officer | | | | | | | 844,956) |
| RETIREMENT - Other | | | | | | | |
| WORKERS' COMPENSATION | | | | | | | 1,469,719) |
| IDL, NDI, UI (incl in W.C.) | | | | | | | --- |
| **TOTAL PERSONAL SVCS** | | | | | | $8,667,000 | $75,346,557 |

**OPERATING EXPENSES AND EQUIPMENT**

| | | | | | |
|---|---|---|---|---|---|
| GENERAL EXPENSE | | | | | 218,192 |
| PRINTING | | | | | 35,203 |
| COMMUNICATIONS | | | | | 29,517 |
| POSTAGE | | | | | 13,376 |
| INSURANCE | | | | | 4,408 |
| TRAVEL - IN STATE | | | | | 2,224,444 |
| TRAVEL - OUT OF STATE | | | | | |
| TRAINING | | | | | 58,996 |
| FACILITIES OPERATIONS | | | | | |
| UTILITIES | | | | | |
| CONSULTING & PROFESSIONAL:Interdepartmental | | | | | 8,512 |
| CONSULTING & PROFESSIONAL:External | | | | | 3,748,800 |
| CONSOLIDATED DATA CENTERS | | | | | |
| Health and Welfare Data Center | ( | ) | ( | ) | |
| Stephen P. Teale Data Center | ( | ) | ( | ) | |
| DATA PROCESSING | | | | | 1,700,000 |
| EQUIPMENT | | | | | 3,543,394 |
| DEBT SERVICE | | | | | |
| OTHER ITEMS OF EXPENSE (see Supplemental Info sheets) | | | | | 665,601 |
| **TOTAL OPERATING EXPENSES and EQUIPMENT** | | | | | 12,250,443 |

**SPECIAL ITEMS of EXPENSE**

| | | | | |
|---|---|---|---|---|
| **TOTAL STATE OPERATIONS EXPENDITURES** | | \$ | 8,667,000 | \$   87,597,000 |

PAGE III-2a

01207

**CONTINUATION Sheet Corr & Rehab Admin**
**BCP# HCPC03**       **DEPARTMENT CORRECTIONS & REHAB**

Printed:  02/16/06    time:  15:00:55
**FISCAL YEAR**   2006 - 2007

| SOURCE OF FUNDS | APPROPRIATION NO. | | | | | | |
|---|---|---|---|---|---|---|---|
| | ORG | REF | FUND | | | | |
| GENERAL FUND | 5225 | 001 | 0001 | $ | 8,887,000 | $ | 87,597,000 |
| SPECIAL FUNDS | 5225 | | | $ | | $ | |
| FEDERAL FUNDS | 5225 | 001 | 0890 | $ | | $ | |
| OTHER FUNDS - Bond | 5225 | 001 | 0001 | $ | | $ | |
| OTHER FUNDS - IWF | 5225 | 001 | 0917 | $ | | $ | |
| OTHER - Spcl Deposit | 5225 | 001 | 0942 | $ | | $ | |
| OTHER (Lease Paymnt) | 5225 | 003 | 0001 | $ | | $ | |
| OTHER  Lottery Educ | 5225 | 001 | 0831 | $ | | $ | |
| REIMBURSEMENTS | 5225 | 501 | 0995 | $ | | $ | |
| General Fund, Prop98 | 5225 | 011 | 0001 | $ | | $ | |
| Corr Trng Fund | 5225 | 001 | 0170 | $ | | $ | |

| LOCAL ASSISTANCE SOURCE OF FUNDS | APPROPRIATION NO. | | | | | | |
|---|---|---|---|---|---|---|---|
| | ORG | REF | FUND | $ ( | ) | $ ( | ) |
| GENERAL FUND | 5225 | 101 | 0001 | $ | | $ | |
| SPECIAL FUNDS | 5225 | | | $ | | $ | |
| FEDERAL FUNDS | 5225 | | | $ | | $ | |
| OTHER FUNDS | 5225 | | | $ | | $ | |
| REIMBURSEMENTS | 5225 | 601 | 0995 | $ | | $ | |

PAGE III-2b

//////////////////// E N D  of  CONSOLIDATED DISPLAY ////////////////



| PROGRAM *Corr & Rehab Admin* | | **ELEMENT** | | **COMPONENT** | |
|---|---|---|---|---|---|
| **PERSONNEL YEARS** | **PYs CY** | **PYs BY** | | **CURRENT YR. $$** | **BUDGET YR. $$** |

TOTAL S & W
  SALARY SAVINGS

| NET TOTAL S & W | 0.0 | 0.0 | | $0 | $0 |
|---|---|---|---|---|---|

STAFF BENEFITS
  OASDI
  HEALTH INSURANCE                         whole|
  RETIREMENT - Industrial                  dollars
  RETIREMENT - Safety
  RETIREMENT - Peace Officer
  RETIREMENT - Other
  WORKERS' COMPENSATION
  IDL, NDI, UI (incl in W.C.)

TOTAL PERSONAL SVCS

OPERATING EXPENSES AND **EQUIPMENT**

GENERAL EXPENSE
PRINTING
COMMUNICATIONS
POSTAGE
INSURANCE
TRAVEL - IN STATE
TRAVEL - OUT OF STATE
TRAINING
FACILITIES OPERATIONS
UTILITIES
CONSULTING & PROFESSIONAL:Interdepartmental
CONSULTING & PROFESSIONAL:External
CONSOLIDATED DATA CENTERS
  Health and Welfare Data Center                    (            )        (                )
  Stephen P. Teale Data Center                      (            )        (                )
DATA PROCESSING                                                                   1,700,000
EQUIPMENT
DEBT SERVICE
OTHER ITEMS OF EXPENSE (see Supplemental Info sheets)                                 121,219

| TOTAL OPERATING EXPENSES and EQUIPMENT | | | | | 1,821,219 |
|---|---|---|---|---|---|

SPECIAL ITEMS of EXPENSE

| TOTAL STATE OPERATIONS EXPENDITURES | | | | $ | $ | 1,821,219 |
|---|---|---|---|---|---|---|

PAGE III-2a

**CONTINUATION Sheet** *Corr & Rehab Admin*

**BCP#** *HCPC03*    **DEPARTMENT** *CORRECTIONS & REHAB*

Printed:    02/16/06    time:    15:00:55

**FISCAL YEAR**    2006 - 2007

## Corr & Rehab Admin

| SOURCE OF FUNDS | APPROPRIATION NO. | | | | | |
|---|---|---|---|---|---|---|
| | ORG | REF | FUND | | | |
| · GENERAL FUND | 5225 | 001 | 0001 | $ | $ | 1,821,219 |
| SPECIAL FUNDS | 5225 | | | $ | $ | |
| FEDERAL FUNDS | 5225 | 001 | 0890 | $ | $ | |
| OTHER FUNDS - Bond | 5225 | 001 | 0001 | $ | $ | |
| OTHER FUNDS - IWF | 5225 | 001 | 0917 | $ | $ | |
| OTHER - Spcl Deposit | 5225 | 001 | 0942 | $ | $ | |
| OTHER Lease Payment | 5225 | 003 | 0001 | $ | $ | |
| OTHER Lottery-Educ | 5225 | 001 | 0831 | $ | $ | |
| REIMBURSEMENTS | 5225 | 501 | 0995 | $ | $ | |
| General Fund, Prop 98 | | 5225 | 011 | 0001 | $ | $ | |
| Corr Trng Fund | 5225 | 001 | 0170 | $ | $ | |

| LOCAL ASSISTANCE SOURCE OF FUNDS | APPROPRIATION NO. | | | $ ( | ) | $ ( | ) |
|---|---|---|---|---|---|---|---|
| | ORG | REF | FUND | | | | |
| GENERAL FUND | 5225 | 101 | 0001 | $ | | $ | |
| SPECIAL FUNDS | 5225 | | | $ | | $ | |
| FEDERAL FUNDS | 5225 | | | $ | | $ | |
| OTHER FUNDS | 5225 | | | $ | | $ | |
| REIMBURSEMENTS | 5225 | 601 | 0995 | $ | | $ | |

PAGE III-2b

**CONTINUATION Sheet  Corr & Rehab Admin**
**BCP# HCPC03        DEPARTMENT  CORRECTIONS & REHAB**

Printed·   02/16/06   time   15:00 55
**FISCAL YEAR**   2006 - 2007

Fiscal Detail Continued
**DETAIL OF PERSONAL SERVICES**      *Corr & Rehab Admin*

| Proposed New | | POSITIONS | | | | AMOUNT (,000) | |
|---|---|---|---|---|---|---|---|
| CLASSIFICATION | CY | BY | SALARY/RANGE | | CY | | BY |
| TOTAL SALARIES AND WAGES | | | {{{{{{}}}}} | $ | | $ | |

PAGE III-3

•
•
•

**SUPPLEMENTAL INFORMATION**
*Please report dollars in thousands.*
**IDENTIFY ALL PROPOSED ITEMS WHICH FIT INTO THE CATEGORIES LISTED BELOW**      SEE INSTRUCTIONS

| | CURRENT YEAR | BUDGET YEAR | BUDGET YEAR + ONE |
|---|---|---|---|
| EQUIP - | | | |
| C&PS-In | | | |
| C&PS-Ex | | | |
| ONE-TIMES (ONE-TIMES incls EQUIP & CONTRACTS) | | 721,219 | -721,219 |
| FULL-YR | | | |
| OTHR Itms | | 121,219 | |

PAGE III-4

\\\\\\\\\\\\\\\\  **E N D   of   PROGRAM:**         *Corr & Rehab Admin*



| CONTINUATION Sheet **Adult Corr & Rehab Ops** | | |
|---|---|---|
| **BCP# HCPCO3** | **DEPARTMENT** *CORRECTIONS & REHAB* | Printed: 02/16/06 time: 15:00:55 **FISCAL YEAR** 2006-2007 |

| PROGRAM Adult Corr & Rehab Ops | | ELEMENT | | COMPONENT | | |
|---|---|---|---|---|---|---|
| **PERSONNEL YEARS** | **PYs CY** | **PYs BY** | | **CURRENT YR. $$** | | **BUDGET YR. $$** |
| TOTAL S & W | | 158.4 | | | | $6,680,715 |
| SALARY SAVINGS | | -6.4 | | | | -$247,963 |
| NET TOTAL S & W | 0.0 | 152.0 | | $0 | | $6,432,752 |
| STAFF BENEFITS | | | | | | $2,815,004 |
| OASDI | | | | | | 210,834) |
| HEALTH INSURANCE | | whole | | | | 1,004,830) |
| RETIREMENT - Industrial | | dollars | | | | 583,093) |
| RETIREMENT - Safety | | | | | | ) |
| RETIREMENT - Peace Officer | | | | | | 714,478) |
| RETIREMENT - Other | | | | | | ) |
| WORKERS' COMPENSATION | | | | | | 301,769) |
| IDL, NDI, UI (incl in W.C.) | | | | | | — |

| TOTAL PERSONAL SVCS | | | | | | $9,247,756 |
|---|---|---|---|---|---|---|

**OPERATING EXPENSES AND EQUIPMENT**

| | | |
|---|---|---|
| GENERAL EXPENSE | | 98,041 |
| PRINTING | | 27,513 |
| COMMUNICATIONS | | 29,033 |
| POSTAGE | | 13,376 |
| INSURANCE | | 4,408 |
| TRAVEL - IN STATE | | 30,704 |
| TRAVEL - OUT OF STATE | | |
| TRAINING | | 14,288 |
| FACILITIES OPERATIONS | | |
| UTILITIES | | |
| CONSULTING & PROFESSIONAL:Interdepartmental | | 8,512 |
| CONSULTING & PROFESSIONAL:External | | |
| CONSOLIDATED DATA CENTERS | | |
| Health and Welfare Data Center | ( ) | ( ) |
| Stephen P. Teale Data Center | ( ) | ( ) |
| DATA PROCESSING | | |
| EQUIPMENT | | 498,926 |
| DEBT SERVICE | | |
| OTHER ITEMS OF EXPENSE (see Supplemental Info sheets) | | 61,674 |

| TOTAL OPERATING EXPENSES and EQUIPMENT | | 786,475 |
|---|---|---|

**SPECIAL ITEMS of EXPENSE**

| TOTAL STATE OPERATIONS EXPENDITURES | $ | $ 10,034,231 |
|---|---|---|

PAGE III-2a

*CONTINUATION Sheet* **Adult Corr & Rehab Ops**
**BCP# HCPC03**     **DEPARTMENT** *CORRECTIONS & REHAB*

Printed: 02/16/06    time: 15:00:55
**FISCAL YEAR**   **2006 - 2007**

## Adult Corr & Rehab Ops

| SOURCE OF FUNDS | APPROPRIATION NO. | | | | | |
|---|---|---|---|---|---|---|
| | ORG | REF | FUND | | | |
| GENERAL FUND | 5225 | 001 | 0001 | $ | $ | 10,034,231 |
| SPECIAL FUNDS | 5225 | | | $ | $ | |
| FEDERAL FUNDS | 5225 | 001 | 0890 | $ | $ | |
| OTHER FUNDS - Bond | 5225 | 001 | 0001 | $ | $ | |
| OTHER FUNDS - IWF | 6226 | 001 | 0917 | $ | $ | |
| OTHER - Spcl Deposit | 5225 | 001 | 0942 | $ | $ | |
| OTHER Lease Payment | 5225 | 003 | 0001 | $ | $ | |
| OTHER Lottery-Educ | 5225 | 001 | 0831 | $ | $ | |
| REIMBURSEMENTS | 5225 | 501 | 0995 | $ | $ | |
| General Fund,Prop 98 | 5225 | 011 | 0001 | $ | $ | |
| Corr Trng Fund | 5225 | 001 | 0170 | $ | $ | |

| LOCAL ASSISTANCE SOURCE OF FUNDS | APPROPRIATION NO. | | | $ ( | ) | $ ( | ) |
|---|---|---|---|---|---|---|---|
| | ORG | REF | FUND | | | | |
| GENERAL FUND | 5225 | 101 | 0001 | $ | | $ | |
| SPECIAL FUNDS | 5225 | | | $ | | $ | |
| FEDERAL FUNDS | 5225 | | | $ | | $ | |
| OTHER FUNDS | 6226 | | | $ | | $ | |
| REIMBURSEMENTS | 5225 | 601 | 0995 | $ | | $ | |

01213

**CONTINUATION Sheet** *Adult Corr & Rehab Ops*
**BCP# HCPC03**        **DEPARTMENT** *CORRECTIONS & REHAB*

Printed.  02/16/06   Time  15:00:55
**FISCAL YEAR**  2006 - 2007

Fiscal Detail Continued
**DETAIL OF PERSONAL SERVICES|**    *Adult Corr & Rehab Ops*

| *Proposed New* | POSITIONS | | | | AMOUNT (,000) | |
|---|---|---|---|---|---|---|
| **CLASSIFICATION** | CY | BY | SALARY/RANGE | CY | | BY |
| Corr Counselor I | | 20.6 | 4637 - 6526 | | | 1,379,747 |
| Corr Officer | | 30.5 | 3477 - 5661 | | | 1,672,254 |
| Ofc Techn -Typing | | 107.3 | 2510 - 3050 | | | 3,579,528 |
| Pay Differentials | - | - | | | | 15,342 |
| Premium Holiday Pay | - | - | | | | 33,844 |
| TOTAL SALARIES AND WAGES | | 158.4 | ((((((((((( | $ | $ | 6,680,715 |

PAGE III-3

**SUPPLEMENTAL INFORMATION**
*Please report dollars in thousands.*
**IDENTIFY ALL PROPOSED ITEMS WHICH FIT INTO THE CATEGORIES LISTED BELOW.**    SEE INSTRUCTIONS

| | **CURRENT YEAR** | **BUDGET YEAR** | **BUDGET YEAR + ONE** |
|---|---|---|---|
| EQUIP - | | 498,926 | -498,926 |
| C&PS-In | | 8,512 | |
| C&PS-Ex | | | |
| ONE-TIMES (ONE-TIMES incls EQUIP & CONTRACTS) | | 498,926 | -498,926 |
| FULL-YR | | | -498,926 |
| OTHR Items | | 61,674 | |

PAGE III-4

\\\\\\\\\\\\\\\\\   **E N D   of   PROGRAM:**      *Adult Corr & Rehab Ops*

01214

**CONTINUATION Sheet** *Adult Corr'l Health Care*
**BCP# HCPC03**    **DEPARTMENT** *CORRECTIONS & REHAB*

Printed:    02/18/06    time:    15:00:55
**FISCAL YEAR**    2006 - 2007

| PROGRAM *Adult Corr'l Health Care* | | ELEMENT | | COMPONENT | | |
|---|---|---|---|---|---|---|
| **PERSONNEL YEARS** | **PYs CY** | **PYs BY** | | **CURRENT YR. $$** | | **BUDGET YR. $$** |
| TOTAL S & W | | 498.4 | | $8,667,000 | | $57,364,158 |
| SALARY SAVINGS | | -19.3 | | | | -$1,210,890 |
| NET TOTAL S & W | 0.0 | 479.1 | | $8,667,000 | | $56,153,268 |
| STAFF BENEFITS | -- | -- | | | | $9,946,633 |
| OASDI | | | ) | ( | ) | ( 312,512) |
| HEALTH INSURANCE | | whole | ) | ( | ) | ( 2,872,425) |
| RETIREMENT - Industrial | | dollars | ) | ( | ) | ( 864,298) |
| RETIREMENT - Safety | | | ) | ( | ) | ( 4,597,870) |
| RETIREMENT - Peace Officer | | | ) | ( | ) | ( 130,478) |
| RETIREMENT - Other | | | ) | ( | ) | ( ) |
| WORKERS' COMPENSATION | | | ) | ( | ) | ( 1,167,950) |
| IDL, NDI, UI (incl in W.C.) | | | | | | |
| **TOTAL PERSONAL SVCS** | | | | $8,667,000 | | $66,098,801 |

**OPERATING EXPENSES AND EQUIPMENT**

| | | | |
|---|---|---|---|
| GENERAL EXPENSE | | | 120,151 |
| PRINTING | | | 7,690 |
| COMMUNICATIONS | | | 484 |
| POSTAGE | | | |
| INSURANCE | | | |
| TRAVEL - IN STATE | | | 2,193,740 |
| TRAVEL - OUT OF STATE | | | |
| TRAINING | | | 44,708 |
| FACILITIES OPERATIONS | | | |
| UTILITIES | | | |
| CONSULTING & PROFESSIONAL:Interdepartmental | | | |
| CONSULTING & PROFESSIONAL:External | | | 3,748,800 |
| CONSOLIDATED DATA CENTERS | | | |
| Health and Welfare Data Center | ( | ) | ( ) |
| Stephen P. Teale Data Center | ( | ) | ( ) |
| DATA PROCESSING | | | |
| EQUIPMENT | | | 3,044,468 |
| DEBT SERVICE | | | |
| OTHER ITEMS OF EXPENSE (see Supplemental Info sheets) | | | 482,708 |
| **TOTAL OPERATING EXPENSES and EQUIPMENT** | | | 9,642,749 |

**SPECIAL ITEMS of EXPENSE**

| **TOTAL STATE OPERATIONS EXPENDITURES** | | $ | 8,667,000 | $ | 75,741,550 |
|---|---|---|---|---|---|

PAGE III-2a

| CONTINUATION Sheet | Adult Corr'l Health Care | Printed: | 02/16/06 | time: | 15:00:55 |
|---|---|---|---|---|---|
| BCP# HCPC03 | DEPARTMENT CORRECTIONS & REHAB | FISCAL YEAR | 2006 - 2007 | | |

## Adult Corr'l Health Care

| SOURCE OF FUNDS | APPROPRIATION NO. | | | | | | |
|---|---|---|---|---|---|---|---|
| | ORG | REF | FUND | | | | |
| GENERAL FUND | 5225 | 001 | 0001 | $ | 8,667,000 | $ | 75,741,550 |
| SPECIAL FUNDS | 5225 | | | $ | | $ | |
| FEDERAL FUNDS | 5225 | 001 | 0890 | $ | | $ | |
| OTHER FUNDS - Bond | 5225 | 001 | 0001 | $ | | $ | |
| OTHER FUNDS - IWF | 5225 | 001 | 0917 | $ | | $ | |
| OTHER - Spcl Deposit | 5225 | 001 | 0942 | $ | | $ | |
| OTHER Lease Payment | 5225 | 003 | 0001 | $ | | $ | |
| OTHER Lottery-Educ | 5225 | 001 | 0831 | $ | | $ | |
| REIMBURSEMENTS | 5225 | 501 | 0995 | $ | | $ | |
| General Fund,Prop 98 | 5225 | 011 | 0001 | $ | | $ | |
| Corr Trng Fund | 5225 | 001 | 0170 | $ | | $ | |

| LOCAL ASSISTANCE SOURCE OF FUNDS | APPROPRIATION NO. | | | $ ( | ) | $ ( | ) |
|---|---|---|---|---|---|---|---|
| | ORG | REF | FUND | | | | |
| GENERAL FUND | 5225 | 101 | 0001 | $ | | $ | |
| SPECIAL FUNDS | 5225 | | | $ | | $ | |
| FEDERAL FUNDS | 5225 | | | $ | | $ | |
| OTHER FUNDS | 5225 | | | $ | | $ | |
| REIMBURSEMENTS | 5225 | 601 | 0995 | $ | | $ | |

PAGE III-2b

01216

**CONTINUATION Sheet** *Adult Corr'l Health Care*
**BCP#** *HCPC03*    **DEPARTMENT** *CORRECTIONS & REHAB*

Printed:  02/16/06    time:  15:00:55
**FISCAL YEAR**    2006 2007

Fiscal Detail Continued
**DETAIL OF PERSONAL SERVICES**    *Adult Corr'l Health Care*

| *Workload Adjustments* | POSITIONS | | | AMOUNT (.000) | | |
|---|---|---|---|---|---|---|
| **CLASSIFICATION** | CY | BY | \| SALARY/RANGE \| | CY | \| | BY |
| Psychiatric Techn (Safety) | | -10.0 | 2887 - 3795 | | | -400,920 |
| Pay Differentials | . | - | | | | -36,000 |
| **TOTAL SALARIES AND WAGES** | | -10.0 | {{{{{(1)}}}} | $ | $ | -436,920 |

PAGE III-3

.
.
.

**SUPPLEMENTAL INFORMATION**
*Please report dollars in thousands.*
**IDENTIFY ALL PROPOSED ITEMS WHICH FIT INTO THE CATEGORIES LISTED BELOW.**    **SEE INSTRUCTIONS**

| | CURRENT YEAR | BUDGET YEAR | BUDGET YEAR + ONE |
|---|---|---|---|
| EQUIP - | | | |
| C&PS-In | | | |
| C&PS-Ex | | | |
| ONE-TIMES (ONE-TIMES incls EQUIP & CONTRACTS) | | | |
| FULL-YR | | | |
| OTHR Itms | | | |

PAGE III-4

**CONTINUATION Sheet  Adult Corr'l Health Care**
**BCP# HCPC03**       **DEPARTMENT  CORRECTIONS & REHAB**

Printed:  02/16/06   time   15:00:55
**FISCAL YEAR**   2006 - 2007

Fiscal Detail Continued
**DETAIL OF PERSONAL SERVICES**     **Adult Corr'l Health Care**

| Proposed New | POSITIONS | | | AMOUNT (,000) | |
|---|---|---|---|---|---|
| CLASSIFICATION | CY | BY | SALARY/RANGE | CY | BY |
| CEA | | 3.0 | 5768 - 11669 | | 313,866 |
| Sr Psychiatrist, CF -Spec | | 6.0 | 9199 - 11447 | | 743,256 |
| Staff Psychiatrist,CF | | 28.5 | 8528 - 11181 | | 3,133,731 |
| Warden | | 1.2 | 8369 - 9049 | | 125,410 |
| Facility Captain, CI | | 5.0 | 7223 - 7963 | | 455,580 |
| Chief Psychologist | | 3.0 | 5884 - 7509 | | 241,074 |
| Sr Psychologist, CF -Suprvr | | 32.0 | 5341 - 6807 | | 2,332,416 |
| Sr Psychologist, CF -Spec | | 10.0 | 4938 - 6483 | | 685,260 |
| Staff Services Mgr II -Suprvr | | 1.0 | 5211 - 6286 | | 68,082 |
| Psychologist - Clinical, CF | | 159.8 | 4498 - 6904 | | 9,973,438 |
| Staff Services Mgr I | | 5.0 | 4746 - 6726 | | 314,160 |
| Nurse Consultant I | | 10.0 | 4671 - 5662 | | 613,980 |
| Health Prog Spec I | | 31.0 | 4516 - 5489 | | 1,860,930 |
| Research Analyst II -Gen | | 1.0 | 4316 - 5247 | | 57,378 |
| Assoc Pers Analyst | | 3.0 | 4111 - 4997 | | 163,944 |
| Assoc Govtl Prog Analyst | | 5.0 | 4111 - 4997 | | 273,240 |
| Assoc Health Prog Advisor | | 12.0 | 4111 - 4997 | | 655,776 |
| Sr Psychiatric Tech (Safety) | | 26.0 | 3236 - 4309 | | 1,177,020 |
| Senior Persnl Specialist | | 2.0 | 3418 - 4155 | | 90,876 |
| Psychiatric Soc Worker, CF | | 1.0 | 3321 - 4139 | | 44,760 |
| Psychiatric Techn (Safety) | | 137.9 | 2887 - 3795 | | 5,528,687 |
| Exec Secty I | | 1.0 | 2822 - 3431 | | 37,518 |
| Secty | | 8.0 | 2510 - 3051 | | 266,928 |
| Ofc Techn -Typing | | 14.0 | 2510 - 3050 | | 467,040 |
| Pers Selection Tech | | 3.0 | 2130 - 2998 | | 92,304 |
| Office Asst -Typing | | 1.0 | 2172 - 2641 | | 28,878 |
| Pay Differentials | - | - | | 8,667,000 | 28,052,846 |
| Premium Holiday Pay | - | - | | | 1,800 |
| TOTAL SALARIES AND WAGES | | 508.4 | ((((((((())) | $   8,667,000 | $   57,801,078 |

PAGE III-3

**SUPPLEMENTAL INFORMATION**
Please report dollars in thousands.
IDENTIFY ALL PROPOSED ITEMS WHICH FIT INTO THE CATEGORIES LISTED BELOW       SEE INSTRUCTIONS

| | CURRENT YEAR | BUDGET YEAR | BUDGET YEAR + ONE |
|---|---|---|---|

EQUIP -

|  | 3,044,468 | -3,044,468 |
| C&PS-In |  |  |
| C&PS-Ex | 3,748,800 |  |
| ONE-TIMES (ONE-TIMES incle EQUIP & CONTRACTS) | 3,444,468 | -3,444,468 |
| FULL-YR |  | -1,742,108 |
| OTHR Itms | 482,708 |  |

PAGE III-4

\\\\\\\\\\\\\\\\\   E N D   of   PROGRAM:        *Adult Corr'l Health Care*

**Theodorovic, Zlatko**

| From: | Mangum, Sarah |
|---|---|
| Sent: | Thursday, February 16, 2006 12:07 PM |
| To: | Huang, Daphne; Stephenshaw, Joe; Brady, Nathan |
| Cc: | Theodorovic, Zlatko |
| Subject: | FW: Schedule of Requirements for 06/07 Finance Letters |

Attachments: SOR-FILEbyPRCSS 2-16-06-A.pdf

**From:** Barnard, Tanya [mailto:Tanya.Barnard@cdcr.ca.gov]
**Sent:** Thursday, February 16, 2006 11:34 AM
**To:** Mangum, Sarah
**Subject:** RE: Schedule of Requirements for 06/07 Finance Letters

Hi Sarah,

This PDF came out better for page 2. :)

**From:** Mangum, Sarah [mailto:Sarah.Mangum@dof.ca.gov]
**Sent:** Thursday, February 16, 2006 11:30 AM
**To:** Barnard, Tanya
**Cc:** Baker, Karen; Jones-Brown, Deborah A.; Dubbs, Jill R.; Hakim, Hendrik ; Sanders, Liza
**Subject:** RE: Schedule of Requirements for 06/07 Finance Letters

Thank you. Also, I want everyone to know that Hendrik brought me the fiscal detail documents I was missing--so we should be all good on that for now.

**From:** Barnard, Tanya [mailto:Tanya.Barnard@cdcr.ca.gov]
**Sent:** Thursday, February 16, 2006 11:24 AM
**To:** Mangum, Sarah
**Cc:** Baker, Karen; Jones-Brown, Deborah A.; Dubbs, Jill R.; Hakim, Hendrik ; Sanders, Liza
**Subject:** Schedule of Requirements for 06/07 Finance Letters
**Importance:** High

Sarah,

Enclosed is a Schedule of Requirements (SOR) for the finance letters you are reviewing.   Issue#'s 5440P1-P3 are the Rutherford proposals, and was submitted as a package 2/14/06. All others are titled according to the finance letters. This data set may differ from the fiscal details delivered to you earlier today, and is the most recent compilation. If you require further break down of fiscal info, please let me know.

The following changes/additions are expected later today:

- Mental Health Program (Coleman)-Revisions
- BPH Valdivia (Addition)
- Litigation Support (Addition)

Please contact me if I can be of any assistance.

01220

Tanya

<<SOR-FilebyPRCSS 2-16-06-A.pdf>>

# Tanya M. Barnard

**Associate Budget Analyst**
**Database Administration & Support**
**Office of Budget Management**
**California Department of Corrections and Rehabilitation**
**Ph: 916) 323-3604**
**Fax: 916) 445-3025**

7/19/2006

CALIFORNIA DEPARTMENT of CORRECTIONS & REHABILITATION
BUDGET MANAGEMENT - Automated Information Section
SUMMARY of SUBMITTALS in DATABASE
BUDGET YEAR July 2006 FINANCE LETTERS

Data source: W:\TEM\PFLTR0216.DBF
Report Location: W:\TEM\PUMRRPT53.RP
Report Form : SOR-FILE\byPRCISSN-ctg.

Printed date: 07/16/06
time: 11:06:59

PAGE # 1

| Procss | FN IA LM EE | DATE INST | ACTIVATION | Pos Mo | CURRENT Fiscal Year PY | PERSONNEL YRs SalSvy net PYr | NET TOTAL $ | ALL FUNDS Pos Mo | PY | BUDGET Fiscal Year PERSONNEL YRs SalSvy net PYr | NET TOTAL $ | ONE-TIME LIMITED TERM COSTS (incl EQUIP) from BY | & EXPIRNG PROGRAMS BY+1 POS | Pkg PYr | FULL YEAR of BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Issue: 410846
SUBmdsORG: 4695 Vicins

VICTIM SERVICES UNDER v
PCA: 10105

| | | 15.0 | | | 15.0 | 15.0 | | 15.0 | | -0.8 | 14.2 | 1,212,000 | | | |
| SUBmdsORG: | | 15.0 | | | 15.0 | 15.0 | | 15.0 | | -0.8 | 14.2 | 1,212,000 | | | |

Issue: 44697L
SUBmdsORG: 4460 HLTHDIV
4460 HLTHDIV
4460 Persnl
4607 UNALOC
5999

PLATA ORD 06/07
PCA: 50100
PCA: 50300
PCA: 10107
PCA: 25400

| | | 105.0 | | | 105.0 | -5.8 | 99.2 | 8,395,800 | -1,176,191 | | |
| | | 10.0 | | | 10.0 | -0.5 | 9.5 | 1,973,922 | -46,787 | | |
| | | 9.0 | | | 9.0 | -0.5 | 8.5 | 1,899,414 | -497,418 | | |
| | | 12.0 | | | 12.0 | -0.9 | 11.1 | 826,424 | -62,888 | | |
| | | 74.0 | | | 74.0 | -3.8 | 70.2 | 5,009,653 | -369,511 | | |

Issue: 44636NH
SUBmdsORG: 4465 Juthn
4465 Juthn
5510
5510
5530
5550
5555
5590
5590
5600
5600

FROM MEDICAL BCP
PCA: 23100
PCA: 23500
PCA: 23100
PCA: 23100
PCA: 23100
PCA: 23100
PCA: 23100
PCA: 23100
PCA: 23100
PCA: 23400

| | | 213.5 | | | 290.1 | -10.0 | 194.1 | 11,913,000 | -683,768 | 7.0 | 635,763 | 27.1 | 2,161,566 |
| | | 2.0 | | | 2.0 | -0.2 | 1.8 | 210,000 | 12,000 | | | | |
| | | 14.0 | | | 14.0 | -1.2 | 12.8 | 2,680,000 | -84,000 | | | | |
| | | 26.6 | | | 24.2 | -1.1 | 23.1 | 2,441,228 | -57,734 | | | 4.9 | 310,942 |
| | | 20.6 | | | 20.5 | -1.1 | 20.8 | 2,106,191 | 177,548 | | | 1.5 | 55,006 |
| | | 8.4 | | | 8.4 | -0.5 | 7.9 | 910,016 | | | | | |
| | | 28.2 | | | 28.2 | -1.1 | 27.1 | 2,845,761 | -14,934 | | | 2.4 | 110,000 |
| | | 30.1 | | | 19.1 | -1.0 | 18.1 | 2,350,610 | -174,000 | | | 11.2 | 1,314,185 |
| | | 30.1 | | | 30.1 | -1.0 | 29.1 | 2,561,019 | -14,584 | | | 3.1 | 163,305 |
| | | 21.9 | | | 21.9 | -1.1 | 20.8 | 2,063,420 | -7,468 | | | 1.1 | 58,000 |
| | | 32.2 | | | 32.2 | -1.4 | 30.8 | 3,240,936 | -187,468 | | | 3.6 | 150,000 |
| | | | | | | | | 3,750 | -3,718 | | | | |

Issue: 447001
SUBmdsORG: 4420 INSDIV
4423 InvOps
4470 LEU
4685 IA
5260 PAROLE
5388 McGEE
5490 EdOSAP

PROTECTIVE VESTS
PCA: 25100
PCA: 25100
PCA: 25100
PCA: 10104
PCA: 30400
PCA: 25100
PCA: 25100

| | | | | | | | | 4,358.00 | | | |
| | | | | | | | | 3,368.692 | | | |
| | | | | | | | | 151,772 | | | |
| | | | | | | | | 131,927 | | | |
| | | | | | | | | 20,135 | | | |
| | | | | | | | | 338,903 | | | |
| | | | | | | | | 185,479 | | | |
| | | | | | | | | 24,140 | | | |

Issue: 52251D
SUBmdsORG: 5260 PAROLE

PAROLE LEADS REAPPROPRI
PCA: 30400

| | | | | | -4,072.316 | | | | | | | 4,072.316 | | | |
| | | | | | -4,072.310 | | | | | | | 4,072.310 | | | |

Issue: 5129MD
SUBmdsORG: 4460 HLTHDIV
4620 LEGAL
4620 LEGAL
4685 IA
4685 IA
5359 PRSP
5359 PRSP

MADRID COURT COMPLIANCE
PCA: 10107
PCA: 10107
PCA: 10104
PCA: 10107
PCA: 10107
PCA: 50100
PCA: 50300

| | | 89.3 | | | 85.4 | -4.6 | 80.8 | 8,994.00M | -503,821 | 7.0 | 507,899 | 3.9 | 434,734 |
| | | 1.0 | | | 2.0 | -0.1 | 0.9 | 136,648 | -5,541 | | | | |
| | | 19.2 | | | 19.2 | -1.0 | 18.2 | 2,000,146 | -55,381 | | | | |
| | | 9.6 | | | 9.6 | -0.5 | 9.1 | 955,056 | -50,469 | | | | |
| | | 41.0 | | | 37.1 | -1.9 | 35.2 | 4,124,832 | -194,881 | | | | |
| | | | | | | | | 385,417 | -77,231 | | | | |
| | | 19.9 | | | 10.0 | -0.6 | 9.4 | 749,011 | -44,077 | | | | |
| | | 8.5 | | | 8.5 | -0.5 | 8.? | 643,038 | -36,157 | | | | |

Issue: 543001   FEDERAL FUNDS EXPENDITU
bary filter: Include all records

| | | | | | 571,000 | | | | | | | 571,000 | | | |

7.0   507,899   7.0   507,899

3.9   434,734

CALIFORNIA DEPARTMENT of CORRECTIONS & REHABILITATION
BUDGET MANAGEMENT - Automated Information System
SUMMARY of SUBMITTALS in DATABASES
BUDGET YEAR July2006 - FINANCE LETTERS

Printed date:
date:

PAGE / 2
07/16/06
11:06:59

Data source: W:\TEMP\PLTR02216.D9F
Report Location: W:\TEMP\RMDEPTS3.R29
Report Form: SCR9-FILD9y\RCS(Str.org)

Query filter: include all records

**CALIFORNIA DEPARTMENT of CORRECTIONS & REHABILITATION**
**BUDGET MANAGEMENT - Automated Information Section**
**SUMMARY of SUBMITTALS in DATABASE**
**BUDGET YEAR July2006 - FINANCE LETTERS**

Data source:     W:\TEMP\FLTR0216.DBF
Report Location: W:\TEMP\BMGRPTS3.RPl
Report Form      SOR-FILTBbyPRCCS(ro-org)

Printed date:   02/16/06
time:           11:06:59

PAGE # 3

| FN LA LM EE Prccss | DATE INST | ACTIVATION | CURRENT Fiscal Year PERSONNEL YRs Pos MOs PY SubSav net PYs | | | NET TOTAL $ | ALL FUNDS Pos MOs | BUDGET Fiscal Year PERSONNEL YRs PY SubSav net PYs | | NET TOTAL $ | ONE-TIME LIMITED TERM FULL YEAR COSTS & EXPIRING PROGRAMSComplement (incl EQUIP) BY+1 IF flagged-BY+1 of BY from BY POS Flag PYs $ | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07 | TOTALS:FINANCE LETTERS | | 108.0 | 35.9 | -1.8 | 34.1 | 2,950,690 | 1,610.1 | 1,583.1 | -65.8 | 1,517.3 194,106,310 | -9,111,917 191,815,670,716 | 40.5 | 3,959,833 |
| | GRAND TOTALS, DEPARTMENTAL: | | 108.0 | 35.9 | -1.8 | 34.1 | 2,950,690 | 1,610.1 | 1,583.1 | -65.8 | 1,517.3 194,106,310 | -9,111,917 191,815,670,716 | 40.5 | 3,959,833 |

## Theodorovic, Zlatko

| From: | Mangum, Sarah |
|---|---|
| Sent: | Thursday, February 16, 2006 11:33 AM |
| To: | Brady, Nathan; Huang, Daphne; Stephenshaw, Joe |
| Cc: | Theodorovic, Zlatko |
| Subject: | FW: Schedule of Requirements for 06/07 Finance Letters |
| Importance: | High |
| Attachments: | SOR-FilebyPRCSS 2-16-06-A.pdf |

FYI--It is possible you will need this in your review, but I will let you determine if you want to print this out and distribute. Also, I received the fiscal detail sheets we were missing, I will be having copies distributed to the correct analyst/principal. When they delivered it they told me that these are the most updated and may not match the amounts on the signed coversheets of the BCPs, so you should view these as the final numbers for your analysis and ignore the inconsistencies in the narrative.

**From:** Barnard, Tanya [mailto:Tanya.Barnard@cdcr.ca.gov]
**Sent:** Thursday, February 16, 2006 11:24 AM
**To:** Mangum, Sarah
**Cc:** Baker, Karen; Jones-Brown, Deborah A.; Dubbs, Jill R.; Hakim, Hendrik ; Sanders, Liza
**Subject:** Schedule of Requirements for 06/07 Finance Letters
**Importance:** High

Sarah,

Enclosed is a Schedule of Requirements (SOR) for the finance letters you are reviewing. Issue#'s 5440P1-P3 are the Rutherford proposals, and was submitted as a package 2/14/06. All others are titled according to the finance letters. This data set may differ from the fiscal details delivered to you earlier today, and is the most recent compilation. If you require further break down of fiscal info, please let me know.

The following changes/additions are expected later today:

- Mental Health Program (Coleman)-Revisions
- BPH Valdivia (Addition)
- Litigation Support (Addition)

Please contact me if I can be of any assistance.

Tanya

<<SOR-FilebyPRCSS 2-16-06-A.pdf>>

# Tanya M. Barnard

Associate Budget Analyst
Database Administration & Support
Office of Budget Management
California Department of Corrections and Rehabilitation
Ph: 916) 323-3604
Fax: 916) 445-3025

7/19/2006

01225

**Mangum, Sarah**

| | |
|---|---|
| **From:** | Barnard, Tanya [Tanya.Barnard@cdcr.ca.gov] |
| **Sent:** | Thursday, February 16, 2006 3:09 PM |
| **To:** | Huang, Daphne |
| **Cc:** | Mangum, Sarah |
| **Subject:** | Final Revised Coleman (Mental Health Program) |
| **Importance:** | High |
| **Attachments:** | MH BCP (Current Version 16).doc; DOF facesheet-MHSDS.doc; MH BCP - Attachments 2, 2A, 15 and 30 Summaries.xls; MH BCP - Comparison of Mental Health Salaries -2 - Attachment 37C.xls |

Hi Daphne,

This is the revised version of the Mental Health Program under Coleman.   I will send the fiscal detail in a separate attachment.

<<MH BCP (Current Version 16).doc>> <<DOF facesheet-MHSDS.doc>> <<MH BCP - Attachments 2, 2A, 15 and 30 Summaries.xls>> <<MH BCP - Comparison of Mental Health Salaries -2 - Attachment 37C.xls>>

# Tanya M. Barnard

Associate Budget Analyst
Database Administration & Support
Office of Budget Management
California Department of Corrections and Rehabilitation
Ph: 916) 323-3604
Fax: 916) 445-3025

01226

**Mangum, Sarah**

| | |
|---|---|
| **From:** | Barnard, Tanya [Tanya.Barnard@cdcr.ca.gov] |
| **Sent:** | Thursday, February 16, 2006 3:39 PM |
| **To:** | Huang, Daphne; Mangum, Sarah |
| **Subject:** | Fiscal Detail for Coleman |
| **Attachments:** | Coleman-2-16-06 Fiscal Detail.pdf |

Hi,

Here's the fiscal detail, hard copy will be delivered to you shortly.

Tanya
<<Coleman-2-16-06 Fiscal Detail.pdf>>

# Tanya M. Barnard

**Associate Budget Analyst**
**Database Administration & Support**
**Office of Budget Management**
**California Department of Corrections and Rehabilitation**
**Ph: 916) 323-3604**
**Fax: 916) 445-3025**

## Mangum, Sarah

| From: | Bosnick, Lucille [Lucille.Bosnick@cdcr.ca.gov] |
|---|---|
| Sent: | Thursday, April 13, 2006 5:15 PM |
| To: | Sailade, Denny; Fishback, Timothy; Mynhier, Yulanda |
| Cc: | Sweeney, Kristal; Maple, Scott; Mangum, Sarah |
| Subject: | FW: Coleman Charts to be attached |

Attachments:    Scan2224.pdf; Coleman changes to attachment.xls

 

Scan2224.pdf (133    Coleman changes
KB)    to attachment....

I have attached 2 files:

1) An excel list I created of all the attachments in the Coleman Finance letter, I noted which ones need to be updated/removed, based on the direction from DOF.

2) Is a PDF file Sarah attached that she would like to ensure is included in the attachments, but was unsure as to which tab they came from, and I did not see them in my copy.

If you have any questions, let me know.


Lucille Bosnick
Budget Analyst
CDCR - Office of Budget Management
#-(916) 650-6728,   Fax-(916) 323-2082
lucille.bosnick@cdcr.ca.gov

-----Original Message-----
From: Mangum, Sarah [mailto:Sarah.Mangum@dof.ca.gov]
Sent: Thursday, April 13, 2006 1:44 PM
To: Bosnick, Lucille
Subject: Coleman Charts to be attached

1

01228

## Mangum, Sarah

| | |
|---|---|
| **From:** | Sanders, Liza [Liza.Sanders@cdcr.ca.gov] |
| **Sent:** | Friday, April 07, 2006 5:47 PM |
| **To:** | Mangum, Sarah |
| **Cc:** | Sweeney, Kristal; Maple, Scott; Cramer, Ramona; Baker, Karen; Johnson, Tracy; Barnard, Tanya; Hakim, Hendrik |
| **Subject:** | Coleman DF46 #6B5999C1 |

**Attachments:** Coleman DF46 6B5999C1.pdf; 6B5999C1 Pages 8 and 9 DF46 Coleman.pdf

Greetings:

Here is the Fiscal Detail (FD) for Coleman. In an effort of quality control and in a time crunch, please keep this in mind. This is suppose to be a 12 FD. The scanner only did 11 pages and an error on 1. Therefore, please remove the 8th page (of the 1st pdf) and insert the 2nd set of scanned pages, which will be pages 8 and 9 of the 12.

<<Coleman DF46 6B5999C1.pdf>> once printed, remove page 7 and insert these 2 pages: <<6B5999C1 Pages 8 and 9 DF46 Coleman.pdf>>

Best regards,
Liza

01229

## Mangum, Sarah

| | |
|---|---|
| **From:** | Barnard, Tanya [Tanya.Barnard@cdcr.ca.gov] |
| **Sent:** | Friday, April 14, 2006 5:28 PM |
| **To:** | Mangum, Sarah |
| **Cc:** | Johnson, Tracy; Baker, Karen; Maple, Scott; Sweeney, Kristal; Bosnick, Lucille |
| **Subject:** | Coleman Mental Health Fiscal Detail |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | Coleman MH FD to DOF 4-14-06.pdf |

Sarah,

The Mental Health (Coleman) Fiscal Detail. The final FY 06/07 total is $21,909,000 and 206.2 Pys.

<<Coleman MH FD to DOF 4-14-06.pdf>>

# Tanya M. Barnard

Associate Budget Analyst
Database Administration & Support
Budget Management Branch
California Department of Corrections and Rehabilitation
Ph: 916) 323-3604
Fax: 916) 445-3025

01230

## Mangum, Sarah

| | |
|---|---|
| **From:** | Comas, Sharon [Sharon.Comas@cdcr.ca.gov] |
| **Sent:** | Wednesday, April 12, 2006 5:36 PM |
| **To:** | Mangum, Sarah |
| **Cc:** | Maple, Scott; Sweeney, Kristal; Baker, Karen; Cramer, Ramona |
| **Subject:** | Coleman Finance Letter 0607 |

**Attachments:** scanned file.pdf

Sarah,
Here is the fiscal detail for the 06-07 Coleman Finance Letter. Please let me know if you need anything additional.
Thank you
**Sharon Comas**
AGPA
Budget Management Branch - Data Unit
California Department of Corrections and Rehabilitation
ph. 322-3831

---

**From:** Xu, Ling
**Sent:** Wednesday, April 12, 2006 5:29 PM
**To:** Comas, Sharon
**Subject:**

<<scanned file.pdf>>

*Ling Xu
Fiscal Automation System Support
CA Dept. of Corrections & Rehabilatation
916-327-9765*

## Mangum, Sarah

**From:** Cramer, Ramona [Ramona.Cramer@cdcr.ca.gov]
**Sent:** Friday, April 07, 2006 5:19 PM
**To:** Mangum, Sarah
**Subject:** MH FL narrative 4-5-06 final draft rev2 red

**Attachments:** MH FL narrative 4-5-06 final draft rev2 red.doc



MH FL narrative
4-5-06 final d...

1

## Mangum, Sarah

| | |
|---|---|
| **From:** | Cramer, Ramona [Ramona.Cramer@cdcr.ca.gov] |
| **Sent:** | Friday, April 07, 2006 12:32 PM |
| **To:** | Mangum, Sarah |
| **Subject:** | FW: Costing Needed on Certain Positions |

**Importance:** High

Sarah,

Now it is my turn to apologize. I have created the costing that you have requested with the exception of the HRT III Supervisor and the Research Manager III. I checked the costing for L.P.S. and do not see those titles so I will send the current costings for your use.

Ramona Lee Cramer

**From:** Sweeney, Kristal
**Sent:** Friday, April 07, 2006 11:42 AM
**To:** 'Mangum, Sarah'
**Cc:** Johnson, Tracy; Cramer, Ramona
**Subject:** RE: Costing Needed on Certain Positions
**Importance:** High

Sarah, apologize, we didn't have a chance to do a thorough thorough review, given the time constraints. Ramona is working on this now. I'm anticipating you will have both costings in approximately 30 minutes. Thanks.


PHYSICIAN AND SURGEON - CAN PROVIDE

CEA II - CAN PROVIDE

CEA III - CAN PROVIDE


CEA V - CAN PROVIDE

CEA (Chief Psychologist) -CAN PROVIDE

CEA (Clinical Psychologist) - CAN PROVIDE

DPM II - CAN PROVIDE

CORRECTIONAL ADMINISTRATOR - CAN PROVIDE


Pharmacy Tech - SAME AS PHARMACY ASSISTANT


HRT III Supervisor - ONLY HAVE HRT II SUPV IN TABLES, HOWEVER WILL CHECK W/JENNIFER MORRIS (LITIGATION SUPPORT FL MAY SPECIFY)

01233

Research Analyst -    ONLY HAVE RESEARCH ANAL II IN TABLES, HOWEVER WILL CHECK W/JENNIFER MORRIS (LITIGATION SUPPORT FL MAY SPECIFY)


SSM III  - CAN PROVIDE


Research Manager II  - CAN PROVIDE


Research Manager III  - ONLY HAVE RESEARCH MGR II IN TABLES, HOWEVER WILL CHECK W/JENNIFER MORRIS (LITIGATION SUPPORT FL MAY SPECIFY)


Senior Programmer Analyst Specialist  - WAS INCLUDED IN COSTING PROVIDED



Kristal C. Sweeney
Assistant Chief, Institutional Budgeting
California Department of Corrections and Rehabilitation
(916) 324-7646


---

**From:** Mangum, Sarah [mailto:Sarah.Mangum@dof.ca.gov]
**Sent:** Friday, April 07, 2006 11:00 AM
**To:** Sweeney, Kristal
**Cc:** Johnson, Tracy
**Subject:** Costing Needed on Certain Positions

Kristal--

The costings you sent us did not include the following positions that are on the Matrix. Can you please run the same two reports (one with Equipment, one without) that has the following Classifications. We need the ASAP. Please let me know when you think we will get it.

Physician/Surgeon  -CAN PROVIDE


CEA II  - CAN PROVIDE

 CEA III  - CAN PROVIDE

CEA V  - CAN PROVIDE

CEA (Chief Psychologist)  -CAN PROVIDE


CEA (Clinical Psychologist)  - CAN PROVIDE


7/19/2006

01234

DPM II  - CAN PROVIDE

Correctional Administrator - CAN PROVIDE

Pharmacy Tech  - SAME AS PHARMACY ASSISTANT

HRT III Supervisor  - ONLY HAVE HRT II SUPV IN TABLES, HOWEVER WILL CHECK W/JENNIFER MORRIS
(LITIGATION SUPPORT FL)

Research Analyst -    ONLY HAVE RESEARCH ANAL II IN TABLES, HOWEVER WILL CHECK W/JENNIFER
MORRIS (LITIGATION SUPPORT FL)

SSM III - CAN PROVIDE

Research Manager II  - CAN PROVIDE

Research Manager III  - ONLY HAVE RESEARCH MGR II IN TABLES, HOWEVER WIL CHECK W/JENNIFER
MORRIS (LITIGATION SUPPORT FL)

Senior Programmer Analyst Specialist  - WAS INCLUDED IN COSTING PROVIDED

Sarah Mangum
Principal Program Budget Analyst
Department of Finance, Corrections and General Government Unit
(916) 445-8913

Coleman Finance Letter                                                                        Page 1 of 1

## Mangum, Sarah

| | |
|---|---|
| **From:** | Maple, Scott [Scott.Maple@cdcr.ca.gov] |
| **Sent:** | Friday, April 14, 2006 6:57 PM |
| **To:** | Mangum, Sarah |
| **Cc:** | Johnson, Tracy; Jones-Brown, Deborah; Sweeney, Kristal; Grader, Lindsay; Barnard, Tanya; Bosnick, Lucille |
| **Subject:** | Coleman Finance Letter |
| **Importance:** | High |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | MH FL with DOF changes 041406 rev2.doc; Copy of DOF facesheet-MHSDS 041406.doc |

Hi Sarah,
Attached are e-versions of the Coleman finance letter and the DOF face page. The narrative has been changed to reflect the changes you requested in the attachments. Unfortunately we do not have e-versions of the attachments. Hard copies of the attachments will be delivered to you Monday morning.

<<MH FL with DOF changes 041406 rev2.doc>> <<Copy of DOF facesheet-MHSDS 041406.doc>>

Please note, when you open up the narrative, you will need to change the document from "final showing markup" to "final".

If you have any questions, please call me.

Scott Maple
Staff Services Manager I
Budget Management Branch
916-341-6932

01236

## Mangum, Sarah

| From: | Olmstead, Elizabeth [Elizabeth.Olmstead@cdcr.ca.gov] |
|---|---|
| Sent: | Tuesday, April 11, 2006 12:42 PM |
| To: | Tilton, James; Mangum, Sarah |
| Cc: | Johnson, Tracy |
| Subject: | FW: Medical Positions.xls |

**Attachments:** Medical Positions.xls

Jim and Sarah-

Here is an updated chart for the HCSD positions. Yesterday, there was a problem with the Total line. However, the individual institution's totals were correct in the version you received yesterday.

I just needed you to have a correct version.

*Liz Olmstead*
*Staff Services Manager I*
*Budget Management Branch*
*916-327-9268*

---

**From:** Cook, Sherry
**Sent:** Tuesday, April 11, 2006 11:28 AM
**To:** Johnson, Tracy
**Cc:** Olmstead, Elizabeth
**Subject:** Medical Positions.xls

Tracy,

Liz asked me to review this chart for formula and document errors. In doing so, I found that there is a change in the numbers that you were provided yesterday. Please look at the chart/worksheet that is titled "Medical Positions (Tracy)" for the breakdown of each institution by positions.

Liz is currently in a meeting, but she stated that she will forward this information onto Mr. Tilton and Sarah when she returns to her desk. She just wanted you to be able to take a look at it, due to the problems with the report yesterday. Please let me know if you have any questions.

<<Medical Positions.xls>>

Thank you,

*Sherry*
Sherry Cook
Associate Budget Analyst, Allotment Unit
Office of Budget Management
916-650-6666

01237

FW: Medical Positions.xls

01238

## Mangum, Sarah

| | |
|---|---|
| **From:** | Olmstead, Elizabeth [Elizabeth.Olmstead@cdcr.ca.gov] |
| **Sent:** | Monday, April 10, 2006 3:09 PM |
| **To:** | Tilton, James; Mangum, Sarah; Johnson, Tracy |
| **Subject:** | Medical Positions.xls |
| **Attachments:** | Medical Positions.xls |

<<Medical Positions.xls>> Please use sheet number . I will send another file with correct page breaks.

Thanks

## NUMBER OF FILLED AND VACANT POSITIONS
## IN BARGAINING UNITS 16, 17, 18, 19, AND 20
## DATA AS OF: March 31, 2006

MIRS Report run for: Tracy Johnson

Run by: Leslie Dugger on 04/10/06

NOTE: "Established Positions Filled and Vacant" are recorded as whole numbers only.

| | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| ASP | CH MED OF CF | 7547 | 1.00 | 0 | 1 | 100% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | CLIN SOC WORK SAF | 9872 | 2.00 | 2 | 0 | 0% |
| | CLINCL LAB TEC CF | 9293 | 1.00 | 0 | 1 | 100% |
| | DENTAL ASST CF | 9296 | 8.00 | 8 | 0 | 0% |
| | DENTIST CF | 9268 | 7.00 | 7 | 0 | 0% |
| | PHARMACIST I | 7982 | 3.00 | 1 | 2 | 67% |
| | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
| | PHARMACY TECH | 7979 | 4.00 | 3 | 1 | 25% |
| | PHYSICIAN&SURGN CF | 9269 | 10.00 | 5 | 5 | 50% |
| | PSY TECH/S | 8253 | 4.00 | 3 | 1 | 25% |
| | PSYCH-CLINIC CF | 9283 | 12.00 | 6 | 6 | 50% |
| | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
| | RAD TECH CF | 9315 | 1.00 | 0 | 1 | 100% |
| | REGISTERED NURS CF | 9275 | 33.00 | 21 | 12 | 36% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9288 | 1.00 | 1 | 0 | 0% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
| | STF PSYCHIATRST CF | 9272 | 4.00 | 0 | 4 | 100% |
| | SUP REG NUR I CF | 9317 | 0.00 | 0 | 0 | 0% |
| | SUP REG NUR II CF | 9318 | 2.00 | 2 | 0 | 0% |
| **TOTAL AVENAL** | | | **98** | **64** | **34** | **35%** |
| CCC | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | DENTAL ASST CF | 9296 | 5.00 | 5 | 0 | 0% |
| | DENTIST CF | 9268 | 5.00 | 5 | 0 | 0% |
| | NURSE PRACTITNR CF | 9278 | 1.00 | 1 | 0 | 0% |
| | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
| | PHARMACY TECH | 7979 | 3.00 | 2 | 1 | 33% |
| | PHYSICIAN&SURGN CF | 9269 | 5.00 | 3 | 2 | 40% |
| | PSY TECH/S | 8253 | 3.00 | 3 | 0 | 0% |
| | PSYCH-CLINIC CF | 9283 | 2.00 | 1 | 1 | 50% |
| | REGISTERED NURS CF | 9275 | 11.00 | 11 | 0 | 0% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 0 | 1 | 100% |
| | STF PSYCHIATRST CF | 9272 | 1.00 | 0 | 1 | 100% |
| | SUP REG NUR I CF | 9317 | 1.00 | 1 | 0 | 0% |
| | SUP REG NUR II CF | 9318 | 1.00 | 1 | 0 | 0% |
| | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| **TOTAL CCC** | | | **43** | **36** | **7** | **16%** |

|  | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| CCI | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
|  | CLIN SOC WORK SAF | 9872 | 1.00 | 1 | 0 | 0% |
|  | CLINCL LAB TEC CF | 9293 | 1.00 | 0 | 1 | 100% |
|  | DENTAL ASST CF | 9296 | 8.00 | 5 | 3 | 38% |
|  | DENTAL LAB TECH CF | 9299 | 1.00 | 1 | 0 | 0% |
|  | DENTIST CF | 9268 | 8.00 | 8 | 0 | 0% |
|  | PHARMACIST I | 7982 | 3.00 | 0 | 3 | 100% |
|  | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
|  | PHARMACY TECH | 7979 | 5.00 | 5 | 0 | 0% |
|  | PHYSICIAN&SURGN CF | 9269 | 9.00 | 5 | 4 | 44% |
|  | PSY TECH/S | 8253 | 7.00 | 7 | 0 | 0% |
|  | PSYCH-CLINIC CF | 9283 | 22.00 | 11 | 11 | 50% |
|  | RAD TECH CF | 9315 | 2.00 | 2 | 0 | 0% |
|  | REC THERPST CF | 9286 | 1.00 | 0 | 1 | 100% |
|  | REGISTERED NURS CF | 9275 | 41.00 | 30 | 11 | 27% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9271 | 1.00 | 0 | 1 | 100% |
|  | SR PSYCH CF/SUP | 9288 | 3.00 | 2 | 1 | 33% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 6.00 | 3 | 3 | 50% |
|  | SUP REG NUR I CF | 9317 | 0.00 | 0 | 0 | 0% |
|  | SUP REG NUR II CF | 9318 | 3.00 | 2 | 1 | 33% |
| TOTAL CCI |  |  | 128 | 86 | 42 | 33% |

|  | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| CIM | CH DEP CL SVS CF | 2578 | 1.00 | 0 | 1 | 100% |
|  | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 0 | 1 | 100% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
|  | CLIN SOC WORK SAF | 9872 | 7.00 | 7 | 0 | 0% |
|  | CLINCL LAB TEC CF | 9293 | 3.00 | 2 | 1 | 33% |
|  | DENTAL ASST CF | 9296 | 7.00 | 6 | 1 | 14% |
|  | DENTAL LAB TECH CF | 9299 | 1.00 | 1 | 0 | 0% |
|  | DENTIST CF | 9268 | 7.00 | 7 | 0 | 0% |
|  | NURSE INST CF | 9353 | 1.00 | 0 | 1 | 100% |
|  | PHARMACIST I | 7982 | 8.00 | 5 | 3 | 38% |
|  | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
|  | PHARMACY TECH | 7979 | 10.00 | 8 | 2 | 20% |
|  | PHYSICIAN&SURGN CF | 9269 | 16.00 | 13 | 3 | 19% |
|  | PSY TECH/S | 8253 | 6.00 | 4 | 2 | 33% |
|  | PSYCH-CLINIC CF | 9283 | 26.00 | 23 | 3 | 12% |
|  | PUB HLTH NRS I CF | 9274 | 1.00 | 0 | 1 | 100% |
|  | PUB HLTH NRS II CF | 9345 | 1.00 | 1 | 0 | 0% |
|  | RAD TECH CF | 9315 | 3.00 | 2 | 1 | 33% |
|  | REC THERPST CF | 9286 | 3.00 | 2 | 1 | 33% |
|  | REGISTERED NURS CF | 9275 | 99.00 | 89 | 10 | 10% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 0 | 1 | 100% |
|  | SR PSYCH CF/SP | 9287 | 1.00 | 0 | 1 | 100% |
|  | SR PSYCH CF/SUP | 9271 | 1.00 | 1 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9288 | 3.00 | 3 | 0 | 0% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 12.00 | 10 | 2 | 17% |
|  | SUP CL LAB TECH CF | 9349 | 1.00 | 0 | 1 | 100% |
|  | SUP PSY S WK I CF | 9291 | 1.00 | 1 | 0 | 0% |
|  | SUP REG NUR I CF | 9317 | 7.00 | 1 | 6 | 86% |
|  | SUP REG NUR II CF | 9318 | 2.00 | 1 | 1 | 50% |
|  | SUP REG NUR III CF | 9319 | 4.00 | 3 | 1 | 25% |
|  | SURGICL NURS I CF | 9277 | 3.00 | 3 | 0 | 0% |
|  | SURGICL NURS II CF | 9329 | 1.00 | 1 | 0 | 0% |
| TOTAL CIM |  |  | 244 | 200 | 44 | 18% |

| | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| CIW | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
| | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
| | CH PSYCHIATRIST CF | 7612 | 1.00 | 0 | 1 | 100% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
| | CLIN SOC WORK SAF | 9872 | 4.00 | 3 | 1 | 25% |
| | DENTAL ASST CF | 9296 | 5.00 | 3 | 2 | 40% |
| | DENTIST CF | 9268 | 4.00 | 4 | 0 | 0% |
| | NURSE PRACTITNR CF | 9278 | 2.00 | 2 | 0 | 0% |
| | PHARMACIST I | 7982 | 3.00 | 3 | 0 | 0% |
| | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
| | PHARMACY TECH | 7979 | 2.00 | 2 | 0 | 0% |
| | PHYSICIAN&SURGN CF | 9269 | 6.00 | 6 | 0 | 0% |
| | PSY SOC WK CF | 9282 | 1.00 | 0 | 1 | 100% |
| | PSY TECH/S | 8253 | 5.00 | 4 | 1 | 20% |
| | PSYCH-CLINIC CF | 9283 | 11.00 | 11 | 0 | 0% |
| | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
| | RAD TECH CF | 9315 | 1.00 | 0 | 1 | 100% |
| | REC THERPST CF | 9286 | 1.00 | 0 | 1 | 100% |
| | REGISTERED NURS CF | 9275 | 40.00 | 33 | 7 | 18% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9271 | 1.00 | 0 | 1 | 100% |
| | SR PSYCH CF/SUP | 9288 | 2.00 | 1 | 1 | 50% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
| | STF PSYCHIATRST CF | 9272 | 6.00 | 6 | 0 | 0% |
| | SUP REG NUR I CF | 9317 | 1.00 | 1 | 0 | 0% |
| | SUP REG NUR II CF | 9318 | 3.00 | 3 | 0 | 0% |
| | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL CIW | | | | 108 | 90 | 18 | 17% |

01243

| | CLASSIFICATION | CLASS CODE | ESTABLISHED POSITIONS | | | |
|---|---|---|---|---|---|---|
| | | | FT Equiv. | FILLED | VACANT | % OF VAC |
| CMF | CH DEP CL SVS CF | 2578 | 1.00 | 1 | 0 | 0% |
| | CH MED OF CF | 7547 | 2.00 | 2 | 0 | 0% |
| | CH PSYCH/CF | 9859 | 2.00 | 2 | 0 | 0% |
| | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
| | CLIN SOC WORK SAF | 9872 | 25.00 | 13 | 12 | 48% |
| | CLINCL LAB TEC CF | 9293 | 9.00 | 3 | 6 | 67% |
| | DENTAL ASST CF | 9296 | 5.00 | 3 | 2 | 40% |
| | DENTAL LAB TECH CF | 9299 | 3.00 | 3 | 0 | 0% |
| | DENTIST CF | 9268 | 5.00 | 5 | 0 | 0% |
| | HOSPITAL AID CF | 9307 | 9.00 | 8 | 1 | 11% |
| | NURSE INST CF | 9353 | 1.00 | 1 | 0 | 0% |
| | NURSE PRACTITNR CF | 9278 | 2.00 | 2 | 0 | 0% |
| | OCCUPTNL THERPS CF | 9280 | 3.00 | 2 | 1 | 33% |
| | PHARM SVS MGR | 7996 | 1.00 | 1 | 0 | 0% |
| | PHARMACIST I | 7982 | 8.00 | 2 | 6 | 75% |
| | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
| | PHARMACY TECH | 7979 | 13.00 | 9 | 4 | 31% |
| | PHYSICIAN&SURGN CF | 9269 | 18.00 | 11 | 7 | 39% |
| | PSY TECH/S | 8253 | 37.00 | 20 | 17 | 46% |
| | PSYCH-CLINIC CF | 9283 | 29.00 | 23 | 6 | 21% |
| | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
| | PUB HLTH NRS II CF | 9345 | 1.00 | 1 | 0 | 0% |
| | RAD TECH CF | 9315 | 3.00 | 2 | 1 | 33% |
| | REC THERPST CF | 9286 | 5.00 | 3 | 2 | 40% |
| | REGISTERED NURS CF | 9275 | 75.00 | 57 | 18 | 24% |
| | RESP CR PRACTNR CF | 9316 | 5.00 | 4 | 1 | 20% |
| | RESP CR SUP/CF | 8184 | 1.00 | 1 | 0 | 0% |
| | SR CL LAB TECH CF | 9348 | 2.00 | 2 | 0 | 0% |
| | SR OCCU THERP CF | 9346 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9271 | 2.00 | 0 | 2 | 100% |
| | SR PSYCH CF/SUP | 9288 | 6.00 | 6 | 0 | 0% |
| | SR RAD TECH CF/SUP | 9351 | 1.00 | 1 | 0 | 0% |
| | STF PSYCHIATRST CF | 9272 | 11.00 | 9 | 2 | 18% |
| | SUP CL LAB TECH CF | 9349 | 1.00 | 0 | 1 | 100% |
| | SUP PSY S WK I CF | 9291 | 2.00 | 1 | 1 | 50% |
| | SUP REG NUR I CF | 9317 | 2.00 | 0 | 2 | 100% |
| | SUP REG NUR II CF | 9318 | 6.00 | 5 | 1 | 17% |
| | SUP REG NUR III CF | 9319 | 4.00 | 4 | 0 | 0% |
| | SURGICL NURS I CF | 9277 | 2.00 | 2 | 0 | 0% |
| | SURGICL NURS II CF | 9329 | 1.00 | 1 | 0 | 0% |
| TOTAL CMF | | | 309 | 215 | 94 | 30% |

01244

|  | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| CMC | CH DEP CL SVS CF | 2578 | 1.00 | 1 | 0 | 0% |
|  | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
|  | CLIN SOC WORK SAF | 9872 | 13.00 | 13 | 0 | 0% |
|  | CLINCL LAB TEC CF | 9293 | 2.00 | 2 | 0 | 0% |
|  | CLINICAL DIET CF | 9279 | 2.00 | 1 | 1 | 50% |
|  | DENTAL ASST CF | 9296 | 8.00 | 8 | 0 | 0% |
|  | DENTAL LAB TECH CF | 9299 | 1.00 | 1 | 0 | 0% |
|  | DENTIST CF | 9268 | 8.00 | 8 | 0 | 0% |
|  | NURSE INST CF | 9353 | 1.00 | 1 | 0 | 0% |
|  | NURSE-ANESTHST CF | 9273 | 1.00 | 0 | 1 | 100% |
|  | OPTOMETRIST CF | 7971 | 1.00 | 1 | 0 | 0% |
|  | PHARMACIST I | 7982 | 4.00 | 3 | 1 | 25% |
|  | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
|  | PHARMACY TECH | 7979 | 9.00 | 6 | 3 | 33% |
|  | PHYSICIAN&SURGN CF | 9269 | 17.00 | 17 | 0 | 0% |
|  | PSY TECH/S | 8253 | 12.00 | 8 | 4 | 33% |
|  | PSYCH-CLINIC CF | 9283 | 30.00 | 20 | 10 | 33% |
|  | RAD TECH CF | 9315 | 1.00 | 1 | 0 | 0% |
|  | REC THERPST CF | 9286 | 6.00 | 4 | 2 | 33% |
|  | REGISTERED NURS CF | 9275 | 68.00 | 52 | 16 | 24% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
|  | SR PSYCH CF/SP | 9287 | 4.00 | 4 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9271 | 2.00 | 2 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9288 | 4.00 | 4 | 0 | 0% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 20.00 | 16 | 4 | 20% |
|  | SUP PSY S WK I CF | 9291 | 1.00 | 1 | 0 | 0% |
|  | SUP REG NUR I CF | 9317 | 2.00 | 0 | 2 | 100% |
|  | SUP REG NUR II CF | 9318 | 5.00 | 3 | 2 | 40% |
|  | SUP REG NUR III CF | 9319 | 2.00 | 2 | 0 | 0% |
|  | SURGICL NURS I CF | 9277 | 5.00 | 4 | 1 | 20% |
|  | SURGICL NURS II CF | 9329 | 1.00 | 1 | 0 | 0% |
| TOTAL CMC |  |  | 239 | 191 | 48 | 20% |

|  | CLASSIFICATION | CLASS CODE | ESTABLISHED POSITIONS | | | |
|---|---|---|---|---|---|---|
|  |  |  | FT Equiv. | FILLED | VACANT | % OF VAC |
| COR | CH DEP CL SVS CF | 2578 | 1.00 | 0 | 1 | 100% |
|  | CH MED OF CF | 7547 | 1.00 | 0 | 1 | 100% |
|  | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 0 | 1 | 100% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 0 | 1 | 100% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
|  | CLIN SOC WORK SAF | 9872 | 10.00 | 6 | 4 | 40% |
|  | CLINCL LAB TEC CF | 9293 | 2.00 | 2 | 0 | 0% |
|  | CLINICAL DIET CF | 9279 | 1.00 | 1 | 0 | 0% |
|  | DENTAL ASST CF | 9296 | 5.00 | 5 | 0 | 0% |
|  | DENTIST CF | 9268 | 5.00 | 2 | 3 | 60% |
|  | NURSE INST CF | 9353 | 1.00 | 1 | 0 | 0% |
|  | NURSE PRACTITNR CF | 9278 | 1.00 | 0 | 1 | 100% |
|  | PHARMACIST I | 7982 | 6.00 | 4 | 2 | 33% |
|  | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
|  | PHARMACY TECH | 7979 | 8.00 | 7 | 1 | 13% |
|  | PHYSICIAN&SURGN CF | 9269 | 14.00 | 9 | 5 | 36% |
|  | PSY SOC WK CF | 9282 | 5.00 | 0 | 5 | 100% |
|  | PSY TECH/S | 8253 | 37.00 | 18 | 19 | 51% |
|  | PSYCH-CLINIC CF | 9283 | 40.00 | 11 | 29 | 73% |
|  | PUB HLTH NRS I CF | 9274 | 2.00 | 1 | 1 | 50% |
|  | PUB HLTH NRS II CF | 9345 | 1.00 | 1 | 0 | 0% |
|  | RAD TECH CF | 9315 | 1.00 | 1 | 0 | 0% |
|  | REC THERPST CF | 9286 | 9.00 | 1 | 8 | 89% |
|  | REGISTERED NURS CF | 9275 | 115.00 | 94 | 21 | 18% |
|  | SR CL LAB TECH CF | 9348 | 2.00 | 2 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9271 | 1.00 | 0 | 1 | 100% |
|  | SR PSYCH CF/SUP | 9288 | 3.00 | 2 | 1 | 33% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 0 | 1 | 100% |
|  | STF PSYCHIATRST CF | 9272 | 15.00 | 5 | 10 | 67% |
|  | SUP PSY S WK I CF | 9291 | 3.00 | 1 | 2 | 67% |
|  | SUP REG NUR I CF | 9317 | 2.00 | 0 | 2 | 100% |
|  | SUP REG NUR II CF | 9318 | 10.00 | 8 | 2 | 20% |
|  | SUP REG NUR III CF | 9319 | 2.00 | 2 | 0 | 0% |
|  | SURGICL NURS I CF | 9277 | 4.00 | 3 | 1 | 25% |
|  | SURGICL NURS II CF | 9329 | 1.00 | 1 | 0 | 0% |
| TOTAL COR |  |  | 314 | 190 | 124 | 39% |

|  | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| SAC | CH MED OF CF | 7547 | 1.00 | 0 | 1 | 100% |
|  | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
|  | CLIN SOC WORK SAF | 9872 | 9.00 | 7 | 2 | 22% |
|  | DENTAL ASST CF | 9296 | 5.00 | 4 | 1 | 20% |
|  | DENTIST CF | 9268 | 5.00 | 5 | 0 | 0% |
|  | PHARMACIST I | 7982 | 4.00 | 3 | 1 | 25% |
|  | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
|  | PHARMACY TECH | 7979 | 8.00 | 7 | 1 | 13% |
|  | PHYSICIAN&SURGN CF | 9269 | 6.00 | 5 | 1 | 17% |
|  | PSY SOC WK CF | 9282 | 0.00 | 0 | 0 | 0% |
|  | PSY TECH/S | 8253 | 31.00 | 29 | 2 | 6% |
|  | PSYCH-CLINIC CF | 9283 | 33.00 | 24 | 9 | 27% |
|  | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
|  | REC THERPST CF | 9286 | 5.00 | 5 | 0 | 0% |
|  | REGISTERED NURS CF | 9275 | 56.00 | 46 | 10 | 18% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
|  | SR PSYCH CF/SP | 9287 | 1.00 | 0 | 1 | 100% |
|  | SR PSYCH CF/SUP | 9288 | 4.00 | 3 | 1 | 25% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 13.00 | 9 | 4 | 31% |
|  | SUP REG NUR I CF | 9317 | 1.00 | 0 | 1 | 100% |
|  | SUP REG NUR II CF | 9318 | 7.00 | 7 | 0 | 0% |
|  | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL SAC |  |  | 198 | 163 | 35 | 18% |

|  | CLASSIFICATION | CLASS CODE | ESTABLISHED POSITIONS | | | |
|---|---|---|---|---|---|---|
|  |  |  | FT Equiv. | FILLED | VACANT | % OF VAC |
| SOL | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
|  | CLIN SOC WORK SAF | 9872 | 5.00 | 3 | 2 | 40% |
|  | CLINCL LAB TEC CF | 9293 | 1.00 | 1 | 0 | 0% |
|  | DENTAL ASST CF | 9296 | 5.00 | 5 | 0 | 0% |
|  | DENTIST CF | 9268 | 5.00 | 5 | 0 | 0% |
|  | PHARMACIST I | 7982 | 3.00 | 1 | 2 | 67% |
|  | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
|  | PHARMACY TECH | 7979 | 4.00 | 3 | 1 | 25% |
|  | PHYSICIAN&SURGN CF | 9269 | 8.00 | 5 | 3 | 38% |
|  | PSY TECH/S | 8253 | 4.00 | 3 | 1 | 25% |
|  | PSYCH-CLINIC CF | 9283 | 15.00 | 9 | 6 | 40% |
|  | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
|  | RAD TECH CF | 9315 | 2.00 | 1 | 1 | 50% |
|  | REC THERPST CF | 9286 | 3.00 | 2 | 1 | 33% |
|  | REGISTERED NURS CF | 9275 | 31.00 | 24 | 7 | 23% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9288 | 2.00 | 2 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 5.00 | 3 | 2 | 40% |
|  | SUP REG NUR I CF | 9317 | 1.00 | 0 | 1 | 100% |
|  | SUP REG NUR II CF | 9318 | 2.00 | 2 | 0 | 0% |
|  | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL SOL |  |  | 104 | 76 | 28 | 27% |

|  | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| WSP | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 0 | 1 | 100% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CLIN SOC WORK SAF | 9872 | 4.00 | 3 | 1 | 25% |
|  | CLINCL LAB TEC CF | 9293 | 3.00 | 2 | 1 | 33% |
|  | CLINICAL DIET CF | 9279 | 1.00 | 0 | 1 | 100% |
|  | DENTAL ASST CF | 9296 | 9.00 | 8 | 1 | 11% |
|  | DENTIST CF | 9268 | 8.00 | 8 | 0 | 0% |
|  | PHARMACIST I | 7982 | 3.00 | 0 | 3 | 100% |
|  | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
|  | PHARMACY TECH | 7979 | 2.00 | 2 | 0 | 0% |
|  | PHYSICIAN&SURGN CF | 9269 | 11.00 | 8 | 3 | 27% |
|  | PSY TECH/S | 8253 | 4.00 | 4 | 0 | 0% |
|  | PSYCH-CLINIC CF | 9283 | 20.00 | 14 | 6 | 30% |
|  | PSYCHOMETRIST CF | 9285 | 3.00 | 2 | 1 | 33% |
|  | PUB HLTH NRS II CF | 9345 | 1.00 | 0 | 1 | 100% |
|  | RAD TECH CF | 9315 | 2.00 | 2 | 0 | 0% |
|  | REC THERPST CF | 9286 | 1.00 | 0 | 1 | 100% |
|  | REGISTERED NURS CF | 9275 | 32.00 | 27 | 5 | 16% |
|  | SR PSYCH CF/SUP | 9271 | 1.00 | 0 | 1 | 100% |
|  | SR PSYCH CF/SUP | 9288 | 3.00 | 1 | 2 | 67% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 6.00 | 2 | 4 | 67% |
|  | SUP CL LAB TECH CF | 9349 | 1.00 | 1 | 0 | 0% |
|  | SUP REG NUR I CF | 9317 | 1.00 | 1 | 0 | 0% |
|  | SUP REG NUR II CF | 9318 | 2.00 | 0 | 2 | 100% |
|  | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL WSP |  |  | 125 | 91 | 34 | 27% |
| CAL | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 0 | 1 | 100% |
|  | DENTAL ASST CF | 9296 | 4.00 | 4 | 0 | 0% |
|  | DENTIST CF | 9268 | 4.00 | 4 | 0 | 0% |
|  | NURSE PRACTITNR CF | 9278 | 1.00 | 1 | 0 | 0% |
|  | PHARMACIST I | 7982 | 1.00 | 0 | 1 | 100% |
|  | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
|  | PHARMACY TECH | 7979 | 1.00 | 1 | 0 | 0% |
|  | PHYSICIAN&SURGN CF | 9269 | 6.00 | 5 | 1 | 17% |
|  | PSY TECH/S | 8253 | 6.00 | 3 | 3 | 50% |
|  | PSYCH-CLINIC CF | 9283 | 3.00 | 2 | 1 | 33% |
|  | REGISTERED NURS CF | 9275 | 17.00 | 14 | 3 | 18% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 0 | 1 | 100% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 2.00 | 1 | 1 | 50% |
|  | SUP REG NUR I CF | 9317 | 0.00 | 0 | 0 | 0% |
|  | SUP REG NUR II CF | 9318 | 2.00 | 2 | 0 | 0% |
| TOTAL CAL |  |  | 52.00 | 39.00 | 13.00 | 25% |
| CEN | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
|  | DENTAL ASST CF | 9296 | 5.00 | 4 | 1 | 20% |
|  | DENTIST CF | 9268 | 5.00 | 5 | 0 | 0% |

| | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| | PHARMACIST I | 7982 | 1.00 | 0 | 1 | 100% |
| | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
| | PHARMACY TECH | 7979 | 4.00 | 3 | 1 | 25% |
| | PHYSICIAN&SURGN CF | 9269 | 6.00 | 3 | 3 | 50% |
| | PSY TECH/S | 8253 | 6.00 | 3 | 3 | 50% |
| | PSYCH-CLINIC CF | 9283 | 3.00 | 1 | 2 | 67% |
| | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
| | REC THERPST CF | 9286 | 2.00 | 0 | 2 | 100% |
| | REGISTERED NURS CF | 9275 | 30.00 | 21 | 9 | 30% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
| | STF PSYCHIATRST CF | 9272 | 1.00 | 0 | 1 | 100% |
| | SUP REG NUR I CF | 9317 | 1.00 | 1 | 0 | 0% |
| | SUP REG NUR II CF | 9318 | 2.00 | 2 | 0 | 0% |
| | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL CEN | | | 74 | 50 | 24 | 32% |
| | | | | | | |
| CCWF | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
| | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
| | CLIN SOC WORK SAF | 9872 | 8.00 | 6 | 2 | 25% |
| | CLINCL LAB TEC CF | 9293 | 1.00 | 0 | 1 | 100% |
| | DENTAL ASST CF | 9296 | 5.00 | 5 | 0 | 0% |
| | DENTIST CF | 9268 | 5.00 | 3 | 2 | 40% |
| | NURSE INST CF | 9353 | 1.00 | 1 | 0 | 0% |
| | NURSE PRACTITNR CF | 9278 | 1.00 | 1 | 0 | 0% |
| | PHARMACIST I | 7982 | 3.00 | 0 | 3 | 100% |
| | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
| | PHARMACY TECH | 7979 | 7.00 | 7 | 0 | 0% |
| | PHYSICIAN&SURGN CF | 9269 | 9.00 | 9 | 0 | 0% |
| | PSY TECH/S | 8253 | 4.00 | 4 | 0 | 0% |
| | PSYCH-CLINIC CF | 9283 | 19.00 | 12 | 7 | 37% |
| | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
| | RAD TECH CF | 9315 | 1.00 | 1 | 0 | 0% |
| | REC THERPST CF | 9286 | 3.00 | 3 | 0 | 0% |
| | REGISTERED NURS CF | 9275 | 44.00 | 41 | 3 | 7% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9271 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9288 | 3.00 | 3 | 0 | 0% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
| | STF PSYCHIATRST CF | 9272 | 9.00 | 4 | 5 | 56% |
| | SUP PSY S WK I CF | 9291 | 1.00 | 1 | 0 | 0% |
| | SUP REG NUR I CF | 9317 | 1.00 | 0 | 1 | 100% |
| | SUP REG NUR II CF | 9318 | 5.00 | 5 | 0 | 0% |
| | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL CCWF | | | 140 | 116 | 24 | 17% |
| | | | | | | |
| CVSP | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | DENTAL ASST CF | 9296 | 4.00 | 4 | 0 | 0% |
| | DENTIST CF | 9268 | 4.00 | 4 | 0 | 0% |
| | PHARMACIST I | 7982 | 1.00 | 0 | 1 | 100% |
| | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |

| | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| | PHARMACY TECH | 7979 | 2.00 | 2 | 0 | 0% |
| | PHYSICIAN&SURGN CF | 9269 | 5.00 | 5 | 0 | 0% |
| | PSYCH-CLINIC CF | 9283 | 3.00 | 2 | 1 | 33% |
| | PSYCHOMETRIST CF | 9285 | 1.00 | 1 | 0 | 0% |
| | REGISTERED NURS CF | 9275 | 14.00 | 11 | 3 | 21% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 0 | 1 | 100% |
| | STF PSYCHIATRST CF | 9272 | 2.00 | 1 | 1 | 50% |
| | SUP REG NUR I CF | 9317 | 1.00 | 1 | 0 | 0% |
| | SUP REG NUR II CF | 9318 | 1.00 | 1 | 0 | 0% |
| TOTAL CVSP | | | 43 | 35 | 8 | 19% |
| | | | | | | |
| CTF | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | CLIN SOC WORK SAF | 9872 | 1.00 | 1 | 0 | 0% |
| | DENTAL ASST CF | 9296 | 7.00 | 6 | 1 | 14% |
| | DENTAL LAB TECH CF | 9299 | 1.00 | 0 | 1 | 100% |
| | DENTIST CF | 9268 | 6.00 | 6 | 0 | 0% |
| | PHARMACIST I | 7982 | 3.00 | 2 | 1 | 33% |
| | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
| | PHARMACY TECH | 7979 | 2.00 | 2 | 0 | 0% |
| | PHYSICIAN&SURGN CF | 9269 | 10.00 | 7 | 3 | 30% |
| | PSY TECH/S | 8253 | 6.00 | 3 | 3 | 50% |
| | PSYCH-CLINIC CF | 9283 | 10.00 | 8 | 2 | 20% |
| | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
| | REGISTERED NURS CF | 9275 | 17.00 | 14 | 3 | 18% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9288 | 1.00 | 1 | 0 | 0% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
| | STF PSYCHIATRST CF | 9272 | 4.00 | 3 | 1 | 25% |
| | SUP REG NUR I CF | 9317 | 0.00 | 0 | 0 | 0% |
| | SUP REG NUR II CF | 9318 | 2.00 | 1 | 1 | 50% |
| TOTAL CTF | | | 76.00 | 60.00 | 16.00 | 21% |
| | | | | | | |
| HQ--ADMINISTRA | A DEP DIR/HCSD CEA | 7639 | 1.00 | 1 | 0 | 0% |
| | CH MED OF CF | 7547 | 4.00 | 3 | 1 | 25% |
| | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 0 | 1 | 100% |
| | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
| | NURS CON I | 8197 | 1.00 | 1 | 0 | 0% |
| | NURS CON II | 8195 | 4.00 | 0 | 4 | 100% |
| | NURS CON III SP | 8181 | 2.00 | 2 | 0 | 0% |
| | NURS CON III SUP | 8179 | 4.00 | 1 | 3 | 75% |
| | NURS CONSLT PRG RV | 8327 | 16.00 | 6 | 10 | 63% |
| | PHARM SVS MGR | 7996 | 3.00 | 2 | 1 | 33% |
| | PHYSICIAN&SURGN CF | 9269 | 21.00 | 10 | 11 | 52% |
| | PSYCH-CLINIC CF | 9283 | 16.00 | 15 | 1 | 6% |
| | PUB HLTH NRS II CF | 9345 | 1.00 | 0 | 1 | 100% |
| | REGISTERED NURS CF | 9275 | 42.00 | 40 | 2 | 5% |
| | SR PSYCH CF/SP | 9287 | 3.00 | 2 | 1 | 33% |
| | SR PSYCH CF/SUP | 9271 | 1.00 | 0 | 1 | 100% |
| | SR PSYCH CF/SUP | 9288 | 4.00 | 4 | 0 | 0% |
| | STF PSYCHIATRST CF | 9272 | 3.00 | 3 | 0 | 0% |
| TOTAL -- HQ | | | 129 | 91 | 38 | 29% |

|  | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| LAC | CH MED OF CF | 7547 | 1.00 | 0 | 1 | 100% |
|  | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
|  | CLIN SOC WORK SAF | 9872 | 5.00 | 2 | 3 | 60% |
|  | DENTAL ASST CF | 9296 | 5.00 | 3 | 2 | 40% |
|  | DENTIST CF | 9268 | 5.00 | 4 | 1 | 20% |
|  | PHARMACIST I | 7982 | 4.00 | 1 | 3 | 75% |
|  | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
|  | PHARMACY TECH | 7979 | 2.00 | 1 | 1 | 50% |
|  | PHYSICIAN&SURGN CF | 9269 | 6.00 | 5 | 1 | 17% |
|  | PSY TECH/S | 8253 | 15.00 | 12 | 3 | 20% |
|  | PSYCH-CLINIC CF | 9283 | 22.00 | 17 | 5 | 23% |
|  | RAD TECH CF | 9315 | 1.00 | 1 | 0 | 0% |
|  | REC THERPST CF | 9286 | 4.00 | 2 | 2 | 50% |
|  | REGISTERED NURS CF | 9275 | 31.00 | 24 | 7 | 23% |
|  | SR PSYCH CF/SUP | 9271 | 1.00 | 1 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9288 | 5.00 | 4 | 1 | 20% |
|  | STF PSYCHIATRST CF | 9272 | 10.00 | 4 | 6 | 60% |
|  | SUP REG NUR I CF | 9317 | 0.00 | 0 | 0 | 0% |
|  | SUP REG NUR II CF | 9318 | 4.00 | 4 | 0 | 0% |
| TOTAL LAC |  |  | 126 | 88 | 38 | 30% |
| KVSP | CH MED OF CF | 7547 | 1.00 | 0 | 1 | 100% |
|  | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
|  | CLIN SOC WORK SAF | 9872 | 1.00 | 0 | 1 | 100% |
|  | CLINCL LAB TEC CF | 9293 | 1.00 | 1 | 0 | 0% |
|  | DENTAL ASST CF | 9296 | 3.00 | 3 | 0 | 0% |
|  | DENTIST CF | 9268 | 3.00 | 3 | 0 | 0% |
|  | NURSE INST CF | 9353 | 1.00 | 1 | 0 | 0% |
|  | PHARMACIST I | 7982 | 2.00 | 1 | 1 | 50% |
|  | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
|  | PHARMACY TECH | 7979 | 4.00 | 3 | 1 | 25% |
|  | PHYSICIAN&SURGN CF | 9269 | 4.00 | 2 | 2 | 50% |
|  | PSY SOC WK CF | 9282 | 4.00 | 0 | 4 | 100% |
|  | PSY TECH/S | 8253 | 4.00 | 3 | 1 | 25% |
|  | PSYCH-CLINIC CF | 9283 | 5.00 | 2 | 3 | 60% |
|  | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
|  | REC THERPST CF | 9286 | 1.00 | 1 | 0 | 0% |
|  | REGISTERED NURS CF | 9275 | 20.00 | 13 | 7 | 35% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 0 | 1 | 100% |
|  | SR PSYCH CF/SUP | 9288 | 3.00 | 1 | 2 | 67% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 5.00 | 3 | 2 | 40% |
|  | SUP REG NUR I CF | 9317 | 1.00 | 0 | 1 | 100% |
|  | SUP REG NUR II CF | 9318 | 1.00 | 1 | 0 | 0% |
|  | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL KVSP |  |  | 73 | 45 | 28 | 38% |

01252

|  | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| DVI | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
|  | CLIN SOC WORK SAF | 9872 | 3.00 | 1 | 2 | 67% |
|  | DENTAL ASST CF | 9296 | 5.00 | 5 | 0 | 0% |
|  | DENTIST CF | 9268 | 5.00 | 4 | 1 | 20% |
|  | NURSE PRACTITNR CF | 9278 | 1.00 | 1 | 0 | 0% |
|  | PHARMACIST I | 7982 | 1.00 | 1 | 0 | 0% |
|  | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
|  | PHARMACY TECH | 7979 | 4.00 | 4 | 0 | 0% |
|  | PHYSICIAN&SURGN CF | 9269 | 8.00 | 7 | 1 | 13% |
|  | PSY TECH/S | 8253 | 8.00 | 6 | 2 | 25% |
|  | PSYCH-CLINIC CF | 9283 | 15.00 | 9 | 6 | 40% |
|  | RAD TECH CF | 9315 | 1.00 | 1 | 0 | 0% |
|  | REGISTERED NURS CF | 9275 | 26.00 | 17 | 9 | 35% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 0 | 1 | 100% |
|  | SR PSYCH CF/SUP | 9288 | 2.00 | 2 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 4.00 | 2 | 2 | 50% |
|  | SUP REG NUR II CF | 9318 | 2.00 | 2 | 0 | 0% |
| TOTAL DVI |  |  | 92 | 68 | 24 | 26% |
| FSP | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
|  | CLIN SOC WORK SAF | 9872 | 2.00 | 2 | 0 | 0% |
|  | DENTAL ASST CF | 9296 | 5.00 | 5 | 0 | 0% |
|  | DENTAL LAB TECH CF | 9299 | 2.00 | 2 | 0 | 0% |
|  | DENTIST CF | 9268 | 5.00 | 5 | 0 | 0% |
|  | NURSE PRACTITNR CF | 9278 | 1.00 | 1 | 0 | 0% |
|  | PHARMACIST I | 7982 | 1.00 | 1 | 0 | 0% |
|  | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
|  | PHARMACY TECH | 7979 | 3.00 | 3 | 0 | 0% |
|  | PHYSICIAN&SURGN CF | 9269 | 6.00 | 5 | 1 | 17% |
|  | PSY TECH/S | 8253 | 3.00 | 2 | 1 | 33% |
|  | PSYCH-CLINIC CF | 9283 | 4.00 | 3 | 1 | 25% |
|  | REGISTERED NURS CF | 9275 | 10.00 | 9 | 1 | 10% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9288 | 1.00 | 1 | 0 | 0% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 2.00 | 2 | 0 | 0% |
|  | SUP REG NUR II CF | 9318 | 1.00 | 1 | 0 | 0% |
| TOTAL FSP |  |  | 53 | 49 | 4 | 8% |

| | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| HDSP | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
| | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
| | CLIN SOC WORK SAF | 9872 | 5.00 | 4 | 1 | 20% |
| | CLINCL LAB TEC CF | 9293 | 1.00 | 0 | 1 | 100% |
| | DENTAL ASST CF | 9296 | 5.00 | 4 | 1 | 20% |
| | DENTIST CF | 9268 | 5.00 | 5 | 0 | 0% |
| | PHARMACIST I | 7982 | 2.00 | 0 | 2 | 100% |
| | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
| | PHARMACY TECH | 7979 | 3.00 | 2 | 1 | 33% |
| | PHYSICIAN&SURGN CF | 9269 | 6.00 | 4 | 2 | 33% |
| | PSY TECH/S | 8253 | 6.00 | 2 | 4 | 67% |
| | PSYCH-CLINIC CF | 9283 | 10.00 | 4 | 6 | 60% |
| | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
| | REC THERPST CF | 9286 | 1.00 | 1 | 0 | 0% |
| | REGISTERED NURS CF | 9275 | 42.00 | 32 | 10 | 24% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9271 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9288 | 2.00 | 2 | 0 | 0% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 0 | 1 | 100% |
| | STF PSYCHIATRST CF | 9272 | 6.00 | 1 | 5 | 83% |
| | SUP REG NUR I CF | 9317 | 3.00 | 0 | 3 | 100% |
| | SUP REG NUR II CF | 9318 | 0.00 | 0 | 0 | 0% |
| | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL HDSP | | | 107 | 68 | 39 | 36% |
| | | | | | | |
| ISP | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
| | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
| | DENTAL ASST CF | 9296 | 5.00 | 4 | 1 | 20% |
| | DENTIST CF | 9268 | 5.00 | 3 | 2 | 40% |
| | PHARMACIST I | 7982 | 1.00 | 1 | 0 | 0% |
| | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
| | PHARMACY TECH | 7979 | 2.00 | 2 | 0 | 0% |
| | PHYSICIAN&SURGN CF | 9269 | 5.00 | 4 | 1 | 20% |
| | PSY TECH/S | 8253 | 3.00 | 3 | 0 | 0% |
| | PSYCH-CLINIC CF | 9283 | 1.00 | 0 | 1 | 100% |
| | PUB HLTH NRS II CF | 9345 | 1.00 | 1 | 0 | 0% |
| | REC THERPST CF | 9286 | 1.00 | 0 | 1 | 100% |
| | REGISTERED NURS CF | 9275 | 25.00 | 18 | 7 | 28% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 0 | 1 | 100% |
| | STF PSYCHIATRST CF | 9272 | 1.00 | 1 | 0 | 0% |
| | SUP REG NUR I CF | 9317 | 1.00 | 0 | 1 | 100% |
| | SUP REG NUR II CF | 9318 | 1.00 | 1 | 0 | 0% |
| | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL ISP | | | 60 | 45 | 15 | 25% |
| | | | | | | |
| MCSP | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
| | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
| | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |

|  | CLASSIFICATION | CLASS CODE | ESTABLISHED POSITIONS | | | |
|---|---|---|---|---|---|---|
|  |  |  | FT Equiv. | FILLED | VACANT | % OF VAC |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
|  | CLIN SOC WORK SAF | 9872 | 8.00 | 4 | 4 | 50% |
|  | DENTAL ASST CF | 9296 | 4.00 | 4 | 0 | 0% |
|  | DENTIST CF | 9268 | 4.00 | 3 | 1 | 25% |
|  | PHARMACIST I | 7982 | 1.00 | 1 | 0 | 0% |
|  | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
|  | PHARMACY TECH | 7979 | 6.00 | 5 | 1 | 17% |
|  | PHYSICIAN&SURGN CF | 9269 | 6.00 | 4 | 2 | 33% |
|  | PSY TECH/S | 8253 | 17.00 | 12 | 5 | 29% |
|  | PSYCH-CLINIC CF | 9283 | 17.00 | 7 | 10 | 59% |
|  | REC THERPST CF | 9286 | 5.00 | 4 | 1 | 20% |
|  | REGISTERED NURS CF | 9275 | 28.00 | 24 | 4 | 14% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9271 | 1.00 | 1 | 0 | 0% |
|  | SR PSYCH CF/SUP | 9288 | 3.00 | 3 | 0 | 0% |
|  | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 7.00 | 3 | 4 | 57% |
|  | SUP REG NUR I CF | 9317 | 0.00 | 0 | 0 | 0% |
|  | SUP REG NUR II CF | 9318 | 3.00 | 3 | 0 | 0% |
|  | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL MCSP |  |  | 119 | 86 | 33 | 28% |
|  |  |  |  |  |  |  |
| NKSP | CH MED OF CF | 7547 | 1.00 | 1 | 0 | 0% |
|  | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
|  | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
|  | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
|  | CLIN SOC WORK SAF | 9872 | 2.00 | 2 | 0 | 0% |
|  | CLINCL LAB TEC CF | 9293 | 2.00 | 1 | 1 | 50% |
|  | DENTAL ASST CF | 9296 | 7.00 | 6 | 1 | 14% |
|  | DENTIST CF | 9268 | 7.00 | 6 | 1 | 14% |
|  | PSY TECH/S | 8253 | 4.00 | 4 | 0 | 0% |
|  | PSYCH-CLINIC CF | 9283 | 21.00 | 14 | 7 | 33% |
|  | PSYCHOMETRIST CF | 9285 | 3.00 | 3 | 0 | 0% |
|  | PUB HLTH NRS II CF | 9345 | 1.00 | 1 | 0 | 0% |
|  | REC THERPST CF | 9286 | 2.00 | 1 | 1 | 50% |
|  | REGISTERED NURS CF | 9275 | 37.00 | 29 | 8 | 22% |
|  | SR CL LAB TECH CF | 9348 | 1.00 | 0 | 1 | 100% |
|  | SR PSYCH CF/SUP | 9288 | 3.00 | 3 | 0 | 0% |
|  | SR RAD TECH CF/SUP | 9351 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 9.00 | 3 | 6 | 67% |
|  | SUP CL LAB TECH CF | 9349 | 1.00 | 1 | 0 | 0% |
|  | SUP REG NUR I CF | 9317 | 2.00 | 0 | 2 | 100% |
|  | SUP REG NUR II CF | 9318 | 1.00 | 0 | 1 | 100% |
| TOTAL NKSP |  |  | 108 | 78 | 30 | 28% |
|  |  |  |  |  |  |  |
| P&CSD | CH PSYCHIATRIST CF | 7612 | 4.00 | 4 | 0 | 0% |
|  | CLIN SOC WORK SAF | 9872 | 89.00 | 78 | 11 | 12% |
|  | PSYCH-CLINIC CF | 9283 | 37.00 | 36 | 1 | 3% |
|  | SR PSYCH CF/SP | 9287 | 4.00 | 3 | 1 | 25% |
|  | SR PSYCH CF/SUP | 9288 | 5.00 | 5 | 0 | 0% |
|  | STF PSYCH CLN CF | 9290 | 1.00 | 1 | 0 | 0% |
|  | STF PSYCHIATRST CF | 9272 | 39.00 | 38 | 1 | 3% |
|  | SUP PSY S WK I CF | 9291 | 7.00 | 7 | 0 | 0% |
| TOTAL P&CSD |  |  | 186 | 172 | 14 | 8% |

| | CLASSIFICATION | CLASS CODE | FT Equiv. | ESTABLISHED POSITIONS FILLED | VACANT | % OF VAC |
|---|---|---|---|---|---|---|
| PBSP | CH MED OF CF | 7547 | 1.00 | 0 | 1 | 100% |
| | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
| | CH PSYCHIATRIST CF | 7612 | 1.00 | 1 | 0 | 0% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | CHIEF PHY&SURG CF | 9267 | 1.00 | 1 | 0 | 0% |
| | CLIN SOC WORK SAF | 9872 | 8.00 | 6 | 2 | 25% |
| | CLINCL LAB TEC CF | 9293 | 1.00 | 0 | 1 | 100% |
| | DENTAL ASST CF | 9296 | 6.00 | 5 | 1 | 17% |
| | DENTIST CF | 9268 | 6.00 | 5 | 1 | 17% |
| | NURSE PRACTITNR CF | 9278 | 3.00 | 3 | 0 | 0% |
| | PHARMACIST I | 7982 | 2.00 | 2 | 0 | 0% |
| | PHARMACIST II | 7981 | 1.00 | 1 | 0 | 0% |
| | PHARMACY TECH | 7979 | 4.00 | 4 | 0 | 0% |
| | PHYSICIAN&SURGN CF | 9269 | 4.00 | 2 | 2 | 50% |
| | PSYCH-CLINIC CF | 9283 | 17.00 | 11 | 6 | 35% |
| | PUB HLTH NRS I CF | 9274 | 1.00 | 1 | 0 | 0% |
| | REC THERPST CF | 9286 | 2.00 | 2 | 0 | 0% |
| | REGISTERED NURS CF | 9275 | 41.00 | 38 | 3 | 7% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9288 | 4.00 | 2 | 2 | 50% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
| | STF PSYCHIATRST CF | 9272 | 9.00 | 6 | 3 | 33% |
| | SUP REG NUR II CF | 9318 | 3.00 | 3 | 0 | 0% |
| | SUP REG NUR III CF | 9319 | 1.00 | 1 | 0 | 0% |
| TOTAL PBSP | | | | 120 | 98 | 22 | 18% |
| PVSP | CH MED OF CF | 7547 | 1.00 | 0 | 1 | 100% |
| | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |
| | CH PSYCHIATRIST CF | 7612 | 1.00 | 0 | 1 | 100% |
| | CHIEF DENTIST CF | 9344 | 1.00 | 1 | 0 | 0% |
| | CHIEF PHY&SURG CF | 9267 | 1.00 | 0 | 1 | 100% |
| | CLIN SOC WORK SAF | 9872 | 1.00 | 1 | 0 | 0% |
| | DENTAL ASST CF | 9296 | 5.00 | 5 | 0 | 0% |
| | DENTIST CF | 9268 | 5.00 | 4 | 1 | 20% |
| | NURSE PRACTITNR CF | 9278 | 2.00 | 0 | 2 | 100% |
| | PHARMACIST I | 7982 | 3.00 | 3 | 0 | 0% |
| | PHARMACIST II | 7981 | 1.00 | 0 | 1 | 100% |
| | PHARMACY TECH | 7979 | 4.00 | 1 | 3 | 75% |
| | PHYSICIAN&SURGN CF | 9269 | 7.00 | 1 | 6 | 86% |
| | PSY TECH/S | 8253 | 7.00 | 4 | 3 | 43% |
| | PSYCH-CLINIC CF | 9283 | 20.00 | 12 | 8 | 40% |
| | PUB HLTH NRS I CF | 9274 | 1.00 | 0 | 1 | 100% |
| | REGISTERED NURS CF | 9275 | 28.00 | 19 | 9 | 32% |
| | SR CL LAB TECH CF | 9348 | 1.00 | 1 | 0 | 0% |
| | SR PSYCH CF/SUP | 9288 | 2.00 | 2 | 0 | 0% |
| | SR RAD TECH CF/SP | 9350 | 1.00 | 1 | 0 | 0% |
| | STF PSYCHIATRST CF | 9272 | 3.00 | 1 | 2 | 67% |
| | SUP REG NUR I CF | 9317 | 4.00 | 0 | 4 | 100% |
| | SUP REG NUR II CF | 9318 | 1.00 | 0 | 1 | 100% |
| TOTAL PVSP | | | | 101 | 57 | 44 | 44% |
| RJD | CH MED OF CF | 7547 | 1.00 | 0 | 1 | 100% |
| | CH PSYCH/CF | 9859 | 1.00 | 1 | 0 | 0% |

## DIVISION OF CORRECTIONAL HEALTH CARE SERVICES
## IDENTIFICATION OF TOTAL AUTHORIZED POSITIONS BY CLASSIFICATION
## FOR ALL INSTITUTIONS AND HEADQUARTERS

| Classification | Established Per State Controller's Office (As of 2-28-06) |
|---|---|
| **Medical Services:** | |
| Chief Deputy, Clinical Services | 4.0 |
| Chief Medical Officer | 34.0 |
| Chief Physician & Surgeon, CF | 26.0 |
| Sr. Psychiatrist | 0.0 |
| Staff Psychiatrist | 1.0 |
| Physician & Surgeon, CF | 268.5 |
| Podiatrist, CF | 1.0 |
| Correctional Counselor II, Spec | 2.6 |
| Corr Health Srvcs Administr II, CF | 20.0 |
| Pharmacy Services Manager | 1.0 |
| Pharmacist II | 33.0 |
| Health Program Coordinator | 13.0 |
| Nurse Practitioner | 16.3 |
| Nurse Anesthetist | 1.0 |
| Corr Health Srvcs Administr I, CF | 10.0 |
| Health Program Specialist 1 | 23.0 |
| Pharmacist I | 84.7 |
| Pharmacy Techn | 141.0 |
| Stds Compliance Coordinator | 21.0 |
| Sr Medical Tech Asst, CF | 78.0 |
| Public Health Nurse I | 19.4 |
| Public Health Nurse II | 7.0 |
| Sr Clinical Lab Technologist | 26.7 |
| Supvng Registered Nurse I ,CF | 55.0 |
| Supving Registered Nurse II, CF | 51.0 |
| Supving Registered Nurse III, CF | 20.0 |
| Registered Nurse,CF | 997.9 |
| Nurse Instructor | 6.0 |
| Surgical Nurse I, CF | 14.0 |
| Surgical Nurse II, CF | 4.0 |
| Optometrist | 1.0 |
| Psychiatric Tech/S | 2.0 |
| Psychologist-Clinic CF | 4.0 |
| Supvng Psychiatric Soc Worker I | 0.0 |
| Assoc Govtl Prog Analyst | 41.0 |
| Medical Tech Asst, CF | 1,084.0 |
| Clinical Lab Technologist, CF | 35.4 |
| Lab Techn Chemical Analysis | 0.0 |
| Supvng Clinical Lab Technologist | 7.0 |
| Sr. Lab Asst. CF | 2.0 |

01257

## DIVISION OF CORRECTIONAL HEALTH CARE SERVICES
## IDENTIFICATION OF TOTAL AUTHORIZED POSITIONS BY CLASSIFICATION
## FOR ALL INSTITUTIONS AND HEADQUARTERS

| Classification | Established Per State Controller's Office (As of 2-28-06) |
|---|---|
| Staff Services Analyst -Gen | 19.2 |
| Jr. Staff Services Analyst - Gen | 0.0 |
| Medical Records Director | 7.0 |
| Sr Radiologic Technologist -Spec | 26.0 |
| Sr. Radiologic Tech - Supvr | 2.0 |
| Radiologic Technologist | 26.4 |
| Food Administrator I | 16.0 |
| Clinical Dietician | 6.0 |
| Supvng Corr Cook, DOC | 9.3 |
| Cook I | 3.2 |
| Supvng Cook I | 38.9 |
| Cook II | 24.0 |
| Correctional Lieutenant | 1.0 |
| Psychiatric Social Worker | 13.0 |
| Respiratory Care Supvr, CF | 1.0 |
| Respiratory Care Practitioner | 5.0 |
| Occupational Therapist | 2.0 |
| Recreation Therapist | 4.0 |
| Staff Services Manager I | 1.0 |
| Assoc Govtl Prog Analyst | 1.0 |
| Protestant Chaplain | 1.0 |
| Bldg Maint Worker, CF | 14.0 |
| Materials and Store Suprvr I, | 23.0 |
| Materials and Store Suprvr II, | 4.0 |
| Stationary Engineer | 0.7 |
| Stationary Engr Apprentice | 0.0 |
| Warehouse Worker | 1.0 |
| Maint Mechanic, CF | 1.0 |
| Correctional Sargeant | 0.0 |
| Health Recd Techn II -Suprvr | 50.0 |
| Health Recd Techn II -Spec | 6.0 |
| Asoc Information Systems Analyst/Sp | 2.0 |
| St Info Sys Analyst | 1.0 |
| Health Plan Sp II | 1.0 |
| Sr. Medical Transcriber | 7.0 |
| Office Services Suprvr I -Typing | 68.5 |
| Pharmacy Asst | 0.0 |
| Dental Asst | 1.0 |
| Health Recd Techn I | 161.9 |
| Medical Secretary | 32.0 |
| Medical Transcriber | 80.9 |
| Office Asst -Typing | 134.7 |
| Laundry Worker | 0.0 |
| Prog Tech | 1.0 |

3/29/2006

01258

## DIVISION OF CORRECTIONAL HEALTH CARE SERVICES
## IDENTIFICATION OF TOTAL AUTHORIZED POSITIONS BY CLASSIFICATION
## FOR ALL INSTITUTIONS AND HEADQUARTERS

| Classification | Established Per State Controller's Office (As of 2-28-06) |
|---|---|
| Acct Clerk II | 1.0 |
| Asst Clerk | 10.0 |
| Housekeeper | 1.0 |
| Lab Asst | 40.5 |
| Office Asst (Gen) | 26.6 |
| OT-Typing | 144.1 |
| Ofc Svcs Supvr II - Gen | 0.0 |
| Hospital Aid | 8.2 |
| Auto Equip Op I CF | 1.0 |
| Ld Custodn-CF | 1.0 |
| Janitor Supvr III | 2.0 |
| Janitor Supvr II, CF | 4.0 |
| Janitor Supvr I, CF | 2.0 |
| Janitor | 13.1 |
| **Totals, Medical Services** | **4,208.70** |
| | |
| **Dental Services:** | |
| Chief Dentist, CF | 33.0 |
| Dentist, CF | 181.5 |
| Office Asst - Gen | 1.0 |
| Office Asst - Typing | 4.0 |
| Ofc Techn -Typing | 44.0 |
| Of Ser Sup I - Typing | 3.0 |
| Dental Lab Techn | 10.0 |
| Dental Asst, CF | 184.2 |
| **Totals, Dental Services** | **460.7** |
| | |
| **Psychiatric Services:** | |
| Chief Deputy Warden, CI CEA | 1.0 |
| Chief Psychiatrist | 20.0 |
| Sr. Psychiatrist | 9.0 |
| Staff Psychiatrist,CF | 196.6 |
| Chief Psychologist | 22.0 |
| Sr Psychologist, CF -Suprvr | 84.0 |
| Sr Psychologist, CF -Spec | 6.0 |
| Psychologist - Clinical, CF | 479.4 |
| Psychometrist | 6.0 |
| Limited Exam/Appt Prog Candidate | 1.0 |
| Supvng Registered Nurse III, CF | 1.0 |
| Supvng Registered Nurse II, CF | 16.7 |
| Supvng Registered Nurse I, CF | 12.0 |
| Registered Nurse,CF | 177.0 |
| Corr Health Svcs Admin II | 0.0 |
| Corr Health Svcs Admin I | 1.0 |

3/29/2006

01259

## DIVISION OF CORRECTIONAL HEALTH CARE SERVICES
## IDENTIFICATION OF TOTAL AUTHORIZED POSITIONS BY CLASSIFICATION
## FOR ALL INSTITUTIONS AND HEADQUARTERS

| Classification | Established Per State Controller's Office (As of 2-28-06) |
|---|---|
| Corr Counselor II, Spec | 3.0 |
| Corr Counselor I | 1.0 |
| Health Program Coordinator | 1.0 |
| Assoc Govtl Prog Analyst | 5.0 |
| Staff Services Analyst - Gen | 2.0 |
| Supvng Psychiatric Soc Worker I | 7.8 |
| Psychiatric Soc Worker, CF | 141.7 |
| Sr. Psychiatric Tech-Safety | 5.6 |
| Medical Tech Asst, CF | 4.0 |
| Pharmacist I | 2.0 |
| Pharmacy Tech | 1.0 |
| Clinical Lab Technologist | 1.0 |
| Sup Cook I | 3.2 |
| Psychiatric Techn (Safety) | 304.7 |
| Rec Therapist | 58.1 |
| Sr. Occupational Therapist | 1.0 |
| Occupational Therapist | 1.0 |
| Reentry Program Instructor | 0.0 |
| Facility Captain | 1.0 |
| Stds Compliance Coordinator | 1.0 |
| Building Maintaince Worker | 1.0 |
| Materials & Stores Supve I | 1.0 |
| Stat Eng | 1.0 |
| Janitor | 2.0 |
| Pharmacy Asst | 1.0 |
| Medical Transcriber | 30.0 |
| Sr. Medical Transcriber | 0.0 |
| Secretary, Medical | 7.0 |
| Program Techn I | 0.0 |
| Sup Prog Tech III | 1.0 |
| Mgmt Services Techn | 2.0 |
| Off Services Sup II (Gen) | 5.5 |
| Office Services Supvr I - Typing | 33.0 |
| Office Services Supvr II - Typing | 1.0 |
| Ofc Techn -Typing | 154.9 |
| Office Asst - Typing | 34.8 |
| Health Record Techn II | 1.0 |
| Health Record Techn I | 4.0 |
| Office Asst - General | 8.0 |
| **Totals, Psychiatric Services** | **1,866.00** |
| | |
| **Headquarters** | |
| CEA IV | 0.0 |
| Staff Services Mgr I | 22.0 |

4 of 6

3/29/2006

01260

## DIVISION OF CORRECTIONAL HEALTH CARE SERVICES
## IDENTIFICATION OF TOTAL AUTHORIZED POSITIONS BY CLASSIFICATION
## FOR ALL INSTITUTIONS AND HEADQUARTERS

| Classification | Established Per State Controller's Office (As of 2-28-06) |
|---|---|
| Exec Asst | 0.0 |
| CEA II | 10.0 |
| Exec Secretary | 2.0 |
| CEA I | 0.0 |
| Corr Health Svcs Admininstrator II | 2.0 |
| Assoc Govtl Prog Analyst | 113.5 |
| Secretary | 9.0 |
| Physician & Surgeon | 21.0 |
| Facility Captain | 13.0 |
| Corr Counselor III | 3.0 |
| Ofc Techn-Typing | 21.0 |
| Chief Medical Ofcr | 4.0 |
| Corr Administrator | 3.0 |
| Pharmacy Svcs Mgr | 3.0 |
| Nurse Consultant III - Supvr | 4.0 |
| Nurse Consultant III - Spec | 2.0 |
| Clinical Recd Administrator | 1.0 |
| Supvng Registered Nurse II | 0.0 |
| Health Prog Spec I | 18.0 |
| Health Prog Spec II | 1.0 |
| Nurse Consultant II | 19.0 |
| Supvng Registered Nurse I | 0.0 |
| Registered Nurse | 42.0 |
| Assoc Health Prog Advisor | 8.0 |
| Nurse Consultant I | 1.0 |
| Jr. Staff Analyst - Gen | 0.0 |
| Staff Services Analyst - Gen | 1.0 |
| Asst Dep Director | 1.0 |
| Staff Services Mgr II - Supvr | 5.0 |
| Exec Secty I | 2.0 |
| Hlth Planning Spec II | 3.7 |
| Chief Psychiatrist | 0.0 |
| Staff Psychiatrist | 2.0 |
| Chief Psychologist | 1.0 |
| Sr. Psychologist - Supvr | 5.0 |
| Sr. Psychologist - Spec | 3.0 |
| Psychiataric Soc Worker | 0.0 |
| Office Asst - Typing | 4.0 |
| Psychologist, Clinical | 15.7 |
| Of Ser Sup I -Type | 1.0 |
| Personnel Sp | 1.0 |
| St Prog Analyst - SP | 1.0 |
| Word Processing Techn | 0.0 |
| Pulic Health Nurse II | 1.0 |

3/29/2006

01261

## DIVISION OF CORRECTIONAL HEALTH CARE SERVICES
## IDENTIFICATION OF TOTAL AUTHORIZED POSITIONS BY CLASSIFICATION
## FOR ALL INSTITUTIONS AND HEADQUARTERS

| Classification | Established Per State Controller's Office (As of 2-28-06) |
|---|---|
| Std Compliance Coordinator | 0.0 |
| Research Analyst II - Gen | 2.0 |
| Chief Physician & Surgeon | 1.0 |
| Health Prog Mgr III | 1.0 |
| Staff Info Systems Analyst - Spec | 2.0 |
| Assoc Programmer Analyst - Spec | 2.0 |
| Accoc Info Systems Analyst - Spec | 4.0 |
| Telecomm Analyst II | 1.0 |
| Health Record Techn I | 1.0 |
| Staff Services Mgr III | 1.0 |
| Chief Dentist | 1.0 |
| Sr. Psychiatrist-Sup | 0.0 |
| Med Recd Director | 1.0 |
| Dentist | 0.0 |
| System Software Spec I -Tech | 0.0 |
| Corr Officer | 0.0 |
| Dental Assist | 0.0 |
| MAT & Strs Sup, II | 1.0 |
|  | 0.0 |
| **Totals, Headquarters** | **387.9** |
| **Totals, All Positions** | **6,923.3** |

3/29/2006

01262

Finance Letters Related to Coleman, Plata and Perez
Vacancy Rates in Civil Service Classification Requested by DCHCS
Vacancy List as of February 28, 2006

| Classification | Established | Vacant | % Vacant | Notes |
|---|---|---|---|---|
| Associate Construction Analyst | 15 | 1 | 6.7% | On 05/06 Exam Schedule |
| Associate Information Sys Analyst | 137 | 18 | 13.1% | |
| Associate Health Planning Advisor | 9 | 8 | 88.9% | |
| Associate Programmer Analyst | 13 | 2 | 15.4% | On 05/06 Exam Schedule |
| Assistant Information Sys Analyst | 26 | 3 | 11.5% | |
| Associate Govt Program Analyst | 764 | 125 | 16.4% | |
| Associate Personnel Analyst | 56 | 6 | 10.7% | On 05/06 Exam Schedule |
| Architectural Associate | 0 | 0 | | |
| Chief Deputy, Clincial Services | 4 | 2 | 50.0% | Continuous Exam |
| Chief Medical Officer | 38 | 14 | 36.8% | Continuous Exam |
| Chief Dentist | 34 | 7 | 20.6% | |
| Correctional Counselor I | 1226 | 86 | 7.0% | |
| Correctional Officer | 23419 | 2378 | 10.2% | Continuous Exam |
| Data Processing Manager II | 10 | 2 | 20.0% | On 05/06 Exam Schedule |
| Dental Assistant | 188 | 26 | 13.8% | |
| Dentist | 183 | 20 | 10.9% | |
| Executive Secretary I | 17 | 5 | 29.4% | |
| Facility Captain | 191 | 39 | 20.4% | On 05/06 Exam Schedule |
| Food Administrator I | 17 | 3 | 17.6% | |
| HRT I | 173 | 39 | 22.5% | |
| HRT I Specialist | 6 | 0 | 0.0% | |
| HRT II Supervisory | 52 | 10 | 19.2% | |
| HRT III | 0 | 0 | | |
| Health Program Specialist I | 40 | 24 | 60.0% | Exam given, list released 3/06 |
| Health Program Specialist II | 1 | 0 | 0.0% | On 05/06 Exam Schedule |
| Health Program Manager III | 1 | 0 | 0.0% | |
| Legal Analyst | 2 | 0 | 0.0% | On 05/06 Exam Schedule |
| MST | 41 | 4 | 9.8% | |
| NCIII Specialist | 2 | 0 | 0.0% | Continuous Exam |
| NC,PR | 14 | 8 | 57.1% | Continuous Exam |
| OSSII | 18 | 6 | 33.3% | On 05/06 Exam Schedule |
| OA (T) | 1610 | 299 | 18.6% | |
| OT (T) | 1049 | 183 | 17.4% | On 05/06 Exam Schedule |
| Personnel Selection Technician | 18 | 5 | 27.8% | |
| Pharmacy Services Manager | 4 | 1 | 25.0% | |
| Pharmacy Technician | 151 | 28 | 18.5% | Continuous Exam |
| Property Controller II | 32 | 4 | 12.5% | |
| Psychiatric Social Worker | 251 | 61 | 24.3% | Continuous Exam |
| Psychiatric Technician | 324 | 111 | 34.3% | Continuous Exam |
| Psychologist, Clinical | 571 | 172 | 30.1% | Continuous Exam |
| Radiological Technolgist | 27 | 8 | 29.6% | |
| Registered Nurse | 1296 | 336 | 25.9% | Continuous Exam |
| Research Analyst II | 9 | 3 | 33.3% | |
| Research Program Specialist I | 2 | 1 | 50.0% | |
| Research Program Specialist II | 3 | 0 | 0.0% | |
| Secretary | 31 | 11 | 35.5% | |
| Sr. Information Sys Analyst Sup | 3 | 0 | 0.0% | |
| Staff Information Systems Analyst | 70 | 5 | 7.1% | |
| Sr Psychiatric Technician | 0 | 0 | | On 05/06 Exam Schedule |
| Sr Personnel Specialist | 53 | 7 | 13.2% | On 05/06 Exam Schedule |
| Sr. Programmer Analyst Specialist | 8 | 0 | 0.0% | |
| Staff Programmer Analyst Sp | 22 | 0 | 0.0% | |

Finance Letters Related to Coleman, Plata and Perez
Vacancy Rates in Civil Service Classification Requested by DCHCS
Vacancy List as of February 28, 2006

| Classification | Established | Vacant | % Vacant | Notes |
|---|---|---|---|---|
| Senior Psychiatrist | 18 | 9 | 50.0% | Continuous Exam |
| Senior Psychologist Sp | 13 | 4 | 30.8% | Continuous Exam |
| Senior Psychologist Sup | 88 | 15 | 17.0% | Continuous Exam |
| Staff Counsel | 41 | 8 | 19.5% | |
| Staff Services Analyst | 191 | 25 | 13.1% | |
| Staff Services Manager I | 210 | 36 | 17.1% | On 05/06 Exam Schedule |
| Staff Services Manager II | 50 | 13 | 26.0% | On 05/06 Exam Schedule |
| Standards & Compliance Coord. | 23 | 8 | 34.8% | |
| Staff Psychiatrist | 259 | 97 | 37.5% | Continuous Exam |
| Supervising Dental Assistant | 0 | 0 | | Pending establishment of class. |
| Supervising Dentist | 0 | 0 | | Pending establishment of class. |
| Telecom Systems Analysts | 3 | 0 | 0.0% | |
| Unit Supervisor | 0 | 0 | 0.0% | |

**California Department of Corrections and Rehabilitation
Healthcare Staffing Implementation Plan
Finance Letters: *Plata, Coleman, Perez,* and Infrastructure
FY 2006-07**

**Finance Questions**

Thank you for submitting the comprehensive staffing implementation plan that includes the four Finance Letter proposals submitted: Plata, Coleman, Perez, and Infrastructure. Please answer the following questions to help us to better understand the proposal. Thank you.

- The total number of positions (i.e. approximately 2083.2 positions) in this implementation plan seems to be higher than the total number requested in all four original Finance Letters combined, approximately 250 positions more. Please explain the reason for this change.

- In this plan, Dental Program (*Perez*) proposes current year implementation with activation date of March 1, 2006. It is our understanding that this current year need is now being addressed by a contract. Are these positions still needed?

- The staffing implementation plan proposes to hire majority of positions requested on 7/1/2006 while only insignificant number of positions were proposed to be phased in later in 2007 and 2008. What is the department's strategy for hiring this amount of employees in such a short time?

- It appears that for some classifications there are not enough candidates on the cert list to support the level of hiring requested by July 1. What is the department's plan for increasing the number of eligible candidates to meet this need?

- We did not receive vacancy rate and cert list information of the following classifications: AISA, Architectural Associate, Asst AISA, CCI, CO, HRT series, Legal Analyst, NCIII, PSM, RN, RA series, Psych Tech series, Sr Personnel Specialist, SISA, Sr ISA, sup DA, sup Dentist, Telecom Sys Anal II, etc. Is the information available for these classifications? If it is, when can we expect to receive the information? What are the overall vacancy rates for the positions requested in each of these program areas?

- Please provide the numbers of the base staffing of these programs for the type of positions requested in this plan.

- Please provide the percentage growth in each of these programs and in the overall HCSD as a result of the expansion requested in this staffing plan.

- What is the HCSD's definition of program infrastructure?

**Mangum, Sarah**

| | |
|---|---|
| **From:** | Fishback, Timothy [Timothy.Fishback@cdcr.ca.gov] |
| **Sent:** | Tuesday, February 21, 2006 2:51 PM |
| **To:** | Huang, Daphne; Mangum, Sarah |
| **Subject:** | MH FL |

I see mistakes in our FL !    I didn't have time, as we were preparing it,
to proofread every single word.  Now that I am referring back to it (as I
compose the narrative response to the court) I am finding mistakes.    It
pains me so.....

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist Division of Correctional Health Care Services
Office:   (916) 327-1585
Fax:     (916) 322-2838

1

## Mangum, Sarah

| | |
|---|---|
| **From:** | Huang, Daphne |
| **Sent:** | Thursday, March 16, 2006 4:26 PM |
| **To:** | 'Yulanda.Mynhier@cdcr.ca.gov'; 'Farber-Szekrenyi, Peter' |
| **Cc:** | 'Jeanne.Woodford@cdcr.ca.gov'; 'Duveneck, Sandra'; Mangum, Sarah; Johnson, Tracy; Kanan, Renee J.; 'Fishback, Timothy'; 'Kuykendall, William'; 'Sallade, Denny' |
| **Subject:** | Questions: Healthcare Staffing Plan |

**Attachments:**   Q HC Staffing.doc



Q HC Staffing.doc
(32 KB)

Thank you for submitting the comprehensive staffing implementation plan that includes the four Finance Letter proposals submitted: Plata, Coleman, Perez, and Infrastructure.

Attached please find the short question set from us. Your response to these questions will help us understand the proposal. Thanks.

Daphne Huang
Department of Finance
915 L Street, 8th Floor
Sacramento, CA 95814
916.445.8913
daphne.huang@dof.ca.gov

1

01270



**California Department of Corrections and Rehabilitation**
**Healthcare Staffing Implementation Plan**
**Finance Letters: *Plata*, *Coleman*, *Perez*, and Infrastructure**
**FY 2006-07**

### Finance Questions

Thank you for submitting the comprehensive staffing implementation plan that includes
the four Finance Letter proposals submitted: Plata, Coleman, Perez, and Infrastructure.
Please answer the following questions to help us to better understand the proposal.
Thank you.

- The total number of positions (i.e. approximately 2083.2 positions) in this implementation
  plan seems to be higher than the total number requested in all four original Finance Letters
  combined, approximately 250 positions more. Please explain the reason for this change.

- In this plan, Dental Program (*Perez*) proposes current year implementation with activation
  date of March 1, 2006. It is our understanding that this current year need is now being
  addressed by a contract. Are these positions still needed?

- The staffing implementation plan proposes to hire majority of positions requested on
  7/1/2006 while only insignificant number of positions were proposed to be phased in later in
  2007 and 2008. What is the department's strategy for hiring this amount of employees in
  such a short time?

- It appears that for some classifications there are not enough candidates on the cert list to
  support the level of hiring requested by July 1. What is the department's plan for increasing
  the number of eligible candidates to meet this need?

- We did not receive vacancy rate and cert list information of the following classifications:
  AISA, Architectural Associate, Asst AISA, CCI, CO, HRT series, Legal Analyst, NCIII, PSM,
  RN, RA series, Psych Tech series, Sr Personnel Specialist, SISA, Sr ISA, sup DA, sup
  Dentist, Telecom Sys Anal II, etc. Is the information available for these classifications? If it
  is, when can we expect to receive the information?

## Huang, Daphne

| | |
|---|---|
| **From:** | Sallade, Denny [Denny.Sallade@cdcr.ca.gov] |
| **Sent:** | Monday, March 20, 2006 4:45 PM |
| **To:** | Huang, Daphne; Mynhier, Yulanda; Farber-Szekrenyi, Peter |
| **Cc:** | Woodford, Jeanne; Duveneck, Sandra; Mangum, Sarah; Johnson, Tracy; Kanan, Renee; Fishback, Timothy; Kuykendall, William; Jerue, Todd |
| **Subject:** | RE: Additional Questions: Healthcare Staffing Plan |

Daphne - could you please clarify what you mean by "base staffing"?

```
-----Original Message-----
From:       Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Monday, March 20, 2006 4:21 PM
To:    Mynhier, Yulanda; Farber-Szekrenyi, Peter
Cc:    Woodford, Jeanne; Duveneck, Sandra; Mangum, Sarah; Johnson, Tracy; Kanan, Renee;
Fishback, Timothy; Kuykendall, William; Sallade, Denny; Jerue, Todd
Subject:    Additional Questions: Healthcare Staffing Plan
Importance: High
```

<< File: Q HC Staffing.doc >> More questions on the staffing plan.....(in red).
Please provide us response by Wednesday at 12:00 noon.  Thank you.

```
-----Original Message-----
From: Huang, Daphne
Sent: Thursday, March 16, 2006 4:26 PM
To: 'Yulanda.Mynhier@cdcr.ca.gov'; 'Farber-Szekrenyi, Peter'
Cc: 'Jeanne.Woodford@cdcr.ca.gov'; 'Duveneck, Sandra'; Mangum, Sarah; Johnson, Tracy;
Kanan, Renee J.; 'Fishback, Timothy'; 'Kuykendall, William'; 'Sallade, Denny'
Subject: Questions: Healthcare Staffing Plan
```

Thank you for submitting the comprehensive staffing implementation plan
that includes the four Finance Letter proposals submitted: Plata,
Coleman, Perez, and Infrastructure.

Attached please find the short question set from us.  Your response to
these questions will help us understand the proposal.  Thanks.

Daphne Huang
Department of Finance
915 L Street, 8th Floor
Sacramento, CA 95814
916.445.8913
daphne.huang@dof.ca.gov

01272

## Mangum, Sarah

| | |
|---|---|
| **From:** | Huang, Daphne |
| **Sent:** | Tuesday, March 28, 2006 4:56 PM |
| **To:** | 'Yulanda.Mynhier@cdcr.ca.gov'; 'Farber-Szekrenyi, Peter' |
| **Cc:** | 'Jeanne.Woodford@cdcr.ca.gov'; ' (sandra.duveneck@cdcr.ca.gov)'; Mangum, Sarah; 'tracy.johnson@cdcr.ca.gov'; 'Kanan, Renee J.'; 'TIM FISHBACK (Timothy.Fishback@cdcr.ca.gov)'; 'Kuykendall, William'; 'Denny.Sallade@corr.ca.gov'; Jerue, Todd |
| **Subject:** | RE: Additional Questions: Healthcare Staffing Plan |
| **Attachments:** | Q HC Staffing.doc |



Q HC Staffing.doc
(34 KB)

Not sure what's the status of your response to our questions on the Healthcare Staffing Plan......
Could you please update us with the status / progress?   Thank you.


-----Original Message-----
From: Huang, Daphne
Sent: Monday, March 20, 2006 4:21 PM
To: 'Yulanda.Mynhier.ca.gov'; 'Farber-Szekrenyi, Peter'
Cc: 'Jeanne.Woodford@cdcr.ca.gov'; (sandra.duveneck@cdcr.ca.gov); Mangum, Sarah;
'tracy.johnson@cdcr.ca.gov'; Kanan, Renee J.; TIM FISHBACK (Timothy.Fishback@cdcr.ca.gov);
'Kuykendall, William'; Denny.Sallade@corr.ca.gov; Jerue, Todd
Subject: Additional Questions: Healthcare Staffing Plan
Importance: High

More questions on the staffing plan.....(in red).
Please provide us response by Wednesday at 12:00 noon.   Thank you.


-----Original Message-----
From: Huang, Daphne
Sent: Thursday, March 16, 2006 4:26 PM
To: 'Yulanda.Woodford@cdcr.ca.gov'; 'Farber-Szekrenyi, Peter'
Cc: 'Jeanne.Woodford@cdcr.ca.gov'; 'Duveneck, Sandra'; Mangum, Sarah; Johnson, Tracy;
Kanan, Renee J.; 'Fishback, Timothy'; 'Kuykendall, William'; 'Sallade, Denny'
Subject: Questions: Healthcare Staffing Plan


Thank you for submitting the comprehensive staffing implementation plan that includes the four Finance Letter proposals submitted: Plata, Coleman, Perez, and Infrastructure.

Attached please find the short question set from us.  Your response to these questions will help us understand the proposal.  Thanks.

Daphne Huang
Department of Finance
915 L Street, 8th Floor
Sacramento, CA 95814
916.445.8913
daphne.huang@dof.ca.gov

1

01273

## Huang, Daphne

| | |
|---|---|
| From: | Fishback, Timothy [Timothy.Fishback@cdcr.ca.gov] |
| Sent: | Wednesday, March 29, 2006 10:56 AM |
| To: | Huang, Daphne |
| Cc: | Mynhier, Yulanda |
| Subject: | RE: Additional Questions: Healthcare Staffing Plan |

Hi Daphne,

I just brought your email to Yulanda Mynhiers attention. We will work on this now. Sorry for the delay.

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist Division of Correctional Health Care Services
Office:  (916) 327-1585
Fax:     (916) 322-2838

 -----Original Message-----
From:       Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Tuesday, March 28, 2006 4:56 PM
To:   Mynhier, Yulanda; Farber-Szekrenyi, Peter
Cc:   Woodford, Jeanne; Duveneck, Sandra; Mangum, Sarah; tracy.johnson@cdcr.ca.gov; Kanan, Renee; Fishback, Timothy; Kuykendall, William; Sallade, Denny; Jerue, Todd
Subject:    RE: Additional Questions: Healthcare Staffing Plan

 << File: Q HC Staffing.doc >>
Not sure what's the status of your response to our questions on the Healthcare Staffing Plan......
Could you please update us with the status / progress?  Thank you.


-----Original Message-----
From: Huang, Daphne
Sent: Monday, March 20, 2006 4:21 PM
To: 'Yulanda.Mynhier@cdcr.ca.gov'; 'Farber-Szekrenyi, Peter'
Cc: 'Jeanne.Woodford@cdcr.ca.gov'; (sandra.duveneck@cdcr.ca.gov);
Mangum, Sarah; 'tracy.johnson@cdcr.ca.gov'; Kanan, Renee J.; TIM
FISHBACK (Timothy.Fishback@cdcr.ca.gov); 'Kuykendall, William';
Denny.Sallade@corr.ca.gov; Jerue, Todd
Subject: Additional Questions: Healthcare Staffing Plan
Importance: High

More questions on the staffing plan.....(in red).
Please provide us response by Wednesday at 12:00 noon.  Thank you.


-----Original Message-----
From: Huang, Daphne
Sent: Thursday, March 16, 2006 4:26 PM
To: 'Yulanda.Mynhier@cdcr.ca.gov'; 'Farber-Szekrenyi, Peter'
Cc: 'Jeanne.Woodford@cdcr.ca.gov'; 'Duveneck, Sandra'; Mangum, Sarah;
Johnson, Tracy; Kanan, Renee J.; 'Fishback, Timothy'; 'Kuykendall,
William'; 'Sallade, Denny'
Subject: Questions: Healthcare Staffing Plan


Thank you for submitting the comprehensive staffing implementation plan that includes the four Finance Letter proposals submitted: Plata, Coleman, Perez, and Infrastructure.

Attached please find the short question set from us.  Your response to these questions will help us understand the proposal.  Thanks.

1

01274

Daphne Huang
Department of Finance
915 L Street, 8th Floor
Sacramento, CA 95814
916.445.8913
daphne.huang@dof.ca.gov

01275

## Huang, Daphne

| From: | Fishback, Timothy [Timothy.Fishback@cdcr.ca.gov] |
|-------|--------------------------------------------------|
| Sent: | Wednesday, March 29, 2006 5:05 PM |
| To: | Huang, Daphne |
| Subject: | RE: Staffing Ratios Question |

Daphne,

I'm sorry I could not call you today. I was in and out of "burning buildings" all day, putting out fires, and talking to legislators. Here is my cell: 203-6985 Please call me in the morning and I will try to call you. I am not sure I know which Dr. Peter document you are talking about. I may have to see the document. But I am sure I can help you figure this out. Lets talk.

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist Division of Correctional Health Care Services
Office:   (916) 327-1585
Fax:      (916) 322-2838

-----Original Message-----
From:       Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Wednesday, March 29, 2006 3:37 PM
To:    Fishback, Timothy
Subject:    Staffing Ratios Question
Importance: High

<< File: Staff Ratios.pdf >> << File: Psychiatrist assessment.pdf >> Tim -

We are looking at these documents from Dr. Peter regarding staffing ratios for Mental Health programs. In the third paragraph, it talks about the "proposed" ratios/tables for the AdSeg Units and MHOHU, and the funding needed to implement these ratios was proposed as part of the
2006-07 GB.  Could you please help me to understand this?  I don't recall proposing any staffing ratios in GB.  Is this something new?  We
need to validate the statement.  Thank you.

Daphne Huang
Department of Finance
915 L Street, 8th Floor
Sacramento, CA 95814
916.445.8913
daphne.huang@dof.ca.gov

1

01276

## Mangum, Sarah

| | |
|---|---|
| **From:** | Duveneck, Sandra [Sandra.Duveneck@cdcr.ca.gov] |
| **Sent:** | Tuesday, April 04, 2006 9:29 AM |
| **To:** | Jerue, Todd; Kirkland, Richard; Johnson, Tracy |
| **Cc:** | Mangum, Sarah; Theodorovic, Zlatko |
| **Subject:** | RE: PROPOSED IMPLEMENTATION PLAN FOR POSITIONS REQUESTED IN 06/07 FINANCE LETTERS |

Todd I agree with you about program non-responsiveness. Rich and Tracy: You both need to talk to all staff and remind them if they are not getting program information they need to elevate the problems with enough time to meet DOF dates. Secondly we need to date our products, and when something is requested we need to make sure one of you carefully explains the assignment and then reviews the product. DOF are our allies. p.s. please make sure we get the correct data to them on this issue right away. thanks

**From:** Jerue, Todd [mailto:Todd.Jerue@dof.ca.gov]
**Sent:** Tuesday, April 04, 2006 8:51 AM
**To:** Duveneck, Sandra; Kirkland, Richard; Johnson, Tracy
**Cc:** Mangum, Sarah; Theodorovic, Zlatko
**Subject:** FW: PROPOSED IMPLEMENTATION PLAN FOR POSITIONS REQUESTED IN 06/07 FINANCE LETTERS
**Importance:** High

This is a good example of why we get frustrated with the information received from CDCR. For a few weeks now, we have been working from a legal size spreadsheet which is called the Proposed Implementation Plan. We have decided that we are going to re-sort this spreadsheet to be able to look at the requests based on functions, not position classifications. We are also going to add columns for approximate dollars and comments, with the goal that we could all agree to work from this spreadsheet when we discuss these proposals with Finance Exec and the Governor's Office.

Yesterday, we made a pretty simple request. "Please provide us with the most recent version." Before we did any re-sorting and adding columns, we wanted to make sure that we are working from correct data.

Based on the e-mail below, it appears that we were wrong, and that the spreadsheet to which I am referring is not a global tracking document (as we thought), but instead a one-time snapshot which now was a total waste of time for everyone being that it doesn't appear that it will be updated since "program has not responded after all of our attempts" and "although clear deadlines and expectations have been provided to program, we have been unsuccessful in retrieving the necessary information." Further, the bullets are basically worthless information for us. The reason we asked for an updated spreadsheet is because we keep hearing that things are changing...we have no ability to take the information from the bullets and track back to the prior requests.

Another comment....in my opinion, a budget office does not have the ability to simply say sorry we can't get it because program won't respond. If we pass this message on next week during briefings, it will be "CDCR could not provide the information". You won't hear us say that the budget office tried to get it, but program didn't respond. I realize that everyone is struggling with the relationship that Health Care has with the rest of the department, but regardless of that struggle, I find all of this to be totally unacceptable.

Don't take my words the wrong way. I am not angry. Instead I am dumbfounded as to the straining credulity of the responses we get from CDCR.

7/19/2006

01277

**From:** Sweeney, Kristal [mailto:Kristal.Sweeney@cdcr.ca.gov]
**Sent:** Monday, April 03, 2006 5:46 PM
**To:** Mangum, Sarah
**Cc:** Johnson, Tracy; Jones-Brown, Deborah; Maple, Scott
**Subject:** PROPOSED IMPLEMENTATION PLAN FOR POSITIONS REQUESTED IN 06/07 FINANCE LETTERS
**Importance:** High

Sarah,

The following is an update on the Proposed Implementation Plan for 06/07 FL's. I have contacted various program staff via e-mail and by voice mail today, inquiring if an updated hiring plan/space assessment matrix will be submitted. Unfortunately, program has not responded after all of our attempts. Although clear deadlines and expectations have been provided to program, we have been unsuccessful in retrieving the necessary information. At this point, we are simply running out of time in anticipation of an updated matrix. In addition, we have identified the following issues regarding the matrix and FL's:

- **Hiring matrix coordinated between DCHCS, Human Resources and Facility Mgt:** As of Friday, March 31st, we have not received a FMD/HR/DCHCS coordinated matrix. However on March 29th, OBM did received a matrix prepared by DCHCS early in March. The matrix does not address space issues or a hiring strategy based on qualified/cert-available candidates. DCHCS does not believe that that the matrix should be considered as a roll-out for costing purposes since the information contained was dated.
- **PLATA Finance Letter:** On Thursday, March 30th, OBM received a "final" version of Plata. This version included new positions requested by Court Master Hagar earlier that day. This version requests **100.5** positions, while the DCHCS matrix requests for **96.0** positions.
- **DENTAL Finance Letter:** On March 30th, OBM received a "final" version of Dental. This "final" version *does* include funds and positions to support an IT placeholder that will be justified in a yet-to-be-completed FSR. This version requests **300.0** positions, while the DCHCS matrix requests **621.6** positions.
- **Coleman Finance Letter:** On February 15th, OBM received the 16th and "final" version of Coleman. Since that time, there was an agreement to remove 44.8 psychologists due to an overlap with the Prev Mix adjustment. On March 29th, OBM asked program to clarify and provide an updated narrative. DCHCS directed OBM to leave the positions in the request. The February 15th version of Coleman requested **657.6** positions, while the matrix requests **576.8** positions.

Please let me know if you have any questions or require further details on items listed above. Thank you.

Kristal C. Sweeney
Assistant Chief, Institutional Budgeting
California Department of Corrections and Rehabilitation
(916) 324-7646

01278

| | |
|---|---|
| **Department:** | Corrections and Rehabilitation |
| **Proposal:** | *Coleman v. Schwarzenegger*, response to various pending court orders |
| **Amount Requested:** | $8.7 million in the current year. $87.6 million and 657.6 positions in the budget year. |

**Topic:**
To improve adult mental health program in response to 1st and 2nd recommendations stated in the 15th Round Special Master Monitoring and the implementation of the Revised Mental Health Guide, and address other miscellaneous issues related to Mental Health Program staffing and court related responses.

The request can be broken down to five major components as follows:

- The 1st Recommendation in the 15th Round Special Master Monitoring Report requires a plan with strategies to reduce vacancy rate for psychiatrists to no more than 10%. The plan requires a pay differential for psychiatrists. The request includes approx. $5.1 million in CY; and $22.4 million and 48.0 personnel services related positions in BY to implement these changes on March 1, 2006.
- The 2nd Recommendation in the 15th Round Special Master Monitoring Report requires a plan for adequately staffing mental health management headquarters. The request includes approx. $163,328 in CY, and $11.2 million and 100.0 positions in BY to expand mental health headquarters staff on July 1, 2006. This includes R&Rs for headquarters staff in both years.
- The Mental Health Program Guide Revision requires enhanced services and care in CDCR's mental health delivery system, especially for the most critical population such as Administrative Segregation Unit. The request includes approx. $39.1 million and 509.6 positions in BY to implement these changes on July 1, 2006. This does not directly affect DMH-run mental health programs.
- The R&Rs for other mental health classifications proposed in this request includes $3.1 million in CY and $9.4 million in BY. This proposal may be related to a 1999 court order requiring CDCR to keep vacancy rates below 10% for these positions.
- Geographical R&Rs proposed for various mental health classifications in KVSP, NKSP and other central valley prisons, approx. $289,000 in CY and $868,000 in BY. There is a February 15 court order related to some of these institutions and their vacancy rates.

**Level of Justification:**
- No workload data provided for headquarter staff requested.
- No justification or information on appropriateness of level and classification of many leadership positions requested (i.e. CEA, Facility Captain, etc.)
- Lack of objective, meaningful workload data upon which to base an impartial analysis of the actual workload of the staff proposed to implement the changes proposed in the Revised Program Guide.
- Lack of confident data to evaluate the efficiency in service delivery by existing resources and justify the level of augmentation requested for the Revised Program Guide.

- Limited information or analysis of existing base resources available.
- No analysis of different levels of need by institution.
- Proposed March 1 implementation of R&Rs is problematic from fiscal and employee comp policy perspectives.
- R&Rs for mental health staff other than psychiatrists were not specifically required in the Report, and we have not able to verify the vacancy rate for these classifications to justify the need for pay differentials.
- It is premature to evaluate what is the appropriate level of R&Rs before DPA's compensation study scheduled to be released at the end of March.
- Solutions to vacancy issues are primary compensation related, without full consideration of other factors such as pipeline issues.
- Lacks consideration of practical implementation issues, such as the ability to hire and house this number of staff by July 1.
- Unable to evaluate proposes IT projects of pilot MCMI-III test administration and Web-based exam due to lack of information on scope of projects, implementation plan, etc. A FSR related to these projects has not been submitted.

**Statewide Implications:**
- R&Rs impact on CDCR's Juvenile Justice Division, DMH and other departments not clearly identified, especially for non-psychiatrist positions. It does not appear that this proposal was coordinated with DPA or DMH.
- It is not clear that the facility-related needs identified were coordinated with CDCR facility staff.
- Impacts of proposed salary changes on the collective bargaining process.
- State policy of looking at "total compensation" for salary changes would be compromised by moving forward before DPA study without statewide impacts addressed.

**CDCR-HCSD FL Proposals Status Update (Plata, Coleman, Perez, and Litigation Infrastructure):**

- We have received the comprehensive staffing plan, which combines all four adult healthcare FLs, from Dr. Peter Farber-Szekrenyi on March 14 as he promised.

- Dr. Szekrenyi is currently working with Kitchell to assess total space needs and availability. We expect to see the product of this space assessment on April 7.

- We have internally agreed to handle the employee compensation enhancement portion in these proposals by our Employee Comp Unit. Tim is working on the interim enhancement for Psychiatrist series, as this is specifically ordered by the Coleman court.

- We are drafting a GOAR to request policy direction from the Governor's Office regarding the CDCR's proposed employee enhancement for other field mental health and dental classifications, which are not specifically ordered by the court. We will recommend that the CDCR should advocate for their employees to DPA and request funding for those increases through the collective bargaining process after DPA's surveys completed by the end of March 2006.

- Although we currently code all four issues as "deferred to May" in PDS, our goal is to submit a "late" finance letter by April 17th after final decision on these four proposals made on April 10.

**Summary and Our Concerns of the Comprehensive Staffing Plan Received on March 14:**

- There might be a lack of coordination between the HCSD and the rest of the department.

- The plan categorizes a total of 2083.2 positions requested as follows:
  - Direct Patient Care: 653.7 positions.
  - Program Management: 644.5 positions (within this category, 228.2 are custody positions).
  - Administrative Support: 785.0 positions.

- We note that the total number of positions (i.e. approximately 2083.2 positions) in this implementation plan to be higher than the total number requested in all four original Finance Letters combined, which is at least 250 positions more.

- The implementation plan seems not based on the practical aspects of the ability to hire, as instructed by Finance in the February 28 meeting.

- The implementation plan has not adopted a more realistic multi-year approach, as the majority of positions are proposed to be hired on July 1, 2006.

- Dental Program (Perez) proposes current year implementation with activation date of March 1, 2006, which is probably not necessary as the current year need is now being addressed by a contract.

- As of March 22, 2006, we have not received the response to the question set we forwarded to the department.

01282

## Huang, Daphne

| Subject: | Coleman BCP Meeting |
| --- | --- |
| Location: | Dr. Fishback's Office  501 J Street, Suite 610 |

| Start: | Wed 2/1/2006 10:00 AM |
| --- | --- |
| End: | Wed 2/1/2006 11:30 AM |

Recurrence:      (none)

When: Wednesday, February 01, 2006 10:00 AM-11:00 AM (GMT-08:00) Pacific Time (US & Canada); Tijuana.
Where: Dr. Fishback's Office  501 J Street, Suite 610

*~*~*~*~*~*~*~*~*~*

To discuss ideas about MHP finance letter.

'jskchan@isbginc.com'; 'kkobrin@isbginc.com'; Mangum, Sarah; Huang, Daphne

1

## Huang, Daphne

**From:** Fishback, Timothy [Timothy.Fishback@cdcr.ca.gov]

**Sent:** Tuesday, January 31, 2006 12:11 PM

**To:** Huang, Daphne

**Subject:** RE: meeting please

OK, here it comes....

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist
Division of Correctional Health Care Services
Office: (916) 324-4881
Fax:    (916) 322-2838

-----Original Message-----
**From:** Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
**Sent:** Tuesday, January 31, 2006 11:28 AM
**To:** Fishback, Timothy
**Subject:** RE: meeting please

After second thought, I believe the meeting will need to take place in your building and the CPS consultants will need to be included. So it may be more appropriate for you to organize the meeting and send us invitation. We are available tomorrow at 10 like I said. Thanks.

**From:** Fishback, Timothy [mailto:Timothy.Fishback@cdcr.ca.gov]
**Sent:** Tuesday, January 31, 2006 11:14 AM
**To:** Huang, Daphne
**Subject:** RE: meeting please

Sounds perfect. Thanks.

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist
Division of Correctional Health Care Services
Office: (916) 324-4881
Fax:    (916) 322-2838

-----Original Message-----
**From:** Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
**Sent:** Tuesday, January 31, 2006 11:05 AM
**To:** Fishback, Timothy
**Cc:** Kanan, Renee J.; Farber-Szekrenyi, Peter; Mangum, Sarah
**Subject:** RE: meeting please

Would you like to meet with us tomorrow morning around 10am? If it sounds OK, I will send out the invitation.

**From:** Fishback, Timothy [mailto:Timothy.Fishback@cdcr.ca.gov]
**Sent:** Tuesday, January 31, 2006 10:47 AM
**To:** Mangum, Sarah; Huang, Daphne
**Cc:** Kanan, Renee J.; Farber-Szekrenyi, Peter

**Subject:** meeting please

Hi Sarah and Daphne,

The CPS consultants and I would like a meeting with you as soon as possible to discuss some ideas.

Thanks,


TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist
Division of Correctional Health Care Services
Office: (916) 324-4881
Fax:    (916) 322-2838

## Huang, Daphne

| | |
|---|---|
| **From:** | Fishback, Timothy [Timothy.Fishback@cdcr.ca.gov] |
| **Sent:** | Friday, February 24, 2006 12:07 PM |
| **To:** | Huang, Daphne |
| **Subject:** | questions about FL |

Daphne,

Got your message. I would be happy to answer your questions. I prefer to do so in person and can come to you this afternoon. Just let me know what time is good for you.

Cell:  203-6985

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist
Division of Correctional Health Care Services
Office:  (916) 327-1585
Fax:    (916) 322-2838

1

**Huang, Daphne**

| | |
|---|---|
| **From:** | Fishback, Timothy [Timothy.Fishback@cdcr.ca.gov] |
| **Sent:** | Monday, March 27, 2006 5:51 PM |
| **To:** | Huang, Daphne |
| **Subject:** | RE: Meeting |

Hi Daphne,

I just hear a message on my cell phone from you with questions re: our program and Finance Letter. I will call you tomorrow.

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist
Division of Correctional Health Care Services
Office: (916) 327-1585
Fax:     (916) 322-2838

01287

## Mangum, Sarah

| | |
|---|---|
| From: | Fishback, Timothy [Timothy.Fishback@cdcr.ca.gov] |
| Sent: | Thursday, February 16, 2006 10:11 AM |
| To: | Mangum, Sarah |
| Subject: | RE: meeting |

OK.  Let me know.  In the mean time, if you have questions, my cell phone is 916-203-6985.

Take care,

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist Division of Correctional Health Care Services
Office:   (916) 327-1585
Fax:      (916) 322-2838

 -----Original Message-----
From:       Mangum, Sarah [mailto:Sarah.Mangum@dof.ca.gov]
Sent: Thursday, February 16, 2006 9:51 AM
To:     Fishback, Timothy
Cc:     Huang, Daphne
Subject:    RE: meeting

Tim--

Unfortunately I do not have time to do this today.  I think at this point we need to have an opportunity to review the documents you are submitting before we meet again, that will be more productive.  We will plan to set up a meeting with you early next week.

Sarah

-----Original Message-----
From: Fishback, Timothy [mailto:Timothy.Fishback@cdcr.ca.gov]
Sent: Wednesday, February 15, 2006 6:37 PM
To: Huang, Daphne; Mangum, Sarah
Subject: meeting

Is there any chance that I can meet with you two tomorrow, Feb 16, anytime up until 3 PM?  I want to explain the strategies we adopted in the Finance Letter.  There was some revision since the time we last met with Daphne.
Let me know and I will come to you.

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist Division of Correctional Health Care Services
Office:   (916) 327-1585
Fax:      (916) 322-2838

1

## Mangum, Sarah

| | |
|---|---|
| **From:** | Fishback, Timothy [Timothy.Fishback@cdcr.ca.gov] |
| **Sent:** | Tuesday, January 31, 2006 12:11 PM |
| **To:** | 'jskchan@isbginc.com'; 'kkobrin@isbginc.com'; Mangum, Sarah; Huang, Daphne |
| **Subject:** | Updated: Meeting with DOF |

When: Wednesday, February 01, 2006 10:00 AM-11:00 AM (GMT-08:00) Pacific Time (US & Canada); Tijuana.
Where: Dr. Fishback's Office   501 J Street, Suite 610

*~*~*~*~*~*~*~*~*~*

To discuss ideas about MHP finance letter.

1

## Mangum, Sarah

**From:** Fishback, Timothy [Timothy.Fishback@cdcr.ca.gov]

**Sent:** Tuesday, January 31, 2006 10:47 AM

**To:** Mangum, Sarah; Huang, Daphne

**Cc:** Kanan, Renee J.; Farber-Szekrenyi, Peter

**Subject:** meeting please

Hi Sarah and Daphne,

The CPS consultants and I would like a meeting with you as soon as possible to discuss some ideas.

Thanks,

TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist
Division of Correctional Health Care Services
Office: (916) 324-4881
Fax:    (916) 322-2838

01290

## Mangum, Sarah

| | |
|---|---|
| **From:** | Mangum, Sarah |
| **Sent:** | Monday, February 27, 2006 6:10 PM |
| **To:** | Huang, Daphne |
| **Subject:** | FW: Lay out strategy and plan to fulfill court obligations regarding BCPs and Finance Letters |
| **Importance:** | High |

You and I need to attend this. . . I'll explain in the morning.

**From:** Duveneck, Sandra [mailto:Sandra.Duveneck@cdcr.ca.gov]
**Sent:** Monday, February 27, 2006 5:48 PM
**To:** Mangum, Sarah; Farber-Szekrenyi, Peter; Kanan, Renee J.; Keller, Darc; Tilton, Jim; Dubbs, Jill R.; Gelein, Judy; Baker, Karen; Sifuentes, George; Dovey, John; Tilton, James; Dickinson, Kathleen; Jones-Brown, Deborah A.
**Cc:** Woodford, Jeanne S; McGrath, Joe
**Subject:** Lay out strategy and plan to fulfill court obligations regarding BCPs and Finance Letters
**Importance:** High

I have scheduled a 10 meeting tomorrow to work on a hiring and space plan for our various health care lawsuits. I don't have a location yet but will let you know before 10 am. Our BCPs and Finance Letters request positions and modulars for the Perez, Coleman., Plata and Mental Health Infrastructure. We need to work together to ensure we produce a plan which will allow HC to carry out the conditions of the various lawsuits. For example George I need for you to attend to help out with space issues, Judy Gelein to help us determine a hiring plan and someone from John Dovey's shop needs to attend to determine how, if approved, we train and hire about 177 custody Staff.

Our goal tomorrow is to develop a format and a strategy so that we can support our Finance Letters and Baseline Budget proposals.

Sandra Duveneck
Director(A)
Support Services

pHONE:  323-6001        fAX:  442-2637

7/19/2006

01291

## Mangum, Sarah

| | |
|---|---|
| **From:** | Lewis, Janet [Janet.Lewis@cdcr.ca.gov] on behalf of Farber-Szekrenyi, Peter [PFarber-Szekrenyi@cdcr.ca.gov] |
| **Sent:** | Monday, February 27, 2006 6:01 PM |
| **To:** | Tilton, Jim; Mynhier, Yulanda; Kuykendall, William; Kanan, Renee J.; Fishback, Timothy; Tilton, Jim; Duveneck, Sandra; Mangum, Sarah |
| **Subject:** | Follow-up Discussion re Finance Letters |

When: Tuesday, February 28, 2006 10:00 AM-11:00 AM (GMT-08:00) Pacific Time (US & Canada); Tijuana.
Where: TBD

\*~\*~\*~\*~\*~\*~\*~\*~\*~\*

Sandra: Would you please arrange for a conference room for this meeting.  If one is not available we can hold the meeting at 501 J Street.  Thanks!

1

## Mangum, Sarah

**From:** Mangum, Sarah
**Sent:** Tuesday, February 21, 2006 10:10 AM
**To:** David Caffrey
**Subject:** RE: Corrections Projects

915 L Street, 8th Floor Conference Room

Joan and Ken have been there before. See you Wednesday.

---

**From:** David Caffrey [mailto:DCaffrey@cps.ca.gov]
**Sent:** Tuesday, February 21, 2006 10:02 AM
**To:** Mangum, Sarah
**Subject:** RE: Corrections Projects

Sarah - We'll be there. It will be me, Joan Chan, Ken Kobrin and Jeff Mikles. Send me the address/room number so I don't get lost. Thanks - Dave.

-----Original Message-----
**From:** Mangum, Sarah [mailto:Sarah.Mangum@dof.ca.gov]
**Sent:** Tuesday, February 21, 2006 8:27 AM
**To:** David Caffrey
**Cc:** Jerue, Todd; Pimentel, Paula
**Subject:** RE: Corrections Projects

Dave--Todd is also out this week, but I am the one available to talk about this. Wednesday 3 pm will work, I'd also like the analyst on this assignment, Daphne Huang, to attend.

Paula--can you get this on my & Daphne's calendar and find us a room to meet in. Thanks.

**From:** David Caffrey [mailto:DCaffrey@cps.ca.gov]
**Sent:** Sunday, February 19, 2006 10:31 AM
**To:** jimtilton@comcast.net
**Cc:** Jerue, Todd; Mangum, Sarah; Pimentel, Paula
**Subject:** RE: Corrections Projects

Jim - thanks for responding. I spoke to Paula and she told me that you'd be unavailable, so she was going to try to set something for us with with Todd and Sarah.

Todd, Sarah and Paula - can we get together Tuesday or Wednesday afternoon? How about 3pm either day. Let me know. Thanks - Dave.

-----Original Message-----
**From:** jimtilton@comcast.net [mailto:jimtilton@comcast.net]
**Sent:** Saturday, February 18, 2006 11:02 PM
**To:** David Caffrey
**Cc:** Todd.Jerue@dof.ca.gov; Sarah.Mangum@dof.ca.gov
**Subject:** FW: Corrections Projects

Dave,

I will be out of the offive next week. You can contact Todd Jerue and Sarah Mangum of

01293

my staff at 445-8913.

Jim

-------------- Forwarded Message: --------------
From: "Tilton, James" <James.Tilton@dof.ca.gov>
To: "Pimentel, Paula" <Paula.Pimentel@DOF.CA.GOV>,
<jimtilton@comcast.net>
Subject: FW: Corrections Projects
Date: Fri, 17 Feb 2006 18:27:22 +0000

---------------------------------------------

**From:** David Caffrey[SMTP:DCAFFREY@CPS.CA.GOV]
**Sent:** Friday, February 17, 2006 10:27:21 AM
**To:** Tilton, James
**Subject:** Corrections Projects
**Auto forwarded by a Rule**

Hi, Jim - I want to check in with you about the work CPS is being asked to do on behalf of the Health Care Services Division at CDCR. You know we've been working with them the last few weeks in the mental health program area. We've been trying to coordinate with your staff on that project.

The mental health program leadership is talking to us about doing a workload study with a goal of establishing an analytical basis for staffing standards in CDCR institutions.

Simultaneously, the dental program folks have asked CPS to do a similar project in that program.

In both cases, CDCR is looking for the projects to be done by around June 1st.

It seems to us that, setting aside the Federal Court for a moment, the Department of Finance may be the prime audience for the results of these projects. That being the case, we really think it's essential for us to talk to you about them before we go off and do a bunch of work that may or may not be properly targeted. I think you know, as a public agency CPS has no interest in just running the meter on projects if we don't have a good confidence level that we'll be producing something for the client that really addresses issues and accomplishes something.

We really need to spend a little time with you and whatever staff people you'd like to include, so that we can discuss the pragmatic realities of trying to do these projects in three months or so, and get your reaction/guidance/suggestions before we dive into these projects.

Could you give us some time either Tuesday or Wednesday, the 21st or 22nd, to kick this around? I'll bring a couple of our consultants. Any time you can give us will be appreciated.

Please let me know. Thanks - Dave.

PS - I've advised the CDCR folks that I would be trying to connect with you to discuss this.



Ward Safety BCP/ Budget Letter                                                    Page 1 of 1

## Mangum, Sarah

**From:** Mangum, Sarah
**Sent:** Tuesday, January 31, 2006 11:03 AM
**To:** Huang, Daphne
**Subject:** FW: meeting please

Can you go ahead and set this up?  Thanks.

**From:** Fishback, Timothy [mailto:Timothy.Fishback@cdcr.ca.gov]
**Sent:** Tuesday, January 31, 2006 10:47 AM
**To:** Mangum, Sarah; Huang, Daphne
**Cc:** Kanan, Renee J.; Farber-Szekrenyi, Peter
**Subject:** meeting please

Hi Sarah and Daphne,

The CPS consultants and I would like a meeting with you as soon as possible to discuss some ideas.

Thanks,


TIM FISHBACK, M.D.
Chief of Mental Health; Chief Psychiatrist
Division of Correctional Health Care Services
Office:  (916) 324-4881
Fax:     (916) 322-2838

01295

**Theodorovic, Zlatko**

---

**From:**     Horel, Robert [Robert.Horel@yaca.ca.gov]

**Sent:**     Monday, March 28, 2005 12:58 PM

**To:**     Theodorovic, Zlatko

**Subject:** FW: Submission of May Revision Population/Workload Adjustments

FYI - If this is a problem, let me know.

---

**From:** Lewis, David
**Sent:** Monday, March 28, 2005 11:50 AM
**To:** Horel, Robert
**Subject:** RE: Submission of May Revision Population/Workload Adjustments

We have not really discussed all of the issues that were in the letter. The Pop will be ready by April 1. We have not had the discussion of the Mental Health Delivery System FL. They are still at over 500 positions, and I do not know given the discussion that was had with Tom Campbell, if they are going to be at all receptive to that, additionally I have had a hard time getting them to nail down exactly what is needed to comply with current court issues. The proposal is good in that it has better workload than most proposals submitted from here, but I do not knwo if the timing is right. I do not think the Coleman R&R issue will be ready by Friday, as I sense a lot of lingering issues especially with DMH and YA. Staff safety may be ready, but i will need to find out if it is complete. I do not think the maintenance portion is complete yet.

        -----Original Message-----
        **From:** Horel, Robert
        **Sent:** Monday, March 28, 2005 8:17 AM
        **To:** Lewis, David
        **Subject:** FW: Submission of May Revision Population/Workload Adjustments

        Is there anything that will not be ready 4/1?

---

        **From:** Theodorovic, Zlatko [mailto:Zlatko.Theodorovic@dof.ca.gov]
        **Sent:** Sunday, March 27, 2005 5:33 PM
        **To:** Bob Horel
        **Cc:** david.lewis@corr.ca.gov; Jerue, Todd; Jim Martone; Nathan Brady; Huang, Daphne; Mangum, Sarah
        **Subject:** FW: Submission of May Revision Population/Workload Adjustments

        Bob,

        Can you please verify that the Agency will be complying with the timeframes stated below? Since I haven't heard anything since the message sent back in February, I assume were are on track.

        Thanks

        Zlatko

        ---

        **From:** Theodorovic, Zlatko
        **Sent:** Tuesday, February 01, 2005 8:37 AM
        **To:** 'Bob Horel YACA'
        **Cc:** Jerue, Todd; Dave Lewis (E-mail); Huang, Daphne; Mangum, Sarah; Jim Martone; Nathan Brady
        **Subject:** Submission of May Revision Population/Workload Adjustments

        Bob,

        In order to ensure that the Administration has sufficient time to review the various May Revision population/workload adjustments, I believe that we need to receive the documents no later than Friday April 1. We are making this request at

7/19/2006

01296

this time to ensure that the Agency is able to manage the process and associated workload early enough so that this timeframe is met. Adjustments are expected for CDC, BPT and YA.

Every year we have asked for the May Revision population/workload adjustments be submitted April 1, and last year YA was submitted on April 16, CDC was submitted on approximately April 13/14. These submission dates don't provide us the opportunity to complete an appropriate review. I assume that giving 2 months notice for submission is ample for the Agency to comply with the request.

Please let me know if you would like to discuss the timeframe and any concerns/questions you may have.


Zlatko

7/19/2006

01297

## Mangum, Sarah

| From: | Huang, Daphne |
|---|---|
| Sent: | Friday, April 08, 2005 8:01 PM |
| To: | 'Kostiew, Mary'; 'Baker, Karen' |
| Cc: | 'David.Lewis@corr.ca.gov'; 'Robert.Horel@yaca.ca.gov'; Mangum, Sarah; Theodorovic, Zlatko |
| Subject: | Finance's Questions on Coleman MR Finance Letter |

Importance:     High

Attachments:     q|CDC-Coleman MR 05-06.doc



q|CDC-Coleman MR
05-06.doc (30...

i! Mary,

Attached please find the questions from Finance regarding CDC's Coleman MR BCP.  The
deadline for providing response to this questionnaire is Tuesday 4/12 COB.  Thank you.

Daphne Huang
Assistant Finance Budget Analyst
Department of Finance
(916) 445-8913

1

01298

## Huang, Daphne

| | |
|---|---|
| **From:** | Kashiwagi, Colleen [Colleen.Kashiwagi@corr.ca.gov] |
| **Sent:** | Monday, April 11, 2005 10:10 AM |
| **To:** | Smith, Mary |
| **Cc:** | Huang, Daphne |

**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

Mary,
We haven't heard of it before. Do you have a contact person listed that I can call? Thanks,

Colleen

**From:** Smith, Mary [mailto:Mary.Smith@dof.ca.gov]
**Sent:** Monday, April 11, 2005 9:38 AM
**To:** 'Kashiwagi, Colleen'
**Cc:** Huang, Daphne
**Subject:** Coleman - Mental Health Delivery System Finance Letter

Colleen, we just rec'd a FL for Coleman Guidelines to the Mental Health Services Delivery System. The FL requests $42 mill and 547.5 positions. Within the FL is a request for $718,694 for "information technology infrastructure", possibly related to funding requested for the MCMI-III psychological testing and diagnostic clarification system.

There is no other information in the FL related to the IT infrastructure funding request. What is this? Is an FSR in the works?

This FL was submitted for May Revise. I need a response by tomorrow (Tuesday) COB. Call if you have questions.

---

Mary Smith
Office of Technology Review, Oversight, and Security
(916) 445-1777 ext. 3243

01299

## Huang, Daphne

| | |
|---|---|
| **From:** | Foster, Rick [Rick.Foster@corr.ca.gov] |
| **Sent:** | Friday, April 15, 2005 3:40 PM |
| **To:** | Huang, Daphne |
| **Cc:** | Khoury, Nadim; Chaiken, Shama; Baker, Karen; Moss, Priscilla |
| **Subject:** | RE: CDC MR 05-06 Coleman Guidelines Including Costing Sheets |

**Attachments:**    Table of Contents_a.doc; (Sec 1) Overview 6-04 revised again 092704 clean.doc; (Sec 2) Reception Center 6-04 clean-a.doc; (Sec 3) CCCMS 6-04 clean_a.doc; (Sec 4) EOP 6-4clean_a.doc; (Sec 5) MHCB 6-4 revised again 092804 clean.doc; (Sec 6) DMH Inpatient REVISED CCAT 092804 clean.doc; (Sec 7) Ad Seg 6-4 revised 092704 clean.doc; (Sec 8) SHU 6-4clean_a.doc; (Sec 9) PSU 6-4clean_a.doc; (Sec 10) Suicide 9-21 clean.doc

      

Table of     (Sec 1) Overview   (Sec 2) Reception   (Sec 3) CCCMS   (Sec 4) EOP   (Sec 5) MHCB 6-4   (Sec 6) DMH
ntents_a.doc (23 KE  6-04 revised ...   Center 6-04 ...   6-04 clean_a.doc...i-4clean_a.doc (12..   revised again...   npatient REVISED ..

   

(Sec 7) Ad Seg 6-4   (Sec 8) SHU   (Sec 9) PSU   (Sec 10) Suicide
revised 092...   i-4clean_a.doc (96.i-4clean_a.doc (12..   9-21 clean.do...

Hello Daphne, as I mentioned earlier, I am sending the Mental Health Program guidelines.  There is a file/portion titled Glossary of Terms that did not make it to me in time for this email.  I have emailed and requested a second copy and I do anticipate receiving it no later than Monday Morning.  In the meanwhile, here is the files I do have.

Please contact me if you have any questions or concerns.

-----Original Message-----
From: Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Thursday, April 14, 2005 4:29 PM
To: 'Foster, Rick'
Subject: RE: CDC MR 05-06 Coleman Guidelines Including Costing Sheets

This is an old order.  Do you have any recent one that specifically ties to this BCP?  Also, may we have a copy of the "Special Master's Draft Report on Revised Program Guidelines" submitted on April 6 if it's available?  Please also provide the actual revised Guidelines.  Thank you.


- Daphne

-----Original Message-----
From: Foster, Rick [mailto:Rick.Foster@corr.ca.gov]
Sent: Thursday, April 14, 2005 10:00 AM
To: Huang, Daphne
Subject: RE: CDC MR 05-06 Coleman Guidelines Including Costing Sheets

Sure thing.  I have attached the Court Order per your request.

-----Original Message-----
From: Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Wednesday, April 13, 2005 4:56 PM
To: 'Foster, Rick'
Subject: RE: CDC MR 05-06 Coleman Guidelines Including Costing Sheets

Thank you.  Could you please also provide us an actual copy of the Coleman court order that ties to this BCP?

1

01300

- Daphne

-----Original Message-----
From: Foster, Rick [mailto:Rick.Foster@corr.ca.gov]
Sent: Wednesday, April 13, 2005 12:22 PM
To: Huang, Daphne
Cc: Kanan, Renee J.; Khoury, Nadim; Mynhier, Yulanda; Lewis, Janet; McKeever, Doug;
Fishback, Timothy; Chaiken, Shama; Chaiken, Shama; Sallade, Denny; Robinson, Richard;
Sweeney, Kristal; Maple, Scott M.; Barnard, Tanya; Kostiew, Mary; Baker, Karen; Moss,
Priscilla
Subject: FW: CDC MR 05-06 Coleman Guidelines Including Costing Sheets
Importance: High

Hello, as I mentioned yesterday I am sending the costing sheets.  They are titled Coleman-
Fiscal Detail and they are attached.

Please contact me if you have any questions.

Rick Foster
Analyst, Critical Response Unit
(916)  445-5453/Fax: (916) 324-1619
Rick.Foster@corr.ca.gov


-----Original Message-----
From: Foster, Rick
Sent: Tuesday, April 12, 2005 3:22 PM
To: 'Daphne.Huang@dof.ca.gov'
Cc: Kanan, Renee J.; Khoury, Nadim; Mynhier, Yulanda; Lewis, Janet; McKeever, Doug;
Fishback, Timothy; Chaiken, Shama; Sallade, Denny; Robinson, Richard; Sweeney, Kristal;
Maple, Scott M.; Barnard, Tanya; Kostiew, Mary; Baker, Karen; Moss, Priscilla
Subject: RE: CDC MR 05-06 Coleman Guidelines
Importance: High

Hi Daphne, attached are the response and attachments requested by the Dept.
of Finance regarding the Coleman MR BCP.  I am currently waiting for the costing sheets as
mentioned in Question 7.  I will forward the costing sheets as soon as they are received.

Please contact me if you have any questions or concerns.

Rick Foster
Analyst, Critical Response Unit
(916)  445-5453/Fax: (916) 324-1619
Rick.Foster@corr.ca.gov


-----Original Message-----
From: Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Tuesday, April 12, 2005 2:54 PM
To: 'Moss, Priscilla'
Cc: David.Lewis@corr.ca.gov; Robert.Horel@yaca.ca.gov; Karen Baker
(Karen.Baker@corr.ca.gov); 'Barnard, Tanya'; Mangum, Sarah; Theodorovic, Zlatko
Subject: REMINDER: CDC MR 05-06 Coleman Guidelines
Importance: High

Hi! Priscilla,

The response to Coleman Guideline questions is due COB TODAY.  Also, we are wondering if
the CDC is still interested in submitting a Coleman Mental RR BCP for MR?  We have not
received anything as of today.  Our understanding is that the court order specifies the RR
to be included in 05-06 budget - and May Revise may be the last chance to get this
included.  In addition, We have not received the revised Dental BCP according to the
Finance's instructions yet - it's already past due.

Daphne Huang

2

01301

Assistant Finance Budget Analyst
Department of Finance
(916) 445-8913

<<qiCDC-Coleman MR 05-06.doc>>

3

01302

## Huang, Daphne

| From: | Foster, Rick [Rick.Foster@corr.ca.gov] |
|---|---|
| Sent: | Friday, April 15, 2005 3:15 PM |
| To: | Huang, Daphne |
| Subject: | RE: CDC MR 05-06 Coleman Guidelines Including Costing Sheets |

**Attachments:** Rptonfinalprogramguidesexhibit.doc; cvrltrdraftprogramguides.doc; Rptonfinalprogramguides.doc

  

RptonfinalprogramgcvrltrdraftprogramgRptonfinalprogramg
uidesexhibit...      uides.doc (...      uides.doc (6...

Attached is the Special Master's Draft Report.

I am waiting for one more section of the Mental Health Guidelines.
Hopefully I can send them momentarily.

Rick Foster

-----Original Message-----
From: Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Thursday, April 14, 2005 4:29 PM
To: 'Foster, Rick'
Subject: RE: CDC MR 05-06 Coleman Guidelines Including Costing Sheets

This is an old order. Do you have any recent one that specifically ties to this BCP?
Also, may we have a copy of the "Special Master's Draft Report on Revised Program
Guidelines" submitted on April 6 if it's available? Please also provide the actual
revised Guidelines. Thank you.


- Daphne

-----Original Message-----
From: Foster, Rick [mailto:Rick.Foster@corr.ca.gov]
Sent: Thursday, April 14, 2005 10:00 AM
To: Huang, Daphne
Subject: RE: CDC MR 05-06 Coleman Guidelines Including Costing Sheets

Sure thing. I have attached the Court Order per your request.

-----Original Message-----
From: Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Wednesday, April 13, 2005 4:56 PM
To: 'Foster, Rick'
Subject: RE: CDC MR 05-06 Coleman Guidelines Including Costing Sheets

Thank you. Could you please also provide us an actual copy of the Coleman court order
that ties to this BCP?


- Daphne

-----Original Message-----
From: Foster, Rick [mailto:Rick.Foster@corr.ca.gov]
Sent: Wednesday, April 13, 2005 12:22 PM
To: Huang, Daphne
Cc: Kanan, Renee J.; Khoury, Nadim; Mynhier, Yulanda; Lewis, Janet; McKeever, Doug;
Fishback, Timothy; Chaiken, Shama; Chaiken, Shama; Sallade, Denny; Robinson, Richard;
Sweeney, Kristal; Maple, Scott M.; Barnard, Tanya; Kostiew, Mary; Baker, Karen; Moss,
Priscilla

1

01303

Subject: FW: CDC MR 05-06 Coleman Guidelines Including Costing Sheets
Importance: High

Hello, as I mentioned yesterday I am sending the costing sheets. They are titled Coleman-
Fiscal Detail and they are attached.

Please contact me if you have any questions.

Rick Foster
Analyst, Critical Response Unit
(916) 445-5453/Fax: (916) 324-1619
Rick.Foster@corr.ca.gov


-----Original Message-----
From: Foster, Rick
Sent: Tuesday, April 12, 2005 3:22 PM
To: 'Daphne.Huang@dof.ca.gov'
Cc: Kanan, Renee J.; Khoury, Nadim; Mynhier, Yulanda; Lewis, Janet; McKeever, Doug;
Fishback, Timothy; Chaiken, Shama; Sallade, Denny; Robinson, Richard; Sweeney, Kristal;
Maple, Scott M.; Barnard, Tanya; Kostiew, Mary; Baker, Karen; Moss, Priscilla
Subject: RE: CDC MR 05-06 Coleman Guidelines
Importance: High

Hi Daphne, attached are the response and attachments requested by the Dept.
of Finance regarding the Coleman MR BCP. I am currently waiting for the costing sheets as
mentioned in Question 7. I will forward the costing sheets as soon as they are received.

Please contact me if you have any questions or concerns.

Rick Foster
Analyst, Critical Response Unit
(916) 445-5453/Fax: (916) 324-1619
Rick.Foster@corr.ca.gov


-----Original Message-----
From: Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Tuesday, April 12, 2005 2:54 PM
To: 'Moss, Priscilla'
Cc: David.Lewis@corr.ca.gov; Robert.Horel@yaca.ca.gov; Karen Baker
(Karen.Baker@corr.ca.gov); 'Barnard, Tanya'; Mangum, Sarah; Theodorovic, Zlatko
Subject: REMINDER: CDC MR 05-06 Coleman Guidelines
Importance: High

Hi! Priscilla,

The response to Coleman Guideline questions is due COB TODAY. Also, we are wondering if
the CDC is still interested in submitting a Coleman Mental RR BCP for MR? We have not
received anything as of today. Our understanding is that the court order specifies the RR
to be included in 05-06 budget - and May Revise may be the last chance to get this
included. In addition, We have not received the revised Dental BCP according to the
Finance's instructions yet - it's already past due.

Daphne Huang
Assistant Finance Budget Analyst
Department of Finance
(916) 445-8913


 <<qiCDC-Coleman MR 05-06.doc>>


2

## Huang, Daphne

| | |
|---|---|
| **From:** | Foster, Rick [Rick.Foster@corr.ca.gov] |
| **Sent:** | Monday, April 18, 2005 3:39 PM |
| **To:** | Huang, Daphne |
| **Subject:** | RE: CDC MR 05-06 Coleman Guidelines Including Costing Sheets |
| **Attachments:** | Glossary of Terms.pdf |

Here is the final attachment that I mentioned on Friday regarding the Mental Health Guidelines. It is the Glossary of Terms. <<Glossary of Terms.pdf>>

**Rick Foster**
Analyst, Critical Response Unit
(916) 445-5453/Fax: (916) 324-1619
Rick.Foster@corr.ca.gov

01305

## Huang, Daphne

**From:** Smith, Mary

**Sent:** Friday, April 22, 2005 9:56 AM

**To:** Huang, Daphne

**Subject:** FW: Coleman - Mental Health Delivery System Finance Letter

FYI: I'm still trying to get more information re the laptops. With the response to this question (below), I should be able to complete my analysis (assuming no big surprises turn up) and get it to you soon.

**From:** Smith, Mary
**Sent:** Friday, April 22, 2005 9:44 AM
**To:** 'Kashiwagi, Colleen'
**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

This is very helpful. Can you also explain what the clinicians will do with the documents created in the laptops after they finish entering the information? For example, will the documents be uploaded into another computer (such as desktop, server), printed and filed, etc? Since the laptops are shared, I assume that the documents created will not reside permanently on the laptops, but will have to be moved to a permanent storage somewhere. Please describe the planned process for using the laptops.

**From:** Kashiwagi, Colleen [mailto:Colleen.Kashiwagi@corr.ca.gov]
**Sent:** Thursday, April 21, 2005 11:01 AM
**To:** Smith, Mary
**Cc:** Baker, Karen; Barnard, Tanya; Kostiew, Mary; Labonte, Diana
**Subject:** FW: Coleman - Mental Health Delivery System Finance Letter

Mary,
Below is the response to your question on the Coleman Finance Letter.

*Colleen Kashiwagi*

Colleen Kashiwagi
Project Management Office
Information Systems Division
California Department of Corrections
(916) 358-2069

**From:** Chaiken, Shama
**Sent:** Thursday, April 21, 2005 8:40 AM
**To:** Kashiwagi, Colleen; Mendonca, Cherylann
**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

The laptops are for use in Interdisciplinary Team Meetings, so that clinicians can fill out quarterly review paperwork (which updates the treatment plan), write Interdisciplinary Progress Notes, and generate chronos. The progress note must include the names of all the staff in the IDTT (at EOP level of care, this can be around 20 staff). The finance letter explains why it is critical to make all duties associated with the IDTT as efficient as possible.

Quarterly reviews and Progress Notes can be written in Word format, and do not require any additional software.

7/19/2006

01306

No work study was completed, but here is my expert opinion. I have participated in IDTT for 10 years as both a clinician and a supervisor. I have handwritten most notes, or taken notes back to my desktop computer to later type. I estimate that writing a new Quarterly review each time by hand takes approximately 30 minutes, while updating a previous Quarterly review takes 5 minutes. I estimate that writing out the names of each team member on each note takes an additional 5 minutes per case, and the use of the laptops eliminates this extra 5 minutes of work. Chronos need to be generated in triplicate. Right now, clinicians either write out each chrono three times, or use carbon paper. This takes approximately 10 minutes per case. Use of laptops would reduce this task to about 2 minutes per case.

The request was 1 laptop for each 5 clinicians, assuming that they could be shared for use in IDTT. Currently, I know of no standardized allocation or specific funding of laptops for clinicians.

The question of whether laptops can replace desktop computers is a matter of comfort. I think clinicians generally prefer to use a desktop computer with a full keyboard when sitting at their desks. I understand the argument that the laptops could replace some of the desktop computers, though the intention was that they will be shared among clinicians in the same IDTT.

Shama Chaiken, Ph.D.
Chief Psychologist, Health Care Services Division
California Department of Corrections
(916) 445-4508

     -----Original Message-----
     **From:** Smith, Mary [mailto:Mary.Smith@dof.ca.gov]
     **Sent:** Wednesday, April 20, 2005 2:47 PM
     **To:** 'Kashiwagi, Colleen'
     **Cc:** Huang, Daphne
     **Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

     I meant to ask to clarify why the laptops don't replace PCs needed for new positions. However, I now see that this part of the Finance Letter is not clear. I made the assumption that these were for the new positions because of the nature of the rest of the funding request. Since I now understand that that isn't necessarily so, my questions are broader. Where do the laptops fit in with the other parts of the Finance Letter, if at all? Why 159? The description below seems to be that the laptops are for automating current manually completed forms (Using what software? Is there a database? Is this related to an IT project?), but there is no information in the Finance Letter to explain this. Is there a workload analysis and time/cost savings to justify the purchase? How many laptops does the MHSDS have now? Are these to replace existing laptops and, if so, why isn't the funding in the current budget?

     I thank you for your help in getting answers/clarification.

     **From:** Kashiwagi, Colleen [mailto:Colleen.Kashiwagi@corr.ca.gov]
     **Sent:** Wednesday, April 20, 2005 1:46 PM
     **To:** Smith, Mary
     **Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

     Hi Mary,
     Scrolling down in this email, Dr. Chaiken mentioned that the laptops do not replace PCs for new staff. However, I'll ask her regarding your questions below. Thanks,

     Colleen

     **From:** Smith, Mary [mailto:Mary.Smith@dof.ca.gov]
     **Sent:** Wednesday, April 20, 2005 1:43 PM
     **To:** 'Kashiwagi, Colleen'
     **Cc:** 'Labonte, Diana'; Huang, Daphne

01307

**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

Colleen, my question below assumes that the 159 laptops are directly related to the new positions requested. Upon further review of the Finance Letter, I see that this is not actually spelled out. Can you confirm if the laptops are intended only for the new positions? If so, for which positions, specifically? How did the CDC determine the number of laptops needed? If any are for existing positions, please explain. Thanks.

---

**From:** Smith, Mary
**Sent:** Wednesday, April 20, 2005 10:36 AM
**To:** 'Kashiwagi, Colleen'
**Cc:** Labonte, Diana; Huang, Daphne
**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

Colleen, I need to confirm that the 159 laptops can be used for the purposes described below as well as in lieu of the standard desktop; i.e., the laptop can be used to connect to whatever LAN (for e-mail and such) at the desk and that the new staff do not need two computers. If the new staff require both computers, please provide a justification for such. Call if you have questions.

---

**From:** Kashiwagi, Colleen [mailto:Colleen.Kashiwagi@corr.ca.gov]
**Sent:** Thursday, April 14, 2005 12:18 PM
**To:** Smith, Mary
**Cc:** Labonte, Diana
**Subject:** FW: Coleman - Mental Health Delivery System Finance Letter

Mary,
Information as per your request.

Colleen

---

**From:** Chaiken, Shama
**Sent:** Thursday, April 14, 2005 11:57 AM
**To:** Kashiwagi, Colleen
**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

Psychiatrists, Psychologists, and Social Workers, as well as Supervisors of these classifications will use the laptops to enter clinical data into forms required for documentation in the Unit Health Record, and to track and audit compliance. These will generally be used in ASU as well as PSU and SHU settings because most rooms in these areas used for team meetings and inmate interviews do not have computers. In this way, quarterly reviews and treatment plans can be updated without filling out an entirely new form, IDTT decisions can be documented for the UHR without writing out the names off all team members in attendance (and can be updated similarly) and chronos can be generated in triplicate without writing them out three times or using carbon versions (copies of chronos are required for the inmate, UHR, and Central File).

Shama Chaiken, Ph.D.
Chief Psychologist, Health Care Services Division
California Department of Corrections
(916) 445-4508

-----Original Message-----
**From:** Kashiwagi, Colleen
**Sent:** Thursday, April 14, 2005 10:54 AM
**To:** Chaiken, Shama; Mendonca, Cherylann
**Subject:** FW: Coleman - Mental Health Delivery System Finance Letter

01308

Hi Dr. Chaiken and Cherylann,
Please see request for additional information below. Thanks,

Colleen

**From:** Smith, Mary [mailto:Mary.Smith@dof.ca.gov]
**Sent:** Thursday, April 14, 2005 10:08 AM
**To:** 'Kashiwagi, Colleen'
**Cc:** Labonte, Diana; Huang, Daphne
**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

We need to know exactly the justification for the 159 laptops in addition to the standard desktops, including which specific staff will be using them for what purpose.

**From:** Kashiwagi, Colleen [mailto:Colleen.Kashiwagi@corr.ca.gov]
**Sent:** Thursday, April 14, 2005 9:53 AM
**To:** Smith, Mary
**Cc:** Labonte, Diana
**Subject:** FW: Coleman - Mental Health Delivery System Finance Letter

Mary,
Unfortunately, this does not look like it replaces standard desktop complement. Please let us know if there is anything else we can do. Thanks,

## Colleen Kashiwagi

Colleen Kashiwagi
Project Management Office
Information Systems Division
(916) 358-2069

**From:** Chaiken, Shama
**Sent:** Thursday, April 14, 2005 8:02 AM
**To:** Kashiwagi, Colleen
**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

Money for PCs is included in the cost of new staff. The laptops will not replace the need for the PCs.

Shama Chaiken, Ph.D.
Chief Psychologist, Health Care Services Division
California Department of Corrections
(916) 445-4508

-----Original Message-----
**From:** Kashiwagi, Colleen
**Sent:** Wednesday, April 13, 2005 4:50 PM
**To:** Chaiken, Shama; Mendonca, Cherylann; Kostiew, Mary
**Cc:** Sallade, Denny; Quezada, Judy; Labonte, Diana
**Subject:** FW: Coleman - Mental Health Delivery System Finance Letter

Hi all,
Do you know if money for PCs is included in the positions? Is the laptop in place of a PC
for the staff? Thanks,

Colleen

---

**From:** Smith, Mary [mailto:Mary.Smith@dof.ca.gov]
**Sent:** Wednesday, April 13, 2005 3:48 PM
**To:** 'Kashiwagi, Colleen'
**Cc:** Labonte, Diana; Huang, Daphne
**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

Desktop and mobile computing policy only applies if there is not a budget action, so the
funding request puts it outside of that policy. I need to know if it is a substitute for a
standard desktop compliment. If the staff would have both the laptop and the desktop,
then it would have to be justified.

---

**From:** Kashiwagi, Colleen [mailto:Colleen.Kashiwagi@corr.ca.gov]
**Sent:** Wednesday, April 13, 2005 3:47 PM
**To:** Smith, Mary
**Cc:** Labonte, Diana
**Subject:** FW: Coleman - Mental Health Delivery System Finance Letter

Hi Mary,
Dr. Chaiken tells me that the laptops are for staff only. They would use the laptops to
complete word documents and forms for interdisciplinary meetings and individual
sessions with inmates. This sounds to me like it would be under mobile and desktop
computing. What do you think?

# Colleen Kashiwagi

Colleen Kashiwagi
Project Management Office
Information Systems Division
(916) 358-2069

**From:** Smith, Mary [mailto:Mary.Smith@dof.ca.gov]
**Sent:** Tuesday, April 12, 2005 4:44 PM
**To:** 'Kashiwagi, Colleen'
**Cc:** Emert, Sandra; Labonte, Diana; Baker, Karen; Huang, Daphne
**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

The FL and the response do not include sufficient information to support the funding
request for this IT project. I suspect because there are one or more servers involved and
updates to the IT infrastructure that there is an IT project here that requires an FSR.
There is way too little information here and in the FL to provide a recommendation to
support the request. The attachment explains what the software does (is this
marketing from the vendor?) but explains nothing about the size, scope, and objectives of
the project for both one-time and ongoing support activities, resources required to
implement and maintain the system, how the CDC determined the costs of the project,
etc. This is information typically provided in the form of an FSR.
Given the short timeframe for the May Revise, I'm not sure what can be done on CDC's
side to resolve this problem in time. Please let me know if you have any suggestions.

**From:** Kashiwagi, Colleen [mailto:Colleen.Kashiwagi@corr.ca.gov]

01310

**Sent:** Tuesday, April 12, 2005 4:29 PM
**To:** Smith, Mary
**Cc:** Emert, Sandra; Labonte, Diana; Baker, Karen
**Subject:** FW: Coleman - Mental Health Delivery System Finance Letter

Mary,
Below is the response to your questions submitted by Health Care Division. Thanks,

## Colleen Kashiwagi

Colleen Kashiwagi
Project Management Office
Information Systems Division
California Department of Corrections
(916) 358-2069

The MMPI-III is software that is developed by Pearson Assessments. They have a
website "www.pearsonassessments.com". The software will not require modifications for
our use. The technology infrastructure includes computers that inmates will use to
answer the questionnaire, and one server at each Reception Center.

### Question 6:

**Please provide more studies and data related to the MCMI-III system
proposed to screen and diagnose patients in RCs. Also, since there
is an IT infrastructure associated with this diagnostic system, has
there ever been any report submitted to OTROS for review?**

### RESPONSE:

See Attachment C - "MCMI-III Test in Corrections Settings." Provision of a
system for objective assessment of mental health needs and related custody
factors has recently become a priority of the CDC. The request was submitted in
this Finance Letter without submission to OTROS for review. This diagnostic
system can be used in a pencil and paper format, but the annual cost is higher and
the staff time is more intensive to use this format.

**From:** Kashiwagi, Colleen
**Sent:** Monday, April 11, 2005 10:55 AM
**To:** Chaiken, Shama; Mendonca, Diana
**Subject:** FW: Coleman - Mental Health Delivery System Finance Letter

Dr. Chaiken and Ms. Mendonca,
Please respond to the additional questions below by COB Tuesday. Thank you.

## Colleen Kashiwagi

Colleen Kashiwagi
Project Management Office
Information Systems Division
(916) 358-2069

7/19/2006

**From:** Smith, Mary [mailto:Mary.Smith@dof.ca.gov]
**Sent:** Monday, April 11, 2005 9:44 AM
**To:** 'Kashiwagi, Colleen'
**Cc:** Huang, Daphne
**Subject:** RE: Coleman - Mental Health Delivery System Finance Letter

Colleen, please also see if you can find out about the MCMI-III system to be used. The FL requests one-time funding of $443,967 and $402,500 ongoing for the "use" of that system. It appears to be an IT project that will need an FSR.

---

**From:** Smith, Mary
**Sent:** Monday, April 11, 2005 9:38 AM
**To:** 'Kashiwagi, Colleen'
**Cc:** Huang, Daphne
**Subject:** Coleman - Mental Health Delivery System Finance Letter

Colleen, we just rec'd a FL for Coleman Guidelines to the Mental Health Services Delivery System. The FL requests $42 mill and 547.5 positions. Within the FL is a request for $718,694 for "information technology infrastructure", possibly related to funding requested for the MCMI-III psychological testing and diagnostic clarification system.

There is no other information in the FL related to the IT infrastructure funding request. What is this? Is an FSR in the works?

This FL was submitted for May Revise. I need a response by tomorrow (Tuesday) COB. Call if you have questions.

---

Mary Smith
Office of Technology Review, Oversight, and Security
(916) 445-1777 ext. 3243

01312

## Huang, Daphne

| From: | Smith, Mary |
| To: | Huang, Daphne |
| Sent: | Tuesday, April 26, 2005 11:37 AM |
| Subject: | Coleman BCP - IT |

**Attachments:**    CDC_ColemanMH_BCP_2005-277B.doc

Attached is my analysis for the Coleman MH BCP.  Signed hardcopy will be to you soon.

CDC_ColemanMH_B
CP_2005-277B.do...

Mary Smith
Office of Technology Review, Oversight, and Security
(916) 445-1777 ext. 3243

1

01313

**BCP Analysis**

| | | | |
|---|---|---|---|
| **OTROS Mgr:** | Mary Smith | **Dept. Acronym:** | CDC |
| **Date Doc Rec'd** | 4/12/3005 | **Project No:** | N/A |
| | | **Log No.:** | 2005-277 |

Reviewed By: _____ Date: _____

| Dept. Name | Department of Corrections | | |
|---|---|---|---|
| **Project/Issue** | Coleman Guidelines to the Mental Health Services Delivery System | | |
| **Issue Number** | HCSD | | |
| **Total Request:** | **Fiscal Year** | **Amount Requested** | **PYs/Pos. Requested** |
| | 2005-06 | $42,269,000 | 527.5 PYs / 547.5 Pos. |
| | 2006-07 | Not specified | 296.1 Additional Pos. |
| **IT Request:** | **Fiscal Year** | **IT Amount Requested** | **PYs/Pos. Requested** |
| | 2005-06 | $1,787,761 | None |

| Fund Source | (check all that apply) ☒ GF ☐ SF ☐ Reimb ☐ Fed |
|---|---|
| **Funding Desc.** | |

| Proposal Description: | The CDC requests funding and positions associated with costs for new Mental Health Services Delivery System (MHSDS) guidelines to be implemented by July 1, 2005 based on the court case, Coleman v. Schwarzenegger, et al (Coleman). |
|---|---|
| | The information technology (IT) components of this proposal are as follows: (1) $222,600 for 159 laptops, (2) $443,967 one-time and $402,500 for ongoing costs for the use of the Millon Clinical Multiaxial Inventory – III (MCMI-III) psychological testing and diagnostic clarification system, and (3) $718,694 for IT infrastructure. |

| OTROS Recommendation: | ☐ Approve ☒ Approve In Part ☐ Disapprove |
|---|---|
| | ☐ Approve Pending: |

**Issues/Conditions for Recommendation:**

The one-time justification for $222,600 for 159 laptops appears reasonable. The number of laptops purchased should be adjusted proportionately if the number of new staff is changed from the number requested or spread out over multiple fiscal years.

OTROS recommends disapproval of $1,565,161 for the MCMI-III system and IT infrastructure. If the CDC chooses to submit an FSR to Finance at a later time, a funding request can be revisited at that time.

**Background/History:**

The Coleman case was filed contending that the CDC was violating the Eighth and Fourteenth Amendments of the United States Constitution by providing inadequate mental health care to inmates throughout the prison system. In 1997, the MHSDS was established and preliminary inmate mental health program guidelines were created. The CDC reports that those guidelines now need to be adjusted as the program encompasses continuing litigation.

The primary goal supported by the funding request is to implement the revised MHSDS Program Guides to meet court ordered requirements to provide constitutionally adequate mental health treatment to inmates. Implementation of the MHSDS Program Guides, as well as policies and procedures regarding mental health quality management, are expected to result in the reduction of costs associated with the Coleman case.

**OTROS Analysis:**

01314

In addition to the 547.5 clinical positions requested, the CDC requests funding for IT in two areas. The first is a request for 159 laptops for unspecified new positions. The second is for an IT project.

**Laptops:** Revised MHSDS procedures for the Interdisciplinary Treatment Team (IDTT) will result in doubling the amount of time required for clinical staff participating in the IDTT, including the documentation required. The CDC proposes the use of the laptops to help reduce the time required to manually complete forms and progress notes.

The CDC proposes that psychiatrists, psychologists, and social workers, as well as supervisors of these classifications, use shared laptops to enter clinical data into forms required for documentation in the Unit Health Record (UHR) and to track audit compliance. These will generally be used in Administrative Segregation Unit, Psychiatric Services Unit, and Security Housing Unit settings because most rooms in these areas used for team meetings and inmate interviews do not have computers. In this way, quarterly reviews and treatment plans can be updated without filling out a new form, decisions can be documented for the UHR without writing out the names of all team members in attendance (approximately 20 staff) and chronologies can be generated in triplicate without writing them out three times or using carbon versions. Clinicians can fill out quarterly review paperwork (which updates the treatment plan), write Interdisciplinary Progress Notes, and generate chronologies. These can all be completed using Microsoft Word; no additional software will be needed. The forms will be saved to disk, printed, and placed into the UHR. Chronologies will be distributed to the inmate and the central file. No documents will be permanently saved onto laptops. Keeping clinical records separate from the UHR - that are not copies of information in the UHR - is not legal.

The number of laptops needed was determined using a ratio of one laptop for every five staff. Should the number of staff requested be revised, the number of laptops should be revised proportionately. The laptops will not replace the need for the standard complement desktop computers.

**MCMI-III Project:** The CDC reports that provision of a system for objective assessment of mental health needs and related custody factors has recently become a priority of the CDC. The CDC requests funding for the MCMI-III diagnostic system, including funding for "IT infrastructure".

The MCMI-III is a personality test that can be administered in approximately 30 minutes, either individually or in a group setting. The test is reported to be a valid and reliable diagnostic tool to assist in objectively triaging patients for immediate mental health needs, determining mental health diagnosis, as well as predicting future need for mental health intervention. The test may also be used to predict reaction to authority, escape risk, sexual predation/victimization, disposition to malinger, response to crowding or isolation, suicidal tendencies, and amenability to treatment.

The use of the MCMI-III test, along with a computer-generated report of results, is proposed for use at Reception Centers for all newly arriving inmates who have a positive mental health screening indicator (approximately 20,000 inmates per year). The CDC states that the use of the test is expected to reduce overall mental health program costs.

The CDC has not submitted a Feasibility Study Report (FSR) to Finance for this project. The CDC's Project Management Office informed OTROS that the MHSDS did not know that an FSR was required and that there are no current plans to conduct a feasibility study. When OTROS

requested additional information to describe the project, the CDC responded with a two-page article on the MCMI-III test entitled *Five-year Study Lays Foundation for Innovative Corrections Management Strategies,* which describes the origin and purpose of the MCMI-III psychological test for inmates.

Also in response to OTROS' request for additional information, the CDC provided a link to a Web site for the tests (www.pearsonassessments.com) which offers the requested commercial-off-the-shelf software in desktop and network versions, as well as materials for the pencil and paper versions of the test. The CDC indicates that there are no plans to modify the software. A perusal of the Web site resulted in insufficient information provided to evaluate the proposed project.

The MCMI-III diagnostic system can be used in a pencil and paper format, but the CDC states that the annual cost is higher and the staff time is more intensive. No time and cost comparisons were provided.

Regarding the technology infrastructure, the CDC reports only that this request includes computers that inmates will use to answer the MCMI-III questionnaire and one server at each Reception Center.

Because the funding request includes unspecified IT infrastructure requirements, and the request does not conform to the Desktop and Mobile Computing Policy (State Administrative Manual Sections 4989 through 4989.3), in part because a budget action is requested, and also because the proposal indicates use of a database, OTROS believes that this IT project is reportable to Finance via an FSR.

There is insufficient information provided in the Finance Letter and in the responses to OTROS' questions with which to fully evaluate this portion of the CDC's funding request. The additional information needed is typically provided in an FSR, which has not been submitted and is not currently planned to be completed by the CDC. Therefore, OTROS recommends disapproval of the request for $1,565,161 to implement the system.

## Huang, Daphne

| | |
|---|---|
| **From:** | Le, Quan [Quan.Le@corr.ca.gov] |
| **Sent:** | Wednesday, April 27, 2005 1:26 PM |
| **To:** | Huang, Daphne |
| **Subject:** | Instructions to CDC for MR BCP: Coleman Guidelines |

**Importance:** High

Hi Daphne,

I need some clarification: for the Coleman BCP, do you want CDC to
re-write the BCP to include only the approved portion of the BCP (the
first bullet)?    Thank you.

### Instructions to CDC for MR BCP: Coleman Guidelines

- o $4,521,465 General Fund and 55.7 field positions to address the March 7, 2005 *Coleman* court order that required implementation of the Guidelines in the ASU and SHU at CSP Corcoran.
- o This should not include the MCMI-III system and its IT infrastructure, which are not approved.

-----Original Message-----
From: Huang, Daphne [mailto:Daphne.Huang@dof.ca.gov]
Sent: Wednesday, April 27, 2005 11:55 AM
To: 'Karen Baker'; 'Maple, Scott M.'; 'Barnard, Tanya'; ''Kristal
Sweeney'; 'Kostiew, Mary'
Cc: 'David.Lewis@corr.ca.gov'; 'Robert.Horel@yaca.ca.gov'; Mangum,
Sarah
Subject: MR BCP Revision Instructions for Health Care Related Issues
from Finance
Importance: High


The decision has been made regarding the MR proposals in the Finance.
Attached please find the detail information regarding these decisions
and the instructions to revise your BCPs.    Please note the deadline
for the costing details is today April 27 COB.    The absolute deadline
for the completed revised BCPs is Tuesday May 3, 2005.    Thank you.
Please let me know if you have any question.

Daphne Huang
Finance Budget Analyst
Department of Finance

01317

Instructions to CDC for MR BCP: Coleman Guidelines

(916) 445-8913

01318

## Huang, Daphne

| From: | Maple, Scott M. [Scott.Maple@corr.ca.gov] |
|-------|-------------------------------------------|
| Sent: | Tuesday, May 10, 2005 12:01 PM |
| To: | Huang, Daphne |
| Cc: | Sweeney, Kristal |
| Subject: | Coleman R&R |

**Attachments:** Coleman RR MH CLASSES 5-3-05.doc

Here is Coleman R&R draft:

<<Coleman RR MH CLASSES 5-3-05.doc>>

01319

Department of Corrections
Coleman Guidelines to the Mental Health Services Delivery System
2005-06 May Revise Finance Letter
Finance's Questions and Issues – April 8, 2005
(Updated 4/11/2005)

1. In CDC's previous discussion with the Finance, we are under the impression that this Coleman proposal is going to only address the paragraphs 8-10 of the Coleman Court Order based on the special master's 14th monitoring report. The Court Order specifically orders the CDC to request funding in the 05-06 budget to fund sufficient staffing at CSP/Corcoran, as well as to take necessary steps to ensure adequate staffing and programming space in the hub units at CSP/Corcoran, San Quentin, and R.J.Donovan for the EOP? However, the request in this BCP seems to be a grander scale of implementation of the new MHSDS guidelines in facilities statewide. Please provide explanation. In addition, this proposal may not necessarily address the urgent requirements specified in this court order – for example, this BCP does not address the programming space problem in the three institutions specified in this Court Order since no Capital Outlay proposal has been written.

2. Please provide the information which institutions will be impacted with the staffing requested in this BCP. Be specific.

3. Apparently many classifications requested in this BCP are not based on workload studies; instead, they are requested to match several ratio requirements. Please provide information (i.e. regulations or authorities) regarding the ratios this BCP used to justify the requested PYs for all classifications.

4. What are the populations of all categories of the mentally ill inmates the calculations in this BCP based on?

5. Please provide information on current vacancy rate for all the classifications requested.

6. Please provide more studies and data related to the MCMI-III system proposed to screen and diagnose patients in RCs. Also, since there is an IT infrastructure associated with this diagnostic system, has there ever been any report submitted to OTROS for review?

7. This BCP does not include detail costing sheets that are normally placed in CDC's BCPs as pages 2-5, following the face sheet but before the narratives. Please provide costing sheets.

8. What's the function of the golf carts requested? Why 14 are needed?

9. There are many types of equipment requested in this BCP without justifications or explanation. Why X number of Y machine is being requested? The numbers seem to be arbitrary unless further information can be provided.

10. There will be a significant capital outlay impact by this proposal, but the Capital Outlay proposal has not been written yet. Assuming this proposal is approved and the

implementation is effective on July 1, 2005 – is there going top be space and treatment area for these new additions?

11. Please provide all court orders that are tied to the requested components in this BCP.

| Number of PSN | Classification | General Expense | Printing | Communications | Travel | Training | *Equipment | Other Items | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 12.9 | Psych Techs | 3,005 | 206 | 13 | 2,593 | 1,135 | | | 6,952 |
| 1.0 | Med Transcriber | 236 | 16 | 1 | 201 | 88 | 4,326 | | 4,868 |
| 0.8 | OA | 189 | 13 | 1 | 161 | 70 | 3,461 | | 3,895 |
| 1.2 | OT | 260 | 18 | 1 | 221 | 97 | 5,192 | | 5,789 |
| 0.5 | OSSI | 118 | 8 | 1 | 101 | 44 | 2,253 | | 2,525 |
| 4.4 | Psyc Soc Wkr | 991 | 67 | 4 | 844 | 370 | 19,830 | | 22,106 |
| 5.3 | Staff Psychiatrist | 1,180 | 80 | 5 | 1,005 | 440 | 27,139 | | 29,849 |
| 12.2 | Psychologist | 2,738 | 186 | 12 | 2,332 | 1,021 | 62,470 | | 68,759 |
| 4.1 | Rec Therapist | 920 | 62 | 4 | 784 | 343 | 4,136 | | 6,249 |
| 3.1 | Reg Nurse | 732 | 50 | 3 | 623 | 273 | 704 | 775 | 3,160 |
| 1.8 | Sup Psych Soc Wkr | 401 | 27 | 2 | 342 | 150 | 9,217 | | 10,139 |
| 4.0 | Sr Psych Tech | 897 | 61 | 4 | 764 | 334 | 4,036 | | 6,096 |
| 51.3 | | $11,667 | $794 | $51 | $9,971 | $4,365 | $142,764 | $775 | $170,387 |

* Equipement for newly established postions are a one time cost.



## Maple, Scott

| From: | Maple, Scott |
|---|---|
| Sent: | Wednesday, July 19, 2006 2:20 PM |
| To: | Sweeney, Kristal |
| Subject: | FW: Coleman Finance Letter |

**Importance:**   High

**Attachments:**   MH FL with DOF changes 041406 rev2.doc; Copy of DOF facesheet-MHSDS 041406.doc

| From: | Maple, Scott |
|---|---|
| Sent: | Friday, April 14, 2006 6:57 PM |
| To: | 'Mangum, Sarah' |
| Cc: | Johnson, Tracy; Jones-Brown, Deborah; Sweeney, Kristal; Grader, Lindsay; Barnard, Tanya; Bosnick, Lucille |
| Subject: | Coleman Finance Letter |
| Importance: | High |

Hi Sarah,

Attached are e-versions of the Coleman finance letter and the DOF face page. The narrative has been changed to reflect the changes you requested in the attachments. Unfortunately we do not have e-versions of the attachments. Hard copies of the attachments will be delivered to you Monday morning.

   

MH FL with DOF   Copy of DOF
changes 041406 ....cesheet-MHSDS 04.

Please note, when you open up the narrative, you will need to change the document from "final showing markup" to "final".

If you have any questions, please call me.

Scott Maple
Staff Services Manager I
Budget Management Branch
916-341-6932

1

01323

STATE OF CALIFORNIA
FINANCE LETTER - COVER SHEET
FOR FISCAL YEAR 2006/07
DF-46 (WORD Version)(REV 01/06)
*Please report dollars in thousands.*

Department of Finance
915 L Street
Sacramento, CA  95814
IMS Mail Code: A-15

| BCP # | PRIORITY NO. | ORG. CODE 5225 | DEPARTMENT Corrections and Rehabilitation |
|---|---|---|---|
| PROGRAM 50 | ELEMENT .30, .50 | COMPONENT | |

TITLE OF PROPOSED CHANGE
Mental Health Program

SUMMARY OF PROPOSED CHANGES
The California Department of Corrections and Rehabilitation (CDCR) Division of Correctional Health Care Services (DCHCS) is requesting $21.9 million to establish 254.6 positions and associated costs in 2006/07 to providing timely, cost-effective mental health services for seriously mentally disordered inmates and parolees.  Proper screening and treatment of mental illness is the most effective way to reduce inmate-patients' potential for violence and associated costs.  This Finance Letter (FL) addresses the minimum necessary field and headquarters staffing required for compliance with *Coleman* court orders mandated by the Court Special Master.

|  | Current Year | Budget Year |
|---|---|---|
| POS | 0.0 | 254.6 |
| PY's | 0.0 | 216.5 |
| $$ | $ 0.0 | $21,909 |

| REQUIRES LEGISLATION | CODE SECTION(S) TO BE AMENDED/ADDED | BUDGET IMPACT—PROVIDE LIST AND MARK IF APPLICABLE |
|---|---|---|
| ☐ YES ☒ NO | | ☒ ONE-TIME COST ☐ FUTURE SAVINGS ☒ FULL-YEAR COSTS ☐ REVENUE ☒ FACILITIES/CAPITAL COSTS |

| PREPARED BY Shama Chaiken 445-4114 | DATE 2/7/06 | REVIEWED BY L. Bosnick | DATE 4/3/06 |
|---|---|---|---|
| DEPARTMENT DIRECTOR | DATE | AGENCY SECRETARY | DATE |

DOES THIS BCP CONTAIN INFORMATION TECHNOLOGY (IT) COMPONENTS?    YES ☐  OR  NO ☐
IF YES, DEPARTMENT CHIEF INFORMATION OFFICER SIGNATURE          DATE

FOR IT REQUESTS, SPECIFY THE DATE SPECIAL PROJECT REPORT (SPR) OR FEASIBILITY STUDY REPORT (FSR) WAS APPROVED BY THE DEPARTMENT OF FINANCE.

DATE     PROJECT #          FSR ☐     OR     SPR ☐

IF PROPOSAL AFFECTS ANOTHER DEPARTMENT, DOES OTHER DEPARTMENT CONCUR WITH PROPOSAL?

☐ YES     ☐ NO          ATTACH COMMENTS OF AFFECTED DEPARTMENT, SIGNED AND DATED BY THE DEPARTMENT DIRECTOR OR DESIGNEE.

DEPARTMENT OF FINANCE ANALYST USE
(ADDITIONAL REVIEW)

CAPITAL OUTLAY ☐     OTROS ☐     FSCU ☐     OSAE ☐     CALSTARS ☐

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**FINANCE LETTER**
**FISCAL YEAR (FY) 2006/07**

**INSTITUTION/DIVISION:** Division of Correctional Health Care Services     **NUMBER:**
**TITLE:** Mental Health Program

## A. NATURE OF REQUEST

In 1995, a federal class action lawsuit (*Coleman v. Schwarzenegger*) found that the California Department of Corrections and Rehabilitation (CDCR) violated the Eighth and Fourteenth Amendments by being deliberately indifferent to the mental health needs of inmates. The CDCR, Division of Correctional Health Care Services (DCHCS), Mental Health Program (MHP) at Headquarters, and the institutional Mental Health Services Delivery System (MHSDS) intend through this proposal to comply with the *Coleman* court's orders (see Attachment 1).

The CDCR DCHCS mission is to protect the health and safety of the public and CDCR staff by providing timely, cost-effective mental health services for seriously mentally disordered inmates and parolees. Proper screening and treatment of mental illness is the most effective way to reduce inmate-patient potential for violence and its associated costs. CDCR DCHCS MHSDS most critical areas of service delivery which are in need of immediate staffing are: Administrative Segregation Unit, Correctional Clinical Case Management System (ADSEG-CCCMS); Security Housing Unit, Correctional Clinical Case Management System (SHU-CCCMS); Administrative Segregation Unit, Enhanced Outpatient Program (ADSEG-EOP); Mental Health Outpatient Housing (MH-OHU), and Mental Health Reception Centers (RC).

This Finance Letter (FL) addresses the minimum necessary Headquarters staffing for compliance with the Special Master's recommendations, which are currently being adopted as final orders by the *Coleman* court. This FL also addresses the 1999 and 2001 *Coleman* court orders regarding staffing of the ADSEG-CCCMS program and requests assistance in filling the growing psychiatry vacancies.

Review of current recruitment and program needs and requirements has led DCHCS to conclude that the most effective and efficient method of confronting the critical staffing shortage is to focus on meeting the staffing mandates of the 1999 and 2001 court orders and attacking current vacancies. While resolving these issues, the proposed workload study will determine the staffing needs of the 2006 MHSDS Revised Program Guide (see Attachment 2) without delaying their implementation. By proceeding in this fashion, DCHCS intends to immediately address existing inmate-patient mental health needs and staffing issues while simultaneously developing the necessary staffing methodology that will quantify and standardize the human resource requirements crucial to meeting the federal court mandated level of services.

| Deleted: 3 |

1

This FL is divided into two sections. The first section addresses the staffing needs in the most critical care areas in the field institutions, and staffing necessary to comply with the 1999 and 2002 court orders. The second section addresses the Headquarters MHP staffing required for compliance with the pending 2006 *Coleman* court order.
This FL is requesting a total of 254.6 positions for FY 2006/07.

## SECTION I.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS), MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) – 2006 REVISED PROGRAM GUIDE RESOURCES

In 1997, CDCR established initial policies and procedures for providing mental health services at all CDCR institutions through the MHSDS Program Guide, which was provisionally approved by the court. Revisions to the Program Guide have been an ongoing requirement of the *Coleman* case. As a result, each revision has resulted in amending memoranda to the field requiring additional workload, changing timelines and/or new programs. These amending memoranda have been included in the pending 2006 MHSDS Revised Program Guide.

Implementing the 2006 MHSDS Revised Program Guide is an integral part of the strategy to exit the *Coleman* case and to reduce costs related to this litigation. However, timing of resource allocation will appear to be more sagacious after completing a workload study to determine the necessary staffing that will quantify and standardize the human resource requirements critical in meeting the federal court mandated level of services.

At this time, CDCR DCHCS is requesting MHSDS staffing to implement the 1991 and 2001

It is important to note that the plaintiffs in *Coleman* are requesting that the court impose additional mental health service requirements to the 2006 MHSDS Revised Program Guide. These additional requirements are opposed by CDCR DCHCS.

## SECTION II.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS), MENTAL HEALTH PROGRAM (MHP) – HEADQUARTERS

The second section addresses the necessary MHP Headquarters staffing required for compliance with the pending *Coleman* court order. Recently, the federal court's Special Master specifically noted that there are inadequate DCHCS mental health leadership and management resources which prevents effective response "to the myriad of issues persistently hurled at them." The Special Master also found that various areas of noncompliance with currently required elements of mental health care in the institutions, and with future planning efforts, were due to a lack of ability to provide Headquarters support and Central Office oversight. On January 19, 2006, in a meeting with All Parties in the *Coleman* case, the Special Master and court experts extensively emphasized the need for a team of Headquarters' staff devoted to quality management assurance. The CDCR DCHCS is also requesting funds for extraordinary travel expenses for the Quality Management Assistance Program (QMAP) and Psychological Testing Units, quarterly meetings for the Psychological Testing staff and leadership staff, and miscellaneous equipment needs. In addition, CDCR DCHCS is requesting the above mentioned

2

workload study of field and Headquarters' functions to identify, standardize and quantify the human resource requirements of the MHP and DCHCS.

## B. BACKGROUND/HISTORY

Deleted: For your convenience, a listing of the Acronyms is under Attachment 40.¶

On June 25 1991, a class action complaint (*Coleman vs. Schwarzenegger, et al.*) was filed against CDCR alleging that the department ". . . under color of state law . . . acted with deliberate indifference depriving the plaintiff class of their rights to be free from cruel and unusual punishment as guaranteed by the Eighth and Fourteenth amendments to the United States Constitution."

The United States District Court for the Eastern District of California ultimately found that the state and prison officials had acted with deliberate indifference to the medical needs of inmates with serious mental disorders by ignoring the advice of their own experts regarding the deficiencies that had existed in the correctional system for years. The court found that CDCR DCHCS MHSDS was a constitutionally inadequate system that lacked the necessary elements for delivery of adequate mental health care, such as: screening and identification of mentally ill inmates; prompt access to mental health professionals for diagnosis and treatment; patient access to necessary and appropriate levels of care as determined by clinicians, including outpatient care; residential care, crisis care, and inpatient care; medical records and an information management system; and a quality assurance system. The court concluded that California's system could not and did not meet the serious medical needs of mentally ill inmates incarcerated in its prisons and, on June 6, 1994, it was recommended that the district court order the appointment of a Special Master and that state and prison officials develop and implement forms, protocols, and plans necessary to remedy constitutional violations.

After 11 years of implementing the court's orders and the mandated services, as well as preparing for the implementation of the 2006 MHSDS Revised Program Guide, CDCR and DCHCS have determined that current resources are insufficient to implement the newly mandated 2006 MHSDS Revised Program Guide in a manner consistent with the court's requirements and level of community standards of quality care. Failure to implement the 2006 MHSDS Revised Program Guide will continue the current status of mentally ill inmates going undiscovered, undiagnosed, and untreated, while at the same time being subjected to conditions that aggravate their illnesses. Due to limited resources, those mentally ill inmates, who currently do receive some form of treatment, suffer needless extended and medically harmful delays in access to necessary psychiatric care.

CDCR DCHCS researched other states' correctional mental health staffing and found their mental health population small compared to California's, and that some states base their staffing on total inmate population in determining their mental health staff to inmate ratios (see Attachment 12). CDCR DCHCS also reviewed the American Association for Correctional Psychology accreditation requirements (see Attachment 13), which recommended a ratio of one FT psychologist for every 50-75 adult inmates; the National Commission on Correctional Health Care, which provided guidelines (see Attachment 14); and Human Rights Watch (see Attachment 15), which recommended that each prison system conduct an assessment to "ensure mentally ill prisoners receive mental health services consistent with community standards of care".

Deleted: 23
Deleted: 24
Deleted: 25
Deleted: 26

3

California has the largest mental health population in the nation. The CDCR DCHCS is responsible for administering the critical Mental Health Program for a population of nearly 170,000 inmates, including over 31,000 inmate-patients enrolled in the MHSDS. Of the over 31,000 inmates identified as seriously mentally ill, over 5,000 are high risk and in either residential or other in-patient treatment settings. Over 25,000 inmates are receiving psychotropic medications, usually twice every day.

To continue a MHSDS that is understaffed, significantly overworked, and lacking a quality assurance program places inmates and inmate-patients at risk, and the state, CDCR and key decision makers in danger of being found in contempt of court. Standardizing the delivery of mental health care in accordance with generally accepted medical practice, the National Commission on Correctional Health Care, community standards, and the law is consistent with the CDCR's Strategic Plan and DCHCS's Goals and Initiatives to manage the inmate and parolee population in a safe, efficient, and cost effective manner.

To date, the State of California has spent $28,970,085 in monitoring and attorney fees in the *Coleman* matter. To continue current operations without making adequate provision for complying with the court's mandates and mental health professional standards will leave the State open to further litigation and expenses associated with additional court imposed remedies that may be avoided by implementing the proposed improvements.

`Deleted: (see Attachment 38)`

CDCR is, therefore, requesting Headquarters positions to manage the increased workload relating to implementation and monitoring of the 2006 MHSDS Revised Program Guide. The proposed Headquarters structure is consistent with those of the Dental and Medical Programs, with each program under a Statewide Program Director.

In addition, if the current vacancy rates are not reduced to under ten percent, CDCR will be in violation of the pending court order that addresses psychiatry vacancies, and inmate-patients will continue to be harmed by inadequate and insufficient access to care.

The resources requested in this FL will provide the minimal staffing level necessary to comply with court mandates and assist in extricating the state from federal judicial oversight.

## C. STATE LEVEL CONSIDERATIONS

CDCR acknowledges in its legislatively approved Strategic Plan that it is morally and constitutionally obligated to provide health care services to incarcerated offenders. The plan notes that a fundamental level of health care is necessary for incarcerated individuals' successful return and integration into the community and concedes that radical changes are necessary in the Department's health care systems to ensure efficient delivery of quality, cost-effective health care services.

As mentioned above, to date, $28,970,085 of CDCR's budget has been consumed by the *Coleman* plaintiffs' attorneys and Special Master. This does not include CDCR staff and Attorney General time required to respond to *Coleman* related inquiries, audits, hearings, and mandates. Failure on the part of CDCR to provide these mandated services at a constitutionally adequate level through implementation of the revised standards will leave

4

the State open to additional litigation and costs associated with further court action and potential additional lawsuits.

As noted in the Special Master's January 2006 report:
> "*Coleman* will not be ended until the defendants can demonstrate an ability to provide meaningful mental health care . . .The defendants' recent history of developing erratic plans or plans they are unable subsequently to implement suggests the present need for something more than just another requirement for the generation of yet more plans."

Standardizing the delivery of mental health care is an essential, critical step to managing the inmate and parolee population and providing necessary mental health care in a safe, efficient, and the most cost effective manner possible.   By providing the resources required to comply with the pending federal court order and the mandated policies and procedures essential to providing constitutionally adequate mental health care, CDCR will take an important step toward self-directed management of MHSDS.

In providing inmate-patient mental health services, MHSDS provides a continuum of inpatient care from a contractual relationship with DMH for acute and intermediate, as well as a short-term crisis, inpatient care program within CDCR institutions.

## D. FACILITY/CAPITAL OUTLAY CONSIDERATIONS

The need for additional space for additional mental health program.

## E. JUSTIFICATION

The following pages are the justification for:

Section I.        Division of Correctional Health Care Services (DCHCS), Mental Health Services Delivery System (MHSDS) --
2006 Revised Program Guide Resources

Section II.       Division of Correctional Health Care Services (DCHCS), Mental Health Program (MHP) -- Headquarters

5

# Section I:

# DIVISION OF CORRECTIONAL
# HEALTH CARE SERVICES

# MENTAL HEALTH SERVICES
# DELIVERY SYSTEM

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

# 2006 REVISED PROGRAM GUIDE

6

01331

**SECTION I.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS),**
**MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) –**
**2006 REVISED PROGRAM GUIDE RESOURCES**

The court found that DCHCS MHSDS was an inadequate system that lacked, in whole
or in part, the necessary elements for delivery of adequate mental health care.  The
2006 MHSDS Revised Program Guide are policies and procedures that are consistent
with the court's requirements.

Since there are new functions in the 2006 MHSDS Revised Program Guide and
insufficient workload data available upon which to base an objective, meaningful
conclusion as to the appropriate number and level of personnel necessary to adequately
carry out the new duties, DCHCS compared with the functions with the 1997 court
mandate ratios (see Attachment 3).

Deleted: 6

#### 1.    Mental Health Reception Center (RC)

The MHSDS provides universal screening for all incoming inmates at Reception Centers
and directs transfers from the Reception Center to the treatment facility for further
evaluation and/or treatment if needed.

The bulk of the Intake Assessment requirements and Treatment Planning requirements
described in the CCCMS GP Section will be the responsibility of RC staff.  The 2006
MHSDS Revised Program Guide requires that EOP LOC patients be seen weekly until
transfer (but does not require the ten hours of weekly structured therapeutic activities).
According to the resource analysis data collected, for RC related duties, the caseloads
should be reduced by 50 percent from the current staffing allocated.  The current RC
duties were never staffed separately from the CCCMS LOC duties, and the ratio below
takes this into account along with the 2006 MHSDS Revised Program Guide duties.

Based on the above formula and population statistics for October 2005, DCHCS is
requesting **51.0 Psychologist (Clinical) positions and 20.6 Correctional Counselor Is**
for a total of 71.6 positions for the RC.

7

## 2.    Mental Health Outpatient Housing Unit (MH-OHU)

The 2006 MHSDS Revised Program Guide requires seven-day per week coverage in for mental health patients in any OHU. Additional weekend clinical staffing is requested in institutions that have a significant OHU population and no MHCB (where weekend staffing is requested above). These five institutions are Avenal State Prison (ASP), CCI, CMC-East, NKSP, and SQ.

Based on the above formula and the February 6, 2006 population status for MH-OHU, DCHCS is requesting **72.98** positions.

## 3.    Institution Level Supervision

Currently, 265.6 LPTs are supervised by 26.7 Supervising Registered Nurse I (SRN I) staff members and two Sr. LPTs. At this time, this FL is only requesting Sr. LPTS to compensate for the existing LPTs (265.6). The total number of Supervisors required for a one Supervisor: ten LPT ratio at institutions with more than ten LPTs = 15 - *Less 3.0 Sr. LPT upgrades allocated to COR in FY 2005/06* = a need for 12.0 Sr. LPTs. Twelve recommended supervisors -- two (current Senior LPT supervisors at SAC) = 10 Supervisors. The Sr. LPT classification has not been regularly used to supervise LPTs, but is recommended to ensure appropriate supervision relative to scope of practice (i.e., group therapy duties). Senior LPTs can still perform LPT duties if necessary. Total Ratio - one Sr. LPT: 10.0 LPT (at institutions with more than ten LPTs = a need for 10.0 Sr. LPT positions. This FL requests permanent upgrading of 10.0 LPTs to Sr. LPT positions

Unit Supervisors are required to provide supervision for Senior. LPTs across shifts at institutions with multiple mental health missions. Unit Supervisor positions have not previously been designated in CDCR. The CDCR duty statement for this position has been developed based on the Department of Personnel Administration specifications. The Unit Supervisor ensures the administration of the routine nursing services across correctional mental health units and custody levels; coordinates the work of the nursing staff and acts as a liaison between Unit staff on varying shifts; trains and develops shift leads; instructs LOC nursing personnel in nursing processes, habilitation, and rehabilitation techniques for inmate-patients; and provides continuous management and supervision of Units that offer routine and supportive nursing services for developmentally disabled or mentally ill inmate-patients.

One Unit Supervisor is required at each institution with multiple mental health missions including: RC, CCCMS, ASU-CCCMS, GP-EOP, ASU-EOP, and/or PSU. Unit supervisors at this time are requested for mental health "consolidated care center" institutions in the "CDCR Right Prison, Right Mission" plan. The 9 institutions are: CIM, CIW, CMC, CMF, LAC, MCSP, PBSP, RJD, and SAC.

Requesting 9.0 Unit Supervisors to be allocated to the nine Consolidated Care Centers.

Summary of positions needed to accomplish adequate Supervision Levels. These positions are requested effective July 1, 2006.

8

- Permanently Upgrade 10.0 LPTs to 10.0 Sr. LPTs
- 9.0 Unit Supervisors

## 4.    Performance Evaluation and *Colman* Court Case Compliance

The Quality Management System is required, by the *Coleman* and *Plata* court cases, in order to provide adequate performance management and to ensure compliance with mental health policies and procedures. Quality Management requirements specific to mental health involve identification of problems in delivery of mental health services, establishment of QIT, tracking progress of QIT, conducting Suicide Prevention Focused Improvement Team (FIT) meetings (including development and implementation of corrective action plans when a suicide occurs), conducting Mental Health Subcommittee meetings, and facilitating an overall data-based approach to bed utilization. All meetings require documentation, which is sent to other Quality Management Committees at the institution and at Headquarters. Although an analyst has been designated at some institutions for the purpose of health care quality management, a dedicated HPS I for mental health quality management is required to ensure that these important duties are completed as required. This position will also be responsible for oversight of tracking reasonable accommodation offered to MHSDS inmates who are part of the class action *Armstrong* court case. Each HPS I require clerical support in order to complete duties associated with taking meeting minutes, copying, tracking, filing, and communications.

Summary of positions needed to accomplish Quality Management. These positions are requested effective July 1, 2006.

- 9.0 HPS Is

## 5.    Reception Center (RC) Screening and Diagnostic Clarification

The Million Clinical Multiaxial Inventory – III (MCMI-III) test can be administered in approximately 30 minutes, either individually or in a group setting. Research indicates that this test is a valid and reliable diagnostic tool to assist in objectively triaging patients for immediate mental health needs, determining mental health diagnosis, as well as predicting future needs for mental health intervention. This test may also be used to predict reaction to authority, escape risk, sexual predation/victimization, disposition to malinger, response to crowding/isolation, suicidal tendencies, and amenability to treatment (see Attachment G: Retlzaff, P., Stoner, J., and Kleinsasser, The Use of the MCMI-III in the Screening and Triage of Offenders, *International Journal of Offender Therapy and Comparative Criminology, 46, 3, 319-332).*

The use of this test, along with a standard computer generated report of results, is proposed for use at RCs, for all newly arriving inmates who have a positive mental health screening indicator (approximately 20,000 inmates per year). A more rigorous interpretation/analysis of results is proposed for use with current inmate-patients at EOP LOC, when diagnostic clarification is needed (approximately 3,000 per year). See Attachment H for sample report.

The use of this instrument is expected to reduce overall mental health program cost. Data generated from the standard use of the MCMI-III at RCs will be used to determine

9

appropriate mental health LOC, thereby reducing inappropriate placements into mental health programs. Use of the MCMI-III at EOP LOC will significantly reduce the use of costly DMH beds for diagnostic clarification.

This FL requests a total for $778,800 in ongoing funding - $748,800 per year for contract funding for a two year pilot program for valid and reliable test to predict mental health needs of inmates arriving in RC and to aid diagnostic clarification in EOP Level-of-care (LOC) and $30,000 for supplies for implementation of a pilot program for valid and reliable test to predict mental health needs of inmates arriving in RCs and to aid diagnostic clarification in EOP LOC. Request for funding is to be effective July 1, 2006.

| Deleted: LOC |
| Deleted: (see Attachment I). |
| Deleted: |

### 6.    Additional Resources

In order to implement the 2006 MHSDS Revised Program Guide, the CDCR DCHCS is requesting the following permanent positions:

1.    6.0 Senior Psychologist Supervisors to provide additional supervision in institutions where there is a high-propensity of mental health inmates in AD Seg or SHU.

10



# Section II.

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## MENTAL HEALTH PROGRAM

## HEADQUARTERS

11

**SECTION II.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS),
                MENTAL HEALTH PROGRAM (MHP) - HEADQUARTERS**

The CDCR DCHCS MHP, which has been functioning since 1994, is a decentralized, system-wide concept using standardized evaluation and treatment. The MHP's goal is to provide constitutionally appropriate levels of mental health treatment to the incarcerated serious mentally ill inmate in order to enhance individual functioning and minimize dangerous, destructive, and disruptive behaviors, in the clinically least restrictive environment, consistent with the safety and security needs of both the inmate-patient and the institution.

The MHP utilizes a variety of professional clinical, custodial and support staff to provide the best available quality of care to seriously mentally disordered inmates. In addition, MHP has a contractual relationship with the Department of Mental Health (DMH), which provides a continuum of inpatient care for acute and intermediate, as well as a short-term crisis, inpatient care program within CDCR institutions. Outpatient care is provided in an array of treatment levels and modalities including day treatment programs and outpatient clinics.

This FL is modeled after the Dental and Medical Programs FLs. Each program is managed by a Statewide Program Director and each has a similar Quality Management Assistance Program.

In order to ensure timely, coordinated and consistent statewide, evidence-based, quality care in the most efficient and cost effective manner possible, CDCR is requesting the following critical positions to oversee the CDCR DCHCS MHP and the accompanied administrative, programmatic, analytical, and clerical support:

## EXECUTIVE OFFICE

### 1.0 Statewide Mental Health Program Director (CEA)

The Statewide Mental Health Program Director (SWMHPD) will oversee all areas of the Department's MHP and be responsible for administering the critical mental health program for a population of nearly 170,000 inmates with over 31,000 inmates-patients enrolled in the MHSDS for serious/major mental illnesses. Over 5,000 of those enrolled are considered high risk and are either in residential or other in-patient treatment settings. Over 25,000 inmate-patients are receiving psychotropic medications every day. Therefore, the SWMHPD position is requested as a CEA in order to allow for this ultimate reporting structure

The SWMHPD will be responsible for the standardized statewide program development, planning and implementation; overall supervision and administration/management of the MHSDS in the field and the Statewide MHP at Headquarters; compliance with existing laws, regulations and court orders; subject matter expertise to nationwide advisory committees and mental health professional organizations and allied groups, provider organizations, and other public and private agencies; representing the Department on issues regarding mental health before the Legislature, other state departments, federal and local governmental agencies, department staff, and community groups. A psychiatrist

12

01337

must hold this position because this specialty has the broadest area of expertise of any mental health provider classification (see Attachment 11 for detailed task list).

Deleted: 22

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the SWMHPD and HPS I on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

Deleted: 22

### 1.0 Executive Secretary I (ES I)

The ES I will provide complex and sensitive administrative secretarial support to the SWMHPD. This position will be communicating and interacting with all levels of personnel within and outside of CDCR (see Attachment 11 for detailed task list).

Deleted: 22

### PSYCHIATRY SERVICES BRANCH (PSB)

The PSB, which is supervised by a Chief Psychiatrist, is responsible for ensuring statewide implementation of the psychiatric components of mental health policies and procedures and provides subject matter expertise on the delivery of psychiatric services in CDCR. This Branch is comprised of two Sections: QMAP Unit and the Tele-Psychiatry Unit. The Chief Psychiatrist reviews and certifies all Mentally Disordered Offender (MDO) reports as required by law. With assistance from the Senior Psychiatrist Supervisor in the Tele-Psychiatry Unit, the Chief Psychiatrist participates in developing, updating and approving all 2006 MHSDS Revised Program Guidelines impacted by psychiatric services including, but not limited to, the following areas: medication management; delivery of psychiatric services; peer review; all aspects of inpatient treatment, *Keyhea* processes (involuntary medication), and Heat Plan procedures and protocols. The Chief Psychiatrist also provides subject matter expertise for the Mental Health Program Subcommittee (MHSubC), Suicide Prevention and Response Focused Improvement Team (SPRFIT), Emergency Review/Death Review Subcommittee (ER/DR), Pharmacy and Medication Management Subcommittee (P&MM), Professional Practice Executive Committee (PPEC), and other meetings and projects as assigned (see Attachment 11 for detailed task list).

Deleted: 22

DCHCS is requesting the following critical positions to provide direct administrative, programmatic, analytical and clerical support to the Chief, PSB:

### 1.0 Associate Health Program Advisor (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief, PSB on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

Deleted: 22

### 1.0 Secretary

13

01338

The Secretary will provide administrative secretarial support to the Chief, PSB. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

| Deleted: 22 |

### 1.0 Office Technician – Typing (OT)

The OT will provide clerical support for the Chief, PSB and AHPA; draft and review sensitive and confidential documents; track assignments, and do other duties as required (see Attachment 11 for detailed task list).

| Deleted: 22 |

## QUALITY MANAGEMENT ASSISTANCE PROGRAM (QMAP) UNIT

The Senior Psychiatrist (Specialist) in the QMAP Unit reports directly to the Chief Psychiatrist and is part of the QMAP team under the Regional Mental Health Director (RMHD) in the COB.

Please see COB, QMAP Unit, for requested Senior Psychiatry Specialist positions.

## CENTRALIZED CLINICAL CASE MANAGMENT
### 1.0 Office Technician (OT) – Typing

The OT will provide the necessary clerical support to Centralized Clinical Case Management.

## CLINICAL OPERATIONS BRANCH (COB)

The COB of the MHP is responsible for ensuring that the CDCR policies and procedures for the delivery of mental health services are implemented and complied with in a standardized and uniform manner. This fosters both the deliverance of quality, cost-efficient and effective health care and diligent risk management. There are three Units of this branch:

- Quality Management Assistance Program (QMAP)
- Centralized Clinical Case Management (CCCM)
- Utilization Management (UM)

DCHCS is requesting the following critical positions to oversee the Branch and to provide direct administrative, programmatic, analytical and clerical support to the Chief, COB:

### 1.0 Chief, Clinical Operations Branch (CEA)

The Chief, COB, will provide clinical, administrative and management oversight of the statewide multi-disciplinary QMAP, CCCMU and UM Units. The position requires a clinical psychologist with extensive knowledge and experience in the provision of mental health services in a correctional environment. This psychologist will supervise three Regional Mental Health Directors (RMHD). The regional directors must be Chief Psychologists who are experienced in managing correctional mental health programs. These Chief Psychologists will have direct supervisory responsibilities over Senior

14

Psychologist (Specialist), and have indirect supervisory responsibilities for other QMAP team members, including facility captains and psychiatrists, and the nurses in the UM Unit. Therefore, the Chief of Clinical Operations position is requested as a CEA in order to allow for this ultimate reporting structure (see Attachment 11 for detailed task list).

Deleted: 22

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief, COB on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

Deleted: 22

### 1.0 Secretary

The Secretary will provide administrative secretarial support to the Chief, COB. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

### QUALITY MANAGEMENT ASSISTANCE PROGRAM (QMAP)

Deleted: ———Page Break———
¶
¶
1.0 Secretary¶
¶
The Secretary will provide administrative secretarial support to the Chief, COB. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 22 for detailed task list). ¶
¶
¶

QMAP provides programmatic quality assistance by sending multidisciplinary Quality Management Assistance Teams (QMAT) to the 33 CDCR institutions. These teams are composed of custody, health care, and analytical staff, from both Headquarters and the regional offices. The teams monitor performance with audits, assessments, and analysis of the data collected. Issues addressed include, but are not limited to:

- Access to care, including specialized care such as that provided in an inpatient setting;
- Completeness and appropriateness of patient health records;
- Custody records and processes for determining classification status and rules-violations reports with consideration of mental health status;
- Custody escorting procedures;
- Medication or "pill" lines;
- Seclusion and restraint practices;
- Mental health rounding in the lock-up and condemned units;
- Appropriate staffing and vacancies; and
- The presence of an institutional quality assurance program.

Management reports are then generated which result in corrective action plans and/or resource requests. Traditionally, the DCHCS MHP's QMAP efforts have consisted of a single two-to-five member team (redirected from other duties) tasked with monitoring the entire State of California prison system. The Federal Court has also been providing its own quality assurance monitoring via a team of nationally renowned experts (psychiatrists, psychologists, social workers, and attorneys) serving the *Coleman* Special Master. The cost to the State of California for this federal monitoring has, to date, exceeded $29 million. *Coleman* monitoring rounds occur twice a year on average, and typically result in a several-hundred page report detailing the deficiencies within each institution. The Special Master has long held that CDCR needs to demonstrate that it can manage itself (i.e., identify

15

problems and develop and implement corrective action plans). The staffing and implementation of this requested QMAP Unit will supplant the need for federal monitoring and will allow CDCR to administer and manage a quality mental health care system. Failure to implement QMAP will result in continued and costly litigation and monitoring, continued deliverance of inadequate and insufficient mental health care, and continued violation of constitutional mandates (see Attachment 8 for workload data).

Deleted: 17

The Mental Health QMAP is modeled on the already-approved QMAP structure for the Medical Program under *Plata* and the Dental Program. Each QMAP region will have two QMAP teams assigned to each of the three regions (North, Central and South), with each team assigned to five or six institutions within its region. Each QMAP team consists of a Senior Psychologist (Specialist), a Senior Psychiatrist (Specialist), a Nurse Consultant Program Reviewer (NCPR), a Sr. LPT, a FC, and a Retired Annuitant (RA) (formerly a Warden or Chief Deputy Warden). The need for each classification is explained below.

As mentioned above, the *Coleman* court's experts monitor each prison twice a year and only conduct audits and assessments. CDCR intends to have each prison monitored on a monthly basis. The regional QMAP teams will not only monitor and assess, but also develop corrective action plans and recommend improvements to local operating procedures towards greater efficiencies utilizing existing resources. If necessary, QMAP teams will assist the institution in seeking adjustments to its resources. Providing assistance with this degree of frequency will help the institutions to improve their MHSDS faster after years of stagnation. It will also help to maintain programmatic gains and/or to identify needed restructuring or enhancements in a more responsive fashion. This process will ultimately benefit the health and well being of inmate-patients.

Under the direction of the Chief of COB, each regional QMAP team will be supervised by a RMHD. The team will also collaborate with the institution's executive staff to effectively achieve and provide proof of practice to the appropriate stakeholders. It is imperative that the team members be knowledgeable and experienced in their areas of expertise to be effective and acknowledged by the prison's executive team.

In order to fulfill the court mandate, replace the *Coleman* Special Master's monitoring team, and provide quality mental health care, DCHCS is requesting the following critical positions to provide direct managerial, administrative, programmatic, analytical and clerical support to the QMAP Unit:

### 3.0 Regional Mental Health Director (RMHD), Chief Psychologist

Each regional multi-disciplinary QMAP team will be under the supervision of a RMHD. In the institutions, the Chief Psychologists serve as the mental health programmatic managers and supervise the largest number of mental health workers. Therefore, this classification is the best suited for the role of RMHD. This position will provide regional clinical and administrative management; oversight for institutional reviews and reports of statewide mental health policy and program implementation; leadership and monitoring of QMAT functions and work product, including management reports; high-level and complex clinical case consultations; and serve as the DMH liaison for QMAP (see Attachment 11 for detailed task list).

Deleted: 22

### 6.0 Senior Psychologist (Specialist)

16

01341

The Senior Psychologist Specialists on each QMAT team will report directly to the RMHD and function as the team leader. Senior Psychologist is the classification utilized in the institutions to provide supervision and leadership for the specific programs areas; therefore, this classification is the most qualified to coordinate the QMAP teams that will assist the prison programs. The QMAT Senior Psychologist (Specialist) will coordinate QMAT processes, including monthly visits to each institution with the assigned Regional Administrators, as well as other team members; maintain, track and monitor timely and adequate institutional completion of recommended Quality Improvement Plan (QIP) plans; reports institutional status on compliance issues and remedial actions; and function as the critical assessment/assistance link between institutional and Headquarters Quality Management Systems (see Attachment 11 for detailed task list).

| Deleted: 22 |

### 6.0 Senior Psychiatrist (Specialist)

As part of each QMAP team, the Senior Psychiatrist (Specialist), although directly reporting to the Chief Psychiatrist in the PSB, will be indirectly reporting to the RMHD. These psychiatrists function as subject matter experts on matters such as the diagnosis and treatment of psychiatric conditions; co-morbid medical conditions and treatments; psychopharmacology strategies and administration; involuntary medication orders ("Keyhea"); appropriate medical documentation; restraint and seclusion medical processes; psychiatrist administered suicide risk assessments, and peer review functions such as pattern of practice investigations (see Attachment 11 for detailed task list).

| Deleted: 22 |

### 6.0 Nurse Consultant, Program Review (NCPR)

As part of the QMAP team, the NCPRs will indirectly report to the Nurse Consultant, Program Review Lead (NCPRL) (i.e., regional team leader) and the RMHD and directly to the Regional Director of Nursing (RDN). The NCPR will provide nursing expertise and clinical oversight in ensuring compliance with 2006 MHSDS Revised Program Guide and will report institutional status and issues regarding nursing processes and progress on a regular basis to the RMHD. Processes include issues such as nursing administered suicide risk assessments; medication administration procedures; seclusion and restraint procedures, nursing peer review such as pattern of practice investigations, and IDTT participation (see Attachment 11 for detailed task list).

| Deleted: 22 |

### 6.0 Senior Licensed Psychiatric Technician (Sr. LPT)

As part of the QMAP team, the Sr. LPT will indirectly report to the NCPRL (i.e., regional team leader) and the RMHD and directly to the RDN. The Sr. LPT will provide subject matter expertise in regards to the institutional LPT activities such as mental health rounding on inmates in the lock-up and condemned units; conducting quality and substantive group therapies and activities; collecting and reporting of objective observations about signs and symptoms of mental illness; ensuring appropriate medical documentation; providing one-to-one suicide observation; and distributing medications. Traditionally, these functions have been in significant non-compliance and with questionable proof-of-practice, leading to threats of contempt of court citations. The Sr. LPT will also be responsible for generating management reports on the status of institutional compliance with MHSDS policies and procedures, and on other significant issues and concerns (see Attachment 11 for detailed task list).

| Deleted: 22 |

17

01342

### 5.0 Facility Captain (FC)

As part of the QMAP team, the FC, will indirectly report to the RMHD and directly to the Regional Correctional Administrator (RCA). The QMAP FCs will be responsible for providing regional assistance and support to institution staff in the implementation of the 2006 MHSDS Revised Program Guide. The FCs will serve as the liaison between institutional custody supervisors and institutional medical staff. These FCs will audit custody processes such as records and processes for determining classification status and rules-violations reports, taking into consideration the following: mental health status; escorting procedures; use of force procedures; participation in IDTT; seclusion, restraint and suicide watch custodial procedures; annual mental health training for custody staff; and the provision of access to health care. Audit results and process observations are developed in monthly management reports (see Attachment 11 for detailed task list).

Deleted: 22

### 2.0 Retired Annuitant (RA)

As part of the QMAP team, the RA, who are either retired Wardens or Chief Deputy Wardens, will indirectly report to the RMHD and directly to the RCA. DCHCS has utilized four RA's over the last several years. These retired wardens have been very effective in their roles given their ability to gain direct access to the institution's Warden, Chief Deputy Warden, and Associate Warden of Health Care. These four existing RA Wardens have years of experience with monitoring of the *Coleman* lawsuit and have earned considerable respect with the Special Master and the Court's monitors. DCHCS seeks to augment this model with the addition of two RAs for a total of six, one for each QMAP team. This will allow them to provide statewide coverage for QMAP monitoring, and takes into consideration their limited (half-time) availability.

As part of the QMAP team, the RAs interface with the top custody leadership at the prisons, reporting to those wardens the audit results in real time and jointly developing fast and effective solutions. They provide assistance in developing requests for resource adjustments when needed, and they develop monthly management reports for each institution's custodial processes and procedures (see Attachment 11 for detailed task list).

Deleted: 22

### 3.0 Staff Services Manager I (SSM I)

The SSM I will plan, organize and direct the work of the HPS I, AHPAs, Secretary, and OT in support of the Regional QMAP teams.

### 6.0 Associate Health Program Adviser (AHPA)

The AHPA will provide analytic support to evaluate confidential information, reports, status and conclusions, and ensure that timelines are met by projecting report requirements; draft management reports from tracked data and other documents; perform supporting research; and manage reporting requirements (see Attachment 11 for detailed task list).

Deleted: 22

### 3.0 Health Program Specialist I

The HPS I will provide the RMHD with administrative and programmatic support. The HPS I will act as a subject matter expert and assist in the planning, implementation,

18

monitoring and evaluating the MHP and interacting with staff and stakeholders both within and outside of CDCR (see Attachment 11 for detailed task list).

Deleted: 22

### 3.0 Secretary

The Secretary will provide administrative secretarial support to the RMHD. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

Deleted: 22

### 3.0 Office Technician – Typing (OT)

The OT will provide clerical support for the RMHD, SSM I and HPS I; draft and review sensitive and confidential documents; submit QIP and other reports and updates to DCHCS Headquarters; make travel arrangements and process time sheets and travel claims for clinicians in the regions; and do other duties as assigned (see Attachment 11 for detailed task list).

Deleted: 22

### UTILIZATION MANAGEMENT (UM) UNIT

The UM Unit provides RNs who work full-time and on-site at the DMH facilities, which are designated for the CDCR population via an inter-agency agreement.

The RNs in the UM Unit perform bed use review and management for every CDCR mental health patient being cared for in DMH beds.    There are eight such programs/facilities:

- Atascadero State Hospital (ASH)
- Patton State Hospital (PSH)
- Metropolitan State Hospital (MSH)
- Coalinga State Hospital (CSH)
- Vacaville programs (3) housed within the walls of the CMF:
  o Acute Psychiatric Program
  o Day Treatment Program
  o Intermediate Care Facility
- Napa State Hospital (NSH)
- Salinas Valley Psychiatric Program (SVPP) housed with the walls of SVSP
- SAC inpatient program

CDCR UM nurses have proved critical in ensuring CDCR inmate/patients at DMH facilities receive quality care while simultaneously managing this vital and limited resource to provide the most effective and efficient utilization. In the absence of this function, CDCR has discovered on occasion that DMH clinical staffs have retained inmate-patients in hospital inpatient beds far beyond clinical necessity, thereby preventing other patients with acute needs from accessing those beds.

DCHCS currently has two RN positions: one who is responsible for the CMF *and* NSH, and one who is responsible for ASH. CMF and NSH are covered by a single RN due to the limited number of allocated beds at Napa reserved for parolees, and Napa's proximity to CMF.

19

DCHCS is requesting the following four RN positions to cover the remaining four facilities: one for MSH and PSH, which can be covered by a single RN due to the limited number of applicable beds at PSH (reserved for the female population) and its proximity to MSH (reserved for parolees); one for CSH; one for SVPP, and one for SAC (see Attachment 9 for workload data).

Deleted: 18

## 4.0 Nurse Consultant Program Review

The NCPR will provide nursing expertise and clinical oversight    for Utilization Management Program.

## CLINICAL POLICY & PROGRAM DEVELOPMENT AND CLINICAL EVALUATIONS (CPPD&CE) Branch

The CPPD&CE Branch of the MHP is responsible for developing policies and programs for the delivery of mental health services and the performance of clinical evaluations for psychological testing and forensic purposes. This Branch consists of the Clinical Policy and Program Development (CP&PD) Unit and the Psychological Testing and Forensic Evaluations (PT&FE) Unit.

DCHCS is requesting the following positions to oversee the branch and provide direct administrative, programmatic, secretarial and clerical support to the Chief, CP&PB:

### 1.0 CEA-Clinical Psychologist

The Chief, Clinical Policy and Program Branch (CP&PB) will report directly to the SWMHPD and provide clinical and administrative leadership and oversight of the CP&PD and the PT&FE Units. The position requires a clinical psychologist with extensive knowledge and experience in the provision of mental health services in a correctional environment. (see Attachment 11 for detailed task list).

Deleted: 22

This psychologist will supervise two Chief Psychologists who are experienced in managing correctional mental health programs and will have direct supervisory responsibilities over Senior Psychologist Supervisors, Senior Psychologist (Specialist), and Clinical Psychologists, social worker and registered nurses. Therefore, the Chief of Clinical Policy and Programs Branch position is requested as a CEA in order to allow for this ultimate reporting structure.

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief, Clinical Policy and Program Development, and Clinical Evaluations Branch on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

Deleted: 22

20

01345

### *1.0 Secretary*

The Secretary will provide administrative secretarial support to the Chief, CP&PB. This position will handle sensitive, complex and confidential materials and will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

| | |
|---|---|
| | Deleted: 22 |

## CLINICAL POLICY AND PROGRAM DEVELOPMENT (CP&PD) UNIT

The CP&PD Unit is responsible for developing and updates all mental health policies and procedures, including the federal court mandated 2006 MHSDS Revised Program Guide and updates. The Unit is responsible for the following programs: training; suicide prevention; program guides; group curriculum planning and development; bed management and planning; mental health compliance management; professional recruitment and development; and the legislatively mandated gender and culturally responsive program.

DCHCS currently has the Chief Psychologist position who will oversees the eight programmatic areas, and five Senior Psychologist Specialists necessary for the Suicide Prevention, Training, Bed Management and Planning, Mental Health Compliance Management, and Professional Recruitment and Development Sections.

DCHCS is requesting the following positions to provide administrative, programmatic, analytical, and clerical support for the Unit Chief:

### *4.0 Senior Psychologist Specialists (Sr. PS)*

Due to the clinical complexity of the programs, one Sr. PS will be directly responsible for each of the Sections below

Gender and Culturally Responsive Program Section – The Sr. PS will develop and implement policies and procedures to assure implementation of legislatively mandated gender responsive and culturally diverse programs; ensure that appropriate stakeholders are included in policy development; provide oversight for gender responsive and cultural diversity mental health programs; develop and coordinate training for all staff regarding cultural issues in mental health treatment and on best practices (see Attachment 11 for detailed task list).

| | |
|---|---|
| | Deleted: 22 |

Mental Health Compliance Management Section - The Sr. PS will provide clinical oversight and Mental Health Subject Matter Expert (MH SME) for the Mental Health Tracking System and other court mandated mental health tracking systems such as Reception Center Tracking System; provide MH SME to analysts and programmers developing management reports; MH SME database interface to programmers of statewide information technology systems and electronic medical records; serve as liaison between the field and Information Technology staff and interface with institutions to ensure production of required data for court and management reports (see Attachment 11 for detailed task list).

| | |
|---|---|
| | Deleted: 22 |

21

Bed Planning and Management Section – The Sr. PS will provide subject matter expertise in the development and planning of new mental health beds; develop appropriate policies and programs relevant to the planning and utilization of mental health beds; ensure that appropriate stakeholders are included in policy development; relay information to Mental Health Program regarding trends and decisions at Bed Planning meetings (see Attachment 11 for detailed task list).

Deleted: 22

Professional Recruitment and Development Section - The Sr. PS will provide oversight for Clinical Internship and Practicum Program; National Health Sciences Loan Reimbursement Program; Continuing Medical and Mental Health Education Units; Licensure, Privileging & Credentialing; policy development and coordination of implementation of standardized psychological testing program with Psychological Testing and Forensic Evaluation Unit; develops policies and ensures that appropriate stakeholders are included in policy development (see Attachment 11 for detailed task list).

Deleted: 22

### 1.0 Psychiatric Social Worker (PSW)

The Program Guides Section is responsible for system-wide standardization of mental health policies and procedures, including local operating procedures at institutions, and updates to the mandated 2006 MHSDS Revised Program Guide. This Section provides subject matter expertise to the QMAP teams, field staff, and other stakeholders regarding current mental health policies and procedures.

This position requires an experienced Psychiatric Social Worker familiar with correctional mental health treatment systems. It is important to have the PSW profession represented at the DCHCS level to serve as a subject matter expert that will provide consultation with all employee policies and labor relations issues that specifically affect PSWs in the CDCR system (see Attachment 11 for detailed task list).

Deleted: 22

### 1.0 Senior Licensed Psychiatric Technician (Sr. LPT)

The Group Therapy Curriculum Development Section is responsible for researching best practices in providing group therapy in a correctional setting, developing and implementing a standardized statewide curriculum, and developing standardized training for LPTs who facilitate group therapy. Group therapy is required for all inmate-patients placed at EOP LOC and for a portion of inmates treated in the CCCMS program.

Group therapy is an ongoing requirement and an integral part of mental health treatment. This position requires an experienced Senior Licensed Psychiatric Technician familiar with correctional mental health treatment systems. It is important to have the LPT profession represented at the DCHCS level to serve as a subject matter expert that will provide consultation with all employee policies and labor relations issues that specifically affect LPTs in the CDCR system (see Attachment 11 for detailed task list).

Deleted: 22

### 1.0 Research Analyst II (Social/Behavioral)

The Research Analyst II with a Social and Behavioral specialization will perform technical research and statistical work. This position will perform research and statistical studies involving individual and social aspects of human behavior. The study conclusions will be utilized for test construction, program planning, and implementation in mental health care,

22

vocational rehabilitation, delinquency, and criminal behavior. This position will work on multidisciplinary teams and have primary responsibility for a major project or activity; gather, compile, edit, and interpret quantitative data for the MHP; develop, implement, and monitor systems and procedures to assemble and structure the necessary data; perform a variety of tasks including the more independent, responsible, varied and complex technical research and statistical work; provide consultative advice to various governmental entities and agencies, design and implement research projects; investigates areas where precedents are lacking or where only a sparse body of knowledge or experience in the area exists (see Attachment 11 for detailed task list).

| Deleted: 22 |

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief Psychologist on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

| Deleted: 22 |

| Deleted: ---------Page Break--------- |

### 1.0 Secretary

The Secretary position will provide administrative secretarial support to the Chief Psychologist, CP&PD Unit. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

| Deleted: 22 |

### 2.0 Office Technician (OT)

The 2.0 OT will provide the necessary clerical support to the Clinical Policy and Program Development Unit.

### PSYCHOLOGICAL TESTING & FORENSIC EVALUATIONS (PT&FE) UNIT

The PT&FE Unit consists of two Sections: Psychological Testing Section and the Forensic Evaluations Section.

The Psychological Testing Section administers numerous psychological tests for diagnostic clarification when clinically indicated. This occurs in the institution and will replace the current strategy of sending inmates to DMH inpatient beds for the same type of testing. This will, in turn, reserve those beds for purely clinical treatment and, thereby, reduce waiting lists for these limited and expensive resources.

| Deleted: (see Attachment 19 for workload data). |

The Forensic Evaluation Section conducts legally mandated forensic evaluations and generates reports for submission to the courts or Board of Prison Terms (BPT). Staff for this section will be addressed under the Rutherford FL.

DCHCS is requesting the following positions for the Psychological Testing Section to provide clinical evaluations/testing, administrative, programmatic, analytical, and clerical support for the Unit:

### 3.0 Clinical Psychologists (CP)

23

01348

An augmentation of 3.0 CPs is requested for specialized administration of psychological test batteries for diagnostic clarification (see Attachment 11 for detailed task list).

Deleted: 22

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief Psychologist on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

Deleted: 22

### 2.0 Staff Services Analyst/Associate Government Program Analyst (SSA/AGPA)

The SSA/AGPA will provide analytic support to evaluate confidential information, reports, status and conclusions, and ensure that timelines are met by projecting report requirements; draft management reports from tracked data and other documents; perform supporting research; and manage reporting requirements (see Attachment 11 for detailed task list).

Deleted: 22

### ADDITIONAL RESOURCES NEEDED FOR THE MENTAL HEALTH PROGRAM (MHP)

#### Extraordinary Travel for QMAT and Psychological Testing Staff

This FL is requesting **ongoing funding totaling $1,353,690** for extraordinary travel - These staff are expected to travel to their assigned institutions for three weeks per month to provide assistance in developing and implementing the MHP.

#### Travel Differential

This FL is requesting a $500 travel differential for QMAT and Psychological Testing staff to compensate for required travel up to 75 percent of each month. Therefore DCHCS is requesting **ongoing funding of $234,000** for travel differential.

#### Quarterly Psychological Testing Meetings

This FL is requesting **ongoing travel funding totaling $21,360** for quarterly meetings with Psychological Testing staff. The quarterly meetings are needed to periodically review and/or update strategies for DMH referrals.

#### Quarterly Leadership Meetings

This FL is requesting **ongoing travel funding totaling $103,240** for quarterly meetings with Leadership staff (i.e., chiefs and senior staff) at Headquarters and the field (see Attachment 16). The quarterly meetings are needed to inform the mental health management in the field of various changes to policies and procedures. This ensures statewide standardization of the MHP.

Deleted: 14A

### WORKLOAD STUDY

24

01349

The resources requested herein represent the minimum staffing DCHCS believes necessary to adequately implement and manage the 2006 MHSDS Revised Program Guide so as to provide access, quality, timeliness, and continuity of care that meets minimal constitutional and community standards of care and compliance with court mandates.   Because the Department currently does not possess data sufficient to determine workload requirements with an adequate degree of confidence, DCHCS request **one-time funding of $400,000** to conduct a workload study to corroborate and ensure appropriate ongoing staffing levels for Headquarters and the field.

In order to implement the Mental Health Program – Headquarters portion of the Court Order, the CDCR DCHCS is requesting the following permanent positions (see Attachment 7 for MHP's Organization Chart):  Below is a summary of the positions being requested:

> **Deleted: s**
> **Deleted: 15 for summary of positions and Attachment 16**

1.   **Statewide Mental Health Program Director (SWMHPD)**
   - 1.0 CEA
   - 1.0 Associate Health Program Adviser (AHPA)
   - 1.0 Executive Secretary I (ES I)

2.   **Psychiatry Services Branch (PSB)**
   - 1.0 AHPA
   - 1.0 Secretary
   - 1.0 OT

3.   **Centralized Clinical Case Mngt**
   - 1.0 OT

4.   **Clinical Operations Branch (COB)**
   - 1.0 Chief Psychologist
   - 1.0 AHPA
   - 1.0 Secretary

> **Deleted: <#>1.0 OT ¶**

6.   **Quality Management Assistance Program (QMAP)**
   - 3.0 Chief Psychologists - Regional Mental Health Directors (RMHD)
   - 6.0 Senior Psychologists (Specialist)
   - 6.0 Senior Psychiatrists (Specialist)
   - 6.0 Nurse Consultants, Program Review (NCPR)
   - 6.0. Sr. LPT
   - 5.0 Facility Captains (FC)
   - 2.0 Retired Annuitants (RA)
   - 3.0 Staff Services Manager I (SSM I)
   - 6.0 AHPA
   - 3.0 HPSI
   - 3.0 Secretaries
   - 3.0 OT

8.   **Utilization Management (UM) Unit**
   - 4.0 NCPR

> **Deleted: ¶**

25

9. **Clinical Policy and Programs Development and Clinical Evaluations (CPPD&CE) Branch**

   - 1.0 AHPA
   - 1.0 Secretary
   - 1.0 CEA-Clinical Psychologist

10. **Clinical Policy and Programs Development (CP&PD) Unit**
    - 4.0 Senior Psychologist (Specialist)
    - 1.0 Psychiatric Social Worker (PSW)
    - 1.0 Sr. LPT
    - 1.0 Research Analyst II (Social/Behavioral)
    - 1.0 AHPA
    - 1.0 Secretary
    - 2.0 Office Technician

11. **Psychological Testing and Forensic Evaluation (PT&FE) Unit**
    - 3.0 Clinical Psychologists
    - 2.0 SSA/AGPA
    - 1.0 AHPA

12. **Extraordinary Travel and Quarterly Meetings ($1.7 million)**
    - $1,1,249,560 ongoing funding for Extraordinary Travel for Quality Management Assistance Team (QMAT)
    - $104,130 ongoing funding for Extraordinary Travel for Psychological Testing
    - $234,000 ongoing funding for Travel Differential for QMAT and Psychological Testing
    - $21,360 ongoing funding for Quarterly Psychological Testing meetings
    - $103,240 ongoing funding for Quarterly Leadership meeting

13. **Workload Study ($400,000)**
    - $400,000 one-time funding for workload study

**Summary of Request:**

- **86.0 Permanent Positions**
- **$1.7 million ongoing funding for Extraordinary Travel**
- **$400,000 one-time funding for a Work Load Study.**

26

## F. ANALYSIS OF ALL FEASIBLE ALTERNATIVES

**Alternative A:** Implement the 2006 MHSDS Revised Program Guide and the DCHCS, MHP - Headquarters as specified above, beginning July 1, 2006.

**I.   2006 Mental Health Services Delivery System (MHSDS) – Revised Program Guide Resources**

   a.   Establish 71.6 permanent field positions.
   b.   Establish 73.0 positions for weekend staffing of OHU with mental health patients located in 5 institutions where there are no mental health crisis beds.
   c.   Establish 9.0 new positions and upgrade 10.0 existing positions to provide additional supervision for licensed psychiatric technicians.
   d.   Establish 6.0 Sr. Psychologist Supervisor positions to provide additional supervision in institutions where there is a high-propensity of mental health inmates in Ad Seg or SHU.
   e.   Establish 9.0 HPS I positions to track compliance with the guidelines and assist QMAT teams with quality management functions in the institutions.
   f.   Ongoing funding totaling $779,000, for contract funding and supplies for use of the MCMI-III psychological testing and diagnostic clarification system.

**II.   Division of Correctional Health Care Services (DCHCS), Mental Health Program (MHP) – Headquarters**

   a.   Establish 86.0.0 permanent Headquarters' positions.
   b.   One-time funding totaling $400,000 for a contractor to conduct a workload survey.
   c.   $1.7 million ongoing funding for Extraordinary Travel

**Alternative B:** Implement requirements of the revised MHSDS Program Guide without requested resources

**Pros:**   Requires no funding

**Cons:**   Failure to implement the 2006 MHSDS Revised Program Guide with requested resources will lead to increased litigation costs and is likely to lead to a Court Order which may be more costly than the current proposal. Failure to provide constitutionally adequate mental health treatment may harm inmates and is a violation of inmate's rights under the Eighth and Fourteenth Amendments of the United States Constitution prohibiting cruel and unusual punishment. This alternative is not consistent with the CDCR mission.

## G. TIMETABLE

Resource augmentations for FY 2006-07

## H. RECOMMENDATION
Alternative A

27

Deleted: ¶
¶

01352

**Maple, Scott**

| | |
|---|---|
| **From:** | Maple, Scott M. |
| **Sent:** | Thursday, May 12, 2005 2:01 PM |
| **To:** | 'Huang, Daphne' |
| **Subject:** | FW: Coleman Attach for Daphne |

**Attachments:**     Postion breakdown for DOF.xls

Hi Daphne,
Here is the breakdown you requested. You will notice that there is no treatment cell and a few other of the one-time items. That is due to our error. By the time we realized it, you had already tied down the amount. We left out $30k for a 15k survey, a 9k copier, a 1k treatment cell and a few other items.

If you have a question, please call Mary or myself...Scott

| | |
|---|---|
| **From:** | Kostiew, Mary |
| **Sent:** | Thursday, May 12, 2005 12:10 PM |
| **To:** | Maple, Scott M. |
| **Subject:** | Coleman Attach for Daphne |

Scott,
I am sending this to you. So that you can send it to Daphne with your approval. If Daphne has any questions she can give me a call and I will explain it to her.



Postion breakdown
for DOF.xls ...

*Mary*

Mary A. Kostiew
Phone: (916)650-6728
FAX: (916) 323-2082

1

01353

| Number of PSN | Classification | General Expense | Printing | Communications | Travel | Training | *Equipment | Other Items | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 12.9 | Psych Techs | 3,005 | 206 | 13 | 2,593 | 1,135 | | | 6,952 |
| 1.0 | Med Transcriber | 236 | 16 | 1 | 201 | 88 | 4,326 | | 4,868 |
| 0.8 | OA | 189 | 13 | 1 | 161 | 70 | 3,461 | | 3,895 |
| 1.2 | OT | 260 | 18 | 1 | 221 | 97 | 5,192 | | 5,789 |
| 0.5 | OSSI | 118 | 8 | 1 | 101 | 44 | 2,253 | | 2,525 |
| 4.4 | Psyc Soc Wkr | 991 | 67 | 4 | 844 | 370 | 19,830 | | 22,106 |
| 5.3 | Staff Psychiatrist | 1,180 | 80 | 5 | 1,005 | 440 | 27,139 | | 29,849 |
| 12.2 | Psychologist | 2,738 | 186 | 12 | 2,332 | 1,021 | 62,470 | | 68,759 |
| 4.1 | Rec Therapist | 920 | 62 | 4 | 784 | 343 | 4,136 | | 6,249 |
| 3.1 | Reg Nurse | 732 | 50 | 3 | 623 | 273 | 704 | 775 | 3,160 |
| 1.8 | Sup Psych Soc Wkr | 401 | 27 | 2 | 342 | 150 | 9,217 | | 10,139 |
| 4.0 | Sr Psych Tech | 897 | 61 | 4 | 764 | 334 | 4,036 | | 6,096 |
| 51.3 | | $11,667 | $794 | $51 | $9,971 | $4,365 | $142,764 | $775 | $170,387 |

* Equipement for newly established postions are a one time cost.

**Maple, Scott**

| From: | Maple, Scott |
|---|---|
| Sent: | Tuesday, April 25, 2006 5:43 PM |
| To: | 'Mangum, Sarah' |
| Cc: | 'joe.stephenshaw@dof.ca.gov'; Sweeney, Kristal; Grader, Lindsay |
| Subject: | RE: Finance Letter update |

**Attachments:** BCS Plata FL as approved by DOF (3).doc; MH FL with DOF changes -final 4-25-06.doc

Sarah & Joe,

Here are Coleman and Plata. Please let us know if there are any changes or when they are final.

Scott Maple
Staff Services Manager I
Budget Management Branch
916-341-6932

**From:** Mangum, Sarah [mailto:Sarah.Mangum@dof.ca.gov]
**Sent:** Tuesday, April 25, 2006 5:12 PM
**To:** Maple, Scott
**Cc:** Sweeney, Kristal; Stephenshaw, Joe
**Subject:** RE: Finance Letter update

Yes, please provide Joe and I both with the electronic version of the narrative.  We will look at it tomorrow morning and get back to you with any questions, additional changes, or (hopefully) to let you know it is ok to finalize.  I understand that due to the large amount of the attachments, when this is final it will be coming in it's own binder.

**From:** Maple, Scott [mailto:Scott.Maple@cdcr.ca.gov]
**Sent:** Tuesday, April 25, 2006 5:13 PM
**To:** Mangum, Sarah
**Cc:** Sweeney, Kristal; Bosnick, Lucille
**Subject:** Finance Letter update
**Importance:** High

Sarah,
I have just received the revised Coleman with the changes you requested. Kristal asked that I notify you when it is ready and to ask if you and/or Joe would like new electronic copies.

We are now completing Plata and will have that sent to you electronically before we leave today.

If you have any questions/needs please let me know.

Scott Maple
Staff Services Manager I
Budget Management Branch
916-341-6932

01355

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**FINANCE LETTER**
**FISCAL YEAR (FY) 2006/07**

**INSTITUTION/DIVISION:** Division of Correctional Health Care Services    **NUMBER:**
**TITLE:** Mental Health Program

## A. NATURE OF REQUEST

In 1995, a federal class action lawsuit (*Coleman v. Schwarzenegger*) found that the California Department of Corrections and Rehabilitation (CDCR) violated the Eighth and Fourteenth Amendments by being deliberately indifferent to the mental health needs of inmates. The CDCR, Division of Correctional Health Care Services (DCHCS), Mental Health Program (MHP) at Headquarters, and the institutional Mental Health Services Delivery System (MHSDS) intend through this proposal to comply with the *Coleman* court's orders (see Attachment 1).

The CDCR DCHCS mission is to protect the health and safety of the public and CDCR staff by providing timely, cost-effective mental health services for seriously mentally disordered inmates and parolees. Proper screening and treatment of mental illness is the most effective way to reduce inmate-patient potential for violence and its associated costs. CDCR DCHCS MHSDS most critical areas of service delivery which are in need of immediate staffing are: Mental Health Outpatient Housing (MH-OHU), and Mental Health Reception Centers (RC).

This Finance Letter (FL) addresses the necessary Headquarters staffing for compliance with the Special Master's recommendations, which are currently being adopted as final orders by the *Coleman* court (See attached Court Order dated March 2, 2006 issued by Lawrence Karlton). Review of current recruitment and program needs and requirements has led DCHCS to conclude that the most effective and efficient method of confronting the critical staffing shortage is to focus on meeting the staffing mandates of the 1999 and 2001 court orders and attacking current vacancies. While resolving these issues, the proposed workload study will determine the staffing needs of the 2006 MHSDS Revised Program Guide (see Attachment 2) without delaying their implementation. By proceeding in this fashion, DCHCS intends to immediately address existing inmate-patient mental health needs and staffing issues while simultaneously developing the necessary staffing methodology that will quantify and standardize the human resource requirements crucial to meeting the federal court mandated level of services.

| Deleted: |

This FL is divided into two sections. The first section addresses the staffing needs in the most critical care areas in the field institutions, and staffing necessary to comply with the 1999 and 2002 court orders. The second section addresses the Headquarters MHP staffing required for compliance with the pending 2006 *Coleman* court order.
This FL is requesting a total of 254.6 positions for FY 2006/07.

| Deleted: 216.5 |

1

**SECTION I.      DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS),
                  MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) –
                  2006 REVISED PROGRAM GUIDE RESOURCES**

In 1997, CDCR established initial policies and procedures for providing mental health
services at all CDCR institutions through the MHSDS Program Guide, which was
provisionally approved by the court. Revisions to the Program Guide have been an
ongoing requirement of the *Coleman* case. As a result, each revision has resulted in
amending memoranda to the field requiring additional workload, changing timelines and/or
new programs. These amending memoranda have been included in the pending 2006
MHSDS Revised Program Guide. (See attached Court Order dated March 2, 2006 issued
by Lawrence Karlton.) Implementing the 2006 MHSDS Revised Program Guide is an
integral part of the strategy to exit the *Coleman* case and to reduce costs related to this
litigation. However, timing of resource allocation will appear to be more sagacious after
completing a workload study to determine the necessary staffing that will quantify and
standardize the human resource requirements critical in meeting the federal court
mandated level of services. In the meantime, CDCR is requesting resources to address
specific workload increases identified for MH-OHU's and RC's as a result of the new
Program Guide Implementation

**SECTION II.     DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS),
                  MENTAL HEALTH PROGRAM (MHP) – HEADQUARTERS**

The second section addresses the necessary MHP Headquarters staffing required for
compliance with the pending *Coleman* court order. (See attached March 2, 2006 court
order.) Recently, the federal court's Special Master specifically noted that there are
inadequate DCHCS mental health leadership and management resources which prevents
effective response "to the myriad of issues persistently hurled at them." The Special
Master also found that various areas of noncompliance with currently required elements of
mental health care in the institutions, and with future planning efforts, were due to a lack
of ability to provide Headquarters support and Central Office oversight. On January 19,
2006, in a meeting with All Parties in the *Coleman* case, the Special Master and court
experts extensively emphasized the need for a team of Headquarters' staff devoted to
quality management assurance.   The CDCR DCHCS is also requesting funds for
extraordinary travel expenses for the Quality Management Assistance Program (QMAP)
and Psychological Testing Units, quarterly meetings for the Psychological Testing staff
and leadership staff, and miscellaneous equipment needs. In addition, CDCR DCHCS is
requesting the above mentioned workload study of field and Headquarters' functions to
identify, standardize and quantify the human resource requirements of the MHP and
DCHCS.

**B. BACKGROUND/HISTORY**

On June 25 1991, a class action complaint (*Coleman vs. Schwarzenegger, et al.*) was
filed against CDCR alleging that the department ". . . under color of state law . . . acted
with deliberate indifference depriving the plaintiff class of their rights to be free from cruel
and unusual punishment as guaranteed by the Eighth and Fourteenth amendments to the
United States Constitution."

2

01358

The United States District Court for the Eastern District of California ultimately found that the state and prison officials had acted with deliberate indifference to the medical needs of inmates with serious mental disorders by ignoring the advice of their own experts regarding the deficiencies that had existed in the correctional system for years. The court found that CDCR DCHCS MHSDS was a constitutionally inadequate system that lacked the necessary elements for delivery of adequate mental health care, such as: screening and identification of mentally ill inmates; prompt access to mental health professionals for diagnosis and treatment; patient access to necessary and appropriate levels of care as determined by clinicians, including outpatient care; residential care, crisis care, and inpatient care; medical records and an information management system; and a quality assurance system. The court concluded that California's system could not and did not meet the serious medical needs of mentally ill inmates incarcerated in its prisons and, on June 6, 1994, it was recommended that the district court order the appointment of a Special Master and that state and prison officials develop and implement forms, protocols, and plans necessary to remedy constitutional violations.

After 11 years of implementing the court's orders and the mandated services, as well as preparing for the implementation of the 2006 MHSDS Revised Program Guide, CDCR and DCHCS have determined that current resources are insufficient to implement the newly mandated 2006 MHSDS Revised Program Guide in a manner consistent with the court's requirements and level of community standards of quality care. Failure to implement the 2006 MHSDS Revised Program Guide will continue the current status of mentally ill inmates going undiscovered, undiagnosed, and untreated, while at the same time being subjected to conditions that aggravate their illnesses. Due to limited resources, those mentally ill inmates, who currently do receive some form of treatment, suffer needless extended and medically harmful delays in access to necessary psychiatric care.

CDCR DCHCS researched other states' correctional mental health staffing and found their mental health population small compared to California's, and that some states base their staffing on total inmate population in determining their mental health staff to inmate ratios (see Attachment 12). CDCR DCHCS also reviewed the American Association for Correctional Psychology accreditation requirements (see Attachment 13), which recommended a ratio of one FT psychologist for every 50-75 adult inmates; the National Commission on Correctional Health Care, which provided guidelines (see Attachment 14); and Human Rights Watch (see Attachment 15), which recommended that each prison system conduct an assessment to "ensure mentally ill prisoners receive mental health services consistent with community standards of care".

California has the largest mental health population in the nation. The CDCR DCHCS is responsible for administering the critical Mental Health Program for a population of nearly 170,000 inmates, including over 31,000 inmate-patients enrolled in the MHSDS. Of the over 31,000 inmates identified as seriously mentally ill, over 5,000 are high risk and in either residential or other in-patient treatment settings. Over 25,000 inmates are receiving psychotropic medications, usually twice every day.

To continue a MHSDS that is understaffed, significantly overworked, and lacking a quality assurance program places inmates and inmate-patients at risk, and the state, CDCR and key decision makers in danger of being found in contempt of court. Standardizing the delivery of mental health care in accordance with generally accepted medical practice, the National Commission on Correctional Health Care, community standards, and the law is

3

consistent with the CDCR's Strategic Plan and DCHCS's Goals and Initiatives to manage the inmate and parolee population in a safe, efficient, and cost effective manner.

To date, the State of California has spent $28,970,085 in monitoring and attorney fees in the *Coleman* matter. To continue current operations without making adequate provision for complying with the court's mandates and mental health professional standards will leave the State open to further litigation and expenses associated with additional court imposed remedies that may be avoided by implementing the proposed improvements.

CDCR is, therefore, requesting Headquarters positions to manage the increased workload relating to implementation and monitoring of the 2006 MHSDS Revised Program Guide. The proposed Headquarters structure is consistent with those of the Dental and Medical Programs, with each program under a Statewide Program Director.

In addition, if the current vacancy rates are not reduced to under ten percent, CDCR will be in violation of the pending court order that addresses psychiatry vacancies, and inmate-patients will continue to be harmed by inadequate and insufficient access to care.

The resources requested in this FL will provide the staffing level necessary to comply with court mandates and assist in extricating the state from federal judicial oversight. Unless noted otherwise, all positions are effective July 1, 2006.

Deleted:

## C. STATE LEVEL CONSIDERATIONS

CDCR acknowledges in its legislatively approved Strategic Plan that it is morally and constitutionally obligated to provide health care services to incarcerated offenders. The plan notes that a fundamental level of health care is necessary for incarcerated individuals' successful return and integration into the community and concedes that radical changes are necessary in the Department's health care systems to ensure efficient delivery of quality, cost-effective health care services.

As noted in the Special Master's January 2006 report:
> "*Coleman* will not be ended until the defendants can demonstrate an ability to provide meaningful mental health care . . .The defendants' recent history of developing erratic plans or plans they are unable subsequently to implement suggests the present need for something more than just another requirement for the generation of yet more plans."

Standardizing the delivery of mental health care is an essential, critical step to managing the inmate and parolee population and providing necessary mental health care in a safe, efficient, and the most cost effective manner possible. By providing the resources required to comply with the pending federal court order and the mandated policies and procedures essential to providing constitutionally adequate mental health care, CDCR will take an important step toward self-directed management of MHSDS.

In providing inmate-patient mental health services, MHSDS provides a continuum of inpatient care from a contractual relationship with DMH for acute and intermediate, as well as a short-term crisis, inpatient care program within CDCR institutions.

4

01360

## D. FACILITY/CAPITAL OUTLAY CONSIDERATIONS

A space study is currently underway to determine the space needs of the Mental Health, Dental and Medical programs as well as other programs in the institutions.

## E. JUSTIFICATION

The following pages are the justification for:

Section I.     Division of Correctional Health Care Services (DCHCS), Mental Health Services Delivery System (MHSDS) – 2006 Revised Program Guide Resources

Section II.    Division of Correctional Health Care Services (DCHCS), Mental Health Program (MHP) – Headquarters

5

# Section I:

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES

# MENTAL HEALTH SERVICES DELIVERY SYSTEM

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

# 2006 REVISED PROGRAM GUIDE

6

**SECTION I.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS), MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) – 2006 REVISED PROGRAM GUIDE RESOURCES**

The court found that DCHCS MHSDS was an inadequate system that lacked, in whole or in part, the necessary elements for delivery of adequate mental health care.    The 2006 MHSDS Revised Program Guide are policies and procedures that are consistent with the court's requirements.

Since there are new functions in the 2006 MHSDS Revised Program Guide and insufficient workload data available upon which to base an objective, meaningful conclusion as to the appropriate number and level of personnel necessary to adequately carry out the new duties, DCHCS compared with the functions with the 1997 court mandate ratios (see Attachment 3).

### 1.    Mental Health Reception Center (RC)

The MHSDS provides universal screening for all incoming inmates at Reception Centers and directs transfers from the Reception Center to the treatment facility for further evaluation and/or treatment if needed.

The bulk of the Intake Assessment requirements and Treatment Planning requirements described in the CCCMS GP Section will be the responsibility of RC staff.    The 2006 MHSDS Revised Program Guide requires that EOP LOC patients be seen weekly until transfer (but does not require the ten hours of weekly structured therapeutic activities). According to the resource analysis data collected, for RC related duties, the caseloads should be reduced by 50 percent from the current staffing allocated.    The current RC duties were never staffed separately from the CCCMS LOC duties, and the ratio below takes this into account along with the 2006 MHSDS Revised Program Guide duties.

Based on the above formula and population statistics for October 2005, DCHCS is requesting **51.0 Psychologist (Clinical) positions** (26 implemented 10/1/06 & 25 implemented on 1/1/07) **and 20.6 Correctional Counselor Is** for a total of 71.6 positions for the RC.

7

2.    **Mental Health Outpatient Housing Unit (MH-OHU)**

The 2006 MHSDS Revised Program Guide requires seven-day per week coverage in for mental health patients in any OHU. Additional weekend clinical staffing is requested in institutions that have a significant OHU population and no MHCB (where weekend staffing is requested above). These five institutions are Avenal State Prison (ASP), CCI, CMC-East, NKSP, and SQ.

Based on the above formula and the February 6, 2006 population status for MH-OHU, DCHCS is requesting 72.98 positions (38.7 LPT (implement 10/1/06), 8.0 Staff Psychiatrists, 18 Clinical Psychologists, and 8.3 OT positions).

| Deleted: |
| Deleted: 29.0 |
| Deleted: ed |
| Deleted: 2.4 |

3.    **Institution Level Supervision -**

Currently, 265.6 LPTs are supervised by 26.7 Supervising Registered Nurse I (SRN I) staff members and two Sr. LPTs. At this time, this FL is only requesting Sr. LPTS to compensate for the existing LPTs (265.6). The total number of Supervisors required for a one Supervisor: ten LPT ratio at institutions with more than ten LPTs = 15 - *Less 3.0 Sr. LPT upgrades allocated to COR in FY 2005/06* = a need for 12.0 Sr. LPTs. Twelve recommended supervisors – two (current Senior LPT supervisors at SAC) = 10 Supervisors. The Sr. LPT classification has not been regularly used to supervise LPTs, but is recommended to ensure appropriate supervision relative to scope of practice (i.e., group therapy duties). Senior LPTs can still perform LPT duties if necessary. Total Ratio - one Sr. LPT: 10.0 LPT (at institutions with more than ten LPTs = a need for 10.0 Sr. LPT positions. This FL requests permanent upgrading of 10.0 LPTs to Sr. LPT positions

Unit Supervisors are required to provide supervision for Senior. LPTs across shifts at institutions with multiple mental health missions. Unit Supervisor positions have not previously been designated in CDCR. The CDCR duty statement for this position has been developed based on the Department of Personnel Administration specifications. The Unit Supervisor ensures the administration of the routine nursing services across correctional mental health units and custody levels; coordinates the work of the nursing staff and acts as a liaison between Unit staff on varying shifts; trains and develops shift leads; instructs LOC nursing personnel in nursing processes, habilitation, and rehabilitation techniques for inmate-patients; and provides continuous management and supervision of Units that offer routine and supportive nursing services for developmentally disabled or mentally ill inmate-patients.

One Unit Supervisor is required at each institution with multiple mental health missions including: RC, CCCMS, ASU-CCCMS, GP-EOP, ASU-EOP, and/or PSU. Unit supervisors at this time are requested for mental health "consolidated care center" institutions in the "CDCR Right Prison, Right Mission" plan. The 9 institutions are: CIM, CIW, CMC, CMF, LAC, MCSP, PBSP, RJD, and SAC.

Requesting 9.0 Unit Supervisors to be allocated to the nine Consolidated Care Centers (implement on 1/1/07).

| Deleted: 4.5 |
| Deleted: ed |
| Deleted: These positions are requested effective July 1, 2006.¶ |

Summary of positions needed to accomplish adequate Supervision Levels.
- Permanently Upgrade 10.0 LPTs to 10.0 Sr. LPTs (implemented on 10/1/06).

| Deleted: 7.5 |
| Deleted: 7.5 |

8

- 9.0 Unit Supervisors (implement on 1/1/07).

| Deleted: 4.5 |
| Deleted: ed |

## 4.    Performance Evaluation and *Colman* Court Case Compliance

The Quality Management System is required, by the *Coleman* and *Plata* court cases, in order to provide adequate performance management and to ensure compliance with mental health policies and procedures. Quality Management requirements specific to mental health involve identification of problems in delivery of mental health services, establishment of QIT, tracking progress of QIT, conducting Suicide Prevention Focused Improvement Team (FIT) meetings (including development and implementation of corrective action plans when a suicide occurs), conducting Mental Health Subcommittee meetings, and facilitating an overall data-based approach to bed utilization. All meetings require documentation, which is sent to other Quality Management Committees at the institution and at Headquarters. Although an analyst has been designated at some institutions for the purpose of health care quality management, a dedicated HPS I for mental health quality management is required to ensure that these important duties are completed as required. This position will also be responsible for oversight of tracking reasonable accommodation offered to MHSDS inmates who are part of the class action *Armstrong* court case. Each HPS I require clerical support in order to complete duties associated with taking meeting minutes, copying, tracking, filing, and communications.

Summary of positions needed to accomplish Quality Management. These positions are requested effective July 1, 2006.

9.0 HPS Is

## 5.    Reception Center (RC) Screening and Diagnostic Clarification

The Million Clinical Multiaxial Inventory -- III (MCMI-III) test can be administered in approximately 30 minutes, either individually or in a group setting. Research indicates that this test is a valid and reliable diagnostic tool to assist in objectively triaging patients for immediate mental health needs, determining mental health diagnosis, as well as predicting future needs for mental health intervention. This test may also be used to predict reaction to authority, escape risk, sexual predation/victimization, disposition to malinger, response to crowding/isolation, suicidal tendencies, and amenability to treatment (see Attachment G: Retlzaff, P., Stoner, J., and Kleinsasser, The Use of the MCMI-III in the Screening and Triage of Offenders, *International Journal of Offender Therapy and Comparative Criminology, 46, 3, 319-332).*

The use of this test, along with a standard computer generated report of results, is proposed for use at RCs, for all newly arriving inmates who have a positive mental health screening indicator (approximately 20,000 inmates per year). A more rigorous interpretation/analysis of results is proposed for use with current inmate-patients at EOP LOC, when diagnostic clarification is needed (approximately 3,000 per year). See Attachment H for sample report.

The use of this instrument is expected to reduce overall mental health program cost. Data generated from the standard use of the MCMI-III at RCs will be used to determine appropriate mental health LOC, thereby reducing inappropriate placements into mental

9

health programs. Use of the MCMI-III at EOP LOC will significantly reduce the use of costly DMH beds for diagnostic clarification.

This FL requests a total for $778,800 per year for a two year period. - $748,800 per year for contract funding for a two year pilot program for valid and reliable test to predict mental health needs of inmates arriving in RC and to aid diagnostic clarification in EOP Level-of-care (LOC) and $30,000 for supplies for implementation of a pilot program for valid and reliable test to predict mental health needs of inmates arriving in RCs and to aid diagnostic clarification in EOP LOC. Request for funding is to be effective July 1, 2006.

Deleted: in ongoing funding

### 6.    Additional Resources

In order to implement the 2006 MHSDS Revised Program Guide, the CDCR DCHCS is requesting the following permanent positions:

1.    6.0 Senior Psychologist Supervisors to provide additional supervision in institutions where there is a high-propensity of mental health inmates in AD Seg or SHU. These positions will be located at CCI, PVSP, RJD, SATF, SQ-RC, and SCSP.

10

01366

# Section II.

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## MENTAL HEALTH PROGRAM

## HEADQUARTERS

II

**SECTION II.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS),**
**MENTAL HEALTH PROGRAM (MHP) - HEADQUARTERS**

The CDCR DCHCS MHP, which has been functioning since 1994, is a decentralized, system-wide concept using standardized evaluation and treatment. The MHP's goal is to provide constitutionally appropriate levels of mental health treatment to the incarcerated serious mentally ill inmate in order to enhance individual functioning and minimize dangerous, destructive, and disruptive behaviors, in the clinically least restrictive environment, consistent with the safety and security needs of both the inmate-patient and the institution.

The MHP utilizes a variety of professional clinical, custodial and support staff to provide the best available quality of care to seriously mentally disordered inmates. In addition, MHP has a contractual relationship with the Department of Mental Health (DMH), which provides a continuum of inpatient care for acute and intermediate, as well as a short-term crisis, inpatient care program within CDCR institutions. Outpatient care is provided in an array of treatment levels and modalities including day treatment programs and outpatient clinics.

This FL is modeled after the Dental and Medical Programs FLs. Each program is managed by a Statewide Program Director and each has a similar Quality Management Assistance Program.

In order to ensure timely, coordinated and consistent statewide, evidence-based, quality care in the most efficient and cost effective manner possible, CDCR is requesting the following critical positions to oversee the CDCR DCHCS MHP and the accompanied administrative, programmatic, analytical, and clerical support:

## EXECUTIVE OFFICE

### 1.0 Statewide Mental Health Program Director (CEA)

The Statewide Mental Health Program Director (SWMHPD) will oversee all areas of the Department's MHP and be responsible for administering the critical mental health program for a population of nearly 170,000 inmates with over 31,000 inmates-patients enrolled in the MHSDS for serious/major mental illnesses. Over 5,000 of those enrolled are considered high risk and are either in residential or other in-patient treatment settings. Over 25,000 inmate-patients are receiving psychotropic medications every day. Therefore, the SWMHPD position is requested as a CEA in order to allow for this ultimate reporting structure

The SWMHPD will be responsible for the standardized statewide program development, planning and implementation; overall supervision and administration/management of the MHSDS in the field and the Statewide MHP at Headquarters; compliance with existing laws, regulations and court orders; subject matter expertise to nationwide advisory committees and mental health professional organizations and allied groups, provider organizations, and other public and private agencies; representing the Department on issues regarding mental health before the Legislature, other state departments, federal and local governmental agencies, department staff, and community groups. A psychiatrist

12

01368

must hold this position because this specialty has the broadest area of expertise of any mental health provider classification (see Attachment 11 for detailed task list).

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the SWMHPD and HPS I on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

### 1.0 Executive Secretary I (ES I)

The ES I will provide complex and sensitive administrative secretarial support to the SWMHPD. This position will be communicating and interacting with all levels of personnel within and outside of CDCR (see Attachment 11 for detailed task list).

### PSYCHIATRY SERVICES BRANCH (PSB)

The PSB, which is supervised by a Chief Psychiatrist, is responsible for ensuring statewide implementation of the psychiatric components of mental health policies and procedures and provides subject matter expertise on the delivery of psychiatric services in CDCR. This Branch is comprised of two Sections: QMAP Unit and the Tele-Psychiatry Unit. The Chief Psychiatrist reviews and certifies all Mentally Disordered Offender (MDO) reports as required by law. With assistance from the Senior Psychiatrist Supervisor in the Tele-Psychiatry Unit, the Chief Psychiatrist participates in developing, updating and approving all 2006 MHSDS Revised Program Guidelines impacted by psychiatric services including, but not limited to, the following areas: medication management; delivery of psychiatric services; peer review; all aspects of inpatient treatment, *Keyhea* processes (involuntary medication), and Heat Plan procedures and protocols. The Chief Psychiatrist also provides subject matter expertise for the Mental Health Program Subcommittee (MHSubC), Suicide Prevention and Response Focused Improvement Team (SPRFIT), Emergency Review/Death Review Subcommittee (ER/DR), Pharmacy and Medication Management Subcommittee (P&MM), Professional Practice Executive Committee (PPEC), and other meetings and projects as assigned (see Attachment 11 for detailed task list).

DCHCS is requesting the following critical positions to provide direct administrative, programmatic, analytical and clerical support to the Chief, PSB:

### 1.0 Associate Health Program Advisor (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief, PSB on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

**Deleted:** *1.0 Office Technician*
The 1.0 Office Technician will provide the necessary clerical support to the staff in the Statewide Director of Mental Health's Office.

13

### 1.0 Secretary

The Secretary will provide administrative secretarial support to the Chief, PSB. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

### 1.0 Office Technician – Typing (OT)

The OT will provide clerical support for the Chief, PSB and AHPA; draft and review sensitive and confidential documents; track assignments, and do other duties as required (see Attachment 11 for detailed task list).

## QUALITY MANAGEMENT ASSISTANCE PROGRAM (QMAP) UNIT

The Senior Psychiatrist (Specialist) in the QMAP Unit reports directly to the Chief Psychiatrist and is part of the QMAP team under the Regional Mental Health Director (RMHD) in the COB.

Please see COB, QMAP Unit, for requested Senior Psychiatry Specialist positions.

## CENTRALIZED CLINICAL CASE MANAGMENT
### 1.0 Office Technician (OT) – Typing

The OT will provide the necessary clerical support to Centralized Clinical Case Management.

## CLINICAL OPERATIONS BRANCH (COB)

The COB of the MHP is responsible for ensuring that the CDCR policies and procedures for the delivery of mental health services are implemented and complied with in a standardized and uniform manner. This fosters both the deliverance of quality, cost-efficient and effective health care and diligent risk management. There are three Units of this branch:

- Quality Management Assistance Program (QMAP)
- Centralized Clinical Case Management (CCCM)
- Utilization Management (UM)

DCHCS is requesting the following critical positions to oversee the Branch and to provide direct administrative, programmatic, analytical and clerical support to the Chief, COB:

### 1.0 Chief, Clinical Operations Branch (CEA)

The Chief, COB, will provide clinical, administrative and management oversight of the statewide multi-disciplinary QMAP, CCCMU and UM Units. The position requires a clinical psychologist with extensive knowledge and experience in the provision of mental health services in a correctional environment. This psychologist will supervise four Regional Mental Health Directors (RMHD). The regional directors must be Chief Psychologists who are experienced in managing correctional mental health programs.

14

01370

These Chief Psychologists will have direct supervisory responsibilities over Senior Psychologist (Specialist), and have indirect supervisory responsibilities for other QMAP team members, including facility captains and psychiatrists, and the nurses in the UM Unit. Therefore, the Chief of Clinical Operations position is requested as a CEA in order to allow for this ultimate reporting structure (see Attachment 11 for detailed task list).

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief, COB on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

### 1.0 Secretary

The Secretary will provide administrative secretarial support to the Chief, COB. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

## QUALITY MANAGEMENT ASSISTANCE PROGRAM (QMAP)

QMAP provides programmatic quality assistance by sending multidisciplinary Quality Management Assistance Teams (QMAT) to the 33 CDCR institutions. These teams are composed of custody, health care, and analytical staff, from both Headquarters and the regional offices. The teams monitor performance with audits, assessments, and analysis of the data collected. Issues addressed include, but are not limited to:

- Access to care, including specialized care such as that provided in an inpatient setting;
- Completeness and appropriateness of patient health records;
- Custody records and processes for determining classification status and rules-violations reports with consideration of mental health status;
- Custody escorting procedures;
- Medication or "pill" lines;
- Seclusion and restraint practices;
- Mental health rounding in the lock-up and condemned units;
- Appropriate staffing and vacancies; and
- The presence of an institutional quality assurance program.

Management reports are then generated which result in corrective action plans and/or resource requests. Traditionally, the DCHCS MHP's QMAP efforts have consisted of a single two-to-five member team (redirected from other duties) tasked with monitoring the entire State of California prison system. The Federal Court has also been providing its own quality assurance monitoring via a team of nationally renowned experts (psychiatrists, psychologists, social workers, and attorneys) serving the *Coleman* Special Master. The cost to the State of California for this federal monitoring has, to date, exceeded $29 million. *Coleman* monitoring rounds occur twice a year on average, and typically result in a several-hundred page report detailing the deficiencies within each institution. The Special Master

> **Deleted:** *1.0 Office Technician*¶
> ¶
> The OT will provide the necessary clerical support to Clinical Operations Branch.¶

15

has long held that CDCR needs to demonstrate that it can manage itself (i.e., identify problems and develop and implement corrective action plans). The staffing and implementation of this requested QMAP Unit will supplant the need for federal monitoring and will allow CDCR to administer and manage a quality mental health care system. Failure to implement QMAP will result in continued and costly litigation and monitoring, continued deliverance of inadequate and insufficient mental health care, and continued violation of constitutional mandates (see Attachment 8 for workload data).

The Mental Health QMAP is modeled on the already-approved QMAP structure for the Medical Program under *Plata* and the Dental Program. Each QMAP region will have two QMAP teams assigned to each of the three regions (North, Central and South), with each team assigned to five or six institutions within its region. Each QMAP team consists of a Senior Psychologist (Specialist), a Senior Psychiatrist (Specialist), a Nurse Consultant Program Reviewer (NCPR), a Sr. LPT, a FC, and a Retired Annuitant (RA) (formerly a Warden or Chief Deputy Warden). The need for each classification is explained below.

As mentioned above, the *Coleman* court's experts monitor each prison twice a year and only conduct audits and assessments. CDCR intends to have each prison monitored on a monthly basis. The regional QMAP teams will not only monitor and assess, but also develop corrective action plans and recommend improvements to local operating procedures towards greater efficiencies utilizing existing resources. If necessary, QMAP teams will assist the institution in seeking adjustments to its resources. Providing assistance with this degree of frequency will help the institutions to improve their MHSDS faster after years of stagnation. It will also help to maintain programmatic gains and/or to identify needed restructuring or enhancements in a more responsive fashion. This process will ultimately benefit the health and well being of inmate-patients.

Under the direction of the Chief of COB, each regional QMAP team will be supervised by a RMHD. The team will also collaborate with the institution's executive staff to effectively achieve and provide proof of practice to the appropriate stakeholders. It is imperative that the team members be knowledgeable and experienced in their areas of expertise to be effective and acknowledged by the prison's executive team.

In order to fulfill the court mandate, replace the *Coleman* Special Master's monitoring team, and provide quality mental health care, DCHCS is requesting the following critical positions to provide direct managerial, administrative, programmatic, analytical and clerical support to the QMAP Unit:

### 3.0 Regional Mental Health Director (RMHD), Chief Psychologist

Deleted: 4

Each regional multi-disciplinary QMAP team will be under the supervision of a RMHD. In the institutions, the Chief Psychologists serve as the mental health programmatic managers and supervise the largest number of mental health workers. Therefore, this classification is the best suited for the role of RMHD. This position will provide regional clinical and administrative management; oversight for institutional reviews and reports of statewide mental health policy and program implementation; leadership and monitoring of QMAT functions and work product, including management reports; high-level and complex clinical case consultations; and serve as the DMH liaison for QMAP (see Attachment 11 for detailed task list).

16

**6.0 Senior Psychologist (Specialist)**

The Senior Psychologist Specialists on each QMAT team will report directly to the RMHD and function as the team leader. Senior Psychologist is the classification utilized in the institutions to provide supervision and leadership for the specific programs areas; therefore, this classification is the most qualified to coordinate the QMAP teams that will assist the prison programs. The QMAT Senior Psychologist (Specialist) will coordinate QMAT processes, including monthly visits to each institution with the assigned Regional Administrators, as well as other team members; maintain, track and monitor timely and adequate institutional completion of recommended Quality Improvement Plan (QIP) plans; reports institutional status on compliance issues and remedial actions; and function as the critical assessment/assistance link between institutional and Headquarters Quality Management Systems (see Attachment 11 for detailed task list).

**6.0 Senior Psychiatrist (Specialist)** (Implement on 10/1/06)As part of each QMAP team, the Senior Psychiatrist (Specialist), although directly reporting to the Chief Psychiatrist in the PSB, will be indirectly reporting to the RMHD. These psychiatrists function as subject matter experts on matters such as the diagnosis and treatment of psychiatric conditions; co-morbid medical conditions and treatments; psychopharmacology strategies and administration; involuntary medication orders ("*Keyhea*"); appropriate medical documentation; restraint and seclusion medical processes; psychiatrist administered suicide risk assessments, and peer review functions such as pattern of practice investigations (see Attachment 11 for detailed task list).

| Deleted: 4.5 |
| Deleted: ¶ ¶ |
| Formatted: Font: Not Bold, Not Italic |

**6.0 Nurse Consultant, Program Review (NCPR)**

As part of the QMAP team, the NCPRs will indirectly report to the Nurse Consultant, Program Review Lead (NCPRL) (i.e., regional team leader) and the RMHD and directly to the Regional Director of Nursing (RDN). The NCPR will provide nursing expertise and clinical oversight in ensuring compliance with 2006 MHSDS Revised Program Guide and will report institutional status and issues regarding nursing processes and progress on a regular basis to the RMHD. Processes include issues such as nursing administered suicide risk assessments; medication administration procedures; seclusion and restraint procedures, nursing peer review such as pattern of practice investigations, and IDTT participation (see Attachment 11 for detailed task list).

**6.0 Senior Licensed Psychiatric Technician (Sr. LPT)** (Implement on 10/1/06)

| Deleted: 6.6 |

As part of the QMAP team, the Sr. LPT will indirectly report to the NCPRL (i.e., regional team leader) and the RMHD and directly to the RDN. The Sr. LPT will provide subject matter expertise in regards to the institutional LPT activities such as mental health rounding on inmates in the lock-up and condemned units; conducting quality and substantive group therapies and activities; collecting and reporting of objective observations about signs and symptoms of mental illness; ensuring appropriate medical documentation; providing one-to-one suicide observation; and distributing medications. Traditionally, these functions have been in significant non-compliance and with questionable proof-of-practice, leading to threats of contempt of court citations. The Sr. LPT will also be responsible for generating management reports on the status of institutional compliance with MHSDS policies and procedures, and on other significant issues and concerns (see Attachment 11 for detailed task list).

17

*5.0 Facility Captain (FC)* (Implement on 10/1/06)

As part of the QMAP team, the FC, will indirectly report to the RMHD and directly to the Regional Correctional Administrator (RCA). The QMAP FCs will be responsible for providing regional assistance and support to institution staff in the implementation of the 2006 MHSDS Revised Program Guide. The FCs will serve as the liaison between institutional custody supervisors and institutional medical staff. These FCs will audit custody processes such as records and processes for determining classification status and rules-violations reports, taking into consideration the following: mental health status; escorting procedures; use of force procedures; participation in IDTT; seclusion, restraint and suicide watch custodial procedures; annual mental health training for custody staff; and the provision of access to health care. Audit results and process observations are developed in monthly management reports (see Attachment 11 for detailed task list).

**2.0 Retired Annuitant (RA)**

As part of the QMAP team, the RA, who are either retired Wardens or Chief Deputy Wardens, will indirectly report to the RMHD and directly to the RCA. DCHCS has utilized four RA's over the last several years. These retired wardens have been very effective in their roles given their ability to gain direct access to the institution's Warden, Chief Deputy Warden, and Associate Warden of Health Care. These four existing RA Wardens have years of experience with monitoring of the *Coleman* lawsuit and have earned considerable respect with the Special Master and the Court's monitors. DCHCS seeks to augment this model with the addition of two RAs for a total of six, one for each QMAP team. This will allow them to provide statewide coverage for QMAP monitoring, and takes into consideration their limited (half-time) availability.

As part of the QMAP team, the RAs interface with the top custody leadership at the prisons, reporting to those wardens the audit results in real time and jointly developing fast and effective solutions. They provide assistance in developing requests for resource adjustments when needed, and they develop monthly management reports for each institution's custodial processes and procedures (see Attachment 11 for detailed task list).

*3.0 Staff Services Manager I (SSM I)*

The SSM I will plan, organize and direct the work of the HPS I, AHPAs, Secretary, and OT in support of the Regional QMAP teams.

*6.0 Associate Health Program Adviser (AHPA)*
(Implement 2 on 10/1/06, 2 on 1/1/07 & 2 on 4/1/07)

The AHPA will provide analytic support to evaluate confidential information, reports, status and conclusions, and ensure that timelines are met by projecting report requirements; draft management reports from tracked data and other documents; perform supporting research; and manage reporting requirements (see Attachment 11 for detailed task list).

*3.0 Health Program Specialist I*

18

Deleted: *3.8*

Formatted: Font: Not Bold, Not Italic

Formatted: Font: Bold

Deleted: ¶
¶

Formatted: Font: Bold

Formatted: Font: Bold, Italic

Formatted: Indent: Left: 0.25"

The HPS I will provide the RMHD with administrative and programmatic support. The HPS I will act as a subject matter expert and assist in the planning, implementation, monitoring and evaluating the MHP and interacting with staff and stakeholders both within and outside of CDCR (see Attachment 11 for detailed task list).

### 3.0 Secretary

The Secretary will provide administrative secretarial support to the RMHD. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

### 3.0 Office Technician – Typing (OT)

The OT will provide clerical support for the RMHD, SSM I and HPS I; draft and review sensitive and confidential documents; submit QIP and other reports and updates to DCHCS Headquarters; make travel arrangements and process time sheets and travel claims for clinicians in the regions; and do other duties as assigned (see Attachment 11 for detailed task list).

### UTILIZATION MANAGEMENT (UM) UNIT

The UM Unit provides RNs who work full-time and on-site at the DMH facilities, which are designated for the CDCR population via an inter-agency agreement.

The RNs in the UM Unit perform bed use review and management for every CDCR mental health patient being cared for in DMH beds.   There are eight such programs/facilities:

- Atascadero State Hospital (ASH)
- Patton State Hospital (PSH)
- Metropolitan State Hospital (MSH)
- Coalinga State Hospital (CSH)
- Vacaville programs (3) housed within the walls of the CMF:
  - o  Acute Psychiatric Program
  - o  Day Treatment Program
  - o  Intermediate Care Facility
- Napa State Hospital (NSH)
- Salinas Valley Psychiatric Program (SVPP) housed with the walls of SVSP
- SAC inpatient program

CDCR UM nurses have proved critical in ensuring CDCR inmate/patients at DMH facilities receive quality care while simultaneously managing this vital and limited resource to provide the most effective and efficient utilization. In the absence of this function, CDCR has discovered on occasion that DMH clinical staffs have retained inmate-patients in hospital inpatient beds far beyond clinical necessity, thereby preventing other patients with acute needs from accessing those beds.

DCHCS currently has two RN positions:  one who is responsible for the CMF and NSH, and one who is responsible for ASH.  CMF and NSH are covered by a single RN due to

19

01375

the limited number of allocated beds at Napa reserved for parolees, and Napa's proximity to CMF.

DCHCS is requesting the following four RN positions to cover the remaining four facilities: one for MSH and PSH, which can be covered by a single RN due to the limited number of applicable beds at PSH (reserved for the female population) and its proximity to MSH (reserved for parolees); one for CSH; one for SVPP, and one for SAC (see Attachment 9 for workload data).

## 4.0 Nurse Consultant Program Review

The NCPR will provide nursing expertise and clinical oversight    for Utilization Management Program.

## CLINICAL POLICY & PROGRAM DEVELOPMENT AND CLINICAL EVALUATIONS (CPPD&CE) Branch

The CPPD&CE Branch of the MHP is responsible for developing policies and programs for the delivery of mental health services and the performance of clinical evaluations for psychological testing and forensic purposes. This Branch consists of the Clinical Policy and Program Development (CP&PD) Unit and the Psychological Testing and Forensic Evaluations (PT&FE) Unit.

DCHCS is requesting the following positions to oversee the branch and provide direct administrative, programmatic, secretarial and clerical support to the Chief, CP&PB:

### 1.0 CEA-Clinical Psychologist

The Chief, Clinical Policy and Program Branch (CP&PB) will report directly to the SWMHPD and provide clinical and administrative leadership and oversight of the CP&PD and the PT&FE Units. The position requires a clinical psychologist with extensive knowledge and experience in the provision of mental health services in a correctional environment. (see Attachment 11 for detailed task list).

This psychologist will supervise two Chief Psychologists who are experienced in managing correctional mental health programs and will have direct supervisory responsibilities over Senior Psychologist Supervisors, Senior Psychologist (Specialist), and Clinical Psychologists, social worker and registered nurses. Therefore, the Chief of Clinical Policy and Programs Branch position is requested as a CEA in order to allow for this ultimate reporting structure.

### 1.0 Secretary

The Secretary will provide administrative secretarial support to the Chief, CP&PB. This position will handle sensitive, complex and confidential materials and will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

20

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief, Clinical Policy and Program Development, and Clinical Evaluations Branch on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

### CLINICAL POLICY AND PROGRAM DEVELOPMENT (CP&PD) UNIT

The CP&PD Unit is responsible for developing and updates all mental health policies and procedures, including the federal court mandated 2006 MHSDS Revised Program Guide and updates. The Unit is responsible for the following programs: training; suicide prevention; program guides; group curriculum planning and development; bed management and planning; mental health compliance management; professional recruitment and development; and the legislatively mandated gender and culturally responsive program.

DCHCS currently has the Chief Psychologist position who will oversees the eight programmatic areas, and five Senior Psychologist Specialists necessary for the Suicide Prevention, Training, Bed Management and Planning, Mental Health Compliance Management, and Professional Recruitment and Development Sections.

DCHCS is requesting the following positions to provide administrative, programmatic, analytical, and clerical support for the Unit Chief:

### 4.0 Senior Psychologist Specialists (Sr. PS) (Implement on 10/1/06)

Due to the clinical complexity of the programs, one Sr. PS will be directly responsible for each of the Sections below

Gender and Culturally Responsive Program Section – The Sr. PS will develop and implement policies and procedures to assure implementation of legislatively mandated gender responsive and culturally diverse programs; ensure that appropriate stakeholders are included in policy development; provide oversight for gender responsive and cultural diversity mental health programs; develop and coordinate training for all staff regarding cultural issues in mental health treatment and on best practices (see Attachment 11 for detailed task list).

Mental Health Compliance Management Section - The Sr. PS will provide clinical oversight and Mental Health Subject Matter Expert (MH SME) for the Mental Health Tracking System and other court mandated mental health tracking systems such as Reception Center Tracking System; provide MH SME to analysts and programmers developing management reports; MH SME database interface to programmers of statewide information technology systems and electronic medical records; serve as liaison between the field and Information Technology staff and interface with institutions to ensure production of required data for court and management reports (see Attachment 11 for detailed task list).

21

**Deleted:** The 1.0 OT will provide the necessary clerical support to the Clinical Policy and Program Development Unit.¶

Bed Planning and Management Section – The Sr. PS will provide subject matter expertise in the development and planning of new mental health beds; develop appropriate policies and programs relevant to the planning and utilization of mental health beds; ensure that appropriate stakeholders are included in policy development; relay information to Mental Health Program regarding trends and decisions at Bed Planning meetings (see Attachment 11 for detailed task list).

Professional Recruitment and Development Section - The Sr. PS will provide oversight for Clinical Internship and Practicum Program; National Health Sciences Loan Reimbursement Program; Continuing Medical and Mental Health Education Units; Licensure, Privileging & Credentialing; policy development and coordination of implementation of standardized psychological testing program with Psychological Testing and Forensic Evaluation Unit; develops policies and ensures that appropriate stakeholders are included in policy development (see Attachment 11 for detailed task list).

### 1.0 Psychiatric Social Worker (PSW)

The Program Guides Section is responsible for system-wide standardization of mental health policies and procedures, including local operating procedures at institutions, and updates to the mandated 2006 MHSDS Revised Program Guide. This Section provides subject matter expertise to the QMAP teams, field staff, and other stakeholders regarding current mental health policies and procedures.

This position requires an experienced Psychiatric Social Worker familiar with correctional mental health treatment systems. It is important to have the PSW profession represented at the DCHCS level to serve as a subject matter expert that will provide consultation with all employee policies and labor relations issues that specifically affect PSWs in the CDCR system (see Attachment 11 for detailed task list).

### 1.0 Senior Licensed Psychiatric Technician (Sr. LPT)

The Group Therapy Curriculum Development Section is responsible for researching best practices in providing group therapy in a correctional setting, developing and implementing a standardized statewide curriculum, and developing standardized training for LPTs who facilitate group therapy. Group therapy is required for all inmate-patients placed at EOP LOC and for a portion of inmates treated in the CCCMS program.

Group therapy is an ongoing requirement and an integral part of mental health treatment. This position requires an experienced Senior Licensed Psychiatric Technician familiar with correctional mental health treatment systems. It is important to have the LPT profession represented at the DCHCS level to serve as a subject matter expert that will provide consultation with all employee policies and labor relations issues that specifically affect LPTs in the CDCR system (see Attachment 11 for detailed task list).

### 1.0 Research Analyst II (Social/Behavioral)

The Research Analyst II with a Social and Behavioral specialization will perform technical research and statistical work. This position will perform research and statistical studies involving individual and social aspects of human behavior. The study conclusions will be

22

utilized for test construction, program planning, and implementation in mental health care, vocational rehabilitation, delinquency, and criminal behavior. This position will work on multidisciplinary teams and have primary responsibility for a major project or activity; gather, compile, edit, and interpret quantitative data for the MHP; develop, implement, and monitor systems and procedures to assemble and structure the necessary data; perform a variety of tasks including the more independent, responsible, varied and complex technical research and statistical work; provide consultative advice to various governmental entities and agencies, design and implement research projects; investigates areas where precedents are lacking or where only a sparse body of knowledge or experience in the area exists (see Attachment 11 for detailed task list).

### 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief Psychologist on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

### 1.0 Secretary

The Secretary position will provide administrative secretarial support to the Chief Psychologist, CP&PD Unit. This position, which will handle sensitive, complex and confidential materials, will be communicating and interacting with all levels of personnel within and/or outside of CDCR (see Attachment 11 for detailed task list).

### 2.0 Office Technician (OT)

The 2.0 OT will provide the necessary clerical support to the Clinical Policy and Program Development Unit.

**Deleted:** ¶
¶
*4.9*

**Formatted:** Font: Bold

**Deleted:** 4.9

### PSYCHOLOGICAL TESTING & FORENSIC EVALUATIONS (PT&FE) UNIT

The PT&FE Unit consists of two Sections: Psychological Testing Section and the Forensic Evaluations Section.

The Psychological Testing Section administers numerous psychological tests for diagnostic clarification when clinically indicated. This occurs in the institution and will replace the current strategy of sending inmates to DMH inpatient beds for the same type of testing. This will, in turn, reserve those beds for purely clinical treatment and, thereby, reduce waiting lists for these limited and expensive resources.

The Forensic Evaluation Section conducts legally mandated forensic evaluations and generates reports for submission to the courts or Board of Prison Terms (BPT). Staff for this section will be addressed under the Rutherford FL.

DCHCS is requesting the following positions for the Psychological Testing Section to provide clinical evaluations/testing, administrative, programmatic, analytical, and clerical support for the Unit:

### 3.0 Clinical Psychologists (CP)

23

An augmentation of 3.0 CPs is requested for specialized administration of psychological test batteries for diagnostic clarification (see Attachment 11 for detailed task list).

## 2.0 Staff Services Analyst/Associate Government Program Analyst (SSA/AGPA)

The SSA/AGPA will provide analytic support to evaluate confidential information, reports, status and conclusions, and ensure that timelines are met by projecting report requirements; draft management reports from tracked data and other documents; perform supporting research; and manage reporting requirements (see Attachment 11 for detailed task list).

## 1.0 Associate Health Program Adviser (AHPA)

The AHPA will plan, implement, monitor and evaluate mental health program reports; review and analyze reports from the field, as well as regulations and legislation and other documents; and advise the Chief Psychologist on potential mental health program impact; formulate polices, procedures and alternatives (see Attachment 11 for detailed task list).

## ADDITIONAL RESOURCES NEEDED FOR THE MENTAL HEALTH PROGRAM (MHP)

### Extraordinary Travel for QMAT and Psychological Testing Staff

This FL is requesting **ongoing funding totaling $1,353,690** for extraordinary travel - These staff are expected to travel to their assigned institutions for three weeks per month to provide assistance in developing and implementing the MHP.

### Travel Differential

This FL is requesting a $500 travel differential for QMAT and Psychological Testing staff to compensate for required travel up to 75 percent of each month. Therefore DCHCS is requesting **ongoing funding of $234,000** for travel differential.

### Quarterly Psychological Testing Meetings

This FL is requesting **ongoing travel funding totaling $21,360** for quarterly meetings with Psychological Testing staff. The quarterly meetings are needed to periodically review and/or update strategies for DMH referrals.

### Quarterly Leadership Meetings

This FL is requesting **ongoing travel funding totaling $103,240** for quarterly meetings with Leadership staff (i.e., chiefs and senior staff) at Headquarters and the field (see Attachment 16). The quarterly meetings are needed to inform the mental health management in the field of various changes to policies and procedures. This ensures statewide standardization of the MHP.

### WORKLOAD STUDY

24

Deleted: ¶

Formatted: Font: Bold

Deleted: ¶

The resources requested herein represent the minimum staffing DCHCS believes necessary to adequately implement and manage the 2006 MHSDS Revised Program Guide so as to provide access, quality, timeliness, and continuity of care that meets minimal constitutional and community standards of care and compliance with court mandates. Because the Department currently does not possess data sufficient to determine workload requirements with an adequate degree of confidence, DCHCS request **one-time funding of $400,000** to conduct a workload study to corroborate and ensure appropriate ongoing staffing levels for Headquarters and the field.

In order to implement the Mental Health Program – Headquarters portion of the Court Order, the CDCR DCHCS is requesting the following permanent positions (see Attachment 7 for MHP's Organization Chart): Below is a summary of the positions being requested:

1.  **Statewide Mental Health Program Director (SWMHPD)**
    - 1.0 CEA
    - 1.0 Associate Health Program Adviser (AHPA)
    - 1.0 Executive Secretary I (ES I)

    > Deleted: <#>1.0 OT¶

2.  **Psychiatry Services Branch (PSB)**
    - 1.0 AHPA
    - 1.0 Secretary
    - 1.0 OT

3.  **Centralized Clinical Case Mngt**
    - 1.0 OT

4.  **Clinical Operations Branch (COB)**
    - 1.0 Chief Clinical Operations Branch (CEA)
    - 1.0 AHPA
    - 1.0 Secretary

    > Deleted: <#>1.0 OT¶

6.  **Quality Management Assistance Program (QMAP)**
    - 3.0 Chief Psychologists - Regional Mental Health Directors (RMHD)    > Deleted: 4.0
    - 6.0 Senior Psychologists (Specialist)    > Formatted: Strikethrough
    - 6.0 Senior Psychiatrists (Specialist) (Implement on 10/1/06)    > Deleted: 4.5
    - 6.0 Nurse Consultants, Program Review (NCPR)
    - 6.0 Sr. LPT (Implement on 10/1/06)    > Deleted: 6.8
    - 5.0 Facility Captains (FC) (Implement on 10/1/06)    > Deleted: 3.8
    - 2.0 Retired Annuitants - Wardens    > Formatted: Bullets and Numbering
    - 3.0 Staff Services Manager I (SSM I)
    - 6.0 AHPA (Implement 2 on 10/1/06, 2 on 1/1/07 & 2 on 4/1/07)
    - 3.0 HPSI
    - 3.0 Secretaries
    - 3.0 OT

8.  **Utilization Management (UM) Unit**
    - 4.0 NCPR

25

9. **Clinical Policy and Programs Development and Clinical Evaluations (CPPD&CE) Branch**

   - 1.0 Secretary
   - 1.0 CEA-Clinical Psychologist
   - 1.0 AHPA                                                                              | Deleted: OT

10. **Clinical Policy and Programs Development (CP&PD) Unit**
    - 4.0 Senior Psychologist (Specialist)
    - 1.0 Psychiatric Social Worker (PSW)
    - 1.0 Sr. LPT (Implement on 10/1/06)
    - 1.0 Research Analyst II (Social/Behavioral)
    - 1.0 AHPA
    - 1.0 Secretary
    - 2.0 Office Technician                                                                | Deleted: 4.9

11. **Psychological Testing and Forensic Evaluation (PT&FE) Unit**
    - 3.0 Clinical Psychologists
    - 2.0 SSA/AGPA
    - 1.0 AHPA                                                          | Formatted: Bullets and Numbering

12. **Extraordinary Travel and Quarterly Meetings ($1.7 million)**
    - $1,1,249,560 ongoing funding for Extraordinary Travel for Quality Management Assistance Team (QMAT)
    - $104,130 ongoing funding for Extraordinary Travel for Psychological Testing
    - $234,000 ongoing funding for Travel Differential for QMAT and Psychological Testing
    - $21,360 ongoing funding for Quarterly Psychological Testing meetings
    - $103,240 ongoing funding for Quarterly Leadership meeting

13. **Workload Study ($400,000)**
    - $400,000 one-time funding for workload study

**Summary of Request:**

- **86.0 Permanent Positions**
- **$1.7 million ongoing funding for Extraordinary Travel**
- **$400,000 one-time funding for a Work Load Study.**

26

F. ANALYSIS OF ALL FEASIBLE ALTERNATIVES

Deleted: ¶
¶

**Alternative A:**    Implement the 2006 MHSDS Revised Program Guide and the DCHCS, MHP - Headquarters as specified above, beginning July 1, 2006.

I.    **2006 Mental Health Services Delivery System (MHSDS) – Revised Program Guide Resources**

   a.    Establish 186.6 permanent field positions.
   b.    Establish 73.0 positions for weekend staffing of OHU with mental health patients located in 5 institutions where there are no mental health crisis beds.
   c.    Establish 9.0 new positions and upgrade 10.0 existing positions to provide additional supervision for licensed psychiatric technicians.
   d.    Establish 6.0 Sr. Psychologist Supervisor positions to provide additional supervision in institutions where there is a high-propensity of mental health inmates in Ad Seg or SHU.
   e.    Establish 9.0 HPS I positions to track compliance with the guidelines and assist QMAT teams with quality management functions in the institutions.
   f.    Two year funding totaling $779,000, for contract funding and supplies for use of the MCMI-III psychological testing and diagnostic clarification system.

Deleted: 71.6
Deleted: 39.4

Deleted: 4.5
Deleted: 7.5

II.    **Division of Correctional Health Care Services (DCHCS), Mental Health Program (MHP) – Headquarters**

   a.    Establish 86.0.0 permanent Headquarters' positions.
   b.    One-time funding totaling $400,000 for a contractor to conduct a workload survey.
   c.    $1.7 million ongoing funding for Extraordinary Travel

**Alternative B:**    Implement requirements of the revised MHSDS Program Guide without requested resources

**Pros:**    Requires no funding

**Cons:**    Failure to implement the 2006 MHSDS Revised Program Guide with requested resources will lead to increased litigation costs and is likely to lead to a Court Order which may be more costly than the current proposal. Failure to provide constitutionally adequate mental health treatment may harm inmates and is a violation of inmate's rights under the Eighth and Fourteenth Amendments of the United States Constitution prohibiting cruel and unusual punishment.    This alternative is not consistent with the CDCR mission.

**G. TIMETABLE**

Resource augmentations for FY 2006-07

**H. RECOMMENDATION**
Alternative A

27

Plata Order Finance Letter
Department of Corrections and Rehabilitation
Fiscal Year 2006-2007

## A. NATURE OF REQUEST

In order to meet the various requirements of the court related to the Plata v. Schwarzenegger lawsuit, the Department of Corrections and Rehabilitation (CDCR) requests permanent full time positions in the Division of Correctional Health Care Services (DCHCS) as specified below.

Deleted: December 2005 court order decision in *Plata v. Schwarzenegger*,

- ❑ 7.0 SSA/AGPA positions to support the Death Review activities at the institutions.
- ❑ 4.0 Office Technician (OT) positions to support the Employee Disciplinary Office at headquarters.
- ❑ 1.0 Staff Services Manager II position to provide oversight of the Employee Disciplinary Office at headquarters.
- ❑ 3.0 Staff Services Manager I positions at headquarters to support employee relations activities within the Employee Disciplinary Office at headquarters.
- ❑ 1.0 Staff Services Manager I (SSMI) to oversee the Professional Practices Executive Committee (PPEC) at headquarters.
- ❑ 1.0 OT to support the PPEC Unit at headquarters.

## B. BACKGROUND/HISTORY

### Death Review:

Deleted: DIVISION OF CORRECTIONAL HEALTH CARE SERVICES¶

As a result of *Plata vs. Schwarzenegger*, the court-appointed correctional expert is requiring the DCHCS to establish a Central Office Death Review process that will allow the CDCR to more quickly identify and provide timely corrective action concerning field clinicians who fail to provide appropriate treatment up to, and including the day of death of a CDCR inmate/patient. The current death review process is to be modified to provide a review by (1) a high level dedicated custody personnel to ensure that timely investigations and discipline is initiated against custody staff, if appropriate (given the one-year statute of limitations for such actions); and (2) dedicated clinical personnel (nurse, physician and mental health clinician) to provide a comprehensive review of all deaths within 21 calendar days of the death. These dedicated personnel will present their findings before a bi-weekly committee consisting of the Regional Medical Directors, and others as deemed appropriate. Based upon current data, it is estimated there will be approximately 40 deaths per month for review. All deaths are to be reported to the DCHCS within seven calendar days, allowing committee support staff adequate time to obtain the required documentation, copy and assign to staff for review.    See March 23, 2006 letter from John Hagar regarding the need for staffing for the death reviews given the one year statute of limitations on the cases. Mr. Hagar is the court appointed Correctional Expert for *Plata v. Schwarzenegger* and acted on behalf the court appointed Receiver prior to the Receiver officially assuming his assignment on April 17, 2006. (Attachment 1)

Deleted: *Schwarzenegger*

### Professional Practices Executive Committee:

The DCHCS implemented the PPEC Program for physician evaluations and began development of a similar program for evaluation of mid-level providers that are not certified in Adult or Family Medicine. The lack of physician staff within the CDCR has

1

served as a barrier in achieving significant system changes within the delivery of correctional health care. In 2005, the CDCR implemented the court-ordered Professional Practices Executive Committee (PPEC), one in a series of court-ordered initiatives to address concerns about the quality of clinical practice. Under the PPEC Program, evaluators from the University of California (UC), San Diego use mock patient evaluations, chart reviews, and computer-based examinations to assess communication skills, clinical knowledge, clinical decision-making and judgment, mechanisms of disease, and ethics, among other topics. All civil services CDCR physicians who are not board-certified in Family Practice or Internal Medicine and provide primary care services must complete the evaluation. This unit is also responsible for ensuring all physicians are appropriately credentialed in a timely manner and peer review activities are processed through the Professional Practices Executive Committee. An official peer review body was established for licensed independent practitioners employed by the DCHCS to meet routinely to review professional practice.

**Employee Disciplinary Office:**
The Employee Disciplinary Office is responsible for the coordination of investigations, preparation of adverse personnel actions and representation of employee appeals before various entities. This office would ensure training programs for division management, supervisory and confidential employees are provided on labor relations policies and issues relating to grievance handling and arbitration. This office would be responsible for providing liaison services with local Disciplinary Officers statewide on all health care related matters, CDCR's Labor Relation Office, Legal Affairs Division and Personnel Services Offices. This office would be responsible for negotiating, writing and obtaining approval for Stipulated Agreements, advising management on requests for Administrative Time Off, interpreting and advising of the proper application of Government codes, California Code of Regulations, and the Department Operations Manual.

## C. STATE LEVEL CONSIDERATIONS
The CDCR is mandated under the Federal constitution to provide adequate health care to all Inmate-patients (IP). "Deliberate indifference to medical needs" has long been held to be a violation of the Eighth Amendment's prohibition against cruel and unusual punishment. Several precedent-setting cases have determined that "deliberate indifference" exists when inmates do not have timely access to staffing, facilities, equipment, and procedures to diagnose and treat medical problems. Along with access to care, the two other major tests of a program's adequacy are the continuity and quality of care. This Finance letter addresses ensuring the Department's ability to provide continuity and quality care.

## D. FACILITY/CAPITAL OUTLAY CONSIDERATIONS
None

## E. JUSTIFICATION
As a result of the *Plata vs. Schwarzenegger* court appointed experts requirements for the establishment of a Central Office Death Review process and a Professional Practices Executive Committee to address concerns regarding the quality of clinical practices at CDCR institutions, additional staffing is required at the field level and at the Division of Correctional Health Care Services to ensure that court ordered time constraints and mandates are met. As a result of the Central Office Death Review process and Professional Practices

2

---

Deleted: DIVISION OF CORRECTIONAL HEALTH CARE SERVICES¶
7.0 SSA/AGPA positions to support death review activities at the institutions; 1.0 SSMII to provide oversight of the Employee Disciplinary Office; 3.0 SSMI positions to support the Employee Disciplinary Office at headquarters; and 4.0 OT position to support the Employee Disciplinary Office at headquarters.

Formatted: Font color: Auto

Formatted: Indent: Left: 0.25"

Deleted: ¶

Formatted: Font color: Auto

Formatted: Font color: Auto

Formatted: Font color: Auto

01385

Executive Committee findings regarding quality of clinical practice issues, the Employee Disciplinary Office shall be responsible for the coordination of investigations, adverse personnel action, representation of employee appeals, training programs for division management, implementation of labor relations and provide liaison services with multiple state departments regarding all health care related matters.

**Death Review Staffing**

The 7.0 SSA/AGPA positions to support the Death Review activities at the institutions would do the following:

- Obtain, track and monitor all death related documentation required for a death review.
- Copy, organize and tab UHR;
- Forward all required documentation to DCHCS within 7 days of death.
- Respond to requests related to inmate deaths from DCHCS and other entities.
- Develop and maintain good working relationships with field clinical staff to ensure the timely gathering of death data.
- Develop and provide monthly management reports including an analysis of trends and issues identified through the death data.
- Research confidential and sensitive issues related to inmate deaths with DCHCS, institutions, and central office staff.
- Develop and maintain a good working relationship with ambulance services, hospital and coroner office staff in order to obtain relevant documents regarding inmate deaths in a timely manner.

**Employee Disciplinary Office**

The 1.0 SSMII position to oversee the Employee Disciplinary Office at headquarters would do the following:

- Supervise and direct staff in daily activities involving coordination of investigations, preparation of adverse personnel actions, representation of employee appeals before various entities, such as the State Personnel Board, meet and confer sessions, grievance investigations and arbitrations.
- Develop and coordinate training programs for division management, supervisory and confidential employees on labor relations policies and issues relating to grievance handling and arbitration.
- Ensure coordination between DCHCS and local Disciplinary Officers statewide on all health care related matters.
- Provide direction and training to DCHCS headquarters and field management staff regarding the various aspects of disciplinary process.
- Serves ad division's liaison with CDCR's Labor Relation Office, Legal Affairs Division and Personnel Services Offices in regards to all disciplinary issues.
- Attend central intake at the Office of Internal Affairs to ensure all DCHCS issues are identified and handled appropriately.

The 3.0 SSMI positions to support the Employee Disciplinary Office at headquarters would do the following:

- Participate in the settlement agreement process by being responsible for negotiating, writing and obtaining approval for Stipulated Agreements. Represent the division at

3

Deleted: ¶

Formatted: Indent: Left: 0.5"
Formatted: No underline
Formatted: Font: Bold

State Personnel Board (SPB) appeal hearings, including presentation of the case, witness preparation, cross examination, etc; in cooperation with Legal Affairs Division staff, prepare written oral arguments and briefs on appeals to the SPB; interview witnesses; assemble evidence.

❑ Review and advise management on requests for Administrative Time Off; obtain required approvals, and prepare required memos/notices.

❑ Research, analyze, and advise management on institutional policy, I.e., interpret and advise of the proper application of Government codes, California Code of Regulations, Department Operations Manual, etc.

❑ Respond to requests for information from the Attorney General, etc; prepare or assist with the preparation of other written legal documents as needed (i.e., Writ of Mandate hearings, legal advocate briefs, etc).

❑ Develop and provide management/supervisory staff training on employee disciplinary matters. Participate in special work groups as required.

The 4.0 OT position to support the Employee Disciplinary Office would do the following:

❑ Prepare statistical charts and graphs depicting the number employee disciplinary issues.

❑ Prepare and distribute management reports as required.

❑ Compose correspondence as directed.

❑ Assist with the tracking and monitoring of employee disciplinary activities.

❑ Interact with outside agencies, Office of the Inspector General, plaintiff's attorneys, departmental, and institution staff concerning employee disciplinary issues.

❑ Maintain confidential files.

❑ Attend meetings and take meeting minutes; arrange meetings, including scheduling participants and meeting rooms; ensure appropriate documents are available for meetings.

❑ Provide general support and perform other clerical duties as required such as faxing, scanning, general word processing, handling mail, and acting as a messenger.

## Professional Practices Executive Committee

In November 2005, Mr. Hagar issued the Correctional Expert's Report regarding Clinical Staffing, recommending compensation increases and expedited timelines for hiring and credentialing processes, among other mechanisms to quickly increase staffing levels. Judge Henderson entered most of these recommendations into a court order effective December 1, 2005. The PPEC Unit is responsible for addressing concerns regarding the quality of clinical practice via such tools as the credentialing, peer review and PPEC processes. This unit is critical to the DCHCS's successful compliance to recent court orders and to ensure quality health care is provided to California's inmates. Per the Proposed Stipulated Order Re Quality of Patient Care and Staffing signed by United States District Court Judge Thelton E. Henderson on September 17, 2004, CDCR is requesting the following (Attachment 2) :

The 1.0 SSMI position will do the following:

❑ Direct, oversee, and coordinate the credentialing, peer review and PPEC activities performed by six SSA/AGPA positions.

4

| Formatted: Font: Arial, 11 pt |
| Formatted: Left, Indent: Left: 0.5" |
| Formatted: Font: Bold, Underline |
| Formatted: No underline |
| Deleted: 1.0 SSMI position and 1.0 OT to oversee the PPEC Unit at headquarters. |

- Prioritize the workload and define action plans.
- Review analytical studies, statistical reports, trend analysis and surveys and prepare summary reports with recommendations to management.
- Attend meetings and represent the DCHCS on PPEC Unit related issues such as credentialing, peer review and the PPEC examination and evaluation processes.
- Oversee, review and support the development and implementation of credentialing, peer review, and PPEC related policies and procedures.
- Participate in Performance Management System activities to improve health care services delivery, including subcommittee and workgroup meetings.
- Monitor and evaluate the performance of staff; prepare probationary reports, review and approve Individual Development Plans, and ensure staff complete necessary training programs.

The 1.0 OT will:
- Respond to telephone calls.
- Prepare correspondence.
- Maintain unit records.
- Schedule meetings
- Prepare meeting agendas, disseminate meeting materials, and take meeting minutes.
- Coordinate the calendars of unit staff.
- Compile data submissions and route appropriately.
- Enter data into tracking systems.
- Make copies and provide back up for Central Office clerical support as needed.
- Prepare credentialing files, review documents for completion, accuracy and discrepancies.
- Order medical license, access national databank and licensing board reports.
- Review reports for "red flags" that may require further review or action.

## F. ANALYSIS OF ALL FEASIBLE ALTERNATIVES

1. **Fund the positions requested for the DCHCS as requested in this Finance Letter.**
   Pro: Funding the positions identified in this Finance Letter will ensure that CDCR has sufficient resources to meet the current requirement of the Plata V. Schwarzenegger lawsuit as directed by the court.

   Con: Increased impact on the State General Fund.

   > Deleted: allow CDCR to better meet the current PLATA Court Order mandates.

2. **Status Quo.**
   Pro: No impact on State General Fund.
   Con: The State of California will be subject to penalties and fees for not meeting Court mandated timeline while continuing to be under Court supervision.

## G. TIMETABLE
Funding and resources are requested beginning July 1, 2006.

## H. RECOMMENDATION
Alternative 1 is recommended for all requests listed above.

5

01388

## Bosnick, Lucille

| | |
|---|---|
| **From:** | Mangum, Sarah [Sarah.Mangum@dof.ca.gov] |
| **Sent:** | Thursday, April 13, 2006 1:44 PM |
| **To:** | Bosnick, Lucille |
| **Subject:** | Coleman Charts to be attached |

**Attachments:**    Scan2224.pdf



Scan2224.pdf (134
KB)

1

01389

# MENTAL HEALTH OUTPATIENT HOUSING UNIT (MH-OHU) PROGRAMS
## 2006 Revised Program Guide
### Resource Request For New/Enhanced Tasks

| Task: | Health Care Provider | Frequency (Per Year) | | Face Time (Min) | | Documentation (Min) | | # Inmates[1] | Min/Yr | Hrs/Yr | Adjusted | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Old | New | Old | New | Old | New | | | | Total FTE | Requested FTE |
| Referral Follow-up: Urgent, includes Suicide Risk Assessment | CCM | 3 | 3 | 30 | 45 | 10 | 10 | 9733.30 | 437,999 | 7,300 | 4.15 | 4.15 |
| Interdisciplinary Treatment Team | CCM | 0 | 3 | 0 | 20 | 0 | 30 | 9733.30 | 1,459,995 | 24,333 | 13.83 | 13.83 |
| Psychiatric Technician Rounds | LPT | 0 | 9 | 0 | 10 | 0 | 10 | 9733.30 | 1,751,994 | 29,200 | 16.59 | 16.59 |
| Interdisciplinary Treatment Team | LPT | 0 | 3 | 0 | 20 | 0 | 0 | 9733.30 | 583,998 | 9,733 | 3.53 | 3.53 |
| Nursing Care Record | LPT | 0 | 9 | 0 | 10 | 0 | 10 | 9733.30 | 1,751,994 | 29,200 | 16.59 | 16.59 |
| Initial Psychiatric Evaluation | SP | 1 | 1 | 10 | 30 | 20 | 30 | 9733.30 | 291,999 | 4,867 | 3.00 | 3.00 |
| Interdisciplinary Treatment Team | SP | 0 | 3 | 0 | 20 | 0 | 0 | 9733.30 | 583,998 | 9,733 | 5.00 | 5.00 |
| Tracking OHU Placement | OT | 0 | 1 | 0 | 0 | 0 | 30 | 9733.30 | 291,999 | 4,867 | 2.77 | 2.77 |
| Forms Copying and Distribution for referrals, treatment, and medication | OT | 0 | 1 | 0 | 0 | 0 | 20 | 9733.30 | 194,666 | 3,244 | 1.84 | 1.84 |
| Scheduling IDTT/ UHR ducating | OT | 0 | 1 | 0 | 0 | 0 | 20 | 9733.30 | 194,666 | 3,244 | 1.84 | 1.84 |
| Telephone communication management | OT | 0 | 1 | 0 | 0 | 0 | 20 | 9733.30 | 194,666 | 3,244 | 1.84 | 1.84 |
| TOTAL | | | | 40 | 155 | 30 | 180 | | 7,737,974 | 128,965 | | 72.98 |

1: 80 new MH-OHU beds are requested in the current BCP. The maximum length of stay allowed in an OHU is 72 hours, with infrequent exception. Therefore, the total number of admissions per year (9,733.30) is calculated at 365 days/3 days x 80 beds.

2/14/2006

01390

# RECEPTION CENTER (RC) MENTAL HEALTH PROGRAMS

2006 Revised Program Guide

Resource Request For New/Enhanced Tasks

| Task: | Health Care Provider | Frequency (Per Year) | | Face Time (Min) | | Documentation (Min) | | # Inmates | Min/Yr | Hrs/Yr | Adjusted | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Old | New | Old | New | Old | New | | | | Total PY | Requested PY |
| Reception Center Initial Diagnostic Evaluation[1] | CP | 1 | 1 | 20 | 45 | 20 | 45 | 86,820 | 4,341,000 | 72,350 | 41.11 | 41.10 |
| Emergency Referrals: Immediate Response[2] | CP | 0 | 1 | 0 | 60 | 0 | 20 | 13,023 | 1,041,840 | 17,364 | 9.87 | 9.90 |
| Central File Review[3] | CC I | 1 | 1 | 15 | 30 | 10 | 20 | 86,820 | 2,170,500 | 36,175 | 20.55 | 20.60 |
| **TOTAL** | | | | **35** | **135** | **30** | **85** | | **7,553,340** | **125,889** | **71.53** | **71.60** |

1: Extent of required information gathering and documenting has increased. Number of inmates is the statewide intake for RCs statewide and is a good representation for a monthly average over 2005 - 2006 (to date). Minutes per year equals the sum of the differences between old and new requirements, multiplied by the frequency and # of inmates.

2: New policy requires CM to respond immediately, resulting in cancellation of routine work which causes backups leading to non-compliance with mandated timeframes for patient care.

3: Correctional Counselors have a new requirement such that when reviewing the Central File they need to look for histories of mental health issues and make appropriate reports/referrals. This results in an increase in time required.

1 of 1

2/14/2006

01391



## Sweeney, Kristal

**From:** Sweeney, Kristal
**Sent:** Friday, April 21, 2006 11:16 AM
**To:** 'Mangum, Sarah'
**Subject:** RE: 06/07 FINANCE LETTER REVISIONS

Hi Sarah -
Just left you an e-mail. Please disregard my question on FL's for Coleman, Perez, and Plata...false alarm.
Thanks.


Kristal C. Sweeney
Assistant Chief, Institutional Budgeting
California Department of Corrections and Rehabilitation
(916) 324-7646



**From:** Mangum, Sarah [mailto:Sarah.Mangum@dof.ca.gov]
**Sent:** Thursday, April 20, 2006 5:59 PM
**To:** Sweeney, Kristal
**Cc:** Johnson, Tracy; Jones-Brown, Deborah; Maple, Scott
**Subject:** RE: 06/07 FINANCE LETTER REVISIONS

Can you please tell me exactly which ones you are working on?

If they are the ones that we sent a letter on today and that I got drafts of at the end of last week, I was still
planning to look at them tomorrow and provide comments to Tracy, so I am not sure what you are working on.
Tracy and I discussed this earlier today. Please talk with Tracy about it before you send me something new.

The only 2 that we have already provided budget staff with comments on that should be in the process of revision
are the DJJ Teacher Salaries and the Coordinated Recruitment for Health Care Classifications. I would be happy
to receive updated versions of those as soon as they are ready, I will take one last look and let you know if they
are ok to get ready for the Legislature.

**From:** Sweeney, Kristal [mailto:Kristal.Sweeney@cdcr.ca.gov]
**Sent:** Thursday, April 20, 2006 5:31 PM
**To:** Mangum, Sarah
**Cc:** Johnson, Tracy; Jones-Brown, Deborah; Maple, Scott
**Subject:** 06/07 FINANCE LETTER REVISIONS
**Importance:** High

Hello Sarah,
Staff are currently working on the revisions to the 06/07 FL's. What is your timeframe to submit to DOF? Please
let us know ASAP. Thanks!


Kristal C. Sweeney

Assistant Chief, Institutional Budgeting
California Department of Corrections and Rehabilitation
(916) 324-7646

01393

**Sweeney, Kristal**

| | |
|---|---|
| **From:** | Huang, Daphne [Daphne.Huang@dof.ca.gov] |
| **Sent:** | Wednesday, April 27, 2005 11:55 AM |
| **To:** | 'Karen Baker'; 'Maple, Scott M.'; 'Barnard, Tanya'; "Kristal Sweeney'; 'Kostiew, Mary' |
| **Cc:** | 'David.Lewis@corr.ca.gov'; 'Robert.Horel@yaca.ca.gov'; Mangum, Sarah |
| **Subject:** | MR BCP Revision Instructions for Health Care Related Issues from  Finance |

**Importance:**     High

**Attachments:**     BCP Revision Instructions.doc



BCP Revision
Instructions.doc ...

The decision has been made regarding the MR proposals in the Finance.
Attached please find the detail information regarding these decisions and the instructions
to revise your BCPs.  Please note the deadline for the costing details is today April 2:'
COB.  The absolute deadline for the completed revised BCPs is Tuesday May 3, 2005.  Thank
you.  Please let me know if you have any question.

Daphne Huang
Finance Budget Analyst
Department of Finance
(916) 445-8913

1

01394

## Instructions for CDC to Resubmit May Revise BCPs
## Regarding Health Care Issues from the Finance

### - April 27, 2005 –

**ATTN:** The deadline to submit all revised BCPs to the Department of Finance is next Tuesday, May 3, 2005.

### Instructions to CDC for MR BCP: Dental Planning

Please keep the main body of the BCP that you submitted for the Spring FL unchanged, except the modifications in the narrative & costing of the BCP to reflect our recommendations:

- Approve a one-time funding for dental equipment purchases of $8,397,000.
- Approve one-time funding for fax machines and secure locking file cabinets purchases of $145,000.
- Approve funding for an ongoing dental pharmaceutical supply of $4,023,000.
- Establish 31.5 permanent dental assistant positions and $1,337,000.
- Approve a total of 100.0 permanent office technician positions by gradually phasing in 50.0 positions effective January 1, 2006 and 50.0 positions effective July 1, 2006.  This provides $1,179,000 and 25.0 positions for FY 2005-06, and $4,598,000 and 100.0 positions for FY 06-07.
- Approve one-time funding for dental salary survey and dental workload study contract of $300,000.
- Approve one-time funding for contract IT manager of $300,000.
- Approve one-time funding of capital outlay space survey contract of $500,000.
- Approve dental contract project manager for three year term of $150,000.
- Approve funding for an ongoing dental floss supply of $1,513,000.
- Approve Dental QMAT staffing of 7.0 positions and resources of $782,000.
- Deny central office and LAD staffing until workload analysis is furnished for consideration.
- Deny travel cost of quarterly Chief Dental Officer Meeting which should be able to be obtained by redirecting existing resources within the Department.

You may also need to edit the legal history if there is any new development since last BCP submission, such as if the Agreement has been signed, etc.

### Instructions to CDC for MR BCP: Coleman Court Order - Mental Health Pay Differential

Mental Health R&R at these 10 institutions:

- High Desert State Prison
- Salinas Valley State Prison
- Valley State Prison for Women
- California State Prison / Corcoran
- Correctional Training Facility

01395

- Central California Women's Facility
- California Substance Abuse Treatment Facility
- Delano II
- North Kern State Prison
- California Correctional Center
- Pleasant Valley State Prison
- Wasco State Prison
- Avenal State Prison

This is a total of $3,718,536 General Fund to address pay differentials at all 10 institutions included in the April 6th Plan submitted to the court as well as the three additional institutions recommended by DPA.

### Instructions to CDC for MR BCP: Coleman Guidelines

- $4,521,465 General Fund and 55.7 field positions to address the March 7, 2005 *Coleman* court order that required implementation of the Guidelines in the ASU and SHU at CSP Corcoran.
- This should not include the MCMI-III system and its IT infrastructure, which are not approved.

### Instructions to CDC for MR BCP: Plata Reduction from Governor's Budget

CDC has reported a $10.6 million reduction in the estimated costs for the *Plata* settlement agreement based on updated information on decreased staffing needs and contracting costs. The CDC has identified the following areas where funding is not needed:

- Staff Counsel – reduce 2 positions (approx. $323,000)
- Facility Captains, CI – reduce 6 positions (approx. $785,750)
- UCSF Contract (Direct Patient Care) – reduce $2,200,000
- UCSD Contract (Assessment and Training) – reduce $6,800,000
- Travel – reduce $237,000
- Facilities (office space) – reduce $275,000

### Instructions to CDC for MR BCP: Population Issues Related to Health Care

- **Prevalence Rate / Program Mix Base Adjustment**
  $4,387,252 for the CY and $8,927,081 for the BY

- **Health Records Technician**
  $35,930 for the CY and $80,791 for the BY

Please double check and confirm these numbers.

01396

## Sweeney, Kristal

**From:** Mangum, Sarah [Sarah.Mangum@dof.ca.gov]

**Sent:** Tuesday, April 25, 2006 5:12 PM

**To:** Maple, Scott

**Cc:** Sweeney, Kristal; Stephenshaw, Joe

**Subject:** RE: Finance Letter update

Yes, please provide Joe and I both with the electronic version of the narrative. We will look at it tomorrow morning and get back to you with any questions, additional changes, or (hopefully) to let you know it is ok to finalize. I understand that due to the large amount of the attachments, when this is final it will be coming in it's own binder.

**From:** Maple, Scott [mailto:Scott.Maple@cdcr.ca.gov]
**Sent:** Tuesday, April 25, 2006 5:13 PM
**To:** Mangum, Sarah
**Cc:** Sweeney, Kristal; Bosnick, Lucille
**Subject:** Finance Letter update
**Importance:** High

Sarah,
I have just received the revised Coleman with the changes you requested. Kristal asked that I notify you when it is ready and to ask if you and/or Joe would like new electronic copies.

We are now completing Plata and will have that sent to you electronically before we leave today.

If you have any questions/needs please let me know.

Scott Maple
Staff Services Manager I
Budget Management Branch
916-341-6932

## Sweeney, Kristal

| | |
|---|---|
| **From:** | Sweeney, Kristal |
| **Sent:** | Thursday, April 20, 2006 5:31 PM |
| **To:** | 'Mangum, Sarah' |
| **Cc:** | Johnson, Tracy; Jones-Brown, Deborah; Maple, Scott |
| **Subject:** | 06/07 FINANCE LETTER REVISIONS |

**Importance:**      High

Hello Sarah,
Staff are currently working on the revisions to the 06/07 FL's.  What is your timeframe to submit to DOF?  Please let us know ASAP.  Thanks!


Kristal C. Sweeney
Assistant Chief, Institutional Budgeting
California Department of Corrections and Rehabilitation
(916) 324-7646

1

01398

## Sweeney, Kristal

| | |
|---|---|
| **From:** | Sweeney, Kristal |
| **Sent:** | Thursday, April 06, 2006 2:32 PM |
| **To:** | 'Mangum, Sarah' |
| **Cc:** | Maple, Scott; Johnson, Tracy; Jones-Brown, Deborah |
| **Subject:** | RE: Implementation matrix and draft finance letters |

**Importance:** High

Yes, you are correct. Jennifer Morris from HC Hdqtrs is working on the PILS portion of the matrix. I just checked w/her and she is estimating approximately 1 to 1-1/2 hours. We will forward it to you ASAP.

By the way, did you get my v-mail regarding EEC & R&R for the special classification costing you requested? Do you want us to add in the standard EEC and R&R for various medical classes. The R&R I am speaking of has no relation to Plata or Coleman anticipated salary increases. Please let us know so we can forward the costing to you. We have the costing ready to go, w/the exception of EEC and R&R. Thanks.

Kristal C. Sweeney
Assistant Chief, Institutional Budgeting
California Department of Corrections and Rehabilitation
(916) 324-7646

**From:** Mangum, Sarah [mailto:Sarah.Mangum@dof.ca.gov]
**Sent:** Thursday, April 06, 2006 2:17 PM
**To:** Maple, Scott
**Cc:** Johnson, Tracy; Jones-Brown, Deborah; Sweeney, Kristal; Sallade, Denny; Grader, Lindsay
**Subject:** RE: Implementation matrix and draft finance letters

I notice this doesn't include the HC Infrastructure proposal in the matrix. . . is that coming?

**From:** Maple, Scott [mailto:Scott.Maple@cdcr.ca.gov]
**Sent:** Thursday, April 06, 2006 1:42 PM
**To:** Mangum, Sarah
**Cc:** Johnson, Tracy; Jones-Brown, Deborah; Sweeney, Kristal; Sallade, Denny; Grader, Lindsay
**Subject:** Implementation matrix and draft finance letters

Sarah,
Attached is the matrix -- we have confirmed that Dental, Coleman and Plata tie to the narratives. In addition here are rough draft finance letters -- NOT IN FINAL FORMAT.

<<Dental Finance Letter Final4 040406 to Budgets (2).doc>> <<MH FL narrative 4-5-06 final draft rev2.doc>> <<Med (Plata) FL mod 032306 (2).doc>> <<MATRIX -- Identification of Requested Resources Revd SW1 - lg2.xls>>

If you have any questions, please let me know.

01399

Scott Maple
Staff Services Manager I
Budget Management Branch
916-341-6932

01400

## Sweeney, Kristal

| | |
|---|---|
| **From:** | Mangum, Sarah [Sarah.Mangum@dof.ca.gov] |
| **Sent:** | Tuesday, March 21, 2006 10:07 AM |
| **To:** | Sweeney, Kristal |
| **Subject:** | FW: Additional Questions: Healthcare Staffing Plan |

**Importance:**    High

**Attachments:**   Q HC Staffing.doc



Q HC Staffing.doc
(30 KB)

-----Original Message-----
From: Huang, Daphne
Sent: Monday, March 20, 2006 4:21 PM
To: 'Yulanda.Mynhier@cdcr.ca.gov'; 'Farber-Szekrenyi, Peter'
Cc: 'Jeanne.Woodford@cdcr.ca.gov'; (sandra.duveneck@cdcr.ca.gov); Mangum, Sarah;
'tracy.johnson@cdcr.ca.gov'; Kanan, Renee J.; TIM FISHBACK (Timothy.Fishback@cdcr.ca.gov);
'Kuykendall, William'; Denny.Sallade@corr.ca.gov; Jerue, Todd
Subject: Additional Questions: Healthcare Staffing Plan
Importance: High

More questions on the staffing plan.....(in red).
Please provide us response by Wednesday at 12:00 noon.   Thank you.

-----Original Message-----
From: Huang, Daphne
Sent: Thursday, March 16, 2006 4:26 PM
To: 'Yulanda.Mynhier@cdcr.ca.gov'; 'Farber-Szekrenyi, Peter'
Cc: 'Jeanne.Woodford@cdcr.ca.gov'; 'Duveneck, Sandra'; Mangum, Sarah; Johnson, Tracy;
Kanan, Renee J.; 'Fishback, Timothy'; 'Kuykendall, William'; 'Sallade, Denny'
Subject: Questions: Healthcare Staffing Plan

Thank you for submitting the comprehensive staffing implementation plan that includes the
four Finance Letter proposals submitted: Plata, Coleman, Perez, and Infrastructure.

Attached please find the short question set from us.  Your response to these questions
will help us understand the proposal.  Thanks.

Daphne Huang
Department of Finance
915 L Street, 8th Floor
Sacramento, CA 95814
916.445.8913
daphne.huang@dof.ca.gov

1

## California Department of Corrections and Rehabilitation
## Healthcare Staffing Implementation Plan
## Finance Letters: *Plata, Coleman, Perez,* and Infrastructure
## FY 2006-07

### Finance Questions

Thank you for submitting the comprehensive staffing implementation plan that includes the four Finance Letter proposals submitted: Plata, Coleman, Perez, and Infrastructure. Please answer the following questions to help us to better understand the proposal. Thank you.

- The total number of positions (i.e. approximately 2083.2 positions) in this implementation plan seems to be higher than the total number requested in all four original Finance Letters combined, approximately 250 positions more. Please explain the reason for this change.

- In this plan, Dental Program (*Perez*) proposes current year implementation with activation date of March 1, 2006. It is our understanding that this current year need is now being addressed by a contract. Are these positions still needed?

- The staffing implementation plan proposes to hire majority of positions requested on 7/1/2006 while only insignificant number of positions were proposed to be phased in later in 2007 and 2008. What is the department's strategy for hiring this amount of employees in such a short time?

- It appears that for some classifications there are not enough candidates on the cert list to support the level of hiring requested by July 1. What is the department's plan for increasing the number of eligible candidates to meet this need?

- We did not receive vacancy rate and cert list information of the following classifications: AISA, Architectural Associate, Asst AISA, CCI, CO, HRT series, Legal Analyst, NCIII, PSM, RN, RA series, Psych Tech series, Sr Personnel Specialist, SISA, Sr ISA, sup DA, sup Dentist, Telecom Sys Anal II, etc. Is the information available for these classifications? If it is, when can we expect to receive the information? What are the overall vacancy rates for the positions requested in each of these program areas?

- Please provide the numbers of the base staffing of these programs for the type of positions requested in this plan.

- Please provide the percentage growth in each of these programs and in the overall HCSD as a result of the expansion requested in this staffing plan.

- What is the HCSD's definition of program infrastructure?

Coleman · · 06/07 Financ Letter



01403

| Classification | Program | Unit | Field | Hdqtrs DCHCS | Hdqtrs Other | Total | Progra m Mngt | Direct Patient Care | Admin Supp | 3/1/06 | 7/1/06 | 10/1/06 | 1/1/07 | 4/1/07 | Total Approved/ Requested | 3/1/06 | 7/1/06 | 10/1/06 | 1/1/07 | 4/1/07 | Total Approved/ Requested | Budget Year Cost | 7/1/07 | 7/1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clinical Psychologist, EOP | Mental Health Program | PG-Administrative Segregation | 44.8 | | | 44.8 | | 44.8 | | | 44.8 | | | | 44.8 | | | | 22 | | 22.0 | 993,102 | 22.8 | |
| Clinical Psychologist, RC | Mental Health Program | PG-Reception Center | 51.0 | | | 51.0 | | 51 | | | 51.0 | | | | 51.0 | | | 26 | 25 | | 51.0 | 3,222,283 | | |
| Correctional Counselor I | Mental Health Program | PG-Reception Center | 20.8 | | | 20.8 | 20.8 | | | | 20.8 | | | | 20.8 | | 20.8 | | | | 20.8 | 1,054,679 | | |
| Correctional Officers (Medical Escorts) | Mental Health Program | PG-Administrative Segregation | 30.5 | | | 30.5 | 30.5 | | | | 30.5 | | | | 30.5 | | 30.5 | | | | 30.5 | 4,251,060 | | |
| Executive | Mental Health Program | HQ-Executive | | 1 | | 1.0 | | | 1.0 | | 1.0 | | | | 1.0 | | 1.0 | | | | 1.0 | 78,143 | | |
| Facility Captain | Mental Health Program | HQ-Clinical Operations Branch: QMAT | | 5 | | 5.0 | 5 | | | | 5.0 | | | | 5.0 | | 0.0 | 5 | | | 5.0 | 197,876 | | |
| Health Program Specialist I | Mental Health Program | HQ-Clinical Operations Branch: QMAT | | 3 | | 3.0 | 3 | | | | 3.0 | | | | 3.0 | | 3.0 | | | | 3.0 | 181,011 | | |
| Health Program Specialist I | Mental Health Program | PG-Performance Evaluation & Court Compliance | 28.0 | | | 28.0 | 28 | | | | 28.0 | | | | 28.0 | | 28.0 | | | | 28.0 | 4,420,808 | | |
| Licensed Psychiatric Technician | Mental Health Program | PG-Institution Level Supervision | -10.0 | | | -10.0 | | -10 | | | -10.0 | | | | -10.0 | | | -10 | | | -10.0 | -721,375 | | |
| Licensed Psychiatric Technician | Mental Health Program | PG-Mental Health OHU | 38.7 | | | 38.7 | | 38.71 | | | 38.7 | | | | 38.7 | | | 38.71 | | | 38.7 | 2,613,466 | | |
| Licensed Psychiatric Technicians | Mental Health Program | PG-Administrative Segregation | 99.2 | | | 99.2 | | 99.18 | | | 99.2 | | | | 99.2 | | | 99.18 | | | 99.2 | 7,382,885 | | |
| Nurse Consultant Program Reviewer | Mental Health Program | HQ-Clinical Operations Branch: QMAT | | 6 | | 6.0 | 6 | | | | 6.0 | | | | 6.0 | | 6.0 | | | | 6.0 | 307,188 | | |
| Nurse Consultant Program Reviewer | Mental Health Program | HQ-Clinical Operations Branch: Utilization Management | | 4 | | 4.0 | 4 | | | | 4.0 | | | | 4.0 | | 4.0 | | | | 4.0 | 312,564 | | |
| Office Assistant (T) | Mental Health Program | CDCR Human Resources - Workforce Planning | | | 1 | 1.0 | | | 1.0 | | 1.0 | | | | 1.0 | | 1.0 | | | | 1.0 | 139,379 | | |
| Office Technician, Typing | Mental Health Program | CDCR Expedited Hiring Process | 33.0 | | | 33.0 | 33 | | | | 33.0 | | | | 33.0 | | 33.0 | | | | 33.0 | 1,689,634 | | |
| Office Technician, Typing | Mental Health Program | HQ-Clinical Operations Branch | | 1 | | 1.0 | | | 1.0 | | 1.0 | | | | 1.0 | | 1.0 | | | | 1.0 | 51,205 | | |
| Office Technician, Typing | Mental Health Program | HQ-Clinical Policy & Program Dev & Clinical Eval Branch | | 1 | | 1.0 | | | 1.0 | | 1.0 | | | | 1.0 | | 1.0 | | | | 1.0 | 78,141 | | |
| Office Technician, Typing | Mental Health Program | HQ-Clinical Operations Branch: QMAT | | 3 | | 3.0 | | | 3.0 | | 3.0 | | | | 3.0 | | 3.0 | | | | 3.0 | 153,584 | | |
| Office Technician, Typing | Mental Health Program | HQ-Clinical Operations Branch:Centralized Clinical Case Mngt | | 1 | | 1.0 | | | 1.0 | | 1.0 | | | | 1.0 | | 1.0 | | | | 1.0 | 64,188 | | |
| Office Technician, Typing | Mental Health Program | HQ-Clinical Policy & Program Development Unit | | 5 | | 5.0 | | | 5.0 | | 5.0 | | | | 5.0 | | 5.0 | | | | 5.0 | 407,470 | | |
| Office Technician, Typing | Mental Health Program | HQ-Psychiatry Services Branch | | 1 | | 1.0 | | | 1.0 | | 1.0 | | | | 1.0 | | 1.0 | | | | 1.0 | 51,205 | | |
| Office Technician, Typing | Mental Health Program | PG-Mental Health OHU | 8.3 | | | 8.3 | 8.29 | | | | 8.3 | | | | 8.3 | | 8.3 | | | | 8.3 | 500,194 | | |
| Office Technician, Typing | Mental Health Program | HQ-Executive | | 1 | | 1.0 | | | 1.0 | | 1.0 | | | | 1.0 | | 1.0 | | | | 1.0 | 94,335 | | |
| Office Technician, Typing | Mental Health Program | HQ-Psychiatry Services Branch | | 1 | | 1.0 | | | 1.0 | | 1.0 | | | | 1.0 | | 1.0 | | | | 1.0 | 78,141 | | |
| Office Technician, Typing | Mental Health Program | PG-Administrative Segregation | 38.0 | | | 38.0 | 38 | | | | 38.0 | | | | 38.0 | | 0.0 | 19 | 19 | | 38.0 | 1,403,711 | | |
| Office Technician, Typing | Mental Health Program | PG-Performance Evaluation & Court Compliance | 28.0 | | | 28.0 | 28 | | 0.0 | | 28.0 | | | | 28.0 | | 0.0 | 14 | 14 | | 28.0 | 945,168 | | |

| Classification | Program | Unit | Field | Mid-DOHS | Mid-Other | Total | Hosp'l Patient in Mist | Direct Patient Care | Admin Supp | ... | Total Approved | Budget Year Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Personnel Selection Tech | Mental Health Program | CDCR Human Resources - Office of Personnel Svcs | | 1 | | 1.0 | | | 1.0 | | 1.0 | 139,378 |
| Personnel Selection Tech | Mental Health Program | CDCR Human Resources - Workforce Planning | | 2 | | 2.0 | | | 2.0 | | 2.0 | 166,297 |
| Psychiatric Social Worker | Mental Health Program | HQ-Clinical Policy & Program Development Unit | | 1 | | 1.0 | 1 | | | | 1.0 | 91,199 |
| Research Analyst II (Social/Behavioral) | Mental Health Program | HQ-Clinical Policy & Program Development Unit | | 1 | | 1.0 | | | 1.0 | | 1.0 | 51,108 |
| Retired Annuitant | Mental Health Program | HQ-Clinical Operations Branch, QMAT | | 2 | | 2.0 | 2 | | 2.0 | | 2.0 | 392,410 |
| Secretary* | Mental Health Program | HQ-Clinical Operations Branch | | 1 | | 1.0 | | | 1.0 | | 1.0 | 74,413 |
| Secretary* | Mental Health Program | HQ-Clinical Operations Branch, QMAT | | 3 | | 3.0 | | | 3.0 | | 3.0 | 255,433 |
| Secretary* | Mental Health Program | HQ-Clinical Policy & Program Dev & Clinical Eval Branch | | 1 | | 1.0 | | | 1.0 | | 1.0 | 51,200 |
| Secretary* | Mental Health Program | HQ-Clinical Policy & Program Development Unit | | 1 | | 1.0 | | | 1.0 | | 1.0 | 78,423 |
| Secretary* | Mental Health Program | HQ-Psychiatry Services Branch | | 1 | | 1.0 | | | 1.2 | | 1.2 | 85,544 |
| Secretary* | Mental Health Program | HQ Psychologist Testing & Applicant Evaluation Unit, Branch, QMAT | | 1 | | 1.0 | | | 1.0 | | 1.0 | 55,144 |
| Senior Licensed Psychiatric Technician | Mental Health Program | HQ-Clinical Policy & Program Development Unit | | 1 | | 1.0 | 1 | | 1.0 | | 1.0 | 44,717 |
| Senior Personnel Specialist | Mental Health Program | CDCR Human Resources - Office of Personnel Svcs | | 2 | | 2.0 | | 2.0 | | | 2.0 | 192,396 |
| Senior Psychiatric Technician | Mental Health Program | HQ-Selection Level | 10.0 | | 166.0 | 166.0 | 19 | | 185 | | 185.0 | 543,330 |
| Senior Psychiatric Technician (Specialist) | Mental Health Program | HQ-Clinical Operations Branch, QMAT | | 5 | | 5.0 | 5 | | 6.0 | | 6.0 | 898,845 |
| Senior Psychologist (Specialist) | Mental Health Program | HQ-Clinical Operations Branch (Branch, QMAT) | | 6 | | 8.0 | 5 | | 8.0 | | 6.0 | 347,370 |
| Senior Psychologist (Specialist) | Mental Health Program | HQ-Clinical Policy & Program Development Unit, Segregation | 32.0 | 4 | | 4.0 | 4 | | 4.0 | | 4.0 | 387,343 |
| Senior Psychologist | Mental Health Program | HQ Psychologist Testing & Applicant Evaluation Unit, Segregation | 32.0 | | 32.0 | 32.0 | 32 | | 32.0 | | 32.0 | 1,871,834 |
| SSA/AGPA | Mental Health Program | HQ-Executive | | 2 | | 2.0 | | 2.0 | | | 2.0 | 170,266 |
| Staff Psychiatrist | Mental Health Program | HQ-Selection Level | 16.5 | | 19.5 | 19.5 | 19.5 | | 18.5 | | 18.5 | 1,022,906 |
| Staff Psychiatrist | Mental Health Program | HQ-Mental Health CMU | 8.0 | | 8.0 | 8.0 | 8 | | 8.0 | | 8.0 | 499,594 |
| Staff Services Manager I | Mental Health Program | HQ-Clinical Operations Branch | | 2 | | 2.0 | | 2.0 | | | 2.0 | 200,454 |
| Staff Services Manager I | Mental Health Program | HQ-Clinical Operations Branch, QMAT | | 3 | | 3.0 | 3 | | 3.0 | | 3.0 | 254,211 |
| Staff Services Manager II | Mental Health Program | CDCR Human Resources - Workforce Planning | | 1 | | 1.0 | | 1.0 | | | 1.0 | 51,198 |
| Statewide Mental Health Program Director (Not mandated at this level in the CB's) | Mental Health Program | HQ-Executive | | 1 | | 1.0 | | | 1.0 | | 1.0 | 85,544 |
| Unit Supervisor | Mental Health Program | HQ-Executive Level/ Supervisor | 8.0 | | 8.0 | 8.0 | | | 8.0 | | 8.0 | 487,832 |

| Classification | Program | Unit | Fld | Hours DO/CS | Hours Other | Total | Prog'm in Mgat | Direct Patient Care | Admin Supp | 37X96 | 70X50 | 00X98 | 14X97 | 14X97 | 0X97 | 37X98 | 71X04 | 101X68 | 14X97 | 47X38 | Approved for Time | Budget Year Cnt | TTLD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other DE E E | Mental Health Program | | | | | | | | | | | | | | | | | | | | | 3,761,658.21 | |
| Coleman Subtotal | | | 642.9 | 160.0 | 15.0 | 657.9 | 657.8 | 356.2 | 540.7 | 0.9 | 657.3 | 3.0 | 8.8 | 657.4 | 8.8 | 8.8 | 657.4 | 0.9 | 729.3 | 788.8 | 657.0 | 657.8 | | 7 |

State Survey

4 of 4
7/19/2006

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
**FINANCE LETTER**
**FISCAL YEAR 2006-07**
**Mental Health Program**

| Resources | FY 2005/06 | FY 2006/07 |
|---|---|---|
| **Dollars (Thousands)** | $8,667 | $87,627 |
| **Positions (LT)** | 0.0 | 657.6 |
| **PY's** | 0.0 | 631.1 |

**PURPOSE:**
The California Department of Corrections and Rehabilitation (CDCR) Division of Correctional Health Care Services (DCHCS) is requesting $8.6 million in 2005/06 and $87.6 million to establish 657.6 positions and associated costs in 2006/07 to providing timely, cost-effective mental health services for seriously mentally disordered inmates and parolees. Proper screening and treatment of mental illness is the most effective way to reduce inmate-patients' potential for violence and associated costs. This Finance Letter (FL) addresses the minimum necessary field and headquarters staffing required for compliance with *Coleman* court orders mandated by the Court Special Master.

**ISSUE:**
CDCR DCHCS mission is to protect the health and safety of the public and CDCR staff by providing timely, cost-effective mental health services for seriously mentally disordered inmates and parolees. Proper screening and treatment of mental illness is the most effective way to reduce inmate-patients' potential for violence and associated costs. Mental health treatment is provided in CDCR through MHSDS. This Finance Letter (FL) addresses the minimum necessary field and headquarters staffing required for compliance with the Special Master's recommendations for *Coleman* orders. DCHCS is also requesting a workload study of field and headquarters functions to quantify the human resource requirements of the MHP and MHSDS by developing and identifying standardized staffing ratios for mental health services.

**The benefits of this proposal:**
Approval will keep the CDCR in compliance with current litigation issues regarding Mental Health Care of inmates.

**BUDGET MANAGEMENT BRANCH RECOMMENDATION:**
OBM recommends approval with reservation regarding staffing requirements. The programs/facilities need to manage their vacancies before they hire more staff or generate programs they cannot run due to vacancy issues.

Contact Person: Mary Kostiew                    Phone Number: (916)650-6728

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## FINANCE LETTER
## FISCAL YEAR (FY) 2006/07

**INSTITUTION/DIVISION:** Division of Correctional Health Care Services    **NUMBER:**
**TITLE:** Mental Health Program

## A. NATURE OF REQUEST

In 1995, a federal class action lawsuit (*Coleman v. Schwarzenegger*) found that the California Department of Corrections and Rehabilitation (CDCR) violated the Eighth and Fourteenth Amendments by being deliberately indifferent to the mental health needs of inmates. The CDCR, Division of Correctional Health Care Services (DCHCS), Mental Health Program (MHP) at Headquarters, and the institutional Mental Health Services Delivery System (MHSDS) intend through this proposal to comply with the *Coleman* court's orders (see Attachment 1).

The CDCR DCHCS mission is to protect the health and safety of the public and CDCR staff by providing timely, cost-effective mental health services for seriously mentally disordered inmates and parolees. Proper screening and treatment of mental illness is the most effective way to reduce inmate-patient potential for violence and its associated costs. CDCR DCHCS MHSDS most critical areas of service delivery which are in need of immediate staffing are: Administrative Segregation Unit, Correctional Clinical Case Management System (ADSEG-CCCMS); Security Housing Unit, Correctional Clinical Case Management System (SHU-CCCMS); Administrative Segregation Unit, Enhanced Outpatient Program (ADSEG-EOP); Mental Health Outpatient Housing (MH-OHU), and Mental Health Reception Centers (RC).

This Finance Letter (FL) addresses the minimum necessary Headquarters staffing for compliance with the Special Master's recommendations, which are currently being adopted as final orders by the *Coleman* court. This FL also addresses the 1999 and 2001 *Coleman* court orders regarding staffing of the ADSEG-CCCMS program and requests assistance in filling the growing psychiatry vacancies.

Review of current recruitment and program needs and requirements has led DCHCS to conclude that the most effective and efficient method of confronting the critical staffing shortage is to focus on meeting the staffing mandates of the 1999 and 2001 court orders and attacking current vacancies. While resolving these issues, the proposed workload study will determine the staffing needs of the 2006 MHSDS Revised Program Guide (see Attachment 3) without delaying their implementation. By proceeding in this fashion, DCHCS intends to immediately address existing inmate-patient mental health needs and staffing issues while simultaneously developing the necessary staffing methodology that will quantify and standardize the human resource requirements crucial to meeting the federal court mandated level of services.

1

This FL is divided into three sections. The first section addresses the staffing needs in the most critical care areas in the field institutions, and staffing necessary to comply with the 1999 and 2002 court orders. The second section addresses the Headquarters MHP staffing required for compliance with the pending 2006 *Coleman* court order. The third section addresses the methodology of reducing the ever growing psychiatry vacancies and maintaining the vacancy rate at less than 10 percent.

This FL is requesting a total of **$8.7 million for FY 2005/06**, and **$83.1 million without current R&R and one time standard equipment costs and 657.6 positions for FY 2006/07**.

### SECTION I.     DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS), MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) – 2006 REVISED PROGRAM GUIDE RESOURCES

In 1997, CDCR established initial policies and procedures for providing mental health services at all CDCR institutions through the MHSDS Program Guide, which was provisionally approved by the court. Revisions to the Program Guide have been an ongoing requirement of the *Coleman* case. As a result, each revision has resulted in amending memoranda to the field requiring additional workload, changing timelines and/or new programs. These amending memoranda have been included in the pending 2006 MHSDS Revised Program Guide.

Implementing the 2006 MHSDS Revised Program Guide is an integral part of the strategy to exit the *Coleman* case and to reduce costs related to this litigation. However, timing of resource allocation will appear to be more sagacious after completing a workload study to determine the necessary staffing that will quantify and standardize the human resource requirements critical in meeting the federal court mandated level of services.

At this time, CDCR DCHCS is requesting MHSDS staffing to implement the 1991 and 2001

It is important to note that the plaintiffs in *Coleman* are requesting that the court impose additional mental health service requirements to the 2006 MHSDS Revised Program Guide. These additional requirements are opposed by CDCR DCHCS.

This FL is requesting **$39.1 million without current R&R and one time standard equipment costs and 509.56 positions** to provide support to implement the 2006 MHSDS Revised Program Guide, which are the minimum necessary to meet federal court mandated services at a constitutionally adequate level, to be **implemented on July 1, 2006** (see Attachment 2).

### SECTION II.     DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS), MENTAL HEALTH PROGRAM (MHP) – HEADQUARTERS

The second section addresses the necessary MHP Headquarters staffing required for compliance with the pending *Coleman* court order. Recently, the federal court's Special Master specifically noted that there are inadequate DCHCS mental health leadership and

2

01409

management resources which prevents effective response "to the myriad of issues persistently hurled at them." The Special Master also found that various areas of noncompliance with currently required elements of mental health care in the institutions, and with future planning efforts, were due to a lack of ability to provide Headquarters support and Central Office oversight. On January 19, 2006, in a meeting with All Parties in the *Coleman* case, the Special Master and court experts extensively emphasized the need for a team of Headquarters' staff devoted to quality management assurance. This FL is requesting **$10.7 million and 100.0 positions** to provide Headquarters support, which are the minimum necessary to meet federal court mandated services at a constitutionally adequate level, to be **implemented on July 1, 2006.**

CDCR DCHCS is also requesting funds for extraordinary travel expenses for the Quality Management Assistance Program (QMAP) and Psychological Testing Units, quarterly meetings for the Psychological Testing staff and leadership staff, and miscellaneous equipment needs. In addition, CDCR DCHCS is requesting the above mentioned workload study of field and Headquarters' functions to identify, standardize and quantify the human resource requirements of the MHP and DCHCS.

### SECTION III.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS) - PSYCHIATRY VACANCY RATE REDUCTION STRATEGIES

The third section relates to reducing psychiatry vacancies and maintaining the vacancy rate at less than ten percent. Currently the vacancy rate is between 30-80 percent depending on the location of the institution.

This FL is requesting **$8.7 million in current year, and 48.0 positions and $33.2 million in budget year** to provide funding for the vacant positions and pay differential, to be **implemented on March 1, 2006 and July 1, 2006, respectively.**

For your convenience, a listing of the Acronyms is under Attachment 40.

Below is a summary of the positions being requested under each section:

### SECTION I.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS), MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) – 2006 REVISED PROGRAM GUIDE RESOURCES

In order to implement the 2006 MHSDS Revised Program Guide, the CDCR DCHCS is requesting the following permanent positions (see Attachment 2 for summary of positions and resources):

1. **299.98 Permanent Positions for ASU CCCMS**
   - 18.5 Psychiatrists
   - 37.0 Clinical Psychologists
   - 99.18 Psychiatrist Technicians
   - 38.0 Office Technicians
   - 44.8 EOP Clinical Psychologists
   - 32.0 Senior Psychologist Supervisors
   - 30.5 Correctional Officers

3

01410

2.  **71.6 Permanent Positions for Mental Health RC Processing**
    - 51.0 Clinical Psychologists
    - 20.6 Correctional Counselor Is

3.  **72.98 Permanent Positions for Mental Health OHU weekend coverage**
    - 8.0 SPs
    - 17.98 CPs
    - 38.71 LPTs
    - 8.29 OTs

4.  **9.0 Permanent Positions with Institution Level Supervision and Upgrading 10.0 LPTs to 10.0 Senior LPTs (Sr. LPT)**
    - permanently upgrade 10.0 LPTs to 10.0 Sr. LPTs
    - 9.0 Unit Supervisors.

5.  **56.0 Permanent Field Positions for Program Performance Evaluation and Court Compliance**
    - 28.0 Health Program Specialist Is (HPS I)
    - 28.0 OTs

6.  **Permanent Positions for DCHCS – Capital Outlay**
    These positions are being requested through the Litigation Support FL.

7.  **RC Screening and Diagnostic Clarification**
    - $748,800 per year for a two year pilot program
    - $30,000 for supplies

8.  **Additional Equipment Resources**
    - one-time funding of $1,114,604
    - ongoing funding of $50,000 for additional equipment

**Summary of Request:**

*(handwritten)* 295.77 – MHD
74.29 – Admin
39.5 – Inst.

- **509.56 Permanent Positions**
- **$778,800 ongoing funding for RC Screening and Diagnostic Clarification**
- **$1,114,604 one-time funding and $50,000 ongoing funding for equipment**
- **$61,680 ongoing funding for position upgrade (LPT to Sr. LPT)**

**SECTION II.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS), MENTAL HEALTH PROGRAM (MHP) – HEADQUARTERS**

In order to implement the Mental Health Program – Headquarters portion of the Court Order, the CDCR DCHCS is requesting the following permanent positions (see Attachments 15 for summary of positions and Attachment 16 for MHP's Organization Chart):

4

01411

1. **4.0 Permanent Positions for Statewide Mental Health Program Director (SWMHPD)**
   - 1.0 CEA
   - 1.0 Associate Health Program Adviser (AHPA)
   - 1,0 Executive Secretary I (ES I)
   - 1.0 OT

2. **3.0 Permanent Positions for the Psychiatry Services Branch (PSB)**
   - 1.0 AHPA
   - 1.0 Secretary
   - 1.0 OT

3. **1.0 Permanent Position for the Tele-Psychiatry Section**
   - 1.0 OT

4. **Project Management Unit**
   These positions are being requested through the Litigation Support FL.

5. **4.0 Permanent Positions for the Clinical Operations Branch (COB)**
   - 1.0 CEA
   - 1.0 AHPA
   - 1.0 Secretary
   - 1.0 OT

6. **52.0 Permanent Positions for the Quality Management Assistance Program (QMAP)**
   - 3.0 Chief Psychologists - Regional Mental Health Directors (RMHD)
   - 6.0 Senior Psychologists (Specialist)
   - 6.0 Senior Psychiatrists (Specialist)
   - 6.0 Nurse Consultants, Program Review (NCPR)
   - 6.0. Sr. LPTs
   - 5.0 Facility Captains (FC)
   - 2.0 Retired Annuitants (RA)
   - 3.0 Staff Services Manager I (SSM I)
   - 3.0 HPS Is
   - 6.0 AHPAs
   - 3.0 Secretaries
   - 3.0 OTs

7. **1.0 Permanent Position for the Centralized Clinical Case Management Unit (CCCM) Unit**
   - 1.0 OT

8. **4.0 Permanent Positions for the Utilization Management (UM) Unit**
   - 4.0 NCPRs

9. **4.0 Permanent Positions for the Clinical Policy and Programs Development and Clinical Evaluations (CPPD&CE) Branch**
   - 1.0 CEA

5

01412

- 1.0 AHPA
- 1.0 Secretary
- 1.0 OT

10. **14.0 Permanent Positions for the Clinical Policy and Programs Development (CP&PD) Unit**
- 4.0 Senior Psychologist (Specialist)
- 1.0 Psychiatric Social Worker (PSW)
- 1.0 Sr. LPT
- 1.0 Research Analyst II (Social/Behavioral)
- 1.0 AHPAs
- 1.0 Secretary
- 5.0 OTs

11. **13.0 Permanent Positions for the Psychological Testing and Forensic Evaluation (PT&FE) Unit**
- 9.0 CPs
- 2.0 SSA/AGPAs
- 1.0 AHPA
- 1.0 Secretary

12. **Extraordinary Travel and Quarterly Meetings ($2.1 million)**
- $1,249,560 ongoing funding for Extraordinary Travel for Quality Management Assistance Team (QMAT)
- $312,390 ongoing funding for Extraordinary Travel for Psychological Testing
- $270,000 ongoing funding for Travel Differential for QMAT and Psychological Testing
- $56,960 ongoing funding for Quarterly Psychological Testing meetings
- $202,920 ongoing funding for Quarterly Leadership meeting

13. **Miscellaneous Headquarters' Equipment ($107,514)**
- $73,449 one-time funding for miscellaneous equipment
- $34,065 ongoing funding for miscellaneous equipment

14. **Workload Study ($400,000)**
- $400,000 one-time funding for workload study

**Summary of Request:**

- **100.0 Permanent Positions**
- **$2.1 million ongoing funding for Extraordinary Travel**
- **$73,449 one-time funding and $34,065 ongoing funding for miscellaneous equipment**
- **$400,000 one-time funding for a Work Load Study.**

**SECTION III.    DIVISION OF CORRECTIONAL HEALTH CARE SERVICES - PSYCHIATRY VACANCY RATE REDUCTION STRATEGIES**

6

01413

In order to implement the Psychiatry Vacancy Rate Reduction Strategies portion of the Court Order, the CDCR DCHCS is requesting the following (see Attachment 30 for summary of positions and resources):

## FY 2005/06

**1a.   Hiring-Above-Minimum – Psychiatry Series ($1,214,099)**
- $1,214,099 ongoing funding for Hiring-Above-Minimum, effective March 1, 2006

**1b.   Hiring-Above-Minimum – All Other Mental Health Classifications ($3.1 million)**
- $3.1 million ongoing funding for Hiring-Above-Minimum, effective March 1, 2006

**2a.   Pay Differential for CDCR's Psychiatry Series ($3.9 million)**
- $3.9 million ongoing funding for Pay Differential, effective March 1, 2006

**2b.   Pay Differential for CDCR's DCHCS Headquarters' Mental Health Classifications ($163,328)**
- $163,328 million ongoing funding for Pay Differential, effective March 1, 2006

**2c.   Pay Differential for CDCR's Kern Valley State Prison (KVSP) and North Kern State Prison (NKSP) Mental Health Clinicians ($26,004)**
- $26,004 ongoing funding for Pay Differential, effective March 1, 2006

**2d.   Pay Differential for Other Mental Health Classifications in the Central Valley ($263,344)**
- $263,344 ongoing funding for Pay Differential, effective March 1, 2006

**Summary of Request for FY 20005/06**

- **$86,290 ongoing funding for Hiring-Above-Minimum – Psychiatry Series**
- **$3.1 million ongoing funding for Hiring-Above-Minimum – All other mental health classifications**
- **$3.9 million ongoing funding for Psychiatry Series Pay Differential**
- **$163,328 ongoing funding for DCHCS Headquarters mental health classifications Pay Differential**
- **$26,004 ongoing funding for KVSP and NKSP Mental Health Clinicians**
- **$263,344 ongoing funding for Other Mental Health Classifications in the Central Valley**

## FY 2006/07

**1a.   Hiring-Above-Minimum – Psychiatry Series ($3,642,298)**
- $258,869 ongoing funding for Hiring-Above-Minimum

7

**1b.** **Hiring-Above-Minimum – All Other Mental Health Classifications ($9.4 million)**
- $9.4 million ongoing funding for Hiring-Above-Minimum

**2a.** **Pay Differential for CDCR Psychiatry Series ($11.4 million)**
- $11.4 million ongoing funding for Pay Differential

**2b.** **Pay Differential for CDCR's DCHCS Headquarters' Mental Health Classifications ($489,984)**
- $489,984 ongoing funding for Pay Differential

**2c.** **Pay Differential for CDCR's Kern Valley State Prison (KVSP) and North Kern State Prison (NKSP) Mental Health Clinicians ($78,012)**
- $78,012 ongoing funding for Pay Differential

**2d.** **Pay Differential for Other Mental Health Classifications in the Central Valley ($790,032)**
- $790,032 ongoing funding for Pay Differential

**3.** **Emergency Contracts ($3 million)**
- $3 million ongoing funding for Placeholder for Emergency Contracts

**4.** **Online Exams ($1.7 million)**
- $600,000 one-time funding for development
- $1.1 million ongoing funding for annual maintenance costs to administer 15 online exams

**5.** **12.0 Permanent Positions for Office of Workforce Planning and Selection (OWP&S)**
- 1.0 Staff Services Manager II (SSM II)
- 2.0 SSMI
- 3.0 Associate Governmental Program Analysts (AGPA)
- 2.0 Associate Personnel Analysts (APA)
- 2.0 Personnel Selection Technician (PST)
- 1.0 Office Assistant (OA)

**6.** **4.0 Permanent Positions for the Office of Personnel Services (OPS)**
- 1.0 PST
- 1.0 APA
- 2.0 Senior Personnel Specialists

**7.** **33.0 Permanent Positions for the Adult Institutions - Statewide**
- 33.0 OTs

**8.** **LiveScan**
This equipment is included in the FY 2006/07 Plata Order Spring FL.

**9.** **Capital Outlay for OPS ($121,219)**

8

01415

- $121,219 one-time funding for 25 modular workstation for the Office of Personnel Services (OPS)

## Summary of Request for FY 06/07

- **$258,869 ongoing funding for Hiring-Above-Minimum – Psychiatry Series**
- **$9.4 million ongoing funding for Hiring-Above-Minimum – All other mental health classifications**
- **$11.4 million ongoing funding for Psychiatry Series Pay Differential**
- **$489,984 ongoing funding for DCHCS' Headquarters' mental health classifications Pay Differential**
- **$78,012 ongoing funding for KVSP and NKSP Mental Health Clinicians**
- **$790,032 ongoing funding for Other Mental Health Classifications in the Central Valley**
- **$3 million for a placeholder for Emergency Contracts**
- **$600,000 one-time funding for development and 1.1 million ongoing funding for annual maintenance of 15 Online Exams**
- **15.0 Permanent Positions for Headquarters**
- **33.0 Permanent Position for the Field**
- **$121,219 one-time funding of 25 modular workstations for OPS**

## B. BACKGROUND/HISTORY

On June 25 1991, a class action complaint (*Coleman vs. Schwarzenegger, et al.*) was filed against CDCR alleging that the department ". . . under color of state law . . . acted with deliberate indifference depriving the plaintiff class of their rights to be free from cruel and unusual punishment as guaranteed by the Eighth and Fourteenth amendments to the United States Constitution."

The United States District Court for the Eastern District of California ultimately found that the state and prison officials had acted with deliberate indifference to the medical needs of inmates with serious mental disorders by ignoring the advice of their own experts regarding the deficiencies that had existed in the correctional system for years. The court found that CDCR DCHCS MHSDS was a constitutionally inadequate system that lacked the necessary elements for delivery of adequate mental health care, such as: screening and identification of mentally ill inmates; prompt access to mental health professionals for diagnosis and treatment; patient access to necessary and appropriate levels of care as determined by clinicians, including outpatient care; residential care, crisis care, and inpatient care; medical records and an information management system; and a quality assurance system. The court concluded that California's system could not and did not meet the serious medical needs of mentally ill inmates incarcerated in its prisons and, on June 6, 1994, it was recommended that the district court order the appointment of a Special Master and that state and prison officials develop and implement forms, protocols, and plans necessary to remedy constitutional violations.

After 11 years of implementing the court's orders and the mandated services, as well as preparing for the implementation of the 2006 MHSDS Revised Program Guide, CDCR and DCHCS have determined that current resources are insufficient to implement the newly mandated 2006 MHSDS Revised Program Guide in a manner consistent with the court's

9

01416

requirements and level of community standards of quality care. Failure to implement the 2006 MHSDS Revised Program Guide will continue the current status of mentally ill inmates going undiscovered, undiagnosed, and untreated, while at the same time being subjected to conditions that aggravate their illnesses. Due to limited resources, those mentally ill inmates, who currently do receive some form of treatment, suffer needless extended and medically harmful delays in access to necessary psychiatric care.

CDCR DCHCS researched other states' correctional mental health staffing and found their mental health population small compared to California's, and that some states base their staffing on total inmate population in determining their mental health staff to inmate ratios (see Attachment 23). CDCR DCHCS also reviewed the American Association for Correctional Psychology accreditation requirements (see Attachment 24), which recommended a ratio of one FT psychologist for every 50-75 adult inmates; the National Commission on Correctional Health Care, which provided guidelines (see Attachment 25); and Human Rights Watch (see Attachment 26), which recommended that each prison system conduct an assessment to "ensure mentally ill prisoners receive mental health services consistent with community standards of care".

California has the largest mental health population in the nation. The CDCR DCHCS is responsible for administering the critical Mental Health Program for a population of nearly 170,000 inmates, including over 31,000 inmate-patients enrolled in the MHSDS. Of the over 31,000 inmates identified as seriously mentally ill, over 5,000 are high risk and in either residential or other in-patient treatment settings. Over 25,000 inmates are receiving psychotropic medications, usually twice every day.

To continue a MHSDS that is understaffed, significantly overworked, and lacking a quality assurance program places inmates and inmate-patients at risk, and the state, CDCR and key decision makers in danger of being found in contempt of court. Standardizing the delivery of mental health care in accordance with generally accepted medical practice, the National Commission on Correctional Health Care, community standards, and the law is consistent with the CDCR's Strategic Plan and DCHCS's Goals and Initiatives to manage the inmate and parolee population in a safe, efficient, and cost effective manner.

To date, the State of California has spent $28,970,085 (see Attachment 38) in monitoring and attorney fees in the Coleman matter. To continue current operations without making adequate provision for complying with the court's mandates and mental health professional standards will leave the State open to further litigation and expenses associated with additional court imposed remedies that may be avoided by implementing the proposed improvements.

CDCR is, therefore, requesting Headquarters positions to manage the increased workload relating to implementation and monitoring of the 2006 MHSDS Revised Program Guide. The proposed Headquarters structure is consistent with those of the Dental and Medical Programs, with each program under a Statewide Program Director.

In addition, if the current vacancy rates are not reduced to under ten percent, CDCR will be in violation of the pending court order that addresses psychiatry vacancies, and inmate-patients will continue to be harmed by inadequate and insufficient access to care.

10

The resources requested in this FL will provide the minimal staffing level necessary to comply with court mandates and assist in extricating the state from federal judicial oversight.

## C. STATE LEVEL CONSIDERATIONS

CDCR acknowledges in its legislatively approved Strategic Plan that it is morally and constitutionally obligated to provide health care services to incarcerated offenders. The plan notes that a fundamental level of health care is necessary for incarcerated individuals' successful return and integration into the community and concedes that radical changes are necessary in the Department's health care systems to ensure efficient delivery of quality, cost-effective health care services.

As mentioned above, to date, $28,970,085 of CDCR's budget has been consumed by the *Coleman* plaintiffs' attorneys and Special Master. This does not include CDCR staff and Attorney General time required to respond to *Coleman* related inquiries, audits, hearings, and mandates. Failure on the part of CDCR to provide these mandated services at a constitutionally adequate level through implementation of the revised standards will leave the State open to additional litigation and costs associated with further court action and potential additional lawsuits.

As noted in the Special Master's January 2006 report:
"*Coleman* will not be ended until the defendants can demonstrate an ability to provide meaningful mental health care . . .The defendants' recent history of developing erratic plans or plans they are unable subsequently to implement suggests the present need for something more than just another requirement for the generation of yet more plans."

Standardizing the delivery of mental health care is an essential, critical step to managing the inmate and parolee population and providing necessary mental health care in a safe, efficient, and the most cost effective manner possible. By providing the resources required to comply with the pending federal court order and the mandated policies and procedures essential to providing constitutionally adequate mental health care, CDCR will take an important step toward self-directed management of MHSDS.

In providing inmate-patient mental health services, MHSDS provides a continuum of inpatient care from a contractual relationship with DMH for acute and intermediate, as well as a short-term crisis, inpatient care program within CDCR institutions.

## D. FACILITY/CAPITAL OUTLAY CONSIDERATIONS

Implementation of the 2006 MHSDS Revised Program Guide will have facilities/capital outlay impacts at Headquarters and in each institution. Additional office and treatment space will be needed in order to provide workspace and mental health treatment areas (see Attachment 21). This will be addressed in CDCR's Litigation Support FL.

Currently, two areas of Human Resources (HR) have maximized their existing office space (even turning conference rooms into staff workstations) and cannot expand to absorb the additional staff positions requested herein. The two affected HR offices

01418

include: Office of Personnel Services (OPS) and Office of Workforce Planning and Selection (OWP&S).

If these offices cannot be relocated elsewhere within CDCR's Headquarters building, there will be a need to either relocate one or both to a different location within Sacramento or reconfigure existing space with modular furniture. Based on cost methodology obtained from CDCR's Facility Leasing Section, here is the projected cost for each option for both offices:

## Office of Personnel Services (OPS)

1.   **Expand On Existing Floor** (1515 S Street, North) @ $0 cost
     - If OPS can relocate or expand elsewhere on its existing lease, there would be no additional cost to the existing lease agreement.
     - If this option is not feasible, then it would be necessary for OPS to obtain partial modular furniture as follows.

2.   **Partial Modular Furniture Reconfiguration ($121,219 one time)**
     - This is the projected cost to reconfigure partial existing space with modular furniture for 25 workstations (see Attachment 21A).

## Office of Workforce Planning and Selection (OWP&S)

1.   This request is included in the FY2006/07 Succession Management Plan FL.
2.   If OWP&S's facility considerations are approved within this FL, the request made herein can be deleted.
3.   If one of these offices is approved for relocation, the remaining office could expand into the vacating space.

## E. JUSTIFICATION

The following pages are the justification for:

Section I.       Division of Correctional Health Care Services (DCHCS), Mental Health
                 Services Delivery System (MHSDS) –
                 2006 Revised Program Guide Resources

Section II.      Division of Correctional Health Care Services (DCHCS),
                 Mental Health Program (MHP) – Headquarters

Section III.     Division of Correctional Health Care Services (DCHCS),
                 Psychiatry Vacancy Rate Reduction Strategies

12

# Section I:

# DIVISION OF CORRECTIONAL HEALTH CARE SERVICES

# MENTAL HEALTH SERVICES DELIVERY SYSTEM

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

# 2006 REVISED PROGRAM GUIDE

01420

**SECTION I.   DIVISION OF CORRECTIONAL HEALTH CARE SERVICES (DCHCS), MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) – 2006 REVISED PROGRAM GUIDE RESOURCES**

The court found that DCHCS MHSDS was an inadequate system that lacked, in whole or in part, the necessary elements for delivery of adequate mental health care. The 2006 MHSDS Revised Program Guide are policies and procedures that are consistent with the court's requirements.

Since there are new functions in the 2006 MHSDS Revised Program Guide and insufficient workload data available upon which to base an objective, meaningful conclusion as to the appropriate number and level of personnel necessary to adequately carry out the new duties, DCHCS used the following methodology to determine the number of positions needed for the majority of the staffing in this FL except for ADSEG-CCCMS.

The following methodology was utilized to determine the number of positions needed for the majority of the staffing in this section:
- New functions were identified and listed (see Attachment 4);
- Duties and time required to perform the new functions were identified and listed (see Attachment 5);
- Tasks were compared with 1997 court mandated ratios (see Attachment 6);
- Tasks were correlated with American Medical Association's Current Procedural Terminology (CPT) codes (see Attachment 7); and
- Based on the current inmate population (see Attachment 8), the total workload impact per year was determined.

The exception to the above methodology is ADSEG-CCCMS which is driven by the 1999 and 2001 Coleman court orders as delineated below:

"(1)   The defendants' current ratios for reception, MHCB, EOP, PSU and 3CMS (*1:100 case manager to inmates*) programs should be provisionally approved by the court, with the exception of the existing ratio of psychiatrists to inmates in the 3CMS program, which should be subject to further review;

(2)   Defendants should be directed to adopt and implement within 90 days the following staffing ratio for administrative segregation:

(a)   Seven-day weekly coverage in each administrative segregation unit by a psych tech, accomplished by adding a 0.61 psych tech position to each of the 30 positions now authorized;

(b)   One half-time psychiatrist to each administrative segregation unit;

(c)   One full-time case manager (psychologist or psych social worker) to each administrative segregation unit to handle ICC and IDTT hearings and meetings and provide individual counseling as needed;

14

(d)    One additional full-time psych tech to each administrative segregation unit to extend the services of the unit case manager and offer sessions in activities of daily living or other therapeutic activities;

(e)    One full-time clerical position to support the work of the administrative segregation clinical team..."

In addition, for each case manager, 2.2 correctional officers (COs) were required for escort.

Since the court is demanding immediate improvement in mental health staffing and inmate-patient access to services, DCHCS proposes to immediately address the court's mandates by requesting a total of **299.98** positions in ADSEG-CCCMS.

Once these positions are filled, CDCR will conduct a workload study of MHSDS and Headquarters functions to identify, standardize and quantify workload data, determine actual need, and adjust staffing as appropriate based on the results of the study (see Attachment 28).

MHSDS serves the majority of inmates with serious mental disorders through the CCCMS, which is available at all institutions.  An effective CCCMS program ensures timely access to mental health care and outpatient services delivered through a well-designed clinical case management system and is the most cost-effective means of maintaining adequate institutional functioning among inmates with serious mental disorders.    CCCMS facilitates the linking of inmate-patients to needed services and provides sustained support while accessing these services.

CCCMS inmates who engage in criminal behavior or behavior requiring disciplinary intervention while in the prison system are placed in ADSEG-CCCMS while awaiting adjudication for these offenses.  Should they be found guilty and be assigned additional time than already served in ADSEG, they then go into SHU-CCCMS.

## 1.    Administrative Segregation Unit, Correctional Clinical Case Management System (ADSEG-CCCMS)

The court has reported in a number of its reports that the Special Master's view the ADSEG environment as one which requires a heighten degree of treatment intervention for the inmate to maintain a CCCMS level of function. The 1997 *Coleman* Requirements states an average Clinical Case Manager (CCM) to patient staffing ratios across the program sizes for CCCMS is 1:100.  ADSEG-CCCMS CCMs' duties were never staffed separately from the CCCMS general population (GP) despite the court's additional treatment requirements when GP CCCMS are transferred into ADSEG.

Staffing in ADSEG-CCCMS has been a consistent concern of the *Coleman* case Special Master.   From 1999 to 2005, the completed suicides in ADSEG-CCCMS and SHU-CCCMS account for 49 percent of all suicides in the CDCR inmate population.

Based on the 1999 Coleman court order, DCHCS proposes to immediately address the court's mandates by requesting a total of **299.98** positions in ADSEG-CCCMS.

15

## 2.   **Mental Health Reception Center (RC)**

The MHSDS provides universal screening for all incoming inmates at Reception Centers and directs transfers from the Reception Center to the treatment facility for further evaluation and/or treatment if needed.

The bulk of the Intake Assessment requirements and Treatment Planning requirements described in the CCCMS GP Section will be the responsibility of RC staff.   The 2006 MHSDS Revised Program Guide requires that EOP LOC patients be seen weekly until transfer (but does not require the ten hours of weekly structured therapeutic activities). According to the resource analysis data collected, for RC related duties, the caseloads should be reduced by 50 percent from the current staffing allocated.   The current RC duties were never staffed separately from the CCCMS LOC duties, and the ratio below takes this into account along with the 2006 MHSDS Revised Program Guide duties.

Based on the above formula and population statistics for October 2005, DCHCS is requesting **51.0 Psychologist (Clinical) positions and 20.6 Correctional Counselor Is** for a total of 71.6 positions for the RC.

## 3.   **Mental Health Outpatient Housing Unit (MH-OHU)**

The 2006 MHSDS Revised Program Guide requires seven-day per week coverage in for mental health patients in any OHU.   Additional weekend clinical staffing is requested in institutions that have a significant OHU population and no MHCB (where weekend staffing is requested above).   These five institutions are Avenal State Prison (ASP), CCI, CMC-East, NKSP, and SQ.

Based on the above formula and the February 6, 2006 population status for MH-OHU, DCHCS is requesting **72.98** positions.

## 4.   **Institution Level Supervision**

Currently, 265.6 LPTs are supervised by 26.7 Supervising Registered Nurse I (SRN I) staff members and two Sr. LPTs.   At this time, this FL is only requesting Sr. LPTS to compensate for the existing LPTs (265.6).   The total number of Supervisors required for a one Supervisor: ten LPT ratio at institutions with more than ten LPTs = 15 - *Less 3.0 Sr. LPT upgrades allocated to COR in FY 2005/06* = a need for 12.0 Sr. LPTs.   Twelve recommended supervisors – two (current Senior LPT supervisors at SAC) = 10 Supervisors.   The Sr. LPT classification has not been regularly used to supervise LPTs, but is recommended to ensure appropriate supervision relative to scope of practice (i.e., group therapy duties).   Senior LPTs can still perform LPT duties if necessary.   Total Ratio - one Sr. LPT: 10.0 LPT (at institutions with more than ten LPTs = a need for 10.0 Sr. LPT positions.   This FL requests permanent upgrading of 10.0 LPTs to Sr. LPT positions

Unit Supervisors are required to provide supervision for Senior. LPTs across shifts at institutions with multiple mental health missions.   Unit Supervisor positions have not

16

previously been designated in CDCR. The CDCR duty statement for this position has been developed based on the Department of Personnel Administration specifications. The Unit Supervisor ensures the administration of the routine nursing services across correctional mental health units and custody levels; coordinates the work of the nursing staff and acts as a liaison between Unit staff on varying shifts; trains and develops shift leads; instructs LOC nursing personnel in nursing processes, habilitation, and rehabilitation techniques for inmate-patients; and provides continuous management and supervision of Units that offer routine and supportive nursing services for developmentally disabled or mentally ill inmate-patients.

One Unit Supervisor is required at each institution with multiple mental health missions including: RC, CCCMS, ASU-CCCMS, GP-EOP, ASU-EOP, and/or PSU. Unit supervisors at this time are requested for mental health "consolidated care center" institutions in the "CDCR Right Prison, Right Mission" plan. The 9 institutions are: CIM, CIW, CMC, CMF, LAC, MCSP, PBSP, RJD, and SAC.

Requesting 9.0 Unit Supervisors to be allocated to the nine Consolidated Care Centers.

Summary of positions needed to accomplish adequate Supervision Levels. These positions are requested effective July 1, 2006.

- Permanently Upgrade 10.0 LPTs to 10.0 Sr. LPTs
- 9.0 Unit Supervisors

## 5.    Performance Evaluation and *Colman* Court Case Compliance

The Quality Management System is required, by the *Coleman* and *Plata* court cases, in order to provide adequate performance management and to ensure compliance with mental health policies and procedures. Quality Management requirements specific to mental health involve identification of problems in delivery of mental health services, establishment of QIT, tracking progress of QIT, conducting Suicide Prevention Focused Improvement Team (FIT) meetings (including development and implementation of corrective action plans when a suicide occurs), conducting Mental Health Subcommittee meetings, and facilitating an overall data-based approach to bed utilization. All meetings require documentation, which is sent to other Quality Management Committees at the institution and at Headquarters. Although an analyst has been designated at some institutions for the purpose of health care quality management, a dedicated HPS I for mental health quality management is required to ensure that these important duties are completed as required. This position will also be responsible for oversight of tracking reasonable accommodation offered to MHSDS inmates who are part of the class action *Armstrong* court case. Each HPS I require clerical support in order to complete duties associated with taking meeting minutes, copying, tracking, filing, and communications.

Request 1.0 dedicated HPS I at each institution without a restriction to running a mental health mission (restricted institutions are Calipatria State Prison (CAL), California Correctional Center (CCC), Centinela State Prison (CEN), Ironwood State Prison (ISP), Chuckawalla Valley State Prison (CVSP)) = 28.0 HPS Is.

17

01424

Request 1.0 Mental Health Quality Management dedicated OT at each institution without a restriction to running a mental health mission (restricted institutions are CAL, CCC, CEN, ISP, CVSP) = 28.0 OTs.

Summary of positions needed to accomplish Quality Management. These positions are requested effective July 1, 2006.

- 28.0 HPS Is
- 28.0 OTs

## 6. Division of Correctional Health Care Services (DCHCS) – Capital Outlay

This section is included in the Litigation Support FL.

## 7. Reception Center (RC) Screening and Diagnostic Clarification

The Million Clinical Multiaxial Inventory – III (MCMI-III) test can be administered in approximately 30 minutes, either individually or in a group setting. Research indicates that this test is a valid and reliable diagnostic tool to assist in objectively triaging patients for immediate mental health needs, determining mental health diagnosis, as well as predicting future needs for mental health intervention. This test may also be used to predict reaction to authority, escape risk, sexual predation/victimization, disposition to malinger, response to crowding/isolation, suicidal tendencies, and amenability to treatment (see Attachment G: Retlzaff, P., Stoner, J., and Kleinsasser, The Use of the MCMI-III in the Screening and Triage of Offenders, International Journal of Offender Therapy and Comparative Criminology, 46, 3, 319-332).

The use of this test, along with a standard computer generated report of results, is proposed for use at RCs, for all newly arriving inmates who have a positive mental health screening indicator (approximately 20,000 inmates per year). A more rigorous interpretation/analysis of results is proposed for use with current inmate-patients at EOP LOC, when diagnostic clarification is needed (approximately 3,000 per year). See Attachment H for sample report.

The use of this instrument is expected to reduce overall mental health program cost. Data generated from the standard use of the MCMI-III at RCs will be used to determine appropriate mental health LOC, thereby reducing inappropriate placements into mental health programs. Use of the MCMI-III at EOP LOC will significantly reduce the use of costly DMH beds for diagnostic clarification.

This FL requests a total for $778,800 in ongoing funding - $748,800 per year for contract funding for a two year pilot program for valid and reliable test to predict mental health needs of inmates arriving in RC and to aid diagnostic clarification in EOP Level-of-care (LOC) and $30,000 for supplies for implementation of a pilot program for valid and reliable test to predict mental health needs of inmates arriving in RCs and to aid diagnostic clarification in EOP LOC (see Attachment I). Request for funding is to be effective July 1, 2006.

18

01425



## 8.    Additional Equipment Resources

An initial cost for equipment and supplies is estimated at **$1,164,604** to implement the 2006 MHSDS Revised Program Guide. The equipment and supply costs are based on a per unit estimate for basic office support equipment such as copiers, facsimile machines and shredders as well as clinical materials such as testing forms, pre-printed forms for documentation in the Unit Health Record and group therapy handout materials.

Quantities were determined as follows: (Please see a complete breakdown on the equipment request table in Attachment B.)

- Treatment cells – Nine cells per 33 institutions
- Copiers/Fax Machines/Television – One per institution (except desert institution – CVSP, ISP, CAL, CEN
- Laptops – One laptop for each five Clinicians
- Shredders – One per institution
- Dictation Equipment – One per institution with MHCB
- Golf Cart – One per institution with remote access to Health Records
- Group Therapy Materials – Estimated number of inmates in Program

CDCR is requesting one-time funding of $1,114,604 and ongoing funding of $50,000 for equipment to be effective July 1, 2006.

19

01426