CDCR compared the current maximum base salary plus R&Rs to ERI's 90th percentile data. For the classifications in which there was a salary lag, CDCR proposed a 5 percent increase based on the ERI 90th percentile salary. If ERI information was not available for a classification, a 5 percent increased increase based on the total of the current maximum base salary and R&R was proposed in order to meet the requirements of the court order.

| Classification | Proposed Pay Differential Amount |
| --- | --- |
| Chief Psychologist, CF | $420.00 |
| Psychiatric Social Worker, CF | $248.00 (licensed) $239.00 (unlicensed) |
| Psychiatric Technician, Safety | $210.00 |
| Psychologist-Clinical, CF | $384.00 |
| Recreation Therapist, CF | $216.00 |
| Senior Psychologist, CF | $375.00 |
| Supervising Psychiatric Social Worker I, CF | $275.00 |

By increasing the R&R' for these positions, CDCR will be more successful in drawing qualified individuals to work in its mental health programs. Additional R&Rs will encourage retention of current incumbents and serve to attract new employees. . **CDCR is requesting current year R&R funding of $263,344 and budget year R&R funding of $790,032 to become effective March 1, 2006** for all other mental health classifications in the Central Valley (see Attachment 37C).

## EMERGENCY CONTRACTS

The CDCR has historically bid registry contracts for temporary help psychiatric services. By Public Contracting Code regulations, contracts are awarded to "low bidders". Despite the fact that the CDCR has awarded contracts to multiple bidders in an attempt to provide the largest possible pool of providers, the existing registry contracts have not been able to supply sufficient numbers of qualified staff to alleviate CDCR's need to provide services due to vacant positions. In order to enable the CDCR the ability to procure qualified contract personnel, it is critical that the Department enter into emergency contracts with higher rates of reimbursement, until such time as the vacancy problem can be ameliorated through the hiring of civil servant staff. Pending improvement, the CDCR must use contracts in order to meet the Court's requirement that mental health vacancies cannot exceed 10 percent of the total staffing. Since the CDCR already has existing registry contracts, **this is to request $3 million, (as a placeholder until further analysis is completed)**, to augment current contract funding for mental health classifications.

## HUMAN RESOURCES (HR)



**SEALED**

01451

In order to comply with mandates, the CDCR' HR has designed a plan to provide a strategy for examination, recruitment and hiring of mental health classifications named in the *Coleman* Court Matter. The goal is to obtain qualified candidates to fill current and future vacancies for all *Coleman* mental health classifications at all institutions and Health Care Headquarters. These goals cannot be accomplished without additional resources as included herein.

The HR's OWP&S is requesting General Fund monies for the development and annual maintenance costs to administer 15 online exams hosted on the SPB's website, and seven permanent, full-time positions. The following will describe position and onsite exam and host technology needs.

## ONLINE EXAMS (INTERAGENCY AGREEMENT FOR DEVELOPMENT AND ONGOING MAINTENANCE SERVICES)

On December 1, 2005, the CDCR's RN online exam was posted on the SPB website. The online exam process is a key element to move the Department forward with adopting technology-based exam processes, which will further streamline hiring processes and allow the Department to comply with the Court Order. Candidates have immediate access to testing materials and results are provided to the candidate and the Department within one hour of exam completion. As of February 1, 2006, the SP classification is being converted to an SPB on-line exam. Other classifications such as the Chief Psychiatrist, Senior Psychiatrist (Supervisor/Specialist), and other Mental Health classifications will be considered to be converted to an on-line exam process based upon the criticality of the hiring needs.

As of February 1, 2006, the following is the current outcome of the RN online exam process:

600+ RNs on the CMF eligible list
100 candidates given tentative job offers

The SPB development fee per exam is $40,000 and $18,000 for annual, ongoing maintenance. The requested amount of **$1,680,000** will cover the development fees ($600,000) and ten years of annual maintenance ($1,080,000) effective July 1, 2006.

The following are positions needed to accomplish these efforts:

## OFFICE OF WORKFORCE PLANNING AND SELECTION (OWP&S)

### 1.0 Staff Services Manager II (SSM II)

The OWP&S cannot absorb any more staff without additional management support. Currently, approximately ten staff report to one manager and the workload suffers because of it. Therefore, with the additional staff required due to the *Coleman* workload, two additional units are being developed, some by redirecting existing staff also. In order to adequately support the workload of new high performance units, a new Section Chief (SSM II) position must be allocated.

45

## 2.0 Staff Services Manager I (SSM I)

As indicated above, the OWP&S cannot absorb any more staff without additional management support. Currently, approximately ten staff report to one manager and the workload suffers because of it. Workload resulting from the *Coleman* court orders demands constant attention and monitoring. The workload cannot be absorbed by existing staff. Therefore, with the new staffing requested, additional management support is required.

## 3.0 Associate Governmental Program Analyst (AGPA)

Performs detailed analyses of classifications, identifying critical classifications and locations; prepares succession management plans, oversees implementation; and conducts statewide advertising, recruitment and hiring processes for *Coleman* designated classifications for assigned institutions. These positions will be primary liaison with the assigned institutions to conduct recruitment workshops, monitor, and work proactively to fill critical classification vacancies. Further, as newly eligible candidates are identified, this position will work with the assigned institutions on list certification and hiring processes and develop and maintain tracking systems to comply with court ordered reporting requirements concerning hiring activities and out of class assignments; analyze hiring activities and efforts; and develop corrective action plan(s).

## 2.0 Associate Personnel Analyst (APA)

Plans and develops complex examinations with program consultants ensuring job-relatedness, equal employment opportunity, management satisfaction, and cost effectiveness. Conduct and lead validation studies for custody and non-custody classifications in addition to the identified fast-track medical classifications to be in compliance with *Coleman* court order. Develops supplemental application examinations to streamline and expedite the examination process. Provides consultation and technical assistance to departmental management and staff on selection issues.

## 2.0 Personnel Selection Technician (PST)

Performs increasingly difficult examination processing functions relating to the SPB's examination system, including on-line entry of applications, reviews applications for minimum qualifications to determine if acceptance or rejection; processes supplemental applications to ensure timely placement on eligible lists; schedules written examinations and/or Qualification Appraisal Panels; meets internal and external examination component timeframes and other critical deadlines.

## 1.0 Office Assistant (OA)

Perform clerical support activities related to recruitment including preparing workshop packets, preparing and mailing recruitment packets and applications to potential candidates.

Current Workload

46

Staff is responsible for conducting research and performing detailed data analysis on Department authorized positions, identifying vacancies, determining upcoming needs, documenting succession plans for positions, continually monitoring staffing needs of the Department, along with performing recruitment activities, including oversight of contracts. In addition, analytical staff is responsible for overseeing institutions recruitment and hiring to ensure critical mental healthcare and education vacant positions are filled. Specific tasks include coordinating and participating in recruitment activities, assisting/guiding potential candidates through the examination and hiring process; providing information to applicants, making sure they are given the proper information as we guide them through the civil service process; and analyzing and overseeing advertisements for candidates.

Without appropriate staffing, only a portion of mental health care recruitment efforts can be addressed. There will be no resources available to conduct workforce planning, succession planning, and recruitment for other classes with significant vacancies. As an example, the vacancy rate for many mental health care classes range from 50 percent to 65 percent (vacancy data as of CDCR's January 2006 *Coleman* response). Medical, Teachers and other professional classes within CDCR have a similar vacancy rate, which also requires recruitment efforts. There are currently insufficient resources to address all of these needs.

Staff also administer CDCR's open/promotional examinations for approximately 500 classifications (for classes other than entry level peace officers); provide job analysis/test validation for examinations; provide delegated testing oversight to the 43 youth and adult facilities throughout the state; and work in conjunction with the programs to develop a comprehensive exam plan that meets both the juvenile and adult needs to ensure critical hiring lists (i.e., education, medical, custody, plant operations, etc.) are established in a timely manner in accordance with the SPB laws and rules to provide promotional opportunities for the departments 50,000+ employees.

Without staff augmentation, the selection activities will be restricted to court mandated workload only, neglecting other major program areas within CDCR. Other than medical classifications, the current annual exam plan includes 112 exams for a variety of classifications used throughout CDCR. With the expedited medical exam process requiring daily scoring and manual notifications which are time intensive, the annual exam plan will be required to be significantly reduced. Thus, the career opportunities for CDCR employees will be inhibited which will have a direct result on departmental vacancy rates.

Requesting positions become effective July 1, 2006.

## OFFICE OF PERSONNEL SERVICES (OPS)

The OPS is requesting 4.0 full-time, permanent positions.

### 1.0 Personnel Selection Technician (PST)

Perform activities related to the expedited hiring process for *Coleman* designated classifications. At the request of the AGPA, orders certification list(s) for medical classifications related to *Coleman*; verifies and inputs codes documented on the certification list; and upon request by a candidate, processes location changes requests,

47

completes and performs requests for transfer of list eligibility, and reactivates candidates after being placed inactive for all adult and juvenile facilities.

## 1.0  Associate Personnel Analyst (APA)

Independently review and approve a variety of classification and compensation actions for all *Coleman*-related medical classifications.   Perform position allocation analysis for medical classes in a manner consistent with the State's classification and pay plan. Review and approve medical classification hiring packages, training and development assignments, hiring-above-minimum requests, and out-of-class requests.   The position will develop and/or prepare new or revised classification specifications and allocation guidelines for medical classifications.   At the request of management, independently conducts special projects, including salary studies and addresses increased compensation needs for medical classifications.

## 1.0  Senior Personnel Specialist

Responsible for most difficult and complex personnel/payroll and employee benefit issues. As a "staff specialist", researches critical personnel problems and recommends alternative solutions; develops and maintains specialized training programs; reviews various control agency letters, memos, and bargaining contract provisions, develops/revises internal procedures as necessary; prepares management reports, spreadsheets, and charts; drafts correspondence; functions as a team member on personnel-related projects; are coordinators for a variety of personnel/payroll programs; and may act in a lead role (i.e., training, workload, etc.) over lower level staff. Research and respond to various requests for information from both employers and employees.

## 1.0  Senior Personnel Specialist

Performs clerical support for Personnel staff assigned to the *Coleman* workload.  Types complex salary charts and position justifications; determines format and revises a wide variety of reports, compiles original correspondence, prepares monthly and quarterly reports, assist with compilation of tracking hires, and separations using a established database; enters information and responses on court ordered requests. Initiates and distributes various reports to management. Various filing, photocopying, and typing, including designing and updating forms for internal personnel use; assisting with the compilation of training material in preparation for training classes; and taking meeting notes;  maintain  reference  manuals  and  materials;  proofread  and  review  all correspondence.  Ensure all outgoing correspondence packages are accurate, complete, and photocopied.

## Current Workload

The workload currently being performed by the existing staff are tied to implementation of the reorganization in redirecting positions; filling existing vacancies; determining appropriate classifications and levels of managers and supervisors; assisting programs in the development of duty statements and position justifications; and determining eligibility of candidates in the hiring process.   Other duties consist of out-of-class review and approvals, hire above minimum approvals and other personnel related function.

48

This office does not have the appropriate staff to perform the additional workload required with the Court Order. Implementing a major reorganization which will require a review of classifications used by both the juvenile and adult programs will use all existing resources. The mental health care needs require additional resources to address classification and ongoing hiring needs.

Requesting positions become effective July 1, 2006

## ADULT INSTITUTIONS (STATEWIDE)

For adult institutions, it is anticipated that permanent full-time positions will be needed as follows.

### 33.0   Office Technician –Typing (OT)

Staff will perform clerical support activities related to the expedited hiring of *Coleman* designated classifications; ensure advertisements for medical classifications are submitted on a timely basis (both internally and externally); secure site(s) to conduct interviews; generate interview schedules; code the certification list(s) based on the results of verbal contacts made by the AGPA; generate the written request for approval to appoint the selected candidate; generate the hiring package upon receipt of approval to appoint; generate written notifications of waivers applied to those verbally contacted who decline an interview or express to that AGPA they are not interested; and maintain filing systems for historical and audit purposes for those classifications associated with *Coleman*.

Without these positions to support these activities, the existing personnel staff within each institution cannot address the court mandated hiring process for mental health care classes. They will no longer have the time or resources to devote to perform the delegated testing functions; therefore their local programs will not be able to fill critical vacancies that are non-medical classes.

Requesting positions become effective July 1, 2006

## ANNUAL ONGOING OPERATING EXPENSE AND EQUIPMENT (OE&E)

Live Scan Equipment:

**The request for this equipment is included in the FY 2006/07 Plata Order FL. If the Plata Order FL letter is not approved, then the live scan portion of that BCP needs to be request through this BCP.**

## F. ANALYSIS OF ALL FEASIBLE ALTERNATIVES

**Alternative A:** Implement the 2006 MHSDS Revised Program Guide and the DCHCS, MHP - Headquarters as specified above, beginning July 1, 2006. Implement the Psychiatry Vacancy Rate Reduction Strategies as specified above, beginning March 1, 2006.

49

01456

**I.    2006 Mental Health Services Delivery System (MHSDS) – Revised Program Guide Resources**

a.    Establish 509.56 permanent field positions.
b.    Permanently upgrade 10.0 LPT to 10.0 Sr. LPT.
c.    One time funding totaling $741,111 for equipment (computers, copiers, shredders, fax machines, dictation equipment, golf carts and televisions).
d.    Ongoing funding totaling $50,000 for printing and distribution of new forms.
e.    One time funding totaling $56,000 for group therapy materials and equipment.
f.    One time funding totaling $317,493 for inmate treatment cells.
g.    Ongoing funding totaling $778,800, for contract funding and supplies for use of the MCMI-III psychological testing and diagnostic clarification system.

**II.    Division of Correctional Health Care Services (DCHCS), Mental Health Program (MHP) – Headquarters**

a.    Establish 100.0 permanent Headquarters' positions.
b.    Ongoing funding totaling $2.1 million for Extraordinary Travel.
c.    One-time funding totaling $73,449 and ongoing funding totaling $34,065 for miscellaneous equipment.
d.    One-time funding totaling $400,000 for a contractor to conduct a workload survey.

**III. Psychiatry Vacancy Rate Reduction Strategies**

**FY 2005/06:**

a.    Ongoing funding totaling $1,214,099 for Hiring-Above-Minimum for Psychiatry Series.
b.    Ongoing funding totaling $3.1 million for Hiring-Above-Minimum for all other mental health classifications.
c.    Ongoing funding totaling $3.9 for Pay Differential for Psychiatry Series.
d.    Ongoing funding totaling $163,290 for Pay Differential for DCHCS Headquarters' mental health classifications.
e.    Ongoing funding totaling $26,004 for Pay Differential for KVSP and NKSP mental health clinicians.
f.    Ongoing funding totaling $263,344 for Pay Differential for all other mental health classifications in the Central Valley.

**FY 2006/07:**

a.    Ongoing funding totaling $3,642,298 for Hiring-Above-Minimum for Psychiatry Series.
b.    Ongoing funding totaling $9.4 million for Hiring-Above-Minimum for all other mental health classifications.
c.    Ongoing funding totaling $11.4 for Pay Differential for Psychiatry Series.
d.    Ongoing funding totaling $489,984 for Pay Differential for DCHCS Headquarters' mental health classifications.

01457

   e.   Ongoing funding totaling $78,012 for Pay Differential for KVSP and NKSP mental health clinicians.

   f.   Ongoing funding totaling $790,032 for Pay Differential for all other mental health classifications in the Central Valley.

   g.   Placeholder request of $3.0 million for emergency contracts.

   h.   One-time funding totaling $600,000 and ongoing funding totaling 1.1 million for annual maintenance for 15 Online Exams.

   i.   Establish 15.0 permanent Headquarters positions.

   j.   Establish 33.0 permanent Field positions.

   k.   One-time funding totaling $121,219 for 25 modular workstations for OPS

**Pros**:   This alternative would provide compliance with policies and procedures contained in the 2006 MHSDS Revised Program Guide, which were negotiated with all parties in the *Coleman v, Schwarzenegger* court case. This is the most likely alternative to evidentially lead to final exit of the *Coleman* case and reduction of legal costs associated with this case within the next two years. This alternative is consistent with the mission of CDCR "to take responsibility and accountability for the rehabilitation of offenders" and to "provide training, counseling, and support" services.

**Cons:**   This alternative requires significant resource allocation to fund positions and equipment to implement the 2006 MHSDS Revised Program Guide. This alternative does not take into account GP CCCMS and GP EOP.

**Alternative B:**   Implement requirements of the revised MHSDS Program Guide without requested resources

**Pros:**   Requires no funding

**Cons:**   Failure to implement the 2006 MHSDS Revised Program Guide with requested resources will lead to increased litigation costs and is likely to lead to a Court Order which may be more costly than the current proposal. Failure to provide constitutionally adequate mental health treatment may harm inmates and is a violation of inmate's rights under the Eighth and Fourteenth Amendments of the United States Constitution prohibiting cruel and unusual punishment. This alternative is not consistent with the CDCR mission.

## G. TIMETABLE

Resource augmentations for FY 2005-06 are requested for implementation effective March 1, 2006. Resource augmentations for FY 2006-07 are requested for implementation effective July 1, 2006

## H. RECOMMENDATION

The CDCR mission "to take responsibility and accountability for the rehabilitation of offenders" and to "provide training, counseling, and support" services is consistent with

01458

the revisions in the MHSDS Program Guide. Based on the current recommendations from Legal Affairs Division, the best strategy to exit the *Coleman v. Schwarzenegger* court case is to fully implement the 2006 MHSDS Revised Program Guide. It is therefore recommended that Alternative A be implemented.

**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**Mental Health Program and**
**Mental Health Services Delivery System**

## TABLE OF CONTENTS

| **Name** | **Tab** |
|---|---|
| *Coleman* Order | 1 |
| Summary of Program Guides Positions | 2 |
| 2006 Revised MHSDS Program Guides | 3  → 2 |
| 1997 vs New Program Guides Workload Requirements | 4 |
| Workload Time Analysis | 5 |
| 1997 *Coleman* Staffing Standards | 6  → 3 |
| American Medical Association Current Procedure Terminology (CPT) Codes | 7 |
| Mental Health Population | 8 — Remove per Lyndsey |
| Treatment Beds | 9 |
| Custody Positions | 10 |
| Senior Licensed Psychiatric Technician | 11  - 4 |
| Mental Health OHU | 12  - 5 |
| Psychological Testing Supplies | 13  - 6 |
| Equipment | 14 |
| Summary of Mental Health Program Headquarter's Positions | 15 — Remove per Lyndsey |
| Mental Health Program Headquarter's Organization Chart | 16  - 7 |
| Quality Management Assistance Program (QMAP) Workload | 17  - 8 |
| Utilization Management Unit Workload | 18  - 9 |
| Forensic Evaluations Unit Workload | 19 |
| Psychological Testing Unit Workload | 20  - 10 |

- i -

01460

## TABLE OF CONTENTS (continued)

| **Name** | **Tab** |
|---|---|
| Headquarter's Capital Outlay | 21 |
| Duty Statements | 22 |
| Staffing Models – Other States | 23 |
| American Association for Correctional Psychology | 24 |
| National Commission on Correctional Health Care | 25 |
| Human Rights Watch | 26 |
| Extraordinary Travel Cost | 27 |
| Workload Study Sample | 28 |
| Summary of 15th Round *Coleman* Monitoring Report Recommendation | 29 |
| Summary of Psychiatry Vacancy Rate Strategies | 30 |
| Psychiatry Vacancy Rate | 31 |
| Psychiatry Series Salary Information | 32 |
| Salary Survey Report | 33 |
| Economic Institute Salary Information | 34 |
| Cooperative Personnel Services (CPS) Salary Survey | 35 |
| HAM Proposal | 36 |
| *Coleman* Court Order – Psychiatry Salary | 37 |
| Live Scan Equipment | 38 |
| Retention Strategies | 39 |
| | 40 |

01461

Feasible Alternative "A"
California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Services Delivery System - 2006 Revised Program Guide Resources
FY 2006/07

| Staffing Request Summary | FY 06/07 Positions | FY 06/07 Dollars |
|---|---|---|
| **1) AdSeg CCCMS** | | |
| Clinical Psychologist | 29.00 | |
| Psychiatric Social Worker | 15.33 | |
| Staff Psychiatrist | 17.83 | |
| Licensed Psychiatric Technician | 28.07 | |
| Recreational Therapist | 37.27 | |
| Correctional Officer for ASU & SHU | 40.72 | |
| Correctional Counselor I | 11.46 | |
| 179.66 | | $0 |
| **2) Security Housing Unit (SHU)** | | |
| Clinical Psychologist | 4.00 | |
| Psychiatric Social Worker | 2.36 | |
| Staff Psychiatrist | 2.68 | |
| Licensed Psychiatric Technician | 3.24 | |
| 12.28 | | $0 |
| **3) Group Therapy SHU** | | |
| Licensed Psychiatric Technician | 2.43 | |
| Recreation Therapist | 3.10 | |
| 5.53 | | $0 |
| **4) AdSeg EOP Hubs** | | |
| Registered Nurse | 14.58 | |
| Recreational Therapist | 10.35 | |
| Staff Psychiatrist | 2.00 | |
| 26.93 | | $0 |
| **5) Reception Center** | | |
| Clinical Psychologist | 45.36 | |
| Psychiatric Social Worker | 22.79 | |
| Staff Psychiatrist | 8.31 | |
| Registered Nurse | 9.84 | |
| Correctional Counselor I | 9.10 | |
| 95.40 | | $0 |
| **6) Mental Health Crisis Beds** | | |
| Clinical Psychologist | 13.64 | |
| Staff Psychiatrist | 0.30 | |
| Correctional Counselor I | 3.46 | |
| Correctional Sergeant | 13.83 | |
| 31.23 | | $0 |
| **7) Clerical** | | |
| Office Techician - Typing (Clerical Needs) | 22.34 | |
| Medical Transcriber | 15.00 | |
| Office Services Supervisor II | 3.20 | |
| 40.54 | | $0 |
| **8) OHU** | | |
| Clinical Psychologist (OHU 7 day per week coverage) | 3.10 | |
| Staff Psychiatrist | 8.00 | |
| Clinical Psychologist | 12.74 | |
| Psychiatric Social Worker | 5.66 | |
| Licensed Psychiatric Technician | 38.88 | |
| Office Technician - Typing | 8.00 | |
| 76.38 | | $0 |
| **9) Institution Level Supervision** | | |
| Senior Psychologist, Supervisor | 11.78 | |
| Supervising Psychiatric Social Worker | 13.60 | |
| Licensed Psychiatric Technician | -10.00 | |
| Senior Psychiatric Technician | 10.00 | |
| Upgrade Dollars for LPT to Sr. LPT (ongoing) | | $61,680 |
| Unit Supervisors | 9.00 | |
| 34.38 | | $61,680 |
| **10) Performance Evaluation and Court Compliance** | | |
| Health Program Specialist I | 28.00 | |
| Office Technician - Typing | 28.00 | |
| 56.00 | | $0 |
| **11) DCHCS - Capital Outlay** | | |
| Included in Litigation Support Finance Letter | | |
| 0.00 | | $0 |
| **12) RC Screening and Diagnostic Clarification** | | |
| Contract | | $748,800 |
| Supplies | | $30,000 |
| | | $778,800 |
| **13) Workload Study** | | |
| Workload Study | | $300,000 |
| | | $300,000 |
| **14) Additional Equipment Resources** | | |
| Treatment Cells (one-time) | | $317,493 |
| Copier (one-time) | | $261,000 |
| Laptop (one-time) | | $222,600 |
| Shredder (one-time) | | $82,500 |
| Fax Machine (one-time) | | $7,250 |
| Dictation Equipment (one-time) | | $6,290 |
| Golf Cart (one-time) | | $147,000 |
| Television (one-time) | | $14,471 |
| Group Therapy Materials (one-time) | | $56,000 |
| Printing (Forms) (ongoing) | | $50,000 |
| | | $1,164,604 |
| **Total Request** | 558.35 | $2,305,084 |
| 558.35 | | $ 2,305,084 |

 
California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Services Delivery System Program Guide Impact BCP
FY 2006/07

| Staffing Request Summary | 2006/07 Staffing |
|---|---|
| Licensed Psychiatric Technician | 28.1 |
| Licensed Psychiatric Technician | 3.2 |
| Licensed Psychiatric Technician | 2.4 |
| Licensed Psychiatric Technician | 38.9 |
| Licensed Psychiatric Technicians | -10.0 |
| **Total:** | **62.6** |
| Recreation Therapists | 37.3 |
| Recreational Therapist | 3.1 |
| Recreation Therapist | 10.4 |
| **Total:** | **50.7** |
| Psychiatric Social Worker | 15.3 |
| Psychiatric Social Worker | 2.4 |
| Psychiatric Social Worker | 22.6 |
| Psychiatric Social Worker | 5.7 |
| **Total:** | **46.1** |
| Psychologist | 29.0 |
| Psychologist | 4.0 |
| Psychologist | 45.4 |
| Psychologist | 13.6 |
| Psychologist | 3.1 |
| Psychologist | 12.7 |
| **Total:** | **107.8** |
| Staff Psychiatrist | 17.8 |
| Staff Psychiatrist | 2.7 |
| Staff Psychiatrist | 2.0 |
| Staff Psychiatrist | 8.3 |
| Staff Psychiatrist | 0.3 |
| Staff Psychiatrist | 8.0 |
| **Total:** | **39.1** |
| Correctional Officer for ASU & SHU (Individual Therapy) | 14.9 |
| Correctional Officer for ASU & SHU (Group Therapy) | 25.8 |
| **Total:** | **40.7** |
| Correctional Counselor I | 11.5 |
| Correctional Counselor I | 9.1 |
| Correctional Counselor I | 3.5 |
| **Total:** | **24.0** |
| Registered Nurse | 14.6 |
| Registered Nurse | 9.8 |
| **Total:** | **24.4** |
| Correctional Sergeant | 13.8 |
| Office Technician - Typing | 22.3 |
| Office Technician - Typing | 8.0 |
| Office Technician - Typing | 28.0 |
| **Total:** | **58.3** |
| Medical Transcriber | 15.0 |
| Office Services Supervisor II | 3.2 |
| Senior Psychologist, Supervisor | 11.8 |
| Supervising Psychiatric Social Worker | 13.6 |
| Senior Psychiatric Technician | 10.0 |
| Health Program Specialist I | 28.0 |
| Unit Supervisor | 9.0 |
| **Grand Total:** | **558.3** |

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Time Analysis        Mental Health Duties

| TYPE OF SERVICE | Impacted Classifications | 1997 Requirement | Revised Requirement | Level of Care | CPT code | Face-to-Face Avg. Time per service | Documentation Time per service (CPT code 90889) |
|---|---|---|---|---|---|---|---|
| **Outpatient** **Screening/Evaluation** | | | | | | | |
| Screening – Reception Center | RN | Required | Required to be conducted under supervision of an RN | All inmates | N/A | 15 min | 15 min |
| Screening – Administrative Segregation Units | LPT (previously allocated) | None | Required within 72 hours of placement – currently implemented | All inmates in ASU | N/A | 15 min | 15 min |
| Positive Screening - Assessment | CP, PSW | None | Required for all positive screening within 5 days if routine, 24 hours if urgent, and immediately if emergency | All positive screenings in ASU | 99203 | 30 min | 10 min |
| Mental Health Rounds - ASU | LPT (previously allocated) | None | Required daily, visual and verbal rounds – currently implemented | All inmates in ASU | N/A | 10 min | 10 min per monthly summary |
| Mental Health Rounds - SHU | LPT (CP/PSW at PBSP, required by *Madrid*) | None | Required weekly for MHSDS inmate-patients and every other week for inmates not included in MHSDS | Inmates in SHU | N/A | 10 min | 10 min per monthly summary |
| Referral Follow-up: Routine | CP/PSW/SP | No time frame | Within 5 days | All inmates | 99203 | 30 min | 10 min |
| Referral Follow-up: Urgent | CP/PSW/SP | No time frame | Within 24 hours | All inmates | 99204 | 45 min | 10 min |
| Referral Follow Up: Emergency | CP/PSW/SP | Within 24 hours | Immediately | All inmates | 99284 | 60 min | 20 min |
| Record review including reports, tests, and | CP/PSW/SP | None | Required for mental health evaluation | CCCMS/EOP/M HCB | 90885 | 60 min | 30 min |

Staffing Ratios assume clinicians conduct 6 hours clinical contact and IDTT time per day / 2 hours documentation, quality management, communication, training and organizational time per day
CP = Clinical Psychologist; PSW = Psychiatric Social Worker; SP= Staff Psychiatrist; LPT = Licensed Psychiatric Technician; RN= Registered Nurse; CNA=Certified Nurse Assistant
EOP = Enhanced Outpatient Program; CCCMS = Correctional Clinical Case Management System; MHCB = Mental Health Crisis Bed; OHU = Outpatient Housing Unit; DMH = Department of
Mental Health; RC = Reception Center; GP= General Population; ASU = Administrative Segregation Unit (includes Condemned A); SHU =Security Housing Unit (includes Condemned B)
IDTT = Interdisciplinary Treatment Team

**CALIFORNIA DEPARTMENT OF ...RECTIONS AND REHABILITATION**
**Time Analysis   ...Mental Health Duties**

| TYPE OF SERVICE | Impacted Classifications | 1997 Requirement | Revised Requirement | Level of Care | CPT code | Face-to-Face Avg. Time per service | Documentation Time per service (CPT code 90889) |
|---|---|---|---|---|---|---|---|
| accumulated data for diagnostic purposes | | | | | | | |
| Initial Diagnostic Evaluation – Reception Center | CP/PSW | Brief – 2 page | Detailed – 8 page | CCCMS/BOP | 99204 | 45 min | 45 min |
| Initial Evaluation – New CCCMS patient | CP/PSW | Brief – 2 page | Detailed- 8 page | CCCMS | 99204 | 45 min | 45 min |
| Initial Evaluation – New EOP patient | CP/PSW | Choice between brief or detailed | Detailed – 8 page | EOP | 99205 | 60 min | 45 min |
| Initial Evaluation – New MHCB patient | CP/PSW | Not specific | Must meet Title XXII requirements for evaluation | MHCB | 99205 | 60 min | 45 min |
| Initial Psychiatric Evaluation | SP | Required | No change | CCCMS/EOP/MHCB | 90801 | 30 min | 30 min |
| Outside Treatment Record Review | Health Records | None | Request and review required | CCCMS/EOP | 90885 | 30 min | 20 min |
| Central File Review | Correctional Counselors | None | Required review of mental health factors and referral for mental health evaluation if appropriate | All inmates/RC | N/A | 30 min | 20 min |
| Psychodiagnostic Testing | CP | When required for diagnostic clarification | No change | EOP and above | 96100 | 80 – 110 min | 60 – 120 min |
| Neuropsychological Testing | CP | When required for diagnostic clarification | No change | EOP and above | 96117 | 80 – 110 min | 60 – 120 min |

Staffing Ratios assume clinicians conduct 6 hours clinical contact and IDTT time per day / 2 hours documentation, quality management, communication, training and organizational time per day/2
CP = Clinical Psychologist; PSW = Psychiatric Social Worker; SP= Staff Psychologist; LPT = Licensed Psychiatric Technician; RN= Registered Nurse; CNA=Certified Nurse Assistant
EOP = Enhanced Outpatient Program; CCCMS = Correctional Clinical Case Management System; MHCB = Mental Health Crisis Bed; OHU = Outpatient Housing Unit; DMH = Department...
Mental Health; RC = Reception Center; GP= General Population; ASU = Administrative Segregation Unit (includes Condemned A); SHU =Security Housing Unit (Includes Condemned B)
IDTT = Interdisciplinary Treatment Team

01465

3

**CALIFORNIA DEPARTMENT OL RECTIONS AND REHABILITATION**

**Time Analysis - Mental Health Duties**

| TYPE OF SERVICE | Impacted Classifications | 1997 Requirement | Revised Requirement | Level of Care | CPT code | Face-to-Face Avg. Time per service | Documentation Time per service (CPT code 90889) |
|---|---|---|---|---|---|---|---|
| Rules Violation Report Assessment | CP/PSW, Sup, Clerical | None | Required for all EOP, and referred CCCMS | All EOP, Some CCCMS | 99499 | 45 min | 45 min |
| Exhibitionism Screening | CP/PSW | None | Required | All | 99499 | 30 min | 30 min |
| Exhibitionism Assessment | CP/PSW | None | Required for positive screening | All | 99499 | 45 min | 45 min |
| **Treatment** | | | | | | | |
| Inpatient Psychotherapy Session – High symptom severity | CP | Daily | No change | MHCB | 90818 | 45 min | 10 min |
| Routine Psychotherapy Session – Moderate Symptom Severity | CP/PSW | Weekly | According to treatment plan – may be every other week or more often than weekly | EOP/ CCCMS | 90804, 90806 | 45 min | 10 min |
| Case Management Session | CP/PSW | Quarterly | No change | CCCMS | 90803 | 30 min | 10 min |
| Case Management Session – Security Housing Units | CP/PSW | Quarterly | Monthly | CCCMS- SHU | 90803 | 30 min | 10 min |
| Inpatient Medical Evaluation and Management | SP | Daily | No change | MHCB | 90824 | 30 min | 10 min |
| Medication Management Session | SP | EOP every 30 days CCCMS every 90 days | No change | EOP/CCCMS | 90805 | 30 min | 10 min |
| Medication Management Session Witness | SP, RN, LPT | None | Requires witness when new medication is ordered | All | N/A | 5 min | N/A |

Staffing Ratios assume clinicians conduct 6 hours clinical contact and IDTT time per day / 2 hours documentation, quality management, communication, training and organizational time per day?

CP = Clinical Psychologist; PSW = Psychiatric Social Worker; SP= Staff Psychiatrist; LPT = Licensed Psychiatric Technician; RN= Registered Nurse; CNA=Certified Nurse Assistant

EOP = Enhanced Outpatient Program; CCCMS = Correctional Clinical Case Management System; MHCB = Mental Health Crisis Bed; OHU = Outpatient Housing Unit; DMH = Department

Mental Health; RC = Reception Center; GP= General Population; ASU = Administrative Segregation Unit (includes Condemned A); SHU =Security Housing Unit (Includes Condemned B)

IDTT = Interdisciplinary Treatment Team

01466

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Time Analysis - Mental Health Duties

| TYPE OF SERVICE | Impacted Classifications | 1997 Requirement | Revised Requirement | Level of Care | CPT code | Face-to-Face Avg. Time per service | Documentation Time per service (CPT code 90889) |
|---|---|---|---|---|---|---|---|
| Medication Renewal | SP | Required | No change | CCCMS/EOP | 90862 | 15 min | 5 min |
| Crisis Intervention | CP, PSW, SP | Not specified | Immediate triage, referral, evaluation, and treatment required | All inmates | 99284 | 60 min | 45 min |
| Suicide Risk Assessment | CP, PSW, SP, RN, Physicians on call | Not specific | 7 required times for completing the SRAC: At a minimum, a written SRAC shall be completed:<br>- Every time an inmate has an initial face-to-face evaluation for suicidal ideation, gestures, threats, or attempts, by a clinician trained to complete the SRAC.<br>- By the referring clinician prior to placement of an inmate-patient into an Outpatient Housing Unit (OHU) for continued suicide risk assessment or into a Mental Health Crisis Bed (MHCB) for suicidal ideation, threats, or attempt.<br>- After hours, on weekends and holidays, when the referring clinician has not completed an SRAC, by the clinician providing coverage, by the next day, for those inmate-patients placed into an OHU or MHCB.<br>- By the associated Interdisciplinary Treatment Team (IDTT) and/or clinician for all inmate-patients placed into an OHU, for mental health reasons, or MHCB, for any reason, upon decision to release or discharge.<br>- Subsequent to release from an OHU placement that was for the purpose of continued suicide risk assessment, or a MHCB placement for the reason of suicidal ideation, threat, or attempts, at a minimum of every ninety (90) days for a twelve month period, by a mental health clinician.<br>- Within seventy-two (72) hours of return from a Department of Mental Health (DMH) facility, or within 24 hours if clinically indicated based on new arrival screening.<br>- Any time the medical and mental health screening of a new arrival to an institution indicates a current or significant history, over the past year, of suicide risk factors, ideation, threats, or attempts. | All inmates | 99284 | 60 min | 45 min |
| Suicide Watch | RN, Custody, CNA | Not Specific | When ordered | MHCB or pending transfer | N/A | 24 hrs/day | 10 min per hour |

Staffing Ratios assume clinicians conduct 6 hours clinical contact and IDTT time per day / 2 hours documentation, quality management, communication, training and organizational time per day.
CP = Clinical Psychologist; PSW = Psychiatric Social Worker; SP= Staff Psychiatrist; LPT = Licensed Psychiatric Technician; RN= Registered Nurse; CNA=Certified Nurse Assistant
EOP = Enhanced Outpatient Program; CCCMS = Correctional Clinical Case Management System; MHCB = Mental Health Crisis Bed; OHU = Outpatient Housing Unit; DMH = Department of
Mental Health; RC = Reception Center; GP= General Population; ASU = Administrative Segregation Unit (includes Condemned A); SHU =Security Housing Unit (Includes Condemned B)
IDTT = Interdisciplinary Treatment Team

01467

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

Time Analysis — Mental Health Duties

| TYPE OF SERVICE | Impacted Classifications | 1997 Requirement | Revised Requirement | Level of Care | CPT code | Face-to-Face Avg. Time per service | Documentation Time per service (CPT code 90889) |
|---|---|---|---|---|---|---|---|
| Inpatient Discharge Follow-up Observation Period | CP, PSW, SP | None | Required (5 days by clinician) for inmates who were treated in OHU or MHCB for potential suicidality | EOP/CCCMS | 99202 | 20 min | 10 min |
| EOP Group Therapy | CP, PSW, LPT | Required | No change: Group Therapy plus other structured therapeutic activities, 10 hours per week per inmate-patient. | EOP | 90853 | 60 – 120 min group sessions | Monthly summary: 30 min per inmate-patient per month |
| EOP Recreational Therapy | RT | Required | No change: Recreational Therapy is part of the 10 hr per week structured therapeutic activity requirement | EOP/MHCB | N/A | 60 – 120 min group sessions | Monthly summary: 30 min per inmate-patient per month |
| EOP Other Structured Therapeutic Activity | Teachers, Vocational Instructors, Substance Abuse Group Facilitators | Optional | No change: Part of structured therapeutic activity requirement. Teachers have been requested in a separate Budget Request | EOP | N/A | 60 – 120 min | Monthly summary: 30 min per inmate-patient per month |
| CCCMS Group Therapy (GP, ASU, and SHU) | Clinicians, LPT | None | Required based on treatment plan | CCCMS | 90853 | 60 min | Monthly summary: 10 min per inmate-patient per month |

Staffing Ratios assume clinicians conduct 6 hours clinical contact and IDTT time per day / 2 hours documentation, quality management, communication, training and organizational time per day.
CP = Clinical Psychologist; PSW = Psychiatric Social Worker; SP= Staff Psychiatrist; LPT = Licensed Psychiatric Technician; RN= Registered Nurse; CNA=Certified Nurse Assistant
EOP = Enhanced Outpatient Program; CCCMS = Correctional Clinical Case Management System; MHCB = Mental Health Crisis Bed; OHU = Outpatient Housing Unit; DMH = Department of
Mental Health; RC = Reception Center; GP= General Population; ASU = Administrative Segregation Unit (includes Condemned A); SHU =Security Housing Unit (includes Condemned B)
IDTT = Interdisciplinary Treatment Team

6

**CALIFORNIA DEPARTMENT OF ...RECTIONS AND REHABILITATION**
Time Analysis ...  Mental Health Duties

| TYPE OF SERVICE | Impacted Classifications | 1997 Requirement | Revised Requirement | Level of Care | CPT code | Face-to-Face Avg. Time per service | Documentation Time per service (CPT code 90889) |
|---|---|---|---|---|---|---|---|
| **Consultation/Supervision** | | | | | | | |
| Interdisciplinary Treatment Team (IDTT) – Initial Treatment Plan | All clinicians, Nursing, Custody | IDTT required | Assigned clinician, assigned psychiatrist and inmate-patient must attend. Treatment Plans significantly more detailed. | EOP/CCCMS | 99242 | 20 min | 30 min |
| IDTT – Quarterly Review | | Required | Significant substantive revision requiring detailed progress and treatment plan assessment and documentation | EOP | 99242 | 20 min | 30 min |
| IDTT – Annual Review | | Required | Significant substantive revision requiring full case summary annually. Sr. Psychologist required to attend. | EOP/CCCMS | 99242 | 30 min | 30 min |
| IDTT – Refusal of initial, quarterly or annual review | CP, PSW, Custody | None | Cell front visit required. Signed refusal form and documentation of reason for refusal. | All | 96150 | 15 min | 30 min |
| Institutional Classification Committee – Administrative Segregation and SHU | CP, PSW, SP, Custody | A clinician required to attend | The assigned case manager, primary clinician, or psychiatrist required attend. Requires detailed mental health assessment and input regarding treatment, compliance, violence risk, alternative placement recommendations...etc. | CCCMS/EOP | 99241 | 15 min | 15 min |
| Individual Case Conference/ Supervision | Unlicensed clinicians and supervisors | N/A | Legal requirement for unlicensed clinicians – Weekly individual supervision | N/A | N/A | 60 min | 15 min |
| Group Case Conference | Unlicensed clinicians and supervisors | N/A | Legal requirement for unlicensed clinicians – 1 hour supervision required per 10 hours of clinical service. For full time unlicensed clinicians = 1 hr. individual + | N/A | N/A | 60 min x 3 times per week | 15 min x 3 times per week |

Staffing Ratios assume clinicians conduct 6 hours clinical contact and IDTT time per day / 2 hours documentation, quality management, communication, training and organizational time per day.
CP = Clinical Psychologist; PSW = Psychiatric Social Worker; SP= Staff Psychiatrist; LPT = Licensed Psychiatric Technician; RN= Registered Nurse; CNA=Certified Nurse Assistant
EOP = Enhanced Outpatient Program; CCCMS = Correctional Clinical Case Management System; MHCB = Mental Health Crisis Bed; OHU = Outpatient Housing Unit; DMH = Department of
Mental Health; RC = Reception Center; GP= General Population; ASU = Administrative Segregation Unit (includes Condemned A); SHU =Security Housing Unit (Includes Condemned B)
IDTT = Interdisciplinary Treatment Team

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
Time Analysis - Mental Health Duties

| TYPE OF SERVICE | Impacted Classifications | 1997 Requirement | Revised Requirement | Level of Care | CPT code | Face-to-Face Avg. Time per service | Documentation Time per service (CPT code 90889) |
|---|---|---|---|---|---|---|---|
| | | | 3 hrs. group supervision per week | | | | |
| Medical Consult | CP, PSW, SP, nursing, physicians | N/A | Required consultation with medical service providers in cases where medical and mental health issues interact | All | 99241 | 30 min | 10 min |
| **Referral** | | | | | | | |
| Referral consideration from MHCB to DMH | MHCB IDTT | None | DMH referral evaluation required for multiple MHCB admissions | MHCB | N/A | 15 min | 10 min |
| From Mental Health Crisis Bed - Discharge | SP | Not specified | Discharge summary must be completed prior to the inmate-patient leaving the CTC | MHCB | 99238 | N/A | 30 min |
| To Mental Health Crisis Bed | SP, CP | Transfer Summary, physician order, progress note, and clinical contact | No change | Any inmate requiring MHCB | N/A | 30 min | 30 min |
| To DMH | MHCB CP/SP, CCI, physician C&PR, Clerical | None | Requires referral summary, chart review, custody case factor review, history and physical, document acquisition/copying, faxing, tracking, other communication | MHCB/EOP | N/A | CP = 30 min SP = 30 min Physician = 15 min | CP = 150 min SP = 30 min CCI = 30 min C&PR = 30 min Physician = 10 min Clerical = 60 min |

Staffing Ratios assume clinicians conduct 6 hours clinical contact and IDTT time per day / 2 hours documentation, quality management, communication, training and organizational time per day/
CP = Clinical Psychologist; PSW = Psychiatric Social Worker; SP= Staff Psychiatrist; LPT = Licensed Psychiatric Technician; RN= Registered Nurse; CNA=Certified Nurse Assistant
EOP = Enhanced Outpatient Program; CCCMS = Correctional Clinical Case Management System; MHCB = Mental Health Crisis Bed; OHU = Outpatient Housing Unit; DMH = Department of
Mental Health; RC = Reception Center; GP= General Population; ASU = Administrative Segregation Unit (includes Condemned A); SHU =Security Housing Unit (includes Condemned B)
IDTT = Interdisciplinary Treatment Team

01470

CALIFORNIA DEPARTMENT OF ...RECTIONS AND REHABILITATION
Time Analysis . ...ental Health Duties

| TYPE OF SERVICE | Impacted Classifications | 1997 Requirement | Revised Requirement | Level of Care | CPT code | Face-to-Face Avg. Time per service | Documentation Time per service (CPT code 90889) |
|---|---|---|---|---|---|---|---|
| To Transitional Case Management | | Transfer Summary | No change | | N/A | 20 min | 30 min |
| To Parole Outpatient Clinic | | Transfer Summary | No change | | N/A | 20 min | 30 min |
| Coordinated Clinical Assessment Team | CP, PSW, SP, clerical | None | Case Conference Required for all inmates rejected from Department of Mental Health | EOP and above | N/A | 20 min– Case conference | 30 min per patient |
| **Other Mental Health Service Augmentation** | | | | | | | |
| Service with language interpreter | SP, CP, PSW | None | Interpreters required when appropriate– Use of interpreter phone service or staff interpreter | All inmates | 90802 (SP) /90812 (CP, PSW) | Double time for service | No additional time |
| Reasonable accommodation for effective communication | | None | Auxiliary Aids required | All inmates | 90802/ 90812 | Double time for service | No additional time |
| | | | | | | | |
| **Other Documentation** | | | | | | | |
| Mental Health Placement Chrono | CP, PSW, Clerical | None | Required every 90 days | CCCMS/EOP/ MHCB | N/A | In IDTT | 10 min |
| Mental Health Removal Chrono | | None | Required | CCCMS | N/A | In IDTT | 10 min |
| Internal Referral Triage and Tracking | Nursing | None | Daily triage of staff and inmate referrals by RN required | All inmates | N/A | N/A | 10 min per referral |

Staffing Ratios assume clinicians conduct 6 hours clinical contact and IDTT time per day / 2 hours documentation, quality management, communication, training and organizational time per day
CP = Clinical Psychologist; PSW = Psychiatric Social Worker; SP= Staff Psychiatrist; LPT = Licensed Psychiatric Technician; RN= Registered Nurse; CNA=Certified Nurse Assistant
EOP = Enhanced Outpatient Program; CCCMS = Correctional Clinical Case Management System; MHCB = Mental Health Crisis Bed; OHU = Outpatient Housing Unit; DMH = Department of Mental Health; RC = Reception Center; GP= General Population; ASU = Administrative Segregation Unit (includes Condemned A); SHU =Security Housing Unit (includes Condemned B)
IDTT = Interdisciplinary Treatment Team

CALIFORNIA DEPARTMENT O<sub></sub> CORRECTIONS AND REHABILITATION
Time Analysis / Mental Health Duties

| TYPE OF SERVICE | Impacted Classifications | 1997 Requirement | Revised Requirement | Level of Care | CPT code | Face-to-Face Avg. Time per service | Documentation Time per service (CPT code 90889) |
|---|---|---|---|---|---|---|---|
| DMH Referral | Clerical | None | Copying, Faxing, Communication, Tracking log required | EOP and above | N/A | N/A | 15 min per referral |

Staffing Ratios assume clinicians conduct 6 hours clinical contact and IDTT time per day / 2 hours documentation, quality management, communication, training and organizational time per day.
CP = Clinical Psychologist; PSW = Psychiatric Social Worker; SP= Staff Psychiatrist; LPT = Licensed Psychiatric Technician; RN= Registered Nurse; CNA=Certified Nurse Assistant
EOP = Enhanced Outpatient Program; CCCMS = Correctional Clinical Case Management System; MHCB = Mental Health Crisis Bed; OHU = Outpatient Housing Unit; DMH = Department of
Mental Health; RC = Reception Center; GP= General Population; ASU = Administrative Segregation Unit (includes Condemned A); SHU =Security Housing Unit (includes Condemned B)
IDTT = Interdisciplinary Treatment Team

01472

PROGRAM GUIDES - '71 - 2004 SOMETHING
IMPACT ON RESOURCES
2/6/2006 4:32 PM

## MENTAL HEALTH SERVICES - VOLUME 12 - MENTAL HEALTH SERVICES DELIVERY SYSTEM

| HCSD REVIEW | CHAP | PG | A/D/O | CHANGE | RESOURCE IMPACT | Memo | Ph.D. | SW | MD PSY | RN LPT | SUP | HQ | CLK | CUSTODY IMPACT | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | O | MHSDS Revised Program Guides are Volume 12 of the Inmate Medical Services (IMS) Policies and Procedures. Other IMS Chapters govern implementation and revision of policies and procedures, medication management, transfer process...etc. Some parts of the IMS are referenced and restated. | | MEMO | | | | | I← | ← | | | |
| | | | O | Names of all forms have changed. Some qualitative changes. See Forms Grid. | Clerical/Training/PIA | | | | | ← | ← | ← | NO | |
| | | | D | The term "nonpatient" has been removed in the 2004 Program Guides | No impact on resources. | | | | | | | | NO | |
| | | | A | Transitional Case Mangement Program takes some responsibility for parole planning, but clinicians are still responsible for some communication/coordination, and pre-release treatment. | Reduced impact on clinician duties. | 5/18/01 01-0010 | →I | →I | | | I← | ← | ← | YES | TC/MP |
| | | | A | Mental Health Program Manager is defined in glossary, and duties are outlined in several chapters. | No significant impact on resources. | | | | | | I← | | | | |
| | | | | Admission and Discharge procedures for DMH are written according to the Memorandum Of Understanding. The 1997 DMH Chapter is entirely replaced by the Revised DMH Chapter. | Recent training on MOU likely to have brought field to current practice with revised Program Guides. Exceptions and resource issues below. | | | | | | | | | | |
| | | | | MHCBs are now part of licensed MHCB, SNF, or GACH | Title XXII Licensing Requirements apply to all areas including pre-admission screening, admission, treatment, and discharge. Resources previously provided | | | | | | | | | | |
| ** | | | O | New Local Operating Procedures will be required to meet requirements of Revised Program Guides | Limited period of time - Updating LOP impacts staff time. LOPs require headquarters review. | | I← | I← | I← | I← | ← | ← | ← | YES | TC/MP / Electronic Copies Copy Cost |

*General Information About Various Revisions - Throughout Various Chapters*

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
i = Increased Resource   i = Minor Increase   l = Reduced Resource   l = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

IMPACT ( ESOURCES
2/6/20v6:4:32 PM

| HCSD Review | CHAP | PG | ADD | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | MSW | MD PSY | RN/LPT | SUP | HG | Clin. | Cust.? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ? | General Information About Revisions | | A | Mental Health Assessments require request of mental health records from non-CDC treatment when signed consent is obtained. | | Impacts mental health clinicians and health records staff. Current Practice? | ↑ | ↑ | ↑ | | | | | NO |
| ✓✓ | | | D | The 1997 MHSDS Program Guides had numerous references to an "automated tracking system" and procedural descriptions of data entry and management. In the 2004 Program Guides, many of these references | 11/15/01-0023 | Required implementation of MHTS at all institution. Extensive resources were required for | ↑ | ↑ | ↑ | | ↑ | ← | Provided | YES |
| ✓✓ | | | A | Ongoing assessment of the quality of clinical services for all mental health programs shall follow the MHQMS procedures in IMS Chapter 3. | Implemented via written policy and training | No resources were given to complete the required tasks for MHQMS. Increases duties for data collection, analysis, and communication. | ↑ | ↑ | ↑ | ↑ | ↑ | ← | ← | |
| ✓✓ | | | A | Title XXII Regulations now govern Mental Health Crisis Beds within a CTC, GACH, or SNF. | Title XXII Requirement | Staffing provided according to previous resource analysis. Current problem with psychiatrists on weekends not spendin 4 hours in the MHCB program. May require contractual change. | Resources Provided | | | | | | | |
| 1 | 1 | 2 | O | "At each institution, the MHSDS operates under the management of the Chief of Mental Health or the Clinical Director." | | Designates one person/position as responsible for the overall functioning of the MHSDS. | ↑ | ↑ | ↑ | | ↑ | | | NO |
| 1 | 1 | 4 | O | Pre-release planning in overview identifies TCMP clinician as responsible. | | Workload shift for parole needs assessment and communication with Parole Outpatient Clinic from institutions clinicians (EOP only?) to TCMP clinician. | → | → | | | | | | NO |
| 1 | 1 | 7 | A | "The MHCB is part of a licensed General Acute Care Hospital (GACH), Skilled Nursing Facility, or a Correctional Treatment Center." | Title XXII | Resources provided according to previous resource analysis | ↑ | ↑ | ↑ | ↑ | ↑ | ← | ← | YES |
| ✓✓ | 1 | 8 | A | Clinical Input into the Disciplinary Process. Clinicians complete the CDC 115-X. | Implemented via policy and training through IST 4/2003 without resource analysis. | Increase in workload for mental health clinicians (i.e. CSP-Sac completes 80 - 100 115X assessments per month without additional resources ). | ↑ | ← | ↑ | | ↑ | ← | ← | YES |
| | 1 | 9 | A | Inmate Mental Health Indentifier System (IMHIS) daily updates required | 2/20/1998 98-0005 | Workload increase for several classifications for required download/ data entry/ communication | | | | | | ← | | ? |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   I = Reduced Resource   I = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

Page 2 of 27

01475

**IMPACT ( ESOURCES**

**2/6/2006 4:32 PM**

| | PG | ADV | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN LPT | SUP | HO | Previously Provided | Crst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Identified in Overview Section | 10 | A | Mental Health Tracking System | | Positions provided for Obs. Also impacts several classifications to document data required for entry. | | | | | | | | NO |
| | 10 | A | Mental Health Placement Chrono | 9/25/00 00-0026 | Already implemented at all institutions | ← | ← | ← | ← | ← | ← | ← | YES |
| | 11 | A | Overview of Transfer Guidelines | 8/14/01 01-0017 | Increases demand for MHCBs. Otherwise, minimal resource impact on clinicians for communicating clinically indicated reduced timeframes. | !— | !— | !— | | ← | ← | | YES |
| ^^ | 2,3 | A | Reasonable accommodation section added | Armstrong training | Increase in workload for all health care staff to communicate and document equally effective communication, arrange contracts, purchase materials. Workload and funding impact determined by number of inmates with reasonable accomodation needs and auxilliary aids needed for effective communication. Change required by Armstrong case. | I← | I← | I← | I← | ← | I← | I← | YES |
| ? | 3 | A | "Inmates who are unable to speak English will be provided with necessary interpreters" | | Current Practice/ AT&T Service Available for inmates willing to attend out-of-call sessions | I← | I← | I← | I← | I← | | | ? |
| ? | 3 | A | "Emergency referrals shall be made and responded to immediately" (Prior was 24 hours) | | Generally, RNs send emergency referrals to ER when MH staff are not readily available. A 24 hour/7 day per week RN for the ER was provided at all institutions. | I← | I← | I← | Provided | ← | | | YES |
| ? | 3 | A | Reception center screenings completed "..under the supervision of a Registered Nurse" | | Current Practice/ Resources Provided (RP) | | | | (RP) | | | | NO |
| ? (Also in Overview Section) | 5 | A | Health records staff are required to process external sources records requests, monitor receipt, incorporate into UHR/forward to institution where patient is housed. | | Increases workload for Health Records. Current Practice? | | | | | | | ← | NO |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement

I = Increased Resource   i = Minor Increase   I = Reduced Resource   ! = Minor Reduction

C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01476

IMPACT (ESOURCES
2/6/20 vo 4:32 PM

| | HCSD Review | CHAP | PG | ADO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | MS | MD PSY | RN LPT | SUP | HG | CM | CMS1 | IDTT time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** | 2 | 7 | | A | Health care staff witness required in addition to psychiatrist whenever a new medication is ordered. | | Contact Reception centers for impact. | | | ↑ | ↑ | | | | NO | |
| | 2 | 7 | | A | In reception centers, inmates who refuse evaluation must have MH Placement Chrono updated every 90 days. | | Current Practice | | | | | | | | | |
| | 2 | 7 | | O | Psychiatrists may provide Clinical Case Management services where staffing permits | | No significant impact on resources. May reduce primary clinician duties. | | | | | | | | NO | |
| ** | 2 | 8 | | A | Reception center required to develop initial treatment plan and provide clinician contacts consistent with the patient's level of care for EOP and CCCMS (section does not require group therapy or 10 hours of structured therapeutic activity). At RCs that also have EOP programs (RJD, CIW), the RC inmate-patient may be placed in the EOP Program pending transfer. | | Current Practice.  RJD and CIM were given staffing for EOP LOC programs (According to Irma Petrey) in Reception Center.  But no capacity (# of inmates) was ever established. | ↑ | ↑ | ↑ | ↑ | ↑ | ↑← | ↑ | YES | |
| | 2 | 8 | | A | Reception center inmates identified as MHSDS shall be processed by classification staff on a priority basis.  Transfer timelines have been defined. | | Contact Reception centers for impact. | | | | | | | | YES | |
| | 2 | 10 | | A | Central file review by Correctional Counselors required for all inmates. Requires review of mental health factors, inmate face-to-face interview and referral to mental health staff if appropriate. | | No impact on medical resources | | | | | | | | YES | |
| ~ | 2 | 11 | | O | Data Processing section: Inmate-Clerks are banned from access to documents or records containing other inmates' mental health information. | HCSD training re: Title 15, but no memo or resources provided | No impact on resources if current Title 15 regulations are being followed.  Contact Reception centers to be sure they are not using inmates. | | | | | | | | NO | |
| ** | 2 | 9,10 | | A | Detailed procedures for medical and mental health referrals by staff and inmate-patients require same day processing or triage.  Determination of Emergent (immediate care), Urgent (within 24 hours), or Other (within 5 working days).  Plata roll-out institutions received for each clinic 1 RN, 1 MTA, and 1 OT. | IMS Policy and Procedure | Increase in workload for numerous medical staff classifications including daily pickup of referrals, initial by RN/MTA, delivery to appropriate program representative, tracking in data base, triage, and provision of services according to guidelines.  IMS implementation staff have determined appropriate resource allocation. | ↑← | ↑← | ↑← | ↑← | ↑← | ↑← | ↑← | YES | |
| ** | 3 | 2 | | A | "Individualized Treatment Plans specify measurable treatment goals and objectives, address problems, prescribe intervention modalities including treatment frequency/duration, and identify the staff member responsible for providing services." | | Workload increase for mental health staff writing treatment plans and for entire IDTT. | ↑ | ↑ | ↑← | ↑← | ↑ | ↑← | | NO | |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   I = Reduced Resource   I = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01477

**IMPACT RESOURCES**
**2/6/20..4:32 PM**

| Review HCSD | CHAP | PG | ADV | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PsY | RNITAT | Sup | OH | Cst | Cust | Group therapy space? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ? | 3 | 3 | A | 2004 version states "Individual and Group psychotherapy and other supportive services are provided as clinically indicated." The 1997 version on page 7-9 includes group therapy under "treatment modalities may include" section. | | Workload increase for mental health staff who do not currently offer group therapy for CCCMS inmate-patients. Space for group therapy is often a limiting factor. Survey field. | ↑ | ↑ | ? | ↑ | ↑ | | ← | YES | |
| ? | 3 | 3 | A | Specifies that CCCMS Services are available to condemned inmate-patients | | Current Practice? | ? | ? | ? | ? | ? | | ? | ? | |
| | 3 | 3 | A | "For inmate-patients with significant psychological impairment, CCCMS provides ...more focused monitoring contacts with..." The words "custody and correctional counseling staff are added. | | No impact on medical resources | | | | | | | | YES? | |
| | 3 | 3 | A | Added to CCCMS "Specific Treatment Criteria." "Exhibits symptom control, or is in partial remission as a result of treatment." | | Current Practice | | | | | | | | NO | |
| | 3 | 5 | D | DELETED REQUIREMENT FROM 1997 (7-5): "To ensure continuity of care, all transfers to another CCCMS require direct contact between the CCMs in the transferring and the receiving institutions." | | Was anyone doing this? Probably not. Reduces clinician's duties, but will have no impact on actual resources. | ↓↓ | ↓↓ | | | | | | NO | |
| ? | 3 | 6 | A | CDC Form 7386 (most similar to old form MH1) is used for the CCCMS Clinical Intake Assessment. If one has been adequately done, a Progress Note (Form 7230) or a Brief Mental Health Evaluation (Form 7389) may be completed. 1997 version required a MH1 or MH4 | | Current practice unknown. Survey field. | ? | ? | | | | | | NO | |
| | 3 | 6 | O | Forms used for referrals to CCCMS. List changed to reflect all the possible referral forms. | | Copying and distributing all forms appropriate for referral? | | | | | ↑← | | ← | NO | |
| | 3 | 6 | O | A Clinical Intake Assessment shall be completed within ten working days of referral/arrival (1997 version required assessment within five working days of referral). | | Increased time frame. Reduced or no impact on resources. | ↓ | ↓ | | | | | | NO | |
| | 3 | 6 | A | "When a disagreement exists between the evaluator at a reception center and the receiving institution IDTT regarding the need for the CCCMS services, the receiving institution clinician shall document the justification for removal from the program and complete a CDC-128 MH4 Mental Health Removal Chrono, within 90 days of inmate transfer from that reception center. The Mental Health Removal Chrono requires approval from the Mental Health Program Manager or designee." | | Clarifies process. No impact on resources. Allows early removal from MHSDS. | | | | | ↑← | | | NO | |
| | 3 | 6 | O | 1997 Program Guides: "The clinical referral coordinator shall assign cases to an individual CCM who must complete a Clinical Intake Assessment (MH1 or MH4) within five working days of referral." 2004 Program Guides: "A Clinical Intake Assessment shall be completed within ten working days of referral/arrival." | | Time frame changed from five working days of referral to ten working days of referral/arrival." Possible minor reduction in time frame from arrival. | ↓ | ↓ | | | | | | NO | |

** = New Requirement Requiring Resources  ^^ = Resources Needed for Prior Requirement

I = Increased Resource  i = Minor Increase  I = Reduced Resource  I = Minor Reduction

C = Change in Resource  *A/D/O = Addition/ Deletion/Other

01478

IMPACT ( ) ESOURCES
2/6/20..4:32 PM

| HCSD Review | CHAP | PG | A/D/O | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD/Psy | RN/LT | Sup | HQ | Cust | Dept/Financ? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 6 | A | Inmate-patients are continued on the same medication(s) without interruption pending further evaluation of psychotropic medications by a receiving psychiatrist. | IMS Vol 4 Ch. 11. Decreases psychiatrist duties. | Current practice. Impacted RN, Pharmacy, Custody. | I | I | | ? | | | | ? |
| ? (Also in Overview Section) | 3 | 7 | A | Clinical Intake Assessment section "b." requires signed consent and request of mental health records from non-C.D.C. treatment. | | Impact on Health Records and CCM workload, depending on caseload and number of requests per institution. | I | I | | | ← | | ← | NO |
| | 3 | 7 | O | 1997 Program Guides: "Institution referrals (by staff or by inmate) shall be screened by a CCM to determine what services the inmate needs (Attachment #3). Inmates with indicators for serious mental disorder will receive a Clinical Intake Assessment within five working days of screening." 2004 Program Guides: "Clinical case management staff are available for the initial screening of inmates referred for crisis episodes. In this initial screen the level of required clinical intervention is assessed and proper action taken." | | Time frame changed from assessment within five working days of screening to "proper action" which may range from immediate placement in MHCB to clinical intake scheduled within ten working days of referral/arrival. Not likely to impact resources. | | | | | | | | NO |
| | 3 | 7 | D | 1997 Program Guides "Crisis Intervention" section removed from this chapter. New timelines for response to crisis referrals, transfer to MHCB, and follow-up are detailed in 2004 Program Guides Chapter 5 "Mental Health Crisis Bed." Impact on resources will be covered in Chapter 5 analysis. | | General increase in clinical resources. See Chapter 5 "Mental Health Crisis Bed" analysis. | | | | | | | | See Chapter 5 |
| | 3 | 7 | O | Again notes change of timeline for Clinical Intake Assessment from 5 working days to 10 working days. Allows update of previous assessment with add-a-page or progress note instead of completing a new assessment. | | Minor reduction in time frame as noted above. Minor reduction in CCM resources. | I | I | | | | | | NO |
| | 3 | 7 | A | Clinical Intake Assessment section "a." The following words are added in the revised version regarding conducting an intake assessment: "and interviews with other institutional staff when possible." | | Encourages interdisciplinary approach to assessment. Slight increase in CCM time, however "when possible" clause reduces impact. | | | | | | | | MINOR |
| | 3 | 7 | A | Clinical Intake Assessment section "e." requires an evaluation of suicide and violence potential. | | Currently included on assessment form. Likely to be current practice. Required inclusion not likely to impact resources. | | | | | | | | NO |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   I = Reduced Resource   I = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01479

**IMPACT ( RESOURCES**
**2/6/20..4:32 PM**

| | HCSP Review | CHAP | PG | ADO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D | MS | MDPsyst | RN/LPT | sup | HO | Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** | 3 | 8 | A | 1997 Program Guides: Place responsibility for treatment planning on the Clinical Case Manger. 2004 Program Guides: "The responsibilities of overall treatment planning within the CCCMS program rests with an IDTT." Defines treatment planning responsibilities and composition of IDTT. | | This requirement has an impact by lengthening the amount of time staff generally will spend in the IDTT process for each inmate-patient. Requires that the assigned primary clinician, assigned psychiatrist, and inmate-patient (unless the inmate-patient refuses) all attend the IDTT. Formulation and approval of the individualized treatment plan is one of the IDTT responsibilities. | ↑ | ↑ | ↑ | ↑ | ↑ | | YES |
| ** | 3 | 8 | A | If the inmate-patient refuses to attend IDTT the CCM documents the reason for the refusal on the progress note. | | For inmate-patients who do not clearly indicate reason for refusal on the backside of the ducat, the CCM workload is impacted to ask the patient the reason for the refusal and document. | ↑ | ↑ | | | | | ? |
| | 3 | 8 | A | Inmate-patients who refuse IDTT shall indicate the refusal, the reason for the refusal, and sign the back of the ducat. | | No impact on clinical staff | | | | | | | YES |
| | 3 | 9 | O | Timeframe for completion of Treatment Plan changes from 7 working days (1997 version) to 14 working days (2004 version). | | Reduced time frame for completion not likely to impact resources as clinicians currently have difficulty meeting 7 day requirement. | ↓i | ↓i | | | | | NO |
| | 3 | 10 | D | Treatment Modalities removed from 1997 version: Family counseling, Occupational Therapy, Onsite assessment/treatment services for Ad/Seg and SHUs. | N/A | Unlikely that these services were offered at a level that impacted medical staff resources. Check with institutions. | ↓i | ↓i | | | | | NO |
| | 3 | 10 | A | Medication Evaluation and Management section added. Requires medication reevaluation by psychiatrist every 90 days. Response to medication requests and referrals time frames based on emergency, urgent, or other designation. Refers to med mgmt policy and Chapter 5 - involuntary medication policy. | | Not explicit in 1997 Program Guides, but is current practice. No impact on resources. | | | | | | | Yes |
| not signif. | 3 | 11 | A | While awaiting EOP transfer, inmate-patients shall be seen on a weekly basis by the CCM. | | Increases CCM duties in CCCMS if not current practice. | ? | ? | | | | | Yes |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   I = Reduced Resource   I = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01480

**IMPACT**
**ESOURCES**
**2/6/2006 4:32 PM**

| HCSD Review | CHAP | PG | ID | ADV/OD | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | MS | MD PSY | RN LPT | SUB | OH | CM? | Cost | Other/TCP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 11 | | A | 2004 Program Guides add coordination with Parole and Community Services Division Transitional Case Mangement staff, and Parole Outpatient Clinic staff. | | Workload for paroling inmate-patients is slightly reduced from 1997 version since responsibility is to coordinate with staff who have the primary job of transition to parole. | | | | | | | | NO | ⊕ |
| | 3 | 11 | | A | Prior to discharge from CCCMS, the CCM must complete a chrono to inform custody (128-MH3 for increase in LOC or 128-MH4 for removal from MHSDS) | 7/25/00 and 9/25/00 00-0026 | Current Practice | | | | | | | | ? | |
| | 3 | 11 | | O | When a CCCMS IDTT recommends transfer to an EOP, the CCM completes a Mental Health Evaluation (CDC 7386). | | Responsibility for Mental Health Evaluation for an inmate-patient transferring from CCCMS to EOP switches from EOP staff to CCCMS staff. | C | C | | | | | | NO | |
| | 3 | 11 | | A | Restates transfer timelines. See Chapter 1-11. | | Patients must be transferred to EOP within 60 days or within 30 days if clinically indicated. Increases need for EOP beds, increases clinical responsibility for assessing whether a patient needs to be transferred in 30 days. | I | I | I | | ↑ | ↑ | | YES | |
| | 3 | 11 | | D | 1997 Program Guides indicate that the CCCMS CCM shall contact the EOP Team leader immediately before the inmate-patient transfers to ensure continuity of care. 2004 Program Guide indicates this is required only when the transfer is within the same institution. | | Reduces responsibility of CCCMS CCM to call other institutions regarding patients who are transferring to EOP level of care. | I | I | | | | | | NO | |
| | 3 | 12 | | A | #8 added: "Inmate-patients with multiple admissions to MHCB (three or more within a six month period) shall be evaluated for referral to DMH or EOP. | Reiterated in 7/14/03 memo 03-0003 | Current practice at all institutions. Increases clerical tracking duties, MHCB IDTT time, and clinician time to evaluate. | | I | | | ↑ | | ← | NO | |
| ^^ | 3 | 12 | | A | #9 added: Inmate-patients who attempt suicide or currently have significant suicidal ideation or potential posing a moderate to serious risk for suicide shall be admitted to MHCB and be considered for referral to DMH. If an inmate-patient is accepted to DMH, the inmate-patient shall be transferred to DMH within 72 hours of acceptance. | | Current practice at all institutions. See transfer timelines section. | | | | | ← | | ← | YES | |
| ^^ | 3 | 12 | | A | Specifies guidelines for CCCMS inmate-patients awaiting transfer to a MHCB. "The transfer to a MHCB shall be accomplished within 24 hours of referral. While awaiting transfer, the inmate-patient shall be housed in a medical facility with at least an OHU level of care. Medical staff shall provide clinically appropriate care." | | Increases staff responsibility for providing inpatient-like care for patients awaiting transfer to MHCB. Increases resources if not current practice. | ? | ? | ? | ? | ? | ? | | YES | |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   I = Minor Increase   I = Reduced Resource   I = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01481

IMPACT   ESOURCES
2/6/20u4:32 PM

| HCSO Review | CHAP | PG | ADO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN/LPT | Sup | HO | SW² | Cust² | IDT time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | 12 | O | #10: 1997 PROGRAM GUIDES: "Inmates shall be clinically discharged from CCCMS if they have been in continuous remission for one year and are functioning adequately in the mainline without treatment (including medication). 2004 PROGRAM GUIDES: Inmate-patients may be clinically discharged from CCCMS if they have been in continuous remission and are functioning adequately in the mainline without treatment (including medication) for six (6) months. Inmates shall be seen for 90-day clinical contacts throughout the six (6) month period. | | Reduces time frame for discharge from CCCMS from one year to six months. Likely to effect slight reduction in CCCMS caseload. | ↑ | | ↑ | | ↑ | | | YES | |
| | 3 | 12 | A | "Discharge of inmate-patients, who were placed in the CCCMS program on a medical necessity, shall be determined by the IDTT and shall be approved by the Chief Psychiatrist, Chief Psychologist, Senior Psychologist, or designee. | | Current practice at all institutions. Increases IDTT time and staff time for chrono routing. Increases supervisor responsibility for reviewing the case and approving discharge. | ↑ | ↑ | ↑ | | ↑ | | ← | Yes | |
| | 3 | 12 | A | The discharge/transfer summary shall include discharge medications. This requirement is unclear as it probably refers only to medical medications or was a cut and paste error. | | Current practice at all institutions. Increases CCM time for researching and documenting discharge medications. However, inmates discharging from CCCMS will not be on psychotropic medications, so this should not increase resources. | | | | | | | | NO | |
| | 3 | 13 | A | Patients currently receiving medication, upon a physician's order, shall be provided a thirty (30) day supply of essential medications when released on parole or discharged unless clinically contraindicated. | In IMS Ch. 11 | Current practice at all institutions. Requires pharmacy, psychiatrists, RNs, supervisors, and custody involvement. | | | ← | ← | ← | | | YES | |
| | 3 | 13 | A | Defines transfer timelines for CCCMS inmate-patients inappropriately transferred to a non-CCCMS mainline institution (30 days) and inmate-patients determined to need CCCMS LOC (90 days or 60 days if clinically indicated) | | See transfer timelines section. | | | | | | | | YES | |
| ** | 3 | 14 | A | Inmate-patients housed in OHUs for suicide observation, who do not require MHCB LOC and who were discharged from the OHU before 24-hours, may be seen by clinicians and custody staff for follow-up care. The process and timeframes for follow-up care may be the same as is described for MHCB suicide discharges. | | Increases clinical staff time for assessing and communicating whether a patient discharged from OHU needs follow-up. Increases staff resources additionally as noted in box directly above. | ← | ← | ← | ← | ← | | ← | YES | |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   I = Reduced Resource   i = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01482

IMPACT / RESOURCES
2/6/20.. 4:32 PM

| HCSD Review | CHAP | PG | ADO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | MS | MD PSY | RN/LPT | Sup | OH | Cler. | Cust | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** | 3 | 14 | A | Progress notes for significant patient contacts shall be made the same day of occurrence. Group therapy notes must be recorded in a monthly summary note and include the inmate-patient's attendance, behavior in the group, and the progress toward achieving treatment goals. | | Increases medical staff responsibility for documentation. Policy regarding monthly group notes needs further direction as it may conflict with mandate not to keep working notes separate from the UHR. Progress toward achieving treatment goals is a major new requirement for group notes. | ← | ← | | ← | ← | | ← | NO | |
| ** | 3 | 14 | A | Requires that Clinical Case Review documentation include printed names, and signatures or initials, of staff present in the IDTT. | | Increases IDTT time for all staff to create, and sign or initial documentation. | ← | ← | ← | ← | ← | | | YES | IDTT time Cover in IDTT |
| | 3 | 14 | O | Clinical case reviews documenting change in level of care: 1997 version indicated documentation should be on an MH4. Revised version indicates case reviews are documented in Progress Notes, Mental Health Evaluation Form, Treatment Plan, or Chronos. The Transfer Summary is still required upon transfer. | 9/25/00 memo 00-0026 | Current practice. | | | | | | | | NO | |
| ^^ | 3 | 13-14 | A | Inmate-patients who were admitted to the MHCB for a suicide attempt or ideation, upon discharge from that program, shall be seen by the CCM, or designee, daily for the first five calendar days following discharge, and as often as required thereafter. Custody staff shall also observe these inmate-patients a minimum of every hour for the first 24 hours after the discharge from the MHCB. At the end of the first 24 hours after discharge, the CCMS Clinical staff shall evaluate an inmate-patient to determine the need for extending the observation period (not to exceed 24 hours at a time). If the recommendation for an extension is justified, the inmate-patient shall be observed every two hours for the following 48 hours and every four hours thereafter. If, after a second evaluation, a mental health clinician feels additional hourly checks are required, the inmate-patient shall be returned to the MHCB for further stabilization. Custody staff shall maintain a log of their rounds on inmate-patients. | 10/6/99, or memo 99-0025 and as 7/14/03 memo 03-0003 | Current Practice. Defines clinical and custody post-discharge follow-up for inmate patients who were admitted to the MHCB for suicidality. Requires extensive clinical and custody coordination and communication. Increases medical staff time (CCMs and nursing) for tracking, conducting clinical evaluations, and coordination with custody and other medical staff. Increases supervisory time for tracking and follow-up. Increases clerical time for data-entry and tracking. | ← | ← | ← | ← | ← | | ← | YES | |
| ^^ | 4 | 5 | O | Time frames for transfer - See transfer grid Chapter 1-11 | | See transfer time frames | | | | | | | | | |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement

I = Increased Resource   ! = Minor Increase   != Reduced Resource   ! = Minor Reduction

C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01483

IMPACT OF ... RESOURCES
2/6/200u.4:32 PM

IDTT Time

| HCSD Review | CHAP | PG | ADD | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | MS | MD PSY | RN LPT | SUP | OH | CM | Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 5 | A | Adds IDTT process description into Program Guides | | Likely to be current practice at all institutions | | | | | | | | NO |
| ** | 4 | 6 | A | Adds "The initial clinical assessment involves an interview with the inmate-patient." Also requires central file review. | | Increases clinical case manager duties to review the Central File. | | ← | | | | | | NO |
| Previously Noted in Overview | 4 | 6 | A | Initial evaluation process requires signed consent and request of mental health records from non-C.D.C. treatment. | | Impact on Health Records and CCM workload, depending on caseload and number of requests per institution. | | ← | | | | | ← | NO |
| ** | 4 | 7 | A | Each inmate-patient will be offered at least 10 hours per week of scheduled structured therapeutic activities as approved by the IDTT. It is recognized that not all inmate-patients can participate in and/or benefit from 10 hours per week of treatment services. For some inmate-patients, 10 hours per week may be clinically contraindicated. For those inmate-patients scheduled for less than 10 hours per week of treatment services, the PC shall present the case and recommended treatment program to the IDTT for approval. The CDC Form 7388 must include a detailed description of the diagnosis, problems, level of functioning, medication compliance, and rationale for scheduling less than 10 hours. For inmate-patients who are scheduled for less than 10 hours of treatment activities per week, the IDTT shall meet at least monthly and be responsible to review and increase the treatment activities or refer to a higher level of care as clinically indicated. | | Allows some patients in EOP to be scheduled for less than 10 hours of structured therapeutic activity. Requires IDTT presentation and monthly review for all inmate-patients at EOP level of care who are not scheduled for 10 hours of structured therapeutic activity. May reduce group facilitator and recreational therapist duties, may increase IDTT time and clinical case manager duties. | | ← | | → | ← | | ← | YES |
| | 4 | 8 | O | Required treatment: Weekly clinical contact with primary clinician either individually or in group psychotherapy; individual clinical contact at least every other week. | N/A | 1997 version (Page 6-9) Under Primary Clinician definition, required weekly clinical contact with EOP level of care inmate-patients. This reduces requirements for contact by allowing clinical contact every other week in group therapy, thereby reducing clinician resources. Tracking and audit systems will need to be developed to monitor this modified requirement. Clinicians may be able to reduce their workload by facilitating group therapy with patients on their caseload, depending on space and scheduling restrictions. | → | → | | → | ← | | ← | NO |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement

I = Increased Resource   ! = Minor Increase   I = Reduced Resource   ! = Minor Reduction

C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01484

IMPACT / RESOURCES
2/6/2... 4:32 PM

| HCSD/Review | CHAP | PG | ADV | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | MS | MD PSY | RN/LPT | SUP | OH | Clin | Cust | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | 8 | A | A psychiatrist shall evaluate each EOP inmate-patient at least monthly to address psychiatric medication issues. | | Current practice. | | | | | | | | YES | |
| | 4 | 9 | A | 2004 Program Guides specify that OT and RT is counted as structured activity only if an appropriate clinician (Occupational Therapist, Rec. Therapist, LPT, or other qualified professional) is present and supervising the activity. Work and education assignments can constitute up to four hrs of structured activity a week if they are identified as such in the treatment plan. | | Current practice? 1997 version gives no specific guidance re: calculation of structured therapeutic activity hours. | | | | | | | | NO | |
| ** Requires a process to be developed | 4 | 11 | O | Clinical staff shall document the progress of an inmate-patient on a CDC Form 7230, Interdisciplinary Progress Note, at least monthly. Documentation may be more frequent if there are significant changes in the inmate-patient's level of functioning. The progress note shall include: Record of attendance at treatment activities, Description of participation in treatment activities, Progress in resolving identified problems and symptoms, Current mental status. | N/A | Reduces progress note requirement from every contact to monthly. Requires summary of all treatment activities. May reduce clinician documentation time and increase time required for communication with group facilitators, compilation of | C | C | • | C | ← | | | | NO | |
| | 4 | 13 | A | Summary of Primary Clinician duties | N/A | See documentation and individual contact changes above. Likely to reduce primary clinician overall duties. | | | | | | | | NO | |
| ** | 4 | 14 | O | Wording and substantive changes in quarterly review requirements. Substantive changes: emphasis on interventions implemented since the last team review; assessment of willingness and ability to participate in the program and description of attempts to improve treatment participation; recommendations for modifications to treatment plan now includes problems, medications, and interventions; discharge planning, including a tentative discharge date, anticipated level of care, specific follow-up recommendations, and perceived impediments to discharge. | N/A | Quarterly review is slightly more rigorous. Documentation required is "pertinent information from IDTT reviews" on an interdisciplinary Progress Note. Modifications to the treatment plan are required on an updated Form 7388. A full case summary, with recommendation for continued EOP placement or transfer to an alternative level of care is required annually. | ← | ← | ← | ← | ← | | | | YES | |
| | 4 | 20 | A | Mental Health Tracking System: Required data entry - attendance at treatment activities, psychiatrist and primary clinician appointments, IDTT scheduling. | 11/15/01 memo 01-0023 | Current practice | | | | | | | | | |
| | 4 | 15-19 | A | This section is specific to EOP level of care treatment for condemned inmate-patients | | Relevant to San Quentin and CCWF only. Current practice? Check with Dr. Tim Belavich and Dr. Norm Hendrickson | | | | | | | | | |
| | 4 | 9-11 | A | Expanded examples of treatment activities | N/A | No change in resources | | | | | | | | | |

** = New Requirement Requiring Resources    ^^ = Resources Needed for Prior Requirement
I = Increased Resource  I = Minor Increase  I = Reduced Resource  I = Minor Reduction
C = Change in Resource  *A/D/O = Addition/ Deletion/Other

01485

**IMPACT ∕ ʻESOURCES**
**2/6/2006 4:32 PM**

| HCRD Review | CHAP | PG | ADD | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | MS | MD PSY | RN/LPT | SUP | HO | Cler | Cust | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** | 5 | 6 | A | Pre-admission screening for potential suicide risk requires completion of a Suicide Risk Assessment Checklist (SRAC). On weekends, evenings, and holidays, the SRAC can be performed by the Physician on Call, Medical Officer of the Day, or Registered Nurse trained to administer the SRAC, if mental health clinicians are not available. The SRAC is placed in the UHR whether or not the inmate-patient is admitted to the MHCB. | | Increases duties of medical staff to complete SRAC. Increases medical staff training needs. | ← | ← | ← | ← | ← | | | | NO |
| ** | 5 | 7 | A | A log shall be kept by the sending institution of all inmates referred to the MHCB and evaluated but not admitted. A separate log shall be kept by the MHCB rejecting admission, of all inmates referred and not admitted. | | Increases clerical tracking duties. | ← | ← | ← | | | | ← | | NO |
| ** | 5 | 7 | A | Admission/Transfer Log. See list on page 5-7 | | Increases clerical tracking duties. Requires development of communication and tracking system. | | · | | | | | ← | | NO |
| ** | 5 | 8 | A | When clinical differences of opinion exist regarding the appropriateness for admission and the clinicians involved cannot reach an agreement at the institutional level, the cases shall be referred to the Health Care Placement Unit and/or Mental Health Services for assistance. | | Requires designation and availability of headquarters clinician to resolve placement issues. | | | | | ← | ← | | | HCPU |
| | 5 | 8 | A | After hours, weekends, and holidays, the Administrative Officers of the Day (AOD), MODs, POCs, and Watch Commanders should be notified of an inmate who makes a serious suicide attempt or engages in self-injurious behavior requiring medical treatment. | | Current practice. | | | | | | | | | YES |
| | 5 | 8 | A | Inmate-patients with multiple admissions to MHCB (three or more within a six month period), or have been in an MHCB for longer than 10 days, shall be evaluated for referral to DMH. | Reiterated in 7/14/03 memo 03-0003 | Current practice. | | | | | | | | | NO |
| | 5 | 8 | A | An admission note shall be completed within 24 hours of admission by the admitting clinician. | Title XXII | Current practice. | ← | ← | ← | | | | | | NO |

** = New Requirement Requiring Resources  ^^ = Resources Needed for Prior Requirement
I = Increased Resource  i = Minor Increase  I = Reduced Resource  l = Minor Reduction
C = Change in Resource  *A/D/O = Addition/ Deletion/Other

IMPACT ... SOURCES
2/6/20 4:32 PM

| | CHAP | PG | ADO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD.PSY | RN.LVT | SUP | OH | S.tch | Cust | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** | 5 | 9 | A | Upon admission to the MHCB unit, an assessment shall immediately be made on how best to meet the critical needs of the seriously mentally disordered inmate-patient. This is accomplished by reviewing and updating the Mental Health Evaluation (CDC Form 7386) completed by the referring clinician at the time of referral. At a minimum, a provisional diagnosis is determined and an initial plan of the CDC Form 7386 in the "Recommended Follow Up/Initial Treatment Plan" section shall be formulated within 24 hours for immediate care planning and to rule out medical conditions that may be a cause of presenting symptoms. Serious medical conditions as a significant cause of the crisis may warrant acute care medical hospitalization. | | Changes requirement from 72 hours to 24 hours. | ← | ← | ← | | | | | NO | |
| | 5 | 9 | A | MHCB Nursing Evaluation | Title XXII | | | | | ← | | | | YES | |
| | 5 | 9 | A | Physical Evaluation | Title XXII | | | | ← | | | | | YES | |
| ** | 5 | 24 | A | Discharge procedure: Requires each institution with an MHCB to appoint a Discharge Coordinator who is responsible for notifying the Mental Health Program Manager (MHPM) or designee at the institution where the inmate-patient is being transferred. Requires that notification occur prior to discharge and includes the Discharge Summary, custody level, treatment needs, and any significant medical conditions. | | Increases amount of time required to discharge patients from MHCB. | ← | | ← | | ← | | | | |
| | 5 | 24 | A | The MHPM or designee at the institution where the inmate-patient is being transferred shall notify the assigned CCM or PC. If the inmate-patient doesn't have a CCM or PC, one shall be assigned. Requires communication to appropriate staff if wellness check follow-up for suicidality is required. | | Current Practice | ← | ← | | | ← | | | YES | |
| ^^ | 5 | 25 | A | An inmate-patient admitted to the MHCB program because of suicidal threats or behavior shall not be discharged to their housing unit until a SRAC is completed and a follow-up plan developed. Details custody and clinical follow up requirement. | | | ← | ← | ← | | | | | YES | |
| ** | 5 | 26 | A | Quality Mangement for Implementation of Discharge Planning: The Mental Health Program Manager at the institution where the patient was transferred will audit the implementation of the discharge plan and follow-up care within 21 days of the inmate-patient's discharge from the MHCB. For inmate-patients admitted to the MHCB for suicide observation or watch, the MHPM shall review the SRAC, document the review in the UHR, and forward a copy of the SRAC to the Suicide Prevention Committee and to clerical staff. | | Vastly increases Mental Health Program Manager audit and follow up duties. May be delegated. | | | | | ← | | ← | NO | |
| | 5 | 11-23 | A | Reiteration of Title XXII Requirements for MHCB Treatment, Involuntary Treatment, Restraints, Seclusion...etc. | | See general changes section | | | | | | | | | |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   I = Reduced Resource   l = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01487

IMPACT / RESOURCES
2/6/20...4:32 PM

| HCSD Review | CHAP | PG | ADO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN/LPT | SUB | HO | CM | Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** | 5 | 24 | A | a. The MHCB Discharge Summary shall be completed by the attending psychiatrist or psychologist prior to release from the MHCB. This should include specific recommendations regarding follow-up visits with the CCM or PC and custody staff. The Discharge Summary, either handwritten or dicated, includes, but is not limited to, the MHCB course of treatment, current medications, response to treatment, condition at time of discharge, and detailed information regarding follow-up care needs. The inmate-patient's participation, which supports inmate-patient responsibility, shall also be included. |  | Increases duties of the attending psychiatrist or psychologist prior to release from MHCB. Will increase time between IDTT and discharge paperwork completion. Likely to require additional medical transcribers or a central location for transmission of discharge summary, immediate transcription, and fax back to the MHCB. | ↑ |  | ↑ |  | ↑ |  | ↑ | YES |
| ** | 5 | 26-27 | A | Entire OHU Section added. Requires face-to-face mental health evaluation by a mental health clinician within 24 and 48 hours. Requires transfer within 72 hours of placement. Exception to 72 hour placement limit for inmate-patients awaiting transfer to GP=EOPs. PENDING APPROVAL. |  | Requires weekend and holiday mental health clinicians to provide face-to-face assessment. Will increase resources needed for clinicians, especially at institutions with an OHU, but no MHCBs. | ↑ | ↑ | ↑ |  |  |  |  | YES |
|  | 5 | 3-6 | A | Section added on referral and transfer | IMS Vol 4 Ch. 3 and Vol 6 Ch. 18 | Current practice? |  |  |  |  |  |  |  |  |
|  | 5 | 9-11 | A | IDTT and Individualized Treatment Planning |  | Current Practice |  |  |  |  |  |  |  | NO |
|  | 6 | 1 | D | 1997 Version - Page 5-1 Deleted Section: "Only Institutions with Mental Health Programs (MHCB) or Enhanced Outpatient Programs (EOP) or both can initiate DMH referrals." This is deleted from the revised version. Any institution may refer to DMH. |  | Current practice. |  |  |  |  |  |  |  | YES |
| ^^ | 6 | 3 |  | Referral Procedure for APP is the same as ITP |  | Procedure is now the same as intermediate care referral packet. Requires much more extensive referral packet. | ↑ | ↑ | ↑ |  | ↑ |  | ↑ | YES |
| ^^ | 6 | 13-15 | A | Coordinated Clinical Assessment Team | HCSD training | Staff required at HCSD to coordinate, track, and provide clinical expertise at CCAT meetings approximately twice a week. | ↑ | ↑ | ↑ |  | ↑ | ↑ | ↑ | HCPU |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement

I = Increased Resource   i = Minor Increase   I = Reduced Resource   ↓ = Minor Reduction

C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01488

**IMPACT RESOURCES**
**2/6/20..4:32 PM**

| HCSD Review Panel | CHAP | PG | ADO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN/LPT | SUP | OH | CM | Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | | 1 | A | The assigned psychiatrist or case manager shall attend all Institutional Classification Committee (ICC) meetings to provide mental health input. See detailed information required below. | | Increases need for case managers and/or psychiatrist resources in ASU. | ← | ← | ← | | | | | Yes - ICC will need to be organized by CCM |
| 7 | | 2 | A | Mental health assessments and input into the adjudication of Rule Violation Report (RVR) hearing proceedings involving MHSDS inmate-patients. Mental health information includes the quality of the inmate-patients' participation in their current MHSDS treatment plan, mental condition that may have been a contributing factor in the alleged misbehavior, and the ability to comprehend the nature of the charges or participate meaningfully in the disciplinary process. Final housing decisions are made by the ICC after considering all relevant clinical and custody factors. | Training only? | Quality of participation is not included in current RVR process and documentation. | | | | | ← | | ← | YES |
| 7 | | 2 | A | Mental health assessments and input into the classification decision-making process during ICC, including the inmate-patient's current participation in treatment, medication compliance, suitability of single ceiling or double ceiling, risk assessment of self-injurious or assaultive behavior, status of Activities of Daily Living (ADL), ability to understand Due Process proceedings, likelihood of decompensation if retained in ASU, recommendations for alternative placement, and any other custodial and clinical issues that have impact on inmate-patients' mental health treatment. | | Requires clinician to have detailed information about each patient at ICC. Increases need for clinical resources in ASU. | ← | ← | | | ← | | | |
| 7 | | 2 | A | Daily clinical rounds of inmate-patients in the MHSDS | 2/11/99 99-0007 (5 days per week). 3/21/00 00-0008 (increased to 7 days per week) | Increases need for LPT staff in ASU. LPTs were allocated at the time of implementation per memorandum. | | | | Provided | | | | |
| 7 | | 2 | A | Mental health screening and evaluation of all inmates who are not currently in the MHSDS caseload is required to identify mental health needs | Yes - Reminder memo 2004 | LPT staff in ASU were allocatedto complete screening within 72 hours. | | | | Provided | | | | |

(left margin, row 1) ** 
(left margin, row 3) Previously Noted in Overview
(left margin, row 4) See above

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   I = Reduced Resource   1 = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01489

# IMPACT   RESOURCES
2/6/2   4:32 PM

| HCSD Review | CHAP | PG | ADD/O | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN/LPT | SUP | HO | Cler. | Cust | Other/Space |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ? | 7 | 10 | A | Summary of Primary Clinician duties: Adds documentation of initial and updates to the Mental Health Assessment; requirement to include in treatment plans inmate-patients' security concerns and status; IDTT prior to initial ICC; participation in ICC, Liaison with custody and CC staff re: overall management of inmate-patients; group therapy as defined in the inmate-patients' treatment plans. Reduces requirement from weekly to every other week individual contact for CCCMS. | | Impact on resources unclear. Survey field. | ? | ? | | | | | | | |
| | 7 | 11 | A | While some therapeutic activities may take place within the cell, whenever possible, treatment activities should take place out of cell. | | Space constraint | | | | | | | | YES | |
| ** | 7 | 11 | A | Daily updates to the IMHIS are mandatory for every ASU | 2/20/1998 98-0005 | Current practice | ↑ | ↑ | ↑ | | ↑ | | | | |
| Plata. Previously noted. START HERE. | 7 | 3-4 | A | Self referral handling is described - "a health care staff member shall collect the CDC Forms 7362 and staff referral forms each day...," an RN/MTA initials and dates the forms, the forms are delivered for same-day processing. On weekends and holidays the "Treatment and Triage Area RN shall review" each referral, establish priorities, and refer accordingly. If a mental health clinician is not available, the MOD or Psychiatrist on call shall be contacted. Emergent needs are handled immediately, Urgent within 24 hours, and other cases within 5 days. | | Current practice? | | | ↑ | ↑ | ↑ | | ↑ | NO | |
| ? | 7 | 4 | A | Screening questionnaire required, using 31-question mental health screening tool, withing 72 hours of placement in ASU. Removes 1997 exception for inmates who have been screened in the past year. Time frame for screening not specified in 1997 Program Guides. | Yes | Increases LPT resources needed in ASU? | | | | ↑ | ↑ | | | YES | |
| ? | 7 | 4 | A | All inmates scoring positive on the questionnaire shall be referred to be seen by a mental health clinician in a time frame determined to be clinically appropriate. Emergency -Immediate, Urgent- within 24 hours, all others within 5 working days. | | Increases clinical staff resources in ASU? | ↑ | ↑ | ↑ | ↑ | ↑ | | | YES | |

** = New Requirement Requiring Resources  ^^ = Resources Needed for Prior Requirement
I = Increased Resource  i = Minor Increase  I = Reduced Resource  ! = Minor Reduction
C = Change in Resource  *A/D/O = Addition/ Deletion/Other

# IMPACT OF RESOURCES
2/6/20__ 4:32 PM

| HCSD Review | CHAP | PG | ADD | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN/LPT | SUP | OH | Cust | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 7 | 4 | A | Description of clinical rounds. Includes requirement that rounds be visual and verbal, and sufficient to ascertain the inmate's mental condition particularly during the first 10 days. Daily rounds required for MHSDS inmate-patients and weekly rounds required for non- MHSDS inmates. |  | See memorandum noted above. LPTs previously provided for rounds. This statement clarifies that rounds must meet a specific standard of care. Training issue only. No resource change. |  |  |  |  |  |  |  | NO |
| ?. | 7 | 6 | A | Under required treatment: Individual contact with case manager required every other week, or more frequently if clinically indicated. |  | Increase from 1997, but decrease from current practice of weekly contacts? | ← | ← |  |  |  |  |  | YES |
| ?. | 7 | 6 | A | Under other treatment activities: Group therapy when clinically deemed appropriate. |  | Is anyone doing groups now? Is there space? Assess resource impact. | ← | ← |  | ← | ← |  |  | YES |
|  | 7 | 6 | A | Where court proceedings are required, staff will make every effort to expeditiously support the Court's adjudicative process. In no event shall a pending RVR impede or delay the transfer of these (EOP level of care) inmate-patients to a hub ASU institution. |  | No impact on clinical staff |  |  |  |  |  |  |  | YES |
| ?. | 7 | 7 | A | Intake assessment section requires, for MHSDS inmate-patients, assignment of CCM within 5 calendar days of time of placement and a brief evaluation including an interview of each inmate-patient and a review of the patient's mental health history. |  | Current practice? | ← |  |  |  |  |  |  | YES |
| ?. | 7 | 7 | A | Defines comprehensive mental health clinical assessment required prior to the Initial IDTT. |  | Increase clinician resources in ASU | ← | ← |  |  |  |  |  | CC |
| ^^? | 7 | 7 | A | EOP level of care offered in ASU consistent with other EOP programs. All EOP inmate-patients will appear before the initial IDTT. | Staffing for EOP ASU 5/25/00 (appropriate?). | What if the inmate refuses IDTT? Staffing should be consistent with PSU or ASU EOP cannot meet the same standard of care. |  |  |  | ← | ← |  |  | YES |
| ?. | 7 | 8 | A | New ASUs (Stand alones). No participants in the MHSDS shall be housed in the new ASUs. Daily LPT rounds required. Any inmate who is inadvertently placed or determined to need MHSDS shall be moved within 24 hours. | Yes | LPT staff provided for each new ASU? |  |  |  | ← | ← |  |  | YES |
| ?. | 7 | 8 | A | Minimum IDTT composition includes the assigned CCM, assigned psychiatrist, assigned correctional counselor, and LPT. |  | Currently, a clinician attends, but not the assigned CCM and assigned psychiatrist. | ← |  | ← | ← |  |  |  | YES |
| ?. | 7 | All | A | Division 23 Memoranda regarding Administrative Segregation: 2/11/99 (99-0007), 3/21/00 (00-0008), 5/25/00 (00-0021), 10/23/00 (00-0034). See below for details. |  |  |  |  |  |  |  |  |  |  |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   ! = Reduced Resource   ! = Minor Reduction
C = Change in Resource   */A/D/O = Addition/ Deletion/Other

01491

IMPACT C ESOURCES
2/6/20 v4:32 PM

| HCSO/Review | CHAP | PG | ADO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN/LPT | SUP | OH | Cler | Cust | Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ?. | 8 | 2 | O | Change in wording from 1997 regarding attendance at ICC. 1997 version states: "The Chief Psychiatrist, or, in institutions without such a position, the HCM or designee, is a member of the ICC. In that capacity, he/she shall present the IDTT's recommendations regarding placement recommendations, based on the inmate's clinical needs. 2004 version... | ? | Current practice? If not, increases psychiatrist/CCM duties. | ↑ | | ↑ | | → | | | YES | |
| **? | 8 | 3 | A | Addition under Program Goals section: "Provide clinical rounds every other week by Licensed Psychiatric Technicians (LPT) or other clinicians to identify mental health needs for all inmates who are not currently in MHSDS. Rounds are provided by CCMs at PBSP and by LPTs in other SHUs. | | Defines requirement for rounds in SHU - Non MHSDS inmates. No prior requirement. Not current practice. | | ↑ | | ↑ | ← | | | NO | |
| **? | 8 | 3 | A | Addition under Program Goals section: "Provide weekly clinical rounds by LPTs or other clinicians of inmates in the MHSDS." | | Defines requirement for rounds in SHU - MHSDS inmates. No prior requirement. Current practice? At facilities where this is not current practice, it will increase necessary clinical resources. | | | | ↑ | ← | | | NO | |
| **? | 8 | 3 | A | Conduct Mental Health assessments to provide input into ICC proceedings concerning the inmate-patients' current participation in the MHSDS program. This includes medication compliance, suitability for single or double ceiling, risk assessment for self injurious or assaultive behavior, status of Activities of Daily Living (ADL), ability to understand Due Process, likelihood of decompensation if retained in SHU, and recommendations for alternative placement. | | New requirement. Requires Mental Health Assessment for each ICC. Increases necessary clinical resources. | ↑ | ↑ | | | | | | YES | |
| ?. | 8 | 3 | A | Under Program Goals section: 1997 Version states: "Regular case management activities and medication monitoring." 2004 version states: "Provide regular case management, treatment activities, and medication monitoring." | | "Treatment activities" requires additional definition by CDC to determine resource changes. | | | | | | | | ? | |
| | 8 | 3 | D | 1997 Version specifies that the IDTT consists of "at a minimum, the assigned CCM, Chief Psychiatrist (or highest ranking mental health clinician), and Correctional Counselor." This IDTT definition is removed in the 2004 revision. | | Reduces responsibility of the Chief Psychiatrist or highest ranking Psychiatrist and mental health clinician for attending SHU IDTT. | | | | | → | | | | |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource  ! = Minor Increase  l = Reduced Resource  ! = Minor Reduction
C = Change in Resource  *A/D/O = Addition/ Deletion/Other

01492

IMPACT / RESOURCES
2/6/20..4:32 PM

| HCSD Review | CHAP | PG | ADD | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN LPT | SUP | OH | Cust | Cont |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Previously Noted ** | 8 | 4 | A | Under Sources of Referral section: The specific referral process is added: Except weekends and holidays, referrals for suicide risk and crisis care "shall be immediately screened by a CCM..." and referred as appropriate. Self referral handling is described – "a health care staff member shall collect the CDC Forms 7362 and staff referral forms each day...," an RN/MTA initials and dates the forms, the forms are delivered for same-day processing. On weekends and holidays the "Treatment and Triage Area RN shall review" each referral, establish priorities, and refer accordingly. If a mental health clinician is not available, the MOD or Psychiatrist on call shall be contacted. Emergent needs are handled immediately, Urgent within 24 hours, and other cases within 5 days. | | Current practice at Plata roll-out institutions. Resources needed identified in previous section. | | | ↑ | ↑ | ↑ | | ↑ | |
| | 8 | 4 | A | Under Sources of Referral section: "Upon an inmate-patient's placement into the SHU, the Medical Technical Assistant (MTA) from the originating unit shall transfer the inmate-patient's Medication Administration Record (MAR) to the SHU, consistent with their post orders." | | Indicates this is already in post orders. Current practice. | | | | | | | | YES |
| | 8 | 4 | A | Definition of clinical rounds process is inserted: A mental health staff member, usually a Licensed Psychiatric Technician (LPT) or at PBSP, a CCM, shall conduct rounds weekly unless clinically needed more often in the SHU to attend to the mental health needs of all MHSDS inmates. The LPT shall make rounds of non-MHSDS inmates every other week. If an inmate refuses to talk to the LPTs, the LPT will discuss the inmate's functioning with custody staff. The LPT shall maintain an individual record of clinical rounds by making a check mark next to the inmate's name on the SHU Inmate Roster each time they are checked. Those inmates who have not been previously identified as having mental health treatment needs but exhibit possible signs and symptoms of a serious mental disorder shall be referred, via CDC 128-MH5, Mental Health Referral Chrono, to a CCM for clinical evaluation. Any unusual findings that may require closer observation by custody shall be documented on the 114 A log on the same day of occurrence. The LPT shall document a summary of the status of MHSDS inmate-patients in a weekly progress note in the Un | | Resource needs depend on current practice. Majority of resource impact noted above for completing rounds in required timeframes. | | | | ↑ | ↑ | | | |
| | 8 | 6 | A | Each MHSDS inmate-patient is assigned a case manager. | | Current practice. | | | | | | | | |
| **? | 8 | 8 | A | Defines functions of the CCM in SHU. Adds to 1997 functions: Complete Mental Health Evaluation on new cases and update previous assessments. Provide individual monitoring contact once every 30 days at minimum for CCCMS inmate-patients, or more frequently as clinically indicated. | | This is not current practice, it will increase the need for CCMs in SHU. COR assessed that a 1:60 ratio would be needed. | ↑ | ↑ | | | ↑ | | | YES |

** = New Requirement Requiring Resources  ^^ = Resources Needed for Prior Requirement
I = Increased Resource  i = Minor Increase  l = Reduced Resource  l = Minor Reduction
C = Change in Resource  *A/D/O = Addition/ Deletion/Other

01493

**IMPACT OF RESOURCES**
2/6/20__ 4:32 PM

| HCSD Review | CHAP | PG | ADO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MDPSY | RN/LPT | SUP | HO | CMT | Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **? | 8 | 8 | A | Treatment modalities added. REQUIRED include: · Individual meeting with CCM at least every 30 days or more frequently as clinically indicated. · Quarterly IDTT update of treatment plan. · Medication evaluation, review, and monitoring of compliance by psychiatric and nursing staff for those inmate-patients receiving medication. · Regular monitoring of symptoms by licensed psychiatric technicians through weekly rounds of all MHSDS inmate-patients and rounds every other week of all non-MHSDS inmates. OTHER TREATMENT ACTIVITIES include: · Orientation and supportive counseling for institutional adjustment · Individual counseling and crisis intervention · Group therapy such as anger management and relapse prevention · Social skills training · Consultation services, such as to education and work programs · Clinical discharge or clinical pre-release planning | | Requires quarterly update of treatment plan in addition to above mentioned resource needs. Current practice? Resources for other treatment activities depends on CDC decisions regarding how often these resources will be offered/available. Significant increase in staff is needed to provide group therapy to any meaningful portion of the SHU population. Unknown availability of space. | ← | ← | | | ← | | ← | YES |
| **? | 8 | 11 | A | Added: "Screening and evaluation interviews and treatment of inmates will be held in a private setting unless the security of the institution or the safety of staff will be compromised"...."whenever possible treatment activities should take place out of cell." | | Increased time is needed for scheduling, ducating, waiting for escorts, rescheduling due to conflicts...etc. when contacts are generally in out-of-cell private settings. This requires additional clerical and clinical staff. | ← | ← | ← | | ← | | ← | YES |
| Previously Noted ^^ | 8 | 3-4 | A | Conduct Mental Health assessments to provide input into the adjudication of Rules Violation Reports (RVR) hearing proceedings on MHSDS caseload inmate-patients according to current policy. Mental Health information includes the inmate-patient's participation in the current MHSDS level of care, any mental condition that may have been a contributing factor in the alleged behavior, the inmate-patient's ability to comprehend the nature of the charges or the disciplinary process, and any mental health factor that the hearing officer should consider in assessing the penalty. Final decisions are made in ICC meetings or hearings after considering all relevant clinical and custody factors, consistent with DOM Section 62050.13.23 (ICC/Suspension of SHU terms). | Yes | RVR assessment process is already required. Was it implemented with current resources? | ← | | | | | | | YES |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   l = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01494

IMPACT ( ?ESOURCES
2/6/20..4:32 PM

| HCSP Review | CHAP | PG | ADD | O/C | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | MS | MD-PSY | RN/LVN | Sup | HO | SLP | Cust | IDTT Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **? | 8 | 6-8 | A | | Addition of IDTT responsibilities, composition, and documentation. Minimum IDTT consists of assigned CCM and psychiatrist, LPT, SHU Sr. Psychologist or designee, assigned correctional counselor, the inmate-patient unless s/he refuses. Custody staff with direct knowledge of the inmate-patient are encouraged to attend. Documentation requirements are much more extensive than in the 1997 version. The results of the IDTT reviews and decisions shall be documented by the CCM in the interdisciplinary progress notes and filed in the UHR. These notes shall include the following:<br><br>· Names of all IDTT members present.<br>· Inmate-patient's participation.<br>· Inmate-patient's suitability for single or double celling.<br>· Risk Assessment for self injurious or assaultive behavior.<br>· Current medication regimen.<br>· Compliance with treatment, including medication.<br>· Status of ADL.<br>· Treatment goals and objectives, progress or lack of progress in treatment.<br>· Recommendations for placement options.<br>· Need for staff assistance.<br>· ICC action.<br>d. CDC 128-MH3 Mental Health Placement Chrono shall be completed by t| | 1997 version did not require assigned psychiatrist, LPT, Sr. Psychologist or designee, or the inmate-patient. Documentation requirements are extensive and require preparation for each IDTT. Increases necessary clinical resources. | ↑ | ↑ | ↑ | ↑ | ↑ | | | YES | |
| Minor **? | 9 | 6 | A | | When an inmate-patient refuses IDTT, the Primary Clinician (PC) documents the reason for refusal on the CDC Form 7230-MH – Interdisciplinary Progress Note. | | | ↑ | ↑ | | | | | | | |
| | 9 | 6 | | | After the Initial IDTT, inmate-patients will be evaluated by the IDTT minimally at 60 and 120 days after admission and at least every 90 days thereafter or sooner whenever there is a significant change in level of functioning. | | All other EOP programs require quarterly review, not 60/120 days after admission. Current practice. | | | | | | | | | |
| ** | 9 | 8 | A | | For inmate-patients who are scheduled for less than 10 hours of treatment activities per week, the IDTT shall meet at least monthly and be responsible to review and increase the treatment activities, and consider higher level of care as appropriate. | | Increases IDTT requirement for approximately 10 – 15% of PSU inmate-patients. Increased workload for all IDTT staff. | ↑ | ↑ | ↑ | ↑ | ↑ | ← | | YES | |
| | 9 | 8 | O | | Under required treatment: Weekly PC contact (either individually or in group psychotherapy) with assigned inmate-patients. Individual clinical contacts must occur at least every other week. | | Reduces current requirement for weekly PC contact at EOP level of care/ PSU. Reduction in workload for primary clinicians. May encourage primary clinicians to facilitate more group therapy sessions. | → | → | | → | ← | | ← | NO | |

** = New Requirement Requiring Resources    ^^ = Resources Needed for Prior Requirement
I = Increased Resource    i = Minor Increase    I = Reduced Resource    l = Minor Reduction
C = Change in Resource    *A/D/O = Addition/ Deletion/Other

01495

IMPACT ( RESOURCES
2/6/2uuo4:32 PM

| HCSP Review | CHAP | PG | OO | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN/LPT | SUP | HO | SW | Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ** | 9 | 10 | O | Weekly documentation of PC contacts is required. Group therapy shall be documented monthly. This documentation shall include time attended and a description of the inmate-patient's level of participation. | | Increases requirement for details of group therapy participation in monthly documentation. | ← | ← | | ← | ← | | | NO |
| | 9 | 11 | A | Unit activity log. Custody staff must record and share with the clinical staff any observations that may impact an inmate-patient's treatment plan or provide insight into the success or ineffectiveness of the current treatment plan. Critical for first watch staff. All unusual activities will be recorded in the logbook. | | Provides additional information for clinical staff. | | | | | | | | YES |
| | 9 | 10-11 | A | A daily chronological report of each PSU inmate-patient will be kept on the CDC 114A Form, which will include meals, showers, yard, visits, law library, supplies, clothing and linen issued, or other pertinent information. RVR hearings, outcome, inmate-patient's participation, and disposition shall be logged on the 114A form. | | Current practice | | | | | | | | YES |
| ^^? | 9 | All | A | This Chapter is new to the program guides. Combines SHU and EOP LOC requirements to provide policies and procedures unique to the PSU. Summarized below are differences from other EOP level of care programs and changes to current practice. | | Staffing provided when PSUs were activated. | | | | | | | | |
| ^^? | 10 | | 7 A | Requires suicide prevention training with specific required topics as part of new employee orientation and updated training annually. | | Current practice | ← | ← | ← | ← | ← | ← | ← | YES |
| **? | 10 | | 8 A | "These clinicians shall be trained to perform a suicide risk assessment and complete the SRAC: psychiatrists, psychologists, clinical social workers, primary care physicians, nurse practitioners, registered nurses. | 7/14/03 (03-0003) required MOD and POC training | SRAC training is specifically required. Adds responsibility for SRAC to primary care physicians and some nurses. | | | All M.D.s | ← | ← | | | Encore only |

** = New Requirement Requiring Resources    ^^ = Resources Needed for Prior Requirement

I = Increased Resource  I = Minor Increase  I = Reduced Resource  I = Minor Reduction

C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01496

IMPACT ( ESOURCES
2/6/20.. 4:32 PM

| HCSD Review | CHAP | PG | OLD | ADD | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD PSY | RN/LPT | SUP | HO | CMH | Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **? | 10 | 9 | | A | 7 required times for completing the SRAC: At a minimum, a written SRAC shall be completed: - Every time an inmate has an initial face-to-face evaluation for suicidal ideation, gestures, threats, or attempts, by a clinician trained to complete the SRAC. - By the referring clinician prior to placement of an inmate-patient into an Outpatient Housing Unit (OHU) for continued suicide risk assessment or into a Mental Health Crisis Bed (MHCB) for suicidal ideation, threats, or attempt. - After hours, on weekends and holidays, when the referring clinician has not completed an SRAC, by the clinician providing coverage, by the next day, for those inmate-patients placed into an OHU or MHCB. - By the associated Interdisciplinary Treatment Team (IDTT) and/or clinician for all inmate-patients placed into an OHU, for mental health reasons, or MHCB, for any reason, upon decision to release or discharge. - Subsequent to release from an OHU placement that was for the purpose of continued suicide risk assessment, or a MHCB placement for the reason of suicidal ideation, threats, or attempts, at a minimum of every ninety (90) - Within seventy-two (72) hours of return from a Department of Mental Heal - Any time the medical and mental health screening of a new arrival to an in | | Adds to previous requirements for completing the SRAC. | ↑ | ↑ | ↑ | ↑ | ↑ | | ↑ | Escorts only |
| | 10 | 12 | | A | Guidelines for resolving clinical difference of opinion regarding MHCB placement. Utilizes supervisory staff for resolution and default placement into OHU or MHCB. | | Current practice? May increase supervisory resources if not current practice. | | | | | ↑ | | | |
| | 10 | 13 | | A | Current DSM code and ICD-9 code both required on MHCB treatment plan for Health Care Cost and Utilization Program analysis | | Requires some training and availability of ICD-9 code information | ↑ | | ↑ | | ↑ | | | |
| ** | 10 | 20 | | A | The local SPR-FIT shall regularly audit compliance with the 5-day clinical follow-up and custody wellness check procedure. Audit findings shall be forwarded monthly to the Local MHP Subcommittee. | | | ↑ | ↑ | | | ↑ | ↑ | | |
| | 10,14-18 | | | A | Defines suicide watch and precautions | | Current practice. | | | | | | | | |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   I = Reduced Resource   i = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

01497

IMPACT (  ESOURCES

2/6/20...4:32 PM

| HCSD Review | CHAP | PG | ADD/O | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MD-PSY | RN-LPT | SUP | HQ | Stat | Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ^^ | 10 | 23-27 | | Suicide Reporting, Death Review, and Corrective Action Plan policy and procedure | | This is current practice, but now clearly defined in Program Guides. Requires supervisory staff and HCSD staff to participate in tracking, reviewing, and corrective action plans. May involve some clinical staff in corrective action plans. | | | | | ↑ | ↑ | ↑ | Yes |
| Resource assessment under Quality Management section in Overview | 10 | 2-5 | A | CDC required to maintain a HCSD Mental Health Program (MHP) Subcommittee which cooperates with and responds to the Emergency Response and Death Review (ERDR) Subcommittee, and a Suicide Prevention and Response Focused Improvement Team (SPR-FIT). Requires monthly reports from the SPR-FIT to the MHP-Subcommittee, and monthly reports from the MHP-Subcommittee to the SPR-FIT | Adds detail to 7/14/2003 requirement to maintain a Suicide Prevention Committee. | | i | i | i | i | ↑ | ↑ | ↑ | YES |
| Resource assessment under Quality Management section in Overview | 10 | 2-5 | A | Institutions required to maintain a local Mental Health Program (MHP) Subcommittee which cooperates with and responds to the Emergency Response and Death Review (ERDR) Subcommittee, and a Suicide Prevention and Response Focused Improvement Team (SPR-FIT). Requires monthly reports from the SPR-FIT to the MHP-Subcommittee, and monthly reports from the MHP-Subcommittee to the SPR-FIT | Adds detail to 7/14/2003 (03-0003) requirement to maintain a Suicide Prevention Committee. | | ↑ | ↑ | ↑ | ↑ | ↑ | ↑ | ↑ | YES |

** = New Requirement Requiring Resources   ^^ = Resources Needed for Prior Requirement
I = Increased Resource   i = Minor Increase   I = Reduced Resource   1 = Minor Reduction
C = Change in Resource   *A/D/O = Addition/ Deletion/Other

**IMPACT / RESOURCES**
**2/6/2. 4:32 PM**

| HCSD Review | CHAP | PG | ADD | CHANGE | MEMO | RESOURCE IMPACT | Ph.D. | SW | MFT CS? | RW/LPT | SUP | HO | CM? | CM? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10 All | | A | This is an entirely new chapter of the Program Guides. Detailed below are revised Program Guides Policies and Procedures which add to, clarify, or revise the 7/14/03 HCSD Memorandum (#03-0003) as well as other prior memoranda not superceded by the 7/14/03 policy and procedure. | | 7/14/03 memo supercedes prior memos (3/2/99 memo - Steinberg/Tristan required suicide prevention from all staff and SRA checklist and 10/22/01 which details suicide reporting and review policy from DOM (not a new policy, but provides clear direction to follow the policy)) In addition, 7/2/99 memo - Steinberg - Required Suicide Prevention Committee. 10/6/99 memo- Steinberg- Required discharge follow-up for MHCB. 4/10/2000 required clothing and mattress in MHCB. 5/22/01 reiteration of increased suicide prevention efforts. | | | | | | | | |

** = New Requirement Requiring Resources  ^^ = Resources Needed for Prior Requirement
I = Increased Resource  i = Minor Increase I = Reduced Resource  ! = Minor Reduction
C = Change in Resource  *A/D/O = Addition/ Deletion/Other

01499

**IMPACT ( ESOURCES**
2/6/20..4:32 PM

| CHANGE | | | | | MEMO | RESOURCE IMPACT | Ph.D. | SW | MO PSX | RN LPT | SUP | HO | Clin | Cust |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADD | PG | CHAP | HCSO Review | | | | | | | | | | | |

** = New Requirement Requiring Resources  ^^ = Resources Needed for Prior Requirement
I = Increased Resource  i = Minor Increase  I = Reduced Resource  ! = Minor Reduction
C = Change in Resource  *A/D/O = Addition/ Deletion/Other

01500

# PROGRAM GUIDE RESOURCES PERMANENT POSITIONS FOR SHU CCCMS

## ATTACHMENT 5

**Clinical Case Managers (CCM): Psychologists and Psychiatric Social Workers**

**Current Ratio is 1 clinician : 100 inmate-patients**

**Justification of new ratio: from 1 clinician : 100 inmate-patients TO 1 clinician : 50 inmate-patients:    The workload increase requires approximately 19.5 additional hours per clinician per week. This is approximately a 50% increase in workload and justifies a 50% decrease in caseload.**

See details below:          **Introduction/Summary**

Part I CCCMS New Requirements in all settings, applied in SHU

Part II CCCMS New Requirements specific to SHU housing

## INTRODUCTION:

The 1997 Program Guide established a ratio of approximately 1 CCM to approximately 100 CCCMS inmates. This ratio is approximate because 1 CCM was assigned per 300 SHU inmate-patients, but was not tied to the number of CCCMS inmate-patients in SHU.    The following summarizes increased duties associated with treating CCCMS inmate-patients, required by the *Coleman* court process. No additional staff have been allocated for these tasks in the SHU population.

- The required intake evaluation has been changed from a short summary to a full evaluation documented in an 8-page format.  This is expected to require an additional 1.5 hours per week based on CPT code 99204 for a detailed intake evaluation.  Clinicians conduct an average of 2 intakes per week in SHU. This represents and additional **3.0 hours** of work per week per CCM.

- Group Therapy is required for inmate-patients-based on clinical need as determined by the IDTT.    Clinicians will be expected to conduct at least two group therapy session per week = **3.0 hrs** per week per CCM

- Monthly group therapy documentation is required in the 2006 Program Guide, at approximately 15 minutes per inmate-patient per group. With an average of 6 inmate-patients per group, each clinician will write 12 notes per month. This is an increase in monthly workload of 3 hours. Weekly workload impact is at least **30 minutes** per week per CCM.

- The 1997 Program Guide requires a case manager to attend IDTT for each inmate-patient. The 2006 Program Guide requires the assigned case manager and psychiatrist to attend IDTT.  The treatment plan requirement has been increased to include a risk assessment and more detailed treatment plan to address any issues related to placement and housing in SHU. This increases the workload for one inmate-patient approximately 25 minutes, including documentation and face-to-face time.  Inmate-patients who refuse IDTT require a detailed cell-front follow-up with documentation of the reason for refusal.  The increased workload for an average of 5 IDTT meetings per week plus 1 hour for IDTT participation (clinicians participate in IDTT for all inmate-patients in the unit, not just the ones on their caseload) is an additional **3.0 hours per week per CCM.**

- Weekly case manager ICC attendance is required with significantly increased duties related to mental health assessment. Mental health assessments, previously not required, include a summary of medication compliance, suitability of single celling or double ceiling, risk assessment of self-injurious or assaultive behavior, status of Activities of Daily Living, ability to understand due process proceedings, likelihood of decompensation if retained in SHU, and recommendations for alternative placement. Based on CPT codes for similar assessments, the face-to-face evaluation requires approximately 1 hour, record review 1 hour, documentation 1 hour, and participation in the ICC 1 hour. The case manager completes approximately one assessment per week, or **4 hours** per week per CCM (at ratios of 1:100 it represents a total of 8 hours per week)

- Case manager visits, previously required at an interval of 90 days, are required in the 2006 Program to be seen face-to-face every 30 days. This is a 3-fold increase in duties. With an individual visit averaging 45 minutes, this increases the workload by **4.5 hours** per week per CCM.

- In the 2006 Program Guide, daily follow-up by a clinician is required for 5 days for any inmate-patient sent to an OHU for evaluation of suicide risk. With a caseload of 50 inmate-patients, case managers are likely to require, on average, 15 minutes per day for follow-up visits and documentation. This requires an additional **1.5 hours** per week per CCM.

Total new tasks required in SHU = **At least 19.5 hours per clinician per week**

Additional duties for increased suicide risk assessments, referrals to higher levels of care, and other intermittent tasks are not included, and will be assessed in the requested workload study.

**The current request is for SHU CCCMS caseload to be 1:50 based on the following task analyses.**

**Part I CCCMS Level of Care – New Requirements applied to SHU**

Clinical Case Manager (CCM) Duties:

*CCM may be either a Clinical Psychologist or a Psychiatric Social Worker

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| Two -page summary Intake Evaluation completed within 5 days. | Eight page Intake Evaluation including C-file review, violence risk assessment, suicide risk assessment, social and family history, psychiatric history, request records from past treatment. Completed within 10 days. | 1.5 hours per intake assessment. Average intakes of inmates new to CCCMS vary. Approximate 2 per week = 3 hours per week |
| CCM Completes Basic Treatment Plan in 7 days | The responsibility of overall treatment planning within the CCCMS program rests with an IDTT. The CCM documents | Increases documentation time by approximately 15 minutes per inmate-patient. IDTT Time by at least 10 minutes per inmate-patient. = 25 minutes x 5 per week = 2 hours per week |

01502

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| | specific recommendations regarding work, education and substance abuse counseling. The treatment plan must include measurable goals and be completed within 14 days. | |
| No requirement | Inmates who refuse to attend IDTT. The CCM documents the reason for the refusal on the progress note. | Requires follow-up cell front with inmate-patients who refuse = Additional 1 hour per week. |
| No requirement. | Group Therapy must be offered to inmates when clinically appropriate. Group therapy notes must be recorded in a monthly summary and include the inmates attendance, behavior in the group, and the progress toward achieving treatment goals. | Although group therapy may be offered by LPTs, the expertise of a psychologist or social worker may be required for some group topics. In addition, CCMs will inevitably cover group therapy when an LPT is not available. Additional 3 hours per week plus documentation time based on number of inmates in group per week. (Estimated at 30 minutes per week). = 3.5 hours per week. |
| No requirement for 5-day follow-up when an inmate-patient is released from OHU. | Increased responsibility for tracking inmate-patients placed in OHU and released with requirement for 5-day follow up. | Additional 15 minutes per day = 1.5 hours per week. |
| No requirement | Suicide Risk Assessments are required at minimum –<br>• Every time an inmate has an initial face-to-face evaluation for suicidal ideation, gestures, threats, or attempts, by a clinician trained to complete the SRAC.<br>• By the referring clinician prior to placement of an inmate-patient into an Outpatient Housing Unit (OHU) for continued suicide risk assessment or into a Mental Health Crisis Bed (MHCB) for suicidal ideation, threats, or attempt.<br>• After hours, on weekends and holidays, when the referring clinician has not completed an SRAC, by the clinician | Unpredictable additional workload – Time study not completed |

Attac.    At 5- SAMPLE

MH PROGRA.    'ANCE LETTER
LOGICAL ASSUMPTIONS JUS... 'ING NEW CASELOAD RATIOS
(Statewide Population 2004)

## NEEDS POPULATION UPDATED

| Program | Work Week | Ratios Increased/Decreased Hours Per Week | % Increase | Case Manager Caseload | Work Week Adjustment | New Caseload | Statewide Population | Staff Needed | Existing Staff | Need |
|---|---|---|---|---|---|---|---|---|---|---|
| CCCMS GP | 40 | 10.5 | 26.3% | 90 | 24 | 66 | 22,622 | 340.8 | 315.5 | 25.3 Psychologist and Psych Social Worker |
| | 40 | 4 | 10% | 210 | 21 | 189 | 22,622 | 119.7 | 107.5 | 12.2 Psychiatrist |
| | | | | | | | 22,622 | 45.8 | 25 | 20.8 Psychiatric Technician |
| | | | | | | | 22,622 | 16.3 | 0 | 16.3 Recreational Therapist |
| EOP GP | 40 | 7.5 | 18.8% | 24 | 4.5 | 20 | 2,842 | 145.7 | 116.9 | 28.8 Psychologist and Psych Social Worker |
| | *40* | *3* | *7.5%* | *75* | *5.625* | *69* | *2,842* | *41.2* | *38.5* | *2.7 Psychiatrist* |
| | 40 | 4.5 | 11.3% | 85 | 9.5625 | 75 | 2,842 | 57.6 | 34.1 | 23.5 RN |
| | 40 | 9 | 22.5% | 26 | 5.85 | 20 | 2,842 | 184.2 | 172.0 | 12.1 Psychiatric Technician |
| | | | | | | | 2,842 | 29.6 | 0 | 29.6 High School Teacher |
| ASU CCMS | 40 | 27.5 | 68.8% | 90 | 61.9 | 28 | 1,546 | 55.0 | 0 | 55.0 Psychologist and Psych Social Worker |
| | 40 | 8 | 20.0% | 125 | 25 | 100 | 1,546 | 15.5 | 0 | 15.5 Psychiatrist |
| | | | | | | | 1,546 | 25.05 | 0 | 25.0 Psychiatric Technician |
| | | | | | | | 1,546 | 32.92 | 0 | 32.9 Recreational Therapist |
| | | | | | | | | | | Correctional Officers |
| | | | | | | | | | | Correctional Counselor |
| SHU CCMS | 40 | 19.5 | 48.8% | 100 | 48.75 | 51 | 550 | 11 | 0 | 11.0 Psychologist and Psych Social Worker |
| | 40 | 4 | 10.0% | 110 | 11 | 99 | 550 | 5.5 | 0 | 5.5 Psychiatrist |
| RC | 40 | 20 | 50.0% | 80 | 40 | 40 | 4,616 | 115.40 | 57.7 | 57.7 Psychologist and Psych Social Worker |
| | | | | | | | 59,116 | 9.1 | 0 | 9.1 Correctional Counselor |
| ASU EOP | *40* | *4* | *10.0%* | *51* | *5.09* | *46* | 458 | 15.18 | 9 | 6.2 Staff Psychiatrist |
| MHCB | | | | | | | 168 | 3.50 | 0 | 3.5 Correctional Counselor |
| | | | | | | | 168 | 28 | 17 | 11.0 Psychiatrist |
| | | | | | | | 168 | 14 | 0 | 14.0 Sgt. |

01504

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| | providing coverage, by the next day, for those inmate-patients placed into an OHU or MHCB.<br><br>• By the associated Interdisciplinary Treatment Team (IDTT) and/or clinician for all inmate-patients placed into an OHU, for mental health reasons, or MHCB, for any reason, upon decision to release or discharge. | |
| | • Subsequent to release from an OHU placement that was for the purpose of continued suicide risk assessment, or a MHCB placement for the reason of suicidal ideation, threats, or attempts, at a minimum of every ninety (90) days for a twelve month period, by a mental health clinician.<br><br>• Within seventy-two (72) hours of return from a Department of Mental Health (DMH) facility, or within 24 hours if clinically indicated based on new arrival screening.<br><br>Any time the medical and mental health screening of a new arrival to an institution indicates a current or significant history, over the past year, of suicide risk factors, ideation, threats, or attempts. | |

## Security Housing Unit - CCCMS– New Requirements

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|

| | | |
|---|---|---|
| Requires a CCM to be present at Institutional Classification Committee meetings. | Mental health assessments are required for input into ICC, including medication compliance, suitability of single celling or double celling, risk assessment of self-injurious of assaultive behavior, status of Activities of Daily Living, ability to understand Due Process proceedings, likelihood of decompensation if retained in SHU, and recommendations for alternative placement. | These assessments are an increase in responsibility for SHU CCCMS Clinicians. Estimate additional 4 hours per week. |
| Case Manager visits in SHU required every 90 days | Case Manager face-to-face contact required every 30 days | Triples the workload for clinical contacts in SHU. For a caseload of 1:50 inmate-patients, at 45 minutes per case-manager visit (based on CPT code 90804), this will require an additional 4.5 hours per week. |
| | | **TOTAL ADDITIONAL DUTIES FOR CCCMS SHU = AT LEAST 19.5 HOURS PER WEEK** |

01506

Attac.   15- SAMPLE

MH PROGRA?   ?ANCE LETTER
LOGICAL ASSUMPTIONS JUS?...YING NEW CASELOAD RATIOS
(Statewide Population 2004)

## NEEDS POPULATION UPDATED

| Program | Ratios Work Week | Increased/Decreased Hours Per Week | % Increase | Case Manager Caseload | Work Week Adjustment | New Caseload | Statewide Population | Staff Needed | Existing Staff | Need |
|---|---|---|---|---|---|---|---|---|---|---|
| CCCMS GP | 40 | 10.5 | 26.3% | 90 | 24 | 66 | 22,622 | 340.8 | 315.5 | 25.3 Psychologist and Psych Social Worker |
| | 40 | 4 | 10% | 210 | 21 | 189 | 22,622 | 119.7 | 107.5 | 12.2 Psychiatrist |
| | | | | | | | 22,622 | 45.8 | 25 | 20.8 Psychiatric Technician |
| | | | | | | | 22,622 | 16.3 | 0 | 16.3 Recreational Therapist |
| EOP GP | 40 | 7.5 | 18.8% | 24 | 4.5 | 20 | 2,842 | 145.7 | 116.9 | 28.8 Psychologist and Psych Social Worker |
| | 40 | 3 | 7.5% | 75 | 5.625 | 69 | 2,842 | 41.2 | 38.5 | 2.7 *Psychiatrist* |
| | 40 | 4.5 | 11.3% | 85 | 9.5625 | 75 | 2,842 | 57.6 | 34.1 | 23.5 RN |
| | 40 | 9 | 22.5% | 28 | 5.85 | 20 | 2,842 | 184.2 | 172.0 | 12.1 Psychiatric Technician |
| | | | | | | | 2,842 | 29.6 | 0 | 29.6 High School Teacher |
| ASU CCCMS | 40 | 27.5 | 68.8% | 90 | 61.9 | 28 | 1,546 | 55.0 | 0 | 55.0 Psychologist and Psych Social Worker |
| | 40 | 8 | 20.0% | 125 | 25 | 100 | 1,546 | 15.5 | 0 | 15.5 Psychiatrist |
| | | | | | | | 1,546 | 25.05 | 0 | 25.0 Psychiatric Technician |
| | | | | | | | 1,546 | 32.92 | 0 | 32.9 Recreational Therapist |
| | | | | | | | | | | Correctional Officers |
| | | | | | | | | | | Correctional Counselor |
| SHU CCCMS | 40 | 19.5 | 48.8% | 100 | 48.75 | 51 | 550 | 11 | 0 | 11.0 Psychologist and Psych Social Worker |
| | 40 | 4 | 10.0% | 110 | 11 | 99 | 550 | 5.5 | 0 | 5.5 Psychiatrist |
| RC | 40 | 20 | 50.0% | 80 | 40 | 40 | 4,616 | 115.40 | 57.7 | 57.7 Psychologist and Psych Social Worker |
| | | | | | | | 59,116 | 9.1 | 9 | 9.1 Correctional Counselor |
| ASU EOP | 40 | 4 | 10.0% | 51 | 5.09 | 46 | 458 | 15.18 | 9 | 6.2 Staff Psychiatrist |
| MHCB | | | | | | | 168 | 3.50 | 0 | 3.5 Correctional Counselor |
| | | | | | | | 168 | 28 | 17 | 11.0 Psychiatrist |
| | | | | | | | 168 | 14 | 0 | 14.0 Sgt. |

# PROGRAM GUIDE RESOURCES PERMANENT POSITIONS FOR SHU CCCMS

## ATTACHMENT 5

**Staff Psychiatrists (SP)**

Current Ratio is 1 clinician : 100 inmate-patients

**Justification of new ratio: from 1 psychiatrist : 110 inmate-patients TO 1 clinician : 100 inmate-patients:** The workload increase requires approximately 4 additional hours per psychiatrist per week. This is approximately a 10% increase in workload and justifies a 10% decrease in caseload.

See details below:      Introduction/Summary

Part I CCCMS New Requirements in all settings, applied in SHU

Part II CCCMS New Requirements specific to SHU housing

## INTRODUCTION:

The 1997 Program Guide established a ratio of approximately 1 psychiatrist to approximately 110 CCCMS inmates. New duties below require the psychiatrist to spend additional time each week in IDTT meetings, and require a psychiatrist to attend ICC for all inmate-patients in SHU.

- The 1997 Program Guide requires a case manager to attend IDTT for each inmate-patient. The 2006 Program Guide requires the **assigned case manager and psychiatrist** to attend IDTT. The assigned psychiatrist is therefore required to attend IDTT for all inmate-patients on his/her caseload. The IDTT process in the 2006 Program Guide is longer because the treatment plan is developed and updated during the IDTT meeting. Based on CPT code 99242, this consultation requires approximately 30 minutes per inmate-patient. The total time per caseload of 110 per year = 3300 minutes per psychiatrist per year = Approximately 60 minutes per week – **1.0 hour per week additional work per psychiatrist.** This is a low estimate of the actual workload increase because a psychiatrists caseload over one year is higher than 110, and psychiatrists will participate in IDTT for inmate-patients who are not on their caseload. The requested workload study will determine whether an additional increase in SP positions is required to complete this task.

- Psychiatrist ICC attendance is required for all inmates in SHU to provide input regarding mental health status, treatment plan, medications, compliance, and information regarding risk of violence, self-injury, and other information for the purpose of housing (single or double celling) decisions. Based on CPT code 99241, this consultation requires approximately 30 minutes. Psychiatrists attending initial ICC will be required to review all historical documentation. Based on CPT code 90885, this requires 60 minutes. For 110 inmates per year, this task requires 9900 minutes per psychiatrist per year = **3.0 hours per week additional work per psychiatrist**

Total new tasks required in SHU = **At least 4 hours per psychiatrist per week**
Requested caseload reduction is a 10% reduction from 110 inmate-patients to 100 inmate-patients per psychiatrist.

Additional duties for increased suicide risk assessments, referrals to higher levels of care, and other intermittent tasks are not included, and will be assessed in the requested workload study.

01509

ATTACHMENT                PROGRAM GUIDE RESOURCES PERMANENT POSITIONS FOR ASU CCCMS

**Introduction – including CCCMS Administrative Segregation (ASU)Case Manager to Patient ratio grid**
**Part I Administrative Segregation CCCMS New Requirements PLUS**
**Part II CCCMS New Requirements required in ASU**

## INTRODUCTION:

Despite significant additional court required timelines and tasks for CCCMS patients in ASU over the last several years no change in staffing ratio currently exists when a CCCMS patient transfers into ASU from General Population (GP). These required additions have accrued since the 1997 Program Guide (PG) are from the 2006 MHSDS Program Guide (PG); are included in the grid on the next page; are explained in detail in the following pages; and include:

- quarterly IDTT's rather than the yearly IDTT required when the same CCCMS patient is in GP (4 fold workload increase)
- case manager contact every 14 days* an increase from once every 90 days in CCCMS GP ( a 6.4 fold workload increase)
- weekly case manager ICC attendance which is held about every 30 days for each patient and is not required in CCCMS GP; at a caseload of 1:40 this would represent an additional 1.5 hours for initials, 2.25 hours per week for follow ups just for attendance (at ratios of 1:100 it represents a total of 9.5 hours)
- additional requirement to include in treatment plan the inmate-patient's security concerns and status of 2.5 hours per week per case manager

*(currently being litigated by plaintiffs to require every 7days)

**The current request is for ASU CCCMS caseload to be 1:40 based on the following task analyses.**

At 1540 inmate patients this indicates that the ratio change alone required by Part I (the ASU changes) requires an additional 23.1Case Manager positions (38.5 (@ 1:40) – 15.4 (@ 1:100) = 23.1)
Added to this, the hours required for general CCCMS workload Part II increases requires ____ Case Manager positions for a **total of ____ additional** **Case Managers in ASU**

See grid on next page and task details on the following pages of the Attachment.

CASE MANAGER TO PATIENT RATIOS - established court ratios bolded, *proposed italicized.*

| Level of Care | ASU HOUSING | Hrs per wk @1:40 | Hrs per wk@1:100 | GP HOUSING |
|---|---|---|---|---|
| CCCMS | *1:40 Proposed ratio CCCMS ASU* | | | **1:100 established ratio** |
| | • 2006 PG requires quarterly IDTTs | 3 | 7.5 | **CCCMS GP** |
| | • 2006 PG requires case manager contact every 14 days* | 10.0 @ 30 mins ea | 25.00 @ 30 mins ea | • requires annual IDTTs |
| | | | | • case manager contact every 90 days |
| | • 2006 PG requires weekly ICC attendance w/evaluation | 12.5 | 31.25 | |
| | • 2006 PG requires including in the Tx plan the patient's security concerns and status | 2.5 | 6.25 | |
| | • **TOTAL hrs per wk for these 4 tasks** | **28** | **70.0+** | |
| EOP | **1:9 established ratio EOP ASU** | | | **1:40 established ratio** |
| | • requires quarterly IDTTs | | | **EOP GP** |
| | • case manager contact every 7 days | | | • requires quarterly IDTTs |
| | • requires weekly ICC attendance | | | • case manager contact every 7 days |
| | • Requirement to include in the treatment plan the inmate-patient's security concerns and status | | | |

*(currently being litigated by plaintiffs to require every 7days)

At 1:100 in CCCMS ASU there are more than 70 hours of required tasks per week per case manager just in the additions and this does not include other required tasks such as crisis intervention, response to referrals, group therapy, staff meetings. At 28 hours a 1:40 ratio is a fulltime caseload when crisis intervention (variable), group therapy (at least 5 hours per week face to face), staff meetings (at least 1 hour per week) @ 34+ hours.

Please note the ASU EOP to GP EOP court derived differential for staffing represents a 72% change while we are requesting only a 60% change for CCCMS from ASU to GP (due to higher group therapy requirements for EOP in both ASU and GP). Should the 7 day requirement requested by the plaintiff be adopted the workload study may demonstrate additional needs. Derivations of constants utilized in calculation of positions are:

- The inmate patient population figures used for equations converting hours required for each task into positions are those of January 28, 2006.
- The State standards indicate the expectation of 1760 work hours per employee per year, rendering an average of 33.86 hours per week
- CPT (Correct Procedural Terminology) Codes (American Medical Association, all rights reserved)

Grey highlights in the following attachment indicate resource request will emanate from requested Workload Study and is NOT requested in Spring 2006 Finance Letter

**Part I Administrative Segregation CCCMS New Requirements**

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| Annual IDTTs | Quarterly IDTTS | At caseload of 1:40 with 4 Initials a week and 3 quarterlies on average @ 30 mins attendance time for Initials and 20 mins for Quarterlies = **3 hours/wk** At a caseload of 1:100 7.5 hours a week. Already included in 23.1 positions for ratio change |
| Case Manager contact every 90 days | Case Manager Contact every 14 days * | At caseload of 40, 20 patients seen each wk for 30 minutes each = **10 hours/wk** At a caseload of 1:100 25 hours a week. Already included in 23.1 positions for ratio change |
| Requires **a CCM to be present at Institutional Classification Committee meetings.** | The **assigned** case manager (or psychiatrist) shall **attend all ICC meetings. Mental health assessments are required** for input into ICC, including the inmate-patient's current participation in treatment, medication compliance, suitability of single celling or double celling, risk assessment of self-injurious or assaultive behavior, status of Activities of Daily Living, ability to understand Due Process proceedings, likelihood of decompensation if retained in ASU, recommendations for alternative placement and any other custodial and clinical issues that have impact on inmate-patients' mental health treatment | These assessments are a significant increase in workload responsibility for ASU CCCMS Case Managers, Attached CPT codes (national standards) indicate:<br><br>• 45 minutes for a brief Initial Evaluation (1st ICC)<br>• 30 minutes for a Follow up Evaluation (for subsequent ICCs)<br><br>At an average of 4 new evaluations on each caseload per week (10%) at 45 minutes each, the average additional requirement is **3 hours,** plus 9 Follow Ups Evaluations per weekly ICC at **4.5 hours**<br>(based on an average of an ICC hearing every 30 days per inmate patient and a caseload average of 40 (40 – 4 new evals = 36 old at an average of 9 per week every if they have ICC every fourth week) and attendance at ICC for an average of **4 hours for a TOTAL of 12.5 hours per Case Manager with caseload of 40 31.25 at caseload of 100** |
| **Reference # 1 under Requested Positions in the Finance Letter** | | **NEW RESOURCES REQUIRED – Requested in 2006 Finance Letter under change in Case Manager ratio to 1:40 ( part of the 23.1 positions) TOTAL of 12.5 hours per Case Manager with caseload of 40 and 31.25 at caseload of 100** |

No separate total of positions for this page, see next page

Part I Administrative Segregation CCCMS New Requirements Continued

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| ASU CCCMS Treatment Plans with requirements the same as to GP CCCMS Treatment Plan requirements. | Requirement to include in the treatment plan the inmate-patient's security concerns and status. | Responsibility for regularly tracking and updating treatment plans with security concerns and status requiring<br>• 2.5 hours per week increase in duties<br>• at a caseload of 40, performing 10 updates a week at an average of fifteen minutes per update<br>• one per patient every 30 days. |
| Reference # 1 under Requested Positions in the Finance Letter | | NEW RESOURCES REQUIRED – REQUESTED IN FINANCE LETTER Under change in Case Manager ratio to 1:40 ( part of the 23.1 positions) TOTAL of 2.5 hours per Case Manager with caseload of 40 and at 6.25 with caseload of 1:100 |

## TOTAL POSITIONS for Part I

With the establishment of the 1:40 Case Manager to patient ratio established for ASU CCCMS requiring **23.1 Case Manager positions**, no additional positions are required for the above listed tasks. If ratio change from CCCMS GP of 1:100 is not established then these additional hours would need to be accounted out into positions.

01514

**Part II CCCMS New Requirements also required in ASU**

These items are in addition to the caseload change of 1:40 and increased time requirements.  These items are NOT included in the rationale for that change

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| CCM Completes Basic Treatment Plan in 7 days | The responsibility of overall treatment planning within the CCCMS program rests with an IDTT. The CCM documents specific recommendations regarding work, education and substance abuse counseling. The treatment plan must include measurable goals and be completed within 14 days. | • 15 minutes per inmate-patient increased development documentation time.  15 minutes X 1540 patients =385 hours X 4 times per year =1540 hours <br> • 10-15 minutes per inmate-patient IDTT Time increased (minimum). <br> 15 minutes X 1540 patients =385 hours X 4 times per year =1540 hours <br> Total of at least 25-30 minutes increase per patient per week, 30 mins X 1540 pts = 770 hours <br> $1540 + 1540 + 770 = 3850$ hours/ 1760 employee hours = 2.2 positions |
|  | The IDTT must meet prior to the ICC.  The initial evaluation must occur prior to the IDTT. Treatment Plan must be completed before the 14 day deadline. | 40 Minutes X 1540 patients = 1027 hours X 4 times per year = 4107 hrs. <br> 4107 employee hours = 2.3 positions. |
| No requirement | Inmates who refuse to attend IDTT. The CCM documents the reason for the refusal on the progress note. | Requires follow-up cell front with inmate-patients who refuse = Average Additional 1 hour per week per 40 patients = **38.5 hours statewide for 1.14 additional positions.** |
| No requirement. However, group therapy is provided for a small percentage of CCCMS inmates in some institutions. | Group Therapy must be offered to inmates when clinically appropriate. Group therapy notes must be recorded in a monthly summary and include the inmates attendance, behavior in the group, and the progress toward achieving treatment goals. | Although group therapy may be offered by LPTs, the expertise of a psychologist or social worker is required for some group topics.  In addition, CCMs will inevitably cover group therapy when an LPT is not available.  Additional 3 hours per week.per 40 patients = **115.5 hours per week statewide for 3.4 CM positions** |
| No requirement | When a CCCMS IDTT recommends transfer to an EOP, the CCM completes a Mental Health Evaluation (see above for time frame). | Additional 1 hour per week when required approximately 1 per 20 patients per month. = **18 hours per week statewide for 0.53 positions** |
| No requirement for 5-day follow-up | Increased responsibility for tracking inmate-patients placed in OHU and released with | Additional 15 minutes per day X average of 31 patients per week statewide = **7.75 hours per week = 0.23 positions** |

when an inmate-patient is released from OHU.

requirement for 5-day follow up.

TOTAL CASE MANAGER POSITIONS requested from this page is 7.5

01516

Part II CCCMS New Requirements also required in ASU Continued

| 1997 Requirement | Current Requirement | Estimate of Additional Time Required |
|---|---|---|
| No requirement | Suicide Risk Assessments (SRAs) are required at minimum –<br><br>• Every initial face-to-face evaluation for suicidal ideation, gestures, threats, or attempts, by a clinician trained to complete the SRAC.<br><br>• By the referring clinician prior to placement of into an Outpatient Housing Unit (OHU) for continued suicide risk assessment or into a Mental Health Crisis Bed (MHCB) for suicidal ideation, threats, or attempt.<br><br>• After hours, on weekends or holidays, when the referring clinician has not completed an SRA, by the clinician providing coverage, by the next day, for those inmate-patients placed into an OHU or MHCB.<br><br>• By the associated IDTT and/or clinician for all inmate-patients placed into an OHU, for mental health reasons, or MHCB, for any reason, upon decision to release or discharge.<br><br>• Subsequent to release from OHU placement continued suicide risk assessment, or MHCB admission suicidal ideation, threats, or attempts, at a minimum of every ninety (90) days for a twelve month period, by a mental health clinician. | • SRAs require a minimum of 45 minutes for an initial and 30 minutes for an update when a prior SRA has been completed within the last year. Both include a review of medical records and Cfile, but an update only needs to review back to the date of the prior SRA.<br>Level I computed 4 New evaluations per week and 9 follow-up evaluations. Each initial SRA = 0.75 hrs and each follow-up evaluation = 0.5 hrs.<br>This represents 4 at 0.75 and 9 at 0.5 for a total of 11 patients at 9.5 hours.<br><br>• Time study not yet completed, but recent court requirements are that all intakes require an SRA and there were:<br>  o     intakes in Reception Center in the last year<br>  o     OHU placements X 2 (in and out) X 4 for quarterly for a year<br>  o     MHCB admissions X 2 (in and out) X 4 for quarterly for a year<br>  o     DMH Discharges<br><br>Total number 20% Initials = ___ X .75 hours = ___<br>            80% updates = ___ X .5 hours = ___<br><br>Total Hours divided by 33.86 + ___ Case Manager positions |

project molded the version presented in this book. The CPT-5 project sought to reorganize the CPT book to serve a number of needs not anticipated in 1977. These included the following:

- Consistent terminology based on SNOMED to stem confusion about particular body parts and procedures and to better accommodate electronic reporting

- Logical organization to better meet electronic data interchange (EDI) and statistical requirements

- Addition of codes used only to track public health reporting (e.g., inoculations)

- Addition of alphanumeric Category II performance measure codes for statistical notation

- Addition of alphanumeric Category III new and emerging technology codes for statistical notation

- Mid-year updates

Additional revisions continue as the AMA engages a software firm to develop an electronic version of CPT. For more information about ongoing development of the CPT coding system, consult the AMA Web site at URL http://www.ama-assn.org/.

01528

CPT only © 2004 American Medical Association. All Rights Reserved.     © 2004 Ingenix, Inc.

90788  Intramuscular injection of antibiotic (specify)  ⊠ ▨
MED: 100-2, 15, 50; 100-3, 30.8

AMA: 2001, Jul, 1

90790  Unlisted therapeutic, prophylactic or diagnostic
injection  ⊠ ▨
MED: 100-2, 15, 50; 100-3, 110.2; 100-3, 150.6; 100-3, 20.21; 100-3,
20.22; 100-3, 30.7; 100-3, 30.8

AMA: 2001, Jul, 1; 1999, Nov, 49

If allergy testing is needed, consult CPT codes 95004
and subsequent codes.

## PSYCHIATRY

To report repetitive transcranial magnetic stimulation for treatment of clinical
depression, consult CPT Category III code 0018T.

## PSYCHIATRIC DIAGNOSTIC OR EVALUATIVE INTERVIEW
## PROCEDURES

90801  Psychiatric diagnostic interview examination  ▣ ▨ ⊡
MED: 100-3, 10.3; 100-3, 130.1; 100-4, 12, 100; 100-4, 12, 100.1.7;
100-4, 12, 100.1.8; 100-4, 12, 100.7; 100-4, 12, 110.2; 100-4, 12,
160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 37-38; 1982, Summer, 12

90802  Interactive psychiatric diagnostic interview
examination using play equipment, physical devices,
language interpreter, or other mechanisms of
communication  ▣ ▨ ⊡
MED: 100-3, 10.3; 100-3, 130.1; 100-4, 12, 100; 100-4, 12, 100.1.7;
100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160;
100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 37-38

## PSYCHIATRIC THERAPEUTIC PROCEDURES

### OFFICE OR OTHER OUTPATIENT FACILITY — INSIGHT ORIENTED, BEHAVIOR
### MODIFYING AND/OR SUPPORTIVE PSYCHOTHERAPY

90804  Individual psychotherapy, insight oriented, behavior
modifying and/or supportive, in an office or
outpatient facility, approximately 20 to 30 minutes
face-to-face with the patient;  ▣ ▨ ⊡
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3,
130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.10; 100-3,
230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4,
12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2;
100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2002, Oct, 11; 2001, Mar, 5; 1999, Jul, 10; 1997, Nov, 39

90805  with medical evaluation and management
services  ▣ ▨ ⊡
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3,
130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.10; 100-3,
230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4,
12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2;
100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1999, Jul, 10; 1997, Nov, 39

90806  Individual psychotherapy, insight oriented, behavior
modifying and/or supportive, in an office or
outpatient facility, approximately 45 to 50 minutes
face-to-face with the patient;  ▣ ▨ ⊡
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3,
130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.10; 100-3,
230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4,
12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2;
100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1999, Jul, 10; 1997, Nov, 39

90807  with medical evaluation and management
services  ▣ ▨ ⊡
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3,
130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.10; 100-3,
230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4,
12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2;
100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 1999, Jul, 10; 1997, Nov, 39

90808  Individual psychotherapy, insight oriented, behavior
modifying and/or supportive, in an office or
outpatient facility, approximately 75 to 80 minutes
face-to-face with the patient;  ▣ ▨ ⊡
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3,
130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.10; 100-3,
230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4,
12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2;
100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1999, Jul, 10; 1997, Nov, 39

90809  with medical evaluation and management
services  ▣ ▨ ⊡
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3,
130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.10; 100-3,
230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4,
12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2;
100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1999, Jul, 10; 1997, Nov, 39

### OFFICE OR OTHER OUTPATIENT FACILITY — INTERACTIVE
### PSYCHOTHERAPY

90810  Individual psychotherapy, interactive, using play
equipment, physical devices, language interpreter, or
other mechanisms of nonverbal communication, in an
office or outpatient facility, approximately 20 to 30
minutes face-to-face with the patient;  ▣ ▨ ⊡
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3,
130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.10; 100-3,
230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4,
12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2;
100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 39

90811  with medical evaluation and management
services  ▣ ▨ ⊡
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3,
130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.10; 100-3,
230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4,
12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2;
100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5

90812  Individual psychotherapy, interactive, using play
equipment, physical devices, language interpreter, or
other mechanisms of nonverbal communication, in an
office or outpatient facility, approximately 45 to 50
minutes face-to-face with the patient;  ▣ ▨ ⊡
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3,
130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.10; 100-3,
230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4,
12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2;
100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 39

---

⊖ Modifier 63 Exempt Code      ⊙ Conscious Sedation      ✛ CPT Add-on Code      ⊘ Modifier 51 Exempt Code      ● New Code      ▲ Revised Code

Ⓜ Maternity    Ⓝ Neonate    🅿 Pediatric    🅸 Infant    A-Y APC Status Indicators    ⊡ CCI Comprehensive Code    ▨ Bilateral Procedure

© 2004 Ingenix, Inc. (Blue Ink)    CPT only © 2004 American Medical Association. All Rights Reserved. (Black Ink)

01529

90813    with medical evaluation and management services 🔲🔳🔲
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.16; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.59; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 39

90814    Individual psychotherapy, interactive, using play equipment, physical devices, language interpreter, or other mechanisms of nonverbal communication, in an office or outpatient facility, approximately 75 to 80 minutes face-to-face with the patient; 🔲🔳🔲
MED: 100-3, 10.4; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.16; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.59; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 39

90815    with medical evaluation and management services 🔲🔳🔲
MED: 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 20.16; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.59; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 39

### INPATIENT HOSPITAL, PARTIAL HOSPITAL OR RESIDENTIAL CARE FACILITY — INSIGHT ORIENTED, BEHAVIOR MODIFYING AND/OR SUPPORTIVE PSYCHOTHERAPY

90816    Individual psychotherapy, insight oriented, behavior modifying and/or supportive, in an inpatient hospital, partial hospital or residential care setting, approximately 20 to 30 minutes face-to-face with the patient; 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 39-40

90817    with medical evaluation and management services 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2

AMA: 2001, Mar, 5; 1997, Nov, 39-40

90818    Individual psychotherapy, insight oriented, behavior modifying and/or supportive, in an inpatient hospital, partial hospital or residential care setting, approximately 45 to 50 minutes face-to-face with the patient; 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 39-40

90819    with medical evaluation and management services 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 170

AMA: 2001, Mar, 5

90821    Individual psychotherapy, insight oriented, behavior modifying and/or supportive, in an inpatient hospital, partial hospital or residential care setting, approximately 75 to 80 minutes face-to-face with the patient; 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 39-40

90822    with medical evaluation and management services 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 39-40

### INPATIENT HOSPITAL, PARTIAL HOSPITAL OR RESIDENTIAL CARE FACILITY — INTERACTIVE PSYCHOTHERAPY

90823    Individual psychotherapy, interactive, using play equipment, physical devices, language interpreter, or other mechanisms of nonverbal communication, in an inpatient hospital, partial hospital or residential care setting, approximately 20 to 30 minutes face-to-face with the patient; 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 40

90824    with medical evaluation and management services 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5

90826    Individual psychotherapy, interactive, using play equipment, physical devices, language interpreter, or other mechanisms of nonverbal communication, in an inpatient hospital, partial hospital or residential care setting, approximately 45 to 50 minutes face-to-face with the patient; 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 40

90827    with medical evaluation and management services 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 40

90828    Individual psychotherapy, interactive, using play equipment, physical devices, language interpreter, or other mechanisms of nonverbal communication, in an inpatient hospital, partial hospital or residential care setting, approximately 75 to 80 minutes face-to-face with the patient; 🔲🔳🔲
MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.16; 100-4, 12, 100; 100-4, 12, 100.1.7; 100-4, 12, 100.1.8; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 40

| 90829 | with medical evaluation and management services 🔲🔲🔲 |
|---|---|

MED: 100-2, 15, 60.3; 100-3, 10.3; 100-3, 130.1; 100-3, 20.1c; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170

AMA: 2001, Mar, 5; 1997, Nov, 40

## OTHER PSYCHOTHERAPY

| 90845 | Psychoanalysis 🔲🔲🔲 |
|---|---|

MED: 100-2, 15, 160; 100-3, 10.3; 100-3, 10.4; 100-3, 130.1; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1

AMA: 2001, Mar, 5; 1997, Nov, 40-41; 1992, Summer, 15

| 90846 | Family psychotherapy (without the patient present) 🔲🔲🔲 |
|---|---|

MED: 100-2, 15, 160; 100-3, 10.3; 100-3, 10.4; 100-3, 130.1; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1

AMA: 2001, Mar, 5; 1997, Nov, 40-41; 1992, Summer, 15

| 90847 | Family psychotherapy (conjoint psychotherapy) (with patient present) 🔲🔲🔲 |
|---|---|

MED: 100-3, 10.3; 100-3, 10.4; 100-3, 130.1; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 70; 100-4, 13, 20; 100-4, 13, 90

AMA: 2001, Mar, 5; 1997, Nov, 40-41; 1992, Summer, 15

| 90849 | Multiple-family group psychotherapy 🔲🔲🔲 |
|---|---|

MED: 100-2, 15, 160; 100-3, 10.3; 100-3, 10.4; 100-3, 130.1; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1

AMA: 2001, Mar, 5; 1997, Nov, 40-41; 1992, Summer, 15

| 90853 | Group psychotherapy (other than of a multiple-family group) 🔲🔲🔲 |
|---|---|

MED: 100-2, 15, 160; 100-3, 10.3; 100-3, 10.4; 100-3, 130.1; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1

AMA: 2001, Mar, 5; 1997, Nov, 40-41; 1992, Summer, 15

| 90857 | Interactive group psychotherapy 🔲🔲🔲 |
|---|---|

MED: 100-2, 15, 160; 100-3, 10.3; 100-3, 10.4; 100-3, 130.1; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4, 12, 110.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1

AMA: 2001, Mar, 5; 1997, Nov, 40-41; 1992, Summer, 15

## OTHER PSYCHIATRIC SERVICES OR PROCEDURES

| 90862 | Pharmacologic management, including prescription, use, and review of medication with no more than minimal medical psychotherapy 🔲🔲🔲 |
|---|---|

MED: 100-2, 15, 160; 100-3, 10.3; 100-3, 10.4; 100-3, 130.1; 100-3, 130.2; 100-3, 130.3; 100-3, 130.4; 100-3, 130.5; 100-3, 130.6; 100-3, 130.7; 100-3, 160.2; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 40.50; 100-4, 12, 160; 100-4, 12, 170; 100-4, 12, 170.1

AMA: 2001, Mar, 5; 1997, Nov, 40-41; 1992, Summer, 16

| 90865 | Narcosynthesis for psychiatric diagnostic and therapeutic purposes (eg, sodium amobarbital (Amytal) interview) 🔲🔲🔲 |
|---|---|

MED: 100-1, 3, 30; 100-1, 3, 30.1; 100-1, 3, 30.2; 100-1, 3, 30.3; 100-2, 15, 160; 100-2, 15, 170; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1; 100-4, 12, 210

AMA: 2001, Mar, 5; 1997, Nov, 41

| 90870 | Electroconvulsive therapy (includes necessary monitoring); single seizure 🔲🔲🔲 |
|---|---|

MED: 100-1, 3, 30; 100-1, 3, 30.1; 100-1, 3, 30.2; 100-1, 3, 30.3; 100-2, 15, 160; 100-2, 15, 170; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1; 100-4, 12, 210

AMA: 2001, Mar, 5; 1992, Summer, 16

| 90871 | multiple seizures, per day 🔲 |
|---|---|

AMA: 2001, Mar, 5; 1992, Summer, 16

| �no code▪ | Individual psychophysiological therapy incorporating biofeedback training by any modality (face-to-face with the patient), with psychotherapy (eg, insight oriented, behavior modifying or supportive psychotherapy); approximately 20-30 minutes 🔲 |
|---|---|

MED: 100-3, 30.1; 100-3, 30.1.1

AMA: 2001, Mar, 5; 1999, Jun, 5; 1998, Apr, 14; 1997, Sep, 11; 1997, Nov, 41

| | approximately 45-50 minutes 🔲 |
|---|---|

MED: 100-1, 3, 30; 100-1, 3, 30.1; 100-1, 3, 30.2; 100-1, 3, 30.3; 100-2, 15, 160; 100-2, 15, 170; 100-3, 30.1; 100-3, 30.1.1; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1; 100-4, 12, 210

AMA: 2001, Mar, 5; 1999, Jun, 5; 1997, Sep, 11; 1997, Nov, 41

| 90880 | Hypnotherapy 🔲🔲🔲 |
|---|---|

MED: 100-1, 3, 30; 100-1, 3, 30.1; 100-1, 3, 30.2; 100-1, 3, 30.3; 100-2, 15, 160; 100-2, 15, 170; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1; 100-4, 12, 210

AMA: 2001, Mar, 5; 1997, Nov, 41; 1992, Summer, 16

| | Environmental intervention for medical management purposes on a psychiatric patient's behalf with agencies, employers, or institutions 🔲 |
|---|---|

AMA: 2001, Mar, 5; 1992, Summer, 16

| 90885 | Psychiatric evaluation of hospital records, other psychiatric reports, psychometric and/or projective tests, and other accumulated data for medical diagnostic purposes 🔲 |
|---|---|

MED: 100-1, 3, 30; 100-1, 3, 30.1; 100-1, 3, 30.2; 100-1, 3, 30.3; 100-2, 15, 160; 100-2, 15, 170; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1; 100-4, 12, 210

AMA: 2001, Mar, 5; 1997, Nov, 41

| 90887 | Interpretation or explanation of results of psychiatric, other medical examinations and procedures, or other accumulated data to family or other responsible persons, or advising them how to assist patient 🔲 |
|---|---|

MED: 100-1, 3, 30; 100-1, 3, 30.1; 100-1, 3, 30.2; 100-1, 3, 30.3; 100-2, 15, 160; 100-2, 15, 170; 100-3, 70.1; 100-3, 70.2; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 160.1; 100-4, 12, 170; 100-4, 12, 170.1; 100-4, 12, 210

AMA: 2002, Oct, 11; 2001, Mar, 5; 1992, Summer, 17

⊖ Modifier 63 Exempt Code   ⊙ Conscious Sedation   + CPT Add-on Code   ⊘ Modifier 51 Exempt Code   ● New Code   ▲ Revised Code
Ⓜ Maternity   Ⓝ Neonate   Ⓟ Pediatric   Ⓘ Infant   🅐–🆅 APC Status Indicators   🄲 CCI Comprehensive Code   ■ Bilateral Procedure

© 2004 Ingenix, Inc. (Blue Ink)        CPT only © 2004 American Medical Association. All Rights Reserved. (Black Ink)        Medicine — 333

01531

90889 Preparation of report of patient's psychiatric status, history, treatment, or progress (other than for legal or consultative purposes) for other physicians, agencies, or insurance carriers 🟦
MED: 100-1, 3, 30; 100-1, 3, 30.1; 100-1, 3, 30.2; 100-1, 3, 30.2; 100-2, 15, 160; 100-2, 15, 170; 100-4, 12, 150; 100-4, 12, 160; 100-4, 12, 170; 100-4, 12, 170.1; 100-4, 12, 210

AMA: 2001, Mar, 5; 1992, Summer, 17

90899 Unlisted psychiatric service or procedure 🟦🟦
MED: 100-3, 30.5

AMA: 2001, Mar, 5

## BIOFEEDBACK
If psychophysiological therapy is performed incorporating biofeedback training, consult CPT codes 90875 and 90876.

90901 Biofeedback training by any modality 🟦🟦🟦🟦
MED: 100-3, 130.5; 100-3, 130.6; 100-3, 160.2; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 30.1; 100-3, 30.1.1; 100-3, 40.50

AMA: 2002, May, 18; 1999, Jun, 5; 1998, Jun, 12; 1998, Apr, 14; 1997, Sep, 11

90911 Biofeedback training, perineal muscles, anorectal or urethral sphincter, including EMG and/or manometry 🟦🟦🟦
MED: 100-3, 130.5; 100-3, 130.6; 100-3, 160.2; 100-3, 230.1; 100-3, 250.1; 100-3, 250.4; 100-3, 270.4; 100-3, 30.1; 100-3, 30.1.1; 100-3, 40.50

AMA: 1999, Jun, 5; 1998, Jun, 10; 1997, Sep, 11; 1997, Nov, 41

To report pulsed magnetic neuromodulation to treat incontinence, consult CPT Category III code 0029T.

To report rectal sensation tone and compliance, consult 91120.

## DIALYSIS

### END STAGE RENAL DISEASE SERVICES
For dialysis procedures other than hemodialysis provided during an inpatient hospital stay, consult CPT codes 90945-90947. For ESRD related services during an inpatient hospital stay, consult the appropriate Evaluation and Management codes.

Report CPT codes 90918-90921 one time per month for services performed in an outpatient setting. Do not use these codes if a hospitalization occurred during the month.

These procedures do not include dialysis treatment or services provided to the patient that are non-ESRD related. Report separately any non-ESRD related Evaluation and Management services that cannot be performed during the dialysis session.

90918 End stage renal disease (ESRD) related services per full month; for patients under 2 years of age to include monitoring for the adequacy of nutrition, assessment of growth and development, and counseling of parents 🟦🟦
MED: 100-3, 110.15; 100-3, 190.10; 100-3, 230.14; 100-4, 8, 130; 100-4, 8, 140; 100-4, 8, 170; 100-4, 8, 60.4.4; 100-4, 8, 70; 100-4, 8, 80; 100-4, 8, 90; 100-4, 8, 90.1; 100-4, 8, 90.2; 100-4, 8, 90.2.2; 100-4, 8, 90.3.2

AMA: 2003, Jan, 22; 2002, May, 17; 1996, May, 4; 1993, Fall, 5

90919 for patients between two and eleven years of age to include monitoring for the adequacy of nutrition, assessment of growth and development, and counseling of parents 🟦🟦
MED: 100-4, 8, 130; 100-4, 8, 140; 100-4, 8, 170; 100-4, 8, 60.4.4; 100-4, 8, 70; 100-4, 8, 80; 100-4, 8, 90; 100-4, 8, 90.1; 100-4, 8, 90.2; 100-4, 8, 90.2.2; 100-4, 8, 90.3.2

AMA: 2003, Jan, 22; 2002, May, 17; 1996, May, 5; 1993, Fall, 5

90920 for patients between twelve and nineteen years of age to include monitoring for the adequacy of nutrition, assessment of growth and development, and counseling of parents 🟦🟦
MED: 100-4, 8, 130; 100-4, 8, 140; 100-4, 8, 170; 100-4, 8, 60.4.4; 100-4, 8, 70; 100-4, 8, 80; 100-4, 8, 90; 100-4, 8, 90.1; 100-4, 8, 90.2; 100-4, 8, 90.2.2; 100-4, 8, 90.3.2

AMA: 2003, Jan, 22; 2002, May, 17; 1996, May, 5; 1993, Fall, 5

90921 for patients twenty years of age and over 🟦
MED: 100-4, 8, 130; 100-4, 8, 60.4.4; 100-4, 8, 70; 100-4, 8, 80; 100-4, 8, 90; 100-4, 8, 90.1; 100-4, 8, 90.2; 100-4, 8, 90.2.2; 100-4, 8, 90.3.2

AMA: 2003, Jan, 22; 2002, May, 17; 1996, May, 5; 1993, Fall, 5

90922 End stage renal disease (ESRD) related services (less than full month), per day; for patients under two years of age 🟦🟦
MED: 100-3, 110.15; 100-3, 190.10; 100-3, 230.14; 100-4, 8, 130; 100-4, 8, 140; 100-4, 8, 170; 100-4, 8, 60.4.4; 100-4, 8, 70; 100-4, 8, 80; 100-4, 8, 90; 100-4, 8, 90.1; 100-4, 8, 90.2; 100-4, 8, 90.2.2; 100-4, 8, 90.3.2

AMA: 2003, Jan, 22; 1996, May, 5; 1993, Fall, 5

90923 for patients between two and eleven years of age 🟦🟦
MED: 100-4, 8, 130; 100-4, 8, 140; 100-4, 8, 170; 100-4, 8, 60.4.4; 100-4, 8, 70; 100-4, 8, 80; 100-4, 8, 90; 100-4, 8, 90.1; 100-4, 8, 90.2; 100-4, 8, 90.2.2; 100-4, 8, 90.3.2

AMA: 2003, Jan, 22; 2002, May, 17; 1996, May, 5

90924 for patients between twelve and nineteen years of age 🟦🟦
MED: 100-4, 8, 130; 100-4, 8, 140; 100-4, 8, 170; 100-4, 8, 60.4.4; 100-4, 8, 70; 100-4, 8, 80; 100-4, 8, 90; 100-4, 8, 90.1; 100-4, 8, 60.4.4; 100-4, 8, 90.2; 100-4, 8, 90.2.2; 100-4, 8, 90.3.2

AMA: 2003, Jan, 22; 2002, May, 17; 1996, May, 5

90925 for patients twenty years of age and over 🟦
MED: 100-4, 8, 130; 100-4, 8, 140; 100-4, 8, 170; 100-4, 8, 60.4.4; 100-4, 8, 70; 100-4, 8, 80; 100-4, 8, 90; 100-4, 8, 90.1; 100-4, 8, 90.2; 100-4, 8, 90.2.2; 100-4, 8, 90.3.2

AMA: 2003, Jan, 22; 2002, May, 17; 1996, May, 5

## HEMODIALYSIS
Use CPT codes 90935-90937 for inpatient ESRD. Use CPT codes 90935-90937 to report the hemodialysis procedure and any Evaluation and Management service that is related to the patient's renal disorder provided on the day of the hemodialysis procedure.

For an unrelated Evaluation and Management service performed on the same day as hemodialysis, consult the appropriate Evaluation and Management code and append modifier 25 or code 90925.

For home visit hemodialysis services performed by a non-physician health care professional, use 99512.

If cannula declotting is performed, consult CPT codes 36831, 36833, 36860, and 36861. If a thrombolytic agent declots an implanted vascular access device or catheter, consult CPT code 36550. If the physician is in attendance for a prolonged period of time, consult CPT codes 99354-99360.

| Professional Component Only | 🟦/🟦 Assist-at-Surgery Allowed/With Documentation | | |
| Technical Component Only | MED: Pub 100/NCD Reference  AMA: CPT Assistant Reference | 🟦-🟦 ASC Group | ♂ Male Only | ♀ Female Only |

4 — CPT Expert    CPT only © 2004 American Medical As...

01532

California Department of Corrections and Rehabilitation — Division of Correctional Health Care Services

**CORRECTIONAL TR...MENT CENTER BEDS**

01/11/2006

| Institution | CTC Licensed Yes/No | Total Beds | Total Budgeted / Staffed MHCBs Per DCHCS | Total Budgeted / Staffed MHCBs Per CTC | Discrepancy in Staffed MHCBs | # of Budgeted / Staffed MHCBs | Total Long Term Care Patients | Comment |
|---|---|---|---|---|---|---|---|---|
| CEN | Yes | 13 | 9 | 0 | | 0 | | |
| CIW | No | 18 | 10 | 0 | | 0 | N/A | Construction not completed. Target date for DHS licensing survey is 08/15/2006. |
| CMF (DP-GACH) | Yes | 47 | 3 | 0 | | 20 | N/A | The CTC is a distinct part unit of the general acute care hospital. CMF must secure funding to convert two patient rooms to a respiratory isolation room to comply with code. This will reduce the number of licensed beds to 46. |
| CMF (MHCB) | No | 50 | 50 | 50 | | 12 | N/A | Design completed. Project is now out to bid. Target date for construction completion is 02/29/2008. Target date for DHS licensing survey is 08/15/2008. |
| HDSP | Yes | 31 | 10 | 10 | | 12 | | Construction not completed. Target date for DHS licensing survey is 10/15/2006. |
| ISP | No | 13 | 5 | 5 | | | N/A | Construction completed. KVSP is still trying to staff the CTC. |
| KVSP | No | 24 | 12 | 12 | | | N/A | |
| LAC | Yes | 16 | 13 | 7 | 6 | 5 | | LAC CTC has 4 rooms that cannot be used for MHCB patients for safety reasons: 2 respiratory isolation rooms and 2 single patient rooms. LAC has 5 LTC patients who require more physical capacity and attention from nursing staff; only 4.0 RNs to cover up to 6-10 MHCB patients (and can barely make the 32 MH nursing hours required for a 24-hour period); and nursing staff who have been diverted to the yards and reception center. |
| MCSP | Yes | 10 | 10 | 8 | 2 | 1 | | MCSP CTC has 2 rooms used for medical patients only because their construction poses a safety hazard to MHCB patients: ADA single patient room and respiratory isolation room. Also, to MCSP knowledge, they were never staffed for 10 MHCBs, only 8. |
| NKSP | Yes | 16 | 10 | 10 | | 0 | | |
| PBSP | Yes | 19 | 8 | 11 | | 0 | | |
| PVSP | Yes | 15 | 5 | 5 | | 3 | | |
| RJD | Yes | 28 | 14 | 15 | | 6 | | |
| SAC | Yes | 15 | 15 | 6 | 9 | 4 | | SAC CTC has 2 respiratory isolation rooms, which, because of their location and construction, are not used for MHCB patients. Per SAC records, the CTC was allocated only 4.0 RNs to cover 6-10 MH patients (Title 22 requires 5.0 RNs for 11-20 MH patients). SAC has had up to 13 MHCB patients, covered in part with non-budgeted MH/Registry staff. |
| SATF | No | 38 | 16 | 14 | 2 | 0 | | MHCB Unit construction completion targeted for 03/2006. Target date for DHS licensing survey is 08/15/2006. |
| SOL | Yes | 15 | 13 | 9 | 4 | 13 | | No response re: MHCB staffing discrepancy. |
| SQ | No | 24 | 12 | 12 | | 0 | N/A | Because of physical plant issues, SOL CTC cannot treat more than 9 MHCB patients: 3 beds in 3 bed room, 1 room taken for required exam/treatment room, respiratory isolation room located and constructed so that it poses a danger to a MHCB patient. |
| SVSP | Yes | 22 | 10 | 10 | | 12 | | Design almost completed. Court upheld CDCR right to proceed. Target date for construction completion is 01/15/2009. Does not include Salinas Valley Psychiatric Program beds. |
| WSP | Yes | 16 | 6 | 6 | | 0 | | |
| DMH @ CMF | Yes | 20 | 20 | 20 | | | N/A | Within GACH-APP Unit, 20 beds dedicated to MHCB patients. |
| DMH @ ASH | Yes | 25 | 25 | 25 | | | N/A | Within ASH GACH, 25 beds dedicated to MHCB patients. |
| TOTAL Existing Beds | | 377 | 173 | 156 | 23 | 88 | | |
| TOTAL Proposed Beds | | 140 | 100 | 100 | 0 | 0 | | |
| GRAND TOTAL | | 517 | 273 | 256 | 23 | 88 | | |

166

## Justification of Custody Positions

### SHU/ASU CCCMS Inmates Requiring Individual Therapy

| | |
|---|---|
| 2451 | CCCMS I/M in SHU/ASU |
| 1 | Hour of individual therapy every 90 days |
| 0.5 | Hour of escort time |
| 3676.5 | Total hours of escort and therapy required every 90 days |
| 1.5 | Number of CO escorts required per escort assuming some multiple escorts |
| 5514.75 | Total staff hours required every 90 days |
| 22059 | Total staff hours required annually |
| 12.63 | Positions required to facilitate total staff hours (1747 hours equates to 1.0 CO PY) |
| 1.18 | Total position authority required to provide 1 PY w/ Vac/Hol/Sck/Trng coverage |
| **14.900** | **Sub-Total of position authority required** |

### SHU/ASU CCCMS Inmates (20%) Available for Group Therapy

| | |
|---|---|
| 490 | Number of CCCMS I/M in SHU/ASU available for group therapy |
| 6 | inmates per group setting (average) |
| 82 | Average number of groups per week |
| 3 | Total hours of escort and therapy required each week |
| 3 | Number of CO escorts required per escort assuming some multiple escorts |
| 735 | Total staff hours required week |
| 38220 | Total staff hours required annually |
| 21.88 | Positions required to facilitate total staff hours (1747 hours equates to 1.0 CO PY) |
| 1.18 | Total position authority required to provide 1 PY w/ Vac/Hol/Sck/Trng coverage |
| **25.815** | **Sub-Total of position authority required** |

| | |
|---|---|
| **40.715** | **Total position authority required** |

01534

California Department of Corrections and Rehabilitation
Division of Correction Health Care Services
Mental Health Program BCP
FY 2006/07

| One Time Cost Summary | | | |
|---|---|---|---|
| Item | Quantity | Unit Cost | Total Cost |
| Treatment Cell | 297 | $ 1,069 | $ 317,493 |
| Copier | 29 | $ 9,000 | $ 261,000 |
| Laptop | 159 | $ 1,400 | $ 222,600 |
| Shredder | 33 | $ 2,500 | $ 82,500 |
| Fax Machine | 29 | $ 250 | $ 7,250 |
| Dictation Equipment | 17 | $ 370 | $ 6,290 |
| Golf Cart | 14 | $ 10,500 | $ 147,000 |
| Television | 29 | $ 499 | $ 14,471 |
| Group Therapy Materials | 28,000 | $ 2 | $ 56,000 |
| | | | |
| Subtotal: | | | $ 1,114,604 |

| Ongoing Cost Summary | | | |
|---|---|---|---|
| Item | Quantity | Unit Cost | Total Cost |
| Printing (Forms) | | | $ 50,000 |
| | | | |
| Subtotal: | | | $ 50,000 |

| | | | |
|---|---|---|---|
| GRAND TOTAL: | | | $ 1,164,604 |

Forensic ... Requirements

| Report Types | Tasks | Hrs. Per Day | Patients Per Day | Days Per Week | Total Hours Year | Staff Req @ 1760 per year | Existing Staff | Add Staff Required |
|---|---|---|---|---|---|---|---|---|
| | 1. Case management of identified complex cases that require repeated utilization of services, frequent requests for admissionsand extended length of stays. | 0.5 | 20 | 5 | 2600 | 1.48 | | |
| | 2. Interact with appropriate members of the Mental Health team, including physicians, to assist in determination appropriateness of continued acute or intermediate mental health care. | 0.5 | 10 | 5 | 1300 | 0.74 | | |
| | 3. Interact with custody, transportation, classification & endorsement | 0.5 | 10 | 5 | 1300 | 0.74 | | |
| | 4.Liason with DMH RNs to coordinate inmate/patient referrals & transfers | 0.5 | 10 | 5 | 1300 | 0.74 | | |
| | 5. Communicate procedureal problems affecting referral and transfer process | 0.5 | 10 | 5 | 1300 | 0.74 | | |
| | 6. Assemble, organize, maintain and perform basic analisys of data for statistical and management reports and interface with analytical staff | 1 | 10 | 5 | 2600 | 1.48 | | |
| | 7. Network with CDCR and DMH regarding mental health care system capabilities and orientation of CDCR staff | | | | 24 | 0.01 | | |
| | 8. Contribute expertise to policy development and updating and MOUs | | | | 24 | 0.01 | | |
| | 9. Participate in DCHCS Quality Management System processes | | | | 24 | 0.01 | | |
| | 10. Weekly concurrent review of all CDCR patients at DMH to evaluate progress and authorize continued stay | 1 | 15 | | 4 | 0.03 | | |
| | 11. Maintain current knowledge of litigation issues related to the care and treatment of patient Inmates and ensure compliance with court orders, mandates and other administrate duties as directed | | | | 12 | 0.01 | | |
| | 12. Ensure quality care; improve efficiency in the use of internal CDCR resources, establishes and maintain accountability. | 1 | 15 | | 20 | 0.17 | | |
| | 13. Keep CDCR current with cost conscious medical practice; identify quality and risk management issues. | | | | 24 | 0.01 | | |
| | 14.Decrease litigation; practice in accordance with accepted community standards. | | | | 24 | 0.01 | | |
| | 15. Comply with regulatory and licensing requirements; and standardize the UM program systemwide. | | | | 6 | 0.00 | | |
| | 16.Ensure that all services are medically necessary; ensure all services are provided at the appropriate level/source of care. | 2 | 15 | 5 | 20 | 0.34 | | |
| | 17.Continue efforts to pattern a community based UM department; with a regionally based reporting and oversight structure by NCPR. | | | | 12 | 0.01 | | |
| | | | | | | 6.54 | | |
| Total Hrs. | | | | | | | | |
| | | | | | 10594 | | | |
| TOTAL ADDITIONAL STAFF | | | | | | | | |

1

Forensic ... Requirements

| A | | B | | C | | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | 26 | | | | | | 6.067583 | | | |

2

| Department of General Services<br>Real Estate Services Division | **PROGRAM DATA SHEET** |
|---|---|
| | Date: 1/28/2006 |
| | Transaction Number: |

**Department:** Department of Corrections and Rehabilitation
**Division:** Division of Correctional Health Care Services
**Location:** 501 J Street
Sacramento, CA 95814

| Type | Base | Space Type |
|---|---|---|
| A=Position in Budget | A=Full Time | O=Open Space |
| B=Approved BCP P | B=3/4 Time | P=Private Office |
| C=Contractor | C=1/2 Time (or less) | G=Group Workstation |
| D=Temp. Help | | |
| E=Volunteer | | |

**Program For:** Mental Health Program Area

DRAFT

**Staff Projections**

| Position Type | Base | Classification | Current | FY 05-06 | FY 06-07 | FY 07-08 | Area | Space Type | FY 05-06 Total Area Required | FY 06-07 Total Area Required | FY 07-08 Total Area Required |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | A | State Wide Mental Health Director | | | | 1 | 200 | P | - | 200 | |
| A | A | Regional Mental Health Director | | | | 3 | 150 | P | - | 450 | |
| A | A | Chief of Clinical Operations Branch (CEA) | | | | 1 | 200 | P | - | 200 | |
| A | A | Chief of Clinical Policy & Programs Branch (CEA) | | | | 1 | 200 | P | - | 200 | |
| A | A | Project Director (CEA) | 1 | | | | 200 | P | - | - | |
| A | A | Executive Secretary | | | | 1 | 100 | P | - | 100 | |
| A | A | Chief Psychiatrist | 1 | | | | 150 | P | - | - | |
| A | A | Chief Psychologist | 2 | | | 1 | 150 | P | - | 150 | |
| A | A | Senior Psychiatrist Supervisor | 1 | | | | 125 | O | - | - | |
| A | A | Senior Psychologist Supervisor | 3 | | | | 125 | O | - | - | |
| A | A | Senior Psychiatrist Specialist | | | | 7 | 125 | O | - | 875 | |
| A | A | Senior Psychologist Specialist | 2 | | | 11 | 125 | O | - | 1,375 | |
| A | A | Staff Psychiatrist | 6 | | | | 100 | O | - | - | |
| A | A | Clinical Psychologist | 17 | | | 28 | 100 | O | - | 2,800 | |
| A | A | Psychiatric Social Worker | | | | 1 | 100 | O | - | 100 | |
| A | A | Senior Psychiatric Technician | | | | 6 | 100 | O | - | 600 | |
| A | A | Nurse Consultant | | | | 6 | 100 | O | - | 600 | |
| A | A | Health Program Manager II | | | | 3 | 110 | O | - | 330 | |
| A | A | Health Program Specialist II | | | | 3 | 100 | O | - | 300 | |
| A | A | Health Program Specialist I | 1 | | | 5 | 100 | O | - | 500 | |
| A | A | Associate Health Program Analyst | | | | 16 | 100 | O | - | 1,600 | |
| A | A | SSA/AGPA | 4 | | | | 100 | O | - | - | |
| A | A | Secretary | | | | 9 | 75 | O | - | 675 | |
| A | A | Office Technician | 5 | | | 13 | 75 | O | - | 975 | |
| A | A | Facility Captain | | | | 6 | 150 | O | - | 900 | |
| A | A | Retired Annuitant | | | | 6 | 100 | O | - | 600 | |
| | | | | | | | | | | | |
| | | Sub-Total Office Space Required | 43 | - | | 128 | - | | - | 13,530 | |
| | | | | | | | | | | | |
| | | Circulation (40%) | | | | | | | - | 5,412 | |
| | | | | | | | | | | | |
| | | **TOTAL OFFICE SPACE REQUIRED** | | | | | | | - | 18,942 | - |
| | | (sq.ft. of office space per FY) | | | | | | | | | |
| | | | | | | | | | | | |
| | | **Special Use Requirements** | | | | | | | | | |
| | | Storage Room | 0 | 1 | 1 | 1 | 200 | | 200 | 200 | 200 |
| | | File Room | 0 | 1 | 1 | 1 | 200 | | 200 | 200 | 200 |
| | | Data/Telecommunications Room | 0 | 1 | 1 | 1 | 80 | | 80 | 80 | 80 |
| | | Interview/Team Room | 0 | 1 | 1 | 1 | 150 | | 150 | 150 | 150 |
| | | Conference Room with Video Conference Equipment | 0 | 1 | 1 | 1 | 250 | | 250 | 250 | 250 |
| | | Employee Room | 0 | 1 | 1 | 1 | 175 | | 175 | 175 | 175 |
| | | Copier/Fax Room | 0 | 1 | 1 | 1 | 175 | | 175 | 175 | 175 |
| | | Reception Area | 0 | 1 | 1 | 1 | 100 | | 100 | 100 | 100 |
| | | Shared Printer Area | 0 | 3 | 3 | 3 | 48 | | 144 | 144 | 144 |
| | | | | | | | | | | | |
| | | Sub-Total Special Use Space Required | | | | | | | 1,474 | 1,474 | 1,474 |
| | | | | | | | | | | | |
| | | Circulation (40%) | | | | | | | 590 | 590 | 590 |
| | | | | | | | | | | | |
| | | **TOTAL SPECIAL USE SPACE REQUIRED** | | | | | | | 2,064 | 2,064 | 2,064 |
| | | | | | | | | | | | |
| | | **TOTAL SPACE REQUIRED** | | | | | | | 2,064 | 21,006 | 2,064 |

RESD Manager Concur _____

RESD Planner Concur _____

Agency Concur _____

PARKING:
Public _____
Handicap _____
State _____

*14 Dentist listed, 5 on special assignment

**PARTIAL MODULAR FURNITURE**
**(Reconfiguration of existing office space for 25 Workstations)**

**Workstation Projection (cost per station):**          **$4,500**

*Using existing space to accomatate 7 new BCP positions for OPS would require 25 modular spaces impacting 18 existing offices.*

| OFFICE OF PERSONNEL SERVICES | Total Staff FY 06/07 | Total Cost |
|---|---|---|
| ASO PERSONNEL ANLT | 18 | $81,000 |
| OFF TECH (TYPING) | 1 | $4,500 |
| PERSNL SL TECH | 3 | $13,500 |
| SECRETARY | 2 | $9,000 |
| SR PERSNL SP | 1 | $4,500 |
| **Total Workstations** | **25** | **$112,500** |

| TOTAL PROJECTED COST | | |
|---|---|---|
| Total (Existing PYs) | 18 | $81,000 |
| BCP PYs | 7 | $31,500 |
| Total (Revised PYs) | 25 | $112,500 |
| Taxes ($7.75) | | $8,719 |
| **Total Cost** | | **$121,219** |

D:/Moana/BCPs/HR's Portion (Coleman-FY 06-07) Space Data.xls.

01539



**NEW LEASE SPACE REQUIREMNTS (relocation of Office of Workforce Planning and Selection)**

**Annual Cost Projection:** 17,364 total sq. ft.
x $2.05 per sq. ft. x 12 months = $427,152 annually

| Type | Base | Space Type |
|------|------|-----------|
| A = Position in Budget | A=Full Time | O = Open Space |
| B = Aprv'd BCP Pos. | B=3/4 Time | P = Private Office |
| C = Contractor | C=1/2 Time | G = Group |
| D = Temp. Help | or less | Workstation |
| E = Volunteer | | |

| SELECTION SERVICES | | | | | | | 05/06 | 06/07 |
|---|---|---|---|---|---|---|---|---|
| **POSITION** | | | FY | FY | | **Space** | **Total Area** | **Total Area** |
| (T)ype | (B)ase | CLASSIFICATION | 05/06 | 06/07 | Area | Type | Required | Required |
| A | A | Staff Services Mgr. II | 2 | 2 | 125 | P | 250 | 250 |
| A | A | Staff Services Mgr. I | 4 | 4 | 110 | O | 440 | 440 |
| A | A | Assoc. Personnel Analyst/SSA | 16 | 20 | 100 | O | 1600 | 2000 |
| A | A | Superv. Pers. Selec. Tech. | 2 | 5 | 100 | O | 200 | 500 |
| A | A | Office Services Supervisor II | 0 | 1 | 75 | O | 0 | 75 |
| A | A | Pers. Selection Tech. | 11 | 11 | 100 | O | 1100 | 1100 |
| A | A | Office Assistant (T) | 1 | 1 | 75 | O | 75 | 75 |
| D | B | Asst. Examination Proctors | 6 | 6 | 75 | O | 450 | 450 |
| D | G | Retired Annuitant (Sale/Mendenhall) | 2 | 2 | 75 | O | 150 | 150 |
| A | A | Office Technician | 1 | 1 | 75 | O | 75 | 75 |

| WORKFORCE PLANNING | | | | | | | 05/06 | 06/07 |
|---|---|---|---|---|---|---|---|---|
| **POSITION** | | | FY | FY | | **Space** | **Total Area** | **Total Area** |
| (T)ype | (B)ase | CLASSIFICATION | 05/06 | 06/07 | Area | Type | Required | Required |
| A | A | Staff Services Mgr. III | 1 | 1 | 150 | P | 150 | 150 |
| A | A | Staff Services Mgr. II | 2 | 2 | 125 | O | 250 | 250 |
| A | A | Staff Services Mgr. I | 2 | 2 | 100 | O | 200 | 200 |
| A | A | SSA/AGPA | 9 | 13 | 80 | O | 720 | 1040 |
| A | A | Office Technician | 1 | 1 | 75 | O | 75 | 75 |
| | | Subtotal Office Requirements | 60 | 72 | | | 5735 | 6830 |
| | | Circulation    25 | | | | | 1434 | 1708 |
| | | TOTAL OFFICE SPACE REQUIRED | | | | | 7169 | 8538 |

| SPECIAL REQUIREMENTS | | | |
|---|---|---|---|
| | Computer/Scantron Room/Computer Work Area (Area must be Cooled) | 165 | 165 |
| | Exam Work Areas (Area needs to be Locked) | 143 | 143 |
| | Interview Rooms (10) | 1430 | 1430 |
| | Library Research | 150 | 150 |
| 1/ | Conference Rooms (5) | 1200 | 1200 |
| 2/ | Reception Area/Candidate Room/Lobby | 314 | 314 |
| | Supply/Copiers (2)/Mail Equipment/FAX Machine (Area must be Cooled) | 285 | 285 |
| | SPB On-line Printers & Terminals (Confidential/Security - Needs to be Locked) | 200 | 200 |
| | Exam Frozen Room (Area needs to be locked) | 143 | 143 |
| | File Room & Records/Historical Storage | 1200 | 1200 |
| | Subtotal Special Requirements | 5230 | 5230 |
| | Circulation    25 | 1308 | 1308 |
| | TOTAL SPECIAL USE SPACE REQUIRED | 6538 | 6538 |
| | PY GROWTH FACTOR (including circulation factor) | | 2288.3 |
| | TOTAL NET SPACE REQUIRED | 13707 | 17364.3 |

1/ To accommodate OWP&S's staff redirections affected by 7/1/05 CDCR merger,
   four of the existing conference rooms that once existed had to be converted
   to staff work stations.
2/ Support Staff space to be added to this area (2.0 Office Technicians, 1.0 Office
   Services Supervisor II and 1.0 Office Assistants = 305 sq ft).

**FY 06/07 Spring Finance Letter**
**(Coleman Court Order)**

**MODULAR FURNITURE**
**(Reconfiguration of existing office space)**

**Workstation Projection (cost per station):**     $4,500
**Private Offices (existing SSM II and III positions):**     Four (4)

| SELECTION SERVICES | Total Staff FY 06/07 | Total Cost |
|---|---|---|
| Staff Services Mgr. I | 4 | $18,000 |
| Assoc. Personnel Analyst/SSA | 20 | $90,000 |
| Supervising Pers. Selection Technician | 5 | $22,500 |
| Office Services Supervisor II | 1 | $4,500 |
| Personnel Selection Technician | 11 | $49,500 |
| Office Assistant (T) | 1 | $4,500 |
| Asst. Examination Proctors | 6 | $27,000 |
| Retired Annuitant (Sale/Mendenhall) | 2 | $9,000 |
| Office Technician | 1 | $4,500 |
| Subtotal | 51 | $229,500 |

| WORKFORCE PLANNING | Total Staff FY 06/07 | Total Cost |
|---|---|---|
| Staff Services Mgr. I | 2 | $9,000 |
| SSA/AGPA | 13 | $58,500 |
| Office Technician | 1 | $4,500 |
| Subtotal | 16 | $72,000 |

| TOTAL PROJECTED COST | | |
|---|---|---|
| Total (Existing PYs) | 67 | $301,500 |
| PY Growth (15%) | 12 | $54,000 |
| Total (both sections) | 79 | $355,500 |
| Taxes ($7.75) | | $27,551 |
| Total PYs/Cost | | $383,051 |

*S A M P L E*

**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**Mental Health Program**

**Workload Tracking Data Collection Form**

**Employee Name:**
**Position:**
**Week Beginning Monday (date):**

**Part I: Time**
**Instructions:**  Insert actual time in minutes (round to the next closest minute) spent performing each task on a daily basis.  Total time per day must equal total time worked that day. Items with no entry equal "0". Turn in completed form each Monday for the previous week.

| TASK / PROGRAM TITLE | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY | TOTAL TIME |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| Attend/participate in meetings |  |  |  |  |  |  |  |  |
| Receive/initiate telephone calls/emails |  |  |  |  |  |  |  |  |
| Review, respond or initiate correspondence |  |  |  |  |  |  |  |  |
| Prepare/review reports |  |  |  |  |  |  |  |  |
| Attend training |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| **Totals** | 0 | 0 | 0 | 0 | 0 | 0 | 0 |  |

Minutes

1 Work Day (8 Hours) = 580 Minutes          1 Work Week (5 Days) = 2,400 Minutes

01542

**S A M P L E**

California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Program

Workload Tracking Data Collection Form

**Employee Name:**
**Position:**
**Week Beginning Monday (date):**
**Part II: Items**
**Instructions:** Insert actual number of items (round to the next closest whole number) worked on in the listed category on a daily basis. Items with no entry equal "0". Turn in completed form each Monday for the previous week.

| Day Enter Item | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Total Time (min) |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
| Number of meetings |  |  |  |  |  |  |  | 0 |
| Number of phone calls/emails |  |  |  |  |  |  |  | 0 |
| Number of correspondence |  |  |  |  |  |  |  | 0 |
| Number of reports prepared/reviewed |  |  |  |  |  |  |  | 0 |
| Number of trainings attended |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
|  |  |  |  |  |  |  |  | 0 |
| Totals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

The information entered on each page of this form and on all attachments, if any, accurately reflects the work performed during the stated period.

_____          _____
Employee Signature                             Date

Rev. 1/22/06

01543

# DRAFT

### California Department of Corrections and Rehabilitation's Response to Recommendations in the Coleman Vs. Schwarzenegger Fifteenth Monitoring Report

## INTRODUCTION

The purpose of this document is to provide the Special Court Master with the California Department of Corrections and Rehabilitation's (CDCR) response to the Special Master's recommendations from the Coleman vs. Schwarzenegger Fifteenth Monitoring Report.

## RECOMMENDATION #1

## BRIEF HISTORY

As a result of RALPH COLEMAN, et al. vs. ARNOLD SCHWARZENEGGER, et al., the CDCR is regularly monitored by the assigned Special Master. The recommendations in the Fifteenth Monitoring Report of the Special Master on the Defendants' compliance with Provisionally Approved Plans, Policies and Protocols, directs CDCR to reduce the vacancy rates of Psychiatrists system wide. In order to be compliant, CDCR must submit a plan within 60 days of the final court order.

CDCR is experiencing a significant problem recruiting and retaining qualified mental health personnel within the system, and cannot keep pace with the increased health care demand. This shortage of mental health staff directly impacts CDCR's ability to provide quality health care services to inmates. This issue is further compounded by the Coleman decision which mandates CDCR to provide an adequate level of mental health service to inmates. The implementation of the final court order, which is being overseen by a Special Court Master, requires the institutions to fill mental health positions, irrespective of salary costs. Failure to comply results in millions of dollars of added legal costs in addition to the health care costs that must be paid regardless, and compounding lack of access to care.

CDCR's inability to attract and retain qualified mental health staff primarily stems from two reasons: (1) unattractive working conditions; and (2) an inability to compete with salaries and benefits paid by private sector and other governmental employers.

Many health care professionals will not work in a prison because:

- Prisons are inherently more dangerous to work in than other settings.

# DRAFT

- Health care is the primary mission of health care facilities, while custody and security is of primary importance in an institutional setting. As viewed by clinicians, this relegates the provision of health care to a secondary role in the institution, a status most clinicians find very difficult to accept. The resulting conflict affects not only the kinds of services provided, but also the Department's ability to attract health care professionals into our employment.

- Our institutions are significantly overcrowded, resulting in a much higher workload level than health care professionals experience elsewhere.

- By their very nature, institutions are high-stress environments. The living arrangements of inmates and work necessities of staff, combined with the difficult nature of inmates and the overcrowding make correctional facilities one of the most stressful work environments in our society.

- Correctional institutions have a poor clinical image. To the clinician, they are seen as undesirable treatment environments.

- Institutions are highly litigious environments. Inmates, their lives already heavily immersed in the legal system, will frequently initiate lawsuits. With many clinicians' concerns about malpractice at historic highs, treating patients in this atmosphere is an unattractive prospect.

- Prisons lack professional affiliations for clinicians. They do not maintain contacts or associations with universities, medical research centers or professional societies, since the role of prisons does not normally touch on such organizations. This creates a framework of professional aridity within which prisons clinicians must function.

- The remote locations of many prisons deter clinicians because of professional and cultural isolation. Many locations present not only uncomfortable climates but considerable physical remoteness from the resources and amenities of the State's urban centers. These rural areas also lack the professional association and collegiality so common within clinical and professional communities in urban-suburban locations. Such professional community contacts are very significant to clinicians and professionals, and the lack of such contacts strongly discourages them from moving to any remote location, whether to work in a prison or somewhere else.

Although the State's current benefit package outweighs most offered by the private sector, the compensation currently offered by CDCR is simply not competitive with other employers. This, combined with the unique working environment in a correctional facility,



# DRAFT

provides no incentive for a health care professional to seek employment in an institution. In addition, there are inequities within the mental health delivery system within institutions. Currently, Department of Mental Health's (DMH) working environment and salaries vary greatly from CDCR's within the institutions. CDCR Mental health staff who work within institutions in which  DMH operates, typically transfer to work at DMH due to:  lower caseload; better working environment;  better salaries. Until such time as there is true equality between the two Department's programs, there will continue to be problems.

## PLAN OVERVIEW:

Recommendation #1 requires CDCR to reduce the rate of vacancies among psychiatrists system-wide, after contracting, to no more than ten percent, as well as a plan for maintaining the rate of vacancies among psychiatrists at ASP, HDSP and VSPW, also at a maximum of ten percent. The portion of the plan addressed to the three specific institutions might include increases in R&R differential payments; the reduction of the Mental Health Services Delivery System (MHSDS) population and/or programs offered in the facilities; the relocation of programs in those facilities elsewhere; or any combination of these approaches.  The Department's plan includes implementation of enhanced recruitment strategies, streamlining of selection process, employing the use of telemedicine at specific sites, and enhanced pay options.

## Develop Methods of Successful Recruitment Strategies

The Office of Workforce Planning and Selection (OWP&S), is committed to ensuring mental health recruitment throughout CDCR is successful.  As such, several efforts are already underway.  The OWP&S, along with the California Medical Facility (CMF), recently hosted a Recruitment Workshop for Registered Nurses (RNs), with the goal to educate RN's about career opportunities within CDCR.  Approximately 150 nurses attended the workshop, and as a result, every vacant RN position was filled at the institution.  The workshop required significant changes to existing processes, but the results were so positive that the OWP&S is committed to duplicating those efforts throughout the State as needed. The first Mental Health Workshop is going to be held at California State Prison Sacramento on February 17th and work plans are in place to conduct similar workshops at the most critical institutions starting in March 2006.

As the Court is aware, significant resources have been spent in advertising and job fairs in the past -- most with little success.  However, marketing plays a key role in attracting qualified candidates to consider employment with the CDCR.  Therefore, getting the word out about the "New" CDCR is underway.  Action items include the recent creation of a mental health "Strike Team".   This team of CDCR mental health professionals are responsible for using a peer-to-peer approach at universities and colleges, specific mental health conferences, along with being  key speakers involved in institution specific hiring



# DRAFT

workshops and presentations. Another key element of marketing involves the production of videos showing mental health professionals at work and providing testimonials about the working condition and benefits of working at CDCR. Along with videos, professional brochures and new advertisements are being developed and will be submitted to mental health publications and Associations, along with localized advertisements coinciding with the various planned recruitment workshops.

Additionally, the OWP&S will be underway providing one-on-one direction to institution personnel offices, assisting them with contacting employment certification list candidates and scheduling hiring interviews at institutions with mental health vacancies. Along with assisting the institutions with identification of interested candidates, each institution will also be instructed to implement a streamlined 10 day hiring process similar to Plata, beginning with Psychiatrist classifications. Procedures and monitoring tools are being developed and will be distributed to all institutions in February 2006. OWP&S is also working with the State Personnel Board to establish on-line/expedited exam processes, with the Staff Psychiatrist examination scheduled to be fully automated and available for use by candidates in Mid-March 2006. All other mental health classification examinations are also undergoing significant revisions, in an effort to streamline the examination process. However, until additional funding is available, those examinations will not be fully automated. Additional efforts include utilizing other methods of successful recruitment from Pelican Bay State Prison and the Department of Mental Health as recommended in the monitoring report; utilizing the Federal Loan Repayment Program; researching and implementing hiring H1 Visa candidates.

Recommendation #1 also recommends, in regard to the provision of services by psychiatrists and the high vacancy rates, that special consideration be given to three prisons -- Avenal State Prison (ASP), High Desert State Prison (HDSP), and Valley State Prison for Women (VSPW). Special Master Keating writes "That portion of the plan addressed to the 3 specific institutions might include increases in R&R differential payments, the reduction of MHSDS population and /or programs offered in the facilities, the relocation of program in those facilities elsewhere or any combination of these approaches." CDCR has decided to augment the delivery of Tele-Psychiatry services to these three prisons as a short term solution. The existing Tele-Psychiatry Unit at headquarters will be expanded to accommodate this need. The psychiatry positions to be redirected to Sacramento will be the long-vacant positions from ASP, HDSP, and VSPW. The longer term solution, in terms of moving or changing the current mental health mission at these three prisons, will be determined by the "Right Prison, Right Mission" project. The details of this tele-psychiatry expansion are attached to this document: "Plan for Expanding Tele-Psychiatry Services", "Attachment I", and "Attachment 2".

# DRAFT

## Contracting

An additional  strategy for filling psychiatrist vacancies – when there are no candidates for civil service employment, and the routine physician registries can not accommodate CDCR – is to next seek contract psychiatrists via an *emergency* venue. The same physician-owned staffing agencies, as well as the same terms of agreements, that are currently in place for filling primary care physician vacancies in response to *Plata*, will be utilized for psychiatrists.

## Develop Compensation Solution for Psychiatrist  Series Statewide

The existing base salary and Recruitment and Retention (R&R) differentials for the mental health classifications are inadequate.  Compensation packages paid in the private sector are generally not disclosed since they are negotiable items.  However, a comparison of salaries between the State and various counties has been conducted and shows a significant salary lag between the state and private sector based on salary information obtained from the Economic Research Institute.  This creates a significant barrier in attracting and obtaining qualified mental health staff.

CDCR proposes that a Hiring Above Minimum Authorization (HAM) to the maximum step of each salary range be authorized for the Chief Psychiatrist, CF, Senior Psychiatrist, CF (Specialist), Senior Psychiatrist, CF (Supervisor), and Staff Psychiatrist positions at all CDCR locations including the Division of Juvenile Justice (DJJ) and the Division of Adult Parole (DAP).   CDCR proposes HAM approval effective March 1, 2006. (This is consistent with a practice already in place for DMH.)

CDCR also proposes that additional R&R pay differentials for the Psychiatrist classifications at all CDCR locations including DJJ and DAP be approved for the amounts shown on the table below.

| Position | Proposed Pay Differential Amount |
|---|---|
| Chief Psychiatrist, CF | $4,000 per month |
| Senior Psychiatrist, CF (Specialist) | $3,500 per month |
| Senior Psychiatrist, CF (Supervisor) | $3,500 per month |
| Staff Psychiatrist, CF | $3,000 per month |



# DRAFT

To determine the amount of the proposed R&R's the existing salary and R&R for the Chief Psychiatrist was compared to the salaries obtained from the Economic Research Institute (ERI) and public and private sector (Attachments 3 & 4). Increasing the R&R for the Chief Psychiatrist by $4,000 places the total salary mid-level between the ERI salary information and just under the salaries for the private sector. No salary data was available the Senior Psychiatrists classifications, therefore, the proposed amount of $3,500 was calculated by decreasing the proposed amount for the Chief Psychiatrist by approximately 10%. The proposed amount for Staff Psychiatrist was decreased incrementally as well to $3,000.

By increasing the R&R's for these positions, CDCR believes it will be more successful in attracting and retaining qualified professionals. Additional R&R's will encourage retention of current incumbents. Impact of the enhanced R & Rs will also be monitored with recommended adjustments as needs dictate. CDCR will closely monitor vacancies statewide for other mental health classifications and request any necessary adjustments to the Recruitment and Retention Pay Differentials. The DPA salary study, due at the end of March, will address the other mental health classifications.

In order to comply with the existing Coleman Court Orders, requiring CDCR to maintain a psychiatrist vacancy rate of no more than 10%, CDCR proposes that the R&R's become effective March 1, 2006. Without recognizing the issue of lack of appropriate salaries, CDCR will not be able to attract qualified professionals. Also, CDCR proposes equitable pay increase be authorized for other State agencies which may be impacted by this proposal, including DMH.

CDCR proposes that the R&R's become effective March 1, 2006. Current year funding is necessary in order to be in compliance with previous court orders mandating that CDCR keep the psychiatrist vacancy rate at 10% or lower.

## FUNDING

A Spring Finance Letter was prepared to request the necessary funding in order to implement R&R's and a statewide HAM. The total proposed cost for CDCR alone is:

|       | FY 05/06       | FY 06/07        |
|-------|----------------|-----------------|
| R&R   | $3,904,200.00  | $11,424,600.00  |
| HAM   | $86,289.73     | $258,869.19     |

The DMH is preparing their cost estimates as well as identifying a funding mechanism.

01549

# DRAFT

## **RECOMMENDATION #2**

## **BRIEF HISTORY**

Special Master Keating has characterized the CDCR Mental Health Program (headquarters) and the Mental Health Services Delivery System (field) as the largest mental health delivery system in the world. The current workforce at the headquarters level consists of five clinicians (two of which are borrowed from the field), three analysts, and two clericals to oversee the entire CDCR mental health system. The amount of workload in terms of expected corrective actions and remedies from the court (as well as to those generated internally as the Division of Health Care Services (DCHCS) strives to offer quality care that is accordance with constitutional mandates, community standards, and best-practices) is far too great for the current number of headquarters staff to keep up with in a timely manner. Therefore, the Special Master has recommended that the Court order CDCR to expand the Division of Correctional Health Care Services (DCHCS) central office staff commensurate with the growth and present size of the CDCR mental health staff and caseload, addressing issues of compensation for headquarters staff.

## **PLAN OVERVIEW:**

## **Develop Staffing Model for DCHCS Mental Health Program**

DCHCS, with the assistance of CPS Human Resource Services consultants, has developed a plan for expanding the headquarters staff, which includes regional teams (Quality Management Assistance Teams or "QMAT") to provide onsite quality assurance at every one of the State's 33 prisons. The QMAT monitoring is designed to replace the similar function currently provided by the Coleman Court's team of experts. The new staffing model was developed with limited workload data given that this sort of undertaking has never occurred before. DCHCS has reached out to other State Correctional systems for guidance, as well as looked at similar-sized California State agencies. Neither strategy proved fruitful given that nothing else compares to the size and complexity of CDCR DCHCS. The number of new positions requested is the best estimate of what it would take at this time to manage the system and programs on an ongoing basis. DCHCS will conduct a workload analysis this year (2006) to gather better data and analysis in regard to what is required, as well as recommend improvements to operational efficiencies. The Division will make any adjustments to its request for resources in the 2007/2008 budget cycle.

# DRAFT

## Develop Compensation Solution for DCHCS Central Office Mental Health Staff

It is evident that CDCR has recruitment and retention problems with staffing the mental health clinician positions statewide. However, CDCR and the Department of Personnel Administration (DPA) recognize the additional responsibility the central office mental health management staff have in statewide policy development. As such, the Department is proposing an additional pay differential above the statewide average mental health clinicians receive in the institutions. The proposal includes Chief Psychiatrist and Psychologist classifications. The additional pay differential will be implemented once CDCR secures the required funding and DPA approves the request.

Recommendation #2 also requests a plan to address the issue of additional compensation for Psychiatric Social Workers (PSW), Psychiatric Technicians (PT), Registered Nurses (RN), Health Program Specialists (HPS), analysts and Correctional Counselors with the responsibility of planning, developing, monitoring and evaluating system-wide programming and policy.

Currently there are no PSW or PT positions in the DCHCS central office mental health program. Therefore a compensation plan is not needed at this time. The RN classifications recently received a significant statewide pay differential as a result of the Plata Court Order. The Department is making progress in filling its RN positions, including those in headquarters. Therefore, a compensation plan for these classes is not included as part of this plan. The HPS and analyst positions assigned to the DCHCS central office mental health program are currently filled and perform support activates for the Mental Health Program. Further, these classifications are used in other program areas throughout the Department and are assigned duties of equal criticality and responsibility to the Department. To provide additional compensation for some positions would create great inequity within the Department. Further, there are over 159 eligible on the Department's analyst and HPS employment lists, providing a more than adequate recruitment base for these positions. Therefore, additional compensation for these positions is not included in this plan. The Correctional Counselor classification has received several pay increases over the past two years. The positions in the Mental Health Program are currently filled and have never been problematic in terms of recruitment and retention of competent staff. In addition, the level of counselor (CC III) classification used recognizes the importance of the positions to the program. Therefore, additional compensation has already been recognized and is not included as part of this plan.

### Funding

A Spring Finance Letter was prepared to request the necessary funding for this proposal.


# DRAFT

| PLAN SCHEDULE: | | |
|---|---|---|
| Action | Comments | Target Completion Date |
| **Phase I: Submit a plan to reduce the rate of vacancies among psychiatrists system wide, with particular attention to maintaining the retention of staff at ASP, HDSP, and VSPW.** | | |
| Develop plan identifying methods for successful recruitment | Completed | February 3, 2006 |
| Develop and implement methods of successful recruitment strategies<br>• Federal & Loan Repayment Program<br>• H1 Visa Allowance | Both methods are currently being utilized in all marketing and recruitment efforts | February 3, 2006 |
| Identify priority institutions for conducting mental health 'workshops' | • CSP-Sacramento<br>• KVSP<br>• ASP<br>• VSPW<br>• HDSP<br>• PVSP<br>• CEN<br>• CCC<br>• CVSP<br>• SCC | Workshops begin in February 2006 and continue throughout the year |
| Implement Mental Health "Strike Team" | Strike Team has identified schools/events/workshops to attend and provide "peer-to-peer' knowledge | February 3, 2006 |
| Develop new marketing materials | Video, brochures and new advertisements will be developed for mental health professionals | Ads – March 31, 2006<br>Video/Brochures – July 1006 |
| OWP&S contacting certification list candidates for priority institutions | Working with institutions to coordinate efforts | Contacts made beginning March 2006 |
| Develop and implement expedited exam process | Psychiatrist –Fully Automated<br>All others-<br>Streamlined/Expedited | March 31, 2006<br>April 30, 2006 |



# DRAFT

## PLAN SCHEDULE:

| Action | Comments | Target Completion Date |
|---|---|---|
| Develop and implement expedited hiring process | Psychiatrists – Expedited Hiring Instructions to all institutions | February 28, 2006 |
| Develop and implement monitoring process for expedited hiring and testing | OWP&S | March 1, 2006 |
| Monitor Vacancy Rates | OWP&S, as part of their reporting requirements will monitor vacancy rates continuously | Continuous |
| Modify plan as needed to ensure no higher than 10% vacancy rate | OWP&S, as part of their reporting requirements will proactively work with institutions and other parts of the organization to adjust processes in order to ensure vacancy rate requirements are met | Continuous |
| Explore available registry and emergency contracting for psychiatrists | DCHCS | March 31, 2006 |
| Develop and implement compensation solution for Psychiatrist Series statewide (including Juvenile Justice, Paroles, and the Department of Mental Health) | Pending DPA/DOF approval | March 1, 2006 |
| **Phase II: Expand the Division of Correctional Health Care Services' (DCHCS) central office mental health staff with the growth and present size of the CDCR mental health staff and workload.** | | |
| Develop and implement staffing model for DCHCS Mental Health Program | DCHCS | Ongoing |
| Develop and implement compensation solution for DCHCS central office mental health staff | Pending DPA and DOF approval | March 1, 2006 |

# DRAFT

### California Department of Corrections and Rehabilitation's Response to Recommendations in the Coleman Vs. Schwarzenegger Fifteenth Monitoring Report

## INTRODUCTION

The purpose of this document is to provide the Special Court Master with the California Department of Corrections and Rehabilitation's (CDCR) response to the Special Master's recommendations from the Coleman vs. Schwarzenegger Fifteenth Monitoring Report.

## RECOMMENDATION #1

## BRIEF HISTORY

As a result of RALPH COLEMAN, et al. vs. ARNOLD SCHWARZENEGGER, et al., the CDCR is regularly monitored by the assigned Special Master. The recommendations in the Fifteenth Monitoring Report of the Special Master on the Defendants' compliance with Provisionally Approved Plans, Policies and Protocols, directs CDCR to reduce the vacancy rates of Psychiatrists system wide. In order to be compliant, CDCR must submit a plan within 60 days of the final court order.

CDCR is experiencing a significant problem recruiting and retaining qualified mental health personnel within the system, and cannot keep pace with the increased health care demand. This shortage of mental health staff directly impacts CDCR's ability to provide quality health care services to inmates. This issue is further compounded by the Coleman decision which mandates CDCR to provide an adequate level of mental health service to inmates. The implementation of the final court order, which is being overseen by a Special Court Master, requires the institutions to fill mental health positions, irrespective of salary costs. Failure to comply results in millions of dollars of added legal costs in addition to the health care costs that must be paid regardless, and compounding lack of access to care.

CDCR's inability to attract and retain qualified mental health staff primarily stems from two reasons: (1) unattractive working conditions; and (2) an inability to compete with salaries and benefits paid by private sector and other governmental employers.

Many health care professionals will not work in a prison because:

- Prisons are inherently more dangerous to work in than other settings.

# DRAFT

- Health care is the primary mission of health care facilities, while custody and security is of primary importance in an institutional setting. As viewed by clinicians, this relegates the provision of health care to a secondary role in the institution, a status most clinicians find very difficult to accept. The resulting conflict affects not only the kinds of services provided, but also the Department's ability to attract health care professionals into our employment.

- Our institutions are significantly overcrowded, resulting in a much higher workload level than health care professionals experience elsewhere.

- By their very nature, institutions are high-stress environments. The living arrangements of inmates and work necessities of staff, combined with the difficult nature of inmates and the overcrowding make correctional facilities one of the most stressful work environments in our society.

- Correctional institutions have a poor clinical image. To the clinician, they are seen as undesirable treatment environments.

- Institutions are highly litigious environments. Inmates, their lives already heavily immersed in the legal system, will frequently initiate lawsuits. With many clinicians' concerns about malpractice at historic highs, treating patients in this atmosphere is an unattractive prospect.

- Prisons lack professional affiliations for clinicians. They do not maintain contacts or associations with universities, medical research centers or professional societies, since the role of prisons does not normally touch on such organizations. This creates a framework of professional aridity within which prisons clinicians must function.

- The remote locations of many prisons deter clinicians because of professional and cultural isolation. Many locations present not only uncomfortable climates but considerable physical remoteness from the resources and amenities of the State's urban centers. These rural areas also lack the professional association and collegiality so common within clinical and professional communities in urban-suburban locations. Such professional community contacts are very significant to clinicians and professionals, and the lack of such contacts strongly discourages them from moving to any remote location, whether to work in a prison or somewhere else.

Although the State's current benefit package outweighs most offered by the private sector, the compensation currently offered by CDCR is simply not competitive with other employers. This, combined with the unique working environment in a correctional facility,



# DRAFT

provides no incentive for a health care professional to seek employment in an institution. In addition, there are inequities within the mental health delivery system within institutions. Currently, Department of Mental Health's (DMH) working environment and salaries vary greatly from CDCR's within the institutions. CDCR Mental health staff who work within institutions in which DMH operates, typically transfer to work at DMH due to: lower caseload; better working environment; better salaries. Until such time as there is true equality between the two Department's programs, there will continue to be problems.

## PLAN OVERVIEW:

Recommendation #1 requires CDCR to reduce the rate of vacancies among psychiatrists system-wide, after contracting, to no more than ten percent, as well as a plan for maintaining the rate of vacancies among psychiatrists at ASP, HDSP and VSPW, also at a maximum of ten percent. The portion of the plan addressed to the three specific institutions might include increases in R&R differential payments; the reduction of the Mental Health Services Delivery System (MHSDS) population and/or programs offered in the facilities; the relocation of programs in those facilities elsewhere; or any combination of these approaches. The Department's plan includes implementation of enhanced recruitment strategies, streamlining of selection process, employing the use of telemedicine at specific sites, and enhanced pay options.

## Develop Methods of Successful Recruitment Strategies

The Office of Workforce Planning and Selection (OWP&S), is committed to ensuring mental health recruitment throughout CDCR is successful. As such, several efforts are already underway. The OWP&S, along with the California Medical Facility (CMF), recently hosted a Recruitment Workshop for Registered Nurses (RNs), with the goal to educate RN's about career opportunities within CDCR. Approximately 150 nurses attended the workshop, and as a result, every vacant RN position was filled at the institution. The workshop required significant changes to existing processes, but the results were so positive that the OWP&S is committed to duplicating those efforts throughout the State as needed. The first Mental Health Workshop is going to be held at California State Prison Sacramento on February 17th and work plans are in place to conduct similar workshops at the most critical institutions starting in March 2006.

As the Court is aware, significant resources have been spent in advertising and job fairs in the past – most with little success. However, marketing plays a key role in attracting qualified candidates to consider employment with the CDCR. Therefore, getting the word out about the "New" CDCR is underway. Action items include the recent creation of a mental health "Strike Team". This team of CDCR mental health professionals are responsible for using a peer-to-peer approach at universities and colleges, specific mental health conferences, along with being key speakers involved in institution specific hiring



# DRAFT

workshops and presentations. Another key element of marketing involves the production of videos showing mental health professionals at work and providing testimonials about the working condition and benefits of working at CDCR. Along with videos, professional brochures and new advertisements are being developed and will be submitted to mental health publications and Associations, along with localized advertisements coinciding with the various planned recruitment workshops.

Additionally, the OWP&S will be underway providing one-on-one direction to institution personnel offices, assisting them with contacting employment certification list candidates and scheduling hiring interviews at institutions with mental health vacancies.    Along with assisting the institutions with identification of interested candidates, each institution will also be instructed to implement a streamlined 10 day hiring process similar to Plata, beginning with Psychiatrist classifications. Procedures and monitoring tools are being developed and will be distributed to all institutions in February 2006.    OWP&S is also working with the State Personnel Board to establish on-line/expedited exam processes, with the Staff Psychiatrist examination scheduled to be fully automated and available for use by candidates in Mid-March 2006. All other  mental health classification examinations are also undergoing significant revisions, in an effort to streamline the examination process. However, until additional funding is available, those examinations will not be fully automated. Additional efforts include utilizing other methods of successful recruitment from Pelican Bay State Prison and the Department of Mental Health as recommended in the monitoring report; utilizing the Federal Loan Repayment Program; researching and implementing hiring H1 Visa candidates.

Recommendation #1 also recommends, in regard to the provision of services by psychiatrists and the high vacancy rates, that special consideration be given to three prisons – Avenal State Prison (ASP), High Desert State Prison (HDSP), and Valley State Prison for Women (VSPW).  Special Master Keating writes   "That portion of the plan addressed to the 3 specific institutions might include increases in R&R differential payments, the reduction of MHSDS population and /or programs offered in the facilities, the relocation of program in those facilities elsewhere or any combination of these approaches." CDCR has decided to augment the delivery of Tele-Psychiatry services to these three prisons as a short term solution.  The existing Tele-Psychiatry Unit at headquarters will be expanded to accommodate this need.   The psychiatry positions to be redirected to Sacramento will be the long-vacant positions from ASP, HDSP, and VSPW.  The longer term solution, in terms of moving or changing the current mental health mission at these three prisons, will be determined by the "Right Prison, Right Mission" project. The details of this tele-psychiatry expansion are attached to this document: "Plan for Expanding Tele-Psychiatry Services", "Attachment I", and "Attachment 2".



# DRAFT

## Contracting

An additional  strategy for filling psychiatrist vacancies – when there are no candidates for civil service employment, and the routine physician registries can not accommodate CDCR – is to next seek contract psychiatrists via an *emergency* venue. The same physician-owned staffing agencies, as well as the same terms of agreements, that are currently in place for filling primary care physician vacancies in response to *Plata*, will be utilized for psychiatrists.

## Develop Compensation Solution for Psychiatrist  Series Statewide

The existing base salary and Recruitment and Retention (R&R) differentials for the mental health classifications are inadequate.  Compensation packages paid in the private sector are generally not disclosed since they are negotiable items.  However, a comparison of salaries between the State and various counties has been conducted and shows a significant salary lag between the state and private sector based on salary information obtained from the Economic Research Institute.  This creates a significant barrier in attracting and obtaining qualified mental health staff.

CDCR proposes that a Hiring Above Minimum Authorization (HAM) to the maximum step of each salary range be authorized for the Chief Psychiatrist, CF, Senior Psychiatrist, CF (Specialist), Senior Psychiatrist, CF (Supervisor), and Staff Psychiatrist positions at all CDCR locations including the Division of Juvenile Justice (DJJ) and the Division of Adult Parole (DAP).   CDCR proposes HAM approval effective March 1, 2006. (This is consistent with a practice already in place for DMH.)

CDCR also proposes that additional R&R pay differentials for the Psychiatrist classifications at all CDCR locations including DJJ and DAP be approved for the amounts shown on the table below.

| Position | Proposed Pay Differential Amount |
| --- | --- |
| Chief Psychiatrist, CF | $4,000 per month |
| Senior Psychiatrist, CF (Specialist) | $3,500 per month |
| Senior Psychiatrist, CF (Supervisor) | $3,500 per month |
| Staff Psychiatrist, CF | $3,000 per month |



# DRAFT

To determine the amount of the proposed R&R's the existing salary and R&R for the Chief Psychiatrist was compared to the salaries obtained from the Economic Research Institute (ERI) and public and private sector (Attachments 3 & 4). Increasing the R&R for the Chief Psychiatrist by $4,000 places the total salary mid-level between the ERI salary information and just under the salaries for the private sector. No salary data was available the Senior Psychiatrists classifications, therefore, the proposed amount of $3,500 was calculated by decreasing the proposed amount for the Chief Psychiatrist by approximately 10%. The proposed amount for Staff Psychiatrist was decreased incrementally as well to $3,000.

By increasing the R&R's for these positions, CDCR believes it will be more successful in attracting and retaining qualified professionals. Additional R&R's will encourage retention of current incumbents. Impact of the enhanced R & Rs will also be monitored with recommended adjustments as needs dictate. CDCR will closely monitor vacancies statewide for other mental health classifications and request any necessary adjustments to the Recruitment and Retention Pay Differentials. The DPA salary study, due at the end of March, will address the other mental health classifications.

In order to comply with the existing Coleman Court Orders, requiring CDCR to maintain a psychiatrist vacancy rate of no more than 10%, CDCR proposes that the R&R's become effective March 1, 2006. Without recognizing the issue of lack of appropriate salaries, CDCR will not be able to attract qualified professionals. Also, CDCR proposes equitable pay increase be authorized for other State agencies which may be impacted by this proposal, including DMH.

CDCR proposes that the R&R's become effective March 1, 2006. Current year funding is necessary in order to be in compliance with previous court orders mandating that CDCR keep the psychiatrist vacancy rate at 10% or lower.

## FUNDING

A Spring Finance Letter was prepared to request the necessary funding in order to implement R&R's and a statewide HAM. The total proposed cost for CDCR alone is:

|      | FY 05/06       | FY 06/07        |
|------|----------------|-----------------|
| R&R  | $3,904,200.00  | $11,424,600.00  |
| HAM  | $86,289.73     | $258,869.19     |

The DMH is preparing their cost estimates as well as identifying a funding mechanism.

# DRAFT

## RECOMMENDATION #2

## BRIEF HISTORY

Special Master Keating has characterized the CDCR Mental Health Program (headquarters) and the Mental Health Services Delivery System (field) as the largest mental health delivery system in the world. The current workforce at the headquarters level consists of five clinicians (two of which are borrowed from the field), three analysts, and two clericals to oversee the entire CDCR mental health system.   The amount of workload in terms of expected corrective actions and remedies from the court (as well as to those generated internally as the Division of Health Care Services (DCHCS) strives to offer quality care that is accordance with constitutional mandates, community standards, and best-practices) is far too great for the current number of headquarters staff to keep up with in a timely manner. Therefore, the Special Master has recommended that the Court order CDCR to expand the Division of Correctional Health Care Services (DCHCS) central office staff commensurate with the growth and present size of the CDCR mental health staff and caseload, addressing issues of compensation for headquarters staff.

## PLAN OVERVIEW:

## Develop Staffing Model for DCHCS Mental Health Program

DCHCS, with the assistance of CPS Human Resource Services consultants, has developed a plan for expanding the headquarters staff, which includes regional teams (Quality Management Assistance Teams or "QMAT") to provide onsite quality assurance at every one of the State's 33 prisons.   The QMAT monitoring is designed to replace the similar function currently provided by the Coleman Court's team of experts.   The new staffing model was developed with limited workload data given that this sort of undertaking has never occurred before.  DCHCS has reached out to other State Correctional systems for guidance, as well as looked at similar-sized California State agencies.  Neither strategy proved fruitful given that nothing else compares to the size and complexity of CDCR DCHCS. The number of new positions requested is the best estimate of what it would take at this time to manage the system and programs on an ongoing basis.  DCHCS will conduct a workload analysis this year (2006) to gather better data and analysis in regard to what is required, as well as recommend improvements to operational efficiencies.   The Division will make any adjustments to its request for resources in the 2007/2008 budget cycle.



# DRAFT

## Develop Compensation Solution for DCHCS Central Office Mental Health Staff

It is evident that CDCR has recruitment and retention problems with staffing the mental health clinician positions statewide. However, CDCR and the Department of Personnel Administration (DPA) recognize the additional responsibility the central office mental health management staff have in statewide policy development. As such, the Department is proposing an additional pay differential above the statewide average mental health clinicians receive in the institutions. The proposal includes Chief Psychiatrist and Psychologist classifications. The additional pay differential will be implemented once CDCR secures the required funding and DPA approves the request.

Recommendation #2 also requests a plan to address the issue of additional compensation for Psychiatric Social Workers (PSW), Psychiatric Technicians (PT), Registered Nurses (RN), Health Program Specialists (HPS), analysts and Correctional Counselors with the responsibility of planning, developing, monitoring and evaluating system-wide programming and policy.

Currently there are no PSW or PT positions in the DCHCS central office mental health program. Therefore a compensation plan is not needed at this time. The RN classifications recently received a significant statewide pay differential as a result of the Plata Court Order. The Department is making progress in filling its RN positions, including those in headquarters. Therefore, a compensation plan for these classes is not included as part of this plan. The HPS and analyst positions assigned to the DCHCS central office mental health program are currently filled and perform support activates for the Mental Health Program. Further, these classifications are used in other program areas throughout the Department and are assigned duties of equal criticality and responsibility to the Department. To provide additional compensation for some positions would create great inequity within the Department. Further, there are over 159 eligible on the Department's analyst and HPS employment lists, providing a more than adequate recruitment base for these positions. Therefore, additional compensation for these positions is not included in this plan. The Correctional Counselor classification has received several pay increases over the past two years. The positions in the Mental Health Program are currently filled and have never been problematic in terms of recruitment and retention of competent staff. In addition, the level of counselor (CC III) classification used recognizes the importance of the positions to the program. Therefore, additional compensation has already been recognized and is not included as part of this plan.

## Funding

A Spring Finance Letter was prepared to request the necessary funding for this proposal.

# DRAFT



| PLAN SCHEDULE: | | |
|---|---|---|
| **Action** | **Comments** | **Target Completion Date** |
| **Phase I: Submit a plan to reduce the rate of vacancies among psychiatrists system wide, with particular attention to maintaining the retention of staff at ASP, HDSP, and VSPW.** | | |
| Develop plan identifying methods for successful recruitment | Completed | February 3, 2006 |
| Develop and implement methods of successful recruitment strategies<br>• Federal & Loan Repayment Program<br>• H1 Visa Allowance | Both methods are currently being utilized in all marketing and recruitment efforts | February 3, 2006 |
| Identify priority institutions for conducting mental health 'workshops' | • CSP-Sacramento<br>• KVSP<br>• ASP<br>• VSPW<br>• HDSP<br>• PVSP<br>• CEN<br>• CCC<br>• CVSP<br>• SCC | Workshops begin in February 2006 and continue throughout the year |
| Implement Mental Health "Strike Team" | Strike Team has identified schools/events/workshops to attend and provide "peer-to-peer" knowledge | February 3, 2006 |
| Develop new marketing materials | Video, brochures and new advertisements will be developed for mental health professionals | Ads – March 31, 2006<br>Video/Brochures – July 1006 |
| OWP&S contacting certification list candidates for priority institutions | Working with institutions to coordinate efforts | Contacts made beginning March 2006 |
| Develop and implement expedited exam process | Psychiatrist –Fully Automated<br>All others-<br>Streamlined/Expedited | March 31, 2006<br>April 30, 2006 |

# DRAFT

## PLAN SCHEDULE:

| Action | Comments | Target Completion Date |
|---|---|---|
| Develop and implement expedited hiring process | Psychiatrists – Expedited Hiring Instructions to all institutions | February 28, 2006 |
| Develop and implement monitoring process for expedited hiring and testing | OWP&S | March 1, 2006 |
| Monitor Vacancy Rates | OWP&S, as part of their reporting requirements will monitor vacancy rates continuously | Continuous |
| Modify plan as needed to ensure no higher than 10% vacancy rate | OWP&S, as part of their reporting requirements will proactively work with institutions and other parts of the organization to adjust processes in order to ensure vacancy rate requirements are met | Continuous |
| Explore available registry and emergency contracting for psychiatrists | DCHCS | March 31, 2006 |
| Develop and implement compensation solution for Psychiatrist Series statewide (including Juvenile Justice, Paroles, and the Department of Mental Health) | Pending DPA/DOF approval | March 1, 2006 |
| **Phase II: Expand the Division of Correctional Health Care Services' (DCHCS) central office mental health staff with the growth and present size of the CDCR mental health staff and workload.** | | |
| Develop and implement staffing model for DCHCS Mental Health Program | DCHCS | Ongoing |
| Develop and implement compensation solution for DCHCS central office mental health staff | Pending DPA and DOF approval | March 1, 2006 |

Feasible Alternative "A"
**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**Psychiatry Vacancy Rate Reduction Strategies**
FY 2006/07

Attachment 30

| Staffing Request Summary | FY 05/06 | | FY 06/07 | |
|---|---|---|---|---|
| | Positions | Dollars | Positions | Dollars |
| **1) Pay Differential** | | | | |
| Pay Differential | | $3,365,500 | | $9,808,500 |
| | 0.00 | | | |
| **2) Hiring-Above-Minimum** | | | | |
| Hiring-Above-Minimum | | $86,290 | | $258,869 |
| | 0.00 | | | |
| **3) Online Exams** | | | | |
| Online (15 exams) | | | | $1,080,000 |
| 10 years of annual maintenance | | | | $600,000 |
| | 0.00 | | | |
| **4) Office of Workforce Planning and Selection** | | | | |
| Staff Services Manager II | | | 1.00 | |
| Staff Services Manager I | | | 2.00 | |
| Associate Governmental Program Analyst | | | 3.00 | |
| Associate Personnel Analyst | | | 2.00 | |
| Personnel Selection Technician | | | 2.00 | |
| Office Assistant - Typing | | | 1.00 | |
| | 0.00 | | | |
| **5) Office of Personnel Services** | | | | |
| Personnel Selection Technician | | | 1.00 | |
| Associate Personnel Analyst | | | 1.00 | |
| Senior Personnel Specialist | | | 2.00 | |
| | 0.00 | | | |
| **6) Adult Institutions - Statewide** | | | | |
| Office Technician - Typing | | | 33.00 | |
| | 0.00 | | | |
| **7) Capital Outlay** | | | | |
| Modular Workstations (25) | | | | $121,219 |
| | 0.00 | | | |
| **Total Request** | 0.00 | $3,451,790 | 48.00 | $11,747,369 |
| | 0.00 | | | |

01564

Attachment 30

**Feasible Alternative "A"**
**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**Psychiatry Vacancy Rate Reduction Strategies**
**FY 2006/07**

| Staffing Request Summary | FY 05/06 | | FY 06/07 | |
|---|---|---|---|---|
| | Positions | Dollars | Positions | Dollars |
| **1) Pay Differential** | | | | |
| Pay Differenital | | $3,365,500 | | $9,808,500 |
| | 0.00 | | | |
| **2) Hiring-Above-Minimum** | | | | |
| Hiring-Above-Minimum | | $86,290 | | $258,869 |
| | 0.00 | | | |
| **3) Online Exams** | | | | |
| Online (15 exams) | | | | $1,080,000 |
| 10 years of annual maintenance | | | | $600,000 |
| | 0.00 | | | |
| **4) Office of Workforce Planning and Selection** | | | | |
| Associate Governmental Program Analyst | | | 3.00 | |
| Associate Personnel Analyst | | | 2.00 | |
| Personnel Selection Technician | | | 2.00 | |
| Office Assistant - Typing | | | 1.00 | |
| | 0.00 | | | |
| **5) Office of Personnel Services** | | | | |
| Personnel Selection Technician | | | 1.00 | |
| Associate Personnel Analyst | | | 1.00 | |
| Senior Personnel Specialist | | | 2.00 | |
| | 0.00 | | | |
| **6) Adult Institutions - Statewide** | | | | |
| Office Technician - Typing | | | 33.00 | |
| | 0.00 | | | |
| **7) LiveScan** | | | | |
| Lease equipment for 38 locations | | | | $668,200 |
| Ongoing maintenance | | | | $400,000 |
| | 0.00 | | | |
| **Total Request** | 0.00 | $3,451,790 | 45.00 | $12,815,569 |
| | 0.00 | | | |

Feasible Alternative "A"
**California Department of Corrections and Rehabilitation**
**Division of Correctional Health Care Services**
**Psychiatry Vacancy Rate Reduction Strategies**
FY 2006/07

| | FY 05/06 | | FY 06/07 | |
|---|---|---|---|---|
| **Staffing Request Summary** | **Positions** | **Dollars** | **Positions** | **Dollars** |
| *1) Pay Differential* | | | | |
| Pay Differenital | | $3,365,500 | | $9,808,500 |
| | 0.00 | | | |
| *2) Hiring-Above-Minimum* | | | | |
| Hiring-Above-Minimum | | $86,290 | | $258,869 |
| | 0.00 | | | |
| *3) Online Exams* | | | | |
| Online (15 exams) | | | | $1,080,000 |
| 10 years of annual maintenance | | | | $600,000 |
| | 0.00 | | | |
| *4) Office of Workforce Planning and Selection* | | | | |
| Associate Governmental Program Analyst | | | 3.00 | |
| Associate Personnel Analyst | | | 2.00 | |
| Personnel Selection Technician | | | 2.00 | |
| Office Assistant - Typing | | | 1.00 | |
| | 0.00 | | | |
| *5) Office of Personnel Services* | | | | |
| Personnel Selection Technician | | | 1.00 | |
| Associate Personnel Analyst | | | 1.00 | |
| Senior Personnel Specialist | | | 2.00 | |
| | 0.00 | | | |
| *6) Adult Institutions - Statewide* | | | | |
| Office Technician - Typing | | | 33.00 | |
| | 0.00 | | | |
| *7) LiveScan* | | | | |
| Lease equipment for 38 locations | | | | $668,200 |
| Ongoing maintenance | | | | $400,000 |
| | 0.00 | | | |
| **Total Request** | 0.00 | $3,451,790 | 45.00 | $12,815,569 |
| | 0.00 | | | |

# Psychiatrist Senior Vacancy Report
### Data as of ... ry 12, 2006

| Institution | Chief Funded | Chief Filled | Chief % | Senior (SPEC) Funded | Senior (SPEC) Filled | Senior (SPEC) % | Supv Funded | Supv Filled | Supv % | Staff Funded | Staff Filled | Staff % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Avenal State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 3.500 | 3.500 | 100.00% |
| California Correctional Center | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 1.000 | 1.000 | 100.00% |
| California Correctional Institution | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 5.500 | 2.500 | 45.45% |
| California Institution for Men | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 13.000 | 1.000 | 7.69% |
| California Institution for Women | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 7.000 | 0.000 | 0.00% |
| California Medical Facility | 2.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 3.00 | 2.00 | 66.67% | 16.000 | 2.000 | 12.50% |
| California Mens Colony | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 2.00 | 0.00 | 0.00% | 18.980 | 1.000 | 5.27% |
| California Rehabilitation Center | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 1.500 | 0.500 | 33.33% |
| California State Prison, Corcoran | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 14.300 | 9.800 | 68.53% |
| California State Prison, LA County | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 8.500 | 4.000 | 47.06% |
| California State Prison, Sacramento | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 12.500 | 1.500 | 12.00% |
| California State Prison, San Quentin | 2.00 | 1.00 | 50% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 8.000 | 4.000 | 50.00% |
| California State Prison, Solano | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.500 | 1.000 | 18.18% |
| Calipatria State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.000 | 2.000 | 40.00% |
| Centinela State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 0.750 | 0.750 | 100.00% |
| Central California Women's Facility | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 8.500 | 5.000 | 58.82% |
| Chuckawalla Valley State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 1.500 | 1.500 | 100.00% |
| Correctional Training Facility | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 4.500 | 0.500 | 11.11% |
| Deuel Vocational Institute | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 3.500 | 1.500 | 42.86% |
| Folsom State Prison | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 4.000 | 2.000 | 50.00% |
| High Desert State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 6.000 | 5.000 | 83.33% |
| Ironwood State Prison | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 1.000 | 0.000 | 0.00% |
| Kern Valley State Prison | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 6.800 | 2.800 | 41.18% |
| Mule Creek State Prison | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 8.000 | 5.000 | 62.50% |
| North Kern State Prison | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.000 | 1.000 | 20.00% |
| Pelican Bay State Prison | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 1.00 | 1.00 | 100.00% | 7.500 | 1.500 | 20.00% |
| Pleasant Valley State Prison | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 3.000 | 3.000 | 100.00% |
| RJ Donovan Correctional Facility | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 1.00 | 0.00 | 0.00% | 11.500 | 1.500 | 13.04% |
| Salinas Valley State Prison | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 11.000 | 6.500 | 59.09% |
| Sierra Conservation Center | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 2.000 | 1.500 | 75.00% |
| Substance Abuse Treatment Facility | 1.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.500 | 2.000 | 36.36% |
| Valley State Prison for Women | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 5.500 | 4.500 | 81.82% |
| Wasco State Prison | 1.00 | 1.00 | 100% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 6.000 | 2.000 | 33.33% |
| Miscellaneous | 6.00 | 0.00 | 0% | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 | 0.00% | 47.520 | 0.000 | 0.00% |

01567

# California Department of Corrections and Rehabilitation
## Psychiatric Series
## Salary Information

| Class Title | Code | | Salary Range | Soledad | Pay Differentials |
|---|---|---|---|---|---|
| Chief Psychiatrist, CF | 7612 | M16 | Range B: 10,201 - 11,530<br>Range C: 10,697 - 11,692 | Soledad (eff. 3/1/02)<br>Range B: 11,530<br>Range C: 11,692 | Pay Dif 154: $2700 per pay period (All CDCR Institutions and Parole Outpatient Clinics except PBSP)<br>Pay Dif 154: $3950 per pay period (PBSP)<br>Pay Dif 295: $100 per pay period (KVSP, COR, SATF, SVSP)<br>Pay Dif 157: $2400 annually following 12 consecutive pay periods (CMF)<br>Pay Dif 135: $2400 annually following 12 consecutive pay periods (CAL, CEN) |
| Senior Psychiatrist, CF (Specialist) | 9270 | R16 | Range A: 9,199 - 11,181<br>Range C: 9,419 - 11,447 | Soledad (eff. 3/1/02)<br>Range A: 11,181<br>Range C: 11,447 | Pay Dif 147: $2200 per pay period (CDCR, All Institutions/locations except HQ)<br>Pay Dif 157: $2400 annually following 12 consecutive qualifying pay periods (CMF)<br>Pay Dif 132: $2400 annually following 12 consecutive pay periods (AVE, CVSP, ISP)<br>Pay Dif 135: $2400 annually following 12 consecutive pay periods (CAL, CEN) |
| Senior Psychiatrist, CF (Supervisor) | 9271 | S16 | Range A: 8,770 - 11,181<br>Range C: 9,419 - 11,447 | Soledad (eff. 3/1/02)<br>Range A: 11,181<br>Range C: 11,447 | Pay Dif 154: $2700 per pay period (CDCR, All Institutions except PBSP)<br>Pay Dif 154: $3950 per pay period (PBSP)<br>Pay Dif 157: $2400 annually following 12 consecutive qualifying pay periods (CMF)<br>Pay Dif 132: $2400 annually following 12 consecutive pay periods (AVE, CVSP, ISP)<br>Pay Dif 135: $2400 annually following 12 consecutive pay periods (CAL, CEN) |
| Staff Psychiatrist, CF | 9272 | R16 | Range A: 8,528 - 10,366<br>Range B: 8,940 - 10,866<br>Range C: 9,199 - 11,181 | Soledad (eff. 3/1/02)<br>Range A: 10,366<br>Range B: 10,866<br>Range C: 11,181 | Pay Dif 147: $2200 per pay period (All CDCR locations except HQ and PBSP)<br>Pay Dif 147: $3450 per pay period (PBSP)<br>Pay Dif 295: $800 per pay period (NKSP, KVSP, COR, SATF, HDSP, CCC, CCWF, VSPW, SVSP, CTF)<br>Pay Dif 157: $2400 annually following 12 consecutive qualifying pay periods (CMF)<br>Pay Dif 132: $2400 annually following 12 consecutive pay periods (AVE, CVSP, ISP)<br>Pay Dif 135: $2400 annually following 12 consecutive pay periods (CAL, CEN) |

Last updated on February 1, 2006
Elizabeth Parino (916) 324-8854

01568