Attachment 33

# Private Sector Salary Information
## Psychiatrist

| Region | Class | Minimum Salary | Maximum Salary | Average Salary |
|---|---|---|---|---|
| Riverside | Psychiatrist | $ 9,333.00 | $ 13,583.00 | $ 11,458.00 |
| Tulare | Psychiatrist I | $ 10,483.17 | $ 12,776.33 | $ 11,629.75 |
| Kern | Psychistrist I/II | $ 10,801.00 | $ 13,180.00 | $ 11,990.50 |
| Tulare | Psychiatrist II | $ 11,007.33 | $ 13,415.00 | $ 12,211.17 |
| Kern | Psychiatrist III | $ 11,185.00 | $ 13,649.00 | $ 12,417.00 |
| Riverside | Chief of Psychiatry | $ 13,185.00 | $ 14,282.00 | $ 13,733.50 |
| Kern | Psychiatrist | $ 12,500.00 | $ 15,833.00 | $ 14,166.50 |
| Stanislaus | Psychiatrist | $ 13,332.00 | $ 16,194.00 | $ 14,763.00 |
| Riverside | Psychiatrist | $ 15,156.00 | $ - | $ 7,578.00 |
| Monterey | Psychiatrist-Adult | $ 9,250.00 | $ 25,000.00 | $ 17,125.00 |
| Riverside | Psychiatrist | $ 20,833.00 | $ 25,000.00 | $ 22,916.50 |

Last updated on February 1, 2006
Elizabeth Parino (916) 324-8854

Attachment 34

# Californi Department of Corrections and Rehabilitation
## Economic Research Institute Salary Information

| REGION | Department of Corrections and Rehabilitation Maximum Monthly Salary | Percentile | | % CDC is above or below ERI Data | |
|---|---|---|---|---|---|
| | | 75th | 90th | 75th Percentile | 90th Percentile |
| San Diego Area | $11,692.00 | $ 16,945.00 | $ 18,839.00 | 44.93% | 61.13% |
| North Central Coast | $11,692.00 | $ 16,990.00 | $ 18,888.00 | 45.31% | 61.55% |
| Desert Area | $11,692.00 | $ 17,209.00 | $ 19,132.00 | 47.19% | 63.63% |
| Central Valley | $11,692.00 | $ 17,215.00 | $ 19,138.00 | 47.24% | 63.68% |
| Northern California | $11,692.00 | $ 17,340.00 | $ 19,277.00 | 48.31% | 64.87% |
| Sacramento | $11,692.00 | $ 17,452.00 | $ 19,402.00 | 49.26% | 65.94% |
| Los Angeles Basin | $11,692.00 | $ 17,959.00 | $ 19,966.00 | 53.60% | 70.77% |
| San Francisco Bay | $11,692.00 | $ 19,213.00 | $ 21,360.00 | 64.33% | 82.69% |
| ***California (Statewide)*** | | ***$ 17,458.00*** | ***$ 19,409.00*** | | |

Last updated on February 1, 2006
Elizabeth Parino (916) 324-8854

SURVEY REPORT

# California Department of Corrections Salary Survey: Psychiatrist, Psychologist, Psychiatric Social Worker, Psychiatric Technician and Recreation Therapist Classifications

CPS
Human Resource Services

241 Lathrop Way
Sacramento CA 95815
916.263.3600

March 2006

## *TABLE OF CONTENTS*

**Executive Summary** .......... **1**

**Section I: Introduction** .......... **2**

**Section II: Data Source** .......... **3**

Data Comparison Points .......... 3

**Section III: Salary Data - Psychiatrist Classification** .......... **5**

Table 1: Staff Psychiatrist, Correctional Facility .......... 5

**Section IV: Salary Data - Psychologist Classification** .......... **6**

Table 2: Staff Psychologist - Clinical, Correctional Facility .......... 6

**Section V: Salary Data - Psychiatric Social Worker Classification** .......... **7**

Table 3: Psychiatric Social Worker, Correctional Facility .......... 7

**Section VI: Salary Data - Psychiatric Technician Classification** .......... **8**

Table 4: Psychiatric Technician (Safety) .......... 8

**Section VII: Salary Data - Recreation Therapist Classification** .......... **9**

Table 5: Recreation Therapist, Correctional Facility .......... 9

**Section VIII: Conclusion** .......... **10**

**Appendix: ERI Job Descriptions** .......... **11**

The ERI data presented in comparison to the State of California data below presents compensation data on a percentile basis, up to the 90th percentile. Data is presented by percentile, by region, and by years of experience of incumbents, among other ways. For purposes of comparison to the maximum salary level of the State of California classifications, CPS chose to report both the 75th and 90th percentile data points for the ERI data. This represents the point at which 25% or 10% of the reported salaries, respectively, reflect a higher compensation level. In using the ERI data CPS also selected an incumbent experience level designed to secure salaries paid to experienced, full journey level incumbents, typically a 10 year experience level. We believe this 10 year experience level matches the point at which CDC employees are able to reach the maximum of the selected salary range.

As noted above, ERI does not report classifications at varying levels in a series; therefore, for the purposes of this Survey the following matches were made.

| CDC Classification | ERI Classification |
|---|---|
| Staff Psychiatrist, Correctional Facility | Psychiatrist |
| Staff Psychologist - Clinical, Correctional Facility | Psychologist Clinical |
| Psychiatric Social Worker, Correctional Facility | Social Worker |
| Psychiatric Technician (Safety) | Psychiatric Technician |
| Recreation Therapist, Correctional Facility. | Recreational Therapist |

The class description for each classification that is used by ERI in collecting data can be found in the Appendix.

## *Section III: Salary Data - Psychiatrist Classification*

The following table presents the salary data gathered for the Psychiatrist classification compared to the current State of California/CDC salary. As noted above, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. In addition, the ERI data represents both the 75th and 90th percentile salary. ERI's Psychiatrist classification (please see the Appendix for a job description) was matched to CDC's Staff Psychiatrist, CF classification, as depicted below. Care should be taken in interpreting this data, since ERI's salaries for Psychiatrist are derived from all industries and are not limited to salaries at a correctional facility.

### Table 1: Staff Psychiatrist, Correctional Facility

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $13,066 | $17,266 | -32.14% | $19,573 | -49.80% |
| Coastal | $13,066 | $17,575 | -34.51% | $19,924 | -52.49% |
| Desert Area | $13,066 | $17,256 | -32.07% | $19,562 | -49.72% |
| Los Angeles Basin | $13,066 | $18,046 | -38.11% | $20,457 | -56.57% |
| Northern California | $13,066 | $17,002 | -30.12% | $19,274 | -47.51% |
| Sacramento Area | $13,066 | $17,992 | -37.70% | $20,369 | -55.89% |
| San Diego Area | $13,066 | $17,569 | -34.46% | $19,917 | -52.43% |
| San Francisco Bay Area | $13,066 | $19,090 | -46.10% | $21,641 | -65.63% |
| | | | | | |
| Statewide | $13,066 | $18,058 | -38.21% | $20,471 | -56.67% |

The CDC maximum salary for Staff Psychiatrists, CF represents the maximum salary of Range B of the class as of March 2005, which also represents the point to which all Staff Psychiatrists, CF are expected to progress without further educational advancements. The CDC maximum salary includes a $2,200 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.

# Section IV: Salary Data - Psychologist Classification

The following table presents the salary data gathered for the Psychologist classification compared to the current State of California/CDC salary. As previously noted, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. In addition, the ERI data represents both the 75th and 90th percentile salary. ERI's Psychologist classification (please see the Appendix for a job description) was matched to CDC's Staff Psychologist – Clinical, CF classification, as depicted below. Care should be taken in interpreting this data, since ERI's salaries for Psychologist are derived from all industries and are not limited to salaries at a correctional facility.

**Table 2: Staff Psychologist - Clinical, Correctional Facility**

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $6,204 | $6,953 | -12.07% | $7,687 | -23.90% |
| Coastal | $6,204 | $7,113 | -14.65% | $7,865 | -26.77% |
| Desert Area | $6,204 | $6,957 | -12.14% | $7,691 | -23.97% |
| Los Angeles Basin | $6,204 | $7,306 | -17.76% | $8,078 | -30.21% |
| Northern California | $6,204 | $6,821 | -9.95% | $7,542 | -21.57% |
| Sacramento Area | $6,204 | $7,304 | -17.73% | $8,075 | -30.16% |
| San Diego Area | $6,204 | $7,223 | -16.42% | $7,985 | -28.71% |
| San Francisco Bay Area | $6,204 | $7,811 | -25.90% | $8,636 | -39.20% |
| | | | | | |
| Statewide | $6,204 | $7,475 | -20.49% | $8,264 | -33.20% |

The CDC maximum salary represents the maximum of the salary range as of March, 2005 which also represents the point to which all Staff Psychologists – Clinical, CF are expected to progress without further educational advancements. The CDC maximum salary includes a $200 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.



# Section V: Salary Data - Psychiatric Social Worker Classification

The following table presents the salary data gathered for the Psychiatric Social Worker classification compared to the current State of California/CDC salary. As previously noted, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. Additionally, the ERI data represents both the 75th and 90th percentile salary. ERI's Social Worker classification (please see the Appendix for a job description) was matched to CDC's Psychiatric Social Worker, CF classification, as depicted below. Care should be taken in interpreting this data, since the ERI's does not report Social Workers with a "Psychiatric" denotation nor are the salaries for Social Worker derived solely from correctional facilities, but rather from all industries.

**Table 3: Psychiatric Social Worker, Correctional Facility**

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $4,739 | $4,416 | 6.82% | $4,777 | -0.80% |
| Coastal | $4,739 | $4,543 | 4.14% | $4,914 | -3.69% |
| Desert Area | $4,739 | $4,412 | 6.90% | $4,773 | -0.72% |
| Los Angeles Basin | $4,739 | $4,665 | 1.56% | $5,046 | -6.48% |
| Northern California | $4,739 | $4,306 | 9.14% | $4,657 | 1.73% |
| Sacramento Area | $4,739 | $4,689 | 1.06% | $5,072 | -7.03% |
| San Diego Area | $4,739 | $4,560 | 3.78% | $4,932 | -4.07% |
| San Francisco Bay Area | $4,739 | $5,127 | -8.19% | $5,546 | -17.03% |
| | | | | | |
| Statewide | $4,739 | $4,757 | -0.38% | $5,146 | -8.59% |

The CDC maximum salary represents the maximum of the salary range as of March 2005, which also represents the point to which all Psychiatric Social Workers, CF are expected to progress without further educational advancements. The CDC maximum salary includes a $600 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.

# Section VI: Salary Data - Psychiatric Technician Classification

The following table presents the salary data gathered for the Psychiatric Technician classification compared to the current State of California/CDC salary. As previously noted, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. Additionally, the ERI data represents both the 75th and 90th percentile salary. ERI's Psychiatric Technician classification (please see the Appendix for a job description) was matched to CDC's Psychiatric Technician (Safety) classification, as depicted below. Care should be taken in interpreting this data, since ERI's salaries for Psychiatric Technicians are derived from all industries and are not limited to salaries at a correctional facility.

**Table 4: Psychiatric Technician (Safety)**

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $3,750 | $2,832 | 24.48% | $3,080 | 17.87% |
| Coastal | $3,750 | $2,911 | 22.37% | $3,166 | 15.57% |
| Desert Area | $3,750 | $2,809 | 25.09% | $3,056 | 18.51% |
| Los Angeles Basin | $3,750 | $2,979 | 20.56% | $3,240 | 13.60% |
| Northern California | $3,750 | $2,517 | 32.88% | $2,738 | 26.99% |
| Sacramento Area | $3,750 | $3,013 | 19.65% | $3,277 | 12.61% |
| San Diego Area | $3,750 | $2,933 | 21.79% | $3,191 | 14.91% |
| San Francisco Bay Area | $3,750 | $3,282 | 12.48% | $3,570 | 4.80% |
| | | | | | |
| Statewide | $3,750 | $3,034 | 19.09% | $3,301 | 11.97% |

The CDC maximum salary represents the maximum salary of Range B of the class as of March 2005, which represents the point to which all Psychiatric Technicians are expected to progress without further educational advancements. The CDC maximum salary includes a $300 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.

# *Section VII: Salary Data - Recreation Therapist Classification*

The following tables present the salary data gathered for the Recreation Therapist classification compared to the current State of California/CDC salary. As previously noted, the CDC maximum salary includes the Recruitment and Retention Differential that is being paid to all CDC employees in the particular classification. Additionally, the ERI data represents both the 75th and 90th percentile salary. ERI's Recreational Therapist classification (please see the Appendix for a job description) was matched to CDC's Recreation Therapist, CF classification, as depicted below. Care should be taken in interpreting this data, since ERI's salaries for Recreation Therapist are derived from all industries and are not limited to salaries at a correctional facility.

**Table 5: Recreation Therapist, Correctional Facility**

| Region | Department of Corrections Maximum Monthly Salary | ERI 75th Percentile Data | % CDC is above or below ERI all industry data | ERI 90th Percentile Data | % CDC is above or below ERI all industry data |
|---|---|---|---|---|---|
| Central Valley | $3,799 | $3,937 | -3.63% | $4,329 | -13.95% |
| Coastal | $3,799 | $4,049 | -6.58% | $4,453 | -17.22% |
| Desert Area | $3,799 | $3,925 | -3.32% | $4,316 | -13.61% |
| Los Angeles Basin | $3,799 | $4,153 | -9.32% | $4,567 | -20.22% |
| Northern California | $3,799 | $3,837 | -1.00% | $4,220 | -11.08% |
| Sacramento Area | $3,799 | $4,183 | -10.11% | $4,601 | -21.11% |
| San Diego Area | $3,799 | $4,075 | -7.27% | $4,481 | -17.95% |
| San Francisco Bay Area | $3,799 | $4,537 | -19.43% | $4,990 | -31.35% |
| | | | | | |
| Statewide | $3,799 | $4,221 | -11.11% | $4,642 | -22.19% |

The CDC maximum salary represents the maximum salary of Range A of the class which represents the point to which all Recreation Therapists, CF are expected to progress without further educational advancements as March 2005. The CDC maximum salary includes a $200 per month R and R Differential that is being paid to all positions within the CDC as of March 2005.

## Section VIII: Conclusion

By definition, salary surveys provide a snapshot of salaries and benefits offered at the point in time of the survey. Also by definition, compensation is a dynamic, ever changing component of the employment marketplace. The information presented in this Salary Survey was collected in February 2005, through the use of the Economic Research Institute (ERI), which is updated frequently.

The primary overall conclusion to be drawn from this Compensation Survey is that there is a moderate to substantial lag between the salaries paid to the studied classifications used by the California Department of Corrections and the salaries paid by CDC's market competitors in California, with the exception of the Psychiatric Technician class.

CPS Human Resource Services is available to discuss this Compensation Survey and report at the convenience of the CDC.



# *Appendix: ERI Job Descriptions*

**Below is the ERI job description of the Psychiatrist classification:**

Psychiatrist Overview:

- Diagnoses and treats patients with mental, emotional, and behavioral disorders.

Typical Functions:

- Organizes data concerning patient's family, medical history, and onset of symptoms obtained from patient, relatives, and other sources, such as General Deputy Nurse and Psychiatric Social Worker.
- Examines patient to determine general and physical condition, following standard medical procedures.
- Orders laboratory and other special diagnostic tests and evaluates data obtained.
- Determines nature and extent of mental disorder, and formulates treatment program.
- Treats or directs treatment of patient, utilizing variety of psychotherapeutic methods and medications.



**Below is the ERI job description of the Psychologist classification:**

Psychologist Overview:

- Administers programs of treatment to mentally and emotionally disturbed individual adjustments to life; help medical and surgical patients deal with illnesses or injuries; assist in treating rehabilitation patients; treat individuals with times of personal crisis such as a divorce or death of a loved one.

Typical Functions:

- Interviews patients and studies medical and social case histories.
- Diagnoses or evaluates mental and emotional disorders of individuals, and administers programs of treatment.
- Usual requirement is a doctoral degree in field of specialty.
- Observes patients, and selects, administers, and interprets intelligence, achievement, interest, personality, and other psychological tests to diagnose disorders and formulate plans of treatment.
- Treats psychological disorders to effect improved adjustments utilizing various psychological techniques, such as milieu therapy, psychodrama, play therapy and hypnosis.
- Selects approach to use in individual therapy, such as directive, non-directive, and supportive therapy, and plans frequency, intensity, and duration of therapy.
- May collaborate with PSYCHIATRIST, and other specialists in developing treatment programs for patients.
- May instruct and direct students serving psychological internships in hospitals and clinics.
- May develop experimental designs and conduct research in fields of personality development and adjustment, diagnosis, treatment, and prevention of mental disorders.
- May serve as consultant to industrial, social, educational, welfare, and other agencies on individual cases or in evaluation, planning, and development of mental health programs.
- May specialize in behavior problems and therapy, crime and delinquency, group therapy, individual diagnosis and therapy, mental deficiency, objective tests, projective techniques, or speech pathology.

**Below is the ERI job description of the Social Worker classification:**

Social Worker Overview:

- Develops program content, organizes, and leads activities planned to enhance social development of individual members and accomplishment of group goals.

Typical Functions:

- Interviews individual members to assess social and emotional capabilities and plans group composition in relation to personal and social compatibility of members.
- Requires a four-year college degree from school of social work in addition to social work job experience.
- Selects program appropriate to particular individual or group goals, level of development, needs, capacities, and interests of individual or group members.
- Involves individual or group members in planning and assuming responsibility for activities.
- Helps members through group experience to develop attitudes and social skills for improved family relations and community responsibility.
- Refers members, when necessary, to community center, settlement house, youth serving organization, institution for children or aged, hospital, or penal institution.

**Below is the ERI job description of the Psychiatric Technician classification:**

Psychiatric Technician Overview:

Provides nursing care to mentally ill, emotionally disturbed, or mentally retarded patients in psychiatric hospital or mental health clinic and participates in rehabilitation and treatment programs.

Typical Functions:

Helps patients with their personal hygiene, such as bathing and keeping beds, clothing, and living areas clean.

Administers oral medications and hypodermic injections, following physician's prescriptions and hospital procedures.

Takes and records measures of patient's general physical condition, such as pulse, temperature, and respiration, to provide daily information.

Observes patients to detect behavior patterns and reports observations to medical staff.

Intervenes to restrain violent or potentially violent or suicidal patients by verbal or physical means as required.

Leads prescribed individual or group therapy sessions as part of specific therapeutic procedures.

May complete initial admittance forms for new patients.

May contact patient's relatives by telephone to arrange family conferences.

May issue medications from dispensary and maintain records in accordance with specified procedures.

May be required to hold state license.

**Below is the ERI job description of the Recreation Therapist classification:**

Recreation Therapist Overview:

Plans, organizes, and directs medically approved recreation program for patients in hospitals and other institutions.

Typical Functions:

Directs and organizes such activities as sports, dramatics, games, and arts and crafts to assist patients to develop interpersonal relationships, to socialize effectively, and to develop confidence needed to participate in group activities.

Regulates content of program in accordance with patients' capabilities, needs and interests.

Instructs patients in relaxation techniques, such as deep breathing, concentration, and other activities, to reduce stress and tension.

Instructs patients in calisthenics, stretching and limbering exercises, Counsels and encourages patients to develop leisure activities.

Organizes and coordinates special outings and accompanies patients on outings, such as ball games, sightseeing, or picnics to make patients aware of available recreational resources.

Prepares progress charts and periodic reports for medical staff and other members of treatment team, reflecting patients' reactions and evidence of progress or regression.

May supervise and conduct in-service training of other staff members, review their assessments and program goals, and consult with them on selected cases.

May train groups of volunteers and students in techniques of recreation therapy.

May serve as consultant to employers, educational institutions, and community health programs.

May prepare and submit requisition for needed supplies.

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DATA AS OF JANUARY 20, 2006
HAM PROPOSAL COSTING

Attachment 36

| CLASS TITLE | CD | RG | BASE SAL | FT | PIE | PT | TOTAL | MAX SAL FOR RANGE | DIFFERENCE IN SALARY PER EE | MONTHLY DIFFERENCE FOR ALL EE'S IN EACH RANGE | FY 05/06 | FY 06/07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CH PSYCHIATRIST CF | 7612 | B | $ 11,409.00 | 1 | 0 | 0 | 1 | $11,530 | $ 121.00 | $ 121.00 | $ 484.00 | $ 1,452.00 |
| | | | $ 11,516.00 | 1 | 0 | 0 | 1 | $11,530 | $ 14.00 | $ 14.00 | $ 56.00 | $ 168.00 |
| | | | $ 11,530.00 | 4 | 0 | 0 | 4 | $11,692 | $ 162.00 | $ 648.00 | $ 2,592.00 | $ 7,776.00 |
| | | C | $ 11,687.00 | 1 | 0 | 0 | 1 | $11,692 | $ 5.00 | $ 5.00 | $ 20.00 | $ 60.00 |
| | | | $ 11,692.00 | 14 | 0 | 0 | 14 | $11,692 | $ - | $ - | $ - | $ - |
| TOTAL | | | | 21 | 0 | 0 | 21 | 58136 | 402 | $ 788.00 | $ 3,152.00 | $ 9,456.00 |
| SR PSYCH CF/SUP | 9271 | A | $ 11,181.00 | 3 | 0 | 0 | 3 | $11,181 | $ - | $ - | $ - | $ - |
| | | C | $ 11,447.00 | 6 | 0 | 0 | 6 | $11,447 | $ - | $ - | $ - | $ - |
| TOTAL | | | | 9 | 0 | 0 | 9 | 22,628 | 0 | $ 793.00 | $ 3,172.00 | $ 9,516.00 |
| STF PSYCHIATRST CF | 9272 | A | $ 8,528.00 | 2 | 0 | 0 | 2 | $10,366 | $ 1,838.00 | $ 3,676.00 | $ 14,704.00 | $ 44,112.00 |
| | | | $ 10,366.00 | 2 | 0 | 1 | 3 | $10,366 | $ - | $ - | $ - | $ - |
| | | B | $ 8,940.00 | 1 | 0 | 0 | 1 | $10,866 | $ 1,926.00 | $ 1,926.00 | $ 7,704.00 | $ 23,112.00 |
| | | | $ 9,856.00 | 1 | 0 | 1 | 2 | $10,866 | $ 1,010.00 | $ 2,020.00 | $ 8,080.00 | $ 24,240.00 |
| | | | $ 10,349.00 | 1 | 0 | 0 | 1 | $10,866 | $ 517.00 | $ 517.00 | $ 2,068.00 | $ 6,204.00 |
| | | | $ 10,866.00 | 55 | 2 | 9 | 66 | $10,866 | $ - | $ - | $ - | $ - |
| | | C | $ 9,199.00 | 0 | 0 | 1 | 1 | $11,181 | $ 1,982.00 | $ 1,982.00 | $ 7,928.00 | $ 23,784.00 |
| | | | $ 9,659.00 | 2 | 0 | 0 | 2 | $11,181 | $ 1,522.00 | $ 3,044.00 | $ 12,176.00 | $ 36,528.00 |
| | | | $ 10,125.00 | 0 | 1 | 0 | 1 | $11,181 | $ 1,056.00 | $ 1,056.00 | $ 4,224.00 | $ 12,672.00 |
| | | | $ 10,142.00 | 0 | 0 | 1 | 1 | $11,181 | $ 1,039.00 | $ 1,039.00 | $ 4,156.00 | $ 12,468.00 |
| | | | $ 10,904.00 | 1 | 0 | 0 | 1 | $11,181 | $ 277.00 | $ 277.00 | $ 1,108.00 | $ 3,324.00 |
| | | | $ 11,181.00 | 85 | 5 | 17 | 107 | $11,181 | $ - | $ - | $ - | $ - |
| TOTAL | | | | 150 | 8 | 30 | 188 | 131282 | 11167 | $ 5,416.00 | $ 21,664.00 | $ 64,992.00 |
| *GRAND TOTAL* | | | | *210* | *8* | *30* | *248* | | *$11,771* | *$17,906* | *$71,624* | *$214,872* |
| Benefits Costs @ 20.476% | | | | | | | | | | | *$14,666* | *$43,997* |
| ***Total Costing Required*** | | | | | | | | | | | ***$86,290*** | ***$258,869*** |

COLEMAN C ~~T ORDER
Draft Proposal - iatrist Series

| Classification/Institution | Authorized PYs | Filled Positions | Vacant Positions | Vacancy Rate | Base Salary Max | Current Monthly R&R | Proposed Additional Monthly R&R | Max Monthly pay (Salary + current and proposed R&R) | Total Annual Cost of Proposal - Filled | Total Annual Cost of R&R for FY 06/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Chief Psychiatrist, CF - 7612 (M16) | | | | | | | | | | |
| Avenal State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| California Correctional Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| California Correctional Institution | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| California Institution for Men | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California Institution for Women | 1.00 | 0.00 | 1.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California Medical Facility | 2.00 | 2.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 32,000.00 | $ 96,000.00 |
| California Mens Colony | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California Rehabilitation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| California State Prison, Corcoran | 1.00 | 0.00 | 1.00 | 100% | $ 11,692.00 | $ 2,800.00 | $ 4,000.00 | $ 18,492.00 | $ 16,000.00 | $ 48,000.00 |
| California State Prison, LA County | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California State Prison, Sacramento | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| California State Prison, San Quentin | 2.00 | 1.00 | 1.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 32,000.00 | $ 96,000.00 |
| California State Prison, Solano | 1.00 | 1.00 | 0.00 | 100% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Calipatria State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Centinela State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Central California Women's Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Chuckawalla Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Correctional Training Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Deuel Vocational Institute | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Folsom State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| High Desert State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Ironwood State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Kern Valley State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,800.00 | $ 4,000.00 | $ 18,492.00 | $ 16,000.00 | $ 48,000.00 |
| Mule Creek State Prison | 1.00 | 0.00 | 1.00 | 100% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| North Kern State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Pelican Bay State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 3,950.00 | $ 4,000.00 | $ 19,642.00 | $ 16,000.00 | $ 48,000.00 |
| Pleasant Valley State Prison | 1.00 | 0.00 | 1.00 | 100% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| RJ Donovan Correctional Facility | 1.00 | 0.00 | 1.00 | 100% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Salinas Valley State Prison | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,800.00 | $ 4,000.00 | $ 18,492.00 | $ 16,000.00 | $ 48,000.00 |
| Sierra Conservation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Substance Abuse Treatment Facility | 1.00 | 1.00 | 0.00 | 0% | $ 11,692.00 | $ 2,800.00 | $ 4,000.00 | $ 18,492.00 | $ 16,000.00 | $ 48,000.00 |
| Valley State Prison for Women | 0.00 | 0.00 | 0.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ - | $ - |
| Wasco State Prison | 1.00 | 0.00 | 1.00 | 0% | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 16,000.00 | $ 48,000.00 |
| Miscellaneous | 6.00 | 6.00 | 0.00 | 0.00 | $ 11,692.00 | $ 2,700.00 | $ 4,000.00 | $ 18,392.00 | $ 96,000.00 | $ 288,000.00 |
| **Totals:** | 28.00 | 21.00 | 7.00 | | $ 385,836.00 | $ 90,750.00 | $ 132,000.00 | $ 608,586.00 | $ 448,000.00 | $ 1,056,000.00 |

California Department of Corrections and Rehabilitation
COLEMAN COURT ORDER
Draft Proposal - Psychiatrist Series

| Classification/Institution | Authorized PYs | Filled Positions | Vacant Positions | Vacancy Rate | Base Salary (Max) | Current Monthly R&R | Proposed Additional Monthly R&R | Max Cost Pay (S1692) plus total of current and proposed R&Rs | Total Annual Cost of R&R for FY 05/06 | Total Annual Cost of R&R for FY 06/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Senior Psychiatrist, CF (Supv.) - 9271 (S16) | | | | | | | | | | |
| Avenal State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 42,000.00 | $ - | $ - |
| California Correctional Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Correctional Institution | 1.00 | 0.00 | 1.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California Institution for Men | 1.00 | 1.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California Institution for Women | 1.00 | 0.00 | 1.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California Medical Facility | 3.00 | 1.00 | 2.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 10,500.00 | $ 42,000.00 | $ 126,000.00 |
| California Mens Colony | 2.00 | 2.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 7,000.00 | $ 28,000.00 | $ 84,000.00 |
| California Rehabilitation Center | 1.00 | 1.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California State Prison, Corcoran | 1.00 | 0.00 | 1.00 | 100% | $ 11,447.00 | $ 2,800.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California State Prison, LA County | 1.00 | 1.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| California State Prison, Sacramento | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, San Quentin | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, Solano | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Calipatria State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Centinela State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Central California Women's Facility | 1.00 | 1.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| Chuckawalla Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Correctional Training Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Deuel Vocational Institute | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Folsom State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| High Desert State Prison | 1.00 | 0.00 | 1.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| Ironwood State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Kern Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,800.00 | $ 3,500.00 | $ - | $ - | $ - |
| Mule Creek State Prison | 1.00 | 1.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| North Kern State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Pelican Bay State Prison | 1.00 | 0.00 | 1.00 | 0% | $ 11,447.00 | $ 3,950.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| Pleasant Valley State Prison | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| RJ Donovan Correctional Facility | 1.00 | 1.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 3,500.00 | $ 14,000.00 | $ 42,000.00 |
| Salinas Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,800.00 | $ 3,500.00 | $ - | $ - | $ - |
| Sierra Conservation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Substance Abuse Treatment Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,800.00 | $ 3,500.00 | $ - | $ - | $ - |
| Valley State Prison for Women | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Wasco State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0% | $ - | $ - | $ - | $ - | $ - | $ - |
| Totals: | 16.00 | 9.00 | 7.00 | | $ 377,751.00 | $ 90,750.00 | $ 115,500.00 | $ 98,000.00 | $ 224,000.00 | $ 672,000.00 |

COLEMAN C[illegible]RT ORDER
Draft Proposal [illegible]hiatrist Series

| Classification/Institution | Authorized PYs | Filled Positions | Vacant Positions | Vacancy Rate | Base Salary (Max) | Current Monthly R&R | Proposed Additional Monthly R&R | Max of base pay ([illegible]) plus total of current and proposed R&R's | Total Annual Cost of R&R for FY 05/06 | Total Annual Cost of R&R for FY 06/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| Senior Psychiatrist, CF (Spec.) - 9271 (R16) | | | | | | | | | | |
| Avenal State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ 42,000.00 | $ - | $ - |
| California Correctional Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Correctional Institution | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Institution for Men | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Institution for Women | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Medical Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Mens Colony | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California Rehabilitation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, Corcoran | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, LA County | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, Sacramento | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, San Quentin | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| California State Prison, Solano | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Calipatria State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Centinela State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Central California Women's Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Chuckawalla Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Correctional Training Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Deuel Vocational Institute | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Folsom State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| High Desert State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Ironwood State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Kern Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Mule Creek State Prison | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| North Kern State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Pelican Bay State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 3,950.00 | $ 3,500.00 | $ - | $ - | $ - |
| Pleasant Valley State Prison | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| RJ Donovan Correctional Facility | 0.00 | 0.00 | 0.00 | 100% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Salinas Valley State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Sierra Conservation Center | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Substance Abuse Treatment Facility | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Valley State Prison for Women | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Wasco State Prison | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Miscellaneous | 0.00 | 0.00 | 0.00 | 0% | $ 11,447.00 | $ 2,700.00 | $ 3,500.00 | $ - | $ - | $ - |
| Totals: | 0.00 | 0.00 | 0.00 | | $ 389,198.00 | $ 93,050.00 | $ 119,000.00 | $ 42,000.00 | $ - | $ - |

Attachment 37

COLEMAN [illegible]T ORDER
Draft Proposal · [illegible]niatrist Series

| Classification/Institution | Authorized PYs | Filled Positions | Vacant Positions | Vacancy Rate | Base Salary (Max) | Current Monthly R&R | Proposed Additional Monthly R&R | Max Cost per [illegible] plus total of current and proposed R&R | Total Annual Cost of R&R [illegible] | Total Annual Cost of R&R for FY 06/07 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Staff Psychiatrist, CF - 9272 (R16)** | | | | | | | | | | |
| Avenal State Prison | 3.500 | 0.000 | 3.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 30,000.00 | $ 35,000.00 | $ 105,000.00 |
| California Correctional Center | 1.000 | 0.000 | 1.000 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 2,500.00 | $ 10,000.00 | $ 30,000.00 |
| California Correctional Institution | 5.500 | 3.000 | 2.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 13,750.00 | $ 55,000.00 | $ 165,000.00 |
| California Institution for Men | 13.000 | 12.000 | 1.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 32,500.00 | $ 130,000.00 | $ 390,000.00 |
| California Institution for Women | 7.000 | 7.000 | 0.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 17,500.00 | $ 70,000.00 | $ 210,000.00 |
| California Medical Facility | 16.000 | 14.000 | 2.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 40,000.00 | $ 160,000.00 | $ 480,000.00 |
| California Mens Colony | 18.980 | 17.980 | 1.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 47,450.00 | $ 189,800.00 | $ 569,400.00 |
| California Rehabilitation Center | 1.500 | 1.000 | 0.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 3,750.00 | $ 15,000.00 | $ 45,000.00 |
| California State Prison, Corcoran | 14.300 | 4.500 | 9.800 | 100% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 35,750.00 | $ 143,000.00 | $ 429,000.00 |
| California State Prison, LA County | 8.500 | 4.500 | 4.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 21,250.00 | $ 85,000.00 | $ 255,000.00 |
| California State Prison, Sacramento | 12.500 | 11.000 | 1.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 31,250.00 | $ 125,000.00 | $ 375,000.00 |
| California State Prison, San Quentin | 8.000 | 4.000 | 4.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 20,000.00 | $ 80,000.00 | $ 240,000.00 |
| California State Prison, Solano | 5.500 | 4.500 | 1.000 | 100% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 13,750.00 | $ 55,000.00 | $ 165,000.00 |
| Calipatria State Prison | 5.000 | 3.000 | 2.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 12,500.00 | $ 50,000.00 | $ 150,000.00 |
| Centinela State Prison | 0.750 | 0.000 | 0.750 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 1,875.00 | $ 7,500.00 | $ 22,500.00 |
| Central California Women's Facility | 8.500 | 3.500 | 5.000 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 21,250.00 | $ 85,000.00 | $ 255,000.00 |
| Chuckawalla Valley State Prison | 1.500 | 0.000 | 1.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 3,750.00 | $ 15,000.00 | $ 45,000.00 |
| Correctional Training Facility | 4.500 | 4.000 | 0.500 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 11,250.00 | $ 45,000.00 | $ 135,000.00 |
| Deuel Vocational Institute | 3.500 | 2.000 | 1.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 8,750.00 | $ 35,000.00 | $ 105,000.00 |
| Folsom State Prison | 4.000 | 2.000 | 2.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 10,000.00 | $ 40,000.00 | $ 120,000.00 |
| High Desert State Prison | 6.000 | 1.000 | 5.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 15,000.00 | $ 60,000.00 | $ 180,000.00 |
| Ironwood State Prison | 1.000 | 1.000 | 0.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 2,500.00 | $ 10,000.00 | $ 30,000.00 |
| Kern Valley State Prison | 6.800 | 4.000 | 2.800 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 17,000.00 | $ 68,000.00 | $ 204,000.00 |
| Mule Creek State Prison | 8.000 | 3.000 | 5.000 | 100% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 20,000.00 | $ 80,000.00 | $ 240,000.00 |
| North Kern State Prison | 5.000 | 4.000 | 1.000 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 12,500.00 | $ 50,000.00 | $ 150,000.00 |
| Pelican Bay State Prison | 7.500 | 6.000 | 1.500 | 0% | $ 11,181.00 | $ 3,450.00 | $ 2,500.00 | $ 18,750.00 | $ 75,000.00 | $ 225,000.00 |
| Pleasant Valley State Prison | 3.000 | 0.000 | 3.000 | 100% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 7,500.00 | $ 30,000.00 | $ 90,000.00 |
| RJ Donovan Correctional Facility | 11.500 | 10.000 | 1.500 | 100% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 28,750.00 | $ 115,000.00 | $ 345,000.00 |
| Salinas Valley State Prison | 11.000 | 4.500 | 6.500 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 27,500.00 | $ 110,000.00 | $ 330,000.00 |
| Sierra Conservation Center | 2.000 | 0.500 | 1.500 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 5,000.00 | $ 20,000.00 | $ 60,000.00 |
| Substance Abuse Treatment Facility | 5.500 | 3.500 | 2.000 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 13,750.00 | $ 55,000.00 | $ 165,000.00 |
| Valley State Prison for Women | 5.500 | 1.000 | 4.500 | 0% | $ 11,181.00 | $ 3,000.00 | $ 2,500.00 | $ 13,750.00 | $ 55,000.00 | $ 165,000.00 |
| Wasco State Prison | 6.000 | 4.000 | 2.000 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 15,000.00 | $ 60,000.00 | $ 180,000.00 |
| Miscellaneous | 47.52 | 47.52 | 0.00 | 0% | $ 11,181.00 | $ 2,200.00 | $ 2,500.00 | $ 118,800.00 | $ 475,200.00 | $ 1,425,600.00 |
| **Totals:** | **269.350** | **188.000** | **81.350** | | **$ 380,154.00** | **$ 83,250.00** | **$ 85,000.00** | **$ 694,625.00** | **$ 2,693,500.00** | **$ 8,080,500.00** |
| **GRAND TOTALS:** | **313.350** | **218.000** | **95.350** | **0.000** | **$ 1,532,939.00** | **$ 357,800.00** | **$ 451,500.00** | **$ 1,443,211.00** | **$ 3,365,500.00** | **$ 9,808,500.00** |

01611

**Attachment 38**

## Live Scan Equipment Costs

| Qty | Model | Description | Price |
|---|---|---|---|
| 38 | **TP3100XDFS-ED Desktop Live-Scan Systems** | | **$450,000 plus tax** |

- Enhanced Definition Roll/Slap Optics in stylized case
- Pentium Tower PC with Windows XP O/S
- 17" flat screen display
- DOJ transmission software
- Slap-to-Roll Matching software
- 1,000 record internal queue
- One-Year 9/5 Warranty with On-Site Support
- Annual maintenance after the one-year warranty is about $1,500 per system for 9/5 on-site support

| Quantity 38 Annual Lease Payment Estimates | |
|---|---|
| 3 Year Agreement (includes 2 additional years of 9/5 maintenance) | $227,500 plus tax |
| 4 Year Agreement (includes 3 additional years of 9/5 maintenance) | $201,000 plus tax |
| 5 Year Agreement (includes 4 additional years of 9/5 maintenance) | $176,500 plus tax |

| Qty | Model | Description | Price |
|---|---|---|---|
| 10 | **TP3100XDFS-ED Desktop Live-Scan Systems** | | **$122,500 plus tax** |

| Quantity 10 Annual Lease Payment Estimates | |
|---|---|
| 3 Year Agreement (includes 2 additional years of 9/5 maintenance) | $59,000 plus tax |
| 4 Year Agreement (includes 3 additional years of 9/5 maintenance) | $53,000 plus tax |
| 5 Year Agreement (includes 4 additional years of 9/5 maintenance) | $46,500 plus tax |

| Qty | Model | Description | Price |
|---|---|---|---|
| 3 | **TP3100XDFS-ED Desktop Live-Scan Systems** | | **$38,700 plus tax** |

| Quantity 3 Annual Lease Payment Estimates | |
|---|---|
| 3 Year Agreement (includes 2 additional years of 9/5 maintenance) | $19,000 plus tax |
| 4 Year Agreement (includes 3 additional years of 9/5 maintenance) | $16,500 plus tax |
| 5 Year Agreement (includes 4 additional years of 9/5 maintenance) | $14,500 plus tax |

# Recommendations for Pending Coleman Court Order #1

Tim Fishback, M.D., Chief of Mental Health and Chief Psychiatrist

February 3, 2006

## INTRODUCTION

As a result of the "Fifteenth Monitoring Report Of The Special Master On The Defendants' Compliance With Provisionally Approved Plans, Policies And Protocols", Special Master Keating has indicated his intention to make four recommendations to Judge Karlton for the issuance of court orders. The first recommendation is as follows:

> The defendants should be required to submit within 60 days from entry of the court's order a plan for reducing the rate of vacancies among psychiatrists system-wide, after contracting, to no more than ten percent, as well as a plan for maintaining the rate of vacancies among psychiatrists at ASP, HDSP and VSPW also at a maximum of ten percent. That portion of the plan addressed to the three specific institutions might include increases in R&R differential payments, the reduction of MHSDS population and/or programs offered in the facilities, the relocation of programs in those facilities elsewhere or any combination of these approaches. The defendants are reminded that PBSP, an institution no less remote than any of these three facilities, and possessing once a much more notorious public image, succeeded quite spectacularly in overcoming its inability to recruit and retain psychiatrists and all other categories of mental health staff. It is an example worth replicating.

DRAFT

Mr. Keating also indicates his frustration with the psychiatry vacancy issue by reminding us two previous (and to date unsuccessful) similar court orders:

> On June 12, 2002, the court ordered the defendants to maintain the vacancy rate among psychiatrists at a maximum of ten percent, including contracted services.

> On July 26, 2004, the court ordered the defendants to develop a plan within 60 days for replicating in HDSP the strategies for the procurement of permanent and contracted clinical staff used effectively in PBSP.

He goes on to say in his report "CDCR is clearly out of compliance with the first of these cited orders, which required the maintenance of the vacancy level among psychiatrists system-wide at ten percent or less."

The following preliminary analysis will first address the issue of reducing the psychiatrist vacancy rates system-wide. The second will address the specific focus ordered for ASP, HDSP and VSPW.

> *It is critical to all involved in this Coleman court-order compliance project to understand that commensurate with CDCRs provision of enhanced compensation and improved working conditions, this is the Departments opportunity to expect more from the psychiatrists in terms of 1) greater productivity (seeing more patients and participating in committee work), and 2) enhanced risk management (such as more thorough clinical evaluations, the seeking of second opinions/consultations, and, most importantly, SUFFICIENT and APPROPRIATE clinical documentations). The Union of American Physicians and Dentists (UAPD) should participate in gaining their memberships cooperation.*

## /CHIATRIST VACANCY RATES

I recommend a four-pronged approach towards complying with this first of four pending court orders. The first strategy should be ready for immediate implementation for two basic reasons – first, there is no better way to attract potential candidates than a more competitive compensation package, and second, Mr. Keating no doubt observing the positive recruiting impact that the immediate salary enhancements, ordered by Judge Henderson following Mr. Hagar's recommendation in the Plata case, are having.

1. *Recruitment strategies* – salary enhancements, benefit adjustments, Federal Loan Repayment Program, H1 and J1 Visa Allowance, advertising, interviewing/touring candidates, expedited hiring process, registry and emergency contracting

2. *Retention strategies* – orientation for new and registry employees, improved work environment, improved access to inmates and medical records, improved call coverage, improved call schedule, improving professional educational opportunities, and the provision of appropriately outfitted offices, access to computers, phones, and faxes, medical reference materials, and flexible work schedules that optimal for both the institution and the employee

3. *Utilization of mid-level practitioners* – As in the Plata case, DCHCS should explore the concept of using "mid-level practitioners" (i.e., Nurse Practitioners to provide mental health services.)

4. *Establish alliances with psychiatry residency programs*

DRAFT

Recruitment Strategies:

These are strategies designed to attract well-qualified individuals to come work for the California Department of Corrections & Rehabilitation Mental Health Program in the Division of Correctional Health Care Services. "Well-qualified" is defined by the educational and training requirements for psychiatrists that the Department recently agreed to with Special Master Keating and plaintiff's counsel. Previously, a candidate could be either "board certified", "board admissible (board eligible)", or have had at least one year of training in a psychiatric residency program or one year of experience working in a psychiatric facility. Now a candidate must either be board certified or at least have completed the educational and training requirements that would qualify one to become board certified. (See new draft Program Guides for exact language.) Areas of focus are as follows:

- Salary enhancements
- Benefit package adjustments
- Federal Loan Repayment Program
- H1 and J1 Visa Allowance
- Advertising
- Interviewing and touring candidates
- Expedited hiring process

*Salary enhancements* - CDCR's salary structure for psychiatrists is no longer competitive with almost all other employers. CPS Human Resource Services conducted a salary survey for CDCR mental health classifications, which was completed in March 2005. This survey demonstrated a "moderate to substantial lag" (38.21% – 56.67%) between the salaries paid by CDCR to its psychiatrists and to their counterparts at other employers. Nancy Bither (Associate Director, Human Resources), Bill Avritt (Chief Deputy, Department of Personnel Administration, and Sharon Planchon (Assistant Deputy Director, Administrative Services Division, Personnel Management) are working on determining appropriate salary enhancements. Mr. Avritt has indicated that his team in the Financial Management Unit at the Department of Personnel Administration finds the survey to be useful and a good start but with some methodological flaws and they are continuing with their assessment.

There is an additional, national salary survey that was purchased by DCHCS that will also be forwarded to this group by January 11, 2005. (See "Flexible Work Schedules" for additional discussion regarding salaries.)

*Note: The second of the four pending Coleman court orders addresses the expansion of the DCHCS central office mental health staff. Mr. Keating indicates that "...the plan should also address the issue of compensation for headquarters staff and provide a scale of pay that assures that clinicians (including psychiatrists, psychologists, psych social workers, psych techs and RNs), policy and program developers and supervisors (including health program specialists and analysts) and correctional counselors, who work at the central office receive a level of salary higher than that of any comparable institutional clinicians, including whatever R&R differential pay such institutional clinicians may be entitled to."

Therefore, since some headquarter psychiatrist salaries will be tied to whatever is provided is provided for the field psychiatrists, I will provide some discussion here.

DCHCS is recommending a 5% pay differential above "...that of any comparable institutional clinicians, including whatever R&R differential pay such institutional clinicians may be entitled to."

*Justification independent of the court order* -- In the Department of Personnel Administration (DPA) Classification and Pay Guide, a pay differential is defined as "special additional pay recognizing unusual competencies, circumstances, or working conditions applying to some or all incumbents in selected classes." Clinical Chiefs in the Division of Correctional Health Care Services (DCHCS), Clinical Policy and Programs Branch develop statewide policies and programs, design statewide training programs, and represent the DCHCS to stakeholders. In addition to a borad range of clinical experience and knowledge, they must possess other exception personal characteristics and technical skills, such as diplomacy and policymaking skills, to be successful in their positions. The DCHCS therefore requests a pay differential to adequately compensate clinical Chiefs.

Section 230 of the Classification and Pay Guide calls for human resources administrators to consider whether employees must possess "special training to enable him or her to perform more efficiently or effectively." The primary responsibilities of clinical Chiefs serving in the, for example, Clinical Policy and Programs Branch of DCHCS, are to develop and modify statewide program standards and design training programs to facilitate the implementation of program standards. To develop and modify program standards, the clinical Chiefs must be able to apply the same clinical knowledge, skills, and judgment that any line staff clinician would be expected to possess. In addition, however, they must function as a high-level clinical advisor. Unlike their counterparts at the institution level, who focus solely on the operations of a specific institution, clinical Chiefs must be able determine the ramifications of policymaking decisions on program operations at institutions across the state, including statewide fiscal impacts and impact to other clinical and custodial programs. DCHCS also calls upon clinical Chiefs to act as liaisons with the federal court, other state agencies, the

DRAFT

Legislature, and other stakeholders. In this regard, clinical Chiefs must exercise exceptional diplomatic skill in extremely sensitive situations. They must be able to produce budget change proposals, briefing documents, and reports; testify before the Legislature as necessary; and participate in interagency agreement negotiations with other state departments and the University of California.

Lastly, clinical Chiefs often serve as chairpersons on Performance Management System Subcommittees, overseeing evaluation and improvement activities in the division's primary program areas, such as the Medical, Dental, Mental Health, Pharmacy and Medication Management, and Specialty Care Programs. As chairpersons, clinical Chiefs have a dominant role in setting the strategic direction of DCHCS programs, and their input is critical to the division's implementation of Goal 7, the section of the 2005 California Department of Corrections and Rehabilitation Strategic Plan that pertains to health care service delivery.

All of these skills and abilities (policymaking on a statewide level, diplomacy in extremely sensitive situations, analytical skill, liaison and facilitation skills, and strategic planning) are above and beyond what is listed in the respective job specifications for the clinical Chiefs. The job specifications generally relate to the direct care of patients or the administration of a clinical program at a specific institution.

A Chief Psychiatrist, however, does have job specifications, per the State Personnel Board, that are particular to the position located at DCHCS:

> Has statewide responsibility for the Department's Mental Health Program in such areas as program development, planning, standards and evaluation. Responsible for the development of policies and standards for the mental health program to assure compliance with existing laws and regulations. Organizes, directs and evaluates institutional and outpatient treatment programs. Provides technical advice to advisory committees and mental health professionals engaged in the delivery of mental health services. Consults with professional organizations, public officials, Department staff, and community groups on all phases of the Department's mental health program. Establishes and maintains liaison and cooperative relationships with the mental health professional and allied groups, provider organizations, and other public and private agencies. Represents the Department on issues regarding the Mentally Disordered Offender Act. Supervises the transfer of inmates to the Department of Mental Health pursuant to appropriate Penal Code sections. Conducts studies and prepares reports. Addresses professional and lay groups as well as legislative and other committees.

DCHCS uses the direct service classifications rather than consultant classifications because this practice allows DCHCS to recruit clinical Chiefs

DRAFT

from positions in the field. This is advantageous because clinical Chiefs must have a thorough understanding of the dynamics of treating patients in a correctional environment in order to develop effective policies. Without the pay differential, however, it is difficult to recruit and retain quality staff to serve as statewide policymakers. Clinical Chiefs recruited from the field lose the Recruitment and Retention bonus associated with a field position when they take a position with headquarters. In compensating clinical Chiefs at headquarters for their policymaking skills through the pay differential, DCHCS can continue to pay clinical Chiefs a salary commensurate with what they make in the field, removing the disincentive to work at headquarters.

Section 230 of the DPA Classification and Pay Guide, the section governing pay differentials, directs human resources administrators to "consider the special or unique circumstances and the additional benefit or value to the State," when making a determination about a pay differential, and DCHCS considers the recruitment of qualified staff to state-level positions to be an additional benefit or value to the State for the purposes of considering the pay differential.

DCHCS is also recommending an added incentive for headquarters personnel in the form of an additional pay differential for the travel requirements of the job, with the understanding that employees who are on the road and away from their homes and families bear an additional burden. This additional travel-based pay differential is being requested because of our experience with losing staff after experiencing the hardships associated with the travel requirements. DCHCS is proposing the following travel-related formula for pay differentials:

DRAFT

Pay Differentials for Required Travel:

| Travel Required: | Pay Diff: |
|---|---|
| None | None |
| Rare<br>Ave. of less than 2 working days (plus travel days) per month | 1% |
| Minimal<br>Ave. 2 to 3 working days (plus travel days) per month | 2% |
| Moderate<br>Ave. 4 to 5 working days (plus travel days) per month | 3% |
| Extensive<br>More than 5 working days (plus travel days) per month | 4% |

*Benefit package adjustments* – Mr. Avritt has indicated that the CPS survey needs to be interpreted in terms of total compensation packages and not just salaries alone. He and his group are continuing to analyze this. I recommend that CDCR make clear to potential candidates 1) what the total compensation package amounts to in addition to total salary and whether or not the salary plus R & R are "PERS-able", and 2) how the package compares to other employers. I have received feedback from potential applicants such that when, for example, one is surfing the web for a job, they see the CDCR listed base salary prominently but not the R & R. One would have to read the fine print to see the additional R & R. Therefore, the impression the job hunter has is an artificially low compensation, which compels them to quickly move on to other potential employers. I

recommend that the Department consider increasing the annual reimbursement for Continuing Medical Education (CME) from $700 to $1,500, keeping the number of CME days off limited to seven. The current seven hundred dollar amount covers only a fraction of the costs for typical and required (for licensure) CME requirements. I believe that small "total compensation" enhancements such as this should help to temper the costs of salary and R & R increases.

*Federal Loan Repayment Program* – (insert more here)

*H1 and J1 Visa Allowance* – (insert more here)

*Advertising* – In addition to the standard advertising for psychiatrists (as well as all other applicant classifications), CDCR should inform the candidates about the institution-specific surrounding communities. Population statistics, school systems, recreational and entertainment venues, etc.. should be obtained (free of charge) from the local chambers of commerce and incorporated into CDCR's advertisements. Links to such information can also be provided on the CDCR website.

*Interviewing and touring potential candidates* – As part of total compensation packages offered, other incidentals should be considered. Psychiatrist applicants could be provided assistance with the costs involved in traveling to and touring institutions that are beyond a certain distance (miles) from their current home address. There is a rarely used (secondary to recent years' budget/fiscal shortfalls) state fund set up for such expenditure reimbursements that could be resurrected. I recommend that a fixed dollar amount be provided to new, permanent hires once they have completed probation (6 months for line staff, 1 year for supervisors and managers), regardless of the number of institutions visited, as an incentive to actually see examples of the prison system and talk to staff in person. Institutional supervisory and managerial staff should be provided with training on how to best court candidates and perhaps be budgeted a petty cash fund for the purpose of such expenditures involved when driving candidates around the surrounding community, and taking them to lunch or dinner while discussing CDCR career opportunities. These costs currently are paid out of pocket by supervisors/managers desperate to fill their vacancies. Too often job applicants come to the administrative building outside the gates, are interviewed and then either given a tour by a none-too-interested line staffer or just sent on their way. Supervisors and managers need to be provided the time, training and resources to perform quality recruitment encounters. I also recommend that CDCR consider offering reimbursements for relocation expenses (or a percentage thereof) to new, permanent hires after completion of one year of CDCR service as an added incentive and that these two financial benefits be clearly advertised.

*Expedited hiring process* - Candidates typically have to wait too long to get their application for employment processed, including the review of their credentials. They often find other jobs while waiting, or withdraw their application out of frustration or dismay at this prospective employers disorganization. I recommend that CDCR utilize the same improved hiring processes implemented under the Plata lawsuit since the structure and operating procedures have already been put into place.

*Registry and emergency contracting* – (insert more here)

Retention Strategies:

These are strategies designed to retain the well-qualified recruits as well as the existing psychiatrist permanent employees. The *deliverable* for any strategic retention improvements should be a detailed plan to be submitted as part of the comprehensive response to the four court orders. The plan should provide for the immediate formation of a workgroup consisting of headquarters and institutional staffs, that includes psychiatrist

DRAFT

leadership and line staff employees, similar-level custody participants, and other staffs such as facilities management, budgets, etc… as necessary. I suggest that the workgroup plan on implementing its recommended improvements within nine (9) months after submission of the response to the court order. I feel that this time period is reasonable and that anything longer may not satisfy the Special Master, given the urgency surrounding the psychiatrist vacancy issue.

Areas of focus are as follows:

- Improving orientation provided for new employees
- Improving the work environment
- Improving access to inmates
- Improving access to medical records
- Improving the call schedule
- Improving professional educational opportunities
- Providing comfortable and appropriately outfitted offices that also afford confidentiality
- Providing access to computers, PDAs, phones, and faxes
- Providing medical reference materials
- Providing flexible work schedules
- (…there is one more thing I am forgetting…)

DRAFT

*Improving orientation provided for new employees* - Coming to work in a prison is daunting, and sometimes leads to new employees quitting. We will adopt the new orientation strategies designed for Plata for the new and registry psychiatrists. HCSDS can commit to accomplishing this by (insert date).

*Improving the work environment* – Psychiatrists are specialized medical professionals who are attracted to practice opportunities in locations and environments that allow for collegial interactions. Non-psychiatric, general care practitioners are often attracted to working in rural environments because of the lifestyle and because there are almost always other similar medical colleagues in the surrounding communities. Psychiatrists tend to want to work in urban areas where there are other psychiatrists. Most of the CDCR prisons are located in communities where psychiatrists would not traditionally choose to work. Despite that, and historically, a significant number of the CDCR psychiatrists had chosen to work at these rural locations for two basic reasons:

- The psychiatrist was on probation from the California State Medical Board with practice restrictions such that practice is "…is initially limited to serving as a staff psychiatrist for the California State Prison System and/or as a staff psychiatrist for the California State Parole and Community Division of the California Department of Corrections." Over the last 18 months, internally and in response to Coleman requirements, CDCR has restricted its hiring of psychiatrist to only those not on probation for any reason.

- Up until a few years ago, CDCR's pay scale was very competitive compared to other public and private entities.

Given that the above incentives to work for CDCR have vanished, and in accordance with the "collegial" factor described above, the Department needs to consider, as it is currently doing, consolidating the mental health service programs to locations in metropolitan and other proven areas for recruitment and retention.

Similar consideration must be given to the work environment within the prison walls. At a fair number of CDCR prisons, psychiatrist offices and treatment spaces are more often than not located remotely. In contrast,

whereas the medical clinics are bustling with a number of doctors and nurses and other allied health care workers, psychiatrists work in solitude in those remote locations.

olutions are two pronged:

- Statewide consolidation of mental health treatment centers
- Local consolidation of mental health treatment areas

The "Consolidated Care Centers", per the Right Prison Right Mission project, will allow for consolidation, and hence "collegial" psychiatric service environments. In the interim, CDCR should explore consolidation pockets. See "Strategies Specific To ASP, HDSP And VSPW" for elaboration of this idea.

Within the prison walls, to what ever extant possible and considering physical plant issues, psychiatrist offices/treatment spaces should be consolidated or congregated with each other or with the other areas and clinicians servicing the mental health program.

*Improving access to inmates* – (insert more here)

*Improving access to medical records* – (insert more here)

*Improving the call schedule* – Line staff psychiatrists at institutions where there are staffing shortages are reporting "burn out" from frequent on call obligations. Supervisors and managers have been blocked from participating in the call schedule because of the belief that the bargaining unit (BU16) prohibited it. Labor Relations has provided the following clarification that should allow more of the institution's psychiatrists to are the workload:

DRAFT

Chief and Senior Psychiatrists as well as Chief Dentists, Chief Physician and Surgeon, Chief Deputy of Clinical Services, and Chief Medical Officers, are excluded employees in workweek group (WWG) Statutory Exempt (SE). Effective June 2002 the Department of Personnel Administration implemented changes in excluded employees' compensation and benefits to correspond with similar changes in the contracts for rank-and-file employees (PML 2002-040).

Excluded employees in WWG SE are eligible for on-call compensation if they're affiliated with a bargaining unit that gets this compensation. The same conditions, restrictions, and definitions for on-call compensation that apply to rank-and-file employees in that unit also apply to excluded employees in WWG SE affiliated with that unit.

All the above listed classifications are affiliated with BU 16. If on call, they would get eight hours of CTO or compensation at management's discretion for each on-call assignment. On-call assignment in BU 16 is defined as seven consecutive days. If any of the above listed classifications, as a result of being on call, needs to return to the institution, he/she would not receive call back assignment pay, but would be eligible for mileage compensation to and from the institution.

Bargaining Unit 16, Article 7.9 On-Call:

7.9 On-Call/Call Back Assignment
A. ON-CALL ASSIGNMENT
1. On-call assignment is defined as a work-shift of seven (7) consecutive days in which the Unit 16 employee is: (1) available by telephone or electronic paging device at all times; and (2) normally

immediately available to return to the facility for any required medical support deemed necessary by the employee. On-call assignment shall be in addition to the employee's normal work schedule. If the State deems it necessary, the State shall issue a Unit 16 employee an electronic paging device during an on-call assignment.

2. Those employees completing an on-call assignment of seven (7) consecutive days shall receive eight (8) hours CTO or eight (8) hours compensation at management's discretion for each on-call assignment.
3. On-call assignments shall not be rescheduled to be less than seven (7) consecutive days solely to avoid payment under this Section.
4. Unit 16 employees who complete on-call assignments of less than seven (7) consecutive days shall receive pro-rata CTO or pro-rata pay.
5. On call assignments can apply to physicians, dentist and psychiatrists. At Department discretion there may be a physician surgeon and psychiatric POC on the same shift.
6. Commencing with this agreement, employees may accrue up to 480 of CTO. All hours in excess of 480 shall be compensated in cash.

(insert here ideas regarding regionalized call)

*Improving professional educational opportunities* – (insert more here)

*Providing comfortable and appropriately outfitted offices that afford confidentiality* – (insert more here)

*Providing access to computers, phones, and faxes* – (insert more here)

*Providing medical reference materials* – (insert more here)

*ɔviding flexible work schedules* – This is an area of concern that needs to balance the benefit to both the ınstitutions' needs and the employee's. "Five days, eight hours a day" versus "Four ten-hour days" needs to be re-evaluated, if we are to continue to use this strategy as a recruitment and retention tool. In regards to these types of flexible work schedules:

Pros: Employees have traditionally been attracted to CDCR's advertised willingness to provide for flexible work schedules for a variety of reasons such as the opportunity to decrease travel time (round trip commuting) to a remote prison location from five to four days, or to allow a day for working at a second job, or to participate in child care, etc.

Cons: "Four-ten" schedules are generally not conducive to institutional needs, nor do they allow for the State to obtain maximum productivity for its employee expenditures. Health care's access to inmates has to be coordinated with custody's access to inmates. Otherwise, when employees are granted a 4-10 work schedule, the psychiatrist may (especially at Level IV) may have access to inmate-patients for, say, four hours and then have six more hours of mostly idle time. Psychiatrists (all physicians) are used to and like to keep busy. Hours of down time generate boredom and can lead to these employees leaving work early. This can negatively affect the morale of other clinical and custodial staff. It is also a poor return for the State of California's expenditure on psychiatric services.

Solution: The workgroup consisting of headquarters and institutional staffs should explore scheduling options that will maximize both clinical and custodial access to the inmates, as well running 7 day per week gramming. Also, CDCR should explore the possibility of offering a *negative* pay differential to those employees who desire a 4-10 work schedule.

DRAFT

Utilization Of Mid-Level Practitioners:

DCHCS should explore the feasibility of hiring specialized Mental Health Nurse Practitioner's (MH-NP) to provide basic mental health services, including prescribing medications and case management, to the most stable of mental health inmate-patients, i.e. those enrolled at the Correctional Clinical Case Management System (CCCMS) level-of-care. There are three California-based Nurse Practitioner training programs that provide specialty training in mental health:

1. xxx (I need to find my source materials to fill this in.)
2. yyy
3. zzz

CDCR should explore an alliance with these training programs so that these schools can utilize CDCR facilities as opportunities for requisite clinical/educational "rotational" experiences for their students. This also will benefit the Department both in terms of clinical labor supply and as a recruitment tool. This strategy is only of a tangible benefit to the issue of meeting the 10% court-mandated vacancy rate by serving as a recruitment tool.

This strategy should have a timeline for implementation of approximately one year from the Department's submission of its response to the Coleman court orders since development of this strategy will entail a significant amount of work, even though the same strategies in Plata have paved the way.

In the recent past, both Atascadero State Hospital and the Orange County Jail System have developed in-house, on-the-job training programs and protocols for this same job classification. They did this in an effort to reduce their psychiatrist vacancies. CDCR can possibly *adapt* their programs/policies/procedures to the prison environment so that the wheel doesn't have to be reinvented.

One anticipated obstacle, as we have already experienced, to utilizing MH-NPs is opposition from both the physician's and the psychologist's unions.

After the MH-NP classification is established and functioning, if needed, CDCR should research the feasibility of the other mid-level practitioner classification of "Physician Assistant" as is also being utilized in Plata. Following is a basic description of this occupation taken from UCLA's Career Center website:

Physician Assistant

WHAT IS PHYSICIAN ASSISTANT?
Physician Assistants, or PAs, are health professionals who practice medicine under the supervision of licensed physicians.

PRIMARY RESPONSIBILITIES
PAs are qualified to provide a broad range of diagnostic, therapeutic, preventative, and health maintenance services including taking patient histories, ordering, administering, and interpreting tests, diagnosing, and treating illness, and assisting in surgery. Some states also allow PAs to write prescriptions. The responsibilities of a PA depend on the practice setting, education, experience, and state laws. Physician Assistants are employed in ambulatory, emergency and long term settings. PAs provide health care services in family and internal medicine, pediatrics, surgery, obstetrics and gynecology, and other specialty care areas. PAs work with other health care providers including physicians, nurses, physical therapists, occupational therapists, and ***mental health professionals***.

DRAFT

AREAS OF SPECIALITY

Many PAs work in primary care areas such as general internal medicine, pediatrics, and family medicine. ***Others work in specialty areas***, such as general and thoracic surgery, emergency medicine, orthopedics, and geriatrics. PAs specializing in surgery provide pre-and post-operative care and may work as first or second assistants during major surgery.

Establish Alliances With Psychiatric Residency Programs

As with the Plata strategies, CDCR should explore an alliance with psychiatric training programs, state university-affiliated and otherwise, so that these schools can utilize CDCR facilities as opportunities for requisite clinical/educational "rotational" experiences for their residents. This also will benefit the Department both in terms of clinical labor supply and as a recruitment tool. This strategy is only of a tangible benefit to the issue of meeting the 10% court-mandated vacancy rate by serving as a recruitment tool.

STATEGIES SPECIFIC TO ASP, HDSP AND VSPW

(Mission consolidations; Right Prison – Right Mission; Tele-psychiatry; etc... I have a lot of ideas for this section. Insert more here.)

DRAFT

Attachment E

California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Mental Health Program Finance Letter Fiscal Year 2006/07

| Extraordinary Travel Mental Health QMAT | | | | |
|---|---|---|---|---|
| | Person | Weeks | Unit Cost | Total Cost |
| Per Diem* | 36 | 39 | $ 396 | $ 555,984 |
| Rental Car* | 36 | 39 | $ 287 | $ 402,948 |
| Airfare** | 36 | 39 | $ 207 | $ 290,628 |
| Total | | | | $ 1,249,560 |

1,249,560

| Extraordinary Travel Mental Health Psychological Testing | | | | |
|---|---|---|---|---|
| | Person | Weeks | Unit Cost | Total Cost |
| Per Diem* | 9 | 39 | $ 396 | $ 138,996 |
| Rental Car* | 9 | 39 | $ 287 | $ 100,737 |
| Airfare** | 9 | 39 | $ 207 | $ 72,657 |
| Total | | | | $ 312,390 |

312,390

| Travel Differential updated 270,000 | | | | |
|---|---|---|---|---|
| | Person | Months | Unit Cost | Total Cost |
| | 49 | 12 | $ 500 | $ 294,000 |

294,000

| Travel for Quarterly Meetings - Psychological Testing | | | | |
|---|---|---|---|---|
| | Person | Weeks | Unit Cost | Total Cost |
| Per Diem* | 16 | 4 | $ 396 | $ 25,344 |
| Rental Car* | 16 | 4 | $ 287 | $ 18,368 |
| Airfare** | 16 | 4 | $ 207 | $ 13,248 |
| Total | | | | $ 56,960 |

56,960

| Travel for Quarterly Meetings - Leadership Staff (Chiefs and Seniors) | | | | |
|---|---|---|---|---|
| | Person | Weeks | Unit Cost | Total Cost |
| Per Diem* | 57 | 4 | $ 396 | $ 90,288 |
| Rental Car* | 57 | 4 | $ 287 | $ 65,436 |
| Airfare** | 57 | 4 | $ 207 | $ 47,196 |
| Total | | | | $ 202,920 |

202,920

*Cost per person/week
**Cost per trip

2,115,830

Attachment 15

Feasible Alternative "A"
California Department of Corrections and Rehabilitation
Division of Correctional Health Care Services
Division of Correctional Health Care Services - Mental Health Program - Headquarters
FY 2006/07

| Staffing Request Summary | | FY 06/07 Positions | FY 06/07 Dollars | |
|---|---|---|---|---|
| ***1) Statewide Mental Health Program Director*** | | | | |
| Statewide Mental Health Program Director (Chief Psychiatrist) CEA | | 1.00 | | |
| Associate Health Program Adviser | | 1.00 | | |
| Executive Secretary | | 1.00 | | |
| Office Technician - Typing | | 1.00 | | |
| | 4.00 | | | $0 |
| ***2) Psychiatric Services Branch - Tele-Psychiatry Section*** | | | | |
| Office Technician - Typing | | 1.00 | | |
| | 1.00 | | | $0 |
| ***3) Project Management Unit*** | | | | |
| Staff Services Analyst/Associate Governmental Program Analyst | | 1.00 | | |
| Office Technician - Typing | | 1.00 | | |
| | 2.00 | | | $0 |
| ***4) Clinical Operations Branch*** | | | | |
| CEA (Chief Psychologist) | | 1.00 | | |
| Health Program Specialist I | | 1.00 | | |
| Secretary | | 1.00 | | |
| Office Technician - Typing | | 1.00 | | |
| | 4.00 | | | $0 |
| ***5) Quality Management Assessment Program*** | | | | |
| Regional Mental Health Director (Chief Psychologist) | | 3.00 | | |
| Senior Psychologist (Specialist) | | 6.00 | | |
| Senior Psychiatrist (Specialist) | | 6.00 | | |
| Nurse Consultant Program Reviewer | | 6.00 | | |
| Senior Licensed Psychiatric Technician | | 6.00 | | |
| Facility Captain | | 5.00 | | |
| Retired Annuitant | | 2.00 | | |
| Health Program Manager II | | 3.00 | | |
| Health Program Specialist I | | 3.00 | | |
| Associate Health Program Adviser | | 6.00 | | |
| Secretary | | 3.00 | | |
| Office Technician - Typing | | 3.00 | | |
| | 52.00 | | | $0 |
| ***6) Centralized Clinical Case Management Unit*** | | | | |
| Associate Health Program Adviser | | 1.00 | | |
| Office Technician - Typing | | 1.00 | | |
| | 2.00 | | | $0 |
| ***7) Utilization Management Unit*** | | | | |
| Registered Nurse | | 4.00 | | |
| | 4.00 | | | $0 |
| ***8) Clinical Policy and Program Development and Clinical Evaluations Branch*** | | | | |
| Chief (Clinical Psychologist) - CEA | | 1.00 | | |
| Health Program Specialist I | | 1.00 | | |
| Secretary | | 1.00 | | |
| Office Technician - Typing | | 1.00 | | |
| | 4.00 | | | $0 |
| ***9) Clinical Policy and Program Development Unit*** | | | | |
| Senior Psychologist, Specialist | | 1.00 | | |
| Licensed Psychiatric Social Worker | | 1.00 | | |
| Senior Licensed Psychiatric Technician | | 1.00 | | |
| Health Program Specialist I | | 1.00 | | |
| Research Analyst II (Social/Behavioral) | | 1.00 | | |
| Associate Health Program Adviser | | 4.00 | | |
| Secretary | | 1.00 | | |
| Office Technician - Typing | | 5.00 | | |
| | 15.00 | | | $0 |
| ***10) Psychological Testing and Forensic Evaluation*** | | | | |
| Clinical Psychologist | | 10.25 | | |
| Associate Health Program Adviser | | 3.00 | | |
| Secretary | | 1.00 | | |
| | 14.25 | | | $0 |
| ***11) Extraordinary Travel/Quarterly Meeting*** | | | | |
| Extraordinary Travel - QMAT | | | $1,249,560 | |
| Extraordinary Travel - Forensic | | | $312,390 | |
| Travel Differential - QMAT/Forensic ($500 per month) | | | $294,000 | |
| Travel for Quarterly Forensic Meetings | | | $56,960 | |
| Travel for Quarterly Leadership Meetings | | | $202,920 | |
| | 0.00 | | | $2,115,830 |
| **Total Request** | | **102.25** | **$2,115,830** | |
| | 102.25 | | | $0 |

California Department of Corrections
Division of Correctional Health Care Services
Mental Health Population
(As of January 26, 2006)

| | CAPACITY/CCCMS | | | CURRENT POP/ CCCMS | | | | | CAPACITY/ EOP | | | CURRENT POP/EOP | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSTITUTION | GP | RC | SHU | GP | ASU | RC | RC ASU | SHU | GP | ASU | RC ASU | GP | ASU | RC | RC ASU | SHU |
| ASP | 1,099 | | | 864 | 31 | | | | | | | 7 | 5 | | | |
| CAL | | | | 17 | 7 | | | | | | | 5 | | | | |
| CCC | | | | 2 | 1 | | | | | | | | | | | |
| CCI | 1,053 | 166 | 130 | 1,012 | 122 | 153 | | 131 | | | | 9 | 14 | 15 | | 8 |
| CCWF | 739 | 110 | | 823 | 26 | 128 | | | 54 | | | 57 | 1 | 2 | | |
| CEN | | | | 30 | 10 | | | | | | | 1 | | | | |
| CIM | 366 | 633 | | 557 | | 596 | 39 | | | | | 9 | | 164 | 13 | |
| CIW | 349 | 100 | | 442 | 19 | 106 | | | 75 | | | 115 | 2 | | | |
| CMC | 1,049 | | | 1,123 | 63 | | | | 580 | 54 | | 595 | 38 | | | |
| CMF | 599 | | | 646 | 1 | | | | 600 | 58 | | 602 | 68 | | | |
| COR | 499 | | 450 | 274 | 143 | | | 456 | 150 | 54 | | 147 | 42 | | | 1 |
| CRC | 848 | | | 1,031 | | | | | | | | | | | | |
| CTF | 699 | | | 764 | 17 | | | | | | | 8 | | | | |
| CVSP | | | | 10 | 2 | | | | | | | | | | | |
| DVI | 85 | 564 | | 25 | 47 | 629 | 59 | | | | | 2 | 15 | 51 | 11 | |
| FSP | 599 | | | 562 | 51 | | | | | | | 5 | 4 | | | |
| HDSP | 654 | 45 | | 403 | 66 | 88 | | | | | | 3 | 3 | 5 | | |
| ISP | | | | 4 | 4 | | | | | | | | | | | |
| KVSP | 349 | | | 396 | 34 | | | | | | | 5 | 3 | | | |
| LAC | 1,149 | | | 1,025 | 51 | 65 | | | 300 | 54 | | 284 | 74 | 5 | | |
| MCSP | 999 | | | 1,009 | 42 | | | | 215 | 36 | | 223 | 39 | | | |
| NKSP | 215 | 584 | | 75 | | 664 | 56 | | | | | 1 | | 48 | 7 | |
| PBSP | 349 | | | 238 | 61 | | | 11 | 64 | | | 67 | | | | |
| PVSP | 1,299 | | | 1,438 | 144 | | | | | | | 11 | 1 | | | |
| RJD | 901 | 298 | | 655 | 120 | 500 | | | 330 | 63 | | 320 | 51 | 104 | | |
| SAC | 849 | | | 731 | 61 | | | | 192 | | | 211 | 58 | | | |
| SATF | 1,049 | | | 1,065 | 147 | | | | 49 | | | 4 | 1 | | | |
| SCC | 499 | | | 523 | 0 | | | | | | | 6 | 1 | | | |
| SOL | 1,199 | | | 1,432 | 60 | | | | | | | 15 | 4 | | | |
| SQ | 350 | 549 | | 423 | | 552 | 87 | | | | 36 | 85 | | 70 | 14 | |
| SVSP | 999 | | | 1,015 | 193 | | | | 192 | 45 | | 186 | 43 | | | |
| VSPW | 606 | 143 | | 713 | 17 | 191 | | 31 | | 9 | | 5 | 8 | 8 | | 6 |
| WSP | 105 | 944 | | 126 | | 1,234 | 52 | | | | | 4 | | 74 | 8 | |
| TOTAL | 19,555 | 4,136 | 580 | 19,453 | 1,540 | 4,906 | 293 | 629 | 2,801 | 373 | 36 | 2,992 | 475 | 546 | 53 | 15 |
| | | | 24,271 | | | | | 26,821 | | | 3,210 | | | | | 4,081 |

01626

Replace with new summary

## Staffing Summary

- Statewide Mental Health Program Director
- Chief of Clinical Operations Branch
- Chief of Clinical Policy and Program Development and Clinical Evaluations Branch
- Project Director
- Quality Management Assistance Program Regional Director
- Chief Psychiatrist
- Senior Psychiatrist Supervisor
- Senior Psychiatrist Specialist
- Staff Psychiatrist
- Senior Psychiatric Technician
- Senior Psychiatric Technician, Group Therapy Curriculum
- Chief Psychologist, Clinical Policy and Program Development Unit
- Chief Psychologist, Psychological Testing and Forensics Evaluation Unit
- Senior Psychologist Supervisor
- Senior Psychologist Supervisor Psychological Testing Unit
- Senior Psychologist Specialist, Centralized Clinical Assessment Team
- Senior Psychologist Specialist, Quality Management Assistance Program
- Senior Psychologist Specialist, Bed Planning and Management
- Senior Psychologist Specialist, Mental Health Compliance Management
- Senior Psychologist Specialist, Gender and Culturally Responsive Programs
- Senior Psychologist Specialist, Staff Development
- Senior Psychologist Specialist, Staff Training
- Senior Psychologist Specialist, Suicide Policy and Program Development Unit
- Clinical Psychologist
- Psychiatric Social Worker, Program Guides
- Nursing Consultant Program Review
- Utilization Management Registered Nurse
- Facility Captain
- Retired Annuitant
- Health Program Manager II
- Health Program Specialist I
- Associate Health Program Adviser
- Research Analyst II (Social/Behavioral)
- Staff Services Analyst/Associate Governmental Program Analyst
- Executive Secretary
- Secretary
- Office Technician -- Pending

**Division of Correctional Health Care Services - Mental Health Program Staffing Plan – Job Duties**

| **Position Title:** Statewide Mental Health Program Director | **Position Number:** |
|---|---|
| **Qualifications:** Medical Degree (M.D. or D.O.) | **Current Employee:** Timothy Fishback, M.D.(A) |
| **Mental Health Program Unit:** All | **Travel Requirement:** Moderate |
| **Base Location:** DCHCS (Sacramento) | |
| **Primary Responsibility:** Clinical leadership and administrative oversight of Mental Health Program | |
| **Reports To:** Deputy Director over DCHCS | |
| **Supervises:** Chief Psychologists and Senior Psychiatrists and Telemedicine Psychiatrists at DCHCS | |

| **Duties/Responsibilities:** | **Percentages:** |
|---|---|
| Under the general direction of the Deputy Director of Clinical Services, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Statewide Mental Health Program Director, CEA has statewide responsibility for the Department's Mental Health Program in all areas and aspects including but not limited to: program development, planning, standards and evaluation; directing and approving the development of policies and standards for the Mental Health Program to assure compliance with existing laws, regulations and stipulated agreements; directing and evaluating institutional and outpatient treatment programs; and evaluating the statewide, standardized, implementation of the Department's Mental Health Programs in all CDCR institutions per the State Personnel Board. Moderate travel is required. | |
| DUTIES:<br>• Responsible for directing and approving the development of clinical policies and procedures related to delivery of mental health services in order to properly administer the mental health care program, coordinate with the institution's custody functions, incorporate the department's mission, standardize functions of mental health care staff throughout all institutions to comply with legal mandates, laws, rules, regulations, etc. utilizing professional knowledge and experience, critical thinking, delegation to staff, other documents etc,. as needed.<br>• Providing direct guidance, leadership and consultation to management staff across the DCHCS Mental Health Program to ensure the effective functioning and coordination of their respective branches, units and sections.<br>• Strategic planning for the Mental Health Program | 35% |
| • Representing the Mental Health Program at the DCHCS Headquarters Quality Management System (QMS) including Quality Management Committee (QMC), chairing the Mental Health Program Subcommittee (MHSubC).<br>• Serving as lead Departmental Consultant on Mental Health litigation matters including the <u>Coleman</u> Exit Team<br>• Lead agency wide task forces on a variety of issues where in depth, broad based knowledge and input of a mental health nature is required.<br>• Provide consultation to Policy and Governance Committee and other agency level meetings regarding the need for and effectiveness of all ongoing or proposed mental health services. | 30% |
| • Directs management staff to ensure consistency across mental health policies, and DCHCS program goals. | |

**Division of Correctional Health Care Services - Mental Health Program Staffing Plan – Job Duties**

| Duties | % |
|---|---|
| • Directs the development of new program policy and procedures as the Department's Mental Health program mission is redefined or expanded.<br>• Directs the development and approves creative programmatic approaches to assess and treat mental disorders | 30% |
| • Providing technical advice to advisory committees and mental health professionals engaged in the delivery of mental health services;<br>• Consulting with professional organizations, other state departments and agencies, and community groups on policy and programs to ensure more effective and comprehensive approaches to programs.<br>• Establishing, maintaining and overseeing liaison and cooperative relationships with mental health professional and allied groups, provider organizations, and other public and private agencies.<br>• Representing the agency on issues regarding mental health, including court appearances as required;.<br>• Addressing professional and lay groups and representing the Department and policies and programs before the Legislature. | 20% |
| • Directs the work of management staff (e.g., Chiefs of Psychiatric Services, Policy and Program Development and Psychological Testing and Forensic Branch, Clinical Operations Branch and Project Management, etc.) with regards to their management of clinical staff functions, personnel functions (e.g., recommend candidates for hire, adverse actions, training, performance evaluations, timesheets, etc.), and safety and security functions in order to ensure compliance with all Mental Health Program guidelines, departmental policies and procedures, court mandates, laws, rules, regulations, standard employment policies, departmental safety and security regulations. | 20% |
| **AND OTHER DUTIES AS ASSIGNED** | 5% |
| | **140%** |

**Division of Correctional Health Care Services - Mental Health Program Staffing Plan – Job Duties**

| **Position Title** Senior Psychologist, CF (Supervisor) | **Position Number:** |
|---|---|
| **Qualifications:** Licensed Psychologist | **Current Employee:** Various |
| **Mental Health Program Unit:** Psychological Testing and Forensic Evaluation Unit | **Travel Requirement:** Extensive |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Supervise Staff Psychologists Conducting Clinical Evaluations and Forensic Mental Health Evaluations; Complete Clinical and Forensic Evaluations | |
| **Reports To:** Chief Psychologist, Psychological Testing and Forensic Evaluation Unit | |
| **Supervises:** Clinical Psychologists, CF | |

| **Duties/Responsibilities:** | Percentages: |
|---|---|
| Under the direction of the Chief Psychologist, Psychological Testing and Forensic Evaluation Unit, the Senior Psychologist CF (Supervisor), will supervise line staff providing clinical and forensic mental health evaluations of inmates requiring treatment, diagnostic evaluation including for the Developmentally Disabled Program (DDP/Clark), forensic evaluations including but not limited to pending Board of Parole Hearings actions, placement into a Department of Mental Health facility as a Mentally Disordered Offender, or consideration of parole, as a Life Term inmate, 7301s, 1370s, and Z cases. The Supervisor directly prepares evaluations when necessary or provides case consultation to line staff for difficult cases. The incumbent may also represent the Department in court hearings related to MDO placements or other aspects of their reports in various locations or at BPH hearings. | |
| DUTIES: | |
| ▪ Provide supervisory functions, including: supervision and training for Staff Psychologists in the preparation of evaluations of inmates appearing for Court or BPH actions, including but not limited to: the granting of probation or parole, or placement into inpatient treatment as a condition of parole; preparation of diagnostic evaluations for clarification of inmates' treatment needs for institutional programs, including for the Developmentally Disabled Program (DDP/Clark); prepare timely summary reports documenting numbers of unit evaluations; maintain supporting documents and completed evaluations for future reference. Approximately 12-18 employees. | |
| ▪ Manage appropriate distribution of cases to ensure timelines are met and report quality maintained. | |
| ▪ Participate in the recruitment and hiring of Staff Psychologists. | 70% |
| ▪ Complete more difficult evaluations, or provide case consultation to Staff Psychologists performing more difficult evaluations. | |
| • Represents the department in court and various situations related to the mental health department (e.g., negotiate with bargaining units, respond to inmate lawsuits, subpoenas, and/or requests for information, testify as expert or material witness, etc.) utilizing departmental legal representation, professional knowledge and experience, C-files, UHR, effective communication skills, coordination with Attorney General's Office, program guidelines, local and | |

| | |
|---|---|
| departmental policies and procedures, etc. as needed | 30% |
| ▪ Performs program evaluation studies on new and/or existing programs in order to determine their effectiveness at meeting program guidelines, statutory mandates, and departmental needs, provide information to courts and other agencies, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements, etc. using communication skills, exit interviews, needs assessments, program development skills, statistical analyses, computer skills, research skills, knowledge of MHSDS and DDP program guidelines and statutory regulations, knowledge of current and relevant professional literature, etc. as requested by the Mental Health Quality Management Subcommittee. | 10% |
| ▪ Participate in the development of Psychological Testing and Forensic Evaluation Unit policies and procedures, training programs, legislative proposals, budget change proposals, program assessments, and clinical / forensic guidelines.<br>▪ Participate in quarterly regional meetings to ensure standardization across the state in reports and assessment techniques | 5% |
| **OTHER DUTIES AS ASSIGNED** | 5% |
| | 120% |

**Division of Correctional Health Care Servic Mental Health Program Staffing Plan –Job Duties**

| **Position Title:** Senior Psychiatric Technician | **Position Number:** |
| --- | --- |
| **Qualifications:** Extensive experience as LPT or Sr. LPT in CDCR (5+ years) | **Current Employee:** |
| **Mental Health Program Unit:** Nursing Services | **Travel Requirement: Moderate** |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Mental Health Quality Management Assistance Program (QMAP) | |
| **Reports To:** Supervising Registered Nurse II | |
| **Supervises:** N/A | |

| **Duties/Responsibilities:** | Percentages: |
| --- | --- |
| Under the direction of the Supervising Registered Nurse II, under the Regional Director of Nursing, of the Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychiatric Technician is a primary member of the Mental Health Quality Management Assistance Team (QMAT). The incumbent is responsible for review of institutional records and audits regarding psychiatric technicians duties including but not limited to: psych tech rounds, group therapy provided by psychiatric technicians, aspects of medication management and the Quality Management System (QMS), as well as chart reviews as assigned institutions. The Senior Psychiatric Technician will also provide technical assistance to institutional psychiatric technicians and other Mental Health staff, regarding implementation of the provisions and standards provided within the Mental Health Delivery System. **Extensive travel is associated with this position.** | |
| DUTIES: | |
| • Responsible for reviewing the nursing areas and functions assigned by the Mental Health QMAT team including but not limited to medication management; psychiatric technician duties such as psych tech rounds, and Enhanced Outpatient Program (EOP) and Clinical Correctional Case Management Services (CCCMS) groups; audits conducted by nursing staff; Quality Improvement Teams led by nursing staff or highly involved with nursing; psychiatric technician involvement in the Quality Management System (QMS) and the effectiveness with which the institutional QMS addresses issues in their area of expertise.<br>• Performs consultations within the Mental Health Services Delivery System in assigned institutions.<br>• Develops and recommends appropriate clinical health care policies and procedures to provide knowledge, expertise, and to ensure compliance and consistency with court mandates, laws, rules, regulations, utilizing professional knowledge, Federal and State laws (e.g., PC, Title 15, Title 17, Title 22, regulations) DOM, ABs, policies, procedures, internet, etc. under direct supervision. | 35% |
| • As assigned, reviews aspects of the nursing services operations for DCHCS Mental Health Program within their scope of practice; consult with appropriate administrators, supervisors, and staff regarding nursing practices, procedures, and standards; review unit management, care of and response to patients, and nursing techniques and procedures; reviews organization, staffing, training, and assignment of personnel in nursing services; reviews | |

| | |
|---|---|
| operations in light of departmental standards and policies; evaluates the current status of nursing programs and prepares reports on findings; recommends improvements and revisions in nursing standards, policies, or procedures and suggests methods of implementation; recommends use of specialized consultation, as needed. | 10% |
| • Assists in the development and implementation of DCHCS, Mental Health Services Delivery System nursing services, policies and procedures to meet the needs of the patient population, services provide, educational programs and management support, and to ensure compliance and consistency with court mandates, laws, rules, regulations, utilizing professional knowledge, Federal and State laws (e.g., PC, Title 15, Title 17, Title 22, regulations, etc.), DOM, ABs, policies, procedures, communication skills, computer software, etc., under direct supervision. | 10% |
| • Analyzes complex operational problems and issues to identify areas for improvement, make recommendations, determine the impact on department programs, etc. utilizing professional knowledge, Federal and State laws (e.g., PC, Title 15, Title 17, Title 22, regulations) DOM, ABs, policies, procedures, computer software, communication skills, etc. under direct supervision; responsible for the implementation, monitoring of compliance and quality improvement; participates in Quality Management programs and studies at assigned institutions and in DCHCS to monitor policies and procedures pertinent to access, quality and continuity of care. | 10% |
| • Provides nursing and program consultation to Quality Management Programs, including the Quality Management Committee, Mental Health Subcommittee and Quality Improvement Teams; provides guidance in developing outcome studies, and establishing on going institutional self-monitoring; provides consultation in planning, development, implementation, evaluation and monitoring of Medication Management, utilization review, and other projects as assigned. | 10% |
| • Prepares various written documents (e.g. memorandum, correspondence, reports, etc.) to request and/or provide information to others utilizing computer hardware/software, communications skills, spelling/grammar, laws, rules, regulations, policies, procedures, DOM, etc. under direct supervision | 10% |
| • Subject Matter Experts in development of local operating procedures for duties within the scope of license for psychiatric technicians. | 5% |
| • Deliver on site training as needed. Participates in in-service training session, staff meetings, and maintain current psychiatric technician licensure and CPR certification. | 5% |
| **AND OTHER DUTIES AS ASSIGNED** | 5% |
| | 100% |

**Division of Correctional Health Care Services .ental Health Program Staffing Plan –Job Duties**

| **Position Title:** Senior Psychiatric Technician, Group Therapy Curriculum | **Position Number:** |
|---|---|
| **Qualifications:** Extensive experience as LPT or Sr. LPT in CDCR (5+ years) | **Current Employee:** |
| **Mental Health Program Unit:** Mental Health Clinical Policy and Program Development Unit | **Travel Requirement:** Minimal |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Group Therapy Curriculum development and updating, subject matter expertise for psychiatric technician tasks | |
| **Reports To:** Chief Psychologist, Clinical Policy and Program Development Unit | |
| **Supervises:** N/A | |

| **Duties/Responsibilities:** | **Percentages:** |
|---|---|
| Under the direction of the Chief Psychologist, Clinical Policy and Program Development Unit, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychiatric Technician is responsible for development and expansion of the curricula for group therapy, for both the Enhanced Outpatient Program (EOP) and the Clinical Correctional Case Management System (CCCMS) program. The incumbent is responsible for participating in DCHCS headquarters meetings and activities such as the Mental Health Program Subcommittee and other quality management meetings when psychiatric technician experience and perspective is required, as directed by the supervisor. Travel is minimal. | |
| DUTIES:<br>• Responsible for interfacing with EOP and CCCMS program managers at all institutions to collect and collate all curricula based information currently available for group therapy at headquarters.<br>• Responsible for codifying said information once gathered.<br>• Developing and maintaining a systematic method to store current and expanded curricula for efficient access and dissemination as a resource to all institutional programs.<br>• Developing graduated curricula from primary to advanced affording patients who improve their functioning options for further progress.<br>• Researching additional resources for group therapy and group therapy materials to expand current curricula to avoid undue repetition for patients who may require these levels of care for ended time frames. If necessary developing and writing additional materials.<br>• Ensuring appropriate dissemination of aggregated materials to institutions and working with the clinical development specialist to ensure appropriate training is available to accompany such materials | 50% |
| • Develops and recommends appropriate clinical health care policies and procedures providing specialized subject | |

| | |
|---|---|
| matter expertise within the scope of a psychiatric technician, and to ensure compliance and consistency with court mandates, laws, rules, regulations, utilizing professional knowledge, Federal and State laws (e.g., PC, Title 15, Title 17, Title 22, regulations) DOM, ABs, policies, procedures, internet, etc. under direct supervision.<br>• As assigned, reviews aspects of the nursing services operations for DCHCS Mental Health Program within their scope of practice; consult with appropriate administrators, supervisors, and staff regarding nursing practices, procedures, and standards; review unit management, care of and response to patients, and nursing techniques and procedures; reviews organization, staffing, training, and assignment of personnel in nursing services; reviews operations in light of departmental standards and policies; evaluates the current status of nursing programs and prepares reports on findings; recommends improvements and revisions in nursing standards, policies, or procedures and suggests methods of implementation; recommends use of specialized consultation, as needed.<br>• Assists in the development and implementation of DCHCS, Mental Health Services Delivery System nursing services, policies and procedures to meet the needs of the patient population, services provide, educational programs and management support, and to ensure compliance and consistency with court mandates, laws, rules, regulations, utilizing professional knowledge, Federal and State laws (e.g., PC, Title 15, Title 17, Title 22, regulations, etc.), DOM, ABs, policies, procedures, communication skills, computer software, etc., under direct supervision.<br>• Analyzes complex operational problems and issues to identify areas for improvement, make recommendations, determine the impact on department programs, etc. utilizing professional knowledge, Federal and State laws (e.g., PC, Title 15, Title 17, Title 22, regulations) DOM, ABs, policies, procedures, computer software, communication skills, etc. under direct supervision. | **40%** |
| • Provides nursing and program consultation to Quality Management Programs, including the Quality Management Committee, Mental Health Subcommittee and Quality Improvement Teams; provides guidance in developing outcome studies, and establishing on going institutional self-monitoring; provides consultation in planning, development, implementation, evaluation and monitoring of Medication Management, utilization review, and other projects as assigned.<br>• Prepares various written documents (e.g. memorandum, correspondence, reports, etc.) to request and/or provide information to others utilizing computer hardware/software, communications skills, spelling/grammar, laws, rules, regulations, policies, procedures, DOM, etc. under direct supervision | **10%** |
| • Subject Matter Experts in development of local operating procedures for duties within the scope of license for psychiatric technicians. Provides consultation to DCHCS staff on Licensed Psychiatric Technicians scope and breadth of expertise. | |

Division of Correctional Health Care Services .ental Health Program Staffing Plan –Job Duties

| | |
|---|---|
| • Deliver on site training as needed. Participates in in-service training session, staff meetings, and maintain current psychiatric technician licensure and CPR certification. | **10%** |
| **AND OTHER DUTIES AS ASSIGNED** | **5%** |
| | **115%** |

01636

**Division of Correctional Health Care Servic… Mental Health Program Staffing Plan – Job Duties**

| **Position Title** Staff Psychiatrist, Telemedicine Services | **Position Number:** |
|---|---|
| **Qualifications:** M.D. or D.O. Board Certified or Eligible in Psychiatry | **Current Employee:** |
| **Mental Health Program Unit:** DCHCS HQ | **Travel Requirement: light** |
| **Base Location:** DCHCS (other sites as designated) | |
| **Primary Responsibility:** Provides outpatient psychiatric telemedicine services to assigned institutions | |
| **Reports To:** Chief Psychiatrist, Psychiatry Services Branch | |
| **Supervises:** N/A | |

**Duties/Responsibilities:**

Under the general direction of the Chief Psychiatrist, Psychiatry Services Branch, (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the telemedicine Staff Psychiatrist is responsible for providing outpatient psychiatric telemedicine services and related tasks. The staff psychiatrist is a member of an Interdisciplinary Treatment Team (IDTT). As such, the psychiatrist works collaboratively with other treatment team members in diagnosis, treatment planning, discharge planning and may be involved with providing individual treatment. This includes light traveling to assigned institutions.

Percentages:

Duties

- Prescribe and monitor psychiatric medications, be alert for possible drug interactions and document problems associated with pre-existing medical conditions.
- Perform medical/psychiatric/neurological assessments and interventions on inmate patients as needed in the interdisciplinary treatment teams (IDDT) or on a one to one basis.
- Interview and evaluate patients to determine need for mental health treatment and/or therapy, refer those who need hospitalization or evaluation for danger to self, or to others to the mental health institutions staff.
- Order laboratory work for monitoring medication adherence and medical assessment when needed.
- Order psychological and medical testing when indicated, refer for ancillary services and provide therapy to patients.
- Perform other medication clinic visits including parole medication ordering as required.
- Review medical and psychological examination findings for evidence of organic disturbances as well as other complicating features (e.g. physical illnesses, developmental problems, seizure disorders, medication side-affects, etc.) related to mental disorders to ensure appropriate placement and treatment of patients utilizing various resources (e.g. expertise, laws, rules, regulations, court mandates, testing, etc.) as required.
- As with all employees, when in the field, maintain order of persons committed to the California Department of Corrections and Rehabilitation to ensure the security of working areas/materials, to prevent escape and injury by these persons to themselves and/or others, and to safeguard property utilizing various resources (e.g. interpersonal skills, heightened awareness of the surroundings, knowledge, various alarm systems, etc.) as dictated by departmental policy.

50%

- Provide clinical review and assessment of use and patterns of psychotropic medications, including types and dosages prescribed for clinical safety, effectiveness and cost for use among inmates at each level of care.

| Duties | % |
|---|---|
| • Serve as clinical consultant on questions and issues regarding specific medications, dosages, side effects and contraindications.<br>• Serve as clinical consultant on general developments in psychotropic medications.<br>• Provide clinical follow-up on medication non- compliant patients.<br>• Participate in quality management procedures including peer review.<br>• Recommend transfer of patients to appropriate levels of mental health care and/or assists in the arrangements for follow-up and after-care during parole including release parole medication, to assure continuity of appropriate treatment utilizing various resources (e.g. expertise, laws, rules, regulations, court mandates, testing, history, etc.) as needed. | 15% |
| • Maintain medical records and documentation following quality improvement processes and policies.<br>• Maintain and document physician's progress notes and contribute to treatment plans as appropriate.<br>• Complete mental health forms and chronos such as, level of care information, informed consent for psychotropic medications, Abnormal Involuntary Movements Scales (AIMS), non- formulary medication request forms, department of medicine consultations, and other reports as directed by the Chief Psychiatrist.<br>• Communicate with others in the course of CDCR business (e.g. staff, mental health professionals, allied groups, provider organizations, other public and private agencies, etc.) to establish and maintain liaison and cooperative relationships utilizing various resources (e.g. interpersonal/communication skills, knowledge, etc.) as needed.<br>• Apply new ideas to old concepts in order to promote newer and more effective patterns/approaches to mental health programs and care. | 10% |
| • Attend on-site visitations to assigned Correctional Facilities to provide patient care services.<br>• Participate in coordination of telemedicine procedures with others involved in telemedicine operations.<br>• Prepare various written documents (e.g. correspondence, reports, consultations, memoranda, etc,) to provide documentation, information, direction, etc., to others (e.g. patients and their families, staff, government officials, etc.) utilizing various resources (e.g. communications skills, computer equipment, etc.) as needed. | 10% |
| • Attend required meetings/education/training and in-service programs.<br>• Participate in case conferences with assigned institutions on problematic cases<br>• Provide mental health consultation to field correctional facilities when required.<br>• Maintain the morale and cohesiveness of the mental health staff to ensure the appropriate treatment of patients and to maintain a sound and creative working environment utilizing knowledge, interpersonal/communication skills, etc. on a continuous basis. | 5% |
| • Demonstrate the acceptance of differences of opinions, approaches, and personalities of staff in order to promote a smooth working environment. | |

| | |
|---|---|
| • Integrate the art and science of mental health in order to promote the most effective contacts with staff, custody and patients.<br>• Serve during the workday to respond to routine and urgent psychiatric problems.<br>• Provide Psychiatric relief coverage and other duties as directed by the Chief Psychiatrist.<br>• Maintain thorough knowledge of literature and recent developments in the field of psychiatry in order to maintain good standards of care in keeping with current practice.<br>• Be familiar with current DCHCS Mental Health Program Guides and the various patient levels of care (i.e., Correctional Clinical Case Management System, Enhanced Outpatient Program, Mental Health Crisis Bed, In-Patient Care) for effective management of DCHCS programs. | 5% |
| **AND OTHER DUTIES AS ASSIGNED BY THE CHIEF PSYCHIATRIST** | 5% |
| | 100% |

| **Position Title:** Chief Psychologist | **Position Number:** |
|---|---|
| **Qualifications:** Licensed Psychologist with supervisory experience | **Current Employee:** Shama Chaiken Ph.D. |
| **Mental Health Program Unit:** Clinical Policy and Program Development Unit | **Travel Requirement:** Rare |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Policy development, approval acquisition, resource requests, and training | |
| **Reports To:** Chief of Clinical Policy and Programs Branch, CEA | |
| **Supervises:** Senior Psychologist Supervisors, Senior Psychologist Specialists, Social Worker, Senior Licensed Psychiatric Technician | |

| **Duties/Responsibilities:** | Percentages: |
|---|---|
| Under the general direction of the Chief of Clinical Policy and Programs Branch, CEA, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Chief Psychologist has responsibility for mental health policy development, including but not limited to, standardizing and implementing clinical programs, staff training, and suicide prevention. Job duties include direct oversight of all updates of the Mental Health Services Delivery System (MHSDS) Program Guide and other Mental Health Program policies, procedures and amending memoranda. This position is responsible for ensuring Mental Health policy coordination with Inmate Medical Services, Title 22, Title 15, DOM, Penal Code, Health and Welfare and Institutions codes, licensing and other relevant regulations to reduce conflicts across policies. The Chief Psychologist coordinates processes required for policy and program development, approval, resource request, and implementation. This position maintains primary responsibility for development and delivery of training related to new and updated mental health policies. The Chief Psychologist is heavily involved in the development of Budget Change Proposals to address resource issues raised by policy. Policy and Programs retains responsibility for clinical staff development issues, group therapy curriculum development, and providing subject matter expertise for the Mental Health Tracking System and other Mental Health Data bases, including participation in the development of next evolution systems. Travel is rarely required. | |
| DUTIES: | |
| • Developing, and providing oversight to the development of the MHSDS Program Guides. Primary responsibility for: Negotiation of policy changes/updates with litigants and Special Masters; ensuring agreed upon changes are made and approved through the appropriate CDCR process; consulting with multidisciplinary staff to ensure scope of updates/changes are consistent with other CDCR initiatives, maintaining oversight of changes and approval status, and communicating such information with CDCR legal, labor, and custody representatives | |
| • Oversight of the Suicide Prevention and Response Focused Improvement Team | |
| • Oversight of all training required by the MHSDS Program Guides to include clinical, custody and other staff as designated. This includes ensuring staff is available to develop, approve and deliver training consistent with court and other legal agreements, and the tracking to document the completion of such training | |

| Duties | % |
|---|---|
| • Oversight and management of clinical staff development including but not limited to oversight of internship and practicum programs, continuing education, managing and directing subject matter expertise in regards to recruiting hiring and retention efforts<br>• Oversight of group therapy curriculum planning<br>• Oversight of bed planning liaison | 40% |
| • Development and oversight of execution of Budget Change Proposals to ensure resources for the completion of Mental Health Program and policies.<br>• Serves on the Professional Practice Executive Committee<br>• Reviews senior and chief psychologists credentialing packets requiring review and forwards recommendations to Chief of Mental Health for approval. | 20% |
| • Provides overall guidance, leadership and consultation to management and staff within the DCHCS and institutional Health Care Managers, Mental Health Program managers and their staff, as well as Wardens and members of their custodial and program staff on mental health policy issues.<br>• Develops and evaluates creative programmatic approaches to address and treat mental disorders, including protocols for training and resources required to implement such programs.<br>• Plans, organizes, and oversees research, data analysis and program development research. Develops new program policy and procedures as the Department's Mental Health program mission is redefined or expanded. Works with Psychiatric staff to incorporate any psychopharmacological issues into policy.<br>• Serves as lead Departmental Consultant on all Mental Health litigation matters regarding policy | 20% |
| • Direct the work of senior staff (e.g., Senior Psychologists, etc.) with regards to their supervision of clinical and forensic evaluation functions (e.g., assessment, record review, interview, recommendations, classification of inmates, etc.), audits, personnel functions (e.g., recommend candidates for hire, adverse actions, training, performance evaluations, timesheets, etc.), and safety and security functions (e.g., carrying personal alarm device, supervising inmates, reporting potential escapes and contraband, following tool control/key control procedures, etc.), etc. in order to ensure compliance with MHSDS program guidelines, departmental policies and procedures, court mandates, laws, rules, regulations, standard employment policies, departmental safety and security regulations, etc.<br>• Develop and evaluate creative programmatic approaches to assessment, evaluation, classification and reporting of individuals with mental disorders<br>• Manage recruitment of professional staff in order to fill departmental vacancies with qualified personnel by having staff represent the department at job fairs and professional conferences, write advertisements and letters to colleagues, publish in professional journals, etc. utilizing staff, effective communication skills, knowledge of the entire department, etc. as needed.<br>• Recruit professional staff in order to fill department vacancies with qualified personnel by representing the department | |

| | |
|---|---|
| at job fairs and professional conferences, writing advertisements and letters to colleagues, publishing in professional journals, etc. utilizing effective communication skills, recruitment techniques, knowledge of the entire department, network of colleagues, etc. as needed | 25% |
| • Lead Department-wide task forces on a variety of issues where knowledge and input of a mental health nature is required which would include: recruiting and hiring of mental health professionals; physical plant design, and training of mental health professionals and custodial staff.<br>• Provide consultation to upper management regarding the need for and effectiveness of all ongoing or proposed mental health services.<br>• Make decisions regarding the direction of the mental health policies in the Institutions as well as long term program planning and integration of those plans with other services in the institutions. This includes receiving, evaluating and recommending policy changes proposed by the field, the courts, DCHCS and other sources, and incorporating recommended changes into updated policy for approval<br>• Serve as a consultant in the preparation of contracts with other mental health providers as required and serve as liaison for the Department with outside agencies and other mental health providers as appropriate. | 20% |
| **AND OTHER DUTIES AS ASSIGNED** | 5% |
| | 130% |

| **Position Title** Senior Psychiatrist Specialist, Psychiatry Services | **Position Number:** |
|---|---|
| **Qualifications:** M.D. or D.O., and ABPN or AOBNP board eligible or certified | **Current Employee:** |
| **Mental Health Program Unit:** Mental Health Quality Management Assistance Program (QMAP) | **Travel Requirement:** Extensive |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Primary member of Quality Management Assistance Team (QMAT) | |
| **Reports To:** Chief Psychiatrist, Psychiatry Services | |
| **Supervises:** N/A | |

| **Duties/Responsibilities:** | Percentages: |
|---|---|
| Under the general direction of the of Chief Psychiatrist, Psychiatry Services, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychiatrist Specialist, Psychiatry Services, DCHCS, CDCR has responsibility for: providing clinical and consultative duties on psychiatry practice at assigned institutions through QMAP. This position has primary responsibility for being an integral QMAT team member assigned to provide service to the institutions within their region including but not limited to medication management and psychiatry programming. Extensive travel required | |
| DUTIES: | |
| • Work in partnership with clinical and custody staff at their respective institutions using active listening skills, consulting, recommending and providing solutions for improving medication management and psychiatry related programs. | |
| • Reviews the procedures at the assigned institution regarding QMAT medication management program guidelines, mental health clinical program guidelines, audit findings and process, court mandated clinical mandates and the maintenance of quality clinical practice standards commensurate with psychiatric community practice. | |
| • Evaluates the current status of the institutional medication management program and prepares reports on findings; recommends improvements and revisions in psychiatry standards, policies, or procedures and suggests methods of implementation; recommends use of specialized consultation as needed; and prepares various reports and correspondence and other related work. | |
| • When indicated conduct on-site inspections and assessment of employee work areas, equipment, supplies and inmate-patients living areas. | |
| • Conducts quality management monitoring of key indicators at the institutions to maintain compliance with the Local Policy Procedures, DCHDC medication management, psychiatry clinical program guidelines, pharmacy guidelines and court mandated clinical mandates. | |
| • Review on-site Psychiatric Telemedicine Unit operations (if operational) at the assigned institution to evaluate the quality of service delivery, peer review processes and institutional satisfaction with psychiatric telemedicine services. | |

| Duties | % |
|---|---|
| • Audit on-site for effective compliance of the institutional procedures of the Heat Plan Program including reporting requirements and adherence to DCHCS statewide Heat Plan Program policy.<br>• Assure effective institutional Keyhea processes are in place and comply with statewide policy and the local operating procedures.<br>• Interview (when indicated) at the assigned institution individual inmate-patients for evidence of organic disturbances as well as other complicating features (e.g. physical illnesses, developmental problems, seizure disorders, medication side-affects, etc.) related to mental disorders when assessing clinical cases for psychotropic medications and acuity ensuring appropriate placement and treatment of patients. | 50% |
| • Consults with appropriate institution administrators, supervisors and staff regarding medication and psychiatry practices, procedures and standards; reviews the overall management and care of inmates-patients in the Mental Health Delivery System including medication practices; reviews organization, staffing, training, and assignment of personnel in the psychiatry program services; reviews operations in light of Departmental Standards and Policies;<br>• Provide sound verbal feedback to the institutional staff followed with comprehensive written reporting of the institutions' medication management and psychiatry programs fitness as a member of the QMAT team.<br>• Consults at the institutional level within the structure of the assignment on psychiatry-related policy and program development and local operating procedures.<br>• Evaluate the effectiveness of the institutional assigned staff in participation in the various meetings/committees/teams (e.g., institution staff, executive staff, Quality Management Committee [QMC], Quality Improvement Team [QIT], mental health Interdisciplinary Treatment Teams [IDTT], in order to develop policies and procedures, represent HCSD/mental health department, provide two-way communication with various disciplines and executive staff, provide mental health input, recommendations, and expertise in conducting medication and psychiatry related programs | 20% |
| • Interface effectively before during and after QMAT visits with other team members for planning, assignments, ongoing feedback and reports coordination<br>• Show and use your skill set to evaluate staffs' abilities to function within the requirements of specific assignments in order to effectively deal with interpersonal dynamics encountered in the various work settings.<br>• Apply new ideas to old concepts in order to promote newer and more effective patterns/approaches to mental health programs and care.<br>• Understand and demonstrate the acceptance of differences of opinions, approaches, and personalities of staff in order to promote a smooth working environment<br>• Be an effective team facilitator or member to function optimally in a team setting with an understanding of operational dynamics of organizational structures. | 10% |

| | |
|---|---|
| • Responsible for ensuring current institutional issues regarding Pharmacy and Medication Management are reported to the Chief Psychiatrist, Psychiatric Services including submission of the institutional post visit QMAT reports in a timely fashion.<br>• Responsible for ensuring that specific institutional concerns regarding psychiatry programming are addressed with the Chief Psychiatrist, Psychiatry and referral made to other Departments or appropriate individuals when directed.<br>• Always collaboratively and effectively work with all other QMAT team members and in tandem with the assigned QMAT nurse.<br>• Be active on all committees, meetings, conferences and training pertaining to all the duties and responsibilities assigned to the Senior Psychiatrist Specialist.<br>• Consults with professional departmental staff, on all phases of the medication management and psychiatry programming to provide technical advice, expertise, to assist in the resolution of clinical problems that may arise, etc. utilizing various resources (e.g. professional skills, laws, rules, regulations, court mandates, etc.) as necessary<br>• Conducts in-service Training for the field to provide information and ensure proper implementation of the standard of medical and mental health care utilizing communication and management skills, correct policies and procedures as needed.<br>• When employed in the institutions, maintains order of persons committed to the California Department of Corrections to ensure the security of working areas/materials, to prevent escape and injury by these persons to themselves and/or others, and to safeguard property utilizing various resources (e.g. interpersonal skills, heightened awareness of the surroundings, knowledge, various alarm systems, etc.) as dictated by departmental policy.<br>• Maintain comprehensive knowledge of the principles and methods of psychiatry, general knowledge of modern methods and principles of medicine and neurology and a thorough knowledge of literature with recent developments in the field of psychiatry in order to maintain good standards of care in keeping with current community psychiatry practice and providing sound clinical consultation to others.<br>• Apply the knowledge of the various patient levels of care (i.e., Correctional Clinical Case Management System, Enhanced Outpatient Program, Mental Health Crisis Bed, In-Patient Care) for sound understanding and giving accurate advisement about DCHCS programs. | |
| • Communicate effectively with other staff, mental health professionals and allied group to establish and maintain liaison and cooperative relationships utilizing various resources (e.g. interpersonal/communication skills, knowledge) as needed.<br>• Represent the Department when directed on various mental health issues to provide expertise, information, etc. utilizing various resources (e.g. interpersonal/communication skills, knowledge, laws, rules, regulations, court mandates) as required.<br>• Be active and participate in maintaining high morale and cohesiveness of all staff to ensure the appropriate treatment of patients and to maintain a sound and creative working environment utilizing knowledge, interpersonal/communication skills on a continuous basis. | 10% |

Division of Correctional Health Care Services Mental Health Program Staffing Plan – Job Duties

| | |
|---|---|
| • Demonstrate the skills for sound planning and time management to effectively manage duties within established guidelines and mandates.<br>• Participate in ad hoc tactical and strategic planning at the assigned institutions in conjunction with all relevant disciplines (e.g., health care, custody, records, etc.) in order to effect short and long term goals of the psychiatry and medication management program taking into account the possible interest of other areas in the mental health care program as well as other programs in the institution utilizing knowledge of the various disciplines functions and needs. | 5% |
| **AND OTHER TASKS AS ASSIGNED** | 5% |
| | 100% |

01646

**Division of Correctional Health Care Servic Mental Health Program Staffing Plan – Job Duties**

| **Position Title** Senior Psychiatrist, Supervisor | **Position Number:** |
|---|---|
| **Qualifications:** M.D. or D,O, | **Current Employee:** |
| **Mental Health Program Unit:** Tele-Psychiatry Unit | **Travel Requirement:** Light |
| **Base Location:** DCHCS | |
| **Primary Responsibility**: First line supervisory and overall clinical responsibilities in the Tele-Psychiatry Unit | |
| **Reports To:** Chief Psychiatrist, Psychiatry Services Branch | |
| **Supervises:** Tele-Psychiatry Staff Psychiatrists and support staff | |

| **Duties/Responsibilities:** | Percentages: |
|---|---|
| Under the general direction of the of Chief Psychiatrist, Psychiatry Services, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychiatrist Supervisor, Tele-Psychiatry Services, DCHCS, CDCR has responsibility for providing first-line supervisory and clinical duties in the Tele-Psychiatry unit settings. This position has primary responsibility for the leadership role to all staff team members assigned to provide service in the Tele-Psychiatry units and to interface with other staff personnel in the Telemedicine Program. Reviews the overall management and care of inmates-patients receiving the services of the Tele-Psychiatry staff psychiatrists. Responsible for efficient medication practices; organization, staffing, training, and assignment of personnel in the Tele-Psychiatry services; reviews operations in light of Departmental Standards and Policies; Evaluates the current status of the institutional need for continued Tele-psychiatry services and prepares reports on findings; recommends improvements and revisions in the Tele-Psychiatry program standards, policies, or procedures ensuring consistency with DCHCS policy, procedures and program guidelines. | |
| • Directs overall clinical supervision of Tele-Psychiatry staff psychiatrists and support staff including but not limited to clinical orientation, time schedules and clinical documentation standards.<br>• Supervises the Tele-Psychiatry unit operations including development and implementation of approved assessment tools to evaluate the quality of service delivery, peer review processes and institutional satisfaction with psychiatric telemedicine services. | 25% |
| • Consults with Tele-Psychiatry assigned institution administrators, supervisors and staff regarding medication management, psychiatry practices, standards, procedures and Tele-Psychiatry schedule coordination.<br>• Conducts quality management monitoring of key indicators in the Tele-Psychiatry unit to maintain compliance with DCHDC clinical program guidelines, pharmacy guidelines and court mandated clinical mandates and review the findings with the Chief Psychiatrist, Psychiatry Services Branch on a regular basis. | 15% |

| Job Duties | % |
|---|---|
| • Responsible for ensuring that high-priority institutional concerns regarding Tele- Psychiatry programming are addressed with the Chief Psychiatrist, Psychiatry Services Branch<br>• Facilitates the hiring process by conducting interviews, evaluating and recommending candidates for appointment utilizing various methods of filling vacancies (e.g. recruitment, team building, training and development assignments, certification lists, etc.) as needed.<br>• Conduct probationary and annual performance evaluations on all assigned psychiatrists in a timely manner applying consistent and fair evaluation practices. | 15% |
| • Be active in the recruitment, retention and promotion activities for staff psychiatrists and support staff in the Tele-Psychiatry Unit including field institutional Telemedicine positions employment within the CDCR.<br>• Evaluates and provides feedback to employees under supervision to ensure performance objectives/standards are met by monitoring work, assignments and/or behaviors as defined by various laws, administrative rules, policies, procedures, etc<br>• Be familiar and understand the EEO and ERO personnel roles and EAP policies and procedures to assist and counsel your employees with issues that pertain to work performance.<br>• Participates in the development of policies and standards for the Tele-psychiatry program to assure compliance with existing laws, regulations and court mandates as required. | 10% |
| • Reviews medical and psychological examination findings for evidence of organic disturbances as well as other complicating features (e.g. physical illnesses, developmental problems, seizure disorders, medication side-affects, etc.) related to mental disorders when consulting with the Tele-Psychiatry staff psychiatrist and others on complex clinical cases ensuring appropriate placement and treatment of patients.<br>• Prepares various written documents (e.g. correspondence, reports, consultations, memoranda, etc,) to provide documentation, information, direction to others, (e.g. patients and their families, staff, and government officials) utilizing various resources (e.g. communications skills, computer equipment) as needed. | 10% |
| • Communicate effectively with others (e.g. staff, mental health professionals, allied groups, provider organizations, other public and private agencies, etc.) to establish and maintain liaison and cooperative relationships utilizing various resources (e.g. interpersonal/communication skills, knowledge) as needed.<br>• Maintains the morale and cohesiveness of the staff to ensure the appropriate treatment of patients and to maintain a sound and creative working environment utilizing knowledge, interpersonal/communication skills on a continuous basis.<br>• Maintain comprehensive knowledge of the principles and methods of psychiatry, general knowledge of modern methods and principles of medicine and neurology and a thorough knowledge of literature with recent developments in the field of psychiatry in order to maintain good standards of care in keeping with current community practice and | |

| | |
|---|---|
| providing sound clinical consultation to others. | 5% |
| • Apply comprehensive knowledge of effective supervision and personnel management to effectively direct and manage staff in the area of patient care/management<br>• Apply basic knowledge of the principles; methods and objectives of training treatment personnel as it applies to the management and care of mentally disordered patients. | 5% |
| • When indicated conduct on-site inspections and assessment of Tele-Psychiatry work areas, equipment, supplies and inmate-patients living areas.<br>• Assure effective clinical Keyhea and Heat Plan processes are followed by the staff psychiatrists and comply with statewide policy and the local operating procedures.<br>• Be active and participate in maintaining high morale and cohesiveness of all staff to ensure the appropriate treatment of patients and to maintain a sound and creative working environment utilizing knowledge, interpersonal/communication skills on a continuous basis. | 5% |
| • Be an effective team facilitator or member to function optimally in a team setting with an understanding of operational dynamics of organizational structures.<br>• Show and use your skill set to evaluate staffs' abilities to function within the requirements of specific assignments in order to effectively deal with interpersonal dynamics encountered in the Tele-Psychiatry work setting.<br>• Apply new ideas to old concepts in order to promote newer and more effective patterns/approaches to mental health programs and care.<br>• Understand and demonstrate the acceptance of differences of opinions, approaches, and personalities of staff in order to promote a smooth working environment.<br>• Demonstrate the skills for sound planning and time management to effectively manage duties within established guidelines and mandates.<br>• Always integrate the art and science of mental health in order to promote the most effective contacts with staff, custody and patients.<br>• Review the on-site Psychiatric Telemedicine Unit operations reports from the Senior QMAT Psychiatrists assessing the quality of service delivery, peer review processes and institutional satisfaction with psychiatric telemedicine services. | 5% |
| **AND OTHER TASKS AS ASSIGNED** | 5% |
| | 100% |

**Division of Correctional Health Care Services - Mental Health Program Staffing Plan – Job Duties**

| | |
|---|---|
| **Position Title** Quality Management Assistance Program Regional Directors ( Northern, Central, and Southern) | **Position Number:** |
| **Qualifications:** Licensed Psychologist or Board Certified/Board eligible Psychiatrist, with program supervisory experience | **Current Employee:** |
| **Mental Health Program Unit:** Quality Management Assistance Program (QMAP) | **Travel Requirement:** Extensive |
| **Base Location:** DCHCS HQ | |
| **Primary Responsibility:** Regional implementation of QMAP and direction of Quality Management Assistance Teams (QMAT) | |
| **Reports To:** Chief Psychologist, Quality Management Assistance Program (QMAP) | |
| **Supervises:** QMAT Senior Psychologist Specialists, | |

| **Duties/Responsibilities:** | **Percentage:** |
|---|---|
| Under the general direction of the Chief Psychologist, Quality Management Assistance Program, Mental Health Program, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the QMAP Regional Director has responsibility to provide direct clinical and administrative leadership to regional Mental Health QMAT teams and the institutions they service. The incumbent directs QMAT assignments and activities in the field and maintains oversight for institutional QMAT reviews and reports regarding implementation of statewide mental health policy and programs by developing and managing interdisciplinary compliance teams (Quality Management Assistance Teams) formulated to evaluate each institution's compliance with the aspects of the Mental Health Program pertinent to their mission and inmate population. The incumbent ensures said teams utilize approved audit tools and processes to interface with the institution's executive staff and quality management entities (Quality Management Committee/QMC, Mental Health Subcommittee/MHSubC, Pharmacy and Medication Management Subcommittee/PMMSubC etc.) to effectively assess, analyze, monitor and utilize key indicator reports; to work with the institutions to ensure that this process is effectively functioning and documented for the institution through meeting minutes, management reports, Quality Improvement Plans and action taken in an unbroken feedback loop; ensuring said feedback loop demonstrates a positive systemic approach to ongoing identification of issues, prioritization, and measurable improvement in mental health patient care at each institution. Extensive travel is required.<br><br><u>DUTIES</u>:<br>• Directs and monitors all Mental Health QMAT functions and work product in assigned region to include but not limited to:<br>o oversight of all assessment and audit tools utilized during and subsequent to monthly QMAT institutional visits<br>o oversight of all analyses and reports completed based on such audits<br>o direct communication of the implications of such analyses and reports to DCHCS HQ Mental Health<br>o forwarding of DCHCS HQ Management Reports, and Special Masters Monitoring Reports to QMATs for incorporation of issues into institutional Quality Management System and where appropriate into their Quality Improvement Plans<br>o forwarding of other stakeholder reports (such as OIG, Suicide CAPs) to QMATs for incorporation into institutional | |

| | |
|---|---|
| Quality Management System and where appropriate into their Quality Improvement Plans<br>• The processes for oversight shall include but are not limited to managing multidisciplinary Quality Management Assistance Teams (QMAT) assigned to a set of institutions to work closely in monitoring and addressing the above outcome measures. | 25% |
| • Participates in recruiting, hiring, training, and supervision of multidisciplinary QMAT members; recruit professional staff in order to fill department vacancies with qualified personnel by representing the department at job fairs and professional conferences, writing advertisements and letters to colleagues, publishing in professional journals, etc. utilizing effective communication skills, recruitment techniques, knowledge of the entire department, network of colleagues, etc. as needed.<br>• Ensures that the appropriate composition of QMATs are maintained and that any specialized expertise required by an assigned institution regarding mental health policy and program implementation is provided.<br>• Provides subject matter expertise to QMAT members regarding mental health policy and programs as well as case conferences regarding difficult clinical issues. | 20% |
| • Evaluate systems problems encountered at institutions in the addressing of behavioral problems and mental disorders of inmates in order to determine the inmate's level of functioning (e.g., diagnoses, medication and program compliance, mental status exam, appropriate level of care, etc.), provide status reports and/or recommendations, and make appropriate referrals (e.g., psychiatric, medical, custody staff, etc.) utilizing Unit Health Record (UHR), custody reports/written documents (e.g., progress notes, Central File [C-File]), information from other staff, interviews/direct observation, professional knowledge and experience, the Mental Health Tracking System (MHTS), etc. in response to referrals from Health Care Services Division (HCSD), custody, concerned relatives, etc.<br>• Direct appropriate QMAT staff to evaluate systemic issues in the institution's ability to effectively address behavior problems and mental disorders of inmates in order to ensure that inmates are evaluated and treated appropriately and provide status reports and other recommendations utilizing staff (e.g., Senior Psychologist, Senior Psychiatric Social Workers, etc.), MHTS, etc. in response to referrals from Health Care Services Division (HCSD), custody, concerned relatives, etc.<br>• Ensure that QMAT determines if institutional systems designed to ensure staff classify inmates for the appropriate level of mental health care (e.g., General Population [GP], Correctional Clinical Case Management System [CCCMS], Enhanced Outpatient Program [EOP], Mental Health Crisis Beds [MHCB], Department of Mental Health [DMH], etc.) in the institution's housing units, based upon their mental disorders and/or developmental disabilities in order to provide the appropriate level of care and treatment (e.g., individual/group therapy, psychiatric medication, case management, etc.) in the least restrictive environment and comply with laws, rules, regulations, and Federal mandates (e.g., Coleman, Clark, etc.), etc. utilizing professional knowledge and experience, Mental Health Services Delivery System [MHSDS] program guide, laws, rules, regulations, and Federal mandates, etc. on a daily basis are functioning effectively.<br>• Ensure that QMAT evaluates the effectiveness of the institutions Quality Management Systems including if the assigned staff participate in various meetings/committees/teams (e.g., institution staff, executive staff, Quality Management Committee [QMC], Quality Improvement Team [QIT], mental health Interdisciplinary Treatment Teams [IDTT], Institution Classification Committee, Unit Classification Committee, etc.) in order to develop policies and procedures, represent | |

| Duties | % |
|---|---|
| research, effective supervisory skills (e.g., progressive discipline, EEO, etc.), QMAT, policies and procedures, etc. in order to provide a safe work environment, ensure compliance with MHSDS program guidelines and ethical standards of professional mental health care, etc. and ensure that professional staff function within the scope of their license utilizing knowledge of the ethical standards of various professions, laws, rules, regulations, effective communication skills, professional knowledge and experience, professional journals, current knowledge of supervision and licensing standards, etc. as needed.<br>• Provide various training programs (e.g., documentation guidelines, how to use the MHTS, complete appropriate mental health forms, suicide prevention, signs and symptoms of mental diseases, court mandates, stress management, conflict resolution, etc.) for all staff, including custody when requested, in order to provide continuing education credits and current information, increase staff awareness of mental illness within an institution environment, increase the effectiveness of custody and mental health staff in working with inmates, ensure compliance with departmental policies and procedures, rules, laws, regulations, etc. utilizing workshops, current knowledge, written materials, in-service training manuals, in-service training, effective communication skills, etc. as needed. | 10% |
| • Provide DMH liaison for QMAP<br>• Attends DCHCS meetings as directed to:<br>o represent assigned institutions mental health policy and program implementation and regional QMAT issues, conclusions, reports etc.<br>o effectively provide HQ feedback to regional QMATs and institutions<br>• Manage the mental health staff and equipment allocation (e.g., contract staff/ registry expenditures, vacancies/positions, equipment, supplies, etc.) in order to provide fiscally responsible information (e.g., projections, current costs, staffing vacancies, justify expenditures, etc.) to the HCM, etc. utilizing various forms and reports (e.g., vacancies, registry, etc.), staff (e.g., supervisory, budget and contract analysts, personnel specialists, etc.), and knowledge of the department's budgetary and financial processes, etc. as needed. | 5% |
| • Direct and when appropriate assist in the preparation of written documents (e.g., QMAT QIPs and institutional reports Corrective Action Plans [CAP], Management Reports, correspondence, reports, etc.) in order to provide various data/information to court monitors, HCSD and institution staff, and others, comply with court mandates, laws, rules, regulations, HCM requests, etc. utilizing a desktop computer, effective written communication skills, staff expertise, professional knowledge, laws, rules, regulations, etc. as needed. | 5% |
| • Assist in developing policies and procedures related to mental health care (e.g., MHSDS, etc.) in order to properly administer the mental health care program, coordinate with the institution's custody functions, incorporate the department's mission, standardize functions of mental health care staff throughout all institutions (e.g., Keyhea, Vitek, etc.), to comply with legal mandates, laws, rules, regulations (e.g., Title 15, Title 22, etc.), etc. utilizing professional knowledge and experience, critical thinking, delegation to staff, other documents (e.g., manuals, departmental memos, other agencies' documents, etc.), etc. as needed. | |

| Duties | % |
|---|---|
| • Ensure implementation of departmental policies and procedures related to mental health care (e.g., MHSDS, etc.) in order to properly administer the mental health care program, coordinate with the institution's custody functions, incorporate the department's mission, comply with various legal mandates, laws, rules, regulations (e.g., Coleman, Clark, Title 22, etc.), etc. utilizing professional knowledge and experience, critical thinking, delegation to staff, other documents (e.g., manuals, departmental memos, program guidelines, etc.), legal mandates, laws, rules, etc. as needed.<br>• Evaluate mental health care policies and procedures and current program functions in order to identify problems and obstacles and to make recommendations for changes utilizing critical thinking, professional knowledge and experience, program evaluation skills, effective communication skills, delegation skills, MHSDS program guidelines, etc. as needed. Develop various audit tools and miscellaneous forms (e.g., sign-in sheets, vacation request forms, etc.) in order to facilitate compliance with the QMAT process, MHSDS program guidelines, budget process, personnel functions, etc. utilizing desktop computer, professional knowledge and experience, supervisory skills, delegations skills, effective communication skills, manuals, etc. as needed. | 5% |
| • Manage the development of various audit tools and miscellaneous forms (e.g., sign-in sheets, vacation request forms, etc.) in order to facilitate compliance with the QMAT process, MHSDS program guidelines, budget process, personnel functions, etc. utilizing staff expertise, professional knowledge and experience, supervisory skills, delegation skills, effective communication skills, etc. as needed.<br>• Ensures QMATs evaluate how effectively institutions manage the MHTS system in order to ensure that the system is working to its fullest potential, (e.g., staff has needed access, staff are utilizing appropriately, etc.), producing reliable and timely management reports, and that those reports are distributed appropriately (e.g., Court Monitor, HCSD, Warden, HCM, staff, etc.), etc. utilizing various information updates (e.g., from HCSD, Institution Division, institution executive staff, etc.), knowledge of the system's purpose and software, etc. as needed. | 5% |
| • Represent the department in various situations related to the mental health department (e.g., negotiate with bargaining units, respond to inmate lawsuits, subpoenas, and/or requests for information, testify as material witness, etc.) utilizing departmental legal representation, professional knowledge and experience, C-files, UHR, effective communication skills, coordination with Attorney General's Office, program guidelines, local and departmental policies and procedures, etc. as needed.<br>• Direct all-staff meetings in order to share information, discuss problems, increase staff communication, discuss training needs, etc. utilizing information from HCSD/Institution Services Division, Warden, HCM, Health and Safety, appropriate literature/materials supporting the agenda, effective communication skills, meeting organizational skills, etc. as needed.<br>• Manage the dissemination of necessary information about mentally ill inmates (e.g., MHSDS program guidelines, staffing ratios, inmate census, etc.) to the Health Care Placement Unit (HCPU), Parole Outpatient Clinic (POC), Classification & Parole Representative (C&PR), Case Records, etc. in order to facilitate transfers of mentally ill inmates to other institutions or different state/county agencies, or their release to the community, etc. utilizing effective communication skills, effective organizational skills, various reports (e.g., C-files, personnel reports, mental health population cap, bed count, daily census report, staffing ratio, parole list, etc.) from HQ, Wardens, Custody, QMC, C&PR, POC, other mental health staff, etc. as | |

| | | |
|---|---|---|
| needed. | 5% | |
| • Participate in strategic planning for DCHCS Mental Health Program in conjunction with all disciplines (e.g., health care, custody, records, etc.) in order to develop short and long term goals for the institution that take into account the needs of the mental health care program as well as other programs in the institution utilizing effective communication skills, knowledge of the various disciplines functions and needs, knowledge of mental health discipline and projections, etc. on an annual basis.<br>• Manage prioritization of daily functions including crisis interventions within the mental health department in order to organize, prioritize and respond to DCHCS, institutional and program needs, and assign multiple mandates that are directed toward the mental health team utilizing effective supervisory skills, knowledge of institutional needs and mental health systems, critical thinking, effective organizational skills, etc. on a daily basis. | 5% | |
| **AND OTHER DUTIES AS ASSIGNED** | 5% | |
| | | 125% |

**Division of Correctional Health Care Services Mental Health Program Staffing Plan – Job Duties**

| **Position Title** Chief Psychiatrist | **Position Number:** |
|---|---|
| **Qualifications:** M.D. or D.O. | **Current Employee:** |
| **Mental Health Program Unit:** Psychiatry Services Branch | **Travel Requirement:** Moderate |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** QMAP Medication Management, Tele-Psychiatry Unit Management, MDO certifications and 7301 process oversight | |
| **Reports To:** Statewide Mental Health Program Director | |
| **Supervises:** QMAT Senior Psychiatrists Specialists and Tele-Psychiatry Senior Psychiatrist, Supervisor | |

| Duties/Responsibilities | Percentages: |
|---|---|
| **Duties/Responsibilities:**<br>Under the general direction of the of Statewide Mental Health Program Director, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Chief Psychiatrist, Psychiatry Services has responsibility for: providing statewide clinical and administrative leadership for psychiatry services. This position has primary responsibility for pharmacy, medication management and telemedicine programs. The incumbent recruits, trains, hires and provides QMAP unit psychiatrists' supervision; has primary responsibility for tracking and ensuring effective statewide heat plan implementation; development and training of medication algorithms; ensures competent statewide implementation of Keyhea processes; and provides for MDO certifications | |
| DUTIES:<br>• Management and supervision of QMAP Senior Psychiatrists with effective management and direction of the QMAP Medication Management program guidelines, mental health clinical program guidelines, audit procedures, court mandated clinical mandates and the maintenance of quality clinical practice standards commensurate with community programs.<br>• Responsible for ensuring that institutional issues regarding Pharmacy and Medication Management are addressed to the DCHCS HQ Pharmacy and Medication Management Subcommittee and when indicated moves these issues up to the DCHCS HQ Quality Management Committee<br>• Responsible for ensuring that specific institutional concerns regarding psychiatry programming are addressed at the DCHCS level or referral made to other Departments or appropriate individuals.<br>• Reviews quality management monitoring of key indicators in Tele-Psychiatry to maintain compliance with DCHDC clinical program guidelines, pharmacy guidelines and court mandated clinical mandates. | 20% |
| • Review Mentally Disordered Offender psychological evaluation reports and render opinion if criteria are meet under the MDO statute for certification.<br>• Actively participate in reviewing and updated MDO policy and procedures, especially when there is impacting litigation.<br>• Liaison with the Department of Mental Health (DMH) staff on MDO program coordination policy and procedures compliance. | |

| Duties | % |
|---|---|
| • Direct the orientation and training of institutional staff on MDO policy and procedures including the legal reporting requirements.<br>• Review Department of Mental Health Requests including forensic psychological reports for the transfer of care of patients under the 7301 statute criteria making determinations when clinically appropriate for transfer to CDCR institutions<br>• Prepares MDO written responses for the DCHCS Director and assist during CDCR Director Review Board meetings as the clinical subject matter expert. | 15% |
| • Facilitates the hiring process by conducting interviews, evaluating and recommending candidates for appointment utilizing various methods of filling vacancies (e.g. recruitment, team building, training and development assignments, certification lists, etc.) as needed.<br>• Conduct probationary and annual performance evaluations on all assigned psychiatrists in a timely manner applying consistent and fair evaluation practices.<br>• Be active in the recruitment, retention and promotion activities for Senior Psychiatrists and staff psychiatrists for Telemedicine, QMAT including field institutional employment within the CDCR.<br>• Conducts In-service Training for the field to provide information and ensure proper implementation of the standard of medical and mental health care utilizing communication and management skills, correct policies and procedures as needed<br>• Evaluates and provides feedback to employees under supervision to ensure performance objectives/standards are met by monitoring work, assignments and/or behaviors as defined by various laws, administrative rules, policies, procedures, etc | 15% |
| • Be active taking leadership positions when appropriate on all committees, meetings, conferences and training pertaining to all the duties and responsibilities assigned to the Chief Psychiatrist, Psychiatry Services.<br>• Consults on psychiatry-related policy and program development and contributes to development of psychotropic medication treatment guidelines/algorithms in various workgroups. | 10% |
| • Assure effective institutional Keyhea processes and assume liaison duties with the legal affairs department and tracking system. | 5% |
| • Provide oversight with effective management of the DCHCS statewide Heat Plan Program and participate in revisions of the CDCR Heat Plan teaching manual. | 5% |
| • Provide subject matter expert consultation to the Suicide Prevention committees and the Health Care Placement Unit headquarters services. | 5% |

| Duties | % |
| --- | --- |
| • Assists in the CCAT weekly conferences by recommending transfer of patients to appropriate levels of mental health care and providing recommendations in mental health treatment and individual medication management with follow-up, as needed in difficult placement cases. | 5% |
| • Participates in the development of policies and standards for the mental health program to assure compliance with existing laws, regulations and court mandates as required | 5% |
| • Reviews medical and psychological examination findings for evidence of organic disturbances as well as other complicating features (e.g. physical illnesses, developmental problems, seizure disorders, medication side-affects, etc.) related to mental disorders when consulting on complex clinical cases ensuring appropriate placement and treatment of patients. <br>• Provides input to the parole outpatient clinic personnel for the management of patients placed on parole to assure continuity of care and to maintain the safety of the community in cases where there is a threat of violence utilizing knowledge of controlling laws, rules, regulations, court mandates, and appropriately communicating with persons and agencies as required. <br>• Prepares various written documents (e.g. correspondence, reports, consultations, memoranda, etc,) to provide documentation, information, direction, to others, (e.g. patients and their families, staff, and government officials) utilizing various resources (e.g. communications skills, computer equipment) as needed. | 5% |
| • Consults with professional departmental staff, on all phases of the Department's mental health program to provide technical advice, expertise, to assist in the resolution of clinical problems that may arise, etc. utilizing various resources (e.g. professional skills, laws, rules, regulations, court mandates, etc.) as necessary. <br>• Communicate effectively with others (e.g. staff, mental health professionals, allied groups, provider organizations, other public and private agencies, etc.) to establish and maintain liaison and cooperative relationships utilizing various resources (e.g. interpersonal/communication skills, knowledge) as needed. <br>• Represent the Department on various mental health issues (e.g. Mentally Disordered Offender Act, Sexually Violent Predators Act, Board of Prison Term reports, etc.) to provide expertise, information, etc. utilizing various resources (e.g. interpersonal/communication skills, knowledge, laws, rules, regulations, court mandates) as required. <br>• Maintains the morale and cohesiveness of the staff to ensure the appropriate treatment of patients and to maintain a sound and creative working environment utilizing knowledge, interpersonal/communication skills on a continuous basis. <br>• When employed in the institutions, as with all employees, maintains order of persons committed to the California Department of Corrections to ensure the security of working areas/materials, to prevent escape and injury by these persons to themselves and/or others, and to safeguard property utilizing various resources (e.g. interpersonal skills, heightened awareness of the surroundings, knowledge, various alarm systems, etc.) as dictated by departmental policy | |

| | |
|---|---|
| • Maintain comprehensive knowledge of the principles and methods of psychiatry, general knowledge of modern methods and principles of medicine and neurology and a thorough knowledge of literature with recent developments in the field of psychiatry in order to maintain good standards of care in keeping with current community practice and providing sound clinical consultation to others.<br>• Apply comprehensive knowledge of effective supervision and personnel management to effectively direct and manage staff in the area of patient care/management<br>• Apply the knowledge of the various patient levels of care (i.e., Correctional Clinical Case Management System, Enhanced Outpatient Program, Mental Health Crisis Bed, In-Patient Care) for effective management of DCHCS programs.<br>• Apply basic knowledge of the principles; methods and objectives of training treatment personnel as it applies to the management and care of mentally disordered patients. | 5% |
| **AND OTHER TASKS AS ASSIGNED** | 5% |
| | 100% |

**Division of Correctional Health Care Serv.ces - Mental Health Program Staffing Plan**

| **Position Title:** CEA – Mental Health Project Director | **Position Number:** |
|---|---|
| **Mental Health Program Unit:** MH Project Management Unit | **Current Employee:** TBD |
| **Base Location:** DCHCS | **Travel Requirement:** None |
| **Reports To:** Statewide Mental Health Director | |
| **Supervises:** n/a | |

| **Duties/Responsibilities:** | **Percentage:** |
|---|---|
| Under general direction of the Statewide Mental Health Director, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the CEA, Mental Health Project Director is responsible for the following:<br>• Serves as the department's liaison with the Deputy Attorney General representing the State of California in *Coleman* court matters.<br>• Serves as the department's liaison with other state departments, Department of Mental Health, Department of Health Services, State Fire Marshall, Department of Finance, and other key stakeholders in *Coleman* matters.<br>• Facilitates the development of departmental strategy to address current, pending, and future court orders.<br>• Responsible for facilitating the development of project plans to address requests by the Special Master, Plaintiff's Attorney's and court orders.<br>• Responsible for project oversight to ensure project plans are on schedule.<br>• Facilitates senior/executive level meetings to address *Coleman* issues.<br>• Facilitates the department's mental health bed planning efforts, including current bed capacity, bed shortages, and projected future needs based on mental health populations within CDCR. Facilitates the development of departmental plans to address future mental health bed needs.<br>• Responsible for ensuring Division of Correctional Health Care Services strategic planning is consistent with CDCR departmental goals and objectives relative to mental health. | |

| **Position Title:** Chief of Clinical Policy and Program Development Branch, CEA | **Position Number:** |
|---|---|
| **Qualifications:** Licensed Psychologist with supervisory and management experience | **Current Employee:** |
| **Mental Health Program Unit:** Clinical Policy and Program Development and Clinical Evaluation Branch | **Travel Requirement:** Minimal |
| **Base Location:** DCHCS HQ | |
| **Primary Responsibility:** Statewide responsibility for all Mental Health clinical policies and programs in CDCR. | |
| **Reports To:** Statewide Mental Health Program Director, CEA | |
| **Supervises:** Chief Psychologists, Senior Psychologist Supervisor, Senior Psychologist Specialists, Associate Health Program Analyst | |

**Duties/Responsibilities:**

Under the general direction of the Statewide Mental Health Program Director, CEA, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Chief of Clinical Policy and Program Development Branch, CEA has statewide responsibility for all Mental Health clinical policies and programs in CDCR's DCHCS Mental Health Program. The incumbent directs the development, writing, approval, training and updating of all Mental Health Program policy including but not limited to the Mental Health Program Guides (MHPG), the Clark Remedial Plan, and amending policy or procedure memoranda. Minimal travel is required.

DUTIES: **35%**

- Responsible for developing clinical policies and procedures related to delivery of mental health services in order to properly administer the mental health care program, coordinate with the institution's custody functions, incorporate the department's mission, standardize functions of mental health care staff throughout all institutions to comply with legal mandates, laws, rules, regulations, etc. utilizing professional knowledge and experience, critical thinking, delegation to staff, other documents etc,. as needed.
- Directing policy and program development, writing, approval, training, and updating.
- Providing direct guidance, leadership and consultation to management staff within the DCHCS Mental Health Program, Clinical Policy and Program Development and Clinical Evaluation Branch to ensure the effective functioning and coordination of their respective units.
- Participating in strategic planning for Mental Health Program
- Participating in DCHCS Headquarters Quality Management System (QMS) including Quality Management Committee (QMC) Mental Health Program Subcommittee (MHSubC) and providing updates to this headquarters subcommittee on the status of field/institutional compliance with the division's Mental Health Program via the management reporting systems.
- Serving as lead Departmental Consultant on Mental Health litigation matters including the Coleman Exit Team

| Duties | % |
|---|---|
| • Lead Department-wide task forces on a variety of issues where in depth, broad based knowledge and input of a mental health nature is required which would include: mental health programs development, implementation, and assessment; recruiting and hiring of mental health professionals; and training of mental health professionals and custodial staff.<br>• Provide consultation to upper management regarding the need for and effectiveness of all ongoing or proposed mental health services. | 30% |
| • Ensuring consistency across mental health policies, and coordination of said policies with other DCHCS and CDCR policies through planning and standard setting.<br>• Ensuring policies and programs as written are in compliance with existing laws, regulations, licensing requirements and court orders through the development of policies and standards.<br>• Overseeing and conducting studies and reports pertinent to mental health policies and programs.<br>• Researching, planning, and proposing institutional and outpatient treatment programs to address specific patient needs.<br>• Develops new program policy and procedures as the Department's Mental Health program mission is redefined or expanded.<br>• Develops and evaluates creative programmatic approaches to assess and treat mental disorders<br>• Plans, organizes, and oversees research, data analysis and program evaluations. Participates in developing new program policy and procedures as the Department's Mental Health program mission is redefined or expanded. Works with Psychiatric staff to incorporate any psychopharmacological issues. | 30% |
| • Directing the Psychological Testing and Forensic Evaluation Unit to include responsibility for ensuring researching and recommending appropriate psycho-diagnostic assessment tools, appropriate interview and report structures, ensuring community standards level of quality and establishing protocols to meet legal and regulatory timelines. | 20% |
| • Providing technical advice to advisory committees and mental health professionals engaged in the delivery of mental health services;<br>• Consulting with professional organizations, other state departments and agencies, and community groups on policy and programs to ensure more effective and comprehensive approaches to programs;<br>• Establishing, maintaining and overseeing liaison and cooperative relationships with mental health professional and allied groups, provider organizations, and other public and private agencies;<br>• Representing the Department on issues regarding mental health, including court appearances as required;.<br>• Addressing professional and lay groups and representing the Department and policies and programs before the Legislature. | 10% |

| | |
|---|---|
| • Direct the work of senior staff (e.g., QMAP Regional Directors, Senior Psychologists, etc.) with regards to their supervision of clinical staff functions, audits (e.g., chart audits, program analysis, peer review, Coleman, Clark, and QMAT audits etc.), personnel functions (e.g., recommend candidates for hire, adverse actions, training, performance evaluations, timesheets, etc.), and safety and security functions (e.g., carrying personal alarm device, supervising inmates, reporting potential escapes and contraband, following tool control/key control procedures, etc.), etc. in order to ensure compliance with MHSDS program guidelines, departmental policies and procedures, court mandates, laws, rules, regulations, standard employment policies, departmental safety and security regulations, etc., to ensure that line staff or supervisory staff conduct and review audits correctly, and to provide supervisors and staff with the information needed to function in an institutional work environment, etc. utilizing effective communication, training, and supervisory skills, ongoing training and development, knowledge of MHSDS program guidelines, departmental policies and procedures, forms, court mandates, laws, rules, regulations, standardized audit tools, research techniques, standard personnel practices and policies, information from custody staff and in-service training, etc. as needed. | 10% |
| • Participates in DCHCS Mental Health Program Subcommittee and provides updates to this headquarters subcommittee on the status of policy and program development and clinical evaluations within the division's Mental Health Program via the management reporting systems. The incumbent provides interface between DCHCS HQ policy and quality Management System and statewide procedure development occurring at the regional levels.<br>• Participate in various meetings/committees/teams (e.g., executive staff, Quality Management Committee [QMC], Mental Health Subcommittee, Quality Improvement Team [QIT], etc.) in order to develop policies and procedures, represent DCHCS/Mental Health Program, provide two-way communication with various disciplines and executive staff, provide mental health input, recommendations, and expertise in the diagnosis, care, and treatment of inmates, etc. utilizing effective communication skills, staff expertise, professional knowledge and experience, laws, rules, regulations, court mandates, Department Operations Manual (DOM), Title 15 and 22, MHSDS program guidelines, custody reports and written documents (e.g., UHR, progress notes, C-File, etc.), clinical interviews and direct observations, etc. as determined by court mandates, dictated by the local governing body, and/or required by departmental policies and procedures, etc. | 10% |
| **AND OTHER DUTIES AS ASSIGNED** | 5%<br>150% |
| | |

| **Position Title:** Chief of Clinical Operations Branch, CEA | **Position Number:** |
|---|---|
| **Qualifications:** Licensed Psychologist with management experience | **Current Employee:** |
| **Mental Health Program Unit:** Mental Health Program, DCHCS HQ | **Travel Requirement: Moderate** |
| **Base Location:** DCHCS HQ | |
| **Primary Responsibility:** Develop and Manage Field Compliance and Support Teams; Oversight for MH Management Report System | |
| **Reports To:** Statewide Mental Health Program Director | |
| **Supervises:** Chief Psychologists, Senior Psychologist Supervisor, Senior Psychologist Specialists, Associate Health Program Analyst | |

**Duties/Responsibilities:**

Under the general direction of the Statewide Mental Health Program Director, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Chief of Clinical Operations Branch, CEA, has responsibility for evaluating the statewide, standardized, implementation of the Department's Mental Health Programs in all CDCR institutions through the Quality Management Assistance Program (QMAP) Unit. The incumbent has direct line supervision for the QMAP Regional Directors who supervise the QMAP coordinators and have direct responsibility for Quality Management Assistance Team (QMAT) functions and work product. The incumbent also has oversight for field interface functions of the Case Management Unit including the Centralized Clinical Assessment Team, Urgent Response, Suicide Review Coordination, and Department of Mental Health (DMH) liaison. The incumbent participates in the development of all Mental Health programs including determining sites for new programs and missions. Moderate travel is required.

DUTIES:

- Develops clinical policies and procedures related to delivery of mental health services in order to properly administer the mental health care program, coordinate with the institution's custody functions, incorporate the department's mission, standardize functions of mental health care staff throughout all institutions to comply with legal mandates, laws, rules, regulations, etc. utilizing professional knowledge and experience, critical thinking, delegation to staff, other documents etc,. as needed. Develops new program policy and procedures as the Department's Mental Health program mission is redefined or expanded.
- Participating in DCHCS Headquarters Quality Management System (QMS) including Quality Management Committee (QMC) Mental Health Program Subcommittee (MHSubC) and providing updates to this headquarters subcommittee on the status of field/institutional compliance with the division's Mental Health Program via the management reporting systems.
- Serve as lead Departmental Consultant on Mental Health litigation matters including the Coleman Exit Team
- Lead Department-wide task forces on a variety of issues where in depth, broad based knowledge and input of a mental health nature is required which would include: mental health programs development, implementation, and assessment; recruiting and hiring of mental health professionals; and training of mental health professionals and

| Duties | % |
|---|---|
| custodial staff.<br>• Provide consultation to upper management regarding the need for and effectiveness of all ongoing or proposed mental health services.<br>• Participating in strategic planning for Mental Health Program | 35% |
| Develop, maintain and manage field support services through provision of DCHCS services to include:<br>• Providing direct guidance, leadership and consultation to management staff within the DCHCS Mental Health Program, Clinical Operations Branch to ensure the effective functioning and coordination of their respective units.<br>• Ensuring standardization of implementation of all Mental Health Program policy statewide by maintaining oversight of each clinical operations units' outcome measures to ensure timely, effective, and accurate delivery of their designated services.<br>• Make statewide decisions regarding the direction of the mental health programs in the Institutions as well as long term program planning and integration of those plans with other services in the institutions based on factors including but not limited to:<br>• review of QMAP outcomes, management reports, outside audits such as Office of Inspector General, and other appropriate input<br>• upgrades as appropriate based upon new research, improvements in the field of mental health, updates to DCHCS or CDCR Policy and procedures<br>• Develops and oversees a system of outcome measures and processes to evaluate institutional compliance with the Mental Health Program goals. To include:<br>  ▪ Evaluating issues within the institutions in order to determine the success/obstacles<br>  ▪ Ensuring compliance with Mental Health Program Guides, Inmate Medical Services Policy and Procedure, licensing regulations and other pertinent legal and regulatory requirements<br>  ▪ General direction and oversight of compliance teams through the QMAP Regional Directors<br>  ▪ These measures shall include but not be limited to: management reports derived from mental health databases, maintenance of an institutional Quality Improvement Plan (QIP) derived from said databases, OIG reports if applicable, Coleman monitoring reports and exits, local Quality Management Systems feedback<br>• Provides overall guidance, leadership and consultation to management and staff within the DCHCS and institutional Health Care Managers, Mental Health Program managers and their supervisory staff, as well as Wardens and members of their custodial and program staff on issues of Mental Health Program Policy and Local Operating Procedures developed to implement said policy.<br>• Makes decisions regarding the direction of the QMAP and QMAT programs in the institutions as well as long term program planning and integration of those plans with other services in the institutions | 35% |
| • Participates in DCHCS Mental Health Program Subcommittee and provides updates to this headquarters | |

| | |
|---|---|
| subcommittee on the status of field/institutional compliance with the division's Mental Health Program via the management reporting systems. The incumbent provides interface between DCHCS HQ policy and quality Management System and statewide procedure development occurring at the regional levels.<br>• Participate in various meetings/committees/teams (e.g., executive staff, Quality Management Committee [QMC], Mental Health Subcommittee, Quality Improvement Team [QIT], etc.) in order to develop policies and procedures, represent DCHCS/Mental Health Program, provide two-way communication with various disciplines and executive staff, provide mental health input, recommendations, and expertise in the diagnosis, care, and treatment of inmates, etc. utilizing effective communication skills, staff expertise, professional knowledge and experience, laws, rules, regulations, court mandates, Department Operations Manual (DOM), Title 15 and 22, MHSDS program guidelines, custody reports and written documents (e.g., UHR, progress notes, C-File, etc.), clinical interviews and direct observations, etc. as determined by court mandates, dictated by the local governing body, and/or required by departmental policies and procedures, etc. | 20% |
| • Develops and evaluates creative programmatic approaches to assess and treat mental disorders<br>• Plans, organizes, and oversees research, data analysis and program evaluations. Participates in developing new program policy and procedures as the Department's Mental Health program mission is redefined or expanded. Works with Psychiatric staff to incorporate any psychopharmacological issues. | 20% |
| • Direct the work of senior staff (e.g., QMAP Regional Directors, Senior Psychologists, etc.) with regards to their supervision of clinical staff functions, audits (e.g., chart audits, program analysis, peer review, Coleman, Clark, and QMAT audits etc.), personnel functions (e.g., recommend candidates for hire, adverse actions, training, performance evaluations, timesheets, etc.), and safety and security functions (e.g., carrying personal alarm device, supervising inmates, reporting potential escapes and contraband, following tool control/key control procedures, etc.), etc. in order to ensure compliance with MHSDS program guidelines, departmental policies and procedures, court mandates, laws, rules, regulations, standard employment policies, departmental safety and security regulations, etc., to ensure that line staff or supervisory staff conduct and review audits correctly, and to provide supervisors and staff with the information needed to function in an institutional work environment, etc. utilizing effective communication, training, and supervisory skills, ongoing training and development, knowledge of MHSDS program guidelines, departmental policies and procedures, forms, court mandates, laws, rules, regulations, standardized audit tools, research techniques, standard personnel practices and policies, information from custody staff and in-service training, etc. as needed. | 20% |
| • Approves and oversees research, data analysis and program evaluations.<br>• Works with Psychiatric and Nursing Services management to incorporate any psychopharmacological issues. | 5% |

Division of Correctional Health Care Services ental Health Program Staffing Plan – Job Duties

| | |
|---|---|
| • Serve as a consultant in the preparation of contracts with other mental health providers as required and serve as liaison for the Department with outside agencies and other mental health providers as appropriate | 5% |
| **AND OTHER DUTIES AS ASSIGNED** | **5%** |
| | **145%** |
| | |

01666

| **Position Title** Chief Psychologist, Psychological Testing and Forensic Evaluation Services | **Position Number:** |
|---|---|
| **Qualifications:** Licensed Psychologist | **Current Employee:** |
| **Mental Health Program Unit:** Psychological Testing and Forensics Evaluation Unit, Mental Health | **Travel Requirement:** |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Developing and managing procedures and protocols for clinical field support teams to provide forensic and clinical evaluations for inmates referred through clinical (MHSDS) or court processes | |
| **Reports To:** Chief of Mental Health Program, Clinical Policy and Programs | |
| **Supervises:** Senior Psychologists | |

| **Duties/Responsibilities :** | **Percentage:** |
|---|---|
| Under the general direction of the Chief of Mental Health Program, Clinical Policy and Programs, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Chief Psychologist, Psychological Testing and Forensic Evaluation Services has statewide responsibility for the logistics and completion of all court mandated forensic evaluations and clinical psychological and neuropsychological evaluations performed by this unit. The incumbent provides statewide clinical and administrative leadership in the areas of assessment, psycho-diagnostic testing, and forensic report writing, supervising the Senior Psychologists over the three regions.<br><br>DUTIES:<br>• Developing and managing procedures and protocols for clinical field support teams to provide forensic and clinical evaluations for inmates referred through clinical (MHSDS) or court processes to include:<br>    • Clinical evaluations psycho-diagnostic evaluations to address clinical referrals particularly for high level of care users<br>    • Forensic evaluations include but are not limited to: Mentally Disordered Offender /MDO Evaluations, Board of Parole Hearings Reports, 7301 Evaluations, 1370 evaluations, and Z Case Reports<br>    • To provide oversight as to methods and assessment tools utilized in such evaluation<br>    • To ensure tracking and compliance with legal timelines of said evaluations forensically in regards to placement within or outside of the institutional setting such as Mentally Disordered Offender (MDO) Evaluations, Board of Parole Hearings Reports, Z Cases (1168) etc.<br>    • Ensure that protocols for staff performing clinical evaluations provide information necessary for classifying inmates for the appropriate level of mental health care (e.g., General Population [GP], Correctional Clinical Case Management System [CCCMS], Enhanced Outpatient Program [EOP], Mental Health Crisis Beds [MHCB], Department of Mental Health [DMH], etc.) in the institution's housing units, based upon their mental disorders and/or developmental disabilities in order to assist in determining and providing the appropriate level of care and treatment (e.g., individual/group therapy, psychiatric medication, case | |

| Duties | % |
|---|---|
| management, etc.) in the least restrictive environment and comply with laws, rules, regulations, and Federal mandates (e.g., Coleman, Clark, etc.), etc. utilize professional knowledge and experience, and observe Mental Health Services Delivery System [MHSDS] program guide, laws, rules, regulations, and Federal mandates, etc. | **50%** |
| • Direct the work of senior staff (e.g., Senior Psychologists, etc.) with regards to their supervision of clinical and forensic evaluation functions (e.g., assessment, record review, interview, recommendations, classification of inmates, etc.), audits, personnel functions (e.g., recommend candidates for hire, adverse actions, training, performance evaluations, timesheets, etc.), and safety and security functions (e.g., carrying personal alarm device, supervising inmates, reporting potential escapes and contraband, following tool control/key control procedures, etc.), etc. in order to ensure compliance with MHSDS program guidelines, departmental policies and procedures, court mandates, laws, rules, regulations, standard employment policies, departmental safety and security regulations, etc.<br>• Develop and evaluate creative programmatic approaches to assessment, evaluation, classification and reporting of individuals with mental disorders<br>• Manage recruitment of professional staff in order to fill departmental vacancies with qualified personnel by having staff represent the department at job fairs and professional conferences, write advertisements and letters to colleagues, publish in professional journals, etc. utilizing staff, effective communication skills, knowledge of the entire department, etc. as needed.<br>• Recruit professional staff in order to fill department vacancies with qualified personnel by representing the department at job fairs and professional conferences, writing advertisements and letters to colleagues, publishing in professional journals, etc. utilizing effective communication skills, recruitment techniques, knowledge of the entire department, network of colleagues, etc. as needed | **25%** |
| • Represent the department in various situations related to the mental health department (e.g., negotiate with bargaining units, respond to inmate lawsuits, subpoenas, and/or requests for information, testify as expert or material witness, etc.) utilizing departmental legal representation, professional knowledge and experience, C-files, UHR, effective communication skills, coordination with Attorney General's Office, program guidelines, local and departmental policies and procedures, etc. as needed | **10%** |
| • Participate in strategic planning for the DCHCS in conjunction with all disciplines (e.g., health care, custody, records, etc.) in order to develop short and long term goals for the institution that take into account the needs of the mental health care program as well as other programs in the institution utilizing effective communication skills, knowledge of the various disciplines functions and needs, knowledge of mental health discipline and projections, etc. on an annual basis<br>• Participate in various meetings/committees/teams (e.g., executive staff, Quality Management Committee [QMC], Mental Health Subcommittee, Quality Improvement Team [QIT], etc.) in order to develop policies and procedures, represent DCHCS/Mental Health Program, provide two-way communication with various disciplines and executive staff, provide | |

| Duties | % |
|---|---|
| mental health input, recommendations, and expertise in the diagnosis, care, and treatment of inmates, etc. utilizing effective communication skills, staff expertise, professional knowledge and experience, laws, rules, regulations, court mandates, Department Operations Manual (DOM), Title 15 and 22, MHSDS program guidelines, custody reports and written documents (e.g., UHR, progress notes, C-File, etc.), clinical interviews and direct observations, etc. as determined by court mandates, dictated by the local governing body, and/or required by departmental policies and procedures, etc. | 10% |
| • Plans, organizes, and oversees research, data analysis and program evaluations. Participates in developing new program policy and procedures as the Department's Mental Health program mission is redefined or expanded.<br>• Lead Department-wide task forces on a variety of issues where knowledge and input of a mental health nature is required which would include: mental health programs development and assessment; recruiting and hiring of mental health professionals; and training of mental health professionals and custodial staff, particularly those associated with institutional implementation of programs, policies and procedures.<br>• Provide consultation to upper management regarding the need for and effectiveness of all ongoing or proposed mental health services.<br>• Serve as a consultant in the preparation of contracts with other mental health providers as required and serve as liaison for the Department with outside agencies and other mental health providers as appropriate. | 10% |
| • Manage the mental health staff and equipment allocation (e.g., contract staff/ registry expenditures, vacancies/positions, equipment, supplies, etc.) in order to provide fiscally responsible information (e.g., projections, current costs, staffing vacancies, justify expenditures, etc.) to the HCM, etc. utilizing various forms and reports (e.g., vacancies, registry, etc.), staff (e.g., supervisory, budget and contract analysts, personnel specialists, etc.), and knowledge of the department's budgetary and financial processes, etc. as needed.<br>• Review written documents (e.g., Quality Improvement Plans [QIPs], Management Report for QMC, responses to litigation, correspondence, reports, etc.) in order to provide various data/information to court monitors, DCHCS and institution staff, and others, comply with court mandates, laws, rules, regulations, HCM requests, etc. utilizing a desktop computer, effective written communication skills, staff expertise, professional knowledge, laws, rules, regulations, etc. as needed.<br>• Perform personnel functions (e.g., recommend candidate for hire, develop interview questions, arrange interview panels, perform adverse action and performance evaluations, review timesheets and vacation requests, etc.) in order to comply with standard employment policies, departmental policies and procedures, SPB and DPA laws and rules, etc. utilizing effective communication skills, standard personnel practices, departmental forms, knowledge of standard employment policies, departmental policies and procedures, SPB and DPA laws, rules, regulations, Title 22, etc. as needed. | 10% |
| • Develop policies and procedures related to mental health care (e.g., MHSDS, etc.) in order to properly administer the mental health care program, coordinate with the institution's custody functions, incorporate the department's mission, standardize functions of mental health care staff throughout all institutions (e.g., Keyhea, Vitek, etc.), to comply with | |

legal mandates, laws, rules, regulations (e.g., Title 15, Title 22, etc.), etc. utilizing professional knowledge and experience, critical thinking, delegation to staff, other documents (e.g., manuals, departmental memos, other agencies' documents, etc.), etc. as needed.

- Implement departmental policies and procedures related to mental health care (e.g., MHSDS, etc.) in order to properly administer the mental health care program, coordinate with the institution's custody functions, incorporate the department's mission, comply with various legal mandates, laws, rules, regulations (e.g., Coleman, Clark, Title 22, etc.), etc. utilizing professional knowledge and experience, critical thinking, delegation to staff, other documents (e.g., manuals, departmental memos, program guidelines, etc.), legal mandates, laws, rules, etc. as needed.
- Evaluate mental health care policies and procedures and current program functions in order to identify problems and obstacles and to make recommendations for changes utilizing critical thinking, professional knowledge and experience, program evaluation skills, effective communication skills, delegation skills, MHSDS program guidelines, etc. as needed.
- Coordinate with custody staff in emergency situations (e.g., lockdown, riots, natural disasters, suicides, bomb threats, etc.) by providing mental health expertise and staff in order to respond quickly and effectively to the situation and help maintain the safety and security of the institution utilizing mental health care staff, disaster response policies and procedures, clinical knowledge, effective communication skills, crisis intervention techniques, coordination with custody staff, etc. as needed.
- Consult with executive staff regarding conflict resolution, stress management, etc. for their staff in order to improve communication between staff members, promote the development of a safe work environment, etc. utilizing clinical knowledge, effective communication skills, knowledge of the theory and techniques of conflict resolution, and stress management, etc. as requested by executive staff.
- Train senior mental health staff in areas such as conflict resolution, stress management, new mental health theories and research, effective supervisory skills (e.g., progressive discipline, EEO, etc.), QMAT, policies and procedures, etc. in order to provide a safe work environment, ensure compliance with MHSDS program guidelines and ethical standards of professional mental health care, etc. and ensure that professional staff function within the scope of their license utilizing knowledge of the ethical standards of various professions, laws, rules, regulations, effective communication skills, professional knowledge and experience, professional journals, current knowledge of supervision and licensing standards, etc. as needed.
- Participate in the development and provision of various training programs (e.g., documentation guidelines, how to complete appropriate mental health forms, court mandates, stress management, conflict resolution, etc.) for all staff, including custody when requested, in order to provide continuing education credits and current information, increase staff awareness of mental illness within an institution environment, increase the effectiveness of custody and mental health staff in working with inmates, ensure compliance with departmental policies and procedures, rules, laws, regulations, etc. utilizing workshops, current knowledge, written materials, in-service training manuals, in-service training, effective communication skills, etc. as needed.
- Direct all-staff meetings in order to share information, discuss problems, increase staff communication, discuss training needs, etc. utilizing information from HCSD/Institution Services Division, Health and Safety, appropriate

| | |
|---|---|
| literature/materials supporting the agenda, effective communication skills, meeting organizational skills, etc. as needed.<br>• Manage the dissemination of necessary information about mentally ill inmates (e.g., MHSDS program guidelines, staffing ratios, inmate census, etc.) to the Health Care Placement Unit (HCPU), Parole Outpatient Clinic (POC), Classification & Parole Representative (C&PR), Case Records, etc. in order to facilitate transfers of mentally ill inmates to other institutions or different state/county agencies, or their release to the community, etc. utilizing effective communication skills, effective organizational skills, various reports (e.g., C-files, personnel reports, mental health population cap, bed count, daily census report, staffing ratio, parole list, etc.) from HQ, Wardens, Custody, QMC, C&PR, POC, other mental health staff, etc. as needed.<br>• Manage prioritization of daily functions including crisis interventions within the mental health department in order to organize, prioritize and respond to institutional and program needs, and assign multiple mandates that are directed toward the mental health team utilizing effective supervisory skills, knowledge of institutional needs and mental health systems, critical thinking, effective organizational skills, etc. on a daily basis. | 10% |
| **AND OTHER DUTIES AS ASSIGNED** | 5%<br>130% |

| **Position Title** Senior Psychologist Specialist | **Position Number:** |
|---|---|
| **Qualifications:** Licensed Psychologist | **Current Employee:** |
| **Mental Health Program Unit:** Case Management Unit; DCHCS | **Travel Requirement:** Minimal |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Case management including: Centralized Clinical Assessment Team Psychologist; Urgent Responses; Suicide Review Coordinator; DMH Coordinator; Health Care Placement Unit consultation | |
| **Reports To:** Chief of Mental Health, Clinical Operations | |
| **Supervises:** N/A | |

| **Duties/Responsibilities (descending order):** | **Percentage:** |
|---|---|
| Under the general direction of the Chief of Mental Health, Clinical Operations, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychologist Specialist, Case management Unit is responsible for Urgent Response, Centralized Clinical Assessment Team (CCAT), Suicide Review Coordination, and DMH Coordination. Urgent Responses are required to address correspondence reporting imminent issues regarding inmate patients' mental health status. CCAT requires teleconferencing with the field and DMH staff to resolve clinical and placement disagreements several times a week. The Suicide Review Coordinator assigns field staff to perform a Suicide Review and Report following every suicide; ensures the reports are reviewed at HQ consistent with policy and that meaningful corrective action plans (CAPs) are developed in response to said reports; monitors that Health Care Managers and Chiefs of Mental Health are receiving the CAPS and appropriately taking action at an institution where a suicide has occurred. The DMH coordinator oversees the tracking of all institutional referrals to DMH including their present status. The incumbent also provides consultation to the Health Care Placement Unit (HCPU) regarding mental health placement issues. | |
| DUTIES:<br>• The Urgent Response process consists of receiving and acting upon plaintiff's letters and other correspondence forwarded daily to the DCHCS HQ Mental Health Program immediately. These correspondences usually describe significant mental health issues or suicidality and specific patients are usually named. Primary responsibility for the Urgent Responses process on a daily basis includes but is not limited to:<br>  • Ensuring that all correspondence requiring an Urgent Response is addressed daily<br>  • Calling and contacting the local institutional representatives to ensure the patient is seen that day by a clinician informed as to the nature of the concern expressed in the correspondence, and that said contact is documented both in the patient's chart and at HQ.<br>  • Maintaining a log of HQ contacts and action taken<br>  • Maintaining contact with the regional QMAT contact regarding dispositions of Urgent Responses | 30% |

| Duties | % |
|---|---|
| • As Suicide Review Coordinator the incumbent serves as the primary contact when a suicide occurs and has been reported to DCHCS HQ. The coordinator:<br>• Assigns a clinician to perform the Suicide Review and Report in a timely manner<br>• Reviews completed Suicide Review Reports and recommendations<br>• Ensures their entrance into the tracking system<br>• Ensures their progress through the headquarters review and approval process to a Corrective Action Plan (CAP) if appropriate.<br>• Works in cooperation with the institutional SPRFIT Coordinators when there is a suicide review that results in a Corrective Action Plan to ensure all aspects of the plan are addressed timely.<br>• Coordinates with institutional QMAT and QMS members to ensure policies and local operating procedures are developed if necessary and approved and followed, and that documentation and monitoring occurs. | **30%** |
| • Serves as the HQ Psychologist on the CCAT addressing and resolving issues regarding clinical disagreements between institutional staff and DMH staff; participates as a subject matter expert in case consultation for difficult cases | **20%** |
| • The incumbent participates in developing policies and initiatives regarding the Urgent Response protocol, the CCAT with Department of Mental Health (DMH) and the Suicide Review process<br>• Participate in writing policies (as SME pertinent to assigned areas of responsibility), procedures, memos, reports, etc. in order to provide information and/or instruction to clinical and non-mental health staff, and ensure standardization and compliance with laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, APA ethical guidelines, Departmental Operations Manual (DOM), and CCR using knowledge of laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, and APA ethical guidelines, DOM, CCR, etc., written communication skills, word processing skills, etc | **5% variable** |
| • Consult with medical and non-medical personnel (e.g., HCPU physical rehabilitation, education, nursing, custody, etc.) regarding Health Care Placement issues, and as they apply to the above, program planning, implementation, and evaluation in order to assess the impact between mental health and other institutional programs, provide information to and solicit information from others about the purpose, implementation, and activities of mental health programs, etc. using communication skills, knowledge of the institution's various programs, Mental Health Services Delivery System (MHSDS) program guidelines, meetings, etc. as needed. | **5%** |
| • Participates in developing staff training for topics related to Urgent Responses/CCAT/ Suicide Review and DMH Referral<br>• Implement time-limited projects in area of expertise in order to enhance existing programs, comply with departmental policies and procedures and/or court mandates, etc. using consultations, organizational skills, communication skills, research skills, etc.<br>• Perform program evaluation studies on new and/or existing programs in order to determine their effectiveness at meeting | |

Case 2:90-cv-00520-KJM-SCR Document 1918-2 Filed 07/21/06 Page 84 of 110

| Duties | % |
|---|---|
| program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements, etc. using communication skills, exit interviews, needs assessments, program development skills, statistical analyses, computer skills (e.g., Mental Health Tracking System [MHTS], Excel, Access, Statistical Package for the Social Sciences, etc.), research skills, knowledge of MHSDS program guidelines, knowledge of current and relevant professional literature, etc. as requested by the Mental Health Quality Management Subcommittee. | 5% |
| • When directed, assist in planning federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc. as needed.<br>• Assist in implementing federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc. as needed<br>• Provide educational and training seminars on clinical topics to ensure that clinical staff (e.g., Psychiatric Social Workers, Psychiatric Technicians, Clinical Psychologists, Psychometrists, Psychiatrists, etc.) stay current in the latest research, techniques, and tools in the field of correctional mental health, and understand confidentiality, informed consent, and record-keeping requirements using knowledge of each classification's scope of practice and training requirements, communication skills, knowledge of criminal behavior, confidentiality, informed consent, and record-keeping requirements, State and Federal mental health laws and regulations, etc. | 5% variable |
| • Maintain safety of working areas and work materials in order to comply with requirements of Occupational Safety and health Administration (OSHA), Fire Marshall, etc. and ensure that the mental health care program buildings/rooms are safe for inmate patients, staff, and others using knowledge of OSHA, Fire Marshall, etc. rules and regulations, line staff inspection reports, observations, walk-throughs, etc. on a daily basis.<br>• Monitor communications with outside individuals and groups (e.g., outside medical and mental health personnel, attorneys, Prison Advocacy Groups, inmates' families, media, etc.) in order to provide information about the inmate-patient population, interpret the objectives, procedures, laws and rules of the mental health program, etc. using confidentiality laws, knowledge of what information can be shared with individuals and groups, knowledge of the mental health program policies, procedures, function and population, communication skills, knowledge of Health Information Portability and Accountability Act, etc. | 5% |
| **AND OTHER DUTIES AS ASSIGNED** | 5%<br>110%+ |

Division of Correctional Health Care Services .ental Health Program Staffing Plan – Job Duties

**Division of Correctional Health Care Services Mental Health Program Staffing Plan – Job Duties**

| | |
|---|---|
| **Position Title** Senior Psychologist Specialist | **Position Number:** (6/ 2 per region) |
| **Qualifications:** Licensed Psychologist | **Current Employee:** |
| **Mental Health Program Unit:** Quality Management Assistance Program (QMAP) | **Travel Requirement:** Heavy |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Quality Management Assistance Team (QMAT) Coordinator; QMAT member | |
| **Reports To:** Regional Mental Health Director QMAP | |
| **Supervises:** N/A | |

| **Duties/Responsibilities:** | Percentages: |
|---|---|
| Under the general direction of the Regional Mental Health QMAP Director, Quality Management Assistance Program (QMAP), Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychologist Specialist QMAP has responsibility for coordinating monthly Quality Management Assistance Team (QMAT) processes with their assigned institutions and regionals. This requires establishing and maintaining a strong, cooperative, working relationship with the Warden, Chief Deputy Warden, Assistant Warden for Health Care, Health Care Manager and Chief of Mental Health at each of the assigned institutions (approximately 5-6). Duties include: coordinating QMAT visits and review processes for their assigned institutions; performing a variety of audits on the institution's progress; reviewing audits/reports completed by the institution, Coleman Monitors, DCHCS on the institution; documenting status through updates to the institution's Quality Improvement Plan (QIP); serving as headquarters liaison for mental health policy and program implementation at assigned institutions, including during Coleman, Clark and other litigation reviews. | |
| DUTIES:<br>• Coordinates QMAT field activities to include: scheduling visits with multidisciplinary team members (nursing, psychiatry, custody, administrative, analytic and clerical support) the institution, the associated regionals and other impacted stakeholders; scheduling QMAT meetings with the institutional management staff during those visits for entrance and exit conferences; coordinating the review of audit and assessment processes during and subsequent to visits.<br>• Interfaces with the institution's Health Care Manager and Chief of Mental Health to ensure the issues presented in DCHCS Quarterly Management Reports, OIG reports, Special Masters Round Reports, Coleman experts exit conferences, QMAT exit conferences as well as internal input are appropriately addressed and documented in the institution's QMS documentation<br>• Assists executive staff at assigned institutions in assessing and improving systems for delivery of MHSDS services, meeting specialized needs of particular populations in the institution, and complying with rules, regulations, and court mandates, using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc. | 35% |

| Duties | % |
|---|---|
| • Evaluates the effectiveness of local implementation of federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc. as needed Monitors communications with outside individuals and groups (e.g., outside medical and mental health personnel, attorneys, Prison Advocacy Groups, inmates' families, media, etc.) in order to provide information about the inmate-patient population, interpret the objectives, procedures, laws and rules of the mental health program, etc. using confidentiality laws, knowledge of what information can be shared with individuals and groups, knowledge of the mental health program policies, procedures, function and population, communication skills, knowledge of Health Information Portability and Accountability Act, etc. as needed and/or at the direction of the supervisor.<br>• Audits the institutional Quality Management System (QMS) to ensure the institution maintains appropriate documentation of Governing Body, Quality Management Committee (QMC), Mental Health Subcommittee (MHSubC), Suicide Prevention and Response Focused Improvement Team (SPRFIT), Mental Health Quality Improvement Teams (QITs) meetings and the action taken<br>• Performs program evaluation studies on new and/or existing programs in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements, etc. using communication skills, exit interviews, needs assessments, program development skills, statistical analyses, computer skills (e.g., Mental Health Tracking System [MHTS], Excel, Access, Statistical Package for the Social Sciences, etc.), research skills, knowledge of MHSDS program guidelines, knowledge of current and relevant professional literature, etc. as requested by the Mental Health Quality Management Subcommittee. | 30% |
| • Maintains with the institution's Chief of Mental Health the updated Quality Improvement Plan (QIP) to summarize the issues and action status of said QMS meetings<br>• Provides overall guidance and consultation to management and staff institutional Health Care Managers, Chiefs of Mental Health and their supervisory staff, as well as Wardens and members of their custodial and program staff on mental health issues, policies and procedures when requested | 15% |
| • Reports status of assigned institutions through the DCHCS QMS<br>• Completes Urgent Responses when requested.<br>• Provides consultation to management and staff within the DCHCS regarding assigned institutions including Health Care Placement Unit (HCPU, Project Management Unit, Clinical Policy, Planning and Programs Unit, Mental Health Administrative Services Unit, and Psychometric and Forensic Evaluation Services Unit. | 10% |
| • .Assists in developing and evaluating creative programmatic approaches to assess and treat mental disorders, particularly in | |

| | |
|---|---|
| regards to impact on issues arising from their assigned institutions.<br>• Serves as Departmental Consultant on Mental Health litigation matters including the <u>Coleman</u> Exit Team.<br>• Leads Department-wide task forces on a variety of issues where knowledge and input of a mental health nature is required which would include: mental health programs development and assessment; recruiting and hiring of mental health professionals; and training of mental health professionals and custodial staff.<br>• Provides consultation to upper management regarding the need for and effectiveness of all ongoing or proposed mental health services in assigned institutions. | 5% |
| • Consults with medical and non-medical personnel (e.g., physical rehabilitation, education, nursing, custody, etc.) regarding program planning, implementation, and evaluation in order to assess the impact between mental health and other institutional programs, provide information to and solicit information from others about the purpose, implementation, and activities of mental health programs, etc. using communication skills, knowledge of the institution's various programs, Mental Health Services Delivery System (MHSDS) program guidelines, meetings, etc. as needed.<br>• Implements time-limited projects in area of expertise in order to enhance existing programs, comply with departmental policies and procedures and/or court mandates, etc. using consultations, organizational skills, communication skills, research skills, etc. | 5% |
| • Develops working relationships with other agencies and/or entities (e.g., Department of Mental Health, Board of Prison Terms, Regional Centers, Parole Outpatient Clinics, etc.) as a resource in order to assist institutions in providing continuity of care for inmate-patients who parole, and reduce recidivism using communication skills, knowledge of various outside agencies and programs, networking skills, computer skills (e.g., MHTS, Excel, etc.), on-site visits, etc. as needed. | 5% |
| • Provides educational and training seminars on clinical topics to ensure that clinical staff (e.g., Psychiatric Social Workers, Psychiatric Technicians, Clinical Psychologists, Psychometrists, Psychiatrists, etc.) stay current in the latest research, techniques, and tools in the field of correctional mental health, and understand confidentiality, informed consent, and record-keeping requirements using knowledge of each classification's scope of practice and training requirements, communication skills, knowledge of criminal behavior, confidentiality, informed consent, and record-keeping requirements, State and Federal mental health laws and regulations, etc. | 5% |
| • Through auditing process, determines that training of custodial and other non-mental health care staff on mental health issues (e.g., Overview of MHSDS, Signs and Symptoms of Mental Illness, Suicide Prevention/Crisis Intervention, Developmentally Disabled Program [DDP] inmate-patients, Referral Process, Interdisciplinary Treatment Team [IDTT] model, and Rules Violation Report Mental Health Assessment) in order to ensure that inmate-patients have timely access to and continuity of mental health care, provide non-mental health staff with the tools to interact more effectively with MHSDS and DDP inmate-patients, and comply with departmental training requirements using knowledge of training program and requirements, communication skills, organizational skills, knowledge of MHSDS and DDP program | |

| Duties | % |
|---|---|
| guidelines, etc., has occurred. | |
| • Participates in writing policies, procedures, memos, reports, etc. in order to provide information and/or instruction to clinical and non-mental health staff, and ensure standardization and compliance with laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, APA ethical guidelines, Departmental Operations Manual (DOM), and CCR using knowledge of laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, and APA ethical guidelines, DOM, CCR, etc., written communication skills, word processing skills, etc. | 5% |
| • Maintains awareness of inmate-patients' activities and their environment in order to prevent escapes and injury by inmate-patients to themselves or others, or damage to property, prevent inmate possession of contraband, etc. using knowledge of departmental policies and procedures, observation, communication skills, appropriate intervention strategies, use of security devices, etc. when in an institutional settings.<br>• Maintains safety of working areas and work materials in order to comply with requirements of Occupational Safety and Health Administration (OSHA), Fire Marshall, etc. and ensure that the mental health care program buildings/rooms are safe for inmate patients, staff, and others using knowledge of OSHA, Fire Marshall, etc. rules and regulations, line staff inspection reports, observations, walk-throughs, etc. on a daily basis. | 5% |
| **AND OTHER DUTIES AS ASSIGNED** | 5% |
| | 125% |

**Division of Correctional Health Care Services Mental Health Program Staffing Plan – Job Duties**

| **Position Title** Senior Psychologist Specialist, Bed Planning and Management | **Position Number:** |
|---|---|
| **Qualifications:** Licensed Psychologist | **Current Employee:** TBD |
| **Mental Health Program Unit:** Clinical Policy and Program Development Unit | **Travel Requirement:** Moderate |
| **Base Location:** DCHCS Headquarters – Sacramento | |
| **Primary Responsibility:** Development of Mental Health policies and programs regarding bed planning; MH participation in all bed planning efforts to ensure availability of input regarding impact to and by mental health population | |
| **Reports To:** Chief Psychologist, Clinical Policy and Program Development Unit | |
| **Supervises:** N/A | |

| **Duties/Responsibilities:** | Percentages: |
|---|---|
| Under the general direction of the Chief Psychologist, Policy and Program Development Unit, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychologist Specialist, Bed Planning and Management has responsibility to liaison between the Mental Health Program and all bed planning efforts to ensure accurate communication of the interaction of mental health and bed planning issues. The Senior Psychologist Specialist attends all bed planning meetings and coordinates with the Project Management Unit to ensure clinical representation as required/requested. The Senior Psychologist, Specialist, coordinates the development of Mental Health Program policy and program development with bed planning projects including but not limited to the Right Mission Right Prison project, opening of new facilities, major changes in mental health mission (more than 10 beds) and prevalence mix. Moderate travel is required. | |
| DUTIES: | |
| • Assist in developing standardized system-wide mental health policy regarding bed planning including inter and intra-institutional bed placements.<br>• Serve as liaison to Health Care Placement Unit regarding bed planning.<br>• Attend all bed planning project meetings, including but not limited to those discussing: strategic planning, facilities planning, licensing issues, treatment space planning, DMH beds etc.<br>• Recommend bed planning for new programs as developed such as Behavior Management Programs; assist in site determination of such programs by facilitating communication between Mental Health Program and other stakeholders.<br>• Research standard of care in the community and other correctional facilities for the purpose of ensuring CDCR policy and procedures maintain community standards and that program development is consistent with current level of expertise.<br>• Direct aggregation, analysis and interpretation of system-wide bed usage data, coordinating with the various bed planning projects, licensing, the DMH coordinator | 35% |

| Duties | % |
|---|---|
| • Back up facilitator for Coordinated Clinical Assessment Team (CCAT) clinical case conferences and discussions with the Department of Mental Health regarding specific inmate-patient cases<br>• Assist in Urgent Response process on a daily basis, to provide a liaison function between institutions and other interested parties who may have information about an inmate-patient at risk for suicide.<br>• Maintain and provide to DCHCS executive staff, other CDCR divisions, and other agencies as directed, information regarding mental health statistics, trends, and responses impacting bed planning<br>• Participate in twice yearly prevalence mix process as directed. | 20% |
| • Ensure DCHCS policy regarding bed planning is updated appropriately consistent with policy update guidelines and coordinate with MH Program Guides Specialist<br>• Develop clinical staff training for topics related to bed planning and usage as directed<br>• Assist with mental health program development<br>• May conduct suicide reviews as requested | 20% |
| • Consult with medical and non-medical personnel (e.g., physical rehabilitation, education, nursing, custody, etc.) regarding program planning, implementation, and evaluation in order to assess the impact between mental health and other institutional programs, provide information to and solicit information from others about the purpose, implementation, and activities of mental health programs, etc. using communication skills, knowledge of the institution's various programs, Mental Health Services Delivery System (MHSDS) program guidelines, meetings, etc. as needed.<br>• Implement time-limited projects in area of expertise in order to enhance existing programs, comply with departmental policies and procedures and/or court mandates, etc. using consultations, organizational skills, communication skills, research skills.<br>• Perform program evaluation studies on new and/or existing programs in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements, etc. using communication skills, exit interviews, needs assessments, program development skills, statistical analyses, computer skills (e.g., Mental Health Tracking System [MHTS], Excel, Access, Statistical Package for the Social Sciences, etc.), research skills, knowledge of MHSDS program guidelines, knowledge of current and relevant professional literature, etc. as requested by the Mental Health Quality Management Subcommittee.<br>• Develop working relationships with other agencies and/or entities (e.g., Department of Mental Health, Board of Prison Terms, Regional Centers, Parole Outpatient Clinics, etc.) in order to provide continuity of care for inmate-patients who parole, and reduce recidivism using communication skills, knowledge of various outside agencies and programs, networking skills, computer skills (e.g., MHTS, Excel, etc.), on-site visits, etc. as needed. | 20% |
| • Provide educational and training seminars on clinical topics to ensure that clinical staff (e.g., Psychiatric Social | |

| Duties | % |
|---|---|
| Workers, Psychiatric Technicians, Clinical Psychologists, Psychometrists, Psychiatrists, etc.) stay current in the latest research, techniques, and tools in the field of correctional mental health, and understand confidentiality, informed consent, and record-keeping requirements using knowledge of each classification's scope of practice and training requirements, communication skills, knowledge of criminal behavior, confidentiality, informed consent, and record-keeping requirements, State and Federal mental health laws and regulations.<br>• Train custodial and other non-mental health care staff on mental health issues (e.g., Overview of MHSDS, Signs and Symptoms of Mental Illness, Suicide Prevention/Crisis Intervention, Developmentally Disabled Program [DDP] inmate-patients, Referral Process, Interdisciplinary Treatment Team [IDTT] model, and Rules Violation Report Mental Health Assessment) in order to ensure that inmate-patients have timely access to and continuity of mental health care, provide non-mental health staff with the tools to interact more effectively with MHSDS and DDP inmate-patients, and comply with departmental training requirements using knowledge of training program and requirements, communication skills, organizational skills, knowledge of MHSDS and DDP program guidelines. | 10% |
| • Write policies, procedures, memos, reports, etc. in order to provide information and/or instruction to clinical and non-mental health staff, and ensure standardization and compliance with laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, APA ethical guidelines, Departmental Operations Manual (DOM), and CCR using knowledge of laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, and APA ethical guidelines, DOM, CCR, etc., written communication skills, word processing skills<br>• Maintain awareness of inmate-patients' activities and their environment in order to prevent escapes and injury by inmate-patients to themselves or others, or damage to property, prevent inmate possession of contraband, etc. using knowledge of departmental policies and procedures, observation, communication skills, appropriate intervention strategies, use of security devices, etc when on state prison grounds<br>• Maintain safety of working areas and work materials in order to comply with requirements of Occupational Safety and Health Administration (OSHA), Fire Marshall, etc. and ensure that the mental health care program buildings/rooms are safe for inmate-patients, staff, and others using knowledge of OSHA, Fire Marshall, etc. rules and regulations, line staff inspection reports, observations, walk-throughs, etc. on a daily basis. | 10% |
| • Plan federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc.<br>• Implement federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply | |

| | |
|---|---|
| with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc.<br>• Monitor communications with outside individuals and groups (e.g., outside medical and mental health personnel, attorneys, Prison Advocacy Groups, inmates' families, media, etc.) in order to provide information about the inmate-patient population, interpret the objectives, procedures, laws and rules of the mental health program, etc. using confidentiality laws, knowledge of what information can be shared with individuals and groups, knowledge of the mental health program policies, procedures, function and population, communication skills, knowledge of Health Information Portability and Accountability Act, etc. | 5% |
| **OTHER DUTIES AS ASSIGNED** | 5% |
| | 125% |

| **Position Title** Sr. Psychologist, Specialist, Mental Health Compliance Management | **Position Number:** |
|---|---|
| **Qualifications:** Ph.D. Psychology; Database management skills | **Current Employee:** Henry Willis, Ph.D. (sa) |
| **Mental Health Program Unit:** DCHCS | **Travel Requirement:** Minimal |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Apply subject matter expertise to mental health database management | |
| **Reports To:** Chief Psychologist, Policy and Programs Development | |
| **Supervises:** N/A | |

| **Duties/Responsibilities** | **Percentages:** |
|---|---|
| Under the general direction of the Chief Psychologist, Policy and Programs Development, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychologist, Specialist for Mental Health Compliance Mangement has responsibility for ensuring that information technology applications are developed, implemented, and utilized in the most effective manner to accurately track, audit, and report mental health services in the CDCR adult institutions. The incumbent provides consultation to information technology (IT) programmers and managers regarding the information systems and database needs and requirements of the Mental Health Program and provides support to the field and headquarters in using current information technologies efficiently and effectively to audit compliance with mental health policies and procedures. The incumbent assists in the preparation of management reports for use by health care management and for submission as required by the Coleman Court. Minimal travel is required. | |
| DUTIES: | |
| • As Information Systems Clinical Consultant interfaces between institutional Mental Health staff and technical service providers at Enterprise Information Services, Health Care Information Services, and/or Health Care Informatics for all Mental Health Tracking System (MHTS) and related software system issues. Explains clarifies and amplifies clinical concepts, requirements, and needs, identify and recommend priorities, and craft into language that can be understood by both users and technicians. This primarily relates to problems identified at the various institutions with the existing information systems, and all new requirements for data entry or reporting and analysis to be implemented by the institutions.<br>• Provide the Strategic Offender Management System (SOMS) Project Managers with information and suggestions whenever changes occur in Mental Health policy, procedures and processes that impact the design and procurement of the SOMS software. Represent Mental Health proprietary system software needs and user interests in conferences and meetings to discussing changes and development of this system-wide procurement. Ensure that essential elements and features, particularly those necessary for compliance with federal court orders are included in each phase of this or any new design. | 35% |

| | |
|---|---|
| • Provides MHTS Field Support; responds to telephone inquiries about MHTS from clinical and support staff at the institutions that are having problems with data entry and/or report generation. Frequently requires analysis of the MHTS program structure, followed by review and analysis of database table and query design, then replicating the problems, and walking the caller through a series of trial and error resolutions. Typically requires several days to several weeks of research and discussion from problem report to resolution.<br>• MHTS Database Maintenance: Manage the timely receipt of each month's database files from the institutions and transfer these files to DCHCS servers. Compose and send reminder notices, track receipt of files, follow-up and correct late receipt, audit the files to ensure database integrity, and create and manage database archives. Systematically review institutional practices to evaluate their compliance with required and standardized practices.<br>• Recommend changes to the process and draft implementation guidelines as appropriate MHTS Coleman Compliance Reporting: Create and compile four separate Level of Care (LOC) Transfer Delay Reports from each of eleven Reception Center databases for inclusion in each month's report to the Coleman Court. Ensure timely and accurate production in order to meet court timelines.<br>• MHTS Problem Solving: Investigate several known but as yet unresolved programming and reporting problems with the MHTS database. Requires reviewing and analyzing source code for queries, examining data in tables, and sampling report outcomes. Also requires locating and reviewing limited documentation contained in handwritten notes and various computer files, along with discussions involving former and current staff to understand proposed, but not implemented and/or discarded solutions.<br>• MHTS Database Program Modifications: Identify and prioritize requirements for future MHTS program upgrades, including: Mental Health Program changes, current system characteristics, modifications to database design, methodology for distribution, implementation issues (schedule, required resources, training and costs). Employ knowledge of clinical needs and requirements to ensure that modifications enhance and do not inadvertently or unnecessarily eliminate or impede the system's current ability<br>• Develop and maintain an inventory of computer systems and software available to Mental Health at each institution in order to achieve system standardization with MHTS and other database programs. Identify system deficiencies and discrepancies and develop plans for hardware and software upgrades and enhancements that will migrate all institutions to the current version of MHTS. Requires contacting clinical and/or IT managers at each institution and obtaining their cooperation. Current inventory includes several versions of MHTS and differing operating system versions. Negotiating with local IT for upgrades required to install the latest versions.<br>• Review and evaluate requests for changes to the MHTS database and its various components. Review and track reports of problems. Develop an enhanced system for submitting, tracking, evaluating and responding to requests for program changes and modifications. Develop a system for tracking reports of problems that ensures documentation of problem and resolution. Requires coordination with clinical and information technologies staff at the institution and various information systems units in CDCR.<br>• Respond to inquiries from the field about Consolidated Management Reports: Generally takes the form of questions and | 35% |

| | |
|---|---|
| challenges to the accuracy of the data and report findings regarding services. Requires discussions with Mental Health staff and Informatics staff regarding fields used and methods employed to track and measure compliance, clarification of Mental Health procedures, definitions, objectives, and requirements, cooperation in reverse-engineering efforts, and development of planned changes to the MHTS database and its associated queries and reports. Also requires developing methods to isolate the data of mental health inmates in segregated housing to measure enhanced service delivery and program specific compliance. | |
| • Work with identified field staff with experience in programming and/or database query and report writing to develop and refine new queries and reports for obtaining better information from the MHTS databases. Requires several days of discussion, trial and error and analysis to achieve testable products. Subsequently requires beta testing and evaluation, writing implementation instructions, determining method of distribution, and providing training and assistance to field activities. | 15% |
| • As a member of the Coleman Project Team, serve as back up to receive and process Urgent Response Log notifications from the plaintiff's attorneys or DCHCS Compliance Unit. Review the correspondence from the Prison Law Office and Rosen, Bien, & Asario, LLP, prepare the URL tracking document, and contact the institutions involved. Discuss the relevant clinical issues with appropriate staff at the institution, receive and summarize their response, and provide documentation to the DCHCS Coleman Coordinator. | 10% |
| • Produce and review monthly treatment histories of inmates on the Unmet Needs Analysis (UNA) Referral List who are pending transfer to Salinas Valley Psychiatric Program. Determine if services appear to be enhanced, annotate appropriate documents and refer those with potential deficiencies to the Centeralized Clinical Assessment Team (CCAT) for review and discussion with their institution.<br>• MHTS Suicide Information Project: Review and track each institution's progress entering suicide information data on Mental Health Services Delivery System (MHSDS) inmates into MHTS. Work with each institution staffs to resolve problems with data entry and keep managers apprised of the degree of progress. Revise suicide information data entry guidelines and training materials to improve standardized data entry. Develop and plan revisions to existing MHTS suicide information queries and reports to extract and reflect meaningful and accurate data. Develop potential solutions for paper and electronic data transfer of information between institutions in the absence of system-wide network capability.<br>• Provide similar services to other special projects as defined (usually by the court. | 10% variable |
| • Identify situations where data entry has confounded or precluded analysis of key indicators that are needed to evaluate compliance. Evaluate reports, queries, tables and screens within the MHTS program, as well as paper input forms to determine potential and real conflicts. Work with institutional staff, members of various user groups, and managers to develop strategies for improving data conformance and standardization without overly restricting the ability of institutions to meet local needs. | |

**Division of Correctional Health Care Se es - Mental Health Program Staffing Plan**

| Essential Functions | % |
|---|---|
| • Consult with medical and non-medical personnel (e.g., physical rehabilitation, education, nursing, custody, etc.) regarding program planning, implementation, and evaluation in order to assess the impact between mental health and other institutional programs, provide information to and solicit information from others about the purpose, implementation, and activities of mental health programs, etc. using communication skills, knowledge of the institution's various programs, Mental Health Services Delivery System (MHSDS) program guidelines, meetings, etc. as needed. | |
| • Implement time-limited projects in area of expertise in order to enhance existing programs, comply with departmental policies and procedures and/or court mandates, etc. using consultations, organizational skills, communication skills, research skills. | |
| • Perform program evaluation studies on new and/or existing programs in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements, etc. using communication skills, exit interviews, needs assessments, program development skills, statistical analyses, computer skills (e.g., Mental Health Tracking System [MHTS], Excel, Access, Statistical Package for the Social Sciences, etc.), research skills, knowledge of MHSDS program guidelines, knowledge of current and relevant professional literature, etc. as requested by the Mental Health Quality Management Subcommittee. | 10% |
| • Develop working relationships with other agencies and/or entities (e.g., Department of Mental Health, Board of Prison Terms, Regional Centers, Parole Outpatient Clinics, etc.) in order to provide continuity of care for inmate-patients who parole, and reduce recidivism using communication skills, knowledge of various outside agencies and programs, networking skills, computer skills (e.g., MHTS, Excel, etc.), on-site visits, etc. as needed. | |
| • Provide educational and training seminars on clinical topics to ensure that clinical staff (e.g., Psychiatric Social Workers, Psychiatric Technicians, Clinical Psychologists, Psychometrists, Psychiatrists, etc.) stay current in the latest research, techniques, and tools in the field of correctional mental health, and understand confidentiality, informed consent, and record-keeping requirements using knowledge of each classification's scope of practice and training requirements, communication skills, knowledge of criminal behavior, confidentiality, informed consent, and record-keeping requirements, State and Federal mental health laws and regulations. | |
| • Train custodial and other non-mental health care staff on mental health issues (e.g., Overview of MHSDS, Signs and Symptoms of Mental Illness, Suicide Prevention/Crisis Intervention, Developmentally Disabled Program [DDP] inmate-patients, Referral Process, Interdisciplinary Treatment Team [IDTT] model, and Rules Violation Report Mental Health Assessment) in order to ensure that inmate-patients have timely access to and continuity of mental health care, provide non-mental health staff with the tools to interact more effectively with MHSDS and DDP inmate-patients, and comply with departmental training requirements using knowledge of training program and requirements, communication skills, organizational skills, knowledge of MHSDS and DDP program guidelines | |
| • Write policies, procedures, memos, reports, etc. in order to provide information and/or instruction to clinical and non-mental health staff, and ensure standardization and compliance with laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, APA ethical guidelines, Departmental Operations Manual (DOM), and CCR using knowledge | |

| | |
|---|---|
| of laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, and APA ethical guidelines, DOM, CCR, etc., written communication skills, word processing skills<br>• Maintain awareness of inmate-patients' activities and their environment in order to prevent escapes and injury by inmate-patients to themselves or others, or damage to property, prevent inmate possession of contraband, etc. using knowledge of departmental policies and procedures, observation, communication skills, appropriate intervention strategies, use of security devices, etc when on state prison grounds<br>• Maintain safety of working areas and work materials in order to comply with requirements of Occupational Safety and Health Administration (OSHA), Fire Marshall, etc. and ensure that the mental health care program buildings/rooms are safe for inmate-patients, staff, and others using knowledge of OSHA, Fire Marshall, etc. rules and regulations, line staff inspection reports, observations, walk-throughs, etc. on a daily basis.<br>• Plan federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc.<br>• Implement federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc.<br>• Monitor communications with outside individuals and groups (e.g., outside medical and mental health personnel, attorneys, Prison Advocacy Groups, inmates' families, media, etc.) in order to provide information about the inmate-patient population, interpret the objectives, procedures, laws and rules of the mental health program, etc. using confidentiality laws, knowledge of what information can be shared with individuals and groups, knowledge of the mental health program policies, procedures, function and population, communication skills, knowledge of Health Information Portability and Accountability Act, etc. | 10% |
| **OTHER DUTIES AS ASSIGNED** | 5%<br>(130%+) |

**Division of Correctional Health Care Se. :s - Mental Health Program Staffing Plan**

| **Position Title** Sr. Psychologist, Specialist, Gender and Culturally Responsive Programs | **Position Number:** |
|---|---|
| **Qualifications:** Licensed Psychologist | **Current Employee:** |
| **Mental Health Program Unit:** Clinical Policy and Program Development Unit | **Travel Requirement:** Minimal |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Apply subject matter expertise to the development and direction of Gender Specific and Culturally Responsive Programs and policy development, reflected in training and program updates | |
| **Reports To:** Chief Psychologist, Policy and Program Development Unit | |
| **Supervises:** N/A | |

| **Duties/Responsibilities** | **Percentages:** |
|---|---|
| Under the general direction of the Chief Psychologist, Policy and Program Development Unit, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychologist, Specialist for Gender and Culturally Responsive Programs has responsibility for ensuring that the impact of gender and cultural issues are appropriately considered in all policy development; that specialized programs for women and culturally diverse inmates are developed as needed; advised how existing policy and programs affect members of these groups in CDCR. The incumbent provides consultation to other DCHCS staff regarding issues in these areas and serves as subject matter expert in policy planning and development. Minimal travel is required<br><br>DUTIES:<br><br>• As Gender and Culturally Responsive Specialist, interfaces with the Mental Health Program staff and consults with medical and non-medical personnel (e.g., physical rehabilitation, education, nursing, custody, etc.) regarding program planning, implementation, and evaluation in order to assess the impact between Gender and Culturally Responsive Programs, mental health, and other institutional programs, provide information to and solicit information from others about the purpose, implementation, and activities of mental health programs, etc. using communication skills, knowledge of the institution's various programs, Mental Health Services Delivery System (MHSDS) program guidelines, meetings, etc. as needed.<br>• Interfaces with departmental and agency task forces regarding female offender issues and impact<br>• Provides interface with the field regarding the development, curriculum, training and implementation of policies, procedures and programs impacting gender and culturally responsive issues.<br>• Recommend changes to current policies, procedures and programs that adversely impact women or culturally diverse inmate patients.<br>• Reviews availability of translation/interpretive services for non-English speaking patients for both assessment and treatment in all institutions and interfaces with regional QMAT teams to assist in this area. | 45% |

| | |
|---|---|
| • Develop and maintain an updated inventory of Gender and Culturally Responsive programs throughout the CDCR system.<br>• Review, evaluate, and make recommendations to the Chief Psychologist regarding requests for changes to programs and policies to improve gender and cultural responsiveness from the field and other sources or stakeholders<br>• Develop management reports to address issues of Gender and Cultural Responsiveness<br>• Respond to inquiries from the field about said Management Reports: Generally takes the form of questions and challenges to the accuracy of the data and report findings regarding services. Requires discussions with Mental Health staff. | **25%** |
| • As a member of the Coleman Project Team, serve as back up to receive and process Urgent Response Log notifications from the plaintiff's attorneys or DCHCS Compliance Unit. Review the correspondence from sources such as: the Prison Law Office and Rosen, Bien, & Asaro, LLP, prepare the URL tracking document, and contact the institutions involved. Discuss the relevant clinical issues with appropriate staff at the institution, receive and summarize their response, and provide documentation to the DCHCS Coleman Coordinator. | **10%** |
| • Implement time-limited projects in area of expertise in order to enhance existing programs, comply with departmental policies and procedures and/or court mandates, etc. using consultations, organizational skills, communication skills, research skills.<br>• Perform program evaluation studies on new and/or existing programs in these areas in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements, etc. using communication skills, exit interviews, needs assessments, program development skills, statistical analyses, computer skills (e.g.,), research skills, knowledge of MHSDS program guidelines, knowledge of current and relevant professional literature, etc. as requested by the Mental Health Quality Management Subcommittee. | **10%** |
| • Develop working relationships with other agencies and/or entities (e.g., Department of Mental Health, Board of Prison Terms, Regional Centers, Parole Outpatient Clinics, etc.) in order to provide continuity of care for inmate-patients who parole, and reduce recidivism using communication skills, knowledge of various outside agencies and programs, networking skills, computer skills (e.g., MHTS, Excel, etc.), on-site visits, etc. as needed.<br>• Provide educational and training seminars on clinical topics to ensure that clinical staff (e.g., Psychiatric Social Workers, Psychiatric Technicians, Clinical Psychologists, Psychometrists, Psychiatrists, etc.) stay current in the latest research, techniques, and tools in the field of correctional mental health, and understand confidentiality, informed consent, and record-keeping requirements using knowledge of each classification's scope of practice and training requirements, communication skills, knowledge of criminal behavior, confidentiality, informed consent, and record-keeping requirements, State and Federal mental health laws and regulations.<br>• Train custodial and other non-mental health care staff on mental health issues, particularly those impacting the | |

| | |
|---|---|
| incumbent's area of expertise (e.g., Overview of MHSDS, Signs and Symptoms of Mental Illness, Suicide Prevention/Crisis Intervention, Developmentally Disabled Program [DDP] inmate-patients, Referral Process, Interdisciplinary Treatment Team [IDTT] model, and Rules Violation Report Mental Health Assessment) in order to ensure that inmate-patients have timely access to and continuity of mental health care, provide non-mental health staff with the tools to interact more effectively with MHSDS and DDP inmate-patients, and comply with departmental training requirements using knowledge of training program and requirements, communication skills, organizational skills, knowledge of MHSDS and DDP program guidelines | 10% |
| • Write policies, procedures, memos, reports, etc. in order to provide information and/or instruction to clinical and non-mental health staff, and ensure standardization and compliance with laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, APA ethical guidelines, Departmental Operations Manual (DOM), and CCR using knowledge of laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, and APA ethical guidelines, DOM, CCR, etc., written communication skills, word processing skills | 5% |
| • Maintain awareness of inmate-patients' activities and their environment in order to prevent escapes and injury by inmate-patients to themselves or others, or damage to property, prevent inmate possession of contraband, etc. using knowledge of departmental policies and procedures, observation, communication skills, appropriate intervention strategies, use of security devices, etc when on state prison grounds<br>• Maintain safety of working areas and work materials in order to comply with requirements of Occupational Safety and Health Administration (OSHA), Fire Marshall, etc. and ensure that the mental health care program buildings/rooms are safe for inmate-patients, staff, and others using knowledge of OSHA, Fire Marshall, etc. rules and regulations, line staff inspection reports, observations, walk-throughs, etc. on a daily basis.<br>• Plan federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc. | 5% |
| • Implement federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc.<br>• Monitor communications with outside individuals and groups (e.g., outside medical and mental health personnel, | |

**Division of Correctional Health Care Se  .es - Mental Health Program Staffing Plan**

| | |
|---|---|
| attorneys, Prison Advocacy Groups, inmates' families, media, etc.) in order to provide information about the inmate-patient population, interpret the objectives, procedures, laws and rules of the mental health program, etc. using confidentiality laws, knowledge of what information can be shared with individuals and groups, knowledge of the mental health program policies, procedures, function and population, communication skills, knowledge of Health Information Portability and Accountability Act, etc. | 5% |
| **OTHER DUTIES AS ASSIGNED** | 5% |
| | 120% |

01692

**Division of Correctional Health Care Services - Mental Health Program Staffing Plan**

| | |
|---|---|
| **Position Title** Senior Psychologist Specialist, Staff Development | **Position Number:** |
| **Qualifications:** Licensed Psychologist | **Current Employee:** |
| **Mental Health Program Unit:** Clinical Policy and Program Development Unit | **Travel Requirement:** Minimal |
| **Base Location:** DCHCS Headquarters – Sacramento | |
| **Primary Responsibility:** Psychology Internship Program; Loan Reimbursement Program; CME Programs and Approval; Policy development regarding clinical staff development. | |
| **Reports To:** Chief Psychologist, Clinical Policy and Program Development Unit | |
| **Supervises:** N/A | |

| **Duties/Responsibilities:** | Percentages: |
|---|---|
| Under the general direction of the Chief Psychologist, Policy and Program Development Unit, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Senior Psychologist Specialist, Clinical Staff Development has oversight for the Psychology Internship Program currently employing an average of 12 interns per year; oversight for the mental health components of the National Health Sciences Loan reimbursement Program and its audits; responsibility for policy development and program recommendations regarding clinical staff development such as developing programs to provide Continuing Medical Education (CMEs); | |
| DUTIES:<br>• Oversight for all aspects of the Psychology Internship Program including but not limited to: interfacing with the Consortium (Alliant), institutions currently with or interested in having interns, contracts ensuring the consortium is paid appropriately, CDCR personnel and other necessary Human Resources entities to ensure candidates are on state certification lists and hired in a manner observing both APICC and civil service regulations.<br>• Developing additional clinical fellowship and internship programs including but not limited to psychiatry and social work interfacing with the entities above and other stakeholders to ensure cooperation and successful placement resulting in a significant retention and hiring rate.<br>• Responsible for the mental health components of the National Health Sciences Loan reimbursement Program including but not limited to: participation in the application processes, maintenance of approved status for institutions, ensuring information is available for audits and ensuring CDCD Mental Health Program remains in compliance<br>• Developing, coordinating, monitoring, and delivering programs for Continuing Medical Education (CMEs) for clinical staff in-house, including oversight HQ approval for reimbursement funds for mental health staff attending outside CMEs | 25% |
| • Develop recommendations for policy development and updates regarding clinical staff development in consultation with the HQ DCHCS Mental Health Subcommittee, the specialist for Mental Health Program Guides, the institutions mental health staff and other stakeholders. | |

| | |
|---|---|
| • Review staff hiring packets when credentialing issues need to be addressed for line staff psychologists and social workers or when issues regarding licensure, credentialing or privileging arise regarding these classifications.<br>• Maintain and provide to DCHCS executive staff, other CDCR divisions, and other agencies as directed, information regarding staff development statistics, trends, and responses.<br>• Directs the collection, analysis and interpretation of system-wide data regarding staff development. Prepares reports as requested.<br>• Participate in developing clinical staff training for topics as proposed by the field, the Mental Health Program and other stakeholders<br>• Interfacing with the Specialist for Clinical Training as appropriate, including but not limited to developing and updating new staff orientation packets for clinical line staff (employees and contractors) | 20% |
| • Assist with mental health program development | 10% |
| • Assist in Urgent Response process on a daily basis | 10% |
| • Consult with medical and non-medical personnel (e.g., physical rehabilitation, education, nursing, custody, etc.) regarding program planning, implementation, and evaluation in order to assess the impact between mental health and other institutional programs, provide information to and solicit information from others about the purpose, implementation, and activities of mental health programs, etc. using communication skills, knowledge of the institution's various programs, Mental Health Services Delivery System (MHSDS) program guidelines, meetings, etc. as needed.<br>• Implement time-limited projects in area of expertise in order to enhance existing programs, comply with departmental policies and procedures and/or court mandates, etc. using consultations, organizational skills, communication skills, research skills.<br>• Perform program evaluation studies on new and/or existing programs in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements, etc. using communication skills, exit interviews, needs assessments, program development skills, statistical analyses, computer skills (e.g., Mental Health Tracking System [MHTS], Excel, Access, Statistical Package for the Social Sciences, etc.), research skills, knowledge of MHSDS program guidelines, knowledge of current and relevant professional literature, etc. as requested by the Mental Health Quality Management Subcommittee. | 10% |
| • Develop working relationships with other agencies and/or entities (e.g., Department of Mental Health, Board of Prison Terms, Regional Centers, Parole Outpatient Clinics, etc.) in order to provide continuity of care for inmate-patients who parole, and reduce recidivism using communication skills, knowledge of various outside agencies and programs, | |

| | |
|---|---|
| networking skills, computer skills (e.g., MHTS, Excel, etc.), on-site visits, etc. as needed.<br>• Provide educational and training seminars on clinical topics to ensure that clinical staff (e.g., Psychiatric Social Workers, Psychiatric Technicians, Clinical Psychologists, Psychometrists, Psychiatrists, etc.) stay current in the latest research, techniques, and tools in the field of correctional mental health, and understand confidentiality, informed consent, and record-keeping requirements using knowledge of each classification's scope of practice and training requirements, communication skills, knowledge of criminal behavior, confidentiality, informed consent, and record-keeping requirements, State and Federal mental health laws and regulations. | 10% |
| • Train custodial and other non-mental health care staff on mental health issues (e.g., Overview of MHSDS, Signs and Symptoms of Mental Illness, Suicide Prevention/Crisis Intervention, Developmentally Disabled Program [DDP] inmate-patients, Referral Process, Interdisciplinary Treatment Team [IDTT] model, and Rules Violation Report Mental Health Assessment) in order to ensure that inmate-patients have timely access to and continuity of mental health care, provide non-mental health staff with the tools to interact more effectively with MHSDS and DDP inmate-patients, and comply with departmental training requirements using knowledge of training program and requirements, communication skills, organizational skills, knowledge of MHSDS and DDP program guidelines.<br>• Write policies, procedures, memos, reports, etc. in order to provide information and/or instruction to clinical and non-mental health staff, and ensure standardization and compliance with laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, APA ethical guidelines, Departmental Operations Manual (DOM), and CCR using knowledge of laws, rules, regulations, MHSDS program guidelines, DDP program guidelines, and APA ethical guidelines, DOM, CCR, etc., written communication skills, word processing skills<br>• Maintain awareness of inmate-patients' activities and their environment in order to prevent escapes and injury by inmate-patients to themselves or others, or damage to property, prevent inmate possession of contraband, etc. using knowledge of departmental policies and procedures, observation, communication skills, appropriate intervention strategies, use of security devices, etc when on state prison grounds<br>• Maintain safety of working areas and work materials in order to comply with requirements of Occupational Safety and Health Administration (OSHA), Fire Marshall, etc. and ensure that the mental health care program buildings/rooms are safe for inmate-patients, staff, and others using knowledge of OSHA, Fire Marshall, etc. rules and regulations, line staff inspection reports, observations, walk-throughs, etc. on a daily basis. | 5% |
| • Plan federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc.<br>• Implement federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special | |

| | |
|---|---|
| programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc. | |
| • Monitor communications with outside individuals and groups (e.g., outside medical and mental health personnel, attorneys, Prison Advocacy Groups, inmates' families, media, etc.) in order to provide information about the inmate-patient population, interpret the objectives, procedures, laws and rules of the mental health program, etc. using confidentiality laws, knowledge of what information can be shared with individuals and groups, knowledge of the mental health program policies, procedures, function and population, communication skills, knowledge of Health Information Portability and Accountability Act, etc. | 5% |
| **OTHER DUTIES AS ASSIGNED** | 5% |
| | 100% |

| Position Title: Quality Management Assistance Program (QMAP) Retired Annuitants | Position Number: |
|---|---|
| Qualifications: retired Warden or Chief Deputy Warden | Current Employee: |
| Mental Health Program Unit: Mental Health QMAP | Travel Requirement: Extensive |
| Base Location: DCHCS | |
| Primary Responsibility: Quality Management Assistance Team (QMAT) | |
| Reports To: Chief Psychologist | |
| Supervises: N/A | |

| Duties/Responsibilities: | Percentages (based on part time work schedule): |
|---|---|
| Under the general direction of the Chief Psychologist, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Mental Health Program Retired Annuitant is a primary member of the Quality Management Assistance Team (QMAT) and has responsibility for program evaluation during monthly visits with emphasis on custody and custody/mental health interfaces. The incumbent provides direct liaison functions between the Warden and Chief Deputy Warden at assigned institutions and the QMAT before, during and subsequent to monthly visits. Extensive travel required.<br><br>DUTIES:<br>• Interfaces with the institution's Warden and other executive and administrative staff as a primary QMAT Team member to ensure the issues presented in DCHCS Quarterly Management Reports, OIG reports, Special Masters Round Reports, Coleman experts exit conferences, QMAT exit conferences as well as internal input are appropriately addressed by the institutions executive staff and documented in the institution's QMS documentation, including but not limited to: Local Governing Body (LGB), Quality Management Committee (QMC), Mental Health Subcommittee (MH SubC) minutes.<br>• Assists executive staff at assigned institutions in assessing and improving systems for delivery of MHSDS services, meeting specialized needs of particular populations in the institution, and complying with rules, regulations, and court mandates, using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc.<br>• Evaluates attendance patterns to determine if mandated staff are present at QMS functions; performs other QMAT audit reviews and observations as needed.<br>• Evaluates the effectiveness of local implementation of federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, | |

| | |
|---|---|
| communication skills, etc. as needed<br>• Monitors communications with outside individuals and groups (e.g., outside medical and mental health personnel, attorneys, Prison Advocacy Groups, inmates' families, media, etc.) in order to provide information about the inmate-patient population, interpret the objectives, procedures, laws and rules of the mental health program, etc. using confidentiality laws, knowledge of what information can be shared with individuals and groups, knowledge of the mental health program policies, procedures, function and population, communication skills, knowledge of Health Information Portability and Accountability Act, etc. as needed and/or at the direction of the supervisor.<br>• Audits the institutional Quality Management System (QMS) to ensure the institution maintains appropriate documentation of Governing Body, Quality Management Committee (QMC), Mental Health Subcommittee (MHSubC), Suicide Prevention and Response Focused Improvement Team (SPRFIT), Mental Health Quality Improvement Teams (QITs) meetings and the action taken<br>• Performs program evaluation studies on new and/or existing programs in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements, etc. using communication skills, exit interviews, needs assessments, program development skills, statistical analyses, computer skills (e.g., Mental Health Tracking System [MHTS], Excel, Access, Statistical Package for the Social Sciences, etc.), research skills, knowledge of MHSDS program guidelines, knowledge of current and relevant professional literature, etc. as requested by the Mental Health Quality Management Subcommittee. | 70% |
| • Initiates and reviews reports/memos regarding institutional/departmental issues (e.g., sick leave/overtime management, staff discipline, respond to correspondence, etc.) and takes or recommends appropriate action utilizing DOM, IOP pursuant to CCR Title 15 and under the direction of the Chief Psychologist.<br>• Provides training to field staff on new policies and procedures and documents; monitors compliance with new policies and procedures;<br>• Participates in HQ Mental Health Quality Management activities.<br>• Participates in DCHCS Mental Health Program Subcommittee and provides updates to this headquarters subcommittee on the status of field/institutional Coleman compliance.<br>• Participates in Coleman Exit Interviews.<br>• Participates in a broad range of QMAP training<br>• Position often utilized for other special assignments as needed. | 25% |
| **AND OTHER DUTIES AS ASSIGNED** | 5% |
| | 100% |

**Division of Correctional Health Care Services ... ental Health Program Staffing Plan – Job Duties**

| **Position Title:** Quality Management Assistance Program (QMAP) Facility Captain | **Position Number:** |
|---|---|
| **Qualifications:** | **Current Employee:** Ron Metz |
| **Mental Health Program Unit:** Mental Health QMAP | **Travel Requirement:** Moderate |
| **Base Location:** DCHCS | |
| **Primary Responsibility:** Mentally Disordered Offenders (MDO) Program, Board of Person Terms (BPT) Mental Health Evaluations, Psychiatric Return Parole Violator Program, Quality Management Assistance Team (QMAT), Non-Coleman MH Litigation Manager | |
| **Reports To:** Chief Psychologist | |
| **Supervises:** N/A | |

| **Duties/Responsibilities:** | Percentages: |
|---|---|
| Under the general direction of the Chief Psychologist, Division of Correctional Health Care Services (DCHCS) of the California Department of Corrections and Rehabilitation (CDCR), the Mental Health Program QMAP Facility Captain has responsibility for program evaluation during monthly visits with emphasis on custody and custody/mental health interfaces. The incumbent functions within the QMAT Team to audit and evaluate those aspects of the Mental Health Services Delivery Systems most highly impacted by custody processes such as delivery of inmates for appointments and to provide oversight and implementation of specific programs overseen by the Department's Mental Health Program, such as the MDO, BPT Mental Health Evaluations, Psychiatric Return Parole Violator Program, etc.<br>Extensive travel required. | |
| <u>DUTIES</u>:<br>• Interfaces with the institution's Health Care Manager and Chief of Mental Health to ensure the issues presented in DCHCS Quarterly Management Reports, OIG reports, Special Masters Round Reports, Coleman experts exit conferences, QMAT exit conferences as well as internal input are appropriately addressed and documented in the institution's QMS documentation<br>• Assists executive staff at assigned institutions in assessing and improving systems for delivery of MHSDS services, meeting specialized needs of particular populations in the institution, and complying with rules, regulations, and court mandates, using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc.<br>• Evaluates the effectiveness of local implementation of federally mandated mental health programs (e.g., crisis beds, in-patient, out-patient, etc.) and other special programs (e.g., special forensic unit, intervention program for inmate-patients resistive to treatment, etc.) in order to improve mental health care delivery, meet specialized needs of particular populations in the institution, and comply with rules, regulations, and court mandates using knowledge of LOPs, professional standards of practice guidelines, rules, regulations, and court mandates, | |

| Duties | % |
| --- | --- |
| coordination with different programs (e.g., custody, labor relations, medical, etc.), organizational skills, communication skills, etc. as needed Monitors communications with outside individuals and groups (e.g., outside medical and mental health personnel, attorneys, Prison Advocacy Groups, inmates' families, media, etc.) in order to provide information about the inmate-patient population, interpret the objectives, procedures, laws and rules of the mental health program, etc. using confidentiality laws, knowledge of what information can be shared with individuals and groups, knowledge of the mental health program policies, procedures, function and population, communication skills, knowledge of Health Information Portability and Accountability Act, etc. as needed and/or at the direction of the supervisor.<br>• Audits the institutional Quality Management System (QMS) to ensure the institution maintains appropriate documentation of Governing Body, Quality Management Committee (QMC), Mental Health Subcommittee (MHSubC), Suicide Prevention and Response Focused Improvement Team (SPRFIT), Mental Health Quality Improvement Teams (QITs) meetings and the action taken<br>• Performs program evaluation studies on new and/or existing programs in order to determine their effectiveness at meeting program guidelines and departmental needs, provide information to court monitors and the chain of command, make changes as part of a quality management program, identify problems and needs, recommend changes and improvements, etc. using communication skills, exit interviews, needs assessments, program development skills, statistical analyses, computer skills (e.g., Mental Health Tracking System [MHTS], Excel, Access, Statistical Package for the Social Sciences, etc.), research skills, knowledge of MHSDS program guidelines, knowledge of current and relevant professional literature, etc. as requested by the Mental Health Quality Management Subcommittee. | |
| • Develops and maintains field support services through ensuring compliance with provision of DCHCS services to include Mental Health Evaluations and Psychiatric Return Parole Violator Program; plans and administers weekly task force (Rutherford and Valdivia) meetings and follow-ups for BPT Mental Health Evaluations and Psychiatric Return Parole Violator Program.<br>• Problem solving (late referrals, coordination with classification services, interface with Coleman and Valdivia cases, database failings, interface with DMH); provision of training to field staff on new policies and procedures, report content, issues relevant to BPH reviews; monitors compliance with new policies and procedures; assignment of Forensic Evaluators to complete reports at selected institutions; ongoing liaison with field staff, institutions, Board of Prison Hearings (BPH) and case records for BPT Mental Health Evaluations.<br>• Performs daily administrative activities (institutional issues, workload reviews, policy interpretation, staff absences, disciplinary reviews, database reviews, telephone inquiries, response to mail, liaison with attorneys and court representatives, liaison with Chief Psychiatrist and Psychologist, coordination with SSMI on office issues); attends regular meetings (DMH, BPH, Classification Services).<br>• Serves as CDCR representative for various research projects regarding development of risk assessment tools for use in evaluating Life Term and Mentally Disordered inmates. | 50% |