Peter Cockcroft-H-86887
P.O. Box 290066
Represa, CA 95671

—Interested Party—

—ORIGINAL—

**FILED**

JUL 21 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | |
| v. | MOTION FOR COURT ORDER ALLOWING INMATES TO CORRESPOND CONFIDENTIALLY WITH SPECIAL MASTER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I.

**INTRODUCTION**

1. I, PETE COCKCROFT, am a Interested Party in this action. I am a inmate housed at the California State Prison-Sacramento (CSP-Sac) Psychiatric Services Unit (PSU) and currently classified Enhanced Out-Patient Program (EOP) level of Care (LOC).

2. CSP-Sac has established that inmate mail addressed to Special Master Keating, is not legal mail which allows CSP-Sac

-1-

1  prison officials to read such in its entirety. Attached is this
2  Interested Parties California Department of Corrections and
3  Rehabilitation (CDCR) 119 - Out Going Legal Mail Log (OGLML) in
4  which shows on 4-19-06 the prison officials state in Bold Large
5  Print correspondence to Special Master Keating 🖾 is "Not
6  Legal " & directing such not to be logged again as legal
7  mail. Exhibit "A"-(CDCR 119-OGLML)
8      3. Absent a Court Order permitting Confidential Corresp-
9  ondence with Special Master Keating, inmates will not be
10 able to communicate confidentially concerns they may have
11 in which if prison officials become aware of an particular
12 inmate expressing concerns may be subjected to retaliation
13 in which although is hard to prove still has a chilling
14 effect on inmates bringing to the attention of the
15 Court concerns & violations.
16     (a) When this interested party expressed concern
17 regarding Inmate Johnson's death at Pelican Bay State Prison
18 to Plaintiffs attorney's Rosen, Bien & Asaro prison officials
19 there threaten ~~that~~ this interested party after illegally
20 opening his attorney-client communications claiming mail
21 from this law firm "does Not Meet Criteria For "Confidential
22 Mail" " dispite such repeatedly identified as Confidential
23 - Legal Mail by that law firm. (See Exhibit "B")
24     (b) Within this correspondence to Rosen, Bien Asaro inmate
25 Johnson was identified as I, in which officer Allen
26 threaten plaintiff by stating "I was next on the
27 suicide list" after he issued me this correspondence.
28     (See Exhibit "C" (letter)     -2-

4. Here this interested party & other inmates should be permitted to confidentially correspond with the Special Master especially with ~~information~~ information that if known to prison officials what inmate made these claims is subjected to harassment creating a chilling effect.

5. Despite filing a state habeas corpus of officer Allen's threat & a inmate appeal neither to this date has either been processed by CDCR or final ruling by the court. ~~See~~ ~~(xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx)~~ (Del Norte County Superior Court Case # HCPB 05-5291) shows no action taken.)

## CONCLUSION

6. There is good reason that interested inmate parties as herein described should be permitted to Confidentially correspond with the Special Master over any objections that defendant's may have.

Dated: 7-18-06                                    Respectfully submitted,

_Pete Cockcroft_
Pete Cockcroft
-Interested Party-

-3-

# EXHIBIT COVER PAGE $\boxed{A}$



EXHIBIT

Description of this Exhibit:  CDcP 119

Number of pages to this Exhibit: ___1___ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

Approved for
use with
Judicial
Council forms
(Jan. 1, 1997)

| | |
|---|---|
| 4/5/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 4/5/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 4/5/06 | RICHARD KIRKLAND- WARDEN PO BOX 7000 CRESCENT CITY CA 95531-7000 |
| 4/5/06 | PRISON LAW OFFICE SAN QUENTIN, CA 94964-0001 |
| 4/5/06 | PRISON LAW OFFICE SAN QUENTIN, CA 94964-0001 |
| 4/5/06 | JOHN HAGAR, LAW LIBRARY 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 4/5/06 | LAW OFC JON M ALEXANDER 162 W 9TH ST CRESCENT CITY, CA 95531 (VERIFIED) |
| 4/5/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 4/5/06 | R.A. LINFOR, CCII 5905 LAKE EARL DRIVE PO BOX 7000 CRESCENT CITY CA 95531-7000 |

*(handwritten annotation:)* S5-29^06 10/ R6-8^06 /-

| | |
|---|---|
| 4/7/06 | **SENT INMATE COPY OF CDC 119 OUT-GOING LEGAL MAIL LOG** |

| | |
|---|---|
| 4/11/06 | DEL NORTE SUPERIOR COURT 450 H ST CRESCENT CITY, CA 95531 |
| 4/13/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 4/13/06 | LISA TILLMAN DEPUTY AG 1300 I STREET PO BOX 944255 SACRAMENTO, CA 94244-2550 |
| 4/13/06 | US DISTRICT COURT (EASTERN DIV) 501 I STREET SACRAMENTO, CA 95814 |
| 4/13/06 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 4/18/06 | I. O'BRIEN CSP-SACRAMENTO |
| 4/19/06 | J. MICHAEL KEATING 285 TERRACE TERRACE AVE RIVERSIDE RI 02915 **(DO NOT LOG AGAIN) NOT LEGAL** ✓ |
| 4/19/06 | RICHARD KIRKLAND- WARDEN PO BOX 7000 CRESCENT CITY CA 95531-7000 |
| 4/19/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 4/21/06 | UNIVERSITY SCHOOL ODF LAW 400 HALL DRIVE, DAVIS, CA 95616 |
| 4/28/06 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 4/28/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 4/28/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 5/1/06 | I. O'BRIEN CSP-SACRAMENTO |
| 5/1/06 | I. O'BRIEN CSP-SACRAMENTO |
| 5/3/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 5/3/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 5/11/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 5/11/06 | SCOTT KERNAN WARDEN, CSP-SACRAMENTO |
| 5/11/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 5/11/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 5/15/06 | GINO VINCENTI DESOLENNI 382 "G" ST CRESCENT CITY, CA 95531 (VERIFIED) |
| 5/16/06 | I. O'BRIEN CSP-SACRAMENTO |
| 5/16/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 5/16/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 5/16/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 5/16/06 | I. O'BRIEN CSP-SACRAMENTO |
| 5/22/06 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 5/22/06 | PRISON LAW OFFICE SAN QUENTIN, CA 94964-0001 |
| 5/22/06 | WARDEN – CSP-SACRAMENTO |
| 5/23/06 | OFFICE OF THE ADMINISTRATIVE LAW 300 CAPITOL MALL SACRAMENTO, CA 95814 |
| 5/23/06 | EDWIN HEAFEY LAW LIBRARY 500 EL CAMINO REAL SANTA CLARA, CA 95053-0430 |
| 5/23/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 5/30/06 | 9TH CIRCUIT COURT OF APPEALS 95 SEVENTH ST SAN FRANCISCO, CA 94119 |
| 5/30/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 5/30/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 5/30/06 | CATHERINE FANCHER CAMPBELL P O BOX 4470 FRESNO, CA 93728 (VERIFIED) |
| 5/30/06 | I. O'BRIEN CSP-SACRAMENTO |
| 5/30/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 6/1/06 | US NORTHERN DIST. COURT OF CA 450 GOLDEN GATE AVE. SAN FRANCISCO, CA 94102 |
| 6/1/06 | WARDEN CSP-SACRAMENTO |
| 6/1/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 6/5/06 | DIRECTOR OF CORRECTIONS, CHIEF INMATE APPEALS PO BOX 942883 SACRAMENTO, CA 94283-0001 |
| 6/5/06 | OFFICE OF THE ATTORNEY GENERAL 455 GOLDEN GATE AVE SAN FRANCISCO, CA 94102 |
| 6/5/06 | US DISTRICT COURT (EASTERN DIV) 501 I STREET SACRAMENTO, CA 95814 |
| 6/5/06 | WARDEN CSP-SACRAMENTO |

# EXHIBIT COVER PAGE B



EXHIBIT

Description of this Exhibit: Envelope

Number of pages to this Exhibit: ___1___ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

Approved for
use with
Judicial
Council forms
(Jan. 1, 1997)

ROSEN, BIEN & ASARO, LLP
ATTORNEYS AT LAW
EIGHTH FLOOR
155 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

CONFIDENTIAL

NOV 09 2

(15)

Does Not Meet The Criteria For "CONFIDENTIAL"

CONFIDENTIAL - LEGAL MAIL
Pete Cockroft, H-86887
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

US POSTAGE

# EXHIBIT COVER PAGE C



EXHIBIT

Description of this Exhibit: Letter

Number of pages to this Exhibit: ___1___ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☒ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

Approved for
use with
Judicial
Council forms
(Jan. 1, 1997)

SANFORD JAY ROSEN *
MICHAEL W. BIEN
ANDREA G. ASARO

HOLLY BALDWIN
ERNEST GALVAN
GAY C. GRUNFELD
JANE KAHN
MEGHAN LANG
ANNE MANIA
THOMAS NOLAN
KATHERINE SHER
JANET TUNG
AMY WHELAN
MARAKA L. WILLITS
SARAH OLSON ZIMMERMAN **

**ROSEN, BIEN & ASARO, LLP**
ATTORNEYS AT LAW
EIGHTH FLOOR
155 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 433-6830

FAX
(415) 433-7104

EMAIL
rba@rbalaw.com

October 27, 2005

CONFIDENTIAL - LEGAL MAIL
Pete Cockroft, H-86887
Pelican Bay State Prison
PO Box 7500
Crescent City, CA 95532

      Re:    Coleman v. Schwarzenegger
             <u>Our File No. 489-3</u>

Dear Mr. Cockroft:

     I am writing in response to your letter, which we received in our office on October 19, 2005. Thank you very much for the information you provided regarding the suicide of Dan Johnson. We are concerned about the treatment conditions in the PSU and are working to improve these conditions. We are also trying to address concerns regarding custody staff interfering in treatment decisions.

     I understand that you have had problems in the past with your correspondence with the Prison Law Office (PLO). We have talked to Keith Wattley at the PLO and their office will respond to your letter, which we are forwarding to them. I have also enclosed an envelope addressed to their office that you can use in the future. Again, I thank you very much for expressing your concerns and providing information regarding the Dan Johnson suicide at PBSP. I wish you the best of luck, and please take care.

                           Sincerely,

                           ROSEN, BIEN & ASARO, LLP

                           By: Nathan Kleiner
                           Paralegal Clerk

NK:pj
CC to PLO
SASE to PLO

*   MEMBER OF THE CONNECTICUT AS WELL AS THE CALIFORNIA BAR
**  MEMBER OF THE ILLINOIS AS WELL AS THE CALIFORNIA BAR

DECLARATION OF SERVICE BY U.S. MAIL

CASE NAME: COLEMAN -vs- SCHWARZENEGGER

CASE No. : CIV S-90-0520 LKK JFM P

I declare:

I am 18 years of age and older and a party to this action. I am Familiar with the business practice at the California State Prison-Sacramento for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the California State Prison-Sacramento is deposited with the United States Postal Service that same day in the ordinary course of business.

On __July__ 18, 2006, I served the attached:

1. MOTION FOR COURT ORDER ALLOWING INMATES TO CORRESPOND CONFIDENTIALLY WITH SPECIAL MASTER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the internal mail collection system at the California State Prison-Sacramento at 100 Prison Road, P.O. Box 29, Represa, California 95671, addressed as follows:

1. Lisa Tillman, State Bar # 126424
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

2. Michael Bien, ESQ.
Rosen, Bien, Asaro
155 Montgomery Street, 8th Floor
San Francisco, CA 94104

3. Donald Spector, ESQ.
Prison Law Office
2173 'E' Francisco Blvd., Suite M
San Rafael, CA 94901

4. J. Michael Keating Jr.
Special Master
285 Terrace Avenue
Riverside, RI 02915

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this DECLARATION was executed on __July__ 18, 2006, at Represa, California.

Pete COCKCROFT
- Declarant -

Pete Cockcroft
- Signature -