Pete Cockcroft
H-86887 at CSP-Sac/FOL A2-205
P.O. Box 290066
Represa, CA 95671-0066

July 23, 2006

**FILED**

JUL 26 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Dear Clerk of the Court,

RE: FILING INQUIRY in Case No.: CIV S-90-0520 LKK JFM P

On 7-4-06 I sent this Court a Motion captioned "NONCOMPLIANCE WITH SUICIDE PREVENTION; WITH SUPPORTING AFFIDAVIT", & provided a extra copy to be returned to plaintiff (interested party) in which to this date I've not received this copy back indicating the Court filed such motion.

Has this Court received & Filed the above-mentioned motion? Do I need to re-file the motion?

Sincerely,

*Pete Cockcroft*
Pete Cockcroft