EXHIBIT B

Issue Proof of Listing from
Department of Finance's Review
of CDCR's FY 2005/06 Request
for Mental Health Staffing to
Implement the Revised
Program Guide

*ISSUE PROOF LISTING*
Case 2:90-cv-00520-KJM-SCR   Document 1921-2   Filed 07/28/06   Page 2 of 5
*(Dollars in thousands)*

## 5240    Department Corrections

| Issue Number | Issue Title | | | | | | Ref # | Fund | Analyst |
|---|---|---|---|---|---|---|---|---|---|
| 195 | Coleman Guidelines for the Mental Health Services Delivery System | | | | | | | | Daphne Huang |
| Sort Order | | | | | | | Base $: GF | | OF |

### Codes

| Point inTime | Prob/Sol | Policy Category | Prior Yr Adj | In Budget | Policy/Tech | Trailer Bill | Prop 98 | CH | Decision Status |
|---|---|---|---|---|---|---|---|---|---|
| MR | A | BCPs | No | No | P | N | N | SO | Approved |
| Program | | Agency | | | Reportable | Mainframe | Independent/Merge | | Decision Level |
| Public Safety | | Corrections and Rehabilitation | | | Yes | Yes | Independent | | Capitol Office |
| Origin | | Field 1 | Field 2 | | Field 3 | | Field 4 | | Lists |
| Department | | | | | | | | | |

### Fiscal Detail

| Fiscal Year | Initial | | | | Recommended | | | |
|---|---|---|---|---|---|---|---|---|
| | PYs | General Fund | Other Funds | GFOne Time | PYs | General Fund | Other Funds | GFOne Time |
| 2004-05 | 0.0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |
| *2004-05* | *0.0* | *0* | *0* | *0* | *0.0* | *0* | *0* | *0* |
| 2005-06 | 527.5 | 45,988 | 0 | 2,755 | 49.5 | 4,115 | 0 | 167 |
| *2005-06* | *0.0* | *0* | *0* | *0* | *0.0* | *0* | *0* | *0* |
| 2006-07 | 527.5 | 39,514 | 0 | 0 | 49.5 | 3,948 | 0 | 0 |
| *2006-07* | *0.0* | *0* | *0* | *0* | *0.0* | *0* | *0* | *0* |

*Shaded figures are non-add.*

### Comments

*Unit Review*

PROPOSAL: The California Department of Corrections (CDC) requests 547.5 permanent positions (527.5 PYs) and $42.3 million General Fund to implement the Coleman Guidelines to the Mental Health Services Delivery System (MHSDS), effective July 1, 2005.

ANALYSIS:
The court case Coleman v. Schwarzenegger et. al. was filed contending that the CDC was violating Eighth and Fourteenth Amendments of the United States Constitution by providing inadequate mental health care to inmates throughout the state's correctional system. In 1997, the MHSDS was established and created preliminary inmate mental health program guidelines. As the MHSDS continued to provide mental health treatment to the inmates, it was found that these guidelines need to be adjusted as the program encompasses continuing litigation. The 1997 MHSDS Program Guide have been reviewed and revised over the past seven years through ongoing negotiation between all parties involved in the Coleman court case. CDC field experts and court appointed experts have worked to agree upon the new set of policies and procedures contained in the revised MHSDS Program Guides. The revised MHSDS Program Guides will be incorporated as Volume 12, of the IMSP Policies and Procedures. According to the CDC, the new MHSDS Program Guides also address the issues raised in the Clark and Armstrong by including requirements for language translation and effective communication during clinical contacts.

According to CDC, the justification for their staffing and resources needs are based on a methodology called Resources Analysis. It is a statewide study based on a survey that CDC conducted to estimate the additional workload that may be required. We have not been able to validate this methodology yet.

In summary, to implement the revised Guidelines, CDC requests the following resources in this proposal:
- 526.0 permanent field positions, 21.2 limited term field positions, and 13.0 permanent central office staff in FY 2005-06
- 296.1 permanent field positions in FY 2006-07
- One time $728,826 for various equipment
- One time $56,000 for group therapy materials and equipment
- One time $307,872 for inmate treatment cells
- One time $500,000 for workload study and treatment space survey contracts
- One time $718,694 for information technology infrastructure
- One time $443,967 and ongoing $402,500 for Millon Clinical Multiaxial Inventory – III (MCMI-III) diagnostic testing system
- Ongoing $50,000 for printing and forms

In review of this proposal and the latest development of the Coleman issues, we raise the following concerns:

- In response to the court order following the 14th Special Master's Report, it is important to establish sufficient staff at California State Prison/Corcoran (COR) to provide the mental health services required in the revised program guides for MHSDS caseload inmates in the administrative segregation unit (ASU) and the Security Housing Unit (SHU). The CDC states strongly that this field implementation would not be successful without support and oversight with additional 13.0 positions added at headquarter to ensure Coleman compliance, program guide implementation, suicide prevention, as well as the programmatic and clerical support needed.

- In response to the court order following the 14th Special Master's Report requiring a meaningful schedule of pay differential plan in several specific facilities, the CDC has submitted such plan to the court on April 2005. The court specifically requires the funding of this plan to be included in 2005-06 Budget through Mar process. However, this urgent need has not been addressed in this or any other proposal submitted by the CDC yet. The court order specifically named the following facilities to be included in this Recruitment and Retention Plan (R&R) - High Desert State Prison, Salinas Valley State Prison, Valley State Prison for Women, COR, Correctional Training Facility, Central California Women's Facility, California Substance Abuse Treatment Facility, and Delano II. Although not specifically, the court also require the plan to be implemented in the facilities that are likely to be impacted due to their proximity to the named facilities. The CDC's R&R plan include Phase I and Phase II of the implementation on all facilities impacted by this court order, specifically and non-specifically. Phase I includes all facilities specifically named in the court order. North Kern State Prison and California Correctional Center are also included in the Phase I due to their extreme proximity to the facilities named in the court order. Phase II of this R&R plan includes several other facilities that will be likely to be impacted due to their geographical locations. Implementation of the Phase I will result in an annual total cost of $2.9 million, with 190.32 positions affected. Implementation of Phase II will result in an annual total cost of $844,500, with 78.5 positions affected.

- According to our Office of Technology, Review, Oversight & Security (OTROS), there has not been a Feasibility Study Report (FSR) conducted or submitted for the information technology infrastructure and the MCMI-III system components in this proposal. The OTROS has not been able to recommend approval of this portion yet until more information is available to evaluate them.

- The Resources Analysis methodology used in this proposal seems to be subjective and lack of a tool to test and validate its accuracy.

RECOMMENDATION: We recommend partial approval of this proposal to address the urgent issues arise from the recent Coleman court order, in the amount of $7,395,000 General Fund as follows:

- Approve funding for Phase I of CDC's R&R Plan, of General Fund $2,874,000, which affects 190.32 PYs currently

- Defer Phase II ($844,500 and affect 78.5 PYs authorized) of the R&R Plan to Fall 2005.
- Approve the implementation of revised MHSDS Guidelines in the COR's ASU and SHU, with General Fund funding of $4,521,000 and 55.7 positions. This is exclusively for the field implementation without additional resources for the headquarter. To add resources needed for the additional 13.0 headquarter positions, additional funding of $1,343,000 General Fund will be needed.

The implementation of the revised Guidelines in the remaining correctional facilities is open for policy consideration. We note that to the extent that this is not funded and CDC does not implement these guidelines, we anticipate a court order requiring implementation early in fiscal year 2005-06. If the Administration determines that providing funding for CDC's statewide implementation of Coleman Guidelines is a priority, we would recommend the Administration to adopt a two-year rollout plan as follows:

- In FY 2005-06: Approve a total of $25,563,000 General Fund.
    - Phase in 256.65 permanent field positions, 13.0 permanent headquarter positions, and 21.1 limited term field positions for a total of 290.85 positions. Total staffing related costs is approx. $22.8 million.
    - Approve one-time funding totaling $728,862 for various equipments.
    - Approve one-time funding totaling $56,000 for group therapy materials and equipment.
    - Approve one-time funding of $307,872 for Inmate treatment cells.
    - Approve one-time funding totaling $500,000 for workload study and treatment space survey contracts.
    - Approve one-time funding of $718,694 for information technology infrastructure with budget control language to prevent CDC from any expenditure of this requested fund until an FSR is approved by Finance
    - Approve one-time funding of $443,967 and ongoing funding of $402,500 for MCMI-III with budget control language to prevent CDC from any expenditure of this requested fund until an FSR is approved by Finance.
    - Approve ongoing $50,000 for printing and forms
- In FY 2006-07:
    - Phase in additional 261.0 field positions.

The CDC will allocate resources in FY 2007-08 as indicated by the result of the workload study and treatment space survey conducted by the contractors, if additional resources are suggested in the results of the study and survey, the CDC plans to request more funding accordingly.

## *PBM/Capitol Office Review*

The California Department of Corrections (CDC) requests $42.3 million and 547.5 permanent positions (527.5 PYs) to implement the revised Mental Health Services Delivery System (MHSDS) Program Guidelines (Guidelines) at all state prisons, effective July 1, 2005.

The 1997 MHSDS Program Guidelines have been reviewed by CDC field experts and court-appointed experts over the past seven years at the direction of the Special Master for the *Coleman* lawsuit. It is our understanding that these experts have finalized their work and are preparing to submit the revised Guidelines to the court within the next several months.

A *Coleman* court order issued on March 7, 2005, specifically requires CDC to establish sufficient staff to implement the revised Guidelines for inmates in the Administrative Segregation Unit (ASU) and the Security Housing Unit (SHU) at California State Prison (CSP) Corcoran. Of the amount included in this request, $4.5 million and 55.7 positions is associated with meeting this requirement.

We note that CDC has also indicated that in order to implement the court requirement at CSP Corcoran, they would also need the 13.0 headquarter positions requested. This does not appear reasonable since this is the same number of positions they have requested to implement the Guidelines system-wide.

CDC indicates that in order to implement the revised Guidelines system-wide they would need the following resources:

- 526.0 permanent field positions, 21.2 limited-term field positions, and 13.0 permanent central office staff in FY 2005-06
- 296.1 permanent field positions in FY 2006-07
- A total of $2,755,359 General Fund to fund several one-time equipment purchases and contracts
- A total of $452,500 ongoing General Fund to maintain certain IT system and printing costs.

We note the following concerns about this proposal:

- CDC did not involve the Department of Finance in its plan or timing of submittal of the revised Guidelines to the court. Additionally, it is not clear if the Governor's legal staff have approved or reviewed these changes.

- According to our Office of Technology, Review, Oversight & Security (OTROS), there has not been a Feasibility Study Report (FSR) conducted or submitted for the information technology infrastructure and the MCMI-III system components in this proposal.

- The request for staffing and resources is based on a resources analysis survey completed by CDC institutions. We have not been able to fully analyze and validate the appropriateness of this methodology, however we have concerns that it may overstate the need.

overstate the need.

**RECOMMENDATION:**
We recommend approval of $4,521,000 General Fund and 55.7 positions to address the March 7, 2005 *Coleman* court order that required implementation of the Guidlines in the ASU and SHU at CSP Corcoran. We recommend that the rest of this proposal be deferred until Fall and that CDC prioritize the implementation of the Guidelines in ASU and SHU in the remaining correctional facilities before implementing the Guidelines in the general population. Additionally, we note that it is possible that a court order will be issued requiring implementation of the Guidelines during 2005-06.

*Governor's Review*

*Public Comments*