EXHIBIT C

Issue Proof Listing from
Department of Finance's Review
Of CDCR's FY 2006/07 Request
for Mental Health Staff to
Implement the Revised
Program Guide

(Marginal comments and marks were in
the copy provided by defendants)

*ISSUE PROOF LISTING*
Case 2:90-cv-00520-KJM-SCR   Document 1921-3   Filed 07/28/06   Page 2 of 7
*(Dollars in thousands)*

## 5225   Corrections and Rehabilitation

| Issue Number | Issue Title | | Ref # | Fund | Analyst |
|---|---|---|---|---|---|
| 377 | Lawsuit: Coleman v. Schwarzenegger, Court Order Compliance and Program Guide Implementation | | | | Daphne Huang |
| Sort Order | | | Base $: | GF | OF |

### Codes

| Point inTime | Prob/Sol | Policy Category | Prior Yr Adj | In Budget | Policy/Tech | Trailer Bill | Prop 98 | CH | Decision Status |
|---|---|---|---|---|---|---|---|---|---|
| MR | B | | No | No | T | N | N | SO | Approved |
| Program | | Agency | | | Reportable | Mainframe | Independent/Merge | | Decision Level |
| Public Safety | | Corrections and Rehabilitation | | | Yes | No | Independent | | Gov Senior St |
| Origin | | Field 1 | Field 2 | | Field 3 | | Field 4 | | Lists |
| Department | | | | | | | | | |

### Fiscal Detail

| Fiscal Year | Initial | | | | Recommended | | | |
|---|---|---|---|---|---|---|---|---|
| | PYs | General Fund | Other Funds | GFOne Time | PYs | General Fund | Other Funds | GFOne Time |
| 2005-06 | 0.0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |
| 2005-06 | 0.0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |
| 2006-07 | 507.3 | 52,182 | 0 | 0 | 206.2 | 20,197 | 0 | 0 |
| 2006-07 | 0.0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |
| 2007-08 | 507.3 | 52,182 | 0 | 0 | 206.2 | 20,197 | 0 | 0 |
| 2007-08 | 0.0 | 0 | 0 | 0 | 0.0 | 0 | 0 | 0 |

*Shaded figures are non-add.*

### Comments

*Unit Review*
**INITIAL PROPOSAL**
**PROPOSAL:** The California Department of Corrections and Rehabilitation is requesting $8.7 million in 2005-06; and $87.6 million and 631.6 PYs (657.6 positions) in the 2006-07 in response to various pending court orders related to *Coleman v. Schwarzenegger* lawsuit.

**ANALYSIS:**
*PBM/Capitol Office Review*
**PROPOSAL:** The Department is requesting 657.6 positions and $52.2 million General Fund in response to various court orders related to *Coleman v. Schwarzenegger* lawsuit. The primary court requirements addressed in this request are the implementation of the Revised Mental Health Program Guide in all CDCR institutions. In addition, this request includes positions to expand the mental health program headquarters staff and to improve recruitment for psychiatrists.

**DESCRIPTION OF REQUEST:**

Implementation of Revised Mental Health Program Guide
The Mental Health Program Guide describes the policies and procedures that CDCR staff in the institutions must follow to identify and treat inmates with mental health diagnosis. These guidelines recently went through a significant revision process and on March 2, 2006, the court ordered that these guidelines be immediately implemented. CDCR indicates that the most significant workload impact of these guidelines is in occurs in specific custody settings where the guidelines require additional treatment and documentation. Therefore, the department is requesting:
- 300 positions for Administrative Segregation Units that have inmates in the Correction Clinical Case Management System (CCCMS), 231.5 of these positions would provide direct patient care and 68.5 would provide program management in the field
- 71.6 positions for Reception Centers, 51.0 of these positions would provide clinical evaluations, assessments, and referrals and 20.6 perform central file review functions.
- 73 positions for weekend staffing of Outpatient Housing Units with mental health patients located in five institutions where there are no mental health crisis beds. This will ensure that the Department is meeting the 7-day coverage requirement for these inmates included in the Revised Program Guide.
- 9 new positions and the upgrade of 10 existing positions to provide additional supervision for Licensed Psychiatric Technicians.
- 56 positions to track compliance with the guidelines and perform quality management functions at each of the 28 prisons that could house inmates with mental health diagnosis. This would provide one Health Program Specialist and one Office Technician per institution.

- technician per institution.
- $779,000 for a contract to run a two-year pilot project to test a new diagnostic tool to identify inmates arriving at Reception Centers with mental health needs.
- $1.2 million for various one-time equipment needs.

Increased Management Staffing for the Mental Health Program
The Department is requesting 100 positions at headquarters to improve management and increase program oversight statewide. A court order issued on March 2, 2006, based on the 15th Round Special Master Monitoring Report requires that the department submit a plan for adequately staffing mental heath management at headquarters by May 1,2006. This request is in response to that order and the department indicates that this is also aligned with the current Division of Correctional Health Care Services strategic planning model for management of all major programs. While the Department indicates that they believe this is the minimum staffing level necessary to adequately manage the mental health program, this request is not based on a workload analysis, but is based on an assessment of the organizations functional needs. Therefore, the Department is also requesting one-time funding of $400,000 to conduct a workload study to validate the level of ongoing staffing required for the mental health program in headquarters and the field.

Improved Recruitment and Hiring Processes for the Mental Health Program
The Department indicates that this is necessary to reduce the vacancy rates in psychiatrist positions. A 1999 court order required CDCR to maintain a psychiatrist vacancy rate of no more that 10 percent, including contract positions. In addition, this requirement was recently reiterated in court order issued on March 2, 2006, based on the 15th Round Special Master Monitoring Report which requires the department to submit a plan with strategies to reduce the vacancy rate for psychiatrists by May 1, 2006. Further, recent vacancy rate data indicates that the department is experiencing vacancies of 25-44 percent in the psychiatrist classifications. We note that proposed responses to this court order related to salary enhancements will be addressed during the normal May Revision timeframes. This request includes 15.0 positions in the CDCR Human Resources Office to improve recruitment, testing, and background checks, 33.0 office technician positions at the institutions to facilitate expedited hiring process. This requests also includes funding for an Interagency Agreement with the State Personnel Board to develop and maintain online exams and $3 million to augment existing funding for emergency contracts with registries. In addition, the department indicates that the Live Scan IT project proposed in the request related to Plata will also be used for this proposal.

**COMMENTS:**

Implementation of Revised Mental Health Program Guide
- Although a methodology for Program Guide staffing was developed based on existing standards and some estimate of increased workload, it lacks of objective, comprehensive workload data upon which to base an impartial analysis of the actual workload of the staff proposed to implement the changes.
- There is no data to evaluate the efficiency in service delivery with existing resources.
- There is limited information or analysis of existing base resources available.
- In some cases there was no analysis of different levels of need by institution based on programs, population, staffing, etc. This is especially apparent in the positions requested for quality management at each institution and the supervisory positions requested for each institution in the Administrative Segregation Units.
- We note that while the department has proposed a phased-in hiring plan for these positions, it is still lacking consideration of practical implementation issues, such as where these staff will be located within the institution, and how a significant number of new positions in these classifications can be recruited when existing positions have significant vacancy rates.
- It is unclear if the pilot project to test a new diagnostic tool for Reception Centers has been coordinated with other Departmental efforts related to streamlining the Reception Center intake process.

Increased Management Staffing for the Mental Health Program
- While there may be a need for additional management and leadership for this program, no information has been provided to indicate that this is the appropriate level of staff for this purpose.
- No information was provided to justify the appropriateness of level and classification of many leadership positions requested (i.e. CEA, Facility Captain, etc.)
- There is no workload data to support the level of headquarters staff requested.
- There is limited information on the level of base resources that may be available to perform some of these functions department-wide.
- It is not clear that space will be available to house these staff if they were approved and hired.

Improved Recruitment and Hiring Processes for the Mental Health Program
- While there is a court order specifically requiring the department to improve staff recruitment, the order does not specify a level of resources for this activity. It specifies that a specific level of hiring be achieved. While it is likely that this proposal will assist CDCR to better meet these requirements, we are unable to assess the need for the specific level of resources requested.
- There is no workload justification for the level of staffing requested.
- No information on existing base resources was provided.
- We note that it appears that this proposal is replicating, and in some cases an adjunct to, the proposal related to improving recruitment and hiring for the medical program. While it seems appropriate to utilize similar processes to the extent that they are successful, it is not clear that these proposals have been coordinated on a workload basis.
- It is not clear that it is appropriate to "dedicate" staff for hiring only one type of health care positions when their expertise could be utilized for all types of healthcare staff. In fact, it appears that this may actually be what is proposed if these two hiring proposals were combined. For example, this request includes clerical staff at institutions that appear to be in support of the analytical staff requested for institutions in the Plata proposal.

**RECOMMENDATION:** Based on the comments above, we are unable to support the bulk of this request on an analytical basis. However, we recognize that based on the various court-orders requiring the Department to take make changes in its mental health program and improve recruitment of psychiatrists, therefore, we recommend approval of the following:

Implementation of Revised Mental Health Program Guide
- 71.6 positions for Reception Centers, 51.0 of these positions would provide clinical evaluations, assessments, and referrals and 20.6 perform central file review functions.
- 73 positions for weekend staffing of Outpatient Housing Units with mental health patients located in five institutions where there are no mental health crisis beds. This will ensure that the Department is meeting the 7-day coverage requirement for these inmates included in the Revised Program Guide.
- 9 new positions and the upgrade of 10 existing positions to provide additional supervision for Licensed Psychiatric Technicians.
- 6 Sr. Psychologist Supervisors to provide additional supervison in institutions where there is a high-propensity of mental health inmates in Ad Seg or SHU.
- 9 Health Program Specialist positions to track compliance with the guidelines and perform assist QMAT teams with quality management functions in the institutions.
- $779,000 for a contract to run a two-year pilot project to test a new diagnostic tool to identify inmates arriving at Reception Centers with mental health needs.

We note that we are denying the request related to Ad Seg staffing to meet program guidline requirements because the base level of staffing requested was already provided in fiscal year 2000-01.

Increased Management Staffing for the Mental Health Program
We are supportive of the organizational structure proposed, however, without workload information we cannot assess the level of staffing requested. Therefore, we have identified a lower level of positions in some areas that can be supported, we are recommending full funding of the QMAT functions, and approval of the funds for a workload study as follows:
- 86 positions at headquarters to improve management and increase program oversight statewide (includes QMAT).
- One-time funding of $400,000 to conduct a workload study to validate the level of ongoing staffing required for the mental health program in headquarters and the field.

Improved Recruitment and Hiring Processes for the Mental Health Program
We intend to approve some level of positions for employee recruitment activities pending the receipt of specific data on the number of all heath care classifications vacancy rate by instition. Without this data we recommend a specific level of resources or confirm that the level of resources requested is appropriate.

*Governor's Review*

*Public Comments*

Feasible Alternative "B"
California Department of Corrections
Health Care Services Division
Mental Health Program Guide Finance Letter Fiscal Year 2005/06

| Staffing Request Summary | 2005/06 Staffing | 2006/07 Staffing | 2007/08 Staffing |
|---|---|---|---|
| **CCCMS GP** | | | |
| Psychiatric Technician | 10.4 | 10.4 | |
| Recreation Therapists | 8.2 | 8.2 | |
| | | | |
| **GP EOP** | | | |
| Psychiatric Technician | 6.1 | 6.1 | |
| | | | |
| **AdSeg EOP (Stand Alone)** | | | |
| Psychiatric Social Worker | 2.5 | 2.5 | |
| | | | |
| **AdSeg CCCMS** | | | |
| Psychologist | 12.9 | 12.9 | |
| Psychiatric Social Worker | 6.5 | 6.5 | |
| Staff Psychiatrist | | | 15.5 |
| Psychiatric Technician | 12.5 | 12.5 | |
| Recreational Therapist | | | 32.9 |
| Correctional Officer for ASU & SHU (Individual Therapy) | 6.4 | 6.4 | |
| Correctional Officer for ASU & SHU (Group Therapy) | 5.2 | 5.2 | 11.8 |
| Correctional Counselor I | 4.9 | 4.9 | |
| | | | |
| **Security Housing Unit (SHU)** | | | |
| Psychologist | 3.5 | 3.5 | |
| Psychiatric Social Worker | 2.0 | 2.0 | |
| Staff Psychiatrist | 2.8 | 2.8 | |
| Psychiatric Technician | 2.5 | 2.5 | |
| | | | |
| **Group Therapy SHU** | | | |
| Psychiatric Technician | 1.2 | 1.2 | |
| Recreation Therapist | 2.3 | 2.3 | |
| | | | |
| **AdSeg EOP Hubs** | | | |
| Registered Nurse | 8.1 | 8.1 | |
| Recreational Therapist | 5.8 | 5.8 | |
| Staff Psychiatrist | 1.3 | 1.3 | |
| | | | |
| **Reception Center** | | | |
| Psychologist | 16.3 | 16.3 | |
| Psychiatric Social Worker | 8.2 | 8.2 | |
| Staff Psychiatrist | 1.2 | 1.2 | |
| Registered Nurse | 4.5 | 4.5 | |
| Correctional Counselor I | 4.6 | 4.6 | |
| | | | |
| **Mental Health Crisis Beds** | | | |
| Psychologist | 7.8 | 7.8 | |
| Staff Psychiatrist | 1.6 | 1.6 | |
| Correctional Counselor I | 1.8 | 1.8 | |
| Correctional Sergeant | 3.0 | 2.0 | 9.0 |
| | | | |
| **Rules Violation Report** | | | |
| Psychologist | 6.2 | 6.2 | |
| | | | |
| **Nursing** | | | |
| Registered Nurse | | | 57.4 |
| | | | |
| **Relief** | | | |
| Psychiatric Technicians | 38.5 | 38.5 | 76.9 |
| Psychologist | | | 58.2 |
| Psychiatric Social Worker | | | 21.1 |
| | | | |
| **OHU** | | | |
| Psychologist (OHU 7 day per week coverage) | 3.1 | | |
| | | | |
| **MDO/BPT/Z Cases/DRB Placements** | | | |
| Psychologist | 7.2 | 7.2 | |
| | | | |
| **Clerical** | | | |
| OT Clerical Needs | 10.6 | 10.6 | |
| Medical Transcriber | 8.5 | 8.5 | |
| OSS II | 3.0 | 3.0 | |
| Office Assistant - Limited Term (Medical Records) | 21.2 | | |
| | | | |
| **Institution Level Supervision** | | | |
| Sr. Psychologist, Supervisor | 2.7 | 2.7 | 5.3 |
| Sr. Psychiatric Social Worker | 4.0 | 4.0 | 8.0 |
| Psychiatric Technician | -16.0 | -15.0 | |
| Sr. Psychiatric Technician | 16.0 | 15.0 | |
| | | | |
| **Performance Evaluation and Court Compliance** | | | |
| HPS I | 14.0 | 14.0 | |
| OT | 14.0 | 14.0 | |
| | | | |
| **HCSD** | | | |
| Sr. Psychologist Specialist (Program Guide Implementation & Suicide Prevention) | 1.0 | | |
| Sr. Psychologist Specialist (Institution Oversight) | 3.0 | | |
| Health Program Specialist I (1 per region) | 3.0 | | |
| OT (1 per region) | 3.0 | | |
| Sr. Psychiatrist, Specialist | 3.0 | | |
| **Total Request** | **299.3** | **261.0** | **296.1** |

*Handwritten annotations:*
- 43 million × / 547.5
- $23.5M   $20.5M   $23.3M
- Overall 3 yr 8564 Pts.

01027

Case 2:90-cv-00520-KJM-SCR    Document 1921-3    Filed 07/28/06    Page 6 of 7

Attachment A

Feasible Alternative "A"
California Department of Corrections
Health Care Services Division
Mental Health Program Guide Finance Letter Fiscal Year 2005/06

| Staffing Request Summary | 2005/06 Staffing | 2006/07 Staffing |
|---|---|---|
| **CCCMS GP** | | |
| Psychiatric Technician | 20.8 | |
| Recreation Therapists | 16.3 | |
| **GP EOP** | | |
| Psychiatric Technician | 12.2 | |
| **AdSeg EOP (Stand Alone)** | | |
| Psychiatric Social Worker | 5.0 | |
| **AdSeg CCCMS** | | |
| Psychologist | 25.8 | |
| Psychiatric Social Worker | 12.9 | |
| Staff Psychiatrist | | 15.5 |
| Psychiatric Technician | 25.0 | |
| Recreational Therapist | | 32.9 |
| Correctional Officer for ASU & SHU (Individual Therapy) | 12.7 | |
| Correctional Officer for ASU & SHU (Group Therapy) | 10.3 | 11.8 |
| Correctional Counselor I | 9.7 | |
| **Security Housing Unit (SHU)** | | |
| Psychologist | 7.0 | |
| Psychiatric Social Worker | 4.0 | |
| Staff Psychiatrist | 5.5 | |
| Psychiatric Technician | 4.9 | |
| **Group Therapy SHU** | | |
| Psychiatric Technician | 2.4 | |
| Recreation Therapist | 4.6 | |
| **AdSeg EOP Hubs** | | |
| Registered Nurse | 16.2 | |
| Recreational Therapist | 11.5 | |
| Staff Psychiatrist | 2.5 | |
| **Reception Center** | | |
| Psychologist | 32.6 | |
| Psychiatric Social Worker | 16.3 | |
| Staff Psychiatrist | 2.3 | |
| Registered Nurse | 9.0 | |
| Correctional Counselor I | 9.1 | |
| **Mental Health Crisis Beds** | | |
| Psychologist | 15.5 | |
| Staff Psychiatrist | 3.1 | |
| Correctional Counselor I | 3.5 | |
| Correctional Sergeant | 5.0 | 9.0 |
| **Rules Violation Report** | | |
| Psychologist | 12.4 | |
| **Nursing** | | |
| Registered Nurse | | 57.4 |
| **Relief** | | |
| Psychiatric Technicians | 76.9 | 76.9 |
| Psychologist | | 58.2 |
| Psychiatric Social Worker | | 21.1 |
| **OHU** | | |
| Psychologist (OHU 7 day per week coverage) | 3.1 | |
| **MDO/BPT/Z Cases/DRB Placements** | | |
| Psychologist | 14.4 | |
| **Clerical** | | |
| OT Clerical Needs | 21.2 | |
| Medical Transcriber | 17.0 | |
| OSS II | 6.0 | |
| Office Assistant - Limited Term (Medical Records) | 21.2 | |
| **Institution Level Supervision** | | |
| Sr. Psychologist, Supervisor | 5.3 | 5.3 |
| Sr. Psychiatric Social Worker | 8.0 | 8.0 |
| Psychiatric Technician | -31.0 | |
| Sr. Psychiatric Technician | 31.0 | |
| **Performance Evaluation and Court Compliance** | | |
| HPS I | 28.0 | |
| OT | 28.0 | |
| **HCSD** | | |
| Sr. Psychologist Specialist (Program Guide Implementation & Suicide Prevention) | 1.0 | |
| Sr. Psychologist Specialist (Institution Oversight) | 3.0 | |
| Health Program Specialist I (1 per region) | 3.0 | |
| OT (1 per region) | 3.0 | |
| Sr. Psychiatrist, Specialist | 3.0 | |
| **Total Request** | 560.2 | 296.1 |

## California Department of Corrections
## Health Care Services Division
## Mental Health Program Guide Finance Letter FY 2005/06

| One Time Cost Summary | | | |
|---|---|---|---|
| Item | Quantity | Unit Cost | Total Cost |
| Treatment Cell | 288 | $ 1,069 | $ 307,872 |
| Copier | 28 | $ 9,000 | $ 252,000 |
| Laptop | 159 | $ 1,400 | $ 222,600 |
| Shredder | 32 | $ 2,500 | $ 80,000 |
| Fax Machine | 28 | $ 250 | $ 7,000 |
| Dictation Equipment | 17 | $ 370 | $ 6,290 |
| Golf Cart | 14 | $ 10,500 | $ 147,000 |
| Television | 28 | $ 499 | $ 13,972 |
| Printing (Forms) | | | $ 50,000 |
| Group Therapy Materials | 28,000 | $ 2 | $ 56,000 |
| Grand Total | | | $ 1,142,734 |

| Cost Summary for the MCMI-II | | | | |
|---|---|---|---|---|
| Item | Quantity | Unit Cost | Total Cost | Ongoing |
| MCMI-III 2005/06 One Time | | | $ 443,967 | |
| MCMI-III 2006/07 Ongoing | | | | $ 402,500 |
| Computers for RC (10 per RC) | 110 | $ 3,342 | $ 367,620 | |
| Printers for RC (1 per RC) | 11 | $ 150 | $ 1,650 | |
| Server for RC (1 per RC) | 11 | $ 25,000 | $ 275,000 | |
| Computer Table (10 per RC) | 110 | $ 236 | $ 25,960 | |
| Computer for EOP | 13 | $ 3,342 | $ 43,446 | |
| Computer Table for EOP | 13 | $ 236 | $ 3,068 | |
| Printer for EOP | 13 | $ 150 | $ 1,950 | |
| Grand Total | | | $ 1,162,661 | $ 402,500 |

| Workload and Salary Survey | | | |
|---|---|---|---|
| Item | | | Total Cost |
| Workload and Salary Survey | | | $ 500,000 |

01029