PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2006** |

　　　　On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

1  Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the First
2  Quarter of 2006 to defendants via overnight Federal Express on May 5, 2006. The parties
3  completed their meet-and-confer process on July 7, 2006.
4  As a result of the July 7, 2006 agreement, the parties are able to agree to the payment
5  of $389,822.13 in fees and costs incurred during the First Quarter of 2006. Attached hereto
6  as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the
7  First Quarter of 2006.
8  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
9  $389,822.13 plus interest is due and collectable as of 45 days from the date of entry of this
10  Order. Daily Interest on these fees and costs will run from the date of entry of this Order,
11  accruing at the rate provided by 28 U.S.C. § 1961.
12  APPROVED AS TO FORM:

_____     DATED: 7-27-06

Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants


_____     DATED: 7-28-06

Thomas Nolan, Esq.
Rosen, Bien & Asaro, LLP
Attorneys for Plaintiffs

EXHIBIT A

# Coleman v. Schwarzenegger
## First Quarterly Statement of 2006
### January 1, 2006 through March 31, 2006

## SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | CLAIMED COSTS |
|---|---:|---:|
| **MONITORING** | $ 351,172.26 | $ 23,634.44 |
| **MONITORING FEES ON FEES** | $ 14,552.50 | $ 249.36 |
| **CLASSIFICATION FEES** | $ 213.57 | $ - |
| **TOTALS:** | $ 365,938.33 | $ 23,883.80 |

**TOTAL UNDISPUTED FEES AND COSTS**     $ 389,822.13

**AMOUNT REMAINING IN DISPUTE**     $0.00

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - First Quarterly Statement, 2006
January 1, 2006 through March 31, 2006
Monitoring Work

Matter: 489-3

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 127.20 | 1.30 | 0.00 | 0.00 | 0.00 | 1.30 | 0.00 | 0.00 | 126.68 | $ 169.50 | $ 21,472.26 |
| Jane E. Kahn (JEK) | 376.00 | 43.30 | 0.00 | 0.00 | 0.00 | 43.30 | 0.00 | 0.00 | 358.68 | $ 169.50 | $ 60,796.26 |
| Thomas Nolan (TN) | 266.90 | 36.70 | 0.00 | 0.00 | 0.00 | 36.70 | 0.00 | 0.00 | 252.22 | $ 169.50 | $ 42,751.29 |
| Ernest Galvan (EG) | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 | $ 169.50 | $ 186.45 |
| Holly M. Baldwin (HMB) | 2.90 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 2.10 | $ 169.50 | $ 355.95 |
| Megan R. Lang (MRL) | 14.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 14.10 | $ 169.50 | $ 2,389.95 |
| Amy E. Whelan (AEW) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $ 169.50 | $ 50.85 |
| Katherine Sher (KS) | 18.50 | 18.50 | 0.00 | 0.00 | 0.00 | 18.50 | 0.00 | 0.00 | 11.10 | $ 169.50 | $ 1,881.45 |
| Anne Mania (AHM) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | - |
| Michael R. Lepie (MXL) | 8.80 | 2.20 | 0.00 | 0.00 | 0.00 | 2.20 | 0.00 | 0.00 | 7.92 | $ 160.00 | $ 1,267.20 |
| Kim Le (KTL) | 96.40 | 0.80 | 0.00 | 0.00 | 0.00 | 0.80 | 0.00 | 0.00 | 96.08 | $ 160.00 | $ 15,372.80 |
| Salvador Arrona (SA) | 3.20 | 1.30 | 0.00 | 0.00 | 0.00 | 1.30 | 0.00 | 0.00 | 2.68 | $ 160.00 | $ 428.80 |
| Paloma K. Wu (PKW) | 368.00 | 64.50 | 0.00 | 0.00 | 0.00 | 64.50 | 0.00 | 0.00 | 342.20 | $ 160.00 | $ 54,752.00 |
| Nathan J. Kleiner (NJK) | 306.70 | 31.10 | 0.00 | 0.00 | 0.00 | 31.10 | 0.00 | 0.00 | 294.26 | $ 160.00 | $ 47,081.60 |
| Katherine Johnson-Silk (KJS) | 1.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.80 | $ 160.00 | $ 288.00 |
| Emily K. Harpster (EKH) | 0.60 | 0.30 | 0.00 | 0.00 | 0.00 | 0.30 | 0.00 | 0.00 | 0.48 | $ 150.00 | $ 72.00 |
| Vanessa K. Carr (VKC) | 182.90 | 23.60 | 0.00 | 0.00 | 0.00 | 23.60 | 0.00 | 0.00 | 173.46 | $ 150.00 | $ 26,019.00 |
| Sean Donovan (SD) | 27.00 | 2.30 | 0.00 | 0.00 | 0.00 | 2.30 | 0.00 | 0.00 | 26.08 | $ 150.00 | $ 3,912.00 |
| **RBA Totals:** | **1802.40** | **227.90** | **0.00** | **0.00** | **0.00** | **227.90** | **0.00** | **0.00** | **1711.24** | | **$ 279,077.86** |

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Donald Specter (DS) | 3.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.40 | $ 169.50 | $ 576.30 |
| Steven Fama (SF) | 4.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.30 | $ 169.50 | $ 728.85 |
| Keith Wattley (KW) | 105.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 105.10 | $ 169.50 | $ 17,814.45 |
| Sara Norman (SN) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 |
| Noor Dawood (ND) | 311.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 # | 0.00 | 311.60 | $ 160.00 | $ 49,856.00 |
| **PLO Totals:** | **424.60** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **424.60** | | **$ 69,009.50** |

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Employment Law Center** | | | | | | | | | | | |
| Claudia Center | 7.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.40 | $ 169.50 | $ 1,254.30 |
| Lewis Bossing | 10.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10.80 | $ 169.50 | $ 1,830.60 |
| **ELC Hours:** | **18.20** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **18.20** | | **$ 3,084.90** |

| Total Monitoring - All Offices | 2245.20 | 227.90 | 0.00 | 0.00 | 0.00 | 227.90 | 0.00 | 0.00 | 2154.04 | | **$351,172.26** |

1st Qtr-Undisputed Total Fees    7/10/2006

## Coleman v. Schwarzenegger
### Summary Of Undisputed Fees - First Quarterly Statement, 2006
### January 1, 2006 through March 31, 2006

### Fees Work

**Matter: 489-5**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | 90/10 = 10% Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | | |
| Thomas Nolan (TN) | 16.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.30 | $169.50 | $ 2,762.85 |
| Pamela Derrico (PD) | 54.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 54.70 | $169.50 | $ 9,271.65 |
| Kim T. Le (KTL) | 13.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 13.30 | $160.00 | $ 2,128.00 |
| **RBA Totals:** | 84.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 84.30 | | $ 14,162.50 |
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Edie DeGraff (ED) | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.60 | $150.00 | $ 390.00 |
| **PLO Totals:** | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.60 | | 390.00 |
| **Total Fees - All Offices** | 86.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 86.90 | | $ 14,552.50 |

### Classification Policies That Interfere With Access to Mental Healthcare Work

**Matter: 489-9**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | 50/50 Split of Certain Hours | 60/40 = 40% Withdrawn By Plaintiff | 75/25 Split of Certain Hours | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | | | |
| Thomas Nolan (TN) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.60 | $169.50 | $ 101.70 |
| Meghan R. Lang (MRL) | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.60 | $169.50 | $ 101.70 |
| Anne H. Mania (AHM) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 | 0.00 | 0.00 | 0.06 | $169.50 | 10.17 |
| **RBA Totals:** | 2.10 | 2.10 | 0.00 | 0.00 | 0.00 | 2.10 | 0.00 | 0.00 | 1.26 | | $ 213.57 |
| **Total - All Offices** | 2.10 | 2.10 | 0.00 | 0.00 | 0.00 | 2.10 | 0.00 | 0.00 | 1.26 | | $ 213.57 |

Amount Remaining in Dispute: $0.00

# Coleman v. Schwarzenegger

## Summary Of Undisputed Costs - First Quarterly Statement, 2006
### January 1, 2006 through March 31, 2005

**Matter: 489-3 (Monitoring)**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | 50/50 Of Certain Costs | 60/40 Of Certain Costs | Undisputed Costs |
|---|---:|---:|---:|---:|---:|---:|---:|
| **ROSEN, BIEN & ASARO** | | | | | | | |
| Photocopying (in-house @.20) | $ 11,514.80 | $ - | $ - | $ - | $ - | $ - | $ 11,514.80 |
| Photocopying (outside services) | $ 4,861.45 | $ - | $ - | $ - | $ - | $ - | $ 4,861.45 |
| International Effectiveness -Spanish/English | $ 92.00 | $ - | $ - | $ - | $ - | $ - | $ 92.00 |
| State of CA - Document Production | $ 9.80 | $ - | $ - | $ - | $ - | $ - | $ 9.80 |
| Postage & Delivery | $ 1,362.67 | $ 1,362.67 | $ - | $ - | $ - | $ 1,362.67 | $ 817.60 |
| Telephone | $ 169.15 | $ 169.15 | $ - | $ - | $ - | $ 169.15 | $ 101.49 |
| Westlaw | $ 804.24 | $ 804.24 | $ - | $ - | $ - | $ 804.24 | $ 482.54 |
| Telefax | $ 554.00 | $ - | $ - | $ - | $ - | $ - | $ 554.00 |
| Correctional Health Care Class | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Travel | $ 507.68 | $ 398.11 | $ - | $ - | $ - | $ 398.11 | $ 348.44 |
| **RBA Totals:** | $ 19,875.79 | $ 2,734.17 | $ - | $ - | $ - | $ 2,734.17 | $ 18,782.12 |
| **PRISON LAW OFFICE** | | | | | | | |
| Photocopying (in-house) | $ 1,562.00 | $ - | $ - | $ - | $ - | $ - | $ 1,562.00 |
| Postage & Delivery | $ 915.21 | $ - | $ - | $ - | $ - | $ - | $ 915.21 |
| Telefax | $ 316.00 | $ - | $ - | $ - | $ - | $ - | $ 316.00 |
| Telephone | $ 12.48 | $ - | $ - | $ - | $ - | $ - | $ 12.48 |
| Travel | $ 2,228.66 | $ 455.07 | $ - | $ - | $ - | $ 455.07 | $ 2,046.62 |
| **Totals:** | $ 5,034.35 | $ 455.07 | $ - | $ - | $ - | $ 455.07 | $ 4,852.32 |
| **Total Monitoring Costs:** | $ 24,910.14 | $ 3,189.24 | $ - | $ - | $ - | $ 3,189.24 | $ 23,634.44 |

**Matter: 489-5 (Monitoring Fees on Fees)**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | 50/50 Of Certain Costs | 60/40 Of Certain Costs | Undisputed Costs |
|---|---:|---:|---:|---:|---:|---:|---:|
| **ROSEN, BIEN & ASARO** | | | | | | | |
| Photocopying (in-house @.20) | $ 85.80 | $ - | $ - | $ - | $ - | $ - | $ 85.80 |
| Photocopying (outside services) | $ 104.49 | $ - | $ - | $ - | $ - | $ - | $ 104.49 |
| Postage & Delivery | $ 39.82 | $ - | $ - | $ - | $ - | $ - | $ 39.82 |
| Telefax | $ 9.00 | $ - | $ - | $ - | $ - | $ - | $ 9.00 |
| Telephone | $ 10.25 | $ - | $ - | $ - | $ - | $ - | $ 10.25 |
| **Total Fees Costs:** | $ 249.36 | $ - | $ - | $ - | $ - | $ - | $ 249.36 |
| **TOTAL UNDISPUTED COSTS** | $ 25,159.50 | $ 3,189.24 | $ - | $ - | $ - | $ 3,189.24 | $ 23,883.80 |