PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

  Plaintiff,

vs.

ARNOLD SCHWARZENEGGER, et al.,

  Defendants

)
)
)
)
)
)
)
)
)
)
)

Case No. Civ. S 90-0520 LKK-JFM

**[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2006**

  On July 28, 2006, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the First Quarter of 2006, pursuant to the March 19, 1996, periodic fees order in this case.

[PROPOSED] ORDER CONFIRMING UNDISPUTED
ATTORNEYS' FEES AND COSTS FOR THE FIRST
QUARTER OF 2006

1       Pursuant to the stipulation filed on July 28, 2006, IT IS HEREBY ORDERED that

2 plaintiffs fees and costs of  $389,822.13, plus interest, are due and collectable as of forty-

3 five days from the date of entry of this Order.  Daily Interest runs from date of entry of this

4 Order at the rate provided by 28 U.S.C. § 1961.

5

6 IT IS SO ORDERED.

7 Dated:

8                                              John F. Moulds, Magistrate Judge
United States District Court