<u>**COLEMAN v. SCHWARZENEGGER**</u>
**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT 2**

**IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CONDUCT DISCOVERY AND RECEIVE TOUR BINDERS**

1. **Institutional Program Status**
   - Status of MHSDS Programs
   - Corrective Action Plan (CAP)
   - New Construction/Remodeling
   - Completed/Anticipated Mission Change
   - MHSDS Rosters
     - Coleman Census
     - MH Inmate/Patients sorted by: level of care/housing/last name
     - Population Numbers
2. **Staffing**
   - Overall Summary
     - Clinician/Psychiatrist Inmate/Patient Ratios
     - Authorized Psych Tech/Rec Therapists by Program
     - Newly Allocated Positions/Dates
   - By Program
   - By Position
   - Contract Usage
3. **Medication Management**
   - Narrative Summary
   - (see backup paperwork provided)
   - Operational Procedure #134
   - Mood stabilizer statistics
   - Keyhea
4. **Access to Higher Level of Care**
   - DMH Referrals
     - Memo
     - SVPP & CMF
   - MHCB/OHU/MH-OHU-I MHSDS Admits
     - CTC Inmate/Patients > 2 X, Last 6 Months
     - CTC Inmate/Patients Length of Stay > 10 Days
     - MHCB/OHU/MH OHU I Follow-ups/Wellness Checks
     - CTC Documentation—Audits/Logs/Psychiatrist/IDTT Contact/SRA
     - Restraint Logs in CTC
     - New Arrivals to EOP & PSU
     - (see EOP/PSU section)
   - Holding Tanks
5. **EOP**
   - New Arrivals & Disposition
     - Awaiting Transfer to EOP
     - None
   - Clinical Contact & History
     - (see random samples provided)
   - Groups
   
   **PSU**
   - New Arrivals & Disposition
     - Awaiting Transfer to PSU
     - None
   - Clinical Contact & History
     - (See random samples provided)
   - Groups
6. **Administrative Segregation (Ad Seg)**
   - A/S ROSTERS
   - EOP A/S
     - New Arrivals & Disposition
     - Clinical Contact & History
     - (see random samples provided)
     - Groups
     - Cell Side
   - CCCMS A/S
     - 2 Month Stay
     - (see backup paperwork provided)
     - Cell Front
     - Procedure to Identify & Screen New Arrivals/Audits
   - Logs/Audits/Documentation of LPT Daily Rounds
   - Stand Alone Referral Tracking

00012

7. **Quality Management**
   - Governing Body Meeting Minutes
   - Quality Management Committee Minutes
   - Mental Health Subcommittee Minutes
   - Suicide Prevention Committee Minutes
   - Quality Improvement Teams
   - UHR Audits
   - Sub Acute Audits
   - Peer Reviews
   - Key Indicator

8. **Rules Violation Reports**
   - Roster
   - Number of 115s for MHSDS Inmates & for Institution
     - (See random samples provided)

9. **Completed Suicides**
   - SAC Successful Suicides During Monitoring Period

10. **CCCMS Groups**
    - Schedule/Inmates per Group/Tracking/Summary

11. **DMH Referrals**
    - Procedure
    - Self /Staff Referrals