**COLEMAN v. SCHWARZENEGGER**
**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT 3**

**IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CONDUCT DISCOVERY AND RECEIVE TOUR BINDERS**

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA 94283-0001



July 3, 2006

| | | |
|---|---|---|
| J. Michael Keating, Jr. | via: | Lisa Tillman |
| Office of the Special Master | | Deputy Attorney General |
| 2351 Sussex Lane | | Department of Justice |
| Fernandina Beach, FL 32034 | | 1300 I Street, Suite 125 |
| | | P. O. Box 944255 |
| | | Sacramento, CA 94244-2550 |

**RE: INFORMATION REQUESTED, RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Keating:

Enclosed are the monthly reports for May 2006, reflective of April 2006 data, excluding Enclosures 7, 8, and 10, and responsive to the January 19, 1999, court order regarding staff vacancies, including changes agreed to at the August 7, 2003, All Parties meeting.

Due to data integrity issues, Enclosures 7, 8, and 10, for the period of September 2005 – May 2006 will be provided as a supplemental report. The June 2006 report reflecting May 2006 data will be current.

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report. This report shows allocated staff and vacancy rate information for the most recent period available.
3. Health Care Placement Unit (HCPU) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution.
7. ~~Referrals for Transfer to the Department of Mental Health.~~
8. ~~Atascadero State Hospital (ASH) Discharges~~
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. ~~The DMH Monthly Report of CDCR Patients in DMH Hospitals – Summary and Penal Code 2684.~~
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.

J. Michael Keating, Jr.
Page 2

15. Allocated Case Manager positions and vacancies for the EOP Administrative Segregation Hub institutions.
16. EOP inmates waiting for transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician rounds in Administrative Segregation at California State Prison-San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Bed Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospitals Health Care Placement Issues.

If you have any questions, please contact me at (916) 323-6811.

Sincerely,

PETER FARBER-SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services

Enclosures

cc:   Renee Kanan, M.D., Deputy Director, DCHCS (w/o enclosures)
      Matthew Lopes, Deputy "Coleman" Special Master (w/enclosures)
      Jeffrey L. Metzner, M.D., "Coleman" Expert (w/enclosures)
      Dennis F. Koson, M.D., "Coleman" Expert (w/enclosures)
      Kerry Hughes, M.D.,. "Coleman" Expert (w/enclosures)
      Melissa G. Warren, Ph.D., "Coleman" Expert (w/enclosures)
      Raymond F. Patterson, M.D., "Coleman" Expert (w/enclosures)
      Paul Nicoll, "Coleman" Expert (w/enclosures)
      Ted Ruggles, "Coleman" Expert (w/enclosures)
      Lisa Tillman, Office of the Attorney General (w/enclosures)
      Michael Stone, Office of Legal Affairs (w/enclosures)
      Michael Bien, Rosen Bien and Associates (w/enclosures)
      Donald Specter, Prison Law Office (w/enclosures)
      Virginia Morrison, Esq. (w/enclosures)
      Mohamedu F. Jones, Esq. (w/enclosures)
      Patricia Williams, Esq. (w/enclosures)
      Doug McKeever, DCHCS (w/enclosures)
      Tim Fishback, M.D., DCHCS (w/enclosures)
      Margaret McAloon, Ph.D., DCHCS (w/o enclosures)

00015

# Enclosure 1

## Mental Health Services Delivery System Staffing Allocation and Vacancy History