<u>**COLEMAN v. SCHWARZENEGGER**</u>
**CASE NO. CIV S-90-0520 LKK JFM P**


**EXHIBIT 4**


**IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CONDUCT DISCOVERY AND RECEIVE TOUR BINDERS**

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                              ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA 94283-0001



July 26, 2006

J. Michael Keating, Jr.　　　　　　　　　　　via:　Lisa Tillman
Office of the Special Master　　　　　　　　　　　Deputy Attorney General
2351 Sussex Lane　　　　　　　　　　　　　　　Department of Justice
Fernandina Beach, FL 32034　　　　　　　　　　1300 I Street, Suite 125
　　　　　　　　　　　　　　　　　　　　　　　P. O. Box 944255
　　　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 94244-2550

RE: **STATUS REPORT ON STAFFING AND PROGRAMMING SPACE ALLOCATION FOR THE ENHANCED OUTPATIENT PROGRAM POPULATION AT CALIFORNIA STATE PRISON-CORCORAN, RICHARD J. DONOVAN CORRECTIONAL FACILITY, AND CALIFORNIA STATE PRISON-SAN QUENTIN**

Dear Mr. Keating:

In accordance with the stipulated order entered on March 7, 2005, the California Department of Corrections and Rehabilitation with the attached enclosure is reporting the current status of staffing and programming space allocation for the hub units utilized for the Enhanced Outpatient Program (EOP) population at California State Prison-Corcoran, Richard J. Donovan Correctional Facility and California State Prison-San Quentin. This 33rd report covers the period of June 15, 2006, through July 8, 2006.

As noted in the Coleman exit conference on July 17, 2006, California State Prison-San Quentin's data are not accurate. Subsequent reports will contain accurate data, as a new methodology of obtaining the data is implemented from that date forward.

If you need clarification on any aspect of this status report, please contact me at (916) 323-6811.

Sincerely,

PETER FARBER-SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services
Department of Corrections and Rehabilitation

Enclosure

cc:  Renee Kanan, M.D., MPH, Deputy Director, Division of Correctional Health Care Services (DCHCS)
　　 John Dovey, Director, Division of Adult Institutions
　　 Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations Branch, DCHCS

Staffing for June 25, 2006 through July 8, 2006

| Facility | Week | A/S EOP Average Weekly Population | Staffing | | | Therapeutic activity each week | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Case Manager Positions Filled* | Case Manager to Patient Ratio (1:9) | Average Custody Positions | Patients eligible for a full week | Patients offered 10 or more hours | Percent compliance per patient | Cumulative program average (hours) |
| COR | 06/25/06 - 07/01/06 | 59 | 6 | Not Met** | 10 | 50 | 49 | 98%*** | 12.66 |
| | 07/02/06 - 07/08/06 | 56.5 | 6 | Not Met** | 10 | 52 | 51 | 98%*** | 10.84 |
| SQ# | 06/25/06 - 07/01/06 | 17 | 4 | Met | 5 | 17 | 16 | 94% | 11.12 |
| | 07/02/06 - 07/08/06 | 20 | 4 | Met | 5 | 20 | 19 | 95% | 9.16 |
| RJD | 06/25/06 - 07/01/06 | 52.4 | 7 | Met | 3.8 | 48 | 48 | 100% | 15.9 |
| | 07/02/06 - 07/08/06 | 59 | 7 | Met | 4 | 46 | 46 | 100% | 10.78 |

^07/04/06 - holiday; Eight hours of therapeutic activity required for compliance for the week 07/02/06 - 07/08/06.
*Civil Service and Registry.
**COR - The average weekly population exceeded the staffed capacity of 54 Administrative Segregation patients, therefore, Corcoran was unable to meet the case manager to patient ratio of 1:9.
***COR - Supervisors and other clinical staff redirected to provide therapeutic activity to patients.
#SQ - Ad-Seg EOP population does not include Condemned Inmates.

00018

## PROGRAMMING SPACE ALLOCATION

| | CSP-Corcoran | R.J. Donovan | San Quentin |
|---|---|---|---|
| EOP Capacity, AdSeg | 54 | 63 | 36 |
| Program Space: Groups | 3 rooms with 12 TMs each | 27 TMs in place, 9 more on order | 2 rooms<br>1 room of 6 TMs<br>1 room with 4 TMs<br>Room in AC for 5 |
| Program Space: Individual Contacts | 1 FT office, 2 PT offices (70%) that are used as group rooms when not in use for individual contacts | 3 holding cells and 6 law library rooms available, as needed | 1 room in Carson, 3 rooms in East Block |
| Status/Comments | **Space**: Resolved at present, with long-term needs to be addressed through the Facilities Master Plan for mental health hubs | **Space**: Cubicles for individuals and screenings in TMs for groups in place or on order, inmates scheduled for 10 or more therapeutic hours unless designated otherwise on MH2; long-term needs to be addressed through the Facilities Master Plan for mental health hubs | **Space**: Resolved at present, with long-term needs to be addressed through the Facilities Master Plan for mental health hubs |