<u>**COLEMAN v. SCHWARZENEGGER**</u>
**CASE NO. CIV S-90-0520 LKK JFM P**


**EXHIBIT 6**


**IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO CONDUCT DISCOVERY AND RECEIVE
TOUR BINDERS**

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | CASE NO. CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | **DEFENDANTS' RESPONSE TO SPECIAL MASTER'S FINAL REPORT AND RECOMMENDATIONS ON REVISED PROGRAM GUIDE** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Defendants respectfully submit the following objections to the Special Master's Final Report on the Defendants' Revised Program Guide:

A. **Classification Issues:** The report identifies disputed classification issues, including the elimination of the four points added to the classification score of inmates entering into CDCR with a history of mental illness, the addition of a requirement for the housing of EOP and 3CMS inmates in security levels commensurate with their classification scores, and an end to exclusion of EOP and 3CMS from participation in the programs and services available to the general population. (Report at p. 8.) In their responses to the Draft Report on the Revised Program Guide, defendants agreed to the recommendation that EOP inmates receive annual point

DEF. OBJ. TO FINAL REPORT, REVISED PROGRAM GUIDE

00032

reductions in their classification scores for participation in their EOP-related programs. (Def. Response to Draft Report at p. 3.) The listing of classification issues contained in this Final Report exceeds those issues listed in the Draft Report. Defendants object on the basis that this Court lacks jurisdiction to hear the listed classification issues. Plaintiffs' counsel may argue the listed classification issues fall within the parameters of a claim under the Americans with Disabilities Act or the Rehabilitation Act. However, judgment in this action was based on the Eighth Amendment. Indeed, Plaintiffs chose to voluntarily dismiss their Rehabilitation Act claim prior to entry of judgment in this matter. Therefore, this Court does not have jurisdiction to determine the classification issues listed in the Final Report.

Further, the legal issues contained in each of the listed classification issues will require the development and determination of specific, individual claims and defenses under the Americans with Disabilities Act. Such claims and defenses are not properly heard by this Court in the course of an evidentiary hearing on the Program Guide.

Dated: February 14, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Deputy Attorney General


LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30088425.wpd