**COLEMAN v. SCHWARZENEGGER**
**CASE NO. CIV S-90-0520 LKK JFM P**

EXHIBIT 9

IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CONDUCT DISCOVERY AND RECEIVE TOUR BINDERS

# Coleman 'Cyclical Court Reports' Calendar

| DATE DUE | WHAT IS DUE |
|---|---|
| Upon status change | Contract re: Psychiatric Technicians and Nurses |
| As it occurs | Suicide reports within 90 days after any suicide or the date that a death was determined to be a suicide. |
| As it occurs | Corrective Action Plan within 180 days of suicide. |
| As it occurs | Provide summary description of the methods and outcomes of all investigations whenever the Suicide Report or suicide review process refers any member of the mental health, medical or custody staff, initially judged to have been responsible for some act of incompetence, malfeasance or negligence, to another investigatory and/or disciplinary channel. |
| As it occurs | Provide mental health inmate death information |
| If it occurs | Inform if any of CDCR's budget proposals are rejected in the Cal. Legislature. |
| Monthly | Chart showing Enhanced Outpatient Program patients waiting for transfer to Psychiatric Services Unit |
| Monthly | Administrative segregation hub average daily census, allocated case manager positions, vacant case manager positions |
| Monthly | Statistics on allocated and vacant medical technician assistant positions in each facility. |
| Monthly | Report on mental health crisis bed transfers and referrals |
| Monthly | Audit/Report re: psychiatric technician rounds at Corcoran, San Quentin and Salinas Valley State Prison |
| Monthly | Statistics on contracted registered nurses vacancies |
| Monthly | Monthly summary of transfers and referrals to all Department of Mental Health programs for each institution |
| Monthly | Monthly submittal of incident reports at Corcoran involving mental health caseload inmates |

*Cyclical Court Reports/Deadlines*            1

| DATE DUE | WHAT IS DUE |
|---|---|
| Every six months (provided at All Parties meetings) | Current ongoing construction report/chart, including correctional treatment centers |
| Every January 10th (Governor's Budget submitted to Legislature) | Approved budget change proposals re: mental health services delivery system staffing and construction based upon bed needs study |
| Every April 1st (Spring Finance Letter) | Approved budget change proposals re: mental health services delivery system staffing and construction based upon bed needs study |