BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**DECLARATION OF MICHAEL STONE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CONDUCT DISCOVERY AND RECEIVE TOUR BINDERS**<br><br>Hearing:  August 17, 2006<br>Time:  11:00 a.m.<br>Courtroom:  25<br>Judge:  The Honorable John F. Moulds |

I, Michael Stone, declare:

1.    I am an attorney licensed to practice before all the courts of the State of California and the United States District Court of the Eastern District of California.  I am employed in the position of staff counsel with the California Department of Corrections and Rehabilitation (CDCR).  I have been employed in this position since 2004.  I have been assigned to this case since 2004.

1    2.    I have personal knowledge of the facts stated in this declaration and if called to

2  testify upon those facts would do so competently.

3    3.    In my role as staff counsel on this case, I am responsible for and have attended

4  numerous attorney tours of various correctional facilities throughout the State.

5    4.    At the start of the tour, staff at the facility provide the Special Master's team with

6  a binder of information.  Each institution's tour binder contains information about population

7  census and staff vacancies.  They may also contain information pertinent to circumstances

8  unique to the institution, such as corrective action plans responsive to compliance issues

9  delineated by the Special Master's team on previous tours.

10    5.    The tour binders have historically been prepared without any review by inside or

11  outside counsel.

12    6.    They are often prepared on the eve of the tour from available patient and staff

13  databases.

14    7.    The Special Master determines those tours that will be "attorney tours" involving

15  both attorneys and his experts and those tours that will be "non-attorney tours" involving just his

16  experts.

17    8.    At an attorney tour,  Plaintiffs have in-person visits with inmate-patients and may

18  well speak to CDCR staff at those facilities and is provided with the same tour binder provided

19  to the Special Master's team.

20    9.    At a non-attorney tour, Plaintiffs counsel is not invited to the tour and is not

21  provided the binder provided to the Special Master's team.

22    10.    Both non-attorney and attorney tours end with a teleconference involving the

23  Special Master's experts, CDCR staff from the institution (such as the warden and/or chief

24  medical officer), and counsel for Plaintiffs and Defendants at which statistical information (such

25  as patient census and staff resources) as well as preliminary findings on the sufficiency of the

26  mental health care is discussed.

27  / / /

28  / / /

1         11.   The information provided in the tour binders is largely duplicated in Defendants

2 monthly statistical report and, for certain institutions, its biweekly submissions of data on

3 Enhanced Outpatient Programs and on the Day Treatment Program.

4         12.   If this Court orders production of the non-attorney tour binders, my office will

5 then have to obtain the binder from the institution, review each tour binder for adequacy and

6 accuracy, direct any necessary revisions, and transmit the binder to the Office of the Attorney

7 General for review and formal production as a litigation document.  The time and staff resources

8 involved in these tasks is unduly burdensome, particularly as the information is already available

9 to Plaintiffs' counsel.

10         I declare under the penalty of perjury the foregoing is true and correct.

11

12         Dated: July 28, 2006         Signed:  _/ s / **Michael Stone**_____

                                                       Michael Stone

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   monthly statistical report and, for certain institutions, its biweekly submissions of data on

2   Enhanced Outpatient Programs and on the Day Treatment Program.

3          12.   If this Court orders production of the non-attorney tour binders, my office will

4   then have to obtain the binder from the institution, review each tour binder for adequacy and

5   accuracy, direct any necessary revisions, and transmit the binder to the Office of the Attorney

6   General for review and formal production as a litigation document.  The time and staff resources

7   involved in these tasks is unduly burdensome, particularly as the information is already available

8   to Plaintiffs' counsel.

9          I declare under the penalty of perjury the foregoing is true and correct.

10         Dated: July 28, 2006          Signed: _____
                                                    Michael Stone

13   30246447.wpd

DEC. STONE IN SUPPORT OPPO DISCOVERY                3

## DECLARATION OF SERVICE BY OVERNIGHT COURIER AND U.S. MAIL

Case Name:     **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:          **U.S. District Court, Eastern District of California**

Case No.:       **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, Post Office Box 944255, Sacramento, CA 94244-2550.

On July 28, 2006, I served the attached **DECLARATION OF MICHAEL STONE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CONDUCT DISCOVERY AND RECEIVE TOUR BINDERS** by placing a true copy thereof enclosed in a sealed envelope with the **Golden State Overnight**, addressed as follows:

**MICHAEL BIEN**
**Rosen, Bien & Asaro**
**155 Montgomery Street, 8th Floor**
**San Francisco, CA 94104**
*via Golden State Overnight*

**STEVE FAMA**
**Prison Law Office**
**2173 "E" Francisco Boulevard, Suite M**
**San Rafael, CA 94901**
*via Golden State Overnight*

**CLAUDIA CENTER**
**The Legal Aid Society -**
**Employment Law Center**
**600 Harrison Street, Suite 120**
**San Francisco, CA 94107**
*via Golden State Overnight*

**PETE COCKCROFT, H-86887**
**California State Prison, Sacramento**
**FA2-205**
**Post Office Box 290066**
**Represa, CA 95671-0066**
*via U.S. Mail*

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA 94105**
*via U.S. Mail*

**STEPHEN W. MAYBERG**
**California Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA 95814**
*via U.S. Mail*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2006, at Sacramento, California.

| M. McIntosh | */ s / M. McIntosh* |
|---|---|
| Declarant | Signature |