BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>         v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' SUBMISSION OF PLAN FOR RECEPTION CENTER/EOP INMATES** |

In response to this Court's order of May 2, 2006, Defendants hereby submit a plan for providing mental health care for inmates in reception centers who have been identified as requiring an enhanced outpatient program (EOP) level of care who remain in reception centers

//

//

//

//

//

for longer than 60 days. Attached as Exhibit A is a true and correct copy of said plan.

Dated: July 31, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa Tillman*

LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30146755.wpd