**COLEMAN v. SCHWARZENEGGER**
**CASE NO. CIV S-90-0520 LKK JFM P**


**EXHIBIT A**


**IN SUPPORT OF DEFENDANTS' SUBMISSION OF PLAN FOR**
**RECEPTION CENTER/EOP INMATES**

DIVISION OF CORRECTIONAL HEALTH CARE SERVICES



July 31, 2006

J. Michael Keating, Jr.          via:    Lisa Tillman
Office of the Special Master              Deputy Attorney General
2351 Sussex Drive                         Department of Justice
Fernandina Beach, FL  32034               1300 I Street, Suite 125
                                          P. O. Box 944255
                                          Sacramento, CA  94244-2550

**RE:   ENHANCED OUTPATIENT PROGRAM TREATMENT IN RECEPTION CENTERS**

Dear Mr. Keating:

In accordance with the May 1, 2006, court order please find enclosed the *Plan for Mental Health Treatment of Enhanced Outpatient Program (EOP) Inmate-Patients in Reception Centers, July 2006.* This plan represents the California Department of Corrections and Rehabilitation's (CDCR) efforts to address the immediate need for EOP level of care for its inmate-patients in Reception Centers.

If you need clarification on any aspect of this plan, please contact me at (916) 327-0033, or Doug McKeever, Project Director, Mental Health Program, Division of Correctional Health Care Services (DCHCS), at (916) 327-1168.

Sincerely,

PETER FARBER-SZEKRENYI, DR., P.H.
Director
Division of Correctional Health Care Services

Enclosure

cc:     James Tilton, Secretary, CDCR
        Bruce Slavin, General Counsel, Office of Legal Affairs, CDCR
        Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs, CDCR
        Michael Stone, Staff Counsel, Office of Legal Affairs
        John Dovey, Director, Division of Adult Institutions, CDCR
        Scott Kernan, Deputy Director, Division of Adult Institutions, CDCR
        George Sifuentes, Deputy Director, Office of Facilities Management, CDCR

J. Michael Keating, Jr.
Page 2

Renee Kanan, M.D., MPH, Deputy Director (A), DCHCS, CDCR
Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations
    Branch, DCHCS, CDCR
Margaret McAloon, Ph.D., Chief Psychologist, DCHCS
Eileen Cubanski, Assistant Secretary, California Health and Human Services Agency
Frank Furtek, Chief Counsel, California Health and Human Services Agency
Cindy Radavsky, Deputy Director, Long Term Care Services, Department of
    Mental Health
Nancy Manion, Staff Counsel, Legal Services, Department of Mental Health
Margie Imai, Personnel Program Manger, Department of Personnel Administration
Sarah Mangum, Principal Program Budget Analyst, Department of Finance
Doug McKeever, Project Director, Mental Health Program, DCHCS

---

**Plan for Mental Health Treatment of
Enhanced Outpatient Program Inmates in Reception Centers**
*July, 2006*

---

**Background**
In July of 1994 the California Department of Corrections and Rehabilitation (CDCR) initiated its Mental Health Services Delivery System (MHSDS). The first step was the initiation of reception center evaluations of inmates entering the prison system. The original staffing component for this process only allocated staff for the screening and clinical assessment of inmates, as it was anticipated that all individuals requiring treatment would be transferred to placement institutions for appropriate care within 45 to 60 days. Since that time all treatment programs at mainline institutions have been implemented, however the anticipated waiting period prior to transfer has been greatly extended due to the influx of inmate/patients entering or returning to the system. A backlog of inmates at reception centers awaiting placement into Enhanced Outpatient Program (EOP) beds has resulted, as existing mainline programs have reached maximum capacity. On May 2, 2006, Judge Karlton ordered that, within 90 days from the date of his order (due July 31, 2006), CDCR file a plan for providing adequate mental health care for these individuals. This plan is in response to that order.

The combined leadership of the 12 reception centers and the Division of Correctional Health Care Services (DCHCS), along with representatives from Classification Services Unit and Health Care Placement Unit, met by teleconference and in person on several occasions through May and June of 2006 in order to assess the problem, review the needs and numbers of the identified population, and develop the following plan. It should be noted that the Court Order requires CDCR to provide "...*adequate* mental health care for inmates in reception centers who have been identified as requiring an enhanced outpatient program (EOP) level care..." Due to staffing and treatment space limitations, Defendants cannot provide the same level of care as provided in existing mainline EOP's. However, Defendants will provide an adequate level of care for these inmates awaiting placement into EOP beds and, as indicated in a previously-submitted plan, intend to activate additional EOP beds by January 1, 2007. Therefore, the following plan diverges in some important aspects (e.g., number of hours per week of treatment and separate housing units) from the current EOP requirements. This plan exceeds the Court's requirement of care for those EOP inmates who have stayed in reception beyond 60 days by requiring the initiation of treatment immediately upon EOP designation, rather than after a period of 60 days.

**Research of Cases Pending EOP Placement**
Since the existing Mental Health Services Tracking System does not track inmates in reception centers awaiting placement, a new data file was needed to assess key features of this population. Specific information researched included institution, release date, commitment status (e.g., New Commitment, Parole Violator Returned to Custody), date received, and committing county. This data served as the basis for the plan noted below.

**Implications for Treatment Planning**
Although the clinical profiles (i.e., diagnosis and level of functioning assessment) of all individuals requiring EOP care are consistent, there are significant differences in treatment needs related to the type of commitment and time to be served. Parole violators with only a few months to be served require assistance in community adjustment issues that have contributed to their failure on parole. New commitments facing substantial periods of incarceration have a greater need to develop coping mechanisms to adjust to the prison environment over the long term. While it is sound clinical practice to initiate treatment at the soonest possible time in all cases, those individuals who will soon be paroled

require a higher level of dedicated resources to ensure their successful integration into society. Consequently, a "one size fits all" approach to treatment planning is not appropriate for all patients in this population, even though they may clinically have much in common.

## Increase of EOP Beds
Between July 1, 2006 and January 1, 2007, CDCR's EOP bed capacity will realize a net increase of 487 beds. This increased availability for EOP placements should substantially reduce the backlog of inmates at reception centers awaiting these placements. The timing of the activation of these beds and the impact on the reception center EOP population cannot be stated with certainty at this time due to two significant variables: (1) the need to recruit and train staff for the programs, and  (2) the large number of inmates at mainline institutions awaiting these placements.

## Need for Additional Reception Center Resources
The increase in available beds for EOP placements will substantially reduce the current backlog of reception center EOP inmate/patients held beyond 60 days. Nonetheless, there remains a need to implement additional treatment resources in the reception centers for individuals requiring this level of care immediately upon their identification (normally within 18 days of arrival) for two important reasons, as noted below:

- The stress of initial incarceration in the reception center can exacerbate mental illness; clinical intervention during this process can substantially reduce suffering and reduce chances of further clinical deterioration. This can reduce the potential for self-injurious behavior or need for crisis care.
- Many of the EOP level individuals in reception centers have very short-term commitments that necessitate expedited placements into treatment to increase their potential for successful re-integration into the community.

The provision of additional resources in reception centers for the expedited care of EOP-level inmates will result in cost-savings by requiring fewer in-patient placements and/or eventual re-commitments to prison.

## Reception Center Treatment Plan
All inmates placed into EOP level of care in reception centers are currently reviewed by a psychiatrist in the intake process for medication needs, and prescriptions are provided as needed.  In addition to this existing clinical service, three additional levels of service will be provided, as described below.

1. Clinical Case Management
   Immediately upon the identification of need for EOP level of care, a clinical case manager (CCM) will be assigned to establish and maintain clinical oversight of the patient throughout their reception center placement. **The CCM (either a clinical psychologist or licensed clinical social worker) will have at least one face-to-face contact with the patient weekly to monitor symptoms** (this may include observation during group therapy sessions), respond to questions, provide therapeutic counseling, and consider referral to other therapy programs (noted below). Additionally the CCM will track the individual's transfer status and establish liaison with custody and classification staff to facilitate placement.

2. Structured Therapeutic Activities
   At the five reception centers with the preponderance of inmates (California Institution for Men, Richard J. Donovan, North Kern State Prison, Wasco State Prison and San Quentin), regularly scheduled therapy groups will be held on a daily basis.  The remaining seven reception centers with smaller populations will provide a less structured treatment array, but **all sites will provide**

2

**opportunities for a minimum of one hour per day, five days per week of out-of-cell therapeutic activities.** Patients will be enrolled into various group activities based upon CCM assessment of individual need, related to both individual symptoms as well as commitment status. Options will include:

- *Orientation to prison living* – Individuals with impaired mental abilities who are placed into the over-crowded prison environment require assistance in understanding and adapting to institutional rules, and gaining access to available services. These individuals are also susceptible to being preyed upon by more aggressive inmates. This therapy group provides an orientation to prison life, offers coping mechanisms for personal safety, and allows for patients to ask questions and vent frustrations involved in their adaptation to their new environment.
- *Hygiene and Grooming* – Teaches basic grooming skills such as bathing, hair care, dental care, shaving, cleaning one's clothes, etc.
- *Medication Management / Symptom Management* – Helps the individual understand their symptoms and the relationship between alleviation of them and adherence to prescribed medication regimen.
- *Anger Management / Conflict Resolution* - Teaches ways to recognize and control anger, to deal with feelings and conflicts in an effective manner, and to practice resolving conflicts in calm and reasonable ways.
- *Assertiveness Training* - Teaches ways to communicate assertively but non-aggressively. Didactic teaching techniques and practice sessions are utilized.
- *Problem Solving* - Helps individuals verbalize many of their daily problems and helps them solve these issues in an effective manner utilizing a logical approach.
- *Stress Management* - Teaches methods of reducing stress. Emphasis is be placed on defining daily stressors, learning how stress affects mental health and daily functioning, ways to reduce stress in general, and specific methods (e.g., progressive relaxation, meditation) to reduce unavoidable stress.
- *Depression Group* – Teaches the symptoms of depression, how these symptoms affect mood, ways to improve mood through simplified cognitive behavioral techniques, information of how adherence to prescribed medication can decrease depression, and education about how being depressed affects daily life.
- *Social Skills* - Teaches basic social transactions, such as how to initiate a conversation, how to end a conversation, how to pick up internal and external social clues, how to respond appropriately to others, etc.
- *Daily Living* - Teaches skills such as how to ride public transportation, how to shop for clothes and groceries, how to prepare simple meals, and how to manage money.
- *Leisure Development and Leadership* – Teaches activities that could become hobbies or long term leisure activities, such as board games, reading books, playing team sports such as volleyball, and developing interest in an area such as nature or collecting. Leisure leadership skills focus on how to initiate a leisure activity (e.g., obtain a board game, arrange an area to play, invite friends to play, how to start a game, etc.).
- *Goal Planning / Achieving* - Assists in development of lists of goals they would like to achieve and then focus on teaching simple steps to follow to achieve as many as possible. Focus also on development of realistic goals.
- *Criminal Thinking Group* - Emphasizes the difference between anti-social and pro-social thinking and problem solving; stresses development of empathy for victims of crimes; describes benefits of crime avoidance.

3

- *Family Issues* - focus on stressful experiences associated with spousal abuse, childhood physical and sexual abuse, separation from offspring and loved ones, dysfunctional relationships, parental responsibilities, etc.
- *Substance Abuse* – Provides education on substance abuse; emphasizes alternatives to illegal substances, effects of same on mood, behavior, cognitive processes; develops plan for relapse prevention.

A rotating schedule of group sessions will be established and enrollment will be based upon referral by the CCM, taking into consideration specific clinical needs of the individual inmates. All inmates will be referred to at least one group, more commonly to several. Groups can range in size from 5 to 25 inmates.

3. Re-entry planning
   In addition to providing the above therapeutic activities, additional clinical staff will provide individuals with imminent (60 to 120 days) release dates the following pre-release planning:
   - Review of pertinent mental health or medical conditions (e.g., allergies, special dietary needs, chronic diseases), criminal and legal history, or cognitive or functional impairment (e.g., developmental problems, insufficient education or language barriers) that could affect adjustment and treatment.
   - Recommendations for follow-up treatment, including medications and recommendations for specific scheduled structured therapeutic activities.
   - Referrals to appropriate programs and services, including substance abuse programs, education, and job programs.
   - Application for federal and state benefit entitlements, such as; Medi-Cal, Medi-Care, Supplemental Security Income, and Veterans benefits. This will be accomplished by referring potentially eligible inmates to contracted social workers within each prison. The contracted social workers will be hired as a result of CDCR's recently approved funding to establish a "Pre-Parole Process for Securing Federal and State Benefit Entitlements and Community Based Continuity of Care". The contract will be managed by the CDCR Division of Adult Parole Operations, and has a planned implementation date of February, 2007.
   - Initiation of Conservatorship proceedings where the patient meets criteria.
   - Liaison with Parole Outpatient Program staff with reporting instructions and planning for continuity of care.
   - Liaison with family members and significant others who may provide living options to the individual upon release.
   - Screening for need for inpatient placement per Penal Code 2962 (Mentally Disordered Offender).

**Housing Unit / Treatment Space**
While mainline EOP inmate/patients are provided separate housing units, no separate housing space will be given to this population because of the reception center processing function and the constant turn-over of inmates rotating thru reception. To the extent feasible at individual institutions however, and to facilitate medication distribution, heat plan monitoring, and access to CCM contacts, inmates with the EOP designation will be housed or clustered in close proximity to one another. Treatment space will be provided in existing classrooms, visiting areas, dining rooms, or other available space, perhaps during evening hours if necessary, as determined by each institution.

4

## Staffing

At this time, specific staffing allocations for this proposed program are difficult to accurately project given the significant drop in the backlog of cases that is anticipated with the implementation of the new mainline EOP programs, and the wide range and ever changing numbers of cases in the reception centers. Defendants will permit flexibility in clinical responsibilities from location to location, dependent upon size of the population. For example, it is reasonable to expect that a small site (e.g., all women's institutions, High Desert State Prison) might not require any additional staff. Reception centers with somewhat larger populations (e.g., Duel Vocational Institution, California Correctional Institution, California State Prison, Lancaster) might assign one position responsible for providing *all* clinical activities in addition to many pre-release activities, and the five largest sites will need a greater compliment of staff with specialized clinical responsibilities. A certain baseline staffing is required for most programs, even though the staff/patient ratios might not ordinarily justify a full staff position.

We will continue to evaluate any resource needs related to this plan and any funding or positions it is determined necessary to implement this plan will be requested through the annual budget process, with hiring and implementation expected to begin in July 2007.

Despite the wide range of types of services provided to individuals with different needs, **it is anticipated that all inmates at the EOP level of care in reception centers will receive a *minimum of one hour of therapeutic service per day, 5 days per week*. This will include CCM contacts, individual therapy, group activities, and pre-release planning. Each clinical staff person will be expected to provide at least one group therapeutic activity (one hour or more each) per day.**

## Implementation Schedule

Upon approval of this plan by the Court, any funding or positions determined necessary to implement this plan will be requested through the annual budget process, with hiring and implementation expected to begin in July 2007.

5