## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court: **U.S. District Court, Eastern District of California**

No.: **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 31, 2006</u>, I served the attached

**DEFENDANTS' SUBMISSION OF PLAN FOR RECEPTION CENTER/EOP INMATES**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Michael Bien
Rosen, Bien & Asaro
155 Montgomery Street, 8th Floor
San Francisco, CA  94104

Claudia Center
The Legal Aid Society -
Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA  94107

Pete Cockcroft, H-86887
California State Prison, Sacramento
FA2-205
Post Office Box 290066
Represa, CA  95671-0066

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco, CA  94105

J. Michael Keating, Jr.
Special Master
285 Terrace Avenue
Riverside, RI  02915

Matthew A. Lopes, Jr.
Brown, Rudnick, Berlack, Israels LLP
121 S. Main Street
Providence, Rhode Island 02903

Steve Fama
Prison Law Office
2173 "E" Francisco Boulevard, Suite M
San Rafael, CA  94901

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 31, 2006, at Sacramento, California.

_____C. Wogksch_____          _____[signature]_____
           Declarant                              Signature

30146997.wpd