UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 26 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

RALPH COLEMAN; et al.,

    Plaintiffs - Appellees,

v.

ARNOLD SCHWARZENEGGER; et al.,

    Defendants - Appellants.

No. 06-16077

D.C. No. CV-90-00520-LKK
Eastern District of California,
Sacramento

ORDER

The appellants' motion under Federal Rule of Appellate Procedure 42(b) for voluntary dismissal is granted. A certified copy of this order shall act as and for the mandate of this court.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

**FILED**
JUL 31 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
   and Ninth Circuit 27-10

A TRUE COPY 7/26/06
ATTEST
CATHY CATTERSON
Clerk of Court
by: _____
Deputy Clerk
This certification does constitute the mandate of the court.

Pro 7.24