07-27-06

DEAR CLERK,   URGENT!
PLEASE GET THIS TO JUDGE KARLTON, I AM MENTALLY NOT WELL. BACK IN JUNE I TRIED TO CHOKE MYSELF OUT WITH THE HEM OF A T-SHIRT. I FEEL LIKE I'M BEING PUSHED THAT WAY AGAIN.

90 CV 520 LKK

**FILED**
JUL 31 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

```
TIMOTHY O'KEEFE T-18599
M.C.S.P.         B-6-230L
P.O. BOX 409040
IONE, CA 95640
```

JULY 27, 2006

```
LAWRENCE K. KARLTON, CHIEF JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I ST., STE. 4-200
SACRAMENTO, CA 95814-2322
```

RE: COLEMAN v. SCHWARZENEGGER

DEAR JUDGE KARLTON:

THIS IS VERY IMPORTANT THAT YOU ADDRESS THIS BECAUSE IF THEY MAKE ME CCCMS TODAY AT TEAM I AM GOING TO RELAPSE. BACK ON JUNE 5, 2006 WHILE IN A HOLDING CAGE, I TIED THE HEM OF A T-SHIRT AROUND MY NECK THEN TIED IT TO THE CAGE AND TRIED TO CHOKE MYSELF OUT. I HAD QUIT TAKING ALL OF MY MEDICATION. SO I WAS PUT IN THE CLINIC ON SUICIDE OBSERVATION AND KEYHEA MEDICATION. I WAS EVENTUALLY RELEASED OVER HERE TO B-YARD EOP. I HAVE BEEN HERE 30 DAYS, AND NOW TODAY THEY ARE GOING TO MAKE ME CCCMS. LAST WEEK, I GOT THIS NEW CONTRACT CLINICIAN THAT MET WITH ME FOR ALL OF TEN MINUTES, AND BASED ON THAT, THIS IS HOW THEY ARE COMING TO THEIR DECISION.

YESTERDAY I DID NOT EAT. I ONCE AGAIN QUIT TAKING MY MEDICATIONS. I AM SEVERELY DEPRESSED, AND I DO MEAN SEVERELY. I FEEL HELPLESS AND HOPELESS.

AND YOU KNOW WHAT THE SAD PART IS, THESE CLINICIANS DON'T CARE. THEY ARE DOING THIS TO OTHER EOP INMATES.

DO I NEED TO TIE ANOTHER HEM OF A T-SHIRT AROUND MY NECK IN THE MIDDLE OF THE NIGHT TO GET SOME ONES ATTENTION?

PLEASE, WHEN I WRITE THE ATTORNEYS, ALL THEY DO IS SEND ME A FORM LETTER WITH A 602 ATTACHED. I NEED YOUR HELP, AS DO MANY OTHER INMATES IN MY SAME SITUATION.

PLEASE, CALL SACRAMENTO, AND RESPOND TO THIS ASAP. THANK YOU FOR YOUR TIME.

SINCERELY,

*Tim O'Keefe*

TIMOTHY O'KEEFE