Pete Cockcroft
H-86887 at CSP-Sac/Fol A2-205
P.O. Box 290066
Represa, CA 95671-0066

**FILED**

AUG -7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____TC_____
DEPUTY CLERK

August 2, 2006

Dear Clerk of the Court,

RE: Case Title/Party Name <u>Coleman v. Schwarenegger, et al,</u>

Case Number <u>CIV S-90-0520 LKK JFM P</u>

On 7-4-06 I sent this Court a motion in the above-captioned case titled "Non-Compliance With Suicide Prevention" which was filed by this Court on 7-7-06. <u>Can you please tell me the docket number of this motion.</u>

On 7-18-06 I sent this Court a motion in the above-mentioned case titled "Motion For Court Order Allowing Inmate's To Correspond Confidentially With Special Master" in which this Court did not return a Conformed copy. Can you tell when or if this motion was filed & its docket number please. Thank you!

Sincerely,

Pete Cockcroft

P.S.
Mailing label for your convenience →

Pete Cockcroft
H-86887 at CSP-SAC/FOL A2-205
P.O. Box 290066
Represa, CA 95671-0066