BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 Post Office Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
48149286-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DESIGNATION OF COUNSEL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

By a court order dated May 2, 2006, this Court named Dr. Stephen Mayberg, in his official capacity as Director of the Department of Mental Health, as a defendant in this action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DESIGNATION OF COUNSEL, DMH

1

1  Dr. Mayberg hereby designates Lisa Tillman, Deputy Attorney General, as his counsel of record

2  in this matter. Ms. Tillman's contact information is as follows:

3      Lisa Tillman, Esq.
    Office of the Attorney General
4      1300 I Street
    Sacramento, CA  94244
5      Telephone: 916-327-7872
    Facsimile:  916-324-5205
6      Email: Lisa.Tillman@doj.ca.gov

7      Dated:  August 9, 2006

8      Respectfully submitted,

9      BILL LOCKYER
    Attorney General of the State of California

10     JAMES M. HUMES
    Chief Assistant Attorney General

11

12     FRANCES T. GRUNDER
    Senior Assistant Attorney General

13     ROCHELLE C. EAST
    Supervising Deputy Attorney General

14

15     */ s / Lisa A. Tillman*

16     LISA A. TILLMAN
    Deputy Attorney General

17     Attorneys for Defendants

CF1997CS0003
30148122.wpd

DESIGNATION OF COUNSEL, DMH

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:   **U.S. District Court, Eastern District of California**

Case No.:   **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On   August 9, 2006  , I served the attached **DESIGNATION OF COUNSEL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P. O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA  94105**

**MICHAEL GENEST**
**State of California**
**Department of Finance**
**915 L Street**
**Sacramento, CA  95814**

**STEPHEN W. MAYBERG**
**State of California**
**Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA  95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 9, 2006, at Sacramento, California.

|             M. McIntosh             |          */ s / M. McIntosh*          |
| :---------------------------------: | :-----------------------------------: |
|              Declarant              |               Signature               |

30149135.wpd