1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    Post Office Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   48149286-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DESIGNATION OF COUNSEL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

By a court order dated July 28, 2006, this Court named Michael Genest, in his official capacity as Director of the Department of Finance, as a defendant in this action. Michael Genest

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DESIGNATION OF COUNSEL, DOF

1

1  hereby designates Lisa Tillman, Deputy Attorney General, as his counsel of record in this matter.

2  Ms. Tillman's contact information is as follows:

3        Lisa Tillman, Esq.
      Office of the Attorney General
4        1300 I Street
      Sacramento, CA  94244
5        Telephone: 916-327-7872
      Facsimile: 916-324-5205
6        lisa.tillman@doj.ca.gov

7        Dated:  August 9, 2006

8        Respectfully submitted,

9        BILL LOCKYER
      Attorney General of the State of California

10       JAMES M. HUMES
      Chief Assistant Attorney General

11       FRANCES T. GRUNDER
12       Senior Assistant Attorney General

      ROCHELLE C. EAST
13       Supervising Deputy Attorney General

14

15       */ s / Lisa A. Tillman*
      LISA A. TILLMAN
16       Deputy Attorney General

17       Attorneys for Defendants

18

19

20

21

22

23

24

25

26

27 CF1997CS0003
28 30148113.wpd

DESIGNATION OF COUNSEL, DOF

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

Court:   **U.S. District Court, Eastern District of California**

Case No.:   **2:90-CV-0520-LKK-JFM-P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar which member's direction this service is made. I am 18 years of age and older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On    August 9, 2006   , I served the attached **DESIGNATION OF COUNSEL** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, P. O. Box 944255, Sacramento, California 94244-2550, addressed as follows:

**KIMBERLY S. DAVENPORT**
**California Medical Association**
**221 Main Street**
**San Francisco, CA  94105**

**MICHAEL GENEST**
**State of California**
**Department of Finance**
**915 L Street**
**Sacramento, CA  95814**

**STEPHEN W. MAYBERG**
**State of California**
**Department of Mental Health**
**1600 Ninth Street, Room 151**
**Sacramento, CA  95814**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 9, 2006, at Sacramento, California.

|  M. McIntosh  |  */s/ M. McIntosh*  |
|:---:|:---:|
| Declarant | Signature |

30150595.wpd