**California Medical Association**

August 7, 2006

**FILED**

AUG − 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The Honorable Lawrence K. Karlton
Court Room 4
U.S. District Court for the Eastern District of California
501 I Street, 8th floor
Sacramento, CA 95814

Re:   Removal of CMA's Name from the Official Service List in <u>Coleman v. Schwarzenegger</u>
No. CIV S-90-0520 LKK JFM P

Dear Judge Karlton:

Please remove the California Medical Association's name from the official service list in this
case. We are "ccing" three entities which we are aware on the service list for their information.
If there are others, we would appreciate the Court informing them, or in the alternative, notifying
us of those entities so we may notify them. CMA has had no involvement with this case for a
very long time now.

Thank you very much for your attention to this request.

Sincerely,

Catherine I. Hanson /ebt

Catherine I. Hanson
Vice President & General Counsel

cc:   Lisa Tillman, Deputy Attorney General
Pete Cockroft, California State Prison, Sacramento
Stephen W. Mayberg, California Department of Mental Health

CIH/ebt