**BILL LOCKYER**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public:  (916) 445-9555
Telephone:  (916) 327-7872
Facsimile:  (916) 324-5205
E-Mail:  Lisa.Tillman@doj.ca.gov

August 9, 2006

48149286-CF1997CS0003

Clerk of the Court
United States District Court
Eastern District of California
United States Courthouse
501 "I" Street, Room 4-200
Sacramento, CA  95814

RE:   RALPH COLEMAN, et al. v. ARNOLD SCHWARZENEGGER, et al.
        U.S. District Court, Eastern District of California, Case No. CIV S-90-0520 LKK JFM P

Dear Clerk:

Defendants Michael Genest and Stephen W. Mayberg are now represented by the Office of the Attorney General.  Therefore, pursuant to Rule 5-135(f), please remove them from the official service list.

Thank you for your attention to this matter.

Sincerely,

*[signature]*

LISA A. TILLMAN
Deputy Attorney General

For     BILL LOCKYER
          Attorney General

LAT:mm

cc: Michael Genest
     Stephen W. Mayberg

30150997.wpd