90 cv 520 LKK JFM

To: J. Michael Kearing
1130 "O" Street
Fresno, C.A. 93721

RECEIVED 7-31-2006
AUG - 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

FILED
AUG - 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

I am writing to you on the behalf of myself and all other inmates who are or may be affected by California State Prison (CSP-Corcoran)'s failure to follow the Coleman v. Wilson court ordered remedial plan to protect inmates against injury or death as the result of not following the "Heat Plan" and related and necessary precautions and actions to prevent injury. The prison seems to be totally oblivious to CCCMS/EOP inmate needs.

I am on psychotropic medication, have asthma, psychological issues and I am CCCMS and my cell temperature often exceeds 90°. Staff don't even bother to even take the cell temperatures and instead rely upon the temperature in the dayroom, where it is much cooler. They really don't even bother to check on the high temperatures. Staff do nothing here to help facilitate cooling and some guards don't even want inmates to cover their back windows during the day to keep or to try to keep other cells cool.

602 and ADA CDC 1824 "Reasonable Modification Requests" are simply ignored or thrown away or at the very least take weeks or even months to ever get a response on. Recently a inmate on 3-A-Yard died of heat stroke, he was only 45.

Staff routinely issue "Rules Violation Reports" with no consideration weather or not the inmates behavior was the result of his mental illness or medication or physical problems. The institution refuses in many areas of the prison to allow any access to the law library at all, no books, copies or legal supplies. At 3A3 (Ad-Seg) they do not provide

1

my law books or copies thereof.

Mr. Kearing, I am willing to be your eyes and ears in here and I would like to help improve these deplorable conditions. You may write to me with questions and I will write back to you with the answers to the best of my knowledge.

You may also visit me to obtain more information. Please let me know ahead of time if you should come. My address is written below.

Sincerely,

Justin Lomako

JUSTIN LOMAKO T-45322
CSP 3A3-217
P.O. BOX 3461
CORCORAN, C.A. 93212

2