90 cv 520 LRK JFM

08-06-06

RE: COLEMAN v. SCHWARZENEGGER

DEAR CLERK,

PLEASE, GET THIS TO JUDGE KARLTON.
MY MENTAL HEALTH CONTINUES TO <u>DETERIORATE</u>

THANK YOU,

Tim O'Keefe

**FILED**

AUG - 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

TIMOTHY O'KEEFE T-18599
M.C.S.P.        B-6-230L
P.O. BOX 409040
IONE, CA 95640

AUGUST 6, 2006

LAWRENCE K. KARLTON, CHIEF JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I ST., STE. 4-200
SACRAMENTO, CA 95814-2322

RE: COLEMAN v. SCHWARZENEGGER

DEAR JUDGE KARLTON:

I AM WRITING AGAIN BECAUSE I CONTINUE TO HAVE MENTAL AND EMOTIONAL PROBLEMS, AND I FEEL LIKE I CAN'T BE HELPED. ONE ISSUE I HAVE I BROUGHT UP TO YOU BEFORE BUT YOU SAID IT DID NOT FALL UNDER COLEMAN. THAT IS THE ISSUE OF BEING SINGLE CELLED. THIS LAST CELL MATE I HAD THAT JUST GOT MOVED LAST NIGHT WAS RIPPING ME OFF FOR STAMPS, AND I DID NOT KNOW IT UNTIL HE MOVED OUT. IT MAKES ME WONDER WHAT ELSE HE WAS GETTING INTO IN MY PROPERTY. FURTHERMORE, SINCE I CAME TO PRISON IN 1988, I HAVE BEEN SLICED TWICE BY INMATES WITH RAZOR BLADES, AND ASSAULTED NUMEROUS TIMES BY INMATES IN AND OUT OF THE CELL.

WHAT THIS HAS DONE TO ME MENTALLY IS, NOW I SUFFER FROM POST TRAUMATIC STRESS DISORDER. WHEN I HAVE A CELL MATE I CAN'T SLEEP. I AM TO THE POINT THAT IF I CONTINUED TO BE DOUBLE CELLED, I AM GOING TO END UP DOING SOMETHING TO MYSELF TO ESCAPE THE SITUATION. I TELL PSYCHIATRIC STAFF THIS AND ASK THEM TO WRITE A CHRONO RECOMMENDING SINGLE CELL STATUS AND THEY REFUSE.

AS TO MY ISSUE WITH PSYCHIATRIC CARE, FRIDAY SOME PSYCHOLOGIST TALKED TO ME FOR ALL OF ABOUT THREE MINUTES DUE TO THE LAST LETTER I WROTE YOU. THIS IS THEIR IDEA OF AN EVALUATION. I AM GOING TO REPEAT IT AGAIN WHAT I SAID LAST TIME. BACK ON JUNE 5, 2006, I TRIED TO CHOKE MYSELF OUT IN A HOLDING CAGE WITH THE HEM OF A T-SHIRT. I WAS PLACED ON SUICIDE WATCH. I THEN WAS REFUSING MY MEDICATION SO I WAS PUT ON A TEMPORARY KEYHEA. THE DOCTOR CAME IN FROM THE STREET AND CONCURRED RECOMMENDING A HEARING IN FRONT OF AN ADMINISTRATIVE JUDGE TO BE PERMANENT KEYHEA. I THEN GOT OFF SUICIDE WATCH AND WAS PLACED IN EOP. THEN THE CASE MANAGER I STARTED WITH CHANGE TO DOING JUST GROUP THERAPY. HER NAME IS SOMETHING LIKE "STACK". THEN THIS BRAND NEW CONTRACT CLINICIAN MEETS WITH ME FOR ALL OF TEN MINUTES AND TELLS ME MY TREATMENT HAS BOTTOMED" OUT AND HE WAS RECOMMENDING CCCMS. AND, HE DID NOT EVEN HAVE MY FILE IN FRONT OF HIM!

PLEASE, I AM **NOT** IMMEDIATELY SUICIDAL, BUT I DO THINK ABOUT IT EVERY DAY. NOW I AM GOING TO BE SENT TO A BUILDING THAT BECAUSE OF THE BEDS IN THE DAY ROOM, I WILL GET 1/3 THE PROGRAM I GET IN THIS BUILDING. IN 1999 I WAS ON THE STREET. I CONTEMPLATED "SUICIDE BY COP." THEN,

A YEAR LATER I DID IT, I MADE THE COPS SHOOT ME IN AN ATTEMPTED "SUICIDE BY COP". WHAT I AM SAYING IS, IT TOOK ME A YEAR TO COMMIT "SUICIDE BY COP' SO IT MIGHT TAKE A YEAR TO REALLY GET UP A PLAN TO SERIOUSLY TRY TO KILL MYSELF. I HAVE A LIFE SENTENCE ON A THIRD STRIKE, AND I JUST CAN'T SEE MYSELF DOING THIS PRISON THING TO MUCH LONGER. AND, IT IS JUST NOT THE DOUBLE CELLING, AND THE PSYCHIATRIC CARE, IT IS DEALING WITH THESE CORRECTIONAL OFFICERS, AND THE INMATES OUT OF THE CELL. I MIGHT WALK AROUND HERE AND LOOK OKAY, BUT I HAVE A DEEP DESIRE TO DIE DEEP DOWN INSIDE OF ME.

IN CLOSING, I WANT TO SAY THAT I AM **NOT** THE ONLY INMATE THAT WAS IN THE EOP PROGRAM HERE TO BE MADE CCCMS AGAINST MY OBJECTIONS, AND PREMATURELY. THIS HAS HAPPENED TO OTHER INMATES TOO. ONE OTHER THING I AM CONSTANTLY TOLD IS THAT BECAUSE I AM INTELLIGENT I DON'T NEED TO BE EOP. I ASK YOU, WHAT DOES INTELLIGENCE HAVE TO DO WITH MENTAL ILLNESS, SEVERE DEPRESSION, SEVERE POST TRAUMATIC STRESS DISORDER, AND EXTREME ANXIETY, NOT TO MENTION SUICIDAL THINKING?

PLEASE HELP ME WITH THE ISSUES IN THIS LETTER. I AM GOING TO ENCLOSE SOME DOCUMENTS TO SHOW YOU I DON'T JOKE AROUND ABOUT SUICIDE, AND A LETTER FROM A DETECTIVE THAT SAID I NEED TO BE IN A MONITORED PSYCHOLOGICAL FACILITY. ALSO ENCLOSED IS A COPY OF A SICK CALL SLIP, (5 OF THEM ATTACHED TOGETHER), THAT I AM GOING TO GIVE TO IDTT TOMORROW.

THANK YOU FOR YOUR TIME.

SINCERELY,

*Tim O'Keefe*
TIMOTHY O'KEEFE

2.

JUDGE KARLTON: THIS FEELING OF I WISH I HAD DIED HAS NEVER GONE AWAY AND IS STILL THERE.

# Burglar shot at UCSD tells court he wished he'd died

05/31/01

By J. Harry Jones
STAFF WRITER

The man shot by UCSD police in December when he was caught burglarizing a student's apartment was sentenced to 25 years to life in prison yesterday — and said he wishes he had died.

"It was my intent to commit suicide by cop and that I do not regret except that they didn't kill me," Timothy Joseph O'Keefe said in court.

Earlier this month, O'Keefe, 45, pleaded guilty to assaulting a police officer with two knives Dec. 26.

Because O'Keefe had felony convictions for crimes in 1988, his admission constituted his third strike under the state's three-strikes law and required the life sentence.

O'Keefe read a brief statement to San Diego Superior Court Judge Peter Deddeh and said he was depressed and suicidal the night after Christmas.

"I was feeling lonely and alone," he said. "I'm truly sorry for all of the hurt and pain I've caused."

O'Keefe was convicted in 1988 on 37 charges of breaking into dormitory rooms, prowling on campus and making obscene phone calls to female students at Point Loma Nazarene University. He was paroled in 1998.

Authorities said his actions on the University of California San Diego campus last year were similar to his earlier crimes. However, O'Keefe told a probation officer his only reason for going to the UCSD campus was to be killed by police.

O'Keefe was shot in the stomach and the right hand after he had been spotted in a female student's apartment about 11 p.m.

Officers testified at an earlier hearing that when O'Keefe saw them he grabbed two long knives and raised them in front of his chest. Officer Michael Kizzee said he repeatedly told O'Keefe to drop the knives but O'Keefe instead climbed out a window and started walking toward Kizzee and another officer.

"You're going to have to kill me, I'm not going back to prison," O'Keefe told Kizzee.

O'Keefe pointed at his chest and told the officer that was where he would have to shoot him or he wouldn't stop.

O'Keefe said yesterday he



Timothy Joseph O'Keefe was sentenced to 25 years to life in prison yesterday. *John R. McCutchen / Union-Tribune*

was trying to commit suicide, not hurt the officers. When he kept walking toward the officers with the knives raised they had no choice but to shoot, Kizzee testified.

It was the first shooting in the 33-year history of the UCSD police department. O'Keefe has since recovered from his wounds.

Judge Deddeh told O'Keefe he will recommend to prison authorities that O'Keefe be sent to one of two state prisons that offer mental health programs for sexual offenders.



# THE CITY OF SAN DIEGO

May 24, 2001

IN REPLYING
PLEASE GIVE
OUR REF. NO.

5450

To Whom It May Concern:

I am a police detective assigned to the San Diego Police Department Sex Offender Registration Program. I have frequently dealt with Timothy Joseph O'Keefe since February 2000.

Mr. O'Keefe has constantly been pleading for psychological assistance, which he never received when he was in prison. I have also read letters he wrote while he was in prison, begging for assistance before he was released back into society.

I believe Mr. O'Keefe truly needs some mental health/psychological assistance when he is sentenced December 30, 2001. I do not believe putting Mr. O'Keefe in the prison system's general population would be wise. Mr. O'Keefe needs to be in a monitored psychological facility.

Sincerely,

Jim Ryan, Detective
San Diego Police Department
Sex Offender Registration Unit
1401 Broadway, MS #744R
San Diego, CA 92101

jp


DIVERSITY

**Office of the Chief of Police**
1401 Broadway • San Diego, CA 92101-5729
Tel (619) 531-2000

O'KEEFE, Timothy J.
Unit No.

COUNTY MENTAL HEALTH SERVICES

## DISCHARGE SUMMARY

D-91032

D: 6-24-77

Admission Date: 06-18-77
Discharge Date: 06-18-77

**CHIEF COMPLAINT:** Suicidal impulse.

**HISTORY OF PRESENT ILLNESS:** The patient is a 21-year-old single white man who is employed as a cab driver. He was brought to the Screening Unit by the Coronado police after he had called saying he was thinking about committing suicide by jumping off the bridge and felt he would do so unless he were locked up. He had been feeling especailly depressed for the previous two weeks and had noted insomnia, anergia and anorrexia. He indicated that it had something to do with his parents, but he would not elaborate. He has had periodic depressions for a year. About a year ago, one week after Easter and shortly after his brother was killed, he attempted suicide by taking 25 Valiums and drinking a pitcher of beer. He admits to getting intoxicated about twice a week and also using pot once a month. He denied other drug use and stated that he was in good health so far as he knew. He had no allergies.

**PAST MEDICAL HISTORY:** There is no prior psychiatric care and he has had no other hospitalizations.

**MENTAL STATUS:** Mental status at the time of admission showed the patient to be depressed. His speech was clear, coherent and logical, but brief. Affect was moderately severe depression. There were no pathological thoughts, no delusions or hallucinations. Intellectual functioning was in the normal range. He was oriented with a clear sensorium.

**PHYSICAL EXAMINATION:** Examination was essentially negative.

**LABORATORY RESULTS AND FINDINGS:** These revealed the urinalysis and CBC to be within essentially normal limits. RPR was nonreactive.

**HOSPITAL COURSE AND SUMMARY:** The patient requested discharge on the evening after he had been admitted after approximately 16 hours in the hospital. He stated that he had been drinking the previous night and he did feel suicidal but he stated that he was sober and felt well and did not wish to die. He stated that he had already arranged for counseling with a therapist in La Jolla involving transactional analysis. The patient at the time of discharge was alert and oriented and thinking logically with appropriate affect. He was discharged to himself.

**DIAGNOSIS:** 1) Depressive Neurosis

**CONDITION ON DISCHARGE:** Improved.

**PROGNOSIS:** Good.

This information is protected under Ca. Welfare & Institutions Code 5328. You are prohibited from making further disclosure without the specific written consent of the person to whom it pertains.

RONALD READ, M. D.
Psychiatrist

CMH 132 (11-72) MW

RR:MT/wp
T: 6-24-77

O'KEEFE, TIMOTHY JOSEPH

COUNTY MENTAL HEALTH SERVICES

034 302

## DISCHARGE SUMMARY

D - 91032

D: 09/26/77

Admission Date: 09/24/77
Discharge Date: 09/26/77

CHIEF COMPLAINT: Suicide attempt.

HISTORY OF PRESENT ILLNESS: The patient is a 22-year-old, single, white male who was brought to the Screening Unit by the Coronado Police Department from Coronado Hospital where he was examined after he made a suicide attempt with carbon monoxide. He was found unconscious in his car with the motor running, the windows closed and the hose from the exhaust into the window. This is his third suicide attempt. He was admitted to CMH on June 18th at his request when he was thinking of jumping off the Coronado Bridge.

PAST HISTORY: Review of Systems is negative. There have been no operations. He has had a fractured transverse process of the back on August 16. Illnesses: See CHD. Habits: the patient does smoke and drinks excessively at times. He takes no regular medication. Allergies: none. Social History: the patient has no regular home. His family lives in Coronado. He is alienated from them and primarily is living out of his automobile. He has an 11th grade education. He does odd jobs including driving a taxi and, more recently, painting. He had eight months in the Army. The patient's brother was killed and the patient got out of the Army on a hardship discharge.

PHYSICAL EXAMINATION: The Physical Examination was within normal limits.

MENTAL STATUS EXAMINATION: The patient would give no history at the time of admission and indicated he was in good health and had no allergies He was in handcuffs and was hostile, uncooperative and often violent.

HOSPITAL COURSE AND SUMMARY: The patient was admitted on a 72-hour detention order. He was given 10 mg of Haldol IM upon admission. He was taken to seclusion and he was in borderline control. The police had had to subdue him. He was given another 10 mg of Haldol approximately an hour and one-half after admission and approximately two and one-half hours after being restrained he was out of seclusion and restraints. The patient stated he was drinking and did not mean to kill himself. He felt he needed help with his alcohol problem. On 09/25 he was described as being hostile with multiple requests and pushing limits, and showing little insight. The patient's grandmother visited and requested to take the patient home. It was felt this was premature. On the following day the patient complained of a stiff neck and back muscle spasms and was treated with 50 mg of Benadryl IM. The patient felt that his depression was secondary to his consumption of alcohol. He was given psychological testing which revealed no evidence of a major mental illness and no suicidal indications.

Continued...Two

CMH 132 (11-72) MW

O'KEEFE, TIMOTHY JOSEPH
034 302

COUNTY MENTAL HEALTH SERVICES

D-91032

**DISCHARGE SUMMARY** -2-

Admission Date: 09/24/77
Discharge Date: 09/26/77

D: 09/26/77

DIAGNOSIS:
1. DEPRESSIVE NEUROSIS.
2. NONPSYCHOTIC ORGANIC BRAIN SYNDROME, ALCOHOL INTOXICATION.

REFERRAL: The patient was referred to his private therapist, Dr. Robertson.

MEDICATIONS ON DISCHARGE: None.

LEGAL STATUS: The patient is no longer certifiable under the LPS Act.

PROGNOSIS: Prognosis is fair for this episode but overall very guarded.

SOCRATES PAPPAS, M. D.
Psychiatrist

SP:M-T/wp

T: 09/26/77

CONFIDENTIAL INFORMATION
DO NOT REPRODUCE

This information is protected under Ca. Welfare & Institutions Code 5328. You are prohibited from making further disclosure without the specific written consent of the person to whom it pertains.

CMH 132 (11-72) MW

COUNTY MENTAL HEALTH SERVICES

## DISCHARGE SUMMARY

O'KEEFE, TIMOTHY JOSEPH
034 302

D 10-11-78

D 91032

Admission Date: 10-10-78
Discharge Date: 10-11-78

This is a 23-year-old single white male, who was brought in here by the Coronado police from the Coronado Hospital Emergency Room. The chief complaint was that he had taken 20-30 Dalmane caps and two six-packs of beer in what appears to be a suicide attempt.

PRESENT ILLNESS: The patient became quite violent when he was approached with help and he became again violent and demanding at the Coronado Hospital Emergency Room refusing any treatment. He states that he has been depressed since his girl friend left him. He has been living with her but has been gone about a week.

PAST HISTORY: He has had at least two previous suicide attempts about a year ago. One was threatening to jump off of the Coronado Bridge, and the other with an auto exhaust in which he was found unconscious. He says that he has been in intermittent therapy with a Doctor Robertson since. but there is no medical insurance and can not be hospitalized with him. No allergies.

MENTAL STATUS: He is intoxicated. His speech is slurred. oriented and refused hospitalization, denied being mentally ill. No evidence of thought disorder. He was quiet but was still restrained in handcuffs. He was lapsing into sleep but left quiet. He admitted to wanting to die earlier in the evening and says "I had to do something tonight." He was sent to the Ward as a depressive neurosis and alcohol and drug intoxication, and global assessment of 20.

WARD EVALUATION: The patient was in restraints and seclusion for a period of the time. He came out them rather groggy and was unable to really respond to anything. Today he is sober, he is capable of now being made contact with. He shows good insight and good judgment at this time. Claims he never did want to kill himself. Does not want to kill himself again. He has a job working for the Bennett Enterprises, more or less driving and picking up parts and so forth. The fact that he is under private care with a Doctor Robertson is good. We will refer him to that. He has finally made up his mind he has got to get over the girl friend and he says she got religion. That was his answer for her leaving, but that is a good explanation.

The patient I feel can handle himself on an outpatient basis, at least until the next time.

DIAGNOSIS: Acute intoxication alcohol and drugs, under Ca. Welfare personality pattern disorder, passive-aggressive personality.

PHYSICAL EXAMINATION: Normal. There is no indication of any deformity or abnormalities organically. Vital signs are all within normal limits.

PROGNOSIS: Guarded.

CMH 132 (11-72) MW

Warren Wallace, M.D.
Psychiatrist

T. 10-14-

NOTE: I'M KEEPING THE LAST TWO COPIES OF THIS, ONE TO THE JUDGE, ONE FOR ME.

No. 779080

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☒   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| TIMOTHY O'KEEFE | T-18599 | B-6-230L |

PATIENT SIGNATURE: *Tim O'Keefe*   DATE: 08-06-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

NOTE: THIS IS GOING TO CONSIST OF MORE THAN ONE SICK CALL SLIP. 1.) LAST NIGHT MY CELL MATE WAS FINALLY MOVED TO ANOTHER CELL. AFTER HE MOVED, I WENT THROUGH MY STAMPS, AND I WAS MISSING SOME OF THEM. SO HE WAS RIPPING ME OFF. SINCE I HAVE BEEN IN PRISON IN 1988 THE FIRST TIME, I HAVE BEEN ASSAULTED IN AND OUT OF THE CELL.   CONTINUED ON NEXT SICK CALL SLIP ATTACHED TO THIS ONE.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

SECOND SICK CALL SLIP

No 626399

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☒   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| TIMOTHY O'KEEFE | T-18599 | B-6-230L |

PATIENT SIGNATURE: *Tim O'Keefe*   DATE: 08-06-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) AT LEAST 8 TIMES, AND HAVE BEEN RIPPED OFF AND TAKEN ADVANTAGE OF NUMEROUS TIMES. WITH THIS RECENT CELL MATE RIPPING ME OFF, I AM ALMOST TO THE POINT THAT I CAN'T HANDLE IT MENTALLY TO BE DOUBLE CELLED. I AM TO THE POINT THAT IF I AM CONTINUED TO BE DOUBLE CELL I MIGHT DO SOMETHING SERIOUS TO MYSELF ONE OF THESE DAYS TO ESCAPE. CONTINUED ON NEXT SICK CALL SLIP

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM     **ATTACHED TO THIS ONE.**

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

# THIRD SICK CALL SLIP

№ 779716

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

## HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☒   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| TIMOTHY O'KEEFE | T-18599 | B-6-230L |

PATIENT SIGNATURE: *Tim O'Keefe*     DATE: 08-06-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) THE SITUATION BECAUSE IT APPEARS THAT CUSTODY OR PSYCHIATRIC STAFF DON'T CARE AND REFUSE TO HELP AND SINGLE CELL ME. IT IS SO BAD THAT I CAN'T SLEEP AT NIGHT WHEN I HAVE A CELL MATE. IT WOULD BE MY REQUEST THAT THE PSYCHIATRIC STAFF WRITE A CHRONO RECOMMENDING SINGLE CELL STATUS DUE TO MY MENTAL PROBLEMS WHEN I HAVE A CELL MATE. CONTINUED ON NEXT SICK CALL SLIP ATTACHED TO THIS ONE.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

**FOURTH SICK CALL SLIP**

No. 779715

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEALTH CARE SERVICES REQUEST FORM**

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☒   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| TIMOTHY O'KEEFE | T-18599 | B-6-230L |

PATIENT SIGNATURE: *Tim O'Keefe*   DATE: 08-06-06

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

2.) AS TO MY TREATMENT AT THE CCCMS LEVEL OF CARE, I REFUSE IT. I MAINTAIN I NEED TO BE EOP. HOWEVER, THE EOP CASE MANAGER THAT RECOMMENDED I GO TO CCCMS TOLD ME MY TREATMENT HAD BOTTOMED OUT. NOW I AM GOING TO GO TO A BUILDING WITH BEDS IN THE DAY ROOM AND 1/3 THE PROGRAM HERE IN 6-BUILDING. IF THE PSYCHIATRIC STAFF THINKS THIS **CONTINUED ON NEXT SICK CALL SLIP ATTACHED TO THIS ONE.**

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

FIFTH SICK CALL SLIP

No 779714

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

DEPARTMENT OF CORRECTIONS

## HEALTH CARE SERVICES REQUEST FORM

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

*If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.*

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|
| NAME: TIMOTHY O'KEEFE | | CDC NUMBER: T-18599 | | HOUSING: B-6-230L |
| PATIENT SIGNATURE: *Tim O'Keefe* | | | | DATE: 08-06-06 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) IS WHAT I NEED THEN THEY ARE MISTAKEN. JUST BACK IN JUNE I TRIED TO CHOKE MYSELF OUT IN A HOLDING CAGE. I WAS PLACED ON TEMPORARY KEYHEA. AND NOW STAFF IS GOING TO TELL ME I DON'T NEED TO BE EOP? ALSO, WHAT DOES INTELLIGENCE HAVE TO DO WITH MENTAL ILLNESS. AND SEVERE DEPRESSION AND POST TRAUMATIC STRESS DISORDER SO BAD THAT I CAN'T HANDLE BEING DOUBLE CELLED?

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate