BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 327-7872
Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**ARNOLD SCHWARZENEGGER, et al.,**<br>Defendants. | NO. CIV S-90-0520 LKK JFM P<br>**STIPULATION AND [PROPOSED] ORDER RE: ASH/CMF BED PLAN** |

**I.**

**INTRODUCTION**

By order of May 2, 2006, this Court directed Defendants to submit a plan for the interim provision of intermediate inpatient beds and mental health crisis beds. Defendants' submitted plan contained a number of components. One component addressed switching the missions of certain beds at Atascadero State Hospital (ASH) and California Medical Facility at Vacaville (CMF): 25 of the 150 acute care beds at Vacaville Psychiatric Program (VPP) from acute level-of-care to mental health crisis bed services, giving priority to prisons other than CMF, and

switch the 25 acute/emergency beds at Atascadero State Hospital (ASH) for California Men's Colony (CMC) and California Institution for Men (CIM) to acute level of care for all prisons. This component is termed the "CMF/ASH plan."

**II.**

**STIPULATION**

The parties by and through their counsels, hereby stipulate that the Defendants' submitted CMF/ASH plan should be implemented immediately, with the following conditions:

1. The utilization of the beds subject to this plan will be monitored for twelve months, with the evaluative marker of 90% or higher bed utilization during this period of time. At the end of the twelve-month monitoring period, the parties shall meet and confer with Special Master Keating to discuss the continued implementation of this plan in light of the bed utilization statistics and other relevant clinical factors.

2. Defendants DMH and CDCR will provide Plaintiffs' counsel and Special Master Keating with a monthly utilization report by the fifteenth day of the following month concerning the 25 ASH APP beds, the 25 bed CMF MHCB unit, and the remaining CMF APP unit. The monthly report should contain the following information: number of patient referrals, number of patient rejections, patient-inmate transfer time frames, number of patient acceptances, identities of patients, each patient's length of stay and discharge date, the source of referrals by institution, and the reason for rejection.

3. Defendants will provide Plaintiffs' counsel and Special Master Keating for review and comment a copy of the uniform referral form for acute beds provided by DMH for referrals from CDCR. Defendants stipulate that this uniform referral form will be used for all referrals to all acute beds provided by the DMH to CDCR inmates.

//

//

//

//

//