1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 |  1300 I Street, Suite 125
P.O. Box 944255
7 |  Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8 |  Fax: (916) 324-5205

9 | Attorneys for Defendants
CF1997CS0003

10

11

12

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15 | **RALPH COLEMAN, et al.,**                           NO. CIV S-90-0520 LKK JFM P

16 |                                   Plaintiffs,        **STIPULATION AND
[PROPOSED] ORDER RE:
17 |            **v.**                                    ASH/CMF BED PLAN**

18 | **ARNOLD SCHWARZENEGGER, et al.,**

19 |                                   Defendants.

20

21 |                               **I.**

22 |                          **INTRODUCTION**

23 |        By order of May 2, 2006, this Court directed Defendants to submit a plan for the interim

24 | provision of intermediate inpatient beds and mental health crisis beds.  Defendants' submitted

25 | plan contained a number of components.  One component addressed switching the missions of

26 | certain beds at Atascadero State Hospital (ASH) and California Medical Facility at Vacaville

27 | (CMF): 25 of the 150 acute care beds at Vacaville Psychiatric Program (VPP) from acute level-

28 | of-care to mental health crisis bed services, giving priority to prisons other than CMF, and

STIPULATION RE: ASH/CMF PLAN

1  switch the 25 acute/emergency beds at Atascadero State Hospital (ASH) for California Men's

2  Colony (CMC) and California Institution for Men (CIM) to acute level of care for all prisons.

3  This component is termed the "CMF/ASH plan."

**II.**

**STIPULATION**

6  The parties by and through their counsels, hereby stipulate that the Defendants' submitted

7  CMF/ASH plan should be implemented immediately, with the following conditions:

8  1.  The utilization of the beds subject to this plan will be monitored for twelve months,

9  with the evaluative marker of 90% or higher bed utilization during this period of time.  At the

10  end of the twelve-month monitoring period, the parties shall meet and confer with Special

11  Master Keating to discuss the continued implementation of this plan in light of the bed

12  utilization statistics and other relevant clinical factors.

13  2.  Defendants DMH and CDCR will provide Plaintiffs' counsel and Special Master

14  Keating with a monthly utilization report by the fifteenth day of the following month concerning

15  the 25 ASH APP beds, the 25 bed CMF MHCB unit, and the remaining CMF APP unit.  The

16  monthly report should contain the following information: number of patient referrals, number of

17  patient rejections, patient-inmate transfer time frames, number of patient acceptances, identities

18  of patients, each patient's length of stay and discharge date, the source of referrals by institution,

19  and the reason for rejection.

20  3.  Defendants will provide Plaintiffs' counsel and Special Master Keating for review and

21  comment a copy of the uniform referral form for acute beds provided by DMH for referrals from

22  CDCR.  Defendants stipulate that this uniform referral form will be used for all referrals to all

23  acute beds provided by the DMH to CDCR inmates.

24  //

25  //

26  //

27  //

28  //

STIPULATION RE: ASH/CMF PLAN

1    //

2

3          4. Defendants DMH and CDCR will do system-wide training on the policies and

4    procedures for inpatient referrals as well as the care provided by the intermediate and acute

5    programs. Defendants DMH and CDCR agree to provide Plaintiffs' counsel and Special Master

6    Keating with a copy of the training materials for comment before the training occurs. Plaintiffs

7    and Defendants invite Special Master Keating to have one or more of his experts attend the

8    training.

9          5. If there is no patient waiting or using the new MHCB beds at CMF, then those beds

10   may be used to provide acute care.

11          IT IS SO STIPULATED.

12   Dated:      8-9-06                    By: _____
                                               LISA TILLMAN
13                                             Deputy Attorney General
                                               Office of the Attorney General
14                                             Attorney for Defendants

15

16   Dated: August 9, 2006                By: _____
                                               THOMAS NOLAN
17                                             Rosen, Bien & Asaro
                                               Attorney for Plaintiffs

18

19

20   30148993.wpd

21

22

23

24

25

26

27

28

STIPULATION RE: ASH/CMF PLAN

3