PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

) No.: Civ S 90-0520 LKK-JFM
)
) **DECLARATION OF MICHAEL W.**
) **BIEN IN SUPPORT OF PLAINTIFFS'**
) **NOTICE OF DEFENDANTS' NON-**
) **COMPLIANCE WITH JULY 28, 2006**
) **COURT ORDER AND REQUEST FOR**
) **AN ORDER TO SHOW CAUSE RE**
) **CONTEMPT**
)

MICHAEL W. BIEN DECLARES:

1.      I am a member of the Bar of this Court and of the firm, Rosen, Bien & Asaro, one of the attorneys for the plaintiff class in this litigation.  I have personal knowledge of the matters stated herein and if called as a witness I could and would competently so testify.  I make this declaration in support of Plaintiffs' Notice of Defendants' Non-Compliance with July 28, 2006 Order and Request for Issuance of Order to Show Cause Re: Contempt.

2.      Attached hereto as Exhibit A is a true an correct copy of excerpts from a Letter plaintiffs received on August 14, 2006 from Lisa A. Tillman, counsel for defendants.  The letter attached a copy of Department of Finance Director Michael Genest's August 10, 2006 Letter to the Legislature concerning the requested 551 position augmentations, along with attachments to that letter.  Attached hereto is a true and correct copy of the Genest cover letter. The voluminous attachments to the Genest letter are not included.  The cover page for each attachment is included in Exhibit A.

3.      Attached hereto as Exhibit B is a true and correct copy of a document entitled "Senate Floor Session Schedule August 2006" which was downloaded by a member of my staff on Monday August 14, 2006 from the California State Senate website at the address http://www.senate.ca.gov/~newsen/schedules/senfloorsess.htp.   The schedule shows that the last day of the current session is Thursday August 31, 2006, but that the "last day for appropriations to meet and report assembly bills to the floor" is Friday August 18, 2006.

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration is executed in San Francisco, California on August 14, 2006.


/s/ Michael W. Bien
_____
Michael W. Bien
Rosen, Bien & Asaro
Attorneys for Plaintiffs

**Exhibit A**

**BILL LOCKYER**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 327-7872
Facsimile: (916) 324-5205
E-Mail: Lisa.Tillman@doj.ca.gov

August 11, 2006

**RECEIVED**

AUG 1 4 2006

**Rosen Bien & Asaro**

J. Michael Keating, Jr.
Special Master
285 Terrace Avenue
Riverside, RI 02915

RE:    Coleman v. Schwarzenegger
       USDC, Eastern District of California, Case No. CIV S-90-0520 LKK JFM P

Dear Mr. Keating:

Please find enclosed the attachments to the August 10, 2006 letter sent by Michael
Genest, Director of the Department of Finance, to the Chairpersons of the Budget Committees
and Appropriations Committees of the California State Legislature concerning the court order to
present a budget proposal for certain positions.

Sincerely,

LISA A. TILLMAN
Deputy Attorney General

For    BILL LOCKYER
       Attorney General

cc: Michael Bien
    Steve Fama
    Matthew Lopes

30152329.wpd



**DEPARTMENT OF**
# FINANCE
**OFFICE OF THE DIRECTOR**

ARNOLD SCHWARZENEGGER, GOVERNOR

STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

August 10, 2006

Honorable Wesley Chesbro, Chair
Joint Legislative Budget Committee
Senate Budget and Fiscal Review Committee

Honorable John Laird, Chair
Assembly Budget Committee

Honorable Kevin Murray, Chair
Senate Appropriations Committee

Honorable Judy Chu, Chair
Assembly Appropriations Committee

Dear Chairpersons of Budget Committees and Appropriations Committees:

In *Coleman v. Schwarzenegger*, a case pending in the Eastern District of the United States District Court, the court has determined that the mental health care system in the state's prisons is so inadequate as to constitute a violation of the federal constitutional rights of the prisoners accessing that system. On July 28, 2006, the court named me as a defendant in that case, and ordered the defendants to prepare and present to the special session of the Legislature a budget proposal for: the allocation of the 530.65 permanent and 21.2 limited term positions that had been recommended by the court's Special Master as necessary to implement the Revised Program Guide approved by the court in March of 2006; and an allocation of sufficient funding to execute and complete a workload study in time to include its findings and recommendations in the fiscal year 2007/08 budget. A copy of that order, as amended by the court, accompanies this letter for your information (Attachment I).

**Presentation re: Positions**
The positions we have been ordered to present to you are in addition to resources provided for the purpose of implementing the Revised Program Guide in the 2005 and 2006 Budget Acts. To place the court's order in context, the chart below sets forth the history of the budget requests for mental health positions in the 2005/06 and 2006/07 fiscal years.

| Year/Timeframe of Request | Purpose of Positions Requested | | Positions Initially Requested by CDCR | Position Requests Submitted to Legislature |
|---|---|---|---|---|
| **2005-06 May Revise** | **2005-06** | | **560.2** | **51.3** |
| | | Program Guide | *547.2 | 51.3 |
| | | Headquarters | 13.0 | |
| | **2006-07** | | **296.1** | |
| | | Program Guide | 296.1 | |
| | **Total Request** | | **856.3** | **51.3** |
| **2006-07 May Revise** | **2006-07** | | **528.2** | **254.6** |
| | Program Guide (Non ASU) | | 128.2 | 162.6 |
| | Program Guide (ASU/SHU) | | 300.0 | 6.0 |
| | Headquarters | | 100.0 | 86.0 |
| | *Subtotal, Previously Approved* | | | *305.9* |
| **July 28, 2006 Court Order** | **2006-07 (effective 9/1/06)** | | | *551.85 |
| | *Total Available After Court Order* | | | *857.75 |

*21.2 of the positions listed are limited-term.

- 2 -

The court has ordered the Administration to seek funding for the positions "recommended by the Department of Finance's Unit Review in 2005." During the fiscal year 2005/06 budget process, the Department of Corrections and Rehabilitation (CDCR) initially requested funding for 856.3 positions for fiscal years 2005/06 and 2006/07, including 13 positions for purposes other than the implementation of the Revised Program Guide. As part of the internal discussion within the Administration regarding CDCR's request, Finance staff's internal dialogue considered an alternative that would seek funding for these positions on a policy basis (as distinguished from a proposal supported by a strong fiscal analysis). That alternative was reflected in Finance's internal communication documents, referred to by the court as Finance's "Unit Review for 2005." However, the bulk of those positions eventually were not submitted to the Legislature by the Administration because Finance did not believe that CDCR had provided adequate justification for the level of its request. In response to a specific court order, 51.3 positions for the Administrative Segregation Unit (ASU) at Corcoran State Prison were submitted to the Legislature for approval.

In fiscal year 2006/07 CDCR initially requested only a total of 528.2 positions, including 428.2 for the implementation of the Revised Program Guide and 100.0 for headquarters. Of those positions, 254.6 (86.0 of which were headquarters positions) were submitted to the Legislature for approval. The bulk of the positions that were not submitted to the Legislature for approval were positions to be assigned to work in ASUs [1]. Those positions were not submitted to the Legislature because CDCR's initial proposal did not provide adequate workload justification for the number of positions requested and did not account for the base level of positions available to provide mental health services in ASUs (which consists of positions funded in a budget proposal for fiscal year 2000/01 and positions added for that purpose over the ensuing fiscal years as a result of the population adjustment process previously approved by the court.)[2] At the time Finance reviewed this proposal, staff asked CDCR to explain whether the positions requested for ASUs were for the same purpose as those already approved (either for fiscal year 2000/01 or through the population adjustment process) or whether these positions were in addition to the existing base positions. At that time, CDCR was unable to provide basic information on how the positions provided in 2000-01 are currently being utilized and whether the positions requested for 2006-07 represented duplication of the positions already provided or represented a change in workload over the base resources available. The CDCR has continued to look into this issue and on August 9, 2006 provided me with a letter stating that the positions approved in fiscal year 2000/01 were established and "do not appear to be duplicative" of the positions initially requested by CDCR in fiscal year 2006/07. This letter is provided as Attachment III. Despite this additional information regarding existing positions, we still cannot confirm whether the number or positions initially requested by CDCR for ASUs in 2006/07 are necessary or justified on a workload basis.

As this information and the court's order makes clear, the Special Master has recommended funding the number of positions initially requested by CDCR for fiscal year 2005/06, notwithstanding that:

---

[1] The bulk of the positions that were recommended for funding were for patient care in reception centers and mental health outpatient housing units.
[2] Attachment II is a chart that sets forth the history of positions approved through the budget process to provide mental health services to patients in ASUs beginning in fiscal year 2000/01.

- 3 -

CDCR pursued funding of only 428.2 positions to implement the Revised Program Guide in its initial request for fiscal year 2006/07, 51.3 of the positions requested for fiscal year 2005/06 were funded[3]; 13 of the positions requested by CDCR for fiscal year 2005/06 were not identified as for implementation of the Revised Program Guide; and CDCR's fiscal year 2005/06 request did not address the existing base level funding and positions provided in prior fiscal years, nor did it provide adequate workload justification for the number of positions requested[4].

While the Administration does not dispute that it is necessary to ensure that resources are available for the adequate treatment of mentally ill inmates in California's prisons, the Special Master's report's uncritical reliance on CDCR's request for fiscal year 2005/06 is disturbing and arbitrary, as CDCR has not been able to provide an analytical assessment of the appropriate *level* of resources needed to implement the Revised Program Guide.

In addition to my concerns as to how the Special Master arrived at the number of positions the defendants have been ordered to present to you, I note that the requirement for immediate implementation of these positions fails to take into account many practical implementation issues faced by CDCR. These implementation challenges include the high vacancy rates CDCR is experiencing in similar position classes statewide and the current lack of management structure in CDCR's Mental Health Service Delivery System available to train, support and oversee such a large influx of new employees. In addition, CDCR faces significant space challenges. CDCR's population is at all time highs, requiring CDCR to utilize non-traditional space to house inmates, resulting in less space for treatment and programming. Unless these implementation issues are addressed, it is likely that these additional positions will go unused in fiscal year 2006/07.

Nonetheless, in compliance with the court's order, I present to you the proposal prepared by the CDCR for your consideration. This is provided as Attachment IV.

**Presentation re: Workload Study**
As noted above, it has become apparent to Finance that CDCR does not have a clear understanding of the workload driven by the Mental Health Service Delivery System and how this compares to existing resource levels. Finance's assessment of budget records indicates that since fiscal year 1994/95 CDCR has received 2,455.7 new positions specifically for the provision of mental health services that are under the purview of the *Coleman* lawsuit.[5] CDCR has not adequately tracked these positions and cannot account for how they are actually being used in the institutions to provide mental health treatment to inmates. This lack of management oversight and control is clearly unacceptable.

For this reason, regardless of the outcome of the Legislature's review of the proposal submitted, I will be directing CDCR to provide a full reconciliation and accounting of the base resources available for the Mental Health Service Delivery Program.

---

[3] The court identifies "208 permanent positions" already funded. The chart reflects 168.6 positions funded for fiscal year 2006/07, and 51.3 positions funded for fiscal year 2005/06, or 219.9 positions. We believe that the court's number is based on the following: 71.6 positions funded for reception center staff, 72.98 positions funded for Outpatient Housing Unit staff and 13 (of 86) headquarters positions funded in the 2006 Budget Act; and 51.25 administrative segregation staff positions funded for Corcoran in the 2005 Budget Act.
[4] While this issue was raised by Finance in relation to the 2006/07 fiscal year funding request, it is also applicable to the fiscal year 2005/06 funding request.
[5] Attachment V is a chart that sets forth the history of positions approved through the budget process to provide mental health services to inmates beginning in fiscal year 1994/95.

- 4 -

To assist CDCR in performing this reconciliation and accounting process, as well as to perform a complete workload study for the program, I recommend approval of the portion of this request that would provide an additional $750,000 to conduct an extensive workload study of this program so that the results of this study can be incorporated into the budget process for fiscal year 2007/08.

Sincerely,

MICHAEL C. GENEST
Director

Attachment

cc:   Honorable Dennis Hollingsworth, Vice Chair, Senate Budget and Fiscal Review Committee
      Honorable Rick Keene, Vice Chair, Assembly Budget Committee
      Honorable Michael Machado, Chair, Senate Budget and Fiscal Review Subcomm. No. 4
      Honorable Rudy Bermúdez, Chair, Assembly Budget Subcommittee No. 4
      Ms. Elizabeth Hill, Legislative Analyst (3)
      Mr. Danny Alvarez, Staff Director, Senate Budget and Fiscal Review Committee
      Mr. Bob Franzoia, Staff Director, Senate Appropriations Committee
      Mr. Jeff Bell, Staff Director, Senate Republican Fiscal Office
      Ms. Diane Cummins, Senate President pro Tempore's Office
      Mr. Christopher W. Woods, Chief Consultant, Assembly Budget Committee
      Mr. Geoff Long, Chief Consultant, Assembly Appropriations Committee
      Mr. Peter Schaafsma, Staff Director, Assembly Republican Fiscal Committee
      Mr. David Harper, Deputy Chief of Staff, Assembly Republican Leader's Office
      Mr. Craig Cornett, Assembly Speaker's Office (2)
      Mr. James Tilton, Acting Secretary, Department of Corrections and Rehabilitation
      Mr. Peter Farber-Szekrenyi, Director, Division of Correctional Health Care Services
      Mr. J. Michael Keating, Special Master

# Attachment I

# July 28, 2006 Court Order
# *Coleman v. Schwarzenegger*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

          Plaintiffs,            No. CIV S-90-0520 LKK JFM P

     vs.

ARNOLD SCHWARZENEGGER,
et al..

          Defendants.         __AMENDED ORDER__

_____/

       By order filed May 25, 2006, the Special Master was ordered to report to the court on the status and sufficiency of defendants' budget requests for staffing augmentation necessary to implement the provisions of the Revised Program Guide approved by the court order filed March 3, 2006. On June 21, 2006, the Special Master filed his report. The report was filed under seal pursuant to court order following defendants' assertion of the deliberative process privilege for certain documents.[1] By order filed the same day, the court directed the parties to file within fifteen days memoranda in support of or opposition to the Special Master's report. In that order, the parties were also directed to address the question of whether the California

_____

[1] This court rejected the assertion of privilege, and it has now been withdrawn by defendants.

1

# Attachment II

# Chart: Summary of Existing Mental Health Staffing in Administrative Segregation, Condemned, and Secure Housing Units Approved Since 2000/01

## Summary of Existing Mental Health Clinical and Custody Staffing for AdSeg, SHU and Condemned Units
## As Approved in Budget Acts since FY 2000-01

| | Unk/Other | AdSeg | | | | | | SHU | | | | | | Condemned | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PT (CCC) | PhD (CCC) | PhD (EOP) | MD | CO | OT | PT (CCC) | PhD (CCC) | PhD (EOP) | MD | CO | OT | PT (CCC) | PhD (CCC) | PhD (EOP) | MD | CO | OT | |
| Existing (as reported by the CDCR in 2000-01 BCP) | 35.0 | | | | | | | | | | | | | | | | | | | 35.0 |
| Approved - 2000-01 BCP | | 45.3 | 27.0 | 17.0 | 13.5 | 80.6 | 59.0 | 11.05 | 3.0 | 1.0 | 2.5 | 13.1 | 5.0 | 2.61 | 1.0 | | 0.5 | 2.2 | 1.0 | 285.4 |
| Approved - 2001-02 Prev-Mix Fall | | | | a/ | | a/ | | | | | | | | | | | | | | 0.0 |
| Approved - 2001-02 Prev-Mix MR | | | | a/ | | a/ | | | | | | | | | | | | | | 0.0 |
| Approved - 2002-03 Prev-Mix Fall | | | | a/ | | a/ | | | | | | | | | | | | | | 0.0 |
| Approved - 2002-03 Prev-Mix MR | | | | 21.7 | 0.1 | | | | | | | | | | | | | | | 21.8 |
| Approved - 2003-04 Prev-Mix Fall | | | | 3.3 | | 0.3 | | | | | | | | | | | | | | 3.6 |
| Approved - 2003-04 Prev-Mix MR | | | | 2.1 | | 0.2 | | | | | | | | | | | | | | 2.3 |
| Approved - 2004-05 Prev-Mix Fall | | | | 6.9 | | 0.4 | | | | | | | | | | | | | | 7.3 |
| Approved - 2004-05 Prev-Mix MR | | | | -1.7 | | -0.6 | | | | | | | | | | | | | | -2.3 |
| Approved - 2005-06 Prev-Mix Fall | | | | 3.4 | | 0.1 | | | | | | | | | | | | | | 3.5 |
| Approved - 2005-06 Prev-Mix MR | | | | -3.5 | | 0.4 | | | | | | | | | | | | | | -3.1 |
| Approved - 2006-07 Prev-Mix Fall | | | | 6.0 | | 0.3 | | | | | | | | | | | | | | 6.3 |
| Approved - 2006-07 Prev Mix MR | | | | 4.3 | | 0.3 | | | | | | | | | | | | | | 4.6 |

**TOTAL**   364.4

*PhD = either a psychologist or psych social worker per 1999 Court Order - Psychologist per CDCR 2000-01 BCP

*MD = Psychiatrist = 0.5 Psychiatrist position provided for each ad seg unit in 1999 Court Order & 2000-01 BCP

*CO = Custody Staff

*OT = Office Technician

*PT = Psychiatric Technician

a/ Allocation to AdSeg EOP was not identified separately from other EOP prior to 2002-03 May Revise; however, staffing were still provided through PrevMix in Pop adjustments for all EOP, including AdSeg EOP.  (See Attachments.)

# Attachment III

# August 9, 2006 Letter from James Tilton to Michael Genest, Re: Administrative Segregation Mental Health Positions

# Memorandum

Date:    August 9, 2006

To:      Michael C. Genest
         Director of Finance
         Room 1145
         State Capitol
         Sacramento, CA  98514

Subject:    **ADMINISTRATIVE SEGREGATION MENTAL HEALTH POSITIONS**

Our Department has confirmed that the 285.4 positions, approved in the *Coleman* Budget Change Proposal for the Administrative Segregation (Ad Seg) Mental Health Program in the 2000-01 budget cycle, were established in the mental health programs throughout our institutions. Further, upon review of all the positions approved for the 2000-01 fiscal year for Ad Seg mental health, the positions requested in the Finance Letter for the 2006-07 budget year do not appear to be duplicative.

If you have any questions or need further information, please call me at 323-6001.

*Sandra Dunenich for*

JAMES E. TILTON
Secretary (A)
California Department of Corrections and Rehabilitation

*f* CDCR 1617 (3/89)

# Attachment IV

# Budget Change Proposal for Mental Health Service Delivery System

# Prepared by the Department of Corrections and Rehabilitation for presentation to the Legislature pursuant to the July 28, 2006 Court Order

STATE OF CALIFORNIA
**BUDGET CHANGE PROPOSAL - COVER SHEET**
**FOR FISCAL YEAR**    2007/08
DF-46 (WORD Version)(REV 01/06)
*Please report dollars in thousands.*

**Department of Finance**
**915 L Street**
**Sacramento, CA  95814**
**IMS Mail Code:  A-15**

| BCP # | PRIORITY NO. | ORG. CODE 5225 | DEPARTMENT Corrections and Rehabilitation |
|---|---|---|---|
| PROGRAM 50 | ELEMENT .30, .50 | COMPONENT | |

TITLE OF PROPOSED CHANGE
Coleman - Mental Health Program

SUMMARY OF PROPOSED CHANGES
The California Department of Corrections and Rehabilitation (CDCR) Division of Correctional Health Care Services (DCHCS) is requesting $35.4 million to establish 551.8 positions and associated costs, beginning in Fiscal Year 2006/2007, and $40.2 million in 2007/2008, to provide timely, cost-effective mental health services for seriously mentally disordered inmates and parolees. Proper screening and treatment of mental illness is the most effective way to reduce inmate-patient's potential for violence and associated costs. This Budget Change Proposal addresses the minimum necessary field and headquarters staffing required for compliance with Coleman court orders mandated by the Court Special Master.

| | Current Year | Budget Year |
|---|---|---|
| POS | 551.8 | 551.8 |
| PY's | 459.8 | 551.8 |
| $$ | $35,446 | $40,245 |

| REQUIRES LEGISLATION | CODE SECTION(S) TO BE AMENDED/ADDED | BUDGET IMPACT—PROVIDE LIST AND MARK IF APPLICABLE |
|---|---|---|
| ☐ YES<br>☒ NO | | ☒ ONE-TIME COST   ☐ FUTURE SAVINGS<br>☒ FULL-YEAR COSTS   ☐ REVENUE<br>☐ FACILITIES/CAPITAL COSTS |

| PREPARED BY Michael Barks | DATE 08/04/08 | REVIEWED BY Melissa Davey | DATE 08/4/08 |
|---|---|---|---|
| DEPARTMENT DIRECTOR *Sandra Duvea* | DATE 8/7/06 | AGENCY SECRETARY | DATE |

DOES THIS BCP CONTAIN INFORMATION TECHNOLOGY (IT) COMPONENTS?    YES ☐   OR   NO ☒
IF YES, DEPARTMENT CHIEF INFORMATION OFFICER SIGNATURE          DATE

FOR IT REQUESTS, SPECIFY THE DATE SPECIAL PROJECT REPORT (SPR) OR FEASIBILITY STUDY REPORT (FSR) WAS APPROVED BY THE DEPARTMENT OF FINANCE.

DATE      PROJECT #          FSR ☐    OR    SPR ☐

IF PROPOSAL AFFECTS ANOTHER DEPARTMENT, DOES OTHER DEPARTMENT CONCUR WITH PROPOSAL?

☐ YES      ☐ NO      ATTACH COMMENTS OF AFFECTED DEPARTMENT, SIGNED AND DATED BY THE DEPARTMENT DIRECTOR OR DESIGNEE.

**DEPARTMENT OF FINANCE ANALYST USE**
**(ADDITIONAL REVIEW)**

CAPITAL OUTLAY ☐    OTROS ☐    FSCU ☐    OSAE ☐    CALSTARS ☐

# Attachment V

# Chart: Summary of Existing Positions for Provision of Mental Health Services to Inmates Approved Since 1994/95

## Summary of Existing Positions
## for Provision of Mental Health Services
## Approved in Budget Process since FY 1994/95

| Type of Proposal | 1994/1995 | 1995/1996 | 1996/1997 | 1997/1998 | 1998/1999 | 1999/2000 | 2000/2001 | 2001/2002 | 2002/2003 | 2003/2004 | 2004/2005 | 2005/2006 | 2006/2007 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCPs & FLs | 117.3 | 115.9 | 185.0 | 0.0 | 194.6 | 73.9 | 285.4 | 50.6 | 110.0 | 37.8 | NA | 51.3 | 254.6 | 1476.4 |
| Population, Prevalence Rate & Program Mix Adjustments | NA | NA | NA | NA | NA | (13.8) | 114.3 | 59.4 | 153.2 | 103.3 | (54.2) | 299.8 | 317.3 | 979.3 |
| **Total Positions** | 117.3 | 115.9 | 185.0 | 0.0 | 194.6 | 60.1 | 399.7 | 110.0 | 263.2 | 141.1 | (54.2) | 351.1 | 571.9 | 2455.7 |

***103.5 LT positions were funded in the 1996/1997 FL. For the purpose of this exercise they were not included in 1996/1997, due to funding in the 1998/1999 BCP that established them as PFT positions.

C:\Documents and Settings\Khuang\Local Settings\Temporary Internet Files\OLK14D\MH Positions Authorized.xls

**Exhibit B**



# *California State Senate*

**Home Senators Legislation Committees Schedules Offices/Caucuses Audio/TV Faqs/Links**

Listen

Watch

Leg. Process

Information

## *~Senate Floor Session Schedule~*

AUGUST 2006 SESSION SCHEDULE

Floor session and check-in session will be held on the following days during the month of August 2006:

Monday, August 7      LEGISLATURE RECONVENES
Floor Session, 2 p.m.

Tuesday, August 8      Check-in Session

Wednesday, August 9      Check-in Session

Thursday, August 10      Floor Session, 9 a.m.
9:30 a.m. SENATE HONORS
SENATOR BOWEN
Speaker will be Senator Kuehl

Monday, August 14      Floor Session, 4 p.m.
4:30 p.m. SENATE HONORS SENATOR
FIGUEROA
Speakers will be Senators Kuehl and Murray

Tuesday, August 15      Floor Session, 9 a.m.

Wednesday, August 16      Floor Session, 9 a.m.

Thursday, August 17      Floor Session, 9 a.m.
LAST DAY TO AMEND BILLS THAT
AFFECT THE POLITICAL REFORM ACT
OF 1974

Friday, August 18      Floor Session, 9 a.m.*
LAST DAY FOR APPROPRIATIONS TO
MEET AND REPORT ASSEMBLY BILLS TO
THE FLOOR

Monday, August 21      Floor Session, 10 a.m.
LAST DAY TO RECEIVE MEMORANDA
OF UNDERSTANDING PURSUANT TO
SENATE RULE 29.4

10:30 a.m. SENATE HONORS
SENATOR DUNN

1:30 p.m. SENATE HONORS
SENATOR SPEIER

Tuesday, August 22      Floor Session, 9 a.m.
9:30 a.m. SENATE HONORS
SENATOR POOCHIGIAN

1:30 p.m. SENATE HONORS
SENATOR CHESBRO
Speakers will be Senators Kuehl and
Poochigian

Wednesday, August 23      Floor Session, 9 a.m.
1:30 p.m. SENATE HONORS
SENATOR ORTIZ
Speakers will be Senators Runner and
Torlakson

Thursday, August 24      Floor Session, 9 a.m.
9:30 a.m. SENATE HONORS

Case 2:90-cv-00520-KJM-SCR    Document 1953    Filed 08/14/06    Page 21 of 21

```
                                      SENATOR SOTO
                                      Speakers will be Senators Speier and Torlakson

                                      1:30 p.m. SENATE HONORS
                                      SENATOR ALARCON

             Friday, August 25       Floor Session, 9 a.m.*
                                      LAST DAY TO AMEND BILLS ON THE
                                      FLOOR

                                      LAST DAY TO SUBMIT CONFERENCE
                                      REPORTS TO THE DESK

             Monday, August 28       Floor Session, 9 a.m.
                                      11 a.m. SENATE HONORS
                                      SENATOR ESCUTIA
                                      Speakers will be Senators Cedillo, Ducheny and
                                      Florez

                                      1:30 p.m. SENATE HONORS
                                      SENATOR MURRAY

             Tuesday, August 29      Floor Session, 9 a.m.
                                      LAST DAY TO REMOVE ASSEMBLY BILLS
                                      FROM THE INACTIVE FILE

             Wednesday,  August 30   Floor Session, 9 a.m.

             Thursday, August 31     Floor Session, 9 a.m.
                                      LAST DAY FOR EACH HOUSE TO PASS
                                      BILLS
                                      FINAL RECESS BEGINS AT END OF THIS
                                      DAY'S SESSION
             *Dependent on status of the file
             SAugust schedule printed on 8/2/06.  Change for 8/21/06 printed on 8/7/06.
             Change for 8/10/06 printed on 8/8/06.  Change for 8/14/06 printed on 8/9/06.
```

**Home  Senators  Legislation  Committees  Schedules  Offices/Caucuses  Audio/TV  Faqs/Links**

Please send any questions or comments about this site to **WebMaster@sen.ca.gov**