FILED

AUG 1 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

TIMOTHY O'KEEFE T-18599
M.C.S.P.         B-6-230L
P.O. BOX 409040
IONE, CA 95640

AUGUST 12, 2006

LAWRENCE K. KARLTON, CHIEF JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I ST., #4-200
SACRAMENTO, CA 95814

RE: COLEMAN v. SCHWARZENEGGER       90-520 LKK JFMP

DEAR JUDGE KARLTON:

NO ONE IS TAKING ME SERIOUSLY HERE AS FAR AS WHAT IS GOING TO HAPPEN SOMETIME DOWN THE ROAD IF I AM CONTINUED ON CCCMS LEVEL OF CARE AND NOT EOP. ALSO, WHEN I SAY DOWN THE ROAD, I SPEAK OF WHEN I GET MOVED TO ONE OF THE OTHER BUILDINGS ON THIS YARD WHERE I WILL GET ABOUT 1/3 THE PROGRAM I GET IN THE BUILDING BECAUSE OF THE BUNKS IN THE DAY ROOM.

THE OTHER DAY, I WENT TO THE LAW LIBRARY AND LOOKED IN A PDR ABOUT TWO MEDICATIONS THAT INMATES ON THIS YARD CAN CARRY. THEY ARE NITROGLYCERIN, AND COREG. THOSE ARE BOTH HEART PILLS. DO YOU KNOW WHAT WOULD HAPPEN IF I MANAGED TO FIND ENOUGH OF EITHER ONE OF THESE ON THE YARD TO OVER DOSE ON? BOTH OF THEN CAN CAUSE CONGESTIVE HEART FAILURE. RIGHT NOW, I AM HANGING ON, AND HOLDING OUT HOPE YOU OR THE PRISON LAW OFFICE WILL INTERVEN AND GET ME BACK TO EOP. AS IT IS NOW, I REFUSE ALL CCMS CARE, INCLUDING TALKING TO THE DOCTORS, WHAT FEW GROUPS THEY HAVE, AND MEDICATION.

AND, THE THING IS, WHEN I GET MOVED TO ANOTHER BUILDING AND I START LOOKING FOR THESE MEDICATIONS, ONE, I AM NOT GOING TO TELL ANYONE HERE, WRITE YOU, OR TELL THE PRISON LAW OFFICE. AND IF I MANGE TO FIND SOME, I AM JUST GOING TO TAKE THEM AND NOT TELL ANYONE WHAT IS GOING ON.

IF YOU CAN HELP GET ME BACK TO EOP, I AM ASKING FOR IT. IF NOT, I WOULD GREATLY APPRECIATE A RESPONSE TO THIS SO THAT I WILL NOT WASTE MY TIME ASKING YOU TO HELP. WHAT EVER HAPPENS, HAPPENS, AND WHEN EVER IT HAPPENS, IT HAPPENS, BE IT A MONTH FROM NOW, OR 6 MONTHS FROM NOW, OR AT ANY TIME AFTER I AM MOVED FROM THIS BUILDING.

THANK YOU FOR YOUR TIME.

SINCERELY,

*[signature: Tim O'Keefe]*

TIMOTHY O'KEEFE

1.

JUDGE KARLTON: HOW IS THAT IN JUNE, 2006, I WAS PLACED ON TEMPROARY KEYHEA AND SEEN BY AN OUTSIDE CLINICIAN WHO REFERRED ME TO AN ADMINISTRATIVE LAW JUDGE WHO I NEVER SAW, AND NOW I AM NOT ON ANY MEDICATION AT ALL AT MY REQUEST? NO ONE HERE CAN ANSWER THAT QUESTION. THEY ARE PLAYING GAMES WITH ME.

*YOU HAVE THE RIGHT TO FILE A REQUEST WITH THE SUPERIOR COURT TO TERMINATE THE INVOLUNTARY MEDICATION AND TO HAVE A HEARING ON THAT REQUEST.*

TODAY'S DATE: 6/13/06

## DECISION

☒ CRITERIA FOR INVOLUNTARY MEDICATION HAVE BEEN MET.

☐ CRITERIA FOR INVOLUNTARY MEDICATION HAVE NOT BEEN MET.

## REASON FOR THE ABOVE DECISION

AS A RESULT OF A PSYCHIATRIC DISORDER, YOU ARE DETERMINED TO BE:

☒ A danger to yourself.

☐ Gravely disabled and incompetent to refuse medication.

☐ A danger to others in that:

- ☐ You have attempted, inflicted, or made a serious threat of substantial physical harm after having been taken into a correctional treatment center or other inpatient psychiatric unit.
- ☐ You have attempted or inflicted physical harm upon one another which resulted in your being placed in a correctional treatment center or other inpatient psychiatric unit.
- ☐ You have made a serious threat of substantial physical harm upon another within seven days of your being placed in a correctional treatment center or other inpatient psychiatric unit, that threat at least in part, resulted in your placement in the psychiatric unit.

## EVIDENCE

SUMMARIZE THE EVIDENCE RELIED UPON OR ATTACH DOCUMENTS   ☐ DOCUMENTS ATTACHED

Attempted to hang himself c̄ noose in cell. Hx of mood instability, numerous suicide attempts (since late 70's) Commitment offense labeled by inmate as "suicide by cop." I/M stopped all psychotropic in 4/0.

IF INVOLUNTARY MEDICATION IS AUTHORIZED AND IS TO BE CONTINUED, A PETITION FOR REVIEW BY A JUDGE WILL BE FILED. AN ADMINISTRATIVE LAW HEARING WILL BE HELD AT THIS INSTITUTION TO DECIDE WHETHER TO CONTINUE MEDICATION FOR UP TO 180 DAYS (OR ONE YEAR IF GRAVELY DISABLED). AN ATTORNEY WILL BE ASSIGNED TO REPRESENT YOU AT THAT HEARING. IF YOU GIVE INFORMED CONSENT FOR MEDICATION AFTER THE PETITION HAS BEEN FILED, THE PETITION MAY BE WITHDRAWN, AND IF IT IS WITHDRAWN, THERE WILL NOT BE A HEARING.

CERTIFICATION HEARING OFFICER'S SIGNATURE: Susan Kmine LCSW
DATE SIGNED: 6/13/06

SIGNATURE OF PERSON ISSUING THIS DOCUMENT TO INMATE/TITLE
DATE SIGNED:

CERTIFICATION HEARING DECISION NOTICE
CDC 7367 (Rev. 11/99)

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH:
O'Keefe, Timothy
T-18599

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

# DISCHARGE/TRANSFER/CONTINUED CARE INSTRUCTIONS

Date of Admit: 6/6/06    Admit Diagnosis: MDD, ASPD / BPD

Date of Discharge: _____    Discharge Diagnosis: Depression

Summary of care: V/S, nursing care, medications, psychological & psychiatric care, 3 meals a day c snack.

**DIET:**
- [x] Regular
- [ ] Diabetic with Extra Sack Lunch
- [ ] Low Salt/Low Fat
- [ ] Dental Soft
- [ ] Other: _____

**ACTIVITY:**
- [x] Normal
- [ ] Rest with minimal activity for 1-2 days
- [ ] No bending, lifting or straining for ___ Days/Wks
- [ ] May shower in ___ Day(s)
- [ ] "Lay in" for ___ Day(s)
- [ ] Other: _____

**WOUND CARE:**
- [ ] Keep dressing dry and intact ___ Day(s).
- [ ] May wash wound after ___ Day(s).
- [ ] May use ice bag to minimize swelling and discomfort for the next ___ hour(s).
- [ ] Other: _____

**MENTAL HEALTH:**
- [x] Ask for help if you feel like harming yourself or others.
- [x] If you are assigned to EOP, participate in activities as directed by outpatient clinical staff.
- [x] Request assistance if needed.

**MEDICATIONS:** — KEYHA —
Take medications as directed. Contact your yard MTA or RN if you do not receive your medications after discharge.

| Medication Name | Dose to be taken | How often | Reason |
|---|---|---|---|
| If Refuses Meds give: | | | |
| Zyprexa | 10mg IM | up to BID x 30 days | |
| Risperdone | 3mg M-Tabs | p.o. BID x 30 days | |
| Zoloft | 150mg | QAM x 30 days | |
| Depakote | 1000 mg | p.o. BID x 30 days | |
| Prilosec | 20 mg | p.o. QD x 30 days | |
| Cogentin | 2 mg | p.o. BID x 30 days | |

You will receive a ducat for a follow-up appointment with your outpatient primary care physician within 3-days. Contact medical staff if excessive pain, bleeding, temperature, persistent nausea or vomiting, or mental health problems occur. I have received and understand the above instructions:

Name (Signature): Tim O'Keefe    CDC #: T-18599    Nurse (Signature): S. Williams LVN    Date: 6/15/06

| INSTITUTION | PHYSICIAN | HOUSING | LAST NAME | FIRST | MI |
|---|---|---|---|---|---|
| Mule Creek State Prison | LIPON | 6 | O'KEEFE | Timothy | |

CDC #: T 18599

DOB: 9-16-55

DISCHARGE/TRANSFER/CONTINUED CARE INSTRUCTIONS (CTC / ER)

EOP level of care / 5 days observation TO BLDG # 6 - 137L

(Rev. 10-03)

# REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME (TYPE OR PRINT CLEARLY) | CDC NUMBER | INSTITUTION |
|---|---|---|
| O'Keefe | T 18599 | MCSP |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention: I/M stated "all CCCMS treatment, including IDTT, group therapy, any medication, and Individual sessions with a case manager. I/M stated "I am not immediately suicidal."

JUDGE KARLTON:
HOWEVER, THEY DID NOT WRITE THAT WHEN I GET MOVED TO ANOTHER BUILDING, I WILL BE LOOKING FOR PILLS, AND EVEN RIGHT NOW I HAVE HALF WAY BEEN TALKING ABOUT LOOKING FOR PILLS. IF I DON'T NEED EOP, THEN I DON'T NEED CCCMS.

| PATIENT SIGNATURE | DATE | PATIENT REFUSES TO SIGN | DATE |
|---|---|---|---|
| T. O'Keefe | 8/7/06 | ☐ | 8/7/06 |

| NAME OF WITNESS (PRINT/TYPE) | NAME OF WITNESS (PRINT/TYPE) |
|---|---|
| Katherine Powell, PhD | Immoos, Marilyn, Ph.D. |
| WITNESS SIGNATURE | DATE | WITNESS SIGNATURE | DATE |
| [signature] | 8/7/06 | M. Immoos, Ph.D. | 8/7/06 |

Completed at IDTT on 8/7/06

**REFUSAL OF EXAMINATION AND / OR TREATMENT**

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

O'Keefe, T
T 18599

CDC 7225 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS