08-13-06

90CV520 LKK
JFM

DEAR CLERK:

PLEASE, GET THIS TO JUDGE KARLTON. IF I AM MOVED TO ANOTHER BUILDING I WILL BE LOOKING FOR PILLS TO OVER DOSE ON. AND IT MAY TAKE A MONTH, TWO OR THREE TO FIND SOME, BUT WHEN I DO, I'M TAKING THEM.

THANK YOU.

SINCERELY,

TIMOTHY O'KEEFE

**FILED**

AUG 1 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK