PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**AMENDMENT TO PLAINTIFFS' EMERGENCY NOTICE OF DEFENDANTS' NON-COMPLIANCE WITH JULY 28, 2006 COURT ORDER AND REQUEST FOR AN ORDER TO SHOW CAUSE RE CONTEMPT** |

Based on information provided to plaintiffs' counsel today, we hereby request that the Court postpone any action on Plaintiffs' Emergency Notice of Defendants' Non-Compliance with July 28, 2006 Court Order and Request for an Order to Show Cause re Contempt, filed August 14, 2006, until further notice.

Plaintiffs' counsel has been provided with a copy of a letter dated August 16, 2006, addressed to the Chairpersons of Budget Committees and Appropriations Committees of the Legislature, by Director Michael Genest of the Department of Finance, that is a direct and unequivocal endorsement of the need for the CDCR positions and a request to the Legislature that they be funded and approved. We have also been informed that the Department of Finance, the CDCR and the Governor's Office are all working with the Legislature to address any questions or issues raised in the process in an effort to obtain approval.

Based on these representations by defendants, through their counsel and in Mr. Genest's August 14, 2006 letter, and for these reasons, we request that the Court postpone any further action on this matter. Plaintiffs' counsel will renotice the Court on an emergency or other basis in the event that further proceedings on this issue appear necessary.

Dated: August 16, 2006                    Respectfully submitted,

*/s/ Michael W. Bien*

Michael W. Bien
Rosen, Bien & Asaro
Attorneys for Plaintiffs