1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    Post Office Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205

9  Attorneys for Defendants
   48149286-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT ORDER OF JULY 28, 2006 RE: BUDGET CHANGE PROPOSAL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On July 28, 2006, this Court ordered Defendants to prepare and present to the special session of the Legislature, scheduled to occur in August 2006, a budget proposal for the allocation of no less than the 530.65 permanent and 21.2 limited term positions recommended by the Department of Finance's Unit Review in 2005, together with an allocation of sufficient funding to execute and complete a workload study in time to include its findings and recommendations in the FY 2007/08 budget.

/ / /

/ / /

DEFENDANTS' RESPONSE TO COURT ORDER OF 7/28/06 RE. BUDGET CHANGE PROPOSAL

1

1  Defendants respectfully submit that they have complied with this order, as evidenced
2  in the attached August 16, 2006 letter of Director Genest to the Chairpersons of the Budget
3  Committees and Appropriations Committees of the California State Legislature.  (See Exh. A.)
4  Dated:  August 17, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/ s / Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

CF1997CS0003
30154239.wpd

DEFENDANTS' RESPONSE TO COURT ORDER OF 7/28/06 RE. BUDGET CHANGE PROPOSAL
2