In Re: Coleman vs. Schwarzenegger #Civ-S-90-0520 LKK JFMP

Dear Honorable Senior Judge Karlton,
Amicable Greetings,

My name is Vencil Green C#61557 - I'm confined at Calif. State Prison Los Angeles County, Facility-C.

FILED
AUG 16 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY____

Sir, on July 26th 2004 - You signed a court order, in #CIV-S-90-0520-LKK-JFMP, Document #1598, ordering the Calif. Dept. of Corrections, within 90 days, from that date, to develop a plan to meet system wide-the needs for the Evalution- and treatment, of inmate's with the paraphilia, or sexual disorder, of exhibitionism, when it involves public exposure, and masturbation.

Judge Karlton, Calif. State Prison- L.A. County, is in violation of the aforementioned court order. As they have no treatment here for paraphilia disorders. other than solitary-punitive-confinement conducive to farther deterioration. Judge Karlton, I've been written up-close to 300 time's for indecent exposure. I'm diagnosed-Axis-I - Exhibitionism, yet CDC- refuses to treat me. I want help.
So I Appeal to you, to Legally enforce- Calif. State Prison-Los Angeles County- to comply - with your court order. For they've defied it - 2 year's, and 18 day's, to date.    Respectfully,
    Mr. Vencil Green - C#61557.