1  BILL LOCKYER
Attorney General of the State of California
2  JAMES M. HUMES
Chief Assistant Attorney General
3  FRANCES T. GRUNDER
Senior Assistant Attorney General
4  ROCHELLE C. EAST
Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6   1300 I Street, Suite 125
P.O. Box 944255
7   Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8  Fax: (916) 324-5205

9  Attorneys for Defendants
CF1997CS0003
10

11                    IN THE UNITED STATES DISTRICT COURT
12                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15  **RALPH COLEMAN, et al.,**                    CASE NO. CIV S-90-0520 LKK
                                                  JFM P
16                                Plaintiffs,
                                                  **STIPULATION AND**
17        v.                                      **[PROPOSED] ORDER RE:**
                                                  **DEADLINE FOR**
18  **ARNOLD SCHWARZENEGGER, et al.,**            **DEFENDANTS' SUBMISSION**
                                                  **OF PLAN TO ADDRESS**
19                                Defendants.      **SUICIDE TRENDS IN**
                                                  **ADMINISTRATIVE**
20                                                **SEGREGATION UNITS**

21                                    **I.**

22                              **INTRODUCTION**

23        On or about June 8, 2006, this Court ordered Defendants to develop a plan for dealing

24  with the escalating percentage of suicides occurring in administrative segregation units, with the

25  plan due on August 31, 2006.  The court order further stated that the plan shall include, as

26  appropriate, a budget and implementation schedule for any policy and procedure changes,

27  staffing or budget augmentation, and, if necessary, include a mechanism for obtaining mid-year

28  funding on or before September 30, 2006.

STIPULATION, [PROPOSED] ORDER RE. AD SEG PLAN

1    On July 14, 2006, the Special Master, certain court-appointed experts, the parties and

2 their experts met and discussed the issues surrounding suicides in administrative segregation

3 units.

4    Defendants work on this plan is underway.  However, additional time is necessary to

5 fully develop and finalize certain aspects of the plan.  Defendants understand Plaintiffs desire an

6 opportunity to review a draft of the plan before it is submitted to the Court.

7    **II.**

8    **STIPULATION**

9    The parties, by and through their counsels, hereby agree:

10    1.    The due date for the final plan addressing suicide trends in the administrative

11 segregation units may be extended from August 31, 2006 to October 2, 2006.

12    2.    The plan will still include, as appropriate, a budget and implementation schedule

13 for any policy and procedure changes, staffing or budget augmentation, and, if necessary, include

14 a mechanism for obtaining mid-year funding.   The date for obtaining mid-year funding will be

15 extended from on or before September 30, 2006 to October 2, 2006.

16    3.    Defendants agree to provide Plaintiffs' counsel and Special Master Keating a

17        copy

18 of the draft plan addressing suicide trends in the administrative segregation units on or before

19 September 5, 2006.

20    4.    Defendants agree to arrange a teleconference on or about September 12, 2006 or

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

STIPULATION, [PROPOSED] ORDER RE. AD SEG PLAN

2

1  another mutually convenient date with Plaintiffs' counsel, Plaintiffs' experts, Defendants'

2  experts, and Special Master Keating and his experts to discuss any comments to the draft plan.

3     Dated:  _8-17-06_          _Lisa Tillman_

4                               Lisa A. Tillman, Esq.
                                Deputy Attorney General
                                Attorney for Defendants

5     Dated:  _8/17/06_          _Michael W. Bien_

6                               Michael W. Bien, Esq.
                                Rosen, Bien & Asaro, LLP

7                               Attorney for Plaintiffs

8

9                          **[PROPOSED] ORDER**

10         This Court has reviewed the above stipulation of the parties concerning the extension

11  of the due date for Defendants' plan to address suicide trends in administrative segregation units.

12  The Court hereby approves the stipulation and so orders:

13         1.     The due date for the final plan addressing suicide trends in the administrative

14  segregation units may be extended from August 31, 2006 to October 2, 2006.

15         2.     The plan will still include, as appropriate, a budget and implementation schedule

16  for any policy and procedure changes, staffing or budget augmentation, and, if necessary, include

17  a mechanism for obtaining mid-year funding.  The date for obtaining mid-year funding will be

18  extended from on or before September 30, 2006 to October 2, 2006.

19         3.     Defendants will provide Plaintiffs' counsel and Special Master Keating a copy

20  of the draft plan addressing suicide trends in the administrative segregation units on or before

21  September 5, 2006.

22         4.     Defendants will arrange a teleconference on or about September 12, 2006 or

23  another mutually convenient date with Plaintiffs' counsel, Plaintiffs' experts, Defendants'

24  experts, and Special Master Keating and his experts to discuss any comments to the draft plan.

25     Dated:_____     By: _____

26                               HON. LAWRENCE K. KARLTON
                                United States District Court Judge

27  30154516.wpd

28

STIPULATION, [PROPOSED] ORDER RE. AD SEG PLAN