TIMOTHY O'KEEFE T-18599
M.C.S.P.         B-9-228L
P.O. BOX 409040
IONE, CA 95640

AUGUST 18, 2006

LAWRENCE K. KARLTON, SENIOR JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
501 I ST., #4-200
SACRAMENTO, CA 95814

**FILED**

AUG 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

2:90 CV520 LKK JFM PC

RE: COLEMAN v. SCHWARZENEGGER

DEAR JUDGE KARLTON:

I WAS JUST MOVED TO ANOTHER BUILDING ON WEDNESDAY, AUGUST 16, 2006. YESTERDAY, I MET WITH MY CCCMS CASE MANAGER AND AGAIN I TOLD HER THAT I NEED TO BE IN THE EOP LEVEL OF CARE, AND IF THIS WAS NOT TO BE, I WOULD REFUSE ALL TREATMENT. I SIGNED A REFUSAL OF EXAMINATION AND/OR TREATMENT WHICH I HAVE ENCLOSED A COPY OF. I TOLD MY CASE MANAGER, AND I WROTE ON THE REFUSAL I WAS ACTIVELY SEEKING NITROGLYCERIN PILLS FROM OTHER INMATES TO OVER DOSE ON, AND THEY DID NOTHING.

I AM GOING TO SAY THIS. I NEED TO BE EOP. AND, IF AND WHEN I FIND ENOUGH OF THESE PILLS OR ANY OTHER PILL SUCH AS COREG THAT I CAN OVER DOSE ON IT WILL HAPPEN, AND I WON'T TELL ANYONE HERE AT THE PRISON WHEN I HAVE ENOUGH OF THEM, OR WHEN I AM GOING TO DO IT. IF I WAS THE TYPE OF PERSON THAT WAS A CUTTER, I WOULD HAVE ALREADY SLICED MY NECK, BUT I AM A PILL TAKER.

IF YOU DO NOT INTERVENE, THEN I HAVE LOST ALL HOPE, BOTH FOR MYSELF, AND FOR THE SYSTEM. I ALSO WANT TO ADD, THAT I AM NOT THE ONLY INMATE THAT WAS EOP, ONLY TO BE MADE CCCMS VOICING AN OBJECTION TO THE DECISION. THIS IS HAPPENING TO OTHER INMATES AS WELL. THEY ALWAYS SAY IN MY CASE THAT I AM TO INTELLIGENT TO BE EOP. MY BROTHER HAS A MASTERS DEGREE, AND IS RETIRED FROM THE NAVY AS A PILOT, AND HE TAKES PSYCHIATRIC MEDICATION AND SEES A PSYCHIATRIST, SO WHAT DOES INTELLIGENCE HAVE TO DO WITH MENTAL ILLNESS, DEPRESSION, ANXIETY, POST TRAUMATIC STRESS DISORDER, AND SUICIDAL THINKING, IT DOESN'T.

PLEASE, I AM ASKING FOR YOUR INTERVENTION. AS I RECALL, BACK IN MAY OF THIS YEAR, I WAS EVALUATE BY THE COLEMAN DOCTORS WHO RECOMMENDED I BE CONSIDERED TO BE PUT BACK AT THE EOP LEVEL OF CARE. THE ONLY TIME THIS HAPPENED WAS AFTER JUNE 5, 2006 WHEN I TRIED TO CHOKE MYSELF OUT WITH THE HEM OF A T-SHIRT. NOW I AM RIGHT BACK TO CCCMS. THE PRISON LAW OFFICE DOES NOT SEEM OF MUCH HELP AS I WRITE THEM, AND ALL I GET BACK IS FORM LETTERS. PLEASE SEE THE ENCLOSED FORM LETTER. WHILE THEY ARE SENDING ME A FORM LETTER, ONE OF THESE DAYS I'LL BE OVER DOSING ON PILLS. **THANK YOU FOR YOUR TIME.**

SINCERELY,

*Tim O'Keefe*

TIMOTHY O'KEEFE

cc: PRISON LAW OFFICE

STATE OF CALIFORNIA  DEPARTMENT OF CORRECTIONS
CDC 7225 (1/92)

## REFUSAL OF EXAMINATION AND / OR TREATMENT

PATIENT'S NAME (TYPE OR PRINT CLEARLY): Timothy O'Keefe
CDC NUMBER: T-18599
INSTITUTION: Mule Creek State Prison

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications whatever that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused: CCCMS all treatment as CCCMS is not adequate treatment for my issues. I am severely depressed, anxious, and my post-traumatic stress disorder is really bothering me from being double-celled. Since my move to Building 9 yesterday I am actively looking for enough nitroglycerin pills from other inmates to overdose on. Building 9 is not a therapeutic environment. I'm not stable. I feel hopeless + helpless.

SIGNATURE OF PATIENT: [signed] O'Keefe
DATE: 08-17-06
☐ PATIENT REFUSES TO SIGN
DATE:

WITNESS

PRINT/TYPE NAME OF WITNESS: T. Renfro, Psy.D.
SIGNATURE OF WITNESS: J. Renfro, Psy.D.
DATE: 8/17/06

PRINT/TYPE NAME OF WITNESS: Stephen C[?]vere, Ph.D.
SIGNATURE OF WITNESS: [signed]
DATE: 8/17/06

DIST:
ORIG-FILE
COPY-INMATE

TIMOTHY O'KEEFE T-18599
M.C.S.P.        B-9-228L
P.O. BOX 409040
IONE, CA 95640

AUGUST 18, 2006

KEITH WATTLEY, ATTORNEY AT LAW
PRISON LAW OFFICE
GENERAL DELIVERY
SAN QUETIN, CA 94964-0001

RE: COLEMAN v. SCHWARZENEGGER

DEAR MR. WATTLEY:

WITHOUT WRITING A LONG LETTER, TO EXPLAIN WHAT IS GOING ON I AM GOING
TO ENCLOSE A COPY OF A LETTER I WROTE TO JUDGE KARLTON. ALL I AM GOING
TO SAY IS THAT; 1.) I AM LOOKING FOR ANY KIND OF PILL FROM OTHER
INMATES THAT I MIGHT BE ABLE TO OVER DOSE ON; 2.) WHO KNOWS IF AND WHEN
THIS WILL HAPPEN, OR IF I CAN EVEN FIND THE PILLS; 3.) IF I DO FIND
THEM, I WILL NOT TELL ANYONE; AND 4.) IF YOUR OFFICE OR JUDGE KARLTON
DOES NOT INTERVENE ON MY ISSUES, AND I FIND ENOUGH PILLS, IT WILL HAPPEN.

I NEED TO BE EOP, AND I NEED BACK TO THE EOP BUILDING. OTHERWISE I HAVE
LOST ALL HOPE, AND FEEL HELPLESS.

THANK YOU FOR YOUR TIME.

SINCERELY,

*[signature: Tim O'Keefe]*

TIMOTHY O'KEEFE

cc: JUDGE KARLTON

1.