Pete Cockcroft
H-86887 @ CSP-Sac/Fol A2-205
P.O. Box 290066
Represa, CA 95671-0066

August 23 2006

**FILED**

AUG 2 4 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

Dear Clerk of The Court,

Re: Placement of Pete Cockcroft's Name On The Official Service List in <u>Coleman v. Schwarzenegger</u>, No. CIV S 90-0520 LKK JFM P

Please place Pete Cockcroft's name on the official service list in this case. I am a Interested Party in this case and as such seek receipt of service of all filings ~~heretofore and~~ hereafter.

If the Court Clerk is unable to authorize this please so inform me so a Court Order by either the presiding District Judge and/or Magistrate Judge can be sought if this is the proper recourse.

Thank you very much for your attention to this request.

Sincerely yours,

*Pete Cockcroft*
Pete Cockcroft
H-86887 @ CSP-Sac/FA2-205
P.O. Box 290066
Represa, CA 95671-0066
    —Interested Party—