BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**STIPULATION AND ORDER RE: DEADLINE FOR DEFENDANTS' SUBMISSION OF PLAN TO ADDRESS SUICIDE TRENDS IN ADMINISTRATIVE SEGREGATION UNITS** |

## I.

## INTRODUCTION

On or about June 8, 2006, this Court ordered Defendants to develop a plan for dealing with the escalating percentage of suicides occurring in administrative segregation units, with the plan due on August 31, 2006. The court order further stated that the plan shall include, as appropriate, a budget and implementation schedule for any policy and procedure changes, staffing or budget augmentation, and, if necessary, include a mechanism for obtaining mid-year funding on or before September 30, 2006.

STIPULATION, ORDER RE. AD SEG PLAN

1

On July 14, 2006, the Special Master, certain court-appointed experts, the parties and their experts met and discussed the issues surrounding suicides in administrative segregation units.

Defendants work on this plan is underway. However, additional time is necessary to fully develop and finalize certain aspects of the plan. Defendants understand Plaintiffs desire an opportunity to review a draft of the plan before it is submitted to the Court.

## II.

## STIPULATION

The parties, by and through their counsels, hereby agree:

1. The due date for the final plan addressing suicide trends in the administrative segregation units may be extended from August 31, 2006 to October 2, 2006.

2. The plan will still include, as appropriate, a budget and implementation schedule for any policy and procedure changes, staffing or budget augmentation, and, if necessary, include a mechanism for obtaining mid-year funding. The date for obtaining mid-year funding will be extended from on or before September 30, 2006 to October 2, 2006.

3. Defendants agree to provide Plaintiffs' counsel and Special Master Keating a copy of the draft plan addressing suicide trends in the administrative segregation units on or before September 5, 2006.

4. Defendants agree to arrange a teleconference on or about September 12, 2006 or

//
//
//
//
//
//
//
//

STIPULATION, ORDER RE. AD SEG PLAN

another mutually convenient date with Plaintiffs' counsel, Plaintiffs' experts, Defendants' experts, and Special Master Keating and his experts to discuss any comments to the draft plan.

Dated: August 17, 2006         /s/ Lisa A. Tillman
                               Lisa A. Tillman, Esq.
                               Deputy Attorney General
                               Attorney for Defendants

Dated: August 17, 2006         /s/ Michael W. Bien
                               Michael W. Bien, Esq.
                               Rosen, Bien & Asaro, LLP
                               Attorney for Plaintiffs

## ORDER

This Court has reviewed the above stipulation of the parties concerning the extension of the due date for Defendants' plan to address suicide trends in administrative segregation units. The Court hereby approves the stipulation and so orders:

1. The due date for the final plan addressing suicide trends in the administrative segregation units may be extended from August 31, 2006 to October 2, 2006.

2. The plan will still include, as appropriate, a budget and implementation schedule for any policy and procedure changes, staffing or budget augmentation, and, if necessary, include a mechanism for obtaining mid-year funding. The date for obtaining mid-year funding will be extended from on or before September 30, 2006 to October 2, 2006.

3. Defendants will provide Plaintiffs' counsel and Special Master Keating a copy of the draft plan addressing suicide trends in the administrative segregation units on or before September 5, 2006.

4. Defendants will arrange a teleconference on or about September 12, 2006 or another mutually convenient date with Plaintiffs' counsel, Plaintiffs' experts, Defendants' experts, and Special Master Keating and his experts to discuss any comments to the draft plan.

Dated: September 8, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION, ORDER RE. AD SEG PLAN

3