EXHIBIT A

Mental Health Bed Need Study – 2006 Update

June 2006



# Consulting Services for California Department of Corrections

# Mental Health Bed Need Study – 2006 Update

June, 2006

John Misener – McManis Consulting

Mary Beth Thomas – Navigant Consulting

Mental Health Bed Need Study Update

1

# Assignment & Scope

The CDCR engaged Navigant Consulting to conduct an update of the forecasts for CDCR Mental Health programs that were initially prepared for the 2002 *Mental Health Bed Need Study* report. This was done as a follow-up to the Unmet Needs Assessment ("UNA") study that was conducted as a requirement for the *Coleman* matter. Internal efforts to incorporate and measure the ongoing impact of the issue of unmet needs had proved problematic.

As in 2002, John Misener of McManis Consulting was the lead author and forecaster for the materials in this report. Mr. Misener has extensive experience in evaluating patient bed needs for public and private entities. Assisting him from Navigant Consulting was Mary Beth Thomas, RN. She is an experienced management consultant with a clinical background in mental health care.

The Navigant team received clarification as to its charge from CDCR staff and their advisor, Robin Dezember early in the process. The following areas were discussed:

- Incorporate results of the UNA study
- Recalibrate 2002 model based on findings
- Change modeling principles should a better method be identified for a specific program.
- Identify opportunities for improvement
- Produce a validated mental health bed forecasting process
- Produce a validated mental health bed 5-year forecast
- Produce a clear description of the steps required to produce the forecast using the validated model: including an explanation of how the model works—its assumptions, variables and the data required to operate it.



# Phase II Status Report & Issues

- Population Update: "Spring 2006 Adult Population Projections" were received and added to the models replacing the Fall 2005 values.
- Waiting List Issue Update: Wait list data for the Salinas Valley Psychiatric Program ("SVPP") and California Medical Facility – Acute Psychiatric Program ("CMF-APP") was assembled and formatted for analysis by Sharon Riegel allowing more accurate estimates of demand at the two facilities.
- Missing data issue/update: Since the first draft, additional patient level data was obtained from HCCUP. New downloads of data were also obtained from Department of Mental Health ("DMH") immediately prior to this report. This new data also allowed the modeling of both the Acute program at CMF as well as the program at Atascadero State Hospital ("ASH") using the original "Discharge Rate/Average Length of Stay" method. Two models Method 1 (Discharge Rate/ALOS) and Method 2 (Census Rate) are presented for both Acute and Intermediate.
- The UNA database has been checked to ascertain whether the recently received CMF data has additional cases not seen in the DMH database used in the first version of the model.
- Administrative Update: John Misener conducted a interview with analyst Seija Virtanen-Blaylock of the Legislative Analyst's Office on April 26, 2006 to respond to questions regarding the general methodology applied in the 2002 Bed Need study.

# Data Issues - Recommendations

Recommendations:

- Health Care Placement Unit (“HCPU”) daily census should be logged on a periodic basis (weekly or monthly) into a database for each program. This data was available through mid-2003 but was discontinued, requiring staff to compile data from numerous Excel files and hard copies for ad hoc requests.
- DMH data should be consistently (monthly) entered into the ACCESS database.
- Enhanced Outpatient Program (“EOP”) forecasting depends on HCPU census data. A database should be developed for the planner that allows a patient level tracking of admissions and discharges to monitor lengths of stay. It was suggested that the data is not available to measure movement within the program. (i.e., a number of inmates “enter EOP and never leave”). With an EOP tracking database, such opinions could be tested.
- Periodic clinical audit similar to the UNA – possibly rotating a few prisons each year.



# Modeling the Impact of the Unmet Needs Assessment on the Mental Health Bed Needs Models

- This current bed need study contains a bias to include those inmates, identified as one of the 512 by the UNA teams, who did not receive acute or intermediate care by estimating their most likely utilization and location of care. It assumes that regardless of the comments and reasons added at a later date to their files, if there had been no barriers at the time of clinical evaluation, they likely would have used resources.
- Backlogs appeared to occur primarily at the CMF-APP and at SVPP. Therefore the proportion of UNA inmates who did not receive care was distributed to these two facilities in the proportion of CMF-APP/SVPP wait lists (11:89).
- For SVPP and CMF-APP, FY2005 and 2006 discharge and census rates/1,000 were calculated by adding estimated potential usage from the unserved UNA inmates and the wait list data to historical data. These “composite” rates were then used with rates from 2002-2004 to estimate future rates for the bed need forecast.



# Modeling using Census Rate vs. Discharge Rate Methods

## Discharge Rate/ALOS Method

- A population-based model ( rate x population = volume projection)
- Requires discharge data (usually available at the record level) from DMH or CADDIS.
- Rate calculation: Discharges for a period (e.g. year) per 1,000 population in that year.
- Average Length of Stay – total discharge days (i.e. sum of discharge date – admission date) / total discharges for a year.
- Calculations: (POP x Disch Rate/ 1000) x ALOS = patient days. Patient day projection / 365 = ADC. ADC/ occupancy standard (90% or 95%) = Bed need.
- Advantages: allows for more assumptions –
  - Increasing discharge rate may imply greater morbidity in the population. Steady discharge rate implies that incidence may have leveled off.
  - Average length of stay can be trended and modeled to increase/decrease or remain constant. ALOS effected by
    - Case management
    - New drugs/ technology reducing need for long stay

## Census Rate Method

- Also a population-based model ( rate x population = volume projection)
- This method requires periodic (daily, weekly, bi-monthly, etc) census counts by program from HCPU.
- Rate calculation: Average of periodic (daily/monthly) census for the year / population.
- Calculations: (POP x Census Rate/ 1000) = patient days. Patient day projection / 365 = ADC. ADC/ occupancy standard (90% or 95%) = Bed need.
- Advantages:
  - Simpler, easy to calculate
  - Can be run using data that is available more consistently



# UNA Case Disposition

UNA Case Disposition
Patton State, 10, 2%
SVPP, 70, 14%
DTP/IC, 20, 4%
CMF-APP, 153, 29%
Paroled/Deceased (3), 57, 11%
Clinical Improvement - Referral recinded, 42, 8%
Waitlist/ Other reason not referred, 95, 19%
ASH, 65, 13%

**Sources include the "DMH Database" from CDCR and CADDIS database from HCCUP. Initial program admissions following the UNA site visit are represented in the chart for those inmates using two or more programs after the initial referral. Records for inmates among the UNA study's 512 inmates who were not admitted to a program as of the end dates for these databases where grouped into general categories represented by the "blue" sections on the chart above. Overall 62% of the 512 were admitted to a DMH program.**

**(One inmate who was paroled and then admitted to Napa State Hospital is counted in the "Paroled" section but not counted in the "non-referred" group.)**



# UNA Distribution by Care Setting

## Distribution of UNA inmates by Disposition

| UNA | Transferred | Paroled | Not Transferred - Clinical Improvement | Not Tranferred - Waitlist/ Other reason | Total |
|---|---|---|---|---|---|
| Inmates | 319 | 56 | 42 | 95 | 512 |
| % of Total | 62% | 11% | 8% | 19% | 100% |

## Distribution of Transferred UNA inmates by Care Setting

| Facility | Disch | Patient Days (est) | ADC est. | ALOS | Percent Cases by Care Setting | Percent ADC by Care Setting |
|---|---|---|---|---|---|---|
| Atascadero (ICF) | 65 | 10,320 | 28 | 206 | 20% | 27% |
| CMF- APP | 153 | 16,488 | 45 | 49 | 48% | 43% |
| Day Treatment / ICF at CMF | 20 | 2,756 | 8 | 149 | 6% | 7% |
| Salinas Valley PP | 70 | 7,601 | 21 | 101 | 22% | 20% |
| Patton State Hosp | 10 | 1337 | 4 | 142 | 3% | 3% |
| Napa State Hosp | 1 | 63 | 0 | 202 | 0% | 0% |
| Total | 319 | 38,565 | 106 | 104 | 100% | 100% |

## Potential Distribution of UNA inmates who were not Transferred

| Facility | Percent by Care Setting | Potential Discharges | ALOS | Pt. Days | ADC | 2005 ADC @ 80% | 2006 ADC @ 20% | 2005 Disch @ 80% | 2006 Disch @ 20% |
|---|---|---|---|---|---|---|---|---|---|
| CMF- APP | 11% | 21 | 49 | 1,040 | 3 | 2 | 1 | 17 | 4 |
| Salinas Valley PP | 89% | 172 | 101 | 17,349 | 48 | 38 | 10 | 137 | 34 |
| Total | 100% | 193 | 95 | 18,389 | 50 | 40 | 11 | 154 | 39 |

***Available wait list data for 2005-2006 was roughly 89:11 for SVPP:CMF-APP. This ratio was also assumed for the UNA inmates who were not referred. Use by the other facilities (ASH, CMF-IC, and Patton) was considered negligible due to better access. The estimated census of untreated UNA inmates was spread between FY05 and FY06 using the actual UNA inmate patient day distribution over these periods.***



# Forecast Index

- Acute Psychiatric Inpatient - Males p.10-14
- Acute and Intermediate Inpatient – Females p.15
- Intermediate Psychiatric Inpatient – Males p. 16-20
- Mental Health Crisis Beds – Males p. 21-22
- Mental Health Crisis Beds – Females p. 23
- EOP – General Pop – Males p. 24
- EOP – Ad Seg – Males p. 25
- PSU (Psychiatric Services Unit) p. 26
- EOP – General Pop – Females p. 27
- EOP – Ad-Seg p. 28
- CCCMS – Males p. 29
- CCCMS – Females p. 30
- Summary of Program Capacity & Bed Need p. 31



# Acute Psychiatric Inpatient Bed Need – Male

## (Discharge Rate Method 1)

## Acute Inpatient Program at California Medical Facility (CMF) Bed Need Forecast – Discharge Rate Model

| Acute Psychiatric Program (CMF) | --- Actual --- | | | Estimates /a | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Discharges /1000 Males b/ | 6.96 | 4.92 | 6.74 | 7.00 | 7.62 | 7.73 | 7.82 | 7.88 | 7.91 | 7.91 |
| Discharges from databases | 1031 | 742 | 1031 | 1056 | 988 | | | | | |
| Dischs - UNA est. unserved c/ | - | - | | 17 | 4 | | | | | |
| Discharges "net UNA" on Waitlist (est) | | | | | 225 | | | | | |
| Total Discharge Est. & Forecast | | | | 1,073 | 1,217 | 1280 | 1331 | 1372 | 1399 | 1417 |
| ALOS d/ | 58.2 | 58.3 | 49.3 | 46.8 | 52.0 | 52 | 52 | 52 | 52 | 52 |
| PDs | 59,977 | 43,278 | 50,869 | 50,167 | 63,292 | 66,595 | 69,232 | 71,361 | 72,786 | 73,699 |
| Average Daily Census | 164 | 119 | 139 | 137 | 173 | 182 | 190 | 196 | 199 | 202 |
| Wait list @ 90th Percentile e/ | | | | | 32 | | | | | |
| Bed Need (90% Occ) | 183 | 132 | 155 | 153 | 193 | 203 | 211 | 217 | 222 | 224 |
| Discharge Rate Adj. Factor f/ | | | | | 1.9% | 1.5% | 1.1% | 0.8% | 0.4% | 0.0% |
| CDCR "Bed Projections.xls" | 163 | 156 | 150 | 179 | 259 | 316 | 380 | 451 | 527 | 531 |

a/ Revised DMH data was used. FY05 data was complete. FY06 annualized from 11 months.
b/ Discharge Rate includes potential discharges estimated for UNA inmates not transferred and wait list cases.
c/ Distribution of discharges during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006
d/ ALOS has fluctuated but with an overall drop from 2002-2006 of over 5 days. Assume constant at 2006 level (52.0)
e/ CMF-APP averaged 13.5 for FY06. No wait list reported prior to July 2005. Due to great variability by month the 90th percentile (32) was used instead of the average to help improve bed availability for monthly fluctuations.
f/ Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase of 9.5% between 2002 and 2006.

***The difference from the CDCR forecast is due in part to UNA assumptions and in part on the discharge rate adjustment factor calculation. Also, a fresh download of data by DMH was recently provided to CDCR that allowed accurate rates versus previous estimates. Utilization of UNA inmates who were transferred to a DMH program was identified from the historical databases. (i.e. a portion of the UNA inmates were identified in the CMF discharge data for the periods FY05 & FY06). The remainder "UNA est. unserved" was allocated based on the distribution of UNA inmates transferred to CMF-APP versus the Intermediate programs and wait list data. The discharge rate was ramped up based on the historical trend.***



# Acute Psychiatric Bed Need – Male
## (Method 1) Cont'd

Discharge Rate Trends - CMF-APP
9.0
8.0
7.0
6.0
5.0
4.0
3.0
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
6.96
4.92
6.74
7.00
7.62
7.73
7.82
7.88
7.91
7.91
Discharges /1,000 Males
Projected Discharges /1,000

The Discharge Rate for FY05 & FY06 was modeled higher to account for UNA inmates not transferred and for the wait list. A factor for continued growth in the Discharge Rate was made by taking the change between 2002 and 2006, then assuming that the average annual change would slow such that 2011 the rate is constant. This assumes increasing rates of acute psychiatric care usage in the male prison population.



# Wait List Trend at CMF- Acute Psychiatric Program

Wait List Census Trend at CMF-APP
Daily Wait List
45
40
35
30
25
20
15
10
5
0
7/12/2005
7/26/2005
8/9/2005
8/23/2005
9/6/2005
9/20/2005
10/4/2005
10/18/2005
11/1/2005
11/15/2005
11/29/2005
12/13/2005
12/27/2005
1/10/2006
1/24/2006
2/7/2006
2/21/2006
3/7/2006
3/21/2006
4/4/2006
4/18/2006
5/2/2006
5/16/2006
5/30/2006

Maximum Wait List = 40; 90th Percentile = 32; Median = 11

**Data on the CMF Wait List was available from July 2005. Spikes in the Wait List are clear from mid-November through January.**

Data source: Department of Mental Health Vacaville Psychiatric Program-Acute Program Daily Review submitted to CDCR.
No evidence of Waitlist prior to July 12, 2005

12

Mental Health Bed Need Study Update



# Acute Psychiatric Bed Need – Male
## (Census Rate Method 2)

## Acute Inpatient Program at California Medical Facility (CMF) Bed Need Forecast – Census Rate Model

| Acute Psychiatric Program (CMF) | --- Actual --- | | | Estimates /a | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Census Rate b/ | 0.92 | 0.94 | 0.89 | 0.85 | 1.07 | 1.10 | 1.13 | 1.14 | 1.15 | 1.15 |
| ADC from databases | 137 | 142 | 136 | 129 | 138 | | | | | |
| ADC - UNA est. unserved c/ | | | | 2 | 1 | | | | | |
| ADC "net UNA" on wait list d/ | | | | | 31 | | | | | |
| Total ADC Est. & Forecast | | | | 131 | 170 | 182 | 191 | 199 | 204 | 206 |
| Bed Need (90% Occ) | 152 | 157 | 151 | 146 | 189 | 202 | 213 | 221 | 226 | 229 |
| Census Rate Adj. Factor e/ | | | | | 3.9% | 3.1% | 2.3% | 1.5% | 0.8% | 0.0% |
| CDCR "Bed Projections.xls" | 163 | 156 | 150 | 179 | 259 | 316 | 380 | 451 | 527 | 531 |

a/ FY05 HCPU data was complete. FY06 based on July 2005-Feb 2006.

b/ Census rate includes potential census estimated for UNA inmates not transferred - and - includes Wait List estimate.

c/ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006

d/ CMF-APP averaged 13.5 for FY06. No wait list reported prior to July 2005. Due to great variablity by month the 90th percentile (32) was used instead of the average to help improve bed availablity for monthly fluctuations.

e/ Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase of 3.9% between 2002 and 2006.

***Difference in forecasts (CDCR and Navigant) due in part to UNA assumptions and in part on use rate ramp-up assumption. Also forecasts were revised with "repaired" DMH data. Some of the UNA utilization is in the base Census Rate (b/). The remainder "UNA est. unserved" was allocated based on the distribution of UNA inmates transferred to CMF-APP versus the Intermediate programs and wait list data. The census rate was ramped up based on the historical trend between 2002 and the composite rate calculated for 2006.***

# Acute Psychiatric Bed Need – Male
## (Method 2) Cont'd

The Census Rate was increased for UNA inmates and for the Wait list estimate in FY05 and FY06. A factor for continued growth in the Census Rate was made by taking the change between 2002 and 2006, then assuming that the average annual change would slow such that 2011 the rate is constant. This assumes increasing rates of acute psychiatric care usage in the male prison population.

# Acute & Intermediate Bed Need – Women

## Patton State Hospital Acute and Intermediate Programs

| Acute & Intermediate - Females | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | **2007** | **2008** | **2009** | **2010** | **2011** |
| Female CDC Population | 9,826 | 10,080 | 10,641 | 10,856 | 11,720 | 12,184 | 12,639 | 13,270 | 13,803 | 14,085 |
| Discharges /1000 Females b/ | 10.0 | 7.4 | 7.3 | 8.8 | 6.1 | 7.4 | 7.4 | 7.4 | 7.4 | 7.4 |
| Discharges | 98 | 75 | 78 | 96 | 71 | 90 | 94 | 98 | 102 | 104 |
| ALOS | 94 | 117 | 79 | 123 | 124 | 124 | 124 | 124 | 124 | 124 |
| ADC | 25 | 24 | 17 | 32 | 24 | 31 | 32 | 33 | 35 | 35 |
| Bed Need @ 90% Occ | 28 | 27 | 19 | 36 | 27 | **34** | **35** | **37** | **39** | **39** |

a/ FY06 discharge rate annualized from 11 months

b/ Discharge rate adjustment factor not used due to drop in rate. However, assumed an average discharge rate from latest 3 year period.

***Forecast assumes a constant discharge rate because historical data show a generally decreasing trend. However the future constant rate was estimated by the average for the period 2003-2006. Volumes were limited to PC2684** (CDC inmates referred to DMH for treatment).*

Source: DMH database 2006.xls

# Intermediate Psychiatric Bed Need – Male
## (Discharge Rate – Method 1)

| CMF - ICF | --- Actual --- | | | | Estimate | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Bed Need (90% Occ) | 41 | 41 | 40 | 46 | 65 | 68 | 70 | 71 | 72 | 73 |

| CMF - DTP | --- Actual --- | | | | Estimate | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Bed Need (90% Occ) | 46 | 47 | 45 | 43 | 45 | 47 | 48 | 50 | 50 | 51 |

| SVPP | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Discharges /1000 Males b/ | | | 0.44 | 1.87 | 2.97 | 3.41 | 3.79 | 4.07 | 4.22 | 4.22 |
| Discharges from databases | | | 67 | 138 | 118 | | | | | |
| Dischs - UNA est. unserved c/ | | | | 137 | 34 | | | | | |
| Discharges "net UNA" on Waitlist (est) | - | - | | 11 | 322 | | | | | |
| Total Discharge Est. & Forecast | | | 67 | 286 | 475 | 565 | 645 | 709 | 747 | 757 |
| ALOS d/ | | | 102 | 141 | 115 | 115 | 115 | 115 | 115 | 115 |
| PDs | | | 6,840 | 40,470 | 54,400 | 64,743 | 73,948 | 81,256 | 85,626 | 86,700 |
| Average Daily Census (disch days) | | | 19 | 111 | 149 | 177 | 203 | 223 | 235 | 238 |
| Wait list Average Census | | | | 41 | 112 | | | | | |
| Bed Need (90% Occ) | | | | | 166 | 197 | 225 | 247 | 261 | 264 |
| Discharge Rate Adj. Factor e/ | | | | | | 0.15 | 0.11 | 0.07 | 0.04 | - |

| ASH | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Discharges /1000 Males b/ | 1.15 | 1.27 | 1.01 | 1.13 | 1.39 | 1.44 | 1.49 | 1.52 | 1.54 | 1.54 |
| Discharges | 170 | 192 | 154 | 174 | 221 | 239 | 253 | 265 | 272 | 275 |
| ALOS d/ | 261 | 268 | 272 | 186 | 208 | 208 | 208 | 208 | 208 | 208 |
| PDs | 44,305 | 51,537 | 41,950 | 32,344 | 46,172 | 49,849 | 52,840 | 55,181 | 56,654 | 57,365 |
| Average Daily Census (Disch days) | 121 | 141 | 115 | 89 | 126 | 137 | 145 | 151 | 155 | 157 |
| Bed Need (90% Occ) | 135 | 157 | 128 | 98 | 141 | 152 | 161 | 168 | 172 | 175 |
| Discharge Rate Adj. Factor e/ | | | | | 5.2% | 4.2% | 3.1% | 2.1% | 1.0% | 0.0% |

| All Intermediate - Combined | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| ADC | 200 | 220 | 210 | 279 | 375 | 417 | 454 | 482 | 500 | 507 |
| Bed Need (90% Occ) | 222 | 245 | 233 | 310 | 417 | 464 | 504 | 536 | 556 | 563 |
| CDCR "Bed Projections.xls" | 257 | 244 | 237 | 221 | 535 | 548 | 574 | 605 | 626 | 641 |

a/ FY06 discharges & rate annualized from 11 months data.
b/ Discharge Rates include potential discharges estimated for UNA inmates not transferred and for CMF-APP & SVPP wait list average for 2005 & 2006.
c/ Distribution of cases during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006
d/ ALOS assumed constant
e/ Assumes that rates will continue to increase at a decelerating rate to 2011. ASH based on an average between 2002-2006.SVPP based on overall Intermediate census trend.

***CMF-IC and CMF-DTP breakouts are not available at the discharge level from DMH. The "census method" results are shown in the chart above. The difference in this and the CDCR forecast is due in part to UNA assumptions and in part on the discharge rate ramp-up assumptions. The majority of UNA utilization is in the base discharge rates. The remainder "UNA est. unserved" was allocated to SVPP because of the apparent lack of wait lists at the other facilities. The discharge rate for SVPP was modeled to increase based on the overall annual rate of Intermediate care between 2002 -2006. This is due to SVPP's status as a relatively new program.***

# Intermediate Psychiatric Bed Need – Male

## (Census Rate Method 2)

| CMF - ICF | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Census Rate b/ | 0.25 | 0.24 | 0.23 | 0.27 | 0.37 | 0.37 | 0.37 | 0.37 | 0.37 | 0.37 |
| ADC (HCPU data) | 37 | 37 | 36 | 41 | 59 | 61 | 63 | 64 | 65 | 66 |
| Bed Need (90% Occ) | 41 | 41 | 40 | 46 | 65 | 68 | 70 | 71 | 72 | 73 |

| CMF - DTP | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Census Rate b/ | 0.28 | 0.28 | 0.27 | 0.25 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 | 0.26 |
| ADC | 42 | 42 | 41 | 39 | 41 | 42 | 44 | 45 | 45 | 46 |
| Bed Need (90% Occ) | 46 | 47 | 45 | 43 | 45 | 47 | 48 | 50 | 50 | 51 |

| SVPP | --- Actual --- | | | Estimates /a | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Census Rate b/ | - | - | 0.35 | 0.60 | 1.00 | 1.11 | 1.19 | 1.26 | 1.29 | 1.29 |
| ADC (from HCPU database) | | | 43 | 51 | 48 | | | | | |
| ADC - UNA est. unserved c/ | | | | 38 | 10 | | | | | |
| ADC on Waitlist ("net" UNA) | | | 11 | 3 | 102 | | | | | |
| Total ADC Est. & Forecast | | | 54 | 92 | 160 | 183 | 203 | 219 | 228 | 231 |
| Bed Need (90% Occ) | | | 60 | 102 | 178 | 204 | 226 | 243 | 254 | 257 |

| ASH | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Census Rate b/ | 1.01 | 0.88 | 0.65 | 0.76 | 0.73 | 0.76 | 0.76 | 0.76 | 0.76 | 0.76 |
| ADC (HCPU data) | 150 | 132 | 100 | 117 | 116 | 126 | 129 | 132 | 135 | 136 |
| Bed Need (90% Occ) | 167 | 147 | 111 | 130 | 129 | 140 | 144 | 147 | 150 | 151 |

| All Intermediate - Combined | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| ADC | 228 | 211 | 231 | 288 | 376 | 413 | 439 | 460 | 473 | 479 |
| Bed Need (90% Occ) | 254 | 234 | 256 | 320 | 418 | 458 | 488 | 511 | 526 | 533 |
| | | | | | | | | | | |
| CDCR "Bed Projections.xls" | 257 | 244 | 237 | 221 | 535 | 548 | 574 | 605 | 626 | 641 |

a/ HCPU census data incl. annualized 2006 from 8 mo.through 2.23.06.
b/ Census rate for 2005 and 2006 includes potential census estimated for UNA inmates not transferred and for SVPP the wait list allocation..SVPP census rate was projected to increase at a decreasing rate until 2011 when it becomes constant. The other Intermediate programs were forecast using a constant census rates.
c/ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006

***Difference in forecasts due in part to UNA assumptions and in part on use rate ramp-up assumptions. The majority of UNA utilization is in the base census rates. The remainder "UNA est. unserved" was allocated to SVPP because of the apparent lack of wait lists at the other facilities. In general, a constant census rate was assumed for CMF-IC CMF DTP and for ASH at the 2005 or 2006 level (whichever was higher) as there was no clear increasing trend exclusive of UNA (already added to the rates shown above). The census rate however for SVPP was modeled to increase based on the overall annual rate of Intermediate care between 2002 -2006 (assuming a slowdown to a constant level by 2011).***



# Intermediate Male Psychiatric Discharge Rate Trends & Projections – ASH and SVPP

ASH Discharge Rate Trend and Forecast
1.80
1.60
1.40
1.20
1.00
0.80
0.60
0.40
0.20
-
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
1.15
1.27
1.01
1.13
1.39
1.44
1.49
1.52
1.54
1.54
Discharges /1,000 Males
Projected Discharges /1,000
SVPP Discharge Rate Trend & Projection
4.50
4.00
3.50
3.00
2.50
2.00
1.50
1.00
0.50
-
2004
2005
2006
2007
2008
2009
2010
2011
0.44
1.87
2.97
3.41
3.79
4.07
4.22
4.22
Discharges/1000
Projected Discharge Rate/1,000

Mental Health Bed Need Study Update

18

# Intermediate Psychiatric Bed Need - Male

SVPP Wait List Trend
140
120
100
80
60
40
20
0
Aug-03
Sep-03
Oct-03
Nov-03
Dec-03
Jan-04
Feb-04
Mar-04
Apr-04
May-04
Jun-04
Jul-04
Aug-04
Sep-04
Oct-04
Nov-04
Dec-04
Jan-05
Feb-05
Mar-05
Apr-05
May-05
Jun-05
Jul-05
Aug-05
Sep-05
Oct-05
Nov-05
Dec-05
Jan-06
Feb-06
Mar-06
Apr-06
Waitlist

Mental Health Bed Need Study Update

19

# Census Rate Trend at SVPP

SVPP Census Rate Trend & Projection
1.40
1.20
1.00
0.80
0.60
0.40
0.20
-
2004
2005
2006
2007
2008
2009
2010
2011
0.35
0.60
1.00
1.11
1.19
1.24
1.27
1.27
Census Rate
Projected Census Rate/1,000

***The new and expanding facility at Salinas Valley appears to have taken up the burden of the growth in demand for intermediate level care. As a newer facility it is serving previously unmet need but the census rate would be expected to level off.***

Mental Health Bed Need Study Update

20

# Mental Health Crisis Bed Need – Male: 2 Methods

| MHCB - Males | --- Actual --- | | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2002 | 2003 | 2004 | 2005 | 2006 | **2007** | **2008** | **2009** | **2010** | **2011** |
| Population (Spring 05) | **148,153** | **150,851** | **152,859** | **153,323** | **159,728** | **165,554** | **170,172** | **174,084** | **176,890** | **179,110** |
| Disch Rate a/ | 51.10 | 52.11 | 56.35 | 51.92 | 54.13 | 54.13 | 54.13 | 54.13 | 54.13 | 54.13 |
| Discharges | 7570 | 7861 | 8613 | 7960 | 8,646 | 8,962 | 9,212 | 9,423 | 9,575 | 9,695 |
| ALOS b/ | 8.0 | 7.6 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 | 7.2 |
| Disch Days | 60,402 | 59,618 | 61,854 | 57,424 | 62,375 | 64,650 | 66,453 | 67,981 | 69,077 | 69,944 |
| ADC | 165 | 163 | 169 | 157 | 171 | 177 | 182 | 186 | 189 | 192 |
| Wait List Census | | | | 53 | 50 | 50 | 50 | 50 | 50 | 50 |
| Total ADC | 165 | 163 | 169 | 210 | 221 | 227 | 232 | 236 | 239 | 242 |
| **Bed Need (90% Occ)** | 184 | 181 | 188 | 234 | **245** | **252** | **258** | **262** | **266** | **268** |

a/ Discharges per 1000 dropped in 2005 - assumed average of 2004 and 2005 as a constant going forward.
b/ Assume steady ALOS of 7.21 going forward

**Method 2 - Census Rate**

| MHCB - Males | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2002 | 2003 | 2004 | 2005 | 2006 | **2007** | **2008** | **2009** | **2010** | **2011** |
| Population (Spring 05) | **148,153** | **150,851** | **152,859** | **153,323** | **159,728** | **165,554** | **170,172** | **174,084** | **176,890** | **179,110** |
| Census Rate b/ | 1.11 | 1.16 | 1.13 | 1.38 | 1.28 | 1.33 | 1.33 | 1.33 | 1.33 | 1.33 |
| ADC | 165 | 174 | 173 | 212 | 205 | 220 | 226 | 232 | 235 | 238 |
| **Bed Need (90% Occ)** | 183 | 194 | 192 | 235 | **227** | **245** | **252** | **257** | **261** | **265** |

a/ Based on average of 8 months through 2/23/06
b/ Assumed an average of 2005 & 2006 rates due to a fluctuating census rate. Rate adjustment factor not used due to rate drops.

**Census data breakdown**

| | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| ADC - MHCB (Male) | 134 | 142 | 165 | 151 | 147 |
| Wait List | | | | 53 | 50 |
| CMC est | 22 | 25 | | | |
| SQ est | 8 | 7 | 7 | 7 | 7 |
| Totals | 165 | 174 | 173 | 212 | 205 |

***Method 1 uses the "Discharge and ALOS" type model, as data appeared complete, and comparable to the HCPU census averages. Despite the drop in the discharge rate in FY05, the discharge rate and ALOS were assumed to remain constant at the average of FY04 & FY05 throughout the forecast period. Method 2 uses the "census rate" approach. Despite a drop in the census rate in FY06, an average rate from period FY05-FY06 was used in the forecast years.***

# Mental Health Crisis Bed Need – Male: 2 Methods

## Model I Discharge Rate Trends

Discharge Rate Trends - MHCB Males
60.0
55.0
50.0
45.0
40.0
35.0
30.0
25.0
20.0
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
51.10
52.11
56.35
51.92
54.13
Discharges /1,000 Males
Projected Discharges /1,000

## Model 2 Census Rate Trends

Census Rate Trends - MHCB Males
2.0
1.8
1.6
1.4
1.2
1.0
0.8
0.6
0.4
0.2
-
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
1.11
1.16
1.13
1.38
1.28
1.33
Census /1,000 Males
Projected Census /1,000

Mental Health Bed Need Study Update

22

# Mental Health Crisis Bed Need – Female (Discharge Rate Method)

| MHCB - Females | --- Actual | --- | | Estimate a/ | --- Forecast | --- | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | **2007** | **2008** | **2009** | **2010** | **2011** |
| Population (Spring 06) - Female | 10,080 | 10,641 | 10,856 | 11,720 | 12,184 | 12,639 | 13,270 | 13,803 | 14,085 |
| Disch Rate | 68.15 | 72.46 | 71.85 | 84.23 | 89.53 | 93.75 | 96.70 | 98.22 | 98.22 |
| Discharges b/ | 687 | 771 | 780 | 987 | 1,091 | 1,185 | 1,283 | 1,356 | 1,383 |
| ALOS c/ | 4.1 | 3.9 | 4.1 | 5.3 | 5.3 | 5.3 | 5.3 | 5.3 | 5.3 |
| Disch Days | 2,820 | 2,986 | 3,229 | 5,199 | 5,745 | 6,240 | 6,758 | 7,140 | 7,286 |
| Total ADC | 8 | 8 | 9 | 14 | 16 | 17 | 19 | 20 | 20 |
| Bed Need (90% Occ) | 9 | 9 | 10 | 16 | **17** | **19** | **21** | **22** | **22** |
| Discharge Rate Adj. Factor | | | | 7.9% | 6.3% | 4.7% | 3.1% | 1.6% | 0.0% |

a/ Annualized using FY06 data through 2/7/06
b/ Includes CCWF and CIW's unit which serves as a crisis unit
c/ Fluctuating ALOS - assume constant at the highest 2006 level
d/ Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase between 2003 and 2006

***Forecast uses a discharge rate adjustment because historical data show an increasing trend since 2003. The model uses HCCUP data for CCWF and for CIW's – OHU with Psych admissions.***

***CCWF currently is the only prison with women's MHCB however the OHU at CIW appears to serve a closely related function as the CIW MHCB is still in the planning stages.***

***(Original Census Rate method was not revised since HCPU does not collect the OHU data with detail on psych).***

# EOP General Population Bed Need - Male

| EOP-GP Need - Males | --- Actual | --- | | | --- Forecast | --- | | | |
|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | **2007** | **2008** | **2009** | **2010** | **2011** |
| **Male CDC Population** | **150,851** | **152,859** | **153,323** | **159,728** | **165,554** | **170,172** | **174,084** | **176,890** | **179,110** |
| **Census /1000 males** | **18.12** | **18.31** | **18.93** | **20.39** | 21.07 | 21.60 | 21.96 | 22.14 | 22.14 |
| **Avg census a/** | 2,733 | 2,798 | 2,902 | 3,257 | 3,488 | 3,676 | 3,823 | 3,917 | 3,966 |
| **Bed Need @ 95% Occ** | **2,877** | **2,946** | **3,055** | **3,428** | **3,672** | **3,869** | **4,024** | **4,123** | **4,175** |
| **Census Rate Adjustment factor b/** | | | | 4.2% | 3.3% | 2.5% | 1.7% | 0.8% | 0.0% |
| **Level IV census as % of total c/** | 35.7% | 33.8% | 33.9% | 32.6% | 32.6% | 32.6% | 32.6% | 32.6% | 32.6% |
| **Level III Bed Need (95%)** | 1,849 | 1,950 | 2,020 | 2,312 | 2,476 | 2,609 | 2,714 | 2,781 | 2,816 |
| **Level IV Bed Need (95%)** | 1,028 | 995 | 1,034 | 1,116 | 1,196 | 1,260 | 1,310 | 1,343 | 1,359 |
| **Total III + IV** | 2,877 | 2,946 | 3,055 | 3,428 | **3,672** | **3,869** | **4,024** | **4,123** | **4,175** |
| CDCR "Bed Projections.xls" | 2,732 | 2,800 | 2,899 | 3,398 | 3,723 | 3,996 | 4,206 | 4,328 | 4,367 |

**a/** Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month

**b/** Assumes that rates will continue to increase but at a decelerating rate to 2011. Based on an increase of 12.5 between 2003 and 2006.

**c/** Ratio of Level IV/ Total (calculated from endorsed EOP data has changed from 34.1% (2002); 35.7% (2003), 33.8% (2004), 33.9% (2005) to 32.6% (2006 est). Assume constant at FY06 level.

***The forecast uses a census rate adjustment because historical data show an increasing trend. Ratio of Level IV to Total EOP has dropped somewhat in last 3 years. CDCR historical and forecasted levels are somewhat higher.***

## Census Rate Trend/Forecast

# EOP Ad-Seg Bed Need - Male

| Ad-Seg EOP Need - Males | --- Actual --- | | | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2003 | 2004 | 2005 | 2006 | **2007** | **2008** | **2009** | **2010** | **2011** |
| **Male CDC Population** | **150,851** | **152,859** | **153,323** | **159,728** | **165,554** | **170,172** | **174,084** | **176,890** | **179,110** |
| **Census /1000 males** | 2.55 | 2.75 | 2.59 | 3.10 | 3.28 | 3.43 | 3.53 | 3.58 | 3.58 |
| **Avg census a/** | 385 | 420 | 398 | 496 | 544 | 583 | 614 | 633 | 641 |
| **Bed Need @ 95% Occ** | **405** | **443** | **419** | **522** | **572** | **614** | **646** | **666** | **675** |
| Census Rate Adjustment factor b/ | | | | 7.3% | 5.8% | 4.4% | 2.9% | 1.5% | 0.0% |
| | | | | | | | | | |
| **CDCR from "Bed Projections.xls"** | **401** | **441** | **421** | **474** | **501** | **522** | **538** | **549** | **555** |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month

b/ Assumes that rates will continue to increase but at a decelerating rate to 2011. Based on an increase of 22% (avg. 6.6%/yr) between FY2003 and 2006.

***The forecast uses a census rate adjustment because historical data show an increasing trend. CDCR historical and forecasted levels are lower than this model due to differences in calculation of the adjustment factor.***

## *Census Rate Trend/Forecast*




# Psychiatric Services Unit (PSU) for Men - Bed Need

| PSU for Males | --- Actual | --- | | | Estimate a/ | --- Forecast | --- | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2002 | 2003 | 2004 | 2005 | 2006 | **2007** | **2008** | **2009** | **2010** | **2011** |
| **Male Level IV Population** | **25,610** | **26,185** | **26,785** | **25,975** | **27,270** | **28,430** | **29,545** | **30,585** | **31,560** | **32,475** |
| **Census /1000 males** | 9.01 | 10.21 | 9.91 | 11.25 | 10.70 | 11.10 | 11.41 | 11.63 | 11.74 | 11.74 |
| **Avg census** | 231 | 267 | 265 | 292 | 292 | 316 | 337 | 356 | 370 | 381 |
| **Bed Need @ 95% Occ** | 243 | 281 | 279 | 308 | **307** | **332** | **355** | **374** | **390** | **401** |
| **Census Rate Adjustment factor b/** | | | | | 4.7% | 3.7% | 2.8% | 1.9% | 0.9% | 0.0% |
| CDCR from "Bed Projections.xls" | 246 | 255 | 253 | 246 | 268 | 316 | 337 | 354 | 366 | 375 |

a/ based on 6 months FY06

b/ This adjustment takes the historical change in rate/1000 for 4 years (18.7%), and assumes, that since it is a positive increase, that it will increase each year at a decreasing rate such that by 2011 it is static

***Forecast uses a census rate adjustment because historical data show an increasing trend. The draft model uses HCPU data which includes waiting list data. CDCR historical and forecasted levels are somewhat lower.***

Source: HCPU – "2006-PSU.xls"

# EOP General Population Bed Need - Female

| EOP-GP Need - Females | --- Actual --- | | | | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | **2007** | **2008** | **2009** | **2010** | **2011** |
| Population (Spring 06) - Female | 9,826 | 10,080 | 10,641 | 10,856 | 11,720 | 12,184 | 12,639 | 13,270 | 13,803 | 14,085 |
| Census /1000 Females | 12.62 | 12.37 | 13.28 | 14.99 | 15.67 | 16.43 | 17.03 | 17.44 | 17.65 | 17.65 |
| Avg census a/ | 124 | 125 | 141 | 163 | 184 | 200 | 215 | 231 | 244 | 249 |
| Bed Need @ 95% Occ | 131 | 131 | 149 | 171 | 193 | **211** | **227** | **244** | **256** | **262** |
| Census Rate Adjustment factor b/ | | | | | 6.0% | 4.8% | 3.6% | 2.4% | 1.2% | 0.0% |
| CDCR from "Bed Projections.xls" | 131 | 132 | 147 | 166 | 185 | 209 | 221 | 233 | 241 | 245 |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Includes EOPs in RC's

b/ Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase of 24% between 2002 and 2006

***Historical data show an increasing trend. Both this forecast and CDCR's use an increasing census rate adjustment factor. Both forecasts indicate a future deficit from the current 180 beds.***

Source: female-eop-2006.xls

# EOP Ad-Seg Bed Need - Female

| EOP-AdSeg Need - Females | --- Actual --- | | | | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | **2007** | **2008** | **2009** | **2010** | **2011** |
| Female CDC Population | 9,826 | 10,080 | 10,641 | 10,856 | 11,720 | 12,184 | 12,639 | 13,270 | 13,803 | 14,085 |
| Census /1000 Females | 1.42 | 0.64 | 0.91 | 1.28 | 1.44 | 1.45 | 1.45 | 1.46 | 1.46 | 1.46 |
| Avg census a/ | 14 | 7 | 10 | 14 | 17 | 17.61 | 18.36 | 19.34 | 20.15 | 20.56 |
| Bed Need @ 95% Occ | 15 | 7 | 10 | 15 | 18 | **19** | **19** | **20** | **21** | **22** |
| Census Rate Adjustment factor b/ | | | | | 0.8% | 0.6% | 0.5% | 0.3% | 0.2% | 0.0% |
| | | | | | | | | | | |
| CDCR from "Bed Projections.xls" | 15 | 7 | 11 | 15 | 16 | 16 | 17 | 18 | 18 | 18 |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Includes EOPs in RC's

b/ Assumes that rates will continue to increase at a decelerating rate to 2011. Based on an increase of 0.8% between 2002 and 2006

***Forecast uses a census rate adjustment because historical data show a slightly increasing trend. Because of the unusual drop in 2003, future forecasts should monitor census rates closely for changing trends.***

Census Rate Trend/Forecast
1.60
1.40
1.20
1.00
0.80
0.60
0.40
0.20
-
1.42
0.64
0.91
1.28
1.44
1.45
1.45
1.46
1.46
1.46
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
Census /1000 Females
Projected Census/1,000



# CCCMS - Male

| CCCMS - Males | --- Actual --- | | | | | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Male Population (Spring 05) | 150,785 | 148,153 | 150,851 | 152,859 | 153,323 | 159,728 | 165,554 | 170,172 | 174,084 | 176,890 | 179,110 |
| Male Rate/1,000 a/ | 111 | 116 | 126 | 136 | 145 | 148 | 157 | 166 | 172 | 177 | 179 |
| CCCMS Census & Forecast | 16,724 | 17,119 | 18,712 | 20,501 | 22,070 | 23,575 | 26,075 | 28,224 | 30,022 | 31,316 | 32,129 |
| Census Rate Adj. Factor b/ | | | | | | 6.6% | 5.3% | 4.0% | 2.7% | 1.3% | 0.0% |
| CDCR from "Bed Projections.xls" | 16,486 | 16,914 | 18,724 | 20,468 | 22,042 | 23,469 | 24,410 | 25,191 | 25,799 | 26,206 | 26,443 |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2011. Based on an increase of 33% and an average annual increase of 6.6% between 2001 and 2006.

***Historical data show an increasing trend. Both this forecast and CDCR's use an increasing census rate adjustment factor. CCCMS forecast is 21% higher than CDCR's.***

# CCCMS - Female

| CCCMS - Females | --- Actual --- | | | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| Population (Spring 06) - Female | 10,712 | 9,826 | 10,080 | 10,641 | 10,856 | 11,720 | 12,184 | 12,639 | 13,270 | 13,803 | 14,085 |
| Female Rate/1,000 a/ | 197 | 223 | 230 | 210 | 210 | 221 | 225 | 228 | 231 | 232 | 232 |
| CCCMS Census & Forecast | 2,105 | 2,194 | 2,322 | 2,237 | 2,283 | **2,587** | **2,742** | **2,887** | **3,061** | **3,199** | **3,265** |
| Census Rate Adj. Factor a/ | | | | | | 2.5% | 2.0% | 1.5% | 1.0% | 0.5% | 0.0% |
| **CDCR from "Bed Projections.xls** | 2,099 | 2,110 | 2,323 | 2,237 | 2,315 | 2,553 | 2,671 | 2,760 | 2,873 | 2,961 | 3,003 |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2011. Based on an increase of 12% between 2001 and 2006.

*CCCMS - Females (HCPU)*

***Historical data show an increasing trend. Both this forecast and CDCR's use an increasing census rate adjustment factor. CCCMS forecast is somewhat higher than CDCR's.***

# Abbreviations used in report

- AdSeg – Administrative segregation unit
- ALOS – Average Length of Stay
- ASH - Atascadero State Hospital
- CADDIS - Census And Discharge Data Information System
- CCCMS - Correctional Clinical Case Management System
- CCWF – California Correctional Women's Facility
- CDCR – California Department of Corrections and Rehabilitation
- CIW – California Institute for Women
- CMF-APP - California Medical Facility – Acute Psychiatric Program
- CMF-ATP - California Medical Facility – Day Treatment Program
- CMF-IC - California Medical Facility – Intermediate Care Program
- DMH - Department of Mental Health
- GP – General Population
- HCCUP – Health Care Cost and Utilization Program
- HCPU - Health Care Placement Unit
- MHCB – Mental Health Crisis Beds
- OHU – Outpatient Housing Unit
- PSU – Psychiatric Services Unit
- SVPP - Salinas Valley Psychiatric Program
- UNA – Unmet Needs Assessment