EXHIBIT B

Design and Build Process: An Overview

Undated

Enclosure II

# Design and Build Process
# An Overview

**Design-Bid-Build:**
Historically, the California Department of Corrections and Rehabilitation (CDCR) has used the traditional Design-Bid-Build (DBB) to construct projects. Traditional DBB is the most widely used method of project delivery system for public projects. Under DBB the state hires a design professional (typically an architect) to create documents from which general contractors will bid. The contractor selected to build the project is the responsible bidder who submits the lowest bid.



Design-Bid-Build
Typical Reationships

The mental health projects will require design, construction management, inspection, and environmental services. These services are procured under Government Code Section 4525, et. seq. The selection process is based upon qualifications and not on price. The selection process typically takes six months to complete since you prepare a Request for Proposal, advertise, review submitted proposals, interview top firms, and finally negotiate a scope of work and a contract. For these projects we have already selected an environmental services firm, will select design firms by August 15, 2006, will conduct the construction management selection process well ahead of when services are required, and will retain the Department of General Services to conduct inspection services. Eliminating the requirements of Government Codes Section 4525 et seq. would allow CDCR to enter into direct contracts with known qualified firms in half the time.

The mental health projects must be reviewed under the provision of Public Resources Code 21000. et seq. This is more commonly known as the California Environmental Quality Act (CEQA). Depending on the environmental impacts of the project, this process can take up to 12 months to complete. But what is more concerning is that any party can sue over the document, or the process, or

## Design and Build Process

both, and additional delay will occur. CDCR has experienced 12-to-18 months of court delays on particular projects. Only exempting these projects from Public Resources Code 21000 et seq would eliminate this barrier.

The mental health projects are subject to the appropriations and controls set forth in Government Code Section 13332.11. This code section will not permit a project to proceed, without a new legislative appropriation, if expected costs exceed 20 percent of the original budget. This occurred to the California Medical Facility 50 bed Mental Health Crisis Bed project and led to a six- month delay. Only exempting or eliminating these mental health projects from Government Code Section 13332.11 will remove this barrier.

And once these projects are designed and ready to bid to private contractors under DBB, we must follow the State Contract Act known as the Public Contract Code. The State Contract Act requires a minimum bidding period and for protest to be filed by the non-lowest responsible bidders. Bid protest can delay the award of a construction contract and the delay is dependent on how long it takes the issue to be resolved. A minimum of 3 months can be expected.

### **Design Build:**

Another project delivery method available but not yet used by CDCR is known as Design-Build. Design-Build is a method of project delivery that combines the design and construction functions and vests the responsibility for such functions with one entity – the Design-Builder. Under the most likely scenario, the state district defines project scope, issues a request for proposals (RFP) to pre-qualified Design-Build entities and selects one of the proposing entities to design and build the project on state-owned property. One of the many distinctions between Design-Build and DBB is the level of design undertaken by the state prior to award of the construction contract and the level of specific, or prescriptive, criteria in the bid documents. Typically, under DBB, there is an on-going interaction between the state and architect during the development of the design thereby allowing the state to define and select many of the products and systems to be specified in the contract documents. Once the architect completes the design, contractors bid the project. With Design-Build, the state typically communicates their desires clearly in the RFP with performance criteria in lieu of brand names and model numbers, leaving some of the decision-making to the Design-Build Entity. While certain project components may be specified as state standards, like keyed locksets or heating and cooling equipment, Design-Build entities will be required to provide a completed project that performs at or above the minimum performance specifications set forth in the Design-Build contract. The selected Design-Build entity will complete the design documents to a level necessary to obtain required state approvals and construct the project.

Enclosure II

## Design and Build Process

Design-Build changes some fundamental relationships between the state and the designers and builders. With traditional DBB, the state has two separate contracts: one with its architect and one with its contractor. A Design-Build entity includes an architect and contractor, so only one contract is needed between the district and the Design-Build entity. A DBB construction contract includes the completed and state approved design documents, while a Design-Build contract will include performance criteria and possibly some design documents from which the Design-Build entity will create completed and state approved documents. It is also the responsibility of the Design-Build entity to obtain state approval for plans and specifications. This basic difference in contract components broadly identifies the roles of the state and the Design-Build entity: The state clearly defines its needs and expected level of performance, and the Design-Build entity designs and constructs a completed project that meets those requirements.



Design-Build
Typcial Relationship

State of California
|
Design-Builder
— Architect
— Engineers
— Builder
— Subcontractors

**Design-Build Is...**

- An alternate project delivery method where the state may select a Design-Build entity to provide design and construction services under one contract.

- A method for states to communicate performance criteria for the completed project as opposed to prescribing products and methods.

- A means to pre-qualify and select a Design-Build team based on factors other than price alone.

## Design and Build Process

- An opportunity for the state to allocate risks to those parties most capable of handling those risks.

- A different method for completing a project that requires a different approach and level of involvement by the state in order to realize the possible benefits of the Design-Build process.

### Design-Build Is **NOT**...

- A "cure-all" for problems the state may have experienced during traditional Design-Bid-Build projects.

- A method to reduce or eliminate the amount of preparation required by the state to complete a project.

- For states that are uncomfortable with the responsibilities and requirements necessary to successfully complete a Design-Build project.

- A method to eliminate change orders or risk not properly allocated in the contract.

## Design Build-Pros and Cons

Project goals should be clearly defined. The following information is a generalization of the pros and cons of Design-Build, and may not apply to all projects.

*Pros*

1. Simplified Contracting and Contract Administration:  One contract with the Design-Build entity versus separate contracts with architect and contractor.

2. Cost Containment:  Design-Build entity is under contract to complete the project meeting the state's published requirements.

3. Reduced Change Orders:  Errors in the design are the responsibility of the Design-Build entity.  Proper allocation of risks under the Design-Build contract reduces change order potential.

4. Reduction in Adversarial Relationships:  Designer and builder are teamed together, working under a single contract.  This teaming can significantly reduce traditional conflicts and "finger-pointing" between designer and contractor.

Enclosure II

## Design and Build Process

5. Cost Savings: Innovative, cost effective solutions meeting performance criteria can be achieved.

6. Time Savings: Design-Build entity is allowed the freedom to explore timesaving construction methods or systems while meeting the district's stated criteria. Early communication between designer and builder can help prevent construction delays.

7. Early Cost Definition: Project costs are determined much sooner than with traditional Design-Bid-Build.

8. Greater Risk Shifting and More Efficient Risk Allocation: A Design-Build contract can be written to assign appropriate risks to the parties most capable of managing them. The vesting of design and construction functions in one entity allows for a much greater allocation of risk to the Design-Builder than in traditional DBB.

9. Alternative Selection Process: Design-Build entities can be selected based on factors other than price alone; therefore, Design-Build entities seeking to do future work with a district have an incentive to perform well. It also provides states with the flexibility to develop an evaluation and scoring process that reflects the goals and needs of a specific project.

10. Involvement of the builder in the design process, enabling the team to make informed decisions on building systems, materials, phasing, scheduling, construction ability and other issues that will optimize cost, time and value.

*Cons*

1. Factors that cause a project to be successful are different in a Design Build Method: The success of a traditional DBB project usually lies in the ability of an architect to place the users' needs onto workable construction documents, and the ability of the contractor, and their subcontractors, to interpret the construction documents and coordinate their work so that there are few delays. States unfamiliar with the Design-Build process may have a pre-conceived idea that this method automatically eliminates change orders, expedites project completion and saves money. As with any delivery system, what benefits can be achieved, if any, in a Design Build method are largely dependent on things that can be different from a traditional DBB method, including a high quality RFP, an informed state staff and a well qualified Design-Build entity.

## Design and Build Process

2. The state has limited experienced with the Design Build Method: Most states are familiar with traditional Design-Bid-Build and the role played by the state. Design-Build requires different contracting and decision-making processes for states. States lacking expert legal and design assistance may face significant problems unless they are already familiar with the Design-Build process. Greater technical expertise is required as well as the pace and intensity of the project is substantially higher due to the focus on time. More time and effort is required to properly develop an adequate program document, as well as to administer the Design-Build contract.

3. The State has less control over the detailed design of the project: The Design-Build entity is included in the process before plans are finalized. States entering into a contract with the Design-Builder must allow the Design-Build entity to make certain decisions that may have been made by the district on previous DBB projects.

4. A project incurs higher initial costs: The design build method requires the development of performance criteria and the selection of a design-build entity. These initial efforts may be more expensive than the development of conceptual drawings. Once the design team is selected and the project begins to be developed, it is unclear as to whether Design-Build will be less expensive in total than DBB on a given project. Whereas Design-Build efficiencies, design flexibility and the ability to innovate that are afforded the Design-Builder frequently are reflected in reduced cost, increased risk allocation can result in a higher contract price that includes contingencies. Additionally, a design-build entity that agrees to a guaranteed maximum price before receiving bids on the work may propose substituting less costly materials to offset bids that may be higher than anticipated.

5. The State must prepare Request for Proposals and Performance Criteria: A significant amount of time, effort and expertise is needed to produce the RFP documents. Translating the state's needs into clear performance criteria is a difficult task, and if done improperly, may negatively affect any potential benefits of the Design-Build process.

6. Potential for disagreement: Because the Design-Build contract is based on performance criteria and incomplete design documents, the interpretation of these documents can be the subject of potential disagreement between the state and Design-Build entity. Additionally, the state's interpretation of the RFP plans and specifications may mean something completely different to the Design-Build entity's architect.

7. The Design Team may disagree on important aspects of the project: As with any group of professionals making important decisions, there can be

## Design and Build Process

disagreements over critical aspects of development. Whether a design team can resolve those disagreements efficiently is a critical aspect to its relative effectiveness and the ultimate cost of the project.

8. The State may often be expected to make decisions quickly: After the Design-Build entity is selected; decisions required of the district must be made more quickly than may be anticipated. Because the Design-Build entity has a fixed schedule to meet for design and construction, little time may be allocated for input by the state, and delays can be costly or, in a worse case scenario, the project may more forward without complete input from the end user.

### Conclusion:
Design build should be considered for the 64–Bed Intermediate Care Facility project at the California Medical Facility; the 128-Bed Intermediate Care Facility at Salinas Valley State Prison and the 25-bed Acute Care Facility at the California Institution for Women. It is important to note that the CDCR does not currently have design-build authority as required under Government Code Section 13332.19. Such authority would need to be secured in order for the CDCR to use the design-build method.

It should **not** be used for the 128-Bed Intermediate Care Facility or the 350-bed Acute Care Facility projects at the California State Prison at Sacramento because these projects should be combined to create one facility of 478 beds. This facility should be properly planned and thought out as allowed under the traditional DBB process.

---

### Reference:
The CDCR would like to acknowledge the following reference as a source for information contained within this document:

- California Community Colleges Design-Build Guidelines (as authorized by AB 1000 Simitian) Chancellors Office Facility Planning and Utilization Unit – May 2003.