EXHIBIT C

<u>California Department of Corrections and Rehabilitation</u>
<u>Comparison of Mental Health Beds vs. Bed Projections</u>

Origination Date: June 21, 2006
Updated on: June 26, 2006

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
# COMPARISON OF MENTAL HEALTH BEDS VS. BED PROJECTIONS





Origination Date: June 21, 2006

Updated on: June 26, 2006

Page 1 of 8

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## COMPARISON OF MENTAL HEALTH BEDS VS. BED PROJECTIONS



Figure 3: Level IV High Custody Male Intermediate Care Facility (ICF) Beds vs. Projected Level IV High Custody ICF Bed Need



Figure 4: Male Intermediate Care Facility (ICF) Beds (Level IV High Custody Excluded) vs. Projected ICF Bed Need

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## COMPARISON OF MENTAL HEALTH BEDS VS. BED PROJECTIONS



Figure 5: Female Acute/Intermediate Care Facility (ICF) Beds vs. Projected Acute/ICF Bed Need



Figure 6: Male General Population (GP) Enhanced Outpatient Program (EOP) Beds vs. Projected GP-EOP Bed Need

Origination Date: June 21, 2006
Updated on: June 26, 2006

Page 3 of 8

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
# COMPARISON OF MENTAL HEALTH BEDS VS. BED PROJECTIONS

| Table A: Male Acute Bed Detail for Figure 1 ||||
|---|---|---|---|
| **Fiscal Year** | **Number of Beds** || **Inst.** | **Comments** |
| | Permanent Acute | Temporary MHCBs | | |
| 2006 | 130 | 20 | CMF | CMF operates 20 of its 150 Acute beds as MHCBs. This is scheduled to continue on an interim basis until the new 50-bed CTC is completed, (anticipated completion date of 8/2008). |
| | 25 | | ASH | |
| Total: | 155 | 20 | | |
| 2007 - 2008 | 105 | 45 | CMF | Per the *Interim ICF and MHCB Plan, June 2006* an additional 25 Acute beds at CMF will be used as MHCBs on an interim basis, (20 + 25 = 45). These beds will continue to be utilized as MHCBs until the new 50-bed CTC is completed. |
| | 25 | | ASH | |
| Total: | 130 | 45 | | |
| 2009 - 2010 | 150 | | CMF | Temporary utilization of 45 MHCBs reverts back to usage as APP beds. |
| | 25 | | ASH | |
| Total: | 175 | | | |
| 2011 | 150 | | CMF | |
| | | | | **Note:** The 25 Acute Beds at ASH to be replaced by these new beds at SAC. |
| Total: | 500 | | | |

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
COMPARISON OF MENTAL HEALTH BEDS VS. BED PROJECTIONS

Table B: Male Mental Health Crisis Bed Detail for Figure 2

| Fiscal Year | Permanent Beds | | Temporary Beds | | | Permanent/ Temporary |
|---|---|---|---|---|---|---|
| | Location | Number | Location | Number | | |
| 2006 | Multiple Institutions[1] | 164 | CMF[2] | 20 | SAC | Permanent |
| | | | CMC[3] | 42 | KVSP | Permanent |
| | Total: | 164 | Total: | 62 | | |
| 2007 | Multiple Institutions | 164 | CMF/CMC | 62 | ISP | 5 | Permanent |
| | SAC | 11 | | | CIM | 16 | Temporary |
| | KVSP | 12 | | | CMF[4] | 25 | Temporary |
| | Total: | 187 | Total: | 62 | | |
| 2008 | Multiple Institutions | 187 | CMF/CMC | 62 | CMF[5] | 50 | Permanent |
| | ISP | 5 | CIM | 16 | | |
| | | | CMF | 25 | | |
| | Total: | 192 | Total: | 103 | | |
| 2009 | Multiple Institutions | 192 | CMC | 42 | SQ | 12 | Permanent |
| | CMF | 50 | CIM | 16 | | |
| | Total: | 242 | Total: | 58 | | |
| 2010/ 2011 | Multiple Institutions | 242 | CIM | 16 | CMC[6] | 50 | Permanent |
| | SQ | 12 | | | | |
| | Total: | 254 | Total: | 16 | | |

[1] See the updated Enclosure VIII of the *Statewide Mental Health Bed Plan, April 2006* for institution locations.
[2] APP beds currently utilized as MHCBs for CMF.
[3] MHCBs created as a result of using the Outpatient Housing Unit.
[4] Additional APP utilized as MHCBs as outlined in the *Interim ICF and MHCB Plan, June 2006*.
[5] These 50 beds to replace the 45 APP beds temporarily utilized as MHCBs at CMF.
[6] These 50 beds to replace the 42 beds temporarily operated as MHCBs at CMC's Outpatient Housing Unit.

Origination Date: June 21, 2006
Updated on: June 26, 2006

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
COMPARISON OF MENTAL HEALTH BEDS VS. BED PROJECTIONS

Table C: Level IV High Custody Male Intermediate Care Facility Bed Detail for Figure 3

| Fiscal Year | Permanent Beds | | Temporary Beds | | Permanent/ Temporary |
|---|---|---|---|---|---|
| | Location | Number | Location | Number | |
| 2006 | SVSP | 64 | CMF/P-2[1] | 36 | None |
| | Total: | 64 | Total: | 36 | |
| 2007 | SVSP | 64 | CMF | 36 | CMF/P-3[2]  30  Temporary |
| | | | | | SVSP  112  Temporary |
| | Total: | 64 | Total: | 36 | |
| 2008 | SVSP | 64 | CMF/P-2 | 36 | None |
| | | | CMF/P-3 | 30 | |
| | | | SVSP | 112 | |
| | Total: | 64 | Total: | 178 | |
| 2009 | SVSP | 64 | CMF/SVSP | 178 | SVSP  64  Permanent |
| | Total: | 64 | Total: | 178 | |
| 2010 | SVSP | 64 | CMF/SVSP | 178 | None |
| | SVSP (new construction) | 64 | | | |
| | Total: | 128 | Total: | 178 | |
| 2011 | SVSP | 128 | None[3] | | SAC  128  Permanent |
| | | | | | SVSP  128  Permanent |
| | | | | | CMF  64  Permanent |
| | Total: | 128 | Total: | 0 | |

[1] These are the interim ICF beds at CMF P-2
[2] These are the interim ICF beds at CMF P-3 as outlined in the *Interim ICF and MHCB Plan, June 2006*.
[3] The 178 interim ICF beds are to be replaced by the **additional** permanent beds identified in Fiscal Year 2011.

Origination Date: June 21, 2006
Updated on: June 26, 2006

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**COMPARISON OF MENTAL HEALTH BEDS VS. BED PROJECTIONS**

### Table D: Male ICF Bed (Level IV High Custody Excluded) Detail for Figure 4

| Fiscal Year | Permanent Beds | | Temporary Beds | |
|---|---|---|---|---|
| | Location | Number | Location | Number |
| 2006 | ASH | 106 | None | |
| | CMF – A3 | 40 | | |
| | CMF – DTP | 44 | | |
| | **Total:** | **190** | **Total:** | **0** |
| 2007 | ASH/CMF | 190 | None | |
| | CSH | 50 | | |
| | ASH (additional) | 125 | | |
| | **Total:** | **365** | **Total:** | **0** |
| 2008 - 2011 | ASH/CMF/CSH | 365 | None | |
| | **Total:** | **365** | **Total:** | **0** |

### Table E: Female Acute/ICF Bed Detail for Figure 5

| Fiscal Year | Permanent Beds | | Temporary Beds | | Permanent/ Temporary |
|---|---|---|---|---|---|
| | Location | Number | Location | Number | |
| 2006 - 2010 | PSH[1] | 30 | None | | Permanent |
| | **Total:** | **30** | **Total:** | **0** | |
| 2011 | PSH | 30 | None | | Permanent |
| | | | CIW | 25 | Permanent |
| | **Total:** | **30** | **Total:** | **0** | |

---
[1] PSH = Patton State Hospital

Origination Date: June 21, 2006
Updated on: June 26, 2006

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## COMPARISON OF MENTAL HEALTH BEDS VS. BED PROJECTIONS

### Table F: Male General Population EOP Bed Detail for Figure 6

| Fiscal Year | Permanent Beds | | Temporary Beds | | Permanent/ Temporary |
|---|---|---|---|---|---|
| | Location | Number | Location | Number | |
| 2006 | Multiple Institutions | 2528 | None | 0 | |
| | **Total:** | **2528** | **Total:** | **0** | |
| | | | | | KVSP[1] 96 Permanent |
| 2007 | Multiple Institutions | 2528 | None | 0 | |
| | KVSP | 96 | | | |
| | **Total:** | **2624** | **Total:** | **0** | |
| | | | | | MCSP 295 Permanent |
| | | | | | SAC 192 Permanent |
| 2008 - 2010 | Multiple Institutions | 2624 | None | 0 | |
| | MCSP | 295 | | | |
| | SAC | 192 | | | None |
| | **Total:** | **3111** | **Total:** | **0** | |
| 2011 | Multiple Institutions | 3111 | None | 0 | LAC 150 Permanent |
| | **Total:** | **3111** | **Total:** | **0** | |

---

[1] These 96 male General Population EOP beds at KVSP account for the difference between the "2528 Actual Beds" and the "2624 Projected Beds Fiscal Year 2006/2007" in Enclosure II of the *Statewide Mental Health Bed Plan, April 2006.*

Origination Date: June 21, 2006
Updated on: June 26, 2006