EXHIBIT D

Letter to Special Master from John Dovey, Director, Division of Adult Institutions,
California Department of Corrections and Rehabilitation

Dated June 19, 2006

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

June 19, 2006

J. Michael Keating, Jr.                        via:    Lisa Tillman
Office of the Special Master                           Deputy Attorney General
2351 Sussex Drive                                      Department of Justice
Fernandina Beach, FL 32034                             1300 I Street, Suite 125
                                                       P. O. Box 944255
                                                       Sacramento, CA 94244-2550

RE: **DEPARTMENT OF CORRECTIONS AND REHABILITATION'S REVIEW OF THE SALINAS VALLEY PSYCHIATRIC PROGRAM WAIT LIST**

Dear Mr. Keating:

Enclosed you will find the outcome of the review of the Salinas Valley Psychiatric Program (SVPP) wait list by the Division of Adult Institutions (DAI). The enclosed document describes the process that the Classification Services Unit (CSU) section of DAI utilized to conduct an individual evaluation of every inmate identified on the wait list.

During the review, it was ultimately determined that those inmates on the SVPP wait list requiring Department of Mental Health (DMH) services were not appropriate candidates for Atascadero State Hospital (ASH) or Coalinga State Hospitals (CSH) based on their classification factors. However, the interactive process with DMH personnel was positive and alternate DMH placement was found for three inmates during the review process.

I believe the decisions made by CSU were appropriate based on the case factors of the inmates. Additionally, there were no disagreements between DAI and DMH concerning the appropriateness for placement of any of the inmates into either ASH or CSH.

If you have any question, please contact me at (916) 445-7688.

Sincerely,

JOHN DOVEY
Director
Division of Adult Institutions

Enclosure

cc: Peter Farber-Szekrenyi, DR., P.H., Director DCHCS
    Renee Kanan, M.D., MPH, Deputy Director, DCHCS
    Yulanda Mynhier, Deputy Director (A), DCHCS
    Scott Kernan, Deputy Director, DAI
    John Rodriguez, Deputy Director, DMH
    Tim Fishback, M.D., Chief Psychiatrist, Mental Health Program, DCHCS
    Cindy Radavsky, Assistant Deputy Director, DMH
    Michael Stone, Staff Counsel, Office of Legal Affairs
    Doug McKeever, Project Director, Mental Health Program
    Kathleen Dickinson, Chief (A), Field Operations, DAI
    Terri McDonald, Chief, Classification Services Unit, DAI

# California Department of Corrections and Rehabilitation
# Review of the Salinas Valley Psychiatric Program Wait List for Intermediate Care Facility Placement

**Issue:** *The California Department of Corrections and Rehabilitation (CDCR) was instructed to examine the Salinas Valley Psychiatric Program (SVPP) wait list to determine if any inmates on the list are appropriate referrals, from a custody perspective, to Atascadero State Hospital (ASH) or Coalinga State Hospital (CSH). If any disputes arise between CDCR and the Department of Mental Health (DMH) regarding the placement of any inmate-patients, the issue is to be referred to the Special Master.*

The Classification Services Unit (CSU) of CDCR received the SVPP wait list to ascertain if any of the inmates would be appropriate for ASH/CSH. To begin the process, CSU conducted custody level and placement score review of all inmates utilizing the Distributed Data Processing System (DDPS). The DDPS was utilized to screen out inmates whose placement score and/or custody level would automatically preclude them from a custodial perspective for placement in ASH or CSH.

Inmates who are considered for placement at ASH must be eligible for housing in a dorm setting and there are currently no direct admissions to CSH, so all inmates must process through ASH. Many of these inmates on the SVPP Wait List were not eligible for dorm housing due to the following:

- High level points requiring celled housing and higher security.
- Sentenced to a significant amount of time (i.e. life terms) which creates a potential escape risk.
- Maximum (MAX) or Close (CLO) custody requiring celled housing, constant, and direct supervision.
- Security Housing Unit (SHU) terms. Inmates that are assessed a determinate or indeterminate SHU term requires special housing. This occurs when an inmate has been found guilty of an offense that creates a risk to the safety and security of an institution, inmates, or staff. Indeterminate SHU terms are assessed for validated gang members.
- Single cell designation, "S" suffix, is affixed based on documented evidence that the inmate may not be safely housed in a double cell or dormitory setting by custody staff or health care clinician.

Of the original list of 121 inmates, 4 had paroled/discharged. Therefore, CSU evaluated a total of 117 inmates utilizing the DDPS. The CSU then screened out 79 for further review based on an unacceptable public safety risk based on those inmates' current placement score and/or custody level. The attached matrix reflects the rationale for the decision on each inmate.

Once the DDPS review had been complete, the CSU requested update Case Factor sheets on 38 inmates for further review. From that group, 11 inmates were considered as potential candidates as none of the inmates on the original list were clearly appropriate for ASH/CSH. The CSU reviewed the Case Factor sheets and communicated with institutional classification staff to gather information on issues of concern, such as Rule Violation Reports, escape, maximum custody status, single cell status and other case factor issues that required a case-by-case review.

The CSU then met with DMH staff to discuss the 11 cases. Of the 11 inmates discussed, 2 were referred by DMH for placement into the Intermediate Care Facility at the California Medical Facility. Five were screened out by CSU based on information gathered from the institutions during reviews with DMH. Four cases were referred to the institution for Institution Classification Committee/Inter-Disciplinary Treatment Team review for transfer consideration to ASH pursuant to Penal Code Section 2684. Of those four, none were recommended by the institutions as appropriate for placement at ASH/CSH at this time.

The CSU and DMH had no disagreements on the appropriateness of the other inmates for placement into ASH. Additionally, the DMH and CSU discussed the collaborative efforts that can be undertaken to conduct a case-by-case review of inmates who may not appear appropriate for ASH initially but can be considered on a case-by-case basis.

# California Department of Corrections and Rehabilitation
# Review of Salinas Valley Placement List for Intermediate Care Facility Placement

| NAME | Number | Case Factors |
|---|---|---|
| LEWIS | H17783 | CIM MAX, 73 pts |
| KNAPP | V76455 | CIM MAX, S suffix, 24 pts, disciplinary for battery on staff |
| GEORGE | V44041 | CIMC-RC CF sheet, MAX, SHU, EOP, Battery on I/M 56 pts |
| WELLS | H13237 | CMC CF Sheet, Life Term, 49 pts |
| COLE | T87944 | CMC MAX, R suffix, 56 pts, Life Term |
| BRAKNI | T75034 | CMC MAX, "R and S" suffix, 140 pts |
| DAVIS | V83843 | CMC **referred for ICC/IDTT**. Max, Retain on SVPP W/L, pending court for additional term for threatening to kill staff. DA accepted the case. |
| HAYDEN | T71384 | CMC MAX, S suffix, 107 pts |
| PORCHIA | V80396 | CMC CF sheet, MAX, SHU, 49 pts, disciplinaries for battery on P/O |
| KHAIMCHAYEV | T12868 | CMF CF sheet, Life Term, 49 pts |
| WALTER | K39780 | CMF CF Sheet, Life Term |
| TATE | T52764 | CMF MAX |
| ALLEN | C65221 | CMF MAX, 47 pts, Life Term |
| HERNANDEZ | V13553 | CMF, MAX, 54 points, **referred for ICC/IDTT**. Not eligible due to Max |
| PETERS | T28268 | CMF CF Sheet, Life Term |
| DONNELLY | B90948 | CMF CF Sheet, Life Term |
| PRATHER | V03821 | CMF MAX, disciplinaries for battery on P/O |
| BOLLINGER | T29056 | CMF Life Term |
| ANDERSON | P54460 | CMF MAX, 57 pts, Life Term |
| **SMITH** | V60260 | CMF CF Reviewed, **approved for CMF-P2** |
| CANNON | T09739 | CMF MAX, D2 (SHU), 118 pts |
| **WINSTON** | T91498 | CMF CF sheet reviewed, **approved for CMF P-2**, 10 years |
| MEDRANO | D95930 | CMF MAX, D2 (SHU), 108 pts, R suffix, Life term |
| FILKINS | P05066 | CMF CF sheet, Life Term |
| PAUL | P37098 | CMF MAX, S suffix, 77 pts, Life Term |
| GROSSBERG | V55114 | CMF MAX, battered an inmate while housed in a dorm setting (Oct. 2005) |
| HADDEN | T55746 | CMF MAX, R suffix, 75 pts, disciplinary history |
| LOPEZ | T99016 | CMF-OTC CLO B, S suffix, 31 pts |
| TUCKER | J45209 | CSP-COR CF sheet, Life Term |
| ELMORE | C80608 | CSP-COR CLO, R suffix, 85 pts, 59 yrs |
| CONNOR | C51784 | CSP-COR MED, S suffix, 207 pts, Life Term |
| ELLIOT | P71146 | CSP-COR MAX, 178 pts |
| ZUNIGA | V49693 | CSP-COR CF sheet, Validated Gang, S suffix, Max, 37 pts |
| HAMPTON | T38140 | CSP-COR CLO, R suffix, 140 pts |
| XIONG, JOHNSON | K62214 | CSP-COR MAX, 65 pts, Life Term |
| SMITH, LAMONT | T81834 | CSP-COR CF sheet, Close custody, battery on Staff, 75 pts |
| WILLIS | K44479 | CSP-COR MED, R suffix, 131 pts |
| JOHNSON | D01982 | CSP-LAC MED, S suffix, 191 pts |
| TORRES | H66423 | CSP-LAC, 23 years. 67 pts, High level points and significant amount of time to serve. |

| NAME | Number | Case Factors |
|---|---|---|
| DACANAY | K39929 | CSP-LAC MAX, 106 pts, 11 yrs |
| MACIAS | K56284 | CSP-LAC Close Custody, 119 pts, Life Term |
| CORONADO | P93814 | CSP-LAC Close custody, S suffix, 52 pts, LWOP |
| MANDINA | B50901 | CSP-LAC MED, R suffix, 272 pts, Life Term |
| MOTEN | P10159 | CSP-LAC CLO, 122 pts, 15 years |
| HERNANDEZ | V40787 | CSP-LAC CLO 62 pts , Life Term |
| GOMEZ | D91631 | CSP-LAC CLO , R and S suffix, 161 pts and Life Term |
| BROUGHTON | E34119 | CSP-LAC MAX, 123 pts and Life Term |
| SMITH | P77996 | CSP-LAC MAX, D2 (SHU), 245 pts |
| BURELL | V02701 | CSP-LAC CLO, R suffix, 59 pts, 15 yrs and 8 Months. |
| REID | T18697 | CSP-LAC MED, 113 pts, 12 years |
| CORONA | T22691 | CSP-LAC MAX, S suffix, 108 pts |
| BRANCH | V58116 | CSP-LAC MAX, 60 Life Term |
| ENRIQUES | T31057 | CSP-LAC MAX, 84 pts, 7 yrs, |
| GARCIA | P71631 | CSP-LAC 13 years. **Reviewed by ICC/IDTT**, Inmate claims safety concerns at ASH and other facilities. |
| POHL | K34551 | CSP-LAC CLO, 116 pts and Life Term |
| HARRINGTON | V72883 | CSP-LAC CF sheet, Life Term |
| RICHARDSON | T93221 | CSP-LAC CF sheet, MAX, S suffix, sexual misconduct against cellmates. |
| HARRIS | V53836 | CSP-LAC **referred to ICC/IDTT/ No longer ICF. I/M at EOP LOC**. |
| SCOTT | K86728 | CSP-LAC CLO, 105 pts, Life Term |
| PACHECO | T72466 | CSP-SAC CF sheet, Life Term, **no longer considered for DMH** |
| CORIA | J20556 | CSP-SAC Close custody, S suffix, 306 pts |
| FORD | P21338 | CSP-SAC CLO, 131 pts, Life Term |
| GODWIN | P57129 | CSP-SAC MAX, S suffix, D2 (SHU), 97 pts |
| MIRANDA | K77349 | CSP-SAC CF sheet, Arson history, **No longer considered for DMH** |
| REICHLEIN | V19380 | CSP-SAC MAX, 66 pts |
| SERRANO | P87756 | CSP-SAC MAX, S suffix, 140 pts |
| POTSS | P85638 | CSP-SAC POTENTIAL, **Transferred to CMF-DMH on 5-16-06.** |
| PARK | H99215 | CSP-SAC CLO, 49 pts and Life term |
| PEREZ, SALVADOR | K83295 | CSP-SAC MAX, S suffix, D2 (SHU) 117 pts |
| HALE | C13756 | CSP-SAC MAX, S suffix, D2 (SHU) 299 pts |
| MEJIA | J18631 | CSP-SAC MAX, S suffix, 154 pts |
| COX | T56615 | CSP-SAC MAX, S suffix, 119 pts, Life Term |
| MOSELEY | P20542 | CSP-SAC CLO B, 115 pts |
| PARSONS | K83939 | CSP-SAC CLO B, 259 pts, 35 yrs to Life |
| SALAS | T92706 | CSP-SAC CLO, 78 pts |
| WIGLEY | V13944 | CSP-SAC MAX, R & S suffix, 78 pts, LWOP |
| YAW | T05346 | CSP-SAC MAX, S suffix, 85 pts, LWOP |
| LOPEZ | H70438 | CSP-SAC MAX, S suffix, D2 (SHU) 743 pts, Life Term |
| MORALES | K80108 | CSP-SAC MAX, S suffix, 73 pts, |
| ABREU | V72066 | DVIRC MAX, S suffix, 54 pts |
| DENZER | C18632 | DVIRC MAX, 289 pts, Life Term |
| FUJII | P04934 | MCSP CF sheet, MAX, **PAROLED on 5-9-06**. |
| MILLER | D28324 | MCSP MAX, 156 pts, Life Term |
| McCLAIN | V77240 | MCSP CF sheet, extensive disciplinary history, 127 pts |

Page 4 of 5

| NAME | Number | Case Factors |
|---|---|---|
| BRACAMONTE | P89802 | MCSP CLO, R suffix, 89 pts, 32 years |
| RAMIREZ | P78738 | PBSP MAX, S suffix, 92 pts |
| WHEELOCK | J76733 | PBSP MAX, S suffix, 280 pts |
| WILSON | K28750 | PBSP CLO, 183 pts, 16 years |
| ASHLINE | D13619 | PBSP MAX, R & S suffix, D2 (SHU), 871 pts |
| BUBIER | T13363 | PBSP MAX, R &S suffix, D2 (SHU) 168 pts |
| BRAGGS | J58142 | PBSP MAX, S suffix, D2 (SHU), 125 pts, Life Term |
| PELGADO | K95838 | PBSP MAX, S suffix, D2 (SHU), 181 pts |
| SANDERS | E02750 | PBSP CF sheet, 87 pts, disciplinary history Threatening P/O, Battery, |
| SCHMITZ | V71659 | RJD **transferred to SVSP on 5/16/06**. |
| MARKHAM | V83519 | RJD CF sheet, Life Term |
| RODRIGUEZ | P21529 | RJD MAX, S & R suffix, Battery on I/M, Commit. Offense, Rape and Kidnap |
| PERRY | V75427 | RJD 57 pts, S suffix, disc history Battery on P/O and I/M  parole 6/25/06 |
| MESSCIK | V35063 | RJD CF sheet, Life Term |
| JAMISON | P01620 | RJD Out to court. |
| DEGREE | V40290 | RJD MAX, S suffix |
| PRESLEY | T44790 | SVSP  MAX, 85 pts |
| ALFORD, RICKY | J39242 | SVSP MAX, R suffix, 311 pts |
| KERLEGAN | J62713 | SVSP CLO, R suffix, 212 pts Life Term |
| LEDESMA | C18891 | SVSP CF sheet, Life Term |
| HAWKINS | J50898 | SVSP MAX, R & S suffix, 132 pts |
| YONAI, JASON | T41526 | SVSP MAX, S suffix, 93 pts |
| REBOLOSO | T99158 | SVSP CLO, 73 pts |
| REED, MARIO | P66521 | SVSP CLO, R suffix, 64 pts Life Term |
| GARCIA | P45907 | SVSP MAX, S suffix, D2 (SHU) 270 pts, Life Term |
| GONZALES,SERGIO | J34312 | SVSP MAX, S suffix, D2 (SHU) 365 pts |
| LANDIX | H76536 | SVSP CF sheet, 87 pts, Battery on P/O, history of indecent exp., Pressuring |
| GRALLA | V96504 | SVSP CLO, R suffix, 67 pts, 39 years |
| STERN | T48270 | SVSP  MAX, 74 pts |
| SAUCEDO | H48307 | SVSP CLO, 68 pts, Life Term |
| PAGE | P98794 | WSP CF sheet, MAX, pending SHU Term, Battery on P/O |
| HENDERSON | F02887 | WSP CF sheet, MAX, pending SHU Term ,Battery on P/O |
| IZQUIERDO | T97571 | WSP CF sheet, MAX, SHU, MERD 6/26/06, will parole 7/5/06.  Life Term |