EXHIBIT E

Letter to Peter Faber-Szekrenyi, Director, Division of Correctional Health Care Services,
California Department of Corrections and Rehabilitation
from John Rodriguez, Deputy Director, California Department of Mental Health

Dated May 26, 2006



CALIFORNIA DEPARTMENT OF
# Mental Health
1600 9th Street, Sacramento, CA 95814
(916) 654-2413

May 26, 2006

Peter Farber-Szekrenyi, M.D., Director
Division of Correctional Health Care Services
California Department of Corrections
 and Rehabilitation
P.O. Box 942883-0001
Sacramento, California 94283-0001

Dear Dr. Farber-Szekrenyi:

In the May 2, 2006 Coleman court order on bed plans, the order contained several components that are the direct responsibility of the Department of Mental Health (DMH). I am advising you via this memo of the current status of each of those components in the order.

1. "Not later than May 30, 2006, CDCR shall open 36 intermediate inpatient beds at Salinas Valley State Prison (SVSP) that were slated to receive inmates from CMF. Said beds shall be used for Level IV inmates."

   Status: Salinas Valley Psychiatric Program (SVPP) identified and started admitting patients to these 36 beds on May 8, 2006. The plan is to transfer 6 patients a week for 6 weeks until all 36 beds are filled with patients from the SVPP waiting list. DMH anticipates completing these transfers on time and has not encountered any barriers to movement.

2. "Twenty-five intermediate inpatient beds shall be made immediately available at Coalinga State Hospital for appropriate CDCR inmates. Within 30 days thereafter, an additional 25 intermediate inpatient beds shall be made available at Coalinga State Hospital for appropriate CDCR inmates."

   Status: Atascadero State Hospital (ASH) and Coalinga State Hospital (CSH) jointly identified the 50 patients for transfer. The initial 25 transfers started on May 25, 2006 and are scheduled to be completed on May 30, 2006. The second 25 transfers are scheduled to start on June 15, 2006 and be completed by June 27, 2006. DMH anticipates completing these transfers on time and has not encountered any barriers to movement. In addition, CSH program staff has reviewed the July 7, 2005 MOU training tape as time has passed since they attended the training and additional staff have been hired.

3. "CDCR shall maintain 36 intermediate inpatient beds in P-2 at the California Medical Facility (CMF) Vacaville until further order of court. In connection therewith, the CDCR is

Dr. Farber-Szekrenyi
May 26, 2006
Page 2

reminded of their obligations under the heat plan developed pursuant to prior orders of this court, and the CDCR is directed to take every mechanical step presently feasible to maintain appropriate temperatures within said unit."

Status: DMH received the heat plan and started training for staff on May 8, 2006 and completed the training on May 12, 2006. Training was provided in two parts- all Vacaville Psychiatric Program staff received training on the actual heat plan and expectations; the P-2 staff received additional training on recognizing signs and symptoms of heat related illnesses. Training was documented by recording in the training data base and placement in personnel records. Any staff that missed the training has been trained upon their return to work.

In addition, training has been provided to the inmate patients on signs and symptoms of heat related illnesses and actions they should take if they notice these symptoms. This training was reflected in their medical record. This training was completed on May 12, 2006.

Finally, a joint memo regarding policy and procedures related to the heat plan was issued to staff on May 22, 2006.

I believe this addresses all issues specific to DMH at this time. If you have additional questions please do not hesitate to contact me or Cindy Radavsky at 654-2413.

Sincerely,

JOHN RODRIGUEZ
Deputy Director

cc: Cindy Radavsky
    Nancy Manion
    √Doug McKeever