1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 |   1300 I Street, Suite 125
   P.O. Box 944255
7 |   Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
8 |   Fax: (916) 324-5205

9 | Attorneys for Defendants
CF1997CS0003

10

11

IN THE UNITED STATES DISTRICT COURT

12

FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15 | **RALPH COLEMAN, et al.,**

16 |                              Plaintiffs,

17

18

19 |    v.

20

21

22 | **ARNOLD SCHWARZENEGGER, et al.,**

23 |                              Defendants.

24

25

CASE NO. CIV S-90-0520 LKK JFM P

**DEFENDANTS' EX PARTE MOTION, WITH DECLARATION OF LISA TILLMAN, [PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO SPECIAL MASTER'S SUPPLEMENTAL REPORT ON STATUS AND SUFFICIENCY OF DEFENDANTS' INTERIM AND LONG-TERM PLANS FOR THE PROVISION OF ACUTE AND INTERMEDIATE INPATIENT BEDS AND MENTAL HEALTH CRISIS BEDS**

**I.**

26 |                    **INTRODUCTION**

27 |        On or about September 11, 2006, Special Master Keating filed a Supplemental Report

28 | on the Status and Sufficiency of Defendants' Interim and Long Term Plans for the Provision of

EX PARTE MOTION RE. EOT, REPORT BED PLANS

1   Acute and Intermediate Inpatient Beds and Mental Health Crisis Beds (hereinafter "Supplemental

2   Report"). The Supplemental Report discusses Defendants' submitted bed plans and concluded

3   with a set of four recommendations. The Supplemental Report's findings and recommendations

4   warrant careful consideration by Defendants. To ensure adequate review of the Supplemental

5   Report and preparation of a response, Defendants respectfully request an extension of the

6   deadline for their response from Thursday, September 21, 2006 to Tuesday, September 26, 2006.

**II.**

**PROPOSED EXTENSION OF DEADLINE**

9   Defendants' review of the Supplemental Report is underway. To ensure an adequate

10   response to the Supplemental Response, Defendants respectfully request additional time to file

11   their response. Defendants' response is due on Thursday, September 21, 2006. Defendants

12   require additional time to review the Supplemental Report and prepare a response. Plaintiffs'

13   counsel has no objection to an extension of the deadline of the response to Tuesday, September

14   26, 2006. Defendants respectfully request an extension of time to Tuesday, September 26, 2006

15   to file their response to the Supplemental Report.

16   Dated: September 21, 2006

17   Respectfully submitted,

18   BILL LOCKYER
    Attorney General of the State of California

19   JAMES M. HUMES
    Chief Assistant Attorney General

20
    FRANCES T. GRUNDER
21   Senior Assistant Attorney General

    ROCHELLE C. EAST
22   Supervising Deputy Attorney General

23

24
    LISA A. TILLMAN
25   Deputy Attorney General

26   Attorneys for Defendants

27

28
    30167977.wpd

EX PARTE MOTION RE. EOT, REPORT BED PLANS