BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., Plaintiffs, v. ARNOLD SCHWARZENEGGER, et al., Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' EX PARTE MOTION RE: EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO SPECIAL MASTER'S SUPPLEMENTAL REPORT ON STATUS AND SUFFICIENCY OF DEFENDANTS' INTERIM AND LONG-TERM PLANS FOR THE PROVISION OF ACUTE AND INTERMEDIATE INPATIENT BEDS AND MENTAL HEALTH CRISIS BEDS** |
|---|---|

I, Lisa Tillman, declare:

1. I am an attorney licensed to practice before all the courts of the State of California and am admitted to practice before the United States District Court, Eastern District of

1. California. I am the deputy attorney general assigned to represent the Defendants in this action.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. On or about September 11, 2006, Special Master Keating filed a Supplemental Report on the Status and Sufficiency of Defendants' Interim and Long Term Plans for the Provision of Acute and Intermediate Inpatient Beds and Mental Health Crisis Beds (hereinafter "Supplemental Report"). The Supplemental Report discusses Defendants' submitted bed plans and concluded with a set of four recommendations.

4. Defendants' review of the Supplemental Report is underway.

5. Defendants' response is due on Thursday, September 21, 2006.

6. Defendants require additional time to review the Supplemental Report and prepare a response.

7. I contacted Plaintiffs' counsel Jane Kahn this afternoon and informed her of the need for an extension of the deadline for Defendants' response. Ms. Kahn did not have any objection to extending the deadline for Defendants' response to Tuesday, September 26, 2006.

8. As Plaintiffs' counsel has agreed to an extension of the due date for Defendants' response to the Supplemental Report, I know of no prejudice that will result to Plaintiffs by this extension.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 21, 2006      By: _____
                                    LISA TILLMAN

30168014.wpd

DEC TILLMAN RE. EOT, REPORT BED PLANS