IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | CIV S-90-0520 LKK JFM P<br><br>[PROPOSED] ORDER |

    Defendants have requested an extension of the deadline for their response to the Special Master's Supplemental Report on the Status and Sufficiency of Defendants' Interim and Long Term Plans for the Provision of Acute and Intermediate Inpatient Beds and Mental Health Crisis Beds ("Supplemental Report"). Defendants require additional time to review the Report and prepare a response, and so request an extension to September 26, 2006 for their response. Plaintiffs' counsel has not objected to the request.

    Defendants have provided good cause for the sought extension. Defendants' request for an extension of time to September 26, 2006 to file a response to the Supplemental Report is hereby granted.

Dated: _____       _____
                                                                   The Honorable Lawrence K. Karlton

[Proposed] Order

1