| | |
|---|---|
| 1   PRISON LAW OFFICE<br>    DONALD SPECTER Bar No.: 83925<br>2   STEVEN FAMA Bar No.: 99641<br>    KEITH WATTLEY Bar No.: 203366<br>3   General Delivery<br>    San Quentin, California 94964<br>4   Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |

1   PRISON LAW OFFICE
    DONALD SPECTER Bar No.: 83925
2   STEVEN FAMA Bar No.: 99641
    KEITH WATTLEY Bar No.: 203366
3   General Delivery
    San Quentin, California 94964
4   Telephone: (415) 457-9144

    BINGHAM, McCUTCHEN, LLP
    WARREN E. GEORGE Bar No.: 53588
    Three Embarcadero Center
    San Francisco, California 94111
    Telephone: (415) 393-2000

5   ROSEN, BIEN & ASARO, LLP
    MICHAEL W. BIEN Bar No.: 096891
6   JANE E. KAHN Bar No.: 112239
    THOMAS NOLAN Bar No.: 169692
7   155 Montgomery Street, 8th Floor
    San Francisco, California 94104
8   Telephone: (415) 433-6830

    HELLER, EHRMAN, WHITE &
    McAULIFFE
    RICHARD L. GOFF Bar No.: 36377
    701 Fifth Avenue
    Seattle, Washington 98104
    Telephone: (206) 447-0900

9   THE LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
10  CLAUDIA CENTER Bar No.: 158255
    LEWIS BOSSING Bar No.: 227402
11  600 Harrison Street, Suite 120
    San Francisco, CA 94107
12  Telephone: (415) 864-8848

13

14  Attorneys for Plaintiffs

15                  UNITED STATES DISTRICT COURT

16                  EASTERN DISTRICT OF CALIFORNIA

17

18  RALPH COLEMAN,                    )  No.: Civ S 90-0520 LKK-JFM
                                      )
19        Plaintiffs,                 )  **PROOF OF SERVICE**
                                      )
20  vs.                               )
                                      )
21  ARNOLD SCHWARZENEGGER, et al.,    )
                                      )
22        Defendants                  )
                                      )

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th Floor, San Francisco, California. On the date and in the manner indicated below, I served a true copy of the following documents:

**PLAINTIFFS' SUPPLEMENTAL BRIEF ON DEFENDANTS' COMPLIANCE WITH MAY 2, 2006 ORDERS REGARDING THE INTERIM BED PLAN AND LONG RANGE BED PLANS AND RECEPTION CENTER EOP PROGRAMS**

**DECLARATION OF THOMAS NOLAN IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF ON DEFENDANTS' COMPLIANCE WITH MAY 2, 2006 ORDERS REGARDING INTERIM AND LONG RANGE BED PLANS AND RECEPTION CENTER EOP PROGRAMS AND EXHIBITS A-E**

**[PROPOSED] ORDER REGARDING DEFENDANTS' COMPLIANCE WITH MAY 2, 2006 ORDERS REGARDING INTERIM AND LONG RANGE BED PLANS AND RECEPTION CENTER EOP PROGRAMS**

on the parties in said action by placing a true copy thereof enclosed in a sealed envelope to be delivered in the manner indicated below and addressed as follows

**BY US MAIL**

Pete Cockroft, H-86887
CSP – Sacramento
PO Box 290066
Represa, CA 93536

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of September, 2006 at San Francisco, California.

_/s/ Sofia Millham_
Sofia Millham