ORIGINAL COPY

1  Vencil Green
2  C# 61557
3  P.O. Box-8457
4  Lancaster, Calif. 93539
5

United States District Court
Eastern District of Calif.

**FILED**
SEP 25 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6  Ralph Coleman
7       et al,
        Plaintiffs
8   vs
9  Arnold Schwarzenegger
10
11

TEMPORARY Retraining Order
And Injunction

# CIV-S-90-0520-LKK
JFMP

12  I Vencil Green - C# 61557 prisoner at
13  Calif. State prison Los Angeles, County,
14  as a Coleman class member, and Diagnosed
15  Paraphilia Disorder, hereby petition-
16  the court, to prohibit-the Defendants'
17  from imposing an indeterminate shu-
18  on me-for behavior, resulting-from-
19  my Diagnosed-Paraphilia Disorder-
20  that they've failed-to treat-Despite-
21  Judge Karltons-7/27/04-Court order-
22  in CIV-S-90-0520-LKK-JFMP-Document # 1598-
23
24  See-Exhibit-I.
25
26
27

(1)

1  on 8/27/06 petitioner was placed in
2  Adseg-For Indecent exposure-see.Exh.t-II.
3
4  petitioner IS Diagnosed with -
5  obsessive compulsive Disorder-with masturbation
6  And Exhibitionism, A PARAphilia-sexual-
7  Disorder, the Defendants-have Failed
8  to treat, Despite Judge kaaltons-court order,
9  see-Exhibit-III.
10
11  Defendants have Issued A 9/19/06
12  Inmate sexual Misconduct strategy -
13  Memorandum, which Entails-Imposing
14  An Indeterminate shu-on Inmates
15  with continuous Incidents, of Indecent-
16  Exposure, but have not-Implemented-
17  A treatment plan, For Diagnosed-
18  PARAphilia Disorder's. Despite -
19  Judge kaaltons -7/27/06 Document #1598-
20  court order-For statewide treatment-
21  subsequently, petitioner-Vencil Green-
22  continues to suffer-wanton Infliction
23  of PAin by Virtue-of Defendants
24  Blatant-Deliberate Indifference.
25
26
27          [2]
28

1 Therefore,-
2 Its petitioners-prayer-
3 That Senior Judge KARlton-U.S. District court
4 Will issue-An Injunction, And-
5 temporary Restraining order-
6 Prohibiting Defendants, And-
7 Calif. State Prison Los Angeles County-
8 From Imposing-An Indeterminate Shu-
9 on petitioner, Vencil Green-
10 For behavior, of Indecent Exposure-
11 As Result, of A Paraphilia Sexual
12 Disorder, the Defendants have
13 Failed to treat, Despite the 7/27/04
14 court order- From Senior
15 District Judge-KARlton.
16
17
18 In Addition pursuant-Haines Vs Kerner-
19 92-S.ct.594,404 U.S.519 (U.S. Ill. 1972)-
20 that petitioner, Not be held to strict
21 Legal standards, In this pleading-
22 Since petitioner-pro per-has not
23 Full knowledge, of civil Law.
24 Respectfully-Submitted: (s) Vencil Green
25
26 Dated: 9/21/06                      VENCIL GREEN
27
28                              [3]



**RECEIVED**
**JUL 27 2004**
**ROSEN BIEN & ASARO**



*Exhibit-I*

*Note to Court for order*
*For treatment statewide*
*For Paraphilia*
*sexual Disorders*
*of Exhibitionism*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

501 "I" Street
Sacramento, California 95814

**Facsimile Transmission Cover Sheet**

**To:**   *Please See*   **Fax No.:**
MICHAEL W BIEN                    14154337104
ROSEN BIEN AND ASARO

**From:**   *3rd = page, #ed page ②*
Imaging System in SAC   → *Line #20*

**Phone:**                         **# Pages:** 6
**Fax:** 930-4015

**Description:**   2:90-CV-520, DOC: 1598, QUE ID: 500743

**Message:**   Case Number: 2:90-cv-520   Document Number: 1598



FILED

JUL 2 7 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFO...

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,             No. CIV S-90-0520 LKK JFM P

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.           ORDER

        On June 18, 2004, the special master filed a thirteenth monitoring report. The report contains six recommendations for specific action by defendants. Neither party has filed objections to the report or its recommendations. Good cause appearing, the special master's recommendations will be the order of the court.[1]

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants shall develop brand new plans to bring California State Prison-Corcoran (CSP/Corcoran), High Desert State Prison (HDSP), Richard J. Donovan Correctional

---

[1] The court has already issued an order prohibiting defendants from closing the Intermediate Care Facility/Day Treatment Program (ICF/DTP) at California Medical Facility (CMF) until the court has approved a plan to meet the needs of class members for Department of Mental Health (DMH) inpatient care. (Order, filed July 9, 2004, at p. 4, ¶ 5.) The special master's sixth recommendation replicates that order and will not be repeated herein.



1598

1  Facility (RJD), and Salinas Valley State Prison (SVSP) into compliance with their respective
2  corrective action plans (CAPs), the program guides, and the plans, policies and protocols
3  provisionally approved by this court in mid-1997. These plans shall include, as applicable, the
4  following provisions:
5        A. The imposition forthwith of a population cap on RJD that restricts the
6  actual population of the institution's hub Enhanced Outpatient Program (EOP) administrative
7  segregation program to its present capacity of 63 inmates.
8        B. A plan, developed within sixty days from the date of this order, for the
9  provision of mental health services in the SHU at CSP/Corcoran that will meet the standards for
10 care included in the revised Program Guide for SHUs. The plan shall include a staffing ratio
11 adequate to meet those needs.
12       C. A plan, developed within sixty days from the date of this order, for
13 replicating in HDSP and RJD the strategies for the procurement of permanent and contracted
14 clinical staff used effectively at Pelican Bay State Prison.
15       D. A plan, developed within sixty days from the date of this order, to
16 provide focused assistance from the California Department of Corrections Health Care Services
17 Division (HCSD) to CSP/Corcoran, HDSP, RJD, and SVSP to enable them to better address the
18 resource and management problems that prevent them from complying with their respective
19 CAPs and the plans, policies and protocols provisionally approved by this court in mid-1997.
20    2. Within ninety days from the date of this order defendants shall develop a plan
21 to meet system-wide the needs for the evaluation and treatment of inmates with the paraphilia or
22 sexual disorder of exhibitionism, when it involves public exposure and masturbation. In
23 developing this plan, defendants shall give due consideration to the special master's finding that
24 the CDC's development of the experimental Inmate Exhibitionist Masturbation Screening and
25 /////
26 /////

1  Assessment Program at Pelican Bay State Prison may well be a useful model for the system-wide
2  plan.
3  DATED: July 26, 2004.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

7  /thirteenth.mr

3

STATE OF CALIFORNIA     Exhibit-II     DEPARTMENT OF CORRECTIONS
ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE
CDC 114-D (Rev 10/98)

Case 2:90-cv-00520-KJM-SCR    Document 1978    Filed 09/25/06    Page 8 of 14

DISTRIBUTION:
WHITE - CENTRAL FILE     CANARY - WARDEN
BLUE - INMATE (2ND COPY)     PINK - HEALTH CARE MGR
GREEN - ASU     GOLDENROD - INMATE (1ST COPY)

**INMATE'S NAME:** GREEN     **CDC NUMBER:** C-61557

## REASON(S) FOR PLACEMENT (PART A)

[XX] PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS
[ ] JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY
[XX] ENDANGERS INSTITUTION SECURITY     [ ] UPON RELEASE FROM SEGREGATION, NO BED AVAILABLE IN GENERAL POPULATION

**DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:**

On 08/22/06, you Inmate GREEN, C-61557, are being placed in Ad-Seg. Specifically, on 08/13/06, you were suspected of committing an act of sexual misconduct. While distributing the a.m. medication, MTA M. Gonzalez made several attempts to get your attention and have you report to the cell door. When it became apparent that you were not responding, she looked into your cell to witness you masturbating. Therefore, you are deemed a threat to the safety and security of the institution. Based on the aforementioned you will remain in Ad-Seg pending adjudication of any RVR and subsequent review by ICC who will then determine your future program and housing needs. As a result of this placement, your custody level, privilege group and visiting status are subject to change. Inmate GREEN is not a participant in the Mental Health Services Delivery System.

[ ] CONTINUED ON ATTACHED PAGE (CHECK IF ADDITIONAL)    [ ] IF CONFIDENTIAL INFORMATION USED, DATE OF DISCLOSURE: / /

| DATE OF ASU PLACEMENT | SEGREGATION AUTHORITY'S PRINTED NAME | SIGNATURE | TITLE |
|---|---|---|---|
| 08/22/2006 | S. W. TURNER | | LIEUTENANT |

| DATE NOTICE SERVED | TIME SERVED | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE |
|---|---|---|---|---|
| | | | | |

[ ] INMATE REFUSED TO SIGN    INMATE SIGNATURE    CDC NUMBER

## ADMINISTRATIVE REVIEW (PART B)

*The following to be completed during the initial administrative review by Captain or higher by the first working day following placement*

### STAFF ASSISTANT (SA)

| STAFF ASSISTANT NAME | TITLE |
|---|---|
| | |

### INVESTIGATIVE EMPLOYEE (IE)

| INVESTIGATIVE EMPLOYEE'S NAME | TITLE |
|---|---|
| | |

**IS THIS INMATE:**

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| LITERATE? | [ ] | [ ] | EVIDENCE COLLECTION BY IE UNNECESSARY | [ ] | [ ] |
| FLUENT IN ENGLISH? | [ ] | [ ] | DECLINED ANY INVESTIGATIVE EMPLOYEE | [X] | [ ] |
| ABLE TO COMPREHEND ISSUES? | [ ] | [ ] | ASU PLACEMENT IS FOR DISCIPLINARY REASONS | [X] | [ ] |
| FREE OF MENTAL HEALTH SERVICES DELIVERY SYSTEM NEEDS? | [ ] | [ ] | DECLINED 1ST INVESTIGATIVE EMPLOYEE ASSIGNED | [X] | [ ] |
| DECLINING FIRST STAFF ASSISTANT ASSIGNED? | [ ] | | | | |

Any "NO" requires SA assignment     Any "NO" may require IE assignment

[ ] NOT ASSIGNED        [ ] NOT ASSIGNED

### INMATE WAIVERS

[ ] INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER    [ ] INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME
[ ] NO WITNESSES REQUESTED BY INMATE    INMATE SIGNATURE    DATE

### WITNESSES REQUESTED FOR HEARING

| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
|---|---|---|---|
| | | | |
| | | | |

**DECISION:** [ ] RELEASE TO UNIT/FACILITY _____ [ ] RETAIN PENDING ICC REVIEW [ ] DOUBLE CELL [ ] SINGLE CELL PENDING ICC

**REASON FOR DECISION:**

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | DATE OF REVIEW | TIME | ADMINISTRATIVE REVIEWER'S SIGNATURE |
|---|---|---|---|---|
| | | | | |

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (if necessary) | CORRECTIONAL ADMINISTRATOR'S CO-SIGNATURE (if necessary) | DATE OF REVIEW |
|---|---|---|
| | | |

See chronological Classification Review document (CDC 128 - G) for specific hearing information

# RULES VIOLATION REPORT

| STATE OF CALIFORNIA | | | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|---|---|
| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
| C-61557 | GREEN | | | CSP-LAC | FCB5-231U | C06-08-0037 |
| VIOLATED RULE NO'S: | SPECIFIC ACTS | | | LOCATION | DATE | TIME |
| CCR § 3007 | INDECENT EXPOSURE | | | FCB5 CELL # 231 | 08/13/06 | 0900 HOURS |

**CIRCUMSTANCES**

On Sunday, August 13, 2006, at approximately 0900 hours, while performing my duties as Facility 'C', MTA # 2, I was passing out a.m. medication in Housing Unit # 5. I approached cell #231 and knocked twice, there was no response. I knocked again and still no response. I announced "a.m. med.'s" and still no response. I then looked into the cell to check if the inmates were asleep or not inside the cell. That is when I noticed Inmate GREEN (C-61557, FCB5-231U), masturbating while lying on his bed. I was so offended and caught off guard that all I could do was announce he was refusing his med.'s, and Inmate GREEN stated "I'm refusing my med.'s", as he continued to masturbate. I finished handing out the remaining medication and reported the incident to the Sergeant. Inmate GREEN is aware of this report.

Inmate GREEN is not a participant in the Mental Health Services Delivery System.

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| M. GONZALEZ, MTA | 8.24.06 | 'C' MTA | T/F |
| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☒ INMATE SEGREGATED PENDING HEARING | |
| R. B. ALLEN, Sergeant | | DATE 08/22/06   LOC FAB5-108L | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | D | 8-24-06 | R. J. OTTAVIANO, Facility Captain | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE 8-28-06 | TIME 1300 | TITLE OF SUPPLEMENT | | |
|---|---|---|---|---|---|---|
| ☒ INCIDENT REPORT LOG NUMBER: LAC-C05-06-08-0568 | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |

HEARING

## (HEARING ON ATTACHMENT PART C)

REFERRED TO: ☐ CLASSIFICATION ☐ BPT/NAEA

| ACTION BY: (TYPED NAME) | SIGNATURE | DATE | TIME |
|---|---|---|---|
| REVIEWED BY (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | DATE | TIME |

CDC 115 (7/88)

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS
CDC 115 (7/88)

## SUMMARY OF DISCIPLINARY PROCEDURES
(See California Code of Regulations, Article 5 for details)

### ADMINISTRATIVE VIOLATIONS

### HEARING

A disciplinary hearing will normally be held within 30 days, but not less than 24 hours from the date you receive your copy of the CDC 115 violation report. You have the right to a fair hearing, but do not have the same procedural rights described for a serious rule violation *(CCR 3314 – 3320)*

### DISPOSITION

At the end of the hearing, you will be advised of the findings and disposition of the charge. Within five working days, following review of the CDC 115 by the Chief Disciplinary Officer, you will Be given a copy of the completed rule violation report, which will contain a statement of the findings And disposition and the evidence relied upon to support the conclusions reached. *(CCR 3320)*

### APPEAL

If you are dissatisfied with the process, findings or disposition, you may submit an inmate Appeal, form CDC 602, within fifteen days following receipt of the finalized copy of the CDC 115. When filing your appeal, be sure to attach a copy of the finalized CDC 115 and any other pertinent Documentation.

### ABBREVIATIONS

HO – Hearing Officer; SC – Sub Committee; FC – Full Committee; SHO – Senior Hearing Officer; BPT Board of Prison Terms.

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S) | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| C-61557 | GREEN | 3007 | 08/13/06 | CSP-LAC | C06-08-0037 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT ☒ YES ☐ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

☒ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution — INMATE'S SIGNATURE / DATE

☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution — INMATE'S SIGNATURE / DATE

DATE OF NOTICE OF OUTCOME RECEIVED    DISPOSITION

☐ I REVOKE my request for postponement — INMATE'S SIGNATURE / DATE

## STAFF ASSISTANT

STAFF ASSISTANT ☐ REQUESTED  ☐ WAIVED BY INMATE — INMATE'S SIGNATURE / DATE

☐ ASSIGNED    DATE    NAME OF STAFF

☒ NOT ASSIGNED    REASON: DNMC 3315(d)(2)    ☒ DOES NOT MEET CRITERIA PER CCR §3315(d)(2)

## INVESTIGATIVE EMPLOYEE

INVESTIGATIVE EMPLOYEE ☐ REQUESTED  ☐ WAIVED BY INMATE — INMATE'S SIGNATURE / DATE

☐ ASSIGNED    DATE    NAME OF STAFF

☐ NOT ASSIGNED    ☐ DOES NOT MEET CRITERIA PER CCR §3315(d)(1)

EVIDENCE / INFORMATION REQUESTED BY INMATE

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE  ☐ STAFF ASSISTANT  ☐ INVESTIGATIVE EMPLOYEE  ☐ OTHER _____  ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| Dr Sharone | ☐ | ☐ |  | ☐ | ☐ |
|  | ☐ | ☐ |  | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

INVESTIGATOR'S SIGNATURE ▸    DATE

☒ COPY OF CDC 115-A GIVEN INMATE    BY: (STAFF'S SIGNATURE) ▸ R. Hoffman    TIME 1300    DATE 8-28-06

CDC 115-A (7/88) — If additional space is required use supplemental pages

## SUMMARY OF DISCIPLINARY PROCEDURES AND INMATE RIGHTS
(See Title 15, California Code of Regulations, for details)

**A. HEARING** – A serious rule violation may result in the loss of credits. A hearing will normally be held within thirty (30) days but not less than 24 hours, from the date you received a copy of the Rules Violation Report. An exception is provided in the California Code of Regulations when a case has been referred for possible prosecution and you have requested, in writing, and been granted, a postponement pending the outcome of such referral. Failure of staff to meet time constraints will usually act as a bar against denial or forfeiture of time credits, but will not bar against other authorized disciplinary actions. *(CCR 3320)*

**B. INVESTIGATIVE EMPLOYEE/STAFF ASSISTANCE** –

1. *General Information* – You may request to have an investigative employee and/or a staff assistant assigned to assist you in the investigation, preparation, or presentation of your defense at the disciplinary hearing if it is determined by staff that (1) you are illiterate, or (2) the complexity of the issues, or (3) your confinement status makes it unlikely that you will be able to collect and present the evidence necessary for an adequate comprehension of your case. *(CCR 3315-3318)*

2. *Staff Assistant* – A staff member will be assigned to assist you in the disciplinary process if you are deemed to be incapable of representing yourself. The assigned staff will assist you in preparing for the hearing and assist you at the hearing. The staff assistant will maintain any confidence you request about your past conduct. *(CCR 3318)*

3. *Investigative Employee* – An investigative employee, if assigned, will gather information, question staff and inmates, screen witnesses, and complete, and submit a written, non-confidential report to the disciplinary hearing officer. You have the right to receive a copy of the investigative employee's report 24 hours before a hearing is held. *(CCR 3318)*

4. *Witnesses* – You may request the presence of witnesses at the hearing who can present facts related to the charges against you. You may also request the presence of the reporting employee and the investigative employee. You may, under the direction of the hearing officer, question any witness present at the hearing. The hearing officer may deny the presence of witnesses when specific reasons exist. *(CCR 3315)*

5. *Personal Appearance* – A hearing of the charges will not normally be held without your presence, unless you refuse to attend. *(CCR 3320)*

**C. REFERRAL FOR PROSECUTION** – Referrals for prosecution will not delay a disciplinary hearing unless you submit a request in writing for postponement of the hearing pending the outcome of such referral. You may revoke such request in writing at any time prior to the filing of accusatory pleadings by the prosecuting authority. A disciplinary hearing will be held within 30 days of staff receiving your written revocation of your request to postpone the hearing or within 30 days of receiving a response from the prosecuting authority. *(CCR 3316-3320)*

You have the right to remain silent at a disciplinary hearing and no inference of guilt or innocence will be drawn from you silence. Any statement you do make may be used against you in criminal proceedings.

**D. DISPOSITION** – At the end of the hearing, you will be advised of the findings and disposition of the charge. Within five working days, following review of the CDC 115 and CDC 115-A by the Chief Disciplinary Officer, you will be given a copy of the completed rule violation report, which will contain a statement of the findings and disposition and the evidence relied upon to support the conclusions reached. *(CCR 3320)*

**E. APPEAL** – If you are dissatisfied with the process, findings or disposition, you may submit an inmate appeal, form CDC 602, within fifteen days following receipt of the finalized copy of the CDC 115/CDC 115-A. When filing your appeal, be sure to attach a copy of the finalized CDC 115/CDC 115-A, if applicable; and any other pertinent documentation. *(CCR 3325)*

**F. ABBREVIATIONS** – HO-Hearing Officer; SC-Sub Committee; FC-Full Committee; SHO-Senior Hearing Officer; BPT- Board of Prison Terms.

CDC-115-A

**Condensed Mental Health Assessment & Treatment Setting Transfer:**  Page 3 of 5

**IV. Present Mental Status** Date: 1/15/04

A) Appearance: ☒ WNL  well groomed; wearing golden necklace;

B) Behavior: ☒ WNL cooperative  Speech ☒ WNL  articulate; excellent historian

C) Mood: ☒ WNL respectful  Sleep: ☐ WNL  Appetite: ☐ WNL  Affect: ☐ WNL

D) Cognition:
  1) Fund of Information ☒ WNL
  2) Intellectual Functions ☒ WNL — is well-educated in a variety of mental
  3) Organization of Thought ☒ WNL  health syndromes, diagnoses, and
  4) Association of Thought ☒ WNL  treatment plans; seeks EOP status
  5) Reality Contact ☒ WNL  for the treatment there
  6) Thought Quality ☒ WNL

E) Perception Disturbances (Hallucinations): ☒ None  no evidence of true AH; his "voices" are internal, dream-like

F) Thought Content (Delusions): ☒ None

G) Sensorium (Orientation, Memory, Attention, Concentration): ☒ WNL  excellent recent + remote memory

H) Insight & Judgment: ☒ WNL

I) Interview Attitude: ☒ WNL

J) Current Suicidality: ☒ None noted or stated.

K) Current Violence Risk: ☒ None noted or stated

**V. DSM IV**  Numerical  ☐ Transferring  ☐ Discharge  ☐ Provisional (Discussion, diagnostic certainty.)

Axis I: r/o exhibitionism  r/o history of drug abuse
        r/o adjustment disorder c̄ conduct disturb
        (manipulative trends)

Axis II: antisocial, manipulative trends

Axis III:

Axis IV: (current)

Axis V: GAF = 65 (Discuss basis.)

Discussion and Diagnostic Certainty: I do not agree c̄ MH-2 Dx of 8-12-03 as I see no evidence of primary process thinking to warrant Dx of "schizophrenia"

☐ Dual Diagnosis  First Axis I Dx of 7-7-03 MH-4 of polysub abuse

**CONDENSED MENTAL HEALTH ASSESSMENT & TREATMENT SETTING TRANSFER & PAROLE/DISCHARGE FORM**
MH 4
Page: 3 of 5 [3/28/96]
Use Insert-a-Page of MH 1
Confidential Client/Patient Information
See W & I Code, Section 5328

LEVEL OF CARE: Inpatient / (Outpatient)

Last Name: GREEN,  First Name: V  MI:

CDC # C61557  DOB __/__/__

State of California, Department of Corrections — Institution **MCSP**  Exhibit-III  Prior Page Number ___ of 1

CHRONOLOGICAL INTERDISCIPLINARY PROGRESS NOTES:  All Staff, Clinicians, Treatment Teams.

| Date/Time | Problem #. [ ✓ ]. Signature, Title & Print (or stamp) | Store & File Reverse Chronological Order. |
|---|---|---|
| 10 MAY 99 | **CCCMS INTERDISCIPLINARY TREATMENT TEAM MEETING NOTE:** | |

TEAM MEMBERS PRESENT: V. Norum, M.D.  J. Church, M.D.  (B. Harman, M.D.)  V. Knoll, M.D.
(P. Woodward, Psy.D.)  W.J. White, Psy.D.  E. Jarman, Ph.D.  C. Christensen, LCSW  (S. Sands, ACSW)
J. Vasquez, ACSW  (S. Lowe, OT)  (CCI Martinez)  INMATE PRESENT: ☒ Yes ☐ No

**REASON FOR TREATMENT TEAM REVIEW:**
☒ Initial  ☐ Update  ☐ Annual  ☐ Final  ☐ LOC Change  ☐ Tx Plan Review

*Principal Diagnosis* →
AXIS I: 300.3 Obsessive-Compulsive Disorder
       296.89 Bipolar II Disorder (Prov) (R/O Bipolar I Disorder or Psychotic Disorder NOS)
       304.20 Cocaine Dependence
AXIS II: 799.9 Deferred
GAF: 51

**CURRENT SUICIDE RISK:**  ☐ None  ☒ Minimal Risk  ☐ Mild  ☐ Moderate Risk  ☐ High Risk

**PROBLEM SYMPTOM LIST:**
1. Obsessive-Compulsive Bx / Hypomanic Behavior / Mood Swings
2.
3.

**INTERVENTIONS:**
1. MH-2 Treatment Plan Up-Dated
2. SSRI / Mood Stabilizer Medication daily with regular follow-up by psychiatrist.
3. Case manager contact (1x/90 days)
4. Exercise (daily)   5. N.A.   6. Anger Management Group

**ADDITIONAL THERAPY CLINICALLY NECESSARY:**  **STATUS:**
☐ None  ☒ On waiting list
☒ Individual Therapy (___ times / month)  ☐ In group now
☒ Group Therapy — Anger Management  ☐ Completed group

**RECOMMENDATIONS:** ☒ Retain in CCCMS  ☐ Transfer to GP  ☐ Transfer to EOP
**OTHER INFORMATION:**

CS: 403
MEPD: 9-21-99

SIGNATURE: P. Woodward, Psy.D.
Senior Psychologist

MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTES
CDC Form MH 3 [11/9/95]
Confidential Client/Patient Information See W & I Code, Section 5328

LEVEL OF CARE: CCCMS Outpatient

Last Name: Green  First Name: Vencil  MI:
CDC #: C61557  DOB: 1-17-59

A5-136U