BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Facsimile: (916) 324-5205

Attorneys for Defendants
48103270-CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                        Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                        Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO SPECIAL MASTER'S SUPPLEMENTAL REPORT ON THE STATUS AND SUFFICIENCY OF DEFENDANTS' INTERIM AND LONG-TERM PLANS FOR THE PROVISION OF ACUTE AND INTERMEDIATE INPATIENT BEDS AND MENTAL HEALTH CRISIS BEDS** |

Defendants hereby state their responses to the Special Master's Supplemental Report on the Status and Sufficiency of Defendants' Interim and Long-Term Plans for the Provision of Acute and Intermediate Inpatient Beds and Mental Health Crisis Beds ("Supplemental Report").

**A.   Defendants' Response to Findings**

**Special Master's Findings on Design Build:** The Supplemental Report suggests Defendants clarify their stance concerning design-build authority for indicated projects. (*See* Supp. Report at pp. 12-14.)

1  **Defendants' Response:** Defendants are willing to consider design-build authority for
2  some, and possibly all, the construction projects specified in the long-term plan for acute and
3  intermediate care beds, with the understanding that such consideration involves a coordination of
4  any design-build efforts in other pending cases.

5  **B.    Defendants' Response to Recommendations**

6  **1.    Recommendation One:** The court should approve the program population
7  projections revised and updated in the Navigant study. Defendants should be required to contract
8  with Navigant Consultants to conduct annual reviews and updates of their projections for mental
9  health program populations through FY 2008-09; thereafter, Defendants may obtain such
10 services through the normal contract bidding process.

11 **Defendants' Response**: No objection.

12 **2.    Recommendation Two:** The Special Master should be directed to monitor
13 closely the swap of acute inpatient beds between California Medical Facility and Atascadero
14 State Hospital and the status of delays in the transfer of seriously mentally disordered inmates to
15 mental health crisis beds within 24 hours of a clinical referral and report to the court in writing
16 on these two issues within 90 days and semiannually thereafter.

17 **Defendants' Response**: No objection.

18 **3.    Recommendation Three**: Defendants should be required to submit within
19 30 days a final long range plan for the provision of acute and intermediate inpatient beds for all
20 seriously mentally ill male and female CDCR inmates clinically determined to be in need of
21 those levels of care. The plan must reflect the program population projections in the Navigant
22 study.

23 **Defendants' Response:** Defendants respectfully request the timeframe indicated in
24 this recommendation be amended to sixty days and permit this final long range plan for the
25 provision of acute and intermediate inpatient beds to be consolidated with the plan for the
26 provision of enhanced outpatient program beds for all seriously mentally ill male and female
27 CDCR inmates described in recommendation four of the Supplemental Report.
28 / / /

1    Defendants further request that the last sentence of the recommendation be clarified to
2 read as follows, "The plan must <u>meet or exceed</u> the program population projections in the
3 Navigant study." (The underlined areas indicate revisions to the original text.)

4    **4.    Recommendation four**: Defendants should be required to file within 60 days a
5 plan for the provision of enhanced outpatient program beds for all seriously mentally ill male
6 and female CDCR inmates clinically determined to be in need of this level of care. The plan
7 must reflect the program population projections in the Navigant study.

8    **Defendants' Response:** Defendants respectfully request this Court permit the final
9 long range plan for the provision of acute and intermediate inpatient beds, described in
10 recommendation three of the Supplemental Report, to be consolidated with the plan for the
11 provision of enhanced outpatient program beds for all seriously mentally ill male and female
12 CDCR inmates.

13    Defendants further request that the last sentence of the recommendation be clarified to
14 read as follows, "The plan must <u>meet or exceed</u> the program population projections in the
15 Navigant study." (The underlined areas indicate revisions to the original text.)

16    Dated:  September 26, 2006

17    Respectfully submitted,

18    BILL LOCKYER
       Attorney General of the State of California

19    JAMES M. HUMES
       Chief Assistant Attorney General

20    FRANCES T. GRUNDER
21     Senior Assistant Attorney General

       ROCHELLE C. EAST
22     Supervising Deputy Attorney General

23

24    */ s / Lisa A. Tillman*
       LISA A. TILLMAN
25     Deputy Attorney General

26    Attorneys for Defendants

27
CF1997CS0003
28 30166831.wpd

DEFENDANTS' RESPONSES TO SUPP. BED RPT.
3