# EXHIBIT F

## COLEMAN v. WILSON
### Comparison of Interagency Agreements Between CDC and DMH For Fiscal Years 1991-92 and 1992-93

### BEDS

| | 1991-92 | 1992-93 | CHANGE |
|---|---|---|---|
| **DMH Facilities:** | | | |
| Atascadero (Male) | 412 | 374 | (38) / (9.2%) |
| Female | 20 (Metropolitan) 10 (Patton) | 45 (Patton) | 15 / 50% |
| PC 1364 | 46 | 35 | (11) / (23%) |
| Napa | 10 | 10 | 0 |
| TOTAL | 498 | 464 | (34) / 6.8% |
| **CMF:** | | | |
| Inpatient | 150 | 150 | 0 |
| Day Treatment | 60 | 60 | 0 |
| TOTAL | 210 | 210 | 0 |

### DOLLARS

| | 1991-92 | 1992-93 | CHANGE |
|---|---|---|---|
| **DMH Facilities:** | $26,266,000 | $24,079,000 | $2,187,000 / (8.3%) |
| **CMF:** | $15,400,000 | $14,808,000 | $592,000 / 3.8% |
| TOTAL | $41,666,000 | $38,887,000 | $2,779,000 / (6.7%) |

Source: Interagency Agreements, 1991-92, 1992-93.

HELLER, EHRMAN, WHITE & McAULIFFE
PRISON11.DRW
4/15/93

PX 1629



COLEMAN v. WILSON

Residential Beds for Male Population

MALE POPULATION ●

● = Male population

● = Number of residential beds

RESIDENTIAL BEDS ●

66,165
2353
75,332
2353
84,870
2353
93,060
2353
95,420
2353

1988
1989
1990
1991
1992

60,000
65,000
70,000
75,000
80,000
85,000
90,000
95,000
100,000

500
1000
1500
2000
2500
3000
3500
4000
4500
5000

Source: CDC weekly population statistics; 2nd Set of Interrogatory Responses, Table 5.

HELLER, EHRMAN, WHITE & McAULIFFE
PRISON4.DRW
2/24/93

# EXHIBIT G

**Thomas Nolan**

| | |
|---|---|
| **From:** | Lisa Tillman [Lisa.Tillman@doj.ca.gov] |
| **Sent:** | Thursday, August 17, 2006 3:44 PM |
| **To:** | Keith Wattley; Steve Fama; Jane E. Kahn; Michael W. Bien; Thomas Nolan; jmichaelkeatingjr@yahoo.com |
| **Cc:** | dcute@pld-law.com; mlopes@pld-law.com |
| **Subject:** | CIM Ex Parte Motion |



cim.pdf (144 KB)

                    August 17, 2006

Greetings:

Please find attached in PDF format an ex parte motion concerning the replacement of doors
in the MHCB at CIM. Please let me know via voicemail if you will support this motion.  If
it can be filed intact during my vacation, I will enable that to occur via remote.
Otherwise, if changes are necessary, I will discuss those changes with you upon my return.

Thanks,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205
>>> <lisa.tillman@doj.ca.gov> 08/17/06 2:51 PM >>>


----------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

      Sent by:                  <lisa.tillman@doj.ca.gov>
      Number of pages:          4
      Document type:            B/W Document
      Attachment File Format:   Adobe PDF

To view this document you need to use the Adobe Acrobat Reader.
For more information on the HP Digital Sender, Adobe Circulate,
or a free copy of the Acrobat reader please visit:

      http://www.digitalsender.hp.com/reader-en


CONFIDENTIALITY NOTICE: This communication with its contents may contain
confidential and/or legally privileged information. It is solely for the
use of the intended recipient(s). Unauthorized interception, review, use
or disclosure is prohibited and may violate applicable laws including
the Electronic Communications Privacy Act. If you are not the intended
recipient, please contact the sender and destroy all copies of the
communication.

# EXHIBIT H

State of California

# Memorandum

CONFIDENTIAL

Department of Corrections and Rehabilitation

Date    :    September 8, 2006

RECEIVED

SEP 1 9 2006

Rosen Bien & Asaro

To    :    James E. Tilton
          Secretary (A)

Subject :    **ANNUAL SUICIDE REPORT FOR 2005**

Attached please find the 2005 Annual Suicide Report for the California Department of Corrections and Rehabilitation (CDCR). This report summarizes data from the 36 suicides that occurred in custody this year.

If you have any questions, please contact Dr. Helen Steenman, Senior Psychologist, Division of Correctional Health Care Services (DCHCS), at 324-7430.

Brigid Hanson

PETER FARBER-SZEKRENYI, Dr. P.H.
Director
Division of Correctional Health Care Services

Attachment

cc:  D. L. Runnels, Chief Deputy Secretary, Adult Operations
     Marisela Montes, Chief Deputy Secretary, Adult Programs
     John Dovey, Director, Division of Adult Institutions (DAI)
     Brigid Hanson, Deputy Director, DCHCS
     Scott Kernan, Deputy Director, DAI
     Doug McKeever, Program Director, Mental Health Services, DCHCS
     Associate Directors, DAI
     Regional Administrators, DCHCS
     Shama Chaiken, Ph.D., Chief Psychologist, Mental Health Services, DCHCS
     Margaret McAloon, Ph.D., Chief Psychologist, Mental Health Services, DCHCS
     Helen Steenman, Ph.D., Senior Psychologist Specialist, Mental Health Services, DCHCS
     Robert Canning, Ph.D., Senior Psychologist Specialist (A), Mental Health Services, DCHCS
     J. Michael Keating, *Coleman* Special Master
     Matthew Lopes, *Coleman* Deputy Master
     Michael Bien, Rosen, Bien & Asaro, LLP
     Donald Specter, Prison Law Office
     Raymond Patterson, M.D., *Coleman* Expert
     Lisa Tillman, Deputy Attorney General, Department of Justice
     Michael Stone, Staff Counsel, Office of Legal Affairs
     Catherine Bernstein, Assistant Chief Counsel, Office of Legal Affairs
     Wardens
     Health Care Managers
     Chiefs of Mental Health, Institutions
     Suicide Prevention Coordinators, Institutions

# ANNUAL REPORT OF SUICIDES AND SUICIDE PREVENTION IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION FOR YEAR 2005

Prepared by

**Helen Steenman, Ph.D.**
Senior Psychologist, Specialist

and

**Robert D. Canning, Ph.D.**
Senior Psychologist, Specialist (A)

Division of Correctional Health Care Services

Suicide is the third leading cause of death in state prisons, after natural causes and HIV/AIDS. The California Department of Corrections and Rehabilitation (henceforth "Department") established a Suicide Prevention and Response Program in 1996, as part of the implementation of a comprehensive mental health services delivery system, as required in the *Coleman v. Schwarzenegger* class-action litigation. Since 1997, the Division of Correctional Health Care Services has maintained databases to track all inmate deaths, including a separate database specifically for tracking inmate suicides. Various demographic and historical variables are included such as criminal offenses, the inmate's incarceration history, and mental health history and treatment. The sources of the data include information gathered during Suicide Reviews (a.k.a. psychological autopsies) which include review of Central Files, Unit Health Records, various tracking logs, and incident reports, as well as interviews with clinical and custody staff, other inmates, and sometimes family members.

Each year, the Division of Correctional Health Care Services Mental Health Program produces a report containing suicide statistics, as mandated by the federal court in *Coleman*. These annual reports describe some of the findings in the data for the year. Each year, new variables are added to the database, and as the database develops over time, it is expected that information may emerge which can be used to improve the Department's Suicide Prevention and Response Program. Meaningful data acquisition and analysis is a longitudinal process, and the reader is cautioned not to over-interpret the significance of apparent short-term trends based on data compiled for less than a ten-year period.

## Overview of 2005 Suicides

There were 36 verified suicides in the Department's 33 facilities in 2005. A number of other deaths were reported as possible suicides that did not meet verification criteria. The Department follows national and international standards for determining when a death is a result of suicide (Appendix I: Suicide Determination Guidelines).

The Department also tracks and reports deaths of inmates in the Mental Health Services Delivery System that have occurred as a result of homicide, overdose of substances of abuse, or factors that may be identified as a mental health issue. In 2005, the Division of Correctional Health Care Services reported ten such deaths, and conducted psychological autopsies on three of these that were either determined to be accidental deaths related to mental health issues, or were possible unverified suicides. Resulting Quality Improvement Plans were recommended and implemented by the institutions.

In addition to the 36 suicides, two suicides of male inmates occurred within facilities operated by the Department of Mental Health. One occurred at Atascadero State Hospital, and the other at the Acute Psychiatric Program at Vacaville. Both were suicides by hanging. The Department reviewed these deaths and has worked cooperatively with Department Of Mental Health to develop plans of correction.

Suicides occurred at 17 of the Department's 33 active prisons. The following table lists the number of suicides at the institutions where they occurred.

### 2005 Inmate Suicides – Frequency by Institution

| Institution | Number of Suicides |
|:---:|:---:|
| ASP | 1 |
| CEN | 2 |
| CIM | 2 |
| CMC | 2 |
| CMF | 4 |
| FOL | 1 |
| HDSP | 2 |
| LAC | 2 |
| NKSP | 1 |
| PBSP | 2 |
| RJD | 4 |
| SAC | 2 |
| SATF | 1 |
| SOL | 3 |
| SQ | 3 |
| SVSP | 2 |
| WSP | 2 |
| **Total** | **36** |

There were 496 suicide attempts recorded in Department institutions in 2005, seven percent of which were successful, a proportion that has remained stable over the past few years. A documented serious suicide attempt was defined as one for which a Department of Corrections and Rehabilitation 837 Incident Report was written. The number of actual suicide attempts may be under-reported due to additional incidents that are not detected by custody staff.

The overall rate of suicide (male and female inmates combined) in 2005 was 21.9 per 100,000. The average overall rate of suicides in the Department from 1990 through 2005 was 15.7. The Federal Bureau of Justice Statistics recently calculated the national rate of state prison inmate suicides to be 14 per 100,000 during 2001-2002. Recent research (White, Schimmel, & Frickey, unpublished) indicates that the rate of suicide in prisons nationwide is about the same as for males in the general population (about 18-20 per 100,000), which they suggest is the most appropriate comparison. The table below reports historic rates of suicide by gender. Previous annual reports have presented historic rates of suicide in the Department with males and females combined. Because females in the Department commit suicide at such a low rate, we believe it to be more accurate to report rates for female and male inmates separately.

### Inmate Suicides – Frequency and Rate (per 100,000) by Gender, 1990-2005

| Year | Male | | | Female | | | Total | | |
|------|------------|------|------|------------|------|------|------------|------|------|
| | Population | Freq | Rate | Population | Freq | Rate | Population | Freq | Rate |
| 1990 | 87,435 | 15 | 17.2 | 6,375 | 0 | 0 | 93,810 | 15 | 16.0 |
| 1991 | 95,340 | 13 | 13.6 | 6,655 | 0 | 0 | 101,995 | 13 | 12.8 |
| 1992 | 98,008 | 15 | 15.3 | 6,344 | 0 | 0 | 104,352 | 15 | 14.4 |
| 1993 | 108,302 | 29 | 26.8 | 7,232 | 0 | 0 | 115,534 | 29 | 25.1 |
| 1994 | 116,879 | 18 | 15.4 | 7,934 | 0 | 0 | 124,813 | 18 | 14.4 |
| 1995 | 122,514 | 22 | 18.0 | 8,828 | 0 | 0 | 131,342 | 22 | 16.8 |
| 1996 | 131,273 | 19 | 14.5 | 9,744 | 0 | 0 | 141,017 | 19 | 13.5 |
| 1997 | 141,669 | 18 | 12.7 | 10,837 | 0 | 0 | 152,506 | 18 | 11.8 |
| 1998 | 147,001 | 21 | 14.3 | 11,206 | 0 | 0 | 158,207 | 21 | 13.3 |
| 1999 | 150,581 | 24 | 15.9 | 11,483 | 0 | 0 | 162,064 | 24 | 14.8 |
| 2000 | 150,793 | 14 | 9.3 | 11,207 | 0 | 0 | 162,000 | 14 | 8.6 |
| 2001 | 150,785 | 26 | 17.2 | 10,712 | 1 | 9.3 | 161,497 | 27 | 16.7 |
| 2002 | 148,153 | 21 | 14.2 | 9,826 | 0 | 0 | 157,979 | 21 | 13.3 |
| 2003 | 150,851 | 36 | 23.9 | 10,080 | 0 | 0 | 160,931 | 36 | 22.4 |
| 2004 | 152,859 | 23 | 15.1 | 10,641 | 3 | 28.2 | 163,500 | 26 | 15.9 |
| 2005 | 153,323 | 36 | 23.5 | 10,856 | 0 | 0 | 164,179 | 36 | 21.9 |
| Total | | 350 | 16.6 | | 4 | 2.7 | | 354 | 15.7 |

* Population figures are from Offender Information Services Branch June 30 Population Reports and include all inmates in institutions, camps, Department of Mental Health hospitals, and Community Correctional Centers.

## Demographic Characteristics

In fourteen of the last sixteen years there were no suicides completed by female inmates. No female inmates committed suicide in 2005. One female inmate committed suicide in 2001, and three did so in 2004. Female inmates are housed in similar facilities as male inmates and abide by the same general rules as male inmates, but as noted in the table, commit suicide at drastically lower rates than males.

Six of the inmates committing suicide in 2005 were married, and two were widowed. Seventeen were listed as single or never married, and eleven were divorced or separated. Information regarding marital status was usually found in the inmate's Central file, and was not always current.

Most years, Caucasian inmates commit suicide more frequently than other ethnicities. The exception was 2004 when suicides by Hispanic inmates outnumbered those by Caucasian inmates. In 2005, Caucasian inmates comprised 50 percent of the suicides, in contrast to their representation in the total inmate population of just 28.2 percent. Hispanic inmates accounted for 31 percent of suicides in 2005, closer to their overall representation in the inmate population of 37.4 percent. The number of suicides among African American inmates continued to be very low, at about eight percent, although as a group they account for 28.7 percent of the Department's inmate population (note that the suicide rate for African American males in the community is also much lower than the rate for Caucasian males). The "other" group this year included one Asian inmate, one inmate of middle-eastern descent, and two Native American inmates. They accounted for about 11 percent of the Department's suicides, almost double their representation of 5.7 percent in the inmate population at large. Rates of suicide per 100,000 and by ethnic group paralleled the overall percentages except for the "other" category, which had a rate of 42.3, probably due to the small number of inmates in this category.

### 2005 Inmate Suicides – Ethnicity

| Ethnic Group | Number of Suicides | Rate per 100,000 | Percent of Suicides | Percent of Department Population* |
|---|---|---|---|---|
| African-American | 3 | 6.3 | 8 | 28.7 |
| Caucasian | 18 | 38.7 | 50 | 28.2 |
| Hispanic | 11 | 18.1 | 31 | 37.4 |
| Other | 4 | 42.3 | 11 | 5.7 |

*As of December 31, 2005*

The chart below illustrates the percent of suicides by ethnicity as compared to the total representation of that ethnic group in the inmate population as of December 31, 2005.



In 2005, the youngest inmate to commit suicide was 21 years old, and the oldest was age 61. Older inmates accounted for a disproportionate number of suicides in 2005, with those 45-years of age and older committing almost one-third of the suicides, while comprising less than one-quarter of the Department's inmates. This may be a reflection of the increasing age of California inmates (they are five years older, on average, than 20 years ago), and the increased risk of suicide among older individuals generally. Rates of suicide per 100,000 by age group paralleled trends in the community, with higher rates for the youngest and oldest inmates (age reporting has been changed to conform to federal and state standards).

### 2005 Inmate Suicides – Age

| Age Range | Number of Suicides | Rate per 100,000 | Percent of Suicides | Percent of Department Population* |
|-----------|-------------------|------------------|---------------------|-----------------------------------|
| 18-24 | 5 | 20.7 | 13.9 | 14.5 |
| 25-34 | 9 | 16.6 | 25.0 | 33.2 |
| 35-44 | 11 | 21.6 | 30.6 | 30.5 |
| 45-54 | 10 | 37.3 | 27.8 | 16.7 |
| 55+ | 1 | 12.7 | 2.8 | 5.1 |

* As of December 31, 2005



Occupation and stability of employment in the community have been difficult to track with accuracy among inmates who committed suicide. Most had very poor work histories, and many were unskilled laborers.

In 2005, 3 of the 36 inmates completing suicide were noted to have a language barrier. Two of these inmates were Spanish-speaking, and one was Iranian.

In 2005, an unprecedented spike in the number of suicides was seen in the month of June, with nine suicides completed during that month.



The time of day that suicides were discovered has also not revealed any notable trends over the years, dispelling the common belief that suicides are more likely to happen at night. In reports of this type, time is often examined by dividing the day into quarters. The first and last quarters of the day represent the night hours, and the second and third quarters represent the day hours. In 2005, 19 suicides were discovered between 6:00 AM and 6:00 PM, and 17 between 6:00 PM and

6:00 AM, a nearly equal number. Looking at the quarters another way, 20 suicides were discovered between midnight and noon, while 16 were discovered between noon and midnight. The correspondence between time of discovery and actual time of suicide is uncontrolled, because the time the inmate actually committed the act is nearly always unknown. Medical autopsy reports typically do not provide an estimated time of death.

The watch or shift during which the suicide was discovered was examined separately, because inmates contemplating suicide might be expected to choose times when the fewest staff are present. In 2005, 15 suicides were discovered during first watch (2300 hours to 0700 hours), 14 suicides were discovered during second watch (0700 hours to 1500 hours), and 7 suicides were found during third watch (1500 hours to 2300 hours). In 2004, half of the suicides were discovered during first watch. In 2003, there were no differences in the number of suicides found on each watch.

**2005 Inmate Suicides – Time of Discovery**

| Watch | Number of Suicides |
|---|---|
| 1st Watch (2300-0700) | 15 |
| 2nd Watch (0700 – 1500) | 14 |
| 3rd Watch (1500 – 2300) | 7 |

Day of the week, per se, has not proven to be a meaningful variable over the years for predicting suicides in the Department. In 2005 the highest number of suicides occurred on Saturday, while in 2004 few inmates committed suicide on Saturday.



When the days are clustered into workweek (Monday through Friday), and weekend (Saturday and Sunday), suicides are slightly more likely to occur on a weekend. In 2005, 33 percent of suicides occurred on a weekend (which is 28 percent of the week), about the same finding as for 2004. This trend has appeared for several years, but does not seem to be pronounced.

As seen in previous years, the most frequent method for completing suicide is by hanging. This is also reported by correctional systems throughout the world. Hanging is the most available method, and perhaps the most difficult to prevent. In 2005, of the eight non-hanging suicides, there were four due to overdose including three using medication, two by laceration, one by self-strangulation with a ligature that was not attached to anything else, and one by self-induced asphyxiation (choking). The remaining 28 suicides (78 percent) were by hanging.

### Sentencing and Term Issues

Having a very long sentence (or life sentence) continues to be strongly associated with suicide among inmates. In 2005, 42 percent of inmates who committed suicide had a life-term sentence. When inmates with sentences of 20 years or more were added to this group, the total became 53 percent. This was consistent with data from previous years. By contrast, less than 20 percent of the Department's total inmates are serving a life-term (with or without parole). Three inmates who committed suicide in 2005 had been sentenced based on a "third strike," and these were all included in the "Indeterminate Life" group.

#### 2005 Inmate Suicides – Length of Sentence

| | |
|---|---|
| < 2 years | 4 |
| 2-5 Years | 7 |
| 6-10 years | 4 |
| 11-15 years | 2 |
| 15-20 years | 0 |
| 20 + years | 4 |
| Indeterminate Life (may parole) | 7 |
| Life without possibility of parole | 8 |

In addition to sentence, actual time left to serve was also considered. This was calculated as anticipated release date (or Board of Prisons hearing date) minus date of death. Inmates committing suicide had a full range of time remaining, with five having less than six months, eight less than five years, and 18 having more than ten years to serve. One inmate had a parole date just four days away.

**2005 Inmate Suicides – Remaining Time to Serve**

| | |
|---|---|
| Less than 6 months | 5 |
| 1-5 years | 8 |
| 6-10 years | 4 |
| 11-15 years | 2 |
| More than 15 years (including Lifers) | 16 |
| Undetermined (parole violators) | 1 |

Inmates serving their first term in the Department have consistently been over-represented among inmate suicides. In 2005, inmates serving their first term completed two-thirds (24) of all suicides. In some cases, this may suggest that difficulty adjusting to the prison environment is a risk factor for suicide. However, as shown in the next table, some inmates serving their first term had been in prison for a long time, with the longest stay being over 25 years. These were often inmates with life sentences, who may have given up hope that they would ever parole.

A different but overlapping subgroup of inmates committing suicide has been in the Department's custody for only a short time, lending some additional support to the notion that poor adjustment to prison is a risk factor for suicide. In 2005, thirteen inmates (36 percent) committing suicide had served less than six months, a fairly striking figure. It was interesting to note, however, that just eight of those were serving their first term in a California state prison.

The shortest stay in prison before completing suicide in 2005 was just two days. That inmate was entering his fourth term, and wrote a 13-page letter in which he made it clear that he was simply unwilling to spend any more of his life in prison, even though he only had a four-year sentence. Inability or unwillingness to cope with prison, fatigue with the system, and sometimes fear of survival for even a short time, are motives suggested by suicide notes or clinical documentation. Finally, of the inmates who committed suicide in 2005 and who had been in the Department's custody for more than 15 years, all were serving their first term and all were serving a life sentence.

**2005 Inmate Suicides – Time Served and Prison Experience (Term)**

| Time | Total Number of Inmates | Inmates in First Term |
|---|---|---|
| Less than 6 months | 13 | 8 |
| 6 months – 2 years | 7 | 5 |
| 2 – 5 years | 5 | 3 |
| 5 – 15 years | 6 | 3 |
| More than 15 years | 5 | 5 |



Recent new charges and/or recent court hearings adding new prison time are sometimes a factor in suicides. In 2005, one inmate (serving his first-term facing three consecutive life sentences) had recently returned from court after losing his appeal.

**Criminal History**

There has consistently been a high correlation between violent criminal history and inmate suicides in the Department. In 2005, 80.5 percent of inmates who committed suicide had committed a violent crime, a much greater percentage than in the inmate population at large (50 percent of whom are serving time for violent crimes against persons).

As in 2004, 25 percent of the inmates who committed suicide had a sexual offense history, higher than the 12.9 percent reported in the total inmate population. Sex offenders often fear harm from other inmates, and either actual or perceived threat is sometimes a factor in these cases.

Ten inmates (28 percent) had some sort of gang affiliation. Two of these were gang dropouts. Gang membership can be a protective factor in that the inmate has a social community within the prison environment. On the other hand, inmates who are gang dropouts or have otherwise fallen into disfavor with their gang may become a target of retaliation, which over the years has been a factor in several suicides within the Department.

Twelve (33 percent) of the inmates who committed suicide in 2005 had a known juvenile criminal history.

Criminal history factors are summarized in the table below. Where the information was available, comparisons were made with the total inmate population.

### 2005 Inmate Suicides – Crime Factors

| Factor | Number of Suicides | Percent of Suicides | Percent of Total Population |
|---|---|---|---|
| Violent Crime | 30 | 83 | 50 (crimes against persons) |
| Sex Offense History | 9 | 25 | 13 (PC 290 registration required) |
| Gang Affiliation | 10 | 28 | N/A |
| Juvenile History | 12 | 33 | N/A |

## Custody Issues

Five of the inmates who completed suicide in 2005 (14 percent) had job assignments at the time of their deaths. Having a vocational or educational program may be a protective factor against suicide.

The likelihood of violent behavior among California's state prison inmates is reflected in the Department's classification system: inmates with higher violence potential (i.e. higher classification "points") are placed in higher security settings. As a group, inmates who committed suicide in 2005 had higher security classifications when compared to the inmate population at large. In 2005, 13 of the 36 inmates who committed suicide were classified as Level IV (the highest security level), eight were Level II, nine were Level III, and three were Level I.

### 2005 Inmate Suicides – Custody Classification Level

| Custody Classification Level | Number of Suicides | Percent of Suicides | Percent Male Inmates |
|---|---|---|---|
| I | 3 | 8 | 14 |
| II | 8 | 22 | 31 |
| III | 9 | 25 | 35 |
| IV | 13 | 36 | 21 |
| Undetermined (RC) | 3 | 8 | 0 |

Four inmates who committed suicide in 2005 were known to have Immigration and Naturalization Service holds. This may cause stress in some cases if the inmate does not want to return to his/her native country.

**Housing**

Sixty-six percent (24) of the 36 inmates committing suicide in 2005 were single-celled at the time, which is consistent with past years.

In 2005, 36 percent (13) of the 36 suicides were completed by inmates housed in Administrative Segregation Units. By contrast, during 2005 only about 5.1 percent of the total inmate population was housed in Administrative Segregation Units. In 2004, 69 percent of total suicides in the Department were committed by inmates housed in Administrative Segregation Units. In 2003, 50 percent of all suicides were in Administrative Segregation, while in 2002, only 24 percent were in Administrative Segregation. The average for 1999 - 2003 was 38 percent in Administrative Segregation.

Only one inmate who committed suicide in 2005 was housed in a Security Housing Unit. The incidence in Security Housing Units has typically been low, perhaps because these units are a very different environment than Administrative Segregation Units with more stability, quiet, and personal property allowed.

### 2005 Inmate Suicides -- Type of Housing

| Housing | Number | Percent |
|---|---|---|
| ASU | 13 | 36 |
| SHU | 1 | 3 |
| GP | 9 | 25 |
| EOP | 6 | 16 |
| MHCB | 1 | 3 |
| CTC (Medical) | 2 | 6 |
| HIV | 1 | 3 |
| RC | 3 | 8 |

Due to the relatively high number of suicides in Administrative Segregation Units, data for these individuals are examined in the table below.

### 2005 Inmate Suicides – Administrative Segregation Units

| Inmate | Length of Stay in Administrative Segregation at Time of Death* | Reason for Placement | Mental Health Level of Care* |
|---|---|---|---|
| C-84181 | One day post MHCB on 5-day Follow-Up | Gang/high control | GP |
| V-46902 | One month | Safety | GP |
| J-25239 | 5 weeks | Rules Violation | GP |
| T-86003 | 3 days | Safety | GP |
| T-48822 | 2 days | Safety | GP |
| V-79787 | 24 hours | Safety | RC |
| V-70808 | One month | Safety | GP |
| T-93061 | 322 days | SHU term | EOP |
| V-75698 | 2 days | Pending Rules Violation | CCCMS |
| P-22331 | 5 days | Safety | CCCMS |
| V-41122 | 50 days | Safety | CCCMS |
| J-44880 | 7 weeks | SHU term | CCCMS |
| T-92984 | 5 days | Rules Violation | CCCMS |

* SHU = Security Housing Unit; GP = General Population; CCCMS = Correctional Clinical Case Management; RC = Reception Center; EOP = Enhanced Outpatient; MHCB = Mental Health Crisis Bed

Of the 13 inmates housed in Administrative Segregation Units who committed suicide in 2005, eight (62 percent) had been housed in the unit less than one week. All but two of the inmates had been in the unit for less than one month. A cursory review of the data suggests that the risk of suicide in Administrative Segregation Units was elevated during the first few days of confinement for non-mental health caseload inmates but not caseload patients.

Two things stand out about the group of inmates who committed suicide in Administrative Segregation Units. First, just over half of the inmates were in Administrative Segregation for safety rather than disciplinary concerns, and second, seven inmates were not participants in the Department's mental health program. Finally, only one inmate committing suicide in Administrative Segregation was double-celled at the time of his death.

## Physical Plant Issues

The issue of attachment site for hangings came to the fore during 2004, largely as a result of reports from previous years in which recommendations were occasionally made for institutions to replace the large-mesh ventilation screens that had been used as attachment devices in those cases. A study of attachment methods used in hangings was undertaken during 2004 and continued in 2005.

Of the 28 hangings in 2005, eight (29 percent) attached the ligature to a vent, the same statistic as in 2004. Eleven inmates (39 percent) attached their noose to some part of a bunk. Other devices

used included a mesh enclosure, a door, a light fixture, window or window screen, and electrical conduit. In the Administrative Segregation Units, 12 of the 13 suicides were by hanging, with five attached to vents, five attached to bunks, one to a door, and one to a conduit.

### 2005 Inmate Suicides – Hanging Attachment Site

| Attachment Site | Number | Percent from Site |
|---|---|---|
| Vent | 8 | 29 |
| Bunk | 11 | 31 |
| Mesh Enclosure | 2 | 7 |
| Door | 2 | 7 |
| Window | 2 | 7 |
| Light | 2 | 7 |
| Conduit | 1 | 4 |

### Mental Health Issues

In 2005, 58 percent of the suicides (21) occurred among inmates who were participants in the Department's Mental Health Service Delivery System. This was somewhat more than previous years, as the average for inmates who committed suicide during the previous five years (2000 through 2004) was 50 percent.

Thirty-one percent (11) were at the Correctional Clinical Case Management System level of care, and 25 percent (9) were at the Enhanced Outpatient Program level of care. In addition, one suicide (self-induced asphyxiation) occurred while the inmate was housed in a Mental Health Crisis Bed. At the time of his death, the inmate was on suicide precautions and video monitoring. The chart below portrays the interface of mental health level of care and custody housing.



2005 Inmate Suicides -- Housing by Level of Care

Information regarding mental health history of inmates prior to entering prison is most often based on inmate self-report documented in their records. In 2005, prior mental health history was indicated for 19 (53 percent) of the 36 inmates completing suicide. Three of these were not participants in the Mental Health Services Delivery System at the time of their death.

Record reviews and interviews suggested that 21 of the inmates committing suicide in 2005 had a history of suicidal behavior prior to entering the Department. (Information was lacking for one inmate.) Several of these had multiple attempts. One-third of the inmates committing suicide in 2005 had made one or more suicide attempts or significant suicidal gestures while in the Department's custody. Only one of these inmates was not a participant in the Mental Health Services Delivery System. Of the twelve inmates with a history of suicidal behavior while in the Department, nine had suicidal behavior prior to coming to the Department. Overall, a total of 24 inmates (67 percent) had some history of suicidal behavior. This statistic emphasizes the importance of past history of suicidal behavior as a significant risk factor for completing suicide.

Eighty-nine percent (31) of the inmates committing suicide in 2005 (and for whom this information was available) had a known history of illegal drug use or substance abuse. Because a high percentage of inmates in general have a drug history, its utility as a distinguishing characteristic of suicides is lessened; however, substance abuse is a known risk factor for suicide among the non-prison population.

### 2005 Inmate Suicides -- Mental Health History Prior to Incarceration

| Factor | Present | Absent | Unknown | Percent of Known |
|---|---|---|---|---|
| Psychiatric History | 19 | 15 | 2 | 56 |
| Suicide History before CDCR | 21 | 14 | 1 | 60 |
| Suicide Attempts in CDCR | 12 | 24 | 0 | 33 |
| Any Suicide History | 24 | 12 | 0 | 67 |
| Substance Abuse History | 31 | 3 | 1 | 89 |

Inmates who committed suicide in 2005 and were participants in the Department's mental health program were grouped by diagnosis into depressive disorders, bipolar disorders, schizoaffective disorder, or other psychotic disorder. As in 2004, mood disorders were by far the most frequent diagnosis being given as the primary diagnosis in eleven cases (52 percent of the mental health program participants).

### 2005 Inmate Suicides -- Mental Health Diagnosis

| Axis I Diagnosis (Primary) | Number of Mental Health Program Inmates |
|---|---|
| Any Depressive Disorder | 11 |
| Any Bipolar Disorder | 2 |
| Schizoaffective Disorder | 4 |
| Other Psychotic Disorder | 4 |

Anxiety, fear, depression, loss, and inability or unwillingness to tolerate the prison environment were noted to be typical stressors that characterized the 2005 suicide cases. As always, in some cases there were no identifiable precipitating events. Some inmates gave no indication that they would commit suicide, and in most cases the event came as a surprise to staff. Fourteen inmates left a suicide note or letter.

## Summary

There were 36 verified completed suicides among inmates in the California Department of Corrections and Rehabilitation in 2005. The Department suicide rate in 2005 was 21.9 per 100,000 inmates, while the average rate over the past 16 years was 15.7. The rate of suicides in the United States as a whole was 10.8 per 100,000 individuals in 2003, and for males, 18 per 100,000 individuals. The Federal Bureau of Justice Statistics reported that for all state prison inmates in the United States, the rate of suicide was 14 per 100,000 inmates during 2001-2002.

Of the 496 documented suicide attempts by California prison inmates during 2005, seven percent were successful.

Suicides occurred at 17 of the 33 Department prisons active in 2005. Thirteen prisons experienced either one or two suicides, while two prisons had three suicides each and two prisons had four suicides each.

No female inmates committed suicide in 2005. Between 1990 and 2005 only four female inmates committed suicide in Department institutions, with one occurring in 2001 and three in 2004. The rate of female inmate suicide in the Department over the past 16 years was 2.7 per 100,000 female inmates. The Bureau of Justice Statistics estimated that the national rate of female inmate suicide in 2001-2002 was 10 per 100,000 female inmates.

In 2005, California prison inmates committing suicide were most likely to be male, and Caucasian or Hispanic. Sixty-one percent were at least 35 years of age; 83 percent were unmarried, and most had a poor work history and/or attained at best an eleventh grade education. They were likely to have committed a violent crime or a sex crime, and to be serving their first term with a long sentence and considerable time left to serve or little chance of parole. However, a subset of inmates who committed suicide had only a short time to serve. Another subset, which may have been overlapping, was inmates who had not been in prison for very long. Most were high (Level IV) custody.

In 2005, as in previous years, neither season of the year, time of day, nor day of the week appeared to be associated with increased frequency of suicides. The fewest number of suicides occurred during third watch (1500 to 2300 hours). Somewhat more suicides occurred on Saturday. A significant spike was seen in June. Suicides did not increase during the winter holiday season in 2005.

Sixty-six percent of the inmates committing suicide were housed alone at the time of their death, and the most frequent method employed was hanging. The other methods used in 2005 were medication overdose, overdose on heroin, self-strangulation, and laceration. Ventilation grills were used as ligature attachment sites for 29 percent of the hangings. Bunks were used as

attachment devices in 31 percent (11).  Other attachment sites included light fixtures, windows, ladders, mesh enclosures, and shelves.

Fifty-eight percent (21) of inmates who committed suicide were participants in the Mental Health Services Delivery System.  Of these, 31 percent (11) were at the Correctional Clinical Case Management System level of care, 25 percent were in the Enhanced Outpatient Program, and one was housed in a Mental Health Crisis Bed setting.  The percentage of inmates who committed suicide and who were participants in the Mental Health Services Delivery System was higher than the five-year (2000-2004) average of 50 percent.  As has been consistently seen, the majority of inmates who committed suicide had a current mood disorder diagnosis.

The proportion of suicides among inmates housed in Administrative Segregation Units was lower in 2005 than in 2004 (36 percent vs. 69 percent).  Over the past ten years (1996-2005) the annual percentage of total suicides completed by inmates housed in Administrative Segregation has ranged from 16 percent (1996) to 69 percent (2005), and has averaged 37 percent.

All but one of the inmates that committed suicide in Administrative Segregation was housed alone, and all but one (overdose on medications) was accomplished by hanging.  Seven inmates who committed suicide in Administrative Segregation were housed there for safety reasons.  Fifty-four percent (7) had been housed in the unit for no more than seven days, while just one had been in there for over six months.

Only one suicide occurred in one of the Department's Security Housing Units.

Fifty-six percent (19) of the 35 inmates for whom information was known had some psychiatric history prior to their entry into the Department, although three of these were not in treatment for mental health problems at the time of their death.  Sixty percent had attempted suicide in the community, 33 percent had prior attempts in Department custody, and altogether 67 percent had made a previous suicide attempt at some time in their lives.

Four inmates who committed suicide in 2005 had U.S. Immigration and Naturalization Service holds, although in at least one case this was considered a contributing factor.  One inmate did not speak English, two had limited English ability, and one was hearing impaired.

Legal proceedings and medical conditions appeared to play a role in several cases of inmate suicide in 2005.  One inmate had just lost an appeal, and another had a pending court case for in-prison offenses.  Ten inmates who committed suicide had serious medical conditions that may have contributed to their suicide, and two more exhibited strong concerns about their health.  Only five had job assignments at the time of their deaths.

During 2005, and continuing to the present, efforts have been made to heighten staff awareness of suicide factors and prevention.  The Suicide Prevention and Response Focused Improvement Team at the Division of Correctional Health Care Services, a multi-disciplinary group including representation from the Division of Correctional Health Care Services, Division of Adult Institutions, and the Office of Facilities Management, meets weekly to identify system issues and recommend policy changes to address these issues.

All Department institutions have been directed to ensure that all inmates in Administrative Segregation Units are screened for mental health issues, to ensure that new arrivals are promptly identified and contacted by mental health staff, and to increase daily communications between custody and mental health staff in these settings. A list of significant stressors that have been found to contribute to suicides has been distributed, and will be incorporated into the annual departmental training in suicide prevention, which is currently being updated. Provision of interpreter services when appropriate has been mandated, and training in cultural awareness is ongoing.

The monthly Suicide Prevention Videoconference continues to be a useful venue for ongoing communication between the Division of Correctional Health Care Services and the institutions regarding suicide issues. A full day of training on Suicide Risk Assessment by a nationally recognized expert in prison suicides was provided and mandated for all clinical staff in April 2005. The Department's Emergency Response Protocol has been updated, and all correctional officers are now trained to perform CPR and are required to carry CPR mouth shields.

Corrective actions were recommended for the majority of suicides reviewed in 2005. Issues identified included:

- Improper emergency response;
- Incomplete or missing documentation;
- Poor medication distribution practices: medications not delivered as ordered, failure to deliver timely medications, failure to document delivery, failure to renew expired medications;
- Lack of follow-up when medications are changed or discontinued;
- Poor clinical evaluations;
- Counter-transference issues;
- Lack of use of file information in evaluations, lack of file availability;
- Timely initial mental health assessment;
- Adequate follow-up for missed mental health appointments;
- Lack of timely mental health screening in Administrative Segregation Units;
- Improperly conducted mental health rounds in Administrative Segregation Units;
- Failure of medical and mental health to coordinate care;
- Poorly conducted suicide risk assessments, or failure to conduct at all;
- Lack of privacy for assessments;
- Shortage of Mental Health Crisis Beds;
- Inappropriate use of "strip cells" in Administrative Segregation Units for suicidal inmates;
- Acute anxiety going unrecognized and untreated;
- Making routine mental health referrals when urgent referral was appropriate;
- Failure to make any mental health referral despite obvious signs of distress;
- Failure to schedule mental health follow-up when referrals were made;
- Not using a translator when indicated;
- Poor communication when referring between levels of care; and
- Dropping renewal of involuntary psychotropic (*Keyhea*) orders.

In addition to addressing system issues, the follow-up of institutional Quality Improvement Plans continues to improve, with enhanced tracking and increased accountability.

Continued efforts in staff development, improved policies, diligent follow-up with corrective actions, and increased expectations of accountability are some of the ways that the Department hopes to maintain adequate suicide prevention and response. Special attention has been and will continue to be devoted to the high rate of suicide in Administrative Segregation Units, and to the ongoing challenge of providing adequate access to inpatient and outpatient levels of mental health care.

The responsibility for suicide prevention is a department-wide effort with full participation from the Division of Adult Institutions and all employees in the Department. It is essential that correctional officers communicate their observations to mental health staff daily, especially in Administrative Segregation Units.

**California Department of Corrections and Rehabilitation**
**Suicide Determination Guidelines**

**Definition of Suicide:**

The CDCR will adhere to the standard definitions adopted by the international and national entities cited below. In cases where the cause of death is due to a drug overdose or uncertain cause, the CDCR will determine whether a preponderance of evidence indicates that suicide was intended, such as presence of a suicide note, clinical documentation that an inmate had thoughts of suicide, or a determination by the local Coroner that the death was a suicide. Otherwise, the death will not be considered a suicide.

**Standard Definitions:**

World Health Organization (WHO): Suicide is the result of an act deliberately initiated and performed by a person in the full knowledge or expectation of its fatal outcome.

National Violent Death Reporting System (NVDRS), National Center for Injury Prevention and Control, Centers for Disease Control and Prevention: A death resulting from the intentional use of force against oneself. A preponderance of evidence should indicate that the use of force was intentional. (Use of force is broadly defined, to include drug use.)

Specific scenarios that should be classified as suicide:

o A person committed a suicidal act, then changed his mind, but still died as a result of the act.

o A person intended only to injure rather than kill himself- "Russian roulette" played voluntarily with a firearm.

o Assisted suicide including passive assistance to the decedent, e.g., supplying only information or means needed to complete the act

o Intentional, self-inflicted deaths committed while under the influence of a mind-altering drug taken voluntarily.

o Intentional, self-inflicted deaths committed while under the influence of a mental illness.

Specific scenarios that should NOT be classified as suicide (The preferred NVDRS category is shown in parentheses.):

o The physical consequences of chronic substance abuse, including alcohol or drugs (natural death).

o Acute substance abuse including alcohol or drugs with less that a preponderance of evidence of intent to use the substance(s) against oneself (undetermined or unintentional injury or death).

o Death as a result of autoerotic behavior, e.g., self-strangulation during sexual activity (unintentional injury death).

# EXHIBIT I

State of California

**CONFIDENTIAL**

Department of Corrections

# Memorandum

Date    :    JAN 0 4 2005

**RECEIVED**

JAN 1 1 2005

Rosen Bien & Asaro

To    :    John Dovey
Chief Deputy Director
Field Operations

Subject:    **FIVE-YEAR REPORT OF SUICIDES 1999 - 2003**

*PRODUCED PURSUANT TO COLEMAN V. SCHWARZENEGGER*

Enclosed please find the Five-Year Report of Suicides 1999 – 2003 for the California Department of Corrections (CDC). This report summarizes data from the 121 inmate suicides that occurred in CDC prisons during that period.

If you have any questions, please contact Dr. Helen Steenman, Senior Psychologist, Health Care Services Division, at (916) 327-0148.

RENEE KANAN, M.D.
Deputy Director (A)
Health Care Services Division

cc: Roderick Q. Hickman, Agency Secretary, Youth and Adult Correctional Agency
Suzan L. Hubbard, Deputy Director (A), Institutions Division
Yulanda Mynhier, Assistant Deputy Director (A), Field Management Branch, HCSD
Regional Administrators, Institutions Division
Regional Administrators, HCSD
Timothy Fishback, Chief of Mental Health, Clinical Policy & Programs Section, HCSD
Margaret McAloon, Ph.D., Chief Psychologist, Clinical Policy & Programs Section, HCSD
J. Michael Keating, *Coleman* Special Master
Matthew Lopes, *Coleman* Deputy Master
Michael Bien, Rosen, Bien & Asaro, LLP
Donald Specter, Prison Law Office
Raymond Patterson, M.D., *Coleman* Expert
Lisa Tillman, Deputy Attorney General, Department of Justice
Judi Lemos, Staff Counsel, Legal Affairs Division
Catherine Bernstein, Assistant Chief Counsel, Legal Affairs Division
Tim Shively, CC II, Institutions Division
Wardens
Health Care Managers

USDC E.D. CAL.

CASE NO. CIV S-90-0520 LKK JFM P.

SUBJECT TO

PROTECTIVE ORDER ISSUED JULY 29, 1992

# CALIFORNIA DEPARTMENT OF CORRECTIONS

## FIVE-YEAR REPORT OF SUICIDES
## 1999 – 2003

**Prepared by**
**Helen Steenman, Ph.D.**
**Senior Psychologist, Specialist**
**Health Care Services Division**

In 1994, the California Department of Corrections (CDC) implemented the Mental Health Services Delivery System (MHSDS), in response to the *Coleman v. Wilson* (now *Schwarzenegger*) *et. al.* Federal lawsuit. The mandate is to provide constitutionally adequate mental health care to all inmates. Ten years later there are mental health clinicians available at every prison, and all inmates are screened for mental health needs as they enter the prison system. Inmates can request to see a mental health clinician at any time, and may also be referred by custody or other staff whenever problems are noticed. The MHSDS provides four levels of care for inmates requiring mental health services, which includes the Correctional Clinical Case Management System (CCCMS) for inmates who can program and live in the general population (GP); the Enhanced Outpatient Program (EOP) for inmates who require separate housing but not inpatient care; Mental Health Crisis Beds (MHCB) for inmates who require short-term 24-hour nursing care; and long-term inpatient services provided by the Department of Mental Health (DMH) at one of their facilities.

Suicide prevention is one of the aspects of care mandated in *Coleman*. Suicide prevention programs exist at all of the institutions, and are overseen and coordinated by the Health Care Services Division (HCSD). Since 1997, the HCSD has maintained a database to track inmate deaths, and the Suicide Prevention Program at HCSD maintains a separate database specifically for tracking inmate suicides. Approximately 100 demographic and historical variables are tracked pertaining to the subject's background information, criminal history and institutional adjustment, mental health history and treatment, and facts pertaining to the suicide incident. The sources of these data include information gathered during Suicide Reviews (a.k.a. Psychological Autopsies) which include review of the subject inmate's Central Files and Unit Health Records, various institutional logs, incident reports, death reports, and interviews with CDC clinical and custody staff, other inmates, and sometimes family members. These data have been used to compile annual reports describing some of the trends seen among inmates who have completed suicides. It is hoped that as this database continues to build, information may emerge which can be used to improve the CDC Suicide Prevention Program, thereby reducing the number of inmate suicides in California prisons.

This report compiles data for the past five years, from January 1, 1999, through December 31, 2003. The data are mostly reported in percentages to facilitate comparison, and averaged across the five years. When possible, comparisons are made to statistics for the total CDC inmate population.

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

### Overview of CDC Suicides

The CDC is the second largest prison system in the United States, and possibly the world. The average daily inmate population in the 32 prisons in 2003 was 158,694. This was a further decline from 2001, which was the first time that the overall prison (average daily) population had decreased since 1977. After growing exponentially from a population of 39,373 at the end of 1982, the population began leveling off in 1999, when it was 160,687 at year-end. This report covers this most recent five-year period of relative population stability in the CDC prisons.

In contrast to the leveling off of overall inmate population numbers, the percent of the California inmate population receiving some level of mental health services has steadily continued to increase, as demonstrated in the following table. The original projection in 1994 for the eventual mental health population was around seven percent.

### CDC POPULATION AND PREVALENCE RATES OF INMATES IN MHSDS AS OF DECEMBER 31

| Year | Total CDC Inmate Population | Percent in MHSDS |
|------|---------------------------|------------------|
| 1999 | 160,687 | 12.4 percent |
| 2000 | 160,655 | 13.1 percent |
| 2001 | 157,142 | 14.3 percent |
| 2002 | 159,695 | 15.8 percent |
| 2003 | 160,362 | 16.8 percent |

The next table summarizes the number of suicides in the CDC by prison, from 1999 through 2003. There were a total of 121 suicides during this time period, an average of 24.2 suicides per year. This calculates to an average of 3.8 suicides per institution across the 5 years, or .8 per prison per year.

Six of the 32 institutions had no suicides. The California State Prison (CSP)-Sacramento (SAC) had the most suicides with a total of 12, followed by CSP-Corcoran (COR) with 11 suicides, the California Men's Colony (CMC) with 9, and Deuel Vocational Institution (DVI) with 8.

At times inmates under the CDC's jurisdiction have committed suicide in a facility operated by DMH. These numbers are not counted by the CDC Suicide Prevention Program in our analyses, because the circumstances of these deaths are not within the control of this Department. Fortunately, these numbers are small, only five in the past five years, and all were males.

California Department of Corrections
Five-Year Report of Suicides 1999 – 2003

## NUMBERS OF SUICIDES IN CDC INSTITUTIONS

| Institution | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|
| ASP | 0 | 0 | 1 | 0 | 0 | 1 |
| CAL | 0 | 0 | 0 | 1 | 1 | 2 |
| CCC | 0 | 0 | 0 | 0 | 0 | 0 |
| CCI | 0 | 0 | 0 | 1 | 1 | 2 |
| CCWF | 0 | 0 | 0 | 0 | 0 | 0 |
| CEN | 0 | 0 | 1 | 0 | 0 | 1 |
| CIM | 0 | 1 | 1 | 2 | 2 | 6 |
| CIW | 0 | 0 | 1 | 0 | 0 | 0 |
| CMC | 1 | 1 | 3 | 1 | 3 | 9 |
| CMF | 1 | 0 | 1 | 1 | 1 | 4 |
| COR | 4 | 2 | 1 | 0 | 4 | 11 |
| CRC | 0 | 0 | 0 | 0 | 0 | 0 |
| CTF | 1 | 0 | 2 | 1 | 2 | 6 |
| CVSP | 0 | 0 | 0 | 0 | 0 | 0 |
| DVI | 0 | 1 | 3 | 2 | 2 | 8 |
| FSP | 1 | 0 | 0 | 0 | 1 | 2 |
| HDSP | 1 | 0 | 0 | 0 | 1 | 2 |
| ISP | 0 | 0 | 0 | 0 | 1 | 1 |
| LAC | 0 | 0 | 2 | 2 | 1 | 5 |
| MCSP | 0 | 0 | 0 | 0 | 2 | 2 |
| NKSP | 1 | 0 | 1 | 1 | 0 | 3 |
| PBSP | 2 | 1 | 2 | 0 | 1 | 6 |
| PVSP | 0 | 2 | 0 | 1 | 0 | 3 |
| RJD | 1 | 0 | 2 | 2 | 2 | 7 |
| SAC | 3 | 2 | 2 | 3 | 2 | 12 |
| SATF | 2 | 0 | 0 | 0 | 4 | 6 |
| SCC | 1 | 0 | 0 | 0 | 1 | 2 |
| SOL | 0 | 1 | 0 | 0 | 1 | 2 |
| SQ | 2 | 1 | 2 | 0 | 0 | 5 |
| SVSP | 1 | 1 | 2 | 1 | 2 | 7 |
| VSPW | 0 | 0 | 0 | 0 | 0 | 0 |
| WSP | 2 | 1 | 0 | 2 | 0 | 5 |
| **Prison Total** | **24** | **14** | **27** | **21** | **35** | **121** |

| DMH Facility | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|
| Atascadero State Hospital | 0 | 0 | 2 | 0 | 0 | 2 |
| Patton State Hospital (females) | 0 | 0 | 0 | 0 | 0 | 0 |
| Vacaville Psychiatric Program at CMF | 0 | 1 | 1 | 1 | 0 | 3 |
| **Total CDC Inmates at DMH** | **0** | **1** | **3** | **1** | **0** | **5** |

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

Select national rates for suicide in the year 2000, the most recent year available, are shown below. Suicides are typically reported by rate per 100,000 of the population per year. In 2000 suicide was the 11th leading cause of death in the United States. The suicide rate for the general population in California was 8.8, ranked at 45th among the 50 states. Alaska had the highest suicide rate at 22.0.

### NATIONAL SUICIDE RATES PER 100,000 (2000)*

| | |
|---|---|
| Total | 10.7 |
| Men | 17.6 |
| Women | 4.1 |
| White Male | 19.1 |
| Black Male | 10.0 |
| Native American | 12.1 |
| Asian/Pacific Islander | 6.1 |

*National Vital Statistics Report, 50 (15), 2002*

The next table displays the numbers and rates of CDC inmate suicides for the past 13 years. The average CDC prison suicide rate for 1990 – 1993, prior to the implementation of the MHSDS, was 17.3. For the 10 years beginning with 1994, when the MHSDS and the Suicide Prevention Program first started to be implemented, the average yearly rate was 14.6. The net decrease in the suicide rate since the implementation of the MHSDS the overall suicide rate is 2.7 per year on average.

### NUMBER AND RATE OF CDC SUICIDES
### CALENDAR YEARS 1990 – 2003

| Year | Yearly Number Of CDC Suicides | Average Daily CDC Population | Suicide Rate Per 100,000 Inmates |
|---|---|---|---|
| 1990 | 15 | 90,103 | 17 |
| 1991 | 13 | 100,750 | 13 |
| 1992 | 15 | 105,238 | 14 |
| 1993 | 29 | 114,909 | 25 |
| 1994 | 18 | 124,036 | 15 |
| 1995 | 22 | 131,321 | 17 |
| 1996 | 19 | 141,159 | 13.5 |
| 1997 | 18 | 152,004 | 11.8 |
| 1998 | 21 | 158,189 | 13.3 |
| 1999 | 24 | 160,970 | 14.9 |
| 2000 | 14 | 161,567 | 8.7 |
| 2001 | 27 | 160,000 | 16.8 |
| 2002 | 21 | 158,694 | 13.2 |
| 2003 | 35 | 160,772 | 21.8 |
| TOTALS | 291 | 1,914,117 | 15.4 (Average) |

The following table compares the rates of prison suicides for the five states with the largest prison populations for 1999 – 2003, including California.

## PRISON SUICIDE RATES (PER 100,000) 1999 – 2002
## FOR STATES WITH THE LARGEST PRISON POPULATIONS*

| State | 1999 | 2000 | 2001 | 2002 | 2003 | Five-Year Average Rate by State |
|---|---|---|---|---|---|---|
| **California** | 14.9 | 8.7 | 16.8 | 13.2 | 21.8 | 15.1 |
| Florida | 8.6 | 11.0 | 4.1 | 10.6 | 5.0 | 7.9 |
| Michigan | 15.0 | 10.5 | 16.4 | 5.9 | 4.0 | 10.4 |
| New York | 12.3 | 24.0 | 11.8 | 19.4 | 19.7 | 17.4 |
| Texas | 13.5 | 19.0 | 13.0 | 19.1 | 9.7 | 14.9 |
| **Annual Average Rate** | 12.9 | 14.6 | 12.4 | 13.6 | 12.0 | 13.1 |

*United States Bureau of Justice Statistics

Until 2003, the prison suicide rate in California was on par with that of the other states. The California rate over the 5 years was 15.1.


**Suicide Demographics**

Except for a single incidence in 2001, there had been no female inmate suicides since before 1990. The lone female suicide in 2001 represented four percent of total inmate suicides for that year. This can be compared to the national average for females, which is 4.4 percent. Female inmates currently make up 7 percent of the total inmate population, as shown below, and again, the overall rate for female suicides in the CDC across the past 5 years is very tiny and far below the community rate.

Given that there was only one suicide of a female among the 121 CDC suicides during the five-year period, all comparisons in this report are based on male-only inmate and/or community populations. Comparisons with the overall inmate population are based on data for 2001, the middle year of this report period.

As seen in the following table, the percent of suicides among white inmates has consistently exceeded their representation in the overall inmate population. The five-year average for white inmates was 42.7 percent of the suicide group, compared to a 28.6 percent representation in the total male inmate population for 2001. Black inmates, by contrast, have consistently made up a much lower percent of the suicides (16.5 percent average) than their overall representation in the inmate population (30.4 percent). Similarly, in the community the national suicide rate for white males is nearly double the rate for black males.

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

Among Hispanics and other or unknown ethnic categories, the percentages of the suicide groups are similar to the percentages of those groups in the total inmate population

### PERCENT OF SUICIDES BY ETHNICITY

| Ethnicity | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Yr Avg. | 2001 Pop Total |
|---|---|---|---|---|---|---|---|
| Black | 17 | 21 | 19 | 14 | 11.4 | 17 | 30 |
| White | 37.5 | 36 | 48 | 52 | 40 | 43 | 29 |
| Hispanic | 37.5 | 36 | 33 | 24 | 34.3 | 33 | 36 |
| Other/Unknown | 8 | 7 | 0 | 10 | 14.3 | 8 | 6 |



Another fairly stable trend has appeared among the age groups of inmates who commit suicide. The age range of 30-39 has consistently had the most suicides, accounting for 47.2 percent over the five-year period, in contrast to 35.1 percent of the total male inmate population falling into this age range. The opposite trend is seen in the younger 20-29 age group, which represent 31.1 percent of the total male CDC population but account for 20.4 percent of the suicide group. Representation for the remaining age groups is similar to that within the total population.

### PERCENT OF SUICIDES BY AGE GROUP

| Age Group | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Yr Avg. | 2001 Pop Total |
|---|---|---|---|---|---|---|---|
| < 20 | 0 | 0 | 0 | 0 | 3 | 1 | 1 |
| 20 – 29 | 38 | 21 | 15 | 14 | 14 | 20 | 31 |
| 30 – 39 | 38 | 43 | 55 | 57 | 43 | 47 | 35 |
| 40 – 49 | 13 | 36 | 15 | 29 | 29 | 24 | 24 |
| 50 – 59 | 0 | 0 | 15 | 0 | 11 | 5 | 7 |
| 60 + | 8 | 0 | 0 | 0 | 0 | 2 | 2 |

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**



Education does not appear to be a revealing factor in suicides. The educational levels for the suicide group span the ranges, with the majority being in the 9-11[th] grade level. General population data were not available for this variable.

It has long been thought that suicides are more likely to occur during the winter months, particularly around the holiday season. In fact, over the past five years there have been no strong trends with regard to season. Overall, the months in which the most suicides occurred were January, March, and May. Months with the fewest suicides were February and October.

## PERCENT OF SUICIDES BY MONTH

| Month | 1999 | 2000 | 2001 | 2002 | 2003 | 5-Year Average |
|---|---|---|---|---|---|---|
| January | 8 | 29 | 0 | 9.5 | 17 | 13 |
| February | 4 | 0 | 0 | 5 | 2.8 | 2 |
| March | 4 | 0 | 22 | 24 | 17 | 13 |
| April | 8 | 0 | 21 | 5 | 5.7 | 8 |
| May | 4 | 29 | 11 | 9.5 | 11.4 | 13 |
| June | 21 | 0 | 11 | 9.5 | 11.4 | 11 |
| July | 8 | 0 | 15 | 9.5 | 5.7 | 8 |
| August | 17 | 14 | 0 | 9.5 | 2.8 | 9 |
| September | 13 | 0 | 11 | 9.5 | 5.7 | 8 |
| October | 4 | 0 | 0 | 0 | 11.4 | 3 |
| November | 4 | 14 | 4 | 0 | 5.7 | 6 |
| December | 4 | 14 | 7 | 9.5 | 2.8 | 8 |

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

The chart below provides another view of suicides by month of the year.



Similarly, there were no discernible trends for what time of day suicides are discovered. In reports of this type, time is often examined by dividing the day into quarters.

**PERCENT OF SUICIDES BY TIME OF DISCOVERY**

| Time | 1999 | 2000 | 2001 | 2002 | 2003 | 5-year Average |
|------|------|------|------|------|------|----------------|
| 0001-0600 | 29 | 14 | 26 | 29 | 31 | 26 |
| 0601-1200 | 13 | 29 | 33 | 24 | 20 | 24 |
| 1201-1800 | 29 | 29 | 26 | 33 | 23 | 28 |
| 1801-2400 | 25 | 21 | 15 | 14 | 26 | 20 |
| Unknown | 4 | 0 | 0 | 0 | 0 | 1 |

This is also seen more graphically as shown below.



A consistent trend has been evident with regard to the methods inmates have used to end their lives.  Hanging has been the method used on average 85 percent of the time,

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

suggesting it has been the most available lethal method.  Lacerations have emerged more strongly in recent years as the second most common method.

### PERCENT OF SUICIDES BY METHOD

| Method | 1999 | 2000 | 2001 | 2002 | 2003 | 5 YR AVG |
|--------|------|------|------|------|------|----------|
| Hanging | 88 | 93 | 85 | 71 | 87 | 85 |
| Jump | 0 | 0 | 4 | 5 | 6 | 3 |
| Laceration | 4 | 0 | 11 | 19 | 7 | 8 |
| Drown | 4 | 0 | 0 | 0 | 0 | 1 |
| Suffocate | 4 | 0 | 0 | 0 | 0 | 1 |
| Overdose | 0 | 7 | 0 | 5 | 0 | 2 |

**Sentencing and Term Issues**

Having a very long or life sentence is considered to be a risk factor for suicide among prison inmates, due to the obvious possibilities for losing hope of leading a meaningful life.  The data support this as a risk factor to be considered in suicide assessments. Forty-six percent of all CDC suicides in the past 6 years occurred among inmates with sentences of 15 years of greater, with many of these having life sentences.  By contrast, the percent of inmates considered "lifers" in the inmate population at large is 13 percent. Another consistent trend has been among inmates serving sentences of 2 to 5 years, averaging 24 percent of the suicides overall.  Reasons for this trend are not clear.

### PERCENT OF SUICIDES BY LENGTH OF SENTENCE

| Sentence (Years) | 1999 | 2000 | 2001 | 2002 | 2003 | 5 YR AVG |
|------------------|------|------|------|------|------|----------|
| < 2 | 4 | 0 | 7 | 14 | 0 | 5 |
| 2-5 | 25 | 36 | 19 | 24 | 17 | 24 |
| 6-10 | 13 | 7 | 15 | 19 | 6 | 12 |
| 11-14 | 13 | 0 | 4 | 5 | 11 | 7 |
| 15-Life | 38 | 50 | 48 | 38 | 54 | 46 |
| Unknown or Pending | 8 | 0 | 7 | 0 | 11 | 5 |

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

10



Four and a half percent of the inmate population in 2001 had a third strike. Eleven percent of the average of suicides for the past five years had a third strike.

### PERCENT OF SUICIDES WITH THIRD STRIKE

| 3rd Strike | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| Yes | 0 | 21 | 16 | 5 | 11 | 11 |
| No | 81 | 79 | 79 | 81 | 82 | 80 |
| Unknown/pending | 19 | 0 | 5 | 14 | 6 | 9 |

In addition to sentence, actual time left to serve was also considered. This was calculated as Earliest Possible Release Date (EPRD) minus date of death. An interesting trend was noted. About a third (31 percent) of the suicides had less than two years to serve, while another third (31 percent) had more than 15 years. This suggests at least two distinct groups of inmates committing suicide; those who cannot adjust to prison and commit suicide even with very little time to serve, and those who face a very long, indeterminate or life sentence in prison.

### Time to Serve – Percent Suicides

| Time to Serve | 1999 | 2000 | 2001 | 2002 | 2003 | 5 YR AVG |
|---|---|---|---|---|---|---|
| Less than 2 years | 38 | 36 | 37 | 28 | 17 | 31 |
| 2-5 years | 4 | 14 | 4 | 24 | 9 | 11 |
| 6-10 years | 17 | 0 | 15 | 5 | 20 | 11 |
| 11-15 years | 0 | 0 | 0 | 0 | 9 | 2 |
| More than 15 years (including Lifers) | 25 | 43 | 18 | 38 | 31 | 31 |
| Unknown or Pending | 16 | 7 | 26 | 5 | 14 | 14 |

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**



Another risk factor suggested by the data is that of being in prison for the first time. First termers are new to the prison environment, and are likely to have more adjustment difficulties than inmates who have previously experienced prison. Forty-eight percent of all the inmates who completed suicides during the five-year period were CDC first termers, as seen in the next table.

### PERCENT OF SUICIDES BY TERM NUMBER

| Term | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|------|------|------|------|------|------|----------------|
| 1st | 58 | 36 | 52 | 52 | 43 | 48 |
| 2nd | 8 | 43 | 19 | 10 | 20 | 20 |
| 3 or more | 13 | 21 | 22 | 10 | 23 | 18 |
| Unknown | 21 | 0 | 7 | 28 | 14 | 14 |



A consistent finding has been that inmates committing suicide were often early in their terms, lending further credence to the hypothesis of a difficult adjustment to prison for at least a sub-group of these individuals.

## PERCENT OF SUICIDES BY TIME SERVED

| Time Served (Years) | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| <2 | 38 | 43 | 18 | 48 | 46 | 39 |
| 2-5 | 25 | 29 | 52 | 24 | 28 | 32 |
| 6-10 | 13 | 7 | 15 | 19 | 6 | 12 |
| 11-14 | 0 | 14 | 11 | 5 | 14 | 9 |
| 15-Life | 8 | 7 | 4 | 5 | 6 | 5 |
| Unknown | 17 | 0 | 0 | 0 | 0 | 3 |



**Percent of Suicides by Time Served**

### Criminal History

Another trend has been that a high percentage of inmates completing suicide have committed a violent offense. Over 70 percent of the inmates who completed suicide had been convicted of a violent crime (usually a crime against a person, including sexual offenses). This is much greater than the overall proportion of the inmate population committed for crimes against a person, which was just under 48 percent in the middle year of this study. Thus a history of violent criminal offenses appears to be a critical factor to consider when assessing the suicidality of an inmate.

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

13

### PERCENT OF SUICIDES BY VIOLENT CRIME HISTORY

| Violent (offense) | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Yr Avg. | 2001 Pop Total * |
|---|---|---|---|---|---|---|---|
| Yes (Person) | 67 | 79 | 63 | 67 | 77 | 70.6 | 47.9 |
| No (Property /Drugs) | 29 | 14 | 33 | 33 | 23 | 26.4 | 45.1 |
| Unknown (Other) | 4 | 7 | 4 | 0 | 0 | 3 | 7.1 |

\* The CDC Data Analysis Unit provides information for Crimes Against Persons, which are primarily violent; Property and Drug crimes which are predominantly non-violent; and "Other" which includes escape, DUI, arson, poss. of weapon, unspecified other, and missing data.



Another variable considered in predicting risk of suicide is whether the inmate is a sex offender. These inmates are often fearful of injury or death at the hands of other inmates if their sexual offense history becomes known. In relation to the total prison population, the percentage of inmates with sex offenses completing suicide was relatively high. Twenty-four percent of inmates who completed suicide in the past five years had a known sex offense history. Nine percent of the total inmate population had been committed for a sexual offense, although 14.3 percent of the inmate population was required to register as a sex offender per Penal Code 290.

### PERCENT OF SUICIDES BY SEX OFFENSE HISTORY

| Sex Offense | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average | Pop Total* | PC 290 required |
|---|---|---|---|---|---|---|---|---|
| Yes | 42 | 21 | 7.5 | 14 | 34 | 24 | 9 | 14 |
| No | 54 | 64 | 85 | 86 | 66 | 71 | 91 | 86 |
| Unknown | 4 | 14 | 7.5 | 0 | 0 | 5 | 0 | 0 |

*Does not include kidnapping, which would bring total up to 10 percent

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

Half of inmates committing suicide during the five-year period were not parole violators, which was consistent with the data regarding the percent that were first-termers.

### PERCENT OF SUICIDES BY PAROLE VIOLATION (PV) HISTORY

| Parole Violation | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| Yes | 33 | 29 | 44 | 33 | 40 | 36 |
| No | 42 | 29 | 52 | 67 | 60 | 50 |
| Unk | 25 | 43 | 4 | 0 | 0 | 14 |

**Custody Issues**

The role of violence in suicide is further reflected by custody classification level. Consistent with the information that inmates in the suicide group were likely to be characterized by violence and impulsiveness, their behavior typically results in high classification scores. As shown in the next table, 42 percent of inmates in the suicide group were in the highest custody level of placement. Given that 20 percent of the group had not been classified or had unknown status, this number could in actuality be even higher. In contrast, approximately 20 percent of the total inmate population are classified Level IV.

### PERCENT OF SUICIDES BY CUSTODY PLACEMENT LEVEL

| Custody Level | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| I | 13 | 21 | 18.5 | 0 | 11 | 13 |
| II | 13 | 7 | 15 | 9 | 6 | 10 |
| III | 17 | 21 | 18.5 | 24 | 20 | 20 |
| IV | 33 | 36 | 37 | 33 | 54 | 39 |
| Unclassified | 25 | 14 | 11 | 24 | 9 | 17 |



**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

15

### Housing

The violent and impulsive behaviors that contribute to higher custody classification scores also tend to result in placement in restrictive housing settings such as Administrative Segregation Units (ASU) and Security Housing Units (SHU).  Over the five-year period, 38 percent of all suicides occurred in ASU, and when SHU is added the total rises to 46 percent.  In the CDC prisons, about four percent of beds are designated ASU, which does not account for overflow.  The actual proportion of the total inmate population in ASU was not available for this report.

As a side note, 40 percent of inmates committing suicide in ASU in 2003 had been there less than one week.  Data regarding length of stay in ASU was not available for the other years covered in this report.

Thirty-four percent of inmates committing suicide were in GP housing.  Nine percent were in Reception Centers (RC).

There tended to be fewer suicides in housing settings characterizing higher levels of care, including EOP at 8 percent, which included an inmate in the Transitional Living Unit (TLU) at CMC; Correctional Treatment Center (CTC) at 1 percent, which included Mental Health Crisis Beds (MHCB); and Outpatient Housing Unit (OHU) at 0.6 percent.

### PERCENT OF SUICIDES BY HOUSING

| Housing | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| ASU | 33 | 43 | 37 | 24 | 51 | 38 |
| SHU/PSU | 13 | 14 | 4 | 5 | 6 | 8 |
| RC | 4 | 14 | 7 | 10 | 9 | 9 |
| EOP/TLU | 13 | 7 | 19 | 0 | 3 | 8 |
| CTC /MHCB | 0 | 0 | 4 | 0 | 3 | 1 |
| OHU | 0 | 0 | 0 | 0 | 3 | 0.6 |
| GP | 33 | 21 | 30 | 58 | 26 | 34 |
| R&R | 0 | 0 | 0 | 5 | 0 | 1 |
| Unk | 4 | 0 | 0 | 0 | 0 | 0.8 |

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**



Sixty-eight percent of the suicides occurred among inmates who were either assigned to a single cell or were without a cellmate at the time.  When inmates committing suicide were double-celled, they committed the act while their cellmate was either out of the cell or asleep, and in at least one case there was a tandem attempt.  In GP housing, inmates are typically double celled.  In ASU housing, they are double-celled whenever possible, but a far greater proportion are single celled in ASU than in GP.  Actual percentages for the total population were not available.

### PERCENT OF SUICIDES BY CELLMATE STATUS

| Single Cell | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| Yes | 75 | 79 | 85 | 43 | 60 | 68 |

**Mental Health Issues**

Information on the mental health history of inmates prior to entering prison is often sparse and frequently based on inmate self-report.  About 39 percent of the suicide group had a reported mental health history.

### PERCENT OF SUICIDES BY REPORTED MENTAL HEALTH HISTORY

| Psych History | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---|---|---|---|---|---|---|
| Yes | 38 | 29 | 41 | 43 | 43 | 39 |

Half of all inmates who completed suicide had a known history of prior suicide attempts, either while incarcerated or prior to incarceration.  This is a risk factor that always needs to be considered in suicide risk assessments, as individuals who repeatedly attempt suicide are continuously increasing the chances that they will succeed even if they do not

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

really intend to die.  Six percent of the suicide group had a reported history of suicide attempts and were not in the MHSDS.

### PERCENT OF SUICIDES BY PAST SUICIDE ATTEMPT (SA) HISTORY

| Past SA | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|---------|------|------|------|------|------|----------------|
| Yes | 50 | 36 | 44 | 57 | 65 | 50 |

Seventy-six percent of the suicide group had a drug or alcohol use or abuse history.  The usefulness of this as a predictive factor is limited, however, as this is likely to be common among the inmate population in general.  However, the presence of this factor does add to the profile of an individual who is likely to engage in impulsive behavior.

### PERCENT OF SUICIDES BY KNOWN DRUG / ALCOHOL USE HISTORY

| Drug Use | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|----------|------|------|------|------|------|----------------|
| Yes | 71 | 72 | 74 | 81 | 81 | 76 |

Over the five-year period, 46 percent of all suicides were among inmates who were not part of the MHSDS.  Thirty-five percent were at the CCCMS level of care.  Inmates in the CCCMS reside with GP inmates in whatever type of housing their custody level indicates.  About 22 percent were EOP inmates, and only one inmate committed suicide in a MHCB (though not on suicide watch).

### PERCENT OF SUICIDES BY MHSDS LEVEL OF CARE (LOC)

| LOC | 1999 | 2000 | 2001 | 2002 | 2003 | 5 Year Average |
|-----|------|------|------|------|------|----------------|
| CCCMS | 39 | 29 | 26 | 43 | 40 | 35 |
| EOP | 26 | 21 | 22 | 0 | 43 | 22 |
| MHCB | 0 | 0 | 0 | 0 | 3 | 1 |
| GP | 35 | 50 | 52 | 57 | 37 | 46 |

Due to the apparently increasing numbers of inmates committing suicide in ASUs, a more detailed look at the interface between housing and mental health level of care is given. The table below details the actual number of inmates at each level of care in various housing settings, for each of the five years.  Percents were not used in this table, as the numbers were too low for percents to be meaningful.

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

18

## Number of Inmates by Housing and Level of Care

| Housing/Level of Care | 1999 | 2000 | 2001 | 2002 | 2003 | Total |
|---|---|---|---|---|---|---|
| GP | 7 | 2 | 6 | 7 | 3 | 25 |
| ASU GP | 2 | 3 | 7 | 2 | 8 | 22 |
| SHU GP | 1 | 0 | 0 | 1 | 0 | 2 |
| CCCMS | 1 | 2 | 2 | 5 | 6 | 16 |
| ASU CCCMS | 4 | 3 | 3 | 3 | 6 | 19 |
| SHU CCCMS | 1 | 1 | 1 | 0 | 2 | 5 |
| EOP | 3 | 1 | 5 | 0 | 1 | 10 |
| ASU EOP | 1 | 2 | 0 | 0 | 4 | 7 |
| PSU EOP | 1 | 0 | 0 | 0 | 0 | 1 |
| TLU EOP | 1 | 0 | 0 | 0 | 0 | 1 |
| OHU /GP | 0 | 0 | 0 | 0 | 1 | 1 |
| MHCB /CCCMS | 0 | 0 | 0 | 0 | 1 | 1 |
| CTC /GP | 0 | 0 | 1 | 0 | 0 | 1 |
| RC GP | 0 | 2 | 0 | 1 | 1 | 4 |
| RC CCCMS | 1 | 0 | 1 | 1 | 1 | 4 |
| RC EOP | 0 | 0 | 1 | 0 | 1 | 2 |
| R&R /Camp | 0 | 0 | 0 | 1 | 0 | 1 |
| **Total** | 23 | 14 | 27 | 21 | 35 | 120 |

These data are represented in the following chart.



**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

### Summary and Conclusions

The California Department of Corrections (CDC) is the second largest prison system in the United States. Suicide prevention is part of the CDC MHSDS, and this report is a result of efforts to track the success of this program in addition to providing information that may be helpful for preventing future suicides.

There were 121 suicides in the CDC between 1999 – 2003, with only 1 of these being a female inmate in 2001. There were five additional suicides of CDC inmates housed at the DMH facilities, but these were not included in our statistics. The average suicide rate per 100,000 per year within the CDC for this time period, calculated in relation to the annual average daily inmate population, was 15.1. The CDC suicide rate is lower than the United States national average for men (17.6.) reported in 2000.

For the period covered by this report (1999 – 2003), there have been suicides in 26 of the 32 CDC prison institutions. The two institutions with the highest number of suicides are both high security (Level IV) prisons that house especially violent inmates.

Certain demographics were observed to characterize inmates who committed suicide in the CDC. Comparisons were made to characteristics of the overall male inmate daily population for 2001. Inmates in the suicide group were more likely to be Caucasian and less likely to be African American than the average inmate. They were also more likely to fall into the 30 – 39 age range, and less likely to be in the 20 – 29 age range. Educational level was not a useful demographic for identifying suicidal inmates.

Neither the time of the year nor the time of day when suicides were discovered had any apparent significance. We started tracking day of the week in 2002, when 26 percent of the suicides for that year occurred on Sunday. That variable will continue to be followed.

Asphyxiation by hanging was the method used in 85 percent of CDC suicides. Other methods employed were exsanguination by laceration, jumping from a tier, overdosing, and in rare cases drowning or suffocation.

Sentencing and term issues in inmate suicides all showed strong patterns. Forty-six percent of inmates committing suicide had long sentences (greater than 14 years, including life). Eleven percent had a "third strike" that resulted in a long or life sentence.

A pattern noted regarding the time inmates had left to serve in prison was that about a third (31 percent) had more than 15 years (or life) remaining to serve, while the same proportion (31 percent) had less than two years to serve.

Forty-eight percent (nearly half) of the suicide group was serving their first prison term. Thirty-nine percent had served less than two years, and 71 percent had served five years or less. Clearly, first termers and those early in their term appear to be at risk, which could be attributed to difficulties they experience in adjusting to prison life. Those with life sentences are obviously at some risk for giving up on life, if they have little or no

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

hope of getting out before old age or death. When these factors are combined as they have been in several of these cases (i.e. first termer with life sentence; early in sentence), the risk likely multiplies. All of these factors are included on the CDC Suicide Risk Assessment Checklist.

With regard to crime factors, more than 70 percent of inmates completing suicide had been convicted of a violent offense, in contrast to just fewer than 48 percent of the inmate population in general. This is likely a reflection of a violent and impulsive characteristic of inmates at risk for suicide.

Another crime factor that stood out was that 24 percent of the suicide group had been convicted of a sexual offense, in comparison to 9 percent of the overall inmate population. For these inmates, fear of harm from other inmates was a likely factor in their suicides.

Consistent with the finding regarding the high percentage with violent offenses, 39 percent were at the highest custody security level in the CDC system. Custody level is determined in part by continued violent behavior within prison. Such behavior also tends to result in placement in restrictive housing such as ASU and SHU. During the five-year period, 38 percent of the suicide occurred among inmates placed in ASU, with an additional 8 percent occurring in a SHU. The ASU is noted to be an aversive situation for inmates, with additional security restrictions, limited interaction, and little or no access to personal property or privileges such as phone calls. The SHU environment tends to be quiet, stable, and less restrictive in terms of property, and therefore may not be as aversive as ASU.

Most (85 percent) suicides occurred with inmates who were single-celled at the time, affording them both isolation and opportunity.

About 39 percent of the suiciding inmates had a known psychiatric history. It is well documented in the literature that mentally ill persons have a higher risk for suicide than the average individual, and it the pressures of the prison environment may further increase the risk. Half of inmates completing suicide had a history of prior attempts, which is a risk factor that can never be ignored.

A very high number, 76 percent, of the suicide group had a drug or alcohol use/abuse history. While not uncommon among the inmate population, the presence of this factor contributes to a profile that includes reckless, impulsive, and self-destructive behavior.

Nearly half (46 percent) of the inmates who completed suicides were not part of the MHSDS. While some few of these might have had a mental illness that escaped detection or that the inmate chose to hide, it is evident that not all inmates who choose suicide have a severe mental illness.

Of those 54 percent who were in the MHSDS, the majority (35 percent) were in the CCCMS. Suicides have been less frequent among inmate/patients receiving a higher

**California Department of Corrections**
**Five-Year Report of Suicides 1999 – 2003**

level of mental health care. Although these individuals have a more severe or acute mental illness, they are also receiving more intensive care and observation from both clinical and custody staff that likely offsets the risk.

Data aggregated since 1997 has lead to the development of a CDC Suicide Risk Assessment Checklist. Increased attention is being paid to the issue of suicides in ASU. The database is continuing to expand and it is hoped that this information will prove useful in finding ways to reduce the incidence of suicide in the CDC inmate population.