PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CORRECTED SUPPLEMENTAL BRIEF ON DEFENDANTS' COMPLIANCE WITH MAY 2, 2006 ORDERS REGARDING INTERIM AND LONG RANGE BED PLANS AND RECEPTION CENTER EOP PROGRAMS** |

1  THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS
2  FOLLOWS:
3     1.   Plaintiffs wish to file a corrected version of their September 25, 2006 Pleadings
4  in response to the Special Master's September 11, 2006 Supplemental Report on the Status and
5  Sufficiency of Defendants' Interim and Long Term Plans for the Provision of Acute and
6  Intermediate Inpatient Beds and Mental Health Crisis Beds. The correction is necessary in
7  order to clarify and correct certain inaccuracies and omissions in plaintiffs' papers and in the
8  Declaration and the Proposed Order filed in connection therewith.
9     2.   Defendants do not oppose plaintiffs' being allowed to correct their earlier
10 pleadings.

**IT IS SO STIPULATED.**

Dated: September 27, 2006

BILL LOCKYER Attorney General
of the State of California
JAMES M. HUMES Chief Assistant Attorney General
FRANCES T. GRUNDER Senior Assistant Attorney General
ROCHELLE EAST, Supervising Deputy Attorney General

By _____
LISA A. TILLMAN
Deputy Attorney General,
Attorneys for Defendants

Dated: September 27, 2006

ROSEN, BIEN & ASARO, LLP

By _____
THOMAS B. NOLAN
Attorneys for Plaintiffs

-1-
STIP & PROPOSED ORDER RE PLFS' FILING OF CORRECTED SUPP BRIEF ON DEFS' COMPLIANCE WITH MAY 2, 2006 ORDERS
RE INTERIM & LONG RANGE BED PLANS & RECEPTION CENTER EOP PROGRAMS, NO.: CIV S 90-0520 LKK-JFM

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' may file their corrected Supplemental Brief on Defendants' Compliance with May 2, 2006 Orders Regarding Interim and Long-Range Bed Plans and Reception Center EOP Programs, along with the Corrected Declaration of Thomas Nolan in Support thereof, and the Corrected Proposed Order.

Dated: September __, 2006

                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT