| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588 |
| 2 | STEVEN FAMA Bar No.: 99641<br>KEITH WATTLEY Bar No.: 203366 | Three Embarcadero Center<br>San Francisco, California 94111 |
| 3 | General Delivery<br>San Quentin, California 94964 | Telephone: (415) 393-2000 |
| 4 | Telephone: (415) 457-9144 | |
| 5 | ROSEN, BIEN & ASARO, LLP<br>MICHAEL W. BIEN Bar No.: 096891 | HELLER, EHRMAN, WHITE &<br>McAULIFFE |
| 6 | JANE E. KAHN Bar No.: 112239 | RICHARD L. GOFF Bar No.: 36377 |
| 7 | THOMAS NOLAN Bar No.: 169692<br>155 Montgomery Street, 8th Floor | 701 Fifth Avenue<br>Seattle, Washington 98104 |
| 8 | San Francisco, California 94104<br>Telephone: (415) 433-6830 | Telephone: (206) 447-0900 |
| 9 | THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER | |
| 10 | CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402 | |
| 11 | 600 Harrison Street, Suite 120<br>San Francisco, CA 94107 | |
| 12 | Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,  )<br>　　　Plaintiffs,  )<br>vs.  )<br>ARNOLD SCHWARZENEGGER, et al.,  )<br>　　　Defendants  ) | No.: Civ S 90-0520 LKK-JFM<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the City and County of San Francisco, California, and not a party to the within action. My business address is 155 Montgomery Street, 8th Floor, San Francisco, California. On the date and in the manner indicated below, I served a true copy of the following documents:

**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' FILING OF CORRECTED BRIEF ON DEFENDANTS' COMPLIANCE WITH MAY 2, 2006 ORDERS REGARDING INTERIM AND LONG RANGE BED PLANS AND RECEPTION CENTER EOP PROGRAMS**

on the parties in said action by placing a true copy thereof enclosed in a sealed envelope to be delivered in the manner indicated below and addressed as follows

**BY US MAIL**

Pete Cockroft, H-86887
CSP – Sacramento
PO Box 290066
Represa, CA 93536

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of September, 2006 at San Francisco, California.

_____
Sofia Millham