IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs, No. CIV S-90-0520 LKK JFM P

vs.

ARNOLD SCHWARZENEGGER, et al.,

Defendants. ORDER

_____________________________/

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of August, 2006.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

J. Michael Keating, Jr.,
Coleman Special Master
2351 Sussex Lane
Fernandina Beach, FL 32034

the amount of $153,692.45 in accordance with the attached statement; and

/////

/////

2. A copy of this order shall be served on the financial department of this court.

DATED: September 28, 2006.

UNITED STATES MAGISTRATE JUDGE

/cole06.aug

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | **:** | |
| **Plaintiffs,** | **:** | |
| | **:** | |
| **v.** | **:** | **No. Civ. S-90-0520 LKK JFM P** |
| | **:** | |
| **ARNOLD SCHWARZENEGGER et al.,** | **:** | |
| **Defendants.** | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through August 31, 2006.

| | | |
|---|---|---|
| J. Michael Keating, Jr., Master | | |
| Services | $31,060.00 | |
| Disbursements | $ 4,105.49 | |
| Total amount due | | $ 35,165.49 |
| Matthew A. Lopes, Jr., J.D. | | |
| Services | $ 4,500.00 | |
| Disbursements | $ 5,871.08 | |
| Total amount due | | $ 10,371.08 |
| Linda E. Buffardi, J.D. | | |
| Services | $27,360.00 | |
| Disbursements | $ -0- | |
| Total amount due | | $ 27,360.00 |
| Mohamedu F. Jones, J.D. | | |
| Services | $ 9,900.00 | |
| Disbursements | $ -0- | |
| Total amount due | | $ 9,900.00 |
| Paul Nicoll, M.A.P.A. | | |
| Services | $18,306.00 | |
| Disbursements | $ -0- | |
| Total amount due | | $ 18,306.00 |

| | | |
|---|---|---|
| Jeffrey L. Metzner, M.D. | | |
| Services | $11,520.00 | |
| Disbursements | $ 3,611.40 | |
| Total amount due | | $ 15,131.40 |
| Raymond F. Patterson | | |
| Services | $ 3,665.00 | |
| Disbursements | $ 149.00 | |
| Total amount due | | $ 3,814.00 |
| Ted Ruggles, Ph.D. | | |
| Services | $ 7,010.00 | |
| Disbursements | $ 1,143.94 | |
| Total amount due | | $ 8,153.94 |
| Melissa G. Warren, Ph.D. | | |
| Services | $ 9,387.50 | |
| Disbursements | $ 1,263.46 | |
| Total amount due | | $ 10,650.96 |
| Virginia L. Morrison, J.D. | | |
| Services | $ 9,690.00 | |
| Disbursements | $ -0- | |
| Total amount due | | $ 9,690.00 |
| Patricia M. Williams, J.D. | | |
| Services | $ 3,838.00 | |
| Disbursements | $ 1,311.58 | |
| Total amount due | | $ 5,149.58 |

**TOTAL AMOUNT TO BE REIMBURSED** **$153,692.45**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master