1  CLERK OF THE U.S. DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF CALIFORNIA
3  501 'I' STREET - STE. 4-200
4  SACRAMENTO, CA. 95814
5
6  RE: EMERGENCY MOTION FOR INTER-
7  VENTION AS A <u>COLEMAN</u> CLASS-
8  MEMBER.

   90 CV 520 LKK JFM

10 DEAR CLERK:
11     ON 8/21/06, I MAILED AN
12 'EMERGENCY MOTION' TO THE COURT
13 AND TO THE ATTENTION OF "JUDGE
14 KARLTON, SPECIFIC TO ON-GOING VIO-
15 LATIONS OF THE <u>COLEMAN V. SCHWARZ-</u>
16 <u>ENEGGER</u> REMEDIAL PLAN, AND ME
17 AS A CLASS-MEMBER. IT WAS ENTIT-
18 LED AS NOTED ABOVE. AS OF THIS
19 DATE, I HAVE NOT RECEIVED A
20 RESPONSE, CASE #, OR CONFIRMATION
21 OF RECEIPT IN ANY FORM.
22     PLEASE ADVISE ME AS TO THE
23 DISPOSITION OF THIS MOTION.
24
25                              SINCERELY,
26
27

**FILED**
SEP 29 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

THOMAS A. SEKULA
PETITIONER (T-75743)
COLEMAN CLASS-MEMBER