90cv520 LKK JFM 9/27/06

M. KEATING, SPECIAL MASTER
COLEMAN REMEDIAL PLAN
COLEMAN V. SCHWARZENEGGER

FILED
SEP 29 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

RE: <u>PETITION SIGNED / SENT TO YOU FROM HISPANICS @ CSP-SOLANO.</u>

Mr. Keating:

ON 5/21/06, I SENT YOU A PETITION SIGNED BY COLEMAN CLASS-MEMBERS, AND PLATA V. SCHWARZENEGGER CLASS-MEMBERS, SPECIFIC TO CSP-SOLANO'S ON-GOING VIOLATIONS TO THESE COURT ORDERED REMEDIAL PLANS. HOWEVER, AS OF THIS DATE, YOUR OFFICE HAS NOT RESPONDED TO US IN ANY FORM.

CAN YOU PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT OR VERIFY THAT YOU HAVE <u>NOT</u> RECEIVED IT? MOREOVER, SPEAK TO ITS DISPOSITION?

THANK YOU!

T SEVILLA (T-75546)

CC: FILE