IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.              <u>ORDER</u>

        Pursuant to the June 8, 2006 joint hearing held in Sacramento, California, a joint meeting was held in <u>Coleman v. Schwarzenegger</u>, 90-cv-00520 (E.D. Cal.) and <u>Plata v. Schwarzenegger</u>, 01-cv-01351 (N.D. Cal.) on September 26, 2006 for the purpose of facilitating the close coordination of both cases. The meeting was attended by the Honorable Lawrence K. Karlton, the Honorable Thelton E. Henderson, the Honorable John F. Moulds, Special Master Michael Keating, Deputy Special Master Matthew Lopes, Receiver Robert Sillen, and Chief of Staff for the Receiver, John Hagar.

        At the meeting, the following topics were discussed: the Special Session of the California Legislature; the Receiver's Second Report, including, improving and streamlining the hiring process of medical professionals, increasing salaries, the San Quentin Project and the new medical facility; the decision of Los Angeles County to cancel its contract with California

1

Department of Corrections and Rehabilitation (CDCR) for the use of 1,300 beds in the Pitchess Detention Facility; and the possibility that several thousand CDCR inmates may be transferred to out of state facilities.

There will be another meeting between the Plata court and the Coleman court in approximately three months. In the meantime, the Special Master and the Receiver continue to work together and to coordinate their efforts.

The purpose of this order is to inform the parties of the meeting and the issues discussed. The parties need not respond to this order.

IT IS SO ORDERED.

DATED: October 4, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT