IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                      No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.             <u>ORDER</u>

         On September 11, 2006, the Special Master filed a supplemental report on the status and sufficiency of defendants' interim and long term plans for the provision of acute and intermediate inpatient beds and mental health crisis beds. The report contains four recommendations to be made an order of the court. The parties have each filed a response to the supplemental report.[1] The Special Master has advised the court that, in light of the parties' responses, he would propose some modifications to the recommendations filed on September 11, 2006.

         Good cause appearing, IT IS HEREBY ORDERED that:

---

[1] Plaintiffs' September 27, 2006 response is styled a "Supplemental Brief on Defendants' Compliance with May 2, 2006 Orders Regarding Interim and Long Range Bed Plans and Reception Center EOP Programs."

1

1. Within three days from the date of this order, the Special Master shall file and serve his modified recommendations;

2. The parties shall have three days thereafter to file and serve responses to the modified recommendations; and

3. No extensions of the deadlines set in this order will be granted.

DATED: October 5, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2