**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RALPH COLEMAN, et al.,**

    **Plaintiffs,**

    **vs.**                     **No. CIV S-90-0520 LKK JFM P**

**ARNOLD SCHWARZENEGGER, et al.,**

    **Defendants.**

**<u>SPECIAL MASTER'S REVISED RECOMMENDATIONS
ON DEFENDANTS' INTERIM AND LONG TERM PLANS FOR THE
PROVISION OF ACUTE AND INTERMEDIATE INPATIENT BEDS AND
MENTAL HEALTH CRISIS BEDS</u>**

On September 11, 2006, the Special Master filed a supplemental report on the status and sufficiency of defendants' interim and long term plans for the provision of acute and intermediate inpatient beds and mental health crisis beds. That report contained four recommendations for the consideration of the Court. The parties filed responses to the supplemental report, and the Court subsequently directed the Special Master to submit modified recommendations, based on the comments of the parties.

The revised recommendations are as follows:

1. The program population projections in the revised and updated Navigant Study should be approved. Defendants should be required to contract with Navigant Consultants to conduct annual population reviews and updates of their projections for mental health program populations from 2007 through 2009. Thereafter,

defendants should be allowed to obtain such population projection services through the normal contract bidding process. In order to enhance the independence of Navigant in compiling these updates, the Navigant service contract should be controlled and supervised by the Division of Correctional Health Care Services rather than CDCR's Division of Legal Affairs. The Special Master, and such of his experts as he may assign to the task, should be directed to work with the defendants and Navigant to improve the projections and ensure that all necessary data is collected to make future projections as accurate as possible.

2.   The Special Master should be ordered to monitor closely the swap of acute inpatient beds between California Medical Facility and Atascadero State Hospital and any delays in the transfer of seriously mentally disordered inmates to mental health crisis beds within 24 hours of a clinical referral and report to the court in writing on these two issues within 90 days.

3.   Defendants should be required to submit within 60 days a final long range plan for the provision of acute and intermediate inpatient beds, as well as a plan for the provision of enhanced outpatient program (EOP) beds, for all seriously mentally ill male and female CDCR inmates clinically determined to be in need of those levels of care. These consolidated plans should be required to meet or exceed the program population projections contained in the approved Navigant study and include a process for regular updates of bed need projections and ongoing planning for new mental health beds based on subsequently revised projections. Defendants' plan should also address the feasibility of a "Design and Build" approach for the construction projects specified in the consolidated plan and coordinate the use of such an approach with any

related Design and Build efforts in <u>Plata</u>.  Defendants' consolidated plan should include a timetable, budget planning and resource allocations to meet projected program populations by June 30, 2011.  The consolidated plan should also include construction of the 50-bed mental health crisis bed unit at California Men's Colony proposed in their revised interim bed plan.

       4.  Defendants should be directed to accelerate implementation of their plan for new EOP treatment programs in CDCR Reception Centers so the proposed programs become operational by January 1, 2007.  Defendants should also be directed to add treatment programs for EOP inmates in the Reception Center at California State Prison, Los Angeles County, in addition to the five reception centers enumerated in the original plan.  The Special Master should be ordered to monitor the added EOP services provided in the six institutions covered in the plan and report to the court by June 30, 2007 whether the program needs to be extended to any other CDCR Reception Centers.

       5.  Defendants' interim plan for the temporary establishment of 76 inpatient intermediate DMH beds in the D-5 and D-6 units at Salinas Valley State Prison and 30 beds in the P-3 Wing at California Medical Facility should be approved.  The Special Master should be directed to review these programs, as well as the other intermediate inpatient DMH programs opened in California Medical Facility and Salinas Valley State Prison pursuant to the defendants' interim plan and report to the court by March 31, 2007 on the defendants' success in implementing these interim programs.

Respectfully submitted,

_____

/s/ J. Michael Keating, Jr.
Special Master

October 10, 2006