BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO SPECIAL MASTER'S REVISED REPORT ON THE STATUS AND SUFFICIENCY OF DEFENDANTS' INTERIM AND LONG TERM PLANS FOR THE PROVISION OF ACUTE AND INTERMEDIATE INPATIENT BEDS AND MENTAL HEALTH CRISIS BEDS** |

Defendants respectfully submit the following responses and objections to the Special Master's October 10, 2006 Revised Report on the Status and Sufficiency of Defendants' Interim and Long Term Plans for the Provision of Acute and Intermediate Inpatient Beds and Mental Health Crisis Beds, as follows:

//

//

### 1. Recommendations Regarding Navigant Study

The program population projections in the revised and updated Navigant Study should be approved. Defendants should be required to contract with Navigant Consultants to conduct annual population reviews and updates of their projections for mental health program populations from 2007 through 2009.

Thereafter, Defendants should be allowed to obtain such population projection services through the normal contract bidding process. In order to enhance the independence of Navigant in compiling these updates, the Navigant service contract should be controlled and supervised by the Division of Correctional Health Care Services rather than California Department of Corrections and Rehabilitation's (CDCR) Division of Legal Affairs. The Special Master, and such of his experts as he may assign to the task, should be directed to work with Defendants and Navigant to improve the projections and ensure that all necessary data is collected to make future projections as accurate as possible.

**Defendants' Response:**

No objection.

### 2. Recommendations Regarding CMF/ASH Swap Plan

The Special Master should be ordered to monitor closely the swap of acute inpatient beds between California Medical Facility and Atascadero State Hospital and any delays in the transfer of seriously mentally ill disordered inmates to mental health crisis beds within 24 hours of a clinical referral and report to the court in writing on these two issues within 90 days.

**Defendants' Response:**

No objection.

### 3. Recommendations Regarding Submitted Bed Plans

Defendants should be required to submit within 60 days a final long range plan for the provision of acute and intermediate inpatient beds, as well as a plan for the provision of Enhanced Outpatient Program (EOP) beds, for all seriously mentally ill male and female CDCR inmates clinically determined to be in need of those levels of care. These consolidated plans should be required to meet or exceed the program population projections contained in the

approved Navigant study and include a process for regular updates of bed need projections and ongoing planning for new mental health beds based on subsequently revised projections.

Defendants' plan should also address the feasibility of a "Design and Build" approach for the construction projects specified in the consolidated plan and coordinate the use of such an approach with any related Design and Build efforts in Plata. Defendants' consolidated plan should include a timetable, budget planning and resource allocations to meet projected program populations by June 30, 2011.

The consolidated plans should also include construction of the 50-bed mental health crisis bed unit at California Men's Colony proposed in their revised interim bed plan.

**Defendants' Response:**

No objection.

**4. Recommendations Regarding Enhanced Outpatient Program in Reception Centers**

Defendants should be directed to accelerate implementation of their plan for new Enhanced Outpatient Program (EOP) treatment programs in CDCR reception centers as the proposed programs become operational by January 1, 2007.

Defendants should also be directed to add treatment programs for EOP inmates in the reception center at California State Prison, Los Angeles County, in addition to the five reception centers enumerated in the original plan.

The Special Master should be ordered to monitor the added EOP services provided in the six institutions covered in the plan and report to the court by June 30, 2007 whether the program needs to be extended to any other CDCR reception centers.

**Defendants' Response:**

Defendants respectfully object to the recommendation requiring Defendants to accelerate implementation of their plan for new EOP treatment programs in CDCR reception centers as the proposed programs become operational by January 1, 2007. Defendants state their inability to comply with the recommendation to accelerate this plan due to insufficient staffing and insufficient treatment and office space. Defendants have exercised due diligence in trying to

ascertain a means of complying with this recommendation or with an alternative, earlier activation date, and have not found a proper and adequate means to do so.

### 5. Recommendations Regarding Salinas Valley and DMH Beds

Defendants' interim plan for the temporary establishment of 76 inpatient intermediate DMH beds in the D-5 and D-6 units at Salinas Valley State Prison and 30 beds in the P-3 wing at California Medical Facility should be approved.

The Special Master should be directed to review these programs, as well as the other intermediate inpatient DMH programs opened in California Medical Facility and Salinas Valley State Prison pursuant to the defendants' interim plan and report to the court by March 31, 2007 on the Defendants' success in implementing these interim programs.

**Defendants' Response:**

No objection.

Dated: October 13, 2006

                Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30176169.wpd

DEF. RESPONSE TO REVISED REPORT ON BED PLANS

4