PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
KEITH WATTLEY Bar No.: 203366
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
THOMAS NOLAN Bar No.: 169692
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PLAINTIFFS' RESPONSE TO SPECIAL MASTER'S REVISED RECOMMENDATIONS ON DEFENDANTS' INTERIM AND LONG RANGE PLANS FOR THE PROVISION OF ACUTE AND INTERMEDIATE INPATIENT BEDS AND MENTAL HEALTH CRISIS BEDS** |

The Special Master has submitted Revised Recommendations in response to the comments of the parties on his September 11, 2006 Supplemental Report on the Status and Sufficiency of Defendants' Interim and Long Term Plans for the Provision of Acute and

Intermediate Inpatient Beds and Mental Health Crisis Beds. See 10/10/06 Revised Recommendations. The Revised Recommendations address many of the concerns raised by plaintiffs regarding defendants' plans. See 9/27/06 Corrected Plaintiffs' Supplemental Brief On Defendants' Compliance With May 2, 2006 Orders ("Plaintiffs' 9/27/06 Brief"). We respectfully request that the Court review several issues that remain including a major issue that the Special Master deferred to the Court in the first instance.

Plaintiffs hereby direct the Court to those sections of Plaintiffs' 9/27/06 Brief which are not addressed by the Revised Recommendations, and incorporate those objections by reference:

- Argument II.B.(pages 9-10) in Plaintiffs' 9/27/06 Brief concerns the need to require that defendants build another 33 interim MHCB beds in order to address fully the 75-bed present MHCB shortfall acknowledged by CDCR Healthcare Director Dr. Peter Farber-Szekrenyi in his testimony to the Court on April 26-27, 2006. This objection is not addressed in the Revised Recommendations.

- Argument II.C. (pages 10-11) in Plaintiffs' 9/27/06 Brief concerns the need to order defendants to implement their interim ICF expansion plans in the D-5 and D-6 Wings at SVSP and in the P-3 Wing at CMF. While most of these issues are addressed in the Revised Recommendation 5, plaintiffs' objection to defendants' closure of a 67-bed EOP general population program on the M-3 Wing at CMF was not. Defendants should be ordered to keep open the M-3 EOP program.

- Argument III.A. (pages 12-13) in Plaintiffs' 9/27/06 Brief concerns the new Navigant bed need projections and the need for additional investigation and analysis before they are formally accepted or approved by the Court. This argument is partially addressed in the revised Recommendation 1, which includes the important new recommendation that the Special Master and his staff be directed to work with defendants to make the new Navigant bed projection method as accurate and reliable as possible. However, plaintiffs also asked the Court to order defendants to adopt all the recommendations made by the Navigant study authors themselves in their report to improve the

collection and analysis of data used for the bed projections in the future. Plaintiffs also asked that the Court defer formal acceptance of the Navigant bed projections until more is known about them.

- Argument III.B. in Plaintiffs' 9/27/06 Brief (pages 13-14) asked the Court to order defendants to respond to plaintiffs' July 10, 2006 Notice of Violations of May 2, 2006 Order and Request for Relief and Objections to Defendants' Amended Long Term Bed Plan. This issue was deferred to the Court by the Special Master in his September 11, 2006 Supplemental Report. See 9/11/06 Supplemental Report at 12. This issue is also not addressed in the Revised Recommendations

- Arguments III.C and III.D. in Plaintiffs' 9/27/06 Brief (pages 14-15) asked the Court to restrict the ability of defendants to scale back their earlier expansion plans for acute and intermediate inpatient care beds – plans already approved by the Court and the Legislature -- in the new long range plans defendants are to file in the next 60 days. These objections are not addressed in the Revised Recommendations.

- Argument III.E. in Plaintiffs' 9/27/06 Brief (pages 15-17) concerns defendants' requests for waivers of state health and safety code regulations in connections with MHCB and ICF bed projects and defendants' failure to fully comply with the Court's order concerning these waivers. These objections are not addressed in the Revised Recommendations.

Dated: October 13, 2006                         Respectfully submitted,


                                                */s/ Michael W. Bien*_____
                                                Michael W. Bien
                                                Rosen, Bien & Asaro
                                                Attorneys for Plaintiffs