IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,    No. CIV S-90-0520 LKK JFM P

  vs.

GRAY DAVIS, et al.,

    Defendants.    ORDER

_____/

        By order filed May 2, 2006, defendants were directed to file within sixty days an amended long term plan for provision of acute and intermediate care and mental health crisis beds and within forty-five days a plan for interim provision of intermediate inpatient beds and mental health crisis beds. Plaintiffs were granted a period of ten days in which to file and serve a response to the interim plan. Defendants timely filed both plans. Thereafter, plaintiffs filed objections to both the interim plan and the amended long term plan.[1] In a separate order, also filed May 2, 2006, defendants were directed to file within ninety days a plan for providing adequate mental health care to inmates in reception centers identified as requiring an enhanced

---

[1] Defendants filed a response to plaintiffs' objections to the amended long term bed plan in which they declined to offer a formal response to plaintiffs' specific objections unless directed to do so by court order. (Defendants' Response to Plaintiff's Objections to Amended Long Term Bed Plan, filed July 21, 2006.)

1

outpatient program level of care and remaining in reception centers longer than sixty days. Defendants also timely filed that plan, and plaintiffs have filed objections thereto.

On September 11, 2006, the Special Master filed a report on the status and sufficiency of the three plans. The report contained four recommendations for action by the court. The parties each filed a response to the supplemental report. Thereafter, the Special Master advised the court that, in light of the parties' responses, he would propose some modifications to his September 11, 2006 recommendations. By order filed October 5, 2006, the Special Master was directed to file his modified recommendations within three days, and the parties were given three days thereafter in which to file and serve responses to the modified recommendations.

On October 10, 2006, the Special Master filed his revised recommendations. On October 13, 2006, the parties each filed a response to those revised recommendations. After review of all of the relevant documents herein, and good cause appearing, the revised recommendations will be adopted in full. All objections thereto are overruled.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The revised recommendations of the Special Master filed October 10, 2006 are adopted in full.

2. The program population projections in the revised and updated Navigant Study are approved. Defendants shall contract with Navigant Consultants to conduct annual population reviews and updates of their projections for mental health program populations from 2007 through 2009. Thereafter, defendants may obtain such population projections services through the normal contract bidding process. The Navigant service contract shall be controlled and supervised by the California Department of Corrections and Rehabilitation's (CDCR) Division of Correctional Health Care Services rather than the CDCR's Division of Legal Affairs. The Special Master, and such of his experts as he may assign to the task, shall work with the

/////

defendants and Navigant to improve the projections and ensure that all necessary data is collected to make future projections as accurate as possible.

      3. The Special Master shall monitor closely the swap of acute inpatient beds between California Medical Facility and Atascadero State Hospital and any delays in the transfer of seriously mentally disordered inmates to mental health crisis beds within 24 hours of a clinical referral and report to the court in writing on these two issues within ninety days.

      4. Within sixty days from the date of this order defendants shall file a final long range plan for the provision of acute and intermediate inpatient beds, as well as a plan for the provision of enhanced outpatient program (EOP) beds, for all seriously mentally ill male and female CDCR inmates clinically determined to be in need of those levels of care. These consolidated plans shall meet or exceed the program population projections contained in the approved Navigant study and shall include a process for regular updates of bed need projections and ongoing planning for new mental health beds based on subsequently revised projections. Defendants' plan shall also address the feasibility of a "Design and Build" approach for the construction projects specified in the consolidated plan and shall coordinate the use of such an approach with any related Design and Built efforts in the Plata case.[2] Defendants' consolidated plan shall include a timetable, budget planning and resource allocations to meet projected populations by June 30, 2011. The consolidated plan shall also include construction of the 50-bed mental health crisis bed unit at California Men's Colony proposed in defendants' revised interim bed plan.

      5. Defendants shall accelerate implementation of their plan for new EOP treatment programs in CDCR Reception Centers so the proposed programs become operational by January 1, 2007. Defendants shall add treatment programs for EOP inmates in the Reception Center at California State Prison, Los Angeles County, in addition to the five reception centers

---

[2] Plata v. Schwarzenegger, 01-cv-01351 TEH (N.D. Cal.).

enumerated in the original plan.  The Special Master shall monitor the added EOP services provided in the six institutions covered in the plan and report to the court by June 30, 2007 whether the program needs to be extended to any other CDCR Reception Centers.

      6.  Defendants' interim plan for the temporary establishment of 76 inpatient intermediate Department of Mental Health (DMH) beds in the D-5 and D-6 units at Salinas Valley State Prison and 30 beds in the P-3 Wing at California Medical Facility is approved.  The Special Master shall review these programs, as well as the other intermediate inpatient DMH programs opened in California Medical Facility and Salinas Valley State Prison pursuant to the defendants' interim plan and report to the court by March 31, 2007 on the defendants' success in implementing these interim programs.

DATED: October 20, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT