1

MICHAEL J. HICKS
2  B-80852
P.O. Box 290066
3  REPRESA, CA., 95671
IN PRO-PER   
4



FILED

OCT 20 2006

JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

5

6  UNITED STATES DISTRICT COURT

7  EASTERN DISTRICT OF CALIFORNIA

8

9  IN RE                              CASE No. 90cv 0520 LKK JFM

10  MICHAEL J. HICKS                  THE COLEMAN MATTER:
11  PETITION FOR WRIT OF              COMPLAINT OF INEFFECTIVE
    HABEAS CORPUS                     ASSISTANCE OF COUNSEL.
12                                    REQUEST FOR APPOINTMENT
13                                    OF OUTSIDE COUNSEL AS TO
                                      COLEMAN REPRESENTATION.
14

15  NOTE TO THE COURT CLERK: PLEASE REFER THIS PETITION
    DIRECTLY TO JUDGE KARLTON.

16                          OVERVIEW
    IF IT PLEASE THE COURT. I AM A COLEMAN CLASS MEMBER
17
    IN CARCERATED AT CSP-SACRAMENTO, AND CONFINED IN THE
18
    PSYCHIATRIC SERVICES UNIT (PSU) PROGRAM. I AM CURRENTLY
19
    REPRESENTED (AS TO COLEMAN) BY MICHAEL W. BIEN ESQ,
20
    OF ROSEN, BIEN & ASARO LLP.
21
        I AM ADDRESSING THIS COURT AS ONE WHO IS IN IMMINENT
22
    DANGER OF MYSELF. MY THOUGHTS OF SUICIDE ARE
23
    SITUATIONAL AND BROUGHT ON WITH MY RETENTION IN THIS
24
    P.S.U. PROGRAM. SINCE MY ARRIVAL LAST SEPTEMBER
25
    I HAVE BEEN INFLECTED WITH INTENTIONAL EMOTIONAL
26
    DISTRESS. NAMELY MENTAL TORTURE. I AM A SOCIAL
27
    OUTCAST AMONGST MY PEERS, WHO WITH THE GUARDS
28

1.

1  BELIEVE THAT I AM A 'PARAPHILIA' WITH A 70 TO LIFE
2  SENTENCE FOR 5 RAPE AND MUTILATION'S. I BELIEVE
3  THERE IS A DISTINCTION BETWEEN A CHILD MOLESTER;
4  AND A PARAPHILIA. AS A ATTACHMENT I AM SENDING YOU
5  MY 'INFORMATION' FILED IN ALAMEDA COUNTY; MY     EX. A
6  ABSTRACTS OF JUDGEMENT; MY LEGAL STATUS SUMMARY;   EX. B   EX. C
7  AND MEDICAL RECORDS WHICH ARE THE SOURCE OF THIS   EX. D
8  MISREPRESENTATION. PLEASE PULL MY RAP SHEET. IT
9  IS ALL A COMPLETE LIE! I AM NOT A CHILD MOLESTER
10 WHO RAPED AND MUTILATED 5 KIDS. I AM LOOKED
11 UPON WITH HATE, DISCUSS, AND "WANTING TO GET MY
12 HANDS ON YOU, ESPECIALLY WITH THE GUARD'S. I AM NOT
13 COMPATIBLE WITH THIS P.S.U. PROGRAM. I CAN NOT APPLY
14 INNER BEING POSITIVE COGNITIVE CHANGE (WHICH I TRULY
15 SEEK) IN THE FACE OF PROVOKING DISRESPECT. IN MY WORLD
16 YOU CAN NOT TURN AROUND AND WALK AWAY AS ONE WOULD
17 IN SOCIETY WHEN DISRESPECTED. JUST LIKE IN NATURE,
18 YOU DO NOT TURN YOUR BACK TO A, TIGER, LION, OR ANY
19 OTHER WILD CAT. IT WILL GET YOU POUNCED ON. WALKING
20 AWAY FROM BEING DISRESPECTED IN PRISON IS A SIGN
21 OF WEAKNESS WITH A EXPONENTIAL FACTIOR. AND FINALLY,
22 I HAVE A VERY GROSS AXIS I DIAGNOSIS OF SEXUAL SADISM.
23 WEBSTERS DICTIONARY DEFINITION OF THE TERM: "SEXUAL
24 VIOLENT PREDITOR" HAS A PICTURE OF MY FACE NEXT TO IT.
25 I WILL NOT GO INTO GRAPHIC DETAIL OF MY DISORDER,
26 (IT GETS ME HIGH AND EXTREMLY DIFFICULT TO PULL
27 OUT OF). IN 1999, WHILE AT VACAVILLE A P.C.S 2684

2.

EX. E

1 ASH REFERRAL AND CONDITIONAL DENIAL WERE DONE.
2 I AM ENCLOSING THAT DOCUMENT FOR YOUR REVIEW
3 SO I WILL SPARED FROM EXPOUNDING UPON IT.
4    THATS PRETTY MUCH MY CURRENT SITUATION EXCEPT I
5 FORGOT TO MENTION THAT I WAS INTERVIEWED AND MY MEDICAL
6 RECORD REVIEWED BY THE SPECIAL MASTERS EXPERT
7 PSYCHIATRIST, DR. METZNER. I WOULD INVITE THIS COURT
8 TO SPEAK OF THESE MATTERS WITH HIM.
9

10              ALLEGATIONS OF INEFFECTIVE
11              ,, ASSISTANCE OF COUNSEL.
12

13 1.  IN THE LIGHT OF FACTS STATED ABOVE AND WITH MY
14     REQUEST AND COMPLAINT'S TO COUNSEL OF 8TH AMEND.
15     VIOLATION, INCLUDING DEPARTMENTAL EMPLOYEES
16     ATTEMPTED PREMEDITATED MURDER (1998 S.V.S.R)
17     MOTIVATED BY THE MISINFORMATION WITHIN MY MEDICAL
18     RECORDS. COUNSEL HAS FAILED TO NOTIFY THE ATTORNEY
19     GENERALS OFFICE OR ALERT THIS COURT AS A FRIEND AND
20     OFFICER OF THE COURT.
21 2.  COUNSEL HAS FAILED TO REQUEST A COPY OF MY
22     DEPARTMENTAL MEDICAL RECORDS IN ORDER TO ESTABLISH
23     THE VALIDITY OF MY "FAR FETCH" CLAIMS. (DEPARTMENTAL
24     MEDICAL DOCUMENTS IN SUPPORT OF IS ATTACHED). EX. F
25 3.  ON 7-28-06, COUNSEL RESPONDED TO A SERIES OF
26     LETTERS OF, 7-18; 7-21; 7-26. THE LETTER WAS
27     WRITEN BY MICHAEL W. BIEN, AND IT IS A PERFECT
28              3.

1  . EXAMPLE OF HIS SHORT-COMINGS AND INEFFECTIVE
2  ASSISTANTS OF COUNSEL. MR. BIEN WRITES:
3  "IN YOUR LETTER OF JULY 19,2006,... YOU WROTE
4  ABOUT YOUR INTERVIEW WITH DR. METZNER. I
5  WAS GLAD THAT YOU GOT THE OPERTUNITY TO MEET
6  WITH HIM AND THAT HE WAS ABLE TO PARTIALLY
7  ADDRESS YOUR CONCERNS REGARDING NON-FORMULARY
8  MEDICATIONS AND POSSIBLE TREATMENT PROGRAMS
9  FOR INMATES WITH SEXUAL DISORDERS. I WISH YOU
10  LUCK IF YOU DECIDE TO PURSUE THIS ISSUE ON YOUR
11  OWN ACCORD."
12  THIS IS SIMPLY OUTRAGEOUS TO WISH ME LUCK IN
13  ADVOCATING MENTAL HEALTH TREATMENT, MEDICATIONS,
14  AND SEXUAL PROGRAM PLACEMENT, TO COMBAT
15  THE ABOVE OVERVIEW OF EXPERIENCING A CLEAR
16  SUICIDE/HOMICIDE TIME BOMB OF NITROGLYCERIN
17  AWAITING AN "IMPULSIVE SITUATION" CREDITED TO
18  THE STOP OF MY MEDICATION, THAT THE COCKTAIL. OF
19  WELBUTRIN/ARTANE HAS SO MUCH EFFECTED MY
20  IMPULSE CONTROL AS A LIFE LONG ADHD. ADDRESSING
21  AND MONITORING PROPER MENTAL HEALTH CARE
22  IS COUNSEL'S TASK WITH A WHOLE LOT MORE RESPECT
23  THAN I.
24  4. ON JULY 23,2006, I SENT COUNSEL A PATHOLOGY
25  REPORT DIAGNOSING MY LIVER BIOPSY[2] REQUESTING
26  FEEDBACK AND AN EXPLANATION OF THE DIAGNOSIS AND
27  TREATMENT OPTIONS.
28  1. THROUGH MY OWN EFFORTS. 2. I HAVE HCV.

4.

1    ONCE MORE, MR. BIEN RESPONDS:

2        "WE ARE NOT MEDICAL EXPERTS AND, THEREFORE,

3        ARE IN NO POSITION TO PROVIDE MEDICAL ADVICE

4        OR OPINIONS."

5    THIS IS ANOTHER OUTRAGEOUS RESPONSE. THIS COURT

6    APPOINTED RECIEVERSHIP OF THE PLATA MATTER

7    TO DEAL WITH THE MEDICAL MALPRACTICE OF CDCR.

8    WHILE COUNSEL IS CORRECT OF NOT BEING A MEDICAL

9    EXPERT, THE CLAIM OF NOT BEING IN A POSITION TO

10   PROVIDE MEDICAL ADVISE OR OPINIONS, IS DEAD WRONG!

11   HCV IS A SLOW ACTING KILLER WITH NO CURE. THE

12   PLATA CASE IS REPRESENTED BY THE PRISON LAW OFFICE

13   WHO HAVE THIER OWN MEDICAL EXPERTS WHO ARE

14   READILY ABLE TO REVIEW A ONE-PAGE PATHOLOGY REPORT

15   WITH THE PURPOSE TO INFORM ME IF MY LIFE

16   EXPECTANCY WOULD BE LONGER, IF I TRIED TO GO

17   OVER THIS PRISONS ELECTERFIDE FENCE?

18   THIS COURT KNOWS THAT THE PRISON LAW OFFICE IS

19   CO-COUNSEL ON COLEMAN. WITH A LIFE THREATENING

20   TERMINAL DISEASE, COUNSEL REFUSES TO

21   PROVIDE THIS COLEMAN MEMBER WITH PEACE OF

22   MIND WITH A PHONE CALL AND FAX MACHINE. TO DATE,

23   CDCR HAS STILL NOT EXPLAINED TO ME WHAT THE

24   REPORT MEANS. AND MR. BIEN HAS ADDED YET ONE

25   MORE STRAW TO THE CAMELS BACK.

26   5.    PERHAPS THE GREATEST INFRACTION OF LEGAL

27   MALPRATICE IS MR. BIENS FAILURE TO APPLY ESTABLISHED

28                        5.

LAW. CA. PEN. CODE §§ 5054, 5058 HOLDS THE DIRECTOR
OF CORRECTIONS RESPONSIBLE FOR MY MENTAL CARE
AND CA PEN. CODE § 2684 PROVIDES THAT WHEN THERE
IS A NEED FOR MENTAL HEALTH CARE AND TREATMENT
NOT AVAILABLE WITHIN THE CDCR. A REFERAL IS TO BE
MADE TO THE DIRECTOR FOR TEMPORARY PLACEMENT
WITH THE DEPARTMENT OF MENTAL HEALTH (SEE ALSO
TITLE 15, § 3360 (a), (b)) ATTACHED.

ONCE MORE COUNSEL WRITES:

"IN REGARDS TO THE CONCERNS YOU HAVE RAISED
ABOUT ACCESS TO DMH PROGRAMS FOR HIGHER
SECURITY INMATES, YOU SHOULD KNOW THAT WE ARE
ADVOCATING WITH THE SPECIAL MASTER AND THE COURT
FOR ADDITIONAL ACCESS TO DMH PROGRAMS FOR CDCR
PRISONERS AT ALL SECURITY LEVELS. JUDGE KARLTON
HAS RECENTLY ISSUED AN ORDER MAKING THE DIRECTOR
OF DMH A DEFENDANT IN COLEMAN AS PART OF THE EFFORT.
THIS IS ONE OF OUR TOP PRIORITIES AND WE AGREE
THAT DMH HAS INAPPROPRIATELY DENIED ACCESS TO
HIGH SECURITY CDCR PATIENTS IN THE PAST, AS
EVIDENCED BY YOUR 1999 REJECTION." 3.

THIS BURDEN OF COUNSEL SPEAKS IN GENERAL TERMS
OF "HIGH SECURITY" WHITEWASH, WHILE FAILING
TO VIEW MY SITUATION, AS A INDIVUAL WITH A S.V.P.
DISORDER FEATURED BY A GROSS AXIS I, SEXUAL SADISM.
HIS SHENAGIGANS OF "HIGHER SECURITY" ELEMENTS
GOES DOWN THE TOILET BY THE FACT THAT (AS I

3. SEE § 2684 REFERAL.

6.

1  WROTE TO DR. METZNER), IF I WERE TO PAROLE
2  TOMORROW, BOTH CDCR AND DMH WOULD STRAP
3  MY ASS TO A ROCKET TO EITHER ASH OR COALINGA S.V.P
4  THE EXCUSE OF "HIGH SECURITY" RESTRICTIONS WOULD
5  BE LEFT BY THE WAY-SIDE. THIS IS A FACT THAT MY
6  INEFFECTIVE COUNSEL SEEMS TO OVER LOOK. THIS IS A
7  BY-PRODUCT OF BUIDING A WEAK FOUNDATION OF
8  MENTAL HEALTH CARE IN GENERAL TERMS I.E. THE
9  CATCH PHRASE OF "MEDICAL NECESSITY", VERSES A
10 PROGRAM TREATMENT CARE ROOTED UPON THE INDIVUAL
11 OR LIKE, INDIVUAL GROUPS OF INMATES.
12
13
14      DISCUSSION
15
16    FIRST AND FOREMOST IS THE ISSUE OF DISCONTINUING
17 MY MEDICATION THAT I HAVE TAKEN FOR YEARS WITH
18 POSITIVE RESULTS. I HAVE A LIFE LONG ADHD DISORDER
19 ESPECIALLY ITS IMPULSIVE COMPONENT. WITHOUT PROPER
20 MEDICATION, I HAVE VERY POOR IMPULSE CONTROL. STRESS,
21 AND A CONFRONTATIONAL VIOLENCE PRON ENVIRONMENT
22 TRIGGER'S A POST TRAMATIC STRESS DISORDER (A 30 YEAR
23 VETERAN OF CDC). I BECOME PSYCHOTIC) AND IT JUST GETS
24 WORSE FROM THERE. I WAS ON KEYHEA FROM 2001-2003.
25    THE MEDICATION THAT THEY ARE GOING TO DISCONTINUE
26 (BY HEADQUARTERS MANDATE) IS WELBUTRIN.[4] THE COURT
27 SHOULD KNOW THAT ARTANE IS DESIGNED TO BE A
28 4. CURRENTLY WELBUTRIN 150 mg, AND ARTANE 5 mg. 2X DAILY.

7.

1  "SIDE AFFECT" MEDICATION FOR PSYCHOTROPIC-ANTI
2  PSYCHOTIC MEDICATIONS. A WELBUTRIN/ARTANE COCKTAIL,
3  WHILE PRIMITIVE, DOES HAVE A POSITIVE EFFECT ON MY
4  IMPULSE CONTROL. THE ACTUAL MEDICATION THAT WOULD
5  BEST WORK FOR ME IS RITALIN, A STIMULANT. I SPOKE
6  WITH DR. METZNER ON THIS ISSUE. THERE IS NO WAY IN
7  HELL THAT CDCR IS GOING TO PRESCRIBE RITALIN WITHOUT
8  A COURT ORDER AND I HEREBY MAKE THAT REQUEST
9  TO THIS COURT. CDCR IS CONCERNED ABOUT ABUSE IN
10 PRESCRIBING A STIMULANT, AND RIGHTLY SO. BUT THERE
11 ARE ABUSIVE PREVENTING MEASURES THAT CAN BE
12 TAKEN AS A SAFEGUARD TO PREVENT ABUSE. NAMELY
13 INSTANT DISOLVING TABLETS OR CRUSH AND FLOATING IN
14 WATER. SINCE THESE MEDICATIONS ARE PSYCHIATRICT
15 IN NATURE AND PROMOTE GOOD MENTAL HEALTH. THE
16 REFUSAL TO PRESCRIBE THEM IS A 8TH AMENDMENT
17 VIOLATION. TITLE 15, § 3361 (C) STATES IN PART:
18        TREATMENT WILL BE IN ACCORD WITH SOUND
19        PRINCIPLES OF PRACTICE AND WILL NOT SERVE
20        A PUNITIVE PURPOSE." (ATTACHED)
21  THOUGH I AM INCARCERATED, I STILL AM A HUMAN
22 BEING AND ENTITLED TO THE SAME STANDARD OF MEDICAL
23 CARE AS ANY OTHER UNITED STATES CITIZEN. I WOULD
24 INVITE THE COURT TO CONSULT WITH DR. METZNER, AS TO
25 THE EFFECTS OF PROPERLY PRESCRIBED STIMULANTS
26 UPON THOSE WHO ARE DIAGNOSED WITH ADHD AND ITS
27 COMPONENT OF IMPULSE CONTROL. TAKING AWAY
28 A. OR STRATERA.          8.

1  NECESSARY MEDICATION TO CONTROL MY IMPULSE'S
2  WITH MY CURRENT SITUATION AND .RAGE OVER BEING
3  LABLED AS A 5 TIME RAPIEST MUTALATOR OF CHILDREN IS A
4  DISASTER WAITING TO HAPPEN. INMATES OR GUARDS.
5      COUNSEL STATED: "I WISH YOU LUCK IF YOU DECIDE
6  TO PURSUE THIS ISSUE ON YOUR OWN ACCORD". YEAH RIGHT!
7  (PG. 4, LINE 3-11).
8
9  COLEMAN CRITERION
10
11     THE QUESTION AT BAR HERE, IS MR. BIEN FULFILLING
12  HIS DUTIES AS PLAINTIFFS COUNSEL, AND WHERE DO THE
13  LIMITS OF HIS REPRESENTATION EXTEND TO? I HAVE A
14  AXIS I DIAGNOSIS OF SCHIZOAFFECTIVE DISORDER, AND
15  SEXUAL SADISM. I AM IN A PSYCHIATRIC SERVICES UNIT.
16  EVERY ASPECT OF MY THOUGHTS, OF MY LIFE ARE TIED
17  INTO MY MENTALITY. EVERY ENCOUNTER I HAVE TOUCHIES
18  MY ILLNESS. YOU CAN HAVE ALL THESE MASS MENTAL
19  HEALTH TREATMENT PROGRAMS, BUT WHAT IT ALL COMES
20  DOWN TO IS THE QUALITY OF INDIVIDUAL CARE.
21     THIS COURT AND PERHAPS EVEN THE NINTH CIRCUIT
22  IS ALLOWING THE STATE TO INFLECT UPON ME CRUEL
23  AND UNUSUAL PUNISHMENT OVER TWO (2) SINGLE WORDS
24  THAT THIS INEFFECTIVE BURDEN OF COUNSEL
25  FAILS TO PRESENT TO THE COURT. THE WORDS,
26  COMMITMENT AND CONVICTION. BEING A SEXUAL
27  VIOLENT PREDITOR ENTAILS A MENTAL DISORDER
28                        9.

1 THAT THE STATE DEPARTMENT OF MENTAL HEALTH
2 HAS DECLARED AS MANAGABLE IF NOT CURABLE. DMH
3 DECLARES THAT THIER S.V.P. PROGRAM IS A SUCCESSFUL
4 TREATMENT (THOUGH SOCIETY OBJECTS) FOR MENTALLY
5 DISORDERED SEX OFFENDERS. S.V.P. STANDS OUT FROM GENERAL
6 MENTAL HEALTH CARE AND TREATMENT. IT IS OUTSIDE OF
7 THE SCOPE OF COLEMAN NORMS (WHICH IS A DRASTIC
8 ERROR) WITH NO TRAINED CDCR OFFICIALS (MEDICAL AND
9 CUSTODY) AVAILABLE. TITLE 15 §3362. AVAILABILITY OF
10 TREATMENT STATES IN PART:

11            " ALL PERSONS COMMITTED TO THE DEPARTMENT
12        SHALL BE INFORMED THAT MENTAL HEALTH SERVICES
13        ARE AVAILABLE TO THEM ..... UPON REQUEST, THEY
14        WILL BE PROVIDED WITH INFORMATION AS TO WHAT
15        SPECIALIZED TREATMENT PROGRAMS MAY BE
16        AVAILABLE IN THE DEPARTMENT AND HOW SUCH
17        TREATMENT MAY BE OBTAINED." ATTACHED.
18        (UNLESS YOUR A RAPIEST-MUTILATOR OF CHILDREN
19        OR A CHILD MOLESTER...THEN WE WILL MOLEST
20        AND ABUSE YOU TO DEATH.. DEATH BY YOUR OWN
21        HAND.)
22 I DID NOT STOP BEING S.V.P. UPON MY ARREST IN 1991,
23 THE COLEMAN DEFENDANTS, CDCR + DMH HAVE A S.V.P
24 EFFECTIVE TREATMENT PROGRAM THAT I WILL NEVER
25 BE ALLOWED TO TAKE PART IN DUE SIMPLY BECAUSE
26 I HAVE A LIEE SENTENCE. MY DISORDER CAUSES ME
27 TO HAVE HOMI CIDAL IDEATIONS TOWARD FEMALES
28                          10.

WHO CDCR EMPLOY'S. AND SUICIDAL IDEATION AS A
CATCH ALL PHRASE TO BEING A S.V.P. _WITHOUT_ THE
ACTIVE ADVOCACY OF COUNSEL IN THIS SPECIALIZED
TARGET.ED TREATMENT AREA. I SHOULD NOT BE
WRITING THIS MOTION TO YOU AT _ALL_! MR. BIEN'S
ADVOCACY SHOULD BE THE ONE BRINGING THIS ISSUE
. TO YOUR ATTENTION.   WITH THE UTMOST VERY RESPECT
TO YOU. (ONE DOES NOT PISS OFF A FEDERAL JUDGE) _YOU_
_ARE THE ONE_ INFLECTING CRUEL AND UNUSUAL PUNISHMENT
UPON ME BY FAILING TO EITHER HAVE A S.V.P. PROGRAM
WITHIN CDCR ) OR BY PASSING DMH/SVP OF THIER
INSANITY OF. "HIGH SECURITY". IN SENDING A COPY
OF THIS MOTION TO MR. BIEN, UP TILL NOW (AS THE SAME
WITH YOU) HE HAS BEEN UNAWARE OF THIS SIMPLE
FACT. IN ABOUT 1995-96, I WAS IN THE "TRAIL
COMPETENCY PROGRAM AT ASH FOR SIX (6) MONTHS, AND
NOT ONCE WAS I A BEHAVIORAL PROBLEM. IN FACT I BECAME
A UNIT LEADER REFERED TO AS A SGT. AT ARMS.
"HIGH SECURITY" IS SUCH A _LAME_ EXCUSE. TO PRECLUDE
ME FROM ASH OR COALINGA OR ANY DMH PROGRAM
WHEN YOU HAVE A SIX MONTH MEDICAL RECORD OF _FACT_,
(OR IF I WAS PAROLING). MR. BIEN HAS MORE EXCUSE'S
THAN I AM ABLE TO DEAL WITH. THIS IS NOT A CASE
OF NOT HAVING APPLICABLE LAW AND REGULATION. IT IS
A CASE OF INIEFFECTIVE ASSISTANCE TO APPLY EXISTING
LAW ALREADY IN PLACE.

//.

1   I RESPECTFULLY REQUEST OF THIS COURT TO GRANT
2   ME RE-APPOINTMENT OF OUT-SIDE COLEMAN COUNSEL.
3
4                           RESPECTFULLY SUBMITTED
5
6
7   DATE: 10-16-06                 Michael G Hicks
8
9
10
11                  VERIFICATION
12
13  I, MICHAEL J. HICKS DECLARE THAT THE ABOVE
14  IS TRUE AND CORRECT.
15
16  DATED: 10-16-06                Michael G Hicks
17                                  IN PROPER
18
19      VINDICTIVE POLICE  CHASE CHEAP THRILLS
20          TOWERS AWAIT... EASY KILLS
21
22
23
24
25
26
27
28                      12.

# PROOF OF SERVICE

(C.C.P. §2015.5;  28 U.S.C. §1745

I, _MICHAEL J. HICKS_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

MICHAEL J. HICKS
B-80852  A2-106
P.O. BOX 290066
REPRESA, CA 95671

On, _OCTOBER 16, 2006_, I served the following documents:

_MOTION FOR REAPPOINTMENT OF OUTSIDE COUNSEL,_ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _MICHAEL W. BIEN_ esq.
   _ROSEN, BIEN & ASARO LLP_
   _155 MONTGOMERY ST. 8TH FLOOR_
   _SAN FRANCISCO, CA 94104_

2. _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _16TH_ day of _October_, _2006_, at California State Prison at Sacramento, Represa, California.

(Signature) _Michael J. Hicks_

Declarant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE: MICHAEL J. HICKS
IN PRO-PER

## TABLE OF EXHIBITS

| | PAGE |
|---|---|
| A. ALAMEDA COUNTY DISTRICT ATTORNEY'S INFORMATION. | 1 |
| B. ABSTRACT OF JUDGEMENT'S, TWO : ALAMEDA COUNTY SAN BERNADINO COUNTY. | 5 |
| C. DEPARTMENTAL LEGAL STATUS SUMMARY SHEET. | 9 |
| D. DEPARTMENTAL MEDICAL RECORDS. | 11 |
| E. PEN. CODE SECTION §2684 DMH REFERAL. | 20 |
| F. SALINAS VALLEY STATE PRISON EVENTS' OF MARCH 27, 1998. | 28 |
| G. TITLE 15 §3360 (a), (b). | 43 |
| H. TITLE 15 § 3361 (C). | |
| I. TITLE 15 § 3362. | |
| J. CDCR-602 EXHAUSTING ADMINISTRATIVE REMEDIES. | 46 |
| K. MICHAEL W. BIENS LETTER OF 7-28-06. | 60 |

i

# EXHIBIT COVER PAGE $\boxed{A}$

EXHIBIT

Description of this Exhibit:


Number of pages to this Exhibit: _____ pages.


JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

SAN BERNARDINO COUNTY MUNICIPAL COURT DISTRICT
CHINO DIVISION
COUNTY OF SAN BERNARDINO, STATE OF CALIFORNIA

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff

Case No. 01489

v.

MICHAEL JAMES HICKS, B-80852

Defendant(s)

FELONY COMPLAINT

The undersigned is informed and believes that:

COUNT  1

On or about May 16, 1995, in the above named Judicial District, the crime of POSSESSION OF A DEADLY WEAPON BY PRISONER, in violation of PENAL CODE SECTION 4502(a), a Felony, was committed by MICHAEL JAMES HICKS, B-80852, who did willfully and unlawfully being confined in a state prison and being conveyed to and from a state correctional facility, to wit, California Institution for Men, possess and carry upon his person and have under his custody and control an instrument and weapon of the kind commonly known as a a sharpened instrument.

Is is further alleged that prior to the commission of (each of) the offense(s) charged herein, the said defendant MICHAEL JAMES HICKS, B-80852, was, in the Superior Court of the State of California, in and for the County of Alameda, Case #H16981, convicted of a serious felony and/or a violent felony, to wit, Rape, Forcible Oral Copulation, and False Imprisonment by Force, in violation of Section 261(2), 288(a)(c), and 236 of the Penal Code on or about the 29th day of December, 1992, within the meaning of Sections 667(b) through 667(i), inclusive, of the Penal Code.

Is is further ᵢ  ᵤged that prior to the commiss: of (each of) the offense(s) charged herein, the said defendant MICHAEL JAMES HICKS, B-80852, was, in the Superior Court of the State of California, in and for the County of Santa Clara, Case #E8632848, convicted of a serious felony and/or a violent felony, to wit, Assault with Intent to Commit Rape and Kidnapping, in violation of Section 220 and 207(a) of the Penal Code on or about the 13th day of February, 1986, within the meaning of Sections 667(b) through 667(i), inclusive, of the Penal Code.

Is is further alleged that prior to the commission of (each of) the offense(s) charged herein, the said defendant MICHAEL JAMES HICKS, B-80852, was, in the Superior Court of the State of California, in and for the County of El Dorado, Case #28193, convicted of a serious felony and/or a violent felony, to wit, Attempted Rape and Kidnapping, in violation of Section 664/261(2) and 207 of the Penal Code on or about the 3rd day of December, 1976, within the meaning of Sections 667(b) through 667(i), inclusive, of the Penal Code.

\* \* \* \* \*

*3*

Page  2

Pursuant to Penal Cod. Section 1054.5(b), the People  hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code Section 1054.3.

Further, attached hereto and incorporated herein are official reports and documents of a law enforcement agency which the undersigned believes establish probable cause for the arrest of defendant(s) MICHAEL JAMES HICKS, B-80852, for the above-listed crimes. Wherefore, a warrant of arrest is requested for MICHAEL JAMES HICKS, B-80852.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT CONSISTS OF 1 COUNT(S).

Executed at Chino, California, on July 27, 1995.

D. JOHNSON
DECLARANT AND COMPLAINANT

AGENCY: CIM                           PRELIM TIME EST.:

| DEFENDANT | CII NO. | DOB | BOOKING NO. | BAIL RECOM'D | CUSTODY R'TN DATE | NCIC |
|-----------|---------|-----|-------------|--------------|-------------------|------|
| HICKS, B-80852, MICHAEL JAME | | | | 4/25/57 | | |

4

Page 3

# EXHIBIT COVER PAGE $\boxed{B}$

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

5

0616
FORM DSL 290

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF | ALAMEDA | | **FILED** |
|---|---|---|---|
| COURT I.D. | BRANCH | OAKLAND | **ALAMEDA COUNTY** |

| S010000 | | CASE NUMBER (S) | |
|---|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA versus | ☒ PRESENT | H-16981 · A | FEB 1 – 1993 |
| DEFENDANT: MICHAEL J. HICKS | | · B | |
| AKA: AVB074 1188170 | ☐ NOT PRESENT | · C | RONALD G. OVERHOLT, Exec. Off./Clerk |
| COMMITMENT TO STATE PRISON | AMENDED | · D | By Janet Schoenemann |
| ABSTRACT OF JUDGMENT | ABSTRACT ☐ | · E | |

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO | JUDGE | CLERK |
|---|---|---|---|
| Jan. 29, 1993 | 12 | PHILIP V. SARKISIAN | Janet Schoenemann |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| Linda Harris | Terese Drabec, DDA | Michael Ogul, APD | Don Hyde, DPO |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS):**

☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY | TRAN | PLEA | CONVICTED | ENHANCEMENT 12022-667 | ENHANCEMENT 12022-667 | SENTENCE PER 654 | MISDEMEANOR SENTENCED AS 664 (a) | 664 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | PC | 236 | False Imprison | 91 | 12 | 29 | 92 | X | | | U | | | | | | 3 | 0 |
| 1 | PC | 261 | Rape | 91 | 12 | 29 | 92 | X | | | U | | | | | | 8 | 0 |
| 2 | PC | 288a(c) | Oral Copulation | 91 | 12 | 29 | 92 | X | | | U | | | X | | | 8 | 0 |

**2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS** (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each as "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 667.8 | 3 | | | | | | | | | 3 | 0 |
| | 667.8 | S | | | | | | | | | | |

**3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS** (mainly § 667-series) and OTHER. List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b) list § 667.5(b) 2 times). Enter time imposed for each as "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 667(a) | 5 | 667.5(b) | 5 | 667(a) | 5 | 667(a)/ | 1 | | | 16 | 0 |
| Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Enhancement | Yrs or "S" | 667.8 enhancement | Yrs or "S" | Enhancement | Yrs or "S" | Total | |

**4. INCOMPLETED SENTENCE(S) CONSECUTIVE:**

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | 1202.1 |

**5. OTHER ORDERS** Defendant to pay $500 Restitution Fine pursuant to Gov. Code Sec. 13967. Defendant to submit to blood tests pursuant to Sec. 1202.1 of the Penal Code.
Use additional sheets of plain paper if necessary.

**6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):**

**7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC.** (Do not include § 654 stays or discretionary stays of term for enhancements.)

| 8. TOTAL TERM IMPOSED. | 38 | 0 |
|---|---|---|

**9. EXECUTION OF SENTENCE IMPOSED:**

A. ☒ AT INITIAL SENTENCING HEARING    B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL    C. ☐ AFTER REVOCATION OF PROBATION    D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d)    E. ☐ OTHER _____

| 10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | INCLUDING: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS | |
|---|---|---|---|---|---|---|---|
| Jan. 29, 1993 | | 723 | | 482 | 241 | ☐ DMH | ☐ CDC |

**11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**

☒☒ FORTHWITH    ☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

☐ CALIF. INSTITUTION FOR WOMEN – FRONTERA    ☐ OTHER (SPECIFY): _____

☐ CALIF. MEDICAL FACILITY – VACAVILLE    ☐ SAN QUENTIN

☐ CALIF. INSTITUTION FOR MEN – CHINO    ☐ DEUEL VOC. INST.

## CLERK OF THE COURT

*I hereby certify the foregoing to be a correct abstract of the judgment made in this action.*

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| Janet Schrinamann | February 1, 1993 |

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted by the Judicial Council of California Effective April 1, 1990

## ABSTRACT OF JUDGMENT – PRISON COMMITMENT
FORM DSL 290    Pen.C. 1213.5

| DISTRIBUTION | PINK COPY – COURT FILE | YELLOW COPY – DEPARTMENT OF CORRECTIONS | WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS |
|---|---|---|---|

# ABSTRACT OF JUDGMENT - PRISON COMMITMENT
## INDETERMINATE SENTENCE

FORM CR 292

COURT OF CALIFORNIA, COUNTY OF __SAN BERNARDINO__

☒ SUPERIOR
☐ MUNICIPAL
☐ JUSTICE

BRANCH OR JUDICIAL DISTRICT: __WEST VALLEY__

COURT (I.D.)
S 3 6 0 0 0 1

B80852
CMF

INMATE'S COPY

PEOPLE OF THE STATE OF CALIFORNIA versus    ☒ PRESENT    FCH01489   - A

DEFENDANT: HICKS, MICHAEL JAMES    ☐ NOT PRESENT   - B

AKA:    - C

COMMITMENT TO STATE PRISON    AMENDED   - D
ABSTRACT OF JUDGMENT    __THIRD__    ABSTRACT ☒   - E

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 09 30 97 | 10 | DENNIS COLE | CARMEN JAUREGUI |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| LORI PALMER | DDA M. BURNETTE | PUBLIC DEFENDER | 0079072 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 4502(A) | POSS/DEADLY WEAPON PRI | 95 | 09 | 30 | 97 | | | X | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) AND OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |

4. Defendant was sentenced to State Prison for an indeterminate term:
   A. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts _____
   B. ☐ For LIFE WITH POSSIBILITY OF PAROLE on counts _____
   C. ☐ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts _____
   D. ☒ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts __1__
   E. ☐ For other term prescribed by law on counts _____ . (Specify term on separate sheet if necessary.)
   PLUS enhancement time shown above.

5. ☐ Indeterminate sentence shown on this abstract to be served ☐ consecutive to ☐ concurrent with any prior incompleted sentence(s).

6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. If not shown above)

PRIORS 1 THRU 6 (PC667.5(B)) ORDERED DISMISSED ON MOTION OF THE PEOPLE. NO CREDIT TIME SERVED
RESTITUTION FINE IMPOSED IN THE SUM OF $200.-;STAYED PENDING SUCCESSFUL COMPLETION OF PAROLE
PURSUANT TO PC1202.45. Sentence TO RUN CONSECUTIVELY WITH ANY OTHER SENTENCE PURSUANT TO
PC1170.12(A)(8).

(Use an additional page if necessary.)

7. ☐ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
   A. ☒ AT INITIAL SENTENCING HEARING
   B. ☐ AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. ☐ AFTER REVOCATION OF PROBATION
   D. ☐ AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   E. ☐ OTHER _____

| 9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|---|---|
| 093097 | 0 | | INCLUDING: | 0 | 0 | ☐ DMH ☐ CDC |

| | INTO THE CUSTODY OF<br>THE DIRECTOR OF<br>CORRECTIONS AT<br>RECEPTION-GUIDANCE<br>CENTER LOCATED AT: | ☐ CALIF. INSTITUTION FOR<br>WOMEN—FRONTERA | ☐ CCWF—CHOWCHILLA | ☐ CALIF. INSTITUTIONS<br>FOR MEN—CHINO | ☐ DEUEL VOC. INST. |
|---|---|---|---|---|---|
| ☐ AFTER 48 HOURS,<br>EXCLUDING SATURDAYS,<br>SUNDAYS AND HOLIDAYS | | ☐ WASCO | ☐ SAN QUENTIN | R.J. DONAVAN | |
| | | ☐ OTHER (SPECIFY) | | | |

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _____ KAREN O. MORGAN _____    11 05 98

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for judgment commitments. Attachments may be used but must be referred to in this document.

Form Approved by the
Judicial Council of California
Effective January 1, 1993

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**

CR-292

Pen. C. § 1213.5

DISTRIBUTION         PINK COPY—COURT FILE         YELLOW COPY—DEPARTMENT OF CORRECTIONS         WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS

INMATE'S COPY

8.

# EXHIBIT COVER PAGE $\boxed{C}$

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

*9.*

```
3AL STATUS SUMMARY  TYPE-   D     FOL-A    ** DISCREPANT    01/24/2006 21:42
-----------------------------------------------------------------------------
CDC NUMBER  |  NAME                            |ETHNIC |     BIRTHDATE
  B80852    |  HICKS,MICHAEL,JAMES             |  WHI  |     04/12/1957
-----------------------------------------------------------------------------
ACA HICKS,MICHAEL,J
-----------------------------------------------------------------------------
TERM STARTS |  LIFE TERM STARTS     MIN ELIGIBLE PAROLE DTE |
 02/16/1993 |   01/29/2036            01/30/2051             |
-----------------------------------------------------------------------------
                                                     | PAROLE PERIOD
3E TERM  8/00 + ENHCMNTS  52/00 = TOT TERM  60/00 TO LIFE  | 5 YRS
-----------------------------------------------------------------------------
RE-PRISON + POST SENTENCE CREDITS
ASE     P2900-5 P1203-3 P2900-1 CRC-CRED MH-CRED P4019   P2931 POST-SENT ·TOT

16981     482                             241              17    740

EGISTRATION REQUIRED PER P290
C296 DNA COMPLETED
OTIFICATION REQUIRED PER PC3058.6

OC. HEARING: 10/2027    DEFENSE ATTORNEY:  OGUL,M
NIT. HEARING: 09/2048   INVESTIGATING AGENCY:  ALAMEDA/SO


-----------------------------------------------------------------------------
RECV DT/ COUNTY/    CASE    SENTENCE DATE              CREDIT    OFFENSE
 CNT     OFF-CODE  DESCRIPTION                         CODE        DATE
-----------------------------------------------------------------------------
ONTROLLING PRINCIPAL & CONSECUTIVE   (INCLUDES ENHANCEMENTS/OFFENSES):

-CONTROLLING CASE --
2/16/1993  ALA   H16981     1/29/1993
            03 P667(A)   01 PFC SERIOUS                   1
            01 P667.5(B) 01 PPTNV                         1
 01 P261(2) RAPE/RESIST F/V                               1    10/06/1991
            P667.8(A)    01 SEX/KIDNAP VICTIM             1
 02 P288A(C) ORAL COP W/FO                    CS          1    10/06/1991

-CONSECUTIVE FACTORS--
9/30/1997  SBD  FCH01489     9/30/1997  NO STRIKES: 3
 01 P4502(A)  POSS WPN BY PRIS                CS         35    05/16/1995


-----------------------------------------------------------------------------
TIP WAIVER               BEGINNING   CREDIT   TOTAL   TOTAL      NET
  DATE                   BALANCE     APPLIED  LOST    RESTORED   TOTAL
2/16/1993                -3355       1193     4548    0          -3355

EDITS AUTO RE-VESTED PER PC-2934 :     8       /10
-----------------------------------------------------------------------------

RAN                         RULE  _____D A Y S_____
```

****** CONTINUED ******

# EXHIBIT COVER PAGE D

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

//.

**DATE OF ADMISSION:**    10/31/97
**DATE OF DISCHARGE:**    10/13/97

**ID DATA:**    This is a 40-year old married, Caucasian male.

**REASON FOR ADMISSION:**    The patient was admitted due to a suicide attempt resulting in a superficial left wrist laceration, following a classification hearing.

**BACKGROUND HISTORY:**  The patient was uncooperative relative to work, educational and family histories.

**PSYCHIATRIC HISTORY:**  Since 1976, the patient's history includes multiple hospitalizations, medications and diagnoses. His most recent diagnosis was schizoaffective disorder. He was last hospitalized at CIM on October 10 through 24, 1997. At that time, no psychotic symptoms were indicated and he was primarily evidencing an adjustment reaction to a a sentence of 70 years in prison, with depressed mood and other reactions.

**MEDICAL HISTORY:**    The patient denies any significant medical or surgical problem.

**SUBSTANCE ABUSE HISTORY:**  Denied.

**CRIMINAL HISTORY:**    The patient recently received a 70-year to life sentence for five rape and mutilations.

**LABORATORY FINDINGS:**    There were no laboratory studies ordered during this hospitalization.

**HOSPITAL COURSE:**    The patient was admitted and was extremely uncooperative. Elavil for depression was re-initiated and shortly thereafter, he refused to continue taking it. He was demanding with poor impulse control but this was thought to be due to anti-social personality disorder rather than a mood problem. He was uncooperative with all treatment and during a prior hospitalization, he sustained left navicular fracture in which he removed the cast after only two weeks. Throughout his stay, he was medication-seeking, uncooperative and verbally abusive. He would flood the tier when he did not get his way. At one point, he required restraints after flooding the tier twice, creating an unsafe environment for staff and other inmates. Up until the date of discharge, he was uncooperative with interviewing. On the day prior to his interview, no complaints were noted and he denied suicidal ideation. He complained of sleep problems but any attempts to obtain consent for Trazadone were refused due to priapism.

| TYPE OF REPORT (Check one) | | SIGNATURE OF PROVIDER | JOYCE BROWN, MD | |
|---|---|---|---|---|
| HISTORY AND PHYSICAL EXAM CDC 7206 | DISCHARGE SUMMARY CDC 7218 | PATIENT'S NAME (LAST, FIRST, MI) HICKS, MICHAEL | | |
| PROGRESS NOTE CDC 7230 | DEATH REPORT CDC 7229 | CDC NUMBER B-80852 | DATE DICTATED 11/14/97 | DATE TYPED 11/18/97 |
| CONSULTATION REPORT CDC 7243 | TRANSFER SUMMARY CDC 7295 | INSTITUTION CIM | | |
| OPERATION REPORT CDC 7205 | OTHER (Specify) | UNIT / WING / BED # | HOSPITAL / CENTER CIM/HOSP | JB/jb |

**HEALTH RECORD REPORT**

C 7292 (11/89)
TE OF CALIFORNIA

**DATE OF ADMISSION:** 8/13/95
**DATE OF DISCHARGE:** 8/23/95    8/23/95

**IDENTIFICATION DATA:** 38 year old Caucasian male.

**REASON FOR ADMISSION:** Admitted because he was assaultive, abusive, requiring cell extractions, 5. restraints and threatened females in San Bernardino County.

**BACKGROUND HISTORY:** Marital/Family Status: married, no children. Education: high school graduate.

**SUBSTANCE ABUSE HISTORY:** None noted.

**PSYCHIATRIC HISTORY:** None noted.

**MEDICAL HISTORY:** None noted.

**LABORATORY STUDIES:** Valproic Acid: 98. On Vistil, Depakene. Liver Function: satisfactory. CBC's: repeated, were satisfactory. Tegretol: 4.7 (last one on 10/11/95). Urinalysis: unremarkable at 136. Glucose, amphetamine drug screen: negative.

**CRIMINAL HISTORY:** Rape times 5 for 35 years to life. Last out of prison in 1991. Possession of a Shank at CIM for the express purpose of shanking a female staff member. Threatened MTA with a shank at RCC-Palm Hall. At Atascadero State Hospital in 1983, (PC 1368) CMF, CMC-E. Has had several suicide attempts, history of disassociative type episodes. Danger is out risk.

**HOSPITAL COURSE:** This patient was began to calm, requiring less and less. Originally patient required intramuscular medications and had to be subdued by staff in order to assert control and making certain of medication was being accepted, as he was given IM medications. As all the medications came on board, he became calm considerably. At the end of hospitalization, Keyhea attempt would fail.

**DISCHARGE DIAGNOSES:**
**AXIS I:** Bipolar Affective Disorder With Psychotic Features, Sexual Sadism
      Polysubstance Abuse: marijuana, speed
**AXIS II:** Borderline Personality Disorder
**AXIS III:** Unknown
**AXIS IV:** Incarceration
**AXIS V:** Global Assessment of Functioning (GAF): 35

INMATE COPY

**DISCHARGE MEDICATIONS:** Zoloft 100 mg a.m. x90 days; Tegretol Liquid 300 mg q.i.d. x90 days; Haldol 12.5 mg q.i.d. x90 days; Cogentin 3 mg h.s. x90 days.

**DISCHARGE ORDERS:** Recommend discharge to custody, Ad-Seg (deep Seg) any cells 1 through 5.

| TYPE OF REPORT (Check one) | | SIGNATURE OF PROVIDER | Thomas R. Dale, M.D., Ph.D. Staff Psychiatrist | |
|---|---|---|---|---|
| ☐ HISTORY AND PHYSICAL EXAM CDC 7206 | ☒ DISCHARGE SUMMARY CDC 7218 | PATIENT'S NAME (LAST, FIRST, MI) HICKS, MICHAEL | | |
| ☐ PROGRESS NOTE CDC 7230 | ☐ DEATH REPORT CDC 7229 | CDC NUMBER B-80852 | DATE DICTATED 10/31/95 | DATE TYPED 11/9/95 |
| ☐ CONSULTATION REPORT CDC 7243 | ☐ TRANSFER SUMMARY CDC 7295 | INSTITUTION CIM | | |
| ☐ OPERATION REPORT CDC 7205 | ☐ OTHER (Specify) | UNIT / WING / BED # | HOSPITAL / CENTER CIM/HOSP. | TD/io |

## HEALTH RECORD REPORT

DATE OF DISCHARGE:

**IDENTIFICATION DATA:**    This is a 38-year-old, Caucasian, married, male, with no children.

**REASON FOR ADMISSION:**    Suicidal and threatening females according to custody. Inmate denied all this.

**BACKGROUND HISTORY:**    Highschool graduate. Hobbies are guitar. Employment is denied.

**SUBSTANCE ABUSE HISTORY:**    Marijuana, inhalants as a child for several years.

**PSYCHIATRIC HISTORY:**    Has been at Atascadero State hospital in 1983 and a PC 1368. He has been at CIM numerous times, CMF, and CMC-East. History of disassociation type episodes. History of several suicide attempts. Has a great deal of difficulty with females because of sadistic fantasies.

**CRIMINAL HISTORY:**    Five counts of rape. Sentenced to 35 years to life. Last out of prison in 1991. Possession of a shank at RCC. Threatening an MTA with a shank at RCC.

**MEDICAL HISTORY:**

**LABORATORY STUDIES:**    CBC unremarkable. Lithium level is low on the first attempt.

**HOSPITAL COURSE:**    Patient was calm, cooperative, and basically gave no trouble. Patient has auditory hallucinations. He is dangerously assaultive and an assault risk. History of homicidal ideation. Status alert X 3. States the auditory hallucinations are always a command to hurt himself or others. Patient stabilized quickly.

**DISCHARGE DIAGNOSIS:**
AXIS    I:       Schizo Affective Disorder. Sexual Sadism.
AXIS    II:      Cluster B.
AXIS III:        No diagnosis.
AXIS IV:        Incarceration; three strikes.
AXIS V:  GLOBAL ASSESSMENT OF FUNCTIONING  (GAF):   10

**DISCHARGE MEDICATIONS:**    Zoloft 100 mg. a.m. Tegretol Liquid 300 mg. qid. Haldol Concentrate 12.5 mg. qid. Cogentin 2 mg. tid. Depakene Liquid 500 mg. qid. All x 90 days.

**DISCHARGE ORDERS:   PSYCH CLASSIFICATION:** CCCMS. Psych line in one week. To custody; Birch Hall.

INMATE COPY

| TYPE OF REPORT (*Check one*) | | SIGNATURE OF PROVIDER THOMAS R. DALE, M.D. | | |
|---|---|---|---|---|
| ☐ HISTORY AND PHYSICAL EXAM CDC 7206 | ☒ DISCHARGE SUMMARY CDC 7218 | PATIENT'S NAME (LAST, FIRST, MI) HICKS, MICHAEL | | |
| ☐ PROGRESS NOTE CDC 7230 | ☐ DEATH REPORT CDC 7229 | CDC NUMBER B80852 | DATE DICTATED 11/13/96 | DATE TYPED 11/26/96 |
| ☐ CONSULTATION REPORT CDC 7243 | ☐ TRANSFER SUMMARY CDC 7295 | INSTITUTION CIM | | |
| ☐ OPERATION REPORT CDC 7205 | ☐ OTHER (*Specify*) | UNIT / WING / BED # | HOSPITAL / CENTER CIM/HOSP | TD/tf |

**HEALTH RECORD REPORT**

DATE OF ADMISSION:     03/15/96
DATE OF DISCHARGE:     03/19/96

**IDENTIFICATION DATA:**    This is a 38-year-old, Caucasian, married, male.

**REASON FOR ADMISSION:** Returned here from court to reestablish appropriate medication. Suicidal problems and threatening females.

**BACKGROUND HISTORY:** Raised by both parents. High school graduate. Hobbies: guitar. Employment was denied.

**SUBSTANCE ABUSE HISTORY:**    Marijuana, sniffed paint as a child for several years.

**PSYCHIATRIC HISTORY:** Long history of violent, assaultive behavior. Threatened an MTA with a shank at RCC. Hospitalized at ASH in 1983 on PC 1368, CIM-Hospital, CMF, CMC-East. History of disassociate type episode, several suicide attempts. Difficulty with females, has sadistic fantasies and history of auditory hallucinations. Danger and assault risk. History of homicidal ideation.

**CRIMINAL HISTORY:** Five counts of Rape. Facing three strikes. Sentenced to 35-life. Last out of prison in 1991. Had possession of a shank at RCC.

**MEDICAL HISTORY:**    None.

**LABORATORY STUDIES:**    Unremarkable CBC. Lithium level is slow at 6.22. Urinalysis is unremarkable.

**HOSPITAL COURSE:** Patient has auditory hallucinations with commands to hurt himself or others. Patient was cooperative during this admission and was discharged as noted below to RCC.

**DISCHARGE DIAGNOSIS:**
AXIS   I:      Schizo Affective Disorder. Sexual sadism.
AXIS   II:     Cluster B.
AXIS III:     No diagnosis
AXIS IV:     Long term incarceration, 3 strikes.
AXIS V: GLOBAL ASSESSMENT OF FUNCTIONING (GAF): 10

**DISCHARGE MEDICATION:** Zoloft 100 mg. a.m. Tegretol liquid 300 mg. qid. Haldol Concentrate 12.5 mg. qid. Cogentin 2 mg. bid. Depakene liquid. 500 mg. qid. All of these meds x 90 days.

**DISCHARGE ORDERS:** PSYCH CLASSIFICATION: EOP. Psych line in one week. To custody

INMATE

SIGNATURE OF PROVIDER
THOMAS R. DALE, M.D.

| TYPE OF REPORT (Check one) | | PATIENT'S NAME (LAST, FIRST, MI) HICKS, MICHAEL | | |
|---|---|---|---|---|
| ☐ HISTORY AND PHYSICAL EXAM CDC 7206 | ☒ DISCHARGE SUMMARY CDC 7218 | | | |
| ☐ PROGRESS NOTE CDC 7230 | ☐ DEATH REPORT CDC 7229 | CDC NUMBER B80852 | DATE DICTATED 03/06/97 | DATE TYPED 03/10/97 |
| ☐ CONSULTATION REPORT CDC 7243 | ☐ TRANSFER SUMMARY CDC 7295 | INSTITUTION CIM | | |
| ☐ OPERATION REPORT CDC 7205 | ☐ OTHER (Specify) | UNIT / WING / BED # | HOSPITAL / CENTER CIM/HOSP | TD/tf |

## HEALTH RECORD REPORT

**GUIDELINES**

DATE OF REPORT:

**1. IDENTIFYING INFORMATION**

**2. REASON ADMITTED**

**3. RELATIVES OR P.O. ETC.**

**4. LIVED PRIOR.**

**5. DANGEROUSNESS**

**6. CRIMINAL HX.**

**7. SUBSTANCE ABUSE HX.**

**8. EDUCATION & DEVELOPMENTAL**

**9. MEDICAL AND PSYCHIATRIC HX.**

**10. FAMILY HX.**

**11. EMPLOYMENT HX.**

**12. FINANCIAL**

**13. STRENGTH**

**14. RELEASE PLAN**

**15. DIAGNOSIS**

**16. SUMMARY AND RECOMMENDATIONS OR TREATMENT**

**17. SIGNATURE AND TITLE**

1) Michael Hicks - 38 yo married of 5 children

2) REASON FOR ADMISSION: Suicidal threatening of staff - Tried to many self threat - posession of shank

3) PATIENT AND CHART.

4) P.O.: unknown
   FAMILY OR FRIENDS: Mary Joe  909-622-1614

5) LIVED PRIOR: Pomona

6) DANGEROUSNESS: - Shank at central on CAP over mule creek - AD seg - R.H.

7) CRIMINAL HX.: Rape x 5  35 to life  Lawsuit  91 going to court

8) DRUG HX.: Dealer - some experive of MJ

9) EDUCATION HX.: HS Grad

10) MEDICAL / PSYCHIATRIC HX.: ASH, CMC, CMF  ASH Aboun 1983  Multiple suicide Attempts  cutwrist

11) FAMILY HX.:

12) JOB HX.: None -

13) FINANCIAL RESOURCES:

14) STRENGTHS: plays Gutare -

16.

EVALUATION REPORT
SOCIAL HISTORY

✓ INITIAL    __ UPDATE

Michael
Hicks
B.80852

NAME AND NUMBER                    HICKS, MICHAEL          B80852          CDC 128-C

## PSYCHIATRIC EVALUATION PLACEMENT CHRONO

Subject is a 38-year-old, Caucasian, male, admitted to CIM-Hospital on ___, due to suicidal ideation and threatening females according to custody, although the inmate denied this. During the hospital course the patient was calm, cooperative and basically gave no trouble. Patient admits to auditory hallucinations which are always a command to hurt himself or others.

**MEDICATIONS:**    Zoloft. Tegretol Liquid. Haldol Concentrate. Cogentin. Depakene Liquid.

IMPRESSION (DSM-IV):
AXIS   I:     Schizo Affective Disorder. Sexual Sadism.

AXIS  II:     Cluster B.

AXIS III:     No diagnosis.

AXIS IV:      Incarceration; three strikes.

AXIS  V: GLOBAL ASSESSMENT FUNCTIONING (GAF): 10

RECOMMENDATION: PSYCHIATRIC CLASSIFICATION: CCCMS. Psych line in one week. To custody; Birch Hall.

Dr. Thomas R. Dale, M.D.
CIM Staff Psychiatrist

11/26/96                        tf              HICKS, MICHAEL              B80852

INMATE COPY

DR. 17

DATE OF REPORT:

**GUIDELINES**

PSYCHIATRIC SOCIAL WORKER

1. IDENTIFYING
INFORMATION

1) Michael Hicks   38 YO   married   8 5
Children

2. REASON ADMITTED

3. RELATIVES OR
P.O. ETC.

2) REASON FOR ADMISSION: Aggitated Refusing meds.

4. LIVED PRIOR.

3) PATIENT AND CHART.

5. DANGEROUSNESS

4) P.O.: Unknown

6. CRIMINAL HX.

FAMILY OR FRIENDS: Mary Joe Hicki 909 622 - 1614

7. SUBSTANCE
ABUSE HX.

5) LIVED PRIOR: Pomona

8. EDUCATION &
DEVELOPMENTAL

6) DANGEROUSNESS: Yes Level 4 Violance Rape x5

9. MEDICAL AND
PSYCHIATRIC HX.

7) CRIMINAL HX.: Rape x3  35 to Life

10. FAMILY HX.

11. EMPLOYMENT HX.

8) DRUG HX.: Speed MJ

12. FINANCIAL

9) EDUCATION HX.: HS Grad

13. STRENGTH

14. RELEASE PLAN

10) MEDICAL / PSYCHIATRIC HX.: ASH , CMCE , CMF
Multiple suicide Attempts - cut wrist

15. SUMMARY AND
RECOMMENDATIONS
FOR TREATMENT

11) FAMILY HX.: MO - Grants Pass

17. SIGNATURE
AND TITLE

12) JOB HX.: None

INMATE COPY

13) FINANCIAL RESOURCES: Sell drugs

14) STRENGTHS: Plays Guitar      18

HICKS
Michael
B 50852



**GUIDELINES**

DATE OF REPORT:

PSYCHIATRIC SOCIAL WORKER

1. IDENTIFYING INFORMATION

2. REASON ADMITTED

3. RELATIVES OR P.O. ETC.

4. LIVED PRIOR.

5. DANGEROUSNESS

6. CRIMINAL HX.

7. SUBSTANCE ABUSE HX.

8. EDUCATION & DEVELOPMENTAL

9. MEDICAL AND PSYCHIATRIC HX.

10. FAMILY HX.

11. EMPLOYMENT HX.

12. FINANCIAL.

13. STRENGTH

15. ...

16. SUMMARY AND RECOMMENDATIONS FOR TREATMENT

17. SIGNATURE AND TITLE

15) RELEASE PLAN:  ₂/₀. EOP - Post Chrono & init

16) D.S.M. IV

AXIS I.  R/o Bad c̄   Bipolar Affective D/o

R/o Substance Induced Psuchic̄ D/o

Methamphetamine Dep.

AXIS II.  A PD Fax Decline Features

AXIS III.  O

AXIS IV.  Incarceration            INMATE COPY

Gaf 40

SUMMARY:  pt  has long c/o Criminin inj
Aopist.

ROBIN L. THOMAS, LCSW

19

2

EVALUATION REPORT
SOCIAL HISTORY

☐ INITIAL    ☐ UPDATE

# EXHIBIT COVER PAGE $E$

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION: (Check only one)

- ☐ Municipal Court
- ☐ Superior Court
- ☐ Appellate Court
- ☐ State Supreme Court
- ☐ United States District Court
- ☐ State Circuit Court
- ☐ United States Supreme Court
- ☐ Grand Jury

20

This inmate has been evaluated and is considered to be in need of inpatient psychiatric treatment. He consents/does not consent to psychiatric treatment, including/not including psychotropic medications.

Staff Member's Signature and Title

M. MOSES, LCSW ACSW
PSYCHIATRIC SOCIAL WORKER

MEDICAL-PSYCHIATRIC-DENTAL

DATE 2.5.1999

## AGREEMENT TO VOLUNTARILY TRANSFER
## TO
## ATASCADERO STATE HOSPITAL

I have been advised that the professional staff at this facility have recommended my transfer to a facility of the Department of Mental Health for psychiatric treatment.

I have been further advised that I am entitled to an Administrative Hearing by a Hearing Officer who has neither professional nor administrative responsibility for my case management.

I desire to make such a transfer voluntarily, and hereby, waive the Administrative Hearing.

X _Michael J. Hicks_     B-80852     1-334     2/5/99
Inmate's Signature          CDC Number       Housing        Date

I have witnessed the above signature, and am satisfied that the inmate has been so advised.

Staff Member's Signature          Title          Date

21.

REFERRAL FOR INPATIENT CARE
AT
ATASCADERO STATE HOSPITAL
PER P.C. 2684
FROM
C M F
_____
(REFERRING INSTITUTION)

NAME: Hicks, Michael   CDC #: B80852

DOB: 4/25/57   EPRD: Lifer 25+

SS #: 0

CONVICTION OFFENSE(S): Sex Offender (Rape, OralADW+ multiple
Sex offenses.

REASON FOR REFERRAL: Check all boxes that apply

Diagnostic Clarification [X]

Coping Skills for Residual Psychiatric Symptoms [X]

Medication Compliance [X]

Accepting and Understanding Psychiatric Disability [X]

Stabilization of Psychiatric Symptoms [X]

Elimination of Self Harm/Suicidal Behavior [X]

Alternative Coping Skills to Reduce Violence Potential [X]

Coping with Prison Stressors [X]

Please Describe Mr Hicks experiences sexual fautasies + dreams and
acts out leading to a serious uncontrollable impulsive
+ dangerous behaviour. Recognises his stimuli but
Discharge to Community Skills [ ] is unable to manage orcontrol. On
Please Describe occasions has called officers for help.
At this time is anxious & troubled & wants help as he is
a repeated offender + at this time has become a lifer.
List Prior Psychiatric Admissions and Dates:
Mr Hicks has not received any psychiatric help, and he
was not motivated. Presently, he has verbalized & has
reached out for help. Wants help to deal with his poor
impulse in his fantasy sex, world. Is anxious &
appealing for clinical interventions.
Prior Treatment at Atascadero State Hospital: Yes [ ]  No [X]

If Yes, ASH Discharge Summary Indicated that Treatment Response was: Poor [ ] Fair [ ] Good [ ] 2.2.

CUSTODY LEVEL MAXA
POINTS — 335

MPO Evaluation Completed? Yes [ ] No [X] N/A [ ]  If Yes, Date Completed and Results

___

History of Assaultive Behavior Within the Last 24 Months (Including CDC 115's, If Any):

Mr Hicks is Maxa/335 and all of his disciplinaries are in relation to his sexual acting out. He was released only to turn as a difer He is new very cognizant of his dangerous behavior, his impulses, his acting out sexual episodes. He has on occasions called Custody to apprehend him before he could act it. Is very open, honest, & embarrassed about it and is

Custody Risk: appealing for help.

History of Suicide: Yes [X] No [ ]  If Yes, Describe Prior Attempts with Dates

Mr Hicks has a hx of several recent suicidal attempts He is very blessed and feels hopeless. States he needs to "hurt self" as he is able to rid himself of his sexual urges, and "demons" who demand behavioural responses

History of Escape: Yes [ ] No [X]  If Yes, Describe

___

History of Assault with Institutional Staff: Yes [ ] No [X]  If Yes, was Assault
Predatory/Antisocial Driven [X]  A Product of a Major Mental Disorder [ ]  (Check Both Boxes, If Applicable)

Current Psychiatric Diagnosis:

Axis I  Sexual Sadism
Schizoaffective (depressed also)

II  Borderline with
Antisocial Features

III  Hepatitis C

IV  Incarceration

V  35

Allergies: Penicillin

Significant Medical History:

Hepatitis C

PPD: Date 11/2/98  Results XX

23

Current Psychiatric Symptoms/Mental Status:

Has visual & auditory hallucinations which lead to acting out. leading to several adseq issues. He has used street drugs. He considers himself v. dangerous & an assault risk. At this time he is showing an awareness of his severe pathology, and is caching out for help. A recent sex conviction with a life sentence he depressed & frightened. He may keep add repeat his sex phantasies in prison.

Current Medications: Klonopin 2mg bid. Stelazine 10mg.

Benadryl. 50 mg P.O. Olanzapine 20 mg/HS

Haldol 10 mg (Emergency basis for extreme agitation

Keyhea Court Order Applicable? Yes [ ] No [X]   If Yes, Expiration _____

Tarasoff Issues: Yes [ ] No [X]   If Yes, Describe _____

_____

_____

Estimated Length of Hospitalization:

6 Months or Less [ ]   6 to 12 Months [ ]   Longer than 12 Months [X]

Referring Clinician Signature and Title: _____

X 2685   3.9.99

Extension   Date

24

NAME and NUMBER                                                        CDC 128-c

HICKS, MICHAEL  B80852

This inmate is approved for transfer to ASH PC 2684.

_____
DMH Reviewing Clinician's Signature

_____                    MEDICAL-PSYCHIATRIC-DENTAL
DATE

NAME and NUMBER  HICKS, MICHAEL  B80852                        CDC 128-c

This inmate is not aproved for transfer to ASH PC 2684 for the following reasons:

This IM is too out of control and too high of an assault risk to benefit from
treatment at ASH at this time. Given his horrendous history, his recent self-
reported motivation for treatment is questionable. After a period of availing
himself of the treatment program at CMF, and when his behavior is more
predictable and stable, then a referral to ASH would be appropriate. Until such
conditions are met, he is simply too dangerous to be effectively treated and
managed at ASH.

Reviewed and agreed with Dr. Knowlton:

_____                    _____
WILLIAM R. KNOWLTON, Ph.D.                          DMH Reviewing Clinician's Signature

DATE  3/16/99                                       MEDICAL-PSYCHIATRIC-DENTAL

I disagree with the ASH reviewer. This inmate is appropriate for hospital based treatment at this time. An appeal is
requested.

2 5

_____                    _____
Clinician's Signature                               Date

State of California                                                                    Department of Corrections

# MEMORANDUM

**Date:**         April 15, 1999

**To:**           INMATE HICKS, M.
                  B-80852
                  I-334

**From:**         California Medical Facility, Vacaville  95696-2000

**Subject:**      PSYCHIATRIC CONCERNS

This is in response to your recent letter requesting that you be transferred to
Atascadero State Hospital for additional psychiatric treatment and that your
psychotropic medication be re-evaluated.

Your mental health history was referred to Atascadero State Hospital (ASH) for
transfer per Penal Code Section 2684 by your treatment team.        On
March 16, 1999, ASH Staff declined to accept you in to their program, because
you were deemed to be out of control and a high assault risk. Therefore, they did
not feel that you would benefit from their treatment at the time of review.
However, they indicated that after a period of availing yourself of the treatment
program at CMF, and when your behavior is more predictable and stable, that a
referral to ASH would be more appropriate.

The length of your sentence and your classification score is conducive for
placement in a level IV Enhanced Outpatient Program (EOP).  The Unit III
Institutional Classification Committee has referred you to the Classification
Services Representative for endorsement and transfer to a level IV EOP in
accordance with departmental procedures.

Your request to have your psychotropic medication re-evaluated and adjusted is
an issue that you need to address with your current treatment team. Additionally,
when your treatment team determines you have complied with ASH's response
regarding their denial, your treatment team has agreed to resubmit your referral.

Based on the aforementioned information, I have forwarded a copy of your letter
to the Unit III Institutional Classification Committee for further review regarding
your transfer. I would encourage you to comply with ASH's requirements for
possible admittance in to their program.

26

HICKS, B-80852
Page 2

If you have any further questions or concerns regarding this matter, please address them to S. M. Kernan, Unit III Facility Captain.

Sincerely,

ANA M. RAMIREZ PALMER
Warden

27

# EXHIBIT COVER PAGE $\boxed{F}$

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

28



...ICAL REPORT OF INJURY OR ...USUAL OCCURRENCE

| NAME OF HOSPITAL | | | | | DATE |
|---|---|---|---|---|---|
| | *SVSP* | | | | 3/26/98 |

| THIS SECTION FOR INMATE ONLY | NUMBER B80852 | NAME (LAST Hicks | FIRST) | OLD HOUSING LOCATION A-246 | NEW HOUSING LOCATION |
|---|---|---|---|---|---|
| THIS SECTION FOR STAFF/ VISTOR ONLY | NAME (LAST | FIRST | MIDDLE) | SEX | AGE | DOB(MO.,DA.,YR) | OCCUPATION |
| | HO.  ADDRESS | | TY | STATE | ZIP | HOME PHONE |

| TIME OF OCCURRENCE 2345 | PLACE OF OCCURRENCE Ad Seg cell. 146 | TIME SEEN 2355 | MODE OF ARRIVAL seen in ad Seg |
|---|---|---|---|

BRIEF RESUME IN PATIENT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

" I took 23 – 150 mg ~~Hydrod~~ Amytriptiline at 2345 because I cannot
18 – 50 mg Hydroxyzin get any help from the
psychiatris here."

NAME OF WITNESSES & THEIR STORIES, INSOFAR AS AVAILABLE

Sgt. SKINNER + C/O

NURSE/MTA'S HISTORY OF INJURY/OCCURRENCE as stated above, – meds were verified
by me. at the clinic. Inmate is currently on 150 mg H/S Amytriptyle
and 50 mg Hydroxyzin. 2 at H/S

| KNOWN ALLERGIES PCN | | DATE OF LAST TETANUS |
|---|---|---|

| VITAL SIGNS 190/110 BP | P: 100 R. 18 | TIME MEDICAL OFFICER NOTIFIED 0040 | TIME MEDICAL OFFICER ARRIVED |
|---|---|---|---|

COMMENTS OF MEDICAL OFFICER I called RN from ad Seg – Informed her of the
situation, expressed the need to call M.D for further instruction.
LT. on CYP, contacted Transport them – Ambulance Service contacted
by R.N. per M.A.D. Transport to CTC – ER. start IV then 0015

DIAGNOSTIC IMPRESSION Transport to N.M.C.
Rule out over Dose – of psychotropic medication.

TREATMENT
① monitor vitals        ④ O₂.             ⑥ ambulance arrived
, LOC                                         at CTC- 0105
, Transport to CTC   ⑤ IV's – unsuccessful ⑦ 0140 Inmate out
                                               to NMC.

DESCRIPTION OF SIGNIFICANT CLINICAL LABORATORY AND/OR ROENTGENOLOGIC FINDINGS
N/A Inmate has been in adseg since 3/6/98

DISPOSITION To Natividad Medical Center 0140 3/27/98

ESTIMATED OR RECOMMENDED NUMBER OF DAYS IN "DISPOSITION" STATUS
unknown

INMATE COPY

PROGNOSIS

29.

| SIGNATURE OF R.N./MTA 54256 RDO | SIGNATURE OF MEDICAL OFFICER |
|---|---|
| C.J. noel  p40204  s/m | |

# EMERGENCY CARE FLOW SHEET

|  | IN | OUT |
|---|---|---|
| TIME | 0055 | 0120 |

| | NAME | LAST | FIRST | CDC NUMBER | HOUSING | DOB |
|---|---|---|---|---|---|---|
| INMATE | Hicks, Michael | | | B80852 | | 4/25/57 |

| TIE OF INCIDENT | LOCATION OF INCIDENT |
|---|---|

| | NAME | LAST | FIRST | OCCUPATION | SEX | AGE | DOB |
|---|---|---|---|---|---|---|---|
| STAFF | Jones, Muslin | | RN | | | |

**CHIEF COMPLAINT** O.D. on Pills

**LEVEL:** ☐ MILD  ☐ MODERATE  ☐ SEVERE

## MECHANISM OF INJURY
STABBING
PHYSICAL ALTERCATION
GUNSHOT WOUND
BURN
SPORTS INJURY
ON THE JOB INJURY
☐ OTHER _O.D._

## SKIN COLOR
☐ NORMAL
☒ PALE
☐ ASHEN
☐ CYANOTIC
☐ FLUSHED

## SKIN TEMP
☐ HOT
☐ WARM
☒ COOL
☐ COLD

## SKIN MOISTURE
☐ NORMAL
☒ DRY
☐ MOIST
☐ PROFUSE

## CAPILLARY REFILL
☐ < 2 SECONDS
☐ > 2 SECONDS
☐ NONE

## GLASCOW COMA SCALE

| | | TIME | / / / / / / |
|---|---|---|---|
| EYE OPENING RESPONSE | SPONTANEOUS | | |
| | TO VOICE | | 3 3 3 3 |
| | TO PAIN | | 2 2 2 2 |
| | NONE | | 1 1 1 1 |
| BEST VERBAL RESPONSE | ORIENTED | | 5 5 5 5 |
| | CONFUSED | | 4 4 4 4 |
| | INAPPROPRIATE WORDS | | 3 3 3 3 |
| | INCOMPREHENSIBLE SOUNDS | | 2 2 2 2 |
| | NONE | | 1 1 1 1 |
| BEST MOTOR RESPONSE | OBEYS COMMAND | | 6 6 6 6 |
| | LOCALIZES PN | | 5 5 5 5 |
| | WITHDRAWS PN | | 4 4 4 4 |
| | FLEXION PN | | 3 3 3 3 |
| | EXTENSION PN | | 2 2 2 2 |
| | NONE | | 1 1 1 1 |

## LUNG SOUNDS
RT. / LT.
☐ CLEAR
☐ WHEEZES
☐ RALES
☐ RHONCHI
☐ DIMINISHED
☐ ABSENT

## RESP. CHARACTER
☐ LABORED
☒ UNLABORED
☐ PAINFUL
☐ SHALLOW
☐ DEEP
☐ RETRACTION
☐ NASAL FLARING

## EVIDENCE OF TRAUMA
☐ CHEST        ☐ HEAD
☐ ABDOMEN    ☐ NECK
☐ G/U           ☐ EXTREMITIES
☐ PELVIS       ☐ OTHER
☐ BACK SPINE

| TIME | B/P | PULSE RATE | RESP. RATE | CURRENT MEDICATION |
|---|---|---|---|---|
| 0050 | 140/90 | 112 | | Elavil 150mg PO HS |
| 0110 | | | | Vistaril 100mg PO HS |
| | | | | |

| | TIME | / / / / / / |
|---|---|---|
| PUPIL RESPONSE | R/L | |
| PUPIL SIZE | R/L | |

KEY C= Closed B= Brisk SL= Sluggish F= Fixed

| TIME | SOL. | SITE | GAUGE | RATE | MEDICATION ALLERGIES |
|---|---|---|---|---|---|
| | | | | | NKA |
| | | | | | |
| | | | | | |

3  4  5  6  7  8

## ABBREVIATION CODE
Ab - Abrasion        E - Edema
Amp - Amputation     F - Closed Susp Fx
Av - Avulsion        H - Hematoma
B - Burn             L - Laceration
C - Pertinent        P - Petechia
CP - Compound        R - Rash
EC - Ecchymosis      S - Scar
ENT - Entrance       Ex - Exit

Inmate feeler droosy. fighting
our attempts to put I.V. in.
pupils at 0050 4.5 mm Reacts slowly.
Claims he has been hoardy pills
and took 18 black pills and 23
pink pills. uncooperative & attempts
to take BP again. Pulled O2 off.
Total of 3 attempts at I.V. Inmate
Keeps jerking his hand away.
0110 Amb. arrised. 0120 Left for NMC ☐ Continued on back of form

## SIGNATURES
M. Jones    ☒ RN / MTA / MD
            ☐ RN / MTA / MD
            ☐ RN / MTA / MD
            ☐ RN / MTA / MD

## PATIENT DISPOSITION
☐ RETURN TO CUSTODY
☐ ADMIT TO INFIRMARY / HOSPITAL
☒ TRANSPORT TO COMM. HOSPITAL VIA:
  ☒ AMBULANCE
  ☐ STATE VEHICLE

## ADDRESSOGRAPH
30

SUPERVISOR REVIEW

THE ATTACHED EVIDENTRY MEDICAL DOCUMENT'S, ARE INCLUSIVE,
AND STAND UPON THERE OWN WITHOUT ORAL ARGUEMENT. THEY
OFFER NO - EXCUSE OR DEFENDSIVE STANDING.

THE QUESTION AT BAR HERE IS A SIMPLE LOGICAL DEDUCTION...
HOW WAS I FOUND AT APPROXIMATELY MIDNIGHT, YET NOT ARRIVING IN
& NATIVIDAD E.R. UNTIL 2:05 A.M. (A STATE PRISONER UNCONSCIOSNESS
WITH A KNOWING DRUG OVERDOSE OF 23 (50mg) ELAVILS, AND
18 VISTARILS? Let's Check it out...

FOUR(4) DOCUMENT'S UNDER REVIEW.
(PARTIES)

DISCOVERY: M.T.A. CDC-7219: (3-26-98) (NAME UNREADABLE)
TIME OF OCCURRENCE:                          2345
TIME SEEN:                                   2355

DISCOVERY: R.N. M. JONES. CDC-7403 (EMERGENCY CARE FLOW SHEET).
ARRIVAL (IN E.R.) 055

POINT: MTA: "TIME SEEN"      2355 (11:55 P.M.) c 1 HRS DIFFERENCE.
       R N: "ARRIVAL" (IN)   0055 (12:55 A.M.)

POINT: M T A: CONTACT WITH, "MEDICAL OFFICER NOTIFIED: 0040 (12:40 A.M.)"
       R N: NO NOTIFICATION/CONTACT NOTED.

POINT: AMBULANCE ARRIVES: MTA          1:05 A.M.
                          R N          1:10 A.M.
              DEPARTS:    MTA          1:40 A.M.
                          R N          1:20 A.M.
NATIVIDAD EMERGENCY DEPT. REPORT:
" THE AMBULANCE WAS APPROXIMATELY 15 MINUTES OUT."

31

POINT: MTA'S CDC-7219, UNDER, "TREATMENT" INDICATES THAT THE MEDICAL
       OFFICER WAS CONTACTED BEFORE M Y ARRIVAL TO THE CTC - ER.
       "TREATMENT ORDER #3" TRANSPORT TO CTC."

POINT: MTA'S, CDC-7219, "MEDICAL OFFICER NOTIFIED": 0040 (12:40)
FROM "TIME SEEN": @ 2355 (11:55 PM.) 45 MINUTES.

32

## REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

SCRIPTION OF CONDITION SUGGESTING REMOVAL

*[handwritten text, illegible]*

SCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

ATURE AND IMMEDIACY OF SERVICE:   ☐ MANDATORY   ☐ EMERGENCY   ☐ ELECTIVE

ME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED

N.M.C

Y CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

RECAUTION INSTRUCTIONS (DEFINED ON REVERSE):   ☒ UNIVERSAL   ☐ RESPIRATORY   ☐ ENTERIC

MATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)

INATURE OF CHIEF MEDICAL OFFICER                    DATE

*COPY*

## CUSTODIAL STATUS (STATEMENT OF ASSOCIATE WARDEN)

| FENSE | TERM | RELEASE DATE | CUSTODIAL CLASSIFICATION | | |
|---|---|---|---|---|---|
| | 31 yrs to life | MEPD 5·18·27 | ☒ MAXIMUM | ☐ MEDIUM | ☐ MINIMUM |
| MMITTED FROM | DATE RECEIVED | CONDUCT DURING INCARCERATION | | | ESCAPE RISK |
| ALAMEDA | 2-16-93 | POOR | | | High |

MARKS

Hicks is A 41 yrs old, white 3rd Termer, with mental Health Concern. Hicks received An
Additional Term for possession of a wpn by a prisoner. Hicks has received several CDC 115
for assault on STAFF, wpn's poss, self mutilation, threatening STAFF, setting cell on Fire, Battery
on STAFF

ESCORT  Two officer & 1 Sgt. Armed & 1 % Armed

INATURE OF ASSOCIATE WARDEN                    DATE

DER THE PROVISIONS OF SECTION 2690 OF THE PENAL CODE, AUTHORIZATION IS GIVEN FOR THE TEMPORARY REMOVAL OF INMATE IDENTIFIED BELOW FROM THE FACILITY IN
IICH HE/SHE IS NOW CONFINED IN ORDER THAT HE/SHE MAY RECEIVE MEDICAL TREATMENT IN ACCORDANCE WITH THE ABOVE RECOMMENDATIONS.

EQUEST:   ☒ APPROVED   ☐ DENIED

ECIAL CONDITIONS:

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hicks, Michael

B 80852 - 33

| ARDEN'S SIGNATURE | DATE | FACILITY |
|---|---|---|
| *[signature]* | 3-27-98 | SVSP |

## REQUEST FOR AUTHORIZATION OF TEMPORARY REMOVAL FOR MEDICAL TREATMENT

C 7252 (3/93)



COPIED AT STATE EXPENSE
COPIER #03160

## REASON FOR REQUEST (STATEMENT OF CHIEF MEDICAL OFFICER)

DESCRIPTION OF CONDITION SUGGESTING REMOVAL

Claims he was hoarding pills, and claims to have taken 18 orange pills, and 23 pink pills. Currently on Elavil 150mg QD, and Vistaril 100mg QD. Called Dr. Lucie at 0040 3/27/98. Said when he arrives from Ad seg put an I.V in him + transport to Nat. Sided.

DESCRIPTION OF EXAMINATION OR THERAPY RECOMMENDED

Michael Hicks
B80852

NATURE AND IMMEDIACY OF SERVICE:      ☐ MANDATORY      ☒ EMERGENCY      ☐ ELECTIVE

NAME OF HOSPITAL, CLINIC, OFFICE OR OTHER PLACE RECOMMENDED

N.M.C

WHY CAN'T THE PROCEDURE BE DONE INTRAMURALLY?

INMATE COPY

PRECAUTION INSTRUCTIONS (DEFINED ON REVERSE):   ☒ UNIVERSAL   ☐ RESPIRATORY   ☐ ENTERIC

ESTIMATED TIME AWAY FROM FACILITY (NOT MORE THAN 3 DAYS)

SIGNATURE OF CHIEF MEDICAL OFFICER                                    DATE

MONTEREY COUNTY PREHOSPITAL CARE RECORD — AMBULANCE REPORT

PCR NO. P 120712

Continuation form used? ☐ Yes ☒ No

DISPATCH NO. AO

Type of Run: ☒ ALS ☐ BLS ☐ BLS w/contact ☐ AMA ☐ No Patient Contact ☐ Emer Transfer ☐ Non-Emer Transfer

| Date | AGENCY | INCIDENT LOCATION | | AREA |
|---|---|---|---|---|
| 3/27/98 | Am C. | Solinas Valley State Prison | | Salinas |

| Name/Last | First | M.I. | AGE | SEX | DOB | DISPATCH |
|---|---|---|---|---|---|---|
| H___ S | M Shoel | | 40 | M | 1/12/57 | |

| Address | | | | WEIGHT 68 Kg / lbs |
|---|---|---|---|---|
| P.O. Box 1020 | | | | |

| City | State | Zip | Phone | PMD |
|---|---|---|---|---|
| Soledad | CA | 93960 | 677-5500 | |

DISPATCH: CODE ☐ 2 ☐ 3a / Changed to ☐ 2 ☐ 3 / INSERV SCENE ENR ARR/ONL ☐ MT

| DISTRESS | MODERATE | PRIOR TX: | BY: | CPR | ALLERGIES |
|---|---|---|---|---|---|
| (1) NONE (2) MILD | (4) SEVERE (6) EXTREME | (1) NONE (2) CPR (4) AED | (5) FIRST AID (1) NA (2) FD/BLS (3) FD/ALS (6) MED (4) LAW (6) CTZ | DOWN TIME WITNESSED (Y) (N) | PKN ☐ NKDA |

CHIEF COMPLAINT/NARRATIVE

PT Abd 2° Poss Bang od

LPCm Scene PT Found Sof.F in the infirmary in cake of on scene. R.N. per Sx PT was found in H.S. Jail cell Tak P11S. PT states he wents to "kill Hm-self" PT admited TU Rn Taking 23 Flax.1 18 V. Stab.1 to that cit Hobin cm tim-self. Upon assessment PT a/d chi... able to com... we Z GCS of 9. PT Z et long Ting.

| PERTINENT MED HX: | MECHANISM | | SEAT BELT? |
|---|---|---|---|
| (1) NA | (5) HBP | (9) SEIZURES | (1) MOTORCYCLE | (5) FALL | (14) OTHER: | (Y) (N) |
| (2) CARDIAC | (6) PSYCH | (10) CANCER | (2) NA | (6) BIKE | (11) NEAR DROWN | |
| RESP | (7) ETOH | | (2) MVA DRIVER | (7) ASSAULT | (12) BURN (T) (C) (E) | HELMET? |
| DIABETES | (8) OTHER | | (3) MVA PASS | (8) STAB | (13) WORK RELATED | (Y) (N) |
| | | | (4) MVA PED | (9) GUNSHOT | | |

CURRENT MEDS: Flax.1

V. Stab.1

| BREATHING | SKIN COLOR | TEMP | MOISTURE | CAP. REFILL | PUPILS | EYE OPENING | VERBAL | MOTOR |
|---|---|---|---|---|---|---|---|---|
| ☐ NORMAL | ☐ NORMAL | ☐ NORMAL | ☐ NORMAL | ☒ NORMAL (<2 SECS) | ☐ PERRLA | (4) SPONT | (5) ORIENTED | (6) OBEYS |
| ☐ LABORED | ☐ PALE | ☐ COLD | ☒ DRY | | ☐ PINPOINT | (3) TO VOICE | (4) CONFUSED | (5) LOCALIZES |
| ☒ SHALLOW | ☐ FLUSHED | ☐ COOL | ☐ MOIST | | ☐ DILATED | (2) TO PAIN | (3) INAPPROP | (4) WITHDRAWS |
| ☐ RETRACT | ☐ CYANOTIC | ☐ HOT | | ☐ DELAYED (>2 SECS) | ☐ REACTIVE | (1) NONE | (2) INCOMPRE | (3) FLEXION |
| ☐ ABSENT | ☐ OTHER (warm) | | ☐ PROFUSELY | | ☐ NONREACT | | (1) NONE | (2) EXTENSION |
| ☐ OTHER | | | ☐ DIAPHORETIC | ☐ ABSENT | | GCS 9 | | (1) NONE |

| TIME | PULSE RATE/QUALITY | RESP. RATE | MONITOR (Y) (N) |
|---|---|---|---|
| | 130 S.R. | 20 | INITIAL RHYTHM: Sinus Tach |
| | 110 S.R. | 18 | ☐ NSR |

| HEAD | ☒ WNL | ABDOMEN | ☒ WNL |
|---|---|---|---|
| NECK | ☒ WNL | PELVIS | ☒ WNL |
| BACK | ☒ WNL | LIMBS | ☒ WNL (1) CSm x4 |
| CHEST | ☒ WNL | LUNGS | CBL |

TREATMENT/RESPONSE/REASSESSMENT

A-B-PC m O2 via N

IV protocol...

Cook 3 NmC

BP ...

Sodium Bicarb...

Sodium Bicarb...

150 ...

OP A

| TIME | IV SOLUTION (Y) (N) | SITE | # ATT | IV RATE | GAUGE | VOL. INF. | BY |
|---|---|---|---|---|---|---|---|
| | NS ☐ 1000 ☐ 250 ☐ INT | AC | 1 | W/O | 18 | 200cc | JO |
| | NS ☐ 1000 ☐ 250 ☐ INT | | | | | | |

☐ ETT ATT _____ (Y) (N) SIZE ___ BY ____ DRUGS (Y) (N)
☐ ETT # ATT _____ (Y) (N) SIZE ___ BY ____ DEFIB (Y) (N)
O2 (Y) (N) LM 15 VIA NRB

BASE CONTACT ATTEMPTED (Y) (N)    WAS BASE CONTACT SUCCESSFUL (Y) (N)

BASE HOSPITAL: (1) CHM (2) NMC (3) SVMH    CONSULT (Y) (N)    ORDERS (Y) (N)

AFTER TREATMENT: (1) IMP (2) UNCHG (3) DETER

| MICN # | FIELD IMPRESSION | TRANSPORT TO: NAC | NO TRANSPORT: | Hospital Destination |
|---|---|---|---|---|
| MD | (17) | CODE (2) (3) CHANGED TO (2) (3) | (1) REFUSED (5) CORONER (3) POV (7) AIR (4) LAW | ☐ Patient/Family Request ☐ Closest ☒ Specialty Care ☐ Other |

| | CERT. | INIT | MEMO |
|---|---|---|---|
| DRIVER K | # Fm T | | |
| ATTD. J. G. R.T. Harmon | # P0206 | JO | |
| ATTD. | # | | MD ON-SCENE | LICENSE NO. | CONTINUATION FORM ☐ |
| | | | RECEIVED BY: | | |

WRITE IN PATIENT NAME
HICKS, MICHAEL

APPT. ☐   TRIAGE ONLY ☐   CAT I ☐   CAT II ☐   CAT III ☐

DATE: 3/27/98   TIME IN: 0210

LANGUAGE OF CHOICE: ☒ ENGLISH ☐ SPANISH ☐ OTHER

ALLERGIES   ☐ NKA

ARRIVED BY: AMB ☒   POLICE ☐   POV ☐

TIME: 0205   BP 132/77   TEMP   PULSE 145   RESP 28   ☐ PMD:   CURRENT MEDS:

AGE 15 b   WEIGHT ___ LBS   KGS   O/: LAST TET:   LMP

TRIAGE/COMPLAINT: Ambulance, intubated by Dr. Manchester 0222
IV (L) AC. 9 NS wide open. IV (L) hand. 9 1/2
Equal lung sounds equal chest expansion.
0225 C X-ray taken
0230 gastric lavage c bloody return opi[l]
0235 Air cuff for ET tube. Flat at KY Manch__SR awer

**LEVEL OF CONSCIOUSNESS**
☒ ALERT   ☐ INAPPROP.
☒ ORIENTED X   ☐ ETOH
☐ CONFUSED   ☒ UNRESPONS.
☐ COMBATIVE   ☐ OTHER:

**GLASCOW COMA SCALE**
EYES: SPONTANEOUS / VOICE / PAIN / NONE
VERBAL RESPONSE: ORIENTED / CONFUSED / INAPPROP. / INCOMPREHENS / NONE
MOTOR RESPONSE: OBEYS CMD / LOCALIZES / WITHDRAWAL / FLEXION / EXTENSION / NONE

**PUPILS**   PERL ☐
R  L
SIZE ___ MM
RESP.
SLUGGISH
FIXED

**EYES**
C GLASSES   OS 20/   OD 20/
S GLASSES   OS 20/   OD 20/

**SKIN**
COLOR: ☒ NORMAL ☐ FLUSHED ☐ PALE ☐ CYANOTIC ☐ OTHER
TEMP: ☐ WARM ☐ COLD ☐ COOL ☐ HOT
QUALITY: ☐ DRY ☐ MOIST ☐ PROFUSE
BLANCH: ☐ NORMAL < 2 SECONDS ☐ DELAYED > 2 SECONDS ☐ ABSENT

**ABDOMEN**
☒ SOFT ☐ RIGID
☐ - TENDER ☐ + TENDER
☐ B S + ☐ B S -
☐ DISTENDED

**CHEST**
☐ CLEAR ☐ RETRACT.
RALES / WHEEZE / DECREASED / ABSENT
R L

**ORTHOSTATICS** TIME:
POSITION / B P / PULSE

**INITIAL TREATMENT**
☐ C - COLLAR ☐ ON ☐ OFF   REMOVED BY:
☐ O₂ BY ___ @ ___ L / MIN   ☐ ICE PACK
☐ MONITOR ___ PATTERN   ☐ SPLINT

**PRE-HOSPITAL TREATMENT:** AMB. CODE 2 ☐ 3 ☐
IV ___ 'N   O₂ ___ L/MIN BY ___
CHEM BG ___   Brandb

| TIME | VITAL SIGNS | IV'S AND MEDICATIONS MEDICATIONS | ROUTE / SITE | NURSE'S NOTES RESPONSE | INITIALS |
|---|---|---|---|---|---|
| 0205 | | | | ☐ UNCHANGED FROM TRIAGE  To ER | |
| 02 | | EKG done, 1 amp Bicarb | IV 🔼 | | |
| 0220 | | Versed 2 mg | IV 🔼 | | |
| 0220 | V | Foley c Clear urine | | | |
| 0223 | S | Succindcholyna 150 mg | IV 🔼 | | |
| 0229 | 117 | HR 145 | Ysag__d c 100% O₂ via | | |
| | a mbn bag. Good lung compliance 100% Sat | | | | |
| 0230 | | 1 amp Bicarb added to 9 NS | | | |
| 172/99 | | HR 145 - O₂ sat 100% | | | |
| 0236 | | Gastric lavage clearing slight pink blood | | | |
| | 1 s w/ p. 0238 2 mg Versed IV 🔼 | | | | |

SIGNATURE KEY

PATIENT IDENTIFICATION AREA
HICKS, M
36

NATIVIDAD MEDICAL CENTER
PO BOX 81611, 1330 NATIVIDAD ROAD, SALINAS, CALIFORNIA 93912-1611
(408) 755-4111

**EMERGENCY DEPARTMENT**
**NURSING RECORD**

| MEDICATIONS | ROUTE / SITE | RESPONSE | INITIALS |
|---|---|---|---|
| | | UNCHANGED FROM TRIAGE | |

0240  ET  tube  tube  tube  out.  Bagged c̄ 100%
Face  Mask.  Dr.  Manchester  c̄  8 Fr.
ET  tube -  Intubated.  No  chest  expansion
ET  tube  removed  Bagged c̄ 100% amb...
Sat  92%
Pt  making  gasping  seasaw resp effort
on  his  own -  Sat  95%  100%  amb bag  to
Face  Mask  HR  136  - 194/105  BP

0245  Reintubated  by  Dr  Manchester.  Also chest
Air  movement  heard  in  Stomach.  poor  chest
expansion  Sat  98%  ET  tube  removed
Bagged  via  face  Mask  Sat  100%
BP  197/100  HR  136  Ewald  tube removed

0250  Reintubated  by  Dr  Manchester.  Air
heard  over  stomach.  poor  chest  expansion
ET  tube d/c -  Sat  100-99%  Dr Quintero
in  to  attempt  intubation  Pt  continue to
make  gasping  respiratory  effort  on  his own

0255  75 mg  Succinocholine - 2 mg  Versed IVP
Sat  95%

| | TIME | | | TIME | TYPE | AMOUNT | TIME | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| P U P I L S | SIZE | R | | | | | | | |
| | | L | | | | | | | |
| | REACT | R | | | | | | | |
| | | L | | | | | | | |
| | LOC | | | | | | | | |
| ARM STRENGTH | | R | | | | | | | |
| | | L | | | | | | | |
| LEG STRENGTH | | R | | | | | | | |
| | | L | | | | | | | |
| | | | | TOTAL INTAKE | | | TOTAL OUTPUT | | |

CC _____   CC _____

SIGNATURE KEY          INITIALS

PUPIL SIZE - MM

1 2 3 4  5  6  7  8  9
R – REACTIVE    S – SLUGGISH    N – NONREACTIVE

PT IDENTIFICATION AREA

Hicks, Michael
426757
37

NATIVIDAD MEDICAL CENTER
PO BOX 81611, 1330 NATIVIDAD ROAD, SALINAS, CALIFORNIA 93912-1611
(408) 755-4111

EMERGENCY DEPARTMENT
NURSING RECORD
CONTINUATION

| MEDICATIONS | ROUTE / SITE | RESPONSE | INITIALS |
|---|---|---|---|

UNCHANGED FROM TRIAGE

0255   9 9 % Sat via Face mask + 100% 4 nebubcu
0300   Labs drawn by tech.
       BP 216/112   HR 140
0300   Nasal airway placed via (L) nares
       Intubated by Dr Quintana via ET 8 FR
       ET tube unable to visualize cords
       ET tube removed Sat remains 100%
0302   Reintubated. Good chest expansion
       bilat chest expansion 100% Sat.
       ET tube tapped @ 24 cm.
0305   98/93   HR 146   100%
0308   ET tube pressure cuff Fail
       do Maintain air Pressure Dr Manchester
       aware. Sat remains 99-100% S
       BP 166/91   HR 133
0312   NG tube passed via (L) nares.
       Placement checked. 50 grams Charcoal
       given via NG tube.

| TIME | | | | | | | TIME | TYPE | AMOUNT | TIME | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| P U P I L S | SIZE R | | | | | | | | | | | |
| | SIZE L | | | | | | | | | | | |
| | REACT R | | | | | | | | | | | |
| | REACT L | | | | | | | | | | | |
| L O C | | | | | | | | | | | | |
| ARM STRENGTH | R | | | | | | | | | | | |
| | L | | | | | | | | | | | |
| LEG STRENGTH | R | | | | | | | | | | | |
| | L | | | | | | | | | | | |
| | | | | | | TOTAL INTAKE | | | TOTAL OUTPUT | | | |

cc _____ cc

PUPIL SIZE - MM

1 2 3 4 5 6 7 8 9
R = REACTIVE     S = SLUGGISH     N = NONREACTIVE

SIGNATURE KEY _____ INITIALS

PT IDENTIFICATION AREA
Hicks   Michael
46 426722
38

NATIVIDAD MEDICAL CENTER
PO BOX 81611, 1330 NATIVIDAD ROAD, SALINAS, CALIFORNIA 93912-1611
(408) 755-4111

EMERGENCY DEPARTMENT
NURSING RECORD
CONTINUATION

HICKS    MICHAEL

| DATE | TIME IN | LANGUAGE OF CHOICE ☑ENGLISH ☐SPANISH ☐OTHER | ALLERGIES | ☐NKA | | ARRIVED BY |
|---|---|---|---|---|---|---|
| 3/7/98 | 0210 | | | | AMB ☒ | POLICE ☐  POV ☐ |

| TIME | BP | TEMP | PULSE | RESP | ☐PMD | CURRENT MEDS |
|---|---|---|---|---|---|---|
| 0205 | 132/77 | | 145 | 28 | | |

| AGE | WEIGHT | KGS | LAST TET | LMP |
|---|---|---|---|---|
| | | LBS    OZS | | |

| TIME | | MOST RESP INTERVENTIONS | E.D. PHYSICIAN | | SMOK LAB CALL | LAB ORDERS |
|---|---|---|---|---|---|---|

02053  CC - 40 y.o. ♂ BIBA    Wintero
☑ C.B.C.
from SVSP c/o ALOC S/P
Elavil (Vistaril) OD
☑ CHEM 7
HPI - H₂O ? depression; apparently hoarding pills ⇒ took 23 Elavil tabs (? dose), 11 Vistaril tabs
(? dose) ⇒ found c̄ ALOC - MN ⇒ lethargic + grand
ling MS ⇒ on route HR ~140, BP stable
☑ gag reflex ⇒ 15' out ⇒ charcoal with held,
Rx Bicarb + Amp

KG
2nd by
EP,M D
... tachy
wide QRS
7.124
... ischemic
or isch.

ROS - as above o/w ⊖

PMHx - ⊖    Meds - as above    All - PCN    Hx Tob - ? 20
☐EKG

Exam = 132/77  145    28 ⇒ 8-10,    shallow

... by E,MD
... 1007.6 m
B6 ↑

HEENT  Gen - WDWN ♂ unconscious,
unresp   GCS 3 (Hx myoclonic
PERRL/EOMI    jerking
EAC/TM's clear    Ca/CV= Tachy
... mild
... resp.
... acidosis
A-a HCO₃ × π)

Lungs/Resp  ⊕ + effort (shallow)  ⊕ MGR
⊕ DPT ETO S    Ext - o c/c/e

...  Abd/GI - soft, NT ND ⊕BS

... Neuro - GCS 3 c̄ myoclonic jerking
... tube
airplane
... hurt
... when
edema.

☐ SEE CONTINUATION FORM

| DIAGNOSIS | ORDERS / DISCHARGE PLAN    ☐ SCAN |
|---|---|
| Acute ALOC | ☐ CARDIAC MONITOR    ☐ O2 @    L/ MIN BY |
| TCA / Vistaril OD | Critical Care - Continuous bedside |
| c̄ Resp. Failure | crit care >75' 2° to ALOC/ |

CONDITION ON DISCHARGE (CHECK ALL THAT APPLY)
☐ IMPROVED  ☐ SATISFACTORY  ☐ FAIR  ☐ SERIOUS
☐ ASYMPTOMATIC  ☐ EXPIRED  ☐ DOA

resp. failure ⇒ required oral
ETT 2° to resp failure + protection of
airway ⇒ versed/succ 150mg ⇒

DISPOSITION   ☐ TRANSFER
☐ HOME  ☑ WORK  ☐ AMA   TIMEOUT OF DEPT.
☐ RETURN PRN  ☐ JAIL/PRISON  ☑ ADMITTED TO  CU

oral ETT by Dr. ... (my supervisor)
⇒ good GIBS, in place by CXR ⇒ Balloon/cuff
☐ ... attempted re-intubation 5' success
Aum to 1007...
... HICKS, MICHAEL
ACCT - 206680193    SX - M
MR - 426737    MO 03/98
DOB - 04/12/1957    F/C - H
DR

M D SIGNATURE

P A SIGNATURE

NURSE SIGNATURE

**NATIVIDAD MEDICAL CENTER**
PO BOX 81611, 1330 NATIVIDAD ROAD, SALINAS, CALIFORNIA 93912-1611
(408) 755-4111

**EMERGENCY DEPARTMENT**
**MEDICAL RECORD**

EMERGENCY DEPARTMENT REPORT

DATE OF SERVICE:  03/27/98

CHIEF COMPLAINT:

The patient is a 40-year-old man brought in by ambulance from
Salinas Valley State Prison complaining of altered level of
consciousness, status post Elavil and Vistaril overdose.

HISTORY OF PRESENT ILLNESS:

The patient has a history of depression, apparently had been
hoarding the pills, took approximately 23 Elavil tablets of
unknown strength, and 18 Vistaril tablets, also of unknown
strength.  The patient was found with altered level of
consciousness at approximately midnight, subsequently gradually
decreasing mental status.  En route by ambulance, patient had a
heart rate of approximately 140, blood pressure was stable, no
apparent gag reflex.  The ambulance was approximately 15 minutes
out.  Charcoal was withheld. Patient was given one ampule of
bicarbonate.

_WRONG!_

ALLERGIES:    Penicillin.

MEDICATIONS:   As in history of present illness.

PAST MEDICAL HISTORY:    None.

HABITS:   Unknown secondary to altered level of consciousness.

REVIEW OF SYSTEMS:

As in history of present illness, otherwise unable to obtain
secondary to altered level of consciousness.

PHYSICAL EXAMINATION:

VITALS: Blood pressure 132/77, heart rate 145 and regular,
respiratory rate initially documented at 28, but upon my
examination respiratory rate was approximately 8 and shallow.
GENERAL:  Well developed, well nourished man, unconscious,
unresponsive. Glasgow coma score of 3 with myoclonic jerking.
HEENT: Pupils are round and reactive to light.  Extraocular
muscles appeared intact with a non-fixed doll's eyes. External
auditory canals and tympanic membranes bilaterally clear.

continued...

40

PATIENT NO:  426757
PATIENT NAME:  HICKS, MICHAEL

EMERGENCY DEPARTMENT REPORT

EMERGENCY DEPARTMENT REPORT

Page 2

CARDIOVASCULAR: Regular rate and rhythm without murmurs, rubs or gallops.
RESPIRATORY: Poor effort, shallow breathing, bilateral distant equal breath sounds.
EXTREMITIES: Without clubbing, cyanosis or edema.
GASTROINTESTINAL: Soft, nontender, nondistended, normal bowel sounds.
NEUROLOGICAL: Glasgow coma score of 3 with myoclonic jerking.

LABORATORY ANALYSIS:

Patient was on a pulse oximeter oxygenating 100% with bagged valve mask ventilation at 100% oxygen. Patient oxygenated well with
BVM only. Cardiac monitor showed sinus tachycardia with apparent wide complex QRS. EKG interpreted by me-sinus tachycardia with a wide QRS at approximately 0.13. No acute injury or ischemic pattern. Arterial blood gas on 100% DVM interpreted by me, pH 7.35, pc02 50, p02 302, bicarbonate 27. This was consistent with acute mild respiratory acidosis. Note, this blood gas was after 2 ampules of bicarbonate suggesting the possibility of a combined respiratory and metabolic acidosis. Portable chest x-ray post-intubation:tube in place;patient with large heart and possible pulmonary edema.

EMERGENCY DEPARTMENT COURSE:

The patient arrived with 100% face mask oxygen, one IV was established. Sinus tachycardia on monitor. Patient was unresponsive. Glasgow coma score of 3. Upon arrival patient had an additional IV established. Patient was ventilated via BVM and prepped for oral endotracheal intubation. Patient was unresponsive. Glasgow coma score of 3, very poor respiratory effort suggestive of respiratory failure secondary to overdose and patient without any gag reflex required endotracheal intubation for ventilation with oxygenation and for airway protection. Patient received Versed 2 mg, Succinylcholine 150 mg IV. Patient was orally intubated with an 8.0 endotracheal tube by Doctor Manchester, PGY-2 under my direct supervision. Patient was easily intubated, had bilateral equal breath sounds after intubation. Chest x-ray was obtained and showed tube in place. ET tube ballooned subsequently, found to have ruptured. Patient with positive air leak while ventilating, requiring re-intubation secondary to patient receiving very small bit of ventilation.

continued...

PATIENT NO: 426757
PATIENT NAME: HICKS, MICHAEL

EMERGENCY DEPARTMENT REPORT

NATIVIDAD MEDICAL CENTER
BOX 81611 • 1330 NATIVIDAD RD. • SALINAS, CA 93912

Page 3

Doctor Manchester, PGY-2 attempted oral re-endotracheal intubation
times three without success and therefore attempted oral
intubation with an 80 ET tube, unable to visualize cords
initially with a #4 or McIntosh blade.  Epiglottis swollen
posteriorly blocking the cords, epiglottis appeared swollen as
well. Changed to a Miller 4 and gave patient 75 mg of
Succinylcholine.  Was able to see what appeared to be swollen
cords but was able to intubate with moderate difficulty with an
80 endotracheal tube.  Patient subsequently had equal breath
sounds bilaterally, oxygenating well.  Yellow color change on a
capnometer.  Patient continued with sinus tachycardia at
approximately 130 without significant change.  Due to a normal
_____ patient received an ampule of bicarbonate in his IV
fluid.  He received oral lavage, continued to have his charcoal
through NG tube. A Foley was placed as well. Patient was
transferred to the ICU in serious condition.

DIAGNOSIS:

Acute altered level of consciousness secondary to TCA and
Hydroxyzine overdose with respiratory failure.

MARIO QUINTERO, M.D.                4/10/98

d     03/27/98
t     03/31/98  bm 1016
#872

*42*

PATIENT NO:   426757
PATIENT NAME:  HICKS, MICHAEL

NATIVIDAD MEDICAL CENTER

# EXHIBIT COVER PAGE $G$

EXHIBIT

Description of this Exhibit:

Number of pages to this Exhibit: _____ pages.

JURISDICTION: (Check only one)

☐ Municipal Court
☐ Superior Court
☐ Appellate Court
☐ State Supreme Court
☐ United States District Court
☐ State Circuit Court
☐ United States Supreme Court
☐ Grand Jury

43

SANFORD JAY ROSEN *
MICHAEL W. BIEN
ERNEST GALVAN

HOLLY BALDWIN
GAY C. GRUNFELD
JANE KAHN
MEGHAN LANG
ANNE MANIA
THOMAS NOLAN
LORI RIFKIN **
JANET TUNG
AMY WHELAN
MARAKA L. WILLITS
SARAH OLSON ZIMMERMAN ***

## ROSEN, BIEN & ASARO, LLP

ATTORNEYS AT LAW
EIGHTH FLOOR
155 MONTGOMERY STREET
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE
(415) 433-6830

FAX
(415) 433-7104

EMAIL
rba@rbalaw.com

July 28, 2006

CONFIDENTIAL - LEGAL MAIL
Michael Hicks, B-80852
CSP - Sacramento
PO Box 290066
Represa, CA 95671

      Re:    Coleman v. Schwarzenegger
             Our File No. 489-3

Dear Mr. Hicks:

      We are writing in response to your recent letters, which we received in our office on July 18, July 21, and July 26, 2006.

      In your July 16, 2006 letter, which we received on July 18, 2006, you enclosed a 1999 memorandum from CMF in response to your request to be transferred to ASH. You also enclosed your referral for inpatient care at ASH. I am returning both documents, which you will find enclosed. We have kept a copy of the documents for our files, per our normal office procedures.

      In your letter dated July 19, 2006, which we received on July 21, 2006, you wrote about your interview with Dr. Metzner. I was glad that you got the opportunity to meet with him and that he was able to partially address your concerns regarding non-formulary medications and possible treatment programs for inmates with sexual disorders. I wish you luck if you decide to pursue this issue on your own accord.

      In your most recent letter, dated July 23, 2006, which we received on July 26, 2006, you enclosed a copy of your pathology report diagnosing your liver biopsy. You requested feedback and an explanation of the diagnosis, as well as information regarding treatment options. We are not medical experts and, therefore, are in no position to provide medical advice or opinions. However, I have enclosed some information we located for you regarding Hepatitis C. I hope you find this information helpful.

      In regards to the concerns you have raised about access to DMH programs for higher security inmates, you should know that we are advocating with the Special Master and the Court for additional access to DMH programs for CDCR prisoners at all security

*44*

*   MEMBER OF THE CONNECTICUT AS WELL AS THE CALIFORNIA BAR
**  MEMBER OF THE CONNECTICUT AND NEW YORK BAR
*** MEMBER OF THE ILLINOIS AS WELL AS THE CALIFORNIA BAR

CONFIDENTIAL - LEGAL MAIL
July 28, 2006
Page 2

levels. Judge Karlton has recently issued an order making the Director of DMH a
defendant in Coleman as part of the effort. This is one of our top priorities and we agree
that DMH has inappropriately denied access to high security CDCR patients in the past,
as evidenced by your 1999 rejection.

Finally, I have enclosed a copy of Rule 985 from the California Rules of Court, as
well as your original 115 that you sent to us in your letter dated June 20, 2006, which we
received on June 22, 2006.

class.

Sincerely,

ROSEN, BIEN & ASARO, LLP

By: Michael W. Bien

MWB:

45