PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __STANLEY___ __JERRY___ __FRANK__
     (Last)        (First)     (Initial)

Prisoner Number __C 80900__

Institutional Address __DEATH ROW SAN QUENTIN 94974__

**FILED**

OCT 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JERRY FRANK STANLEY
(Enter the full name of plaintiff in this action.)

vs.

WARDEN AYERS
CAPT FOX
LT S.A. ROBINSON

(Enter the full name of respondent(s) or jailor in this action)

Case No. _____
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS

Read Comments Carefully Before Filling In

<u>When and Where to File</u>

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were <u>not</u> convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1  Who to Name as Respondent
2      You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.
6      If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now and the Attorney General of the state in which the judgment you seek to attack
9  was entered.
10 A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE
11     1. What sentence are you challenging in this petition?
12         (a)  Name and location of court that imposed sentence (for example; Alameda
13              County Superior Court, Oakland):
14              __Butte county__                    __Oroville, Cal__
15              Court                               Location
16         (b)  Case number, if known __23532__
17         (c)  Date and terms of sentence __Death Penalty__
18         (d)  Are you now in custody serving this term? (Custody means being in jail, on
19              parole or probation, etc.)          Yes __✓__   No ____
20              Where?
21              Name of Institution: __Death Row__
22              Address: __San Quentin__
23     2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)
26              __Murder 1__
27              __187 PC__
28  _____

PET. FOR WRIT OF HAB. CORPUS           - 2 -

3. Did you have any of the following?

    Arraignment:                Yes ✓    No ___

    Preliminary Hearing:        Yes ✓    No ___

    Motion to Suppress:         Yes ✓    No ___

4. How did you plead?

    Guilty ___   Not Guilty ✓   Nolo Contendere ___

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury ✓   Judge alone ___   Judge alone on a transcript ___

6. Did you testify at your trial?        Yes ✓    No ___

7. Did you have an attorney at the following proceedings:

    (a) Arraignment                     Yes ✓    No ___
    (b) Preliminary hearing             Yes ✓    No ___
    (c) Time of plea                    Yes ✓    No ___
    (d) Trial                           Yes ✓    No ___
    (e) Sentencing                      Yes ✓    No ___
    (f) Appeal                          Yes ✓    No ___
    (g) Other post-conviction proceeding   Yes ✓    No ___

8. Did you appeal your conviction?       Yes ✓    No ___

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal             Yes ___   No ___

    Year: _____   Result: _____

    Supreme Court of California   Yes ✓   No ___

    Year: 1984   Result: DENIED 1995

    Any other court             Yes ___   No ___

    Year: _____   Result: _____

    (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS        - 3 -

|    |     |                                                                                       |
|----|-----|---------------------------------------------------------------------------------------|
| 1  |     | petition?                              Yes _____    No_____                           |
| 2  | (c) | Was there an opinion?                  Yes _____    No_____                           |
| 3  | (d) | Did you seek permission to file a late appeal under Rule 31(a)?                       |
| 4  |     |                                        Yes _____    No_____                           |
| 5  |     | If you did, give the name of the court and the result:                                |

9. Other than appeals, have you previously filed any petitions, applications or motions with respect to this conviction in any court, state or federal?     Yes ✓    No_____

[Note: If you previously filed a petition for a writ of habeas corpus in federal court that challenged the same conviction you are challenging now and if that petition was denied or dismissed with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider this petition. You may not file a second or subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28 U.S.C. §§ 2244(b).]

    (a)    If you sought relief in any proceeding other than an appeal, answer the following questions for each proceeding. Attach extra paper if you need more space.

        I.    Name of Court: _____

            Type of Proceeding: _____

            Grounds raised (Be brief but specific):

                a._____

                b._____

                c._____

                d._____

            Result: _____ Date of Result:_____

       II.   Name of Court: _____

            Type of Proceeding: _____

            Grounds raised (Be brief but specific):

1  need more space. Answer the same questions for each claim.
2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent
3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,
4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]
5  Claim One: DENIAL OF MENTAL HEALTH AND
6  MEDICAL TREATMENT AS REPRISAL.
7  Supporting Facts: BECAUSE I MET WITH JUDGE L. KARLTON'S
8  COURT MONITOR ON THURSDAY OCT 19.06 LT. ROBINSON WITH
9  WARDENS CONSENT DENYING ME MENTAL HEALTH, MEDICAL
10  CARE to [EXACERBATE] my MENTAL HEALTH AND HEART
11  PROBLEMS. Claim Two: THREATENING ME FOR MEETING WITH THIS
12  COURTS MONITOR AND ANSWERING QUESTION FROM
13  INSPECTOR GENERAL INVESTIGATORS ILLEGAL. Supporting Facts:
14  ON OCT 20.06 THE DAY AFTER I MET WITH THIS
15  COURTS MONITOR LT S.A. ROBINSON SAID I WILL RECEIVE
16  NO MENTAL HEALTH OR HEART CARE FOR SEVERE HEART
17  CONDITION SOLELY BECAUSE I WROTE INSPECTOR GENERAL Claim Three:
18  INVESTIGATOR M. CATE AND WROTE THIS COURT AND SAW
19  THIS COURTS MONITOR. I CAN AND WILL PASS POLYGRAPH. Supporting Facts:
20  I HAVE NOT BEEN ALLOWED A YARD WITH SUN
21  OR EXCERCISE FOR 3½ YEARS. ANYONE WOULD
22  SUFFER WITH NO SUN OR EXCERCISE FOR 3½ YEARS
23  THIS HAS MADE MY MENTAL HEALTH STATE SEVERELY WORSE
    If any of these grounds was not previously presented to any other court, state briefly which
24  grounds were not presented and why:
25  I AM 62 YEARS OLD WITH SEVERE HEART CONDITION
26  AND MENTAL HEALTH PROBLEMS. I AM TOTALLY DENIED
27  ANY MENTAL HEALTH, MEDICAL CARE BY WARDEN AYERS,
28  CAPT. W., LT ROBINSON. NOISE LEVEL ON DEATH ROW
    UNBEARABLE BECAUSE WARDEN HIDES MENTALLY ILL
    PET. FOR WRIT OF HAB. CORPUS PAROLE VIOLATORS AMONG DEATH ROW
                                 -6-                              MEN.

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4  _____

5  _____

6  _____

7  Do you have an attorney for this petition?              Yes ✓   No ____

8  If you do, give the name and address of your attorney:
9  _____ATTORNEY JACK LEAVIH    PHONE 510-524-5963_____

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12  
13  Executed on __Oct 23, 2006__          __Jerry F Stanley__
14           Date                          Signature of Petitioner

20  (Rev. 6/02)

PET. FOR WRIT OF HAB. CORPUS          - 7 -