1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11              Plaintiffs,              No. CIV S-90-0520 LKK JFM P

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,

14
                Defendants.              ORDER
15   _____/

16              The matter of payment of the special master has been referred to this court by the

17   district court.  The court has reviewed the bill for services provided by the special master in the

18   above-captioned case through the month of September 2006.

19              Good cause appearing, IT IS HEREBY ORDERED that:

20              1.  The Clerk of the Court is directed to pay to

21              J. Michael Keating, Jr.,
                Coleman Special Master
22              2351 Sussex Lane
                Fernandina Beach, FL  32034
23

24   the amount of $257,032.93 in accordance with the attached statement; and

25   /////

26   /////

1        2.  A copy of this order shall be served on the financial department of this court.

2   DATED: October 27, 2006.

3

4   _____
    UNITED STATES MAGISTRATE JUDGE
5

6   /cole06.sep

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |  |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | **No. Civ. S-90-0520 LKK JFM P** |
| | : | |
| **ARNOLD SCHWARZENEGGER et al.,** | : | |
| **Defendants.** | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through September 30, 2006.

J. Michael Keating, Jr., Master
　　　　　Services　　　　　　　　$23,180.00
　　　　　Disbursements　　　　　$ 1,540.82

　　　　　Total amount due　　　　　　　　　　　$ 24,720.82

Matthew A. Lopes, Jr., J.D.
　　　　　Services　　　　　　　　$22,330.00
　　　　　Disbursements　　　　　$13,125.61

　　　　　Total amount due　　　　　　　　　　　$ 35,455.61

Linda E. Buffardi, J.D.
　　　　　Services　　　　　　　　$29,012.00
　　　　　Disbursements　　　　　$　　-0-

　　　　　Total amount due　　　　　　　　　　　$ 29,012.00

Mohamedu F. Jones, J.D.
　　　　　Services　　　　　　　　$24,275.00
　　　　　Disbursements　　　　　$　　-0-

　　　　　Total amount due　　　　　　　　　　　$ 24,275.00

Paul Nicoll, M.A.P.A.
　　　　　Services　　　　　　　　$20,180.00
　　　　　Disbursements　　　　　$　　-0-

　　　　　Total amount due　　　　　　　　　　　$ 20,180.00

Kerry C. Hughes, M.D.
   Services       $ 7,580.00
   Disbursements     $ 3,104.61

     Total amount due        $ 10,684.61

Dennis F. Koson, M.D.
   Services       $ 2,925.00
   Disbursements     $  -0-

     Total amount due        $ 2,925.00

Jeffrey L. Metzner, M.D.
   Services       $14,222.50
   Disbursements     $ 1,498.02

     Total amount due        $15,720.52

Raymond F. Patterson
   Services       $ 7,375.00
   Disbursements     $  -0-

     Total amount due        $ 7,375.00

Ted Ruggles, Ph.D.
   Services       $24,177.50
   Disbursements     $ 3,185.34

     Total amount due        $ 27,362.84

Melissa G. Warren, Ph.D.
   Services       $24,507.50
   Disbursements     $ 2,708.12

     Total amount due        $ 27,215.62

Virginia L. Morrison, J.D.
    Services                          $18,480.00
    Disbursements                     $        -0-

            Total amount due                              $ 18,480.00

Patricia M. Williams, J.D.
    Services                          $11,300.00
    Disbursements                     $  2,325.91

            Total amount due                              $ 13,625.91


        **TOTAL AMOUNT TO BE REIMBURSED**            **$257,032.93**


Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master