IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,   No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,   <u>ORDER</u>

    Defendants.

_____/

    On October 25, 2006, inmate Jerry F. Stanley filed a petition for writ of habeas corpus in which he alleges that he is being denied necessary mental health and medical care in retaliation for meeting with one of the court-appointed monitors in this action. Good cause appearing, IT IS HEREBY ORDERED that within ten days from the date of this order the Special Master shall report to the court on the substance of inmate Stanley's allegations.

DATED: October 27, 2006.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

12;stanley.ret

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26