Exhibit A

Attachment A

WALTER L. (KIP) KAUTZKY
3301 Southern Woods Dr.
Des Moines, Iowa 50321
(515) 256-1957 (H)     (515) 778-6231 (C)

## OBJECTIVE
Advance best practices that improve public safety and advance government service and accountability in state and county correctional systems

## EXPERIENCE

**CRIMINAL JUSTICE CONSULTANT**                    February 2006 to present
- Evaluate and research on criminal justice issues for legal teams representing plaintiffs or defendants in matters related to the operation and management of jails and prisons
- Assist legal teams as an expert witness for evaluation and court testimony regarding correctional issues.
- Assist security firms in developing and improving technology and specifications for effective prison security systems

**LAMBERTI FOUNDATION – CHIEF EXECUTIVE OFFICER**     February 2003 to January 2006
- Manage correctional service and business operations through Bridges of Iowa program to transition long term offenders to community
- Integrate Lamberti Foundation services with Institute for Social and Economic Development and other foundations
- Implement statewide strategy for foundation investment in advanced corrections model supported by community mentors
- Maximize income from property holdings for reinvestment in correctional services.

**IOWA DEPARTMENT OF CORRECTIONS**                   July 1997 to January 2003
Director – policy and operations management with Governor and Legislative leaders to manage a growing prison (8500) and community corrections population (25000) within declining budget limits.
- Work with executive, legislative and community leaders to improve accountability of Iowa's community and institutional corrections system
- Resolve federal and state conditions and services lawsuits
- Expand direct mental health services to high security correctional offenders.
- Construct three new prisons and 3 new community residential facilities

**NORTH CAROLINA DEPARTMENT OF CORRECTION**         May 1992 to March 1997
- Deputy Secretary (1992)- work with executive, legislative, community leaders, and DOC staff to provide correctional services to 21000 institutional and 105000 community offenders
- Work with Sentencing Commission to develop structured sentencing policy
- Assistant Secretary (1993)- Contract and manage out of state housing for 1800 inmates
- DOC manager of 10,000-bed construction program
- Plan and execute inmate construction of two separate 500 bed facilities

- Manage design build finance process for private correctional facilities.

CRIMINAL JUSTICE CONSULTANT                                    December 1990 - May 1992
- Private Correctional Facility Company developed for investment banker
- Train senior correctional executives for National Institute of Corrections
- Market correctional design services for Henningson, Durham, and Richardson

HAWAII DEPARTMENT OF PUBLIC SAFETY                             November 1989-December 1990

- Special Master to Governor John Waihee
- Execute operational improvements ordered in state jail and correctional facilities
- Negotiate court ordered changes between legislative executive and judicial branches

COLORADO DEPARTMENT OF CORRECTION                              January 1987-November 1989
Executive Director-Responsible to Governor Roy Romer for state correctional agency
- Develop interagency initiative for rational sentencing policy
- Negotiate legislative policy changes for mentally ill inmates
- Expand community corrections facilities statewide

WASHINGTON DEPARTMENT OF CORRECTION                            January 82-January 87
- Deputy Secretary – policy and operations management in growing correctional agency under Governors John Spellman and Booth Gardner
- Director of Prisons-Manage policy and operations in 14 facilities
- System wide facility renovation and construction -$159 million program
- Restore state control to Washington State Penitentiary

NORTH CAROLINA DEPARTMENT OF CORRECTION                        March 71-December 81

- Deputy Director of Prisons operating 81 facilities housing 16000 offenders
- Coordinate legislative policy governing prison operations
- Plan and execute system wide educational, mental health, work training grants
- Operational management of 11 regional correctional facilities
- Mental health practitioner providing clinical services for offenders

INSTRUCTOR, UNIVERSITY OF GEORGIA 1966-1968

## MILITARY BACKGROUND

| | | |
|---|---|---|
| Commander | Joint Services Stockade, Korat, Thailand | 1970-1971 |
| Operations Officer | U.S. Disciplinary Barracks, Ft. Leavenworth, Kansas | 1969-1970 |

## EDUCATION

| | | | |
|---|---|---|---|
| Master of Science | Criminal Psychology | The Florida State University | 1966 |
| Bachelor of Arts | Psychology | Regis College, Denver, Colorado | 1965 |

## CONTINUING EDUCATION

| | | | |
|---|---|---|---|
| National Institute of Corrections | Executive Training Program (ASCA) | | 2002, 2003 |
| Private Prison Investment Strategies | World Research Corporation | Dallas | 1996 |
| Harvard University, Kennedy School of Government | State and Local Program | | 1987 |

Suemik Company, LTD, San Diego, Ca   Management of Construction Delay Claims   1984
American Management Association, Hamilton, NY - Management Course   1975
University of North Carolina School of Business, Chapel Hill, NC - Executive Institute   1978

## PROFESSIONAL AFFILIATIONS

American Correctional Association              National Institute of Corrections (Lecturer)
Association of State Correctional Administrators   North Carolina Correctional Association
American Management Association              Iowa Correctional Association

## COMMUNITY ACTIVITIES

Hurricane Emergency Volunteer          Migrant Worker Assistance Program
Community Resource Developer           Food Bank Volunteer

Exhibit B

**Attachment B**

**Expert Witness Cases: W. L. Kautzky**

Young v. John Ashcroft, Harley Lappin, et al.
Civil Action CV-03-1308-BR
Unites States District Court: Western District of Oregon
Trial Pending: Expert Witness for Plaintiff     2004

Mark Jordan v. Federal Bureau of Prisons
Civil Action 03-2320
United States District Court:     District of Colorado
Deposed --Trial Pending:     Expert Witness for Plaintiff     2005

Waldrup V. Jewett
Cause No. H-01-1902
United States District Court:     Southern District of Texas
Deposed and at Trial: Expert Witness for Plaintiff     2005

Barbee V. Jefferson County
Matter ID: 04419-004992
United States District Court: Western District of Washington
Deposition and Trial Pending: Expert Witness for the Defendant

Goff v. Iowa Department of Correction
Civil Action
United States District Court; Southern District of Iowa
Deposed and at Trial: Expert Witness for Defendant 2002

Thomas Tom v. Babbitt
Civil Action NO. 94-K-1242 (D. Colo.)
U.S. Magistrate Judge for Ute Indian Reservation
Served as Expert for Defendant in prepared report regarding Detention Facility in Towaoc, Colorado 1995

Ramos v. Colorado Department of Correction
Civil Action
United States District Court: District of Colorado
Deposed and at Trial: Expert Witness for Defendant 1989

Coleman v. Schwarzenegger
Civil Action S-90-0520 LKK JFM P
United States District Court
Eastern District of California

Estate of Rentz, et al. v. Spokane County
Spokane County Incident Number 04-335986

James Q. Wilkinson v. State of Washington and Washington Department of Corrections
Federal Cause C05-CV-5656
Thurston County 05-2-02407-8
Expert Witness for Defendant

Billy Soza Warsoldier v. Jeanne Woodford, at al.
Central District of California- Western Division
No. CV 04-02238 RSWL ( RZx)
Expert Witness for Defendant

Expert Witness Case Evaluations
Misty Ford v. U.S. Department of the Interior
            Bureau of Indian Affairs

Ivy Schlund v. Lincoln County Montana

Steven Samuels v. Spokane County Washington