1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11
                    IN THE UNITED STATES DISTRICT COURT
12
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | CASE NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | |
| v. | **DEFENDANTS' SUBMISSION OF REPORT ON FEASIBILITY OF CREATING INTERMEDIATE CARE BEDS AT COALINGA STATE HOSPITAL FOR LEVEL IV, HIGH CUSTODY CDCR INMATES** |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

   In compliance with this Court's order of May 2, 2006, Defendants hereby file a report on the feasibility and cost of creating thirty intermediate inpatient beds at Coalinga State Hospital beds for Level IV, high-custody inmates of the California Department of Corrections and Rehabilitation (CDCR). Attached as Exhibit A is a copy of the report.

   Defendants state their final long range plan for the provision of acute and intermediate inpatient beds and the provision of enhanced outpatient program (EOP) beds for all seriously mentally ill male and female CDCR inmates clinically determined to be in need of those levels

DEF. SUBMISSION COALINGA REPORT
                                        1

of care, due on December 19, 2006, will discuss the feasibility of using Coalinga State Hospital beds.

Defendants respectfully request that any decision concerning this feasibility study be made after review of the submitted revised long-term plan.

Dated: November 1, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

/s/ *Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30182765.wpd

DEF. SUBMISSION COALINGA REPORT

2