RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

EXHIBIT A

DEFENDANTS' FEASIBILITY STUDY