# COMPARATIVE FEASIBILITY STUDY

## Coalinga State Hospital Intermediate Care Facility



*Prepared by Kitchell*
*For The*

**California Department
of
Corrections and Rehabilitation**
Sacramento, CA



**October 6, 2006 - Final**
**Job No. 3270M8**




**1. EXECUTIVE SUMMARY** ................................................................. 3

**2. ANALYSIS** .................................................................................. 4

**3. COMPARATIVE COST SUMMARY** ............................................... 8
  a) Conversion of Existing
  b) New Construction

**4. COMPARATIVE SCHEDULE** ....................................................... 14
  a) Narrative
  b) Conversion of Existing
  c) New Construction

**6. PRELIMINARY FLOOR PLANS** .................................................... 22

**7. AERIAL PHOTOGRAPH** ............................................................. 24

**8. APPENDICES** ........................................................................... 25




**View of Typical Dining Room and Unit Entrance**



**View of Housing Wings**

# Section 1

## 1. EXECUTIVE SUMMARY

### Introduction

This study was undertaken to assist the California Department of Corrections and Rehabilitation in determining a direction for compliance with a court order to provide additional non-acute intermediate mental health treatment beds to Level IV inmates.

The project target was thirty beds.  The area of the hospital designated for this study is approximately 16,000 square feet, with housing wings which can accommodate twenty-seven beds.  This study uses 27 beds as its basis.  Using the program for the Salinas Valley State Prison CTC 64 Bed addition, the proposed facility requires 22,500 gross square feet.  The difference of 6,500 square feet must be found outside the original designated area.

We have studied two options for providing this treatment facility:

>   Option A:   Convert the designated area of the lower floor of one wing of the existing hospital, approximately 16,000 square feet, to the new requirements, with an additional 6,500 square feet to be accommodated separately.

>   Option B:   Construct a stand-alone facility of 22,500 square feet on the grounds of the hospital.

Relative advantages and disadvantages of the two approaches are detailed in Appendix A.

### Findings

The earliest that Coalinga State Hospital - Level IV Intermediate Care Facility could be operational is December, 2010, in the case of new construction, or June, 2011 in the case of the conversion.

Option A, conversion, will cost approximately $29.2 million.  Option B, new construction, will cost $27.7 million.  Guard towers with attendant perimeter work would cost an additional $2.1 million. There is a savings of approximately $1.5 million in the case of new construction.



# Section 2


## 2. ANALYSIS

### <u>Introduction</u>

This study was undertaken to assist the California Department of Corrections and Rehabilitation in determining a direction to comply with a court order to provide additional non-acute intermediate level mental health treatment beds to Level IV inmates. The Court Master directed the Department to evaluate Coalinga State Hospital for this study.

The housing wings identified for the project accommodate twenty-seven beds; thus, this study uses 27 beds as its basis. The program requires approximately 22,500 square feet. The designated area has 16,000 square feet. An additional 6,500 square feet will have to be allocated for the facility.

Two approaches were considered in this study:

> Option A:    Convert a portion of the existing hospital to the new requirements.
> Option B:    Construct a new stand-alone facility on the grounds of the hospital.

A previous study, performed by the California Department of General Services, dated April 5, 2006, titled Coalinga State Hospital Coleman Bed Conversion Study, examined conversion issues at length. The target area of the previous study was double, with double the beds. This study expands on the list of issues identified in the previous report. The differences in the findings are outlined in a matrix found in Appendix B.

### <u>Approach</u>

This study will:

- Discuss construction challenges for the alteration of the existing wing to provide the required Level IV security.
- Discuss functional challenges of the conversion option.
- Provide cost estimates and timelines for both options.
- Propose layouts to accommodate the program.
- Compare program effectiveness, costs and timelines for the two approaches.
- Compare the assumptions and findings of this study with the previous study and with the Salinas Valley State Prison Inpatient Mental Health Treatment Facility 64 Bed Addition.
- Compare relative advantages and disadvantages of the two approaches.



<u>**Discussion**</u>

The CDCR inmates to be treated in the new facility have a documented history of violence and volatility in a prison setting.  For their safety, and for the safety of the staff, serving them requires CDCR Level IV, maximum security construction.

The following requirements, developed by the Department of Corrections and Rehabilitation in conjunction with the Department of Mental Health, apply to the proposed facility:

- There will be no contact between CDCR inmates and the DMH hospital population.
- CDCR inmates will be admitted directly to the Level IV housing unit from the transferring facility.
- The facility will be self-contained.  All services and treatment will be provided within the unit.
- Movement within the facility will be strictly controlled by the custody staff with the inmates in restraints.  Movement will be limited to the housing unit/treatment core and designated exercise yards.
- Housing will be in maximum-security single cells, with water closets and lavatories.
- Perimeter security will continue to be handled operationally with roving patrols.
- A price for six guard towers is included in the cost analysis, for further consideration.

<u>**Construction Challenges of the Conversion Option**</u>

Coalinga State Hospital is a licensed Acute Psychiatric Hospital which treats a non-violent population.  The patients are allowed a range of free movement throughout the facility; they are not incarcerated.  The building most closely resembles CDCR Level I construction

Extensive physical reconstruction will be necessary to bring the building up to Level IV:

- Virtually complete demolition within the shell, without disturbing the existing structure.
- Construction of a new structure inside the shell, without disturbing it.  Secure perimeter walls will be built within the existing walls. A secure "lid" will be placed over housing and core treatment and support areas.  Footings to support the new loads will be required.
- Trenching and replacement of a large portion of the concrete slab with extensive new plumbing lines in the slab to provide for lavatories and toilets in the cells.
- Seismic analysis and upgrade to comply with current seismic codes.
- Substantial demolition and reconfiguration of plumbing, HVAC, electrical and security systems.



## Functional Challenges of the Conversion Option

In a situation where the arrangement of spaces is dictated by an existing building configuration, the program of spaces will be compromised. The designated area to be converted has approximately 6,550 square feet in the housing wings (not including stairwells). The following compromises will be necessary:

- Only twenty-seven beds can be accommodated in the existing housing wings, and the shapes of the resulting cells are irregular and inefficient. Two different cell configurations will be created. CDCR staff have identified this as an issue for security.
- Sightlines and oversight functions may be compromised.
- Sizes and arrangements of spaces will be forced, resulting in awkward and possibly dangerous situations in moving inmates to daily functions, such as therapy.
- Additional space will have to be provided to accommodate the entire program.
- Space efficiency will be compromised, with a high proportion of support square footage per inmate.
- Exterior functions, especially the entrances, will be awkward.
- Fifty recently constructed state-of-the-art beds will be eliminated from the intended use.
- The entire hospital campus will require upgraded perimeter security, possibly including six new guardtowers.

## The Program

Using the program for the recently approved Salinas Valley State Prison Inpatient Mental Health Treatment Facility 64 Bed Addition as a guide, a total of 22,500 square feet is required to house the facility. The area designated for the conversion is 16,000 square feet. The additional square footage could come from adjacent space in Unit #8, or offices could possibly be placed on the second floors of the housing wings. The preliminary floor plan shows the approximate area needed if provided on a single floor.

## Findings

Although this study considers one-half the number of beds as the previous report, the same support spaces have to be provided. A conversion of existing hospital space will require that a significantly larger area be given over to the new use. Essential functions for the remaining DMH beds in the unit will be displaced.

The logistical challenges of constructing a building-within-a-building could be avoided by undertaking new construction, saving approximately 4.8% of the construction cost. The new building could be built in five months less than the conversion. Housing, treatment, support and administrative functions could be accommodated in one structure without displacing other functions. Construction noise and dust could be kept away from





**Coalinga State Hospital – Level IV Intermediate Care Facility**

Comparative Feasibility Study

occupied parts of the hospital.  Unconstrained by the existing configuration, a more efficient and effective building could be put in place.

<u>**Conclusion**</u>

We conclude that a new, stand-alone, facility would meet the program requirements better, have less impact on the existing hospital, and could be built more quickly and at less cost than a conversion of the existing space.



# Section 3

## PROJECT COST SUMMARY-CONVERSION
### FY 06/07

| | | | |
|---|---|---|---|
| PROJECT: | Level IV Intermediate Care Facility - **CONVERSION** | BUDGET ESTIMATE: | 3270M8 |
| LOCATION: | Coalinga State Hospital | EST./ PROJ. CCCI: | 4618/4618 |
| CLIENT | California Department of Corrections & Rehabilitation | DATE ESTIMATED: | 10/2/2006 |
| DESIGN BY: | Kitchell CEM | DATE UPDATED: | 10/5/2006 |
| PROJECT MGR: | Jon Witherspoon | ABMS NO: | N/A |
| PLAN DATE: | N/A | PREPARED BY: | Kitchell CEM |
| | | DOF PROJ. I.D. NO.: | N/A |

### DESCRIPTION

Conversion of 22,474 square feet of an existing lower floor portion of a two-story, minimum security hopsital to accommodate intermediate non-acute mental health treatment for Level IV inmates, including housing, treatment, support and administrative services, with attendant exercise yards and six guardtowers.

### ESTIMATE SUMMARY

**DIRECT COST**

| | | |
|---|---|---|
| 1.) | Conversion of existing building to Level IV Intermediate Care Facility ( 22,474 GSF) including exterior functional use area of 1,370 sf. | $13,149,000 |
| 2.) | Sitework | $1,933,000 |
| 3.) | Site Security, including 6 each Guard Towers and fence modifications | $2,090,000 |

| | | |
|---|---|---|
| **ESTIMATED TOTAL CURRENT COSTS:** | | $17,172,000 |
| Adjust CCCI from 4618 to 4618 | $0 | |
| **ESTIMATED TOTAL CURRENT COSTS ON OCTOBER 2006:** | | $17,172,000 |
| Escalation to Start of Construction 29 Months @ 0.42%/Mo.: | $2,091,550 | |
| Escalation to Mid Point 13 Months @ 0.42%/Mo.: | $937,591 | |
| **ESTIMATED TOTAL CONTRACTS:** | | $20,201,141 |
| Contingency At: 7% | $1,414,080 | |
| **ESTIMATED TOTAL CONSTRUCTION COST** | | $21,615,221 |

**Conversion**

## SUMMARY OF COSTS BY PHASE - CONVERSION
### FY 06/07

| | |
|---|---|
| PROJECT: Level IV Intermediate Care Facility -CONVERSION | BUDGET ESTIMATE: 3270M8 |
| LOCATION: Coalinga State Hospital | DATE ESTIMATED: 10/2/2006 |
| CLIENT: California Department of Corrections & Rehabilitation | DATE UPDATED: 10/5/2006 |
| | PREPARED BY: Kitchell CEM |

| | | |
|---|---|---|
| CONSTRUCTION DURATION: | | 20 Months |
| ESTIMATED CONTRACT COST: | $20,201,141 | $20,201,141 |
| CONSTRUCTION CONTINGENCY: | $1,414,080 | $1,414,080 |
| TOTAL | $21,615,221 | $21,615,221 |

| CATEGORY | STUDY 00 | PRELIMINARY PLANS 01 | WORKING DRAWINGS 02 | CONSTRUCTION 03 | TOTAL |
|---|---|---|---|---|---|
| **ARCHITECTURAL AND ENGINEERING SERVICES** | | | | | |
| A&E Design | | $1,373,678 | $1,373,678 | $686,839 | $3,434,194 |
| Construction Inspection | | | | $1,434,096 | $1,434,096 |
| Construction Inspection Travel | | | | $358,524 | $358,524 |
| Coordination & Contract Management | | | | | $0 |
| Advertising, Printing and Mailing | | | $50,000 | | $50,000 |
| Construction Guarantee Inspection | | | | | $0 |
| SUBTOTAL A&E SERVICES | | $1,373,678 | $1,423,678 | $2,479,459 | $5,276,814 |
| | | | | | |
| **OTHER PROJECT COSTS** | | | | | |
| Special Consultants | | | | | $0 |
| Materials Testing | | | | | $0 |
| Project/Construction Management | | $323,218 | $323,218 | $161,609 | $808,046 |
| Contract Construction Management | | | $101,006 | $909,051 | $1,010,057 |
| Site Acquisition Cost & Fees | | | | | $0 |
| Agency Retained Items | | | | $1,985,000 | $1,985,000 |
| DVBE Assessment - A&E | | | | | $0 |
| DVBE Assessment - Const. | | | | | $0 |
| School Checking | | | | | $0 |
| Hospital Checking - Health Care Review | | $50,000 | $100,000 | $50,000 | $200,000 |
| Essential Services - Fire Marshal | | $25,000 | $25,000 | $50,000 | $100,000 |
| Handicapped Checking | | $0 | $0 | $0 | $0 |
| Other Costs - Due Diligence | | $40,000 | | | $40,000 |
| Environmental Document | | $250,000 | | | $250,000 |
| SUBTOTAL OTHER PROJECT COSTS | | $688,218 | $549,224 | $3,155,660 | $4,393,103 |
| | | | | | |
| TOTAL ESTIMATED PROJECT COST | | $2,061,896 | $1,972,902 | $27,250,340 | $31,285,137 |
| LESS FUNDS TRANSFERRED | | | | | |
| LESS FUNDS AVAILABLE NOT TRANSFERRED | | | | | |
| BALANCE OF FUNDS REQUIRED | | $2,061,896 | $1,972,902 | $27,250,340 | $31,285,137 |

**Conversion**


## FUNDING DATA & ESTIMATE NOTES - CONVERSION
### FY 06/07

PROJECT:  Level IV Intermediate Care Facility -CONVERSION    BUDGET ESTIMATE:        3270M8
LOCATION: Coalinga State Hospital                            DATE ESTIMATED:         10/2/2006
CLIENT:      California Department of Corrections & Rehabilitation    DATE UPDATED:          10/5/2006
                                                            PREPARED BY:            Kitchell CEM

---

### FUNDING DATE

| Charter / Item | Phase | Amount | Totals |
|---|---|---|---|
| **Fund Transfers** | | | |
| None | | $0 | |
| **Total Funds Transferred** | | | $0 |
| **Funds Available Not Transferred** | | | |
| None | | $0 | |
| **Total Funds Available not Transferred** | | | $0 |
| **Total Funds Transferred and Available** | | | $0 |

---

### ESTIMATE NOTES

1.  The construction costs in this estimate are indexed from the CCCI Index as of the date of estimate preparation. The project estimate is then escalated to the scheduled start of construction and then to an assumed construction midpoint in accordance with Budget Letter BL 05-21.

2. Estimated costs for the following Agency Retained Items that will be incurred during the construction phase of the project.  Agency Retained items have not been verified by CDC.

| | |
|---|---|
| Guarding Costs | $594,000 |
| Telecommunications | $360,000 |
| Group II Equipment | $1,031,000 |
| Total | $1,985,000 |

3. It is assumed an extensive Mitigated Negative Declaration will be required for this project.

4. The schedule assumes funding for PP in FY 06/07, W/D inFY07/08 and Construction in FY 08/09.

**Conversion**



**Coalinga State Hospital - Intermediate Care Facility**
**Comparative Feasibility Study**

## PROJECT COST SUMMARY-NEW
### FY 06/07

| | | | |
|---|---|---|---|
| PROJECT: | Level IV Intermediate Care Facility - **NEW** | BUDGET ESTIMATE: | 3270M8 |
| LOCATION: | Coalinga State Hospital | EST./ PROJ. CCCI: | 4618/4618 |
| CLIENT | California Department of Corrections & Rehabilitation | DATE ESTIMATED: | 10/2/2006 |
| DESIGN BY: | Kitchell CEM | DATE UPDATED: | 10/5/2006 |
| PROJECT MGR: | Jon Witherspoon | ABMS NO: | N/A |
| PLAN DATE: | N/A | PREPARED BY: | Kitchell CEM |
| | | DOF PROJ. I.D. NO.: | N/A |

### DESCRIPTION

A new single-story facility of 22,474 square feet for intermediate non-acute mental health treatment for Level IV inmates, including housing, treatment, support and administrative services, with attendant exercise yards and six guardtowers.

### ESTIMATE SUMMARY

**DIRECT COST**

| | | |
|---|---|---|
| 1.) | New stand alone Level IV Intermediate Care Facility (22,474 GSF) including exterior functional use area of 1,370 sf. | $12,169,000 |
| 2.) | Sitework | $2,335,000 |
| 3.) | Site Security, including 6 each Guard Towers and fence modifications | $2,090,000 |

| | | |
|---|---|---|
| **ESTIMATED TOTAL CURRENT COSTS:** | | $16,594,000 |
| Adjust CCCI from 4618 to 4618 | $0 | |
| **ESTIMATED TOTAL CURRENT COSTS ON OCTOBER 2006:** | | $16,594,000 |
| Escalation to Start of Construction 29 Months @ 0.42%/Mo.: | $2,021,149 | |
| Escalation to Mid Point 11 Months @ 0.42%/Mo.: | $766,643 | |
| **ESTIMATED TOTAL CONTRACTS:** | | $19,381,792 |
| Contingency At: 5% | $969,090 | |
| **ESTIMATED TOTAL CONSTRUCTION COST** | | $20,350,882 |

**New**

Coalinga State Hospital - Intermediate Care Facility
Comparative Feasibility Study

**SUMMARY OF COSTS BY PHASE-NEW**
**FY 06/07**

PROJECT:   Level IV Intermediate Care Facility - NEW     BUDGET ESTIMATE:        3270M8
LOCATION: Coalinga State Hospital                        DATE ESTIMATED:         10/2/2006
CLIENT:      California Department of Corrections & Rehabilitation    DATE UPDATED:    10/5/2006
                                                        PREPARED BY:            Kitchell CEM

| | | |
|---|---|---|
| CONSTRUCTION DURATION: | | 20 Months |
| ESTIMATED CONTRACT COST: | $19,381,792 | $19,381,792 |
| CONSTRUCTION CONTINGENCY: | $969,090 | $969,090 |
| TOTAL | $20,350,882 | $20,350,882 |

| CATEGORY | STUDY 00 | PRELIMINARY PLANS 01 | WORKING DRAWINGS 02 | CONSTRUCTION 03 | TOTAL |
|---|---|---|---|---|---|
| **ARCHITECTURAL AND ENGINEERING SERVICES** | | | | | |
| A&E Design | | $1,317,962 | $1,317,962 | $658,981 | $3,294,905 |
| Construction Inspection | | | | $1,434,096 | $1,434,096 |
| Construction Inspection Travel | | | | $358,524 | $358,524 |
| Coordination & Contract Management | | | | | $0 |
| Advertising, Printing and Mailing | | | $50,000 | | $50,000 |
| Construction Guarantee Inspection | | | | | $0 |
| SUBTOTAL A&E SERVICES | | $1,317,962 | $1,367,962 | $2,451,601 | $5,137,525 |
| | | | | | |
| **OTHER PROJECT COSTS** | | | | | |
| Special Consultants | | | | | $0 |
| Materials Testing | | | | | $0 |
| Project/Construction Management | | $310,109 | $310,109 | $155,054 | $775,272 |
| Contract Construction Management | | | $96,909 | $872,181 | $969,090 |
| Site Acquisition Cost & Fees | | | | | $0 |
| Agency Retained Items | | | | $1,985,000 | $1,985,000 |
| DVBE Assessment - A&E | | | | | $0 |
| DVBE Assessment - Const. | | | | | $0 |
| School Checking | | | | | $0 |
| Hospital Checking - Health Care Review | | $50,000 | $100,000 | $50,000 | $200,000 |
| Essential Services - Fire Marshal | | $25,000 | $25,000 | $50,000 | $100,000 |
| Handicapped Checking | | $0 | $0 | $0 | $0 |
| Other Costs - Due Diligence | | $40,000 | | | $40,000 |
| Environmental Document | | $250,000 | | | $250,000 |
| SUBTOTAL OTHER PROJECT COSTS | | $675,109 | $532,018 | $3,112,235 | $4,319,361 |
| | | | | | |
| TOTAL ESTIMATED PROJECT COST | | $1,993,071 | $1,899,979 | $25,914,718 | $29,807,768 |
| | | | | | |
| LESS FUNDS TRANSFERRED | | | | | |
| | | | | | |
| LESS FUNDS AVAILABLE NOT TRANSFERRED | | | | | |
| | | | | | |
| BALANCE OF FUNDS REQUIRED | | $1,993,071 | $1,899,979 | $25,914,718 | $29,807,768 |

**New**



## FUNDING DATA & ESTIMATE NOTES - NEW
### FY 06/07

| | |
|---|---|
| PROJECT:   Level IV Intermediate Care Facility - NEW | BUDGET ESTIMATE:       3270M8 |
| LOCATION: Coalinga State Hospital | DATE ESTIMATED:         10/2/2006 |
| CLIENT:      California Department of Corrections & Rehabilitation | DATE UPDATED:           10/5/2006 |
| | PREPARED BY:           Kitchell CEM |

---

## FUNDING DATE

| Charter / Item | Phase | Amount | Totals |
|---|---|---|---|
| **Fund Transfers** | | | |
| None | | $0 | |
| **Total Funds Transferred** | | | $0 |
| **Funds Available Not Transferred** | | | |
| None | | $0 | |
| **Total Funds Available not Transferred** | | | $0 |
| **Total Funds Transferred and Available** | | | $0 |

---

## ESTIMATE NOTES

1.  The construction costs in this estimate are indexed from the CCCI Index as of the date of estimate preparation. The project estimate is then escalated to the scheduled start of construction and then to an assumed construction midpoint in accordance with Budget Letter BL 05-21.

2. Estimated costs for the following Agency Retained Items that will be incurred during the construction phase of the project.  Agency Retained items have not been verified by CDC.

| | |
|---|---|
| Guarding Costs | $594,000 |
| Telecommunications | $360,000 |
| Group II Equipment | $1,031,000 |
| Total | $1,985,000 |

3. It is assumed an extensive Mitigated Negative Declaration will be required for this project.

4. The schedule assumes funding for  PP in FY 06/07, W/D inFY07/08 and Construction in FY 08/09.

**New**

# Section 4

## 4. COMPARATIVE SCHEDULE

The attached schedules illustrate project delivery durations for both the stand alone and the conversion approaches using the typical project delivery approach for California Department of Corrections and Rehabilitation projects.

The major difference in the two approaches is the length of construction. Under the conversion approach, it is estimated that the project will require an additional 60 days for demolition and another additional 90 days for construction, due to the need to reroute and tie in utilities and building services.  This results in a net five months additional construction duration.



Kitchell CEM
Project No. 3270M8

# 30 BED INTENSIVE CARE FACILITY
## COALINGA STATE HOSPITAL -Convert Existing Space

California Department of Corrections & Rehabilitation

| ID | Task Name | Dur | Start | Finish | Predecessors |
|----|-----------|-----|-------|--------|--------------|
| 1 | | | | | |
| 2 | ARCHITECT/ENGINEER CONTRACTING | 222 d | Mon 1/8/07 | Fri 8/17/07 | |
| 3 | Advertise for RFQ for A/E Services | 36 d | Mon 1/8/07 | Mon 2/12/07 | |
| 4 | Review A/E RFQ's Proposals | 14 d | Tue 2/13/07 | Mon 2/26/07 | 3 |
| 5 | Notify-Interview-Select A/E | 56 d | Tue 2/27/07 | Mon 4/23/07 | 4 |
| 6 | Prep. A/E Scope of Services | 21 d | Tue 4/24/07 | Mon 5/14/07 | 5 |
| 7 | Scoping Meeting | 1 d | Tue 5/15/07 | Tue 5/15/07 | 6 |
| 8 | A/E Prepares Fee Proposal | 21 d | Wed 5/16/07 | Tue 6/5/07 | 7 |
| 9 | Prepare States Estimate | 21 d | Wed 5/16/07 | Tue 6/5/07 | 7 |
| 10 | Reconcile States Est. & A/E Fee Proposal | 7 d | Wed 6/6/07 | Tue 6/12/07 | 8,9 |
| 11 | Negotiate A/E Fee | 7 d | Wed 6/13/07 | Tue 6/19/07 | 10 |
| 12 | Prepare/Process A/E Contract | 14 d | Wed 6/20/07 | Tue 7/3/07 | 11 |
| 13 | Project Funding - P | 1 d | Sun 7/1/07 | Sun 7/1/07 | |
| 14 | Execute A/E Contract | 45 d | Wed 7/4/07 | Fri 8/17/07 | 12 |
| 15 | Notice to Proceed | 1 d | Mon 7/2/07 | Mon 7/2/07 | 13 |
| 16 | | | | | |
| 17 | PRE-DESIGN PHASE | 231 d | Thu 7/5/07 | Wed 2/20/08 | |
| 18 | Kickoff Meeting | 5 d | Thu 7/5/07 | Mon 7/9/07 | 15 |
| 19 | Architectural Programming | 14 d | Tue 7/10/07 | Mon 7/23/07 | 18 |
| 20 | Arch. Program Kickoff Meeting | 1 d | Tue 7/24/07 | Tue 7/24/07 | 19 |
| 21 | Site Visit - Architectural/Civil/Site Electrical | 1 d | Tue 7/10/07 | Tue 7/10/07 | 18 |
| 22 | Architectural Programming | 28 d | Wed 7/25/07 | Tue 8/21/07 | 20 |
| 23 | Architectural Programming Site Visit | 2 d | Wed 8/22/07 | Thu 8/23/07 | 22 |
| 24 | Architectural Programming Group Meeting | 1 d | Fri 8/24/07 | Fri 8/24/07 | 23 |
| 25 | Architectural Programming Group Meeting | 1 d | Mon 8/27/07 | Mon 8/27/07 | 24 |
| 26 | Staffing Package Completed | 42 d | Tue 7/10/07 | Mon 8/20/07 | 18 |
| 27 | Staffing Package Review & Approval | 56 d | Tue 8/21/07 | Mon 10/15/07 | 26 |
| 28 | Architectural Programming Group Meeting | 1 d | Tue 8/28/07 | Tue 8/28/07 | 25 |
| 29 | Draft Architectural Program | 21 d | Wed 8/29/07 | Tue 9/18/07 | 28 |
| 30 | Review Draft Architectural Program | 14 d | Wed 9/19/07 | Tue 10/2/07 | 29 |
| 31 | Review Comment Meeting | 1 d | Wed 10/3/07 | Wed 10/3/07 | 30 |
| 32 | Submit Draft Final Arch. Program | 28 d | Thu 10/4/07 | Wed 10/31/07 | 31 |
| 33 | Review Draft Final Architectural Program | 7 d | Thu 11/1/07 | Wed 11/7/07 | 32 |
| 34 | Submit Final Architectural Program | 77 d | Thu 11/8/07 | Wed 1/23/08 | 33,27 |
| 35 | Final Architectural Program Approval | 28 d | Thu 1/24/08 | Wed 2/20/08 | 34 |
| 36 | Site Survey & Topographic Mapping | 77 d | Tue 7/10/07 | Mon 9/24/07 | 18 |
| 37 | Geotechnical Investigation | 63 d | Tue 7/10/07 | Mon 9/10/07 | 18 |
| 38 | Legal Desc./Bound. Map/Easement/PTR | 56 d | Tue 7/10/07 | Mon 9/3/07 | 18 |
| 39 | | | | | |
| 40 | CEQA | 150 d | Tue 7/3/07 | Thu 11/29/07 | |
| 41 | Notice to Proceed | 1 d | Tue 7/3/07 | Tue 7/3/07 | 15 |
| 42 | EDAW Submits Administrative Draft IS/MND | 54 d | Wed 7/4/07 | Sun 8/26/07 | 41 |
| 43 | CDCR Submits Review Comments on IS/MND | 22 d | Mon 8/27/07 | Mon 9/17/07 | 42 |
| 44 | Mail Out IS/MND for Public/Agency Review | 1 d | Tue 9/18/07 | Tue 9/18/07 | 43 |
| 45 | 30-Day Public/Agency Review | 30 d | Wed 9/19/07 | Thu 10/18/07 | 44 |
| 46 | CDCR Considers Public Comments | 11 d | Fri 10/19/07 | Mon 10/29/07 | 45 |
| 47 | CDCR Prepares Draft & Final Mitigation Monitoring Program | 11 d | Fri 10/19/07 | Mon 10/29/07 | 45 |
| 48 | CDCR Files NOD at SCH & Provides DFG Fees | 1 d | Tue 10/30/07 | Tue 10/30/07 | 47 |
| 49 | End of 30-Day Litigation Period 35 day Litigation Period | 30 d | Wed 10/31/07 | Thu 11/29/07 | 48 |
| 50 | Target Date for CEQA Compliance | 1 d | Wed 10/31/07 | Wed 10/31/07 | 48 |
| 51 | | | | | |
| 52 | PRELIMINARY PLAN PHASE | 255 d | Wed 10/3/07 | Fri 6/13/08 | |
| 53 | Schematic Design | 35 d | Wed 10/3/07 | Tue 11/6/07 | 30 |
| 54 | 1st SD Charette | 1 d | Wed 11/7/07 | Wed 11/7/07 | 53 |
| 55 | Revise Schematic Design | 14 d | Thu 11/8/07 | Wed 11/21/07 | 54 |
| 56 | 2nd SD Charette | 1 d | Thu 11/22/07 | Thu 11/22/07 | 55 |
| 57 | Finalize 100% SD Documents | 35 d | Fri 11/23/07 | Thu 12/27/07 | 56 |
| 58 | Facility Master Plan | 28 d | Fri 11/30/07 | Thu 12/27/07 | 57FF |
| 59 | Review 100 % SD Documents/Reconcile Cost Estimate | 13 d | Fri 12/28/07 | Wed 1/9/08 | 57 |
| 60 | Prepare Draft 100% SD DRC Report | 7 d | Thu 1/10/08 | Wed 1/16/08 | 59 |
| 61 | 100% SD Review Comment Meeting | 7 d | Thu 1/17/08 | Wed 1/23/08 | 60 |
| 62 | Final 100% SD DRC Report | 7 d | Thu 1/24/08 | Wed 1/30/08 | 61 |
| 63 | 100% SD VE | 1 d | Thu 1/10/08 | Thu 1/10/08 | 59 |
| 64 | Draft 100% SD VE Report | 18 d | Fri 1/11/08 | Mon 1/28/08 | 63 |
| 65 | Final 100% SD VE Report | 28 d | Tue 1/29/08 | Mon 2/25/08 | 64 |
| 66 | Design Development | 51 d | Tue 1/29/08 | Wed 3/19/08 | 64 |
| 67 | Review 100% DD Documents/Reconcile Cost Estimate | 14 d | Thu 3/20/08 | Wed 4/2/08 | 66 |
| 68 | Prepare Draft 100% DD DRC Report | 7 d | Thu 4/3/08 | Wed 4/9/08 | 67 |
| 69 | 100% DD Review Comment Meeting | 7 d | Thu 4/10/08 | Wed 4/16/08 | 66,68 |
| 70 | Final 100 % DD DRC Report | 8 d | Thu 4/17/08 | Thu 4/24/08 | 69 |

File: CSH - 30 Bed conversion ICF.mpp
Date: Fri 9/22/06

Task ▭    Milestone ◆    Summary ▬

Kitchell CEM
Project No. 3270M8

**30 BED INTENSIVE CARE FACILITY**
**COALINGA STATE HOSPITAL -Convert Existing Space**

California Department of Corrections & Rehabilitation

| ID | Task Name | Dur | Start | Finish | Predecessors |
|----|-----------|-----|-------|--------|--------------|
| 71 | 100% DD VE | 1 d | Thu 4/3/08 | Thu 4/3/08 | 67 |
| 72 | Draft 100% DD VE Report | 14 d | Fri 4/4/08 | Thu 4/17/08 | 71 |
| 73 | Final 100% DD VE Report | 28 d | Fri 4/18/08 | Thu 5/15/08 | 72 |
| 74 | Prepare Draft PPG | 14 d | Fri 11/30/07 | Thu 12/13/07 | 49 |
| 75 | Review Draft PPG | 20 d | Fri 12/14/07 | Wed 1/2/08 | 74 |
| 76 | Approval PPG | 14 d | Thu 1/3/08 | Wed 1/16/08 | 75 |
| 77 | Prepare PWB Submital | 21 d | Thu 2/28/08 | Wed 3/19/08 | 66FF |
| 78 | Finalize/Approve PWB Submittal | 27 d | Thu 4/3/08 | Tue 4/29/08 | 76FF,67 |
| 79 | PWB Review/Approval | 45 d | Wed 4/30/08 | Fri 6/13/08 | 78,58,66,38,35 |
| 80 | | | | | |
| 81 | **WORKING DRAWINGS (WD) PHASE** | 184 d | Tue 7/1/08 | Wed 12/31/08 | |
| 82 | Funding FY 08/09 Working Drawings | 1 d | Tue 7/1/08 | Tue 7/1/08 | 79 |
| 83 | Intermediate CD's (50%) | 50 d | Wed 7/2/08 | Wed 8/20/08 | 82 |
| 84 | Review ICD's/Reconcile Cost Estimate | 14 d | Thu 8/21/08 | Wed 9/3/08 | 83 |
| 85 | ICD Review Comment Meeting | 7 d | Thu 9/4/08 | Wed 9/10/08 | 84 |
| 86 | 100% CD's | 56 d | Thu 8/21/08 | Wed 10/15/08 | 84SS,85FF |
| 87 | Review 100% CD's/Reconcile Cost Estimate | 14 d | Thu 10/16/08 | Wed 10/29/08 | 86 |
| 88 | 100% CD Review Comment Meeting | 7 d | Thu 10/30/08 | Wed 11/5/08 | 87 |
| 89 | Incorporate Review Comments | 14 d | Thu 11/6/08 | Wed 11/19/08 | 88 |
| 90 | Backcheck 100% CD Review Comments | 7 d | Thu 11/20/08 | Wed 11/26/08 | 89 |
| 91 | Submit Final Bid Documents | 1 d | Thu 11/27/08 | Thu 11/27/08 | 90 |
| 92 | CSFM/Peer Review Sign Off | 7 d | Fri 11/28/08 | Thu 12/4/08 | 91 |
| 93 | Prepare & Submit LD to CDCR for Review | 7 d | Thu 11/6/08 | Wed 11/12/08 | 88 |
| 94 | Prepare & Submit PTB to CDCR for Review | 7 d | Thu 11/13/08 | Wed 11/19/08 | 93 |
| 95 | CDCR Approval/Sign Off of PTB | 7 d | Thu 11/20/08 | Wed 11/26/08 | 94 |
| 96 | Submit PTB to DOF for Review | 21 d | Thu 11/27/08 | Wed 12/17/08 | 95 |
| 97 | Finalize/Approval/Proceed To Bid (DOF) | 7 d | Thu 12/18/08 | Wed 12/24/08 | 96 |
| 98 | Submit Documents to Contract Services | 7 d | Thu 12/25/08 | Wed 12/31/08 | 97,92 |
| 99 | | | | | |
| 100 | **BID PHASE** | 64 d | Thu 1/1/09 | Thu 3/5/09 | |
| 101 | Advertise for Bid | 42 d | Thu 1/1/09 | Wed 2/11/09 | 98 |
| 102 | Pre-Bid Conference | 1 d | Thu 1/1/09 | Thu 1/1/09 | 101SS |
| 103 | Bid Opening | 1 d | Thu 2/12/09 | Thu 2/12/09 | 101,102 |
| 104 | Award | 20 d | Fri 2/13/09 | Wed 3/4/09 | 103 |
| 105 | Notice To Proceed | 1 d | Thu 3/5/09 | Thu 3/5/09 | 104 |
| 106 | | | | | |
| 107 | **CONSTRUCTION PHASE** | 813 d | Fri 3/6/09 | Fri 5/27/11 | |
| 108 | Demolition | 60 d | Fri 3/6/09 | Mon 5/4/09 | 105 |
| 109 | Construction | 690 d | Tue 5/5/09 | Fri 3/25/11 | 108 |
| 110 | Float | 30 d | Sat 3/26/11 | Sun 4/24/11 | 109 |
| 111 | Shakedown | 32 d | Mon 4/25/11 | Thu 5/26/11 | 110 |
| 112 | Occupancy | 1 d | Fri 5/27/11 | Fri 5/27/11 | 111 |

File: CSH - 30 Bed conversion ICF.mpp
Date: Fri 9/22/06

Task [  ]    Milestone ◆    Summary ▬

C:\Documents and Settings\lkimbrell\Local Settings\Temporary Internet Files\OLK91\CSH - 30 Bed conversion ICF.mpp

Kitchell CEM
Project No. 3270M8

**30 BED INTENSIVE CARE FACILITY**
**COALINGA STATE HOSPITAL -Build New**

California Department of Corrections & Rehabilitation

| ID | Task Name | Dur | Start | Finish | Predecessors |
|----|-----------|-----|-------|--------|--------------|
| 1 | | | | | |
| 2 | **ARCHITECT/ENGINEER CONTRACTING** | 222 d | Mon 1/8/07 | Fri 8/17/07 | |
| 3 | Advertise for RFQ for A/E Services | 36 d | Mon 1/8/07 | Mon 2/12/07 | |
| 4 | Review A/E RFQ's Proposals | 14 d | Tue 2/13/07 | Mon 2/26/07 | 3 |
| 5 | Notify-Interview-Select A/E | 56 d | Tue 2/27/07 | Mon 4/23/07 | 4 |
| 6 | Prep. A/E Scope of Services | 21 d | Tue 4/24/07 | Mon 5/14/07 | 5 |
| 7 | Scoping Meeting | 1 d | Tue 5/15/07 | Tue 5/15/07 | 6 |
| 8 | A/E Prepares Fee Proposal | 21 d | Wed 5/16/07 | Tue 6/5/07 | 7 |
| 9 | Prepare States Estimate | 21 d | Wed 5/16/07 | Tue 6/5/07 | 7 |
| 10 | Reconcile States Est. & A/E Fee Proposal | 7 d | Wed 6/6/07 | Tue 6/12/07 | 8,9 |
| 11 | Negotiate A/E Fee | 7 d | Wed 6/13/07 | Tue 6/19/07 | 10 |
| 12 | Prepare/Process A/E Contract | 14 d | Wed 6/20/07 | Tue 7/3/07 | 11 |
| 13 | Project Funding - P | 1 d | Sun 7/1/07 | Sun 7/1/07 | |
| 14 | Execute A/E Contract | 45 d | Wed 7/4/07 | Fri 8/17/07 | 12 |
| 15 | Notice to Proceed | 1 d | Mon 7/2/07 | Mon 7/2/07 | 13 |
| 16 | | | | | |
| 17 | **PRE-DESIGN PHASE** | 231 d | Thu 7/5/07 | Wed 2/20/08 | |
| 18 | Kickoff Meeting | 5 d | Thu 7/5/07 | Mon 7/9/07 | 15 |
| 19 | Architectural Programming | 14 d | Tue 7/10/07 | Mon 7/23/07 | 18 |
| 20 | Arch. Program Kickoff Meeting | 1 d | Tue 7/24/07 | Tue 7/24/07 | 19 |
| 21 | Site Visit - Architectural/Civil/Site Electrical | 1 d | Tue 7/10/07 | Tue 7/10/07 | 18 |
| 22 | Architectural Programming | 28 d | Wed 7/25/07 | Tue 8/21/07 | 20 |
| 23 | Architectural Programming Site Visit | 2 d | Wed 8/22/07 | Thu 8/23/07 | 22 |
| 24 | Architectural Programming Group Meeting | 1 d | Fri 8/24/07 | Fri 8/24/07 | 23 |
| 25 | Architectural Programming Group Meeting | 1 d | Mon 8/27/07 | Mon 8/27/07 | 24 |
| 26 | Staffing Package Completed | 42 d | Tue 7/10/07 | Mon 8/20/07 | 18 |
| 27 | Staffing Package Review & Approval | 56 d | Tue 8/21/07 | Mon 10/15/07 | 26 |
| 28 | Architectural Programming Group Meeting | 1 d | Tue 8/28/07 | Tue 8/28/07 | 25 |
| 29 | Draft Architectural Program | 21 d | Wed 8/29/07 | Tue 9/18/07 | 28 |
| 30 | Review Draft Architectural Program | 14 d | Wed 9/19/07 | Tue 10/2/07 | 29 |
| 31 | Review Comment Meeting | 1 d | Wed 10/3/07 | Wed 10/3/07 | 30 |
| 32 | Submit Draft Final Arch. Program | 28 d | Thu 10/4/07 | Wed 10/31/07 | 31 |
| 33 | Review Draft Final Architectural Program | 7 d | Thu 11/1/07 | Wed 11/7/07 | 32 |
| 34 | Submit Final Architectural Program | 77 d | Thu 11/8/07 | Tue 1/23/08 | 33,27 |
| 35 | Final Architectural Program Approval | 28 d | Tue 1/24/08 | Wed 2/20/08 | 34 |
| 36 | Site Survey & Topographic Mapping | 77 d | Tue 7/10/07 | Mon 9/24/07 | 18 |
| 37 | Geotechnical Investigation | 63 d | Tue 7/10/07 | Mon 9/10/07 | 18 |
| 38 | Legal Desc./Bound. Map/Easement/PTR | 56 d | Tue 7/10/07 | Mon 9/3/07 | 18 |
| 39 | | | | | |
| 40 | **CEQA** | 150 d | Tue 7/3/07 | Thu 11/29/07 | |
| 41 | Notice to Proceed | 1 d | Tue 7/3/07 | Tue 7/3/07 | 15 |
| 42 | EDAW Submits Administrative Draft IS/MND | 54 d | Wed 7/4/07 | Sun 8/26/07 | 41 |
| 43 | CDCR Submits Review Comments on IS/MND | 22 d | Mon 8/27/07 | Mon 9/17/07 | 42 |
| 44 | Mail Out IS/MND for Public/Agency Review | 1 d | Tue 9/18/07 | Tue 9/18/07 | 43 |
| 45 | 30-Day Public/Agency  Review | 30 d | Wed 9/19/07 | Thu 10/18/07 | 44 |
| 46 | CDCR Considers Public Comments | 11 d | Fri 10/19/07 | Mon 10/29/07 | 45 |
| 47 | CDCR Prepares Draft & Final Mitigation Monitoring Program | 11 d | Fri 10/19/07 | Mon 10/29/07 | 45 |
| 48 | CDCR Files NOD at SCH & Provides DFG Fees | 1 d | Tue 10/30/07 | Tue 10/30/07 | 47 |
| 49 | End of 30-Day Litigation Period 35 day Litigation Period | 30 d | Wed 10/31/07 | Thu 11/29/07 | 48 |
| 50 | Target Date for CEQA Compliance | 1 d | Wed 10/31/07 | Wed 10/31/07 | 48 |
| 51 | | | | | |
| 52 | **PRELIMINARY PLAN PHASE** | 255 d | Wed 10/3/07 | Fri 6/13/08 | |
| 53 | Schematic Design | 35 d | Wed 10/3/07 | Tue 11/6/07 | 30 |
| 54 | 1st SD Charette | 1 d | Wed 11/7/07 | Wed 11/7/07 | 53 |
| 55 | Revise Schematic Design | 14 d | Thu 11/8/07 | Wed 11/21/07 | 54 |
| 56 | 2nd SD Charette | 1 d | Thu 11/22/07 | Thu 11/22/07 | 55 |
| 57 | Finalize 100% SD Documents | 35 d | Fri 11/23/07 | Thu 12/27/07 | 56 |
| 58 | Facility Master Plan | 28 d | Fri 11/30/07 | Thu 12/27/07 | 57FF |
| 59 | Review 100 % SD Documents/Reconcile Cost Estimate | 13 d | Fri 12/28/07 | Wed 1/9/08 | 57 |
| 60 | Prepare Draft 100% SD DRC Report | 7 d | Thu 1/10/08 | Wed 1/16/08 | 59 |
| 61 | 100% SD Review Comment Meeting | 7 d | Thu 1/10/08 | Wed 1/23/08 | 60 |
| 62 | Final 100% SD DRC Report | 7 d | Thu 1/24/08 | Wed 1/30/08 | 61 |
| 63 | 100% SD VE | 1 d | Thu 1/10/08 | Thu 1/10/08 | 59 |
| 64 | Draft 100% SD VE Report | 18 d | Fri 1/11/08 | Mon 1/28/08 | 63 |
| 65 | Final 100% SD VE Report | 28 d | Tue 1/29/08 | Mon 2/25/08 | 64 |
| 66 | Design Development | 51 d | Tue 1/29/08 | Wed 3/19/08 | 64 |
| 67 | Review 100% DD Documents/Reconcile Cost Estimate | 14 d | Thu 3/20/08 | Wed 4/2/08 | 66 |
| 68 | Prepare Draft 100% DD DRC Report | 7 d | Thu 4/3/08 | Wed 4/9/08 | 67 |
| 69 | 100% DD Review Comment Meeting | 7 d | Thu 4/10/08 | Wed 4/16/08 | 66,68 |
| 70 | Final 100 % DD DRC Report | 8 d | Thu 4/17/08 | Thu 4/24/08 | 69 |

Project Funding - P
Notice to Proceed
Kickoff Meeting
Notice to Proceed
Target Date for CEQA Compliance...

File: CSH - 30 Bed new ICF (2).mpp
Date: Fri 9/22/06

Task [ ]   Milestone ◆   Summary ▬▬▬

Kitchell CEM
Project No. 3270M8

# 30 BED INTENSIVE CARE FACILITY
## COALINGA STATE HOSPITAL -Build New

California Department of Corrections & Rehabilitation

| ID | Task Name | Dur | Start | Finish | Predecessors |
|----|-----------|-----|-------|--------|--------------|
| 71 | 100% DD VE | 1 d | Thu 4/3/08 | Thu 4/3/08 | 67 |
| 72 | Draft 100% DD VE Report | 14 d | Fri 4/4/08 | Thu 4/17/08 | 71 |
| 73 | Final 100% DD VE Report | 28 d | Fri 4/18/08 | Thu 5/15/08 | 72 |
| 74 | Prepare Draft PPG | 14 d | Fri 11/30/07 | Thu 12/13/07 | 49 |
| 75 | Review Draft PPG | 20 d | Fri 12/14/07 | Wed 1/2/08 | 74 |
| 76 | Approval PPG | 14 d | Thu 1/3/08 | Wed 1/16/08 | 75 |
| 77 | Prepare PWB Submittal | 21 d | Thu 2/28/08 | Wed 3/19/08 | 66FF |
| 78 | Finalize/Approve PWB Submittal | 27 d | Thu 4/3/08 | Tue 4/29/08 | 76FF,67 |
| 79 | PWB Review/Approval | 45 d | Wed 4/30/08 | Fri 6/13/08 | 78,58,66,38,35 |
| 80 | | | | | |
| 81 | **WORKING DRAWINGS (WD) PHASE** | 184 d | Tue 7/1/08 | Wed 12/31/08 | |
| 82 | Funding FY 08/09 Working Drawings | 1 d | Tue 7/1/08 | Tue 7/1/08 | 79 |
| 83 | Intermediate CD's (50%) | 50 d | Wed 7/2/08 | Wed 8/20/08 | 82 |
| 84 | Review ICD's/Reconcile Cost Estimate | 14 d | Thu 8/21/08 | Wed 9/3/08 | 83 |
| 85 | ICD Review Comment Meeting | 7 d | Thu 9/4/08 | Wed 9/10/08 | 84 |
| 86 | 100% CD's | 56 d | Thu 8/21/08 | Wed 10/15/08 | 84SS,85FF |
| 87 | Review 100% CD's/Reconcile Cost Estimate | 14 d | Thu 10/16/08 | Wed 10/29/08 | 86 |
| 88 | 100% CD Review Comment Meeting | 7 d | Thu 10/30/08 | Wed 11/5/08 | 87 |
| 89 | Incorporate Review Comments | 14 d | Thu 11/6/08 | Wed 11/19/08 | 88 |
| 90 | Backcheck 100% CD Review Comments | 7 d | Thu 11/20/08 | Wed 11/26/08 | 89 |
| 91 | Submit Final Bid Documents | 1 d | Thu 11/27/08 | Thu 11/27/08 | 90 |
| 92 | CSFM/Peer Review Sign Off | 7 d | Fri 11/28/08 | Thu 12/4/08 | 91 |
| 93 | Prepare & Submit LD to CDCR for Review | 7 d | Thu 11/6/08 | Wed 11/12/08 | 88 |
| 94 | Prepare & Submit PTB to CDCR for Review | 7 d | Thu 11/13/08 | Wed 11/19/08 | 93 |
| 95 | CDCR Approval/Sign Off of PTB | 7 d | Thu 11/20/08 | Wed 11/26/08 | 94 |
| 96 | Submit PTB to DOF for Review | 21 d | Thu 11/27/08 | Wed 12/17/08 | 95 |
| 97 | Finalize/Approval/Proceed To Bid (DOF) | 7 d | Thu 12/18/08 | Wed 12/24/08 | 96 |
| 98 | Submit Documents to Contract Services | 7 d | Thu 12/25/08 | Wed 12/31/08 | 97,92 |
| 99 | | | | | |
| 100 | **BID PHASE** | 64 d | Thu 1/1/09 | Thu 3/5/09 | |
| 101 | Advertise for Bid | 42 d | Thu 1/1/09 | Wed 2/11/09 | 98 |
| 102 | Pre-Bid Conference | 1 d | Thu 1/1/09 | Thu 1/1/09 | 101SS |
| 103 | Bid Opening | 1 d | Thu 2/12/09 | Thu 2/12/09 | 101,102 |
| 104 | Award | 20 d | Fri 2/13/09 | Wed 3/4/09 | 103 |
| 105 | Notice To Proceed | 1 d | Thu 3/5/09 | Thu 3/5/09 | 104 |
| 106 | | | | | |
| 107 | **CONSTRUCTION PHASE** | 663 d | Fri 3/6/09 | Tue 12/28/10 | |
| 108 | Construction | 600 d | Fri 3/6/09 | Tue 10/26/10 | 105 |
| 109 | Float | 30 d | Wed 10/27/10 | Thu 11/25/10 | 108 |
| 110 | Shakedown | 32 d | Fri 11/26/10 | Mon 12/27/10 | 109 |
| 111 | Occupancy | 1 d | Tue 12/28/10 | Tue 12/28/10 | 110 |

Milestones in chart: PWB Review/Approval; Funding FY 08/09 Working Drawings; Bid Opening; Award; Notice To Proceed; Occupancy

File: CSH - 30 Bed new ICF (2).mpp
Date: Fri 9/22/06

Task | Milestone ◆ | Summary ▬

# Section 5



**Coalinga State Hospital - Intermediate Care Facility**
**Comparative Feasibility Study**

## Level IV Intermediate Care Facility, COALINGA, CA

**Program and Analysis**                    DRAFT 9/29/2006

| ROOM NAME/FUNCTION | SF | Qty. | Subt | Tot.Net | Gross | Gross Subt | Grand Tot |
|---|---|---|---|---|---|---|---|
| **HOUSING** | | | | | | | |
| Single Wet Cell | 135 | 25 | 3,375 | | | | |
| HC Cell | 155 | 2 | 310 | | | | |
| Pat.Shower | 45 | 4 | 180 | | | | |
| Handwash | 10 | 2 | 20 | | | | |
| Interview Room | 100 | 2 | 200 | | | | |
| Housing Total | | | | 4,085 | | | |
| Housing Total w/65% Load Factor | | | | | 6,740 | | |
| | | | | | | | |
| **TREATMENT UNIT - CORE** | | | | | | | |
| Control Station | 100 | 1 | 100 | | | | |
| Nurse | 600 | 1 | 600 | | | | |
| Medication Room | 150 | 1 | 150 | | | | |
| Mental Health Obs. Room | 135 | 1 | 135 | | | | |
| Mental Health Obs. Room HC | 155 | 1 | 155 | | | | |
| Safety (Padded) Room | 50 | 2 | 100 | | | | |
| Supervising Nurse | 100 | 1 | 100 | | | | |
| Supervising MTA | 100 | 1 | 100 | | | | |
| Group Room | 300 | 3 | 900 | | | | |
| Medical Exam/Treatment | 150 | 1 | 150 | | | | |
| Tub Room | 100 | 1 | 100 | | | | |
| Patient Phone Alcove | 15 | 1 | 15 | | | | |
| Storage Alcove (stretcher/chair) | 15 | 1 | 15 | | | | |
| Clean Linen/Utility | 100 | 1 | 100 | | | | |
| Soiled Linen/Utility | 100 | 1 | 100 | | | | |
| Staff Toilet | 50 | 1 | 50 | | | | |
| Patient Toilet | 50 | 1 | 50 | | | | |
| Janitor's Closet | 35 | 1 | 35 | | | | |
| Staff Breakroom | 100 | 1 | 100 | | | | |
| Staff Lockers | 80 | 1 | 80 | | | | |
| Drinking Fountain | 10 | 1 | 10 | | | | |
| Treatment Core Total | | | | 3,145 | | | |
| Treatment Core w/65% Load Factor | | | | | 5,189 | | |
| | | | | | | | |
| **CORE SUPPORT SPACES** | | | | | | | |
| Food Storage/Warming | 250 | 1 | 250 | | | | |
| Security Gear Storage | 80 | 1 | 80 | | | | |
| General Storage | 600 | 1 | 600 | | | | |
| Supply Storage | 65 | 1 | 65 | | | | |
| Harzardous Waste Storage | 60 | 1 | 60 | | | | |
| Trash Storage | 125 | 1 | 125 | | | | |
| Janitor/Housekeeping Supply | 90 | 1 | 90 | | | | |
| Clean Linen Rec/Holding | 135 | 1 | 135 | | | | |
| Soiled Linen Holding | 100 | 1 | 100 | | | | |
| Telecommunications | 20 | 1 | 20 | | | | |
| Core Support Total | | | | 1,525 | | | |
| Core Support w/Load Factor 40% | | | | | 2,135 | | |



**Coalinga State Hospital - Intermediate Care Facility**
**Comparative Feasibility Study**

## Level IV Intermediate Care Facility, COALINGA, CA
**Program and Analysis**          DRAFT 9/29/2006

| ROOM NAME/FUNCTION | SF | Qty. | Subt | Tot.Net | Gross | Gross Subt | Grand Tot |
|---|---|---|---|---|---|---|---|
| **CDCR STAFF** | | | | | | | |
| Correctional Officer | 100 | 1 | 100 | | | | |
| | | | | | | | |
| **TREATMENT STAFF** | | | | | | | |
| Senior Psychologist | 125 | 1 | 125 | | | | |
| Staff Psychiatrist | 110 | 1 | 110 | | | | |
| Clinical Psychologist | 110 | 1 | 110 | | | | |
| Psych. Social Worker | 80 | 1 | 80 | | | | |
| Rehab. Therapist | 80 | 1 | 80 | | | | |
| | | | | | | | |
| **PROGRAM ADMINISTRATION** | | | | | | | |
| Executive Director | 150 | 1 | 150 | | | | |
| Program Director | 125 | 1 | 125 | | | | |
| Hospital Admin. Resident II | 125 | 1 | 125 | | | | |
| Nursing Coordinator | 125 | 1 | 125 | | | | |
| Executive Secretary | 100 | 1 | 100 | | | | |
| Office Technician | 70 | 1 | 70 | | | | |
| Waiting | 15 | 1 | 15 | | | | |
| | | | | | | | |
| **DMH OFFICES** | | | | | | | |
| Records Technician | 100 | 1 | 100 | | | | |
| Medical Transcriber | 64 | 1 | 64 | | | | |
| Office Technician | 70 | 1 | 70 | | | | |
| Medical Records Storage | 160 | 1 | 160 | | | | |
| Associate Personnel Analyst | 120 | 1 | 120 | | | | |
| Personnel Services Specialist | 80 | 1 | 80 | | | | |
| Office Technician | 70 | 1 | 70 | | | | |
| Personnel Storage | 120 | 1 | 120 | | | | |
| Accounting Technician | 80 | 1 | 80 | | | | |
| Information Systems AISA | 130 | 1 | 130 | | | | |
| Computer Network | 80 | 1 | 80 | | | | |
| Dietitian | 80 | 1 | 80 | | | | |
| Housekeeping Supervisor | 80 | 1 | 80 | | | | |
| | | | | | | | |
| **STAFF SUPPORT** | | | | | | | |
| Conference/Training Room | 235 | 1 | 235 | | | | |
| Copier/Storage | 85 | 1 | 85 | | | | |
| Training Officer | 100 | 1 | 100 | | | | |
| Training Room | 900 | 1 | 900 | | | | |
| Men's Staff Toilet | 155 | 1 | 155 | | | | |
| Women's Staff Toilet | 155 | 1 | 155 | | | | |
| Janitor Closet | 25 | 1 | 25 | | | | |
| Drinking Fountain | 10 | 1 | 10 | | | | |
| Office & Staff Support Total | | | | 4,214 | | | |
| Office & Staff Support w/Load Factor 30% | | | | | 5,478 | | |
| | | | | | | | |
| **Structure Total** | | | | 12,969 | | 19,543 | |
| **Structure Gross w/15% Load Factor** | | | | | | | **22,474** |



**Coalinga State Hospital - Intermediate Care Facility**
**Comparative Feasibility Study**

**Level IV Intermediate Care Facility, COALINGA, CA**
**Program and Analysis**                    DRAFT 9/29/2006

| ROOM NAME/FUNCTION | SF | Qty. | Subt | Tot.Net | Gross | Gross Subt | Grand Tot |
|---|---|---|---|---|---|---|---|
| **EXTERIOR DEVELOPMENT** | | | | | | | |
| Yard Access/Sallyport | 380 | 1 | 380 | | | | |
| Group Exercise Yards, Small | 150 | 3 | 450 | | | | |
| **Exterior Development Total** | | | | 830 | | | |
| **Exterior Development Total** | | | | | 1,370 | | **1,370** |

# Section 6

## 6. PRELIMINARY FLOOR PLANS



Conversion – CTC
1/32" = 1'-0"

Refer to Program for
spaces included in
study assumptions.

**PRELIMINARY FLOOR PLANS CONTD.**



# Section 7

## 7. AERIAL PHOTOGRAPH

VIEW 1    VIEW 2

OPTION B

OPTION A

NOTE: OPTION B IS A REPRESENTATION ONLY AND THE LOCATION IS TO BE DETERMINED.

NORTH

AERIAL VIEW OF COALINGA STATE HOSPITAL
WITH LOCATION OF PROPOSED WORK



# Section 8


**Advantages and Disadvantages of Options A and B**

| | Option A - Conversion | Option B - New | Remarks |
|---|---|---|---|
| **Construction noise and disturbance** | Direct impact | Controllable indirect impact | New construction will all better control during construction. |
| **Provide total 22,500 SF** | Eliminate state-of-the-art hospital beds and their support functions | No reduction in hospital function | With the conversion, services will be eliminated. |
| **Cost** | $            31,285,137 | $            29,914,718 | Approx. $1.5 M less |
| **Completion Date** | 5/27/2011 | 12/28/2010 | Conversion will require about 5 months longer construction time |
| **Program** | Compromised | Use best knowledge | New construction will provide a safer and more satisfactory facilitly |



**Coalinga State Hospital - Intermediate Care Facility**
**Comparative Feasibility Study**

**APPENDIX B.1**                          **Program Comparison and Analysis**

| Item | Conversion | New | Note | DGS | Note | DGS/ Conv. | SVSP | Note |
|------|-----------|-----|------|-----|------|-----------|------|------|
| No. of Beds | **27 Beds** | **27 Beds** | | **54 Beds** | | 2 | **64 Beds** | |
| Nominal Area of Project | 16,000 | 16,000 | | 32,000 | | 2 | Not Applicable | |
| Guard towers (six) | Yes | Yes | | Unknown | | | No | |
| | | | | | | | | |
| Net Program | 12,969 | 12,969 | | 22,947 | 2 | 1.8 | 22,462 | |
| Gross Program | 22,474 | 22,474 | | 37,577 | 3 | 1.7 | 36,783 | |
| Gross/Net S.F. | 1.73 | 1.73 | | 1.64 | | | 1.64 | |
| | | | | | | | | |
| Housing SF (Gross) | 6,550 | 6,740 | 1 | 13,100 | 1 | 2 | 15,708 | |
| Support Space (Gross) | 15,924 | 15,734 | | 24,477 | | 1.5 | 21,075 | |
| Housing as a % of Gross | 29% | 30% | | 35% | | 1.1 | 43% | |
| | | | | | | | | |
| Construction Cost Total | $21,461,015 | $20,350,796 | | | | 4 | $28,615,773 | 5,6 |
| Construction Cost/SF | $955 | $906 | | | | 4 | $778 | 6 |
| | | | | | | | | |
| Project Cost Total | $31,285,137 | $29,807,768 | | $34,624,000 | 2 | | $30,937,337 | 6 |
| | | | | | | | | |
| **Project Cost/GSF** | **$1,392** | **$1,326** | | **$1,591** | | | **$1,127** | 6,7 |
| **Cost savings of new/conversion** | | **$1,477,369** | | | | | | |

1. Housing wings are existing
2. This number is from the DGS study
3. Unknown how DGS study derived net/gross proportion - this number was obtained by multiplying
   the net square footage by the same proportion of net-to-gross as SVSP.
4. No information
5. This number is from current cost estimates
6. No guard towers
7. Escalated 29 months with 10% contingency (to be comparable to current study costs)



**Coalinga State Hospital - Intermediate Care Facility**
**Comparative Feasibility Study**

## APPENDIX B.2    Program Comparison and Analysis

| Model Differences | Conversion | New | DGS | SVSP - 64 Bed | Remarks |
|---|---|---|---|---|---|
| Perimeter Security | Perimeter Patrol and New Guard Towers | Perimeter Patrol and New Guard Towers | Perimeter Patrol and New Guard Towers | Existing | Cost of guard towers does not appear to be completely addressed in DGS study; cost of guard towers included in this study as a line item. |
| Food Service | Retherm facility | Retherm facility | Dining Room | Dining Room | Program assumption that inmates will receive their meals in their cells |
| Administrative Space | Cost model includes all administrative functions | Cost model includes all administrative functions | Cost model does not include 2,482 net/3,711 gross SFof offices due to space shortage | Administrative space is already provided elsewhere in the facility. This is just an addition. | Potential $4.3 million additional cost to bring DGS program up to actual requirements. |
| Exterior Facilities | 1,370 SF incl in cost | 1,370 SF incl in cost | 8,185 SF | 8,185 SF | Not known if cost is included in DGS price |
| Completion Date | 5/27/2011 | 12/28/2010 | 6/25/2012 | | 5 months more to complete Conversion than New |
| Adjusted Project Costs | $31,285,137.0 | $29,807,768.0 | Lack of information regarding the DGS cost model | $38,182,861.3 | See Note below explaining derivation of this number for SVSP |

Note:  Escalated current construction cost 29 months with 10% contingency (to be comparable to current study costs)

SVSP has no guard towers; also, recent trends in the industry suggest non-Project costs are increasing substantially