IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        ORDER

/

        Pursuant to court order, on October 2, 2006, defendants filed a plan to address the escalating percentage of suicides occurring in administrative segregation units. On October 31, 2006, plaintiffs filed objections to defendants' plan. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants are granted until November 15, 2006 to file a response to plaintiffs' October 31, 2006 objections; and

/////

/////

/////

/////

/////

1

2. On or before December 1, 2006, the Special Master shall review the plan, plaintiffs' objections thereto, and any response filed by defendants, and shall report to the court on the adequacy of defendants' plan.

DATED:  November 2, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT