1
2
3
4
5

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

6
7
8
9

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
LORI RIFKIN Bar No.: 244081
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

10
11
12
13
14

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

15

Attorneys for Plaintiffs

16

UNITED STATES DISTRICT COURT

17

EASTERN DISTRICT OF CALIFORNIA

18
19
20
21
22
23
24
25

| RALPH COLEMAN, | ) | No.: Civ S 90-0520 LKK-JFM |
| Plaintiffs, | ) | **[PROPOSED] TEMPORARY RESTRAINING ORDER TO ENJOIN DEFENDANTS' ILLEGAL TRANSFERS** |
| vs. | ) | |
| ARNOLD SCHWARZENEGGER, et al., | ) | |
| Defendants. | ) | |

26
27

On November 2, 2006, this Court received Plaintiffs' Motion for Temporary

Restraining Order and Preliminary Injunction to Restrain Defendants' Illegal Transfers.

28

Having considered Plaintiffs' pleadings and the arguments of counsel, and good cause existing therefore,

### THE COURT HEREBY FINDS AND ORDERS:

The Court finds that Defendants' planned transfer on November 3, 2006, of 80 California state prisoners to a private prison in Tennessee run by the GEO Group violates the Eighth Amendment of the United States Constitution and the Orders of this Court by failing to provide adequate screening of these inmates for former mental health history and suicide attempt history and by failing to ensure that the private prison is fully aware of and adequately staffed to provide *Coleman* Revised Program Guide standards of care. The Court further finds that the harm would be irreparable because some of the 80 prisoners transferred under Defendants' plan may have significant suicide attempt or mental health history and they will be transferred to a private prison that cannot provide *Coleman* Program Guide standards for mental health care.

**IT IS HEREBY ORDERED** that Defendants, their agents and employees shall not transfer any prisoners to any out-of-state prison facilities pending a hearing on the merits of this motion to be held on _____. This Order does not affect transfers carried out pursuant to the Interstate Corrections Compact.

**IT IS FURTHER ORDERED THAT** Defendants shall show cause on _____ why Plaintiffs' Motion for a Preliminary Injunction should not be granted.

///

///

///

///

///

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      **IT IS FURTHER ORDER THAT** this Restraining Order and all supporting pleadings and papers must be served upon Defendants by

_____ and that this Order shall expire in ten days unless within that period it is extended for good cause shown.

      **IT IS SO ORDERED.**


Dated: _____                _____

                                               The Honorable Lawrence K. Karlton
                                             United State District Judge

[PROPOSED] TEMPORARY RESTRAINING ORDER TO ENJOIN DEFENDANTS' ILLEGAL TRANSFERS,
Case No. Civ S 90-0520 LKK-JFM