1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CASE NO. CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' SUBMISSION OF EXHIBIT 1 IN RESPONSE TO PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Hearing:   November 3, 2006<br>Time:       8:30 a.m.<br>Courtroom:  4<br>Judge:      The Honorable<br>              Lawrence K. Karlton |

Defendants hereby submit the November 2, 2006 letter of James Tilton, Secretary of the California Department of Corrections and Rehabilitation, to Special Master J. Michael Keating in response to Plaintiffs' motion for a temporary restraining order. The letter is attached herein as Exhibit A.

//

//

DEFENDANTS' RESPONSE TO MOTION TRO

1

Defendants reserve the right to present additional evidence and make certain legal arguments at the time of the hearing.

Dated: November 2, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General

Attorneys for Defendants

30184457.wpd