# EXHIBIT A

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**

**OFFICE OF THE SECRETARY**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



November 2, 2006

Mr. J. Michael Keating, Jr.
Coleman Special Master
2351 Sussex Drive
Fernandina Beach, FL 32034

Dear Mr. Keating:

I understand during a conference call earlier this afternoon that you expressed concerns and reservations on our plans to move the first 80 inmates out-of-state. I also understand that you did not receive the out-of-state contracts until yesterday; a day before our first moves. Please accept my sincere apologies as this was not an effective way to begin this process. It is my intention to communicate openly and timely and I assure you that our communications will improve as a result.

I assure you we have undertaken extraordinary measures in developing this plan. We made every effort to validate that no mental health inmate-patients were included in this transfer. Registered Nurses conducted a review of each inmate's Unit Health Record and met with each inmate face-to-face.

I also think it is important to note that the inmates who are being transferred volunteered to do so. They have been prepared to leave the state and are anxious for the move. For them, this is a new start in an environment that is safer and less stressful given the overcrowding pressures we face. To delay their departure may prove to be more stressful for them and send a negative message to other inmates who may seek to participate in the program.

I have directed staff to work with the contractor to ensure that they will provide the necessary staffing if an inmate is placed in an Administrative Segregation "like" housing unit. Also, if an inmate is identified as having mental health needs, we are committed to transferring that inmate-patient back to California when it is determined clinically safe to do so.

Mr. J. Michael Keating, Jr.
Page 2

To ensure we do not experience last minute issues in the future, I am inviting you to participate in weekly conference calls to update you on our on-going efforts. In addition, I invite you and/or your monitors to visit the sites selected to get a first-hand look at the housing conditions and speak directly with the staff who are providing the custody and care of our inmates.

Given the efforts we have undertaken, along with those I will put in place to ensure your engagement in our future out-of-state moves, I want to also express my hope that you will support our plans to transfer these inmates tomorrow morning. I also extend my personal thanks and those of my staff for all your support as we strive to proactively address the serious issues facing this department.

Please feel free to contact me at (916) 323-6001.

Sincerely,

JAMES E. TILTON
Secretary
California Department of Corrections and Rehabilitation