**FILED**

NOV - 3 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Michael J Hicks B-80852
CSP-SAC
CA State Prison-Sacramento
PO Box 290066
Represa, CA 95671

---

Clerk of the Court.                    11-1-06
     On 10-16-06, I filed a Habeas Petition
with this court.
     I believe that a Magistrate Moulds
issued a Court Order but these documents
are a mass of Confusion + Error...
     Please review them and if the
Magistrate did issue a order... please
send it to me...

                         Thank You
                         Michael J Hicks

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10    RALPH COLEMAN, et al.,

11              Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

12         vs.

13    ARNOLD SCHWARZENEGGER,
      et al.,                                  ORDER
14
                Defendants.
15    _____/

16              On October 25, 2006, inmate Jerry F. Stanley filed a petition for writ of habeas

17    corpus in which he alleges that he is being denied necessary mental health and medical care in

18    retaliation for meeting with one of the court-appointed monitors in this action. Good cause

19    appearing, IT IS HEREBY ORDERED that within ten days from the date of this order the

20    Special Master shall report to the court on the substance of inmate Stanley's allegations.

21    DATED: October 27, 2006.

22

23                                            UNITED STATES MAGISTRATE JUDGE

24

25    12;stanley.ret

26

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

MIME–Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@localhost.localdomain Message–Id: Subject:Activity in Case
2:90–cv–00520–LKK–JFM (PC) Coleman, et al v. Schwarzenegger, et al "Order" Content–Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

## U.S. District Court

### Eastern District of California – Live System

Notice of Electronic Filing

The following transaction was received from Kaminski, H entered on 10/30/2006 at 10:31 AM PST and filed on 10/30/2006

| | |
|---|---|
| **Case Name:** | (PC) Coleman, et al v. Schwarzenegger, et al |
| **Case Number:** | 2:90–cv–520 |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/13/1995**

**Document Number:**    2002

**Docket Text:**
ORDER signed by Judge John F. Moulds on 10/27/06. Within ten days from the date of this order the Special Master shall report to the court on the substance of inmate Stanley's allegations. (Kaminski, H)

The following document(s) are associated with this transaction:

### 2:90–cv–520 Electronically filed documents will be served electronically to:

Michael Bien   mbien@rbalaw.com, jkahn@rbalaw.com, nkleiner@rbalaw.com, mlang@rbalaw.com, lrifkin@rbalaw.com, smillham@rbalaw.com

Claudia B Center   ccenter@las–elc.org, lkapros@las–elc.org, mlang@rbalaw.com., mbien@rbalaw.com, jkahn@rbalaw.com, tnolan@rbalaw.com

John Henry Hagar   johagar@pacbell.net

Jane E. Kahn   jkahn@rbalaw.com

Joseph Michael Keating   jmichaelkeatingjr@yahoo.com

Matthew A Lopes , Jr   mlopes@pld–law.com, dcute@pld–law.com

Thomas Bengt Nolan   tnolan@rbalaw.com

Donald Specter   dspecter@prisonlaw.com, edegraff@prisonlaw.com, itrujillo@prisonlaw.com

Lisa Anne Tillman   lisa.tillman@doj.ca.gov, docketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov, andrea.willis@doj.ca.gov

### 2:90–cv–520 Electronically filed documents must be served conventionally by the filer to:

Michael J Hicks
B–80852
CSP–SAC
CA State Prison–Sacramento
PO Box 290066
Represa, CA 95671

Jerry F. Stanley
C–80900
SQSP

San Quentin State Prison
San Quentin, CA 94974

Michael J Hicks B-80852
CSP-SAC
CA State Prison-Sacramento
PO Box 290066
Represa, CA 95671

--------------------------------------------------------

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11              Plaintiffs,              No. CIV S-90-0520 LKK JFM P

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,
14
                Defendants.              <u>ORDER</u>
15   _____/

16           The matter of payment of the special master has been referred to this court by the

17   district court. The court has reviewed the bill for services provided by the special master in the

18   above-captioned case through the month of September 2006.

19           Good cause appearing, IT IS HEREBY ORDERED that:

20           1. The Clerk of the Court is directed to pay to

21           J. Michael Keating, Jr.,
             <u>Coleman</u> Special Master
22           2351 Sussex Lane
             Fernandina Beach, FL 32034
23
24   the amount of $257,032.93 in accordance with the attached statement; and

25   /////

26   /////

1        2.  A copy of this order shall be served on the financial department of this court.

2    DATED: October 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/cole06.sep

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.,                    :
      Plaintiffs,                          :
                                  :
    v.                                         :          No. Civ. S-90-0520 LKK JFM P
                                    :
ARNOLD SCHWARZENEGGER et al.,   :
      Defendants.                          :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through September 30, 2006.

J. Michael Keating, Jr., Master
| | | |
|---|---|---|
| Services | $23,180.00 | |
| Disbursements | $ 1,540.82 | |
| Total amount due | | $ 24,720.82 |

Matthew A. Lopes, Jr., J.D.
| | | |
|---|---|---|
| Services | $22,330.00 | |
| Disbursements | $13,125.61 | |
| Total amount due | | $ 35,455.61 |

Linda E. Buffardi, J.D.
| | | |
|---|---|---|
| Services | $29,012.00 | |
| Disbursements | $       -0- | |
| Total amount due | | $ 29,012.00 |

Mohamedu F. Jones, J.D.
| | | |
|---|---|---|
| Services | $24,275.00 | |
| Disbursements | $       -0- | |
| Total amount due | | $ 24,275.00 |

Paul Nicoll, M.A.P.A.
| | | |
|---|---|---|
| Services | $20,180.00 | |
| Disbursements | $       -0- | |
| Total amount due | | $ 20,180.00 |

1

Kerry C. Hughes, M.D.

2
        Services                             $ 7,580.00
        Disbursements              $ 3,104.61

3
               Total amount due                      $ 10,684.61

4

5

Dennis F. Koson, M.D.

6
        Services                             $ 2,925.00
        Disbursements              $      -0-

7
               Total amount due                      $  2,925.00

8

9

10

Jeffrey L. Metzner, M.D.
        Services                             $14,222.50

11
        Disbursements              $  1,498.02

12
               Total amount due                      $15,720.52

13

14

Raymond F. Patterson
        Services                             $ 7,375.00

15
        Disbursements              $      -0-

16
               Total amount due                      $  7,375.00

17

18

Ted Ruggles, Ph.D.
        Services                             $24,177.50

19
        Disbursements              $  3,185.34

20
                Total amount due                      $ 27,362.84

21

22

Melissa G. Warren, Ph.D.
        Services                             $24,507.50
        Disbursements              $  2,708.12

23

24
               Total amount due                      $ 27,215.62

25

26

Virginia L. Morrison, J.D.
Services                          $18,480.00
Disbursements                 $        -0-

      Total amount due                                        $ 18,480.00

Patricia M. Williams, J.D.
Services                          $11,300.00
Disbursements                 $ 2,325.91

      Total amount due                                        $ 13,625.91

**TOTAL AMOUNT TO BE REIMBURSED**                  **$257,032.93**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ J. Michael Keating, Jr.

J. Michael Keating, Jr.
Special Master

5

MIME−Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@localhost.localdomain Message−Id: Subject:Activity in Case
2:90−cv−00520−LKK−JFM (PC) Coleman, et al v. Schwarzenegger, et al "Order" Content−Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

**U.S. District Court**

**Eastern District of California − Live System**

Notice of Electronic Filing

The following transaction was received from Kaminski, H entered on 10/30/2006 at 10:14 AM PST and filed on 10/30/2006

| | |
|---|---|
| **Case Name:** | (PC) Coleman, et al v. Schwarzenegger, et al |
| **Case Number:** | 2:90−cv−520 |
| **Filer:** | |

**WARNING: CASE CLOSED on 09/13/1995**

**Document Number:**  2001

**Docket Text:**
ORDER signed by Judge John F. Moulds on 10/27/06: The Clerk is directed to pay to J. Michael Keating, Jr., Coleman Special Master the amount of $257,032.93 and a copy of this order shall be served on the financial department of this court. (Kaminski, H)

The following document(s) are associated with this transaction:

**2:90−cv−520 Electronically filed documents will be served electronically to:**

Michael Bien   mbien@rbalaw.com, jkahn@rbalaw.com, nkleiner@rbalaw.com, mlang@rbalaw.com, lrifkin@rbalaw.com, smillham@rbalaw.com

Claudia B Center   ccenter@las−elc.org, lkapros@las−elc.org, mlang@rbalaw.com., mbien@rbalaw.com, jkahn@rbalaw.com, tnolan@rbalaw.com

John Henry Hagar   johagar@pacbell.net

Jane E. Kahn   jkahn@rbalaw.com

Joseph Michael Keating   jmichaelkeatingjr@yahoo.com

Matthew A Lopes , Jr   mlopes@pld−law.com, dcute@pld−law.com

Thomas Bengt Nolan   tnolan@rbalaw.com

Donald Specter   dspecter@prisonlaw.com, edegraff@prisonlaw.com, itrujillo@prisonlaw.com

Lisa Anne Tillman   lisa.tillman@doj.ca.gov, docketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov, andrea.willis@doj.ca.gov

**2:90−cv−520 Electronically filed documents must be served conventionally by the filer to:**

Michael J Hicks
B−80852
CSP−SAC
CA State Prison−Sacramento
PO Box 290066
Represa, CA 95671

Jerry F. Stanley
C−80900

SQSP
San Quentin State Prison
San Quentin, CA 94974

Michael J Hicks B-80852
CSP-SAC
CA State Prison-Sacramento
PO Box 290066
Represa, CA 95671

_____

Jerry F. Stanley
C–80900
SQSP
San Quentin State Prison
San Quentin, CA 94974

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11              Plaintiffs,              No. CIV S-90-0520 LKK JFM P

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,
14
                Defendants.              ORDER
15   _____/

16        On December 11, 1995, this court entered an order referring this matter to a

17   special master and directing that the special master's fees and expenses be borne by the

18   defendants as part of the costs of this action. In the December 11, 1995 order, the court directed

19   defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be

20   invested in an interest-bearing account. By subsequent orders, the court has directed defendants

21   to deposit additional interim payments totaling $19,500,000.00 with the Clerk of the Court.    A

22   significant amount of work remains to be done by the special master and additional funds are

23   required to pay his fees and expenses.

24        Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

25   /////

26   /////

1

1    1. Within thirty days from the date of this order, defendants shall deposit with the

2 Clerk of the Court a forty-fourth interim payment of costs in the amount of $500,000.00 which

3 amount shall be invested in the interest-bearing account previously opened for this action; and

4    2. The Clerk of the Court is directed to serve a copy of this order on the Financial

5 Department of this Court.

6 DATED: October 27, 2006.

7

8

9           LAWRENCE K. KARLTON

            SENIOR JUDGE

10          UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

MIME-Version:1.0 From:caed_cmecf_helpdesk@caed.uscourts.gov
To:caed_cmecf_nef@localhost.localdomain Message-Id: Subject:Activity in Case
2:90-cv-00520-LKK-JFM (PC) Coleman, et al v. Schwarzenegger, et al "Order" Content-Type: text/html

***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

### U.S. District Court

### Eastern District of California – Live System

Notice of Electronic Filing

The following transaction was received from Mena–Sanchez, L entered on 10/30/2006 at 10:32 AM PST and filed on 10/30/2006

| | |
|---|---|
| *Case Name:* | (PC) Coleman, et al v. Schwarzenegger, et al |
| *Case Number:* | 2:90–cv–520 |
| *Filer:* | |

*WARNING: CASE CLOSED on 09/13/1995*

*Document Number:* 2003

*Docket Text:*
ORDER signed by Judge Lawrence K. Karlton on 10/27/06. Within thirty days from the date of this order, defendants shall deposit with the Clerk of the Court a forty–fourth interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest–bearing account previously opened for this action. The Clerk is directed to serve a copy of this orer on the Financial Department of this Court.(Mena–Sanchez, L)

The following document(s) are associated with this transaction:

### 2:90–cv–520 Electronically filed documents will be served electronically to:

Michael Bien   mbien@rbalaw.com, jkahn@rbalaw.com, nkleiner@rbalaw.com, mlang@rbalaw.com, lrifkin@rbalaw.com, smillham@rbalaw.com

Claudia B Center   ccenter@las–elc.org, lkapros@las–elc.org, mlang@rbalaw.com., mbien@rbalaw.com, jkahn@rbalaw.com, tnolan@rbalaw.com

John Henry Hagar   johagar@pacbell.net

Jane E. Kahn   jkahn@rbalaw.com

Joseph Michael Keating   jmichaelkeatingjr@yahoo.com

Matthew A Lopes , Jr   mlopes@pld–law.com, dcute@pld–law.com

Thomas Bengt Nolan   tnolan@rbalaw.com

Donald Specter   dspecter@prisonlaw.com, edegraff@prisonlaw.com, itrujillo@prisonlaw.com

Lisa Anne Tillman   lisa.tillman@doj.ca.gov, docketingSACCLS@doj.ca.gov, ECFCoordinator@doj.ca.gov, andrea.willis@doj.ca.gov

### 2:90–cv–520 Electronically filed documents must be served conventionally by the filer to:

Michael J Hicks
B–80852
CSP–SAC
CA State Prison–Sacramento
PO Box 290066
Represa, CA 95671