| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & ASARO, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>LORI RIFKIN Bar No.: 244081<br>155 Montgomery Street, 8th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**NOTICE OF CHANGE OF LAW FIRM NAME AND ADDRESS** |

TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

PLEASE TAKE NOTICE that the law firm of Rosen, Bien & Asaro, LLP, counsel for Plaintiffs in the above-named case, which is currently located at 155 Montgomery St., 8th Floor, San Francisco, California 94104, will be changing both its firm name and its address. The telephone and facsimile numbers will remain the same. <u>Effective as of November 13, 2006</u>, the correct contact information will be:

>ROSEN, BIEN & GALVAN, LLP
>MICHAEL W. BIEN Bar No.: 096891
>JANE E. KAHN Bar No.: 112239
>LORI RIFKIN Bar No.: 244081
>315 Montgomery Street, 10th Floor
>San Francisco, CA  94104
>Telephone:  415-433-6830
>Facsimile:  415-433-7104

Dated:  November 7, 2006            **ROSEN, BIEN & ASARO, LLP**

By:    */s/ Lori Rifkin*
       Lori Rifkin
       Attorneys for Plaintiffs