BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | CIV S-90-0520 LKK JFM P<br><br>**DEFENDANTS' REPORT TO THE COURT RE: OUT-OF-STATE TRANSFERS**<br><br>Hearing:   November 9, 2006<br>Time:      9:30 a.m.<br>Courtroom: Four<br>Judge:     The Honorable<br>           Lawrence K. Karlton |

Defendants hereby provide a report to the Court concerning the out-of-state transfer of 80 inmates on November 3, 2006. The report consists of the following:

 1. Synopsis of mental health screenings of inmates conducted after transfer (attached as Exhibit 1);

 2. Declaration of Tim Rougeux;

 3. Declaration of Shama Chaiken;

//

DEF. REPORT RE. OUT-OF-STATE TRANSFER

1

1     4.   Declaration of Margaret McAloon.

2   Dated: November 8, 2006

3           Respectfully submitted,

4           BILL LOCKYER
             Attorney General of the State of California

5           JAMES M. HUMES
             Chief Assistant Attorney General

6

          FRANCES T. GRUNDER

7           Senior Assistant Attorney General

          ROCHELLE C. EAST

8           Supervising Deputy Attorney General

9

10           ***/s/ Lisa A. Tillman***

11

12           LISA A. TILLMAN
             Deputy Attorney General
             Attorneys for Defendants

13

14

30186535.wpd

15 CF1997CS0003