# EXHIBIT 1

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF THE SECRETARY**
1515 S Street, 95814
P.O. Box 942883
Sacramento, CA 94283-0001



November 8, 2006

J. Michael Keating, Jr.              via:    Lisa Tillman
Office of the Special Master                 Deputy Attorney General
2351 Sussex Lane                             Department of Justice
Fernandina Beach, FL  32034                  1300 I Street, Suite 125
                                             P. O. Box 944255
                                             Sacramento, CA  94244-2550

ADDITIONAL MENTAL HEALTH REVIEW OF TRANSFERRED INMATES

Dear Mr. Keating:

Below is the California Department of Corrections and Rehabilitation (CDCR) synopses requested for the inmates transferred to Tennessee.

INTRODUCTION

On November 3, 2006 eighty California Department of Correction and Rehabilitation (CDCR) inmates were transferred from Wasco State Prison to the West Tennessee Detention Facility in Mason, Tennessee operated by CCA.

At the request of the court, a mental health clinician, Chief Psychologist Nancy Faulkender accompanied the inmates from Wasco State Prison to Tennessee on November 3rd. Also, as ordered by the court on November 3rd, a team of CDCR mental health clinicians was dispatched to the facility in Tennessee to provide an additional mental health screening per the criteria of Special Master Michael J. Keating letter of November 1, 2006.

The transferred inmates had been pre-screened by CDCR nursing services and none of the inmates were currently enrolled in the Mental Health Services Delivery System (MHSDS).

METHODOLOGY/PROCESS

At the time of the on site interviews, based upon the team's interpretation of the recommendations of Special Master Michael J. Keating, the team agreed that any inmate with a history of a recent and/or serious suicide attempt, or history of MHSDS treatment at a level higher than CCCMS, or Keyhea history should be presented and "teamed" at the end of each day following their interview. It was further agreed that any team

J. Michael Keating, Jr.
Page 2
(Letter to J. Michael Keating, Jr., dated November 3, 2006)

members having any concerns regarding an inmate's mental health status or issues that might represent significant risk or require MHSDS placement should also bring that to the team for discussion and determination. If the clinicians agreed that an inmate should be in the MHSDS then the recommendation would be to return him.

On site, on November 4th and 5th the team of CDCR Mental Health Clinicians reviewed the copies of the Unit Health Records (UHR) on all but two of the inmates, the "flimsy" Central files on all eighty inmates, and personally interviewed all eighty inmates. No inmates refused the interview. The team consisted of six members, Chief Psychiatrist Andrew Swanson M.D., Chief Psychologist Margaret McAloon, Ph.D., Clinical Psychologists Robert Smith Ph.D., Tia Aramenta Ph.D., Alvin Gaerlan Ph.D., and Licensed Clinical Social Worker Dudley Atkinson.

After the chart and file reviews and interviews a number of cases were discussed and details evaluated by the team of clinicians. Ultimately, there were seven cases where inmates had either a history of a serious suicide attempt, or a serious suicidal gesture. The team decided after discussion that none of these cases would be appropriate for MHSDS placement at present.

The court has now asked for a report and a synopsis of the seven cases. This report is to include where possible a review of the original UHR and C file on each of these seven cases, as well as of the two cases where the UHR copies were not available at the facility.

A synopsis of the issues or concerns raised during the evaluation for each of the seven and the clinical judgment process by which the team decided they did not require immediate return follows. The cases are listed as Tennessee 1-7 for those reviewed more closely, and Tennessee 8 and 9 for the cases where the UHRs were not initially reviewed, as they are not caseload inmates.

**Tennessee 1**

This inmate presented with the following salient mental health case factors:

- He was in CCCMS for approximately two years, originally due to medical necessity, during which time he was prescribed Zoloft for the diagnosis of Depressive Disorder NOS (Not Otherwise Specified) and ETOH dependence. He was last treated 7/30/02
- Inmate reports he was hospitalized for ETOH rehabilitation one time during the 1980s while not incarcerated.
- He admits to past suicidal ideation but denied at interview any past suicidal behavior. The UHR indicates that while not incarcerated he was hospitalized in 1999 in Acapulco for overdosing on sleeping pills, that one time he drank cleaning fluid, in the 1980s he "tried to drink myself to death", and in 1975 at age 17 he took someone else's medications.

J. Michael Keating, Jr.
Page 3
(Letter to J. Michael Keating, Jr., dated November 3, 2006)

- 3/23/00 Suicide Risk Assessment Checklist (SRAC) taking in the above factors indicated "average risk for suicide, if drinking risk increases"
- Current Mental Status Examination (MSE) completed 11/4/06 revealed no indication of any psychosis, depressed mood, or thought disorder and all other parameters fell within normal limits, although he was described as appearing guarded in answering questions. He denied current thoughts of harming himself or others.

The inmate has not received mental health treatment in the past four years since discharge from the CCCMS level of care. The last suicidal behavior was 6 years in the past and there is no indication that he is not functioning well in general population. Review of the original UHR and C file revealed that he was seen on 9/26/06 at CMC by nursing with a recommendation for referral to Mental Health for possible symptoms of anxiety. CMC Mental Health followed up by reviewing the Mental Health Tracking System (MHTS) data and determined that they have no record of a referral to mental health.

The Tennessee facility LCSW has been notified of the issue. The LCSW reported that he saw the inmate yesterday and the inmate was commenting that he was very happy to be there and offered no mental health concerns. The LCSW agreed to further follow up tomorrow on any issues of anxiety.

The clinician's and the team's assessment was that he does not currently meet the criteria for MHSDS.

**Tennessee 2**

See enclosure.

**Tennessee 3**

This inmate presented with the following salient mental health case factors:

- Records indicate that the inmate reported that at age 11 he ran away from home and his parents took him to see a "psych doctor" for two visits, with no medication being prescribed
- He does note that in 1997 he took Prozac for two weeks while at the Orange County Jail and has had no mental health treatment since that time.
- History indicates and self report corroborates that he overdosed on benadryl at age 18 when he was depressed over his girlfriend; there is a report that his sister felt he attempted an MVA suicide in 1991 (and one record indicates that he threw himself in front of the car) but he attributes this to his having been drunk at the time.
- History of ETOH, speed and marijuana use.
- Inmate denies any suicidal ideation at present, or since age 18, and MSE performed 11/4/06 indicates all parameters are within normal limits

J. Michael Keating, Jr.
Page 4
(Letter to J. Michael Keating, Jr., dated November 3, 2006)

- Some statements reported at the time of his initial arrest may indicate psychotic process, but the inmate attributes them to his attempt to provide mitigating factors to his crime.
- He was cleared from MHSDS at Wasco State Prison on 5/4/99 and has had no other mental health interactions recorded in his UHR. There are several screens completed in his chart over the years where the inmate self reports no treatment for mental illness, and others where he reports the treatment at age 11.
- C file is clear of any references to mental health needs or treatment.

The inmate has not needed or received mental health treatment while in CDCR. The last suicidal behavior reported was at age 18 and review of the original UHR and Cfile indicates that there is no indication that he is not functioning well in general population.

The clinician's and the team's assessment was that he does not currently meet the criteria for MHSDS

**Tennessee 4**

This inmate presented with the following salient mental health case factors:

- The inmate reports taking one dose of medication while at Twin Towers in Los Angeles following his arrest in 2001.
- In 2001 he assaulted his estranged wife (whom he caught with another man) slashing her throat with pruning shears (she survived) and then turned the shears on himself making several slashes in his right forearm which required stitches.
- Inmate has no other suicide or mental health history but has a substance abuse history with ETOH and marijuana
- A MH placement chrono dated 2/11/03 clears him from MHSDS, the Suicide Review Assessment Checklist on the same date indicates negligible risk with no referral needed and there are no mental health notes since.

Review of the original UHR and C File indicates that the inmate has not needed nor received mental health treatment in CDCR. The last and only reported suicidal behavior occurred at the time of his crime and there is no indication that he is not functioning well in general population.

The clinician's and the team's assessment was that he does not currently meet the criteria for MHSDS.

**Tennessee 5**

This inmate presented with the following salient mental health case factors:

J. Michael Keating, Jr.
Page 5
(Letter to J. Michael Keating, Jr., dated November 3, 2006)

- o  The reviewing clinician took a lengthy history due to discrepancies of the inmate's reports in the record. He did admit to a history of suicidal behavior during the interview on 11/4/06.
- o  On 8/29/95 at NKSP he denied any psychiatric history. The screening report on 8-30-95 showed possible thought disorder, possible mood disorder and possible major depression. He was subsequently cleared for GP on 9-12-95 with a GAF of 65.
- o  On 10/16/95 at HDSP the screening noted a psychiatric history with an evaluation on 9-12-95 referenced revealing no psychotropic medications and a suicide attempt in 1992.
- o  In August of 1998 at NKSP he was referred for further mental health evaluation following the screening and on 8-30-98 he was cleared for GP with a GAF of 65.
- o  On 10/2/98 at CIM, inmate denied all psychiatric history.
- o  On 12/14/98 at CSP SATF a history of a suicide attempt in 1976 by drinking bleach was noted.
- o  On 9/18/00 while at CIM the inmate again denied any psychiatric history. The MH7 was completed, a psychiatrist's evaluation reported no psychiatric hospitalizations noting dysphoria with eight suicide attempts, usually by OD, and the last reported in 1988. That evaluation notes some passive suicidal ideation, but no active plans. Substance abuse and alcoholism are noted. The report indicated CCCMS, but no placement chrono was found in the medical records. He was placed two antidepressants from12-00 to 02-01.
- o  On 4/11/03 NKSP placed him in CCCMS with a GAF of 51 and he was prescribed an antidepressant and antipsychotic.
- o  On 7/3/03 a removal chrono was written, noting that he had been in remission since 6/23/03.
- o  On 9/26/05 he was prescribed an antipsychotic, with no placement chrono noted. He stopped taking medication within two months and has not had any medication or treatment since.

The inmate has a history of a brain tumor that required two surgeries in 1967. He had a plate placed in the back of his skull and he subsequently has seizures and blackouts. He is a high school graduate and has worked odd jobs including as a security guard for two years. Review by CDCR indicates that he passed the Quick Test on 3/26/03, his TABE reading scores are above the fifth grade, and that his status does not warrant placement in the DDP program.

The inmate's current presentation is clear, coherent, logical with no evidence of mood or thought disorder. He reports previous anger and that his difficulties were due to the CDCR facility at which he was placed, with other "inmates and program". He reports the transfer out of state as a very positive move.

**Tennessee 6**

This inmate presented with the following salient mental health case factors:

J. Michael Keating, Jr.
Page 6
(Letter to J. Michael Keating, Jr., dated November 3, 2006)

- Inmate received into CDCR on August 2000 and has never been in the MHSDS.
- Hospitalized at age 15 for 2 weeks after attempted hanging while using drugs. He was prescribed an antidepressant for 3 years.
- He has consistently denied suicidal ideas since age 15.
- No substance abuse history since 1999.
- Current Mental Status Exam completed on 11/5/2006 revealed no indication of any psychosis, depressed mood or thought disorder, he was noted to have "fair cooperation, insight and judgment" with all other parameters found to be within normal limits. He denied current thoughts to hurt self or others.

He has never required mental health services in CDCR. The last suicidal behavior was over ten years ago and last treatment was seven years ago. There was no indication on the interview he has not functioned well in the general population.
The clinician's and the team's assessment was that he does not currently meet the criteria for MHSDS.

**Tennessee 7**

This inmate presented with the following salient mental health case factors:

- Review of the original UHR and C file indicated that at one point the inmate reported being in Special Education classes in school and the reviewer noted that he was likely of "borderline intellectual ability". He passed the Quick Test on 8/15/00 and was coded NCF.
- The record indicates a history of "a serious suicidal gesture" in 2000 with no other details noted and the inmate told the interviewer he could not remember any further details.
- He received a MH screening on 11/19/93 where he was screened GP but he was later placed in CCCMS from 2003-2005. He was prescribed Zyprexa, Prozac, and Desyrel for a diagnosis of Schizoaffective Disorder.
- His last treatment was in March of 2005 when the POC clinician removed him from MHSDS. He returned to custody in January 2006, was screened, and placed in GP. On 1/14/06 he screened negative but the screener over rode this requesting further evaluation. An evaluation on CDC Form MH 7 and a placement chrono dated 2/13/06 indicate a GAF of 70 and that he does not meet criteria for MHSDS.

Review of the original UHR and C File indicates that the inmate has not needed nor received mental health treatment during his most recent stays in CDCR, nor indeed since March 2005. The last and only reported suicidal behavior occurred in 2000 by self report and is listed as a gesture. There is no indication that he is not functioning well in general population.

J. Michael Keating, Jr.
Page 7
(Letter to J. Michael Keating, Jr., dated November 3, 2006)

The clinician's and the team's assessment was that he does not currently meet the criteria for MHSDS

**There were two cases where the copies of the UHR were not readily available at the site. We have still not received these UHRs, but will review them as soon as they become available.**

Sincerely,

Margaret McAloon, Ph.D.
Chief Psychologist
California Department of Corrections and Rehabilitation

Enclosure

Tennessee 2

This inmate presented with the following salient mental health case factors:

While at Centinela State Prison, starting October 25, 1999, he was given the diagnosis of adjustment disorder with anxiety and depressed mood and polysubstance dependence. He paroled on January 12, 2003. There is no record of psych meds being prescribed.

Mental health screen dated July 30, 2003 was positive for screening and he was cleared on August 12, 2003 as not meeting criteria for inclusion into the mental health service deliverly treatment system.

Mental Health intake dated August 12. 2003 conclusion " does not meet criteria for inclusion into the mental health population"

Suicide Risk Evaluation form dated August 12, 2003, based on historical factors found "negligible risk".

Suicidal behavior age 26, put gun to head after finding his mother dead from overdose. A week earlier his grandmother died and 10 weeks earlier, his brother died due to auto accident.

Self-injurious behavior/suicide gesture age 15, superficial cutting of wrists.

History of polysubstance use.

Review of original medical records found no psych medications ordered on the physician's order sheet from April 1992 to October 23, 2006.

Original criminal file note dated December 12, 2003 notes required participation in drug treatment and no mention of mental health required treatment. Parole was violated due to drinking and criminal activity.

No records of mental heath treatment but possibly given at Centinela and in parole out by self report patient.

Last suicidal behavior about 9 years ago. The clinician's and the team's assessment was that he does not meet the criteria MHSDS.

# ACRONYM LIST: Tennessee Mental Health Evaluation

CCA: Correctional Corporation of America
CCCMS: Correctional Clinical Case Management
C-File: Central File
CIM: California Institution for Men
CMC: California Men's Colony
DDP: Developmental Disability Program
ETOH: Alcohol
GAF: Global Assessment of Functioning
GP: General Population
HDSP: High Desert State Prison
LCSW: Licensed Clinical Social Worker
MH: Mental Health
MHTS: Mental Health Tracking System
MHSDS: Mental Health Services Delivery System
MSE: Mental Status Examination
MVA: Motor Vehicle Accident
NCF: Normal Cognitive Functioning
NKSP: North Kern State Prison
NOS: Not Otherwise Specified
POC: Parole Outpatient Clinic
SATF: Substance Abuse Treatment Facility
SRAC: Suicide Risk Assessment Checklist
TABE: Test of Adult Basic Education
UHR: Unit Health Record