1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205

9  Attorneys for Defendants
   CF1997CS0003
10

11                     IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  **RALPH COLEMAN, et al.,**                       CASE NO. CIV S-90-0520 LKK
                                                     JFM P
16                                   Plaintiffs,
                                                     **DECLARATION OF TIM**
17            v.                                     **ROUGEUX RE: OUT-OF-**
                                                     **STATE TRANSFER**
18  **ARNOLD SCHWARZENEGGER, et al.,**
                                                     Hearing:    November 9, 2006
19                                   Defendants.     Time:       9:30 a.m.
                                                     Courtroom:  Four
20                                                   Judge:      The Honorable
                                                                 Lawrence K. Karlton
21

22            I, Tim Rougeux, declare:

23            1.    I am employed by the California Department of Corrections and Rehabilitation

24  (CDCR) in the position of Project Director, Medical Programs Implementation.  I have been

25  employed by the State of California since October 1980.

26            2.    In my position as the project director within the Division of  Correctional Health Care

27  Services, I coordinate compliance efforts in the matter of *Plata v. Schwarzenegger*.  I was also

28  assigned to coordinate the health care screening of the 80 inmates transported to an out-of-

DEC. ROUGEUX
                                                  1

1    state facility (CCA in Tennessee) on November 3, 2006.

2    3.    I have personal knowledge of the facts stated in this declaration and if called to testify

3    to those facts would do so competently.

4    4.    After this Court issued its order on November 3, 2006, 80 inmates were transported by

5    airplane to a Tennessee facility operated by CCA.  Accompanying the inmates on the airplane

6    were: Chief Psychologist Nancy Faulkener of California State Prison, Wasco and Associate

7    Warden Melissa Lee of Division of Adult Institutions of CDCR.  I have been informed that the

8    transport went smoothly.

9    5.    Before the 80 inmates were transported to Tennessee, their unit health records (UHRs)

10   were copied.  The original UHRs were maintained within CDCR.  The copies were placed on

11   the plane with the 80 inmates and, upon the inmates arrival in Tennessee, relayed to health care

12   providers of CCA.

13   6.    I attended a teleconference on November 7, 2006 with Special Master Keating in

14   which certain issues around the November 3, 2006 transport were discussed.  During the

15   teleconference, Special Master  Keating was  informed that the CDCR clinicians who conduct the

16   post-transfer screenings in Tennessee were unable to locate the unit health records of two of the

17   transferred inmates at the time of the post- transfer screenings.

18   7.    After the teleconference with Special Master Keating, I was informed that Associate

19   Warden Melissa Lee, who accompanied the 80 inmates to Tennessee and remains in Tennessee

20   serving as a liaison with CCA, checked and found that all 80 of the inmates' UHRs were present

21   in CCA.

22   8.    In light of Special Master Keating's request that a report concerning the post-transfer

23   screenings of seven inmates be prepared by mental health clinicians, I directed that copies of the

24   seven inmates UHRs be made and forwarded to Margaret McAloon, Chief Psychologist.  Of the

25   seven inmate UHRs, six were provided to Margaret McAloon as of the morning of November 8,

26   //

27   //

28   //

DEC. ROUGEUX

2006.  One inmates's UHR was not easily obtained from its home institution, Correctional

Training Facility, and so could not be forwarded via overnight mail until tonight.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: *11-8-06*                    By: _____

                                         TIM ROUGEUX

32186216.wpd

DEC. ROUGEUX                                                 3