BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF SHAMA CHAIKEN RE: OUT-OF-STATE TRANSFER** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | Hearing:    November 8, 2006<br>Time:       8:30 a.m. |
| Defendants. | Courtroom:  Four<br>Judge:      The Honorable Lawrence K. Karlton |

I, Shama Chaiken, declare:

1.  I am employed by the California Department of Corrections and Rehabilitation (CDCR). I am the Chief Psychologist for Headquarters Policy and Program Development. I am a licensed by the State of California as a psychologist.

2.  I have personal knowledge of the facts stated in this declaration and could testify to those facts competently.

3.  For the past year, I have been responsible for finalizing the set of mental health care policies and procedures known as the Revised Program Guide. As part of my work, I have

DECLARATION OF CHAIKEN

1

1 | prepared and commenced training to implement the Revised Program Guide.

2 |     4.   I provided a copy of the Revised Program Guide for relay to CCA of Tennessee. I
3 | understand that the copy was relayed to CCA of Tennessee on November 2, 2006.

4 |     5.   I am the designated person to work with CCA of Tennessee to ensure the staffing ratios
5 | and other policies and procedures enumerated in the Revised Program Guide are understood by
6 | CCA of Tennessee.

7 |     6.   I understand there will be a joint meeting (via teleconference) of CCA clinical staff and
8 | CDCR staff to discuss the Revised Program Guide policies and procedures on Thursday,
9 | November 9, 2006. I plan on attending that meeting.

10 |     I declare under the penalty of perjury that the foregoing is true and correct.

11 | Dated: November 8, 2006    By: _____Shama Chaiken, PhD_____
                                                    Shama Chaiken

16 | 30186288.wpd
   | CF1997CS0003

DECLARATION OF CHAIKEN