1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

| RALPH COLEMAN, et al., | CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF MARGARET MCALOON RE: OUT-OF-STATE TRANSFER** |
| v. | Hearing:    November 9, 2006<br>Time:       8:30 a.m.<br>Courtroom:  Four<br>Judge:      The Honorable Lawrence K. Karlton |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Margaret McAloon, declare:

1. I am a psychologist licensed by the State of California. I am employed at the California Department of Corrections and Rehabilitation (CDCR) in the position of Chief Psychologist within the Division of Correctional Health Care Services (DHCS) at the headquarters office in Sacramento. I have been employed by CDCR since 1993.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon them would do so competently.

DECLARATION OF MCALOON

1

3. On November 3, 2006, I was notified of this Court's order permitting the transport of 80 inmates to CCA in Tennessee. I was further notified of this Court's order to conduct additional mental health screenings of those inmates. I was provided and reviewed a copy of Special Master Keating's November 1, 2006 letter providing the mental health criteria for transfer of inmates to this out-of-state facility.

4. I assembled a team of mental health clinicians to go to Tennessee and conduct those additional screenings. The team consisted of myself, Andrew Swanson (psychiatrist), Robert Smith (psychologist), Tia Armenta (psychologist), Alvin Gaerlan (psychologist), Dudley Atkinson (licensed social worker). The entire team flew to Tennessee on November 3, 2006.

5. I prepared the form for the additional mental health screening conducted at CCA in Tennessee.

6. Once at CCA in Tennessee, each of the team members was assigned a portion of the 80 inmates to further assess for qualification for transfer. The team members were given the UHRs and the 'flimsy' central files for each of the inmates they were assigned to assess. (At the time of this post-transfer screening, the UHRs for two inmates could not be located.) After reviewing the UHRs and the 'flimsy' central files, each clinician then conducted a one-on-one assessment of the inmate. Each clinician completed the post-transfer screening form for each inmate that they assessed.

7. Team members met together on the afternoon of Saturday, November 4 and Sunday, November 5 to discuss their findings and any concerns. During those conversations, the cases of seven transferred inmates with prior suicide attempts and/or mental health case load status were discussed. The team found each of those inmates qualified for transfer and not subject to return to the State of California for housing within the California Department of Corrections and Rehabilitation.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:     By: _____
                MARGARET MCALOON

DECLARATION OF MCALOON

1