THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227492
600 Harrison St., Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

ROSEN BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 96891
AMY WHELAN Bar No.: 215675
315 Montgomery Street, 10th Floor
San Francisco, CA  94104
Telephone:  (415) 433-6830

Attorneys for Plaintiffs-Intervenors

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.:  Civ S 90-0520 LKK-JFM<br><br>**NOTICE OF MOTION AND MOTION BY ROBERT HECKER ET AL., FOR PERMISSIVE INTERVENTION AND FOR MODIFICATION OF PROTECTIVE ORDER**<br><br>**HEARING**<br><br>Date:  December 14, 2006<br>Time:  11:00 a.m.<br>Place:  Courtroom 25, 8th Floor<br><br>The Honorable John F. Moulds |

NOTICE OF MOTION AND MOTION FOR PLAINTIFFS' PERMISSIVE INTERVENTION AND FOR MODIFICATION OF PROTECTIVE ORDER,
NO.:  CIV S 90-0520 LKK-JFM

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-ENTITLED ACTION: PLEASE TAKE NOTICE that on December 14, 2006 at 11:00 a.m. or as soon thereafter as the matter may be heard, Plaintiffs-Intervenors Robert Hecker *et al.* will and hereby do move this Court for an Order to modify the existing Protective Order filed in the above-captioned case on July 29, 1992.

This motion is made pursuant to Rules 24(b) and 26(c) of the Federal Rules of Civil Procedure and is made on the ground that modification of the Protective Order would further the interests of justice, benefit the *Coleman* class, and minimize delay and expense in the matter of *Hecker et al. v. Schwarzenegger et al.*, Case No. 2:05-CV-02441 LKK-JFM, presently pending in the U.S. District Court for the Eastern District of California.

This motion is supported by this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Michael W. Bien, the [Proposed] Order Granting Permissive Intervention and Modifying Protective Order, the Alternative [Proposed] Order Granting Permissive Intervention and Modifying Protective Order, the papers and pleadings on file in this action, and such other papers and evidence as may come before the Court upon the hearing of this matter.

Dated: November 9, 2006                           Respectfully submitted,

By:      */s/ Michael W. Bien*
         Michael W. Bien
         Rosen, Bien & Galvan
         Attorneys for Plaintiffs

-1-
NOTICE OF MOTION AND MOTION FOR PLAINTIFFS' PERMISSIVE INTERVENTION AND FOR MODIFICATION OF PROTECTIVE ORDER, NO.: CIV S 90-0520 LKK-JFM