# EXHIBIT H

1   McCUTCHEN, DOYLE, BROWN & ENERSEN, LLP
    KAREN L. KENNARD (SBN 141925)
2   MICHAEL I. BEGERT (SBN 141969)
    LAURA J. ZUCKERMAN (SBN 161896)
3   JENNIFER L. JONAK (SBN 191323)
    STEPHANIE L. GATENS (SBN 197257)
4   Three Embarcadero Center
    San Francisco, California 94111-4067
5   Telephone: (415) 393-2000

6   ROSEN, BIEN & ASARO                     PRISON LAW OFFICE
    MICHAEL W. BIEN (SBN 96892)             DONALD SPECTER (SBN 83925)
7   155 Montgomery Street                   General Delivery
    San Francisco, California 94104         San Quentin, California 94964
8   Telephone: (415) 433-6830               Telephone: (415) 457-9144

9   STEPHEN J. PERRELLO, JR. (SBN 56288)    ALEX LANDON (SBN 50957)
    P.O. Box 880738                         2442 Fourth Avenue
10  San Diego, California 92168             San Diego, California 92101
    Telephone: (619) 277-5900               Telephone: (619) 232-6022

11
    Attorneys for Plaintiffs-Intervenors
12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15  JOHN ARMSTRONG, et al.,            No. C-94-2307 CW

16              Plaintiffs,            [PROPOSED] ORDER MODIFYING
                                       PROTECTIVE ORDER
17
            v.
18
19  GRAY DAVIS, et al.,

20              Defendants.

21

22

23

24

25

26

27

28          [PROPOSED] ORDER MODIFYING PROTECTIVE ORDER
                    (Case No. C-94-2307.CW)

RECEIVED
MAY 1 8 1999
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ORIGINAL
FILED
MAY 21 1999
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
MAY 2 6 1999
ROSEN BIEN & ASARO

1    The plaintiffs and defendants in *Valdivia v. Davis*, Case No. S-94-0671

2    LKK/GGH have stipulated, and the Honorable Gregory H. Hollows has ordered, that the

3    *Valdivia* Plaintiffs may review the information produced in the above-captioned litigation. *See*

4    Joint Stipulation And Order Regarding Information Produced in *Armstrong v. Davis*, attached as

5    Exhibit A. The *Armstrong* Plaintiffs have raised no objection to a modification of the protective

6    order entered in this case on March 23, 1995 (the "Protective Order"), and the *Armstrong*

7    Defendants have withdrawn their objection per the attached stipulation. Therefore, good cause

8    appearing, the Protective Order shall be modified to permit the *Valdivia* Plaintiffs immediately to

9    review the information produced in this action.

10    IT IS HEREBY ORDERED THAT:

11    1.    The Protective Order is hereby modified in the following manner:

12    a)    Paragraph 2 shall be modified to add the following subparagraph:

13    "f.    Individuals as described in subparts (a) through (e), above, in *Valdivia v.*

14    *Davis* (No. Civ. S-94-0671 LKK/GGH), currently pending in the United States District Court for

15    the Eastern District of California, who agree to be bound by the terms of this Order."

16    b)    Paragraph 5 shall be modified to read as follows:

17    "5.    All personal and security information shall be used solely in connection

18    with this litigation or in connection with *Valdivia v. Davis* (No. Civ. S-94-0671 LKK/GGH),

19    currently pending in the United States District Court for the Eastern District of California, and

20    not for any other purpose, including other litigation.

21    IT IS SO ORDERED.

22

23    DATED:    MAY 21 1999    _____

24

25                                    CLAUDIA WILKEN

26                                    _____
                                     The Honorable Claudia Wilken
27                                    United States District Court

28
        [PROPOSED] ORDER MODIFYING PROTECTIVE ORDER
                    (Case No. C-94-2307 CW)
                            1

AB991270.067

1    PRISON LAW OFFICE
     DONALD SPECTER, #83925
2    SARA NORMAN, #189536  RECEIVED
     General Delivery
3    San Quentin, CA  94964        APR - 7 2003
     Telephone: (415) 457-9144   RICHARD W. WIEKING
4                                 CLERK, U.S. DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA
5    DISABILITY RIGHTS EDUCATION          OAKLAND
     AND DEFENSE FUND, INC.
6    ARLENE MAYERSON, #79310
     2212 6th Street
7    Berkeley, CA  94710
     Telephone: (510) 644-2555
8
9    PILLSBURY, MADISON & SUTRO LLP
     SHAWN A. HANSON, #109321
10   CAROLINE MITCHELL, #143124    ORIGINAL
     50 Fremont Street              FILED
11   San Francisco, CA  94105
     Telephone:  (415) 983-1000        APR 1 5 2003
12
13   Attorneys for Plaintiffs        RICHARD W. WIEKING
                                   CLERK, U.S. DISTRICT COURT
14                                 NORTHERN DISTRICT OF CALIFORNIA
                                          OAKLAND

     McCUTCHEN DOYLE BROWN
     &ENERSEN
     WARREN E. GEORGE, #53588
     Three Embarcadero Center
     San Francisco, CA  94111-4066
     Telephone: (415) 393-2000

     ROSEN, BIEN & ASARO
     MICHAEL W. BIEN, #96891
     155 Montgomery St., 8th Floor
     San Francisco, CA  94104
     Telephone: (415) 433-6830

     LAW OFFICES OF ELAINE B.
     FEINGOLD
     ELAINE B. FEINGOLD, #99226
     1524 Scenic Ave.
     Berkeley, CA 94708
     Telephone: (510) 848-8125

15                IN THE UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

                                              RECEIVED

17                                            APR 2 2 2003

18   JOHN ARMSTRONG, et al.,                  ROSEN BIEN & ASARO

19        Plaintiffs,

20        v.                        No. C-94-2307-CW

21   GRAY DAVIS, et al.,            STIPULATION TO MODIFY
                                    PROTECTIVE ORDER AND
22        Defendants.               [PROPOSED] ORDER

23

24

25

26

27

28

1        The parties through their counsel hereby agree, and the Court hereby orders, that

2   paragraph 5 of the Protective Order entered by this Court on March 23, 1995 (attached hereto as

3   Exhibit A) shall be modified as follows:

4       5.    All personal or security information shall be used solely in connection with this

5       litigation and not for any other purpose, including other litigation, except that

6       CDC Form 1824 inmate appeals produced in this action, including CDC

7       responses, may be disclosed to the following persons:

8       a.    Counsel for plaintiffs in *Plata v. Davis*, C01 1351 T.E.H;.

9       b.    Paralegal, clerical and other personnel regularly employed by counsel for

10      plaintiffs in *Plata v. Davis*;

11      c.    Court personnel and stenographic reporters engaged in such proceedings

12      as are incidental to participation in dispute resolution in *Plata v. Davis;*

13      d.    Any outside expert or consultant retained by the parties for the purposes of

14      *Plata v. Davis;*

15      e.    Witnesses to whom the confidential material may be disclosed during a

16      deposition taken in *Plata v. Davis* incidental to participation in dispute

17      resolution in that action, provided that the witnesses may not leave any

18      deposition with any copies of any of the inmate appeals, and shall be

19      informed of and agree to be bound by the terms of the *Armstrong*

20      protective order.

21      Such disclosure shall be solely for use in *Plata v. Davis* and shall not be used or

22      disclosed to any other person or entity for any other purpose.

23      In all other respects, this Court's March 23, 1995 Protective Order, as previously

24  modified, remains unchanged and enforceable.

25  ////

26  ////

27  ////

28  ////

1

2    IT IS SO STIPULATED.

3    DATED: _April 2, 2003_

4

5

6                                          _Donald Specter_
                                           DONALD SPECTER
7                                          Prison Law Office
                                           Attorney for Plaintiffs
8    DATED: _April 2, 2003_

9

10                                         _G. Michael German_
11    G. MICHAEL   GERMAN, Dep. A.G.
                                           Office of the Attorney General of the State
12                                         Of California
                                           Attorney for Defendants
13

14    IT IS SO ORDERED.

15

16    DATED:      ~~APR 15 2003~~

17                                              CLAUDIA WILKEN

18                                         HONORABLE CLAUDIA WILKEN
                                           UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

DECLARATION OF SERVICE BY MAIL

Case Name: Armstrong v. Davis        USDC No. C-94-2307-CW

I am employed in the County of Marin, California. I am over the age of 18 years and not a party to the within entitled cause: my business address is Prison Law Office, General Delivery, San Quentin, California 94964.

On, April 4, 2003 I served the attached

**STIPULATION TO MODIFY PROTECTIVE ORDER AND (PROPOSED) ORDER**

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Rafael, California, addressed as follows:

Michael German, DAG,
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-3664

Attorney for Defendants

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Rafael, California on April 4, 2003.


Bonnie Cash

# EXHIBIT I

ORIGINAL



RECEIVED

AUG 1 0 1998

ROSEN BIEN & ASARO

FILED

MAY 6 - 1998

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

MAY 5 1998

RICHARD W. WIL...
CLERK, U.S. D... ...
NORTHERN DISTRICT OF CALIFORNIA

```
 1   PRISON LAW OFFICE
     DONALD SPECTER #83925
 2   HEATHER MACKAY #161434
     General Delivery
 3   San Quentin, CA 94964
     Telephone: (415) 457-9144
 4
 5   CHAVEZ & GERTLER
     MARK A CHAVEZ #90858
 6   One Market Plaza
     Steuart Street Tower, Suite 1475
 7   San Francisco, CA 94105
     Telephone: (415) 777-5515
 8
     PILLSBURY MADISON & SUTRO LLP
 9   TRICIA L. GREENBERG #184422
     235 Montgomery Street
10   Post Office Box 7880
     San Francisco, CA 94120-7880
11   Telephone: (415) 983-1000

12          Attorneys for Plaintiffs

13   DANIEL E. LUNGREN, Attorney General
     of the State of California
14   PETER J. SIGGINS, Senior Assistant Attorney General
     JAMES M. HUMES, Supervising Deputy Attorney General
15   WILLIAM JENKINS #143616, Deputy Attorney General
     50 Fremont Street, Suite 300
16   San Francisco, CA 94105-2239
     Telephone: (415) 356-6044

17          Attorneys for Defendants

18
             UNITED STATES DISTRICT COURT
19
           NORTHERN DISTRICT OF CALIFORNIA
20

21   DERRICK CLARK, et al.         )   No. C96-1486 FMS
                                    )
22            Plaintiffs,           )   STIPULATED MODIFICATION
                                    )   TO PROTECTIVE ORDER
23   vs.                           )
                                    )
24   STATE OF CALIFORNIA, et al.   )
                                    )
25            Defendants.           )
                                    )
26   _____)

27

28
```

R:\PLO\
STIP-7.N25

1    The parties through their counsel hereby agree, and the

2    Court hereby orders, the following modification to the Protective

3    Order in this case, filed August 27, 1996:

4    1.    Insert the following after subpart (e) (page 3, line

5    3):

6    "f.    Individuals as described in subparts (a) through

7    (e), above, in <u>Coleman, et al. v. Wilson, et al.</u> (CIV

8    S 90-0520 LKK JFM), currently pending in the United

9    States District Court for the Eastern District of

10   California, and in <u>Armstrong, et al. v. Wilson, et</u>

11   <u>al.</u> (C94-2307 CW), currently pending in the United

12   States District Court for the Northern District of

13   California, who agree to be bound by the terms of

14   this Order."

15   2.    Paragraph 6 shall be modified to read as follows:

16   "6.    All personal or security information shall

17   be used solely in connection with this litigation, in

18   <u>Coleman, et al. v. Wilson, et al.</u> (CIV S 90-0520 LKK

19   JFM), currently pending in the United States District

20   Court for the Eastern District of California, or in

21   <u>Armstrong, et al. v. Wilson, et al.</u> (C94-2307 CW),

22   currently pending in the United States District Court

23   for the Northern District of California, and not for

24   any other purpose, including other litigation.  If

25   the parties to this litigation wish to utilize or

26   disclose confidential information obtained in this

27   action in <u>Coleman</u> or <u>Armstrong</u>, they shall notify in

28   writing counsel for the opposing party in the action

R:\PLO\
STIP-7.N25

1

STIPULATED MODIFICATION TO PROTECTIVE ORDER

1   in which they wish to use the information at least

2   seven days prior to such use or disclosure."

3

4   AGREED TO BY THE PARTIES:

5

6   Date: 4/13/98 _____          _____
                                        William Jenkins
7                                       Deputy Attorney General
                                        Counsel for Defendants
8

9   Date: 5/4/88 _____          _____
                                        Donald Specter
10                                      Counsel for Plaintiffs

11

12  IT IS SO ORDERED.

13

14  Date: May 6, 1998 _____          _____
                                        Honorable Fern M. Smith
15                                      United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

\PLO\
::P-7.N25

2                        STIPULATED MODIFICATION TO PROTECTIVE ORDER

# EXHIBIT J

**FILED**

**/JUL 2 8 1995**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,           No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

      Defendants.           ORDER

_____/

      The motion of proposed intervenor Troy Davey for
permissive intervention and for modifying the protective order
filed in this action on September 12, 1991, came on for hearing on
July 26, 1995. Margaret Johns appeared as counsel for proposed
intervenor Troy Davey. Karl Mayer appeared as counsel for
defendants.

      Permissive intervention is an appropriate mechanism for
seeking to obtain access to discovery conducted in another action
that is governed by a protective order. <u>Beckman Industries, Inc.
v. International Insurance Co.</u>, 966 F.2d 470 (9th Cir. 1992). Troy
Davey is proceeding with a civil rights action also pending in this



AO 72
(Rev 8/82)

1  court, <u>Davey v. Gomez</u>, CIV S-94-0151 WBS JFM P.  Mr. Davey's

2  complaint raises claims that present questions of law and fact in

3  common with claims raised in the instant action.  Mr. Davey's

4  motion for permissive intervention will be granted.  <u>See</u> <u>Beckman</u>,

5  <u>id.</u>

6          Intervenor Davey seeks modification of the protective

7  order entered in this action to permit inspection and copying of

8  documents and depositions pertaining to

9          the risk of suicide at CDC facilities; the
           incidence of suicide and suicide attempts at
10         CDC facilities; screening and monitoring
           procedures for inmates who might present a risk
11         of suicide; training policies and programs for
           staff to identify and monitor inmates who might
12         be at risk; memoranda of understanding or other
           documents reflecting agreements or policies
13         regarding transfer of inmates between
           facilities who might pose a risk of suicide;
14         memoranda, pamphlets, policies and reports
           pertaining to suicide risk, prevention, and
15         investigation.

16 (Supplemental Memorandum re Motion for Permissive Intervention,

17 filed July 26, 1995.)  Intervenor has specifically identified

18 psychological autopsies of prisoners who committed suicide at CDC

19 facilities, the deposition of Dr. Louis Beermann, the deposition of

20 Dr. Gritter, and Plaintiffs' Response to Defendants' Objections to

21 the Magistrate Judge's Findings and Recommendations.  (<u>Id.</u>)

22          Intervenor's request is reasonably tailored to

23 information relevant to the claims raised in his action.  The

24 motion for modification of the protective order will be granted to

25 permit inspection and copying of the documents identified in

26 intervenor's July 26, 1995 supplemental memorandum.

AO 72
(Rev 8/82)

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.    Troy Davey's motion for permissive intervention is

3    granted;

4    2.    The protective order filed in this action on

5    September 12, 1991, is modified so that the parties may allow the

6    attorneys for Troy Christian Davey in Case No. CIV S-94-0151 WBS

7    JFM P access to the materials identified in Mr. Davey's July 26,

8    1995 Supplemental Memorandum re Permissive Intervention; and

9    3.    Troy Christian Davey and his attorneys are bound by

10   and subject to all terms and conditions of the Protective Order

11   presently in effect in this action.

12   DATED:   July _27_ , 1995.

13

14   UNITED STATES MAGISTRATE JUDGE

   JFM:hg:bw
15   coleman.int

16

17

18

19

20

21

22

23

24

25

26

AO 72
(Rev 8/82)

3

vc

United States District Court
for the
Eastern District of California
July 28, 1995

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520

Coleman

   v.

Reagan

I, the undersigned, hereby certify that I am an employee in the Office of
the Clerk, U.S. District Court, Eastern District of California.

That on  July 28, 1995, I SERVED a true and correct copy(ies) of
the attached, by placing said copy(ies) in a postage paid envelope
addressed to the person(s) hereinafter listed, by depositing said
envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.

      Donald Specter               CF/JFM
      Prison Law Office
      General Delivery            DAG, Castro
      San Quentin, CA  94964

      Warren E George Jr
      McCutchen Doyle Brown and Enersen
      Three Embarcadero Center
      Suite 1800
      San Francisco, CA  94111

      Michael W Bien
      Rosen Bien and Asaro
      155 Montgomery Street
      Eighth Floor
      San Francisco, CA  94104

      Richard L Goff
      Heller Ehrman White and McAuliffe
      333 Bush Street
      Suite 3100
      San Francisco, CA  94104-2878

Amelia A Craig
Heller Ehrman Wh   and McAuliffe
333 Bush Street
Suite 3100
San Francisco, CA  94104-2878

Karl S Mayer
Attorney General's Office of the State of California
50 Fremont Street
Suite 300
San Francisco, CA  94105-2239

Catherine I. Hanson
California Medical Association
221 Main Street
San Francisco, CA  94105

Ann M Hansen
Seltzer and Cody
180 Grand Avenue
Suite 1300
Oakland, CA  94612

Jack L. Wagner, Clerk

BY: _____
V Carrizales, Deputy Clerk

# EXHIBIT K

ORIGINAL
FILED

FEB 1 ~ 1998

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

```
 1   PRISON LAW OFFICE
     DONALD SPECTER (State Bar # 83925)
 2   ALISON HARDY (State Bar # 139566)
     General Delivery
 3   San Quentin, California 94964
     Telephone (415) 457-9144
 4
     McCUTCHEN, DOYLE, BROWN & enersen
 5   WARREN E. GEORGE (State Bar # 53588)
     Three Embarcadero Center
 6   San Francisco, California 94111
     Telephone (415) 393-2000
 7
     ROSEN, BIEN & ASARO
 8   MICHAEL W. BIEN (State Bar # 096891)
     SANFORD JAY ROSEN (State Bar # 062566)
 9   155 Montgomery Street, 8th Floor
     San Francisco, California 94104
10   Telephone (415) 433-6830

11   HELLER, EHRMAN, WHITE & McAULIFFE
     RICHARD L. GOFF (State Bar # 36377)
12   701 Fifth Avenue
     Seattle, WA 98104
13   Telephone (206) 447-0900

14   DISABILITY RIGHTS AND EDUCATION DEFENSE FUND
     ELAINE B. FEINGOLD (State Bar # 99226)
15   2212 6th street
     Berkeley, California 94710
16   Telephone (510) 644-2627

17   Attorneys for Plaintiffs
```

RECEIVED

FEB 1 1 1998

ROSEN BIEN & ASARO

LODGED

FEB -4 1998

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
22   RALPH COLEMAN,                    )   NO.  CIV S 90-0520 LKK-JFM
                                       )
23             Plaintiff,              )   STIPULATED MODIFICATION
                                       )   TO PROTECTIVE ORDER
24        v.                           )
                                       )
25   PETE WILSON, et al.               )
                                       )
26             Defendants.             )
                                       )
27   _____    )

28        The parties through their counsel hereby agree, and the
```

1   Court hereby orders, the following modification to the
2   Protective Order in this case, filed September 12, 1991:
3        1.   Insert the following after subpart (e) (page 2, line
4   20):
5             "f.   Individuals as described in subparts (a) through
6   (e), above, in <u>Clark, et al. v. California, et al.</u>  (C96-146
7   FMS), and in <u>Armstrong, et al. v. Wilson, et al.</u>  (C94-2307 CW),
8   currently pending in the United States District Court for the
9   Northern District of California, who agree to be bound by the
10  terms of this Order.
11       2.   Paragraph 6 shall be modified to read as follows:
12            "6.   All confidential information shall be used solely
13  in connection with this litigation, in <u>Clark, et al. v.</u>
14  <u>California, et al.</u> ( C96-1486 FMS), or in <u>Armstrong, et al. v.</u>
15  <u>Wilson, et al.</u>  (C94-2307 CW), currently pending in the United
16  States District Court for the Northern District of California,
17  and not for any other purpose, including other litigation."  If
18  the parties to this litigation wish to utilize or disclose
19  confidential information obtained in this action in *Clark* or
20  *Armstrong*, they shall notify in writing counsel, for the opposing
21  party in the action in which they wish to use the information at
22  least seven days prior to such use or disclosure.
23  //
24  //
25  //
26  //
27  //
28  //

STIPULATED MODIFICATION TO PROTECTIVE ORDER
USDC CIV S 90-0520 lkk-jfm                     2.

1  | AGREED TO BY THE PARTIES:

2  | Dated: _February 2, 1998_

3  |                                     ROSEN, BIEN & ASARO

4  |                                     By: _Michael W. Bien_

5  |                                         MICHAEL W. BIEN, ESQ.

6  |                                     Attorneys for Plaintiffs

7  | Dated:    _2.3.98_

8  |                                     DANIEL E. LUNGREN
   |                                     Attorney General

9  |

10 |                                     _____
   |                                     PETER J. SIGGINS, Senior

11 |                                     Assistant Attorney General

12 |                                     BRUCE M. SLAVIN
   |                                     Deputy Attorney General

13 |                                     Attorneys for Defendants

14 |

15 |    IT IS SO ORDERED:

16 |
   |    Dated: _Feb. 9, 1998_

17 |

18 |

19 |                                     _____
   |                                     LAWRENCE K. KARLTON

20 |                                     United States ~~District~~ Judge
   |                                                    Magistrate

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

STIPULATED MODIFICATION TO PROTECTIVE ORDER
USDC CIV S 90-0520 lkk-jfm                              3.

DECLARATION OF SERVICE

Case Name:    *Coleman, et al. v. Wilson, et al.*

No.:          USDC ED #CIV S-90-0520 LKK JFM

I declare:

I am employed in the Office of the Attorney General, which is the
office of a member of the Bar of this Court at which member's
direction this service is made.  I am familiar with the business
practice at the Office of the Attorney General for collection and
processing of correspondence for mailing with the United States
Postal Service.  In accordance with that practice, correspondence
placed in the internal mail collection system at the Office of
the Attorney General is deposited with the United States Postal
Service that same day in the ordinary course of business.

On February 3, 1998, I placed the attached


**STIPULATED MODIFICATION TO PROTECTIVE ORDER**


in the internal mail collection system at the Office of the
Attorney General, 50 Fremont Street, Room 300, San Francisco,
California 94105, for deposit in the United States Postal Service
that same day in the ordinary course of business, in a sealed
envelope, postage fully postpaid, addressed as follows:

DONALD SPECTER                                    ELAINE FIENGOLD
ALISON HARDY                                      DISABILITY RIGHTS AND EDUCATION DEFENSE FUND
PRISON LAW OFFICE                                 2212 6th STREET
GENERAL DELIVERY                                  BERKELEY, CA 94710
SAN QUENTIN, CA 94964

MICHAEL W. BIEN
ROSEN, BIEN & ASARO                              J. MICHAEL KEATING JR.
155 MONTGOMERY ST., 8TH FLOOR                    LITTLE BULMAN & REARDON, P.C.
SAN FRANCISCO, CA 94104                          THE JOSEPH BROWN HOUSE
                                                 50 S MAIN STREET
HELLER, EHRMAN, WHITE & McAULIFFE                PROVIDENCE, RI 02903
RICHARD L. GOFF
701 FIFTH AVENUE
SEATTLE, WA 98104

WARREN E. GEORGE
McCUTCHEN, DOYLE, BROWN & ENERSEN
THREE EMBARCADERO CENTER
SAN FRANCISCO, CA 94111


I declare under penalty of perjury the foregoing is true and
correct and that this declaration was executed on
February 3, 1998 at San Francisco, California.


_____A. ALBANO_____                    _____[signature]_____
                                              Signature

United States District Court
for the
Eastern District of California
February 10, 1998

* * CERTIFICATE OF SERVICE * *

2:90-cv-00520



Coleman

v.

Reagan

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  February 10, 1998, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald Specter                        CF/JFM
Prison Law Office
General Delivery
San Quentin, CA  94964

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA  94104

Bruce Michael Slavin / *Eaglins*
Attorney General's Office of the State of California
50 Fremont Street
Suite 300
San Francisco, CA  94105-2239

J Michael Keating Jr
Christopher H Little & Associates
50 S Main St
Providence, RI   02903

Edmund F Brennan
United States Attorney
555 Capitol Mall
Suite 1550
Sacramento, CA  95814

J. L Wagner, Clerk

v. Deputy Clerk

# EXHIBIT L

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    ARNOLD SCHWARZENEGGER, GOVERNOR

*DIVISION OF CORRECTIONAL HEALTH CARE SERVICES*
P. O. Box 942883
Sacramento, CA  94283-0001

**RECEIVED**

MAY 2 6 2006


Rosen Bien & Asaro

May 23, 2006


J. Michael Keating, Jr.                    via:    Lisa Tillman
Office of the Special Master                      Deputy Attorney General
2351 Sussex Lane                                 Department of Justice
Fernandina Beach, FL  32034                      1300 I Street, Suite 125
                                                 P. O. Box 944255
                                                 Sacramento, CA  94244-2550


**RE:  INFORMATION REQUESTED, RESPONSE TO JANUARY 19, 1999, COURT
ORDER REGARDING STAFF VACANCIES**

Dear Mr. Keating:


Enclosed are the monthly reports for February 2006, reflective of January 2006 data, and responsive to the January 19, 1999, court order regarding staff vacancies, including changes agreed to at the August 7, 2003, All Parties meeting.

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.  This report shows allocated staff and vacancy rate information for the most recent period available.
3. Health Care Placement Unit (HCPU) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution.
7. Referrals for Transfer to the Department of Mental Health.
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals – Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager positions and vacancies for the EOP Administrative Segregation Hub institutions.
16. EOP inmates waiting for transfer to a Psychiatric Services Unit (PSU).