1  THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
2  CLAUDIA CENTER Bar No.: 158255
   LEWIS BOSSING Bar No.: 227492
3  600 Harrison St., Suite 120
   San Francisco, CA 94107
4  Telephone: (415) 864-8848

5  ROSEN BIEN & GALVAN, LLP
   MICHAEL W. BIEN Bar No.: 96891
6  AMY WHELAN Bar No.: 215675
   315 Montgomery Street, 10th Floor
7  San Francisco, CA 94104
   Telephone: (415) 433-6830

8

9  Attorneys for Plaintiffs-Intervenors

10              **IN THE UNITED STATES DISTRICT COURT**

11              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12 | RALPH COLEMAN,                          | Civ S 90-0520 LKK-JFM
13 |     Plaintiffs,                         |
   |                                         | **[PROPOSED] ORDER**
14 | vs.                                     | **MODIFYING PROTECTIVE**
   |                                         | **ORDER**
15 | ARNOLD SCHWARZENEGGER, et al.,          |
   |                                         | **HEARING**
16 |     Defendants                          |
17 |                                         | Date: December 14, 2006
   |                                         | Time: 11:00 a.m.
18 |                                         | Place: Courtroom 25, 8th Floor
19 |                                         |
   |                                         | The Honorable John F. Moulds

20

21

22

23

24

25

26

27

28

H:\0935\1\Pleading\[Proposed] Order Modifying Protective Order Coleman.doc

[PROPOSED] ORDER MODIFYING PROTECTIVE ORDER, Case No. Civ S 90-0520 LKK-JFM

1  The parties having presented arguments on the subject, and the Court having found good cause to allow the *Hecker* Plaintiffs immediately to review the information produced in this action, the motion for permissive intervention filed by the *Hecker* Plaintiffs is hereby granted.

IT IS ORDERED THAT:

1. The protective order entered in this case on July 29, 1992 (the "Protective Order") is hereby modified in the following manner:

   a) Paragraph 3 shall be modified to add the following subparagraph:

   "g. Individuals as described in subparts (a) through (e), above, in *Hecker v. Schwarzenegger* (No. 2:05-cv-02441 LKK-JFM), currently pending in the United States District Court for the Eastern District of California, who agree to be bound by the terms of this Order." and;

   b) Paragraph 6 shall be modified to read as follows:

   "6. All confidential material obtained by counsel for plaintiffs shall be used solely in connection with this litigation or in connection with *Hecker v. Schwarzenegger* (No. 2:05-cv-02441 LKK-JFM), currently pending in the United States District Court for the Eastern District of California, or related appellate proceedings, and not for any other purpose, including other litigation.

IT IS SO ORDERED.

DATED: _____     _____
                                    The Honorable John F. Moulds
                                    United States Magistrate Judge