PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
LORI RIFKIN Bar No.: 244081
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY–
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONVENE A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION**<br><br>**HEARING**<br><br>Date:     December 11, 2006<br>Time:     10:00 A.M.<br>Location: Courtroom 4<br><br>The Honorable Lawrence K. Karlton |

H:\0489\3\PLEADING\pls' motion re 3 judge panel - overcrowding, 11-13-06, 489-3 .DOC

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONVENE A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION, Case No. Civ S 90-0520 LKK-JFM

|   |   |
|---|---|
| 1 | **NOTICE OF MOTION** |
| 2 | TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD: |

PLEASE TAKE NOTICE THAT on December 11, 2006, Plaintiffs, through their counsel of record, will and hereby do move for an order to convene a three judge panel to limit the prison population, pursuant to 28 U.S.C. § 2284 and 18 U.S.C. § 3626(a)(3).  Parallel motions to convene a three judge panel are being filed by the plaintiffs in *Plata v. Schwarzenegger*, No. 01-cv-10351 TEH (N.D.Ca) and *Armstrong* v. Schwarzenegger, No. C94-2307-CW (N.D.Ca.).

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declarations of Michael W. Bien and Jane E. Kahn in Support of this Motion, the pleadings and orders on file in the above-captioned matter, and any oral argument or evidence permitted at any hearings on this motion.

Dated: November 13, 2006                                    Respectfully submitted,

/s/ Michael W. Bien
Michael W. Bien
Rosen, Bien & Galvan
Attorneys for Plaintiffs