# Exhibit A



**Office of the Governor**   ARNOLD SCHWARZENEGGER
THE PEOPLE'S GOVERNOR

# PROCLAMATION

10/04/2006

**Prison Overcrowding State of Emergency Proclamation**

PROCLAMATION
by the
Governor of the State of California

    **WHEREAS,** the California Department of Corrections and Rehabilitation (CDCR) is required by California law to house inmates committed to state prison; and

    **WHEREAS,** various trends and factors, including population increases, parole policies, sentencing laws, and recidivism rates have created circumstances in which the CDCR is now required to house a record number of inmates in the CDCR prison system, making the CDCR prison system the largest state correctional system in the United States, with a total inmate population currently at an all-time high of more than 170,000 inmates; and

    **WHEREAS,** due to the record number of inmates currently housed in prison in California, all 33 CDCR prisons are now at or above maximum operational capacity, and 29 of the prisons are so overcrowded that the CDCR is required to house more than 15,000 inmates in conditions that pose substantial safety risks, namely, prison areas never designed or intended for inmate housing, including, but not limited to, common areas such as prison gymnasiums, dayrooms, and program rooms, with approximately 1,500 inmates sleeping in triple-bunks; and

    **WHEREAS,** the current severe overcrowding in 29 CDCR prisons has caused substantial risk to the health and safety of the men and women who work inside these prisons and the inmates housed in them, because:

    With so many inmates housed in large common areas, there is an increased, substantial risk of violence, and greater difficulty controlling large inmate populations.

    With large numbers of inmates housed together in triple-bunks, there is an increased, substantial risk for transmission of infectious illnesses.

    The triple-bunks and tight quarters create line-of-sight problems for correctional officers by blocking views, creating an increased, substantial security risk.

**WHEREAS,** the current severe overcrowding in these 29 prisons has also overwhelmed the electrical systems and/or wastewater/sewer systems, because those systems are now often required to operate at or above the maximum intended capacity, resulting in an increased, substantial risk to the health and safety of CDCR staff, inmates, and the public, because:

Overloading the prison electrical systems has resulted in power failures and blackouts within the prisons, creating increased security threats. It has also damaged fuses and transformers.

Overloading the prison sewage and wastewater systems has resulted in the discharge of waste beyond treatment capacity, resulting in thousands of gallons of sewage spills and environmental contamination.

And when the prisons "overdischarge" waste, bacteria can contaminate the drinking water supply, putting the public's health at an increased, substantial risk.

**WHEREAS,** overloading the prison sewage and water systems has resulted in increased, substantial risk of damage to state and privately owned property and has resulted in multiple fines, penalties and/or notices of violations to the CDCR related to wastewater/sewer system overloading such as groundwater contamination and environmental pollution; and

**WHEREAS,** overcrowding causes harm to people and property, leads to inmate unrest and misconduct, reduces or eliminates programs, and increases recidivism as shown within this state and in others; and

**WHEREAS,** in addition to all of the above, in the 29 prisons with severe overcrowding, the following circumstances exist:

Avenal State Prison has an operational housing capacity of 5,768 inmates, but it currently houses 7,422 inmates, with 1,654 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 64 incidents of assault/battery by inmates — 31 of them against CDCR staff — along with 15 riots/melees, and 27 weapon confiscations.

The California Correctional Center has an operational housing capacity of 5,724 inmates, but it currently houses 6,174 inmates, with 450 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 128 incidents of assault/battery by inmates — 16 of them against CDCR staff — along with 34 riots/melees, and 21 weapon confiscations.

The California Correctional Institution has an operational housing capacity of 4,931, but it currently houses 5,702 inmates, with 771 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 125 incidents of assault/battery by inmates — 79 of them against CDCR staff — along with 5 riots/melees, and 57 weapon confiscations.

Centinela State Prison has an operational housing capacity of 4,368, but it currently houses 4,956 inmates, with 588 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 141

incidents of assault/battery by inmates — 30 of them against CDCR staff — along with 10 riots/melees, and 151 weapon confiscations.

The California Institution for Men has an operational housing capacity of 5,372, but it currently houses 6,615 inmates, with 1,243 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 170 incidents of assault/battery by inmates — 57 of them against CDCR staff — along with 21 riots/melees, and 47 weapon confiscations.

The California Institution for Women has an operational housing capacity of 2,228, but it currently houses 2,624 inmates, with 396 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 65 incidents of assault/battery by inmates — 26 of them against CDCR staff — and 6 weapon confiscations.

The California Men's Colony has an operational housing capacity of 6,294, but it currently houses 6,574 inmates, with 280 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 151 incidents of assault/battery by inmates — 33 of them against CDCR staff — along with 11 riots/melees, and 29 weapon confiscations.

The California State Prison at Corcoran has an operational housing capacity of 4,954, but it currently houses 5,317 inmates, with 363 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 147 incidents of assault/battery by inmates — 58 of them against CDCR staff — along with 5 riots/melees, and 111 weapon confiscations.

The California Rehabilitation Center has an operational housing capacity of 4,660, but it currently houses 4,856 inmates, with 196 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 65 incidents of assault/battery by inmates — 28 of them against CDCR staff — 9 riots/melees, and 34 weapon confiscations.

The Correctional Training Facility has an operational housing capacity of 6,157, but it currently houses 7,027 inmates, with 870 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 85 incidents of assault/battery by inmates — 26 of them against CDCR staff — along with 9 riots/melees, and 27 weapon confiscations.

Chuckawalla Valley State Prison has an operational housing capacity of 3,443, but it currently houses 4,292 inmates, with 849 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 50 incidents of assault/battery by inmates — 11 of them against CDCR staff — along with 5 riots/melees, and 21 weapon confiscations.

Deuel Vocational Institution has an operational housing capacity of 3,115, but it currently houses 3,911 inmates, with 796 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 114 incidents of assault/battery by inmates — 54 of them against CDCR staff — along with 7 riots/melees, and 37 weapon confiscations.

High Desert State Prison has an operational housing capacity of 4,346, but it currently houses 4,706 inmates, with 360 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 351

incidents of assault/battery by inmates — 44 of them against CDCR staff — along with 6 riots/melees, and 289 weapon confiscations.

Ironwood State Prison has an operational housing capacity of 4,185, but it currently houses 4,665 inmates, with 480 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 96 incidents of assault/battery by inmates — 19 of them against CDCR staff — along with 14 riots/melees, and 52 weapon confiscations.

Kern Valley State Prison has an operational housing capacity of 4,566, but it currently houses 4,686 inmates, with 120 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 146 incidents of assault/battery by inmates — 60 of them against CDCR staff — along with 10 riots/melees, and 46 weapon confiscations.

TheCalifornia State Prison at Los Angeles has an operational housing capacity of 4,230, but it currently houses 4,698 inmates, with 468 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 211 incidents of assault/battery by inmates — 123 of them against CDCR staff — along with 4 riots/melees, and 101 weapon confiscations.

Mule Creek State Prison has an operational housing capacity of 3,197, but it currently houses 3,929 inmates, with 732 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 65 incidents of assault/battery by inmates — 35 of them against CDCR staff — along with 1 riot/melee, and 28 weapon confiscations.

North Kern State Prison has an operational housing capacity of 5,189, but it currently houses 5,365 inmates, with 176 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 135 incidents of assault/battery by inmates — 43 of them against CDCR staff — along with 16 riots/melees, and 70 weapon confiscations.

Pelican Bay State Prison has an operational housing capacity of 3,444, but it currently houses 3,604 inmates, with 160 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 256 incidents of assault/battery by inmates — 88 of them against CDCR staff — along with 9 riots/melees, and 106 weapon confiscations.

Pleasant Valley State Prison has an operational housing capacity of 4,368, but it currently houses 5,112 inmates, with 744 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 205 incidents of assault/battery by inmates — 59 of them against CDCR staff — along with 12 riots/melees, and 26 weapon confiscations.

The Richard J. Donovan Correctional Facility has an operational housing capacity of 4,120, but it currently houses 4,720 inmates, with 600 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 244 incidents of assault/battery by inmates — 118 of them against CDCR staff — along with 11 riots/melees, and 96 weapon confiscations.

The California State Prison at Sacramento has an operational housing capacity of 2,973, but it currently

houses 3,213 inmates, with 240 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 264 incidents of assault/battery by inmates — 159 of them against CDCR staff — along with 5 riots/melees, and 118 weapon confiscations.

The California Substance Abuse Treatment Facility and State Prison at Corcoran has an operational housing capacity of 6,360, but it currently houses 7,593 inmates, with 1,233 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 120 incidents of assault/battery by inmates — 53 of them against CDCR staff — along with 20 riots/melees, and 124 weapon confiscations.

The Sierra Conservation Center has an operational housing capacity of 5,657, but it currently houses 6,107 inmates, with 450 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 61 incidents of assault/battery by inmates — 18 of them against CDCR staff — along with 19 riots/melees, and 50 weapon confiscations.

The California State Prison at Solano has an operational housing capacity of 5,070, but it currently houses 5,858 inmates, with 788 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 60 incidents of assault/battery by inmates — 26 of them against CDCR staff — along with 4 riots/melees, and 114 weapon confiscations.

San Quentin State Prison has an operational housing capacity of 4,933, but it currently houses 5,183 inmates, with 287 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 262 incidents of assault/battery by inmates — 123 of them against CDCR staff — along with 15 riots/melees, and 118 weapon confiscations.

Salinas Valley State Prison has an operational housing capacity of 4,200, but it currently houses 4,680 inmates, with 480 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 181 incidents of assault/battery by inmates — 82 of them against CDCR staff — along with 7 riots/melees, and 91 weapon confiscations.

Valley State Prison for Women has an operational housing capacity of 3,902, but it currently houses 3,958 inmates, with 56 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 125 incidents of assault/battery by inmates — 75 of them against CDCR staff — and 15 weapon confiscations.

Wasco State Prison has an operational housing capacity of 5,838, but it currently houses 6,098 inmates, with 260 inmates housed in areas designed for other purposes. At the same time, in the last year, there were 226 incidents of assault/battery by inmates — 97 of them against CDCR staff — along with 32 riots/melees, and 82 weapon confiscations.

**WHEREAS,** some of these 29 severely overcrowded prisons may even be housing more inmates, because the inmate population continually fluctuates among the CDCR prisons; and

**WHEREAS,** in addition to the 1,671 incidents of violence perpetrated in these 29 severely overcrowded prisons by inmates against CDCR staff last year, and the 2,642 incidents of violence perpetrated in these prisons on inmates by other inmates in the last year, the suicide rate in these 29 prisons is approaching an average of one per

week; and

**WHEREAS**, the federal court in the *Coleman* case found mental-health care in CDCR prisons to be below federal constitutional standards due in part to the lack of appropriate beds and space; and

**WHEREAS**, the use of common areas for inmate housing has severely modified or eliminated certain inmate programs in the 29 prisons with severe overcrowding; and

**WHEREAS**, the severe overcrowding has also substantially limited or restricted inmate movement, causing significantly reduced inmate attendance in academic, vocational, and rehabilitation programs; and

**WHEREAS**, overcrowded prisons in other states have experienced some of the deadliest prison riots in American history, including:

In 1971, the nation's deadliest prison riot occurred in Attica, New York, resulting in the death of 43 people. On the day of this riot, the prison — which was built for 1600 — housed approximately 2,300 inmates.

In 1981, a riot occurred in the New Mexico State Penitentiary. More than 30 inmates were killed, more than 100 people were injured, and 12 officers were taken hostage, some of whom were beaten, sexually assaulted, and/or raped. On the day of this riot, the prison — which was built for 900 — housed approximately 1,136 inmates.

In 1993, a riot occurred in Lucasville, Ohio. One officer was murdered, four officers were seriously injured, and nine inmates were killed. On the day of this riot, the prison — which was built for 1600 — housed approximately 2,300 inmates.

**WHEREAS**, I believe immediate action is necessary to prevent death and harm caused by California's severe prison overcrowding; and

**WHEREAS**, because of the housing shortage in CDCR prisons, the CDCR has current contracts with four California counties to house 2,352 additional state inmates in local adult jails, but this creates the following overcrowding problem in the county jails:

According to a report by the California State Sheriffs' Association in June 2006, adult jails recently averaged a daily population of approximately 80,000 inmates. On a typical day, the county jails lacked space for more than 4,900 inmates across the state.

Based on the same report, 20 of California's 58 counties have court-imposed population caps resulting from litigation brought by or on behalf of inmates in crowded jails and another 12 counties have self-imposed caps.

Most of California's jail population consists of felony inmates, but when county jails are full, someone in custody must be released before a new inmate can be admitted.

The 2006 Sheriffs' Association report states that last year, 233,388 individuals statewide avoided incarceration or were released early into local communities because of the lack of jail space.

**WHEREAS**, overcrowding conditions are projected to get even worse in the coming year, to the point that the CDCR expects to run out of all common area space to house prisoners in mid-2007, and will be unable to receive any new inmates; and

**WHEREAS**, in January 2006, I proposed $6 billion in the Strategic Growth Plan to help manage inmate population at all levels of government by increasing the number of available local jail beds and providing for two new prisons and space for 83,000 prisoners to address California's current and future incarceration needs; and

**WHEREAS**, the California Legislature failed to act upon this proposal; and

**WHEREAS**, in March 2006, a proposal was submitted as part of my 2006-07 budget to enable the CDCR to contract for a total of 8,500 beds in community correctional facilities within the state; and

**WHEREAS**, the California Legislature denied this proposal; and

**WHEREAS**, on June 26, 2006, I issued a proclamation calling the Legislature into special session because I believed urgent action was needed to address this severe problem in California's prisons, and I wanted to give the Legislature a further opportunity to address this crisis; and

**WHEREAS**, the CDCR submitted detailed proposals to the Legislature to address the immediate and longer-term needs of the prison system in an effort resolve the overcrowding crisis; and

**WHEREAS**, the California Legislature failed to adopt the proposals submitted by the CDCR, and also failed to adopt any proposals of its own; and

**WHEREAS**, in response, my office directed the CDCR to conduct a survey of certain inmates in California's general population to determine how many might voluntarily transfer to out-of-state correctional facilities; and

**WHEREAS**, the CDCR reports that more than 19,000 inmates expressed interest in voluntarily transferring to a correctional facility outside of California; and

**WHEREAS,** the overcrowding crisis gets worse with each passing day, creating an emergency in the California prison system.

**NOW, THEREFORE, I, ARNOLD SCHWARZENEGGER,** Governor of the State of California, in light of the aforementioned, find that conditions of extreme peril to the safety of persons and property exist in the 29 CDCR prisons identified above, due to severe overcrowding, and that the magnitude of the circumstances exceeds the capabilities of the services, personnel, equipment, and facilities of any geographical area in this state. Additionally, the counties within the state are harmed by this situation, as the inability to appropriately house inmates directly impacts local jail capacity and the early release of felons. This crisis spans the eastern, western, northern, and southern parts of the state and compromises the public's safety, and I find that local authority is inadequate to cope with the emergency. Accordingly, under the authority of the California Emergency Services Act, set forth at Title 2, Division 1, Chapter 7 of the California Government Code, commencing with section 8550, I hereby proclaim that a State of Emergency exists within the State of California's prison system.

Pursuant to this proclamation:

I. The CDCR shall, consistent with state law and as deemed appropriate by the CDCR Secretary for the sole purpose of immediately mitigating the severe overcrowding in these 29 prisons and the resulting impacts within California, immediately contract for out-of-state correctional facilities to effectuate voluntary transfers of California prison inmates to facilities outside of this state for incarceration consisting of constitutionally adequate housing, care, and programming.

II. The CDCR Secretary shall, after exhausting all possibilities for voluntary transfers of inmates, and in compliance with the Interstate Corrections Compact and the Western Interstate Corrections Compact, and as he deems necessary and appropriate to mitigate this emergency, effectuate involuntary transfers of California prison inmates, based on criteria set forth below, to institutions in other states and those of the federal government for incarceration consisting of constitutionally adequate housing, care, and programming. In such instance, because strict compliance with California Penal Code sections 11191 and 2911 would prevent, hinder, or delay the mitigation of the severe overcrowding in these prisons, applicable provisions of these statutes are suspended to the extent necessary to enable the CDCR to transfer adult inmates, sentenced under California law, to institutions in other states and those of the federal government without consent. This suspension is limited to the scope and duration of this emergency.

A.   The CDCR Secretary shall prioritize for involuntary transfer the inmates who meet the following criteria:

1. Inmates who: (a) have been previously deported by the federal government and are criminal aliens subject to immediate deportation; or (b) have committed an aggravated felony as defined by federal statute and are subject to deportation.

2. Inmates who are paroling outside of California.

3. Inmates who have limited or no family or supportive ties in California based on visitation records and/or other information deemed relevant and appropriate by the CDCR Secretary.

4. Inmates who have family or supportive ties in a transfer state.

5. Other inmates as deemed appropriate by the CDCR Secretary.

B.  No person under commitment to the Division of Juvenile Justice may be considered for such transfer.

III.  The CDCR Secretary shall, before selecting any inmate for transfer who has individual medical and/or mental-health needs, consult with the court-appointed Receiver of the CDCR medical system and/or the court-assigned Special Master in the *Coleman* mental-health case, depending on the healthcare needs of the inmate, to determine whether a transfer would be appropriate.

IV.  The CDCR Secretary shall, before effectuating any inmate transfer, carefully and thoroughly evaluate all appropriate factors, including, but not limited to, the cost-effectiveness of any such transfer and whether an inmate selected for transfer has any pending appeals or hearings that may be impacted by such transfer.

V.  The CDCR shall, as deemed appropriate by the CDCR Secretary, contract for facility space, inmate transportation, inmate screening, the services of qualified personnel, and/or for the supplies, materials, equipment, and other services needed to immediately mitigate the severe overcrowding and the resulting impacts within California. Because strict compliance with the provisions of the Government Code and the Public Contract Code applicable to state contracts would prevent, hinder, or delay the mitigation of the severe overcrowding in these prisons, applicable provisions of these statutes, including, but not limited to, advertising and competitive bidding requirements, are suspended to the extent necessary to enable the CDCR to enter into such contracts as expeditiously as possible. This suspension is limited to the scope and duration of this emergency.

**I FURTHER DIRECT** that as soon as hereafter possible, this proclamation be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this proclamation.



**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 4th day of October 2006.

ARNOLD SCHWARZENEGGER

Governor of California

**ATTEST:**

BRUCE McPHERSON

Secretary of State

Exhibit B

```
Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                    State of California
Offender Information Services Branch                                            November 6, 2006
                              WEEKLY REPORT OF POPULATION
                              AS OF MIDNIGHT November 1, 2006
_____
                                     TOTAL CDCR POPULATION
                                                    CHANGE SINCE
                           FELON/   CIVIL              11/02/05          DESIGN   PERCENT   STAFFED
                           OTHER    ADDICT    TOTAL   NO.      PCT.    CAPACITY  OCCUPIED  CAPACITY

A. TOTAL INSTITUTIONS     172,189   1,274  173,463  +6,395    +3.8
      (MEN, Subtotal)     160,735     917  161,652  +6,040    +3.8
      (WOMEN, Subtotal)    11,454     357   11,811    +355    +3.0

  1. INSTITUTIONS/CAMPS   166,017   1,274  167,291  +5,699    +3.5      85,546    195.6    168,832
      INSTITUTIONS        161,530   1,274  162,804  +5,662    +3.6      81,308    200.2    164,473
      CAMPS(CCC & SCC)      4,487             4,487    +37    +0.8       4,238    105.9      4,359

  2. COMMUNITY CORR. CTRS. 5,975        0    5,975   +638    +11.9       7,547     79.2
      CCF PRIVATE           2,767           2,767   +455    +19.6       2,752    100.5
      CCF PUBLIC            2,437           2,437    -63     -2.5       2,461     99.0
      DRUG TREATMT FURLOUGH   504             504   +239    +90.1       1,056     47.7
      PRIVATE WORK FURLOUGH    96              96     -2     -2.0       1,103      8.7
      PRISONER MOTHER PGM      68              68     +2     +3.0          70     97.1
      FAMILY FOUNDATION PGM    68              68     +8    +13.3          70     97.1
      WORK FUR. IN CUSTODY     35              35     -1     -2.7          35    100.0

  3. DMH STATE HOSPITALS     197             197    +58    +41.7

B. PAROLE                 117,986   1,634  119,620  +5,188    +4.5
    COMMUNITY SUPERVISION 116,451   1,634  118,085  +5,223    +4.6
    COOPERATIVE CASES       1,535           1,535    -35     -2.2

C. NON-CDC JURISDICTION    1,897        0    1,897   -144    -7.0
    OTHER STATE/FED. INST.   529             529    -25     -4.5
    OUT OF STATE PAROLE    1,194           1,194    -71     -5.6
    OUT OF STATE PAL          93              93    -31    -25.0
    CYA-W&IC 1731.5(c)
      INSTITUTIONS            81              81    -17    -17.3

D. OTHER POPULATIONS      20,762      292   21,054  -1,169    -5.2
   INMATES
    OUT-TO-COURT, etc.     2,029       56    2,085   +202    +10.7
    ESCAPED                  235             235    -14     -5.6
    PAROLEES (PAL/RAL)    18,498      236   18,734 -1,357    -6.7

TOTAL CDCR POPULATION    312,834    3,200  316,034 +10,270   +3.3

_____
CHANGE FROM LAST WEEK
  A. TOTAL INSTITUTIONS       -32     +16     -16
      (MEN, Subtotal)         -74      +7     -67
      (WOMEN, Subtotal)       +42      +9     +51
  B. PAROLE                  +318      -4    +314
  D. PAROLEES (PAL/RAL)       -32      -4     -36
```

This report contains the latest available reliable population figures from OBIS. They have been carefully audited, but are preliminary, and therefore subject to revision.

Figure excludes institution based camps. Total persons in camps, including base camps, are 4,575 . Base camp at CMC is included in institution counts.
Report # TPOP-1W.  Questions:        (916) 327-3262   (CALNET) 467-3262.

```
WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                    MIDNIGHT November 1, 2006


                                    FELON/    CIVIL              DESIGN    PERCENT    STAFFED
       INSTITUTIONS/CAMPS           OTHER    ADDICT    TOTAL    CAPACITY   OCCUPIED   CAPACITY

       MALE

       ASP   (AVENAL SP)             7,662              7,662    2,920     262.4       7,710
       CCC   (CAL CORRECTL CTR)      6,201              6,201    3,882     159.7       6,073
       CCI   (CAL CORRECTL INSTITN)  5,815       2      5,817    2,985     194.9       6,073
       CIM   (CAL INSTITN FOR MEN)   6,385      18      6,403    3,207     199.7       6,464

       CMF   (CAL MEDICAL FACIL)     3,068              3,068    2,307     133.0       3,316
       CMC   (CAL MEN'S COLONY)      6,550              6,550    3,840     170.6       6,574
       CRC   (CAL REHAB CTR, MEN)    3,131     845      3,976    1,814     219.2       4,000
       CAL   (CAL SP, CALIPATRIA)    4,263              4,263    2,308     184.7       4,318

       CEN   (CAL SP, CENTINELA)     4,922              4,922    4,408     111.7       9,504
       COR   (CAL SP, CORCORAN)      5,454       1      5,455    3,116     175.1       5,087
       LAC   (CAL SP, LOS ANGELES CO) 4,422             4,422    2,300     192.3       4,418
       SAC   (CAL SP, SACRAMENTO)    3,093              3,093    1,532     201.9       2,781

       SQ    (CAL SP, SAN QUENTIN)   5,223       5      5,228    3,109     168.2       5,220
       SOL   (CAL SP, SOLANO)        6,012              6,012    2,610     230.3       6,083
       SATF  (CAL SATF AND SP - COR) 7,504       3      7,507    3,424     219.2       7,593
       CVSP  (CHUCKAWALLA VALLEY SP) 4,222              4,222    1,738     242.9       4,292

       CTF   (CORRL TRAING FAC)      7,151              7,151    3,301     216.6       6,527
       DVI   (DEUEL VOCATL INSTITN)  3,861      11      3,872    2,270     170.6       4,455
       FOL   (FOLSOM SP)             4,020              4,020    2,236     179.8       4,078
       HDP   (HIGH DESERT SP)        4,649       6      4,655    2,444     190.5       4,706

       IRON  (IRONWOOD SP)           4,726              4,726    2,200     214.8       4,809
       KVSP  (KERN VALLEY SP)        4,778       1      4,779    2,625     182.1       4,989
       MCSP  (MULE CREEK SP)         3,957              3,957    1,700     232.8       3,609
       NKSP  (NORTH KERN SP)         5,356       3      5,359    2,692     199.1       5,401

       PDC   (PITCHESS DETENT CTR-RC) 1,705             1,705        0        -        1,292
       PBSP  (PELICAN BAY SP)        3,493              3,493    2,252     155.1       3,316
       PVSP  (PLEASANT VALLEY SP)    5,135              5,135    1,808     284.0       4,012
       RIO   (RIO COSUMNES COR CTR-RC) 395                395        0        -          250

       RJD   (RJ DONOVAN CORR FACIL) 4,746              4,746    2,200     215.7       4,756
       SVSP  (SALINAS VAL SP)        4,619              4,619    1,798     256.9       3,176
       SRTA  (SANTA RITA CO. JAIL-RC)  609                609        0        -          550
       SBRN  (SAN BRUNO CO. JAIL)      146                146       60     243.3          60

       SCC   (SIERRA CONSERV CTR)    6,207       1      6,208    3,736     166.2       6,215
       WSP   (WASCO SP)              5,688      21      5,709    2,834     201.4       5,717

       MALE TOTAL:                 155,168     917    156,085   79,656     195.9     157,424


       FEMALE

       CIW   (CAL INST FOR WOMEN)    2,631       8      2,639    1,346     196.1       2,703
       CRC   (CAL REHAB CTR, WOMEN)    437     335        772      500     154.4         780
       CCWF  (CENT CAL WOMEN'S FACIL) 3,898       3      3,901    2,004     194.7       3,943
       RIO   (RIO COSUMNES COR CTR-RC)  20                 20        0        -           20
       SBRN  (SAN BRUNO CO. JAIL)        2                  2       60       3.3          60
       VSP   (VALLEY SP)             3,861      11      3,872    1,980     195.6       3,902

       FEMALE TOTAL:                10,849     357     11,206    5,890     190.3      11,408


       INSTITUTIONS/CAMPS TOTAL:   166,017   1,274    167,291   85,546     195.6     168,832

       #TPOP-1, Page 2
```

```
WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                   MIDNIGHT November 1, 2006
                              FELON/    CIVIL              DESIGN    PERCENT    STAFFED
MALE   INSTITUTIONS           OTHER     ADDICT   TOTAL     CAPACITY  OCCUPIED   CAPACITY
ASP    (AVENAL SP)            7,662              7,662     2,920     262.4      7,710
CCC    (CAL CORRECTL CTR)
         Camps                2,038              2,038     1,908     106.8      2,029
         Level I              1,583              1,583       866     182.8      1,456
         Level II             1,495              1,495       608     245.9      1,503
         Level III            1,085              1,085       500     217.0      1,085
CCI    (CAL CORRECTL INSTITN)
         Level I              1,441              1,441       617     233.5      1,237
         Level II             1,390              1,390       640     217.2      1,648
         Level IV             1,217     2        1,219       500     243.8      1,075
         IV A-Main              962                962       500     192.4        832
         IV B-Main              156                156       228      68.4        581
         IV B-SHU               649                649       500     129.8        700
CIM    (CAL INSTITN FOR MEN)
         Level I              2,639              2,639     1,620     162.9      2,760
         East - Reception Center 985     4          989       400     247.3        990
         Reception Center - Central 1,307 13     1,320       547     241.3      1,304
         Reception Center - West 1,454   1       1,455       640     227.3      1,410
CMF    (CAL MEDICAL FACIL)
         Level I                165                165       117     141.0        177
         Level II               379                379       200     189.5        400
         Level III            2,524              2,524     1,990     126.8      2,739
CMC    (CAL MEN'S COLONY)
         East                 3,738              3,738     2,425     154.1      3,720
         West                 2,812              2,812     1,415     198.7      2,854
CRC    (CAL REHAB CTR, MEN)   3,131     845      3,976     1,814     219.2      4,000
CAL    (CAL SP, CALIPATRIA)
         Level I                382                382       208     183.7        408
         Level IV             3,881              3,881     2,100     184.8      3,910
CEN    (CAL SP, CENTINELA)
         Level I                392                392       208     188.5        408
         Level III            4,431              4,431     2,100     211.0      4,548
         Level III               99                 99     2,100       4.7      4,548
COR    (CAL SP, CORCORAN)
         Level I                849                849       492     172.6        876
         Level III              345                345     1,100      31.4      2,010
         Level IV             2,974              2,974       628     473.6      1,044
         SHU                  1,273     1        1,274       872     146.1      1,133
         PHU                     13                 13        24      54.2         24
LAC    (CAL SP, LOS ANGELES CO)
         Level I                306                306       200     153.0        400
         Level III/IV         2,980              2,980     1,600     186.3      2,840
         Reception Center     1,136              1,136       500     227.2      1,178
SAC    (CAL SP, SACRAMENTO)
         Level I                328                328       192     170.8        368
         Level IV             2,765              2,765     1,340     206.3      2,413
SQ     (CAL SP, SAN QUENTIN)
         Level I                 21                 21       115      18.3        251
         Level II             1,778              1,778       937     189.8      1,643
         Condemned              607                607       637      95.3        637
         Reception Center     2,817     5        2,822     1,420     198.7      2,689
SOL    (CAL SP, SOLANO)
         Level II             3,382              3,382     1,410     239.9      3,608
         Level III            2,630              2,630     1,200     219.2      2,475
SATF   (CAL SATF AND SP - COR) 7,504    3        7,507     3,424     219.2      7,593
CVSP   (CHUCKAWALLA VALLEY SP)
         Level I                389                389       208     187.0        408
         Level II             3,833              3,833     1,530     250.5      3,884
CTF    (CORRL TRAING FAC)
         Central-II           3,083              3,083     1,391     221.6      3,127
         North-II/III         2,940              2,940     1,400     210.0      2,280
         South-I              1,128              1,128       510     221.2      1,120
DVI    (DEUEL VOCATL INSTITN)
         Level I                  5                  5       176       2.8        279
         Level III              736                736       532     138.3        942
         Reception Center     3,120    11        3,131     1,562     200.4      3,234
FOL    (FOLSOM SP)
         PSAP                   184                184       129     142.6        200
         TTP                    142                142       131     108.4        203
         Level I                387                387       200     193.5        424
         Level II             1,519              1,519       480     316.5        787
         Level III            1,788              1,788     1,296     138.0      2,464
#TPOP-1A
```

```
WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                MIDNIGHT November 1, 2006
                            FELON/    CIVIL            DESIGN    PERCENT    STAFFED
MALE    INSTITUTIONS        OTHER     ADDICT   TOTAL   CAPACITY  OCCUPIED   CAPACITY
HDP    (HIGH DESERT SP)
         Level I             394              394      200       197.0      400
         Level II            127              127      120       105.8      120
         Level III           780              780      200       390.0      620
         Level IV          2,748            2,748    1,624       169.2    2,996
         Reception Center    600       6      606      300       202.0      570
IRON   (IRONWOOD SP)
         Level I             384              384      200       192.0      400
         Level III         4,342            4,342    2,000       217.1    4,409
KVSP   (KERN VALLEY SP)
         Level IV          3,916       1    3,917    2,248       174.2    4,166
         Level I             371              371      200       185.5      400
         Adseg               484              484      150       322.7      396
         CTC                   7                7       27        25.9       27
MCSP   (MULE CREEK SP)
         Level I             381              381      200       190.5      392
         Level III         2,588            2,588    1,000       258.8    2,287
         Level IV            988              988      500       197.6      930
NKSP   (NORTH KERN SP)
         Level I             349              349      208       167.8      408
         Level III           447              447      200       223.5      380
         Reception Center  4,560       3    4,563    2,284       199.8    4,613
PDC    (PITCHESS DETENT CTR-RC)  1,705       1,705        0          -    1,292
PBSP   (PELICAN BAY SP)
         Level I             303              303      200       151.5      392
         Level III/IV      2,096            2,096      996       210.4    1,815
         SHU               1,094            1,094    1,056       103.6    1,109
PVSP   (PLEASANT VALLEY SP)
         Level I             389              389      208       187.0      408
         Level III         4,746            4,746    1,600       296.6    3,604
RIO    (RIO COSUMNES COR CTR-RC)   395          395        0          -      250
RJD    (RJ DONOVAN CORR FACIL)
         Level I             356              356      200       178.0      400
         Level III         2,368            2,368    1,100       215.3    2,177
         Reception Center  2,022            2,022      900       224.7    2,179
SVSP   (SALINAS VAL SP)
         Level I             398              398      200       199.0      400
         Level IV          4,221            4,221    1,598       264.1    2,776
SRTA   (SANTA RITA CO. JAIL-RC)    609          609        0          -      550
SBRN   (SAN BRUNO CO. JAIL)        146          146       60      243.3       60
SCC    (SIERRA CONSERV CTR)
         Camps-Men         2,115            2,115    2,010       105.2    2,010
         Level I           1,313            1,313      618       212.5    1,378
         Level II          1,622       1    1,623      608       266.9    1,634
         Level III         1,157            1,157      500       231.4    1,193
WSP    (WASCO SP)
         Level I             294              294      200       147.0      296
         Level III           433              433      250       173.2      475
         Reception Center  4,961      21    4,982    2,384       209.0    4,946
MALE TOTAL:               155,168     917  156,085   79,656      195.9  157,424

FEMALE INSTITUTIONS
CIW    (CAL INST FOR WOMEN)
         Institution       1,997       7    2,004      792       253.0    1,967
         Reception Center    281       1      282      214       131.8      400
         Corr Trt Ctr         19               19       20        95.0       16
         Camps-Women         334              334      320       104.4      320
CRC    (CAL REHAB CTR, WOMEN)      437     335     772      500       154.4      780
CCWF   (CENT CAL WOMEN'S FACIL)
         Institution       3,157       3    3,160    1,633       193.5    3,162
         Reception Center    728              728      356       204.5      766
         Condemned            13               13       15        86.7       15
RIO    (RIO COSUMNES COR CTR-RC)    20           20        0          -       20
SBRN   (SAN BRUNO CO. JAIL)          2            2       60        3.3       60
VSP    (VALLEY SP)
         Institution       3,071            3,071    1,580       194.4    3,132
         Reception Center    726      11      737      356       207.0      708
         SHU                  64               64       44       145.5       62
FEMALE TOTAL:              10,849     357   11,206    5,890      190.3   11,408

INSTITUTIONS/CAMPS TOTAL:  166,017   1,274  167,291   85,546     195.6  168,832
#TPOP-1A, PAGE 2
```

Exhibit C

```
Data Analysis Unit                              Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                              State of California
Offender Information Services Branch                                   September 11, 2006
                         WEEKLY REPORT OF POPULATION
                         AS OF MIDNIGHT September 6, 2006
_____
                                TOTAL CDCR POPULATION
                                               CHANGE SINCE
                       FELON/   CIVIL            09/07/05          DESIGN   PERCENT   STAFFED
                       OTHER    ADDICT   TOTAL   NO.     PCT.     CAPACITY OCCUPIED  CAPACITY

A. TOTAL INSTITUTIONS  170,967  1,246  172,213  +6,453   +3.8
     (MEN, Subtotal)   159,524    889  160,413  +5,868   +3.7
     (WOMEN, Subtotal)  11,443    357   11,800    +585   +5.2

   1. INSTITUTIONS/CAMPS 164,674 1,246  165,920  +5,467   +3.4    88,396   187.7    166,509
      INSTITUTIONS     160,195  1,246  161,441  +5,453   +3.4    84,488   191.1    162,471
      CAMPS(CCC & SCC)   4,479           4,479     +14   +0.3     3,908   114.6      4,038

   2. COMMUNITY CORR. CTRS. 6,109    0   6,109    +956  +18.5     7,543    81.0
      CCF PRIVATE        2,848           2,848    +586  +25.9     2,752   103.5
      CCF PUBLIC         2,494           2,494     +73   +3.0     2,461   101.3
      DRUG TREATMT FURLOUGH 497           497    +287 +136.6     1,056    47.1
      PRIVATE WORK FURLOUGH 101           101      +3   +3.0     1,103     9.2
      PRISONER MOTHER PGM   68            68      -1    -1.4        70    97.1
      FAMILY FOUNDATION PGM 70            70      +9   +14.7        70   100.0
      WORK FUR. IN CUSTODY  31            31      -1    -3.1        31   100.0

   3. DMH STATE HOSPITALS  184           184     +30   +19.4

B. PAROLE              116,618  1,707  118,325  +3,761   +3.2
   COMMUNITY SUPERVISION 115,087 1,707 116,794  +3,831   +3.3
   COOPERATIVE CASES    1,531           1,531     -70   -4.3

C. NON-CDC JURISDICTION  1,893     0   1,893    -149    -7.2
   OTHER STATE/FED. INST.  527           527     -26    -4.7
   OUT OF STATE PAROLE   1,194         1,194     -70    -5.5
   OUT OF STATE PAL         95            95     -35   -26.9
   CYA-W&IC 1731.5(c)
     INSTITUTIONS           77            77     -18   -18.9

D. OTHER POPULATIONS    21,038   282  21,320    -835    -3.7
   INMATES
     OUT-TO-COURT, etc. 2,051    50   2,101    +280   +15.3
     ESCAPED              237           237     -19    -7.4
     PAROLEES (PAL/RAL) 18,750   232  18,982  -1,096    -5.4

TOTAL CDCR POPULATION  310,516  3,235 313,751  +9,230   +3.0
_____

CHANGE FROM LAST WEEK
  A. TOTAL INSTITUTIONS       -154     +15    -139
       (MEN, Subtotal)        -204      +7    -197
       (WOMEN, Subtotal)       +50      +8     +58
  B. PAROLE                   +220      -7    +213
  D. PAROLEES (PAL/RAL)       +282      +4    +286
This report contains the latest available reliable population figures from OBIS.  They have been
carefully audited, but are preliminary, and therefore subject to revision.

 Figure excludes institution based camps.  Total persons in camps, including base camps, are
  4,565 .  Base camp at CMC is included in institution counts.
Report # TPOP-1W.  Questions:        (916) 327-3262  (CALNET) 467-3262.
```

WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                MIDNIGHT September 6, 2006

| INSTITUTIONS/CAMPS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| MALE | | | | | | |
| ASP  (AVENAL SP) | 7,511 | | 7,511 | 3,114 | 241.2 | 7,028 |
| CCC  (CAL CORRECTL CTR) | 6,149 | | 6,149 | 3,682 | 167.0 | 5,750 |
| CCI  (CAL CORRECTL INSTITN) | 5,765 | 2 | 5,767 | 3,020 | 191.0 | 5,558 |
| CIM  (CAL INSTITN FOR MEN) | 6,533 | 21 | 6,554 | 3,078 | 212.9 | 6,615 |
| CMF  (CAL MEDICAL FACIL) | 3,010 | | 3,010 | 2,315 | 130.0 | 3,351 |
| CMC  (CAL MEN'S COLONY) | 6,533 | | 6,533 | 3,884 | 168.2 | 6,604 |
| CRC  (CAL REHAB CTR, MEN) | 3,153 | 807 | 3,960 | 1,814 | 218.3 | 3,952 |
| CAL  (CAL SP, CALIPATRIA) | 4,183 | | 4,183 | 2,508 | 166.8 | 4,268 |
| CEN  (CAL SP, CENTINELA) | 4,949 | 1 | 4,950 | 2,316 | 213.7 | 5,103 |
| COR  (CAL SP, CORCORAN) | 5,334 | 1 | 5,335 | 3,016 | 176.9 | 5,134 |
| LAC  (CAL SP, LOS ANGELES CO) | 4,540 | | 4,540 | 2,600 | 174.6 | 5,084 |
| SAC  (CAL SP, SACRAMENTO) | 3,177 | | 3,177 | 1,898 | 167.4 | 3,244 |
| SQ   (CAL SP, SAN QUENTIN) | 5,058 | 7 | 5,065 | 3,661 | 138.4 | 5,681 |
| SOL  (CAL SP, SOLANO) | 6,119 | | 6,119 | 2,658 | 230.2 | 5,660 |
| SATF (CAL SATF AND SP - COR) | 7,419 | 2 | 7,421 | 3,591 | 206.7 | 7,027 |
| CVSP (CHUCKAWALLA VALLEY SP) | 3,875 | | 3,875 | 1,738 | 223.0 | 3,860 |
| CTF  (CORRL TRAING FAC) | 7,087 | | 7,087 | 3,319 | 213.5 | 7,001 |
| DVI  (DEUEL VOCATL INSTITN) | 3,887 | 8 | 3,895 | 1,787 | 218.0 | 3,551 |
| FOL  (FOLSOM SP) | 4,045 | | 4,045 | 2,475 | 163.4 | 4,249 |
| HDP  (HIGH DESERT SP) | 4,744 | 3 | 4,747 | 2,534 | 187.3 | 4,752 |
| IRON (IRONWOOD SP) | 4,639 | | 4,639 | 2,200 | 210.9 | 4,653 |
| KVSP (KERN VALLEY SP) | 4,706 | 6 | 4,712 | 2,718 | 173.4 | 4,636 |
| MCSP (MULE CREEK SP) | 3,937 | | 3,937 | 1,700 | 231.6 | 3,837 |
| NKSP (NORTH KERN SP) | 5,349 | 3 | 5,352 | 2,918 | 183.4 | 5,387 |
| PDC  (PITCHESS DETENT CTR-RC) | 1,478 | | 1,478 | 0 | - | 1,292 |
| PBSP (PELICAN BAY SP) | 3,460 | 1 | 3,461 | 2,376 | 145.7 | 3,582 |
| PVSP (PLEASANT VALLEY SP) | 5,055 | | 5,055 | 2,298 | 220.0 | 5,028 |
| RIO  (RIO COSUMNES COR CTR-RC) | 327 | | 327 | 0 | - | 250 |
| RJD  (RJ DONOVAN CORR FACIL) | 4,722 | | 4,722 | 2,308 | 204.6 | 4,443 |
| SVSP (SALINAS VAL SP) | 4,593 | | 4,593 | 2,914 | 157.6 | 4,510 |
| SRTA (SANTA RITA CO. JAIL-RC) | 604 | | 604 | 0 | - | 750 |
| SBRN (SAN BRUNO CO. JAIL) | 152 | | 152 | 60 | 253.3 | 200 |
| SCC  (SIERRA CONSERV CTR) | 6,095 | 1 | 6,096 | 3,606 | 169.1 | 6,107 |
| WSP  (WASCO SP) | 5,700 | 26 | 5,726 | 3,314 | 172.8 | 6,066 |
| MALE TOTAL: | 153,888 | 889 | 154,777 | 81,420 | 190.1 | 154,213 |
| FEMALE | | | | | | |
| CIW  (CAL INST FOR WOMEN) | 2,688 | 12 | 2,700 | 2,372 | 113.8 | 4,220 |
| CRC  (CAL REHAB CTR, WOMEN) | 400 | 321 | 721 | 500 | 144.2 | 680 |
| CCWF (CENT CAL WOMEN'S FACIL) | 3,913 | 5 | 3,918 | 2,029 | 193.1 | 3,490 |
| RIO  (RIO COSUMNES COR CTR-RC) | 27 | | 27 | 0 | - | 20 |
| SBRN (SAN BRUNO CO. JAIL) | 12 | | 12 | 60 | 20.0 | 200 |
| VSP  (VALLEY SP) | 3,746 | 19 | 3,765 | 2,015 | 186.8 | 3,686 |
| FEMALE TOTAL: | 10,786 | 357 | 11,143 | 6,976 | 159.7 | 12,296 |
| INSTITUTIONS/CAMPS TOTAL: | 164,674 | 1,246 | 165,920 | 88,396 | 187.7 | 166,509 |

#TPOP-1, Page 2

```
WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                    MIDNIGHT September 6, 2006
                                 FELON/   CIVIL        DESIGN    PERCENT   STAFFED
MALE   INSTITUTIONS              OTHER    ADDICT  TOTAL CAPACITY OCCUPIED  CAPACITY
ASP    (AVENAL SP)               7,511            7,511  3,114    241.2    7,028
CCC    (CAL CORRECTL CTR)
         Camps                   2,035            2,035  1,708    119.1    1,708
         Level I                 1,552            1,552    866    179.2    1,456
         Level II                1,510            1,510    608    248.4    1,393
         Level III               1,052            1,052    500    210.4    1,193
CCI    (CAL CORRECTL INSTITN)
         Level I                 1,518            1,518    617    246.0    1,237
         Level II                1,327            1,327    664    199.8    1,695
         Level IV                1,126     2      1,128    500    225.6    1,075
         IV A-Main                 947              947    555    170.6      703
         IV B-Main                 163              163    228     71.5      581
         IV B-SHU                  684              684    456    150.0      267
CIM    (CAL INSTITN FOR MEN)
         Level I                 2,840            2,840  1,420    200.0    2,760
         East - Reception Center 1,087     4      1,091    400    272.7      990
         Reception Center - Central 1,182 15      1,197    618    193.7    1,455
         Reception Center - West 1,424     2      1,426    640    222.8    1,410
CMF    (CAL MEDICAL FACIL)
         Level I                   158              158    117    135.0      177
         Level II                  369              369    250    147.6      410
         Level III               2,483            2,483  1,948    127.5    2,764
CMC    (CAL MEN'S COLONY)
         East                    3,716            3,716  2,425    153.2    3,750
         West                    2,817            2,817  1,459    193.1    2,854
CRC    (CAL REHAB CTR, MEN)      3,153   807      3,960  1,814    218.3    3,952
CAL    (CAL SP, CALIPATRIA)
         Level I                   365              365    208    175.5      358
         Level IV                3,818            3,818  2,300    166.0    3,910
CEN    (CAL SP, CENTINELA)
         Level I                   393              393    208    188.9      408
         Level III               4,447     1      4,448  1,608    276.6    3,815
         Level IV                  109              109    500     21.8      880
COR    (CAL SP, CORCORAN)
         Level I                   867              867    492    176.2      826
         Level III                 310              310    200    155.0      342
         Level IV                2,873            2,873  1,300    221.0    2,720
         SHU                     1,271     1      1,272  1,000    127.2    1,200
         PHU                        13               13     24     54.2       46
LAC    (CAL SP, LOS ANGELES CO)
         Level I                   311              311    200    155.5      400
         Level III/IV            3,080            3,080  2,000    154.0    4,284
         Reception Center        1,149            1,149    400    287.2      400
SAC    (CAL SP, SACRAMENTO)
         Level I                   332              332    362     91.7      384
         Level IV                2,845            2,845  1,536    185.2    2,860
SQ     (CAL SP, SAN QUENTIN)
         Level I                    29               29    234     12.4      215
         Level II                1,752            1,752  1,073    163.3    1,929
         Condemned                 603              603    587    102.7      635
         Reception Center        2,674     7      2,681  1,767    151.7    2,902
SOL    (CAL SP, SOLANO)
         Level II                3,402            3,402  1,458    233.3    3,080
         Level III               2,717            2,717  1,200    226.4    2,580
SATF   (CAL SATF AND SP - COR)   7,419     2      7,421  3,591    206.7    7,027
CVSP   (CHUCKAWALLA VALLEY SP)
         Level I                   358              358    208    172.1      408
         Level II                3,517            3,517  1,530    229.9    3,452
CTF    (CORRL TRAING FAC)
         Central-II              3,132            3,132  1,409    222.3    3,051
         North-II/III            2,874            2,874  1,400    205.3    2,860
         South-I                 1,081            1,081    510    212.0    1,090
DVI    (DEUEL VOCATL INSTITN)
         Level I                     6                6    176      3.4      231
         Level III                 675              675    532    126.9      942
         Reception Center        3,206     8      3,214  1,079    297.9    2,378
FOL    (FOLSOM SP)
         PSAP                      157              157    200     78.5      200
         TTP                       160              160    203     78.8      203
         Level I                   331              331    296    111.8      471
         Level II                1,581            1,581  1,067    148.2    2,027
         Level III               1,816            1,816    709    256.1    1,348
#TPOP-1A
```

```
WEEKLY INSTITUTION/CAMPS POPULATION DETAIL                        MIDNIGHT September 6, 2006
                                 FELON/    CIVIL              DESIGN     PERCENT    STAFFED
MALE    INSTITUTIONS             OTHER    ADDICT    TOTAL    CAPACITY    OCCUPIED   CAPACITY
HDP    (HIGH DESERT SP)
        Level I                    394                394        200       197.0        400
        Level II                   131                131        120       109.2        120
        Level III                  828                828        400       207.0      1,002
        Level IV                 2,752              2,752      1,714       160.6      2,850
        Reception Center           639       3        642        100       642.0        380
IRON   (IRONWOOD SP)
        Level I                    371                371        200       185.5        400
        Level III                4,268              4,268      2,000       213.4      4,253
KVSP   (KERN VALLEY SP)
        Level IV                 3,842       1      3,843      1,984       193.7      3,770
        Level I                    433                433        200       216.5        200
        Adseg                      426       5        431        264       163.3        396
        CTC                          5                  5        270         1.9        270
MCSP   (MULE CREEK SP)
        Level I                    381                381        200       190.5        392
        Level III                2,587              2,587      1,000       258.7      2,335
        Level IV                   969                969        500       193.8      1,110
NKSP   (NORTH KERN SP)
        Level I                    345                345        208       165.9        358
        Level III                  424                424        500        84.8        868
        Reception Center         4,580       3      4,583      2,210       207.4      4,161
PDC    (PITCHESS DETENT CTR-RC) 1,478              1,478          0         -        1,292
PBSP   (PELICAN BAY SP)
        Level I                    288                288        296        97.3        384
        Level III/IV             2,063       1      2,064      1,024       201.6      1,931
        SHU                      1,109              1,109      1,056       105.0      1,267
PVSP   (PLEASANT VALLEY SP)
        Level I                    365                365        208       175.5        408
        Level III                4,690              4,690      2,090       224.4      4,620
RIO    (RIO COSUMNES COR CTR-RC)  327                327          0         -          250
RJD    (RJ DONOVAN CORR FACIL)
        Level I                    356                356        200       178.0        392
        Level III                2,346              2,346      1,500       156.4      2,899
        Reception Center         2,020              2,020        608       332.2      1,152
SVSP   (SALINAS VAL SP)
        Level I                    395                395        280       141.1        400
        Level IV                 4,198              4,198      2,634       159.4      4,110
SRTA   (SANTA RITA CO. JAIL-RC)   604                604          0         -          750
SBRN   (SAN BRUNO CO. JAIL)       152                152         60       253.3        200
SCC    (SIERRA CONSERV CTR)
        Camps-Men                2,128              2,128      1,880       113.2      2,010
        Level I                  1,334              1,334        618       215.9      1,378
        Level II                 1,546       1      1,547        608       254.4      1,634
        Level III                1,087              1,087        500       217.4      1,085
WSP    (WASCO SP)
        Level I                    272                272        200       136.0        392
        Level III                  456                456        500        91.2        773
        Reception Center         4,972      26      4,998      2,614       191.2      4,901
MALE TOTAL:                    153,888     889    154,777     81,420       190.1    154,213

FEMALE INSTITUTIONS
CIW    (CAL INST FOR WOMEN)
        Institution              2,063      12      2,075        916       226.5      1,505
        Reception Center           286                286        110       260.0        445
        Corr Trt Ctr                20                 20        916         2.2      1,505
        Corr Trt Ctr RC              3                  3        110         2.7        445
        Camps-Women                316                316        320        98.8        320
CRC    (CAL REHAB CTR, WOMEN)     400     321        721        500       144.2        680
CCWF   (CENT CAL WOMEN'S FACIL)
        Institution              3,159       3      3,162      1,623       194.8      2,588
        Reception Center           740       2        742        393       188.8        887
        Condemned                   14                 14         13       107.7         15
RIO    (RIO COSUMNES COR CTR-RC)   27                 27          0         -           20
SBRN   (SAN BRUNO CO. JAIL)        12                 12         60        20.0        200
VSP    (VALLEY SP)
        Institution              3,023              3,023      1,571       192.4      2,946
        Reception Center           664      19        683        400       170.8        678
        SHU                         59                 59         44       134.1         62
FEMALE TOTAL:                   10,786     357     11,143      6,976       159.7     12,296

INSTITUTIONS/CAMPS TOTAL:      164,674   1,246    165,920     88,396       187.7    166,509
#TPOP-1A, PAGE 2
```