Exhibit E

State of California                                                                        Department of Corrections and Rehabilitation

# Memorandum

Date    :    September 1, 2006

To      :    All California Department of Corrections and
             Rehabilitation Staff

Subject:    **SPECIAL SESSION ON PRISON OVERCROWDING**

I wanted to take this opportunity to provide you with an update on the outcome of the Special Session on Prison Overcrowding. As you know, last month our Department developed comprehensive short-, mid-, and long-term solutions to add additional capacity to our extremely overcrowded prisons. These solutions built upon much of the work that had been done in the last year aimed at providing relief to the overcrowding within our adult institutions statewide.

I am deeply disheartened that the special legislative session concluded last night without the passage by the Assembly of any measures to provide either short-term relief or long-term remedies to alleviate the prison overcrowding crisis. This came after the previous day in which the Senate had agreed to, and passed, three separate bills that (1) would have provided over $900 million dollars to begin immediate construction of over 5,300 beds at our existing institutions along with planning and design money for another 29,000 beds and approval for a southern training academy; (2) would have authorized the Department to contract for 4,500 beds for nonviolent, nonserious female offenders; and (3) would have authorized the Department to contract with out-of-state facilities to hold inmates willing to voluntarily transfer to another state (our original proposal had requested approval to involuntarily transfer inmates). Unfortunately, although some legislators were committed to solving the State's prison overcrowding crisis, not everyone could agree on the solutions necessary to see us through to a sensible resolution.

You need to know that I remain concerned that the failure to pass any relief measure will lead the Department into an emergency situation that not only endangers your safety, but also places burdens on local governments and our communities. However, I pledge to you that I will continue to work with the Legislature when they return in January to reach an acceptable solution to this complex and difficult issue, and I will do everything in my power to provide relief to the conditions many of you work in every day.

In spite of the disappointing outcome of the special session, I believe the Department was successful in demonstrating the serious challenges you face daily and the terrific job all of you are doing in spite of them. It is my belief that your professionalism and dedication are what have kept our prisons safe in spite of the unprecedented levels of overcrowding to our institutions.

° CDC 1617 (3/89)

All California Department of Corrections and
   Rehabilitation Staff
Page 2

I have tremendous respect for the work performed by all staff of the California Department of Corrections and Rehabilitation, and I am proud of each and every one of you. You have my promise that I will continue to fight for what I believe to be my top priority, which is to provide a safer working environment within our institutions by eliminating our unsafe practice of housing offenders in nontraditional beds. As we go forward in the weeks and months ahead, I will keep you informed of our progress in reaching a resolution to the issue at hand. Again, thank you for your hard work and your willingness to perform your job everyday in working conditions that I believe must be improved. I am honored by your dedication to serve the state of California, and your commitment to protect the public safety of our citizens.

*Original signed by*

JAMES E. TILTON
Secretary (A)
California Department of Corrections and Rehabilitation

° CDC 1617 (3/89)

# Exhibit F



























