Exhibit A

# Correctional Mental Health Care

## STANDARDS & GUIDELINES FOR DELIVERING SERVICES

2003



National Commission on Correctional Health Care

# APPENDIX D

## Mental Health Considerations for Segregated Inmates

Jeffrey L. Metzner, MD, PC
Clinical Professor of Psychiatry
University of Colorado Health Sciences Center

The scientific literature is sparse concerning the impact of locking an inmate in an isolated cell for an average of 23 hours per day with limited human interaction, minimal or no programming, and in an environment that is designed to exert maximum control over the individual. Mental health clinicians working in such facilities frequently report that it is not uncommon to observe many inmates, who do not have pre-existing serious mental disorders, to develop irritability, anxiety and other dysphoric symptoms when housed in these units for long periods of time (Metzner 2002).

Zinger and Wichmann (1999) provide a very useful literature review relevant to the psychological effects of 60 days in segregation. They point out the literature in this area is conflicting, filled with speculations, and often based upon far-fetched extrapolations and generalizations. Methodological shortcomings apparent from reviewing the literature include reliance on anecdotal evidence, wide variation regarding the conditions of confinement present in different prisons, and an over-reliance on field and laboratory experiments pertinent to sensory deprivation.

Zubek, Bayer, and Shephard (1969) conceptualize segregation units to have three main characteristics: social isolation, sensory deprivation, and confinement. Each of these elements can vary significantly as will different inmates' responses to the segregation experience. In general, the decreased/altered social interactions for inmates in segregation housing units appear to be more of a problem from a mental health perspective in contrast to sensory deprivation. Many of the milieus in such units are characterized by sensory over-stimulation (e.g., inmates yelling for communication purposes or for other reasons). Radios and television sets, which may be available in these housing units, can eliminate or decrease sensory deprivation, although the severe disruption in normal social interactions remains a problem (Metzner 2002).

The difficulties of providing appropriate and adequate access to mental health care and treatment are especially problematic in any segregation environment, related to logistical issues that frequently include inadequate office space and limited access to inmates related to security issues. In

correctional settings with inadequate mental health services, it is often not difficult to find inmates with serious mental illnesses in segregation housing units because their untreated mental illnesses often result in significant behavioral problems.

There is general consensus among clinicians that placement of inmates with serious mental illnesses in settings with "extreme isolation" is contraindicated because many of these inmates' psychiatric conditions will clinically deteriorate or not improve (Work Group on Schizophrenia, 1997). In other words, many inmates with serious mental illnesses are harmed when placed in such settings. In addition to potential litigation, this is one of the main reasons that an increasing number of the so-called supermax facilities exclude inmates with serious mental illnesses from admission.

A mental health screening process, which should include screening assessments at the sending facility and the receiving facility with the segregation housing units, is a recommended mechanism to identify inmates with serious mental illnesses in a timely fashion. In addition to inmates with serious mental illnesses, developmentally delayed inmates are usually excluded from admission to extreme isolation housing, unless a specialized mental health program exists within the institution similar to residential treatment programs for general population inmates with serious mental illnesses (Metzner, 1998; Haddad, 1999).

Regardless of the policy relevant to admission or exclusion of inmates with serious mental illnesses, mental health staff should regularly perform rounds in all the housing units within a supermax as a further mental health screening procedure. This screening process is necessary because it is frequently not possible to predict a particular inmate's reaction to confinement in a segregation unit characterized by extreme isolation. Establishment of a mental health liaison consultation model with the correctional and health care staffs, along with the rounds process, will facilitate timely identification of inmates exhibiting acute symptoms of mental illness and the provision of appropriate clinical interventions.

Similar rounds should be performed on a regular basis by health care staff, preferably mental health staff, in other segregation housing units as summarized in the *Standards*. The NCCHC *Standards* provide guidance relevant to the definition of "regular rounds" based on the nature of the segregation housing unit. If the monitoring is not done by mental health staff, training should be provided to the health care staff providing the monitoring relevant to pertinent mental health issues.

In providing essential mental health services in segregation housing, a task force of the American Psychiatric Association recommended that the following principles should be observed:

No inmate should be placed in segregation housing solely because he or she exhibits the symptoms of mental illness, unless there is an immediate and serious danger for which there is no other reasonable alternative. (This principle does not refer to medical or psychiatric seclusion, which should follow state mental health law and professional practice.)

When an inmate is placed in segregated housing for appropriate correctional reasons, the facility remains responsible for meeting all of the serious medical and psychiatric needs of that inmate. Thus, such inmates must receive any mental health services that are deemed essential, their segregation status notwithstanding.

Inmates who are in current, severe psychiatric crisis, including but not limited to acute psychosis and suicidal depression, should be removed from segregation until such time as they are psychologically able to tolerate that setting.

Inmates who are known to have serious mental health needs, especially those with a known history of serious and persistent mental illness, when housed in segregation, must be assessed on a regular basis by qualified mental health practitioners, to identify and respond to emerging crises at the earliest possible moment.

Institutions should provide for regular rounds by a qualified mental health clinician in all segregation housing units. During these rounds, each inmate should be visited briefly so that any emerging problem can be assessed. The clinician should also communicate with segregation security staff in order to identify any inmate who appears to be showing signs of mental deterioration or psychological problems (American Psychiatric Association, 2000).

References

American Psychiatric Association. (2000). *Psychiatric Services in Jails and Prisons*. Washington, DC: Author.

Haddad, J. (1999). Treatment for inmates with serious mental illness who require specialized placement but not psychiatric hospitalization. *Correctional Mental Health Report*, 1, 59, 60-62.

Correctional Mental Health Care: Standards and Guidelines

Metzner, J. L. (1998). An introduction to correctional psychiatry: Part III. *Journal of the American Academy of Psychiatry and the Law, 26,* 107-116.

Metzner, J. L. (2002). Class Action Litigation in Correctional Psychiatry. *J. Amer. Acad. Psychiatry and the Law, 30,* 19-29.

Work Group on Schizophrenia. (1997). American Psychiatric Association practice guidelines: practice guideline for the treatment of patients with schizophrenia. *American Journal of Psychiatry, 154*(Supplement), 1-63.

Zinger, I. & Wichmann, C. (1999). *The psychological effects of 60 days in administrative segregation.* Research Branch Correctional Service of Canada, 1-90.

Zubek, J. P., Bayer, L. & Shephard, J. M. (1969). Relative effects of prolonged social isolation and confinement: Behavioral and EEG changes. *Journal of Abnormal Psychology, 74,* 625-631.