UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, ) | No.: Civ S 90-0520 LKK-JFM |
| ) | |
| Plaintiffs, ) | **[PROPOSED] ORDER CONVENING A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION** |
| vs. ) | |
| ) | |
| ARNOLD SCHWARZENEGGER, et al., ) | |
| ) | |
| Defendants ) | |

pls' proposed order re 3 judge panel, 11-13-06, 489-3.wpd

On September 13, 1995, this Court found that defendants were violating the constitutional rights of the plaintiff class of mentally ill inmates in the California prison system to adequate levels of mental health care. In December 1995, this Court appointed a Special Master to oversee the remedial phase of this case. For the past eleven years, the parties, the Special Master and the Court have worked together to find and implement an appropriate remedy in this case. Presently, however, the California prison system faces a population emergency. The Governor of California has declared a state of emergency due to the overcrowding crisis. In light of this crisis, on November 13, 2006, plaintiffs filed a motion to convene a three judge panel to limit prison population, pursuant to the Prison Litigation Reform Act, 18 U.S.C. § 3626(a)(3). Plaintiffs asked this Court to convene a three judge panel to limit California's state prison population.

The Court, having reviewed the arguments and evidence presented by plaintiffs and defendants in this matter, and the files and records of this case, makes the following findings of fact and conclusions of law:

1. The California Department of Corrections and Rehabilitation is in a state of crisis due to overcrowding.

2. The constitutional right of the plaintiff class to adequate mental health care is being violated.

3. Unprecedented population levels are undermining the ongoing work of the parties, the Special Master and the Court to remedy the violation of the plaintiff class's constitutional right to adequate mental health care.

4. Previous less intrusive relief ordered by this Court has failed to remedy the deprivation of the federal constitutional class to adequate mental health care.

5. Defendants have had reasonable time to comply with previous court orders concerning the provision of adequate mental health care to the plaintiff class.

//

//

1   Good cause appearing, IT IS HEREBY ORDERED THAT

2   In accordance with 18 U.S.C. § 3626(a)(3) and 28 U.S.C. § 2284, the matter of a limit on

3   California's prison population is hereby referred for consideration to a three judge panel.

4   Dated: _____                    _____
                                                 Honorable Lawrence K. Karlton
5                                                United States District Court

pls' proposed order re 3 judge panel, 11-13-06, 489-3.wpd        2

[PROPOSED] ORDER CONVENING A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION,
NO.: CIV S 90-0520 LKK-JFM