| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & ASARO, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>LORI RIFKIN Bar No.: 244081<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PROOF OF SERVICE FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONVENE A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION AND SUPPORTING DOCUMENTS** |

# PROOF OF SERVICE

I, Sofia Millham, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Asaro LLP, whose address is 315 Montgomery Street, 10th Floor, San Francisco, California 94104. On November 13, 2006, I served the following documents:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONVENE A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION**

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO CONVENE A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION**

**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' MOTION TO CONVENE A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION**

**DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' MOTION TO CONVENE A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION**

**[PROPOSED] ORDER CONVENING A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION**

I served the documents on the persons listed below, as follows:

| [ X ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
|---|---|
| [ ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery.** I enclosed the documents to filed under seal in a sealed envelope, with the July 29, 1992 Court Order, Notice of Filing Sealed Documents, and Notice of Electronic Filing attached to the outside of the envelope, and placed this in an envelope provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |

| | |
|---|---|
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Asaro's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

**All documents were sent to the following persons in the above manner:**

Lisa A. Tillman
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 14th day of November, 2006 at San Francisco, California.

_____
Sofia Millham

-3-
NO.: CIV S 90-0520 LKK-JFM PROOF OF SERVICE FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONVENE A THREE JUDGE PANEL TO LIMIT THE PRISON POPULATION AND SUPPORTING DOCUMENTS

| ATTORNEY(S) NAME & ADDRESS: | | COURT USE ONLY |
|---|---|---|
| ROSEN BIEN & ASARO<br>315 MONTGOMERY STREET, 10TH FLOOR<br>SAN FRANCISCO, CA 94104 | (415) 433-6830 | |
| Reference: 659191 | | |
| **PROOF OF DELIVERY** | | |

1. **At the time of service I was at least 18 years of age and not a party to this action, and I delivered:** A SEALED ENVELOPE

2. a. **Party package was addressed to:** LISA TILLMAN, ATTORNEY GENERAL'S OFFICE

   b. **Person receiving package:** STEVEN S. (REFUSED LAST NAME), RECEPTIONIST

   c. **Address:** 1300 I STREET, SUITE 125, SACRAMENTO, CA

3. **I delivered to the party named in item 2b by personally delivering the copies:**
   **(1) on:** 11-13-06          **(2) at:** 3.05 PM

4. **Person delivering:**
   ANDRE BONITE
   WORLDWIDE NETWORK, INC.
   520 TOWNSEND STREET, SUITE D
   SAN FRANCISCO, CA 94103
   (415) 503-0900

5. **I declare under penalty under the laws of the State of California that the foregoing is true and correct.**

   **Date:** 11-14-06

   SIGNATURE

Rule 982 Judicial Council of California

**PROOF OF DELIVERY**