BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OBJECTIONS TO SUBMITTED PLAN TO ADDRESS SUICIDE TRENDS IN ADMINISTRATIVE SEGREGATION, [PROPOSED] ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

## INTRODUCTION

Defendants respectfully request a one-week extension of the time to respond to Plaintiffs' objections to their submitted plan to address suicide trends in administrative segregation units. The request is made on two bases. First, due to a series of ECF filings made the same afternoon by Plaintiffs' counsels, the November 2 court order to respond to Plaintiffs' objections by November 15 was inadvertently overlooked in defense counsel's email system. As a result, there was delayed transmission of the order to Defendants. Second, Defendants need an

REQUEST FOR AN EXTENSION OF TIME, [PROPOSED] ORDER
1

1  additional week to ensure a key objection to the plan can be resolved by immediate
2  implementation efforts.  Defendants have already addressed one of Plaintiffs' objections by
3  instituting thirty-minute welfare checks on newly admitted inmates during their first three weeks
4  in administrative segregation units.  Defendants need additional time to determine the means of
5  accelerating the retrofit of the ventilation screens in intake cells.  An extension of the deadline to
6  December 1, 2006 will permit Defendants adequate time to further examine Plaintiffs' objections
7  to the submitted plan.

8                                    **BACKGROUND**

9         On June 8, 2006, this Court ordered Defendants to develop a plan for dealing with the
10  escalating percentage of suicides occurring in administrative segregation units.  The court order
11  required the plan to include, as appropriate, a budget and implementation schedule for any policy
12  and procedure changes, staffing or budget augmentation, and, if necessary, include a mechanism
13  for obtaining mid-year funding on or before September 30, 2006.
14         On September 11, 2006, this Court granted Defendants an extension of the deadline for
15  submission of the plan to address suicide trends in administrative segregation units.
16         On October 2, 2006, Defendants submitted their plan to address suicide trends in
17  administrative segregation units.  In that plan, Defendants acknowledged that certain experts had
18  recommended the institution of thirty-minute welfare checks on newly admitted inmates to
19  administrative segregation units and committed to further consideration of that recommendation.
20  In addition, Defendants provided milestones for the retrofit of administrative segregation vents.
21         On October 31, 2006, Plaintiffs filed objections to the submitted plan.  On November
22  2, 2006, this Court ordered Defendants to respond to the objections by November 15.  On the
23  same afternoon, Plaintiffs filed a request for a temporary restraining order to enjoin out-of-state
24  transfers and set a hearing for the following day.  Defense counsel was not in her office on the
25  afternoon of November 2 and retrieved Plaintiffs' request for a temporary restraining order from
26  in-house counsel's email account.  (Dec. Tillman, ¶ 5.)  Upon returning to her office later that
27  evening, defense counsel erroneously mistook the ECF email notice containing the order as one
28  containing the Plaintiffs' documents in support of their request for a temporary restraining order.

REQUEST FOR AN EXTENSION OF TIME, [PROPOSED] ORDER

2

1  (*Id.*)  This error was not discovered until receipt of the hard copy of the order from defense
2  counsel's office staff on November 9.  (*Id.*)  The order was then immediately sent to the named
3  defendants in this case.  (*Id.*)

4        Defendants will use the additional time to address Plaintiffs' objections to the time
5  frame for retrofitting the ventilation screens in administrative segregation units, particularly the
6  intake units.  Defendants have already addressed Plaintiffs' request for welfare checks and have
7  now implemented thirty-minute welfare checks on newly-admitted inmates during their first
8  three weeks in administrative segregation units.  (See Ex. 1, Memorandum, Log Sheet.)
9  Defendants will provide this Court with a supplemental statement concerning welfare checks.
10 Defendants are examining means of enabling an accelerated retrofit of ventilation screens in
11 intake cells.  Defendants hope to provide this Court with updated information in regards to that
12 retrofit issue.  As the additional time to respond to the objections will enable resolution of at
13 least the issue of retrofitting the ventilation screens in administrative segregation units, the
14 extension will not  prejudice Plaintiffs and so should be granted.

15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**CONCLUSION**

Defendants respectfully request an extension of the deadline for filing a response to Plaintiffs' objections to the plan to reduce suicide trends in administrative segregation from November 15, 2006 to December 1, 2006. The extension will mitigate the delayed transmission of the court's order of November 2, 2006 to provide such a response and permit Defendants necessary time to examine the means of resolving certain issues raised in Plaintiffs' objections.

Dated: November 15, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30187752.wpd
CF1997CS0003