IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Upon good cause appearing, Defendants' request for an extension of time to respond to Plaintiffs' objections to the submitted plan to address suicides in administrative segregation units is hereby granted to December 1, 2006.

Dated: _____    _____
The Honorable Lawrence K. Karlton