IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                          No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.                       <u>ORDER</u>

_____/

        Defendants have requested an extension of time, to and including December 1, 2006, to respond to plaintiffs' objections to defendants' submitted plan to address suicides in administrative segregation units. Good cause appearing, defendants' request will be granted. The deadline set in this court's November 2, 2006 order for the Special Master to report to the court on the adequacy of the plan will be extended accordingly.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Defendants' November 15, 2006 request for an extension of time is granted.

        2. Defendants are granted until December 1, 2006 to file and serve a response to plaintiffs' objections to defendants' submitted plan to address suicides in administrative segregation units.

/////

1

3. On or before December 18, 2006, the Special Master shall report to the court on the adequacy of the plan in accordance with the requirements of this court's November 2, 2006 order.

DATED: November 16, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT