1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  VAN KAMBERIAN, State Bar No. 176665
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-3892
8   Fax: (916) 324-5205
    Email: Van.Kamberian@doj.ca.gov
9
   Attorneys for Defendants

10

11               IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                       SACRAMENTO DIVISION

14

15 | **RALPH COLEMAN, et al.,** | CIV S-90-0520 LKK JFM P |
| --- | --- |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| **v.** | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

20

21        TO ALL PARTIES OF RECORD, PLEASE TAKE NOTICE: Counsel for Defendants

22 \ \ \

23 \ \ \

24 \ \ \

25 \ \ \

26 \ \ \

27 \ \ \

28 \ \ \

Notice of Association of Counsel

1

associates the following attorney in the above mentioned case:

>Van Kamberian, Deputy Attorney General
>Office of the Attorney General
>1300 "I" Street
>P. O. Box 944255
>Sacramento, CA  94244-2550
>Email:  Van.Kamberian@doj.ca.gov
>Telephone:  (916) 324-3892
>Fax: (916) 324-5205

Dated:  November 16, 2006

>Respectfully submitted,
>
>BILL LOCKYER
>Attorney General of the State of California
>
>JAMES M. HUMES
>Chief Assistant Attorney General
>
>FRANCES T. GRUNDER
>Senior Assistant Attorney General
>
>ROCHELLE C. EAST
>Supervising Deputy Attorney General
>
>*/s/ Van Kamberian*
>
>VAN KAMBERIAN
>Deputy Attorney General
>Attorneys for Defendants

30187152.wpd
CF1997CS0003

Notice of Association of Counsel

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:

No.:   **CIV S-90-0520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>November 16, 2006</u>, I served the attached *Notice Of Association Of Counsel* by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 16, 2006, at Sacramento, California.

|  K. Paris  |  */s/ K. Paris*  |
|:---:|:---:|
| Declarant | Signature |

30188747.wpd