1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10 CF1997CS0003

11

12                IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,                    2:90-cv-00520 LKK JFM P

16                          Plaintiffs,       DEFENDANTS' REQUEST
                                              TO RESCHEDULE THE
17         v.                                 HEARING DATE AND DUE
                                              DATE FOR RESPONSE TO
18 ARNOLD SCHWARZENEGGER, et al.,             PLAINTIFFS' MOTION TO
                                              CONVENE A THREE-JUDGE
19                          Defendants.       PANEL TO REDUCE PRISON
                                              POPULATION
20
                                              Hearing:    December 11, 2006
21                                            Time:       10:00 a.m.
                                              Courtroom:  Four
22                                            Judge:      The Honorable
                                                          Lawrence K. Karlton
23

24                            INTRODUCTION

25         Defendants respectfully request this Court to reschedule the hearing date and the due

26 date for their response to Plaintiffs' motion to convene a three-judge panel to reduce the prison

27 population.  The motion is now scheduled for hearing on December 11, 2006, with any

28 responsive brief due on November 27, 2006, the Monday after the Thanksgiving holiday.

REQUEST FOR RESCHEDULING HEARING, BRIEF
                                    1

1  Similar motions have been filed in two other class action suits, *Plata v. Schwarzenegger*,

2  U.S.D.C., Case No. 01-CV-10351 TEH (no hearing date set) and *Armstrong v. Schwarzenegger*,

3  U.S.D.C. Case No. C94-2307 CW (hearing date of December 22, 2006).  Defendants desire

4  adequate time to prepare an adequate and integrated response to these motions.  Therefore,

5  Defendants respectfully request that the hearing be scheduled for January 8, 2007, with any

6  response by Defendants due on December 22, 2006.

7  **FACTUAL AND LEGAL ARGUMENT**

8  **A.  The Present Briefing Schedule Will Intrude Upon the Thanksgiving Holiday.**

9  On November 9, 2006, I received via electronic case filing Plaintiffs' Motion for

10  Permissive Intervention and for Modification of the Protective Order.  (Dec. Tillman, ¶ 3.)  The

11  Motion for Permissive Intervention is set for hearing on December 14, 2006.  (*Id.*)  According to

12  the applicable rules, Defendants' opposition brief is due on Monday, November 27, 2006, the

13  first Monday after Thanksgiving weekend.  (*Id.*)

14  On November 13, 2006, Plaintiffs' counsel served and filed a Notice of and Motion to

15  Convene a Three-Judge Panel to Limit the Prison Population.  (Dec. Tillman, ¶ 4.)  This motion

16  is set for hearing on Monday, December 11, 2006.  (*Id.*)

17  According to applicable court rules, Defendants' opposition brief to the Motion to

18  Convene a Three-Judge Panel is also due Monday, November 27, 2006, the first Monday after

19  Thanksgiving weekend.  (Dec. Tillman, ¶ 4.)  State offices are closed on Friday, November 24,

20  2006 as part of the Thanksgiving Day holiday. (*Id.* at ¶ 5.)

21  Further, Defendants' counsel is scheduled to be on vacation with her family the week

22  of November 20, 2006, and will have family visiting from out-of-town on November 23 and

23  November 24, 2006.  (Dec. Tillman, ¶ 6.)   In light of intervening holiday and vacation

24  schedules, this extension will give Defendants the necessary time to adequately brief the issues

25  identified in Plaintiffs' motion.  (*Id.* ¶ 7.)

26  ///

27  ///

28  ///

REQUEST FOR RESCHEDULING HEARING, BRIEF

1  **B.  The Parallel Motions in Two Other Class Actions Require a Coordinated**
2      **Response by Defendants.**

3          Plaintiffs' brief states that parallel motions will be filed in the matters of *Plata v.*
4  *Schwarzenegger*, U.S.D.C., Case No. 01-CV-10351 TEH and *Armstrong v. Schwarzenegger*,
5  U.S.D.C. Case No. C94-2307 CW.  (Dec. Tillman, ¶ 8.)  On November 15, 2006, a parallel
6  motion was filed and served on counsel in *Armstrong v. Schwarzenegger*.  (*Id.* at ¶ 9.)  The
7  Armstrong motion is scheduled for hearing on December 22, 2006 before the Honorable Claudia
8  Wilken.  (*Id.* at ¶ 9.)  On November 13, 2006, Plaintiffs filed a similar motion to reduce the
9  prison population in the matter of *Plata v. Schwarzenegger*.  (*Id.* at ¶ 10.)  No hearing date has
10  been set for the hearing on that motion.  Judge Henderson is available to hear the motion on
11  January 8, 2007.  Plaintiffs desire an earlier hearing date in December 2006.  (*Id.*)

12          Plaintiffs' filing of parallel motions to reduce the prison population in three class
13  actions venued in three district courts warrants coordination of a response to those motions by
14  Defendants.  In order to properly represent the named defendants in each of these cases, the
15  defense attorneys must be provided adequate time to review the motions filed in every case and
16  meet with the named defendants to ensure a cohesive and integrated response.  Defendants will
17  need sufficient time to consider the requested relief in light of the individual as well as common
18  features of each case.

19  **C.  Judicial Economy Will Be Served by Rescheduling the Hearing Date.**

20          To the extent this Court desires additional time to hear this motion and determine the
21  need for any coordination with the *Plata* and *Armstrong* courts, this requested extension of time
22  will serve the interests of judicial economy.

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

REQUEST FOR RESCHEDULING HEARING, BRIEF

1

**CONCLUSION**

2       Defendants respectfully request the date of the hearing on this motion be rescheduled

3   to January 8, 2007, with Defendants' responsive brief due on December 22, 2006.  This change

4   in the hearing date and the deadline for the responsive brief will provide Defendants with the

5   necessary time to prepare an integrated response to Plaintiffs' three parallel requests for a three-

6   judge panel to address prison population.

7   Dated: November 17 2006

8                    Respectfully submitted,

9                    BILL LOCKYER
                     Attorney General of the State of California

10                   JAMES M. HUMES
                     Chief Assistant Attorney General

11                   FRANCES T. GRUNDER
                     Senior Assistant Attorney General

12
                     ROCHELLE C. EAST
13                   Supervising Deputy Attorney General

14

15                   */s/ Lisa A. Tillman*

16
                     LISA A. TILLMAN
17                   Deputy Attorney General
                     Attorneys for Defendants

18

19
    30187964.wpd
20  CF1997CS0003

21

22

23

24

25

26

27

28

REQUEST FOR RESCHEDULING HEARING, BRIEF