1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 |   1300 I Street, Suite 125
  P.O. Box 944255
7 |   Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
8 |   Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF LISA TILLMAN IN SUPPORT OF REQUEST TO RESCHEDULE THE HEARING DATE AND DUE DATE FOR RESPONSE TO PLAINTIFFS' MOTION TO CONVENE A THREE-JUDGE PANEL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | Hearing: December 11, 2006<br>Time: 10:00 a.m.<br>Courtroom: Four |
| Defendants. | Judge: The Honorable Lawrence K. Karlton |

I, Lisa A. Tillman, declare as follows:

    1.   I am an attorney licensed to practice in the State of California and I am admitted to the Eastern District of the United States District Court. I am employed by the Office of the Attorney General as a Deputy Attorney General and I am assigned to represent the Defendants in this matter.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. On November 9, 2006, I received via electronic case filing Plaintiffs' Motion for Permissive Intervention and for Modification of the Protective Order. The Motion for Permissive Intervention is set for hearing on December 14, 2006. In accord with applicable rules, Defendants' opposition brief is due on Monday, November 27, 2006, the first Monday after Thanksgiving weekend.

4. On November 13, 2006, I received via the electronic case filing as well as personal service Plaintiffs' Notice of and Motion to Convene a Three-Judge Panel to Limit the Prison Population. This motion is set for hearing on Monday, December 11, 2006. In accord with applicable court rules, Defendants' opposition brief is due on Monday, November 27, 2006, the first Monday after Thanksgiving weekend.

5. State offices are closed on Friday, November 24, 2006 as part of the Thanksgiving Day holiday. As a result, I will not have clerical staff available to assist in the finalization and filing of the briefs in response Plaintiffs' Motions to Convene a Three-Judge Panel, due on November 24, 2006. Defendants' brief would then have to be prepared by Wednesday, November 22, 2006, to be ready for filing on Monday, November 27, 2006.

6. Plaintiffs' counsel did not contact me to confer about the hearing dates in these two motions.

7. I am scheduled to be on vacation with my family the week of November 20, 2006, and will have family visiting from out-of-town on November 23 and November 24, 2006. In light of intervening holiday and vacation schedules, an extension of the time to respond to the Plaintiffs' Motion to Convene a Three-Judge Panel will enable Defendants necessary time to adequately brief the issues identified in Plaintiffs' motion.

8. Plaintiffs' Motion to Convene brief states that parallel motions will be filed in the matters of *Plata v. Schwarzenegger*, U.S.D.C., Case No. 01-CV-10351 TEH and *Armstrong v. Schwarzenegger*, U.S.D.C., Case No. C94-2307 CW.

DEC. TILLMAN IN SUPPORT OF RESCHEDULED HEARING, BRIEFING DATES

2

9. On November 15, 2006, a similar motion to convene a three-judge panel was filed and served in *Armstrong v. Schwarzenegger*. The motion is set for hearing on December 22, 2006 before the Honorable Claudia Wilken.

10. On November 13, 2006, Plaintiffs filed a similar motion to reduce the prison population in the matter of *Plata v. Schwarzenegger*. No hearing date has been set for the hearing on that motion. I understand Judge Henderson is available to hear the motion on January 8, 2007 and that Plaintiffs desire an earlier hearing date in December 2006.

11. Plaintiffs' filing of parallel motions to reduce the prison population in three class actions venued in three district courts warrants coordination of a response to those motions by Defendants. In order to properly represent the named defendants in each of these cases, the defense attorneys must be provided adequate time to review the motions filed in every case and meet with the named defendants to ensure a cohesive and integrated response.

12. To the extent this Court desires additional time to hear this motion and determine the need for any coordination with the *Plata* and *Armstrong* courts, this requested extension of time will serve the interests of judicial economy.

13. Because Plaintiffs' counsels' sought relief is in the form of the convening of a three-judge panel to address the prison population, the requested rescheduling of the hearing date to January 8, 2007 and responsive brief deadline of December 22, 2006.

14. Defendants will be able to prepare an integrated response to the parallel motions filed in the three class actions with the rescheduling of the hearing date in this case to January 8, 2007, with Defendants' response to the motion due on December 22, 2006.

15. I spoke with Plaintiffs' counsel Michael Bien about this requested relief on November 17, 2006.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2006      */ s / Lisa A. Tillman*
                                              LISA A. TILLMAN

30187865.wpd
CF1997CS0003