IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER ON DEFENDANTS' REQUEST TO RESCHEDULE THE HEARING DATE AND DUE DATE FOR RESPONSE TO PLAINTIFFS' MOTION TO CONVENE A THREE-JUDGE PANEL TO REDUCE PRISON POPULATION** |

Upon good cause appearing, Defendants' request to reschedule the hearing date and due date for response to Plaintiffs' motion to convene a three-judge panel to reduce the prison population is hereby granted.

The hearing on Plaintiffs' motion to convene a three-judge panel to reduce the prison population is hereby set for January 22, 2006, with any opposition brief due on January 5, 2006.

Dated: _____    _____
The Honorable Lawrence K. Karlton

30189148

[Proposed] Order Re: Three Judge Panel

1