1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10 CF1997CS0003

11            IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14 **RALPH COLEMAN, et al.,**                  2:90-cv-00520 LKK JFM P

15                           Plaintiffs,    **DEFENDANTS' REQUEST
                                            TO RESET HEARING DATE
16      **v.**                              AND BRIEFING SCHEDULE
                                            ON MOTION FOR
17 **ARNOLD SCHWARZENEGGER, et al.,**        PERMISSIVE
                                            INTERVENTION AND
18                          Defendants.     MODIFICATION OF
                                            PROTECTIVE ORDER WITH
19                                          DECLARATION OF LISA
                                            TILLMAN, [PROPOSED]
20                                          ORDER**

21                                          Hearing:    December 14, 2006
                                            Time:       11:00 a.m.
22                                          Courtroom:  Courtroom 25
                                            Judge:      The Honorable John
23                                                      F. Moulds

24

25                          **INTRODUCTION**

26        By this motion, Defendants respectfully request this Court reschedule the noticed

27 hearing of December 11, 2006 on the motion for permissive intervention and modification of the

28 protective order filed by Plaintiffs in the nascent action of *Hecker v. Schwarzenegger*, U.S.D.C.,

REQUEST FOR RESCHEDULING OF HEARING, BRIEFING RE. PROTECTIVE ORDER
                              1

1  Case No. 02:05 CV 02441 LKK/JFM.  As a motion to dismiss is pending in *Hecker*, this motion

2  for permissive intervention and discovery is premature.  Further, with the filing of a similar

3  motion for intervention and modification of the protective order in *Armstrong v. Schwarznegger*,

4  U.S.D.C., Case No. C94-2307, Defendants require a resetting of the hearing and briefing schedule

5  to enable a coordinated response to both motions.  Defendants therefore request the motion be

6  taken off-calendar pending a ruling on the *Hecker* motion to dismiss or, in the alternative, be set

7  for hearing on January 15, 2007, with any opposition brief due on January 2, 2007.

8  **FACTUAL BACKGROUND**

9  The *Hecker* case was filed on December 1, 2005.  No class has been certified as yet.

10  Plaintiffs filed a Second Amended Complaint on October 20, 2006.  A motion to dismiss the

11  Second Amended Complaint is scheduled for hearing on December 22, 2006.

12  This motion for permissive intervention and modification of the protective order was

13  filed on November 9, 2006.  The hearing date is December 14, 2006.  Plaintiffs' counsel did not

14  contact Defendants' counsel prior to setting the hearing date.  (Dec. Tillman, ¶ 6.)

15  A parallel motion for permissive intervention and modification of the protective order

16  was filed in *Armstrong v. Schwarzenegger*, U.S.D.C., Case No. C94-2307, on November 7, 2006.

17  (Ex. 1.)  The hearing date for the *Armstrong* motion is December 15, 2006.  (*Id.*)

18  **LEGAL ARGUMENT**

19  **A.   THE HEARING SHOULD BE TAKEN OFF-CALENDAR PENDING ANY**

20  **RULING OF THE MOTION TO DISMISS IN *HECKER***

21  Any determination of modification of the *Coleman* protective order to permit the

22  *Hecker* plaintiffs to intervene into the *Coleman* case and discover protected materials relies upon

23  the outcome of the motion to dismiss.  The claims that survive, if any, the motion to dismiss will

24  impact the significance and scope of Plaintiffs' request for permissive intervention and

25  modification of the protective order.  Further, without certification of a class in *Hecker*,

26  Defendants cannot fully evaluate this discovery request.  Because the motion for permissive

27  intervention and modification of the protective order is premature, the motion should be taken

28  off-calendar pending this Court's ruling on the *Hecker* motion to dismiss.

REQUEST FOR RESCHEDULING OF HEARING, BRIEFING RE. PROTECTIVE ORDER

1
2
3

**B.    THE BRIEFING SCHEDULE AND HEARING SHOULD BE RESET TO ENABLE DEFENDANTS' COORDINATED RESPONSES TO THESE PARALLEL MOTIONS OVER THE HOLIDAY PERIOD.**

4    Defendants respectfully request the briefing schedule and hearing be reset to enable

5    sufficient briefing of the issues presented.  With the present hearing date of December 14, 2006,

6    Defendants' opposition brief is due on Monday, November 27, 2006, the Monday after the

7    Thanksgiving holiday.  (Dec. Tillman, ¶ 7.)  State offices are closed on Thursday, November 23

8    and Friday, November 24, thus leaving Defendants' counsel and support staff little time to

9    prepare the motion for filing.  (*Id.* at ¶ 7.)   Further, Plaintiffs have filed a parallel motion in

10    *Armstrong v. Schwarzenegger*, Case No. 94-2307, scheduled for hearing on December 15, 2006.

11    (Dec. Tillman, ¶ 8; Ex. 1.)  Defendants require additional time to coordinate the responses, in

12    order to ensure that the unique features of each case are addressed.  (Dec. Tillman, ¶ 9.)

13    Defendants therefore request the hearing be taken off-calendar pending this Court's ruling on the

14    motion to dismiss or be rescheduled to January 15, 2007.

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

REQUEST FOR RESCHEDULING OF HEARING, BRIEFING RE. PROTECTIVE ORDER

1

**CONCLUSION**

2          Defendants respectfully request Plaintiffs' motion for permissive intervention and

3   modification of the protective order be taken off-calendar pending a ruling on the *Hecker* motion

4   to dismiss.  In the alternative, Defendants request that the Court resetting the hearing to January

5   15, 2006, with an accompanying change in the briefing schedule, to enable a coordinated

6   response to the parallel motions in *Armstrong* and *Coleman*.

7          Dated: November 17, 2006

8                          Respectfully submitted,

9                          BILL LOCKYER
                           Attorney General of the State of California

10                         JAMES M. HUMES
                           Chief Assistant Attorney General

11                         FRANCES T. GRUNDER
                           Senior Assistant Attorney General

12
                           ROCHELLE C. EAST
13                         Supervising Deputy Attorney General

14

15                         */s/ Lisa A Tillman*

16
                           LISA A. TILLMAN
17                         Deputy Attorney General
                           Attorneys for Defendants

18

19
    30188706.wpd
20  CF1997CS0003

21

22

23

24

25

26

27

28

REQUEST FOR RESCHEDULING OF HEARING, BRIEFING RE. PROTECTIVE ORDER