BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 327-7872
  Fax:  (916) 324-5205
  Email:  Lisa.Tillman@doj.ca.gov

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' REQUEST TO RESET HEARING DATE AND BRIEFING SCHEDULE ON MOTION FOR PERMISSIVE INTERVENTION AND MODIFICATION OF PROTECTIVE ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |
| | Hearing:     December 14, 2006<br>Time:         11:00 a.m.<br>Courtroom: 25<br>Judge:        The Honorable John F. Moulds |

I, Lisa Tillman, declare:

1. I am an attorney licensed to practice before all the courts of the State of California and am admitted to practice before the United States District Court, Eastern District of California. I am a Deputy Attorney General with the Office of the Attorney General, counsel of record for the defendants in this case. The Office of the Attorney General is also counsel of record for the

Dec. of Tillman in Support of Defs.' Req. to Reset Hr'g Date and Br. Schedule on Mot. for Permissive Intervention & Modification of Protective Order

1

1  defendants in *Hecker v. Schwarzenegger*, U.S.D.C., Case No. 02:05 CV 02441 LKK/JFM and in
2  *Armstrong v. Schwarzenegger*, U.S.D.C., Case No. C94-2307 CW.

3      2. I have personal knowledge of the facts stated in this declaration and if called to testify
4  upon these facts would do so competently.

5      3. My office files indicate that the *Hecker* case was filed on December 1, 2005. No class
6  has been certified in that case as yet.

7      4. Plaintiffs in the *Hecker* case filed a second amended complaint on October 20, 2006.
8  A motion to dismiss the Second Amended Complaint is scheduled for hearing on December 21,
9  2006.

10      5. This motion for permissive intervention and modification of the protective order was
11  filed on November 9, 2006. The hearing date is December 14, 2006.

12      6. Plaintiffs' counsel did not contact Defendants' counsel prior to setting the hearing
13  date.

14      7. With the present hearing date of December 14, 2006, Defendants' opposition brief is
15  due on Monday, November 27, 2006, the Monday after the Thanksgiving holiday. State offices
16  are closed on Thursday, November 23 and Friday, November 24, thus leaving Defendants'
17  counsel and support staff little time to prepare the motion for filing.

18      8. A parallel motion for permissive intervention and modification of the protective order
19  was filed in *Armstrong v. Schwarzenegger*, Case No. C94-2307, on November 7, 2006.
20  (Attached as Exhibit 1 is a true and correct copy of that motion.) The hearing date for the
21  *Armstrong* motion is December 15, 2006. (*Id.*)

22      9. Defendants require additional time coordinate the responses in a manner to ensure the
23  unique features of each case are addressed.

24      10. I contacted Plaintiffs' counsel on November 17, 2007 to discuss an resetting of the
25  hearing date and briefing schedule in this matter.

26  //
27  //
28  //

Dec. of Tillman in Support of Defs.' Req. to Reset Hr'g Date and Br. Schedule on Mot. for Permissive Intervention & Modification of Protective Order

2

1  11. I know of no prejudice that will result to Plaintiffs by either taking this hearing off-calendar pending a ruling on the motion to dismiss or resetting the hearing to January 15, 2007.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2006    By: _____*/s/ Lisa Tillman*_____
                                                     Lisa Tillman

30188951.wpd
CF1997CS0003

Dec. of Tillman in Support of Defs.' Req. to Reset Hr'g Date and Br. Schedule on Mot. for Permissive Intervention & Modification of Protective Order

3