# EXHIBIT 1

| | |
|---|---|
| 1  THE LEGAL AID SOCIETY –<br>   EMPLOYMENT LAW CENTER<br>2  CLAUDIA CENTER Bar No.: 158255<br>   LEWIS BOSSING Bar No.: 227402<br>3  600 Harrison Street, Suite 120<br>   San Francisco, CA 94107<br>4  Telephone: (415) 864-8848 | ROSEN, BIEN & ASARO, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>AMY WHELAN Bar No.: 215675<br>JANE E. KAHN Bar No.: 112239<br>LORI RIFKIN Bar No.: 244081<br>155 Montgomery Street, 8th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |

6  Attorneys for Plaintiffs-Intervenors Hecker, *et al.*

| | |
|---|---|
| 7  PRISON LAW OFFICE<br>   DONALD SPECTER Bar No.: 83925<br>8  STEVEN FAMA Bar No.: 99641<br>   E. IVAN TRUJILLO Bar No.: 228790<br>9  General Delivery<br>   San Quentin, California 94964<br>10 Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| 11 HELLER, EHRMAN, WHITE &<br>   McAULIFFE<br>12 RICHARD L. GOFF Bar No.: 36377<br>   701 Fifth Avenue<br>13 Seattle, Washington 98104<br>   Telephone: (206) 447-0900 | |

15  With the above counsel, Attorneys for Plaintiffs-Intervenors *Coleman et al.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ARMSTRONG, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C-94-2307 CW<br><br>**NOTICE OF MOTION AND MOTION BY ROBERT HECKER, ET AL. AND RALPH COLEMAN, ET AL., FOR PERMISSIVE INTERVENTION AND FOR MODIFICATION OF PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:   December 15, 2006<br>Time:   10:00 a.m.<br>Place:  Courtroom 2, 4th Floor<br>The Honorable Claudia Wilken |