IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER ON DEFENDANTS' REQUEST TO RESET HEARING DATE AND BRIEFING SCHEDULE ON MOTION FOR PERMISSIVE INTERVENTION AND MODIFICATION OF PROTECTIVE ORDER**<br><br>Hearing: December 14, 2006<br>Time: 11:00 a.m.<br>Courtroom: 25, Eighth Floor<br>Judge: The Honorable John F. Moulds |

Upon good cause appearing, Defendants' request to reset the hearing date and briefing schedule on Plaintiffs' motion for permissive intervention and modification of the protective order is hereby granted.

This motion will be heard on January 15, 2006, with Defendants' opposition brief due on January 2, 2006.

Dated: November 17, 2006   By: _____
                                Honorable John F. Moulds

30189131

[PROPOSED] ORDER

1