IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.            ORDER

      The court is in receipt of defendants' request to continue the hearing date on plaintiffs' motion to convene a three judge panel. While the court has sympathy for defendants' vacation plans, the court will not reset the date for the hearing. The court will, however, permit defendants additional time to file an opposition brief or statement of non-opposition. Accordingly, the court orders as follows:

    1.    Defendants' request to continue the hearing date is DENIED.

    2.    Defendants' shall file an opposition brief or statement of no n-opposition by 5:00 p.m. on December 4, 2006. There shall be no reply briefs.

IT IS SO ORDERED.

DATED: November 17, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT