IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,        No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        <u>ORDER</u>

                                      /

        Good cause appearing, defendants' November 17, 2006 request to reset the hearing date and briefing schedule on plaintiffs' motion for permissive intervention and modification of the protective order is denied. Defendants are granted until close of business December 1, 2006 in which to file an opposition. Plaintiffs' reply, if any, shall be filed by close of business December 8, 2006. The hearing set for December 14, 2006 at 11:00 a.m. before the undersigned is confirmed.

DATED: November 20, 2006.

                                      UNITED STATES MAGISTRATE JUDGE

/001; cole0520.den