# CBM

**CARROLL, BURDICK & MCDONOUGH LLP**

ATTORNEYS AT LAW

**FILED**

NOV 27 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

MONTGOMERY, SUITE 400
SAN FRANCISCO, CA 94104-4606
415.989.5900
FAX 415.989.0932

WALNUT CREEK
SACRAMENTO
LOS ANGELES

www.cbmlaw.com

November 22, 2006

**NOTICE OF NONCOMPLIANCE**
**See L.R. 5-133(a) & (d)(3)**
Filed in Paper on

Gregg McLean Adam
DIAL: 415.743.2534
gadam@cbmlaw.com

The Honorable Lawrence K. Karlton
United States District Court – Eastern District
501 I Street
Sacramento, California 95814

NOV 2 7 2006

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Re: ***Coleman, et al. v. Schwarzenegger, et al.,* U.S.D.C., Eastern District,**
**Case No. 90-CV-00520-LKK-JFM. – Request for Permission to File**
***Amicus Curiae* Brief in Support Of Plaintiffs' Motion To Convene**
**A Three Judge Panel To Limit The Prison Population**
**File No. 033486**

Dear Judge Karlton:

On behalf of our client the California Correctional Peace Officers' Association ("CCPOA"), the undersigned write to request permission to file, as *amicus curiae,* a brief in support of the Motion To Convene A Three Judge Panel To Limit The Prison Population filed by the Prison Law Office in the above-referenced matter. CCPOA is the exclusive representative of approximately 30,000 sworn employees of the California Department of Corrections and Rehabilitation in State Bargaining Unit 6 pursuant to the Ralph C. Dills Act (California Government Code § 3512 *et seq.*). CCPOA also represents approximately 2,400 supervisors of Unit 6 personnel.

By virtue of the foregoing, CCPOA believes it is uniquely qualified to comment upon the state of overcrowding in California prisons. Specifically, CCPOA, through its representation of employees in Unit 6, deals, literally on a daily basis, with, *inter alia,* security concerns, safety concerns pertaining to correctional staff and inmates, modification and elimination of inmate programs, restrictions on inmate movement, and the significant increased risk of a prison riot. These issues have all been raised in plaintiffs' moving papers and are likely to be issues to be considered by this Court.

CCPOA has been, and remains, extremely concerned for the health, safety and well-being of the men and women it represents. All of the issues mentioned in the prior paragraph also impact Unit 6 personnel. CCPOA's intent in requesting *amicus curiae*

The Honorable Lawrence K. Karlton

Re:  *Coleman, et al. v. Schwarzenegger, et al.,* U.S.D.C., Eastern District, Case No. 90-
     CV-00520-LKK-JFM. – Request for Permission to File *Amicus Curiae* Brief in
     Support Of Plaintiffs' Motion To Convene A Three Judge Panel To Limit The
     Prison Population

November 22, 2006

Page 2

status is simply to supply information and make suggestions based on the issues as
framed by plaintiffs' moving papers. Based upon information we were able to obtain
electronically, we are copying this letter to all counsel who are designated "to be
noticed."

                         Very truly yours,

                         CARROLL, BURDICK & McDONOUGH LLP

                         Ronald Yank
                         Gregg McLean Adam

GMA:

cc:  J. Michael Keeting, Jr., Special Master
     Matthew A. Lopes, Jr., Deputy Special Master
     John Hagar, Special Master
     Claudia B. Center, Esq., Legal Aid Society
     Donald Spector, Esq., Prison Law Office
     Michael Bien, Esq., Rosen Bien & Galvan, LLP
     Jane E. Kahn, Esq., Rosen Bien & Galvan, LLP
     Lori Ellen Rifkin, Esq., Rosen Bien & Galvan, LLP
     Warren E. George, Esq., Bingham, McCutchen LLP
     Richard L. Goff, Esq., Heller, Ehrman, White & McAuliffe
     Lisa Anne Tilman, Esq., Office of the Attorney General
     Benjamin C. Sybesma, Chief Legal Counsel, CCPOA
     Christine Albertine, Assistant Chief Counsel, CCPOA