IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

          Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

          Defendants.         <u>ORDER</u>
_____/

        The court is in receipt of a request from the California Correctional Peace Officers' Association ("CCPOA") to file an <u>amicus</u> <u>curiae</u> brief in support of plaintiffs' motion to convene a three judge panel to limit the prison population in the California Department of Corrections and Rehabilitation.  Good cause appearing, the request will be granted.  The <u>amicus</u> <u>curiae</u> brief shall be filed electronically in accordance with the Local Rules of this Court and a courtesy copy shall be delivered to the chambers of the undersigned.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  The request of the CCPOA for leave to file an <u>amicus</u> <u>curiae</u> brief is granted;

        2.  Said brief shall be filed and served by 5:00 p.m. on December 4, 2006; and

/////

/////

1

1        3.  The Clerk of the Court is directed to serve a copy of this letter on Ronald Yank

2    and Gregg McLean Adam at Carroll, Burdick & McDonough, LLP by electronic mail to

3    gadam@cbmlaw.com.

4        DATED: November 28, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT