PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
LORI RIFKIN Bar No.: 244081
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**NOTICE OF FILING OF COURTESY COPIES WITH COURT** |

On November 13, 2006, plaintiffs in this case filed a Notice of Motion and Motion to Convene a Three Judge Panel to Limit the Prison Population. In plaintiffs' Memorandum in support of that Motion, plaintiffs informed the Court that similar motions requesting three judge panels for relief from overcrowding were being filed the same week in *Armstrong v. Schwarzenegger*, No. 94-cv-02307-CW (N.D.Ca.) and *Plata v. Schwarzenegger*, No. 01-cv-01351-THE (N.D.Ca.). Plaintiffs noted that courtesy copies of these pleadings would be provided to the Court, and plaintiffs hereby provide these documents. The following documents are attached as exhibits to this Notice:

Exhibit A:  Notice of Motion and Motion to Convene a Three Judge Panel to Limit Prison Population, filed in *Plata v. Schwarzenegger*, No. 01-cv-01351-THE (N.D.Ca.), 11/13/06

Exhibit B:  Notice of Motion and Motion to Convene a Three Judge Panel to Limit Prison Population, filed in *Armstrong v. Schwarzenegger*, No. 94-cv-02307-CW (N.D.Ca.), 11/15/06.

Because of their length and substantial overlap with the declarations and exhibits filed with the *Coleman* Motion, the declarations filed in support of the *Armstrong* and *Plata* Motions are not attached. Upon request from the Court, plaintiffs will provide these additional documents.

Dated: December 1, 2006                    Respectfully submitted,


                                           /s/ Lori Rifkin
                                           Lori Rifkin
                                           Rosen, Bien & Asaro
                                           Attorneys for Plaintiffs