
BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO *HECKER* PLAINTIFFS' MOTION FOR PERMISSIVE INTERVENTION AND MODIFICATION OF PROTECTIVE ORDER**<br><br>Hearing:    December 14, 2006<br>Time:       11:00 a.m.<br>Courtroom:  25<br>Judge:      The Honorable John F. Moulds |

## I.

## INTRODUCTION

Defendants request this Court take judicial notice, under Rule 201 of the Federal Rules of Evidence, of the court files in the following two matters:

*Armstrong v. Wilson*, USDC N.D. Cal. Case No. C94-2307,

*Hecker v. CDCR*, USDC E. D. Cal. Case No. 2:05-CV-02441-LKK-JFM.

REQ. JUD. NOTICE OPPO MOT INTERVENE

1

## II.

## LEGAL STANDARD

Rule 201 of the Federal Rules of Evidence permits the court to take judicial notice of the court files and records in another, pending federal action. *Conopco, Inc. v Roll Int'l*, 231 F.3d 82 (9th Cir. 2000); *Greenberg v. Cutler-Hammer, Inc.*, 403 F. Supp. 1231 (E.D. Wisc. 1975). Defendants request this Court take judicial notice of the following:

1. The filing of a parallel motion for permissive intervention and modification of the protective order in the *Armstrong* matter (attached as Exhibit 4);
2. The legal and factual claims made in the *Hecker* second amended complaint;
3. The lack of any motion for certification of a class of plaintiffs in the *Hecker* case;
4. The lack of any order certifying any class of plaintiffs in the *Hecker* case;
5. The filing of a motion to dismiss, and the legal defenses asserted in the motion to dismiss, in the matter of *Hecker* case.

## III.

## CONCLUSION

Defendants respectfully request this Court grant their request for judicial notice of pleadings filed in the *Armstrong* and *Hecker* matters.

Dated: December 1, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

1  30192236.wpd
   CF1997CS0003
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REQ. JUD. NOTICE OPPO MOT INTERVENE