1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 |   1300 I Street, Suite 125
P.O. Box 944255
7 |   Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8 | Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov
9 |
Attorneys for Defendants
10 |

11 |

12 |                    IN THE UNITED STATES DISTRICT COURT

13 |                    FOR THE EASTERN DISTRICT OF CALIFORNIA

14 |

15 | **RALPH COLEMAN, et al.,**                         2:90-cv-00520 LKK JFM P

16 |                                   Plaintiffs,    **DEFENDANTS' RESPONSE
TO PLAINTIFFS'**
17 |          **v.**                                  **OBJECTIONS TO
SUBMITTED PLAN TO**
18 | **ARNOLD SCHWARZENEGGER, et al.,**               **ADDRESS SUICIDE TRENDS
IN ADMINISTRATIVE**
19 |                                   Defendants.   **SEGREGATION UNITS**

20 |

21 |                                      **I.**

22 |                               **INTRODUCTION**

23 |          Defendants submit this statement in response to Plaintiffs' objections to their

24 | submitted plan to address the escalating percentage of suicides occurring in administrative

25 | segregation.  Defendants have reviewed Plaintiffs' objections and now commit to undertaking

26 | additional measures to resolve certain issues asserted in Plaintiffs' objections.

27 | //

28 | //

RESPONSE TO PLF. OBJ. PLAN ADDRESS SUICIDES

1

**II.**

**BACKGROUND**

This Court has entered two orders addressing suicide issues in administrative segregation units.  The first order, issued in June 2005, directed Defendants to develop a plan to address the hazard of large-mesh ventilation screens in administrative segregation cells in which caseload inmates are housed.  Defendants submitted a plan in response to that court order in July 2005.  On June 8, 2006, this Court ordered Defendants to develop a plan, in collaboration with the Court's and Plaintiffs' experts, to address the escalating suicide trends in administrative segregation units.  The plan was submitted on October 1, 2006.  In their objections to the plan to address suicide trends in administrative segregation units, Plaintiffs requested this Court enter an order mandating:

1. **Immediate Retrofit of 406 Intake Cells**:  Defendants are to retrofit the intake unit cells as soon as possible, but no later than June 1, 2007.

2. **Pre-Screening Placement**:  Defendants shall implement the pre-placement suicide prevention screening as soon as possible, but no later than January 1, 2007, and shall seek mid-year funding if necessary.

3. **Emergency Funding**:  Defendants shall prepare and submit an emergency funding request for all necessary staffing and construction, to enable CDCR to provide all inmates housed in administrative segregation units with the out-of-cell time required by law and recommended by the expert panel as necessary to reduce the suicide rate as soon as possible, but no later than July 1, 2007.

4. **Property in Administrative Segregation**:  Defendants shall develop and implement a plan as soon as possible, but no later than by January 1, 2007, to provide non-disciplinary inmates housed in administrative segregation with additional personal property, such as a television and radio, during their wait for transfer out of administrative segregation.

5. **Length of Stay**: Defendants shall develop a plan to substantially reduce the length of stay of inmates placed in administrative segregation to achieve the following measurable goals: reducing the length of stay in administrative segregation by twenty percent (20%) as soon as

RESPONSE TO PLF. OBJ. PLAN ADDRESS SUICIDES

1 possible, but no later than by June 1, 2007, and by an additional twenty percent (20%) by

2 December 1, 2007.

3     6. **Welfare Checks**:  Defendants shall implement 30-minute welfare checks in every

4 administrative segregation unit within CDCR as soon as possible, but no later than July 1, 2007.

5 **III.**

6 **LEGAL STATEMENT**

7 **A.  Defendants' Proffer of Additional Measures to Reduce Suicide Trends Moots Most**

8 **of Plaintiffs' Objections.**

9     Defendants are committed to undertaking the following additional measures to address

10 the suicide trends in administrative segregation units:

11     •**Retrofit of 406 Intake Cells**:  In response to Plaintiffs' requested item 1, Defendants

12 submit an enhanced timetable for retrofitting ventilation screens in designated intake cells in

13 administrative segregation units, and for retrofitting other physical features of designated intake

14 cells  (Ex. A, Dec. George Sifuentes).

15     •**Pre-Screening Placement**:  In response to Plaintiffs' requested item 2, Defendants submit

16 their timetable for pre-placement screening of inmates endorsed for transfer to administrative

17 segregation units (Ex. B, 11/22/06 letter to Special Master Keating with screening policies and

18 procedures attached).

19     •**Property in Administrative Segregation**:  In response to Plaintiffs' requested item

20 4, Defendants commit to reviewing and revising regulations to enable possession of certain

21 amounts of personal property by non-disciplinary inmates in administrative segregation units

22 (Ex. C, Declaration of Scott Kernan).

23     •**Welfare Checks**:  In response to Plaintiffs' requested item 6,  Defendants submit their

24 implementation of 30-minute welfare checks of inmates in administrative segregation units (Exh.

25 D, 10/31/06 memorandum of John Dovey to field).

26     Defendants respectfully request this Court find that these additional measures fairly meet

27 the demands made by Plaintiffs, and so resolve those objections.

28 //

RESPONSE TO PLF. OBJ. PLAN ADDRESS SUICIDES

3

1    **B.    Plaintiffs' Two Remaining Objections Should Be Disregarded as Unnecessary.**

2    Defendants object to the two remaining objections asserted by Plaintiffs.  Defendants

3  respectfully request Plaintiffs' demand for a court order requiring construction and staffing

4  resources on an emergency basis to enable out-of-cell time be disregarded.  That request

5  does not consider that the submitted and pending bed plans will yield appropriate out-of-cell

6  time.  Defendants submit that Plaintiffs' request for certain measures to ensure a reduction in the

7  length of stay in administrative segregation units does not account for the present oversight

8  mechanisms described in the plan and so should be disregarded.

9                                 **III.**

10                         **CONCLUSION**

11    Defendants respectfully submit that this statement of supplemental steps to address the

12  suicide trends in administrative segregation units satisfies this Court's order and moots

13  Plaintiffs' key objections to the plan.

14      Dated: December 1, 2006

15                     Respectfully submitted,

16                     BILL LOCKYER
                       Attorney General of the State of California

17                     JAMES M. HUMES
                       Chief Assistant Attorney General

18
                     FRANCES T. GRUNDER
19                     Senior Assistant Attorney General

20                     ROCHELLE C. EAST
                       Supervising Deputy Attorney General

21

22                     */s/ Lisa A. Tillman*

23
                     LISA A. TILLMAN
24                     Deputy Attorney General
                     Attorneys for Defendants

25

26

27  30192846.wpd
  CF1997CS0003

28

RESPONSE TO PLF. OBJ. PLAN ADDRESS SUICIDES