**RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,**

**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT A**

1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 |   1300 I Street, Suite 125
P.O. Box 944255
7 |   Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8 |   Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov
9
Attorneys for Defendants
10

11

12                    IN THE UNITED STATES DISTRICT COURT

13                    FOR THE EASTERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15 **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| 16  Plaintiffs, | **DECLARATION OF GEORGE SIFUENTES IN SUPPORT OF** |
| 17  v. | **DEFENDANTS' RESPONSE TO PLAINTIFFS'** |
| 18 **ARNOLD SCHWARZENEGGER, et al.,** | **OBJECTIONS TO DEFENDANTS' PLAN TO** |
| 19  Defendants. | **ADDRESS SUICIDE TRENDS IN ADMINISTRATIVE** |
| 20 | **SEGREGATION UNITS** |

21

22          I, George A. Sifuentes, declare:

23          1.    I am employed by the California Department of Corrections and Rehabilitation

24   (CDCR) in the position of Deputy Director of the Office of Facilities Management.  I have served

25   in this position since March 2004.

26          2.    I have personal knowledge of the facts stated in this declaration and if called to

27   testify upon those facts would do so competently.

28          3.    I am familiar with this Court's order of June 9, 2005 requiring Defendants to

DECLARATION OF SIFUENTES RE: AD SEG PLAN

1

1 | develop a plan for dealing with the hazard of large-mesh ventilation screens in administrative

2 | segregation cells in which mental health caseload inmates are housed.

3 |       4.    I am familiar with this Court's order of June 8, 2006 to develop a plan for dealing

4 | with the escalating percentage of suicides occurring in administrative segregation units. The

5 | order further stated the plan shall include, as appropriate, a budget and implementation schedule

6 | for any policy and procedure changes, staffing or budget augmentation, and, if necessary, include

7 | a mechanism for obtaining mid-year funding.

8 |       6.    I have reviewed Plaintiffs' objections to Defendants' submitted plan to address

9 | the escalating percentage of suicides occurring in administrative segregation units and understand

10 | Plaintiffs' desire to accelerate the retrofit of ventilation screens in administrative segregation as

11 | well as the retrofit of administrative segregation intake cell features that may create a suicide

12 | hazard.

13 |       7.    I am also aware that the ventilation screens and their anchorage have to be

14 | designed and manufactured to meet CDCR's security design requirements: stainless steel, heavy

15 | gauge, security attachments- and that they have to be properly installed so that they do not

16 | present a security concern to staff or the inmate.

17 |       8.    I am committed to implementing the following revised plan to address the

18 | ventilation screens in intake cells within administrative segregation units:

19 |       a.    By April 2007, the ventilation screens 61 administrative segregation intake cells

20 | in stand-alone administrative segregation units will be completed at:

21 |     • Calipatria State Prison (CAL);

22 |     • Centinela State Prison (CEN);

23 |     • California State Prison, Corcoran (COR);

24 |     • High Desert State Prison (HDSP);

25 |     • Kern Valley State Prison (KVSP);

26 |     • California State Prison, Los Angeles County (LAC);

27 |     • Pleasant Valley State Prison (PVSP);

28 |     • California State Prison, Sacramento (SAC);

DECLARATION OF SIFUENTES RE: AD SEG PLAN

1    • California Substance Abuse Treatment Facility and State Prison at Corcoran (SATF)

2    • Salinas Valley State Prison (SVSP)[1/].

3    b. By July 2007, the following ventilation screens in 85 intake cells within non-stand-

4    alone administrative segregation units will be completed at:

5    • Calipatria State Prison (CAL);

6    • Centinela State Prison (CEN);

7    • California State Prison, Corcoran (COR);

8    • High Desert State Prison (HDSP);

9    • Kern Valley State Prison (KVSP);

10   • California State Prison, Los Angeles County (LAC);

11   • Pelican Bay State Prison (PBSP);

12   • Pleasant Valley State Prison (PVSP);

13   • California State Prison, Sacramento (SAC);

14   • California Substance Abuse Treatment Facility and State Prison at Corcoran (SATF)

15   • Salinas Valley State Prison (SVSP).

16   c. By September 2007, the ventilation screens in 255 intake cells within administrative

17   segregation units will be replaced all other (22) sites.

18   9.    My office will also retrofit certain physical features of the non-stand-alone intake

19   cells, including as necessary, construction of concrete slab beds; elimination of in-cell

20   protrusions, replacement of cell light fixtures, and modification of cell doors to increase visibility

21   of cell.

22   10.   Design work on these physical features all non-stand-alone intake cells (340) if

23   required will begin in January 2007 and be completed by  July 2007.

24   11.   Construction on these physical features of the non-stand-alone intake cells will

25   begin in July 2007 and be completed by July 2008.  The construction work schedule will depend

26   upon each building's construction scope of work.

27   _____

28   1. The ventilation screens within the five intake cells within the stand-alone administrative
     segregation unit at Pelican Bay State Prison have already been completed.

DECLARATION OF SIFUENTES RE: AD SEG PLAN

3

1       12.  These projects have not been classified as capital outlay and instead are classified

2  as special repair projects, which do not have the same mid-year funding restrictions as do capital

3  outlay projects. Therefore, this project may be funded from existing resources and the

4  routine population increases available to the CDCR.

5       I declare under the penalty of perjury that the foregoing is true and correct.

6  Dated: December 1, 2006          By:  _____

7                                    GEORGE A. SIFUENTES

8

9

10

11

12

13

14

15  30190809.wpd

16  CF1997CS0003

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SIFUENTES RE: AD SEG PLAN