RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

EXHIBIT B

**From:** Lisa Tillman
**To:** jmichaelkeatingjr@yahoo.com
**Date:** 11/22/2006 1:58:16 PM
**Subject:** ASU Pre-placement Screening

November 22, 2006

Re: Coleman v. Schwarzenegger

Dear Mr. Keating:

Please find enclosed for your review the pre-placement mental health screening procedures for inmates sent to administrative segregation units.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205


**CC:**    dcute@pld-law.com; DocKC99@aol.com ; DoctorKoson@aol.com ; dspecter@prisonlaw.com ; gasquetflat@msn.com; gmorrison@healthcaremediations.com; hammujones@comcast.net; harconwil@aol.com; itrujillo@prisonlaw.com.; Jeffrey.metzner@uchsc.edu ; jkahn@rbalaw.com ; jmichaelkeatingjr@yahoo.com ; lbuffardi@pld-law.com; mbien@rbalaw.com ; Melissa G. Warren; mlopes@pld-law.com ; paul_nicoll@msn.com ; rpattersonmd@earthlink.net

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                                 Arnold Schwarzenegger, *Governor*

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA 94283-0001



NOV 2 0 2006

| | | |
|---|---|---|
| J. Michael Keating, Jr.<br>Office of the Special Master<br>2351 Sussex Lane<br>Fernandina, FL 32034 | via: | Lisa Tillman<br>Deputy Attorney General<br>Department of Justice<br>1300 I Street, Suite 125<br>P. O. Box 944255<br>Sacramento, CA 94244-2550 |

ADMINISTRATIVE SEGREGATION UNIT PRE-PLACEMENT MENTAL HEALTH SCREENING

On October 2, 2006, the California Department of Corrections and Rehabilitation submitted to you a plan to reduce the suicide risk in Administrative Segregation Units statewide.

One element of the plan is a brief mental health screening prior to Administrative Segregation Unit placement for the purpose of suicide prevention.

The Department's Division of Correctional Health Care Services (DCHCS) has drafted a revision of the Inmate Medical Services Policies and Procedures section detailing the procedure pertaining to medical clearance for Administrative Segregation Units. Medical personnel who clear inmates for placement in Administrative Segregation Units will be required to ask inmates a series of questions and, when indicated, to refer them for further mental health evaluation. Enclosed with this letter are the revised medical policy and the form for your review.

If you have questions regarding this policy and procedure draft, please contact Shama Chaiken, Ph.D., Chief Psychologist, Mental Health Program, DCHCS, at (916) 445-4114.

PETER FARBER– SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services

cc:   Shama Chaiken, Ph.D., Chief Psychologist, Mental Health Program, DCHCS
      Doug McKeever, Director (A), Mental Health Program, DCHCS
      Andrew Swanson, M.D., Chief Psychiatrist, Mental Health Program, DCHCS
      Margaret McAloon, Ph.D., Chief Psychologist, Clinical Operations and Forensic Unit,
        Mental Health Program, DCHCS
      Tim Rougeux, Project Director, Medical Programs, DCHCS
      Christine Martin, Special Assistant to the Director, DCHCS
      Dwight Winslow M.D., Statewide Medical Director (A), DCHCS
      Brigid Hanson, Deputy Director, DCHCS
      Susan Turner, RN, Ph.D., Statewide Director of Nursing, DCHCS
      Supervising and Senior Psychologists, Mental Health Program, DCHCS
      Michael Stone, Staff Counsel, Office of Legal Affairs
      Lisa Tillman, Deputy Attorney General, Department of Justice

# CHAPTER 16
## Medical Report of Injury or Unusual Occurrence, CDCR Form 7219

### I. POLICY
The California Department of Corrections and Rehabilitation (CDCR) health care staff shall document each inmate-patient report of an injury or unusual occurrence on a CDCR Form 7219, Medical Report of Injury or Unusual Occurrence.

### II. PURPOSE
To document each inmate-patient injury or unusual occurrence in a standardized format for custody reasons and, when seeing an inmate prior to placement in Administrative Segregation, screen for mental health problems which may increase the risk of self-harm.

### III. PROCEDURE
1. A Medical Technical Assistant (MTA), Registered Nurse (RN), Licensed Psychiatric Technician (LPT), Licensed Vocational Nurse (LVN), or Physician shall complete a CDCR Form 7219 for any of the following inmate-patient events:
   - On the job injury
   - Any inmate-patient physical contact with a staff member during an incident
   - An inmate-patient report of any injury whether self-inflicted or an altercation
   - An Administrative Segregation Unit placement
   - Use of Force
   - Other medical emergency situations

(For additional information regarding on the job injuries, refer to the *Department Operations Manual*, Chapter 3, Sections 31020.7.5.1 and 31020.7.5.2.)

2. The MTA shall contact an RN and/or physician for clinical direction when completing the CDCR Form 7219. The CDCR Form 7219 shall be legible using concise language. Use of medical abbreviations is not acceptable. The narrative shall be brief and factual. An "N/A" shall be written in any area that is not applicable. The name and title of the individual preparing the CDCR Form 7219 shall be legible.
3. When an inmate is evaluated for placement in an Administrative Segregation Unit, a MTA, RN, LVN, LPT, or physician shall always complete a CDCR Form (number to be assigned): Administrative Segregation Unit Pre-placement Mental Health Screening Chrono.
4. The medical personnel completing the Chrono shall print their name, provide a signature, and date and time of the evaluation. The completed chrono shall be placed in the Mental Health section of the Unit Health Record. If an immediate mental health evaluation is required a copy of the chrono shall be delivered to institutional mental health staff along with a CDCR Form MH-5: Mental Health Referral Chrono.
5. Clinical information shall be documented by the RN one of the following:
   - A CDCR Form 7403, Emergency Care Flow Sheet, for medical care that is rendered in the Triage and Treatment Area (TTA)

- A CDCR Form 7230, Interdisciplinary Progress Note, for medical care that is not rendered in the TTA

6. The CDCR Form 7403 or CDCR Form 7230 shall include a Subjective, Objective, Assessment, Plan, and Education (SOAPE) note with relevant clinical information. The CDCR Form 7403 and CDCR Form 7230 shall be filed in the Unit Health Record (UHR).

7. The original CDCR Form 7219 shall be distributed to custody staff. A copy of the CDCR Form 7219 shall be forwarded to the Health and Safety/Return to Work Coordinator for inmate-patient work-related injuries.

8. A copy of the CDCR Form 7219 is not filed in the UHR. Information regarding completion of the CDCR Form 7219, physical findings, and/or medical care rendered to the inmate-patient related to the incident must be recorded on the CDCR Form 7403, Emergency Care Flow Sheet, or CDCR Form 7230, Interdisciplinary Progress Note, which must always accompany completion of a CDCR Form 7219.

9. Inmate-patients with physical findings must be reported to an RN or a physician before they are released from the clinic or TTA.

10. Refer to Volume 4, *Medical Evaluation of Inmate-Patients Involved in Assaults, Cell Extraction, or "Use of Force"* for additional information.

[Formatted: Bullets and Numbering]

# ADMINISTRATIVE SEGREGATION (ASU) UNIT PRE-PLACEMENT CHRONO

| Inmate Name: | Inmate CDCR Number: |
|---|---|
|  |  |

**CURRENT MENTAL HEALTH LEVEL OF CARE:**  ☐ EOP   ☐ CCMS   ☐ GP

**ASK THE INMATE-PATIENT THE FOLLOWING QUESTIONS:**

1. Have things reached the point that you've had thoughts of harming yourself?

    ☐ If **YES** – Suicide Risk Assessment **REQUIRED**. Refer for **EMERGENT** (immediate) mental health evaluation. Inmate cannot be placed in ASU until mental health evaluation is completed.

    ☐ **NO**

    ☐ **REFUSAL OR INAPPROPRIATE ANSWER** – Refer for **EMERGENT** mental health evaluation.

2. Have you <u>ever</u>, in your whole life, tried to harm or kill yourself?

    ☐ If **YES** – Refer for **URGENT** (24 hour) mental health evaluation.

    ☐ **NO**

    ☐ **REFUSAL OR INAPPROPRIATE ANSWER** – Refer for **URGENT** (24 hour) mental health evaluation.

3. Are you worried about the safety of yourself or other people?

    ☐ If **YES**, ask:

    Are you concerned about your safety, or the safety of others, in the next 24 hours?   ☐ YES   ☐ NO

    If **YES**, refer for **EMERGENT** (immediate) mental health evaluation.
    If **NO**, refer for **URGENT** (24 hour) mental health evaluation.

    ☐ **NO**

    ☐ **REFUSAL OR INAPPROPRIATE ANSWER** – Refer for **EMERGENT** mental health evaluation.

4. Is the inmate:

    a. Speaking incoherently?  ☐ YES  ☐ NO
    b. Expressing bizarre or paranoid thoughts?  ☐ YES  ☐ NO
    c. Unable to sit still or pay attention?  ☐ YES  ☐ NO
    d. Showing evidence of hearing voices or seeing things that are not there?  ☐ YES  ☐ NO
    e. Disoriented to time, place or person?  ☐ YES  ☐ NO

    If YES to any of the above questions, refer for EMERGENT mental health evaluation.

**IF ALL ANSWERS ARE "NO," A MENTAL HEALTH REFERRAL IS NOT NEEDED BEFORE PLACEMENT IN ASU.**

| Form Completed By: (Print Name) | Signature: | Date: |
|---|---|---|
|  |  |  |

# INSTRUCTIONS FOR ADMINISTRATIVE SEGREGATION UNIT PRE-PLACEMENT CHRONO

## WHO SHOULD FILL OUT THIS FORM?

Any medical personnel who medically clears inmates for Administrative Segregation placement (Refer to IMSP&P Volume 4, Chapter12: CDCR Form 7219).

## WHEN SHOULD IT BE FILLED OUT?

At the time of medical clearance for ASU placement – when a CDCR Form 7219 is completed.

## HOW TO FILL IT OUT

Check the box that describes the inmate's mental health level of care (GP, CCCMS, EOP). Ask the inmate each question as it is written. Check the box that corresponds to their answer. (YES, NO, REFUSAL or INAPPROPRIATE).

## IF A MENTAL HEALTH REFERRAL IS REQUIRED:

- EMERGENT (Immediate): Contact the institutional mental health staff responsible for evaluating inmates prior to placement in ASU (clinician-on-call or psychiatrist-on-call) for immediate evaluation of suicidal ideation and possible mental health crisis bed placement.

- URGENT (24 hours): Fill out a CDC 128-MH5, Mental Health Referral Chrono, mark the referral URGENT and deliver to the institution's mental health program.

- ROUTINE (Within 5 days): Fill out a CDC 128-MH5, Mental Health Referral Chrono, mark the referral ROUTINE and deliver to the institution's mental health program.

## WHERE TO FILE THE FORM

The form should be filed in the mental health chrono section of the Unit Health Record

## OTHER DOCUMENTATION

Please document that this form has been completed, and any additional clinical information, on the CDCR Form 7403, Emergency Care Flow Sheet, or the CDCR Form 7403, Interdisciplinary Progress Note..

**NOTE: IF YOU HAVE ANY DOUBT ABOUT THE INMATE'S INTENTIONS TO HARM OR NOT HARM HIM/HERSELF, CONSULT A MENTAL HEALTH CLINICIAN.**