**RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,**

**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT C**

1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  VAN KAMBERIAN, State Bar No. 176665
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-3892
8    Fax: (916) 324-5205
     Email: Van.Kamberian@doj.ca.gov
9

10 Attorneys for Defendants

11               IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                        SACRAMENTO DIVISION

14

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF SCOTT KERNAN IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO SUBMITTED PLAN TO ADDRESS SUICIDE TRENDS IN ADMINISTRATIVE SEGREGATION UNITS.** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

21        I, Scott Kernan, declare:

22        1.   I am employed by the California Department of Corrections and Rehabilitation

23 (CDCR) in the position of Deputy Director of Division of Adult Institutions. I have been

24 employed by the CDCR since March 6, 1983.

25        2.   In my position as Deputy Director of Division of Adult Institutions, I am

26 responsible for overseeing the management and operation of the adult correctional facilities

27 within CDCR. My duties often involve developing policies to ensure compliance with court

28 orders.

Dec. Kernan Support Response Plf .Obj. Plan Address Suicide Trends
1

3. I have personal knowledge of the facts stated in this declaration and if called to testify to those facts would do so competently.

4. I have reviewed the plan submitted by Defendant CDCR to address the suicide trends in administrative segregation units.

5. I have reviewed Plaintiffs' objections to this submitted plan, particularly Plaintiffs' objection that CDCR should permit inmates who are placed in administrative segregation for non-disciplinary matter be issued some amount of personal property. I have also reviewed the declarations and exhibits proffered by Plaintiffs in support of this particular objection, including the declaration of Walter L. Kautzky and the declaration of Lindsay M. Hayes.

6. I have recommended that CDCR review any regulations stating a complete bar against the possession of property by inmates placed in administrative segregation units for non-disciplinary matters is not appropriate. I recommend some amount of property should be permitted consistent with the safety and security of the institution, fellow inmates, and staff.

7. I discussed my recommendations with David Runnels, Chief Deputy Secretary of CDCR. He approved my recommendations and directed me to assign staff to the project of preparing proposed changes to the regulations governing the possession of property in administrative segregation units.

8. I have directed staff to have these proposed revisions ready for review and approval by CDCR executive staff by December 29, 2006. Upon approval by CDCR executive staff, the proposed revisions will be forwarded to Regulations and Policy Management Branch for the regulatory change process and to CDCR Labor Relations for appropriate union notifications.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: NOV 3 0 2006   By: _____
SCOTT KERNAN

Dec. Kernan Support Response Plf .Obj. Plan Address Suicide Trends

2