RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

EXHIBIT D

**From:** Lisa Tillman
**To:** jmichaelkeatingjr@yahoo.com
**Date:** 10/31/2006 2:59:14 PM
**Subject:** Checks

October 31, 2006

Re: *Coleman v. Schwarzenegger*

Dear Mr. Keating:

In further compliance with the court order to develop a plan to address suicide trends in administrative segregation units, Defendant CDCR has prepared the attached memorandum to the field directing the commencement of thirty-minute checks on inmates newly-placed in administrative segregation units. A form for staff to record the checks is also attached for your review.

Mr. Dovey has already directed the wardens to commence these checks. Your expeditious review of the attached form and memorandum would be very much appreciated.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205


CC:         dcute@pld-law.com;  mlopes@pld-law.com

# Memorandum

Date :

To : Wardens

Subject : **30 MINUTE WELFARE CHECKS OF INMATES PLACED IN ADMINISTRATIVE SEGREGATION UNITS**

The California Department of Corrections and Rehabilitation (CDCR) is continuing its efforts to reduce inmate suicides within CDCR. During recent discussion, the recommendation to commence with more frequent welfare checks of inmates during the first three weeks of placement in Administrative Segregation Units (ASU) was approved.

Currently, custody staff assigned to ASU on First and Third Watch are required to perform hourly security checks to ensure inmates are accounted for and secured within their assigned housing units.

In keeping with the October 2, 2006 memorandum titled, "Expectations Regarding Administrative Segregation and Suicide Prevention", all inmates shall have the "INTAKE" identifying marker on the outside of the cell door for the first three weeks of ASU placement.

Additionally, CDCR will immediately begin 30 minute "Welfare Checks" of inmates during the first three weeks of ASU placement. Welfare checks are the "personal observation" of newly placed ASU inmates by Correctional Officers at least every 30 minutes, at irregular intervals, for the first three weeks of ASU placement. These Welfare Checks shall be recorded on the attached "ASU 30-Minute Welfare Check Tracking Sheet".

When possible and practical, ASU new arrival inmates should be housed in cells in close proximity of each other and near high traffic areas or control booths that allow for better observation by staff. The "clustering" of newly placed ASU inmates will better allow for existing resources to complete the Welfare Check function.

If you have any questions, please contact Joseph Moss, Correctional Captain at (916) 323-3578.


JOHN DOVEY
Director
Division of Adult Institutions