1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **AMENDED DECLARATION OF GEORGE SIFUENTES IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PLAN TO ADDRESS SUICIDE TRENDS IN ADMINISTRATIVE SEGREGATION UNITS** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, George A. Sifuentes, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) in the position of Deputy Director of the Office of Facilities Management. I have served in this position since March 2004.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I am familiar with this Court's order of June 9, 2005 requiring Defendants to develop a plan for dealing with the hazard of large-mesh ventilation screens in administrative

AMENDED DEC. SIFUENTES RE: AD SEG PLAN

1

1  segregation cells in which mental health caseload inmates are housed.

2      4.   I am familiar with this Court's order of June 8, 2006 to develop a plan for dealing
3  with the escalating percentage of suicides occurring in administrative segregation units. The
4  order further stated the plan shall include, as appropriate, a budget and implementation schedule
5  for any policy and procedure changes, staffing or budget augmentation, and, if necessary, include
6  a mechanism for obtaining mid-year funding.

7      5.   I have reviewed Plaintiffs' objections to Defendants' submitted plan to address
8  the escalating percentage of suicides occurring in administrative segregation units and understand
9  Plaintiffs' desire to accelerate the retrofit of ventilation screens in administrative segregation as
10 well as the retrofit of administrative segregation intake cell features that may create a suicide
11 hazard.

12     6.   I am also aware that the ventilation screens and their anchorage have to be
13 designed and manufactured to meet CDCR's security design requirements--stainless steel, heavy
14 gauge, security attachments--and that they have to be properly installed so that they do not
15 present a security concern to staff or the inmate.

16     7.   I am committed to implementing the following revised plan to address the
17 ventilation screens in intake cells within administrative segregation units:

18     a.   By April 2007, the ventilation screens in 61 administrative segregation intake
19 cells in stand-alone administrative segregation units will be completed at:

20     •Calipatria State Prison (CAL);
21     •Centinela State Prison (CEN);
22     •California State Prison, Corcoran (COR);
23     •High Desert State Prison (HDSP);
24     •Kern Valley State Prison (KVSP);
25     •California State Prison, Los Angeles County (LAC);
26     •Pleasant Valley State Prison (PVSP);
27     •California State Prison, Sacramento (SAC);
28     •California Substance Abuse Treatment Facility and State Prison at Corcoran (SATF);

&bull;Salinas Valley State Prison (SVSP)[1].

b. By July 2007, the following ventilation screens in 85 intake cells within non-stand-alone administrative segregation units will be completed at:

&bull;Calipatria State Prison (CAL);

&bull;Centinela State Prison (CEN);

&bull;California State Prison, Corcoran (COR);

&bull;High Desert State Prison (HDSP);

&bull;Kern Valley State Prison (KVSP);

&bull;California State Prison, Los Angeles County (LAC);

&bull;Pelican Bay State Prison (PBSP);

&bull;Pleasant Valley State Prison (PVSP);

&bull;California State Prison, Sacramento (SAC);

&bull;California Substance Abuse Treatment Facility and State Prison at Corcoran (SATF)

&bull;Salinas Valley State Prison (SVSP).

c. By September 2007, the ventilation screens in 255 intake cells within administrative segregation units will be replaced all other 22 sites.

8. My office will also retrofit certain physical features of the non-stand-alone intake cells including, as necessary, construction of concrete slab beds; elimination of in-cell protrusions, replacement of cell light fixtures, and modification of cell doors to increase visibility of cell.

9. Design work on these physical features for all non-stand-alone intake cells (340), if required, will begin in January 2007 and be completed by July 2007.

10. Construction on these physical features of the non-stand-alone intake cells will begin in July 2007 and be completed by July 2008. The construction work schedule will depend upon each building's construction scope of work.

11. These projects have not been classified as capital outlay and instead are classified

---

1. The ventilation screens within the five intake cells within the stand-alone administrative segregation unit at Pelican Bay State Prison have already been completed.

AMENDED DEC. SIFUENTES RE: AD SEG PLAN

3

1 as special repair projects, which do not have the same mid-year funding restrictions as capital
2 outlay projects. Therefore, this project may be funded from existing resources and any necessary
3 funding increases can be obtained through the funding augmentation process or, if necessary,
4 supplemental appropriation bills.
5     I declare under the penalty of perjury that the foregoing is true and correct.
6 Dated: December 4, 2006     By: _____
                                               GEORGE A. SIFUENTES

10 30194188.wpd
CF1997CS0003

AMENDED DEC. SIFUENTES RE: AD SEG PLAN
4