Nov. 28, 2006

To: Clerk of the Court
United States Courthouse
501 I Street, Suite 4-200
Sacramento, CA 95814

FILED
DEC -1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

From: Joseph Noble, T-26097,
P.O. Box 5103, (C-2:119),
Delano, CA 93216-5103
(Kern Valley State Prison)

Dear Sir/Ms.

This regards the case of Coleman v. Wilson, 912 F. Supp. 1282, now known as Coleman v. Schwarzenegger, which I believe was decided in your courthouse. The case No. is Civ. 5-90-0520 LKK JFM.

Plaintiff's counsel in this case is the Prison Law Office & the firm of Rosen, Bien & Asaro.

I recently received information from the Prison Law Office dated April, 2006, which states "On July 27, 2004, the Judge in the Coleman case ordered the CDC to develop a plan for diagnosing and treating inmates with Exhibitionism on a state-wide basis." And... "We are currently working to see that the CDCR discontinue the imposition of discipline, including D.A. referrals, credit loss, and indeterminate S.H.U. terms, for those prisoners who have been diagnosed with Exhibitionism Disorder."

Since a D.A. referral for "Exhibitionism" would be for the crime of Indecent Exposure, a specific intent offence requiring the presence of someone to be offended or annoyed in this context, I must conclude that the Prison Law Office argues that custodial officials cannot be "offended or annoyed" by behavior resulting from mental illness, suffered from by inmates, as constitutional & statutory protections require a professional and competent response from them to such issues. Are there any rulings, or agreements/concessions made by the C.D.C., re: this issue in Coleman? If so can you provide me copy? This issue/question is very very important to argument & claim before another court. Thank you  Joseph Noble