BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' NUNC PRO TUNC SUBMISSION OF EXHIBIT B TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO CONVENE A THREE-JUDGE PANEL TO LIMIT THE PRISON POPULATION** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |
| | Hearing: December 11, 2006<br>Time:   10:00 a.m.<br>Courtroom: Four<br>Judge:  The Honorable Lawrence K. Karlton |

    Defendants hereby submit, nunc pro tunc, Exhibit B to their Opposition to Defendants' Opposition to Plaintiffs' Motion to Convene a Three-Judge Panel to Limit the Prison Population. This exhibit was inadvertently not filed with the opposition.[1]   Exhibit B was previously filed with this Court in Defendants' Response to Plaintiffs' Objections to the submitted Plan to

---

    1. Exhibit A is withdrawn.

DEF. SUBMISSION EXHIBIT B TO OPP. MOTION THREE-JUDGE PANEL

1

Reduce Suicide Trends in Administrative Segregation.

Dated: December 7, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30195644.wpd
CF1997CS0003

DEF. SUBMISSION EXHIBIT B TO OPP. MOTION THREE-JUDGE PANEL