**RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,**

**CASE NO. CIV S-90-00520 LKK JFM P**

**EXHIBIT B**

# Memorandum

Date        :   NOV 1 3 2006

To          :   Wardens
                Health Care Managers
                Chiefs of Mental Health
                Directors of Nursing

Subject     :   **MENTAL HEALTH SERVICES DELIVERY SYSTEM PROGRAM GUIDE IMPLEMENTATION**

On March 2, 2006, *Coleman* Judge Karlton entered an order approving the undisputed provisions of the January 2006 version of the Revised Mental Health Services Delivery System Program Guide (Program Guide) and ordering the defendants to immediately implement those provisions. The implementation process has involved final document editing, development of revised mental health forms, training for mental health leadership, and development of training for all California Department of Corrections and Rehabilitation's (CDCR) staff. At this time, the Program Guide is ready for the implementation process at the institutional level.

Distribution
The Program Guide was distributed on September 25, 2006, at the Mental Health Leadership Conference, and is being mass-produced for distribution to all Adult institutions in the CDCR. Copies will be distributed between November 15 - 30, 2006. When the Program Guide documents are mailed to your institution, the Chief of Mental Health will be notified by telephone. Please ensure that all staff have access to the document and attachments, and that mental health clinicians, supervisors, and managers each have a personal copy. Forms are available through the Prison Industry Authority (PIA) beginning October 19, 2006. Because some forms had minor errors in prior phases of distribution, please ensure that only forms reproduced by PIA are used in your institution. PIA can be contacted at (916) 985-2561, ext. 4296.

Revision Process
The Program Guide includes a system for annual revision. The first annual revision will occur in January 2007. It is critical that each institution develop a Local Operating Procedure for tracking the location of Program Guide copies, and systematically updating the document as directed (see Program Guide page 12-1-14). Areas which may require further negotiation through the court process are noted in the document, and amending memoranda may provide necessary updates before annual revisions occur. Chapters 5 and 6 have not yet been updated to include recent changes in the Memorandum of Understanding with the Department of Mental Health (DMH) regarding Acute Psychiatric Care Services (training on this topic, held by videoconference September 12, 2006, is available upon request from the Mental Health Program Policy and Planning Unit at (916) 327-4881).

Wardens
Health Care Managers
Chiefs of Mental Health
Directors of Nursing
Page 2

### Staffing

An initial increased allocation of custody, clinical, and nursing staff have been approved (refer to Attachment A – Summary of 2006/2007 Revised Mental Health Staffing Institution Level). Population numbers from 2004 were used to develop the budget change proposal that determined new ratios for staff allocation, and the prevalence mix process will be used to allocate staff according to current population. Staff allocation for each institution will be distributed before the end of 2006. It is recognized that recruiting, hiring, and training new staff is a process, which should be expedited as much as possible. Institutions that may have a need for additional office and treatment space shall not delay the hiring process, and shall conduct an exhaustive evaluation of any space that could be used or shared for mental health treatment. If all space options have been evaluated, and additional space is needed, please document efforts and forward to Doug McKeever, Mental Health Program Director (A).

### Training

Training regarding requirements of the Program Guide will be held by videoconference from 0800 to 1200 and 1300 to 1500 on November 30, 2006. All mental health and nursing staff are required to attend or view the videoconference. Copies of the videoconference will be available by December 14, 2006. Please direct as many staff as possible to attend the live videoconference, depending on videoconference room space, and the need to maintain staffing for critical tasks. Additional trainings by region and by institution will be scheduled in early 2007 to clarify any questions and to facilitate implementation.

All mental health and nursing staff are required to read the entire Program Guide annually, and to complete a post-test for each chapter, available through the In-Service Training Office beginning October 23, 2006. On-the-Job Training Code 5048 will be used to track completion of each Program Guide Chapter Post-Test for annual performance evaluations completed November 2007 – November 2008, and for all new employees in the first year of service. It is highly recommended that staff complete approximately one post-test per month and read the 10 chapters of the Program Guide over a 12 month period. The chapters may be read in any order, and staff should begin by completing post-tests for the areas in which they most often work, as well as Chapter 1, which provides an overview of the Mental Health Services Delivery System. There is no post-test required at this time for Program Guide Chapter 6, since updated training specific to DMH referrals includes a separate post-test.

Custody staff will receive direction in new Program Guide requirements through On-the-Job Training and through standardized annual Mental Health Services Delivery System In-Service training.

### Implementation Plans

At this time, Chiefs of Mental Health are directed to develop an implementation plan to document elements of implementation that have been achieved with current staffing, and

Wardens
Health Care Managers
Chiefs of Mental Health
Directors of Nursing
Page 3

those that are pending allocation of additional staff or other resources. A template was provided at the September 25-26, 2006, Mental Health Leadership Meeting, to guide this documentation.

If staff have any questions about the Mental Health Services Delivery System Program Guide implementation, please direct them to contact the Chief of Mental Health at your institution. Chiefs of Mental Health with questions may contact Shama Chaiken, Ph.D. Chief Psychologist, Policy and Program Development, Mental Health Program, Division of Correctional Health Care Services (DCHCS), at (916) 445-4114.


PETER FARBER-SZEKRENYI, DR. P.H.
Director
Division of Correctional Health Care Services

JOHN DOVEY
Director
Division of Adult Institutions

Attachment

cc: Associate Directors, Division of Adult Institutions
    Brigid Hanson, Deputy Director, DCHCS
    Christine Martin, Special Assistant to the Director, DCHCS
    Migdalia Siaca, Labor Relations Analyst, Office of Labor Relations
    Donna Heiser, Associate Governmental Program Analyst, DCHCS
    Doug McKeever, Director (A), Mental Health Program, DCHCS
    Andrew Swanson, Chief Psychiatrist, Mental Health Program, DCHCS
    Shama Chaiken, Chief Psychologist, Policy and Program Development, Mental Health Program, DCHCS
    Margaret McAloon, Chief Psychologist, Clinical Operations, Mental Health Program, DCHCS
    Sharon Riegel, Health Program Specialist, DCHCS
    Michael Stone, Staff Counsel, Office of Legal Affairs
    Lisa Tillman, Deputy Attorney General, Department of Justice
    Senior Psychologist Supervisors and Specialists, DCHCS
    Statewide and Regional Medical Directors, DCHCS
    Statewide and Regional Directors of Nursing, DCHCS

# SUMMARY OF 2006/2007 REVISED MENTAL HEALTH STAFFING INSTITUTION LEVEL

## General Population Correctional Clinical Case Management System (CCCMS)
Addition of staff

1.62 Licensed Psychiatric Technician (LPT) : 800 CCCMS inmate-patients for group therapy

1.15 Recreational Therapists (RT) : 1600 CCCMS inmate-patients for group therapy

Workload study to determine whether current case manager and psychiatrist ratios are appropriate. ASU staffing should allow all staff currently allocated for General Population to work in GP.

## General Population Enhanced Outpatient Programs (EOP)
Change of staffing ratio

Current Ratio = 1.0 LPT : 25 GP EOP inmate-patients

New Ratio = 1.62 LPT : 25 GP EOP inmate-patients for group therapy and weekend wellness checks

## Administrative Segregation Units (ASU)

### Stand Alone Units
Addition of staff

.5 Clinical Social worker per unit for screening follow-up and assistance with daily rounds.

### ASU CCCMS
Change of staffing ratio

Current Ratio = 1.0 Clinical Case Manager per 90 CCCMS inmate-patients

New Ratio = 1.0 Clinical Case Manager per 40 ASU CCCMS inmate-patient

also
Addition of staff

1.62 LPT : 100 ASU CCCMS inmate-patients for group therapy

### Custody Escorts
1 CO : 60 CCCMS ASU/SHU inmates
1 CCI : 160 CCCMS ASU inmates

### ASU EOP Hubs
(This does not include RC EOP increased programming plan, not yet included in the Program Guide)

Additional Staff
1.62 RN: per ASU EOP Hub
and
1.15 RT per ASU EOP Hub

1 Psychiatrist : 45 ASU EOP inmates. For institutions > 45 ASU EOP inmates, additional 0.5 Psychiatrist allocated.

### Security Housing Units (SHU)
Change of staffing ratio

Current ratio = 1.0 Clinical Case Manager : 300 SHU inmates (not tied to CCCMS)

New ratio = 1.0 Clinical Case Manager : 50 CCCMS SHU inmates (except PBSP)

1 Psychiatrist: 100 CCCMS SHU inmates

1.62 LPT per institution with CCCMS SHU program for weekly rounds requirements. (CCI, COR, VSPW)

For group therapy in CCCMS SHU
Additional staff
.81 LPT : per institution with CCCMS SHU program
1.15 RT : per institution with CCCMS SHU program

### Reception Centers
Change of staffing ratio

New ratio = 1 Clinical Case Manager : 45 Mental Health Services Delivery System RC inmates

New ratio = 1 Psychiatrist : 180 Mental Health Services Delivery System RC inmates

Additional Staff
.25 Correctional Counselor I : 500 intakes per week

.82 RN per RC

Mental Health Crisis Beds
Change of staffing ratio

All 1.0 Psychologist positions in MHCB will be changed to 1.62 positions to include relief factor

New Psychiatrist Ratio = 1 Psychiatrist : 10 Mental Health Crisis Beds

Additional Correctional Counselor to attend Interdisciplinary Treatment Team
.25 Correctional Counselor I : 12 Mental Health Crisis Beds

Additional 3rd watch custody supervision 1.0 Custody Sergeant : 12 Mental Health Crisis Beds

Mental Health Treatment in Outpatient Housing Units
Staffing table attached – Select institutions will be notified regarding number of beds allocated.

Rules Violation Reports
Additional staff:
1.0 Psychologist : 300 EOP level of care inmates

Custody Supervisor Support
Additional Staff
1.15 Sergeant for coordination of mental health custody escorts and IDTT meetings (includes relief).

Allocated at 28 institutions with MHSDS mission

Licensed Psychiatric Technician Relief Factor
Current 1.0 LPT positions converted to 1.62

Forensic Evaluations
Additional 1.0 Psychologist allocated at institutions with a Reception Center or Psychiatric Services Unit. Allocated for completion of psychological evaluations for Z Cases (PC 1203.03, DRB Placements (WIC 7301), and other legally required evaluations.

Clerical Assistance
Additional staff
.5 Additional Office Technician : 300 EOP level of care and for 800 CCCMS level of care inmates

1.0 Medical Transcriber (or equivalent contract funding) per institution with MHCB mission

.5 Office Assistant for medical records/ filing : 300 EOP level of care and for 800 CCCMS level of care inmates

1.0 OSSII : 10 clerical/MTs

Supervision
Additional supervisors for Mental Health Crisis Bed discharge plan follow up
.25 Sr. Psychologist Supervisor : 300 EOP level of care and for 800 CCCMS level of care inmates

Total supervisor ratio not to exceed 1.0 Sr. Psychologist or 1.0 Sr. Psychiatric Social Worker : 10 Clinicians

1.0 Senior Psychologist Supervisors located at CCI, PVSP, RJD, SATF, SQ-RC, and SVSP.

Nursing staff supervision:
Reclassification of 10 LPT positions to Sr. Licensed Psychiatric Technician
Request 9.0 Unit Supervisors (for 9 Consolidated Care Centers – CIM, CIW, CMC, CMF, LAC, MCSP, PBSP, RJD, and SAC)

Coleman Compliance Management
1.0 dedicated Health Program Specialist I at each institution with a mental health mission
1.0 dedicated Office Technician at each institution with a mental health mission

ATTACHMENT A
STANDARD STAFFING PATTERN FOR MENTAL HEALTH TREATMENT IN OUTPATIENT HOUSING UNIT BEDS

| Classification | 4-5 beds | 6-8 beds | 9-16 beds | 17-25 beds |
|---|---|---|---|---|
| Staff Psychiatrist | 0.5 | 1 | 1 | 2 |
| Case Managers | 1 | 1 | 2 | 3 |
| Licensed Psychiatric Technician | 2 | 2 | 3 | 4 |
| Office Technician | 1 | 1 | 1 | 1 |
| Total | 4.5 | 5 | 7 | 10 |