RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' RESPONSE TO SPECIAL MASTER'S KEATING'S RECOMMENDATIONS RE. 16TH ROUND REPORT

EXHIBIT A

Mental Health Classifications Salary Proposal November 2006

| New Classification | Classification/Survey | Salary Max | | | Minimum[2] | Maximum | |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist Correctional and Rehabilitative Services (C&R/Safety - 9774 | Current Salary - Maximum (Max) Highest Range (Rg) | $13,311 | A | $3,950 | $20,672 | $24,267 | |
| | | | B | $3,950 | $21,068 | $24,874 | |
| Sr. Psychiatrist Supervisor (Sup) C&R/Safety - 9761 | Current Salary - Max Highest Rg | $13,034 | A | $3,950 | $19,713 | $22,745 | |
| | | | B | $3,950 | $20,138 | $23,291 | |
| Sr. Psychiatrist Specialist(Spec) C&R/Safety - 9759 | Current Salary - Max Highest Rg | $13,034 | A | $2,400 | $18,607 | $22,063 | |
| | | | B | $2,400 | $19,079 | $22,723 | |
| Staff Psychiatrist (C&R/Safety - 9756 | Current Salary - Max Highest Rg | $12,731 | A | $3,450 | $18,426 | $21,031 | |
| | | | B | $3,450 | $18,911 | $21,641 | |
| Chief Psychiatrist, Correctional Facility (CF) - 7612 | Current Salary - Max Highest Rg | $12,101 | B | $3,950 | $10,558 | $11,934 | Footnote 24 classification - since hires can no longer be made in this class, no salary increase is proposed as there is no need to recruit and retain staff in this class.  However, staff will receive negotiated equity and cost-of-living increases as scheduled |
| | | | C | $3,950 | $11,071 | $12,101 | Incumbents will retain existing R&Rs |
| Senior Psychiatrist, CF (Sup) - 9271 | Current Salary - Max Highest Rg | $11,848 | A | $3,950 | $9,077 | $11,572 | Footnote 24 classification - since hires can no longer be made in this class, no salary increase is proposed as there is no need to recruit and retain staff in this class.  However, staff will receive negotiated equity and cost-of-living increases as scheduled |
| | | | C | $3,950 | $9,749 | $11,848 | Incumbents will retain existing R&Rs |
| Senior Psychiatrist, CF (Spec) - 9270 | Current Salary - Max Highest Rg | $11,848 | A | $3,400 | $9,521 | $11,572 | Footnote 24 classification - since hires can no longer be made in this class, no salary increase is proposed as there is no need to recruit and retain staff in this class.  However, staff will receive negotiated equity and cost-of-living increases as scheduled |
| | | | C | $2,400 | $9,749 | $11,848 | Incumbents will retain existing R&Rs |
| Staff Psychiatrist, CF - 9272 | Current Salary - Max Highest Rg | $11,572 | A | $3,450 | $8,826 | $10,729 | Footnote 24 classification - since hires can no longer be made in this class, no salary increase is proposed as there is no need to recruit and retain staff in this class.  However, staff will receive negotiated equity and cost-of-living increases as scheduled |
| | | | B | $3,450 | $9,253 | $11,246 | Incumbents will retain existing R&Rs |
| | | | C | $3,450 | $9,521 | $11,572 | |
| Chief Psychologist, CF - 9859 | Current Salary - Max Highest Rg | $7,772 | | $2,860 | $11,016 | $11,410 | |
| Sr. Psychologist CF (Sup) - 9288 | Current Salary - Max Highest Rg | $7,045 | | $1,550 | $8,948 | $9,300 | |
| Sr. Psychologist, CF (Spec) - 9287 | Current Salary - Max Highest Rg | $6,710 | | $500 | $8,139 | $9,068 | |
| Psychologist-Clinical, CF - 9283 | Current Salary - Max Highest Rg | $6,111 | A | $1,500 | $6,882 | $7,125 | Range A is proposed for non-licensed clinicians.  This range will need to be established |
| | | | B | | $8,124 | $8,636 | |
| Supervising Psychiatric Social Worker II, CF - 9292 | Current Salary - Max Highest Rg | $5,174 | | $0 | $7,018 | $7,912 | |

Mental Health Classifications Salary Proposal November 2006

| New Classification | Classification/Survey | Salary Max | | Minimum[2] | Maximum | |
|---|---|---|---|---|---|---|
| Supervising Psychiatric Social Worker I, CF - 9291 | Current Salary - Max Highest Rg | $4,718 | | $950 | $6,577 | $7,485 |
| Clinical Social Worker (Health/CF)-Safety - 9872 | Current Salary - Max Highest Rg | $4,284 | A | $1,675 | $5,368 | $6,525 | Range A is proposed for non-licensed clinicians. This range will need to be established |
| | | | B | | $5,775 | $6,995 | |
| Unit Supervisor (Safety) - 8104 | Current Salary - Max Highest Rg | $5,266 | | $1,000 | $6,628 | $6,989 |
| Sr. Psychiatric Technician/Safety - 8252 | Current Salary - Max Highest Rg | $4,309 | A | $1,000 | $5,058 | $6,184 |
| | | | B | $1,000 | $5,277 | $5,443 |
| | | | C | $1,000 | $5,512 | $5,715 |
| Psychiatric Technician/Safety - 8253 | Current Salary - Max Highest Rg | $3,795 | A | $1,000 | $4,585 | $4,697 |
| | | | B | $1,000 | $4,740 | $4,855 |
| | | | C | $1,000 | $4,915 | $5,035 |
| Recreation Therapist, CF - 9286 | Current Salary - Max Highest Rg | $3,725 | A | $1,100 | $5,492 | $6,158 | No incumbents in Range F - propose revising class to delete Range F since no longer needed |
| | | | F | $0 | N/A | N/A | |

* Recruitment and Retention (R&R)

[1] **Proposed salaries include the following:**

**A. Recruitment and Retention (R and R) Bonuses:**
A.1 Old Psychiatrist, CF series (Chief Psychiatrist, CF - 7612, Senior Psychiatrist (Sup) - 9271 and (Spec) CF - 9270, and Staff Psychiatrist, CF - 9272) will retain all existing R&Rs. (See above Comments.) All other classes will no longer be eligible for R&Rs (except for Pay Differentials 322 and 324) as proposed salaries include base and all R&Rs.
A.2 Per Court order - eligible classes/positions will continue to receive Pay Differential 322 - 3% Coleman R&R for Headquarters Mental Health Clinicians and Pay Differential 324 - Psychiatrist Retention Bonus

**B. Cost-of-Living and Equity Increases:**
B.1 Suggested salaries for all classes include cost-of-living increase effective July 1, 2006.
B.2 Negotiated cost-of-living and equity increases beginning January 2007 are as follows:

**Bargaining Unit 16:**
* Old Psychiatrist series (Chief Psychiatrist, CF - 7612, Senior Psychiatrist (Sup) - 9271 and (Spec) CF - 9270, and Staff Psychiatrist, CF - 9272) top step will receive negotiated 7.5% equity adjustment effective January 1, 2007, and 2-4% cost-of-living increase effective July 1, 2007.
* New Psychiatrist series (Chief Psychiatrist (C&RS), Safety - 9774, Senior Psychiatrist (Sup) - 9761 & (Spec), C&RS (Safety) - 9759, Staff Psychiatrist (C&RS) Safety - 9758) suggested salaries include the negotiated 7.5% equity adjustment to be effective January 1, 2007, however, they will still receive 2-4% cost-of-living increase effective July 1, 2007.

**Bargaining Unit 18:**
*All classes will receive negotiated 2.5% cost-of-living increase effective July, 1 2007
Licensed Psychiatric Technicians top step salary will receive negotiated 5% top step salary increase effective January 1, 2007.

**Bargaining Unit 19:**
* Psychologists suggested salaries include the negotiated 5% top step salary increase effective January 1, 2007.
All classes will receive negotiated 2.4% cost-of-living increase effective July 1, 2007.

[2] **Minimum Salary = (Proposed Max - Current Max - Current Max R&R) /2= X; proposed new max - X = proposed new minimum**
Exceptions: Clinical Social Worker (9872) Range B minimum adjusted higher, and Supervising Psychiatric Social Worker II, CF - 9292 used a maximum R&R of $950 for the calculation.

**Note:** Salary movement for current incumbents: Eligible employees current salary + total highest R&R + 5%, or 5% above new minimum salary, not to exceed the maximum salary, whichever is greater