HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366
pmello@hansonbridgett.com

BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 327-7872
Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. 2:90-CV-00520 LKK JFM P <br><br> **NOTICE OF ASSIGNMENT OF COUNSEL AND REQUEST TO ARGUE AT HEARING ON *HECKER* PLAINTIFFS' MOTION FOR PERMISSIVE INTERVENTION AND MODIFICATION OF PROTECTIVE ORDER** <br><br> Date:        December 14, 2006 <br> Time:       11 a.m. <br> Courtroom: 25 <br> Judge:      The Hon. John F. Moulds |

PLEASE TAKE NOTICE that Defendants have added counsel Paul B. Mello as co-counsel with Deputy Attorney General Lisa A. Tillman for the purpose of representing Defendants at the hearing on *Hecker* Plaintiffs' Motion for Permissive Intervention and

- 1 -
NOTICE OF ASSIGNMENT OF COUNSEL AND REQUEST TO ARGUE AT HEARING

1289948.2

Modification of Protective Order.  Please add Paul B. Mello to the service list directing all future communications made in connection with said motion as follows:

> Paul B. Mello
> Hanson Bridgett Marcus Vlahos & Rudy
> 425 Market Street, 26th Floor
> San Francisco, CA  94105
> Telephone:	(415) 777-3200
> Facsimile:	(415) 541-9366
> pmello@hansonbridgett.com

PLEASE TAKE NOTICE that Paul B. Mello also serves as counsel for Defendants in *Hecker et al., v. California Department of Corrections and Rehabilitation, et al.* No. 2:05-CV-02441 LKK JFM in the Eastern District of California, a case in which Plaintiff Intervenors are Plaintiffs.  Paul B. Mello will be present at the December 14, 2006 hearing regarding the motion for permissive intervention and will be prepared to answer any questions the Court may have concerning said motion.

DATED:  December 8, 2006                               Hanson Bridgett Marcus Vlahos & Rudy, LLP


                                    By:/s/  PAUL B. MELLO, ESQ.
                                    PAUL B. MELLO
                                    Attorneys for Defendants