12-5-06

To: The Clerk of the Court,
U.S. Courthouse - Eastern
501 I Street, Suite 4-200
Sacramento, CA 95814

**FILED**
DEC -8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

From: Joseph Noble, T-26097,
P.O. Box 5103, (C-2:119-U)
Delano, CA 93216-5103

Re: Coleman v. Schwarzenegger, Case No. Civ. S-90-0520 LKK JFM

1. (I've just learned that the officers are named German and Aggvinaldo)

Dear Sir/Ms., I believe a violation of that settled by the above stated case is occurring. I'd like it brought to the Court's attention if possible. Word here is that some Correctional Officers[2] are trying to set me up for an Ad-Seg placement, so they can harm me, out of sight, because I'm an exhibitionist. Thus, I'm writing in an effort to protect myself.

First some background so you can see the matter fully: I'm a three striker, in for indecent exposure. It happened in the L.A. County Jail, and a Deputy & a Custody Assistant were the stated victims. I was there for involuntary civil committment as an S.V.P. (Calif. W.&I. Code § 6600 et. seq.), with a pertinent diagnosis of "Exhibitionism," made by numerous state witnesses for the committment effort. After criminal conviction & sentencing, the D.A.'s office dropped the S.V.P. matter. I'm now awaiting ruling, by the Central District Federal Court, on Habeas Corpus re: this conviction, Case No. CV 04-10568-CAS (RC). I claim that the specific intent that these persons be "offended or annoyed" by my actions, cannot legitimately be met, while the state simultaneously claims that I suffer from "exhibitionism," to the degree of mental illness contemplated by the S.V.P. Act, need to be committed, and these stated victims were responsible for me during this process.

At trial I explained my actions as follows: Without liberal social access to a specific support group or network, I will eventually relapse into very serious sexual mental disorders, that I've been known to suffer from in the past, expressed via masturbation & sexual fantasy. However, if opportunity exists, I can opt to practice "exhibitionism" directed at adult women instead, and thereby

1

P. 2

PREVENT SUCH RELAPSE; AND FURTHERMORE, WHEN FACED WITH SUCH CIRCUMSTANCES, I WOULD ALWAYS OPT FOR EXHIBITIONISM RATHER THAN ALLOW WORSE RELAPSE.

THROUGHOUT THIS INCARCERATION SUCH CIRCUMSTANCES REMAIN. THUS, ON 5-21-02, I GOT A RULES VIOLATION REPORT FOR INDECENT EXPOSURE. I CONTESTED IT WITH RELEVANT AUTHORITY BUT WAS FOUND GUILTY. I APPEALED. ON 10-22-02, DIRECTORS LEVEL REVIEW WAS DECIDED AGAINST ME. BY 9-16-03, I'D RECEIVED 3 MORE SUCH REPORTS, WAS AD-SEG'ED TWICE, D.A. REFERRED TWICE (REJECTED), AND THREATENED WITH INDETERMINATE SHU PLACEMENT. ALSO, WHEN THE DRAMA BEGAN OVER THE LAST OF THESE INCIDENTS, I ATTEMPTED SUICIDE AND HAD TO BE TAKEN TO AN OUTSIDE HOSPITAL. LONG PRIOR TO THIS, I'D SPOKEN TO A C.D.C. PSYCHOLOGIST ABOUT THESE ISSUES.

SINCE THEN, I CANNOT GET SUCH A WRITE UP, ALTHOUGH ONE COULD THINK THAT I'M TRYING VERY HARD TO DO SO. THEY WILL NOT WRITE ME UP FOR INDECENT EXPOSURE ANYMORE. PERHAPS THIS COURT'S RULING OF 7-27-04, IN THE COLEMAN MATTER, HAS SOMETHING TO DO WITH THIS. NOTE THAT SINCE THE ATTEMPTED SUICIDE, NO MEDICAL OR CUSTODY STAFF HAVE SPOKEN TO ME RE: ANY OF THIS. I'M NOT E.O.P. OR C.C.C.M.S.

NOW TO THE PRESENT ISSUE: ON 12-2-06, ANOTHER INMATE (WHO DOESN'T WANT TO BE I.D.'ED), TOLD ME THAT ON 12-1-06, HE WAS ASKED BY TWO OFFICERS (HE ALSO WON'T SPECIFY THEM BUT SAID THEY WORK S.&E. POSITIONS), TO START A FIGHT WITH ME SO THAT THEY COULD GET ME INTO AD-SEG. THIS INMATE KNOWS ABOUT MY CURRENT EXHIBITIONISM, AND SAID THAT THESE OFFICERS ARE UPSET OVER IT & BECAUSE THEY CANNOT BOOK ME OR AD-SEG ME FOR IT, AND THEY WANT TO GET ME INTO AD-SEG SOMEHOW, SO THAT THEY CAN DEAL WITH ME SOMEHOW, WITHOUT WITNESSES PRESENT, OR PERHAPS HAVE ANOTHER INMATE DO IT FOR THEM OR BRING ABOUT SOME OTHER MISHAP.

THIS INMATES CONTENTION SEEMS VERIFIED BY OTHER RECENT EVENTS THAT I'VE BEEN WONDERING ABOUT TILL NOW: TWO OTHER INMATES, ON NUMEROUS OCCASIONS HAVE TRIED TO PROVOKE ME TO START A FIGHT. THIS ONLY HAPPENS WHEN THERE ARE OFFICERS NEARBY. WHAT THEY SAY INDICATES THAT SOMEONE WITH ACCESS TO RECORDS IS FEEDING THEM INFO ABOUT ME. THESE TWO ARE CELLMATES, ONE WORKS WITH ME & THE OTHER WORKS IN CLOSE ASSOCIATION WITH THE ABOVE MENTIONED OFFICERS & OTHERS ALSO. SO, I CONSIDER THE THREAT TO BE REAL AND AM WRITING TO YOU IN AN EFFORT TO PROTECT MYSELF. I'LL BE WRITING OTHERS ALSO. THANK YOU VERY MUCH. [signature]