IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.          ORDER

         /

    Plaintiffs' motion to convene a three judge panel to limit the prison population came on for hearing on December 11, 2006. Michael Bien, Esq. and Donald Specter, Esq. appeared as counsel for plaintiffs. Lisa Tillman, Deputy Attorney General and Van Kamberian, Esq. appeared as counsel for defendants. After hearing, and good cause appearing, IT IS HEREBY ORDERED that hearing on plaintiffs' motion is continued to June 4, 2007 at 10:00 a.m. in Courtroom # 4.

DATED: December 12, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1