1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   General Delivery
3  San Quentin, California 94964
   Telephone: (415) 457-9144
4
   ROSEN, BIEN & ASARO, LLP
5  MICHAEL W. BIEN Bar No.: 096891
   JANE KAHN Bar No.: 112239
6  THOMAS NOLAN Bar No.: 169692
   155 Montgomery Street, 8th Floor
7  San Francisco, California 94104
   Telephone: (415) 433-6830
8
   THE LEGAL AID SOCIETY –
9  EMPLOYMENT LAW CENTER
   CLAUDIA CENTER Bar No.: 158255
10 LEWIS BOSSING Bar No.: 227402
   600 Harrison Street, Suite 120
11 San Francisco, CA 94107
   Telephone: (415) 864-8848
12
13 Attorneys for Plaintiffs
14
                       BINGHAM, McCUTCHEN, LLP
                       WARREN E. GEORGE Bar No.: 53588
                       Three Embarcadero Center
                       San Francisco, California 94111
                       Telephone: (415) 393-2000

                       HELLER, EHRMAN, WHITE & McAULIFFE
                       RICHARD L. GOFF Bar No.: 36377
                       701 Fifth Avenue
                       Seattle, Washington 98104
                       Telephone: (206) 447-0900

### IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  RALPH COLEMAN, | ) Case No. Civ. S 90-0520 LKK-JFM |
| 18        Plaintiff, | ) **STIPULATION CONFIRMING** |
| 19  vs. | ) **UNDISPUTED ATTORNEYS' FEES** |
| 20  ARNOLD SCHWARZENEGGER, et al., | ) **AND COSTS FOR THE SECOND** |
| 21        Defendants | ) **QUARTER OF 2006** |

25       On March 19, 1996, the District Court established procedures by which plaintiffs

26 are to collect periodic attorneys' fees and costs in this case in connection with their work

27 monitoring defendants' compliance with the Court's Orders and collecting fees.

28

STIPULATION CONFIRMING UNDISPUTED
ATTORNEYS' FEES AND COSTS FOR THE SECOND
QUARTER OF 2006

1       Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Second

2   Quarter of 2006 to defendants via overnight Federal Express on August 4, 2006. The

3   parties completed their meet-and-confer process on October 9, 2006.

4       As a result of the October 9, 2006 agreement, the parties are able to agree to the

5   payment of $469,937.16 in fees and costs incurred during the Second Quarter of 2006.

6   Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and

7   owing for the Second Quarter of 2006.

8       THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that

9   $469,937.16 plus interest is due and collectable as of 45 days from the date of entry of this

10  Order. Daily Interest on these fees and costs will run from the date of entry of this Order,

11  accruing at the rate provided by 28 U.S.C. § 1961.

12  APPROVED AS TO FORM:

13

14  _____    DATED: 12/11/06

15  Lisa Tillman, Esq.
    Deputy Attorney General
16  Attorney for Defendants

17

18  _____    DATED: 12/12/06

19  ~~Thomas Nolan, Esq.~~ Jane Kahn
20  Rosen, Bien & ~~Asaro, LLP~~ Galvan, LLP
    Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

H:\4895\pleading\
Stip-2ndqtr2006 7-10-06 (489-5)

-1-

STIPULATION CONFIRMING UNDISPUTED
ATTORNEYS' FEES AND COSTS FOR THE SECOND
QUARTER OF 2005

# EXHIBIT A

**<u>Coleman v. Schwarzenegger</u>**
**Second Quarterly Statement of 2006**
**April 1, 2006 through June 30, 2006**

**SUMMARY OF UNDISPUTED FEES AND COSTS**

|  | CLAIMED | |
|---|---|---|
|  | **<u>FEES</u>** | **<u>COSTS</u>** |
| **MONITORING** | $    417,802.74 | $    37,605.69 |
| **MONITORING FEES ON FEES** | $    14,317.84 | $    210.88 |
| **TOTALS:** | $    432,120.58  * | $    37,816.57 |

**TOTAL UNDISPUTED FEES AND COSTS**          $  469,937.16

**AMOUNT REMAINING IN DISPUTE**                          $0.00

\* During the meet and confer process, defendants agreed to settle all
disputed fees in exchange for an across the board 6.5% reduction in
fees.

## Coleman v. Schwarzenegger
### Summary Of Undisputed Fees - Second Quarterly Statement, 2006
### April 1, 2006 through June 30, 2006
### Monitoring Work

**Matter: 489-3**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Michael W. Bien (MWB) | 262.60 | 86.00 | 86.00 | 17.07 | 0.00 | 245.53 | $ 169.50 | $ 41,617.50 | $ - |
| Jane E. Kahn (JEK) | 463.20 | 117.20 | 117.20 | 30.11 | 0.00 | 433.09 | $ 169.50 | $ 73,409.09 | $ - |
| Thomas Nolan (TN) | 353.10 | 197.10 | 197.10 | 22.95 | 0.00 | 330.15 | $ 169.50 | $ 55,960.17 | $ - |
| Megan R. Lang (MRL) | 23.00 | 10.50 | 10.50 | 1.50 | 0.00 | 21.51 | $ 169.50 | $ 3,645.10 | $ - |
| Lori E. Rifkin (LER) | 61.50 | 36.80 | 36.80 | 4.00 | 0.00 | 57.50 | $ 169.50 | $ 9,746.67 | $ - |
| Kim Le (KTL) | 90.50 | 75.50 | 75.50 | 5.88 | 0.00 | 84.62 | $ 160.00 | $ 13,538.80 | $ - |
| Paloma K. Wu (PKW) | 209.80 | 158.70 | 158.70 | 13.64 | 0.00 | 196.16 | $ 160.00 | $ 31,386.08 | $ - |
| Nathan J. Kleiner (NJK) | 408.10 | 293.90 | 293.90 | 26.53 | 0.00 | 381.57 | $ 160.00 | $ 61,051.76 | $ - |
| Sofia A. Millham (SAM) | 86.70 | 62.40 | 62.40 | 5.64 | 0.00 | 81.06 | $ 160.00 | $ 12,970.32 | $ - |
| Vanessa K. Carr (VKC) | 132.10 | 94.50 | 94.50 | 8.59 | 0.00 | 123.51 | $ 150.00 | $ 18,527.03 | $ - |
| Sean Donovan (SD) | 46.90 | 38.70 | 38.70 | 3.05 | 0.00 | 43.85 | $ 150.00 | $ 6,577.73 | $ - |
| **RBA Totals:** | **2137.50** | **1171.30** | **1171.30** | **138.94** | **0.00** | **1998.56** | | **$ 328,430.25** | **$ -** |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 15.90 | 5.00 | 5.00 | 1.03 | 0.00 | 14.87 | $ 169.50 | $ 2,519.87 | $ - |
| Steven Fama (SF) | 0.20 | 0.00 | 0.00 | 0.01 | 0.00 | 0.19 | $ 169.50 | $ 31.70 | $ - |
| Keith Wattley (KW) | 176.90 | 4.00 | 4.00 | 11.43 | 0.00 | 164.47 | $ 169.50 | $ 27,877.07 | $ - |
| Penny Godbold (PG) | 1.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.94 | $ 169.50 | $ 158.48 | $ - |
| Noor Dawood (ND) | 300.80 | 0.00 | 0.00 | 19.55 | 0.00 | 281.25 | $ 160.00 | $ 44,999.68 | $ - |
| Ali Horevitz (AH) | 1.00 | 0.00 | 0.00 | 0.07 | 0.00 | 0.94 | $ 160.00 | $ 149.60 | $ - |
| Allah Abdo (AA) | 61.50 | 0.00 | 0.00 | 4.00 | 0.00 | 57.50 | $ 160.00 | $ 9,200.40 | $ - |
| Edie DeGraff (ED) | 0.10 | 0.00 | 0.00 | 0.01 | 0.00 | 0.09 | $ 150.00 | $ 14.03 | $ - |
| **PLO Totals:** | **556.40** | **9.00** | **9.00** | **36.17** | **0.00** | **520.23** | | **$ 84,950.83** | **$ -** |
| **Employment Law Center** | | | | | | | | | |
| Claudia Center | 21.30 | 7.60 | 7.60 | 1.38 | 0.00 | 19.92 | $ 169.50 | $ 3,375.68 | $ - |
| Lewis Bossing | 6.60 | 5.90 | 5.90 | 0.43 | 0.00 | 6.17 | $ 169.50 | $ 1,045.98 | $ - |
| **ELC Hours:** | **27.90** | **13.50** | **13.50** | **1.81** | **0.00** | **26.09** | | **$ 4,421.66** | **$ -** |
| **Total Monitoring - All Offices** | **2721.80** | **1193.80** | **1193.80** | **176.92** | **0.00** | **2544.88** | | **$417,802.74** | |

2nd Qtr-Undisputed Total Fees                    $0.00

10/13/2006

## Coleman v. Schwarzenegger
### Summary Of Undisputed Fees - Second Quarterly Statement, 2006
### April 1, 2006 through June 30, 2006

### Fees Work

**Matter: 489-5**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & ASARO** | | | | | | | | | |
| Thomas Nolan (TN) | 7.90 | 0.00 | 0.00 | 0.51 | 0.00 | 7.39 | $ 169.50 | $ 1,252.01 | - |
| Pamela Derrico (PD) | 79.70 | 3.60 | 3.60 | 5.18 | 0.00 | 74.52 | $ 169.50 | $ 12,631.06 | - |
| RBA Totals: | 87.60 | 3.60 | 3.60 | 5.69 | 0.00 | 81.91 | | $ 13,883.07 | - |
| | | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 3.10 | 1.30 | 1.30 | 0.20 | 0.00 | 2.90 | $ 150.00 | $ 434.78 | - |
| PLO Totals: | 3.10 | 1.30 | 1.30 | 0.20 | 0.00 | 2.90 | | $ 434.78 | - |
| | | | | | | | | | |
| **Total Fees - All Offices** | 90.70 | 4.90 | 4.90 | 5.90 | 0.00 | 84.80 | | $ 14,317.84 | - |

10/13/2006

# Coleman v. Schwarzenegger

## Summary Of Undisputed Costs - Second Quarterly Statement, 2006
### April 1, 2006 through June 30, 2006

*Matter: 489-3 (Monitoring)*

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | 50/50 Of Certain Costs | 60/40 Of Certain Costs | Undisputed Costs |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | | | |
| Photocopying (in-house @.20) | $ 11,619.60 | $ 11,619.60 | $ 11,619.60 | $ | $ | $ | $ 11,619.60 |
| Photocopying (outside services) | $ 5,981.79 | $ 5,981.79 | $ 5,981.79 | $ | $ | $ | $ 5,981.79 |
| International Effectiveness - Translation | $ 2,835.90 | $ 1,081.40 | $ 1,081.40 | $ | $ | $ | $ 2,835.90 |
| Online Research - Pacer | $ 128.96 | $ 128.96 | $ 128.96 | $ | $ | $ | $ 128.96 |
| Postage & Delivery | $ 1,094.47 | $ - | $ - | $ | $ | $ | $ 1,094.47 |
| Telephone | $ 138.59 | | | | | | $ 138.59 |
| Westlaw | $ 1,759.63 | $ 1,759.63 | $ 1,407.70 | $ 351.93 | $ | $ | $ 1,407.70 |
| Telefax | $ 324.00 | | | | | | $ 324.00 |
| Catherine Bodene - transcripts | $ 694.26 | $ 694.26 | $ 694.26 | $ | $ | $ | $ 694.26 |
| Travel | $ 4,789.43 | $ 4,130.99 | $ 3,680.70 | $ 416.29 | $ 34.00 | $ - | $ 4,356.14 |
| **RBA Totals:** | $ 29,366.63 | $ 25,396.63 | $ 24,594.41 | $ 768.22 | $ 34.00 | $ - | $ 28,581.41 |
| **PRISON LAW OFFICE** | | | | | | | |
| Photocopying (in-house @.20) | $ 1,143.80 | $ - | $ | $ | $ | $ | $ 1,143.80 |
| Postage & Delivery | $ 712.47 | $ - | $ | $ | $ | $ | $ 712.47 |
| Telefax | $ 207.00 | $ - | $ | $ | $ | $ | $ 207.00 |
| Telephone | $ 10.84 | $ - | $ | $ | $ | $ | $ 10.84 |
| Translation of Coleman FAQ & CAN to Spanish for Class Members | | | | | | | |
| Travel | $ 1,250.00 | $ | $ | $ | $ | $ | $ 1,250.00 |
| | $ 5,700.17 | $ - | $ | $ | $ | $ | $ 5,700.17 |
| **Totals:** | $ 9,024.28 | $ - | $ | $ | $ | $ | $ 9,024.28 |
| **Total Monitoring Costs:** | $ 38,390.91 | $ 25,396.63 | $ 24,594.41 | $ 768.22 | $ 34.00 | $ - | $ 37,605.69 |

*Matter: 489-5 (Monitoring Fees on Fees)*

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | 50/50 Of Certain Costs | 60/40 Of Certain Costs | Undisputed Costs |
|---|---|---|---|---|---|---|---|
| **ROSEN, BIEN & ASARO** | | | | | | | |
| Photocopying (in-house @.20) | $ 96.40 | $ - | $ | $ | $ | $ | $ 96.40 |
| Postage & Delivery | $ 52.90 | $ - | $ | $ | $ | $ | $ 52.90 |
| Telefax | $ 18.00 | $ - | $ | $ | $ | $ | $ 18.00 |
| Online Research | $ 26.80 | $ - | $ | $ | $ | $ | $ 26.80 |
| Telephone | $ 16.78 | $ - | $ | $ | $ | $ | $ 16.78 |
| **Total Fees Costs:** | $ 210.88 | $ - | $ | $ | $ | $ | $ 210.88 |
| **TOTAL UNDISPUTED COSTS** | $ 38,601.79 | $ 25,396.63 | $ 24,594.41 | $ 768.22 | $ 34.00 | $ - | $ 37,816.57 |

Undisputed Costs