| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588 |
| 2 | STEVEN FAMA Bar No.: 99641<br>General Delivery | Three Embarcadero Center<br>San Francisco, California 94111 |
| 3 | San Quentin, California 94964<br>Telephone: (415) 457-9144 | Telephone: (415) 393-2000 |
| 4 | | |
| 5 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377 |
| 6 | JANE KAHN Bar No.: 112239<br>THOMAS NOLAN Bar No.: 169692 | 701 Fifth Avenue<br>Seattle, Washington 98104 |
| 7 | 315 Montgomery Street, 10th Floor<br>San Francisco, California 94104 | Telephone: (206) 447-0900 |
| 8 | Telephone: (415) 433-6830 | |
| 9 | THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER | |
| 10 | CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402 | |
| 11 | 600 Harrison Street, Suite 120<br>San Francisco, CA 94107 | |
| 12 | Telephone: (415) 864-8848 | |
| 13 | Attorneys for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | RALPH COLEMAN, | Case No. Civ. S 90-0520 LKK-JFM |
| 18 | Plaintiff, | **[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2006** |
| 19 | vs. | |
| 20 | ARNOLD SCHWARZENEGGER, et al., | |
| 21 | Defendants | |

On December 12, 2006, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Second Quarter of 2006, pursuant to the March 19, 1996, periodic fees order in this case.

1    Pursuant to the stipulation filed on December 12, 2006, IT IS HEREBY ORDERED
2  that plaintiffs fees and costs of $469,937.16 plus interest, are due and collectable as of forty-
3  five days from the date of entry of this Order. Daily Interest runs from date of entry of this
4  Order at the rate provided by 28 U.S.C. § 1961.

6  IT IS SO ORDERED.
7  Dated:

John F. Moulds, Magistrate Judge
United States District Court