IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On November 3, 2006, this Court denied Plaintiffs' request for a temporary restraining order to enjoin the scheduled transfer of 80 CDCR inmates to an out-of-state facility on November 3, 2006. The Court ordered the California Department of Corrections and Rehabilitation (CDCR) to have its mental health clinicians travel to the out-of-state facility and conduct additional mental health screenings of those transferred inmates.

On November 9, 2006, this Court conducted further proceedings related to the transfer of 80 inmates to an out-of-state facility. Michael Bien, Esq. of Rosen, Bien and Asaro and Don Specter, Esq. of the Prison Law Office appeared on behalf of the Plaintiffs. Deputy Attorney General Lisa Tillman appeared on behalf of Defendants.

Upon review of the submitted pleadings concerning the additional mental health screening of the transferred inmates, this Court ordered that the CDCR clinicians who travel to this out-of-state site and perform the screening are to be provided monetary compensation,

1  including overtime, and are not to be paid in the form of non-monetary compensation, such as
2  compensatory time off.
3  Dated: December 12, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order

2