REQUEST INVESTIGATION INTO ALLEGED SUICIDE OF DEATH ROW INMATE TULK- CELL 2-E-17 MIDNIGHT DEC 1, 2006.   CASE- 90-0520 LKK-JFM p

DEATH ROW INMATE ABOVE COMPLAINED FOR DAYS TO PRISON GUARDS, 1 LT HE WAS SUICIDAL AND NOISE LEVEL ON YARDSIDE OF DEATH ROW UNBEARABLE SEVERAL TIMES GUARD AND LT CHALLENGED ABOVE INMATE "TO HANG YOURSELF" "GET IT OVER WITH" HOUSING NON-CONDEMNED MENTALLY ILL INMATES WITH CONDEMNED DEPRIVES US OF SLEEP PEACE EVERYTHING. ENCLOSED MEMO NEVER FOLLOWED. UNDER THIS WARDEN AYE'S, CAPT FOX PRISON GUARDS CONTINUE TO RUN JOB ASSIGNMENTS AND WORK YEARS AND YEARS IN DEATH ROW IN VIOLATION OF FEDERAL COURT CONSENT DECREE. I AM PERSONALLY DENIED MENTAL HEALTH CARE, I AM DENIED MEDICAL CARE AND I AM DENIED YARD TO OBTAIN SUN FOR 6 YEARS STRAIGHT.

EVERYTIME IVE WRITTEN COURTS, MEDIA ABOUT ALL THE ABOVE WARDEN AYERS, CAPT FOX ALLOW PRISON GUARDS TO STEAL, DAMAGE MY PROPERTY, STEAL OR TEAR MY INCOMING LEGAL MAIL, DENY ME MEDICAL CARE AND DEPRIVE DEPRIVE ME OF PHONE. PRISON GUARDS UNDER THIS WARDEN DEPRIVE US (ME) OF MENTAL HEALTH CARE, MEDICAL CARE. IT TOOK 26 MINUTES TO OPEN DEATH ROW INMATE TULKS DOOR AFTER HE WAS DISCOVERED.

**FILED**
DEC 07 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Jerry Stanley
BOX C 80900
DEATH ROW 3-E-21
S.Q. CAL 94974

*DEATH ROW INMATES SUICIDE OF DEC 1, 2006 MIDNIGHT?*

STATE OF CALIFORNIA
CITIZENS' (or Inmates' / Parolees') COMPLAINT
Penal Code Sec. 832.5
CCR 15 Secs. 3084.1 / 3391

Name of Complainant __JERRY STANLEY__   CDC# __C 80900__
Assignment __DEATH ROW__   Housing (Tier, Unit, Cell, Bunk) __3-E-21__

### AUTHORITY

This is a Citizens' (inmates' / parolees') Complaint pursuant to California Penal Code Section 832.5 in conjunction with California Code of Regulations Title 15 sections 3084.1 and 3391 (d) alleging the misconduct of (a) California Department of Corrections & Rehabilitation Peace Officer(s) as described in CCR.   **THIS IS A STAFF MISCONDUCT COMPLAINT AND IS NOT TO BE PROCESSED AS A STANDARD INMATE / PAROLEE APPEAL FORM CDCR 602 (12/87). PER CCR 15 3084.5 (3) (G) NO INFORMAL REVIEW IS REQUIRED.** Complainant requests that this complaint be sent to and processed by CDCR "Internal Affairs" personel.

### STATEMENT OF ALLEGED MISCONDUCT

As reprisal for my writing courts, news media about prison guards and prison guards union running job assignments on death row in violation of court consent decree Warden Ayers, Capt Fox allowing personal harrassment, reprisals, thefts of my legal mail incoming and thefts of legal mail I prepare in my cell. I am totally denied medical care by guards forging my name on refusal slips.

On or about Dec 1, 06 death row inmate Tuik Cell 2-E-17 hung himself. Warden and Capt Fox know guards encourage inmates suicide verbally and ignor all request for medical aide, mental health aide. Guards with years two years do not walk the tiers but hide for hours at a time rather than check on inmates. I have personally been threatened twice in Oct & Nov 06. I have been ignored for severe chest pains by EastBlock supervisors. I was personally told by guard N John 3 times in Oct, Nov 06 I ought to hang myself or he Ayers, Fox will make my life misreable

Continued on otherside ...

*Jerry Stanley*
Dec 4, 2006

State of California

# Memorandum

*This never followed under Warden Ayers, Capt Fox*

Date : February 4, 2002

To : ALL EAST BLOCK INMATES

From : Department of Corrections, California State Prison, San Quentin CA 94964

Subject : UNIT NOISE LEVEL

All loud talking, singing, yelling, music, televisions, etc. from cells or holding cages will not be tolerated from any inmate housed in East Block. In consideration of those inmates trying to sleep, the hours of 10:30 PM through 5:00 AM will be observed as "quiet hours" in the unit. This includes "Bayside" and "Yardside" inmates. Please note that the "quiet hours" have changed to accommodate recent changes in feeding times for the morning meal.

The noise level in the unit at times has exceeded reasonable proportions in the past and will not be allowed to continue. Any inmate deemed to be excessively loud by staff will be subject to disciplinary action.

East Block staff are instructed to monitor the noise level of the unit and take corrective action when necessary and whenever possible.

A. Perez
Program Lieutenant
Second Watch, East Block

M. Chacon
Program Lieutenant
Third Watch, East Block

M. Cramer
Watch Commander
First Watch

J. Van Blarcom
Program Sergeant
Second Watch, East Block

J. Holzman
Program Sergeant
First Watch, East Block


COPY

S.F. Chronicle

SATURDAY, JUNE 10, 2006

## LETTERS TO HOME&GARDEN

### Noise can be hazard or just part of life

Editor — I am a retired physician with an interest in the health effects of noise pollution. The article by Arlene Silverman ("When noise annoys," June 3) was interesting, but I don't think it went far enough in describing the adverse health effects of noise. I believe Tom Rivard (a senior environmental health inspector for San Francisco) is incorrect in his assertion that noise does not always cause physical effects. Noise (defined as any unwanted sound), even if not loud, is perceived by the central nervous system as a "threat" with the resultant reflex cardiovascular and hormonal effects that are the hallmarks of stress. Unlike other senses, our hearing is always "on" even when we are asleep. He is absolutely correct in calling noise one of the great neglected environmental hazards.

In 1973, the federal Office of Noise Abatement and Control published extensive information about the many health hazards of noise pollution. Among its many significant adverse effects, noise impairs hearing, disturbs sleep, contributes to hypertension and heart disease, degrades performance at work and at school, reduces productivity, increases the rate of accidents, interferes with cognitive development in children, intensifies the development of latent mental disorders, and causes stress that influences mental health and social behaviors, according to the report.

When Congress withdrew funding from the noise abatement office in 1982, federal noise abatement efforts essentially ceased. Despite the evidence about the many medical, social and economic effects of noise, as a society, we continue to suffer from the same inertia, the same reluctance to change, the same denial of the obvious, that the anti-tobacco lobby faced a couple of decades ago. This inertia and denial are similar to those that delayed appropriate action on lead, mercury and asbestos. Now we seem unable to make the connection between noise and disease, despite the evidence, and despite the fact that our cities are becoming increasingly noisier.

Legislators at all levels should protect us from noise pollution the same way they protected us from tobacco smoke. It is clear that laws can change behaviors in ways that can benefit society as a whole. Every person has the right to determine his or her soundscape; it should not be imposed by others. Ordinary citizens have a right to domestic tranquility. A quieter society will be a healthier, happier, safer and more peaceful one.

LOUIS HAGLER, MD
Richmond

CONFIDENTIAL
ATTORNEY-CLIENT MAIL

LAW OFFICES
## ROBERT R. BRYAN
E-Mail: BryanlawSF@aol.com

ROBERT R. BRYAN
MEMBER CA, AL & NY BAR

PAMALA SAYASANE
MEMBER CA BAR

PAUL D. ANDERSON
(1945-1991)

1736 UNION STREET, 2ND FLOOR
SAN FRANCISCO, CALIFORNIA
94123-4425

TELEPHONE (415) 292-2400
FACSIMILE (415) 292-4878

# Fax

| To: | Joseph Schlesinger, Esq.<br>Death Penalty Unit, Fed. Public Defender<br>801 K Street, 10th Floor<br>Sacramento, CA 95814r | From: | Robert R. Bryan |
|---|---|---|---|
| Fax: | 916/498-6656 | Date: | June 20, 2004 |
| Phone: | 916/498-6666 | Pages: | 3 |
| Re: | *Stanley v. Woodford* [death penalty]<br>U.S. Dist. No. S-95-1500 FCD | | |

☑ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Recycle

**Comments:**

Dear Joe:

Today Pamala Sayasane and I met with Jerry Stanley at San Quentin. It went well. He has enormous respect for you, and does not want to do anything, which might be embarrassing. However, I am satisfied that he is very serious about dropping all efforts for postconviction relief. Jerry is just tired after 20½ years on death row.

Best.

Cordially,

Robert R. Bryan

cc: Jerry F. Stanley
Enclosures: Letters from Robert R. Bryan to Jerry Stanley, June 16 & 20, 2004

COPY

"ANY WAY THE WIND BLOWS,
DOESN'T REALLY MATTER TO ME."