IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                   No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              <u>ORDER</u>

          On December 14 and 15, 2006, the special master filed a sixteenth monitoring report. The court has reviewed the report and the recommendations contained therein. The special master's first recommendation concerns adoption and implementation the schedule of pay proposed for CDCR mental health clinicians. In view of the exigent circumstances apparent from the sixteenth round monitoring report the court will waive the objection period, adopt the recommendation immediately, and direct that the proposed pay schedule be adopted and implemented forthwith.[1]

          In accordance with the above, IT IS HEREBY ORDERED that defendants shall forthwith adopt and implement the proposed schedule of pay for CDCR mental health clinicians

---

[1] The court will make an order concerning the special master's second recommendation after the time for objecting to the sixteenth round monitoring report expires.

1

contained in Exhibit T to the special master's sixteenth round monitoring report.  The provisions of California Government Code sections 19816, 19826, 19829, 19832, 19836, 3516.5 and 3517, and California Code of Regulations Title 2, section 599.681 are waived solely for the purpose of implementing the proposed salaries and structural changes set forth in said Exhibit T.  The terms of the salary proposal, once adopted, shall supersede all existing R&R compensation provided to any and all of the indicated job classifications, as well as psychiatrist longevity pay provided in pay differential 325.

DATED:  December 15, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT