| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S SIXTEENTH MONITORING REPORT AND REQUEST FOR ADDITIONAL ORDER** |

In response to a recommendation made in the Sixteenth Monitoring Report of the Special Master, Defendants submitted a salary matrix that proposed salary increases for mental health clinicians working for CDCR. Sixteenth Monitoring Report at 428-30 and Exhibit T. On December 15, 2006, this Court adopted the recommendation and directed that the proposed pay schedule be adopted and implemented forthwith. 12/15/06 Order at 1:17-22. Plaintiffs object to the current proposal insofar as the salary increases do not apply to identically-situated mental health clinicians working for DMH programs. This Court agrees with plaintiffs that the salary discrepancy creates a substantial risk that the critical shortage of DMH inpatient beds for the plaintiff class will be exacerbated and that this Court's remedial orders will be obstructed. The major pay disparity for identical mental health jobs in the same buildings inside the same prison gates will further delay the opening of scheduled DMH inpatient beds necessary to address the ongoing shortage of this highest level of mental health care. The pay disparity will likely also result in the loss of DMH clinicians in existing programs who will leave their positions to pursue higher-salary work with CDCR such that DMH units will be left understaffed and *Coleman* class members will be deprived of much-needed clinical care. Accordingly, this Court hereby orders commensurate clinician pay at the institutions where DMH programs are located inside the physical CDCR structure, and additionally requires DMH to report on the need for additional salary increases.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants shall provide salary increases, commensurate with the new CDCR clinician salary matrix, for the Department of Mental Health programs located at California Medical Facility and Salinas Valley State Prison, at the same time as those increases are provided to CDCR clinicians.

2. Defendants shall provide within sixty days a report to this Court explaining why DMH clinician salaries at Atascadero State Hospital, Coalinga State Hospital, and Patton State Hospital need not also be made commensurate with the new CDCR clinician salaries, or else shall provide commensurate salary increases at those facilities.

3. DMH shall, beginning on January 20, 2007, for the period ending December 31, 2007, provide to the Special Master and to plaintiffs' counsel a monthly report stating the number of budgeted positions for clinical staff (by clinical position) and the number of those positions that are filled or vacant. If a vacant position is covered by overtime or by contracting with a registry, such information should also be included. This report shall include data from each DMH facility and program that provides mental health care to CDCR inmates.

Dated: _____          _____
                                                             Honorable Lawrence K. Karlton