IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.         ORDER

        Plaintiffs have filed a response to the special master's sixteenth round monitoring report and a request for additional orders from this court concerning salaries for clinicians employed by the California Department of Mental Health at facilities that provide services to class members. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Within fifteen days from the date of this order defendants shall file and serve a response to plaintiffs' December 18, 2006 response to the special master's sixteenth round monitoring report; and

/////

/////

/////

/////

1

2. Within fifteen days thereafter the special master shall file and serve a report and, as appropriate, recommendation for such court action as may be required.

DATED: December 19, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT