BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' EX PARTE MOTION TO SEAL REVISED BED PLAN, DECLARATION OF TILLMAN, [PROPOSED] ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

**I.**

**INTRODUCTION**

Defendants respectfully request this Court permit the filing of the revised the long-range plan for the provision of acute and intermediate inpatient beds and the provision of enhanced outpatient program (EOP) beds under seal. The seal will serve to prevent the distribution of the bed plan to persons who are not counsels of record in this case. The bed plan identifies certain communities as locations for the construction of mental health beds. The seal will enable Defendants to conduct preliminary discussions about the location of these facilities

DEFENDANTS' EX PARTE MOT. SEAL BED PLAN
1

with community and legislative leaders through January 2007. By sealing this plan, the Court will enable those preliminary discussions to be conducted in an informal and expedient fashion. These discussions will enhance the likelihood of legislative approval of the bed plan. Defendants request the seal terminate on January 30, 2007. Given the self-terminating and limited time of this seal, no prejudice will result from the seal.

## II.

## FACTUAL AND PROCEDURAL BACKGROUND

On October 20, 2006, this Court ordered, in relevant part, Defendants to file a final long range plan for the provision of acute and intermediate inpatient beds, as well as a plan for the provision of enhanced outpatient program (EOP) beds, for all seriously mentally ill male and female inmates clinically determined to be in need of those levels of care.

On December 18, 2006, Defendants notified Plaintiffs' counsel Rosen, Bien & Galvan of their desire to submit the bed plan under seal. (Dec. Tillman, ¶ 3.) Plaintiffs' counsel refused to stipulate to the seal. (*Id.* ¶ 4.)

## III.

## LEGAL ARGUMENT

This Court has the discretion to place seals on filed documents. Local Rule 39-141. This Court has previously permitted the filing under seal of a pending settlement document produced by Defendant Department of Mental Health as well as the Special Master's report on budget change documents. The sealing of this bed plan will permit Defendants to conduct discussions with community and legislative leaders about the indicated sites for the construction of new mental health beds. Those discussions are best conducted in an informal atmosphere. The sealing of the bed plan will enable such informal discussions to occur before the start of the new legislative session and so increase the likelihood of acceptance of the plan by legislative leadership.

Given Plaintiffs' counsel will receive a copy of the bed plan, Defendants know of no prejudice that will result to Plaintiffs from the seal. Further, the termination date of January 30, 2007 obviates any prejudice to interested persons from the seal. The bed plan will be in the

public files of the courthouse within a six weeks.  As the seal is discrete and self-limiting, no prejudice will result from any court order to seal the bed plan to January 30, 2007.

## IV.

## CONCLUSION

Defendants respectfully request this Court seal the submitted bed plan until January 30, 2007.

Dated: December 19, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/ Lisa A. Tillman*


LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30200013.wpd
CF1997CS0003

DEFENDANTS' EX PARTE MOT. SEAL BED PLAN
3