```
BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov
```

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' EX PARTE MOTION TO SEAL REVISED BED PLAN** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Lisa Tillman, declare:

1. I am an attorney licensed to practice before the courts of the State of California and the United States District Court, Eastern District of California. I am the deputy attorney general assigned to represent the Defendants in this matter.

2. I have personal knowledge of the facts in this case and if called to testify upon these facts would do so competently.

3. On December 18, 2006, I left a voicemail for Jane Kahn requesting a stipulation to seal the revised long-term bed plan.

DEC. TILLMAN RE. EX PARTE MOT. SEAL

1

1       4.   On December 19, 2006, I received an email from Michael Bien in response to that voicemail request for a stipulation. Mr. Bien's email stated that he would not agree to a stipulation. The email was copied to Mr. Specter of the Prison Law Office.

    I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2006    By: __/s/ *Lisa Tillman* ____
                                              Lisa Tillman