1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**RALPH COLEMAN, et al.,**                              2:90-cv-00520 LKK JFM P

12

                                        Plaintiffs,     **[PROPOSED] ORDER**
13                                                      **GRANTING DEFENDANTS'**
                                                        **MOTION TO SEAL THE**
        **v.**                                          **SUBMITTED FINAL LONG**
14                                                      **RANGE BED PLAN**
**ARNOLD SCHWARZENEGGER, et al.,**

15

                                        Defendants.
16

17          Upon review of the submitted motion and good cause appearing, Defendants' request

18   to file the revised long-range plan for the provision of acute and intermediate inpatient beds and

19   the provision of enhanced outpatient program (EOP) beds under seal is GRANTED.  The seal

20   will terminate on January 30, 2007.

21   Dated: _____          _____
                                             The Honorable Lawrence K. Karlton
22

23

24

25

26

27

28

[Proposed] Order re. Seal

                                              1