BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>*Filed With Ex Parte Motion For Seal*<br><br>**DEFENDANTS' SUBMISSION OF FINAL LONG RANGE BED PLAN** |

In accord with this Court's order of October 20, 2006, Defendants submit a final long range plan for the provision of acute and intermediate inpatient beds, as well as a plan for the provision of enhanced outpatient program (EOP) beds, for all seriously mentally ill male and female inmates within the custody of California Department of Corrections and Rehabilitation

//

//

//

//

DEF. LONG RANGE BED PLAN

1

who are clinically determined to be in need of those levels of care.  Attached as Exhibit A is the bed plan.

Dated: December 19, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30200081.wpd
CF1997CS0003

DEF. LONG RANGE BED PLAN

2