1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  **RALPH COLEMAN, et al.,**                    CASE NO. CIV S-90-0520 LKK
                                                   JFM P
16                                 Plaintiffs,
                                                   **DEFENDANTS' SUBMISSION
17          v.                                     OF <u>AMENDED</u> REPORT ON
                                                   FEASIBILITY OF CREATING
18  **ARNOLD SCHWARZENEGGER, et al.,**             INTERMEDIATE CARE
                                                   BEDS AT COALINGA STATE
19                                 Defendants.     HOSPITAL FOR LEVEL IV,
                                                   HIGH CUSTODY CDCR
20                                                 INMATES**

21          In compliance with this Court's May 2, 2006 order, Defendants filed a report on

22  November 1, 2006 on the feasibility and cost of creating thirty intermediate inpatient beds

23  at Coalinga State Hospital for Level IV, high-custody inmates of the California Department

24  of Corrections and Rehabilitation (CDCR).   That report was attached as Exhibit A.

25          Defendants now file an amended report on the feasibility and cost of creating thirty

26  intermediate inpatient beds at Coalinga State Hospital for Level IV, high-custody inmates of

27  CDCR.  Attached as Exhibit B is a copy of the amended report.

28          Defendants' final long-range plan to provide acute and intermediate inpatient beds and

DEF. SUBMISSION COALINGA REPORT

                                    1

1  to provide enhanced outpatient program (EOP) beds for all seriously mentally ill male and

2  female CDCR inmates clinically determined to need those levels of care, was filed on December

3  19, 2006.  It discusses the feasibility of using Coalinga State Hospital beds.

4           Defendants respectfully request that any decision concerning this feasibility study be

5  made after the revised long-term plan is submitted and reviewed.

6           Dated: December 20, 2006

7                          Respectfully submitted,

8                          BILL LOCKYER
                           Attorney General of the State of California

9                          JAMES M. HUMES
                           Chief Assistant Attorney General

10                         FRANCES T. GRUNDER
                           Senior Assistant Attorney General

11                         ROCHELLE C. EAST
12                         Supervising Deputy Attorney General

13

14                         */s/ Lisa A. Tillman*

15

16                         LISA A. TILLMAN
                           Deputy Attorney General
                           Attorneys for Defendants

17

18       30198903.wpd
19       CF1997CS0003

20

21

22

23

24

25

26

27

28

DEF. SUBMISSION COALINGA REPORT