IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL THE SUBMITTED FINAL LONG RANGE BED PLAN** |

Upon review of the submitted motion and good cause appearing, Defendants' request to file the revised long-range plan for the provision of acute and intermediate inpatient beds and the provision of enhanced outpatient program (EOP) beds under seal is GRANTED. The seal will terminate on January 30, 2007.

Dated: December 20, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order re. Seal

1