THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227492
600 Harrison St., Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 96891
ERNEST GALVAN, Bar No. 196065
AMY WHELAN Bar No.: 215675
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

Attorneys for Plaintiffs-Intervenors Hecker, *et al.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No.: Civ S 90-0520 LKK-JFM <br><br> **STATEMENT OF RECENT DECISION** <br><br> **HEARING** <br> **(Already held)** <br><br> Date: December 14, 2006 <br> Time: 11:00 a.m. <br> Place: Courtroom 25, 8th Floor <br><br> The Honorable John F. Moulds |

1  Plaintiffs-Intervenors Robert Hecker, *et al.*, submit this Statement of Recent Decision
2  for the Court's attention. Attached hereto as Exhibit A is a copy of the order recently issued in
3  *Armstrong v. Schwarzenegger*, No. C 94-2307 CW (N.D. Cal. Dec. 19, 2006) granting
4  Plaintiffs-Intervenors' motion for modification of the protective order, which is related to the
5  motion for modification of the protective order now under submission to this Court.

7  Dated: December 20, 2006          Respectfully submitted,
8                                    ROSEN, BIEN & GALVAN, LLP

10                                   By:    _/s/ *Ernest Galvan*_____
                                            Ernest Galvan
11                                          Attorneys for Plaintiffs