IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                      No. CIV S-90-0520 LKK JFM P

       vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.               ORDER

/

        As required by this court's October 20, 2006 order, defendants have filed a final long range plan for the provision of acute and intermediate inpatient beds, as well as a plan for the provision of enhanced outpatient program (EOP) beds, for all seriously mentally ill male and female inmates within the California Department of Corrections and Rehabilitation.[1]  It appears the plan may be an important step in the right direction.[2]  Good cause appearing, plaintiffs will be

/////

---

[1] By order filed December 20, 2006, the court granted defendants' request to file the plan be filed under seal until January 30, 2007.

[2] That observation notwithstanding, the court continues to be deeply concerned about the impact of severe prison overcrowding on the remedial efforts in this case.

1

directed to file, under seal,[3] a response to the final bed plan and the special master will be directed to report to the court thereafter on the adequacy of the plan.

In accordance with the above, IT IS HEREBY ORDERED that:

1. On or before January 16, 2007, plaintiffs shall filed, under seal, a response to defendants' final long range bed plan; and

2. On or before February 5, 2007, the special master shall report to the court on the adequacy of the plan.

DATED:   December 21, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[3] The seal will be lifted on January 30, 2007. Nonetheless, the importance of the issues before the court, particularly as they are threatened with exacerbation as a result of prison overcrowding, require prompt attention from the parties, the special master and the court. The time for plaintiffs to file their response will not, therefore, be delayed until after the seal is lifted.

2