# Exhibit A

## Jane E. Kahn

**From:** Lisa Tillman [Lisa.Tillman@doj.ca.gov]
**Sent:** Friday, October 20, 2006 12:39 PM
**To:** Jane E. Kahn
**Cc:** dcute@pld-law.com; mlopes@pld-law.com; Steve Fama; itrujillo@prisonlaw.com.; Michael W. Bien
**Subject:** Data

**Attachments:** 10052006R02.pdf; 10052006R01.pdf

 

10052006R02.pdf  10052006R01.pdf
(39 KB)          (57 KB)

October 20, 2006

Re: Coleman v. Schwarzenegger

Dear Ms. Kahn:

Please find attached in PDF data two charts concerning Defendants' mental health population as of October 5, 2006.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Mental Health Adseg/SHU/PSU

October 5, 2006

| | | MH POPULATION IN AD SEG | | | AD SEG CAPACITY | MH PERCENT OF AD SEG* | | |
|---|---|---|---|---|---|---|---|---|
| | | EOP | CCCMS | TOTAL | | EOP | CCCMS | TOTAL |
| ASP | II | 5 | 46 | 51 | 175 | 2.86% | 26.29% | 29.14% |
| CAL | I,IV | 1 | 6 | 7 | 300 | 0.33% | 2.00% | 2.33% |
| CCC | I,II,III | | 1 | 1 | 175 | 0.00% | 0.57% | 0.57% |
| CCI | I,II,III,IV | 5 | 102 | 107 | 327 | 1.53% | 31.19% | 32.72% |
| CCWF | | | 31 | 31 | 61 | 0.00% | 50.82% | 50.82% |
| CEN | III | | 9 | 9 | 350 | 0.00% | 2.57% | 2.57% |
| CIW | | 1 | 13 | 14 | 56 | 1.79% | 23.21% | 25.00% |
| CMC | I,II,III | 37 | 53 | 90 | 226 | 16.37% | 23.45% | 39.82% |
| CMF | I,II,III | 57 | 50 | 107 | 164 | 34.76% | 30.49% | 65.24% |
| COR | I,III,IV | 48 | 131 | 179 | 460 | 10.43% | 28.48% | 38.91% |
| CTF | I,II | 1 | 14 | 15 | 228 | 0.44% | 6.14% | 6.58% |
| CVSP | I,II | | 4 | 4 | 175 | 0.00% | 2.29% | 2.29% |
| DVI | I,II | 5 | 50 | 55 | 303 | 1.65% | 16.50% | 18.15% |
| DVI-RC | I,II | 1 | 57 | 58 | 303 | 0.33% | 18.81% | 19.14% |
| FOL | III | | 61 | 61 | 138 | 0.00% | 44.20% | 44.20% |
| HDSP | I,III,IV | | 76 | 76 | 343 | 0.00% | 22.16% | 22.16% |
| ISP | I,III | | 6 | 6 | 175 | 0.00% | 3.43% | 3.43% |
| KVSP | I,IV | 1 | 52 | 53 | 396 | 0.25% | 13.13% | 13.38% |
| LAC | I,III,IV | 50 | 63 | 113 | 450 | 11.11% | 14.00% | 25.11% |
| MCSP | I,II,III,IV | 36 | 40 | 76 | 175 | 20.57% | 22.86% | 43.43% |
| NKSP-RC | I,III | 6 | 49 | 55 | 175 | 3.43% | 28.00% | 31.43% |
| PBSP | I,IV | | 56 | 56 | 246 | 0.00% | 22.76% | 22.76% |
| PVSP | I,III | 1 | 118 | 119 | 350 | 0.29% | 33.71% | 34.00% |
| RJD | I,III | 60 | 83 | 143 | 350 | 17.14% | 23.71% | 40.86% |
| SAC | I,IV | 49 | 77 | 126 | 406 | 12.07% | 18.97% | 31.03% |
| SATF | II,III,IV | | 104 | 104 | 325 | 0.00% | 32.00% | 32.00% |
| SCC | I,II,III | 1 | | 1 | 175 | 0.57% | 0.00% | 0.57% |
| SOL | II,III | 1 | 93 | 94 | 350 | 0.29% | 26.57% | 26.86% |
| SQ-RC | I,II | 1 | 67 | 68 | 379 | 0.26% | 17.68% | 17.94% |
| SVSP | I,IV | 55 | 207 | 262 | 439 | 12.53% | 47.15% | 59.68% |
| VSPW | | 15 | 5 | 20 | 76 | 19.74% | 6.58% | 26.32% |

Mental Health and HIV numbers are as accurate as the information provided by the respective DDPS identifier systems

R2-1

Health Care Placement Unit
10/5/2006

*Ad Seg Capacities do not include "overflow." Therefore, MH Percent of Ad Seg may be artificially inflated.

COR Ad-Seg EOP housing is located in the SHU.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WSP-RC  I,III | 8 | 45 | 53 | 175 | 4.57% | 25.71% | 30.29% |
| Totals | 445 | 1769 | 2214 | 5504 | 8.09% | 32.14% | 40.23% |

| | MH POPULATION IN PSU | | | PSU CAPACITY | MH PERCENT OF PSU | | |
|---|---|---|---|---|---|---|---|
| | EOP | CCCMS | TOTAL | | EOP | CCCMS | TOTAL |
| PBSP  I,IV | 113 | 6 | 119 | 128 | 88.28% | 4.69% | 92.97% |
| SAC | 178 | 3 | 181 | 192 | 92.71% | 1.56% | 94.27% |

| | MH POPULATION IN SHU | | | SHU CAPACITY | MH PERCENT OF SHU | | |
|---|---|---|---|---|---|---|---|
| | EOP | CCCMS | TOTAL | | EOP | CCCMS | TOTAL |
| COR  I,III,IV | | 462 | 462 | 1400 | 0.00% | 33.00% | 33.00% |
| VSPW | 2 | 34 | 36 | 44 | 4.55% | 77.27% | 81.82% |
| CCI | 4 | 177 | 181 | 274 | 1.46% | 64.60% | 66.06% |

| Total | 6 | 673 | 679 | 1718 | 0.35% | 39.17% | 39.52% |
|---|---|---|---|---|---|---|---|

Mental Health and HIV numbers are as accurate as the information provided by the respective DDPS identifier systems.

R2-2

Health Care Placement Unit
10/5/2006

*Ad Seg Capacities do not include "overflow." Therefore, MH Percent of Ad Seg may be artificially inflated

COR Ad-Seg EOP housing is located in the SHU

## Mental Health Population - Placement Per Institution
Download Date October 5, 2006

| | | CCCMS | | | EOP | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP             II       | 1,099 | 1,121 | 102% | | 10 | | | 1,131 |
| ASP Ad-Seg      | | 46 | | | 5 | | | 51 |
| CAL          I,IV  +    | | 22 | | | 4 | | | 26 |
| CAL Ad-Seg      | | 6 | | | 1 | | | 7 |
| CCC          I,II,III   | | 4 | | | | | | 4 |
| CCC Ad-Seg      | | 1 | | | | | | 1 |
| CCI       I,II,III,IV  * | 1,053 | 988 | 94% | | 15 | | | 1,003 |
| CCI Ad-Seg      | | 102 | | | 5 | | | 107 |
| CCI-RC          | 166 | 184 | 111% | | 11 | | | 195 |
| CCI-SHU         | 130 | 177 | 136% | | 4 | | | 181 |
| CCWF            | 739 | 931 | 126% | 54 | 67 | 124% | 12 | 998 |
| CCWF Ad-Seg     | | 31 | | | | | | 31 |
| CCWF-RC         | 110 | 160 | 145% | | 1 | | | 161 |
| CEN          III        | | 13 | | | | | | 13 |
| CEN Ad-Seg      | | 9 | | | | | | 9 |
| CIM          I          | 366 | 637 | 174% | | 9 | | 18 | 646 |
| CIM-RC          | 633 | 709 | 112% | | 149 | | | 858 |
| CIW             | 349 | 430 | 123% | 75 | 119 | 159% | 10 | 549 |
| CIW Ad-Seg      | | 13 | | | 1 | | | 14 |
| CIW-RC          | 100 | 155 | 155% | | 1 | | | 156 |
| CMC          I,II,III   | 1,049 | 1,088 | 104% | 580 | 539 | 93% | 36 | 1,627 |
| CMC Ad-Seg      | | 53 | | 54 | 37 | 69% | | 90 |
| CMF          I,II,III   | 599 | 572 | 95% | 600 | 572 | 95% | | 1,144 |
| CMF Ad-Seg      | | 9 | | 58 | 57 | 98% | | 66 |
| CMF**           | | 85 | | | 2 | | | 87 |
| COR        I,III,IV + * | 499 | 333 | 67% | 150 | 152 | 101% | 23 | 485 |
| COR Ad-Seg      | | 131 | | 54 | 48 | 89% | | 179 |
| COR-SHU         | 450 | 462 | 103% | | | | | 462 |
| CRC-M           II      | 599 | 823 | 137% | | | | | 823 |
| CRC-W           | 249 | 191 | 77% | | | | | 191 |
| CTF          I,II       | 699 | 794 | 114% | | 6 | | | 800 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order

Mental Health numbers are as accurate as the information provided by the DDPS identifier system

" + " is a 270 Design Facility    " * " is a 180 Design Facility

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU
Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated SQ's housing of EOP ASU is such that database tracking is unreliable at this time.
Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU. During this conversion, SAC's ASU census will not be accurate
Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order

Health Care Placement Unit

R1-1

10/5/2006

| | | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|---|
| | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| CTF Ad-Seg | | | 14 | | | 1 | | | 15 |
| CVSP | I,II | | 11 | | | 1 | | | 12 |
| CVSP Ad-Seg | | | 4 | | | | | | 4 |
| DVI | I,II | 85 | 42 | 49% | | 2 | | | 44 |
| DVI Ad-Seg | | | 50 | | | 5 | | | 55 |
| DVI-RC | | 564 | 659 | 117% | | 35 | | | 694 |
| DVI-RC--Ad-Seg | | | 57 | | | 1 | | | 58 |
| FOL | III | 599 | 519 | 87% | | 5 | | | 524 |
| FOL Ad-Seg | | | 61 | | | | | | 61 |
| HDSP | I,III,IV * | 608 | 562 | 92% | | 4 | | 10 | 566 |
| HDSP Ad-Seg | | | 76 | | | | | | 76 |
| HDSP-RC | | 91 | 129 | 142% | | 3 | | | 132 |
| ISP | I,III | | 8 | | | | | 5 | 8 |
| ISP Ad-Seg | | | 6 | | | | | | 6 |
| KVSP | I,IV | 349 | 441 | 126% | | 8 | | 12 | 449 |
| KVSP Ad-Seg | | | 52 | | | 1 | | | 53 |
| LAC | I,III,IV + | 1,000 | 991 | 99% | 300 | 256 | 85% | 12 | 1,247 |
| LAC Ad-Seg | | | 63 | | 54 | 50 | 93% | | 113 |
| LAC-RC | | 149 | 133 | 89% | | 19 | | | 152 |
| MCSP | I,II,III,IV + | 999 | 1,179 | 118% | 215 | 226 | 105% | 8 | 1,405 |
| MCSP Ad-Seg | | | 40 | | 36 | 36 | 100% | | 76 |
| NCWF | | | 0 | | | | | | 0 |
| NKSP | I,III | 80 | 76 | 95% | | 2 | | 10 | 78 |
| NKSP-RC | | 719 | 734 | 102% | | 46 | | | 780 |
| NKSP-RC--Ad-Seg | | | 49 | | | 6 | | | 55 |
| PBSP | I,IV * | 349 | 278 | 80% | 64 | 63 | 98% | 10 | 341 |
| PBSP Ad-Seg | | | 56 | | | | | | 56 |
| PBSP SHU | | | 7 | | | | | | 7 |
| PVSP | I,III | 1,299 | 1,406 | 108% | | 12 | | 5 | 1,418 |
| PVSP Ad-Seg | | | 118 | | | 1 | | | 119 |
| RJD | I,III | 800 | 674 | 84% | 330 | 285 | 86% | 14 | 959 |
| RJD Ad-Seg | | | 83 | | 63 | 60 | 95% | | 143 |
| RJD-RC | | 399 | 473 | 119% | | 86 | | | 559 |
| SAC | I,IV * | 849 | 620 | 73% | 288 | 291 | 101% | 24 | 911 |

\*\*This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF
These inmates are not counted against the capacity identified in the Gates-Coleman Court Order

Mental Health numbers are as accurate as the information provided by the DDPS identifier system

" + " is a 270 Design Facility   " * " is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated
SQ's housing of EOP ASU is such that database tracking is unreliable at this time

Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU. During this conversion, SAC's ASU census will not be accurate.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order

Health Care Placement Unit

R1-2

10/5/2006

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| SAC Ad-Seg | | 77 | | 124 | 49 | 40% | | 126 |
| SATF  II,III,IV * | 1,049 | 1,168 | 111% | | 6 | | 16 | 1,174 |
| SATF Ad-Seg | | 104 | | | | | | 104 |
| SCC  I,II,III | 499 | 551 | 110% | | 5 | | | 556 |
| SCC Ad-Seg | | 0 | | | 1 | | | 1 |
| SOL  II,III | 1,199 | 1,441 | 120% | | 8 | | 9 | 1,449 |
| SOL Ad-Seg | | 93 | | | 1 | | | 94 |
| SQ  I,II | 350 | 386 | 110% | | 58 | | | 444 |
| SQ-RC | 549 | 404 | 74% | | 34 | | | 438 |
| SQ-RC--Ad-Seg | | 67 | | 36 | 1 | 3% | | 68 |
| SVSP  I,IV * | 999 | 1,054 | 106% | 192 | 191 | 99% | 10 | 1,245 |
| SVSP Ad-Seg | | 207 | | 45 | 55 | 122% | | 262 |
| VSPW | 606 | 758 | 125% | | 5 | | | 763 |
| VSPW Ad-Seg | | 5 | | 9 | 15 | 167% | | 20 |
| VSPW SHU | | 34 | | | 2 | | | 36 |
| VSPW-RC | 143 | 186 | 130% | | 15 | | | 201 |
| WSP  I,III | 105 | 96 | 91% | | 3 | | 6 | 99 |
| WSP-RC | 944 | 1,129 | 120% | | 67 | | | 1,196 |
| WSP-RC--Ad-Seg | | 45 | | | 8 | | | 53 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF These inmates are not counted against the capacity identified in the Gates -Coleman Court Order

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

" + " is a 270 Design Facility   " * " is a 180 Design Facility

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated SQ's housing of EOP ASU is such that database tracking is unreliable at this time

Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU.  During this conversion, SAC's ASU census will not be accurate.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

R1-3

10/5/2006

|  | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity |  |
| Totals: | 24,271 | 27,756 | 114.4% | 3,381 | 3,844 | 113.7% | 250 | 31,600 |

|  | PSU | | |
|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity |
| PBSP | 128 | 119 | 93.0% |
| SAC | 192 | 181 | 94.27% |
| Total PSU: | 320 | 300 | 93.75% |

|  | DMH | | |
|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity |
| ASH | 256 | 129 | 50% |
| DMH CMF-AIP | 150 | 129 | 86% |
| DMH CMF-ICF | 76 | 72 | 95% |
| DMH CMF-DTP | 44 | 37 | 84% |
| DMH SVPP | 100 | 81 | 81% |
| Totals: | 626 | 448 | 71.6% |

The ASH cap includes the 25 APP beds.

| Grand Totals | | |
|---|---|---|
| Total MH Capacity | Total MH Population | Percent of Total MH |
| 28,598 | 32,348 | 113.1% |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

" + " is a 270 Design Facility   " * " is a 180 Design Facility

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated SQ's housing of EOP ASU is such that database tracking is unreliable at this time

Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU During this conversion, SAC's ASU census will not be accurate.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order

Health Care Placement Unit

R1-4

10/5/2006