PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED]ORDER REGARDING PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON DEFENDANTS' PLAN TO PREVENT SUICIDES IN ADMINISTRATIVE SEGREGATION UNITS AND REQUEST FOR ADDITIONAL RELIEF** |

H:\0489\3\PLEADING\proposed order re Pl Resp to SM Report and Recommendation re Def Plan, 489-3, 12-21-06.DOC

[PROPOSED]ORDER REGARDING PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON DEFENDANTS' PLAN TO PREVENT SUICIDES IN ADMINISTRATIVE SEGREGATION UNITS AND REQUEST FOR ADDITIONAL RELIEF, NO.: CIV S 90-0520 LKK-JFM

In response to this Court's June 7, 2006 Order directing defendants to develop a plan to address the escalating rates of suicides in the administrative segregation units of the CDCR, in consultation with the Special Master's experts, plaintiffs' counsel and their expert, and to include in that plan a budget and implementation schedule for any policy and procedure changes, staffing or budget augmentation (and if necessary, a mechanism for obtaining mid-year funding), defendants submitted a final plan on October 2, 2006.  Plaintiffs' counsel filed objections to defendants' plan on October 31, 2006.  On November 2, 2006, this Court granted defendants until November 15, 2006 to file a response to plaintiffs' objections and directed the Special Master to report to the Court on the adequacy of defendants' plan on or before December 1, 2006.  Defendants requested an extension of time to file their response to plaintiffs' objections which this Court granted.  11/16/06 Order.  Defendants' response was filed December 1, 2006, and the Special Master filed his report on the adequacy of defendants' plan on December 18, 2006.  Plaintiffs filed their Response to the Special Master's Report and Recommendations on Defendants' Plan to Prevent Suicides in Administrative Segregation Units and Request for Additional Relief on December 21, 2006.

Having considered Defendants' Plan, the Special Master's Report and Plaintiffs' pleadings and evidence, this Court finds as follows:

Defendants' plan to address the escalating rates of suicides in the administrative segregation units of the CDCR fails to incorporate three critical recommendations by the expert panel that must be implemented as part of a meaningful remedial plan to reduce the high rate of suicides within these housing units.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1.     Defendants shall implement 30 minute welfare checks in every administrative segregation unit within CDCR no later than July 1, 2007.  Custody officers shall provide 30 minute welfare checks to all inmates housed in administrative segregation.

2.     Defendants shall develop a plan that will substantially reduce the length of stay of inmates placed in administrative segregation to achieve the following measurable goals: reducing the length of stay in administrative segregation by twenty percent (20%) as soon as

possible , but no later than June 1, 2007, and by an additional twenty percent (20%) by December 1, 2007. Defendants shall be required to produce monthly reports to the Special Master documenting the length of stay for all inmates housed in administrative segregation at every CDCR institution. The monthly reports shall provide data from the preceding month.

3. Defendants shall prepare and submit an emergency funding request for all necessary staffing and construction (441 Small Management Yards) to enable CDCR to provide all inmates housed in administrative segregation units with the out of cell time required by law and recommended by the expert panel as necessary to reduce the suicide rate, as soon as possible, but no later than July 1, 2007.

Dated: _____          _____
                                        Honorable Lawrence K. Karlton

H:\0489\3\PLEADING\proposed order re Pl Resp to SM Report and Recommendation re Def Plan, 489-3, 12-21-06.DOC

2

NO.: CIV S 90-0520 LKK-JFM [PROPOSED] ORDER REGARDING PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATIONS ON DEFENDANTS' PLAN TO PREVENT SUICIDES IN ADMINISTRATIVE SEGREGATION UNITS AND REQUEST FOR ADDITIONAL RELIEF,
NO.: CIV S 90-0520 LKK-JFM