90cv 520 JFM

December 21, 2006

Magistrate Judge Peter Nowinski
U.S. Eastern District Court
501-"I" Street, Suite 4-200
Sacramento, CA. 95814

Confidential Legal Mail

RE: Request for Coleman Decision Copy —

Greetings Judge Nowinski;

May this letter find you enjoying the best in life, & true success in all endeavors.

This request comes from a state prisoner who is studying law & in need of a copy of your Coleman decision to read. Recently, I read briefly an article on your Report & Recommendation in that Lifer case.

May I have a copy of the R&R, and/or the published decision, if any? Please send me the Decision/Order in the case of (Melvyn Harris Coleman, 05-2005, RE Sub-Rosa policy to find all Lifer prisoners unsuitable for parole.

Thank you — With Sincerity,
Mr. Eric Martin
P.O. Box 8500
B60373, CZ-209
Coalinga, CA. 93210