1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  VAN KAMBERIAN, State Bar No. 176665
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-3892
8   Fax: (916) 324-5205
    Email: Van.Kamberian@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S SIXTEENTH MONITORING REPORT AND REQUEST FOR ADDITIONAL ORDERS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

## INTRODUCTION

Defendants respectfully request this Court for an extension of time to respond to Plaintiffs' response to the Special Master's sixteenth monitoring report and request for additional orders. Defendants' response is currently due on January 3, 2007. Defendants desire adequate time to prepare an adequate response to Plaintiffs' request. Such a response will be hindered by the holidays. Therefore, Defendants respectfully request that their response be due on January 17, 2007.

\ \ \

Defendants' Request for an Extension of Time to Respond to Plaintiffs' Response to the Special Master's Sixteenth Monitoring Report and Request for Additional Order

1

**PROPOSED EXTENSION OF DEADLINE**

On December 15, 2006, the Court adopted the Special Master's first recommendation of the sixteenth monitoring report concerning the adoption and implementation of a schedule of pay proposed for CDCR mental health clinicians. (12/15/06 Order.) Plaintiffs filed a response to this report and requested that (1) Defendants provide salary increases for Department of Mental Health programs at the California Medical Facility and Salinas Valley State Prison similar to those provided to CDCR clinicians; (2) Defendants provide a report to the Court explaining why salaries at Atascadero State Hospital, Coalinga State Hospital, and Patton State Hospital need not also be raised; and (3) Defendants provide monthly reports regarding clinical vacancies. (Dec. Kamberian ¶ 5.)

On December 19, 2006, the Court issued an order that Defendants shall file and serve a response to Plaintiffs' December 18, 2006 response to the Special Master's sixteenth round monitoring report. This response is due on January 3, 2007. The Special Master is to file a report and recommendation within fifteen days thereafter. (12/19/06 Order.)

State offices were closed on Monday, December 25, 2006 and will be closed on Monday January 1, 2007, as part of the Christmas Day and New Year's Day holidays. (Dec. Kamberian ¶ 9.) The preparation of Defendants' response will require multi-agency discussions and those discussions would, at this time, be hindered by the holiday period closures. In light of intervening holidays, this extension will give Defendants the necessary time to adequately brief the issues identified in Plaintiffs' response. (Dec. Kamberian ¶ 10.) Plaintiffs' counsel does not object to extending the deadline for Defendants' response to January 17, 2007. (Dec. Kamberian ¶ 11.) Therefore, Defendants respectfully request an extension of time up to and including

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

Defendants' Request for an Extension of Time to Respond to Plaintiffs' Response to the Special Master's Sixteenth Monitoring Report and Request for Additional Order

2

1  January 17, 2007 to file their response to the Plaintiffs' December 18, 2006 response to the
2  Special Master's sixteenth monitoring report and request for additional orders.

3  Dated: December 29, 2006

4  Respectfully submitted,

5  BILL LOCKYER
   Attorney General of the State of California

6  JAMES M. HUMES
   Chief Assistant Attorney General

7  FRANCES T. GRUNDER
   Senior Assistant Attorney General

8  ROCHELLE C. EAST
9  Supervising Deputy Attorney General

11  */s/ Van Kamberian*

13  VAN KAMBERIAN
    Deputy Attorney General
    Attorneys for Defendants

30202314.wpd
CF1997CS0003

Defendants' Request for an Extension of Time to Respond to Plaintiffs' Response to the Special Master's Sixteenth Monitoring Report and Request for Additional Order

3