```
 1  BILL LOCKYER
    Attorney General of the State of California
 2  JAMES M. HUMES
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  ROCHELLE C. EAST
    Supervising Deputy Attorney General
 5  VAN KAMBERIAN, State Bar No. 176665
    Deputy Attorney General
 6    1300 I Street, Suite 125
      P.O. Box 944255
 7    Sacramento, CA 94244-2550
      Telephone: (916) 324-3892
 8    Fax: (916) 324-5205
      Email: Van.Kamberian@doj.ca.gov
 9
    Attorneys for Defendants
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF VAN KAMBERIAN IN SUPPORT OF REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S SIXTEENTH MONITORING REPORT AND REQUEST FOR ADDITIONAL ORDER** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Van Kamberian, declare:

1.  I am an attorney licensed to practice before all the courts of the State of California and am admitted to practice before the United States District Court, Eastern District of California. I am a deputy attorney general assigned to represent the Defendants in this action.

2.  I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3.  On December 14 and 15, 2006, Special Master Keating filed the sixteenth monitoring report on the defendants' compliance with provisionally approved plans, policies and

Declaration of Van Kamberian in Support of Extension of Time

1

1. protocols. The Special Master's first recommendation concerned adoption and implementation of a schedule of pay proposed for CDCR mental health clinicians.

4. On December 15, 2006, the Court waived the objection period to the sixteenth monitoring report, adopted the recommendation immediately, and directed that the proposed pay schedule be adopted and implemented forthwith.

5. On December 18, 2006, Plaintiffs filed a response to the special master's sixteenth monitoring report and request for additional orders. Plaintiffs requested that the Defendants provide salary increases for Department of Mental Health programs at the California Medical Facility and Salinas Valley State Prison similar to those provide to CDCR clinicians.

6. Plaintiffs also requested that Defendants provide a report to the Court explaining why salaries at Atascadero State Hospital, Coalinga State Hospital, and Patton State Hospital need not also be raised. Plaintiffs further requested that Defendants provide monthly reports regarding clinical vacancies.

7. On December 19, 2006, the Court ordered Defendants to respond to Plaintiffs' December 18, 2006 response to the Special Master's sixteenth round monitoring report.

8. Defendants' response is due on January 3, 2007. The Special Master is to report to the court fifteen days thereafter.

9. State offices were closed on Monday, December 25, 2006 and will be closed on Monday, January 1, 2007, as part of the Christmas Day and New Year's Day holidays.

10. The preparation of Defendants' response will require multi-agency discussions and those discussions are at this time, hindered by the holiday period closures.

11. I contacted Plaintiffs' counsel Jane Kahn on December 27, 2006 and informed her of the need for an extension of the deadline for Defendants' response. Ms. Kahn did not object to extending the deadline for Defendants' response up to and including January 17, 2007.

\\\
\\\
\\\
\\\

Declaration of Van Kamberian in Support of Extension of Time

2

12. As Plaintiffs' counsel has not objected to an extension of the due date for Defendants' response to Plaintiffs' December 18, 2006 response to the Special Master's sixteenth report, I am unaware of any prejudice that will result to Plaintiffs by such an extension.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

JAMES M. HUMES
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

VAN KAMBERIAN
Deputy Attorney General
Attorneys for Defendants

30202344.wpd
CF1997CS0003

Declaration of Van Kamberian in Support of Extension of Time

3