

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **ORDER** |
| **v.** | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Defendants have requested an extension of the deadline for their response to the Plaintiffs' December 18, 2006 response to the Special Master's sixteenth round monitoring report. Defendants require additional time to prepare a response due to the holiday period and need to engage in multi-agency discussions, and so request an extension up to and including January 17, 2007, for their response. Plaintiffs' counsel has not objected to the request.

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

\ \ \

[Proposed] Order

1

1          Defendants have provided good cause for the sought extension.  Defendants' request

2  for an extension of time up to and including January 17, 2007, to file a response to Plaintiffs'

3  December 18, 2006 response to the Special Master's sixteenth round monitoring report is hereby

4  GRANTED.  Within fifteen days thereafter the Special Master shall file and serve a report and,

5  as appropriate, recommendation for such court action as may be required.

6

7  Dated:   January 3, 2007.

8

9

10                   LAWRENCE K. KARLTON
                      SENIOR JUDGE

11                    UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order