December 26, 2006

Michael J. Hicks
B-80852
P.O. Box 290066
Represa, CA 95671
In Pro Per

FILED
JAN - 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

To: John F. Moulds
Magistrate Judge
U.S. District Court
For the Eastern District
of California - Sacramento

Re: Application for a
PROTECTIVE T.R.O.
Preventing CDCR
From Transfering
me to CSP-Corcoran.

Your Honor:

I am a COLEMAN class member who was held as a 3CMS for 5-years at Corcoran-SHU. My medical and central files depict my conviction and sentence as: "70 to life for 5-counts of rape and mutilation." In addition, my Alameda County Abstract of Judgement and my Departmental "Legal Status Summary Sheet" depict a Pen. Code §288(a)(c) (adult oral copulation). P.C. §288 is child molestation. When both are joined, it appears that I raped and mutilated 5 kids under 14 years old. Of course it is not true.

Sometime between March-April 2005, I was placed in handcuffs, lead to a secluded location and sexually violated with a broom stick by several guards while being taunted of how it felt to rape and mutilate kids. I was then "hogtied" naked and placed in a very small cell for several hours before releasing me from being "hogtied", but still naked for two or three days without

1.

FOOD, VERY LITTLE WATER, AND A URINAL TO URINATE AND SHIT INTO. IT RESULTED INTO SEVERAL PLACEMENTS INTO ACH MENTAL HEALTH CRISIS BED FOR SUICIDE IDEATION INCLUDING CLIMBING OVER THE SECOND TIER RAILING FOR A "SWAN DIVE" (HEAD FIRST) TO THE CONCRETE BELOW. THEY WERE ALSO DOING SOMETHING TO MY FOOD CAUSING RAPID WEIGHT LOSS FROM A STABLE 202 lbs TO 153 lbs. AFTER SEVERAL (7?) MHCB ADMISSIONS, I WAS TRANSFERED TO THE DMH UNIT AT CMF. I REGAINED MY WEIGHT WHICH HAS NOW BEEN STABLE FOR OVER A YEAR. AND FINALLY, THE CUT OFF THE POWER CORD ON MY T.V., STOLD ABOUT $40 IN CANTEEN, AND TWO LEGAL BOOKS.

I HAVE BEEN (AND REMAINS) AFRAID OF TELLING ANYONE UNTIL NOW OF WHAT HAPPENED TO ME. I NEED TO TALK OF WHAT TOOK PLACE, BUT I'M AFRAID OF BEING SENT BACK TO THERE IF I DO.

I SEEK THE COURTS PROTECTION TO PREVENT CDCR FROM DOING SO, NO MATTER THE MEANS. I NEED TO WORK IT OUT FROM A PSYCHIATRIC VIEWPOINT.

THANK YOU YOUR HONOR.

*Michael J. Hicks*

2.