PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENTS** |

To defendants and their attorneys of record, PLEASE TAKE NOTICE that plaintiffs are filing the following documents under seal: (1) Plaintiffs' Response to Defendants' Mental Health Bed Plan, December 2006, and (2) Declaration of Michael W. Bien in Support of Plaintiffs' Response to Defendants' Mental Health Bed Plan, December 2006. These documents are being filed under seal pursuant to the District Court's December 21, 2006 Order. A copy of the Court's December 21, 2006 Order is attached hereto. A copy of this Notice shall accompany the hard copy of documents to be filed under seal.

Dated: January 16, 2007                           Respectfully submitted,

*/s/ Amy Whelan*
Amy Whelan
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,           No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        ORDER
_____/

        As required by this court's October 20, 2006 order, defendants have filed a final long range plan for the provision of acute and intermediate inpatient beds, as well as a plan for the provision of enhanced outpatient program (EOP) beds, for all seriously mentally ill male and female inmates within the California Department of Corrections and Rehabilitation.[1]  It appears the plan may be an important step in the right direction.[2]  Good cause appearing, plaintiffs will be

/////

---

[1] By order filed December 20, 2006, the court granted defendants' request to file the plan be filed under seal until January 30, 2007.

[2] That observation notwithstanding, the court continues to be deeply concerned about the impact of severe prison overcrowding on the remedial efforts in this case.

1

1  directed to file, under seal,[3] a response to the final bed plan and the special master will be
2  directed to report to the court thereafter on the adequacy of the plan.
3        In accordance with the above, IT IS HEREBY ORDERED that:
4        1. On or before January 16, 2007, plaintiffs shall filed, under seal, a response to
5  defendants' final long range bed plan; and
6        2. On or before February 5, 2007, the special master shall report to the court on
7  the adequacy of the plan.
8  DATED: December 21, 2006.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[3] The seal will be lifted on January 30, 2007. Nonetheless, the importance of the issues before the court, particularly as they are threatened with exacerbation as a result of prison overcrowding, require prompt attention from the parties, the special master and the court. The time for plaintiffs to file their response will not, therefore, be delayed until after the seal is lifted.

2