| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE &<br>McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br>    Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br>**PROOF OF SERVICE** |

## PROOF OF SERVICE

I, Sofia Millham, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, 10th Floor, San Francisco, California 94104. On January 16, 2007, I served the following documents:

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MENTAL HEALTH BED PLAN, DECEMBER 2006 [FILED UNDER SEAL]**

**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' MENTAL HEALTH BED PLAN, DECEMBER 2006 [FILED UNDER SEAL]**

**PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENTS**

**NOTICE OF ELECTRONIC FILING**

I served the documents on the persons listed below, as follows:

| [ X ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
|---|---|
| [ ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ X ] | **By overnight delivery.** I enclosed the documents to filed under seal in a sealed envelope, with the July 29, 1992 Court Order, Notice of Filing Sealed Documents, and Notice of Electronic Filing attached to the outside of the envelope, and placed this in an envelope provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Asaro's facsimile |

| | |
|---|---|
| | transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ X ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

**All documents were sent to the following persons in the following manner:**

**BY SAME DAY MESSENGER SERVICE**
Lisa A. Tillman
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814

**BY OVERNIGHT DELIVERY**

John Hagar
Special Master
Federal District Courthouse
Law Library 18th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Robert Sillen
Office of the Receiver
1731 Technology Drive, Suite 700
San Jose, CA 95110

**BY OVERNIGHT DELIVERY AND EMAIL**

J. Michael Keating, Jr.
Office of the Special Master,
*Coleman v. Schwarzenegger*
2351 Sussex Lane
Fernandina Beach, FL 32034

Matthew A. Lopes, Jr.
Pannone Lopes & Devereaux LLC
One Financial Plaza - Suite 1800
Providence, RI 02903

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 16th day of January, 2007 at San Francisco, California.

_____
Sofia Millham

USDC Eastern District
501 I Street
Sacramento, CA 95814

Plaintiff:        Ralph Coleman, et al.

Defendant:   Arnold Schwarzenegger

Case #:         CIV S-90-0520 LKK LFM P

## PROOF OF SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of the:
PLAINTIFFS' RESPONSE TO DEFENDANTS' MENTAL HEALTH BED PLAN, DECEMBER 2006 [FILED UNDER SEAL]; DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS, MENTAL HEALTH BED PLAN, DECEMBER 2006 [FILED UNDER SEAL]; PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENTS; NOTICE OF ELECTRONIC FILING; PROOF OF SERVICE

in the within action by personally delivering true copies thereof to the person named below, as follows:

Served:           Deputy Attorney General

By Serving:   Lisa A. Tillman

Address:         1300 I Street
                         Sacramento, CA 95814

Date of Service:   January 16th, 2007

Time of Service:   4:05 p.m.

Person Serving:
Paul Holt
200 Folsom st. #125
415-760-2188
_____
_____

Fee for Service:$45
Registered California process server.
(1) Employee or Independent Contractor.
(2) Registration no: 727
(3) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 17th, 2007                                     Signature: _____

PROOF OF SERVICE