RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' RESPONSE TO PLAINTIFFS' RESPONSE TO
SPECIAL MASTER'S SIXTEENTH MONITORING REPORT AND
REQUEST FOR ADDITIONAL ORDERS

EXHIBIT A

| CDCR/Coleman Class | Max Coleman Court Salaries eff – 01/01/07 | DMH/Coleman Related Class Salinas Valley and Vacaville | Max Current Civil Salaries eff – 01/01/07 |
|---|---|---|---|
| 9774/Chief Psychiatrist, CR&S | Rg A $20,672 – 24,267<br>Rg B $21,068 – 24,874 | *9774/Chief Psychiatrist, CR&S | Rg A $11,614 – 14,112<br>Rg B $12,179 – 14,309 |
| | | 7577/Medical Director, SH/DC | Rg A $11,137 – 13,855<br>Rg C $11,678 – 13,924 |
| | | 7594/Medical Director, CEA | Rg A $11,137 – 13,855<br>Rg C $11,678 – 13,924 |
| 9761/Sr Psychiatrist (Sup) CR&S | Rg A $19,713 – 22,745<br>Rg B $20,138 – 23,291 | 7609/Sr Psychiatrist (Sup) | Rg A $9,309 – 12,758<br>Rg B $9,769 – 13,062 |
| 9759/Sr Psychiatrist (Spec)CR&S | Rg A $18,607 – 22,083<br>Rg B $19,079 – 22,723 | *9759/Sr Psychiatrist (Spec)CR&S | Rg A $10,473 – 13,686<br>Rg B $10,724 – 14,012 |
| | | 7616/Sr Psychiatrist (Spec) | Rg A $9,521 – 12,440<br>Rg C $9,749 – 12,737 |
| 9758/Staff Psychiatrist CR&S | Rg A $18,426 – 21,031<br>Rg B $18,911 – 21,641 | *9758/Staff Psychiatrist CR&S | Rg A $10,178 – 13,299<br>Rg B $10,478 – 13,868 |
| | | 7619/Staff Psychiatrist (Safety) | Rg A $9,521 – 12,440<br>Rg B $9,749 – 12,737 |

| CDCR/Coleman Class | Coleman Salary Max | DMH/Coleman Related Class Salinas Valley and Vacaville | Salary Max |
|---|---|---|---|
| 9859/Chief Psychologist, CF | $11,016 – 11,410 | *9859/Chief Psychologist, CF | $6,090 – 7,772 |
| | | 7577/Medical Director, SH/DC | Rg A $11,137 – 13,855<br>Rg C $11,678 – 13,924 |
| | | 7594/Medical Director, CEA | Rg A $9,309 – 12,758<br>Rg C $11,678 – 13,924 |
| 9288/Sr Psychologist, CF (Sup) | $8,948 – 9,300 | 9831/Sr Psychologist (Sup) | $5,528 – 7,045 |
| 9287/Sr Psychologist, CF (Spec) | $8,139 – 9,068 | *9287/Sr Psychologist, CF (Spec) | $5,111 – 7,046 |
| | | 9839/Sr Psychologist HF (Spec) | $5,111 – 7,046 |
| 9283/Psychologist-Clinical, CF<br>(Rg A = non-licensed clinicians) | Rg A $6,882 – 7,125<br>Rg B $8,124 – 8,636 | 9873/Psychologist HF Clinical | $4,655 – 6,417 |
| 9291/Sup Psychi Soc Wkr, CF | $6,577 – 7,485 | 9867/Sup Psychi Social Worker | $3,881 – 4,718 |

| CDCR/Coleman Class | Coleman Salary Max | DMH/Coleman Related Class Salinas Valley and Vacaville | Salary Max |
|---|---|---|---|
| 9872/Clinical Soc Wkr (HF/CF) (Rg A = non-licensed clinicians) | Rg A $5,368 – 6,525<br>Rg B $5,775 – 6,995 | 9872/Clinical Soc Wkr (HF/CF) | $3,437 – 4,284 |
| 8104/Unit Supervisor (Safety) | $6,628 – 6,989 | 8104/Unit Supervisor (Safety) | $4,374 – 5,266 |
| 8252/Sr Psychiatric Tech (Safety) | Rg A $5,058 – 5,184<br>Rg B $5,277 – 5,443<br>Rg C $5,512 – 5,715 | 8252/Sr Psychiatric Tech (Safety) | Rg A $3,317 – 4,029<br>Rg B $3,470 – 4,214<br>Rg C $3,636 – 4,417 |
| 8253/Psychiatric Tech (Safety) | Rg A $4,585 – 4,697<br>Rg B $4,740 – 4,855<br>Rg C $4,915 – 5,035 | 8253/Psychiatric Tech (Safety) | Rg A $2,959 – 3,560<br>Rg B $2,078 – 3,715<br>Rg C $3,202 – 3,890 |
| 9286/Recreation Therp, CF | $5,492 – 6,158 | 8324/Rehab Therp (Rec) (Safety) | $2,992 – 3,725 |

\* DMH/Salinas Valley and Vacaville Psychiatric Programs are authorized use of CDCR classifications.

Note: The above classes within DMH/Salinas Valley and Vacaville Psychiatric Programs would no longer be eligible to receive existing Recruitment and Retention Differentials if the Programs are extended salary equity with CDCR/Coleman.

Cost-of-Living and Equity Increases: Implementation of equity salaries would be consistent with the implementation of CDCR/Coleman salaries.