① U.S. District Judge L. Karl Ton
Coleman Case CIV-S-90-0520 LKK-JF
Request for a writ of Habeas Corpus:

I respectfully request above writ or at least a investigation into condemned row conditions under this sadistic warden Ayers, Capt. Fox, Lt. D. Coleman. Guards on 3rd watch and especially 1st watch DO NOT EVER walk East Block condemned row tiers every hour or every 2 or 3 hours. Request for mental health treatment to see Doctor Parsons takes days or weeks. Reprisals for such request or filing of 602s met with reprisals with Warden Ayers, Capt. Fox's full knowledge. (Example lights in my cell have not worked since Sept 2, 2006. Daily request ignored because I speak to media, courts.)

Prison guards and prison guards union runs death row. The prison guards union has a process called Post a Bid where every 2 years guards bid on jobs in death row - resulting in the same guards working in death row 8, 9, 10 years where court consent decree says all guards must be rotated out of death row after 2 years. When a inmate needs mental health care which is a hard thing to admit or needs medical aide reprisals under this new Lt. D. Coleman from Pelican Bay extreme, mental health care, medical care under this Warden Ayers, Capt. Fox, Lt. D. Coleman is WORSE NOT BETTER because Ayers, Fox, Coleman cover-up all guard misconduct, cover-up criminal conduct by guards.

2) The Been on Death row 23 years
I admit to being a problem in the past
and I deserve to be executed.
But nobody deserves the type of mental abuse,
denial proper mental health, denial medical care
daily harrassment, reprisals under this sadistic
warden Ayers, Capt Ful, Lt O. Coleman. Guards get away
with anything. Everything under this warden, capt
and Lt.










Jerry F Stanley
Box C 80900
Death row 3-E-21
S.Q. CaL 94974

## SAN QUENTIN

# Prison inmate hangs himself

Three days after receiving psychiatric care, a 46-year-old death row inmate hanged himself in his cell at San Quentin State Prison, a spokesman said Friday.

James David Tulk, who was sentenced to death for the 1990 rape and murder of a Redding woman, was found about 11:25 p.m. Thursday hanging from a bed sheet tied to his upper bunk, said Lt. Eric Messick.

Even though they live alone, many death row inmates have double bunks and usually use the top one as a shelf, Messick said.

"This is a very determined person," Messick said, describing how an inmate would need to be in a near-kneeling position to asphyxiate. "You'd have to fight away your survival instinct."

Tulk was hospitalized briefly on Monday for "psychiatric observation," Messick said. Tulk was not on suicide watch and it was unknown whether he had been in the past. An investigation was under way, Messick said.

Tulk also was receiving the prison's lowest level of treatment for some type of mental illness, Messick said, refusing to elaborate. He said about 10 percent of all San Quentin inmates participate in some type of psychiatric treatment.

Tulk was fine when his cell was checked at 10 p.m., Messick said. Officers do hourly checks on the prison's 619 death row inmates.

The last confirmed suicide on death row took place in 1997, according to the Department of Corrections and Rehabilitation.

— Associated Press

LIAR NEVER, EVE ARE hourly or EVEN 2 hour checks done on 3rd watch and especially under this corrupt LT O. COLEMAN CAPT R. FUL WARDEN AYERS

**Jack Leavitt**
**Attorney at Law**
**1065 A St., Suite 208**
**Hayward, CA 94541**
**Tel.: 510-581-9127**
**FAX: 510-581-9127**

1019 Merceo St.
Berkeley, Cal
94707

510-524-5963

September 13, 2004

Jeanne S. Woodford
Director
California Department of Corrections
P.O. Box 942883
Sacramento, CA 94283 - 0001

   Re: Gerald F. Stanley, C80900 -4-E-W 3-E-21

Dear Director Woodford:

   As the retained attorney for Gerald Stanley, I would appreciate it if you would <u>investigate</u> the present conditions under which he is confined on San Quentin's Death Row. You might be aware of Mr. Stanley's condition based on your previous work as the prison's Warden, but the <u>pressures on</u> him apparently have <u>increased dramatically</u> in recent months. The <u>difficulties he is facing</u> are based on his <u>willingness to cooperate</u> with Tehama County authorities, but not prison officials, in discussing the location of a <u>missing victim's body</u>. On advice of counsel, he is trying his <u>best to cooperate</u> while at the same time <u>protecting himself from unwarranted difficulties</u>. Whatever help you can provide would be appreciated.

   Many thanks for your cooperation.

                    Sincerely,

                    Jack Leavitt
                    CSB 31960

Not one day goes by
that LT D. Coleman, guards don't
threaten me, harrass me, steal
incoming legal mail, regular mail
over this issue of Tehama County

# Memorandum

Date: February 4, 2002

*[Handwritten: DEC 26, 2006 — NOISE LEVEL RESULTED IN THE SUICIDE OF DEATH ROW INMATE J.D. TULL LAST WEEK IN CELL 2-E-17 COVERED UP BY WARDEN AYERS, CAPT FOX, LT COLEMAN.]*

To: ALL EAST BLOCK INMATES

From: Department of Corrections, California State Prison, San Quentin CA 94964

Subject: UNIT NOISE LEVEL

---

All loud talking, singing, yelling, music, televisions, etc. from cells or holding cages will not be tolerated from any inmate housed in East Block. In consideration of those inmates trying to sleep, the hours of 10:30 PM through 5:00 AM will be observed as "quiet hours" in the unit. This includes "Bayside" and "Yardside" inmates. Please note that the "quiet hours" have changed to accommodate recent changes in feeding times for the morning meal.

The noise level in the unit at times has exceeded reasonable proportions in the past and will not be allowed to continue. Any inmate deemed to be escessively loud by staff will be subject to disciplinary action.

East Block staff are instructed to monitor the noise level of the unit and take corrective action when necessary and whenever possible.

|  |  |  |
|---|---|---|
| A. Perez | M. Chacon | M. Cramer |
| Program Lieutenant | Program Lieutenant | Watch Commander |
| Second Watch, East Block | Third Watch, East Block | First Watch |

|  |  |
|---|---|
| J. Van Blarcom | J. Holzman |
| Program Sergeant | Program Sergeant |
| Second Watch, East Block | First Watch, East Block |

