EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' RESPONSE TO SPECIAL MASTER'S DRAFT SEVENTEENTH REPORT ON DEFENDANTS' COMPLIANCE WITH PROVISIONALLY APPROVED PLANS, POLICIES AND PROTOCOLS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Defendants hereby respond to the three draft recommendations stated in Special Master Keating's Draft Seventeenth Report on Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols.

Defendants are grateful the Special Master's report recognized their present challenges and so sought from Defendants a "clear commitment . . . to address these three issues within the next 60 days and generate an appropriately responsive plan for remedying each shortcoming within a reasonable time frame."

//

In response to the report's specific recommendations, Defendants state as follows:

**Recommendation One:**

Development of a mechanism for compiling accurate data on referrals and transfers to more intensive levels of mental health treatment, whether the transfers be to EOPs, EOP administrative segregation hub units, PSUs, MHOHUs and their ilk, MHCBs or DMH acute and intermediate inpatient programs. This is a follow-up to paragraph 4 of the March 7, 2005 Court Order directing the defendants to track and report on transfers just to DMH programs, an order only partially and erratically implemented in institutions and the department. Only now, the defendants need to extend the tracking and reporting mandate to all levels of more intensive MHSDS treatment.

**Response to Recommendation One:**

Defendants are willing to develop a single computerized information system to track appointments and referrals of patients within the dental, medical and mental health systems. This computerized information system may, at some time, supersede the existing mental health tracking system and other presently-used information systems within CDCR.

**Recommendation Two:**

Defendants need to look again at the provision of the EOP level of care in administrative segregation. This report finds yet again that the delivery of EOP care in the administrative segregation environment remains beyond the capability of most institutions due to constraints of mental health and custody staff, programming space and scheduling. The defendants need to revisit their present arrangements for the provision of EOP services in administrative segregation.

**Response to Recommendation Two:**

Defendants object to this recommendation on the basis that the feasibility of any improvement in the existing delivery of EOP care in administrative segregation units is substantially limited by the present physical infrastructure of administrative segregation units. Without waiving said objection, Defendants state their willingness to consider, in collaboration with the Special Master and his experts, possible means of delivering of EOP care more

effectively to those inmates housed in administrative segregation, including and not limited to the following:

    a. A review of alternative care models, such as the use of other qualified professional and paraprofessional staff for certain services and/or the use of a different service models for certain categories of EOP inmates;

    b. A review of the physical plant needs of EOP inmates;

    c. An audit of the EOP population to identify any discrete and separable categories of care with possibly different housing and/or care needs.

**Recommendation Three:**

For the past year, the defendants have failed to provide the monitor consistently with the monthly statistical package on staffing, population, contracting and other aspects of the department's mental health resources that is central to an understanding of the status of the defendants' overall capacity to meet the orders of the court relative to mental health care and the provisions of the revised Program Guide approved by the court in March 2006. Presumably the failure was attributable to the crisis in headquarters staffing that was addressed in the FY 2006-07 budget. The regular preparation and submission of the monthly statistical package needs to be restored as quickly as possible.

//
//
//
//
//
//
//
//
//
//

DEF. RESPONSE TO DRAFT 17TH ROUND RECOMMENDATIONS

3

**Response to Recommendation Three:**

Defendants are addressing the preparation of the monthly report and hope to return to a routine submission of the monthly report shortly.

Dated: January 23, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

/s/ L. Tillman

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

Def;s Resp to SM Draft.wpd
CF1997CS0003