IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, et al., | | |
| | Plaintiffs, | No. CIV S-90-0520 LKK JFM P (E.D.Cal.) |
| vs. | | |
| ARNOLD SCHWARZENEGGER, et al., | | |
| | Defendants. / | |
| MARCIANO PLATA, et al., | | |
| | Plaintiffs, | No. C 01-1351 TEH (N.D.Cal.) |
| vs. | | |
| ARNOLD SCHWARZENEGGER, et al., | | |
| | Defendants. / | |
| CARLOS PEREZ, et al., | | |
| | Plaintiffs, | No. C 05-05241 JSW (N.D.Cal.) |
| vs. | | |
| JAMES TILTON, et al., | | <u>ORDER</u> |
| | Defendants. / | |

1

On January 18, 2007, a conference was held the in the above cases to discuss coordination of the remedial processes underway in each case. In addition to the undersigned, participants in the conference were the Honorable John F. Moulds, Special Master J. Michael Keating, Jr., Deputy Special Master Matthew A. Lopes, Receiver Robert Sillen, and Chief Assistant to the Receiver John Hagar.

The parties to each of the above-captioned cases are informed that the special master in Coleman, the receiver in Plata, and, if and when appointed, a representative of the court in Perez will hold monthly meetings for the purpose of working collaboratively on issues related to coordination of the remedies in each of the above-captioned actions.[1] The parties to each action will be permitted to submit, in advance of the meetings, proposed agenda items for consideration by the special masters, the receiver and the Perez court representative.[2] Attendance of the parties at said meetings will not be required or permitted except at the discretion of the special master, the receiver, and the Perez court representative; nor will the special master, the receiver, or the Perez court representative be required to prepare or file written reports of said meetings. Nothing in this order shall be construed to alter or amend such other reporting requirements as may presently exist or be created by subsequent court order, nor shall anything in this order be construed to alter or amend such rights of the parties in each action as have been or may be established by court orders, the Local Rules of Court, or the Federal Rules of Civil

/////

---

[1] On January 22, 2007, the Court in Perez issued an order notifying the parties in that case of its belief that it would be useful to appoint a Court representative to facilitate coordination with the Special Master in the Coleman case and the Receiver in the Plata case. Because this issue has not been finalized, all references in this order to a Perez court representative should be understood to refer to such a representative when, and if, a representative is appointed.

[2] The Coleman parties shall submit proposed agenda items to Special Master Keating or his designee, the Plata parties shall submit proposed agenda items to Receiver Sillen or his designee, and the Perez parties shall submit proposed agenda items to the court representative in that action or said representative's designee.

Procedure, to raise, as appropriate, objections with each court to such reports as may be filed by a special master, receiver or other court representative.

The undersigned will continue to meet on a quarterly basis with the special master in <u>Coleman</u>, the receiver in <u>Plata</u>, and the court representative in <u>Perez</u> to further facilitate the coordination of the remedial process in these cases.

IT IS SO ORDERED.

DATED: January 25, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DATED: January 25, 2007.

 /s/
_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

DATED: January 25, 2007.

 /s/
_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA