## EXHIBIT B

### Department of Mental Health Letter, dated January 23, 2007, On Vacancies at Atascadero State Hospital



# CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

January 23, 2007


J. Michael Keating, Jr.
Office of the Special Master
2351 Sussex Lane
Fernandina Beach, FL 32034

Dear Mr. Keating:

This letter is to officially notify you that the Department of Mental Health, Long Term Care Services has received information from Atascadero State Hospital (ASH) that necessitates immediate restriction of admissions due to staffing limitations. This restriction applies to all admissions, including inmate/patients from the Department of Corrections and Rehabilitation (CDCR). The restriction of admissions will be evaluated on a daily basis until further notice.

The Department is defining the need to "restrict admissions" by the following prioritization of referrals based upon its mission to assure the public's health and safety; Mentally Disordered Offenders and Sexually Violent Predator referrals who have reached their parole day and will be released immediately if not admitted, Not Guilty by Reason of Insanity referrals, Coleman (CDCR) referrals, and Incompetent to Stand Trial referrals. I want to assure you that when any referral for admission cannot be accepted currently at ASH, the Department is immediately working with other facilities to check bed availability to accommodate the admissions if at all possible. The accommodation of admissions to other facilities continues to include abiding by the parameters of the current Memorandum of Understanding with CDCR regarding levels of care required, due process, facility ability to meet licensing requirements for staffing ratios, etc. An example of this occurred January 18, 2007 when three inmates were denied admission to ASH (although the sending institution was informed of the admission restriction early in the AM, these inmates were already in transit, recognizably an unfortunate situation for all parties). While these three ICF level of care referrals could not be accommodated, another three referrals (same day to ASH) at the Acute level of care were admitted to Vacaville Psychiatric Program effective Monday, January 22, 2007. The three ICF referrals remain in Mental Health Crisis Beds and are on a wait list for DMH ICF beds. The restriction of admissions is applicable to all beds in ASH, not just CDCR beds. The Department will continue to triage the admission referrals to ASH in this manner until the current situation is negated.

J. Michael Keating, Jr.
January 23, 2007
Page 2

ASH is a facility with a current patient census of 1,223 as of January 17, 2007. The staffing limitations driven by vacancy, and more recently some illness, have resulted in only 9 psychiatrists, including the Medical Director and the Chief of Staff, being available to meet the facility needs. While they have 17 full time equivalents (FTEs) filled in this practitioner area, it alters on a daily basis due to required court testimony, illness, and scheduled days off as well as five practitioners of the 17 who are on long-term leave. With only 9 to 12 FTEs reporting per day, this is a caseload of over 100 patients per psychiatrist. This puts the Department in the position of making decisions based on the health and safety of both the patient and the staff as required by licensing.

Title 22 does not dictate specific staffing ratios but as example §71205 b (2), requires the Department to assure "there shall be sufficient psychiatrists on the staff to meet the needs of the patients" and furthermore, §71213 f, requires "there shall be a method for determining staffing requirements based on assessment of patient needs", which deals with the level of acuity required. Additionally, the current CRIPA consent judgment requires DMH to meet specific staffing ratios for psychiatrists of 1:15 for Acute level-of-care and 1:25 for ICF level-of-care. The admission units are licensed as Acute so as you can see, with the current FTEs available, we are forced to react to assure ASH maintains compliance or comes into compliance with these staffing ratios. This situation has risen to crisis levels due to ASH's high vacancy rate in the psychiatry department. ASH is in the process of acquiring emergency contract staff to assist with this staffing situation.

Again, it should be noted that the decision to restrict ASH admissions does not have to do with bed capacity it is in response to licensing requirements for staffing ratios as they relate to health and safety per Title 22 and the CRIPA Consent Judgment. DMH will keep you advised of this situation.

Sincerely,

*Jean Barawed*

CYNTHIA A. RADAVSKY
Deputy Director
Long Term Care Services

c:  Dr. Stephen Mayberg, Director (DMH)
    Cynthia Rodriguez, Chief Legal Counsel (DMH)
    Lisa Tillman, Deputy Attorney General (DOJ)
    Frank Furtek, Agency Chief Counsel (HHSA)