ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA  94612
Telephone:     (510) 625-9700
Facsimile:      (510) 625-8275
Email:            abaker@beesontayer.com

Attorneys for Amicus AFSCME Local 2620

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>          Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants. | Case No. CIV S 90-0520 LKK-JFM<br><br>MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S SIXTEENTH MONITORING REPORT AND REQUEST FOR ADDITIONAL ORDER |

The American Federation of State, Municipal and County Employees, Local 2620, (AFSCME) moves for leave to file, as *amicus curiae*, a brief in support of Plaintiffs' Response to the Special Master's Sixteenth Monitoring Report and Request for Additional Order in this matter.

AFSCME is the exclusive representative of approximately 5,000 state employees in State Bargaining Unit 19 pursuant to the Ralph C. Dills Act, California Government Code sections 3512 *et seq*.  Included in Unit 19 are approximately 930 psychologists, clinical social workers and rehabilitation therapists employed by the California Department of Corrections and Rehabilitation (CDCR), and approximately 900 psychologists, clinical social workers and rehabilitation therapists employed by the California Department of Mental Health (DMH).  The Unit 19 mental health staff employed by DMH include the psychologists, clinical social workers

and rehabilitation therapists employed at Atascadero State Hospital (Atascadero), Coalinga State Hospital (Coalinga), and Patton State Hospital (Patton).

By virtue of the foregoing, AFSCME believes it is uniquely qualified to comment on Plaintiffs' December 18, 2006, Request for Additional Order directing Defendants to make DMH clinician salaries at Atascadero, Coalinga and Patton commensurate with the new CDCR clinician salaries.

The *amicus* brief AFSCME seeks leave to file is designed to supply the court with information and suggestions based on the issues raised by Plaintiffs' moving papers with respect to DMH clinician salaries at Atascadero, Coalinga and Patton, and the relationship between those salaries and the mental health treatment of the Plaintiff class in this matter. A copy of the proposed *amicus curiae* brief and its supporting declarations that AFSCME seeks leave to file is filed along with this motion.

Date: January 31, 2007               Respectfully submitted,

BEESON, TAYER & BODINE, PC


By:       /s/Andrew H. Baker
          ANDREW H. BAKER
          Attorneys for AFSCME Local 2620

Motion for Leave to File *Amicus Curiae* Brief ISO Plaintiffs' Response to the Special Master's
16th Monitoring Report & Request for Additional Order
Case No. CIV S 90-0520 LKK-JFM
56216.doc

2