ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 625-9700

Attorneys for Amicus, AFSCME Local 2620

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

Defendants.

Case No. CIV S 90-0520 LKK-JFM

DECLARATION OF WILLIAM SAFARJAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S SIXTEENTH MONITORING REPORT AND REQUEST FOR ADDITIONAL ORDER

I, William Safarjan, declare under penalty of perjury:

1.  I am employed by the California Department of Mental Health (DMH) as a psychologist at the Atascadero State Hospital (Atascadero). I have worked at Atascadero since 1984.

2.  Atascadero currently has a total patient census of approximately 1,190 patients. Of these approximately 107 are California Department of Corrections and Rehabilitation (CDCR) inmates who are being treated at Atascadero pursuant to Penal Code Section 2684; these CDCR patients are referred to as the 2684 patients.

3.  While a group of about ten psychologists, social workers and rehabilitation therapists are regularly assigned to work with the current group of about one hundred 2684 patients, all of the Atascadero mental health staff are qualified to treat any of the 2684 patients, and any of the mental health staff can be called upon at any time to treat or assist in the treatment.

4.  Atascadero is the primary inpatient setting for the treatment of 2684 patients who are not treated at the DMH inpatient facilities located at the California Medical Facility at Vacaville or

the Salinas Valley Psychiatric Program. Atascadero is designed to treat far more than the roughly one hundred 2684 patients it currently has, but it has been forced to send 2684 patients to other state hospitals, such as Coalinga State Hospital, because of staffing shortages at Atascadero.

5. Since the beginning of this year when CDCR increased its salaries for mental health staff, the vacancy rate at Atascadero has increased as mental health clinicians have begun moving to jobs with CDCR. According to a January 28, 2007, article appearing in the *San Luis Obispo Tribune*, since January 1, 2007, six psychologists have transferred from Atascadero to CDCR, and the vacancy rate as of January 23, 2007, at Atascadero was 56 percent for psychologists, 45 percent for rehabilitation therapists, and 40 percent for social workers. A true and correct copy of the January 28, 2007, *San Luis Obispo Tribune* article is attached hereto as Exhibit A.

6. Because of the current staffing shortages at Atascadero, last week for the first time in its history, Atascadero began restricting patient admissions. Within the past week, Atascadero has put on hold the admission of 67 patients; of these, 15 are 2684 patients.

7. In addition to the treatment of 2684 patients, Atascadero serves other categories of mental health patients that it's required by law to treat. Atascadero is not required by law to treat 2684 patients, but instead does so pursuant to a Memorandum of Understanding with CDCR. Should staffing shortages at Atascadero continue to increase, Atascadero will remain obligated by law to treat the other patients, and it is likely that Atascadero will be forced to decrease the number of 2684 patients even further in order to provide services to the remaining patients.

8. Atascadero recently signed a new Memorandum of Understanding with CDCR calling for Atascadero to increase its census of 2684 patients to 250 to meet the needs of CDCR. With the pattern of staffing shortages occurring at Atascadero it is unclear how Atascadero will expand and maintain sufficient staff to treat this increased number of 2684 patients.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2007 at Atascadero, California.

William Safarjan, Ph.D.

Decl. of William Safarjan ISO Plaintiffs' Response to Special Master's 16th Monitoring Rpt. & Req. for Additional Order
Case No. CIV S 90-0520 LKK-JFM