1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11            Plaintiffs,              No. CIV S-90-0520 LKK JFM P

12        vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,

14
              Defendants.              ORDER
15   _____/

16          On December 11, 1995, this court entered an order referring this matter to a

17   special master and directing that the special master's fees and expenses be borne by the

18   defendants as part of the costs of this action.  In the December 11, 1995 order, the court directed

19   defendants to deposit the sum of $250,000.00 with the Clerk of the Court, said amount to be

20   invested in an interest-bearing account.  By subsequent orders, the court has directed defendants

21   to deposit additional interim payments totaling $ 20,500,000.00 with the Clerk of the Court.   A

22   significant amount of work remains to be done by the special master and additional funds are

23   required to pay his fees and expenses.

24          Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

25   /////

26   /////

1

1.  Within thirty days from the date of this order, defendants shall deposit with the Clerk of the Court a forty-sixth interim payment of costs in the amount of $750,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED:  February 1, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT