BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **AMENDED STIPULATION AND [PROPOSED] ORDER RE: CLINICAL COMPETENCY OF PSYCHIATRISTS, CONFIDENTIALITY OF IDENTIFYING INFORMATION** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

**STIPULATION**

**I.**

**STIPULATION ON REVISED PROGRAM GUIDE LANGUAGE**

The parties, by and through their counsel, have agreed that the Revised Program Guide will state as follows:

    A.    All newly-hired psychiatrists must meet minimum credentialing criteria as follows:

        1.    Current board certification from the American Board of Psychiatry and

AMENDED STIP., ORDER RE. PSYCH QUAL.

1

Neurologists; OR

2. Satisfactorily completed specialized training requirements in psychiatry in programs that are accredited by the Accreditation Council for Graduate Medical Education (ACGME) or certified by the Royal College of Physicians and Surgeons of Canada. Two patterns of training are acceptable:

a. <u>First Pattern of Training: Three-Year Psychiatry Residency Program</u>

A broad-based clinical year of ACGME-accredited training in internal medicine, family practice, or pediatrics; or an ACGME-accredited transitional year program that included a minimum of four months of primary care; or an ACGME accredited residency in a clinical specialty requiring comprehensive and continuous patient care.

AND

Three full years of postgraduate, specialized residency training in a psychiatry program accredited by the ACGME.

OR

b. <u>Second Pattern of Training: Four-Year Psychiatry Residency Program</u>

Four years of training in an ACGME-accredited program in psychiatry is acceptable. A psychiatry PGY-1 must include at least four months in internal medicine, family practice, and/or pediatrics. This training must be in a clinical setting that provides comprehensive and continuous patient care. No more than one month of this requirement may be fulfilled by an emergency medicine rotation, as long as the experience predominantly involves medical evaluation and treatment, rather than surgical procedure. Neurology rotations may NOT be used to fulfill this four-month requirement. (<u>Exception: Any applicant who completed a residency program in psychiatry that was accredited by the ACGME or certified by the Royal College of Physicians and Surgeons of Canada at the time the applicant completed the residency will qualify under this pattern of training upon</u>

AMENDED STIP., ORDER RE. PSYCH QUAL.

<u>CDCR verification that all residency requirements were successfully completed and if all other requirements are met.</u>

If the candidate's training program(s) is not currently accredited by the ACGME, CDCR shall research the history of the program(s) to determine if it was accredited at the time the candidate attended and completed the training.

B.  All psychiatrists hired before January 2006 must meet the above criteria or must undergo a court-mandated evaluation of their clinical competency for employment in the position of psychiatrist with the California Department of Corrections and Rehabilitation.

C.  In lieu of putting the deadline into the Revised Program Guide, the parties stipulate that this process will be completed by June 1, 2007.

D.  Defendants shall make periodic reports to Special Master Keating and Plaintiffs' counsel concerning the evaluation process and the progress towards completion and will promptly notify Mr. Keating and Plaintiffs' counsel of any circumstances that threaten to prevent or impede the completion of the process by June 1, 2007.

## II.

## STIPULATION FOR ENTRY OF PROTECTIVE ORDER

E.  To the extent Defendants provide, by the request of the Special Master or Court, Plaintiffs' counsel with the identities of any psychiatrists hired before January 2006 who do not meet the above minium credentialing criteria or who must undergo a court-mandated evaluation of their clinical competency for employment in the position of psychiatrist with the California Department of Corrections and Rehabilitation, the parties stipulate that the information will be subject to a seal imposed by this Court to ensure it is maintained on a confidential basis pursuant to applicable court rules.

Dated: 2/1/07

Lisa A. Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

Dated: 2/1/07

Michael W. Bien, Esq.
Rosen, Bien & Asaro, LLP
Attorney for Plaintiffs

AMENDED STIP., ORDER RE. PSYCH QUAL.

Dated: 2/1/07

Steve Fama, Esq.
Prison Law Office
Attorney for Plaintiffs

## [PROPOSED] ORDER

This Court has reviewed the first portion of the above stipulation of the parties concerning language to insert in the Revised Program Guide to address the clinical competency of psychiatrists and hereby adopts it as an order of this court.

This Court has reviewed the second portion of the above stipulation of the parties concerning the sealing of information containing or indicating the confidential nature of the identities of those CDCR psychiatrists hired before 2006 who do not meet minimum credentialing criteria. The Court approves the stipulated seal and makes it an order of the court.

Dated:_____ By: _____
HON. LAWRENCE K. KARLTON
United States District Court Judge

30195581.wpd

30195581.wpd
CF1997CS0003

AMENDED STIP., ORDER RE. PSYCH QUAL.

4