IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER APPROVING <u>AMENDED</u> STIPULATION RE: CLINICAL COMPETENCY OF PSYCHIATRISTS, CONFIDENTIALITY OF IDENTIFYING INFORMATION** |

　　　This Court has reviewed the first portion of the amended stipulation of the parties concerning language to insert in the Revised Program Guide to address the clinical competency of psychiatrists and hereby adopts it as an order of this court.

　　　This Court has reviewed the second portion of the above stipulation of the parties concerning the sealing of information containing or indicating the confidential nature of the identities of those CDCR psychiatrists hired before 2006 who do not meet minimum credentialing criteria. The Court approves the stipulated seal and makes it an order of the court.

Dated:_____   By: _____
　　　　　　　　　　　HON. LAWRENCE K. KARLTON
　　　　　　　　　　　United States District Court Judge

[Proposed] Order Re: Amended Psych Stip

1