## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

No.:   **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On February 5, 2007, I served the attached **[Proposed] Order Approving Amended Stipulation re: Clinical Competency of Psychiatrists, Confidentiality of Identifying Information** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Kimberly S. Davenport
California Medical Association
221 Main Street
San Francisco CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 5, 2007, at Sacramento, California.

| S. Burke | /s/ S. Burke |
|---|---|
| Declarant | Signature |

30216153.wpd