IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,　　　　　　　　No. CIV S-90-0520 LKK JFM P

   vs.

ARNOLD SCHWARZENEGGER, et al.,　　　　　　O R D E R

       Defendants.

_____/

    The draft version of the Special Master's 16th report on compliance contained a recommendation that the defendants be required to develop within 30 days a plan for the enhancement of compensation paid to California Department of Corrections and Rehabilitation (CDCR) mental health clinicians and clinical supervisors to make their salaries competitive with comparable positions in the private sector and/or comparable categories of CDCR's medical staff. The draft also set forth the reasons in some detail. Subsequently, the court has received various comments and an amicus brief, and finally, the court has received the special master's final report.

By virtue thereof, the court now orders as follows:

1) The defendants shall assess and develop a plan to meet the issues created by the disparity in pay for DMH clinicians providing mental health services to CDCR inmates in CDCR institutions and those providing services to CDCR inmates in all other DMH institutions.  The defendants shall submit to the court the product of such an assessment and a corresponding plan within 60 days of adoption of this order.

2) The assessment shall set forth the experience of DMH in filling its relevant vacancies over the last three (3) years.

3) The defendants shall submit monthly reports to the Special Master on staffing and staffing vacancies in all DMH hospitals with programs providing mental health services to CDCR inmates until such time as the pay differential issue has been resolved.

IT IS SO ORDERED.

DATED: February 6, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2