PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2006** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Third Quarter of 2006 to defendants via overnight Federal Express on November 20, 2006. The parties completed their meet-and-confer process on January 19, 2007.

As a result of the January 19, 2007 agreement, the parties are able to agree to the payment of $378,349.00 in fees and costs incurred during the Third Quarter of 2006. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Third Quarter of 2006.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $378,349.00 plus interest is due and collectable as of 45 days from the date of entry of this Order. Daily Interest on these fees and costs will run from the date of entry of this Order, accruing at the rate provided by 28 U.S.C. § 1961.

APPROVED AS TO FORM:

_/s/ Lisa Tillman_     DATED: 2-8-07

Lisa Tillman, Esq.
Van Kamberian, Esq.
Deputy Attorney General
Attorney for Defendants


_/s/ Amy Whelan_     DATED: 2/9/07

Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

EXHIBIT  A

# Coleman v. Schwarzenegger
### Third Quarterly Statement of 2006
### July 1, 2006 through September 30, 2006

## SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | COSTS |
|---|---|---|
| **MONITORING** | $ 342,040.31 | $ 27,212.74 |
| **MONITORING FEES ON FEES** | $ 8,904.15 | $ 191.80 |
| **TOTALS:** | $ 350,944.46 | $ 27,404.54 |

**TOTAL UNDISPUTED FEES AND COSTS**  $ 378,349.00

**AMOUNT REMAINING IN DISPUTE**  $34,477.87

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Third Quarterly Statement, 2006
July 1, 2006 through September 30, 2006
Monitoring Work

**Matter: 489-3**

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing | Fees Still in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | |
| Michael W. Bien (MWB) | 200.00 | 41.60 | 16.10 | 0.50 | 25.00 | 174.50 | $169.50 | $29,577.75 | $4,237.50 |
| Jane E. Kahn (JEK) | 283.00 | 39.80 | 12.60 | 1.10 | 26.10 | 255.80 | $169.50 | $43,358.10 | $4,423.95 |
| Thomas Nolan (TN) | 213.40 | 24.00 | 4.90 | 1.40 | 17.70 | 194.30 | $169.50 | $32,933.85 | $3,000.15 |
| Ernest Galvan (EG) | 1.60 | 0.30 | 0.10 | 0.00 | 0.20 | 1.40 | $169.50 | $237.30 | $33.90 |
| Holly M. Baldwin (HMB) | 1.00 | 0.10 | 0.10 | 0.00 | 0.00 | 1.00 | $169.50 | $169.50 | - |
| Megan R. Lang (MRL) | 20.60 | 6.60 | 1.00 | 5.60 | 0.00 | 15.00 | $169.50 | $2,542.50 | - |
| Amy E. Whelan (AEW) | 20.30 | 1.30 | 1.00 | 0.30 | 0.00 | 20.00 | $169.50 | $3,390.00 | - |
| Lori E. Rifkin (LER) | 198.30 | 93.20 | 9.30 | 1.00 | 82.90 | 114.40 | $169.50 | $19,390.80 | $14,051.55 |
| Kim Le (KTL) | 78.00 | 25.10 | 23.00 | 1.60 | 0.50 | 75.90 | $160.00 | $12,144.00 | $80.00 |
| Salvador Arrona (SA) | 3.00 | 0.10 | 0.10 | 0.00 | 0.00 | 3.00 | $160.00 | $480.00 | - |
| Nathan J. Kleiner (NJK) | 362.30 | 35.00 | 26.10 | 3.20 | 5.70 | 353.40 | $160.00 | $56,544.00 | $912.00 |
| Sofia A. Millham (SAM) | 305.10 | 27.70 | 16.60 | 7.60 | 3.50 | 294.00 | $160.00 | $47,040.00 | $560.00 |
| Katherine Johnson-Silk (KJS) | 109.90 | 15.80 | 7.20 | 2.80 | 5.80 | 101.30 | $160.00 | $16,208.00 | $928.00 |
| Emily K. Harpster (EKH) | 5.50 | 3.20 | 1.00 | 2.20 | 0.00 | 3.30 | $150.00 | $495.00 | - |
| Sean Donovan (SD) | 32.80 | 1.60 | 0.50 | 0.50 | 0.60 | 31.70 | $150.00 | $4,755.00 | $90.00 |
| Maya Weltman-Fahs (MWF) | 12.90 | 0.30 | 0.10 | 0.20 | 0.00 | 12.70 | $150.00 | $1,905.00 | - |
| Kate Richardson (KMR) | 14.80 | 6.90 | 4.00 | 2.90 | 0.00 | 11.90 | $150.00 | $1,785.00 | - |
| Paralegal Clerk (PK) | 98.40 | 83.90 | 50.80 | 33.10 | 0.00 | 65.30 | $110.00 | $7,183.00 | - |
| Word Processing (WP) | 4.00 | 4.00 | 0.00 | 4.00 | 0.00 | 0.00 | $60.00 | - | - |
| **RBG Totals:** | 1964.90 | 410.50 | 174.50 | 68.00 | 168.00 | 1728.90 | | $280,138.80 | $28,317.05 |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 15.20 | 0.50 | 0.50 | 0.00 | 0.00 | 15.20 | $169.50 | $2,576.40 | - |
| Steven Fama (SF) | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | $169.50 | $423.75 | - |
| Keith Wattley (KW) | 82.30 | 9.10 | 8.10 | 1.00 | 0.00 | 81.30 | $169.50 | $13,780.35 | - |
| Ivan Trujillo (IT) | 51.40 | 4.70 | 4.70 | 0.00 | 0.00 | 51.40 | $169.50 | $8,712.30 | - |
| Noor Dawood (ND) | 125.30 | 12.20 | 12.20 | 0.00 | 0.00 | 125.30 | $160.00 | $20,048.00 | - |
| Jessica Bol (JB) | 79.80 | 77.50 | 72.00 | 5.50 | 0.00 | 74.30 | $160.00 | $11,888.00 | - |
| Aliah Abdo (AA) | 17.40 | 17.40 | 16.10 | 1.30 | 0.00 | 16.10 | $160.00 | $2,576.00 | - |
| **PLO Totals:** | 373.90 | 121.40 | 113.60 | 7.80 | 0.00 | 366.10 | | $60,004.80 | - |
| **Employment Law Center** | | | | | | | | | |
| Claudia Center | 10.79 | 10.79 | 10.79 | 0.00 | 0.00 | 10.79 | $169.50 | $1,828.91 | - |
| Lewis Bossing | 0.40 | 0.40 | 0.40 | 0.00 | 0.00 | 0.40 | $169.50 | $67.80 | - |
| **ELC Hours:** | 11.19 | 11.19 | 11.19 | 0.00 | 0.00 | 11.19 | | $1,896.71 | - |
| **Total Monitoring - All Offices** | 2349.99 | 543.09 | 299.29 | 75.80 | 168.00 | 2106.19 | | $342,040.31 | $28,317.05 |

3rd Qtr-Undisputed Total Fees new                                                                1/26/2007

**Coleman v. Schwarzenegger**

**Summary Of Undisputed Fees - Third Quarterly Statement, 2006**

**July 1, 2006 through September 30, 2006**

**Fees Work**

*Matter: 489-5*

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing | Fees Still in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | |
| Ernest Galvan (EG) | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 | $ 169.50 | $ 186.45 | $ - |
| Thomas Nolan (TN) | 8.20 | 0.00 | 0.00 | 0.00 | 0.00 | 8.20 | $ 169.50 | $ 1,389.90 | $ - |
| Amy E. Whelan (AEW) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - | $ - |
| Pamela Derrico (PD) | 40.40 | 0.70 | 0.70 | 0.00 | 0.00 | 40.40 | $ 169.50 | $ 6,847.80 | $ - |
| **RBG Totals:** | 49.70 | 0.70 | 0.70 | 0.00 | 0.00 | 49.70 | | $ 8,424.15 | $ - |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 3.20 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | $ 150.00 | $ 480.00 | $ - |
| **PLO Totals:** | 3.20 | 0.00 | 0.00 | 0.00 | 0.00 | 3.20 | | $ 480.00 | $ - |
| **Total Fees - All Offices** | 52.90 | 0.70 | 0.70 | 0.00 | 0.00 | 52.90 | | $ 8,904.15 | $ - |

## Coleman v. Schwarzenegger
### Summary Of Undisputed Costs - Third Quarterly Statement, 2006
### July 1, 2006 through September 30, 2006

*Matter: 489-3 (Monitoring)*

| ROSEN, BIEN & GALVAN | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Disputed |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ 13,891.80 | $ - | $ - | $ - | $ 13,891.80 | $ - |
| Photocopying (outside services) | $ 6,621.28 | $ - | $ - | $ - | $ 6,621.28 | $ - |
| Photocopying - Symplex | $ 33.61 | $ - | $ - | $ - | $ 33.61 | $ - |
| International Effectiveness - Translation Spanish/English | $ 425.10 | $ - | $ - | $ - | $ 425.10 | $ - |
| Online Research - Pacer | $ 293.04 | $ 262.50 | $ 262.50 | $ - | $ 293.04 | $ - |
| Journal of AMA | $ 45.00 | $ 45.00 | $ - | $ 45.00 | $ - | $ - |
| Attorney's Diversified Services | $ 318.66 | $ 318.66 | $ 159.33 | $ 159.33 | $ 159.33 | $ - |
| Postage & Delivery | $ 1,597.52 | $ - | $ - | $ - | $ 1,597.52 | $ - |
| Telephone | $ 191.67 | $ - | $ - | $ - | $ 191.67 | $ - |
| Westlaw | $ 1,131.92 | $ - | $ - | $ - | $ 1,131.92 | $ - |
| Telefax | $ 263.00 | $ 263.00 | $ 263.00 | $ - | $ 263.00 | $ - |
| Expert Fees | $ 6,033.81 | $ 6,033.81 | $ - | $ - | $ - | $ 6,033.81 |
| Discovery Hearing Costs | $ 127.01 | $ 127.01 | $ - | $ - | $ - | $ 127.01 |
| Travel | $ 365.78 | $ 170.03 | $ - | $ 170.03 | $ 195.75 | $ - |
| **RBA Totals:** | **$ 31,339.20** | **$ 7,220.01** | **$ 684.83** | **$ 374.36** | **$ 24,804.02** | **$ 6,160.82** |

| PRISON LAW OFFICE | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ 1,307.20 | $ 1,307.20 | $ 1,307.20 | $ - | $ 1,307.20 | $ - |
| Postage & Delivery | $ 784.34 | $ 784.34 | $ 784.34 | $ - | $ 784.34 | $ - |
| Telefax | $ 213.00 | $ 213.00 | $ 213.00 | $ - | $ 213.00 | $ - |
| Telephone | $ 11.80 | $ 11.80 | $ 11.80 | $ - | $ 11.80 | $ - |
| Travel | $ 92.38 | $ 92.38 | $ 92.38 | $ - | $ 92.38 | $ - |
| **Totals:** | **$ 2,408.72** | **$ 2,408.72** | **$ - | **$ - | **$ 2,408.72** | **$ - |
| **Total Monitoring Costs:** | **$ 33,747.92** | **$ 9,628.73** | **$ 684.83** | **$ 374.36** | **$ 27,212.74** | **$ 6,160.82** |

*Matter: 489-5 (Monitoring Fees on Fees)*

| ROSEN, BIEN & GALVAN | | | | | | |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ 128.60 | $ 128.60 | $ 128.60 | $ - | $ 128.60 | $ - |
| Postage & Delivery | $ 18.69 | $ 18.69 | $ 18.69 | $ - | $ 18.69 | $ - |
| Telefax | $ 40.00 | $ 40.00 | $ 40.00 | $ - | $ 40.00 | $ - |
| Online Research | $ 2.40 | $ 2.40 | $ 2.40 | $ - | $ 2.40 | $ - |
| Telephone | $ 2.11 | $ 2.11 | $ 2.11 | $ - | $ 2.11 | $ - |
| **Total Fees Costs:** | **$ 191.80** | **$ 191.80** | **$ 191.80** | **$ - | **$ 191.80** | **$ - |
| **TOTAL UNDISPUTED COSTS** | **$ 33,939.72** | **$ 9,820.53** | **$ 876.63** | **$ 374.36** | **$ 27,404.54** | **$ 6,160.82** |

3rd Quarter 2006                Undisputed Costs                1/26/2007