1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

11              IN THE UNITED STATES DISTRICT COURT
12          FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15  RALPH COLEMAN, et al.,                    2:90-cv-00520 LKK JFM P

16                          Plaintiffs,       DEFENDANTS' NOTICE OF
                                              INTENT TO RESPOND TO
17         v.                                 SPECIAL MASTER'S
                                              REPORT ON DECEMBER
18  ARNOLD SCHWARZENEGGER, et al.,            2006 LONG-RANGE PLAN
                                              FOR MENTAL HEALTH
19                          Defendants.       CARE BED PLANS

20

21

22
          On February 7, 2007, Defendants received the Special Master's Report on the
23
   December 2006 Amended, Long-Range Plan for Mental Health Care Beds. Defendants
24
   respectfully state their intent to file a response to the report and its recommendations within ten
25
   //
26
   //
27
   //
28
   //

   NOTICE OF INTENT
                                    1

1  days of the issuance of the report, in accord with Federal Rule of Civil Procedure 53, subdivision

2  (e), effective at the time the Order of Reference issued in this case.[1]

3                    Dated: February 8, 2007

4                                        Respectfully submitted,

5                                        EDMUND G. BROWN JR.
                                         Attorney General of the State of California

6                                        DAVID S. CHANEY
                                         Senior Assistant Attorney General
7
                                         FRANCES T. GRUNDER
8                                        Senior Assistant Attorney General

                                         ROCHELLE C. EAST
9                                        Supervising Deputy Attorney General

10

11                                       */s/ Lisa A. Tillman*

12
                                         LISA A. TILLMAN
13                                       Deputy Attorney General
                                         Attorneys for Defendants
14

15
       30218587.wpd
16     CF1997CS0003

17

18

19

20

21

22

23

24

25

26

27  _____

28      1. Federal Rule of Civil Procedure, Rule 53 was amended in 2003 to provide the parties with
    twenty days to respond to a special master's report and recommendations.  Fed. R. Civ. P. 53 (g)(2).

NOTICE OF INTENT

                                        2