```
 1  PRISON LAW OFFICE                          BINGHAM, McCUTCHEN, LLP
    DONALD SPECTER Bar No.: 83925              WARREN E. GEORGE Bar No.: 53588
 2  STEVEN FAMA Bar No.: 99641                 Three Embarcadero Center
    General Delivery                           San Francisco, California 94111
 3  San Quentin, California 94964              Telephone: (415) 393-2000
    Telephone: (415) 457-9144
 4
    ROSEN, BIEN & GALVAN, LLP                  HELLER, EHRMAN, WHITE & McAULIFFE
 5  MICHAEL W. BIEN Bar No.: 096891            RICHARD L. GOFF Bar No.: 36377
    JANE KAHN Bar No.: 112239                  701 Fifth Avenue
 6  AMY WHELAN Bar No.: 215675                 Seattle, Washington 98104
    315 Montgomery Street, 10th Floor          Telephone: (206) 447-0900
 7  San Francisco, California 94104
    Telephone: (415) 433-6830
 8
    THE LEGAL AID SOCIETY –
 9  EMPLOYMENT LAW CENTER
    CLAUDIA CENTER Bar No.: 158255
10  LEWIS BOSSING Bar No.: 227402
    600 Harrison Street, Suite 120
11  San Francisco, CA 94107
    Telephone: (415) 864-8848
12
13  Attorneys for Plaintiffs
14
                  IN THE UNITED STATES DISTRICT COURT
15
                    EASTERN DISTRICT OF CALIFORNIA
16
17  RALPH COLEMAN,                    )  Case No. Civ. S 90-0520 LKK-JFM
                                      )
18       Plaintiff,                   )  [PROPOSED] ORDER CONFIRMING
                                      )  UNDISPUTED ATTORNEYS' FEES
19  vs.                               )  AND COSTS FOR THE THIRD
                                      )  QUARTER OF 2006
20  ARNOLD SCHWARZENEGGER, et al.,    )
                                      )
21       Defendants                   )
                                      )
22  _____)
23
24
25       On February 9, 2007, the parties in this case submitted a Stipulation confirming the
26  results of their meet and confer session concerning fees and costs for the Third Quarter of
27  2006, pursuant to the March 19, 1996, periodic fees order in this case.
28
```

489\5\pleading\        [PROPOSED] ORDER CONFIRMING UNDISPUTED
ATTORNEYS' FEES AND COSTS FOR THE THIRD
QUARTER OF 2006

1  Pursuant to the stipulation filed on February 9, 2007, IT IS HEREBY ORDERED
2  that plaintiff's fees and costs of $378,349.00 plus interest, are due and collectable as of
3  forty-five days from the date of entry of this Order. Daily Interest runs from date of entry of
4  this Order at the rate provided by 28 U.S.C. § 1961.

6  IT IS SO ORDERED.
7  Dated:

                                        John F. Moulds, Magistrate Judge
                                        United States District Court