2-13-07

U.S. DIST JUDGE KARLTON

CASE 90-0520   ENCOURAGING SUICIDE

90-CV-0520 LKK JFM PC

On death row Capt R. Fox a guard Walters is encouraging inmates to commit suicide. Guard Walters provokes incidents etc. Every single 602 or citizens complaint is assigned to a Lt. H. Williams who threatens inmates or 602 is absolutely hidden or destroyed. My request for mental health care is denied me. Noise level in East Block death row is unbearable yard side. Capt Fox, Warden Ayers well aware of Guard Walters harrassment, abuse, reprisals and stealing from inmates yet Walters still assigned to work in death row

I am NOT suicidal yet guard Walters daily encourages my suicide and offers to help. Capt Fox, Warden know and ignore Walters conduct.

**FILED**

FEB 15 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Jerry Stanley

Bu(?) C 80900
Death Row 3-E-21
S.Q. CAL

STATE OF CALIFORNIA                                                                     DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category
1. _____    1. _____    _____
2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| J. Stanley | C80900 | CONDEMNED | 3-E-21 |

A. Describe Problem: ON TUESDAY 1-16-07 AND FOR SEVERAL WEEKS AFTER DEATH ROW GUARD WALTERS ENCOURAGED ME "TO BE A MAN AND HANG MYSELF OR HE AND A LT WILLIAMS WILL DO IT FOR ME OR DRIVE ME TO SUICIDE" I AM NOT SUICIDAL PERIOD.

UNDER WARDEN AYERS, CAPT FOX CONDEMNED GUARDS ARE ALLOWED TO GET AWAY WITH ANY AND ALL CRIMINAL CONDUCT AND CONSTITUTIONAL VIOLATIONS. I AM WILLING TO TAKE A POLYGRAPH ON ALL THE ABOVE

If you need more space, attach one additional sheet.

B. Action Requested: INVESTIGATE VIA INTERNAL AFFAIRS GUARD WALTERS, AND APPEALS OFFICERS DACANAY AND JEPPESON FOR ADMITING THEY WILL ALLOW NO 602s ON STAFF MISCONDUCT AND THEY ALL HONOR THE CODE OF SILENCE IN EASTBLOCK CONDEMNED

Inmate/Parolee Signature: _J. Stanley_    Date Submitted: FEB 13, 2007

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

_____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed    CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

GUARD WALTERS
ENCOURAGES
    SUICIDE

I AM NOT
SUICIDAL.

## He wants society to feel the guilt of putting him to death

I can't hold back on this any longer: When society stops making heroes, and all around entertainment, out of outlaws, things will change in the world.

The past needs to stay in the past. We never seem to learn from our mistakes. So why nurture crime, or history for that matter?

Mankind has been horrible to one another since we lived in caves. We are not a very kind bunch, if you ask me.

I suspect after 25 years on death row most of us would want it over. Who knows. What I do know is that if a convicted killer really wants it over, he can do it himself and be done with it. If you can murder ~~people~~ who love you, suicide probably is not beyond your capability.

An eye for an eye wasn't invented to patronize us. It's there for a promise. You break the rules, you pay. No matter what the rules are. How much you pay is in accordance with how bad the violation and how much money you have. Yes, it always makes a difference. We all know it does.

I ask you one and all: How much mercy did Mr. Stanley show to his innocent victim? If he dies of bad health, so what? And he still wants to strike a bargain deal — he'll give the location of one victim to get this wish granted.

He wants society to feel the guilt of putting him to death. More glory than to die of old age on the row.

— Eric Eberhardt
Clearlake

8-16-2006


 County
BEE

# Memorandum

Date : February 4, 2002

To : ALL EAST BLOCK INMATES

From : Department of Corrections, California State Prison, San Quentin CA 94964

Subject : **UNIT NOISE LEVEL**

[Handwritten annotation at top: 2-13-07 NOISE WORSE THAN EVER YARDSIDE. ToBacco wicks Burn From 9:00 PM To 2:00 AM. EVERY Night cApt for know guArds sell ToBacco ANd iqNor smoke from wicks]

All loud talking, singing, yelling, music, televisions, etc. from cells or holding cages will not be tolerated from any inmate housed in East Block. In consideration of those inmates trying to sleep, the hours of 10:30 PM through 5:00 AM will be observed as "quiet hours" in the unit. This includes "Bayside" and "Yardside" inmates. Please note that the "quiet hours" have changed to accommodate recent changes in feeding times for the morning meal.

The noise level in the unit at times has exceeded reasonable proportions in the past and will not be allowed to continue. Any inmate deemed to be escessively loud by staff will be subject to disciplinary action.

East Block staff are instructed to monitor the noise level of the unit and take corrective action when necessary and whenever possible.

A. Perez
Program Lieutenant
Second Watch, East Block

M. Chacon
Program Lieutenant
Third Watch, East Block

M. Cramer
Watch Commander
First Watch

J. Van Blarcom
Program Sergeant
Second Watch, East Block

J. Holzman
Program Sergeant
First Watch, East Block



**COPY**

# MEMORANDUM

Date: April 23, 2006

To: Jerry F. Stanley, C-80900
3-EY-050

Subject: CONCERNS REGARDING THE CONDITIONS OF CONFINEMENT

I received your letter dated March 1, 2006, regarding your concerns about the conditions of confinement in the East Block housing unit.

I would like to thank you for taking the time necessary to apprise me of your concerns, and rest assured that my management staff have been tasked with reviewing your concerns and implementing corrective action as deemed necessary. Although I appreciate your letter of concerns, I would like to encourage you to use the Inmate Appeal System for your concerns, etc. The Inmate Appeal System is an effective tool for implementing corrections and as a management tool to audit the programs being afforded to the inmate population. [handwritten: outright lie, lies used to cover woe of silence] I would like to thank you for your input in this matter, and to re-assure you that the staff assigned to work within the Condemned program at California State Prison at San Quentin, make decisions on a daily basis, and those decisions are made within the framework of the applicable laws, rules and regulations, etc.

D. A. Dacanay
Associate Warden
Condemned and Administrative Segregation Units/Unit V

cc   E. Ylst, Warden