EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO SPECIAL MASTER KEATING'S REPORT ON LONG-RANGE BED PLAN OF DECEMBER 2006** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On February 7, 2007, Defendants received the Special Master's Report on the December 2006 Amended, Long-Range Plan for Mental Health Care Beds. Defendants respectfully state their intent to file a response to the report and its recommendations within ten days of the issuance of the report. Defendants are presently preparing a response to the report. Defendants' counsel, however, will be attending a tour of state hospital facilities on Wednesday, February 21 through Thursday, February 22, and so will be unavailable to advise her clients on this report and any response to the report until Friday, February 23, 2007. Therefore, Defendants seek an extension of time to respond to the report from Friday, February 23, 2007 to February 27, 2007.

Defendants have notified Plaintiffs' counsel of this request. Defendants know of no prejudice that will result to Plaintiffs by this short extension of the deadline.

Defendants respectfully request this proposed extension be granted to enable an adequate response to the report.

Dated: February 20, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Senior Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30223264.wpd
CF1997CS0003