EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO SPECIAL MASTER KEATING'S REPORT ON LONG-RANGE BED PLAN OF DECEMBER 2006** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Lisa A. Tillman, declare as follows:

1. I am an attorney licensed to practice in the State of California and I am admitted to the Eastern District of the United States District Court. I am employed by the Office of the Attorney General as a Deputy Attorney General and I am assigned to represent the Defendants in this matter.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

/ / /

/ / /

DEC. TILLMAN RE. EOT RESPONSE BED RPT.

1

1        3.    On February 7, 2007, Defendants received the Special Master's Report on the

2  December 2006 Amended, Long-Range Plan for Mental Health Care Beds.

3        4.    Defendants stated their intent to file a response to the report and its

4  recommendations within ten days.

5        5.    Defendants' response to the report is underway.

6        6.    Defendants are presently preparing a response to the report.

7        7.    Defendants' counsel, however, will be attending a tour of state hospital facilities

8  on Wednesday, February 21 through Thursday, February 22, and so will be unavailable to advise

9  her clients on this report and any response to the report until Friday, February 23, 2007.

10  Therefore, Defendants seek an extension of time to respond to the report from Friday, February

11  23, 2007 to February 27, 2007.

12        8.    I spoke with Plaintiffs' counsel Jane Kahn and Plaintiffs' counsel Ivan Trujillo

13  about this requested relief on February 20, 2007. Neither objected to the request.

14        9.    I know of no prejudice that will result from this proposed extension.

15  I declare under the penalty of perjury that the foregoing is true and correct.

16  Dated: February 20, 2007      */ s / Lisa A. Tillman*

17                                   LISA A. TILLMAN

24  30223278.wpd

25  CF1997CS0003

DEC. TILLMAN RE. EOT RESPONSE BED RPT.

2