1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**RALPH COLEMAN, et al.,**                              2:90-cv-00520 LKK JFM P

12
                                           Plaintiffs,    **[PROPOSED] ORDER**
13

14           **v.**

**ARNOLD SCHWARZENEGGER, et al.,**
15
                                           Defendants.
16

17           Upon good cause appearing, Defendants' request for an extension of time to respond

18   to Special Master Keating's Report on Defendants' Long-Range Bed Plan of December 2006

19   is granted.  The response is now due on Tuesday, February 27, 2007.

20

21   Dated: _____        _____
                                                    The Honorable Lawrence K. Karlton
22

23

24

25

26

27

28

[Proposed] Order

                                                  1