1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Senior Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

11             IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DEFENDANTS' EX PARTE MOTION FOR ORDER APPROVING ADDITIONAL BEDS AT CALIFORNIA MEDICAL FACILITY AND CALIFORNIA INSTITUTION FOR WOMEN AND APPROVING TEMPORARY SPACE AT MULE CREEK STATE PRISON, WITH [PROPOSED] ORDER** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

## I.

## INTRODUCTION

By this ex parte motion, Defendants seek a court order approving undisputed plans for the development of mental health care space in three institutions. Defendants' December 2006 bed plan proposed the construction of licensed beds at California Medical Facility and California Institution for Women. The plan also proposed halting the installation of permanent office and treatment space at Mule Creek State Prison. Special Master Keating's report on the bed plan did not criticize these construction plans for California Medical Facility and California Institution for

Women. The report recommended the installation of temporary office space for Mule Creek State Prison. Defendants respectfully request this Court enter an order permitting these construction proposals for California Medical Facility, California Institution for Women and Mule Creek State Prison to proceed.

## II.

## BACKGROUND

On December 19, 2006, Defendants filed a long-range bed plan in accord with this Court's order of October 20, 2006. The long-range bed plan stated in relevant part:

- For California Medical Facility, permit Defendants to construct an additional 64 intermediate care facility beds for use by Level IV high-custody inmate-patients.

- For California Institution for Women, permit Defendants to add 20 licensed beds (by a scope change) to existing 25 acute and intermediate care facility bed project originally proposed in the Statewide Mental Health Bed Plan, April 2006.

- For Mule Creek State Prison, permit Defendants to stop planned treatment and office space for the Enhanced Outpatient Program.

On February 7, 2007, Special Master Keating issued a report on Defendants' bed plan. The first recommendation stated Defendants should be directed to (1) complete and occupy the 50-bed mental health crisis bed units at California Medical Facility and California Mens' Colony as soon as possible and (2) complete the scheduled construction of permanent treatment and office space at Mule Creek State Prison or provide adequate temporary treatment and office space there to accommodate existing and newly-opened mental health programs until replacement programs have been completed and occupied elsewhere in CDCR.

The report did not address Defendants' stated requests for construction of intermediate care beds at California Medical Facility and licensed beds at California Institute for Women. Defendants now request the Court to enter an order finding these projects should proceed.

///

///

///

DEF. EX PARTE MOTION RE. PLANS CMF, CIW, MCSP

## III.

## LEGAL STATEMENT

Defendants request a court order stating approval of Defendants' planned construction of intermediate care beds at California Medical Facility and licensed beds at California Institute for Women. To the extent Special Master Keating disagreed with Defendants stopping the installation of permanent office and treatment space at Mule Creek State Prison, Defendants now state their commitment to providing adequate temporary treatment and office space at Mule Creek State Prison to accommodate the existing and newly-opened Enhanced Outpatient Program mental health programs until replacement programs have been completed and occupied elsewhere in CDCR  A court order will provide Defendants with the necessary judicial expression of approval for these plans to proceed on a timely basis.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

DEF. EX PARTE MOTION RE. PLANS CMF, CIW, MCSP

## IV.

## CONCLUSION

Defendants respectfully request this Court enter an order approving the stated plan to construct 64 intermediate care beds at California Medical Facility, 20 licensed beds at California Institution for Women, and temporary treatment and office space at Mule Creek State Prison to accommodate the existing and newly-opened Enhanced Outpatient Program mental health programs until replacement programs have been completed and occupied elsewhere in CDCR.

Dated: February 20, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Senior Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30223200.wpd
CF1997CS0003

DEF. EX PARTE MOTION RE. PLANS CMF, CIW, MCSP

4