IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER ON DEFENDANTS' EX PARTE MOTION FOR ORDER APPROVING ADDITIONAL BEDS AT CALIFORNIA MEDICAL FACILITY AND CALIFORNIA INSTITUTION FOR WOMEN AND APPROVING TEMPORARY SPACE AT MULE CREEK STATE PRISON** |

This Court has reviewed the Special Master's report on Defendants' December 2006 final long-range bed plan and Defendants' ex parte motion for approval of the following proposals:

• For California Medical Facility, permit Defendants to construct an additional 64 intermediate care facility beds for use by Level IV high-custody inmate-patients.

• For California Institution for Women, permit Defendants to add 20 licensed beds (by a scope change) to existing 25 acute and intermediate care facility bed project originally proposed in the Statewide Mental Health Bed Plan, April 2006.

• For Mule Creek State Prison, permit Defendants to install temporary treatment and

1 office space to accommodate the existing and newly-opened Enhanced Outpatient Program
2 mental health programs until replacement programs have been completed and occupied
3 elsewhere in CDCR.
4        This Court hereby grants Defendants' ex parte motion and so orders Defendants to
5 implement the above-stated proposals.
6 Dated: _____          _____
7                                                                                  The Honorable Lawrence K. Karlton