FEB 20, 2006

Dear Clerk: Case 90-0520 UCK AND prior request for Writ of Habeas Corpus or Injunction:

May I please add these documents to Judge Karltons file on my still being denied mental health and medical care as reprisal by warden Ayers, Capt Fox and their staff. Every attempt at 602 lost or destroyed.

Please advise receipt of this.

FILED
FEB 23 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Thank-you all so very much.

Sincerely
Jerry Stanley
Box C 80900
Death Row 3-E-21
San Quentin, Cal
94974

**State of California**

# Memorandum

Date : February 14, 2007

To : Stanley, Gerald
C-80900

E 43-215

From : **Department of Corrections, California State Prison, San Quentin, CA  94964**

Subject: **MISPLACED INFORMAL LEVEL APPEAL**

During an Audit of the Inmate Medical Appeals Tracking Progam database in the Medical Appeals Office, it was discovered that an appeal filed by you on December 4, 2006, requesting to put in writing to the judge and attorney that you have the possibility of a mental illness, has been misplaced. If this issue has not been resolved, please submit another CDCR – 602 to the Medical Appeals Office.   3 TRYS DISAPPEARED SINCE

Thank you for your assistance in the matter.   JAN 2, 2007

Elizabeth Ortega
Medical Appeals Coordinator (A)
Health Care Services
CSP-San Quentin State Prison

FEB 15 2007

CDC 1617 (3/89)
gfm



PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

2/8/2007

Jerry Stanley, C-80900
SQ
PO Box (See CDC # near name)
San Quentin, CA 94974

Dear Mr. Stanley:

    I write in response to your letters received 1/24 (forwarded from Rosen, Bien & Asaro LLP), 1/25 and 2/6. In your letters you describe an incident that occurred between you and C/O Walters. You write that he cuffed you to the shower while he destroyed the contents of your cell. I am sorry to hear this happened to you. You also write that Dr. Spain came to see you and that you continue to suffer from breathing problems and chest pains. You say that later that day a RN could not find your medical file, but after reviewing your E.K.G. did order that you go to an outside hospital, but C/O Walter and Lt. ▓▓▓ brought you back to your cell. This is concerning. Please continue to let medical staff know of your medical concerns. Note that SQ is behind in processing appeals. As stated in a previous letter to you, Ms. Hardy will review your file on her next Monitoring Tour of SQ in a couple of weeks.

    Take care.

Sincerely,

Sheena Johnson
Litigation Assistant under Alison Hardy

Enclosures: copys: comp: OEATh Threats via Walters
CC: SQ Tour Bucket

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

## LAW OFFICES OF
## MICHAEL SATRIS

ASSOCIATE COUNSEL
MARGARET LITTLEFIELD

POST OFFICE BOX 337
BOLINAS, CA 94924
TEL: (415) 868-9209
FAX: (415) 868-2658
EMAIL: SATRIS@EARTHLINK.NET

ASSOCIATE COUNSEL
CARRIE KOJIMOTO



Mr. Jerry Stanley
P. O. Box C-80900
Tamal, CA 94974

Dear Mr. Stanley:

    What a surprise to get a letter from you. I am sorry to hear you have been having trouble again with institutional mail and cell searches. Unfortunately, everything in there seems to go about as wrong as possible, and generally I think it is not aimed at any particular person but is just because of incompetence and stupidity.

    Unfortunately, I am not in a position to help with such problems any more. I am in private practice with Michael Satris and unless we are appointed counsel on a case or retained by a client, we cannot afford to get involved with prisoners' problems. You have an excellent and dedicated attorney already. I have met Mr. Schlesinger and know from other attorneys whom I respect that he has a superb reputation. He is also a veteran at dealing with Death Row and the institution, having done so for many years. I am sure that he is doing everything possible within the parameters the law permits to try and remedy the situation. Sometimes, though, stuff is so randomly broken within the prison system that there is no legal remedy. Usually after a time someone else who works there comes along and gets it right, and things settle down for awhile. I wish you luck, and hope that things ease up for you. Take care…..

                                      Sincerely,

                                      Margaret Littlefield