1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Senior Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

11            IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK JFM P

16                          Plaintiffs,     **DECLARATION OF LISA
                                            TILLMAN IN SUPPORT OF
17         v.                               DEFENDANTS' <u>AMENDED</u>
                                            EX PARTE MOTION FOR AN
18  **ARNOLD SCHWARZENEGGER, et al.,**      ORDER APPROVING
                                            ADDITIONAL BEDS AT
19                          Defendants.     CALIFORNIA MEDICAL
                                            FACILITY AND
20                                          CALIFORNIA INSTITUTION
                                            FOR WOMEN AND
21                                          APPROVING TEMPORARY
                                            SPACE AT MULE CREEK
22                                          STATE PRISON**

23         I, Lisa Tillman, declare:

24         1.    I am an attorney licensed to practice before the courts of the State of California

25  and admitted to practice in the United States District Court, Eastern District of California. I am

26  employed as a Deputy Attorney General with the Office of the Attorney General of the State of

27  California, attorneys for Defendants in this case.

28         2.    I have personal knowledge of the facts stated in this declaration and if called to

DEC. TILLMAN IN SUPPORT OF EX PARTE MOTION

1  testify upon those facts would do so competently.

2      3.    On December 19, 2006, my office Defendants filed a long-range bed plan in

3  accord with this Court's order of October 20, 2006.   The long-range bed plan stated in relevant

4  part:

5          • For California Medical Facility, permit Defendants to construct an additional 64

6  intermediate care facility beds for use by Level IV high-custody inmate-patients.

7          • For California Institution for Women, permit Defendants to add 20 licensed beds (by

8  a scope change) to existing 25 acute and intermediate care facility bed project originally proposed

9  in the Statewide Mental Health Bed Plan, April 2006.

10         • For Mule Creek State Prison, permit Defendants to stop planned treatment and office

11  space for the Enhanced Outpatient Program.

12     4.    On February 7, 2007, Special Master Keating issued a report on Defendants' bed

13  plan.  The first recommendation stated Defendants should be directed to (1) complete and occupy

14  the 50-bed mental health crisis bed units at California Medical Facility and California Mens'

15  Colony as soon as possible and (2) complete the scheduled construction of permanent treatment

16  and office space at Mule Creek State Prison or provide adequate temporary treatment and office

17  space there to accommodate existing and newly-opened mental health programs until

18  replacement programs have been completed and occupied elsewhere in CDCR.

19     5.    The report did not address Defendants' stated requests for construction of

20  intermediate care beds at California Medical Facility and licensed beds at California Institute for

21  Women.

22     6.    On Friday, February 16, 2007, I sent an email to Plaintiffs' counsel Jane Kahn of

23  Rosen, Bien & Asaro and Plaintiffs' counsel Ivan Trujillo of Prison Law Office stating my intent

24  to file an ex parte motion to seek court approval of Defendants' requests for construction of

25  intermediate care beds at California Medical Facility, construction of licensed beds at California

26  Institute for Women, and temporary office and treatment space at Mule Creek State Prison.  In

27  the email, I requested Plaintiffs' counsels inform me of  any objections to the ex parte motion by

28  close of business, Tuesday, February 19.  Attached to the email was a proposed ex parte motion

DEC. TILLMAN IN SUPPORT OF EX PARTE MOTION

1  and order.  Special Master Keating was sent a courtesy copy of the email.  Attached herein as

2  Exhibit 1 is a true and correct copy of the email, without the attachments.

3         7.    On the afternoon of February 19, 2007, I received Plaintiff counsel Jane Kahn's

4  email.  The email stated Plaintiffs' counsel had no objection to the requested approval of

5  additional beds at California Medical Facility and California Institution for Women.  Plaintiffs'

6  counsel requested the proposed order mirror the language used in Special Master Keating's

7  recommendation concerning treatment and office space at Mule Creek State Prison.

8  Plaintiffs' counsel further requested that the motion and proposed order address the Special

9  Master's recommendation regarding the mental health crisis beds at California Men's Colony.

10  Attached as Exhibit 2 is a true and correct copy of the February 19, 2007 email from Plaintiffs'

11  counsel.

12         8.    On February 20, 2007, I informed Plaintiffs' counsel that the language used in

13  Special Master Keating's recommendation concerning treatment and office space at Mule Creek

14  State Prison would be incorporated within the motion and proposed order.

15         9.    On February 26, 2007, Plaintiffs' counsel Jane Kahn called me and asked that the

16  submitted proposed order be amended to incorporate the word "adequate" within the sentence

17  addressing treatment and office space at Mule Creek State Prison.  I agreed to do so.

18        10.    On February 27, 2007, I participated in a teleconference with Plaintiff counsel

19  Jane Kahn and Haven Gracey, Esq. of this Court.  During the teleconference, Plaintiffs' counsel

20  stated that she did not object to this ex parte motion.

21        I declare under the penalty of perjury that the foregoing is true and correct.

22      Dated:    February 27, 2007           By: **/s/ Lisa Tillman**
                                              Lisa Tillman

23

24

25

26  30227454.wpd
    CF1997CS0003

27

28