**From:** Lisa Tillman
**To:** awhelan@rbg-law.com; jkahn@rbg-law.com; lrifkin@rbg-law.com; mbien@rbg-law.com; slaubach@rbg-law.com
**Date:** 2/16/2007 3:55:44 PM
**Subject:** Ex Parte Motion

February 16, 2007

Re: Coleman v. Schwarzenegger

Greetings:

Please find enclosed Defendants' ex parte motion and proposed order for approval of certain plans for additional beds at CIW, additional beds at CMF, and temporary office and treatment space at Mule Creek State Prison. Please inform me by close of business Tuesday, February 20 if you have any objections to this ex parte motion.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

*Enclosures: Ex parte motion, proposed order

**CC:** Fdovale@pld-law.com; jmichaelkeatingjr@yahoo.com; lbuffardi@pld-law.com; mlopes@pld-law.com