**From:** "Jane E. Kahn" <jkahn@RBG-Law.com>
**To:** Lisa Tillman <Lisa.Tillman@doj.ca.gov>
**Date:** 2/19/2007 3:31:24 PM
**Subject:** Re Ex parte Motion/Order re CMF/CIW/Mule Creek

February 19, 2007

Dear Lisa:

We have reviewed your Ex parte Motion and Proposed Order and have the following comments and suggested language.

First, we have no objection to the provisions concerning the 64 bed ICF unit at CMF and the additional 20 Acute/ICF beds at CIW. The language which you include in the proposed order regarding office and treatment space at Mule Creek State Prison should mirror the recommendation contained in the Special Master's Report and Recommendations on Defendants' December 2006 Mental Health Bed Plan ("Special Master Report") filed 2/7/07. In his Report, the Special Master recommended that defendants "be directed to complete the scheduled construction of permanent treatment and office space at Mule Creek State Prison or provide adequate temporary treatment and office space there to accommodate existing and newly opened mental health programs until replacement programs have been completed and occupied elsewhere in CDCR." Report at 20. The proposed order should be modified to include the complete language regarding temporary treatment and office space.

In addition, we request that your motion and proposed order address the Special Master's recommendation regarding the 50 MHCB beds at California Men's Colony, with specific language that mirrors the language found in his February 7, 2007 Report. The additional language that we request in the proposed order is:

"Defendants shall proceed with the 50 bed MHCB unit at CMC as expeditiously as possible, with the project completed and occupied no later than 2011."

I am available to discuss this further with you tomorrow.

Sincerely,


Jane Kahn


ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Tel: (415) 433-6830
Fax: (415) 433-7104

mailto:jkahn@rbg-law.com


CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rba@rbalaw.com <mailto:rba@rbalaw.com>.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**CC:** <jmichaelkeatingjr@yahoo.com>, <mlopes@pld-law.com>, "Stone, Michael" <Michael.Stone@cdcr.ca.gov>, <Fdovale@pld-law.com>, "Michael W. Bien" <mbien@RBG-Law.com>, "Amy E. Whelan" <AWhelan@RBG-Law.com>, "Lori E. Rifkin" <LRifkin@rbg-law.com>, "Sarah M. Laubach" <SLaubach@rbg-law.com>, Ivan Trujillo <itrujillo@prisonlaw.com>, "Jane E. Kahn" <jkahn@RBG-Law.com>, Sofia Millham <smillham@RBG-Law.com>, Kate Richardson <krichardson@RBG-Law.com>