IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                                Defendants. | 2:90-cv-00520 LKK JFM P<br><br>[PROPOSED] ORDER ON DEFENDANTS' **AMENDED** EX PARTE MOTION FOR ORDER APPROVING ADDITIONAL BEDS AT CALIFORNIA MEDICAL FACILITY AND CALIFORNIA INSTITUTION FOR WOMEN AND APPROVING TEMPORARY SPACE AT MULE CREEK STATE PRISON |

This Court has reviewed the Special Master's report on Defendants' December 2006 final long-range bed plan and Defendants' ex parte motion for approval of the following proposals:

- For California Medical Facility, permit Defendants to construct an additional 64 intermediate care facility beds for use by Level IV high-custody inmate-patients.

- For California Institution for Women, permit Defendants to add 20 licensed beds (by a scope change) to existing 25 acute and intermediate care facility bed project originally proposed in the Statewide Mental Health Bed Plan, April 2006.

- For Mule Creek State Prison, permit Defendants to install adequate temporary

[Proposed] Order Approving Def. Plan CMF, MCSP, CIW

1

treatment and office space to accommodate the existing and newly-opened Enhanced Outpatient Program mental health programs until replacement programs have been completed and occupied elsewhere in CDCR.

      This Court hereby grants Defendants' ex parte motion and so orders Defendants to implement the above-stated proposals.

Dated: _____      _____

                                              The Honorable Lawrence K. Karlton