1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Senior Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF VINCE BROWN IN SUPPORT OF DEFENDANTS' RESPONSE TO SPECIAL MASTER KEATING'S REPORT ON LONG-RANGE BED PLAN OF DECEMBER 2006** |

I, Vince Brown, declare:

1. I am the Chief Deputy Director of the California Department of Finance. My responsibilities include reviewing the Governor's Budget before its presentation to the Legislature.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. The Governor's Budget of 2007-08 proposes the issuance of $1 billion in lease revenue bonds for the development and construction of mental, dental and medical health facilities,

1  including the consolidated care centers. This request is reflected as project identification number
2  61.01.853, Litigation-Driven Infrastructure, Pending Legislation, at page 59 of the Department of
3  Corrections and Rehabilitation section of the Governor's Budget 2007-08.
4       4.    Before any such lease revenue bonds can be issued, legislation authorizing their
5  issuance must be enacted. That legislation is being considered by the Legislature as part of the
6  annual budget process. When, and if, the legislation is enacted, the Department of Finance will
7  immediately commence working with the Department of Corrections and Rehabilitation to
8  initiate the programming, design and environmental review process.
9       I declare under the penalty of perjury that the foregoing is true and correct.
10      Dated: February 27, 2007          By: _____
                                                Vince Brown

30226552.wpd
CF1997CS0003

DEC. BROWN IN SUPPORT OF RESPONSE TO BED REPORT

2

1 | including the consolidated care centers. This request is reflected as project identification number
2 | 61.01.853, Litigation-Driven Infrastructure, Pending Legislation, at page 59 of the Department of
3 | Corrections and Rehabilitation section of the Governor's Budget 2007-08.

4.   Before any such lease revenue bonds can be issued, legislation authorizing their issuance must be enacted. That legislation is being considered by the Legislature as part of the annual budget process. When, and if, the legislation is enacted, the Department of Finance will immediately commence working with the Department of Corrections and Rehabilitation to initiate the programming, design and environmental review process.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2007        By: _____
                                     Vince Brown

30226552.wpd
CF1997CS0003