EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DOUG MCKEEVER IN SUPPORT OF DEFENDANTS' RESPONSE TO SPECIAL MASTER KEATING'S REPORT ON LONG-RANGE BED PLAN OF DECEMBER 2006** |

I, Doug McKeever declare:

1. I am employed by the Division of Correctional Health Care Services, Division of the California Department of Corrections and Rehabilitation (CDCR). From January 2005 to October 2006, I held the position of Project Director, and was responsible for the development and preparation of projects arising from this case. Since October 2006, I have held the position of Director of the Mental Health Program, with direct oversight over the overall program and policy development and implementation for the statewide mental health program of the Division of Correctional Health Care Services. In both positions, I led a multi-agency work group

1  dedicated to creating and implementing short-term, interim, and long-term mental health bed plans.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I have reviewed the Court orders requiring Defendants to develop bed plans to meet the present and forecasted population of the CDCR mental health caseload. I facilitated the development and reviewed the initial (June 2006) and amended (December 2006) long-range mental health bed plans submitted to this Court for approval.

4. I have reviewed the findings and recommendations stated in Special Master Keating's February 7, 2007 report on Defendants' amended long-range mental health bed plan.

- *THE STAFFING FOR THE MENTAL HEALTH BED PLAN FOR THE INITIAL LAUNCH AND THE CONSTRUCTION AND ACTIVATION OF THE BEDS.*

5. I recognize that the December 2006 mental health bed plan did not detail the staffing components necessary for successfully launching and completing of the plan. At this time, I anticipate the mental health portion of CDCR Division of Correctional Health Care Services will need significant personnel resources to launch the plan. Those personnel resources, ranging from administrators to support staff, will address key functions: accounting, licensing (for intermediate care, correctional treatment center, acute care and mental health crisis beds), budget, contracts, personnel, administrative, and support functions. An additional expansion of staff may be necessary once the actual construction of the consolidated care centers is underway. Office space must be sought to house these employees in a single location.

6. No later than two years prior to the anticipated activation date of the consolidated care centers, Defendant CDCR Division of Correctional Health Care Services will require additional resources for the transition of licensed care services from the Department of Mental Health (DMH) to CDCR.

7. I recognize a successful transition from DMH and to CDCR as a provider of mental health services will require, at a minimum, the hiring of clinical, administrative, support, and correctional employees for the consolidated care centers well in advance of the anticipated

activation dates. As more fully discussed below, the staffing of the consolidated care centers will imitate the DMH therapeutic model, and staff will receive training on that therapeutic model.

8. Further, I recognize that new classifications may need to be created in order to better model the therapeutic milieu historically provided by the DMH care environment.

• *THE TRANSITION AWAY FROM DMH AS A PROVIDER OF SERVICES WILL BE GRADUAL AND DELIBERATE.*

9. The aim of the long-range bed plan is to meet the forecasted demand for appropriate mental health care. In meeting that aim, DMH and CDCR will return to their statutorily mandated missions and populations at the end, not the start, of implementation of the plan.

10. I have toured CDCR facilities with significant mental health caseload populations, including California Medical Facility, Vacaville, California Men's Colony, Mule Creek State Prison, and, California State Prison, Sacramento. I have also toured DMH facilities providing mental health services to CDCR inmates, including Salinas Valley Psychiatric Program, Atascadero State Hospital, Coalinga State Hospital. I understand the DMH inpatient program is typified by, as some term it, a therapeutic milieu.

11. Because of the importance of maintaining and perpetuating the therapeutic milieu, the transition from DMH to CDCR as a provider of mental health services and beds for all levels of care will occur slowly. I anticipate DMH will serve as a mentor to CDCR staff while performing its role as a contractor for such services. I am presently considering the possibility of having CDCR staff work within DMH environments for a lengthy period of time to gain a working understanding of a therapeutic milieu for mentally ill inmates.

12. I anticipate such mentorship may occur within the context of CDCR's contract relationship with DMH for inpatient mental health services at core facilities: Salinas Valley Psychiatric Program at Salinas Valley State Prison and the Vacaville Psychiatric Program at California Medical Facility, Vacaville. These core facilities have long provided CDCR's inpatient mental health population with mental health services within a therapeutic milieu.

13. I will work to ensure CDCR staff and DMH staff collaborate on the modeling of the therapeutic milieu of these core facilities during the activation of new consolidated care centers

in other locations. I respectfully request this Court permit Special Master and his expert staff provide input on the modeling of the DMH therapeutic milieu.

•*COMMITMENT TO PROVIDE A SUPPLEMENTAL REPORT WITH PROGRESS REPORTS.*

14. I understand Special Master Keating's desire for a more detailed statement of the long-range mental health bed plan. I am committed to spending the next 90 days preparing such a detailed statement, particularly focused upon the staffing and organizational structure necessary to support this plan. I further commit to providing 90-day progress reports on the plan.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2007    By:_____
                                Doug McKeever

70083244.wpd
CF1997CS0003

in other locations. I respectfully request this Court permit Special Master and his expert staff provide input on the modeling of the DMH therapeutic milieu.

•*COMMITMENT TO PROVIDE A SUPPLEMENTAL REPORT WITH PROGRESS REPORTS.*

14. I understand Special Master Keating's desire for a more detailed statement of the long-range mental health bed plan. I am committed to spending the next 90 days preparing such a detailed statement, particularly focused upon the staffing and organizational structure necessary to support this plan. I further commit to providing 90-day progress reports on the plan.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2007    By: _____
                                Doug McKeever

70083244.wpd
CF1997CS0003