EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF GEORGE SIFUENTES IN SUPPORT OF DEFENDANTS' RESPONSE TO SPECIAL MASTER KEATING'S REPORT ON LONG-RANGE BED PLAN OF DECEMBER 2006** |

    I, George A. Sifuentes, declare:

    1.    I am employed by the California Department of Corrections and Rehabilitation (CDCR) in the position of Deputy Director of the Office of Facilities Management. I have served in this position since March 2004.

    2.    I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

    3.    In September 2006, Defendant CDCR evaluated whether state-owned land at specified prison locations was available to enable the development of additional health care

facilities and whether any significant impediments to such development existed at these sites. The five sites proposed for consolidated care centers - California Institute for Men, California Men's Colony, California State Prison, Los Angeles, Richard J. Donovan State Prison, and California State Prison, Sacramento - were part of this evaluation. Defendants reported this preliminary information to the *Plata* Receiver in September 2006. Attached as Exhibit A is a true and correct copy of Defendants' September 2006 letter to the Receiver.

4. Defendants continue to work with the Receiver on the below-stated components to ensure a coordinated and timely bed project.

**Space Estimates**

5. The *Plata* Receiver has retained an independent entity, ABT, to prepare a report on the amount of treatment, bed, and office space required to deliver constitutionally adequate medical care within the state prison system. The ABT report is due in April 2007. Until the ABT report is presented, Defendants will not have an accurate statement of the size of the envisioned consolidated care centers and, thus, the financial and staffing resources needed to activate these centers. I recommend Defendants be permitted time to review the ABT report and work with the Receiver on the space requirements for the consolidated care centers. In the alternative, I recommend the submission of a detailed statement of the space needs for the delivery of mental health services, with any generalized statement of total space needs subject to the pending ABT report, to this Court.

**Environmental Impact Review**

6. If funding is available by or on July 1, 2007, the environmental review and space programming activities would begin for the consolidated care center projects and for the new housing and treatment space at Salinas Valley State Prison on July 1, 2007.

7. Defendant CDCR will negotiate the scope of work with environmental consultants to begin the environmental review for these projects. The process of performing the environmental review can take as long as one year, depending upon project complexity and size, and may be subject to litigation by persons outside this lawsuit.

8. A clear project description, including total number of beds and a proposed

staffing profile, is necessary before the environmental review can begin. The total number of beds and a draft staffing profile have been prepared for the proposed mental health beds.

9. If the *Plata* Receiver identifies the number and acuity of beds by site and the staffing profiles before July 2007, then the environmental review can begin in July 2007 on the combined mental health/medical project.

10. If the *Plata* Receiver does not identify the number and type of medical beds and staffing profiles by site by July 2007, then Defendants must carefully consider whether to begin environmental review or to delay it until that information is received. Any environmental review begun only for the mental health beds would need to be canceled, with the issuance of new notices for public comment and the preparation of new calculations for a combined mental health/medical bed project. This course of action may result in a need for additional funding and cause concerns in the impacted communities. Rather than begin environmental review of a mental health-only center and then restart the review upon receipt of the space requirements for medical beds, Defendants, if faced with delayed information about medical bed space needs, may choose to commence environmental review for mental health care centers within the perimeters of the identified locations. Defendants will then state which locations have sufficient space for a medical care center outside the perimeter of the identified location and which have sufficient space for a medical care center to be constructed contiguous to the mental health care center or otherwise within the perimeter.

**Space Programming**

11. The first step in designing the mental health projects is to hire an architectural firm to perform programming. As a preliminary step, Defendants must identify the types of activities that will be performed in the building, which activities require adjacent locations, and the amount of square footage required for each activity. This work would not have to be re-done if a subsequent authorization for a combined mental health/medical bed project. That information is then relayed to the architectural firm responsible for 'programming' or designing the building necessary for such tasks. Programming is expected to require a maximum to six months to complete.

12. The programming work results in the necessary information for preparation of preliminary plans for the project. The preparation of preliminary plans cannot begin without a key determination: will the mental health project will be a stand-alone facility or a combined mental health/medical bed project. Should the space needs of both medical and mental health beds be available in July 2007, then programming will encompass both activities.

**Staffing Resources**

13. Funding to hire staff resources for Defendant California Department of Corrections and Rehabilitation (CDCR) Office of Facilities Management to manage and support the construction of new mental health bed projects has traditionally been included in the construction budget for mental health bed projects. The acute and intermediate care facility bed projects authorized in the 2006/07 State Budget contained funding for the staffing needed to manage the construction of those projects. The project budgets and funding requests submitted to the Legislature for the December 2006 Mental Health Long-Term Bed Plan projects will also contain funding for the staff needed to manage and support the construction of those projects.

14. To the extent that design-build construction is used, the CDCR Office of Facilities Management does not presently have staff with the unique expertise to manage design-build construction. Defendants' funding request will elucidate this need for personnel trained in managing large-scale design-build construction.

**Construction Method**

15. In the past, CDCR has abided by state statute and used the design-bid-build method for construction of correctional facilities. Under the design-bid-build method, Defendants must follow three separate steps: (1) design the project; (2) bid the construction contract and award it to the lowest "responsible" bidder; and, (3) oversee the construction. In contrast, design-build is a construction procurement process in which both the design and construction of a project are procured from a single entity. Design-build of state buildings is subject to legislative authorization.

16. I understand Defendants are committed to submitting a request for design-build authority with the funding package introduced to the Legislature. If the Legislature chooses to

DEC. SIFUENTES RE. RESPONSE BED REPORT
4

fund the plan and not to authorize the design-build method, then Defendants may file a noticed motion with this Court requesting an order abrogating those state statutes requiring traditional design-bid-build protocols and those state constitutional provisions requiring Legislative approval of design-build authority.

17.     The sought design-build authority will address some, but not all, the projects indicated in Defendants' bed plans of June 2006 and December 2006.  Design-build authority will not expedite anticipated construction timeframes for certain projects and so will not be sought for these projects:

- California State Prison, Sacramento (CSP, Sac) - Construction of treatment and office space for the enhanced outpatient program;
- California State Prison, Los Angeles County (LAC) - Construction of 150 enhanced outpatient program beds, with accompanying treatment and office space.
- California Medical Facility, Vacaville (CMF)- Construction of 64-bed intermediate care facility;
- California Institution for Women (CIW) - Construction of 45-bed facility containing acute, intermediate care and mental health crisis beds.

CDCR will seek design-build authority for the remaining projects in the December plan, primarily the five consolidated care centers.

18.     I understand Special Master Keating's first recommendation requires the construction of a 50-bed mental health crisis bed unit at California Medical Facility and at California Mens' Colony as soon as possible.  The 50-bed mental health crisis bed unit at California Medical Facility is already fully funded and under construction.  As stated in Defendants' December 2006 plan, the 50-bed mental health crisis bed at CMC will be part of the consolidated care center at CMC.  The mental health crisis beds at California Men's Colony have

//
//
//
//

1 | not been authorized or funded yet by the Legislature. Those beds are proposed in the Governor's
2 | Budget released in January 2007.
3 |     I declare under the penalty of perjury that the foregoing is true and correct.
4 |     Dated:                          By: _____
                                                  George Sifuentes

DEC. SIFUENTES RE. RESPONSE BED REPORT

6

1 | not been authorized or funded yet by the Legislature. Those beds are proposed in the Governor's
2 | Budget released in January 2007.

3 |     I declare under the penalty of perjury that the foregoing is true and correct.

4 | Dated: *Feby 27, 2007*   By: _____
                                        George Sifuentes

DEC. SIFUENTES RE. RESPONSE BED REPORT

6