RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

**DEFENDANTS' RESPONSE TO SPECIAL MASTER'S REPORT ON LONG-RANGE BED PLAN**

**EXHIBIT A**

STATE OF CALIFORNIA                                                    Arnold Schwarzenegger, Governor

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
OFFICE OF THE SECRETARY
P.O. Box 942883
Sacramento, CA 94283



September 29, 2006

Mr. Robert Sillen, Receiver
California Prison Health Care Receivership Corporation
1731 Technology Drive, Suite 700
San Jose, CA 95110

Dear Mr. Sillen:

In order to build a State facility, there are a variety of practical and legal requirements that must be met. The State agency must have authority for the project from the Legislature and an appropriation. If the State does not already own real property for the facility or facilities, land must be acquired. The State agency must comply with a variety of environmental planning requirements, including the California Environmental Quality Act (CEQA) (See Public Res. Code §22000 et. seq.) and depending on the location of the facilities and the permits needed, possibly the National Environmental Policy Act (43 USC §§ 4321 et. seq.)

For the purposes of this analysis, we are assuming that the new medical facilities will be built on the sites of existing prisons and the State will not need to acquire additional land. This letter is not an exhaustive list of all statutes and regulations that potentially apply to the construction of a state prison facility. We anticipate that you and your staff will request additional briefings on complex issues such as the capital outlay process, and we look forward to working with you on those issues.

1. Which State Agency or department (the Department of General Services or the California Department of Corrections and Rehabilitation) would you recommend be responsible for managing the project with oversight from the Receiver?

We recommend that the Department of Corrections and Rehabilitation be responsible for managing the project with oversight by the Receiver.

The Department of Corrections and Rehabilitation (CDCR) has authority over prison facility projects (Public Cont. Code §10106 and Chapter 11 (commencing with §7000), Title 7 of Part 3 of the Penal Code).

The Secretary of the Department of Corrections and Rehabilitation has the authority to prepare plans and construct facilities which are included in its Master Plan and for which funds have been appropriated by the Legislature. (Penal Code §7000). The Secretary cannot enter into

Mr. Robert Sillen, Receiver
Page 2

contracts which exceed the estimated costs approved by the Secretary, nor can the contract be approved for greater than the amount of funds appropriated for the specific purpose in the law authorizing the expenditure. (Public Cont. Code §10125)

For each facility identified in its Master Plan, the Secretary of the Department of Corrections and Rehabilitation is required to submit the site plan and project planning guide (which is to include preliminary staffing ratios) to the Joint Legislative Committee on Prison Construction and Operation. (Penal Code §7003 (a).) This submittal is to occur at least 30 days before the Secretary submits the completed preliminary plans, proposed staffing patterns and inmate work programs for approval by the Public Works Board, Joint Legislative Committee on Prison Construction and Operation, and the fiscal committees of the Senate and Assembly. (Penal Code §7003 (b).) If each committee does not, by a majority vote of the membership of each committee, approve the submitted plans then the Public Works Board cannot act on the submitted plans (Penal Code §7003 (b)). If any committee fails to take action within 45 days after a plan is submitted, the plan shall be deemed to have been approved. (Penal Code §7003 (b).)

The CDCR has had responsibility for constructing new prisons and new secure medical facilities for nearly 20 years. Its Office of Facilities Management is experienced in managing such projects. With additional staffing and resources it will be positioned to manage the design and construction of the any new projects required by the Receiver for the delivery of adequate health care.

2. Who sites prisons and does the Governor's Office have unilateral legal authority, without legislative involvement, to site a prison?

As a general rule, the Legislature sites prisons when it appropriates the funds to build them. If the construction of these new medical prisons is funded by the Legislature, the Governor would not have unilateral authority to site them. Siting is a complex process, which is initiated by the CDCR. The Governor leads this process when he proposes locations during the legislative or budget process.

The CDCR is required to submit periodic reports to the Joint Legislative Committee on Prison Construction and Operation on the progress of site selection for new prison facilities. The reports should include the areas being considered for new prison facilities, the size of each facility and how the facility fits into the department's master plan. (Penal Code §7003.5.) The reporting requirement includes prison hospital construction and expansion. (Penal Code §7003.5 (d).)

The plans required pursuant to Penal Code §7000 shall include a plan for soliciting local public comment regarding the placement of correctional facilities in any particular community. The plan should provide for notice to a community, including cities and counties, within 30 days after the department has identified a possible site for the correctional facility. (Penal Code §7004.)

Mr. Robert Sillen, Receiver
Page 3

The CDCR wants to build facilities in communities that want them. As a result, our prison siting process begins with community outreach, education and evaluation.

For new facilities in new communities, in the initial phase of educating the community, we encourage local community leaders to form a task force to learn more about our facilities. The CDCR will arrange for the task force to tour prisons and talk with their counterparts in communities with prisons. We will also participate in public meetings held by the task force to answer questions about prisons. If after a period of public education and comment, a community wants to proceed, the next step is to look at potential sites.

For expansions at existing sites, CDCR contacts local community leaders and their legislative representatives to discuss the expansion project, its need, why the site was selected and what environmental planning process CDCR will follow. Regardless of whether all of the processes for siting a new prison are legally compelled when CDCR builds on an existing site, complying with the processes eases community and other opposition and increases the likelihood of legislative approval.

## ENVIRONMENTAL REVIEW

The development of a large prison medical facility (1,500+ beds) should be expected to require the preparation of a full Environmental Impact Report (EIR) given the typical site will cover 250-500 acres, the facility will need significant infrastructure improvements (water service, sewage treatment/disposal, gas/electricity, etc.), and an institution of this size will generate a significant increase in local traffic (500+ employees). Even in cases where the land is already disturbed, it is assumed a substantial effort will be required to prepare and certify an EIR for such a project. While these institutions have the positive benefit of creating new jobs, communities are often concerned with the demands that will be placed on the local infrastructure, schools, transportation systems, etc. A full and complete EIR can take up to 12 months to complete and any action taken under the provision of this law is subject to litigation.

In addition to the preparation of a comprehensive and complete EIR, these projects need effective community outreach and involvement to be successful. Even smaller projects that simply involve in-fill buildings within the grounds of an existing prison site and typically require simpler CEQA documents can be sensitive and controversial with the local communities.

## STATE\FEDERAL\LOCAL PERMITING AND ENTITLEMENT

Depending on the location, size of the facility, and specific environmental setting to be developed, the following is a list of typical discretionary and regulatory permits that may be encountered, but these issues are identified and resolved in the project's EIR.

Mr. Robert Sillen, Receiver
Page 4

## STATE AGENCY REQUIREMENTS

<u>California Department of Fish and Game</u>

- Alteration of a stream course. If a project will result in the need to grade, fill, divert, cross, or otherwise change a stream course, the lead agency will need to secure a Section 1600 Stream Alteration Permit from the California Department of Fish and Game (CDFG). CDFG typically asserts this authority over a broad range of drainage and stream course features, essentially anything with even a microscopic "bed and bank". CDFG requires the lead agency's CEQA document to be completed before processing this permit; they often ask for avoidance of damage (change the site plan) as well as mitigation.

- State-listed threatened/endangered species. If a project effects the population of a CDFG-listed wildlife or plant species, the lead agency will need to consult with CDFG on measures to avoid or lessen the effects. Assessment of these species typically requires seasonal studies to confirm the presence or absence of the sensitive species, which may delay or extend the environmental review process. Both on and off-site mitigation are typically required if such species are effected by a project; changes to the site plan are also often required. Prior experience has shown that this issue may result in litigation even when CDCR builds on an existing prison site.

<u>California Department of Transportation (Caltrans)</u>

- Regional Traffic Mitigation. On larger facilities (over 50,000 square feet) the local Caltrans regional district will require in-depth traffic studies to provide an assessment of the project's effect on regional highway systems. On nearly all major projects Caltrans will expect substantial mitigation for regional traffic improvements regardless of the fact they do not have a specific permit.

- Encroachment Permits. For any project that must connect to a state highway the lead agency must secure an encroachment permit from Caltrans. This permit will address both traffic safety (new traffic signals) and volume (street widening, turn lanes, etc.). Local agencies also typically require encroachment permits to county/city streets.

<u>California Office of Historic Preservation</u>

- Consultation on Historic Sites. On any project that may affect cultural resources at least 50 years old, the lead agency must secure the concurrence of the Office of Historic Preservation. This process is typically done in concert with the CEQA process. Historic resources cover a broad range of topics and objects.

- Native American Consultation. On most projects it is necessary to consult with the respective Native American representative in regard to how the new development may

Mr. Robert Sillen, Receiver
Page 5

affect sacred sites, burials, and/or cultural remains. This process is initiated through Office of Health Planning and the Office of Planning and Research.

State/Regional Water Quality Control Board

- Storm Water Permit. Any project over five acres must secure a storm water permit from the respective regional board prior to construction. This permit imposes requirements on the project to reduce and/or eliminate sediment that may be washed off the construction area.

- Effluent Discharge Permit. Any project that has on-site facilities to dispose of sewage and/or treated effluent is required to secure a waste discharge permit from the regional board. This is a challenging permit to obtain. Expansion of local municipal waste disposal facilities will also need to secure this permit if the new State facility causes the local system to exceed its hydraulic capacity. This permit is also needed for spray fields, effluent storage reservoirs, and related equipment.

- 401 Water Quality Certification. If a project will effect the local flood plain (especially reduce it) then, the lead agency must secure a 401 certification. This permit addresses the loss of runoff through natural systems (river, lake, etc.).

California Coastal Commission

If a project is within the Coastal zone, then a project permit and approval may be required from the California Coastal Commission.

**Federal requirements:**

- 404 Wetlands Permit. Any project that affects habitat that meets the federal definition of a "jurisdictional wetland" will require a permit from the United States Army Corps of Engineers. This habitat is typically extensive; it does not need to be an open stream channel to qualify. The permit is difficult and time-consuming to obtain; mitigation for the wetland loss is typically required.

- Section 7, Endangered Species Act. Any project that has one or more effects on federally-listed endangered species (animals, birds, and a few insects) and/or their habitat will require a Section 7 consultation and permit from the United States Fish and Wildlife Service (USFWS). The USFWS must also be consulted when a project may affect waters containing anadromous fish such as salmon and steelhead — both of which occur in many parts of California with the exception of the deserts and southern parts of the State.

Mr. Robert Sillen, Receiver
Page 6

- Section 106 Historic Consultation. Projects requiring either 404 or Section 7 permits will also invoke the need to conduct a Section 106 consultation per the National Historic Preservation Act. This process is similar but more expansive than the State review listed above.

- Federal Migratory Bird Treaty Act. Depending on its location, a project may require compliance with the Migratory Bird Treaty Act. (16 U.S.C. Chapter §§ 701 et. seq.)

**Local:**

- Depending on the project and its locale, a lead agency may need permits from a broad range of local agencies (cities, counties, utility districts, special districts, etc.). This is especially the case for treatment of sewage, securing municipal water service, addressing local fire and safety needs, schools, local roadways, and recreational areas. While the State is typically not subject to some of these requirements because of its sovereignty, in many cases the lead agency must work with and fund mitigation measures and/or infrastructure costs to address these needs and effects.

- CDCR distributes the draft EIR for public review, holds a public hearing to solicit comments, and responds to all comments in the final EIR.

- When the EIR is completed, the Secretary of CDCR determines whether to proceed with the construction of the prison. If the decision is to proceed, the Secretary also selects a site from those studied in the EIR. In making this decision, the Secretary takes into account the environmental information, operational considerations and the community's feelings about the prison.

3. What site options are available? Which are preferred (in Priority order) and why?

Enclosed are profiles of six sites. (Attachment A). In alphabetical order, the sites are:

- The California Institution for Men
- The California Men's Colony
- The California Medical Facility
- The California State Prison, Los Angeles County
- The California State Prison, Sacramento County
- Deuel Vocational Institution
- Richard J Donovan Facility, San Diego

Each site has its own limitations and must be evaluated based upon the project that is proposed for the site. The enormity and complexity of the proposed project may or may not exceed the site's land or infrastructure capacity. Thus, priorities cannot be listed at this time. Furthermore, other factors such as availability of medical services or medical personnel should be assessed before final project location decisions are made.

Mr. Robert Sillen, Receiver
Page 7

4. What consultants does the State recommend study the type of medical care that should be provided? If no preferences, please so state.

   Dr. Peter Farber-Szekrenyi responded separately to you on this issue by email on September 28, 2006.

5. Which architects does the State recommend and what experience do they have designing correctional and medical facilities?

The CDCR has identified the following firms that appear to have experience and availability for this type of work:

- HDR Architecture, Inc. (HDR)
  - Have designed an acute care hospital and housing units and support spaces for CDCR.
- Hellmuth, Obata and Kassabaum, Inc. (HOK)
  - Have designed receiving and release areas and housing units and support spaces for CDCR.
- Nacht and Lewis Architects (N&L)
  - Have designed Correctional Treatment Centers, Mental Health licensed facilities and housing units and support spaces for CDCR

6. What, if any, restrictions (e.g., water, wastewater, electrical, etc.) exist at RJ Donovan, California State Prison, Los Angeles Co., California Medical Facility and the California State Prison, Sacramento?

As stated earlier, enclosed are site profiles and each site has unique characteristics that must be assessed as specific projects are defined.

If you have any questions, please contact me at 916-323-5567.

Sincerely

*[signature]*

BRUCE M. SLAVIN
General Counsel
Office of Legal Affairs

Enclosures

*California Department of Corrections and Rehabilitation*
*Site Profiles*

# California Institution for Men (CIM)



## DESCRIPTION/LOCATION

Located within the city of Chino, CIM is geographically one of the Department's largest institutions. Co-located on the property are the Division of Juvenile Justice's Herman G. Stark Youth Training School (YTS), and the California Department of Forestry and Fire Protection's Prado Conservation Camp. It is located approximately two miles south of the Chino downtown strip, and is bound by Central, Euclid, Edison, and Kimball Avenues, as well as El Prado Road. Originally encompassing approximately 2,600 acres, overtime approximately 850 acres have been sold by the State for development as an extension of the Chino urbanized area.

The site is predominately flat. CIM has approximately 154 structures representing approximately 1.35 million square feet. The YTS has approximately 46 structures representing approximately 550,000 square feet. The various components of CIM encompass approximately 475 acres, the YTS approximately 111 acres, and Camp Prado approximately 21 acres. CIM operates its own water and wastewater plants; however, CIM East and YTS are connected to the municipal system.

## LAND AVAILABILTY

There are approximately 600 acres that may be developed. Proximity to the Chino Airport will impose some limitations on both the amount and type of development.

## INSTITUTION OVERVIEW

CIM consists of four semi-autonomous facilities: East houses Level III inmates and has an electrified perimeter fence; West houses Reception Center (RC) inmates and also has an electrified perimeter fence; Main houses Level I inmates; and Central also houses RC inmates.

## BEDS CURRENT/PROPOSED

| Design Bed Capacity | 3,261 |
|---|---|
| Maximum Capacity | 6,897 |
| Current Population (9/13/06) | 6,384 |
| Proposed Additional Capacity | 400 |

## INFRASTRUCTURE ISSUES

**WATER:** CIM's existing wells are near capacity limits and have ground water contamination with nitrates, TDS, and volatile organic compounds. Denitrification plant work is in progress. CIM also provides water to CIW. There are regional concerns related to ground subsidence which is the result of groundwater overdraft.

*California Department of Corrections and Rehabilitation*
*Site Profiles*

**WASTE WATER:** Existing plant is operating at capacity.
**ELECTRICAL:** Much of existing electrical infrastructure is aged and operating at capacity.

## PROPOSED SIGNIFICANT NEW CONSTRUCTION

- Two dormitory housing units (400 beds) with additional support facilities within the perimeter of the Minimum Support Facility.
- The Prison Industry Authority (PIA) is in the initial planning stages of the construction of two large warehouse facilities of approximately 100,000 square feet each. One is for a PIA delivery warehouse; the other is for the production of modular buildings.

*California Department of Corrections and Rehabilitation*
*Site Profiles*


## California Men's Colony (CMC)

### DESCRIPTION/LOCATION

Geographically the prison site encompasses 357 acres of State-owned land approximately 5 miles north of San Luis Obispo and directly adjacent to Highway 1. CMC's West Facility was originally established in 1954, and the East Facility was completed in 1961. The West Facility property is under the jurisdiction of the California National Guard. There are approximately 79 structures representing approximately 775,000 square feet of space. CMC operates its own water and wastewater treatment plants.

### LAND AVAILABILTY

There are approximately 84 acres of rolling hills outside the secure perimeter of the East Facility available for construction. The Chorro Creek ground water basin runs through the property between the East and West Facilities and supplies the water needs of the City of Morro Bay. It is an environmentally sensitive area with a number of federally protected species' habitat.

### INSTITUTION OVERVIEW

CMC consists of two physically separate facilities: the East, Level III General Population celled housing facility is divided into four quadrangles; and the West, Level I and II dormitory, which also contains a Level I camp program for fire suppression.

### BEDS CURRENT/PROPOSED

| Design Bed Capacity | 3,840 |
|---|---|
| Maximum Capacity | 6,982 |
| Current Population (9/13/06) | 6,541 |

### INFRASTRUCTURE ISSUES

**WATER:** Significant pressure and hydraulic issues exist. A new potable water distribution system is currently in design but will not be replaced for two-to-three years.
**WASTE WATER:** Plant is operating at the permitted level. A new waste water plant is due to be complete in early 2007, but with limited additional capacity.
**ELECTRICAL:** Additional capacity is available.

### PROPOSED SIGNIFICANT NEW CONSTRUCTION

- A 50 Bed Mental Health Crisis Unit has been proposed but is not funded.

*California Department of Corrections and Rehabilitation*
*Site Profiles*

# California Medical Facility (CMF)
# California State Prison-Solano (SOL)

## DESCRIPTION/LOCATION

Geographically, the prison site encompasses 980 acres of State-owned land located within the City of Vacaville in Solano County, and is shared between CMF (245 acres) and SOL (245 acres). The 2 prisons represent approximately 111 structures encompassing 2.7 million square feet. CMF and SOL are both connected to municipal systems for water and waste water; however, each facility has separate discharge lines for the waste water.

## LAND AVAILABILTY

There are approximately 490 acres of unimproved land at this site. Due to the mountainous terrain, only 150-190 acres may be suitable for development.

## INSTITUTION OVERVIEW

CMF consists of one celled Level III housing unit and two 200-inmate dormitory housing units surrounded by an electrified perimeter fence. In addition, there is a Level I Minimum Support Facility (MSF).

SOL consists of a four semi-autonomous facilities, two Level II 270 dorm designed facilities and two Level III 270 cell designed facilities surrounded by an electrified perimeter fence and does not have a Level I MSF.

## BEDS CURRENT/PROPOSED – CMF

| Design Bed Capacity | 3,316 |
|---|---|
| Maximum Capacity | 3,316 |
| Current Population (9/13/06) | 3,012 |
| Proposed Additional Capacity | 440 |

## BEDS CURRENT/PROPOSED – SOL

| Design Bed Capacity | 2,610 |
|---|---|
| Maximum Capacity | 6,555 |
| Current Population (9/13/06) | 6,093 |
| Proposed Additional Capacity | 190 |

*California Department of Corrections and Rehabilitation*
*Site Profiles*

## INFRASTRUCTURE ISSUES – CMF

**WATER:** Additional capacity is available.
**WASTE WATER:** Minimal additional capacity is available. Peak flows exceed waste water discharge permit at times.
**ELECTRICAL:** Additional capacity is available.

## INFRASTRUCTURE ISSUES – SOL

**WATER:** Additional capacity is available.
**WASTE WATER:** Currently in violation of Joint Power's Agreement and Industrial User's Permit which limits amount of discharge to the City. The waste water capacity is limited by pipeline's capacity.
**ELECTRICAL:** Additional capacity is available.

## CURRENT NEW SIGNIFICANT CONSTRUCTION- CMF

- A 50 Bed Mental Health Crisis Unit is currently under construction in the southeast portion of the facility within the secure perimeter.

## PROPOSED NEW SIGNIFICANT CONSTRUCTION- CMF

- New dormitory housing units (440 beds) to replace recently condemned modular housing units within the secure perimeter in the northwest portion of the facility.
- A 64 Bed Mental Health Intermediate Care Facility is currently funded for the development of preliminary plans.

## PROPOSED NEW SIGNIFICANT CONSTRUCTION- SOL

- A new Administrative Segregation housing unit (190 beds) within the secure perimeter.

*California Department of Corrections and Rehabilitation*
*Site Profiles*

## California State Prison-Los Angeles County (LAC)

### DESCRIPTION/LOCATION

LAC covers approximately 282 acres, including acreage to be used for flood control and open space. There are approximately 105 structures representing approximately 1.2 million square feet. LAC is connected to municipal systems for water (mixed with LAC well water) and waste water.

### LAND AVAILABILTY

There are approximately 15 acres of vacant land available adjacent to the firing range. However, proximity to the firing range may be problematic.

### INSTITUTION OVERVIEW

LAC consists of four semi-autonomous 270 cell designed facilities, and a stand-alone administrative segregation housing unit all surrounded by an electrified perimeter fence. LAC also contains a Level I facility

### BEDS CURRENT/PROPOSED

| Design Bed Capacity | 2,300 |
|---|---|
| Maximum Capacity | 4,788 |
| Current Population (9/13/06) | 4,530 |
| Proposed Additional Capacity | 664 |

### INFRASTRUCTURE ISSUES

**WATER:** Limited capacity is available.
**WASTE WATER:** Currently exceeding agreement with Los Angeles County Sanitation. Increased capacity could be negotiated, but may require a community sensitive Retention and Equalization basin.
**ELECTRICAL:** Capacity is available.

### PROPOSED NEW SIGNIFICANT CONSTRUCTION

- New mental health program and treatment space within the secure perimeter to service 150 Enhanced Out-Patient inmates.
- Convert existing Minimum Support Facility to commingled Level I/II facility by adding two dormitory type housing units (400 beds) with additional support facilities.
- A Substance Abuse Treatment Unit dorm type housing unit (264 beds) within the secure perimeter.

*California Department of Corrections and Rehabilitation*
*Site Profiles*

## California State Prison – Sacramento (SAC)
## Folsom State Prison (FSP)

### DESCRIPTION/LOCATION

SAC and FSP collectively occupy approximately 1,173 acres of State-owned property. SAC encompasses approximately 125 acres and FSP encompasses approximately 40 acres. The two prisons represent approximately 134 structures encompassing approximately 2.1 million square feet. FSP's Water Treatment Plant provides for both facilities using Folsom Lake surface water. Both facilities connect to the municipal systems via one line for waste water.

### LAND AVAILABILTY

There are between 130-150 acres of land potentially viable for development. Another 150 acres are used for cattle grazing for the University of California-Davis. There are current negotiations for approximately 15 acres on the northern portion of the property to create an approach for a new bridge to cross the American River.

### INSTITUTION OVERVIEW

SAC is a Level IV institution consisting of three semi-autonomous 180 designed facilities and a stand-alone administrative segregation housing unit, all surrounded by an electrified perimeter fence. SAC also has one Minimum Support Facility.

FSP consists of a walled perimeter encompassing five Level II and Level III General Population cellblocks and an administrative segregation housing unit. There is also a Level I Minimum Support Facility.

### BEDS CURRENT/PROPOSED – SAC

| Design Bed Capacity | 1,808 |
|---|---|
| Maximum Capacity | 3,323 |
| Current Population (9/13/06) | 3,185 |
| Proposed Additional Capacity | 264 |

### BEDS CURRENT/PROPOSED – FSP

| Design Bed Capacity | 2,105 |
|---|---|
| Maximum Capacity | 4,119 |
| Current Population (9/13/06) | 4,009 |

*California Department of Corrections and Rehabilitation*
*Site Profiles*

## INFRASTRUCTURE ISSUES – SAC & FSP

**WATER:** The existing plants capacity has limited additional potable water capacity.

**WASTE WATER:** Both facilities distribute its waste water to the City through the same discharge line, which is over capacity and in violation of agreement. Fines are assessed and paid annually.

**ELECTRICAL:** Additional capacity is available.

## PROPOSED NEW SIGNIFICANT CONSTRUCTION – SAC

- Construct a Substance Abuse Treatment dorm housing unit (264 beds) within the secure perimeter.
- The renovation of existing program space to mental health program and treatment space within the secure perimeter to service 350 Enhanced Out-Patient inmates
- A 128 Bed Mental Health Intermediate Care Facility is currently funded for the development of preliminary plans. This will be outside the existing secure perimeters of the facility.
- A 350 Bed Mental Health Acute Care Facility is currently funded for the development of preliminary plans. This will be outside the existing secure perimeters of the facility.

*California Department of Corrections and Rehabilitation*
*Site Profiles*

# Deuel Vocational Institution (DVI)

## DESCRIPTION/LOCATION

Geographically, the prison site encompasses 783 acres of State-owned land approximately 5 miles east of Tracy and 14 miles south of Stockton. The institution was opened 1959. There are approximately 82 structures representing approximately 886,000 square feet. DVI operates its own water and waste water treatment plants.

## LAND AVAILABILTY

Outside of the secure perimeter there is approximately 50 acres potentially suitable for development in the northwest portion of the property. DVI is in a high-risk flood plain, which has resulted in significant additional soils engineering for all projects.

## INSTITUTION OVERVIEW

DVI consists of three semi-autonomous facilities: a Reception Center, Level II General Population, and a Minimum Support Facility.

## BEDS CURRENT/PROPOSED

| Design Bed Capacity | 1,787 |
|---|---|
| Maximum Capacity | 3,911 |
| Current Population (9/13/06) | 3,868 |

## INFRASTRUCTURE ISSUES

**WATER:** There are significant water quality issues. It is anticipated that a new Reverse Osmosis Water Treatment Plant will be completed by February 2008.
**WASTE WATER:** Currently violating permit and operating under a Cease and Desist Order. A new Waste Water Treatment Plant project is anticipated to be completed by November 2008.
**ELECTRICAL:** Additional capacity is not available and the institution often has to load shed in order to maintain critical operations. A new Electrical Substation will be completed by February 2008.

## PROPOSED NEW SIGNIFICANT CONSTRUCTION

None

*California Department of Corrections and Rehabilitation*
*Site Profiles*

# Richard J. Donovan Correctional Facility (RJD)

## DESCRIPTION/LOCATION

The RJD is located in the southern portion of San Diego County on a 760-acre site, approximately 12 miles inland from the Pacific Ocean and 2 miles north of the Mexican border. There are approximately 89 structures representing approximately 1.13 million square feet. RJD is connected to municipal systems for water and waste water.

## LAND AVAILABILTY

RJD has approximately 300 acres available for development. Approximately one-half of this acreage has sloping topography with canyons and ravines that could be problematic to construction. An environmental impact report for a second prison at this site was completed several years ago and vernal pools and endangered species were identified that would require mitigation.

## INSTITUTION OVERVIEW

RJD is a Level III institution with four semi-autonomous 270 cell designed facilities surrounded by an electrified perimeter fence. In addition, RJD also has a Level I Minimum Support Facility.

## BEDS CURRENT/PROPOSED

| Design Bed Capacity | 2,600 |
|---|---|
| Maximum Capacity | 5,080 |
| Current Population (9/13/06) | 4,712 |
| Proposed Additional Capacity | 600 |

## INFRASTRUCTURE ISSUES

**WATER:** Potential additional capacity is available.
**WASTE WATER:** Potential additional capacity is available.
**ELECTRICAL:** No additional capacity is available.

## PROPOSED NEW CONSTRUCTION

- Three dorm type housing units (600 beds) in no-mans land, within the secure perimeter adjacent to B, C, and D Facilities.