Pete Cockcroft
H-86887
P.O. Box 290066
Represa, CA 95671-0066

**FILED**

FEB 26 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___QK___
        DEPUTY CLERK

February 21, 2007

Dear U.S.D.C., Eastern Dist. of CA Clerk's Office,

I'm writing in regards to being placed back on the service list of Coleman v. Schwarzenegger, Case #: 2:90-cv-00520-LKK-JFM ~~Plaintiff was contacted~~
I was contacted by Plaintiff class-counsel who forwarded their request to you, they told me they spoke with you in regards to this & they said I should contact you in regards to this to be added back to the service list, & provided me your address to contact you.
Please advise me of your decision please, thank you.

Sincerely,

*Pete Cockcroft*
Pete Cockcroft