1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Senior Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5388
8  Fax:  (916) 324-5205
     Email:  Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants Genest, Mayberg
10 Schwarzenegger,  and Tilton

11

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14                   SACRAMENTO DIVISION

15

16
   **RALPH COLEMAN, et al.,**                2:90-cv-00520 LKK JFM P
17
                              Plaintiffs,    **NOTICE OF ASSOCIATION OF**
18                                           **COUNSEL**

19         **v.**

   **ARNOLD SCHWARZENEGGER, et al.,**
20
                              Defendants.
21

22

23        TO ALL PARTIES OF RECORD, PLEASE TAKE NOTICE:  Counsel for Defendants

24 associates the following attorney in the above mentioned case.

25                   Misha D. Igra, Deputy Attorney General
                     Office of the Attorney General
26                   1300 "I" Street
                     P.O. Box 944255
27                   Sacramento, CA  94244-2550
                     Email:  Misha.Igra@doj.ca.gov
28                   Telephone:  (916) 324-5388
                     Fax:  (916) 324-5205

   NOTICE OF ASSOCIATION OF COUNSEL

                              1

1    TAKE FURTHER NOTICE:  The following attorney is no longer associated with the

2  above-captioned case:

3              Van Kamberian, Deputy Attorney General
             Office of the Attorney General
4              1300 "I" Street
             P.O. Box 944255
5              Sacramento, CA  94244-2550
             Email:  Van.Kamberian@doj.ca.gov
6              Telephone:  (916) 324-3892
             Fax:  (916) 324-5205

7

8         Please remove Deputy Attorney General Van Kamberian from your proofs of service

9  and file records and add Deputy Attorney General Misha D. Igra.

10         Dated:  March 7, 2007

11

12                        Respectfully submitted,

13                        EDMUND G. BROWN JR.
                        Attorney General of the State of California

14                        DAVID S. CHANEY
                        Senior Assistant Attorney General

15
                        FRANCES T. GRUNDER
16                        Senior Assistant Attorney General

                        ROCHELLE C. EAST
17                        Supervising Deputy Attorney General

18

19                        */s/ Misha D. Igra*

20
                        MISHA D. IGRA
21                        Deputy Attorney General
                        Attorneys for Defendants

22

23
   30231255.wpd
24  CF1997CS0003

25

26

27

28

NOTICE OF ASSOCIATION OF COUNSEL