IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,          No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.        ORDER

_____/

    On January 22, 2007, the special master filed a supplemental report on the status of the swap of acute inpatient beds between California Medical Facility (CMF) and Atascadero State Hospital (ASH) and delays in transfers to mental health crisis beds. Neither party has filed objections to the supplemental report.

    Good cause appearing, IT IS HEREBY ORDERED that:

    1. The supplemental report of the special master filed January 22, 2007 is adopted in full; and

    2. The special master shall continue to monitor the swap program and, on or before May 1, 2007, report again in writing on the status of defendants' interim measures to

/////

/////

1

relieve the mental health crisis bed shortage and make such recommendations as are appropriate at that time.

DATED:   March 9, 2007.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```