IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.          ORDER

        On December 14 and 15, 2006, the special master filed a sixteenth monitoring report. The court has reviewed the report and the recommendations contained therein and has made orders in response to the first recommendation. (See Orders filed December 15, 2006 and February 7, 2007.) The sixteenth round monitoring report includes a second recommendation to which no objection has been interposed. It will therefore be made an order of the court.

        In accordance with the above, IT IS HEREBY ORDERED that defendants shall review their "Procedures for Mental Health Assessment of Inmate Indecent Exposure and Treatment for Exhibitionism," dated October 10, 2004. Defendants shall consider the concentration of the CDCR's inmates with exhibitionism or a paraphilia associated with exhibitionist behaviors in a smaller number of regional institutions in order to focus staff with requisite training and skills to provide the treatment services not presently available in many

1

1  CDCR institutions.  Institutions shall be provided with specific direction on the appropriate
2  security measures that need to be adopted, including, if deemed necessary, a requirement for the
3  creation of an internal high-level custody and mental health committee to review local residents
4  involving indecent exposure or exhibitionism.  Defendants shall inaugurate a re-thought, fully
5  staffed program for inmates with exhibitionism or a paraphilia associated with exhibitionist
6  behaviors in at least three institutions by July 1, 2007.

7  DATED:   March 9, 2007.

                                                    /s/ Lawrence K. Karlton
                                                    LAWRENCE K. KARLTON
                                                    SENIOR JUDGE
                                                    UNITED STATES DISTRICT COURT