IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                   No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.               <u>ORDER</u>

         On February 14, 2007, the special master filed part A of his seventeenth monitoring report. Neither party has filed any objection to the report or its recommendations. Good cause appearing, the special master's recommendations will be made an order of the court.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Defendants shall implement forthwith paragraph 4 of this court's order dated March 7, 2005,[1] which required defendants to collect data and report on referrals and transfers to Department of Mental Health (DMH) programs. If the defendants are unable to do so, they shall file within thirty days a report specifying the reasons for their inability to comply together with a plan for coming into compliance with the March 7, 2005 order within the following sixty days.

---

[1] The order was filed on March 8, 2005.

1

1  If defendants have not come into compliance with the March 7, 2005 order within ninety days
2  from the date of this order, they will be ordered to show cause why they should not be held in
3  contempt of court.  Defendants' failure to comply with this order and paragraph 4 of the March 7,
4  2005 order will not be excused by lack of a computerized system capable of generating the data
5  needed for the required report; the necessary data and summaries may be collected and prepared
6  manually.
7           3.  Within ninety days from the date of this order defendants shall develop a
8  mechanism for compiling accurate data on referrals and transfers to more intensive levels of
9  California Department of Corrections and Rehabilitation (CDCR) mental health treatment,
10 including referrals and transfers to Mental Health Crisis Bed Units, Mental Health Outpatient
11 Hospital Units, Psychiatric Services Units, Enhanced Outpatient Program hub administrative
12 segregation hub units and Enhanced Outpatient Programs from Reception Centers.  Each CDCR
13 institution shall record and track the dates of referrals and transfers to each of these programs.
14 Each institution shall also prepare and submit monthly to the Division of Correctional Health
15 Care Services an institutional summary of all referrals and transfers, including those pending as
16 well as all referrals, rejections and transfers that occurred during the preceding month, within
17 twenty days of the end of each month.
18           3.  Defendants shall work with the special master's experts to review the
19 provision of Enhanced Outpatient Programs (EOPs) in administrative segregation units.  The
20 review process shall conduct an audit of the EOP administrative segregation population and
21 examine more effective ways for reducing the lengths of stay of EOP inmates in administrative
22 segregation; alternative methods for the delivery of mental health treatment, including the use of
23 a different mix of clinical and paraclinical professionals; the use of different housing and/or
24 service models for particular categories of EOP administrative segregation inmates; and any
25 other strategy or approach likely to better serve the treatment needs of EOP administrative
26 /////

segregation inmates.  The study shall result in a brief report, prepared within ninety days from the date of this order, which shall be shared with parties, counsel and the court.

DATED:   March 9, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT