IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs

vs.                                 No. CIV S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER,
et al.
    Defendants
_____/

## SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the special master requests the appointment of Kathryn A. Burns, M.D., M.P.H., Mary Perrien, Ph.D., Yong Joo Erwin, L.C.S.W. and Mary-Joy Spencer, Esq. to the special master's staff. The reasons for this request are set forth in the accompanying memorandum.

Dr. Burns and Dr. Perrien are to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for their work as experts, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses. Ms. Erwin and Ms. Spencer are to be compensated at the rate of two hundred dollars ($200.00) per hour for their work, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

1

Respectfully submitted,

/s/ J. Michael Keating, Jr.

_____

J. Michael Keating, Jr.
Special Master

March 16, 2006