**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**


**RALPH COLEMAN, et al.,**
　　**Plaintiffs**


　　**vs.**                                              **No. CIV S-90-0520 LKK JFM P**


**ARNOLD SCHWARZENEGGER,**
**et al.**
　　**Defendants**
_____/


## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S
## REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the

above-captioned matter on the retention of experts and assistants to the special master, I

request the approval of the Court for the appointment of  Kathryn A. Burns, M.D.,

M.P.H., Mary Perrien, Ph.D., Yong Joo Erwin, L.C.S.W. and Mary-Joy Spencer, Esq.

For approximately ten years, the special master's cadre of monitors and experts

have been diligently reviewing and reporting on the California Department of Corrections

and Rehabilitation's (CDCR')s compliance with this Court's directive to provide

constitutionally adequate mental health programming in the 33 state penal institutions.

Additional expert and professional staff is now needed to carry out the duties and

responsibilities of the special mastership in an adequate and timely manner.  The

demands posed by the explosive growth in the mental health population in California's

prisons, plus the emergence of new responsibilities for the mastership, have combined to

exceed the special master's current personnel resources. Present staffing is simply not enough to meet these responsibilities. While addition of these four persons to the special master's staff will increase present capacity to respond, additional appointments may be sought in the near future if the need for more support arises.

Since the beginning of 2006, the special master's reporting function has expanded greatly. Monitoring reports submitted during that period include the Fifteenth Round Monitoring Report, the Sixteenth Round Monitoring Report and the Seventeenth Round Monitoring Report Part A. The Seventeenth Round Monitoring Report part B has already been circulated in draft form to the parties, and the Seventeenth Round Monitoring Report part C and the Eighteenth Round Monitoring Report are in progress. The special master also generated ten additional substantial reports[1] during the same period. Within the next three months, the special master must submit his report on reception center inmates who are receiving outpatient care. An additional suicide report is in development, and the special master and his experts, along with the parties, have been ordered to review and attempt to redress the growing number of suicides occurring in the institutions' administrative segregation units. The special master is also embarking on an ongoing effort with the receiver in the Plata litigation and the court's experts in the Perez litigation to coordinate activities in these cases.

_____

[1] Special Master's Report and Recommendation on the Defendants' December 2006 Mental Health Bed Plan; Special Master's Report on the Plaintiffs' Response to the Sixteenth Report on Compliance Seeking Salary Enhancements for Department of Mental Health Clinicians; Special Master's Report on the Status of Swap of Acute Inpatient Beds, Special Master's Report and Recommendations on the Defendants' Plan to Prevent Suicides in Administrative Segregation; Special Master's Revised Recommendations on the Defendants' Interim and Long Term Bed Plans/Acute and Intermediate Care; Special Master's Supplemental Report on the Status and Sufficiency of the Defendants' Interim and Long Term Bed Plans/Acute and Intermediate Care; Special Master's Supplemental Report on the Status and Sufficiency of the Defendants' Budget Requests for Staffing to Implement Revised Program Guides; Report on Completed Suicides in CDCR in 2004; Special Master's Report on the Impact of the Defendants' Increases in Differential Pay for Mental Health Clinicians; and Special Master's Report and Recommendations on the Defendants' Revised Program Guides.

The four proposed staff members offer the necessary professional expertise to assist with ongoing monitoring functions and to meet emerging additional responsibilities of the special mastership. (See *curricula vitae* attached)

Dr. Burns is a psychiatrist who works most recently as a supervisor in the Mentally Disordered Offender Program and as a staff psychiatrist with the Cuyahoga County Court Psychiatric Clinic, among many other appointments. The former program is an outpatient mental health treatment program for adults with serious mental illnesses who have been granted probation for felony-level offenses. With the latter program, Dr. Burns conducts pre-trial and post-conviction psychiatric evaluations of adults on issues of competency, criminal responsibility, drug dependency and civil commitment. Dr. Burns was the Chief Clinical Officer for the Bureau of Mental Health Services of the Ohio Department of Rehabilitation and Correction from 1995 to 1999, while that agency was emerging from court supervision and becoming a national model for mental health programs in corrections. She has also published several journal articles on the use of psychotropic medications in the correctional setting.

Dr. Perrien is a clinical psychologist who currently serves as Chief of the Division of Education and Treatment at the Idaho State Department of Correction. Prior to joining the mental health administration in Idaho, Dr. Perrien spent five years in the CDCR mental health system, ending her tenure there as the much respected Chief Psychologist and Director of Mental Health Services at the California State Prison, Corcoran. Dr. Perrien has also taught various psychology courses at the University of Hawaii, authored numerous papers and participated in many professional symposia in her field.

Ms. Erwin is a licensed clinical social worker with 18 years of experience within CDCR and the California Department of Mental Health. Her tenure with the State of California included four years of service as the Standards Compliance Coordinator in the Richard J. Donovan Correctional Facility from which she retired in 2005. Ms. Erwin was extensively involved in the development and operations of the initial CDCR mental health services delivery system and served as one of CDCR's departmental coordinators with Coleman during the early years of the mastership.

Ms. Spencer is a practicing member of the Rhode Island State bar who will assist the special master with writing reports and memoranda for the Court. She also possesses a bachelor's degree in English and has experience in writing, both legal and non-legal.

The addition of these four professionals to the special master's team will help bring defendants' institutions into compliance with the revised Program Guide for mental health approved by the court in March 2006. Their addition will also contribute to the special master's ability to keep this Court informed of defendants' progress in compliance and coordinate the increasingly complex mix of other cases judicially involved in CDCR's operations.

Parties have had an opportunity to review these candidates and report no objections to their qualifications for appointment.

Respectfully submitted,

/s/  J. Michael Keating, Jr.

_____

J. Michael Keating, Jr.
Special Master

March 16, 2007