# Curriculum Vitae

## Kathryn A. Burns, M.D., M.P.H.

Chief Clinical Officer
Cuyahoga County Community Mental Health Board
1400 West 25th Street, 3rd Floor
Cleveland, Ohio 44113-3199
(216)241-3400 x 352

Date of Birth: November 12, 1957

**Education:**      Cleveland State University
Cleveland, Ohio (1976-1980)
B.S. in Biology, Magna Cum Laude

Case Western Reserve University School of Medicine
Cleveland, Ohio (1981-1985)
M.D.

Ohio State University School of Medicine & Public Health
Columbus, Ohio (1997)
M.P.H.

**Training:**      Psychiatric Resident (1985-1989)
University Hospitals of Cleveland
CWRU School of Medicine

Chief Resident, Department of Psychiatry (1988-1989)
University Hospitals of Cleveland

**Specialized Education:**

Forensic Fellow, Department of Psychiatry (1989-1990)
University Hospitals of Cleveland
CWRU School of Medicine

CWRU School of Law: *Criminal Law; Criminal Law & Psychiatry; Civil Law & Psychiatry* (1989-1990)

Cleveland-Marshall College of Law: *Law & Psychiatry in the Criminal Justice System* (1989)

**Academic Appointments:**

Case Western Reserve University School of Medicine
Assistant Clinical Professor of Psychiatry

**Professional Licenses:**
State Medical Board of Ohio, License # 35-05-7006

**Certification:** American Board of Psychiatry & Neurology
Psychiatry, Certificate No. 35117 (1992)

American Board of Psychiatry & Neurology
Forensic Psychiatry, Certificate No. 36 (1994)

National Commission on Correctional Health Care
Certified Correctional Health Professional (2000)

**Professional Memberships:**

**American Psychiatric Association** (1986-Present)
Appointed to Task Force to Revise APA Report on Jails & Prisons,
Council on Psychiatric Services (1997-2000)
Elected to Fellow (12/01/99)
Caucus of Psychiatrists Practicing in Criminal Justice Settings
(1995-present)

**Ohio Psychiatric Association** (1986-Present)

**American Academy of Psychiatry & the Law** (1988-Present)
Institutional & Correctional Psychiatry Committee (2000-2002)
Criminal Behavior Committee (1997-1999)
Public Information Committee (1991)

**Midwestern Chapter of the American Academy of Psychiatry & the Law** (1988-Present)
Annual Meeting Program Committee Chair (1992)
Chapter President (1993-1994)

**International Academy of Law and Mental Health**
(1992-Present)

**American Correctional Association** (1995-Present)
Appointed to Mental Health Committee (1998-2000)

**American Correctional Health Services Association**
(1995-Present)

**Professional Experience:**

Mentally Disordered Offender Program:
Psychiatrist, Senior Psychiatrist (1988-1994)

2

*(Outpatient mental health treatment for adults with serious mental illnesses granted probation for felony level offenses)*

Money & Mailboxes: Psychiatric Consultant (1988, 1991-1993)
*(Outpatient mental health treatment for homeless persons with serious mental illnesses)*

Lorain Community Hospital: Staff Psychiatrist (1989)

Cuyahoga County Court Psychiatric Clinic: Staff Psychiatrist (1989-1993)
*(Pre-trial and post-conviction psychiatric evaluations of adults on issues of competency to stand trial, criminal responsibility, drug dependency, civil commitment)*

CWRU School of Medicine, University Hospitals of Cleveland Department of Psychiatry: Assistant Professor of Psychiatry (1990-1992)

SAMI/M-Power Program: Staff Psychiatrist (1990-1994)
*(Outpatient community mental health day treatment program for adults with co-occurring substance abuse and mental illness.)*

Western Reserve Psychiatric Hospital: Psychiatric Consultant (1990-1992)

Cleveland Psychiatric Institute: Director, Court Evaluation Unit (1991-1994)

Neighborhood Counseling Services: Medical Director (1992-1994)
In addition to Medical Director, served as treating psychiatrist for Conditional Release Unit *(community mental health treatment for persons found Not Guilty by Reason of Insanity)*

Cuyahoga County Community Mental Health Board: Chief Clinical Officer (1994-1995)

Ohio Department of Rehabilitation and Correction: Chief Clinical Officer
Bureau of Mental Health Services (1995-1999)

Wright State University School of Medicine: Assistant Clinical Professor of Psychiatry (1995-2000)

Twin Valley Behavioral Healthcare – Columbus Campus:
Director of Forensic Services (1999-2002)

The Ohio State University College of Medicine: Assistant Clinical Professor of Psychiatry (1999-2002)     *Outstanding Faculty Award (June 2002)*

Shawnee Forensic Center: Psychiatric Consultant (1998-present)

National Commission on Correctional Health Care: Physician Surveyor (1998-present)

Forensic Center of District IX, Inc.: Psychiatric Consultant (2000-present)

Editorial Board Member/Contributing Editor: Correctional Mental Health Report
Civic Research Institute, Inc., Kingston, NJ (1999-Present)

3

Forensic Psychiatric Center of Northeast Ohio, Inc.: Psychiatric Consultant (2005 - present)

Liaison for Mental Health Services in Jails; Ohio Criminal Justice Coordinating Center of Excellence, Northeastern Ohio Universities College of Medicine (2006 - )

**Presentations:**

*Attempted Family Murder: Dissociation vs. Dissimulation*
Phillip J. Resnick, MD, co-presenter
CWRU Department of Psychiatry Grand Rounds, Cleveland OH (January 1990)
Ohio Association of Forensic Directors, Columbus OH (March 1990)

*Working with the Forensic Client in Community Treatment*
Phillip J. Resnick, MD, co-presenter
National Case Management Conference, Cincinnati OH (September 1990)

*Corrections & Community Collaboration: The Mentally Disordered Offender Program*
American Psychiatric Association 43rd Institute on Hospital & Community Psychiatry, Los Angeles CA (October 1991)

*Not Mad, Still Bad, What Now?: The Disposition of Non-Mentally Ill Insanity Acquittees*
American Academy of Psychiatry & the Law – Midwestern Chapter Meeting
Cleveland OH (April 1992)

*Forensic Psychiatry in the Community: The Cuyahoga County Experience*
American Academy of Psychiatry & the Law – Midwestern Chapter Meeting
Detroit MI (April 1994)

*Treatment/Placement Implications & Strategies for the 18+ Offender*
Ohio Department of Youth Services Annual Program Conference
Columbus OH (December 1994)

*Assertive Community Treatment Teams: Stopping the State Hospital Revolving Door*
MetroHealth Medical Center Department of Psychiatry Grand Rounds, Cleveland OH (January 1995)
All Ohio Institute on Community Psychiatry, Cleveland OH (March 1995)

*Can We Talk: Emergency Psychiatry Meets Managed Care*
Kenneth Serta, MD, co-presenter
American Psychiatric Association Annual Meeting, Miami Beach FL (May 1995)

*Legal & Program Aspects of Staff Victimization*
Fred Cohen, moderator
American Correctional Association Annual Meeting, Indianapolis IN (January 1997)

4

### Hot Off the Press: New Guidelines for Jails & Prisons
H. Weinstein, C. Newkirk, J. Zil, co-presenters
American Psychiatric Association Annual Meeting, Toronto, Canada (May 1998)

### Legal vs. Moral Wrongfulness Schism
S. Noffsinger, M. Carroll, D. Pinals, co-presenters
American Academy of Psychiatry & the Law Annual Meeting
New Orleans LA (October 1998)

### So You're Incompetent to Stand Trial – Now What?
S. Noffsinger, J. Radio, A. Hernandez, co-presenters
American Academy of Psychiatry & the Law Annual Meeting
Baltimore MD (October 1999)

### APA Guidelines for Correctional Psychiatry
American Academy of Psychiatry & the Law – Midwestern Chapter Annual Meeting
Cleveland OH (April 2000)

### Forensic Psychiatry Board Review Course
Topics presented: Competencies: Civil & Criminal; Managed Care
Boston MA (October 2001)

### Firearms Risk Management in Inpatient Psychiatric Care
XXVIIth International Congress on Law & Mental Health
Amsterdam, The Netherlands (July 2002)

### Course: Correctional Psychiatry
H. Weinstein, C. Newkirk, K. Gilbert, A. Hanson, J. Zil, co-presenters
53rd Institute on Psychiatric Services, APA Annual Fall Meeting, Orlando FL
(October 2001)
H. Weinstein, K. Gilbert, A. Hanson, J. Zil, co-presenters
54th Institute on Psychiatric Services, APA Annual Fall Meeting, Chicago IL
(October 2002)
H. Weinstein, K. Gilbert, A. Hanson, J. Zil, co-presenters
55th Institute on Psychiatric Services, APA Annual Fall Meeting, Boston MA
(October 2003)

### Practicing Rewarding Psychiatry in Jails and Prisons – A Practicum
H. Weinstein, K. Gilbert, A. Hanson, co-presenters
American Psychiatric Association Annual Meeting, Atlanta GA
(May 2005)

### Providing Mental Health Care at the Prison's Back Door: Re-Linking Mentally Ill Offenders to Community Treatment
XXIX International Congress on Law & Mental Health
Paris, France (July 2005)

### Preventing Suicide in Correctional Facilities
H. Weinstein, K. Gilbert, A. Hanson, co-presenters
57th Institute on Psychiatric Services, APA Annual Fall Meeting, San Diego, CA
(October 2005)

5

***Prescribing Controlled Substances in Prison***
K. Appelbaum, J. Metzner, R. Trestman, co-presenters
American Academy of Psychiatry & the Law Annual Meeting
Montreal Canada (October 2005)

**Publications:**

Burns K: Using Psychotropic Medications in Correctional Settings: An Overview. *Correctional Mental Health Report* 1(1):1, 1999.

Burns K: Use of Atypical Antipsychotic Medications in Correctional Settings. *Correctional Mental Health Report* 2(1):1, 2000.

Weinstein H (Chair), Burns K, Newkirk C, Zil J, Dvoskin J, Steadman H: Psychiatric Services in Jails and Prisons, 2nd ed., A Task Force Report of the American Psychiatric Association. Washington DC: American Psychiatric Press, Inc., 2000.

Sherman M, Burns K, et al.: Firearms Risk Management in Psychiatric Care. *Psychiatric Services* 52: 1057-1061, 2001.

Burns K: Creating a Mental Health Classification System. *Correctional Mental Health Report* 4(1):3, 2002.

Burns K: Mental Health Screening. *Correctional Mental Health Report* 4(2):19, 2002.

Burns K: Mental Health Evaluation. *Correctional Mental Health Report* 4(3):35, 2002.

Burns K: "Jail Diversion and Correctional Psychotropic Medication Formularies"; Management and Administration of Correctional Health Care, J. Moore, ed. Kingston NJ: Civic Research Institute, 2003.

Burns K: "Psychopharmacology in Correctional Settings"; Handbook of Correctional Mental Health Care. C.J. Scott and J.B. Gerbasi, ed. Arlington VA: American Psychiatric Publishing, Inc., 2005.

Burns K: The Red Zone: Boundaries of Clinical Versus Forensic Work in Correctional Settings. *Correctional Health Care Report* 7(5):67, 2006.

**Expert Witness Work:**

Probate Court Cases Requiring Testimony:

*In the Matter of Terrence Beekman Alleged to be Mentally Ill*
Franklin County Probate Court, Columbus OH   Case No. MI-11,818

*In the Matter of Mark Balluff Alleged to be Mentally Ill*
Franklin County Probate Court, Columbus OH   Case No. MI-10,741

*In the Matter of Richard Allgood Alleged to be Mentally Ill*
Franklin County Probate Court, Columbus OH   Case No. MI-12,204

In the Matter of Antwain Pulliam Alleged to be Mentally Ill
Franklin County Probate Court, Columbus OH   Case No. MI-12,128


Criminal Court Cases Requiring Testimony:

*State of Ohio vs. Adrian Ashley*
Court of Common Pleas, Franklin County, Columbus OH   Case No. 99-CR-05-2581 (11/99)

*State of Ohio vs. Donald Castle*
Court of Common Pleas, Ross County, Chillicothe OH   Case No.90-CR-59  (01/02)

*State of Ohio vs. Joseph Fields*
Court of Common Pleas, Franklin County, Columbus OH   Case No.99CR-6457 (09/00)

*State of Ohio vs. Joyce Elaine Hurley*
Court of Common Pleas, Washington County, Marietta OH   Case No. 00CR79 (11/00)

*State of Ohio vs. James McAfee*
Court of Common Pleas, Muskingum County, Zanesville OH   Case No. CR99-0055A, CR99-0057  (03/00)

*State of Ohio vs. Denise Rutkowski*
Court of Common Pleas, Jefferson County OH   Case No. 99-CR-183 (01/00)

*State of Ohio vs. Gary Dean Scott, Jr.*
Court of Common Pleas, Fayette County OH   Case No. CR1 970040 (11/99)

*State of Ohio vs. James Ricky Curry*
Court of Common Pleas, Scioto County, Portsmouth OH   Case No. 00CR174

*State of Ohio vs. David Wachtel*
Court of Common Pleas, Athens County, Athens OH   Case No. 97CR000025 (12/00)

*State of Ohio vs. George McBrayer*
Court of Common Pleas, Summit County, Akron OH   Case No. 2000-04-0853 (02/01)

*State of Ohio vs. Raymond Detty*
Court of Common Pleas, Ross County, Chillicothe OH   Case No. 00CR000200 (12/01)

*State of Ohio vs. Montez Taylor*
Court of Common Pleas, Hamilton County, Cincinnati OH   Case No. B0105313 (10/01)

*State of Ohio vs. Nathan Hobbs*
Court of Common Pleas, Cuyahoga County, Cleveland OH   Case No. CR-984385, 985378, 686314, 389659 (03/02)

*State of Ohio vs. Shani Lovick*
Court of Common Pleas, Franklin County, Columbus OH   Case No. 01CR-1988 (05/02)


Correctional Cases:

*Carlyn M. Sandborg, Trustee for the Next of Kin of Robert Harold Sandborg, Jr. v. Blue Earth County, Minnesota*
Court File No. C7-96-681  Minnesota District Court
(Wrongful death action; provided affidavit and trial testimony for plaintiff.)

*Singer et.al. v. Wackenhut Corrections Corporation, et.al.* (New Mexico)
Case No. Civ.99-1091 MV/RLP
(Provided report and deposition testimony for class certification.)

*Bradley et.al. v. Haley et.al.* (Alabama Department of Corrections)
Case No. CV-92A70-N  United States District Court, Middle District of Alabama, Northern Division
(Provided expert report and deposition testimony for plaintiff class.)

*Austin et al. v. Wilkinson, et al.* (Ohio Department of Rehabilitation & Correction)
Case No. 4:01CV071  United States District Court, Northern District of Ohio, Eastern Division
(Provided report and hearing testimony for defendants.)

*Karen Nutter, Administrator of the Estate of Christian Michael McKeever v. Clark County Sheriff, et al.*
Case No. C-3-01-214  United States District Court, Southern District of Ohio, Western Division
(Provided expert report and deposition testimony for plaintiff.)

*L.M. Heward et al. v. R. Wilkinson, et al.* (Ohio Dept. of Rehabilitation & Correction)
Case No. 4:99CV2658 United States District Court, Northern District of Ohio, Eastern Division
(Provided declaration for defendants.)

*Fluellen et al. v. Wetherington et al.* (Georgia)
Case No. 1:02-CV-479 (JEC) United States District Court, Northern District of Georgia, Atlanta Division
(Provided declaration for plaintiff class.)

8

*Susan K. Chatman, Personal Representative of the Estate of Luke Devon Griffin, Deceased, v. Washtenaw County, SecureCare, et al.*
No. 03-536 NH Circuit Court for County of Washtenaw, Michigan
No. 02-71648 United States District Court, Eastern Division of Michigan, Southern Division
(Provided report and deposition testimony for plaintiff.)

*Ashoor Rasho, Faygie Fields, Brian Nelson and Robert Boyd, v. Illinois Department of Corrections, et al.*
Case No. 00-528-DRH   United States District Court, Southern District of Illinois, East St. Louis Division
(Provided report and deposition testimony for plaintiffs.)

*Gary Drypen, Personal Representative of the Estate of Christopher Drypen, Deceased, et al., v. County of Oakland, et al.*
Case No. 03-74151   United States District Court, Eastern District of Michigan, Southern Division
(Provided deposition testimony for plaintiffs.)

*Antoinette Gibson, Personal Representative of the Estate of Ozy Vaughn, Deceased, v. Jill Blankstrom, et al.*
Case No. 1:03CV0053   United States District Court, Western District of Michigan
(Provided report and deposition testimony for plaintiff; trial testimony *Gibson/Vaughn v. Moskowitz.*)

*Mark E. Osterback, et al., v. James V. Crosby, Jr., et al.*
Case No. 3:04-cv-210-J-25MCR   United States District Court, Middle District of Florida, Jacksonville Division
(Provided report and deposition testimony for plaintiff class)

*Sylvester Butler, et al., v. James V. Crosby, Jr., et al.*
Case No. 3:04-CV-917-J-32MMH   United States District Court, Middle District of Florida, Jacksonville Division
(Provided report and deposition testimony for plaintiffs)

*Walter R. Messer, Sr., Administrator of the Estate of Candace L. VanSickle, Deceased, v. Department of Rehabilitation and Correction*
Case No. 2004-09088  In the Court of Claims of Ohio
(Provided report for defendant)

*Alfreda Rachel, Administratrix of the Estate of Thomas P. Rachel, III, v. Wexford Health Sources, Inc., et al.*
Case No. 1:04CV034  United States District Court, Southern District of Ohio, Western Division
(Provided affidavit for defendant Wexford)

*Irena Callahan, Adminstratrix of the Estate of Curtis Bucci, v. The State of Connecticut*
Case No. CV02-392637  State of Connecticut Superior Court JD Fairfield at Bridgeport
(Expert for defendant)

9

*Barbara A. Patrick and Wendell B. Patrick, Sr., individually and as co-trustees for the heirs and next of kin of Wendell B. Patrick, Jr., deceased, v. City of Brooklyn Park, et al.*
Case No. 03-6133 (JNE/JSM)  United States District Court, District of Minnesota
(Provided report for plaintiff)


(Updated August 2006)