**Mary Perrien, Ph.D.**
4917 Golden Spur Drive
Nampa, ID 83687
208-467-4477 (home)
559-799-9551 (cell)
208-658-2144 (work)

| | | |
|---|---|---|
| **EDUCATION** | **University of Hawaii, Manoa** | |
| | Doctor of Philosophy, Clinical Psychology | 1998 |
| | Master of Arts, Clinical Psychology | 1994 |
| | | |
| | **San Jose State University** | |
| | Bachelor of Arts, Psychology | 1991 |

**LICENSURE STATUS**   PSY18582 (Valid, California)
PSY 202317 (Valid, Idaho)

**POSTDOCTORAL EMPLOYMENT**

**Chief, Division of Education and Treatment**   September 2006 to present
Idaho State Department of Correction
Supervisor, B. Reinke (Director)   208-658-2140
1299 N. Orchard Street
Boise, ID 83706
Responsibilities:
Clinical and Administrative oversight of all educational, medical, mental health, substance abuse and rehabilitative programs provided within correctional facilities and community corrections districts (i.e., probation and parole) throughout the State of Idaho. This includes program development and program evaluation within all of these areas.

Responsible for ongoing contract oversight (i.e., evaluation and compliance) of medical contract and health care (medical and mental health) portion of private prison management contract.

Ongoing program development responsibilities include: developing systems to standardize service delivery throughout all areas of responsibility (e.g., education, substance abuse treatment, etc.); developing "certification" system to ensure that individuals conducting assessments are competent to do so; developing ongoing system of quality assurance to monitor service delivery (to include assessment and treatment); developing system of program evaluation/outcome research; expanded training for all staff in management of mentally ill offenders; development of annual retraining schedule for all staff.

Expanded responsibilities for recruitment, retention and staff development reflective of Division Chief position.

Expanded responsibilities to provide expert consultative services to the Judiciary, Executive and Legislative branches of Government.

**POSTDOCTORAL EMPLOYMENT Continued**

| | |
|---|---|
| **Chief Psychologist/Director of Mental Health** | September 2005 to |
| Idaho State Department of Correction | September 2006 |
| Supervisor, R. David Haas, (Medical Services Director) | 208-571-5645 |

1299 N. Orchard Street
Boise, ID 83706
Responsibilities:
Responsible for clinical management of all mental health services delivered throughout the state at correctional facilities housing male and female inmates. In addition to direct clinical supervision of state mental health staff, this includes contract oversight for psychiatric and other clinical services provided by the medical contractor and at the privately managed facility. Completed a Service Manual standardizing the delivery of Correctional Mental Health Services and establishing clear guidelines for care.

Staff Recruitment and Development: my responsibilities included community and university outreach as part of recruitment efforts; developing student training programs to expose university students to correctional health care; and developing and conducting training to enhance competency in correctional health care.

Clinical consultative services provided to Community Corrections Division as well as the Judiciary and other state agencies. This expert consultation included sex offender assessment, treatment and management as well as mental health care.

| | |
|---|---|
| **Chief Psychologist/Director of Mental Health** | July 2003 to |
| **Services – Correctional Facility** | September 2005 |
| California State Prison at Corcoran | |
| Supervisor, Dr. John Klarich (Chief Medical Officer) | deceased |

P.O. Box 8800
Corcoran, CA 93212
Responsibilities:
Responsible for clinical management of all mental health programs for a maximum-security institution with more than 5000 male inmates. Responsibilities include: the supervision of clinical and clerical staff of more than 80 including Senior Clinical Supervisors (i.e., Senior Psychologist, Supervisor and Senior Supervising Psychiatric Social Worker); oversight of the mental health assessment portion of the disciplinary process; resolve complaints related to Equal Employment Opportunity and Sexual Harassment Policies and ensure that the work environment is free of discrimination, harassment, retaliation, and unprofessional conduct through the education and training of employees.

Program Development: One of my primary duties is to develop the Mental Health Program at COR, an institution with a long history of failure to meet minimum standards of care and Federal Court monitoring expectations. This is achieved through collaboration and provision of consultative services to custody and non-custody staff as function as a member of an interdisciplinary team. This includes working closely with local administrators (i.e., Warden and Chief Medical Officer/Healthcare Manager) as well as agency administrators (i.e., Regional Health Care and Institution Administrators, Health Care Services Division administrators).

**POSTDOCTORAL EMPLOYMENT Continued**

### Chief Psychologist/Director of Mental Health Services – Correctional Facility (Continued)

Mental Health Quality Management Committee Chair – duties included quality oversight for all areas related to the provision of mental health services, coordination of quality management activities including Quality Improvement Teams, and provided recommendations to Healthcare Quality Improvement Committee and Chief Medical Officer.

Coordinate recruitment activities at the local level. This includes community outreach and the management of a clinical training program for students of social work and clinical psychology.

Provide training to mental health staff in areas such as forensic psychology, assessment and treatment of sex offenders, and ethics and legal issues in correctional psychology.

Maintain the safety and security of the institution through the education and training of clinical staff as well as direct observation of inmates.

### Senior Psychologist, Supervisor – Correctional Facility
October 16, 2001 to July 7, 2003

California State Prison at Corcoran
Supervisor, Dr. Greg Hirokawa (Chief Psychology)   661-303-6883
P.O. Box 8800
Corcoran, CA 93212

Responsibilities:
Supervised and managed multiple clinical programs for maximum-security male incarcerated offenders diagnosed with a major mental illness in accordance with legally mandated guidelines and clinical judgment. This included supervising (staff of up to 31) psychologists, social workers, psychiatric technicians, and recreational therapists. Performed Chief Psychologist duties in the absence of the Chief Psychologist.

Responsible for many of the duties listed above to include: Mental Health Quality Management Committee Chair, staff training and development, and recruitment.

Member of the Negotiation Management Team. Responsible for providing Critical Incident Stress Debriefing as part of the Employee Post-Trauma Program.

**POSTDOCTORAL EMPLOYMENT Continued**

**Psychologist - Clinical, Correctional Facility**  July 10, 2000 to
California State Prison at Corcoran  October 15, 2001
Supervisor, Dr. Greg Hirokawa  559-992-8800 x6649
P.O. Box 8800
Corcoran, CA 93212
Responsibilities:
Provided case management and clinical services to male inmates incarcerated in a state correctional facility in accordance with legally mandated guidelines and clinical judgment. This included consulting with a variety of disciplines within the correctional setting to ensure that inmate needs are met and legal guidelines are followed. Services provided include psychological assessment, treatment planning and implementation, risk assessment, substance abuse treatment, and forensic evaluations such as those conducted for the Board of Prison Terms.

Developed and implemented Forensic Training Seminar to increase the knowledge of existing staff regarding issues and standards in forensic and correctional psychology as well as to increase staff expertise in the areas of assessment and treatment with forensic populations.

Developed and implemented a Multicultural Training Seminar to increase staff expertise in working with a culturally diverse inmate population.

Provide psychological expertise and services to colleagues regarding clinical issues such as the assessment of psychopathy.

**Staff Psychologist, Sex Offender Treatment Program**  November 1998
Federal Correctional Institution, Butner  through June 2000
(medium/high security)  left to pursue current
employment
Supervisor, Andres Hernandez, Psy.D.  919-575-4541
Butner, NC
Responsibilities:
Provided clinical services to male inmates incarcerated in a federal correctional facility. This included psychosexual evaluations, level of risk assessment, formulation and communication of release recommendations to U.S. Probation Officers, and individual and group therapy.

Supervised predoctoral clinical interns and Master's level clinicians in assessment, treatment, report writing and psychological consultation with other disciplines.

Consulted with other disciplines (e.g., custody, psychiatry, social work) and agencies (e.g., Federal Court, U.S. Probation) to provide psychological expertise.

Developed and provided training programs designed for U.S. Probation regarding the assessment, treatment and supervision of sex offenders, and mental health services within a correctional setting.

| | |
|---|---|
| **POSTDOCTORAL EMPLOYMENT Continued** | **Staff Psychologist, Sex Offender Treatment Program (Continued)** |

Provided Custody Services with support on regular and as needed basis. This included sole responsibility for supervising and maintaining order over inmates in housing unit; transporting mechanically restrained inmates between secured housing units; visual and physical inspections of inmates, housing units and other areas where contraband may be hidden; maintaining appropriate firearm qualifications and handling firearms in accordance with post orders.

**SUPERVISED PRACTICA**

**Internship, APA accredited**  September 1997 through
Atascadero State Hospital  August 1998
Training Director Robert Haynes, Ph.D.  805-468-2213
Atascadero, CA
Responsibilities:
Conducted psychodiagnostic batteries, psychosexual evaluations, functional analyses, competency assessments, malingering assessments, and neuropsychological testing.

Provided group and individual therapy to a variety of commitment types including Mentally Disordered Offenders and Sexually Violent Predators; therapy included cognitive-behavioral therapy, substance abuse treatment, stress management, anger management, social skills training, and relapse prevention.

Provided crisis and short-term therapy to undergraduate students.

**Practicum Student (20 hours/week)**  August 1994 to May
Department of Public Safety  1995
State of Hawaii, Sex Offender Treatment Program
Supervisor Barry Coyne, Ph.D.  808-587-1271
Honolulu, HI
    Halawa Correctional Facility (medium/high security)
    Oahu Community Correctional Center, Annex 1 (minimum security)
    Laumaka Furlough Facility
Responsibilities:
Provided individual and group therapy to incarcerated male sex offenders; therapy included cognitive-behavioral therapy, stress management, anger management, social skills training, communication skills training, and relapse prevention.

Conducted psychosexual evaluations, assessment of risk, formulated and communicated release recommendations to Hawaii Parole and Probation Departments via written reports.

Developed and provided training programs designed for Hawaii Parole and Probation Departments regarding the assessment, treatment, supervision and management of sex offenders. Provided consultative services to parole and probation departments as well as the Department of Child and Family Services, the State Courts, and Hawaii Social Services.

| | | |
|---|---|---|
| **SUPERVISED PRACTICA** Continued | | |

**Practicum Student (20 hours/week)**　　　　　　August 1992 to May
Department of Education　　　　　　　　　　　　1994
Supervisor: Mark Rapport, Ph.D.　　　　　　　　808-956-8414
Responsibilities:
Provided individual, group, and family counseling to junior high and high school students and their families; services provided included anger management, crisis intervention, supportive counseling, and cognitive-behavioral therapy.

Provided teacher and parent consultation including the development and implementation of behavioral management plans and individualized educational plans.

Conducted individual intellectual and behavioral assessments.

**Practicum Student (20 hours/week)**　　　　　　August 1989 to May
Veteran's Administration　　　　　　　　　　　　1990
Honolulu, HI　　　　　　　　　　　　　　　　　　808-566-1495
Responsibilities:
Provided individual and group therapy including substance abuse treatment and relapse prevention, cognitive-behavioral therapy, behavioral therapy, and supportive therapy.

Conducted individual personality, intellectual, and neurological assessments.

**OTHER CLINICAL EXPERIENCE**

**Therapist/Group Facilitator (variable hours)**　　June 1994 to June 1997
Child & Family Services　　　　　　　　　　　　808-521-2377
Programs:
　　　Parents United Program
　　　　　　Incest Families
　　　Sex Offender Treatment Program (in correctional setting)
Responsibilities:
Provided individual, family, and group therapy to victims, offenders, and family members including supportive counseling, cognitive-behavioral therapy, anger management, stress management, communication training, social skills training, and relapse prevention.

Conducted comprehensive psychosexual evaluations of incarcerated male sex offenders.

Provided program development and implementation as well as treatment outcome evaluation.

| | | |
|---|---|---|
| **OTHER CLINICAL EXPERIENCE** | **Therapist/Researcher** <br> Honolulu Police Department <br> 801 S. Beretania Street <br> Supervisor Ewa Stamper, Ph.D. <br> Honolulu, HI | October 1996 through <br> June 1997 <br> 808-529-3735 |

Responsibilities:
Provided individual and marital therapy to sworn and civilian personnel and their family members; therapy included crisis counseling, supportive counseling, bereavement counseling, substance abuse therapy, anger management, stress management, communication and social skills training, and interpersonal negotiation skills.

Established a research program to establish the efficacy of current pre-employment screening practices for sworn employees.

Participated and provided training in Hostage Negotiation Skills and Crisis Management.

Provided training and services related to Critical Incident Stress Debriefing and Workplace Violence.

**TEACHING EXPERIENCE**

**Lecturer, Social Psychology**                     January 1997 through
**Department of Psychology, University of Hawaii**   May 1997
Duties:
Responsible for all phases of teaching, including selection of text and additional materials, preparation and execution of lectures, selection and design of classroom experiments to demonstrate social psychological concepts, construction and administration of examinations, assignment and review of additional course requirements (i.e., papers), and the assignment of course grades.

**Lecturer, Social Psychology**                     June 1996 through
**Department of Psychology, University of Hawaii**   August 1996
Duties:
Same as previously mentioned

**Lecturer, Introduction to Clinical**              May 1996 through June
    **Psychology**                                   1996
**Department of Psychology, University of Hawaii**
Duties:
Responsible for all phases of teaching including: selection of text and additional materials; preparation and execution of lectures; selection and design of classroom activities to demonstrate clinical activities, concepts, and ethical dilemmas; construction and administration of examinations; assignment and review of additional course requirements (i.e., papers); and the assignment of course grades.

| | | |
|---|---|---|
| **TEACHING EXPERIENCE Continued** | **Lecturer, Introduction to Clinical Psychology**<br>**Department of Psychology, University of Hawaii**<br>Duties:<br>Same as previously mentioned | May 1995 through June 1995 |
| | **Lecturer, Social Psychology**<br>**Department of Psychology, University of Hawaii**<br>Duties:<br>Same as previously mentioned | May 1995 through June 1995 |
| | **Lecturer, Social Psychology**<br>**Department of Psychology, University of Hawaii**<br>Duties:<br>Same as previously mentioned<br><br>Responsible for the supervision of a teaching assistant. | August 1994 through December 1994 |
| | **Lecturer, Introduction to Psychology**<br>**Department of Psychology, University of Hawaii**<br>Duties:<br>Same as previously mentioned including supervision of teaching assistant. | May 1994 through June 1994 |
| **OTHER RESEARCH EXPERIENCE** | **State of Hawaii, Office of the Attorney General**<br>**Research/Policy Assistant**<br>Duties:<br>Assist in research projects and policy development focused on sex offenders. Provide expert testimony to state legislators as needed. | Fall 1995 through Summer 1997 |
| **TECHNICAL REPORTS** | Kunitake, M., Perrien, M., Yokoi, E., Perrone, P., Green, T., Sakamoto-Cheung, S., & Richmond, J. (1997). Felony sexual assault arrests in Hawaii. <u>Crime Trend Series: State of Hawaii Department of the Attorney General</u>, 5(2), 1-9. | |
| **PRESENTATIONS** | Perrien, M. (January 2007). Panel Presenter at the annual Idaho District Judges Seminar, Boise, Idaho.<br><br>Perrien, M. (November 2006). Suicide Risk Management in Corrections. Paper presented at the Idaho Suicide Prevention Action Network Conference, Boise, Idaho.<br><br>Perrien, M. (November 2006). Mental Health Care in Corrections and Community Corrections. Presentation to District 7 Judges, Idaho Falls, Idaho. | |

Perrien, M. (October 2006). Correctional Mental Health Care in Idaho. Presentation to the Mental Health and Substance Abuse Treatment Delivery Systems Interim Legislative Committee.

Perrien, M. and Muller, C. (June 2006). Cultural Competence and Multi-cultural Psychology. Paper presented at the Idaho Mental Health Coalition Conference, Boise, Idaho.

Perrien, M. (April 2006). Sex Offender Treatment in Correctional Setting. Paper presented at the annual National Commission on Correctional Health Care Updates Conference, Las Vegas, Nevada.

Perrien, M. (February 2006). The Psychology of the Polygraph. A 30-hour course offered as part of a Polygraph Certification Academy, Meridian, Idaho.

Perrien, M. (November 2005). Sex Offender Risk Assessment. A training for clinical staff employed by the Idaho Department of Correction and Corrections Corporation of America.

Perrien, M. (October 2005). Sex Offender Management. Informational presentation at Community Meeting sponsored by Idaho Department of Correction, Boise, Idaho.

Perrien, M. (September 2005). Sex Offender Management. Informational presentation at Community Meeting sponsored by Idaho Department of Correction, Pocatello, Idaho.

Perrien, M. (April 2003). Cultural Competence and Multi-cultural Mental Health Services. A training workshop presented to mental health staff at CSP-Corcoran.

Perrien, M. (2002, multiple). Forensic Evaluations and Courtroom Expert Testimony. A training workshop for mental health staff at CSP-Corcoran.

Perrien, M. (2001, multiple). Psychopathy and the Hare Psychopathy Checklist, Revised. A training workshop for mental health staff at CSP-Corcoran.

Perrien, M. (2000, February). The Assessment, Treatment, Management and Community Supervision of the Sex Offender. A training workshop provided to U.S. Probation Officers, Long Island, NY.

Perrien, M. (1999, July). Psychopathy and the Hare Psychopathy Checklist, Revised. A training workshop for predoctoral interns presented at the Federal Correctional Institution at Butner.

Perrien, M. (1999, April). Psychopathy and the Hare Psychopathy Checklist Revised. A training workshop for doctoral and masters level staff in the Sex Offender Treatment Program at the Federal Correctional Institution at Butner.

Perrien, M. & Kunitake, M. (1997, February). Demographic characteristics of felony sex assault arrestees in Hawaii. Paper presented to the Hawaii State Legislature at an Informational Symposium on Community Notification of Sex Offenders in Honolulu, Hawaii.

Perrien, M. & Kunitake, M. (1997, February). Registration and community notification of sex offenders in Hawaii. Paper presented at the annual meeting of the Western Society of Criminology conference in Honolulu, Hawaii.

Perrien, M. & Marsella, A.J. (1996, April). Reported frequencies and perceived severity ratings of traumatic and near-traumatic events among college students. Paper presented at the meeting of the Western Psychological Association, Santa Clara, California.