# YONG JOO ERWIN, LCSW

**Summary of qualifications**

- Obtained a Master's degree in Social Work (MSW) from the University of Denver, Denver, Colorado in 1969, admitted to the Academy of Certified Social Workers (ACSW) in 1976 while in Detroit, Michigan, and obtained a license as a Licensed Clinical Social Worker (LCSW) to practice in California in 1989.
- The LCSW license is active and current.
- 36 years of combined experience in the field of clinical social work and administration, 18 years of which with the California Department of Mental Health (DMH) and California Department of Corrections (CDC). This includes 4 years of administrative experience in the Correctional Treatment Center (CTC) as the Standards Compliance Coordinator, prior to the retirement from the CDC in May 2005. (See Professional Experience for details).
- Held the highest California Civil Service Social Work position with the Health Care Services Division (HCSD), CDC, and was responsible for developing, implementing, and monitoring the social work practice and the overall mental health programs within the correctional system.
- Familiarity with the California Penal Code, DMH inpatient programs and population being served, various legal and treatment issues, and Memorandum of Understanding (MOU) between the DMH and CDC.
- Extensive involvement in the CDC Mental Health Services Delivery System (MHSDS) program development and operation from the beginning stage – most notably as the HCSD *Coleman* Coordinator in 1997 during the negotiation period on the MHSDS Policies, Procedures, and Protocols with the Special Master and his experts and the Plaintiffs' attorneys.
    - Regularly accompanied the *Coleman* monitors to institutions for numerous site visits as a HCSD representative.
    - Spearheaded the MHSDS Program Guides Revision Project
    - Prepared and provided briefing along with the HCSD Deputy Director on the MHSDS for the Director of the CDC
    - Participation in the CDC's Court mandated Inpatient Beds Study.
    - A former member of the statewide Standards of Care Task Force and the Mental Health Quality Management System (MHQMS) Task Force.
    - The author of *Coleman* Compliance Audit and MHSDS Programs Unit Health Records (UHR) Review Checklists
    - MHSDS program evaluations and audits statewide, compilation of findings, report writings, verbal and written presentation of the CDC's Corrective Action Plan (CAP) recommendations to the Wardens and key Mental Health staff.
    - Provision of MHSDS clinical training for institution staff as a certified trainer for trainers

- - - o Participated in licensing surveys conducted by the Program Evaluation and Licensing Unit of the HCSD, with focus on MHCB program
    - o Developed institution specific CTC Policies and Procedures, pursuant to the California Code of Regulations (CCR) Title 22, and monitored the implementation of approved Policies and Procedures of the CTC.
  - Professional knowledge, interpersonal relationship skills, professionalism, maturity, commitment, organizational and communication skills are a few characteristics of my personal qualifications.
  - Computer literate
  - Knowledge of overall systemic issues and ability to analyze complex situations.
  - Positive experience in dealing with high level management and clinical staff employed by the CDC and DMH.

**Education**

1961 – 1965        Seoul Woman's College, Seoul, Korea

**Bachelor of Arts degree**

Major: Sociology

1967 – 1969     University of Denver, Denver, Colorado

**Master of Social Work Degree**

Major: Social Work

**Professional experience**

May 2001 to May 2005       Richard J. Donovan Correctional Facility, San Diego, Ca.

Standards Compliance Coordinator

- Train and educate Correctional Treatment Center staff on licensing rules and regulations, and issues.
- Train and educate the Organized Medical Staff on Medical Staff Bylaws, rules, and regulations.
- Provide leadership and direction for Medical Staff committee members on committee duties and responsibilities.
- Structure annual review of policy and procedure manuals, and prepare proposed changes for review and approval by the Governing Body.
- Supervise clerical staff to prepare meeting notice, agenda, and committee meeting minutes.
- Report to the Governing Body meeting on various CTC issues and prepare meeting minutes.
- Develop and organize Medical Staff activities including credentialing and privileging process
- Conduct pre-licensing audits on an ongoing basis.
- Develop Corrective Action Plans (CAP)
- Work with Plant Ops. Personnel, and other division staff as well as health care staff to implement CAP.
- Participate in hiring interviews for various positions.
- Directly supervise Building Maintenance Worker and Food Administrator.
- Participate in Fire/Life drills and monthly Cleanliness and Safety inspections.
- Participate in the Safety Committee, Suicide Prevention Committee, and Mental Health Quality Management Committee.
- Keep the Health Care Manager informed of all CTC issues and concerns.

**1995 – 2001**         Health Care Services Division, California Department of Corrections, Sacramento, California

**Supervising Psychiatric Social Worker II**
- Oversight of the institutional implementation of the MHSDS
- Consultation for all other units of the HCSD on the mental health related concerns and issues
- Site visits for *Coleman* compliance audit and hospital licensing
- Consultation for management on social work concerns and issues
- Project lead on the MHSDS Program Guides and Department Operational Manual (DOM) revisions

**1993 – 1995**         CSP-Corcoran Acute Care Hospital, Department of Corrections, Corcoran, California

**Psychiatric Social Worker**
- Psychosocial evaluations on all inmate – patients
- Individual and group counseling
- Family sessions
- Discharge/Parole planning
- Pre-Release SSI application

**1992-1993**         Tulare County Department of Mental Health, Visalia, California

**Psychiatric Social Worker and the Tulare Adult Clinic Manager**
- Intake evaluations and individualized treatment planning
- Individual and group therapy
- Quality Assessment and improvement committee member
- Supervision and management of clinical, administrative, and support staff

**1988 – 1992**         Atascadero State Hospital, Atascadero, Ca.

**Psychiatric Social Worker**
- Psychosocial evaluations
- Individual and group therapy for patients with neuropsychiatric deficits
- Credential and Privileging committee
- Quality Assurance AD Hoc committee
- Supervision and proctorship for unlicensed and probationary employees

**1980 – 1988**         Michigan Osteopathic Medical Center, Adult Mental Health Hospital, Detroit, Mi.

**Social Services Sr. Supervisor**
- Case assignment
- Supervision of Masters degree social workers
- Individual, group, and family therapy for inpatients
- Utilization review
- Coordination of Medicaid reimbursement

**1980 – 1985**         Counseling Resource Center, Walled Lake, Mi.

**Psychotherapist** (part-time private practice)

- Individual therapy for children and adults
- Marriage counseling
- Family therapy

1979 – 1980                Oakland County Child and Adolescent Clinic, Pontiac, Mi.

**Clinical Social Worker**

- Diagnostic evaluation of individual and family
- Treatment planning
- Individual and family therapy

1976 – 1979                Fairlawn Center, Child Psychiatry Div., Clinton Valley Center, Pontiac, Mi.

**Clinical Social Worker and the Ward Manager**

- Admission evaluations
- Treatment planning
- Interdisciplinary Treatment Team leader
- Supervision of social workers and psychiatry residents
- Individual, group, and family therapy

1969 – 1976                Catholic Social Services of Oakland County, Royal Oak, Mi.

**Adoption/Foster care social worker**

- Adoption home study and placement of infants and children
- International adoption
- Unmarried parents counseling
- Supervision of adoptive families

| | |
|---|---|
| **Professional memberships** | National Association of Social Workers |
| **Current Activities** | - Employed by the Riverside county Adult Protective Services, IHSS as a home caregiver for a family member<br><br>- Work for the Tele-Interpreters, Inc. as a Korean Interpreter, average 7-12 hours a week |
| **Languages** | English and Korean |
| **Hobbies** | Painting, Arts & Crafts, Music, Dancing, Reading, and Photography |
| **References** | Leonti Thompson, M.D., Chief Psychiatrist, Health Care Services Division<br><br>Betty Sutton, Ph.D. Chief Psychologist, Health Care Services Division |

**(Available, upon request)**