## Mary-Joy Spencer
1800 Douglas Ave, Unit 108
North Providence, Rhode Island 02904
(401) 300-9920 mjas911@aol.com

**Bar Admissions:**
    State of Rhode Island, Admitted 2005
    United States District Court, District of Rhode Island, Admitted 2006

**Legal Education:**
    *Roger Williams University School of Law*, Bristol, Rhode Island
    Juris Doctor degree, May 2005
    Class Rank: top 1/3
    Honors: Justinian Law Society Scholarship Recipient
    Activities: American Inn of Court, executive board, student representative
        Justinian Law Society, Treasurer
        Professional Multistate Bar Review (PMBR), head student representative
        Barbri Bar Review, student representative
        Student Ambassador for admissions office
        Roger Williams 2003 Moot Court Competition, bailiff; 2004 participant
        Rhode Island Bar Association Convention, student representative
        Volunteer Faculty Interviewer
    Legal Publication: Chapter 10: *Labor*, in Wendy Davis, AVIATION LAW: CASES AND PROBLEMS 251-278 (2004)

**Undergraduate Education:**
    *Providence College*, Providence, Rhode Island
    Bachelor of Arts, *magna cum laude*, English, May 2002
    Honors: Providence College Dean's Scholarship
        Providence College Dean's List Honors
        Aldo Freda Scholarship Recipient 1998 and 1999
        National Society of Collegiate Scholars
        The Alembic Award
    Activities: Editor, THE ALEMBIC, Literary Journal of Providence College
        Disc Jockey, 91.3 WDOM FM, Providence College Radio
        Writer, *The Cowl*, Providence College Newspaper
        Campus Ministry Member
        Urban Action Volunteer
    Literary Publication: Poem, *The Direction of a Leave*, p.61 THE ALEMBIC 2002.

**Preparatory Education:**
    *La Salle Academy*, Providence, Rhode Island
    Class Rank: 9
    Honors: National, Rhode Island, and Spanish Honor Societies
        Lieutenant Governor Jackvony Leadership Award
        Boston College Book Award
        La Salle Academy Pegasus Program for Accelerated Students
        RI Lung Association Award and American Cancer Society Award for research
    Activities: Editor, La Salle Academy Yearbook
        Harvard Model United Nations Delegate
        Student Representative for Martin Luther King Jr. Non-Violence Workshop

**Legal Experience:**

*Associate*         *Summer 2005-present*
*Law Office of Joseph M. DiOrio, Inc.*, Providence, RI
Private firm specializing in creditor's rights, commercial lending, and complex bankruptcy matters. Responsible for conducting legal research, drafting legal documents including motions, agreements and orders, handling hearings, and making recommendations for case settlement. Responsibilities also include organizing details of state court receiverships including, but not limited to, managing the details of an auction, communicating with potential bidders regarding the sale of real estate and other assets, and making recommendations regarding claims against the estate. Duties require first-hand communication with substantial corporate clients and outside counsel both in-state and out of state.

*Intern*         *Spring 2005*
*Rhode Island Department of the Attorney General*, Providence, RI
Assisted the Juvenile Prosecution Unit with Rule 9 certification

*Legal Intern*         *Summer 2003*
*Frank A. Lombardi*, Providence, RI
Conducted legal research, drafted complaints, and filed papers with the court.

*Receptionist*         *Summers 1997-2002*
*Romano & Spinella, et al*, 1000 Smith Street, Providence, Rhode Island
Receptionist for eight attorneys at the address, including six sole practitioners. Duties included handling incoming calls, greeting clients, preparing documents, and organizing files.

*Intern*         *June 2001- December 2001*
*Rhode Island Department of the Attorney General*, Providence, RI
Assisted the Adult Diversion Unit under the supervision of Chief John McCabe in scanning eligible clients. Primary duties included conducting background checks, preparing files for proper disposition, interviewing clients, and notifying attorneys, police, victims, and defendants of file status.

*Intern*         *September 2001-December 2001*
*Rhode Island District Court*
Shadowed Chief Justice DeRobbio during arraignments and in various aspects of his position.

*House Page*         *January 1995- June 1999*
*State of Rhode Island*
Assisted House Speaker and Representatives during session.

*Office Assistant*         *Summer 1996*
*RI Secretary of State James Langevin*, Providence RI
Performed various office tasks such as organizing files and answering phones.

**Summary Work Experience:**
During undergraduate education worked full and part time in customer service to defray educational expenses. Further inquiry available upon request.

**Special Skills:**
Trained in Westlaw and LEXIS/NEXIS, WordPerfect, MSWord, and Powerpoint.

**Personal Interests:**
Writing poetry, drawing, playing tennis, and watching baseball.