IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,　　　　　　　　No. CIV S-90-0520 LKK JFM P

   vs.

PETE WILSON, et al.,

        Defendants.　　　　　　　　<u>ORDER</u>

_____/

        The special master in this case has submitted a request for approval of appointment of additional staff. The special master seeks approval of Kathryn A. Burns, M.D., M.P.H., Mary Perrien, Ph.D., Yong Joo Erwin, L.C.S.W., and Mary-Joy Spencer, Esq. as additional members of his staff. Dr. Burns and Dr. Perrien are to be compensated at the hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred fifty dollars ($250.00) plus reasonable expenses. Ms. Erwin and Ms. Spencer are to be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred dollars ($200.00) plus reasonable expenses.

        Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

/////

1

1. The special master's March 16, 2007 request for approval of appointment of additional staff is granted; and

2. The special master is authorized to appoint Kathryn A. Burns, M.D., M.P.H., Mary Perrien, Ph.D., Yong Joo Erwin, L.C.S.W., and Mary-Joy Spencer, Esq. as a staff members to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff, filed March 16, 2007, and to be compensated at the rates set forth therein.

DATED: March 19, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2