| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California  94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington  98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>        Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants | No.:  Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS** |

1      The CDCR's Mental Health Services Delivery System (MHSDS) is in a crisis that
2 warrants emergency action by this Court.  *Coleman* class members are being denied access to
3 the highest levels of mental health care, licensed inpatient psychiatric beds operated by
4 Defendant Department of Mental Health.  Defendants have intentionally excluded from
5 Atascadero State Hospital ("ASH") *Coleman* class members who were in dire and immediate
6 need of inpatient psychiatric care.  In addition, Defendants and their agents and employees
7 have failed to take necessary and appropriate actions to end the shortage of clinical and
8 custody staff that has made ASH and other DMH facilities dangerous and unsafe locations to
9 house and treat prisoners with serious mental illness.  Without an emergency Order from this
10 Court, additional DMH units will close, programming will be reduced even further and
11 inpatient psychiatric beds will continue to be denied to the most acutely ill members of the
12 *Coleman* class.  This Court thus deems that an emergency Order is necessary to prevent further
13 harm to the Plaintiff Class.
14      Good cause appearing, IT IS HEREBY ORDERED THAT:
15      1.     Defendants shall take all necessary steps, including but not limited to appropriate
16 salary increases in full parity with CDCR, to retain and hire adequate clinical and custody
17 staffing levels to safely open every one of the 256 contracted ASH beds to *Coleman* class
18 members within 30 days of the date of this Order.  ASH shall not limit or restrict admissions to
19 those 256 CDCR beds without leave of Court.
20      2.     Defendants shall take all necessary steps, including but not limited to salary
21 increases in full parity with CDCR, to retain and hire adequate clinical and custody staff at all
22 other DMH hospitals that house CDCR patients.  DMH shall not limit access or restrict
23 admissions to CDCR beds without leave of Court.
24      3.     Defendants shall take all necessary steps to fully open the D-5 unit at SVSP by
25 June of 2007.  Defendants shall also ensure that all patients housed in D-5 and D-6 have access
26 to a minimum of 20 hours a week of clinical treatment and programming in addition to
27 appropriate yard time on the grassy yard within 10 days.  The SVSP Warden shall supply
28 sufficient custody officers to the control rooms of D-5 and D-6, for escorts and for yard

supervision to assure compliance with this order and shall assure that any CDCR obstacles to compliance with this provision are removed.

    4.    Defendants shall take all necessary steps, including salary increases in full parity with CDCR, to accelerate the opening of all beds at Coalinga State Hospital for patient admission in order to reach full licensed capacity by July 1, 2009.

Dated: _____                      _____
                                                    Honorable Lawrence K. Karlton