| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California  94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington  98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>     Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>     Defendants | No.:  Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME** |

DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' MOTION FOR ORDER SHORTENING TIME, NO.:  CIV S 90-0520 LKK-JFM

I, Amy Whelan, declare:

1. I am an associate with Rosen, Bien & Galvan, counsel of record for plaintiffs in the above-captioned action. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.

2. This declaration is submitted in support of plaintiff's Application for an Order Shortening Time, submitted herewith, to have its Motion for Emergency Relief heard on an expedited schedule.

3. This is an emergency motion to enforce court orders to open Department of Mental Health beds necessary for the health and safety of *Coleman* class members.

4. A hearing before this Court on shortened time is necessary because an emergency exists that has caused and continues to cause risk to the health and safety of *Coleman* class members.

5. I exchanged email messages with Lisa Tillman, counsel for defendants, on March 23, 2007, advising her of my request for shortened time for the hearing of this motion. Ms. Tillman did not agree to stipulate to a shortened timeline as of March 23, 2007, because she requested time to review the brief. I requested that Ms. Tillman contact me by noon on Monday, March 26, 2007, after reviewing the brief, to notify me as to whether or not a stipulation would be possible. If Ms. Tillman stipulates to a shortened time schedule, I will notify this court by filing an amended declaration and by calling the Clerk's office.

6. On behalf of plaintiffs, I respectfully request the Court to set an expedited briefing and hearing schedule. I certify that the Application for Order Shortening Time is made in good faith and for good cause.

I declare under penalty of perjury, that the foregoing is true and correct, and that this declaration is executed in San Francisco, California on March 23, 2007.

Dated: March 23, 2007

Respectfully submitted,

*/s/ Amy Whelan*_____

Rosen, Bien & Galvan
Attorneys for Plaintiffs