1  ANDREW H. BAKER, SBN 104197
   BEESON, TAYER & BODINE, PC
2  1404 Franklin Street, 5th Floor
   Oakland, CA  94612
3  Telephone:    (510) 625-9700
   Facsimile:     (510) 625-8275
4  Email:          abaker@beesontayer.com

5  Attorneys for Amicus AFSCME Local 2620

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>           Defendants. | Case No. CIV S 90-0520 LKK-JFM<br><br>REQUEST TO BE REMOVED FROM SERVICE LIST AND [PROPOSED] ORDER |

American Federation of State County and Municipal Employees, Local 2620 (AFSCME) filed an *amicus brief* on January 31, 2007.  Although no longer actively involved in the case, counsel for Local 2620, Andrew H. Baker, has continued to receive service of documents via e-mail.  He now respectfully requests to be removed from that service list.

Date:   March 26, 2007                              BEESON, TAYER & BODINE, PC


                                                    By:      /s/Andrew H. Baker
                                                          ANDREW H. BAKER
                                                          Attorneys for AFSCME Local 2620

REQUEST TO BE REMOVED FROM SERVICE LIST                                               1
Case No. CIV S 90-0520 LKK-JFM
59120.doc

1  TO:   E-FILING CLERK OF THE UNITED STATES DISTRICT COURT,
         EASTERN DISTRICT OF CALIFORNIA:

    The request of Andrew H. Baker to be removed from the service list on Case No. CIV-S-90-0520 LKK-JFM is hereby APPROVED.

Dated:  _____
                              Judge of the United States District Court