```
ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone:   (510) 625-9700
Facsimile:   (510) 625-8275
Email:       abaker@beesontayer.com
```

Attorneys for Amicus AFSCME Local 2620

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. CIV S 90-0520 LKK-JFM<br><br>WITHDRAWAL OF REQUEST TO BE REMOVED FROM SERVICE LIST |

American Federation of State County and Municipal Employees, Local 2620 (AFSCME) hereby withdraws its March 26, 2007 request to be removed from the service list in this matter.

Date:   March 27, 2007                         BEESON, TAYER & BODINE, PC


By:       /s/Andrew H. Baker
    ANDREW H. BAKER
    Attorneys for AFSCME Local 2620

---

WITHDRAWAL OF REQUEST TO BE REMOVED FROM SERVICE LIST
Case No. CIV S 90-0520 LKK-JFM
59120.doc