EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 327-7872
Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' EX PARTE MOTION FOR ORDER APPROVING PSU BEDS AT CALIFORNIA INSTITUTION FOR WOMEN, WITH DECLARATION OF LISA TILLMAN, DECLARATION OF DOUG MCKEEVER, [PROPOSED] ORDER** |

## I.

## INTRODUCTION

By this ex parte motion, Defendants seek a court order approving undisputed plans for the development of twenty permanent psychiatric services unit (PSU) beds at the California Institution for Women (CIW). Special Master Keating has consistently observed the lack of psychiatric services unit beds for women inmates with severe mental disorders. Defendants have submitted to Special Master Keating their plan to construct twenty PSU beds at CIW. Defendants now seek court approval of this plan to develop twenty permanent PSU beds at CIW.

## II.

## BACKGROUND

PSU beds are designed to enable the provision of mental health services in a secure setting, without the features of a secured housing unit (SHU). Women inmates within CDCR have not been provided with PSU beds, and so have not benefitted from receiving mental health care in such an environment. In contrast, mentally ill male inmates at Pelican Bay State Prison who need both mental health services and a secure setting are housed in PSU beds.

In May 2006, this Court issued a series of orders requiring Defendants to submit interim and long-term plans for meeting the mental health bed needs of male and female inmates of the California Department of Corrections. (Orders, 5/2/06.) Defendants submitted interim and long-term bed plans to this Court. (Def. Filings, 6/15/06, 6/30/06, 12/19/06.) The long-term bed plan addressed the provision of licensed (acute and intermediate care) beds for women prisoners for the forecasted population needs of 2011. The interim plan spoke to more immediate needs.

In the course of an All Parties meeting on July 10, 2006, the parties discussed the development of PSU beds at CIW with Special Master Keating. (Dec. McKeever, ¶ 5; Ex. A, 8/7/06 Letter of Deputy Special Master Lopes, p. 2.) The court-appointed experts voiced their opinion that twenty beds were needed. (Dec. McKeever, ¶ 5.) Defendants stated their commitment to providing twenty permanent PSU beds and to obtaining the necessary staffing package for twenty PSU beds. (Dec. McKeever, ¶¶ 5, 6; Ex. A, p. 2.) As of January 2007, ten temporary PSU beds had been activated. (Dec. McKeever, ¶ 8.) Legislative approval of the Governor's Budget proposal for additional funding is necessary to construct and activate the twenty permanent PSU beds at CIW. (*Id.* ¶ 9.)

Defendants' counsel has informed Plaintiffs' counsels of the intent to file this ex parte motion. (Dec. Tillman, ¶¶ 3, 4.) Plaintiffs' counsels do not object to this ex parte motion.

//

//

//

//

## III.

## LEGAL STATEMENT

Defendants request a court order stating approval of Defendants' planned construction of twenty permanent PSU beds at California Institution for Women. Plaintiffs have not objected to this ex parte request. A court order will provide Defendants with the necessary judicial expression of approval for this plan to proceed on a timely basis.

## IV.

## CONCLUSION

Defendants respectfully request this Court enter an order approving the stated plan to construct twenty permanent PSU beds at California Institution for Women.

Dated: March 26, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General

***/s/ Lisa A. Tillman***

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30235640.wpd
CF1997CS0003