<u>**COLEMAN v. SCHWARZENEGGER**</u>
**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT A IN SUPPORT OF DEFENDANTS'
EX PARTE MOTION RE. CIW PSU BEDS**



PANNONE
LOPES &
DEVEREAUX

August 7, 2006

**VIA E-MAIL
AND REGULAR MAIL**

Peter Farber-Szekrenyi, DR. P.H.
Director
Division of Correctional Health Care Services
California Department of Corrections
1515 S Street Suite 502 South
Sacramento, CA 95814

Michael Bien, Esq.
Rosen, Bien & Asaro
155 Montgomery Street, 8FL
San Francisco, CA 94104

Lisa A. Tillman, Esq.
Deputy Attorney General
1300 I Street
Sacramento, CA 94244

Donald Specter, Esq.
Prison Law Office
2173 East Francisco Boulevard
Suite M
San Rafael, CA 94901

Michael Stone, Esq.
California Department of Corrections
Legal Affairs Division
1515 S Street Room 314S
Sacramento CA 95814

Re:   Commitments resulting from the July 10, 2006 Coleman policy meeting

Dear Colleagues:

Listed below are the commitments resulting from the July 10, 2006 Coleman policy meeting.

1.   CDCR will provide Special Master Keating with the "right prison-right mission" program's most recent monthly report on MHSDS census by program and classification (e.g., SNY).

August 7, 2006
Page 2

2. CDCR agreed to consider taking another look at centralizing its exhibitionist population.

3. CDCR agreed to review ASU data to determine if information regarding the reason for ASU placement could be teased from the data. Such information could shed light on proposals to provide additional services to, or create a new program for, SNY EOP inmates housed in ASUs for safety reasons. Teresa Schwartz agreed to respond in a week or two (July 17-24, 2006). Ms. Schwartz also agreed to review existing data to determine if she could answer plaintiffs' questions.

4. Lisa Tillman promised to verify that staffing allocations for the new PSU at CIW were based on a program capacity of 20 patients.

5. CDCR will organize a meeting with Navagant (formally Tucker-Allen) to discuss the process by which MHSDS capacity projections are calculated.

6. George Siffuentes will provide to Special Master Keating an update on LOU renovations by the end of July, 2006.

7. The monthly ICF report will be modified once Unit P-3 at CMF and Units D-5/6 at SVSP are fully activated. Inclusion of the ICF beds at CSH was not discussed.

8. CDCR will provide to Special Master Keating a report of "who went where" as part of CDCR's short-term plan for reducing the 3CMS population in reception centers.

9. CDCR will share with Special Master Keating any written directives regarding the prioritization of changes to be implemented per the revised program guides.

10. Coleman monitors will look at activated Behavioral Modification Units during 18th round monitoring.

11. Teresa Schwartz reported that the custody interventions for indecent exposure (e.g., Lexan door covers, specially designed jumpsuits) implemented at PBSP had been adopted statewide within the preceding 90 days. A subsequent monitoring tour of CSP-SAC indicated that institutions division had directed prisons to postpone adoption of these measures until the results of the PBSP pilot had been thoroughly evaluated. According to Jane Kahn, the department agreed to provide the Inmate Sexual Misconduct Policy that was recently distributed to all wardens, as

August 7, 2006
Page 2

        well as the Screening, Evaluation and Treatment of Exhibitionism Memorandum that was distributed to clinical staff in all prisons.

12. Coleman monitors will review the new system for tracking attempted suicides during 18th round monitoring.

If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

*[signature]*

Matthew A. Lopes, Jr.


cc: J. Michael Keating, Jr., Esq.
    Kerry C. Hughes, M.D.
    Dennis F. Koson, M.D.
    Jeffrey L. Metzner, M.D.
    Raymond F. Patterson, M.D.
    Melissa G. Warren, Ph.D.
    Mohamedu F. Jones, Esq.
    Virginia Morrison, Esq.
    Paul L. Nicoll, M.P.A.
    Ted Ruggles, Ph.D.
    Patricia M. Williams, Esq.
    Tim Fishback, M.D,
    Sharon Riegel
    Thomas Nolan, Esq.
    Jane Kahn, Esq.
    Keith Wattley, Esq.