EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' EX PARTE MOTION FOR ORDER APPROVING PSU BEDS AT CALIFORNIA INSTITUTION FOR WOMEN** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Lisa Tillman, declare:

1. I am an attorney licensed to practice before the courts of the State of California and admitted to practice before the Eastern District of the United States District Court of California. I am the deputy attorney general assigned to represent the Defendants in this matter.

2. If called to testify upon the facts stated in this declaration I would do so competently.

3. On the morning of Friday, March 16, 2007, I sent an email to Plaintiffs' counsels Michael Bien and Jane Kahn of Rosen, Bien and Galvan and Plaintiffs' counsel Ivan Trujillo of the Prison Law Office. The email stated that my office would seek, on an ex parte basis, a court

DEC. TILLMAN, EX PARTE MOTION CIW/PSU

1

order approving Defendants' plan to construct twenty permanent psychiatric services unit beds at California Institution for Women. The email requested Plaintiffs' counsels state any objections to the ex parte request by noon, Tuesday, March 20, 2007.

4. On the morning of Tuesday, March 20, 2007, I contacted Plaintiffs' counsel Ivan Trujillo of the Prison Law Office. He did not indicate any objection to this ex parte motion, but requested time to confer with Plaintiffs' counsel Michael Bien of Rosen, Bien and Galvan.

5. On Tuesday, March 20, 2007, I received an email from Plaintiffs' counsel Amy Whelan, an associate in Mr. Bien's office, stating questions concerning the motion. On Wednesday, March 21, 2007, I emailed a response to Ms. Whelan's questions, with a courtesy copy to Mr. Trujillo. The response contained answers to Ms. Whelan's questions, provided text from the ex parte motion and proposed order, and requested counsels agree to the ex parte motion by close of business March 21, 2007.

6. On Wednesday, March 21, 2007, Jane Kahn of Rosen, Bien and Galvan stated that Plaintiffs' counsel had no objection to the ex parte motion.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2007                    _____
                                          LISA TILLMAN

30236389.wpd
CF1997CS0003