EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Senior Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DOUG MCKEEVER IN SUPPORT OF DEFENDANTS' EX PARTE MOTION FOR ORDER APPROVING PSU BEDS AT CALIFORNIA INSTITUTION FOR WOMEN** |

I, Doug McKeever declare:

1. I am employed by the Division of Correctional Health Care Services, Division of the California Department of Corrections and Rehabilitation (CDCR). From January 2005 to October 2006, I held the position of Project Director, and was responsible for the development and preparation of projects arising from this case. Since October 2006, I have held the position of Director of the Mental Health Program, with direct oversight over the overall program and policy development and implementation for the statewide mental health program of the Division of Correctional Health Care Services. In both positions, I led a multi-agency work group

1  dedicated to creating and implementing short-term, interim, and long-range mental
2  health bed plans.
3      2. I have personal knowledge of the facts stated in this declaration and if called to testify
4  upon those facts would do so competently.
5      3. I have reviewed the Court orders requiring Defendants to develop bed plans to meet the
6  present and forecasted population of the CDCR mental health caseload, including the orders of
7  May 2006. I facilitated the development and reviewed the initial (June 2006) and amended
8  (December 2006) long-range mental health bed plans as well as the interim mental health bed
9  plans submitted to this Court for approval. The long-range bed plan addressed the provision of
10 licensed (acute and intermediate care) beds for women prisoners for the forecasted population
11 needs of 2011. The interim plan spoke to more immediate needs. Neither plan addressed the
12 provision of unlicensed psychiatric services unit (PSU) beds for women prisoners receiving
13 enhanced outpatient services in secured housing units.
14     4. I have reviewed the findings and recommendations stated in Special Master Keating's
15 February 7, 2007 report on Defendants' amended long-range mental health bed plan.
16     5. In the course of an All Parties meeting on July 10, 2006, the parties discussed the
17 development of PSU beds at the California Institution for Women (CIW) with Special Master
18 Keating. The court-appointed experts voiced their opinion that twenty beds were needed.
19 Defendants stated their commitment to providing twenty PSU beds and to obtaining the
20 necessary staffing package for twenty PSU beds.
21     6. On August 6, 2006, Deputy Special Master Lopes transmitted a letter noting Defendants'
22 commitment to providing a staffing package for twenty PSU beds at CIW. Attached as Exhibit A
23 is a true and correct copy of that August 6, 2006 letter.
24     7. The submitted December 2006 amended long-range mental health bed plan does not
25 explicitly state that twenty PSU beds will be built at CIW. In the Table 1 chart found in
26 Enclosure III, entitled "Initial, Expected Permanent Bed Capacity, June 2011, No New Beds," the
27 bed plan indicates only the assumption, for determining initial expected permanent bed capacity
28 with no new beds constructed, that an ancillary twenty bed PSU project is completed. Please

DEC. MCKEEVER, EX PARTE MOTION CIW

1  note that Table 3 chart entitled "Final, Expected Permanent Bed Capacity with Construction of
2  New Beds" on the same page contains a typographical error and mistakenly indicates only ten
3  PSU beds at CIW. The entry should indicate twenty PSU beds at CIW.

4      8. As of January 2007, ten temporary PSU beds had been activated.

5      9. Legislative approval of the Governor's Budget proposal for additional funding is
6  necessary to construct and activate the twenty permanent PSU beds at CIW.

7      I declare under the penalty of perjury that the foregoing is true and correct.

8  Dated: March 26, 2007                By: _____
9                                            Doug McKeever

15  30235693.wpd
    CF1997CS0003

DEC. MCKEEVER, EX PARTE MOTION CIW

3