## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

No.:  **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On March 27, 2007, I served the attached by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows: **DEFENDANTS' EX PARTE MOTION FOR ORDER APPROVING PSU BEDS AT CALIFORNIA INSITUTION FOR WOMEN, WITH DECLARATION OF LISA TILLMAN, DECLARATION OF DOUG MCKEEVER, [PROPOSED ORDER]**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 27, 2007, at Sacramento, California.

| S. Burke | /s/ S. Burke |
|---|---|
| Declarant | Signature |

30242547.wpd