EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' OBJECTION TO PLAINTIFFS' APPLICATION FOR AN ORDER SHORTENING TIME** |

Defendants have received Plaintiffs' Application for an Order Shortening Time on Plaintiffs' Motion for Emergency Relief Regarding Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals. The Application and Motion were filed after close of business on Friday, March 23, 2007. The Application does not state a sought hearing date or briefing schedule.

Plaintiffs have informed Defendants that they must indicate their willingness to stipulate to the Application for an Order Shortening Time by noon today or Plaintiffs will proceed further on their request. (Ex. A, Atty. Whelan Email, 3/23/07.) This afternoon, Plaintiffs' counsel stated the deadline was changed to 4:30 p.m. today. (Ex. D, Atty. Bien Email,

3/25/07.) Defendants have requested, in person and in writing, a statement of the date and briefing schedule sought by Plaintiffs in their Application for an Order Shortening Time. (Dec. Tillman, ¶¶ 4, 7, 8, 9; Ex. E.) No such statement has been provided. (Dec. Tillman, ¶ 9.) Defendants therefore request this Court deny the Application or, in the alternative, permit Defendants adequate time to respond to the Application once Plaintiffs make known the sought hearing date and briefing schedule.

Dated: March 26, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/ Lisa A. Tillman*


LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30242024.wpd
CF1997CS0003