1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
6 | 1300 I Street, Suite 125
P.O. Box 944255
7 | Sacramento, CA 94244-2550
Telephone: (916) 327-7872
8 | Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov
9
Attorneys for Defendants
10

11

12 | IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' OBJECTION TO PLAINTIFFS' APPLICATION FOR AN ORDER SHORTENING TIME** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Lisa Tillman, declare:

1.   I am an attorney licensed to practice before all the courts of the State of California and am admitted to practice in the United States District Court, Northern, Eastern and Southern Districts.

2.   I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3.   On the morning of March 23, 2007, at 8:41 a.m., I received an email from Ms. Whelan requesting that Plaintiffs were filing an "emergency motion today" about the "staffing crisis at

DEC. TILLMAN IN SUPPORT DEF. OBJECTION

1    DMH." She requested Defendants stipulate to a hearing on shortened time by 3:00 p.m. Friday,

2    March 23, 2007. Ms. Whelan offered to provide any further details. Attached as Exhibit A is a

3    true and correct copy of said email.

4         4.    In an email on Friday, March 23, 2007 at 10:41 a.m., I asked for further information

5    about the motion. I informed Ms. Whelan that I could not stipulate to a motion on shortened

6    time absent further information about the claims being asserted, the grounds for relief and the

7    relief sought. I asked for a copy of the motion before it was filed. Attached as Exhibit B is a true

8    and correct copy of said email.

9         5.    The only response to my email did not contain any further information about the motion

10    concerning DMH. Rather, in an email at 1:00 p.m. on March 23, 2007, Ms. Whelan simply

11    stated that an emergency motion would be filed "today" and asked that I inform her by noon

12    Monday, March 26, 2007 if Defendants would stipulate to the application for an order shortening

13    time. Attached as Exhibit C is a true and correct copy of said email.

14         6.    On Friday, March 23, 2007, from 5:18 p.m. to 5:41 p.m., Plaintiffs' counsel filed a

15    series of documents composing the motion and ex parte application for an order shortening time

16    were filed.

17         7.    On Saturday, March 24, 2007, at 11:57 a.m., I sent an email informing Ms. Whelan

18    that the filed proposed order on the motion was not accessible. I also informed her that

19    Defendants did not have sufficient time to respond by noon Monday, March 26 to the requested

20    stipulation because Plaintiffs had filed the motion and application for an order shortening time

21    after usual business hours on Friday, March 23. Attached as Exhibit D is a true and correct copy

22    of said email.

23         8.    On Monday, March 26, 2007 at 2:30 p.m., Ms. Kahn of Rosen, Bien and Galvan asked

24    me during a meeting if Defendants would stipulate to an order shortening time. I asked her for

25    the sought time frame of the application for shortened time. Ms. Kahn said she did not know

26    what time frame Plaintiffs sought on their Application for an Order Shortening Time.

27         9.    On Monday, March 26, 2007, at 3:10 p.m., Mr. Bien sent me an email requesting

28    Defendants stipulate to the application for an order shortening time and indicating he would

DEC. TILLMAN IN SUPPORT DEF. OBJECTION

1  "assume" that "any failure to respond is a indication of a refusal to stipulate." Attached as

2  Exhibit E is a true and correct copy of said email.

3      10.  In my email response to Mr. Bien's email, I again asked for the time frame sought on

4  the application for an order shortening time and stated that Defendants had not been given

5  adequate time or information to enter into a stipulation on Plaintiffs' application. No information

6  on the sought timeframe has been provided. Attached as Exhibit F is a true and correct copy of

7  said email.

8      I declare under the penalty of perjury that the foregoing is true and correct.

9      Dated: 3-27-07        By: _____

10

11

12

13     30242094.wpd
       CF1997CS0003
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEC. TILLMAN IN SUPPORT DEF. OBJECTION