RALPH COLEMAN, et al., v.  ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' OBJECTION TO PLAINTIFFS' EX PARTE
APPLICATION  FOR AN ORDER SHORTENING TIME

EXHIBIT A

Lisa Tillman - DMH Crisis, 489-3

| | |
|---|---|
| **From:** | "Amy E. Whelan" <AWhelan@RBG-Law.com> |
| **To:** | Lisa Tillman <Lisa.Tillman@doj.ca.gov> |
| **Date:** | 3/23/2007 8:41 AM |
| **Subject:** | DMH Crisis, 489-3 |
| **CC:** | <mbien@rbg-law.com>, "Jane E. Kahn" <jkahn@rbg-law.com>, "Sarah M. Laubach" <SLaubach@rbg-law.com>, "Lori E. Rifkin" <LRifkin@rbg-law.com>, Sofia Millham <smillham@rbg-law.com> |

March 23, 2007

Good morning Lisa,

Plaintiffs are filing an emergency motion today about the staffing crisis at DMH. We will also seek to have the motion heard on a shortened time schedule. Please let us know by 3:00 p.m. today if you will stipulate to the shortened schedule (which will be determined by Judge Karlton). If you want to discuss this further or need additional details, please feel free to call me.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

**We have moved to our new office.** Please note our new address, 315 Montgomery Street, Tenth Floor.

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.