RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' OBJECTION TO PLAINTIFFS' EX PARTE
APPLICATION FOR AN ORDER SHORTENING TIME

EXHIBIT B

## Lisa Tillman - Re: DMH Crisis, 489-3

| | |
|---|---|
| **From:** | Lisa Tillman |
| **To:** | Amy E. Whelan |
| **Date:** | 3/23/2007 10:16 AM |
| **Subject:** | Re: DMH Crisis, 489-3 |
| **CC:** | Jane E. Kahn; Lori E. Rifkin; mbien@rbg-law.com; Sarah M. Laubach; Sofia Millham |

March 23, 2007

Re: Coleman v. Schwarzenegger

Dear Ms. Whelan:

I would appreciate a copy of the motion before it is filed. I cannot stipulate to a motion on shortened time absent further information about the claims being asserted, the grounds for relief, and the relief sought. I have provided that professional courtesy to your office on various motions and I would hope it would be reciprocated. Please provide that information to me in writing at your earliest convenience.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

>>> "Amy E. Whelan" <AWhelan@RBG-Law.com> 3/23/2007 8:41 AM >>>
March 23, 2007

Good morning Lisa,

Plaintiffs are filing an emergency motion today about the staffing crisis at DMH. We will also seek to have the motion heard on a shortened time schedule. Please let us know by 3:00 p.m. today if you will stipulate to the shortened schedule (which will be determined by Judge Karlton). If you want to discuss this further or need additional details, please feel free to call me.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

**We have moved to our new office.** Please note our new address, 315 Montgomery Street, Tenth Floor.

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure.