RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' OBJECTION TO PLAINTIFFS' EX PARTE
APPLICATION FOR AN ORDER SHORTENING TIME

EXHIBIT C

## Lisa Tillman - RE: DMH Crisis, 489-3

| | |
|---|---|
| **From:** | "Amy E. Whelan" <AWhelan@RBG-Law.com> |
| **To:** | Lisa Tillman <Lisa.Tillman@doj.ca.gov> |
| **Date:** | 3/23/2007 1:00 PM |
| **Subject:** | RE: DMH Crisis, 489-3 |
| **CC:** | <mbien@rbg-law.com>, "Jane E. Kahn" <jkahn@rbg-law.com>, "Lori E. Rifkin" <LRifkin@rbg-law.com>, "Sarah M. Laubach" <SLaubach@rbg-law.com>, Sofia Millham <smillham@rbg-law.com> |

Dear Lisa,
We are filing the emergency motion today, which you will receive through the electronic filing process. Please let us know by noon on Monday, March 26, 2007, if you will stipulate to an expedited briefing schedule for this motion. This should give you ample time to review the motion for the limited purpose of deciding whether you will so stipulate.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

**We have moved to our new office.** Please note our new address, 315 Montgomery Street, Tenth Floor.

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

> **From:** Lisa Tillman [mailto:Lisa.Tillman@doj.ca.gov]
> **Sent:** Friday, March 23, 2007 10:16 AM
> **To:** Amy E. Whelan
> **Cc:** Jane E. Kahn; Lori E. Rifkin; Michael W. Bien; Sarah M. Laubach; Sofia Millham
> **Subject:** Re: DMH Crisis, 489-3
>
> March 23, 2007
>
> Re: Coleman v. Schwarzenegger
>
> Dear Ms. Whelan:
>
> I would appreciate a copy of the motion before it is filed. I cannot stipulate to a motion on shortened