RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' OBJECTION TO PLAINTIFFS' EX PARTE
APPLICATION FOR AN ORDER SHORTENING TIME

EXHIBIT D

**Lisa Tillman - RE: DMH Crisis, 489-3**

| | |
|---|---|
| **From:** | Lisa Tillman |
| **To:** | Amy E. Whelan |
| **Date:** | 3/24/2007 11:56 AM |
| **Subject:** | RE: DMH Crisis, 489-3 |
| **CC:** | Fdovale@pld-law.com; Jane E. Kahn; jmichaelkeatingjr@yahoo.com; lbuffardi@pld-law.com; Lori E. Rifkin; mbien@rbg-law.com; mlopes@pld-law.com; Sarah M. Laubach; Sofia Millham |

March 24, 2007

Re: Coleman v. Schwarzenegger

Dear Ms. Whelan,

I noticed that your motion was filed last night at approximately 5:38 p.m. I believe you had indicated it would be filed by 3:00 p.m. Friday, March 23, 2007. In any event, I cannot access the proposed order on the motion for emergency relief; the computer reports the order is "corrupted". Please forward the proposed order as soon as possible. Obviously, given the late filing of your ex parte motion and noticed motion Defendants have not been given sufficient time to respond by noon on Monday, March 26, 2007 to your request for shortened time. I again reiterate my request for professional courtesy to be exercised in these matters.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

>>> "Amy E. Whelan" <AWhelan@RBG-Law.com> 3/23/2007 1:00 PM >>>
Dear Lisa,
We are filing the emergency motion today, which you will receive through the electronic filing process. Please let us know by noon on Monday, March 26, 2007, if you will stipulate to an expedited briefing schedule for this motion. This should give you ample time to review the motion for the limited purpose of deciding whether you will so stipulate.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

**We have moved to our new office.** Please note our new address, 315 Montgomery Street, Tenth Floor.

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure.