RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' OBJECTION TO PLAINTIFFS' EX PARTE
APPLICATION FOR AN ORDER SHORTENING TIME

EXHIBIT E

Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

>>> "Michael W. Bien" <mbien@RBG-Law.com> 3/26/2007 1:08 PM >>>

Lisa

Please inform me whether or not you will stipulate to an order shortening time for this motion. At your request, we provided you with several days to review the motion and asked that you respond by noon today. It is now 1 pm. We assume that your failure to respond is an indication of a refusal to so stipulate. We will so inform the Court at 4:30 pm today.

Michael W. Bien

ROSEN, BIEN & GALVAN, LLP

315 Montgomery Street, Tenth Floor

San Francisco, CA 94104

(415) 433-6830 (telephone)

(415) 433-7104 (fax)

mbien@rbg-law.com

**We have moved to our new office.** Please note our new address, 315 Montgomery Street, Tenth Floor.

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Amy E. Whelan
**Sent:** Saturday, March 24, 2007 1:04 PM
**To:** 'Lisa Tillman'