**RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,**

**CASE NO. CIV S-90-0520 LKK JFM P**

**DEFENDANTS' OBJECTION TO PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME**

**EXHIBIT F**

# Lisa Tillman - RE: DMH Crisis, 489-3

| | |
|---|---|
| **From:** | Lisa Tillman |
| **To:** | Michael W. Bien |
| **Date:** | 3/26/2007 3:46 PM |
| **Subject:** | RE: DMH Crisis, 489-3 |
| **CC:** | Coleman Team - RBG Only; Fdovale@pld-law.com; jmichaelkeatingjr@yahoo.com; lbuffardi@pld-law.com; mlopes@pld-law.com |

March 26, 2007

Re: Coleman v. Schwarzenegger

Dear Mr. Bien,

Your email appears to assume that my clients were given adequate time and information in which to enter into a stipulation for an order shortening time. I respectfully suggest the underlying assumptions of your email be further examined.

My office and, more importantly, my clients were not provided "several days" to review the motion seeking emergency relief on DMH issues and the ex parte motion for an order shortening time. Rather, the motion and the ex parte request were filed after close of business on Friday, March 23, 2007. My clients have not had a reasonable period of time in which to respond to your office's request for a stipulation on the request for shortened time.
Indeed, on the morning of March 23, 2007 I sent a email requesting a statement of the issues, claims and relief sought in the underlying motion and did not receive any response before the motion and accompanying request for an order shortening time was filed. My office did not receive any indication of the issues, claims, and relief sought in the underlying motion until its receipt well after usual business hours on Friday, March 23, 2007.

Indeed, my office continues to seek and not receive necessary information about this ex parte request for an order shortening time. At a meeting with Ms. Kahn at 2:30 p.m. today, I asked what timeframe was sought in the request for shortened time. There is no indication in the ex parte declaration and proposed order for shortened time of the requested timeframe for a hearing on this matter. Ms. Kahn said she did not know the sought timeframe. I cannot adequately advise my client on the sought stipulation without having this information available.

Given the filing of the ex parte request for an order shortening time frame after close of business on Friday as well as the unstated amount of time sought for the motion to be heard, my clients have simply not been provided adequate time and information to enter into a stipulation to shorten time by this afternoon. If you have further information you would like to share before your anticipated filing this afternoon, I would be happy to review it.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

>>> "Michael W. Bien" <mbien@RBG-Law.com> 3/26/2007 1:08 PM >>>