IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**ORDER APPROVING PSU BEDS AT CALIFORNIA INSTITUTION FOR WOMEN** |

    This Court has reviewed Defendants' ex parte motion for an order approving the plan to construct twenty permanent psychiatric services unit (PSU) beds at California Institution for Women.  Upon good cause appearing, the Court hereby grants the ex parte motion and orders implementation of the plan forthwith.

Dated:   March 28, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order

1