IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.             ORDER

/

        On March 23, 2007, plaintiffs filed a motion styled "Motion for Emergency Relief Regarding Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals." Said motion was noticed for hearing on this court's April 23, 2007 law and motion calendar, in accordance with the provisions of Local Rule 78-230.

        Plaintiffs' motion was accompanied by an application for an order shortening time for hearing on the motion. Defendants object to the application for order shortening time on the ground that plaintiffs failed to provide a specific time frame for briefing and hearing on a shortened schedule. (Defendants' Objection to Plaintiffs' Application for an Order Shortening Time, filed March 27, 2007.)

        Plaintiffs' motion is grounded in significant part in contentions concerning an alleged severe staffing shortages in California Department of Mental Health (DMH) facilities and

1

1 alleged exacerbation of those shortages as a result of discrepancies in salaries paid to DMH
2 clinicians and salaries paid to clinicians with the California Department of Corrections and
3 Rehabilitation (CDCR).  By order filed February 7, 2007, defendants were directed to "assess and
4 develop a plan to meet the issues created by the disparity in pay for DMH clinicians providing
5 mental health services to CDCR inmates in CDCR institutions and those providing services to
6 CDCR inmates in all other DMH institutions."[1]  (Order filed February 7, 2007, at 2.)

7       The plan required by the court's February 7, 2007 order is due on or about April 9,
8 2007.  That is the same date on which defendants' opposition to plaintiffs' motion is presently
9 due.  (See Local Rule 78-230.)  The issues to be addressed in the plan appear to be highly
10 relevant to the issues raised in plaintiffs' motion.  For that reason, the court will not advance the
11 schedule for hearing on plaintiffs' motion.

12       In accordance with the above, IT IS HEREBY ORDERED that plaintiffs' March
13 27, 2007 application for an order shortening time is denied.

14 DATED: March 29, 2007.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

---

[1] The assessment was to include "the experience of DMH in filling its relevant vacancies over the last three years," and defendants were directed to provide monthly reports to the special master on staffing and staffing vacancies in all DMH hospitals providing services to CDCR inmates until the pay differential issue is resolved. (Order, filed February 7, 2007, at 2.)

2