EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO COURT ORDER REGARDING A PLAN TO ADDRESS PAY PARITY FOR DMH CLINICIANS** |

On February 7, 2007, this Court ordered Defendants to assess and develop a plan to meet the issues created by the disparity in pay for Department of Mental Health (DMH) clinicians providing mental health services to California Department of Corrections and Rehabilitation (CDCR) inmates in CDCR institutions and those providing services to CDCR inmates in all other DMH institutions.

Defendants hereby inform this Court that a request for enhancement of salaries provided to DMH clinicians has been made to the Legislature. (Ex. A, March 29, 2007 Letter, Re. Support, Department of Mental Health, ¶ 2.) In addition, Defendants have requested the Legislature authorize $1.0 million in funding to support the recruitment of psychiatric and medical services

within state institutions. (Ex. B, March 29, 2007 Letter, Re. Support, Department of Personnel Administration, ¶2.)

Defendants believe these two funding requests address the pay parity issue between DMH clinicians providing mental health services to California Department of Corrections and Rehabilitation (CDCR) inmates in CDCR institutions and those providing services to CDCR inmates in all other DMH institutions. Defendants respectfully request this Court find that no further response is necessary to the Court order of February 7, 2007.

Dated: April 2, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30244965.wpd
CF1997CS0003

DEF. RESPONSE CT. ORDER RE. DMH PAY

2