RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' RESPONSE TO COURT ORDER REGARDING
PLAN TO ADDRESS PAY PARITY FOR DMH CLINICIANS

EXHIBIT B



**DEPARTMENT OF FINANCE**
OFFICE OF THE DIRECTOR

ARNOLD SCHWARZENEGGER, GOVERNOR
STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

MAR 2007

Honorable Denise Moreno Ducheny, Chair
Senate Budget and Fiscal Review Committee

   Attention: Mr. Danny Alvarez, Staff Director (2)

Honorable John Laird, Chair
Assembly Budget Committee

   Attention: Mr. Christopher W. Woods, Chief Consultant (2)

### Amendment to Budget Bill Items 8380-001-0001 and 8380-004-0001, Support, Department of Personnel Administration

It is requested that Item 8380-001-0001 be increased by $2,825,000 to develop and implement the Human Resources Modernization Project (Project). The first year, 2007-08, will focus on the development of a comprehensive plan to reform the process by which the state brings new employees into civil service, how salary calculations are conducted, and how employees can promote once they are working for the state. Modernizing the human resource functions will increase the state's recruitment and retention capabilities, and expand the pool of available qualified employees. The Project will be developed by the Department of Personnel Administration (DPA) and the State Personnel Board, along with loaned positions from various departments, to modernize the state's human resource functions. The Project is expected to span seven to eight years.

It is requested that Item 8380-001-0001 be increased by $1.0 million to support increases associated with recruitment for psychiatric and medical services within state institutions. These funds will be used to contract with a private industry "head hunter" to assist the state with strategies for filling these classifications within California Department of Corrections and Rehabilitation (CDCR), Department of Mental Health (DMH), Department of Developmental Services (DDS), and Department of Veterans Affairs (DVA). It is expected that the focus of this recruitment will be outside of California and even outside of the United States. This will help avoid lawsuits as the impact of court-ordered salary increases provided by CDCR has had a staggering effect on these state institutions. The vacancy rate has forced several state hospitals to stop admissions, close units, and operate below the staffing standards agreed to by the state in a consent judgment with the federal Department of Justice pursuant to the Civil Rights for Institutionalized Persons Act.

It is requested that Item 8380-004-0001 be decreased by $2,396,000 to account for a reduction to the number of Rural Health Care Equity Program participants. As of May 1, 2007, Blue Shield Health Maintenance Organization will be expanding to Humboldt County. Current state employees and retired employees residing in Humboldt County receiving medical care outside of an HMO will no longer be eligible for the Rural Health Care Equity Program. As a result, Rural Health Care subsidy amounts ranging from $500 to $1500 an individual per year are no longer necessary as part of this program.

MAR 29 2007

-2-

The effect of my requested action is reflected on the attachment.

If you have any questions or need additional information regarding this matter, please call Koreen Hansen, Principal Program Budget Analyst, at (916) 445-3274.

MICHAEL C. GENEST
Director
By:

/s/ Vincent P. Brown

VINCENT P. BROWN
Chief Deputy Director

Attachment

cc:  Honorable Tom Torlakson, Chair, Senate Appropriations Committee
        Attention: Mr. Bob Franzoia, Staff Director
     Honorable Dennis Hollingsworth, Vice Chair, Senate Budget and Fiscal Review Committee
        Attention: Mr. Seren Taylor, Staff Director
     Honorable Mark Leno, Chair, Assembly Appropriations Committee
        Attention: Mr. Geoff Long, Chief Consultant
     Honorable Roger Niello, Vice Chair, Assembly Budget Committee
        Attention: Mr. Peter Schaafsma, Staff Director
     Honorable Michael Machado, Chair, Senate Budget and Fiscal Review Committee No. 4
     Honorable Juan Arambula, Chair, Assembly Budget Subcommittee No. 4
     Ms. Elizabeth Hill, Legislative Analyst (4)
     Ms. Diane Cummins, Senate President pro Tempore's Office
     Mr. Craig Cornett, Assembly Speaker's Office (2)
     Mr. Ivan Altamura, Chief of Staff, Assembly Republican Leader's Office
     Mr. Dave Gilb, Chief Deputy Director, Department of Personnel Administration
     Ms. Debbie Endsley, Assistant Chief Deputy Director, Department of Personnel Administration
     Ms. Blanche Harbridge-Wright, Administration Chief, Department of Personnel Administration