U.S. Dist Judge Karlton                    April 11, 2007
CASE 90-0520 LKK-JFM        RE: DENIAL MENTAL HEALTH, MEDICAL
                                 DENIAL LEGAL MAIL:

Mentally ill non-condemned inmates still being housed-hidden in EastBlock Death row, among Death row inmates. Thus unbearable noise directed at condemned men. I am back to being denied mental health care-medical treatment by this sadistic Warden Ayers, Capt Fox solely as a reprisal because my attorneys recently contacted both Senators Romero and Speiers plus a reporter about these 2 outrageous sadistic people above. Both Capt and Warden know I was deliberately 1/2 hour late for crucial legal visit Thursday 4-5-07 and attorney Joe Schlesinge timed it to the minute. After legal visit as reprisal for attending the legal visit staff left me in visiting room 1 1/2 hours without my nitroglycerin. Any attempt to attend sick-call-lab, outside medical transport EastBlock supervisors said I will wait as punishment in cage. My constitutional rights to access to mental health, medical, to receive legal mail being deliberately hindered by two sadistic criminals with badges. Death row is out of control under these 2 Ayers, Fox. Code of silence, criminal conduct, thefts, delaying, hiding of incoming legal mail, regular mail by the criminals now outrageous. Mental Health people say unless you in mental health program you cannot receive mental health treatment on death row. These people running death row are out of their mind.

Guards under Warden Ayers, Capt Fox deliberately encourage inmates to commit suicide. Warden, Capt cover-up all guard misconduct and strickley enforce code of silence. This Warden Ayers, Capt Fox personally ordered all guards to deliberately interfe with all my medical care, mentally health care including forging my name on refusal slips. These are the most corrupt, dishonest cowards to ever wear a badge. 2 guards Walters, Njoku said in front of Capt Fox "they plan to move me to the hole and hang me as suicide" Capt Fox, Warden are covering this statement up. Appeals office refuses to process 602 on this

Jerry Stanley
Box C 80900
Death Row 3-E-21
San Quentin, CAL
94974

4-8-07

U.S. DIST JUDGE L. KARLTON
CASE CIV-90-0520 LKK-JFM

On Sunday 4-1-07 pepper spray was used in death row twice on a non-condemned mentally ill inmate. I reported severe chest pains, severe breathing problems to a guard named Elliot. He refused to arouse any of his supervisors or medical personnel admitting this order came from a Capt. A. Fui, LT Pickett, LT Erickson. On Thursday 3-29-07 legal mail officer brought my legal mail to me at 6:15 pm per above supervisors request to increase harrassment, reprisals. Death row is totally out of control due to these sadistic supervisors deliberately creating incident after incident on death row including deliberately interfering with my death appeals which are in their final phase. Prison guards run death row under these sadistic guards. Warden Ayers, Capt Fui are not trying to run a smooth program. They are deliberately creating problems, deliberately allowing guards to run death row in a criminal manner. They enforce the code of silence, punish, threaten, harrass any one who speaks out. You have guards who have worked 7, 8, 10 years straight in death row. Warden, Capt allow main line inmates to work in death row so guards don't have to work, unheard of to allow workers in a lock-up unit. The noise level in East Block Death row from mentally ill non-condemned unbelievable due to Wardens, Capts total cover-up.

Copies: Senator Romero
  "    Senator Speier
  "    Inspector General Investigator
  "    U.S. Judge Thelton Henderson

Jerry F. Stanley
Box C80900
Death Row 3-E-21
San Quentin, Cal
94974

# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-6666  Fax: (916) 498-6656

Quin Denvir
Federal Defender

Daniel J. Broderick
Chief Assistant Defender

August 15, 2006

John Stokes, Acting Warden
San Quentin State Prison
San Quentin, CA 94974

re: Jerry Stanley C80900

Dear Warden Stokes:

I am writing to request your attention to three matters affecting Jerry Stanley's [C-80900] constitutional rights. First, it has come to my attention that Mr. Stanley is not receiving needed medical care for a heart condition. Second, Mr. Stanley informs me that he has not been given access to yard in which able to exercise freely in a way that would be beneficial to his health. Third, Mr. Stanley has been unable to arrange with current staff to have his property sealed in his presence.

I have reviewed records from Mr. Stanley's recent evaluation by a cardiologist. The cardiologist ordered additional testing as soon as possible. It is now been more than three weeks since that evaluation and the testing has not taken place. Additionally, it appears from Mr. Stanley and other prison records that Mr. Stanley has not been given his heart medication. Mr. Stanley has at least two serious cardiac problems that require medication. Please ensure that he receives his medications regularly.

Mr. Stanley has apparently been given access to a restrictive yard that does not admit direct sunlight or allow him to walk any meaningful distance for exercise. It is very important to Mr. Stanley's physical and psychological health that he get access to outdoor exercise.

Over many years, property officers have consistently agreed to seal boxes of Mr. Stanley's property in his presence prior to shipping them to his attorneys. Mr. Stanley informs me that new staff in East Block will not seal boxes cell-front. I would appreciate it if we could continue the old practice and would further appreciate the opportunity to talk with you about this.

Thank you for taking the time to consider my concerns. If I can be of any assistance to you in explaining them further, please let me know.

Sincerely,

Tim Schardl
Assistant Federal Defender

OFFICE OF THE FEDERAL DEFENDER
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-6666 Fax: (916) 498-6656

Quin Denvir
Federal Defender

Daniel J. Broderick
Chief Assistant Defender

December 10, 2004

Jeanne Woodford
Director, California Department of Corrections
1515 S Street
Sacramento, CA 95814

RE: Jerry Stanley, C-80900

Dear Director Woodford:

      I am writing regarding four matters concerning the constitutional rights of my client Jerry Stanley, C-80900. My hope is that by bringing these matters to your attention after they have been presented to officials at San Quentin, we can resolve them without litigation. First, Mr. Stanley's medical needs are not being met. Mr. Stanley has a heart condition for which he has been prescribed medication. Doctors at San Quentin have ordered additional diagnostic procedures for Mr. Stanley's potentially life threatening condition, but those procedures have not been done. Mr. Stanley has filed 602 forms regarding this matter, and has not received the necessary medical attention.

      Second, Mr. Stanley has not been given access to the exercise yard for several months. You may recall from your tenure at San Quentin that Mr. Stanley was assigned to a restricted yard. Mr. Stanley has Grade-A status and a constitutionally protected right to exercise outside his cell. My colleague, Joseph Schlesinger, has tried to work with officials at San Quentin by providing the name of an inmate (Gary Hines) who is also on a restricted yard, who has no problems with Mr. Stanley, and has indicated he would not object to sharing his yard with Mr. Stanley. I understand it may be difficult for San Quentin officials to schedule yard time for a large number of inmates. Nevertheless, keeping Mr. Stanley from exercising for this long period is physically unhealthy and is harming him psychologically.

      Third, I wrote to you in August about problems with legal mail in the East Block Condemned Unit. Problems continue such as long delays in delivery, and even failures to deliver, legal mail. This ongoing problem interferes with Mr. Stanley's right to counsel which is guaranteed under 18 U.S.C. § 848(q).

      Fourth, Mr. Stanley has used the 602 process to obtain an investigation of mail problems, and his requests have been refused. On one occasion, Mr. Stanley's 602 was rejected after no further action than asking the person he alleged was responsible for the violation of his mail privileges whether there was a violation.

      I ask that you please inform me whether CDC will take any steps to remedy these problems, and if so what those steps will be. Copies of Mr. Stanley's 602's and the resultant actions are enclosed for your review.

*[Handwritten annotations in margins: "NOTE", "NOTE", "YEARS (4)", "LEGAL MAIL", "REPRISALS TAKEN"]*

**California Appellate Project**

101 Second Street, Suite 600
San Francisco, CA 94105
415.495.0500
Fax 415.495.5616
www.capsf.org

*a non-profit corporation established by the State Bar of California*

## CONFIDENTIAL
## ATTORNEY COMMUNICATION

Jerry Stanley
CDC# C-80900
San Quentin State Prison
San Quentin, CA 94974

Dear Jerry,

    I have your letter of May 2, 2006. I was expecting a call on your birthday, but it never came. I hope you had a good one.

    I am sorry you are having medical problems. I did call Mr. Schardl to inform him of the contents of your letter. He described for me some of the difficulties you have encountered in getting satisfactory treatment. I would like to encourage you to sign whatever medical releases he thinks are necessary to pursue your claims; it's very important to be able to document them.

    Enclosed are twenty stamps; Happy Birthday.

    Also enclosed, as you requested, are the documents you sent with your letter.

    Best wishes.

Sincerely,

*Michael Millman*

Michael G. Millman
Executive Director

MGM:kt
Encl.

05-05-24.doc

From: Cardiology Associates of Marin and San ___, In   (415)927-616 Page 2 of 4            Sent ~ 2:33:50 PM, Tuesday, June 28, 2005

**CARDIOLOGY ASSOCIATES**
of MARIN and
SAN FRANCISCO MEDICAL GROUP, INC.

JAMES R. ADAMS, M.D., FACC
MARGARET L. BAER, M.D., FACC
KENT N. GERSHENGORN, M.D., FACC
ANN K. KAO, M.D., FACC
BRIAN O. KEEFFE, M.D.
LAURA R. PAK, M.D.
EUGENE P. SHATTON, M.D., FACC
JOEL SKLAR, M.D., FACC
DAVID C. SPERLING, M.D., FACC
ROBERT T. SPERLING, M.D., FACC
BRIAN L. STRUNK, M.D., FACC
MARK F. WEXMAN, M.D., FACC
JERALD A. YOUNG, M.D., FACC

2 BON AIR ROAD, SUITE 100, LARKSPUR, CA 94939, (415) 927-0666; FAX (415) 927-6169
350 PARNASSUS AVE, SUITE 808, SAN FRANCISCO, CA 94117, (415) 476-8366; FAX (415) 476-8919
185 ROWLAND WAY, SUITE 105, NOVATO, CA 94945. PLEASE REPLY TO LARKSPUR OFFICE

June 22, 2005

San Quentin Prison

RE: Stanley, Gerald

To Whom It May Concern:

Gerald Stanley was referred to our office today for a stress echo.

He is a 60-year-old man who has been having intermittent chest pains for more than two years. He says he started having chest pains approximately two years ago that only occurred very sporadically on the order of every six months to a year. Then in October 2004 he had increasing chest pains and was in the hospital portion of the prison. I do not have any records available to me. The patient does not think that he had a heart attack, although he is not 100% sure. Presumably he did not as he likely would have been transferred to either Novato Community Hospital or Marin General, which he says he was not. However he says that he was found to have an EKG abnormality, which led to an ultrasound and then was referred here today for a stress echocardiogram.

He describes a squeezing type of chest pain that lasts generally between two and five minutes and is located in his midsternum. It occurs about once or twice a month. It resolves promptly with nitroglycerin. It typically occurs with rest and does not radiate. The patient does do some leg lunges and stationary exercises that cause exertional dyspnea but not chest discomfort.

His EKG at the time of arrival today showed left bundle-branch block. Given the stress echos are not diagnostic in the setting of left bundle-branch block, I elected to perform a resting echocardiogram today and have the patient return for an adenosine thallium nuclear study.

**Past Medical History:**
1. Hypertension.
2. Dyslipidemia.
3. Left bundle-branch block.
4. Chest pain.

Patient: GERALD STANLEY
DOB: ___ 1900
Appt. Date: Jun 22 2005 2:00PM

MRN: 10050136

AGO - 002