# EXHIBIT A

California Department of Mental Health
Vacaville Psychiatric Program Memorandum
Dated April 9, 2007

# Vacaville Psychiatric Program

**Memorandum**

**To:** Cindy Radavsky

**Deputy Director, LTCS**

**Date:** April 9, 2007

**From:** Vacaville Psychiatric Program
P.O. Box 2297
Vacaville, CA 95696

**Telephone:** 707-449-6504

**Subject:** P-3 Level IV Intermediate Treatment Program Activation Schedule

The following activation plan is based upon projected timelines currently available from CMF Plant Operations, which is performing the unit renovation and the Department of Health Services (DHS), which will conduct the licensing inspection.

As of this date, CMF Plant Operations expects to complete work on the renovation of P-3 by May 31, 2007. Once CMF Plant Operations turns over the unit to the Vacaville Psychiatric Program (VPP), DHS will be scheduled to inspect the unit. It will take up to one week to clean, furnish and organize the unit for the DHS inspection. Providing all elements occur as expected, the VPP will begin filling the P-3 beds with new transfers from outside institutions beginning the weeks of June 11, 2007.

To facilitate a smooth activation for both patients and staff, promote clinical continuity for the patients, and minimize the length of time it takes to fully occupy the new P-3 unit, the VPP will transfer 15 patients from P-2 to P-3 on Monday, June 11. P-3 would then have 15 patients to start and admit 15 new patients over three weeks for a capacity of 30 by June 29, 2007. P-2 would have 21 patients to start and admit 15 patients over three weeks for a capacity of 36 by June 29, 2007. As during previous unit activations, this plan relies on CDCR institutions cooperating and providing necessary documentation so that we may coordinate these transfers in a timely fashion.

This plan will provide the opportunity for patients familiar with the P-2 operational and programming routine to assist new patients with orientation to the unit rules and expectations of P-3. Most of the staff assigned to P-3 will have already been oriented to the operations of P-2, of which P-3 will be a near carbon copy. This method of activation will provide a more therapeutic experience for new patients on both units and minimize gaps in treatment due to transfer from their previous level of care. Transitional groups

the transition and activation of P-3.

P-3

| DATE | ACTION |
|------|--------|
|      |        |

ACTIVATION SCHEDULE

P-3 AND P-2 ADMISSION SCHEDULE

| WEEK OF | # ADMISSIONS | | CENSUS P-3 | CENSUS P-2 |
|---------|---|---|---|---|
|         | P-3 | P-2 |    |    |
| 6/11/07 | 5 | 5 | 20 | 26 |
| 6/18/07 | 5 | 5 | 25 | 31 |
| 6/25/07 | 5 | 5 | 30 | 36 |

STIRLING C. PRICE
Assistant Executive Director