```
PRISON LAW OFFICE                          BINGHAM, McCUTCHEN, LLP
DONALD SPECTER Bar No.: 83925              WARREN E. GEORGE Bar No.: 53588
STEVEN FAMA Bar No.: 99641                 Three Embarcadero Center
General Delivery                           San Francisco, California 94111
San Quentin, California 94964              Telephone: (415) 393-2000
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP                  HELLER, EHRMAN, WHITE & McAULIFFE
MICHAEL W. BIEN Bar No.: 096891            RICHARD L. GOFF Bar No.: 36377
JANE KAHN Bar No.: 112239                  701 Fifth Avenue
AMY WHELAN Bar No.: 215675                 Seattle, Washington 98104
315 Montgomery Street, 10th Floor          Telephone: (206) 447-0900
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848
```

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

    Plaintiff,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

Case No. Civ. S 90-0520 LKK-JFM

**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2006**

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

1     Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Fourth
2 Quarter of 2006 to defendants via overnight Federal Express on January 29, 2007. The
3 parties completed their meet-and-confer process on March 29, 2007.
4     As a result of the March 29, 2007 agreement, the parties are able to agree to the
5 payment of $413,256.14 in fees and costs incurred during the Fourth Quarter of 2006.
6 Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and
7 owing for the Fourth Quarter of 2006.
8     THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
9 $413,256.14 plus interest is due and collectable as of 45 days from the date of entry of this
10 Order. Daily Interest on these fees and costs will run from the date of entry of this Order,
11 accruing at the rate provided by 28 U.S.C. § 1961.
12 APPROVED AS TO FORM:

14 _____    DATED: 4-16-07
15 Lisa Tillman, Esq.
    Van Kamberian, Esq.
16 Deputy Attorney General
    Attorney for Defendants

19 _____    DATED: 4/16/07
20 Amy Whelan, Esq.
    Rosen, Bien & Galvan, LLP
21 Attorneys for Plaintiffs

**Exhibit A**

# Coleman v. Schwarzenegger
**Fouth Quarterly Statement of 2006**
**October 1, 2006 through December 31, 2006**

## SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | COSTS |
|---|---:|---:|
| **MONITORING** | $ 366,602.58 | $ 37,719.44 |
| **MONITORING FEES ON FEES** | $ 8,724.75 | $ 209.37 |
| **TOTALS:** | $ 375,327.33 | $ 37,928.81 |
| **TOTAL UNDISPUTED FEES AND COSTS** | | $ 413,256.14 |
| **FEES AND COSTS REMAINING IN DISPUTE** | | $ 67,591.98 |

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees -Fourth Quarterly Statement, 2006
October 1, 2006 through December 31, 2006
Monitoring Work

Matter: 489-3

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing | Fees Still in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | |
| Michael W. Bien (MWB) | 213.90 | 118.20 | 31.00 | 0.90 | 86.30 | 126.70 | $ 169.50 | $ 21,475.65 | 14,627.85 |
| Jane E. Kahn (JEK) | 438.85 | 74.60 | 41.20 | 0.10 | 33.30 | 405.45 | $ 169.50 | $ 68,723.78 | 5,644.35 |
| Thomas Nolan (TN) | 22.40 | 6.20 | 5.70 | 0.00 | 0.50 | 21.90 | $ 169.50 | $ 3,712.05 | 84.75 |
| Ernest Galvan (EG) | 1.40 | 1.20 | 0.00 | 0.40 | 0.80 | 0.20 | $ 169.50 | $ 33.90 | 135.60 |
| Holly M. Baldwin (HMB) | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 16.95 | - |
| Megan R. Lang (MRL) | 0.80 | 0.50 | 0.00 | 0.50 | 0.00 | 0.30 | $ 169.50 | $ 50.85 | - |
| Anne Mania (AHM) | 0.20 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | $ 169.50 | $ - | - |
| Amy E. Whelan (AEW) | 31.60 | 16.30 | 13.50 | 1.70 | 1.10 | 28.80 | $ 169.50 | $ 4,881.60 | 186.45 |
| Kenneth M. Walczak (KMW) | 10.70 | 8.70 | 8.70 | 0.00 | 0.00 | 10.70 | $ 169.50 | $ 1,813.65 | - |
| Loren G. Stewart (LGS) | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 | - |
| Nura Maznavi (FNM) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 | - |
| Lori E. Rifkin (LER) | 258.80 | 255.30 | 79.30 | 29.40 | 146.60 | 82.80 | $ 169.50 | $ 14,034.60 | 24,848.70 |
| Sarah L. Laubach (SML) | 113.40 | 106.30 | 73.30 | 7.40 | 25.60 | 80.40 | $ 169.50 | $ 13,627.80 | 4,339.20 |
| Kim Le (KTL) | 22.40 | 5.80 | 3.80 | 1.00 | 1.00 | 20.40 | $ 169.50 | $ 3,264.00 | 160.00 |
| Salvador Arrona (SA) | 1.80 | 0.50 | 0.50 | 0.00 | 0.00 | 1.80 | $ 160.00 | $ 288.00 | - |
| Nathan J. Kleiner (NJK) | 318.80 | 62.80 | 36.60 | 6.70 | 19.50 | 292.60 | $ 160.00 | $ 46,816.00 | 3,120.00 |
| Sofia A. Millham (SAM) | 345.90 | 97.70 | 40.20 | 19.00 | 38.50 | 288.40 | $ 160.00 | $ 46,144.00 | 6,160.00 |
| Katherine Johnson-Silk (KJS) | 76.60 | 12.30 | 9.50 | 1.70 | 1.10 | 73.80 | $ 160.00 | $ 11,808.00 | 176.00 |
| Emily K. Harpster (EKH) | 1.60 | 0.20 | 0.20 | 0.10 | 1.60 | 1.60 | $ 150.00 | $ 240.00 | - |
| Sean Donovan (SD) | 4.40 | 0.20 | 0.10 | 0.10 | 4.30 | 4.30 | $ 150.00 | $ 645.00 | - |
| Kaylie T. Simon (KTS) | 0.40 | 0.00 | 0.00 | 0.00 | 0.40 | 0.40 | $ 150.00 | $ 60.00 | - |
| Maya Weltman-Fahs (MWF) | 6.60 | 6.00 | 5.90 | 0.00 | 0.00 | 6.50 | $ 150.00 | $ 975.00 | - |
| Katie Richardson (KMR) | 54.60 | 13.40 | 10.90 | 1.60 | 0.90 | 52.10 | $ 150.00 | $ 7,815.00 | 135.00 |
| **RBG Totals:** | **1925.65** | **786.60** | **360.60** | **70.60** | **355.40** | **1499.65** | | **$ 246,493.63** | **59,651.80** |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 33.10 | 20.00 | 7.10 | 0.00 | 12.90 | 20.20 | $ 169.50 | $ 3,423.90 | 2,186.55 |
| Steven Fama (SF) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 16.95 | - |
| Sarah Norman (SN) | 17.10 | 8.30 | 8.30 | 0.00 | 0.00 | 17.10 | $ 169.50 | $ 2,898.45 | - |
| Penny Godbold (PG) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $ 169.50 | $ 50.85 | - |
| Ian Trujillo (IT) | 355.70 | 14.30 | 11.90 | 0.10 | 2.30 | 353.30 | $ 169.50 | $ 59,884.35 | 389.85 |
| Noor Dawood (ND) | 107.90 | 11.50 | 10.70 | 0.80 | 0.00 | 107.10 | $ 160.00 | $ 17,136.00 | - |
| Jessica Bol (JB) | 220.30 | 19.50 | 18.30 | 0.70 | 0.50 | 219.10 | $ 160.00 | $ 35,056.00 | 80.00 |
| **PLO Totals:** | **734.50** | **73.70** | **56.40** | **1.60** | **15.70** | **717.20** | | **$ 118,466.50** | **2,656.40** |
| **Employment Law Center** | | | | | | | | | |
| Claudia Center | 5.39 | 1.10 | 1.10 | 0.00 | 0.00 | 5.39 | $ 169.50 | $ 913.61 | - |
| Lewis Bossing | 4.30 | 0.00 | 0.00 | 0.00 | 0.00 | 4.30 | $ 169.50 | $ 728.85 | - |
| **ELC Hours:** | **9.69** | **1.10** | **1.10** | **0.00** | **0.00** | **9.69** | | **$ 1,642.46** | **-** |
| **Total Monitoring - All Offices** | **2669.84** | **861.40** | **418.10** | **72.20** | **371.10** | **2226.54** | | **$366,602.58** | **$62,308.20** |

4th Qtr-Undisputed Total Fees new                                    4/2/2007

*Matter: 489-5*

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Fourth Quarterly Statement, 2006
October 1, 2006 through December 31, 2006

## Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing | Fees Still in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | |
| Michael W. Bien (MWB) | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 16.95 | - |
| Ernest Galvan (EG) | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | $ 169.50 | $ 101.70 | - |
| Thomas Nolan (TN) | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | $ 169.50 | $ 593.25 | - |
| Amy E. Whelan (AEW) | 8.20 | 0.00 | 0.00 | 0.00 | 0.00 | 8.20 | $ 169.50 | $ 1,389.90 | - |
| Pamela Derrico (PD) | 28.10 | 0.00 | 0.00 | 0.00 | 0.00 | 28.10 | $ 169.50 | $ 4,762.95 | - |
| Kim Le (KTL) | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | $ 160.00 | $ 480.00 | - |
| Katie Richardson (KMR) | 5.90 | 0.00 | 0.00 | 0.00 | 0.00 | 5.90 | $ 150.00 | $ 885.00 | - |
| **RBG Totals:** | 49.40 | 0.00 | 0.00 | 0.00 | 0.00 | 49.40 | | $ 8,229.75 | - |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 3.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3.30 | $ 150.00 | $ 495.00 | - |
| **PLO Totals:** | 3.30 | 0.00 | 0.00 | 0.00 | 0.00 | 3.30 | | $ 495.00 | - |
| **Total Fees - All Offices** | 52.70 | 0.00 | 0.00 | 0.00 | 0.00 | 52.70 | | $ 8,724.75 | - |

# Coleman v. Schwarzenegger

## Summary Of Undisputed Costs - Fourth Quarterly Statement, 2006
## October 1, 2006 through January 31, 2006

### Matter: 489-3 (Monitoring)

**ROSEN, BIEN & GALVAN**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Disputed |
|---|---|---|---|---|---|---|
| Photocopying (in-house @ .20) | $ 14,604.00 | $ 14,604.00 | $ 14,604.00 | $ - | $ 14,604.00 | $ - |
| Photocopying (outside services) | $ 4,556.85 | $ 4,556.85 | $ 4,556.85 | $ - | $ 4,556.85 | $ - |
| Photocopying - Symplex | $ 23.92 | $ 23.92 | $ - | $ 23.92 | $ - | $ - |
| International Effectiveness - Translation Spanish/English | $ 169.00 | $ 169.00 | $ 169.00 | $ - | $ 169.00 | $ - |
| Online Research - Pacer | $ 102.96 | $ - | $ - | $ - | $ 102.96 | $ - |
| Catherine Bodene - Transcripts | $ 251.04 | $ 251.04 | $ 88.91 | $ - | $ 88.91 | $ 162.13 |
| Petrilla Reporting & Transcription - Transcripts | $ 74.00 | $ 74.00 | $ 74.00 | $ - | $ 74.00 | $ - |
| Worldwide Network - Service on Lisa Tillman | $ 194.00 | $ - | $ - | $ - | $ 194.00 | $ - |
| Expert Services - W.L. Kautzky | $ 3,875.00 | $ 3,875.00 | $ 3,875.00 | $ - | $ 3,875.00 | $ - |
| Postage & Delivery | $ 1,343.97 | $ - | $ - | $ - | $ 1,343.97 | $ - |
| Telephone | $ 215.74 | $ - | $ - | $ - | $ 215.74 | $ - |
| Westlaw | $ 4,864.35 | $ 4,864.35 | $ - | $ - | $ - | $ 4,864.35 |
| Telefax | $ 341.00 | $ - | $ - | $ - | $ 341.00 | $ - |
| Travel | $ 3,610.79 | $ 2,332.42 | $ 2,055.59 | $ 19.53 | $ 3,333.96 | $ 257.30 |
| **RBA Totals:** | **$ 34,226.62** | **$ 30,750.58** | **$ 25,423.35** | **$ 43.45** | **$ 28,899.39** | **$ 5,283.78** |

**PRISON LAW OFFICE**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Disputed |
|---|---|---|---|---|---|---|
| Photocopying (in-house) | $ 1,329.40 | $ - | $ - | $ - | $ 1,329.40 | $ - |
| Postage & Delivery | $ 850.90 | $ - | $ - | $ - | $ 850.90 | $ - |
| Telephone | $ 6.57 | $ - | $ - | $ - | $ 6.57 | $ - |
| Travel | $ 6,638.18 | $ 1,042.55 | $ 1,037.55 | $ 5.00 | $ 6,633.18 | $ - |
| **Totals:** | **$ 8,825.05** | **$ 1,042.55** | **$ -** | **$ -** | **$ 8,820.05** | **$ -** |

| **Total Monitoring Costs:** | **$ 43,051.67** | **$ 31,793.13** | **$ 25,423.35** | **$ 43.45** | **$ 37,719.44** | **$ 5,283.78** |

### Matter: 489-5 (Monitoring Fees on Fees)

**ROSEN, BIEN & GALVAN**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Disputed |
|---|---|---|---|---|---|---|
| Photocopying (in-house @ .20) | $ 53.40 | $ - | $ - | $ - | $ 53.40 | $ - |
| Photocopying (outside services) | $ 132.42 | $ - | $ - | $ - | $ 132.42 | $ - |
| Postage & Delivery | $ 18.12 | $ - | $ - | $ - | $ 18.12 | $ - |
| Online Research - Pacer | $ 3.52 | $ - | $ - | $ - | $ 3.52 | $ - |
| Telephone | $ 1.91 | $ - | $ - | $ - | $ 1.91 | $ - |
| **Total Fees Costs:** | **$ 209.37** | **$ -** | **$ -** | **$ -** | **$ 209.37** | **$ -** |

| **TOTAL UNDISPUTED COSTS** | **$ 43,261.04** | **$ 31,793.13** | **$ 25,423.35** | **$ 43.45** | **$ 37,928.81** | **$ 5,283.78** |