PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2006** |

On April 16, 2007, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Fourth Quarter of 2006, pursuant to the March 19, 1996, periodic fees order in this case.

Pursuant to the stipulation filed on April 16, 2007, IT IS HEREBY ORDERED that plaintiff's fees and costs of $413,256.14 plus interest are due and collectable as of forty-five days from the date of entry of this Order. Daily Interest runs from date of entry of this Order at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated:

John F. Moulds, Magistrate Judge
United States District Court