ANDREW H. BAKER, SBN 104197
SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone:   (510) 625-9700
Facsimile:   (510) 625-8275
Email:       abaker@beesontayer.com

Attorneys for Amicus AFSCME Local 2620

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. CIV S 90-0520 LKK-JFM<br><br>MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS<br><br>Hearing date: April 23, 2007<br>Time:         10:00 a.m.<br>Courtroom:    4<br>Judge         Honorable Lawrence K. Karlton |

The American Federation of State, Municipal and County Employees, Local 2620, (AFSCME) moves for leave to file, as *amicus curiae*, a brief in support of Plaintiffs' motion for emergency relief regarding defendants' denial of access to inpatient psychiatric beds in DMH's state hospitals.

AFSCME is the exclusive representative of approximately 5,000 state employees in State Bargaining Unit 19 pursuant to the Ralph C. Dills Act, California Government Code sections 3512 *et seq.* Included in Unit 19 are approximately 930 psychologists, clinical social workers and rehabilitation therapists employed by the California Department of Corrections and

Motion for Leave to File *Amicus Curiae* Brief ISO Plaintiffs' Motion for Emergency Relief Re:
Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals
Case No. CIV S 90-0520 LKK-JFM
60043.doc

1

Rehabilitation (CDCR), and approximately 900 psychologists, clinical social workers and rehabilitation therapists employed by the California Department of Mental Health (DMH). The Unit 19 mental health staff employed by DMH include the psychologists, clinical social workers and rehabilitation therapists employed at Atascadero State Hospital (Atascadero), Coalinga State Hospital (Coalinga), and Patton State Hospital (Patton).

By virtue of the foregoing, AFSCME believes it is uniquely qualified to comment on Plaintiffs' March 23, 2007 Motion for Emergency Relief, as well Defendant's responses thereto, particularly as the briefings relate to the the need for and the Defendants' current proposal regarding a plan to address pay partiy for DMH clinicians.

The *amicus* brief AFSCME seeks leave to file is designed to supply the court with information and suggestions based on the issues raised by Plaintiffs' moving papers with respect to the effect of the large gap in pay between mental health clinicians at CDCR as compared with DMH clinicians servicing CDCR patients. Moreover, the brief speaks to the inadequacy of the Defendants' current compensation proposal in terms of stemming the exodus of staff from DMH to CDCR where they earn substantially greater compensation. A copy of the proposed *amicus curiae* brief and its supporting declarations that AFSCME seeks leave to file is filed along with this motion.

Date:   April 16, 2007                     Respectfully submitted,

                                           BEESON, TAYER & BODINE, PC


                                           By:       /s/Andrew H. Baker
                                                 ANDREW H. BAKER
                                                 SHEILA K. SEXTON
                                           Attorneys for AFSCME Local 2620

Motion for Leave to File *Amicus Curiae* Brief ISO Plaintiffs' Motion for Emergency Relief Re: Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals
Case No. CIV S 90-0520 LKK-JFM
60043.doc

2