**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | Case No. CIV S 90-0520 LKK-JFM<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS |

　　　The court is in receipt of a motion from American Federation of State, County and Municipal Employees, Local 2620 ("AFSCME") to file an *amicus curiae* brief in support of Plaintiff's Motion for Leave to File *Amicus Curiae* Brief in Support of Plaintiffs' Motion for Emergency Relief Regarding Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals.  Good cause appearing, the motion will be granted.  The amicus curiae brief AFSMCE submitted with its motion shall be filed electronically in accordance with the Local Rules of this Court and a courtesy copy shall be delivered to the chambers of the undersigned.

　　　Good cause appearing, IT IS HEREBY ORDERED that:

　　　1.　　AFSCME Local 2620's motion to file an *amicus curiae* brief in support of Plaintiffs' Motion for Emergency Relief Regarding Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals is hereby granted; and

　　　2.　　Said brief shall be filed and served on April 16, 2007.


DATED: _____, 2007　　　　　_____
　　　　　　　　　　　　　　　　　　　　Judge of the United States District Court

[Proposed] Order Granting Motion for Leave to File *Amicus Curiae* Brief ISO Plaintiffs' Motion for Emergency Relief Re: Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals
Case No. CIV S 90-0520 LKK-JFM
60046.doc