PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.:  Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS** |

The CDCR's Mental Health Services Delivery System (MHSDS) is in a crisis that warrants emergency action by this Court. *Coleman* class members are being denied access to the highest levels of mental health care – licensed inpatient psychiatric beds operated by Defendant Department of Mental Health. Defendants' attempt thus far to address the crisis has been severely inadequate, thus necessitating action from this Court. This Court therefore deems that an emergency Order is necessary to prevent further harm to the Plaintiff Class.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants Schwarzenegger, Tilton, Mayberg and Genest are ordered to produce a Plan in full compliance with this Court's February 7, 2007 Order within 5 court days of the issuance of this Order. Defendants shall declare under oath what steps they will take to address the staffing shortages caused by the CDCR pay increases, why they believe those steps will be sufficient to restore safe staffing levels to all DMH facilities, and shall include a detailed timeline for implementation of that plan such that all steps are fully implemented on or before November 1, 2007. The failure to comply with this Order will result in the issuance of an order to show cause why these Defendants should not be held in contempt of Court.

2. Defendants shall take all necessary steps, including but not limited to appropriate salary increases in full parity with CDCR, to retain and hire adequate clinical and custody staffing levels to safely open every one of the 256 contracted ASH beds to *Coleman* class members within 30 days of the date of this Order. ASH shall not limit or restrict admissions to those 256 CDCR beds without leave of Court.

3. Defendants shall take all necessary steps, including but not limited to salary increases in full parity with CDCR, to retain and hire adequate clinical and custody staff at all other DMH hospitals that house CDCR patients. DMH shall not limit access or restrict admissions to CDCR beds without leave of Court.

4. Defendants shall take all necessary steps, including salary increases in full parity with CDCR, to accelerate the opening of all beds at Coalinga State Hospital for patient admission in order to reach full licensed capacity by July 1, 2009. Defendants shall also make 100 additional beds at Coalinga State Hospital immediately available to the *Coleman* class.

1     5.    Defendants are ordered to change the prioritization of admissions to DMH so that CDCR patients in need of inpatient psychiatric hospitalization have equal admission priority to any other population served by DMH.

    6.    Defendants shall take all necessary steps to fully open the D-5 unit at SVSP by June of 2007. Defendants shall also ensure that all patients housed in D-5 and D-6 have access to a minimum of 20 hours a week of clinical treatment and programming in addition to appropriate yard time on the grassy yard within 10 days. The SVSP Warden shall supply sufficient custody officers to the control rooms of D-5 and D-6, for escorts and for yard supervision to assure compliance with this order and shall assure that any CDCR obstacles to compliance with this provision are removed. Within 15 court days of the date of this Order, Defendants shall file a declaration with the Court explaining the staffing levels on the D-5 and D-6 units and confirming that 20 hours a week of clinical programming in addition to yard time on the grassy yard has been provided to all patients housed in these units.

Dated: _____            _____
                                                           Honorable Lawrence K. Karlton