ANDREW H. BAKER, SBN 104197
SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone:   (510) 625-9700
Facsimile:   (510) 625-8275
Email:       abaker@beesontayer.com

Attorneys for Amicus AFSCME Local 2620

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN et al., | Case No. CIV S 90-0520 LKK-JFM |
|---|---|
| Plaintiffs, | |
| v. | DECLARATION OF WILLIAM SAFARJAN IN SUPPORT OF *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | Hearing date: April 23, 2007<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge Honorable Lawrence K. Karlton |

I, William Safarjan, declare under penalty of perjury:

1. I am employed by the California Department of Mental Health (DMH) as a psychologist at the Atascadero State Hospital (Atascadero). I have worked at Atascadero since 1984.

2. I have submitted an earlier Declaration to this Court in support of AFSCME's amicus brief that supported the Plaintiffs' Response to Special Master's 16th Monitoring Report and Request for Additional Order. In that Declaration, I outlined how salary increases for CDCR mental health clinicians have contributed importantly to increases in staff vacancy rates at Atascadero. The current vacancy data are as follows:

SAFARJAN DECL. ISO AMICUS CURIAE BRIEF ISO PLAINTIFFS' MOTION FOR EMERGENCY RELIEF RE:
DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS
Case No. CIV S 90-0520 LKK-JFM
60309.doc

1

- Of 95.5 budgeted psychologist positions, only 70 are allocated and only 38.8 are filled;
- Of 86 budgeted social worker positions, only 65 are allocated and only 51.8 are filled;
- Of 88.8 budgeted Rehabilitation Therapist positions, only 65 are allocated and only 43.75 are filled

In this connection, I am aware of several colleagues who, after these data were published, resigned their positions at Atascadero knowing that the Governor's proposal would bring their salaries to within an 18% differential of the salaries offered within CDCR. As recently as Friday of this past week, two experienced social workers transferred from ASH to CDCR, despite knowing that some salary increase was likely. In short, from speaking with my colleagues in psychology, social work and rehabilitation therapy, it is clear that the Governor's proposal will not stop the exodus of staff from ASH to facilities within CDCR.

3. The current DMH Atascadero staffing shortage has also coincided with an increase in the number of actual and attempted suicides among patients admitted to Atascadero under a penal code commitment. Specifically, there have been two actual and at least two attempted suicides since December of 2006. There were no other suicides in the year 2006, one suicide in 2005, and no suicides in the years 2002, 2003, or 2004.

4. While staff shortages are not necessarily directly related to increases in suicide rates, there are a number of reasons why a relationship would exist. Because of staff shortages, mandatory and voluntary overtime is being used to maintain minimum staffing. Staff who work double shifts are typically exhausted by the middle of their second shift and are unlikely to be as vigilant as their difficult job demands. The problem is compounded by use of "floats." Floats are nursing staff that are sent from their normally assigned unit to another unit that lacks minimum staffing. Floats typically are unfamiliar with the patients on the unit to which they have been temporally assigned; and therefore, cannot easily identify those patients who are at high risk. Shortages of clinical staff also affect the hospital's ability to reduce the risk of violent

SAFARJAN DECL. ISO AMICUS CURIAE BRIEF ISO PLAINTIFFS' MOTION FOR EMERGENCY RELIEF RE: DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS
Case No. CIV S 90-0520 LKK-JFM
60309.doc

2

behavior. For example, because of high vacancy rates, fewer psychologists and social workers are available to intervene in situations leading to crisis. Whereas acts of violence can be avoided, it is less likely with reduced staffing.

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2007 at Atascadero, California

*[signature]*
William Safarjan, Ph.D.

SAFARJAN DECL. ISO AMICUS CURIAE BRIEF ISO PLAINTIFFS' MOTION FOR EMERGENCY RELIEF RE: DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS
Case No. CIV S 90-0520 LKK-JFM
60309.doc

3