ANDREW H. BAKER, SBN 104197
SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 624-8275
Email: abaker@beesontayer.com

Attorneys for Amicus, AFSCME Local 2620

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. CIV S 90-0520 LKK-JFM<br><br>DECLARATION OF STEPHANIE WAGNER IN SUPPORT OF PLAINTIFF'S MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS<br><br>Hearing date: April 23, 2007<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Honorable Lawrence K. Karlton |

1    I, Stephanie Wagner, declare under penalty of perjury:

2    1.    I am employed by the California Department of Mental Health (DMH) as a Consulting

3    Psychologist in the Forensic Services Mentally Disordered Offender (MDO) Unit at DMH

4    headquarters.

5    2.    As a Consulting Psychologist, I evaluate and make a risk assessment of all mentally

6    disordered offenders who have committed a violent crime and are about to be released on parole.

7    This evaluation and assessment work is mandated by California Penal Code § 2962.  The process

8

9    requires that one evaluator from DMH and one evaluator from California Department of

10    Corrections and Rehabilitation (CDCR) make an independent assessment of each mentally

11    disordered offender.  If the two evaluators agree, then the prisoner is either released (because

12    he/she does not present a physical danger to society due to a mental disorder) or involuntarily

13    committed to a state hospital for additional treatment.  If we do not agree, then the Department of

14    Justice selects two other evaluators from their panel of evaluators to evaluate the prisoner.

15

16    3.    CDCR MDO evaluators received the same raises that Clinical/Staff Psychologists

17    received under Coleman.  I and other DMH MDO evaluators, who evaluate the same prisoner at

18    the same location (usually at the prisons) that the CDCR MDO evaluators do, did not receive a

19    raise.  The huge discrepancy (32.5 percent) between CDCR salaries and DMH salaries for the

20    same work on the same patient has caused me to seriously consider transferring to the CDCR

21    MDO unit, which presently has vacancies.  Indeed, it is difficult to justify remaining at DMH

22    given the large pay disparity for the performance of the same job.  I have been told by a number

23    of my colleagues that they are considering the same transfer.

24

25    Executed this 16th day of April, 2007 at Sacramento, California.

26

27

28    Stephanie Wagner

Decl. of Stephanie Wagner ISO Plaintffs' Mo. For Emergency Relief Regarding Defendants' Denial of Access to Inpatient
Psychiatric Beds in DMH's State Hospitals
Case No. CIV S 90-0520 LKK-JFM
56194_2.doc

2