ANDREW H. BAKER, SBN 104197
SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: abaker@beesontayer.com

Attorneys for Amicus AFSCME Local 2620

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. CIV S 90-0520 LKK-JFM<br><br>DECLARATION OF PAM MANWILLER IN SUPPORT OF *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS<br><br>Hearing date: April 23, 2007<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge Honorable Lawrence K. Karlton |

I, Pam Manwiller, declare under penalty of perjury:

1.   I am employed by the American Federation of State, County and Municipal Employees (AFSCME) as the Director of State Programs. In this capacity, I have representational responsibilities over the approximately 5,000 state employees in State Bargaining Unit (BU) 19, which includes approximately 900 psychologists, clinical social workers and rehabilitation therapists employed by the California Department of Mental Health (DMH). Among other responsibilities, I am AFSCME's chief negotiator for BU 19. I have been in this position since 2003.

Manwiller Decl. ISO File *Amicus Curiae* Brief ISO Plaintiff's Motion for Emergency Relief Re: Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals
Case No. CIV S 90-0520 LKK-JFM
60312.doc

1

2.     I am in regular communication with the DMH employees assigned to the state hospital at Coalinga and Atascadero. While these hospitals have historically experienced staffing problems, the staff recruitment and retention has become more difficult following the raise provided to CDCR employees who service Coleman class plaintiffs. Specifically, I regularly hear from my members that they have applied for a transfer to the CDCR given the vast pay differential between themselves and CDCR employees with similar qualifications and in the same classification. In the few months since the pay raise was provided CDCR employees, I have seen a huge hemorrhage of staff from DMH to the CDCR.

3.     I have reviewed Defendant's Responses filed on April 2 and April 9, 2007, asserting that the State has made funding requests that "address the pay parity issue between DMH clinicians providing mental health services to CDCR inmates in CDCR institutions and those providing services to CDCR inmates in all other DMH institutions". (Defendant's Response to Court Order Regarding a Plan to Address Pay Parity for DMH Clinicians, filed April 2, 2007, p. 2) I strongly disagree with Defendants' assertion that its wage proposal creates parity between the identified classes. Moreover, the fact is that some of the classifications, including those that provide treatment to Coleman class members, will see a reduction in pay under the State's recent wage proposal.

4.     Specifically, the State's current wage proposal is to remove a cost of living increase that was set to go into effect on July 1, 2007. In addition, the State's proposal folds a "recruitment and retention differential" (R and R differential) that is received by some classes into their base pay and phases in the eligibility of these amounts to PERS contributions over several years. Attached hereto as Exhibit A is a true copy of the State's proposal to BU 19. The effect of both of these changes is that the State's proposal not only fails to minimaaly affect the salary disparity, but it results in a reduction of pay for at least one class, the social workers.

//

//

//

Manwiller Decl. ISO File *Amicus Curiae* Brief ISO Plaintiff's Motion for Emergency Relief Re: Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals
Case No. CIV S 90-0520 LKK-JFM
60312.doc

2

1  I declare under penalty of perjury that the foregoing is true and correct. Executed this
2  16th day of April, 2007 at Sacramento, California

*Pam Manwiller*

Pam Manwiller

---

Manwiller Decl. ISO File *Amicus Curiae* Brief ISO Plaintiff's Motion for Emergency Relief Re: Defendants' Denial of Access to Inpatient Psychiatric Beds in DMH's State Hospitals
Case No. CIV S 90-0520 LKK-JFM
60312.doc

3