# Coleman Pay Equity Worksheet – Arriving at the Constant Differential

Class Code:  9877

Class Title:  Clinical Social Worker (HF)

Service-wide Range:  NA for service-wide

Service-wide Min Salary: $3437

Service-wide Max Salary: $4284

Coleman Range:  B (= licensed)

18% less CDCR Coleman Min:  $4894

18% less CDCR Coleman Max:  $5928

Coleman Salary Placement:  $5139 ($4894 x 5%)

| | |
|---|---|
| Difference between Coleman Salary Placement and Service-wide Max Salary: | $5139<br>- 4284<br>$ 855 (= 19.9% increase)<br>implement over 2 yrs |

NonPERSable Constant Differential:  $427.50 ($855 divided by 2)

Initial increase to Base Salary:  $427.50

Year One PERSable Base Salary:  $4711.50 ($4284 + $427.50)

Year One NonPERSable Differential:  $427.50

Total Gross Income:  $5139

Year Two PERSable Base Salary:  $5139

Year Two NonPERSable Differential:  NA

# Coleman Pay Equity Worksheet – Arriving at the Constant Differential

Class Code: 9873

Class Title: Psychologist HF Clinical

Service-wide Range: NA for service-wide

Service-wide Min Salary: $4655

Service-wide Max Salary: $6417

Coleman Range: B (=licensed)

18% less CDCR Coleman Min: $6885

18% less CDCR Coleman Max: $7319

Coleman Salary Placement: $7229 ($6885 x 5%)

| | |
|---|---|
| Difference between Coleman Salary Placement and Service-wide Max Salary: | $7229<br>- 6417<br>$ 812 (= 12.6% increase) implement first year |

NonPERSable Constant Differential: NA – full implementation

Initial increase to Base Salary: $812

Year One PERSable Base Salary: $7229 ($812 + $6417)

Year One NonPERSable Differential: NA

Total Gross Income: $7229

Year Two PERSable Base Salary: NA

Year Two NonPERSable Differential: NA

# Coleman Pay Equity Worksheet – Arriving at the Constant Differential

Class Code: 9839

Class Title: Sr Psychologist HF (Spec)

Service-wide Range: NA

Service-wide Min Salary: $5111

Service-wide Max Salary: $7046

Coleman Range: NA

5% less CDCR Coleman Min: $7751

5% less CDCR Coleman Max: $8636

Coleman Salary Placement: $8139 ($7761 x 5%)

Difference between Coleman Salary Placement and Service-wide Max Salary:   $8139
                                                                          - 7046
                                                                          $1093 (= 15.5% increase)
                                                                          implement over 2 yrs

NonPERSable Constant Differential: $546.50 ($1093 divided by 2)

Initial increase to Base Salary: 546.50

Year One PERSable Base Salary: $7592.50 ($546.50 + $7046)

Year One NonPERSable Differential: $546.50

Total Gross Income: $8139

Year Two PERSable Base Salary: $8139

Year Two NonPERSable Differential: NA

# Coleman Pay Equity Worksheet – Arriving at the Constant Differential

Class Code: 8312

Class Title: Rehabilitation Therapist (Recreation)

Service-wide Range: NA

Service-wide Min Salary: $2992

Service-wide Max Salary: $3725

Coleman Range: NA

18% less CDCR Coleman Min: $4654

18% less CDCR Coleman Max: $5217

Coleman Salary Placement: $4887 ($4654 x 5%)

Difference between Coleman Salary Placement and Service-wide Max Salary:  $4887
- 3725
$1162 (= 31% increase) implement over 3 yrs

NonPERSable Constant Differential: $387.33 ($1162 divided by 3)

Initial increase to Base Salary: $387

Year One PERSable Base Salary: $4112 ($387 + $3725)

Year One NonPERSable Differential: $774

Total Gross Income: $4887

Year Two PERSable Base Salary: $4499

Year Two NonPERSable Differential: $387

Total Gross Income: $4887

Years Three PERSable Base Salary: $4887