IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.               <u>ORDER</u>

        On April 12, 2007, the special master filed a report on defendants' establishment of interim inpatient intermediate Department of Mental Health beds and the need for approval of some basic components of defendants' revised December 2006 Bed Plan.

        Therein, the special master recommends that defendants submit a supplemental report setting forth expanded planning information on two issues: namely, the relationship between the California Department of Corrections and Rehabilitation ("CDCR") and the Department of Mental Health ("DMH"), and CDCR's plan for implementing the reorganization and consolidation of its intensive mental health programs to seven of its 33 institutions. This report supersedes the report required by the court's March 27, 2007 order.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.        The special master's April 12, 2007 report is adopted in full;

2. By June 15, 2007, defendants shall file a supplemental report which addresses two issues: CDCR's relationship with DMH and CDCR's consolidation plan. This supplemental report supersedes the report required in the court's March 27, 2007 order.

IT IS SO ORDERED.

DATED: April 17, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT