1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11            Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

12       vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,
14
             Defendants.              ORDER
15   _____/

16        This matter came on for hearing on April 23, 2007 on plaintiffs' motion for

17   emergency relief regarding access to inpatient psychiatric beds in state hospitals operated by the

18   California Department of Mental Health (DMH) for class members in need of such care.

19   Michael Bien, Esq., Jane E. Kahn, Esq. and Amy Whelan, Esq. appeared as counsel for plaintiffs.

20   Lisa Tillman, Deputy Attorney General, and Misha D. Igra, Deputy Attorney General, appeared

21   as counsel for defendants.  Sheila K. Sexton, Esq. appeared as counsel for amicus curiae

22   AFSCME Local 2620.

23        Plaintiffs' motion is grounded in significant part on severe staffing shortages at

24   DMH facilities and the exacerbation of those shortages resulting from discrepancies in salaries

25   paid to DMH clinicians and salaries paid to clinicians with the California Department of

26   Corrections (CDCR).  By order filed February 7, 2007, defendants were directed to "assess and

                                          1

1  develop a plan to meet the issues created by the disparity in pay for DMH clinicians providing

2  mental health services to CDCR inmates in CDCR institutions and those providing services to

3  CDCR inmates in all other DMH institutions." (Order filed February 7, 2007, at 2.)  On April 2,

4  2007, defendants filed a response to the February 7, 2007 order.  In the response, defendants

5  present evidence that they have requested of the California Legislature salary enhancements for

6  DMH staff in filled clinical positions and authorization for "$1.0 million in funding to support

7  the recruitment of psychiatric and medical services within state institutions."  (Defendants'

8  Response to Court Order Regarding a Plan to Address Pay Parity for DMH Clinicians, filed April

9  2, 2007, at 1-2.)  A letter appended to the response indicates that the salary enhancement "reflects

10  salary increases for filled Psychiatrist and Senior Psychologist classifications at 5 percent less

11  than CDCR salaries and 18 percent less than CDCR salaries for all other filled level-of-care

12  mental health classifications."  (Ex. A to Defendants' Response.)

13          As plaintiffs' counsel observed at the hearing, defendants' response does not

14  address the questions of hiring and retention for vacant positions.  Defendants represented that

15  those issues will be addressed in the so-called May revision, the budget revision to be submitted

16  to the California legislature in May 2007.

17          Good cause appearing, hearing on plaintiffs' motion will be continued for one

18  month.  Defendants will be directed to submit to the court, in advance of that hearing, a plan for

19  addressing the staffing vacancies that affect class members in this action and an evaluation of

20  whether the plan is realistic, i.e., whether it can effectively solve the severe staffing shortages that

21  continue to plague efforts to achieve delivery of necessary mental health care services to class

22  members.

23          In accordance with the above, IT IS HEREBY ORDERED that:

24          1.  Hearing on plaintiffs' motion for emergency relief is continued to May 21,

25  2007 at 10:00 a.m.

26  /////

1          2. On or before May 16, 2007, defendants shall submit to the court a plan for

2    addressing the staffing vacancies that affect class members in this action together with an

3    evaluation of the efficacy of the plan.

4    DATED:   April 24, 2007.

5

6                                    _____

7                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
8                                    UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26