1  PRISON LAW OFFICE                    BINGHAM, McCUTCHEN, LLP
   DONALD SPECTER Bar No.: 83925        WARREN E. GEORGE Bar No.: 53588
2  STEVEN FAMA Bar No.: 99641           Three Embarcadero Center
   General Delivery                     San Francisco, California  94111
3  San Quentin, California  94964       Telephone: (415) 393-2000
   Telephone: (415) 457-9144
4
   ROSEN, BIEN & GALVAN, LLP            HELLER, EHRMAN, WHITE & McAULIFFE
5  MICHAEL W. BIEN Bar No.: 096891      RICHARD L. GOFF Bar No.: 36377
   JANE KAHN Bar No.: 112239            701 Fifth Avenue
6  AMY WHELAN Bar No.: 215675           Seattle, Washington  98104
   315 Montgomery Street, 10th Floor    Telephone: (206) 447-0900
7  San Francisco, California  94104
   Telephone: (415) 433-6830
8
   THE LEGAL AID SOCIETY –
9  EMPLOYMENT LAW CENTER
   CLAUDIA CENTER Bar No.: 158255
10 LEWIS BOSSING Bar No.: 227402
   600 Harrison Street, Suite 120
11 San Francisco, CA  94107
   Telephone:  (415) 864-8848
12

13 Attorneys for Plaintiffs

14

15              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF CALIFORNIA
16

17 RALPH COLEMAN,                    )  Case No. Civ. S 90-0520 LKK-JFM
                                     )
18       Plaintiff,                  )  ORDER CONFIRMING
                                     )  UNDISPUTED ATTORNEYS' FEES
19 vs.                               )  AND COSTS FOR THE FOURTH
                                     )  QUARTER OF 2006
20 ARNOLD SCHWARZENEGGER, et al.,    )
                                     )
21       Defendants.                 )

22

23

24

25

26

27

28

1    On April 16, 2007, the parties in this case submitted a Stipulation confirming the

2 results of their meet and confer session concerning fees and costs for the Fourth Quarter

3 of 2006, pursuant to the March 19, 1996, periodic fees order in this case.

4    Pursuant to the stipulation filed on April 16, 2007, IT IS HEREBY ORDERED

5 that plaintiff's fees and costs of $413,256.14 plus interest are due and collectable as of

6 forty-five days from the date of entry of this Order.  Daily Interest runs from date of entry

7 of this Order at the rate provided by 28 U.S.C. § 1961.

8 IT IS SO ORDERED.

9 Dated: MAY 1, 2007.

10

11

12                              UNITED STATES MAGISTRATE JUDGE

13 /COLEMAN06.4Q

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2006