1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11        Plaintiffs,              No. CIV S-90-0520 LKK JFM P

12        vs.

13   ARNOLD SCHWARZENEGGER,                    O R D E R
     et al.,
14
          Defendants.
15   _____/

16        Pending before the court is plaintiffs' motion to convene a

17   three judge panel.  Initial oral argument was heard on the motion

18   on December 12, 2006 and the matter was continued to June 4, 2007

19   for further argument.

20        Six months have elapsed since the parties last filed briefs

21   on this motion.  Accordingly, the court invites the parties to

22   file supplemental briefs and evidence to address any new

23   developments that may be relevant to the court's resolution of

24   plaintiffs' motion.  In addition, the parties should address

25   whether a prisoner release order will be effective to remedy

26   ongoing constitutional violations in the delivery of mental

                                  1

1   health care to class members and, if so, what type of prisoner

2   release order would be required to remedy those violations.[1]

3          In accordance with the above, IT IS HEREBY ORDERED that:

4          1.   The parties shall file supplemental briefs on or before

5               May 24, 2007.

6          IT IS SO ORDERED.

7          DATED: May 3, 2007.

8

9                                   _____

10                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
11                                  UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23   _____

24          [1]   The Prison Litigation Reform Act defines a "prisoner
     release order," as "any order, including a temporary restraining
25   order or preliminary injunctive relief, that has the purpose or
     effect of reducing or limiting the prison population, or that
26   directs the release from or nonadmission of prisoners to a
     prison." 18 U.S.C. § 3626 (g)(4).

                                    2