**EXHIBIT A**

# Matthew A. Lopes Jr.

| | |
|---|---|
| **From:** | Lisa Tillman [Lisa.Tillman@doj.ca.gov] |
| **Sent:** | Tuesday, March 13, 2007 7:59 PM |
| **To:** | jmichaelkeatingjr@yahoo.com |
| **Cc:** | DocKC99@aol.com; DoctorKoson@aol.com; harconwil@aol.com; Melissa G. Warren; gmorrison@collaboration-specialists.com; hammujones@comcast.net; rpattersonmd@earthlink.net; gasquetflat@msn.com; paul_nicoll@msn.com; Fatima F. DoVale; Linda E. Buffardi; Matthew A. Lopes Jr.; dspecter@prisonlaw.com; itrujillo@prisonlaw.com.; awhelan@rbg-law.com; jkahn@rbg-law.com; LRifkin@rbg-law.com; mbien@rbg-law.com; SLaubach@rbg-law.com; Jeffrey.metzner@uchsc.edu |
| **Subject:** | Property in Ad Seg |
| **Attachments:** | adseg.pdf |

March 13, 2007

Re: Coleman v. Schwarzenegger

Dear Mr. Keating:

Please find enclosed two documents concerning the possession of property in administrative segregation units:

1. March 12, 2007 memorandum from Director Chrones entitled "Televisions in Administrative Segregation Units".

2. Letter from Tim Virga to Steve Weiss, dated February 5, 2007.
Please feel free to contact me to discuss this matter further.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

CONFIDENTIALITY NOTICE: This communication with its contents may contain
confidential and/or legally privileged information. It is solely for the
use of the intended recipient(s). Unauthorized interception, review, use
or disclosure is prohibited and may violate applicable laws including
the Electronic Communications Privacy Act. If you are not the intended
recipient, please contact the sender and destroy all copies of the
communication.

5/13/2007

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF THE SECRETARY**
OFFICE OF LABOR RELATIONS
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



February 5, 2007

Mr. Steve Weiss
Chief of Labor
California Correctional Peace
Officers Association
755 Riverpoint Drive, Ste. 200
West Sacramento, CA 95606-1634

Dear Mr. Weiss:

**INFORMATIONAL NOTICE: TELEVISION AND/OR RADIO IN ADMINISTRATIVE SEGREGATION**

This is an Informational Notice to the California Correctional Peace Officers Association (CCPOA) that the California Department of Corrections and Rehabilitation (CDCR) intends to implement a new policy where inmates housed in administrative segregation may be permitted to possess a television and/or radio.

This notice is not intended to be a determination by CDCR that there is an impact to the members of CCPOA as a result of the issues described above. If you have any questions or wish to meet as a result of this notice, please respond within 30 days of receiving this notice or CDCR will consider the lack of a response as a waiver of your organization's right to meet on this issue and implementation will proceed accordingly.

If you have any further questions or wish to meet, please call Migdalia Siaca, Labor Relations Representative, Office of Labor Relations, at (916) 327-3405.

Sincerely,

*Migdalia Siaca* for
TIM V. VIRGA, Chief
Office of Labor Relations

cc: Don C. Price, Facility Captain (A)
    Standardized Procedures Liaison Unit

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date : March 12, 2007

To : Associate Directors, Division of Adult Institutions
Wardens

Subject: **TELEVISIONS IN ADMINISTRATIVE SEGREGATION UNITS**

As the result of pending changes to Title 15 Section 3190(s) and Department Operations Manual (DOM) Section 54030, inmates housed in Administrative Segregation Units (ASU) may be permitted to possess one entertainment appliance, physical plant limitations permitting.

Privilege Group (PG) A and B inmates placed in ASU shall have their property inventoried and stored pending the outcome of Initial Classification Committee review. If the inmate is retained in ASU, all allowable property as determined by current departmental policy shall be reissued to the inmate. Inmates in ASU may also purchase an entertainment appliance via the Special Purchase Process. Eligibility to possess an entertainment appliance commences on the date of PG D assignment.

Retention of an entertainment appliance shall be based upon the inmate's disciplinary free behavior. Entertainment appliances are subject to temporary removal as the result of a finding of "Guilty" on any Rules Violation Report (RVR). The loss of an entertainment appliance shall be in addition to any other assessment deemed appropriate by the hearing official. Temporary loss of entertainment appliances shall be assessed as follows:

1. 30 days for the first offense
2. 60 days for the second offense
3. 90 days for the third offense

In addition, a guilty finding for two Serious RVRs or one Serious and two Administrative RVRs within 180-days shall be considered a program failure and result in disposal of the entertainment appliance in accordance with DOM Section 54030.12.2.

If further information is needed, please contact Don C. Price, Facility Captain (A), Standardized Procedures Liaison Unit, at (916) 327-5305.

LEA ANN CHRONES
Director (A)
Division of Adult Institutions

cc: Scott Kernan
Teresa Schwartz
Tim Virga
Don Price