IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs

vs.                                No. CIV S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER,
et al.
    Defendants
_____/

## SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF AND REQUEST FOR INCREASED COMPENSATION

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the special master requests the appointment of Dr. Angela P. Shannon and Mr. Henry A. Dlugacz, Esq. to the special master's staff. In addition, the special master requests an increase in compensation for one of his experts, Ms. Yong Joo Erwin, L.C.S.W.

The reasons for this request to appoint Dr. Shannon and Mr. Dlugacz are set forth in the accompanying memorandum. Dr. Shannon is to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for her work as an expert, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses. Mr. Dlugacz is to be compensated at the rate of two hundred twenty-five dollars ($225.00) per hour for his

work as an expert, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

For reasons also set forth in the accompanying memorandum, the special master requests an increase in compensation for Ms. Erwin. The court allowed the appointment of Ms. Erwin by order dated March 19, 2007, at a rate of $200.00 per hour. The special master requests an increase in compensation for Ms. Erwin at a rate comparable to the special master's other similarly qualified experts, which is $225.00 per hour. Compensation for Ms. Erwin's travel shall remain at $90.00 per hour.

                  Respectfully submitted,

                  /s/  J. Michael Keating, Jr.

                  _____
                  J. Michael Keating, Jr.
                  Special Master

May 14, 2007