**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RALPH COLEMAN, et al.,**
    **Plaintiffs**


        **vs.**                                      **No. CIV S-90-0520 LKK JFM P**


**ARNOLD SCHWARZENEGGER,
et al.**
        **Defendants**
_____/


## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF AND REQUEST FOR INCREASED COMPENSATION

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants to the special master, he requests the Court's approval for the appointment of Dr. Angela P. Shannon and Mr. Henry A. Dlugacz, Esq. to his staff. In addition, the special master also requests an increase in compensation for his expert, Ms. Yong Joo Erwin, L.C.S.W, so that she may be compensated at a rate comparable to other similarly qualified experts in this case.

For approximately twelve years, the special master's cadre of monitors and experts have been diligently reviewing and reporting on the compliance of the California Department of Corrections and Rehabilitation (CDCR) with this Court's directive to provide constitutionally adequate mental health programming in the 33 state penal institutions. Additional expert and professional staff is now needed to carry out the

1

duties and responsibilities of the special mastership in an adequate and timely manner.
The demands posed by the explosive growth in the mental health population in
California's prisons, plus the emergence of new responsibilities for the mastership, have
combined to exceed the special master's current personnel resources. Present staffing is
simply not enough to meet these responsibilities.

Since the beginning of 2006, the special master's reporting function has expanded
greatly. Monitoring reports submitted during that period include the Fifteenth Round
Monitoring Report, the Sixteenth Round Monitoring Report, the Seventeenth Round
Monitoring Report Part A and the Seventeenth Round Monitoring Report Part B. The
Seventeenth Round Monitoring Report Part C and the Eighteenth Round Monitoring
Report are in progress. The special master also generated ten additional substantial
reports[1] during the same period. Within the next two months, the special master must
submit his report on reception center inmates who are receiving outpatient care. In June,
the special master must also submit a report and recommendation regarding the case of
Hecker v. CDCR and its relation to the Coleman case. An additional suicide report is in
development, and the special master and his experts, along with the parties, have been
ordered to review and attempt to redress the growing number of suicides occurring in the
institutions' administrative segregation units. The special master is also embarking on an

---

[1] Special Master's Report and Recommendation on the Defendants' December 2006 Mental Health Bed
Plan; Special Master's Report on the Plaintiffs' Response to the Sixteenth Report on Compliance Seeking
Salary Enhancements for Department of Mental Health Clinicians; Special Master's Report on the Status of
Swap of Acute Inpatient Beds; Special Master's Report and Recommendations on the Defendants' Plan to
Prevent Suicides in Administrative Segregation; Special Master's Revised Recommendations on the
Defendants' Interim and Long Term Bed Plans/Acute and Intermediate Care; Special Master's
Supplemental Report on the Status and Sufficiency of the Defendants' Interim and Long Term Bed
Plans/Acute and Intermediate Care; Special Master's Supplemental Report on the Status and Sufficiency of
the Defendants' Budget Requests for Staffing to Implement Revised Program Guides; Report on
Completed Suicides in CDCR in 2004; Special Master's Report on the Impact of the Defendants' Increases
in Differential Pay for Mental Health Clinicians; and Special Master's Report and Recommendations on the
Defendants' Revised Program Guides.

2

ongoing effort with the receiver in the <u>Plata</u> litigation and the court's experts in the <u>Perez</u> litigation to coordinate activities in these cases.

The two proposed staff members offer the necessary professional expertise to assist with ongoing monitoring functions and to meet emerging additional responsibilities of the special mastership. (See *curricula vitae* attached)

Dr. Shannon is an expert in child, adolescent, and adult psychiatry with a private practice located in Georgia. She is a member of the clinical faculty in the department of child and adolescent psychiatry at Emory University School of Medicine. Dr. Shannon serves as co-chair on the Georgia psychiatric physicians association and from 1994-2006 she served as a consultant at the Atlanta-Fulton county jail. For over 15 years, Dr. Shannon has been a member of numerous professional societies, including the Mental Health Association of Atlanta and the Black Psychiatrists of America, Inc., holding the positions of Treasurer and President of the Black Psychiatrists of America, Inc., for a number of years. Dr. Shannon has published articles on issues including racial identity and violence and has performed clinical research on a variety of topics including domestic violence and psychological stress.

Mr. Dlugacz is a licensed social worker and attorney admitted to practice in the state of New York. Since 2003, Mr. Dlugacz has served as a court-appointed compliance monitor in the case of <u>Brad H. et al v. City of New York, et al</u>, involving reentry planning for mentally ill inmates discharged from the New York City correctional system. For fourteen years, Mr. Dlugacz has been an attorney and expert consultant in a private practice with a focus on mental health issues. He currently serves as co-chair of the New York State Bar's committee on mental health issues. Mr. Dlugacz also is an adjunct

professor of law at New York Law School and St. John's University of Law, and

assistant clinical professor of psychiatry and behavioral science at New York Medical

College.  Mr. Dlugacz is fluent in Spanish and has published several journal articles in

the area of correctional psychiatry and mental health.

The addition of these two professionals to the special master's team will help

bring defendants' institutions into compliance with the revised Program Guides for

mental health approved by the court in March 2006.  Their assistance will also contribute

to the special master's ability to keep this Court informed of defendants' progress in

compliance and coordinate the increasingly complex mix of other cases judicially

involved in CDCR's operations.  The parties have had an opportunity to review these

candidates and report no objection to their qualifications for appointment.

At this time, the special master also requests an increase in compensation for his

expert, Ms. Yong Joo Erwin, L.C.S.W.  The court allowed the appointment of Ms. Erwin

by order dated March 19, 2007, at a compensation rate of $200.00 per hour.  Ms. Erwin is

a licensed clinical social worker with 18 years of experience within CDCR and the

California Department of Mental Health.  Her tenure with the State of California included

four years of service as the Standards Compliance Coordinator in the Richard J. Donovan

Correctional Facility from which she retired in 2005.  Ms. Erwin was extensively

involved in the development and operations of the initial CDCR mental health services

delivery system and served as one of CDCR's departmental coordinators with Coleman

during the early years of the mastership.  Ms. Erwin's qualifications and experience merit

an increase in the rate of her hourly compensation to $225.00 per hour, which is

comparable to that of the other similarly qualified experts on the special master's staff.

Respectfully submitted,

/s/

_____
J. Michael Keating, Jr.
Special Master

May 14, 2007

**ATTACHMENT**

`

# Angela P. Shannon, M. D.
Child, Adolescent and Adult Psychiatry

| | |
|---|---|
| 1129 Hospital Drive Suite 3C | Tel. (770) 507-0860 |
| Stockbridge, Georgia 30281 | Fax (770) 507-0863 |

◆

## Personal Information

| | |
|---|---|
| Home | 872 Dolly Avenue |
| Address | Atlanta, GA 30331 |
| Home Phone | (404) 344-1137 |
| Cell Phone | (404) 428-3133 |
| Place of Birth | Atlanta, GA |

## Licensure

| | |
|---|---|
| State of Georgia | 036661 Issued December, 1992 |
| Board Certification | Diplomate, American Board of |
| | Psychiatry & Neurology #59827 |

## Medical Education

**Residency Training**

Emory University School of Medicine     1994-1996
Child & Adolescent Psychiatry Fellowship Program
Atlanta, GA
     PGY4 and PGY5

Morehouse School of Medicine     1992-1994
Atlanta, GA
     PGY2 and PGY3

Emory University School of Medicine     1991-1992
Atlanta, GA
Pediatrics, Six Months
Psychiatry/Neurology, Six Months

Tuskegee Veterans Administration Medical Center
Tuskegee, AL

**Medical School**

Wayne State University of Medicine     1989-1991
Detroit, MI
Course Honors: Psychiatry: Clinical
                 Pediatrics: General
                 Family Medicine: General
Medical Doctor's Degree Awarded     June 4, 1991

Medical College of Georgia     1984-1989
Augusta, GA

**Undergraduate Education**

|  |  |  |
|---|---|---|
| | Spelman College | 1980-1984 |
| | Atlanta, GA | |
| | Bachelor of Science, Biology PreMed Awarded | May 19, 1984 |

**Work Experience**

Private Practice — 1996 – Present
Child, Adolescent & Adult Psychiatry with a special
interest in forensic psychiatry
Stockbridge, GA

Consultant — 1994 – Present
Atlanta-Fulton County Jail
Atlanta, GA

Consultant — 2004 – Present
Christian City Home for Children
Union City, GA

Clinical Faculty
Emory University School of Medicine — 1996 – Present
Department of Child & Adolescent Psychiatry
Atlanta, GA

Consultant — 2005 – Present
Job Corps Center
Atlanta, GA

Consultant — 1996 – 1999
Lorenzo Benn Youth Development Center
Atlanta, GA

Consultant — 1997 – 2000
Clayton County Child & Adolescent Services
Riverdale, GA

Consultant — 1998
Clayton County Regional Detention Center

**Forensic Appearances**

| | | |
|---|---|---|
| | Dade County, Anderson case | 2002 |
| | DeKalb County, Gadsen case | 1997 |
| | Fulton County, Brown case | 1997 |
| | Cobb County, Ewing case | 1996 |

**Hospital Affiliations**

| | | |
|---|---|---|
| | Grady Memoria Hospital – Atlanta, GA | 1996 – Present |
| | Emory University Hospital – Atlanta, GA | 1996 – Present |
| | Southern Regional Medical Center – Riverdale, GA | 1996 – 2001 |
| | DeKalb Medical Center – Decatur, GA | 1997 – 1998 |

**Clinical Research**

*"Domestic Violence"*, Mark Rosenberg, MD                          1984
Centers for Disease Control, Atlanta, GA

*"The Interrelationship of Psychological Stress,*                    1983
*Cardiovascular Function and Aerobic Exercise,"* Jules
Harrell, Ph.D., Howard University, Washington, DC

*"Changing Peoples' Attitudes Toward Rats,"* Barry                  1982
Rubback, Ph.D., Georgia State University, Atlanta, GA

**Papers**                    *"Identity Development in Biracial Children,"*          1994
Presented: National Medical Association
Conference, Orlando, FL
Presented: 1994 Black Psychiatrists of America, Inc.
Transcultural Conferenct, St. Lucia, West Indies

*"Post Traumatic Stress Disorder and Violent African*              1993
*American Youth"*
Presented: 1993 National Medical Association
Conference, San Antonio, TX
Presented: 1993 Black Psychiatrists of America, Inc.

*"Predominant Characteristics and Final Disposition of*            1992
*Violent African-American Youth"*
Presented: 1992 Black Psychiatrists of America, Inc.
Medical Conference, Curacao, Netherlands, Antilles

## Honors and Awards

| | |
|---|---|
| Ernest Y. Williams, M. D., Clinical Scholars of Distinction Award | 1995 |
| Black Psychiatrists of America, Inc., Trans-cultural Conference Travel Awardee | 1995 |
| Hope Skobba Award for Resident Research | 1994 |
| Chester Pierce, M. D., Se. D., Resident Research Award | 1993 and 1994 |
| Marion Merrell Dow, Fellow, American College of Neuropsychopharmacologists Conference | 1992 |
| Marion Merrell Dow, Fellow, American College of Neuropsychopharmacologists Conference | 1993 |
| National Minority Collegiate Leadership Award | 1986-1987 |
| Ty Cobb Scholar | 1984-1989 |
| Cum Laude Graduate | 1984 |
| Mortar Board | 1984 |
| ADAMHA-MARC Scholar | 1981-1984 |

Ty Cobb Scholar                                                          1981-
                                                                        1984
National Dean's List                                                    1983
Dean's List                                                             1981 and
                                                                        1983
Who's Who Among American Colleges & Universities                        1981-
                                                                        1984

## Professional Societies

| | |
|---|---|
| Who's Who Among American Colleges & Universities | 1994-Present |
| Rebecca Lee Women's Medical Society | 1993 |
| Coalition of 100 Black Women | 1993-2001 |
| Medical Association of Georgia | 1992 -Present |
| Mental Health Association of Atlanta | 1992-Present |
| Black Psychiatrists of America, Inc. | 1991-Present |
| Georgia Psychiatric Physicians Association | 1991-Present |
| National Association of Doctors | 1991-Present |
| National Medical Association | 1991-Present |
| American Medical Association | 1990-Present |
| American Psychiatric Association | 1990-Present |
| Michigan Psychiatric Association | 1990-1991 |
| Michigan State Medical Society | 1990-1991 |
| Black Medical Society | 1989-1991 |
| Southern Medical Association | 1989-2000 |
| Women Physicians Council | 1986-1989 |
| American Medical Student Association | 1985-1991 |
| Student National Medical Association | 1985-1991 |
| Black Student Medical Alliance | 1985-1989 |
| Doctors Ought to Care | 1985-1987 |

## Elections and Appointments

| | |
|---|---|
| Secretary, Georgia Psychiatric Physicians Assoc. | 2005 |
| Board of Trustees, Georgia Psychiatric Physicians Association | 2002 |
| President, Black Psychiatrists of America, Inc. Atlanta Chapter | 1996-1998 |
| Treasurer, Black Psychiatrists of America, Inc. | 1996-2005 |
| Chief Resident, Emory University Child & Adolescent Psychiatry Fellowship Program | 1995 |

Membership Chairperson, Black Psychiatrists of America, Inc., Atlanta 1994
Chapter

| | |
|---|---|
| Co-Chairperson, Public Affairs Committee, Georgia Psychiatric Physicians Association | 1994-Present |
| Board of Directors, Student Medical Foundation | 1993 |
| Board of Directors, American Cancer Society | 1993 |
| Member-in-Training, Representative, Georgia Psychiatric Physicians Association, Board of Trustees | 1993 |
| Regional Director, Student National Medical Association | 1986-1988 |
| President, Black Student Medical Alliance | 1986-1987 |
| Executive Secretary, Black Student Medical Alliance | 1985-1986 |
| President, Senior National Honor Society | 1983-1984 |
| President, Biology Club | 1981-1984 |

## Community Service

| | |
|---|---|
| Ben Hill United Methodist Church, Health and Welfare Committee | 1984 |
| Gammon Theological Seminary Friends of Gammon Committee | 1994 |
| Perry Homes Teens-on-the-Move Mentoring Program | 1993 |
| Wilkins Alternative School Speakers Bureau and Mentoring Program | 1992-Present |
| Suicide Prevention Task Force, Ben Hill United Methodist Church | 1992-1995 |
| Children of Imprisoned Women, Visitation Program Volunteer Port Huron, Michigan | 1990-1991 |
| Teen Suicide Counseling Program, Detroit, Michigan | 1990 |
| MCH High School Speakers Bureau, Augusta, Georgia | 1985-1987 |

## Activities

| | |
|---|---|
| Delta Sigma Theta Sorority, Incorporated | 1984 |
| Senior National Honor Society | 1983-1984 |
| Beta Kappa Chi Scientific Honor Society | 1982-1984 |
| Biology Club | 1981-1984 |
| Health Careers Club | 1980-1984 |

*HENRY A. DLUGACZ*
*488 Madison Avenue*
*19th Floor*
*New York, N.Y. 10022*
*212/254.6470*
*(cellular: 646/346.0646)*
*HD@Dlugacz.com*

## EDUCATION

***Juris Doctor***, New York Law School 1991
Honors: cum laude; Moot Court Certificate of Honor;
Notes & Comments Editor, Human Rights Journal

***Master of Social Work***, Hunter College School of Social Work 1981

***Bachelors of Art***, Queens College, 1979
Honors: cum laude; departmental honors; honors program in the study of the Humanities

*Professional:*
1993-  ***Attorney and Expert Consultant, Private Practice***
          Focus on mental health; health-care; corrections including court
          monitoring of complex litigations; forensic issues; mediation.

          ***Selected Current Appointments:***

2003-    **Compliance Monitor,** *Brad H. et al v City of New York, et al,*
            Hon. Richard F. Braun
            One of two court-appointed monitors to oversee compliance with complex
            stipulation of settlement involving reentry planning for mentally ill
            inmates discharged from the New York City correctional system.

2002-    ***Co-Chair***, New York State Bar Association, Albany, N.Y.
            Committee on Mental Health Issues.

2002-    ***Adjunct Professor of Law***, New York Law School, N.Y., N.Y.
            (Mentor-Professor 2002-2006, Adjunct Professor 2006-present)
            Under grant from the United States Department of State, co-taught,
            course to Nicaraguan attorneys, advocates, physicians, and governmental
            officials. Created, with others, new online courses in *Lawyering Skills for
            the Representation of Persons with Mental Disabilities and Mental Health
            Issues in Jails and Prisons.*

2001-        **_Adjunct Professor of Law_**
             St. John's University School of Law, Queens New York
             Teach law school elective seminar on mental health law

1997-        **_Assistant Clinical Professor of Psychiatry & Behavioral Science_**
             New York Medical College, Valhalla, N.Y.
             Training of fellows in forensic psychiatry.

## EXPERIENCE

2005-2006    **_Mediator, Piece County et al v State of Washington et al_**
             Superior Court, Thurston County, Washington State
             Hon. Paula Casey
             Co-mediated complex class action lawsuit with multiple public and private
             parties involving funding, discharge planning, and community treatment
             issues. Appointed by court on consent of the parties as mediator of
             discharge-planning aspects of settlement.

2005         **_Witness_**
             New York State Assembly, Albany, New York
             Invited to testify before the three Committees examining possible Civil
             Commitment Statute for Sex Offenders

2005         **_Expert_**
             European Court of Human Rights/ Mental Disability Advocacy Center
             Council of Europe, Strasbourg, France
             Under auspices of the Council of Europe and Court of Human
             Rights conducted training for lawyers from Eastern Europe on multi-
             disciplinary support during litigation for clients with mental disabilities.

2001-2005    **_Federal Court Monitor/Expert Consultant, Monitoring Committee_**
             Federal Court, Western District of Washington, Hon. Robert J. Bryan
             *Rust et al v Western State Hospital, et al*
             Lead-expert for Washington Protection and Advocacy in development
             of complex, Federal class-action litigation involving state forensic
             hospital. Appointed by the judge as one of two members of committee to
             monitor and assist in the attainment of compliance.

2002         **_Contributor/Reviewer_**, American Public Health Association, Task Force
             Standards for Health Services in Correctional Institutions

| 2001 | **Expert Consultant**<br>Mental Disability Rights International, Washington, D.C.<br>Conducted inspections of facilities and training in Mexico. |
|---|---|
| 2000- 2001 | **Expert Consultant (Mental Health and Generalist)**<br>PriceWaterhouseCoopers, Fair Lakes, Virginia<br>Inspected and evaluated correctional facilities in accordance with<br>agreement with the United States Department of Justice. |
| 2000- 2001 | **Expert Consultant/Correctional Mental Health**<br>Council of State Governments, New York, N.Y.<br>Consultant to inter-disciplinary project involving State Senators,<br>Corrections and Mental Health Commissioners on correctional mental<br>health policy issues. Led to hearings in the Senate Judiciary Committee. |
| 1993-2000 | **Court's Expert/Correctional Mental Health**<br>Federal Court, District of New Mexico, Alb., New Mexico<br>Hon. J. Conway, Chief Judge<br>*Duran et al v King et al*<br>Lead expert in the monitoring the mental health aspects of consent decree<br>in complex, Federal class action lawsuit involving the New Mexico Prison<br>system. Co-mediated termination plan and monitored its implementation. |
| 1989-1998 | **Director of Mental Health Services & Assistant Program Director**<br>Saint Vincents Hospital Correctional Health Program, N.Y., N.Y.<br>*(Director of MH 1989-1998; Assistant Program Director 1996-1998)*<br>Assisted in directing all aspects of NCCHC & JCAHO accredited, multi-<br>Site ambulatory care program; authored significant portions of<br>$500,000,000 proposal. Supervised eight department heads; CQI; policies.<br>Developed, implemented and directed entire multi-site JCAHO and<br>NCCHC accredited mental health program. |
| 1997-1998 | **Consultant**<br>American     Psychologist,     American     Psychological     Association,<br>Washington, D.C. |
| 1992-1994 | **Law Clerk**<br>Saint Vincents Hospital, Department of Legal Affairs, N.Y., N.Y. |
| 1987-1989 | **Mental Health Unit Chief**<br>Montefiore Medical Center/Rikers Island Health Service, Bronx, N.Y. |

1987-1989    **_Recruitment and Education Coordinator_**
Montefiore Medical Center/ Rikers Island Health Service, Bronx, N.Y.

1983-1987    **_Clinical Social Worker_**
Montefiore Medical Center/Rikers Island Health Service, Bronx, N.Y.

1981- 1983    **_Clinical Social Worker_**
Mount Sinai Services at Elmhurst (In-pt. hospital Female Forensic Unit), Elmhurst, N.Y.

## ACADEMIC

2006    **_Lecturer,_** New York State Judicial Institute, White Plains, N.Y. CLE Mental Hygiene Legal Services, First and Second Appellate Divisions

2006    **_Guest Reviewer,_** Journal of the International Academy of Law and Mental Health

2005    **_Faculty Member and Co-program Chair_**
New York State Bar Association, Continuing Legal Education Program on Mental Health Courts

2005    **_Guest Lecturer_**, Columbia University Mailman School of Public Health, New York, New York

2003-2007    **_Instructor for Mediation Exercise,_** New York University School of Law, New York, New York (on annual basis)

2002    **_Guest Lecturer_**, New York University School of Law, N.Y., N.Y.

2002    **_Moot Court Judge_**, New York Law School, N.Y., N.Y.

2000    **_Guest Lecturer_**, St. John's University School of Law, Queens, N.Y.

1999    **_Adjunct Assistant Professor_**
Fordham University Graduate School of Social Service, N.Y.C.

1998-1999    **_Field Work Instructor_**
Fordham University School of Social Work, N.Y., N.Y.

1993-1994    **_Lecturer_**, New York University Graduate School of Social Work, N.Y., N.Y.

| 1992-1994 | *Attorney-Mentor*, New York Law School, N.Y., N.Y. |
|---|---|
| 1993 | *Guest Lecturer*, New York University School of Social Work, N.Y., N.Y. |
| 1990 | *Guest Lecturer*, New York University School of Medicine, N.Y., N.Y. |
| 1987-1991 | *Research Assistant*<br>The New York Law School, Professor Michael Perlin, N.Y.C. |
| 1988-1990 | *Guest Lecturer*, New York Law School, N.Y., N.Y. |
| 1988 | *Guest Lecturer*, Hofstra University, N.Y. Hempstead, N.Y. |
| 1984-1985 | *Field Work Instructor*, Hunter College School of Social Work, N.Y., N.Y. |

## PUBLICATIONS

Riggins v. Nevada: *Towards a Unified Standard for a Prisoner's Right to Refuse Medication?*, 17 Law and Psychology Review 41 (1993).

United States v. Charters: *A Case in Two Acts: In Search of a Middle Ground* 7 New York Law School Journal of Human Rights 311 (1990).

*Liability Management and the Correctional Psychiatrist: A Review of Key Considerations*, in **Correctional Psychiatry,** (with co-author) (Melissa Piasecki and Ole J. Thienhaus, eds.) to be published, 2007, Civic Research Institute)

*A Continuum of Care for Adults with Mental Illness Leaving Jail and prison: A review of essential reentry elements* (with other authors), in **Correctional Psychiatry,** (Melissa Piasecki and Ole J. Thienhaus, eds.) to be published, 2007, Civic   Research Institute)

**Lawyering Skills in the Representation of Persons with Mental Disabilities,** 2006, Carolina Academic Press, M. Perlin, K. Gould, Cohen, H. Dlugacz & R. Friedman.

Special Editor, New York State Bar Association Health Law Journal, Special Issue on Mental Health, Spring, 2006.

**Books in progress:**