Arthur R. Chenen (State Bar No. 47576)
Robert M. Dato (State Bar No. 110408)
THEODORA ORINGHER MILLER & RICHMAN PC
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Attorneys for Amicus Curiae
PSYCHOLOGY SHIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER et. al.,<br><br>　　　　Defendants. | Case No. Civ S 90-0520 LKK-JFM<br>Hon. Lawrence K. Karlton<br>Courtroom 4<br><br>**APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF PSYCHOLOGY SHIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY RELIEF REGARDING ACCESS TO DMH BEDS**<br><br>Date: May 21, 2007<br>Time: 10: a.m. |

Amicus curiae Psychology Shield hereby requests leave to submit the concurrently-filed brief in support of plaintiffs' motion for emergency relief.

**Identity and Interest of Psychology Shield**

Psychology Shield is a not for profit public benefit corporation, the primary purpose of which is to improve the quality and cost effectiveness of mental health services provided to patients at facilities operated by the State of California. Psychology Shield has reviewed plaintiffs' pending motion for emergency relief and believes that the parties have overlooked California Health and Safety Code section 1316.5, which prohibits discrimination against psychologists in the granting of medical

staff membership and clinical privileges in state operated facilities. Psychology Shield believes that the proper application of section 1316.5 in this case would result in dramatically better care for prison patients.

Defendants have never presented the possibility of allowing psychologists already employed in the State prison system to be attending clinicians as a way of relieving the crippling shortage of psychiatrists which the State claims is the reason it cannot make more beds available. Instead, they have only talked about increasing the number of psychiatrist as being necessary before more beds can be opened.

In the concurrently-filed brief, Psychology Shield will demonstrate that, instead of trying to recruit hard to find and high priced psychiatrists, simple enforcement of section 1316.5 would result in an immediate increase in the number of beds available to prisoners while saving the State millions of dollars.

### Availability for Oral Argument

If the Court believes it would provide a benefit, Psychology Shield would welcome the opportunity to present oral argument at the hearing on May 21.

Dated: May 15, 2007

THEODORA ORINGHER MILLER & RICHMAN PC

By: _____
Arthur R. Chenen
Robert M. Dato
Attorneys for Amicus Curiae
PSYCHOLOGY SHIELD

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 535 Anton Boulevard, Ninth Floor, Costa Mesa, California 92626-7109.

On May 15, 2007, I served the following document(s) described as **APPLICATION FOR LEAVE TO FILE AMICUS CURIAE BRIEF OF PSYCHOLOGY SHIELD IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY RELIEF REGARDING ACCESS TO DMH BEDS** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED LIST

**BY OVERNIGHT DELIVERY:** I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) being served.

**BY E-MAIL:** I caused each such document to be transmitted by PDF format/E-mail to the parties and email addresses indicated on the Service List (see attached service list)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 15, 2007, at Costa Mesa, California.

_____
NAOMI CAMPOS

# SERVICE LIST
*Coleman v. Schwarzenegger*

**Case No. 90-CV-00520-LKK-JFM**

*Counsel for J. Michael Keating, Jr.*
Joseph Michael Keating
Office of the Special Master
2351 Sussex Drive
Fernandina Beach, FL 32034

Tel: (904) 491-7157
Fax: (904) 491-7158
Email: jmichaelkeatingjr@yahoo.com

*Counsel for Matthew A. Lopes, Jr.*
Mathew A. Lopez, Jr.
Pannone Lopez & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903

Tel: (401) 824-5156
Fax: (401) 824-5123
Email: mlopes@pld-law.com

*Counsel for John Hagar*
John Henry Hagar
Law Office of John Hagar
PMB 314
1819 Polk Street
San Francisco CA 94109
Tel: (415) 771-1911
Fax: (415) 552-4067
Email: johagar@pacbell.net

*Counsel for Ralph Coleman, Winifred Williams, David J. Heroux, David McKay, Roy Joseph*
Claudia B. Center
Legal Aid Society
Employment Law Center
600 Harrison St., Ste. 120
San Francisco, CA 94107

Tel: (415) 864-8848
Fax: (415) 864-8199
Email: ccenter@las-elc.org

THEODORA ORINGHER MILLER & RICHMAN PC

*Counsel for Ralph Coleman Winifred Williams, David J. Heroux, David McKay, Roy Joseph*
Donald Specter
Prison Law Office
General Delivery
San Quentin CA 94964

Tel: (415) 457-9144
Fax: (415) 457-9151
Email: dspecter@prisonlaw.com

*Counsel for Ralph Coleman, Winifred Williams, David J. Heroux, David McKay, Roy Joseph, Robert Hecker*
Michael Bien
Rosen Bien & Galvan LLP
315 Montgomery St., 10th Floor
San Francisco CA 94104

Tel: (415) 433-6830
Fax: (415) 433-7104
Email: Mbien@rbg-law.com

*Counsel for Ralph Coleman, Winifred Williams, David J. Heroux, David McKay, Roy Joseph, Lorenzo Arteaga, Amos Gladney, Pete Cockeroft*
Amy Elizabeth Whelan
Rosen Bien & Galvan LLP
315 Montgomery Street, 10th Floor
San Francisco CA 94104

Tel: (415) 433-6830
Email: awhelan@rbg-law.com

*Counsel for Ralph Coleman*
Jane E. Kahn
Rosen Bien & Galvan LLP
315 Montgomery Street, 10th Floor
San Francisco CA 94104

Tel: (415) 433-6830
Fax: (415) 433-7104
Email: jkahn@rbg-law.com

THEODORA ORINGHER MILLER & RICHMAN PC

3

*Counsel Ralph Coleman*
Lori Ellen Rifkin
Rosen Bien & Galvan LLP
315 Montgomery St., 10th Floor
San Francisco CA 94104

Tel: (415) 433-6830
Fax: (415) 433-7104
Email: lrifkin@rbg-law.com

*Counsel for Ralph Coleman*
Thomas Bengt Nolan
Rosen Bien & Galvan LLP
315 Montgomery St., 10th Floor
San Francisco CA 94104

Tel: (415) 433-6830
Fax: (415) 433-7104
Email: tnolan@rbg-law.com

*Counsel for Robert Hecker*
Ernest Galvan
Rosen Bien & Galvan LLP
315 Montgomery Street, 10th Floor
San Francisco CA 94104

Tel: (415) 433-6830 Ext. 223
Fax: (415) 433-7104
Email: egalvan@rbg-law.com

*Counsel for Jack Regan, John S. Zil, M.D., Nadim Khoury, James Gomez, Joseph Sandoval, Schwarzenegger, et al., Matthew A. Lopes, Jr., Stephen W. Mayberg, Michael Genest*
Lisa Anne Tillman
Office of the Attorney General
1300 I Street, Ste. 125
Sacramento, CA 94244-2550

Tel: (916) 327-7872
Fax: (916) 324-5205
Email: lisa.tillman@doj.ca.gov

4

*Counsel for John S. Zil, M.D., Nadim Khoury, James Gomez, Joseph Sandoval, Schwarzenegger, et al., Stephen W. Mayberg, Michael Genest*
Van Kamberian
Attorney General's Office of
The State of California
1300 I Street, Ste. 125
P.O. Box 944255
Sacramento CA 94244

Tel (916) 324-3892
Fax: (916) 324-5205
Email: Van.Kamberian@doj.ca.gov

*Counsel for Schwarzenegger, et al.*
Misha D. Igra
California Department of Justice
1300 I Street
Sacramento, CA 95814

Tel (916) 324-5388
Fax: (916) 324-5205
Email: misha.igra@doj.ca.gov

*Counsel for Schwarzenegger, et al.*
Paul B. Mello
Hanson, Bridgett, Marcus, Vlahos & Rudy
333 Market St., Ste. 2100
San Francisco CA 94105

Tel: (650) 233-4096
Email: pmello@hansonbridgett.com

*Counsel for California Correctional Peace Officers Association*
Benjamin C. Sybesma
California Correctional Peace Officers Association
Legal Department
755 Riverpoint Drive
West Sacramento, CA 95605-1634

Tel: (916) 372-6060 Ext. 260
Fax: (916) 372-9805
Email: ben.sybesma@ccpoa.org

THEODORA ORINGHER MILLER & RICHMAN PC

5

***Counsel for California Correctional Peace Officers Association***
Christine Albertine
California Correctional Peace Officers Association
Legal Department
755 Riverpoint Drive, Ste. 200
West Sacramento, CA 95605-1626

Tel: (916) 801-9484
Email: christine.albertine@ccpoa.org

***Counsel for California Correctional Peace Officers Association***
Gregg McLean Adam
Caroll Burdick and McDonough
44 Montgomery Street, Ste. 400
San Francisco, CA 94104

Tel: (415) 743-2534
Fax: (415) 989-0932
Email: gadam@cbmlaw.com

***Counsel for California Correctional Peace Officers Association***
Ronald Yank
Caroll Burdick and McDonough
44 Montgomery Street, Ste. 400
San Francisco, CA 94104

Tel: (415) 989-5900
Email: ryank@cbmlaw.com

***Counsel for AFSCME Local 2620***
Andrew H. Baker
Beeson Tayer and Bodine
1404 Franklin Street, 5th Floor
Oakland, CA 94612-2701

Tel: (510) 625-9700
Email: abaker@beesontayer.com