EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSES AND OBJECTIONS TO SPECIAL MASTER'S REPORT RE: CMF/ASH SWAP PLAN** |

## INTRODUCTION

On May 2, 2007, Special Master Keating filed a Supplemental Report on the Status of the Swap of Acute Inpatient Beds Between California Medical Facility (CMF) and Atascadero State Hospital (ASH) and Delays in Transfers to Mental Health Crisis Beds.

In the report, Special Master Keating finds that the swap of acute inpatient beds between CMF and ASH, with the intent to create 75 additional mental health crisis beds for California Department of Correction and Rehabilitation inmates, has failed. Special Master Keating makes three recommendations: (1) the Court order the swap to end, (2) the Court accept Defendants'

1. proposal to convert the S-1 unit beds at CMF back to an acute inpatient care "as long as those patient in S-2 who are in need of acute care may be transferred to S-1 or another acute inpatient care unit," and (3) the 25 beds at ASH be returned to use as mental health crisis beds. Defendants hereby respond to the report. (Report, p. 3.)

## DEFENDANTS' RESPONSES AND OBJECTIONS

Defendants will comply with the recommendation to convert the S-1 unit beds at CMF back to an acute inpatient care "as long as those patient in S-2 who are in need of acute care may be transferred to S-1 or another acute inpatient care unit." (Report, p. 3.)

Defendants hereby state their objection to the finding that the swap plan failed and the recommendations that the swap end and 25 beds at ASH be used as mental health crisis beds. Defendants state that the swap plan did make available certain beds to mentally ill inmate-patients. Defendants state that the recommendation for 25 mental health crisis beds will be implemented at ASH, subject to the availability of staff.

Dated: May 15, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/ Lisa A. Tillman*


LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30265832.wpd
CF1997CS0003

DEF. OBJECTION TO REPORT ON ASH/CMF

2