IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,               No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

    Defendants.           ORDER

_____/

        The special master in this case has submitted a request for appointment of additional staff and for an increase in compensation for one of his experts. The special master seeks appointment of Dr. Angela P. Shannon and Henry A. Dlugacz, Esq. as additional members of his staff. Dr. Shannon is to be compensated at the hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred fifty dollars ($250.00) plus reasonable expenses. Mr. Dlugacz is to be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred twenty-five dollars ($225.00) plus reasonable expenses. In addition, the special master seeks increased compensation for his expert, Yong Joo Erwin, L.C.S.W., from an hourly rate of two hundred dollars ($200.00) to an hourly rate of two hundred twenty-five dollars ($225.00).

/////

1

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The special master's May 14, 2007 request for approval of appointment of additional staff and increased compensation is granted;

2. The special master is authorized to appoint Dr. Angela P. Shannon and Henry A. Dlugacz, Esq. as staff members to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff, filed May 14, 2007, and to be compensated at the rates set forth therein; and

3. The compensation for Yong Joo Erwin, L.C.S.W. for time spent working on this action, other than travel time, is increased to two hundred twenty-five dollars per hour, said increase to be effective the date this order is filed.

DATED: May 16, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT