1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
2  DANIEL H. WILLICK (SBN 58643)
   JOHN T. KENNEDY (SBN 137738)
3  PAUL A. HEMESATH (SBN 220467)
   445 S. Figueroa Street, 31st Floor
4  Los Angeles, California 90071-1602
5  Telephone: (213) 612-7800
   Facsimile: (213) 612-7801
6
7  Attorneys for Amicus Curiae
   California Psychiatric Association
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| RALPH COLEMAN, et al., | ) 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | ) |
| vs. | ) **APPLICATION OF CALIFORNIA PSYCHIATRIC ASSOCIATION TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY RELIEF AND IN RESPONSE TO AMICUS CURIAE BRIEF OF PSYCHOLOGY SHIELD** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | ) Date: May 21, 2007 |
| CALIFORNIA PSYCHIATRIC ASSOCIATION, | ) Time: 10:00 a.m. |
| | ) Courtroom: 4 |
| | ) Judge: The Honorable Lawrence K. Karlton |
| Applicant for Intervention. | ) |

TO THE HONORABLE JUDGE LAWRENCE KARLTON:

The California Psychiatric Association ("CPA") hereby seeks leave to file an *amicus curiae* brief in support of Plaintiff's motion for emergency relief and in response to the *amicus curiae* brief of Psychology Shield. The CPA is a non-profit corporation dedicated to the prevention and treatment of mental disorders; to the furtherance of

341853_1.DOC

psychiatric education and research; and to the furtherance of psychiatric procedures for the public welfare. It has approximately 3,500 members, and is a component, Area 6, of the American Psychiatric Association, the largest professional association of psychiatrists in the United States.

The CPA participates as *amicus curiae* in important cases involving mental health issues, particularly cases concerning the provision of competent diagnosis and treatment of the mentally ill. Some cases in which the CPA has participated are *Menendez v. Superior Court* (1992) 3 Cal.4th 435; *People v. Wharton* (1991) 53 Cal.3d 522, *cert. denied*, (1992) 112 S.Ct. 887; *California Assn. of Psychology Providers v. Rank* (1990) 51 Cal.3d 1; *Herrle v. Marshall* (1996) 45 Cal.App.4th 1761; *Ford v. Norton* (2001) 89 Cal.App.4th 974; and *Coburn v. Sievert* (2005) 133 Cal.App.4th 1483.

The CPA is following the within case with intense interest as it involves issues of extreme importance to patients, our members and all psychiatrists. CPA has reviewed pertinent portions of the record in this matter and is concerned about the staffing crisis at California Department of Mental Health ("DMH") which we believe endangers mentally ill prisoners who are located at or should be diagnosed and treated at DMH facilities. The documented shortage of mental health clinicians at DMH facilities should be addressed on an emergency basis by measures such as providing full parity in pay with clinicians at CDCR facilities, expedited hiring procedures and recruiting from out of state. CPA supports plaintiffs requests in this regard. CPA also believes that the relief requested by the *amicus curiae* brief filed by Psychology Shield, which is a disguised motion without adequate notice filed by an entity which is not a party to this case, will endanger patients by placing patients with severe medical problems under the care of practitioners who are utterly deficient in medical training or experience and will violate the law which prohibits such deficient care.

The CPA believes there is a need for additional argument concerning this case. The CPA's store of psychiatric and scientific knowledge and its members' collective experience in diagnosing and treating persons with mental or emotional problems can

341853_1.DOC

**APPLICATION OF CALIFORNIA PSYCHIATRIC ASSOCIATION TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY RELIEF AND IN RESPONSE TO AMICUS CURIAE BRIEF OF PSYCHOLOGY SHIELD**

1 provide the Court with valuable assistance in resolving the issues presented in this case. This additional psychiatric knowledge and practical experience provides a perspective and information which will not be present in the briefs submitted by the parties or other amicus curiae.

WHEREFORE, for the reasons stated above, the CPA respectfully requests the Court to grant its application to file the brief of *amicus curiae* which accompanies this application.

Dated: May 16, 2007       NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
                          DANIEL H. WILLICK
                          JOHN T. KENNEDY
                          PAUL HEMESATH


                          By:   /s/ Paul A. Hemesath
                                PAUL HEMESATH
                                Attorneys for Amicus Curiae
                                California Psychiatric Association

341853_1.DOC

APPLICATION OF CALIFORNIA PSYCHIATRIC ASSOCIATION TO FILE AN AMICUS CURIAE BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR EMERGENCY RELIEF AND IN RESPONSE TO AMICUS CURIAE BRIEF OF PSYCHOLOGY SHIELD