1  ANDREW H. BAKER, SBN 104197
   BEESON, TAYER & BODINE, PC
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612
3  Telephone: (510) 625-9700

4  Attorneys for Amicus, AFSCME Local 2620

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10 RALPH COLEMAN,                    Case No. CIV S 90-0520 LKK-JFM

11         Plaintiffs,

12      v.                           DECLARATION OF WILLIAM SAFARJAN
                                     IN SUPPORT OF PLAINTIFFS' RESPONSE
13 ARNOLD SCHWARZENEGGER, et al.,    TO THE SPECIAL MASTER'S SIXTEENTH
                                     MONITORING REPORT AND REQUEST
14         Defendants.               FOR ADDITIONAL ORDER

15

16     I, William Safarjan, declare under penalty of perjury:

17  1.    I am employed by the California Department of Mental Health (DMH) as a psychologist

18  at the Atascadero State Hospital (Atascadero). I have worked at Atascadero since 1984.

19  2.    Atascadero currently has a total patient census of approximately 1,190 patients. Of these

20  approximately 107 are California Department of Corrections and Rehabilitation (CDCR) inmates

21  who are being treated at Atascadero pursuant to Penal Code Section 2684; these CDCR patients

22  are referred to as the 2684 patients.

23  3.    While a group of about ten psychologists, social workers and rehabilitation therapists are

24  regularly assigned to work with the current group of about one hundred 2684 patients, all of the

25  Atascadero mental health staff are qualified to treat any of the 2684 patients, and any of the

26  mental health staff can be called upon at any time to treat or assist in the treatment.

27  4.    Atascadero is the primary inpatient setting for the treatment of 2684 patients who are not

28  treated at the DMH inpatient facilities located at the California Medical Facility at Vacaville or

Decl. of William Safarjan ISO Plaintiffs' Response to Special Master's 16th Monitoring Rpt. & Req. for Additional Order
Case No. CIV S 90-0520 LKK-JFM                                                                                        1

Exhibit 1
-12-

1 | the Salinas Valley Psychiatric Program. Atascadero is designed to treat far more than the
2 | roughly one hundred 2684 patients it currently has, but it has been forced to send 2684 patients
3 | to other state hospitals, such as Coalinga State Hospital, because of staffing shortages at
4 | Atascadero.
5 | 5.    Since the beginning of this year when CDCR increased its salaries for mental health staff,
6 | the vacancy rate at Atascadero has increased as mental health clinicians have begun moving to
7 | jobs with CDCR. According to a January 28, 2007, article appearing in the *San Luis Obispo*
8 | *Tribune*, since January 1, 2007, six psychologists have transferred from Atascadero to CDCR,
9 | and the vacancy rate as of January 23, 2007, at Atascadero was 56 percent for psychologists, 45
10 | percent for rehabilitation therapists, and 40 percent for social workers. A true and correct copy
11 | of the January 28, 2007, *San Luis Obispo Tribune* article is attached hereto as Exhibit A.
12 | 6.    Because of the current staffing shortages at Atascadero, last week for the first time in its
13 | history, Atascadero began restricting patient admissions. Within the past week, Atascadero has
14 | put on hold the admission of 67 patients; of these, 15 are 2684 patients.
15 | 7.    In addition to the treatment of 2684 patients, Atascadero serves other categories of mental
16 | health patients that it's required by law to treat. Atascadero is not required by law to treat 2684
17 | patients, but instead does so pursuant to a Memorandum of Understanding with CDCR. Should
18 | staffing shortages at Atascadero continue to increase, Atascadero will remain obligated by law to
19 | treat the other patients, and it is likely that Atascadero will be forced to decrease the number of
20 | 2684 patients even further in order to provide services to the remaining patients.
21 | 8.    Atascadero recently signed a new Memorandum of Understanding with CDCR calling for
22 | Atascadero to increase its census of 2684 patients to 250 to meet the needs of CDCR. With the
23 | pattern of staffing shortages occurring at Atascadero it is unclear how Atascadero will expand
24 | and maintain sufficient staff to treat this increased number of 2684 patients.
25 | I declare under penalty of perjury that the foregoing is true and correct. Executed this
26 | 31st day of January, 2007 at Atascadero, California.

William Safarjan, Ph.D.

Decl. of William Safarjan ISO Plaintiffs' Response to Special Master's 16th Monitoring Rpt. & Req. for Additional Order
Case No. CIV S 90-0520 LKK-JFM                                                                                    2

Exhibit 1
-13-

SanLuisObispo.com

Posted on Sun, Jan. 28, 2007

THE TRIBUNE

## ASH morale plummets as pay gap skyrockets

**By Sarah Arnquist**
sarnquist@thetribunenews.com

A psychologist at Atascadero State Hospital for 22 years, Bill Safarjan continues to believe deeply in its mission: To treat the criminally insane or those deemed unfit to stand trial.

But Safarjan is facing a sharp departure of colleagues — ASH is "hemorrhaging" its clinical staff, he says — because of higher wages being offered to mental health professionals at state prisons.

Workers at ASH say morale has never been lower, and that they cannot do all the work expected of them.

"It's a difficult time, and it has never been more difficult," Safarjan said.

Clinical staff vacancy rates at ASH have reached all-time highs since December, when a federal judge mandated salary increases for clinical positions in the state Department of Corrections and Rehabilitation.

Enticed by salary increases of up to 50 percent, clinical workers are transferring from ASH to work at the California Men's Colony and other prisons.

Consequently, 70 percent of psychiatrist positions are vacant, as are nearly 60 percent of psychologist positions.

Since Jan. 1, 15 ASH clinicians have transferred to the California Department of Corrections, including four psychiatrists and six psychologists, according to information ASH provided to The Tribune.

"To be honest, I think most (workers) would prefer remaining at ASH, but the salary differential is so great that people would be a fool for not going," Safarjan said.

When asked why he hasn't transferred, Safarjan answered that he believes in the hospital's mission. "I guess I'm a fool," he said.

The hospital is maintaining required staffing ratios through mandatory overtime, hiring psychiatrists and registered nurses on short-term contracts, restricting admissions and transferring patients to other hospitals, said ASH Executive Director Mel Hunter.

All five state psychiatric hospitals are feeling the impacts of the salary disparity, but ASH's situation is the most acute because of its chronic staffing shortages, proximity to California Men's Colony and rural location, officials say.

The federal judge ordered salary raises for mental health staff at state prisons to alleviate high vacancy rates in that system, ranging from 44 percent for psychiatrists to 27 percent for psychologists.

The highest-paid psychiatrist at ASH, earning about $166,000 annually, can now earn $248,000 at the California Men's Colony. An ASH psychologist with an annual salary of $62,000 can earn $97,500 at CMC.

### Morale plummets

On Friday, ASH had 1,193 patients, who include men deemed criminally insane or unfit to stand trial. Of all state hospitals, ASH has the most violent patients.

As of Jan. 23, department vacancy rates were 70 percent for psychiatry, 56 percent for psychology, 45 percent for rehabilitation therapists, 39 percent for registered nurses, 40 percent for social workers and 35 percent for psychiatric

technicians.

Last week, the hospital had 17.5 of the 71.5 budgeted psychiatry positions filled. That's one doctor for every 69 patients.

The workload hasn't changed, but the psychology department has less than half of its allotted staff, Safarjan said.

The U.S. Department of Justice says the hospital should have one rehabilitation therapist for every 25 patients or 15 patients depending on the unit, and right now, there isn't even one therapist for every 50 patients, said Mary Alvarado, a music rehabilitation therapist.

"There are people at ASH who want to do a good job, but when you don't have enough people there, it makes it harder and harder," she said.

### Safety concerns

ASH's staff continues to try to provide good care, but safety is now the top concern, Safarjan said.

He now leads group therapy sessions with a dozen or so patients alone when there should be two psychologists. Moreover, he is unfamiliar with some individuals' mental state, and that becomes a safety risk.

Mandatory overtime required of psychiatric technicians also poses a safety risk to patients and staff, said Ken Murch, chief negotiator for the California Association of Psychiatric Technicians.

"That's very hard on our people. They become tired, and that's when accidents happen," he said.

Mental health workers at the state hospitals and prisons largely work with the same population, but psychiatric technicians report that the work seems to be easier in the prisons and the injury rates are higher at the hospitals, Murch said. That makes the salary disparity feel even more unjust, he added.

Social worker Jim Kopisch said in his 21 years at ASH he has never seen "this much dissent or this many people thinking about leaving."

Kopisch said the current situation saddens him because the hospital has good programs that may fall apart if so many people leave.

"It will be the patients who will suffer," he said.

The December salary increase did not include hospital police officers, but they are also leaving ASH for higher salaries at the Department of Corrections, according to Scott Tibbetts, ASH police officer.

"There is an increasingly eminent crisis which will befall ASH should it experience the same degree of officer vacancy currently afflicting other hospital classifications," Tibbetts wrote in an e-mail.

### Asking for salary parity

The state Department of Mental Health is working with Gov. Arnold Schwarzenegger's administration to ensure the safety of patients and staff and continued good treatment, said Stephen Mayberg, director of the department.

"It is an urgent area for all of us, and we're looking to come up with recommendations as soon as we can," he said.

Their goal is salary parity, but increasing salaries within the Department of Mental Health requires action from many parties, including legislators and judicial overseers, he said.

Mayberg stressed his admiration for workers choosing to stay at the hospital.

"I think we need to reassure them that we're doing everything we can to come up with solutions," he said.

A group of attorneys representing California's mentally ill prisoners requested on Dec. 18 that a federal court institute

the same salary raises for Department of Mental Health employees working within prisons. They also asked the state to explain within 60 days why clinical salaries at Atascadero, Coalinga and Patton state hospitals need not also be raised.

The salary disparity has effectively gutted the state hospitals, said one of the filing attorneys, Donald Spector, of the Prison Law Center near San Quentin.

"We're pressing the state because we think it was both foreseeable and intolerable," he said.

The California Attorney General's response on Jan. 17 said salaries will be raised for Department of Mental Health clinicians working within prisons, but clinicians at ASH, Patton and Coalinga will not receive commensurate salaries.

"Such a broadly applicable pay increase for the work of a few clinicians cannot be justified," the state's response said.

### Domino effect

The situation at ASH is "exceedingly worrisome," said Randall Hagar, government affairs director for the California Psychiatric Association, which represents psychiatrists.

"The state hospitals this year could absolutely fall apart because of this single thing," he said.

The problem won't stop there, he warned. The salary disparity will affect county programs, too.

The San Luis Obispo County Behavioral Health Department already struggles to compete with CMC and ASH to recruit psychiatrists and qualified mental health clinicians, said department director Karen Baylor.

In the last six months, the county lost two of its six psychiatrists and two psychiatric registered nurses to CMC. Those are the most difficult positions to fill, she said.

"The county ends up being the lowest on the priority list for people looking for salary and benefits," Baylor said.

© 2007 San Luis Obispo Tribune and wire service sources. All Rights Reserved.
http://www.sanluisobispo.com