1  ANDREW H. BAKER, SBN 104197
   BEESON, TAYER & BODINE, PC
2  1404 Franklin Street, 5th Floor
   Oakland, CA 94612
3  Telephone: (510) 625-9700

4  Attorneys for Amicus, AFSCME Local 2620

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, | Case No. CIV S 90-0520 LKK-JFM |
|---|---|
| Plaintiffs, | |
| v. | DECLARATION OF MALVERN HOLLAND IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S SIXTEENTH MONITORING REPORT AND REQUEST FOR ADDITIONAL ORDER |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Malvern Holland, declare under penalty of perjury:

1. I am employed by the California Department of Mental Health as a Psychologist, Clinical, Safety, at the Coalinga State Hospital (Coalinga). I have worked at Coalinga since November 2005.

2. Coalinga currently has a total patient census of approximately 400 to 450 patients. Of these approximately 50 are California Department of Corrections and Rehabilitation (CDCR) inmates who are being treated at Coalinga pursuant to Penal Code Section 2684; these CDCR patients are referred to as the 2684 patients.

3. While a group of about six psychologists, social workers and rehabilitation therapists are regularly assigned to work with the 2684 patients, all of the Coalinga mental health staff is qualified to treat any of the 2684 patients, and any of the mental health staff can be called upon at any time to treat or assist in the treatment of a 2684 patient.

---

Decl. of Malvern Holland ISO Plaintiffs' Response to Special Master's 16th Monitoring Rpt. & Req. for Additional Order
Case No. CIV S 90-0520 LKK-JFM     1
56194.doc

Exhibit 2
-17-

4. Coalinga is designed with a capacity to treat five hundred 2684 patients. Coalinga currently has only fifty 2684 patients primarily due to lack of staff to treat additional patients. The vacancy rate among the mental health staff at Coalinga is very high. For example, Coalinga currently has about 24 psychologists on staff, with a vacancy rate among the psychologist positions of at least 50 percent.

5. The vacancy rate at Coalinga is expected to increase in the coming months. Since the beginning of this year when CDCR increased its salaries for mental health staff, many of the Coalinga mental health staff have begun interviewing for jobs with CDCR. I would estimate that approximately half of the Coalinga mental health staff have already interviewed or are planning to interview for a job with CDCR.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2007 at Hanford, California.

_____
Malvern C. Holland Jr.

Decl. of Malvern Holland ISO Plaintiffs' Response to Special Master's 16th Monitoring Rpt. & Req. for Additional Order
Case No. CIV S 90-0520 LKK-JFM
56194.doc

2

Exhibit 2
-18-