1 ANDREW H. BAKER, SBN 104197
BEESON, TAYER & BODINE, PC
2 1404 Franklin Street, 5th Floor
Oakland, CA 94612
3 Telephone: (510) 625-9700

4 Attorneys for Amicus, AFSCME Local 2620

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | Case No. CIV S 90-0520 LKK-JFM |
| Plaintiffs, | DECLARATION OF PAUL GUEST IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE SPECIAL MASTER'S SIXTEENTH MONITORING REPORT AND REQUEST FOR ADDITIONAL ORDER |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Paul Guest, declare under penalty of perjury:

1.  I am employed by the California Department of Mental Health (DMH) as a Psychologist at the Patton State Hospital (Patton). I have worked at Patton since December 16, 1986.

2.  Patton currently has a total patient census of approximately one thousand four hundred eighty-four patients. Of these approximately twenty-two are California Department of Corrections and Rehabilitation (CDCR) inmates who are being treated at Patton pursuant to Penal Code Section 2684; these CDCR patients are referred to as the 2684 patients.

3.  Patton has a Memorandum of Understanding with CDCR to treat a maximum of thirty 2684 patients. Other than the DMH inpatient facilities located at the California Medical Facility at Vacaville and the Salinas Valley Psychiatric Program, Patton is the only DMH facility that treats female 2684 patients; Atascadero State Hospital only treats male patients. Patton currently has twenty-two 2684 patients.

---

Decl. of Paul Guest ISO Plaintiffs' Response to Special Master's 16th Monitoring Rpt. & Req. for Additional Order       1
Case No. CIV S 90-0520 LKK-JFM

Exhibit 3
-19-

4. The mental health staff at Patton that works with 2684 patients also treats other, non-2684 patients. Currently a group of about twenty-four psychologists, social workers and rehabilitation therapists are regularly assigned to work with Patton's current census of twenty-two 2684 patients; but all of the Patton mental health staff is qualified to treat any of the 2684 patients, and any of the mental health staff can be called upon at any time to treat or assist in the treatment of a 2684 patient.

5. The vacancy rate among the mental health staff at Patton is very high. For example, Patton currently has about fifty psychologists on staff, with a vacancy rate among the psychologist positions of at least forty-two percent. The vacancy rate at Patton is expected to increase in the coming months. While approximately thirty additional psychologist positions are scheduled to be allocated in coming months, due to Federal Department of Justice mandates, these are unlikely to be filled at current salary levels. Furthermore, since the beginning of this year when CDCR increased its salaries for mental health staff, many of the Patton mental health staff have begun interviewing for jobs with CDCR. I would estimate that approximately ten to twenty percent of the Patton mental health staff have already interviewed or are planning to interview for a job with CDCR.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2007 at Patton, California.

_____
Paul Guest

Decl. of Paul Guest ISO Plaintiffs' Response to Special Master's 16th Monitoring Rpt. & Req. for Additional Order
Case No. CIV S 90-0520 LKK-JFM

Exhibit 3
-20-