EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' PLAN TO ADDRESS STAFFING VACANCIES WITHIN DMH**<br><br>Hearing:      May 21, 2007<br>Time:          10:00 a.m.<br>Courtroom:  4<br>Judge:         The Honorable<br>                    Lawrence K. Karlton |

On April 25, 2007, this Court ordered Defendants to submit a plan for addressing the staffing vacancies that affect class members in this action together with an evaluation of the

//
//
//
//
//
//

DEF. DMH PLAN RE. STAFFING VACANCIES

1

1  efficacy of the plan. Attached as Exhibit 1 is the plan.

2       Dated: May 16, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/ Lisa A. Tillman*


LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30268614.wpd
CF1997CS0003

DEF. DMH PLAN RE. STAFFING VACANCIES

2