**RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,**

**CASE NO. CIV S-90-0520 LKK JFM P**

**DEFENDANTS' PLAN TO ADDRESS STAFFING VACANCIES WITHIN DMH**

**EXHIBIT 1**



# CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

May 16, 2007

J. Michael Keating, Jr.
Office of Special Master
2351 Sussex Lane
Fernandina Beach, FL 32034

via:  Lisa Tillman
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

**RE: DEPARTMENT OF MENTAL HEALTH; RECRUITMENT AND HIRING PLAN**

Please find enclosed Defendants' response to Judge Karlton's April 25, 2007 order to provide a plan addressing the staffing vacancies that affect Coleman class members receiving care at DMH institutions, including an evaluation of what realistically can and cannot be accomplished.

If you need clarification on any aspect of this report, please contact Dr. Char Schultz, Long Term Care Services Division at (916) 654-2413.

Respectfully,

*Char Schultz EdD for*

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures

CALIFORNIA DEPARTMENT OF
# Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

May 16, 2007

# Department of Mental Health Recruitment and Hiring Plan

This document responds to Judge Karlton's April 25, 2007 order to provide a plan addressing the staffing vacancies that affect Coleman class members receiving care at DMH institutions, including an evaluation of what realistically can and cannot be accomplished.

## Background:

The Department of Mental Health (DMH) has encountered significant crisis in its ability to maintain hospital staffing levels to meet the requirements of licensing, Joint Commission on the Accreditation of Healthcare Organizations (JCAHO) and the U.S. Department of Justice (USDOJ) Consent Judgment. At the same time, DMH has been hampered by staff shortages in its ability to meet its statutory obligation to admit and treat judicially and civilly committed individuals as well as in its ability to comply with its contractual and legal obligations to provide inpatient care to *Coleman* class members at state hospitals.

## Analysis of Recruitment Data and Methodologies:

DMH collected and analyzed the recruitment data received from the DMH facilities. Each hospital and psychiatric program has an active recruitment plan that includes the usual recruitment methods. DMH has compiled recruitment information for FYs 2004/05, 2005/06 and 2006/07 (appendix A) to determine what recruitment efforts were used for each hospital or program and which appeared to be the most successful. The table outlining the recruitment data is attached and shows the recruitment processes used for the last three years for each of the five hospitals and two psychiatric programs. This information was used to determine if DMH was utilizing the best possible methods to fill vacant positions.

The information compiled indicated that recruitment efforts utilize various methodologies to fill positions including: emergency contracts, Invitation for Bid (IFB) and Non-Competitive Bid (NCB) Exempt Bids, College and University outreach, displays at conferences and job NCB) Exempt Bids, College and University outreach, displays at conferences and job fairs, advertisements in newspapers and professional journals, outreach through the internet,

mailers and fliers and by word of mouth. In analyzing the data, the internet, DMH website and newspapers have been the most utilized forms of recruitment methods, while out of state recruitment and emergency contracts have been the least utilized form of recruitment.

Overall, the recruitment methods of the hospitals and psychiatric programs have been aggressive and proactive, especially in the case of Coalinga State Hospital (CSH). CSH used all available types of recruitment methods, and found out-of-state recruitment events and tours of the new hospital, with its modern design and facilities, were particularly successful. The recruitment data has been shared with the hospitals and psychiatric programs with the intention of continuing to update information. In addition, each facility is working with DMH headquarters staff to develop a process that effectively tracks the success of each method of recruitment as new staff is hired.

## Proposed and Current Actions to Address Staffing:

**1. Salary Increases:** The 2007-08 Governor's Budget included funding for salary increases for the DMH psychiatric programs of Salinas Valley Psychiatric Program and Vacaville Psychiatric Program to enable full pay parity with CDCR mental health clinicians at those cites. Since the release of the 2007-08 budget, several policy decisions addressing the need for pay parity and for statewide recruitment and retention strategies at state hospitals were made. The policy decisions are identified in detail below.

Effective April 1, 2007, DMH will provide salary adjustments for incumbent staff in the *Coleman* classes working in state hospitals. DMH will fund the salary adjustments for current year, April 2007 through June 2007, from salary savings and the budget year costs will be funded through the Spring Finance Letter and May Revision proposals that were submitted to the Legislature. The raises and resulting new salary ranges included in the Spring Finance Letter are subject to negotiations with the various bargaining units and approval by the Legislature.

As an example of the proposed substantial increase in salaries, a staff psychiatrist currently working in a state hospital is paid the existing salary and differential of $14,740 per month and the new salary adjustment will place them within the new range of $18,010 to $20,610 per month. More specifically, psychiatrists and senior psychologists will receive increased pay, within 5% of the amounts paid CDCR clinicians in those classifications. Clinical psychologists, social workers, rehabilitation therapists, unit supervisors, senior psychiatric technicians, and psychiatric technicians will receive increased pay, within 18% of the amounts paid CDCR clinicians in those classifications.

**2. Recruitment Firm:** The Department of Personnel Administration submitted a Spring Finance Letter requesting $1 million per year in funding for two years for a contract with a recruitment firm to develop and implement performance-based recruitment efforts focused on the areas of most pressing need for health care clinicians. This proposal is on behalf of all Departments utilizing the clinical staff classifications, including the DMH, Department of Developmental Services, the CDCR, and California Department of Veterans Affairs. This contract will create a consistent recruitment pool so that all departments gain access to a larger number of health care professionals and increasing hiring across the State. The

2

Spring Finance Letter constitutes a request for funding and has been included in the Governor's budget proposal. The Funding will be available if it is incorporated in the budget adopted by the Legislature.

**3. Budgeted Staffing Plan to Fill Vacancies:** The DMH developed a Staffing Plan, (appendix B), as part of the 2007-08 State Hospital May Revision Estimate which outlines a hiring plan to fill the vacant positions for budget year 2007-08. DMH currently has 1,860 vacant staff positions. This plan could reduce the vacancies by 750 positions. Given DMH's own monthly vacancy and recruitment data, the plan is to hire 300 staff for the five state hospitals during the first six months of the 2007-2008 budget year and another 450 staff for the last half of the budget year. More specifically, for the first half of the budget year, DMH will hire ten (10) additional staff each month for each of the five hospitals resulting in an overall net gain of fifty (50) staff per month.

The combined effect of salary adjustments, as stated in the Spring Finance Letter, with the use of a contracted-for "headhunter" agency will allow DMH to structure the recruitment and hiring process to create a larger hiring pool. DMH believes this strategy will to enable the hiring of fifteen (15) new staff per hospital for the last six months of the budget year with a net gain of 75 staff per month. The fiscal impact of hiring 750 staff is $5,962,898 over a 12-month period. The fiscal request allows DMH to recruit and hire into these vacant positions at the new salary ranges once negotiations are completed and Department of Personnel Administration provides the specific salary range information via pay letter.

**4. State Personnel Board Resolution:** DMH will seek a resolution from the State Personnel Board to compress the hiring ranks from six ranks to three ranks in an effort to accelerate the hiring process. The current six rank policy has hampered DMH's ability to hire individuals who are placed below the third rank in recruitment ranking because it limits the pool of applicants that may be qualified for a specific position. The proposed resolution will state that the Board will initiate continuous open testing based on the three limited scores and will serve as the "focal point for meeting the automated examination needs" of the designated classifications. This resolution should afford DMH the ability to more readily access qualified candidates for positions.

**5. Loan Repayment:** In March 2007, three DMH hospitals, Atascadero, Metropolitan, and Napa, applied for the loan repayment program to the National Health Service Corps (NHSC) for psychiatry, psychology and social work. This federal organization provides programs for multi-year recruitment and retention assistance. A key component in NHSC's evaluation process involves the ratio of budgeted staff to the current number of employed staff, and each of the three hospitals submitted that data with their application. It is unknown at this time if the applications have been accepted. If accepted, the loan repayment option would increase the ability of the hospitals to recruit by offering applicants the loan repayment plan for the period of time that they work for these facilities. This opportunity is very important to new graduates who have acquired many student loans to pay for their education.

3

Because Coalinga State Hospital's application for this program was previously rejected, it chose not to reapply at this time. Patton State Hospital chose not to participate at this time.

**6. Use of Registries**: DMH has aggressively pursued using outside registry companies and contractors to fill its staffing shortage. The use of these resources has allowed DMH to continue operations when staffing levels have dipped threatened the ability of a state hospital to remain open. The use of registry contracts continues at the hospitals, with some assigning registry employees to specific programs to enhance the registry employee's knowledge of the program and to provide continuity of care. Registry employees are usually individuals who need more flexible working schedules and are unable to work mandatory overtime. The use of registry personnel has been one way that the hospitals and psychiatric programs have been able to fill vacant staffing positions on the individual units on any given day.

**7. Use of Emergency Contracts:** The Headquarters-level master emergency contract was developed to supplement other methods of staffing in the hospitals and so enable continued operations in compliance with state licensing and JCAHO requirements. The master emergency contract provides for both *Plata* and *Coleman* classifications at the five state hospitals. The contract is pending approval but other clinically specific emergency contracts are in place, such as psychiatrist contracts and pharmacy contracts. DMH is taking the first steps toward putting a permanent master contract in place before the emergency contracts expire.

**8. Internship programs**: Internship programs in partnership with local community college and university programs have proven a valuable means to recruit staff. The internship programs provide graduate students with the opportunity to continue their clinical education and training as psychiatry fellows and interns in psychology, social work and rehabilitation therapy. It is not unusual for some of these clinicians to join DMH once they have completed their graduate work, so providing the DMH with a source of employees.

**9. Review of Utilization of Psychologists:** DMH will review its ability to utilize psychologists in lieu of psychiatrists for certain patient care responsibilities, with the caveat that the staffing ratios of the CRIPA consent decree are met.

# Limitations on Proposed and Current Actions to Address Staffing:

The salary increases, recruitment efforts, and staffing plan will provide financial incentives for staff to remain at DMH facilities and draw new clinical staff to the facilities. However, given the statewide shortage of health care clinicians, DMH is aware that it must continue to be proactive and innovative in fillings its vacant positions. Those proactive efforts do have limitations:

4

-The ability to hire from a compressed ranking system with the passage of a State Personnel Board resolution places increased pressure on the hiring manager to assure accuracy and thoroughness in the reference check process.

-The loan repayment program has its own funding limitations which will mean that not all DMH applicant-employees will be able to participate in the program.

-The use of registry staff, particularly in high levels or on a day-to-day basis on different units, creates concern that the registry personnel will not have rapport with the patients or sufficient familiarity with standard policies and routines, thereby creating inconsistency in the delivery of clinical treatment services.

-Emergency contracts may be used only for one year and so have limited effectiveness in remediating staff vacancies and providing consistency in backup staffing coverage on a permanent basis.

-Clinical internship programs are subject to the approval and participation of affiliated university programs upon proof of two key components: the availability of senior, experienced clinical staff to supervise the interns and an established clinical rotation created by permanent DMH staff.  Without those components, the clinical internship programs do not survive the scrutiny of university sponsors.

## Commitment:

Should this Court so desire, DMH will report to this Court every six months on the effectiveness of its plan to address the staffing vacancies that affect *Coleman* class members.

5