IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.              ORDER

        Good cause appearing, IT IS HEREBY ORDERED that the application of Psychology Shield for leave to file an amicus curiae brief in support of plaintiffs' motion for emergency relief regarding access to Department of Mental Health Beds is granted.

DATED: May 16, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1