IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              ORDER

                                /

        This matter is set for hearing on June 4, 2007 on plaintiffs' motion to convene a three judge panel to limit the prison population pursuant to 18 U.S.C. § 3626(a)(3). Good cause appearing, on or before May 31, 2007, the special master shall provide the following information to the court: (1) the current inmate population in the California Department of Corrections and Rehabilitation (CDCR); (2) the current size of the plaintiff class; (3) what percentage of the plaintiff class is being provided with necessary mental health services with presently available resources, including but not limited to staff, beds, and programming space; and (4) whether a reduction in total inmate population will affect the answer to question number (3) and, if so,

/////

/////

/////

1

what level of total inmate population reduction would be required to allow the provision of constitutionally adequate care to all members of the plaintiff class.

DATED: May 17, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2