EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' ERRATA SUBMISSION OF ATTACHMENTS TO PLAN TO ADDRESS STAFFING VACANCIES WITHIN DMH**<br><br>Hearing: May 21, 2007<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: The Honorable Lawrence K. Karlton |

On April 25, 2007, this Court ordered Defendants to submit a plan for addressing the staffing vacancies that affect class members in this action together with an evaluation of the

//

//

//

//

//

efficacy of the plan. The plan was submitted as Exhibit 1 to Defendants' filing on May 16, 2007. The plan's attachments, a cover letter and appendix A (Excel spreadsheet entitled, "DMH State Hospitals Recruitment Efforts" and appendix B (Staffing Plan), were not filed on May 16, 2007. Defendants respectfully request this Court accept the attachments to the submitted plan.

Dated: May 17, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

Response-Errata.wpd
CF1997CS0003

DEF. ERRATA SUBMISSION OF PLAN RE. STAFFING VACANCIES

2