# ATTACHMENT TO EXHIBIT 1



**CALIFORNIA DEPARTMENT OF Mental Health**

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

May 17, 2007

J. Michael Keating, Jr.
Office of Special Master
2351 Sussex Lane
Fernandina Beach, FL. 32034

via:  Lisa Tillman
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

RE:  **DEPARTMENT OF MENTAL HEALTH RECRUITMENT AND HIRING PLAN**

In accordance with the April 25, 2007 Coleman Court Order, the Department of Mental Health (DMH) submitted a recruitment and hiring plan on May 16, 2007 to provide the steps that DMH is taking to address the pay parity issue between the California Department of Corrections and Rehabilitation (CDCR) and DMH.

However, it came to our attention that Appendix A, Appendix B and the Acronym List were not included in the report. These documents are enclosed for your review. Please accept our apologies for this oversight.

If you need clarification, please contact Dr. Char Schultz, Long Term Care Services Division at (916) 654-2413.

Sincerely,

CYNTHIA A. RADAVSKY
Deputy Director

Enclosures