RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' PLAN TO ADDRESS STAFFING VACANCIES WITHIN DMH

EXHIBIT 1

APPENDIX A

# RECRUITMENT AND HIRING REPORT
# ACRONYM LIST

| | |
|---|---|
| ASH | Atascadero State Hospital |
| CDCR | California Department of Corrections and Rehabilitation |
| CSH | Coalinga State Hospital |
| DMH | Department of Mental Health |
| IFB | Invitation for Bid |
| JCAHO | Joint Commission on the Accreditation of Healthcare Organizations |
| NCB | Non-Competitive Bid |
| NHSC | National Health Services Corps |
| USDOJ | United States Department of Justice |

# DMH STATE HOSPITALS RECRUITMENT EFFORTS

| | ASH | | | CSH | | | MSH | | | NSH | | | PSH | | | SVPP | | | VPP | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 |
| Contracts - Emergency | | | x | x | | | | | | | | x | | | | | | | | | |
| Bids - IFB | | | x | x | x | | | x | x | | x | | | x | x | | | | | | |
| NCB Exempt | | | | x | x | | | | | | | | | | | | | | | | |
| Colleges | x | x | x | x | x | | | | | | | | x | x | x | | | | x | x | x |
| Universities | x | x | x | x | x | | | | | | | | x | x | x | x | x | x | x | x | x |
| Word of Mouth | | | | x | x | | | | | x | x | x | | | | x | x | x | x | x | x |
| Conferences | x | x | x | x | x | | | | | x | x | x | x | x | x | x | x | x | | | |
| Job Fair | x | x | x | x | x | x | x | x | | | | | x | x | x | x | x | x | x | x | x |
| Newspapers | | | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Internet | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Professional Journals | x | x | x | x | x | | | | x | x | x | x | x | x | x | x | x | x | x | x | x |

"X" - Recruitment method utilized.
**All Hospitals have participated in the Out-of-State Recruitment
and determined it was ineffective, except Coalinga State Hospital.

1

February 26, 2007

**DMH STATE HOSPITALS RECRUITMENT EFFORTS**

| | ASH | | | CSH | | | MSH | | | NSH | | | PSH | | | SVPP | | | VPP | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 | FY 04/05 | FY 05/06 | FY 06/07 |
| DMH Website | x | x | x | | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Mailers/Flyers | x | x | x | | | | | | | | | | | | | x | x | x | x | x | x |
| Out of State Recruitment Efforts | | | | | x | x | | | | | | | | x | | | | | | | |
| Internship (Psychologist) | x | x | x | | x | x | x | x | x | x | x | x | x | x | x | | | | x | x | x |

"X" - Recruitment method utilized.
**All Hospitals have participated in the Out-of-State Recruitment and determined it was ineffective, except Coalinga State Hospital.