RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

DEFENDANTS' PLAN TO ADDRESS STAFFING VACANCIES WITHIN DMH

EXHIBIT 1

APPENDIX B

STAFFING PLAN

The department has developed a hiring plan for the vacant positions for the budget year 2007-08. The department's plan is based on the monthly Coleman reported vacancies to the Coleman court. For the first half of the budget year, the department anticipates hiring ten staff per month for each of the five state hospitals. The plan envisions the department hiring a total of three hundred staff (5 hospitals x10 staff x 6 month=300). In recognition, of the Spring Finance Letter (SFL) that reflects a contract for a headhunter/agency on behalf of four departments; DMH is increasing the hiring plan from 10 per month to 15 per month for the second half of the budget year. During this period the department anticipates hiring 450 staff (5 hospitals x15 staff x 6 month=450).

The department will report quarterly to Department of Finance (DOF) on the progress of the hiring plan to the extent that we exceed the monthly hires and the department will request funding per budget language.