```
 1  ANNE M. GIESE (SBN No. 143834)
    ROCCO R. PATERNOSTER (SBN No. 198058)
 2  SEIU Local 1000
    1808 14th Street, Bldg. 1
 3  P.O. Box 160005
    Sacramento, CA 95816-0005
 4
    Telephone:   (916) 554-1279
 5  Facsimile:   (916) 554-1272

 6  Attorneys for Amicus Curiae, SEIU LOCAL 1000
```

SEIU Local 1000
1808 14th Street, Bldg. 1
Sacramento, California 95814-7131
Telephone: (916) 554-1279

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | CASE NO. CIV S 90-0520 LKK-JFM |
| Plaintiffs, | MOTION TO APPEAR AS *AMICUS CURIAE* AND FILE BRIEF, IN SUPPORT OF PLAINTIFF'S MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS. |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| _____/ | DATE:       May 21, 2007<br>TIME:       10:00 a.m.<br>COURTROOM: 4<br>JUDGE:      Honorable Lawrence K. Karlton |

Service Employees International Union, Local 1000 ("SEIU"), requests leave from the Court to file a brief as *amicus curiae* in support of Plaintiffs' motion for emergency relief as reasons below would show:

Service Employees International Union, Local 1000 is the exclusive representative of nearly 90,000 California employees in State Bargaining Units 1, 3, 4, 11, 14, 15, 17, 20 and 21. This includes 1,650.90 budgeted positions across fifteen (15) level of care classifications totaling 1,650.90 budgeted positions in the California Department of Mental Health ("DMH"). SEIU members employed by DMH are significantly effected by the documented disparity in pay between DMH clinicians providing mental health services to California Department of Corrections and

Rehabilitation ("CDCR") inmates in CDCR institutions compared with clinicians providing the same services in all other DMH facilities. The disparity in pay and the resultant transfer of clinicians from DMH to CDCR has a devastating effect on DMH patient care as well as SEIU members working in DMH facilities. These effects include untenable staff workloads, disproportionate overtime compensation due to staff shortages and failure to recruit and retain competent staff. These effects endanger mentally ill prisoners in DMH facilities.

SEIU's participation as *amicus curiae* is important in this case as SEIU has specialized knowledge of the effects of the documented pay disparity, the specific failure of Defendants to address the pay disparity in discussions with SEIU, in their January budget, in the May Revise to the budget and in Defendant's Plan to Address Staffing Vacancies Within DMH filed in this Court on May 16, 2007.

Wherefore, SEIU prays this Court grant its application to file a brief as *amicus curiae* in support of Plaintiff's motion for emergency relief regarding Defendants' denial of access to inpatient psychiatric beds in DMH's state hospitals accompanying this application.

SEIU Local 1000

Dated: May 18, 2007      By_____
ROCCO R. PATERNOSTER
SEIU Local 1000
P.O. Box 160005
Sacramento, CA 95816-0005