ANNE M. GIESE (SBN 143934)
ROCCO R. PATERNOSTER (SBN No. 198058)
SEIU Local 1000
1808 14th Street, Bldg. 1
P.O. Box 160005
Sacramento, CA 95816-0005

Telephone:   (916) 554-1279
Facsimile:    (916) 554-1272

Attorneys for Amicus Curiae, SEIU LOCAL 1000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | CASE NO. CIV S 90-0520 LKK-JFM |
| Plaintiffs, | DECLARATION OF DANIEL ROUNDS IN SUPPORT OF *AMICUS CURIAE* BRIEF SUPPORTING PLAINTIFF'S MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS. |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | DATE:    May 21, 2007<br>TIME:    10:00 a.m.<br>COURTROOM:  4<br>JUDGE:    Honorable Lawrence K. Karlton |

I, Daniel Rounds, declare as follows:

1.  I am an employee of the Service Employees International Union Local 1000 (herein referred to as "the Union") and am the lead coordinator in the Union's Research Department. In this capacity, I am responsible for conducting research and analysis concerning the use of labor market data for purposes of collective bargaining, and supervise and coordinate the work of others in this capacity. If called to do so, I could and would testify to the following information based upon my personal knowledge.

2.  I have reviewed documents, conducted research and participated in several meetings and discussions involving "Level of Care" health care professionals employed at the

1                                                   Civ S 90-0520 LKK-JFM
DECLARATION OF DANIEL ROUNDS IN SUPPORT OF *AMICUS CURIAE* BRIEF

Department of Mental Health ("DMH"). Specifically, I analyzed DMH's staffing statistics and vacancies, costs associated with filling DMH positions and establishing pay parity with the California Department of Corrections and Rehabilitation health care professionals and labor market availability.

3. <u>Vacancies</u>

The figures that follow were calculated using State Controller's Office ("SCO") 2007 March Vacancy Report which the SCO provided to the Union.

The aggregate vacancy rate for Medical Transcriber, Health Records Technician I, Health Records Technician II (Specialist), Pharmacy Technician (DMH, DDS), Pharmacy Technician, Radiologic Technologist (Safety), Senior Radiologic Technologist (Specialist), Registered Nurse (Safety), Surgical Nurse I (DMH, DDS), Nurse Instructor, Public Health Nurse II, Public Health Nurse I, Licensed Vocational Nurse (Safety), Public Health Nurse I (DMH, DDS), and Nurse Practitioner (Safety) is twenty (20) percent at DMH. According to the State Controller's Office "March Vacancy Report," there currently are 335.15 vacancies in the 15 foregoing classes at DMH. (*See,* Attachment 1).

4. <u>Costs</u>

The figures that follow were calculated using SCO's payroll and vacancy data which are furnished to the Union periodically. Increased salary costs that would accrue to the state if it granted pay parity to the 15 foregoing classes using pay raises and rates granted by the Federal Receiver to similar classes at the Department of Corrections and Rehabilitation ("CDCR") would range between $7.7 million and $36.1 million dollars per year, depending on the assumptions one makes about vacancy rates. If all vacancies for the 15 foregoing classes referenced in the SCO March Vacancy Report in DMH were filled, at the top of the new pay scales created by the receiver at CDCR, the annual salary cost of pay parity would amount to $36.1 million. If none of the vacancies were filled, the annual salary cost would be $7.7 million to give incumbents in the foregoing classes the pay raises received by their counterparts at CDCR. (*See,* Attachment 1).

5. <u>Labor Availability</u>

According to data publicly available on the Bureau of Labor Statistics website, California

SEIU Local 1000
1808 14th Street, Bldg. 1
Sacramento, California 95814-7131
Telephone: (916) 554-1279

2   Civ S 90-0520 LKK-JFM
DECLARATION OF DANIEL ROUNDS IN SUPPORT OF *AMICUS CURIAE* BRIEF

has 234,260 Registered Nurses, 14,950 Radiological Technicians, 23, 360 Pharmacy Technicians, 56,170 LVNs, 13,490 Health Records Technicians, 96,820 CNAs or workers in CNA-related classes, and 6,690 Medical Transcribers.  These data suggest that the California labor market has enough workers in the relevant classes to fill the 335.15 vacancies alluded to earlier—*if* these workers are paid sufficient salaries.  (See Attachment 2).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this _____ day of May 2007, in Sacramento, California.

_____
DANIEL ROUNDS

SEIU Local 1000
1808 14th Street, Bldg. 1
Sacramento, California 95814-7131
Telephone: (916) 554-1279

3    Civ S 90-0520 LKK-JFM
DECLARATION OF DANIEL ROUNDS IN SUPPORT OF *AMICUS CURIAE* BRIEF