SEIU Local 1000
1808 14ᵗʰ Street, Bldg. 1
Sacramento, California 95814-7131
Telephone: (916) 554-1279

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10

11   RALPH COLEMAN, et al.,                    CASE NO.  CIV S 90-0520 LKK-JFM

12              Plaintiffs,
                                               **ORDER**
13   vs.

14   ARNOLD SCHWARZENEGGER, et al.,

15              Defendants.

16   _____/

17

18         Good cause appearing, IT IS HEREBY ORDERED that the application of SEIU Local

19   1000 for leave to file an amicus curiae brief in support of plaintiffs' motion for emergency relief

20   regarding defendants' denial of access to inpatient psychiatric beds in Department of Mental

21   Health's state hospitals.

22

23   Dated: May ___, 2007

24                                             _____
                                               LAWRENCE K. KARLTON
                                               SENIOR JUDGE
25                                             UNITED STATE DISTRICT COURT

26

27

28