PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' SUPPLEMENTAL BRIEF: MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS** |

1    The CDCR's Mental Health Services Delivery System (MHSDS) is in a crisis that
2 warrants emergency action by this Court.  *Coleman* class members are being denied access to
3 the highest levels of mental health care – licensed inpatient psychiatric beds operated by
4 Defendant Department of Mental Health.  Defendants' attempt thus far to address the crisis has
5 been severely inadequate, thus necessitating action from this Court.  This Court therefore
6 deems that an emergency Order is necessary to prevent further harm to the Plaintiff Class.
7    Good cause appearing, IT IS HEREBY ORDERED THAT:
8    1.    Defendants Schwarzenegger, Tilton, Mayberg and Genest are ordered to produce
9 a Plan in full compliance with this Court's February 7, 2007 Order within 5 court days of the
10 issuance of this Order.  Each Defendant shall declare under oath what steps his agency or
11 department will take to address the inpatient bed crisis caused by the DMH staffing shortages,
12 why they believe those steps will be sufficient to restore safe staffing levels to all DMH
13 facilities, and shall include a detailed timeline for implementation of that plan such that all
14 steps are fully implemented on or before November 1, 2007.  The plan shall also include a
15 detailed timeline as to when *Coleman* beds, specifically, will open.  The failure to comply with
16 this Order will result in the issuance of an order to show cause why these Defendants should
17 not be held in contempt of Court.
18    2.    The Special Master's May 1, 2007 Report regarding the CMF/ASH swap is
19 adopted in full.  Defendants shall immediately open 25 MHCBs at ASH so that those beds are
20 available during the conversion of S1 into an acute bed unit.  Defendants are also ordered to
21 ensure that the 25 beds are fully utilized, including clear and prompt notifications to mental
22 health clinicians throughout CDCR, and are ordered to report to the Special Master and
23 Plaintiffs' counsel on a monthly basis regarding the utilization of those beds.
24    3.    Defendants shall take all necessary steps, including but not limited to salary
25 increases in full parity with CDCR, to retain and hire adequate clinical and custody staffing
26 levels to safely open 25 mental health crisis beds immediately at ASH and to open every one of
27 the other 231 contracted ASH beds to *Coleman* class members by November 1, 2007.  ASH
28 shall not limit or restrict admissions to those 256 CDCR beds without leave of Court.

1  Defendants shall implement the DMH salary increases by June 15, 2007 and shall use an
2  expedited process to do so.

3      4.    Defendants shall take all necessary steps, including but not limited to salary
4  increases in full parity with CDCR, to retain and hire adequate clinical and custody staff at all
5  other DMH hospitals that house CDCR patients.  DMH shall not limit access or restrict
6  admissions to CDCR beds without leave of Court.  Defendants shall implement the pay raises
7  by June 15, 2007 and shall use the expedited process to do so.

8      5.    Defendants shall take all necessary steps, including salary increases in full parity
9  with CDCR, to accelerate the opening of all beds at Coalinga State Hospital for patient
10  admission in order to reach full licensed capacity as soon as possible and no later than July 1,
11  2008.

12      6.    Defendants shall streamline and expedite the hiring process for DMH staff and
13  shall, at a minimum, broaden the scope of recruitment efforts to the national level, develop
14  regional recruitment centers, and use contracted subject-matter or professional specialty
15  experts to assist in the recruitment process.  Defendants shall also submit a report to this Court,
16  by June 30, 2007, assessing the State examination process, current DMH advertising efforts
17  and any statutes or regulations that currently interfere with the hiring and recruitment process.
18  That report shall analyze any impediments to recruitment and hiring, including in the areas
19  described above, and shall include concrete solutions with detailed timelines to remove
20  identified impediments, if any.

21      7.    Defendants shall take all necessary steps to fully open the D-5 unit at SVSP by
22  June 30, 2007.  Defendants shall also ensure that all patients housed in D-5 and D-6 have
23  access to a minimum of 20 hours a week of clinical treatment and programming in addition to
24  appropriate yard time on the grassy yard within 10 days.  The SVSP Warden shall supply
25  sufficient custody officers to the control rooms of D-5 and D-6, for escorts and for yard
26  supervision, to assure compliance with this order and shall assure that any CDCR obstacles to
27  compliance with this provision are removed.  Within 15 court days of the date of this Order,
28  Defendants CDCR and DMH shall each file a declaration with the Court explaining the

staffing levels on the D-5 and D-6 units and confirming that 20 hours a week of clinical programming in addition to yard time on the grassy yard has been provided to all patients housed in these units.

8. CDCR and DMH shall file monthly reports with this Court, by the 15th day of the following month, which set forth: total patient population and current CDCR (2684) population in each DMH facility (including number of admissions and discharges and length of stay); staffing at each DMH facility (for each job category, allocated and filled positions); the number of contract and registry positions at each DMH facility during the previous month (for each job category, number of hours worked and full-time equivalent); and updates on the status of Federal Loan Repayment Grants and Internship program participation at each DMH hospital.

Dated: _____          _____
                                            Honorable Lawrence K. Karlton