Andrew J. Kahn, SBN 129776
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415-597-7200
Fax:             415-597-7201
Email:         ajk@dcbsf.com

Attorneys for *Amicus* Union of American Physicians and Dentists

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>　　　　Defendants. | CASE NO. CIV S 90-0520 LKK-JFM<br><br>**APPLICATION OF UAPD FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' MOTION AND IN OPPOSITION TO PSYCHOLOGY SHIELD'S REQUESTS**<br><br>Date:  May 21, 2007<br>Time: 10am<br>Ctrm:  4 |

　　　　The Union of American Physicians and Dentists (UAPD) hereby applies for leave to file, as *amicus curiae*, a brief in support of Plaintiffs' Emergency Motion and in opposition to the requests made by Psychology Shield to reassign work from psychiatrists to psychologists.

　　　　For more than a dozen years UAPD has been the exclusive bargaining representative of approximately 1,500 state employees pursuant to the Ralph C. Dills Act, California Government Code sections 3512 *et seq.*  Included in its bargaining units are the approximately-32 psychiatrists employed by the California Department of Corrections and Rehabilitation (CDCR), and the more than 200 psychiatrists employed by the California Department of Mental Health (DMH).  UAPD also represents the

1  psychiatrists employed by several counties including Los Angeles, San Francisco,
2  Alameda, San Mateo, Santa Clara, Santa Cruz, and San Joaquin. UAPD has repeatedly
3  been granted leave to appear amicus curiae on medical/legal issues.  See, e.g., American
4  Hospital Association v. NLRB (1991) 499 U.S. 606; 111 S.Ct. 1539; Arnette v. Dal Cielo
5  (1996) 14 Cal.4th 4; Grier v. Kizer (1990) 219 Cal.App.3d 422; Kime v. Bd. Of Med.
6  Qual. Assurance (unpub.; 3rd Dist., No. 3 Civ. C0065550); Hillsman v. Sutter
7  Community Hospitals (1984) 153 Cal.App.3d 743; Hillsman v. Mercy General Hospital
8  (unpub. 3rd Dist. No. 3 Civ. C010535); Stuart v. Sullivan USD, U.S. Dist. Ct. DNJ No.
9  92-417; Providence Hospital (1996) 320 NLRB 717, 717 n.1.

10         By virtue of the above, UAPD believes it is uniquely qualified to comment on the
11 requests of both Plaintiffs and Psychology Shield ("Shield").  UAPD has witnessed
12 CDCR's new ability to recruit highly-qualified psychiatrists based on its new pay levels.
13 If those pay levels were matched by DMH,  there is no reason DMH would not have even
14 greater success in recruitment.  Thus there is no medical need at present to embark upon
15 the novel restructuring of professional responsibilities sought by Shield.  UAPD shows
16 that CDCR patients at DMH would be ill-served if they were to be treated solely by
17 persons who have no training nor experience in medical conditions nor in prescribing of
18 medication.  UAPD explains that changes such as the ones proposed by Shield should not
19 be undertaken without prior consultation with the unions representing psychologists and
20 psychiatrists, not only because such consultation is legally-required by the Dills Act, but
21 because maintaining positive relations with clinicians is essential to the recruitment and
22 retention efforts needed to staff DMH adequately.  The last thing DMH needs is a
23 debilitating internal squabble over transferring work from one group of professionals to
24 another.  As a matter of ordinary civil procedure and basic due process, such changes
25 should not be adopted based solely on Shield's *amicus* filing without adequate notice to
26 negatively-impacted parties.
27 / / /
28 / / /

A copy of the proposed *amicus curiae* brief and its supporting declarations which UAPD seeks leave to file are filed along with this application.

Dated: May  18 , 2007            Respectfully submitted,

DAVIS, COWELL & BOWE, LLP

By: s/s Andrew J. Kahn
Attorneys for *Amicus* Union of American Physicians and Dentists

595 Market Street, Suite 1400
San Francisco, CA  94105
Tel:  415-597-7200; Fax:  415-597-7201
Email:  ajk@dcbsf.com