Andrew J. Kahn, SBN 129776
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA  94105
Telephone:  415-597-7200
Fax:             415-597-7201
Email:        ajk@dcbsf.com

Attorneys for *Amicus* Union of American Physicians and Dentists

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>Defendants. | CASE NO.  CIV S 90-0520 LKK-JFM<br><br>**DECLARATION OF AL GROH IN SUPPORT OF UAPD'S APPLICATION FOR LEAVE TO FILE AMICUS BRIEF**<br><br>Date: May 21, 2007<br>Time: 10am<br>Ctrm.: 4 |

I, Al Groh, declare:

1. I am employed as a union representative by Union of American Physicians and Dentists (UAPD)  and am competent to testify to the matters set forth here. UAPD represents the psychiatrists employed by DMH, CDCR, and by several counties including Santa Clara, Alameda, San Francisco, Santa Cruz, San Mateo and Los Angeles. CDCR's recent pay increases have attracted a number of very-qualified psychiatrists away from private employment and from employment with the counties. For example, Marin and San Francisco both recently lost highly-valued supervising psychiatrists to CDCR's San Quentin facility. Other psychiatrists have told me they are considering moving to jobs at CDCR as a result of the improved salaries. We believe DMH would also attract a number of qualified psychiatrists by raising its pay levels to the CDCR rates.

2. Based on my extensive experience working with DMH psychiatrists, their morale would plummet if the Court was to impose the changes in work assignments being urged by Psychology Shield (which is the litigation arm of the California Psychologists Association; Dr. Safarjan has been the President of such association). Those changes have not been bargained over with UAPD. We believe such changes would not save money but actually cost more, while providing a lower level of care.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct. Executed this __ day of May 2007.

_____

AL GROH