Andrew J. Kahn, SBN 129776
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415-597-7200
Fax:        415-597-7201
Email:      ajk@dcbsf.com

Attorneys for *Amicus* Union of American Physicians and Dentists

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>　　　　Defendants. | CASE NO. CIV S 90-0520 LKK-JFM<br><br>**DECLARATION OF DR. RONALD BORTMAN IN SUPPORT OF UAPD'S APPLICATION FOR LEAVE TO FILE AMICUS BRIEF** |

I, Dr. Ronald Bortman, declare:

1. I am a California-licensed psychiatrist and have been such for over 20 years. I worked for the Department of Mental Health at Coalinga until the beginning of this year. I previously worked for CDCR. I am familiar with the efforts of Psychology Shield (run by the state psychologists association' leaders) to expand the role of psychologists vis-à-vis psychiatrists. I stand to gain no income from saying it, but based on my experience working in DMH facilities, adopting the Shield's recommended changes would be bad for patient care. These changes would create an uproar within DMH, worsening morale, thereby worsening the recruitment and retention problem. These changes would in many cases delay the detection of medical problems which the vast majority of DMH patients have. (For example, I have had psychologists send me patients saying that their medications needed to be adjusted to be more effective, and I discovered these patients

instead were in liver failure. Many DMH patients from CDCR have heart disease and suffer from the effects of prior use of illegal drugs). The changes urged by Shield would create a less cost-effective system given how seriously-ill these patients are and how extraordinarily-difficult it is for these patients to benefit in the DMH institutional setting from the talk therapies used by psychologists. The vast majority of the patients in these facilities require medication, and in recent years medications have improved in their effectiveness in treating psychiatric conditions without major negative side effects. No psychiatrist can lawfully prescribe psychiatric medications without doing a thorough evaluation of the patient, meaning that if evaluations were all done initially by psychologists, many if not most would end up getting re-done by a psychiatrist. Also, on several occasions psychologists have told me that patients were suffering from a psychological problem or were malingering but then on closer examination I found a medical condition was responsible (in one such case I recall, a brain tumor).

I have received no compensation for providing this declaration nor been promised any. I do not believe that the number of psychiatrists' hours would diminish significantly if Shield's recommendations were adopted, as psychiatrists would be needed on these units anyway, but instead the State would be spending much more on staffing of psychologists.

I declare under penalty of perjury of the laws of California and the United States that the foregoing is true and correct. Executed this 18 day of May 2007.

*[signature]*

Dr. Ronald Bortman