# ATTACHMENT 1

**DMH ONLY**

Vacancy Data and Cost to Give Level of Care Classes Plata Parity
(Without Lab Classes Receiver is still Studying)

Vacancy Data based on March 2007 SCO

| Case Code | Full Class Title | Unit | Dept | Est. | Filled | Vac. | Rate | SCO Payroll | Monthly Costs of Pay Raise for Incumbents | Rate | New Max | Monthly Cost to Fill All Vacancies at the New Maximum | Total Monthly Cost for Incumbent Raise and to Fill All Vacancies | Annual Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1177 | MEDICAL TRANSCRIBER | 04 | DDS DMH VA | 36 | 25 | 11 | 0.31 | $80,246.00 | $5,376.48 | 0.067 | 3244 | $35,684.00 | $41,060.48 | $492,725.78 |
| | TOTAL | | | 36.00 | 25.00 | 11.00 | 0.31 | $80,246.00 | $5,376.48 | | | $35,684.00 | $41,060.48 | $492,725.78 |
| 1869 | HEALTH RECORD TECHNICIAN I | 04 | DDS DMH VA | 73.5 | 45 | 28.5 | 0.39 | $138,968.00 | $38,410.76 | 0.2764 | 3559 | $101,431.50 | $139,842.26 | $1,678,107.06 |
| | TOTAL | | | 73.50 | 45.00 | 28.50 | 0.39 | $138,968.00 | $38,410.76 | | | $101,431.50 | $139,842.26 | $1,678,107.06 |
| 1872 | HEALTH RECORD TECHNICIAN II (SPECIALIST) | 04 | DDS DMH VA | 11 | 10 | 1 | 0.09 | $37,600.00 | $9,539.12 | 0.2537 | 3911 | $3,911.00 | $13,450.12 | $161,401.44 |
| | TOTAL | | | 11.00 | 10.00 | 1.00 | 0.09 | $37,600.00 | $9,539.12 | | | $3,911.00 | $13,450.12 | $161,401.44 |
| 7658 | PHARMACY TECHNICIAN, DMH, DDS | 20 | DDS DMH VA | 72.6 | 63.9 | 8.7 | 0.12 | $200,016.00 | $7,600.61 | 0.038 | 3221 | $28,022.70 | $35,623.31 | $427,479.70 |
| | TOTAL | | | 72.60 | 63.90 | 8.70 | 0.12 | $200,016.00 | $7,600.61 | | | $28,022.70 | $35,623.31 | $427,479.70 |
| 7979 | PHARMACY TECHNICIAN | 20 | DDS DMH VA | 7 | 0 | 7 | 1.00 | $0.00 | $0.00 | | 3221 | $22,547.00 | $22,547.00 | $270,564.00 |
| | TOTAL | | | 7.00 | 0.00 | 7.00 | 1.00 | $0.00 | $0.00 | | | $22,547.00 | $22,547.00 | $270,564.00 |
| 7987 | SENIOR RADIOLOGIC TECHNOLOGIST (SPEC) | 20 | DDS DMH VA | | | | | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| | TOTAL | | | | | | | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 7989 | RADIOLOGIC TECHNOLOGIST | 20 | DDS DMH VA | | | | | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| | TOTAL | | | | | | | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 7992 | RADIOLOGIC TECHNOLOGIST (SAFETY) | 20 | DDS DMH VA | 5 | 5 | 0 | 0.00 | $16,604.00 | $9,089.03 | 0.5474 | 5203 | $0.00 | $9,089.03 | $109,068.36 |
| | TOTAL | | | 5.00 | 5.00 | 0.00 | 0.00 | $16,604.00 | $9,089.03 | | | $0.00 | $9,089.03 | $109,068.36 |
| 7995 | SENIOR RADIOLOGIC TECHNOLOGIST (SPEC) | 20 | DDS DMH VA | 4 | 4 | 0 | 0.00 | $14,038.00 | $7,642.29 | 0.5444 | 5411 | $0.00 | $7,642.29 | $91,707.45 |
| | TOTAL | | | 4.00 | 4.00 | 0.00 | 0.00 | $14,038.00 | $7,642.29 | | | $0.00 | $7,642.29 | $91,707.45 |
| 8094 | REGISTERED NURSE (SAFETY) | 17 | DDS DMH VA | 1168.8 | 926.75 | 242.05 | 0.21 | $6,342,703.00 | $342,505.96 | 0.054 | 8154 | $1,973,875.70 | $2,316,181.66 | $27,794,179.94 |
| | TOTAL | | | 1,168.80 | 926.75 | 242.05 | 0.21 | $6,342,703.00 | $342,505.96 | | | $1,973,875.70 | $2,316,181.66 | $27,794,179.94 |
| 8130 | SURGICAL NURSE I, DMH, DDS | 17 | DDS DMH VA | 1 | 1 | 0 | 0.00 | $5,913.00 | $307.48 | 0.052 | 7922 | $0.00 | $307.48 | $3,689.71 |
| | TOTAL | | | 1.00 | 1.00 | 0.00 | 0.00 | $5,913.00 | $307.48 | | | $0.00 | $307.48 | $3,689.71 |
| 8134 | SURGICAL NURSE II | 17 | DDS DMH VA | | | | | $0.00 | $0.00 | 0.053 | 8438 | $0.00 | $0.00 | $0.00 |
| | TOTAL | | | | | | | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 8135 | SURGICAL NURSE I | 17 | VA | | | | | $0.00 | $0.00 | 0.054 | 9268 | $0.00 | $0.00 | $0.00 |
| | TOTAL | | | | | | | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 8138 | NURSE ANESTHETIST | 17 | DDS DMH VA | | | | | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| | TOTAL | | | | | | | $0.00 | $0.00 | | | $0.00 | $0.00 | $0.00 |
| 8154 | NURSE INSTRUCTOR | 17 | DDS DMH VA | 31 | 26 | 5 | 0.16 | $186,283.00 | $9,873.00 | 0.053 | 8534 | $42,670.00 | $52,543.00 | $630,515.99 |
| | TOTAL | | | 31.00 | 26.00 | 5.00 | 0.16 | $186,283.00 | $9,873.00 | | | $42,670.00 | $52,543.00 | $630,515.99 |
| 8165 | REGISTERED NURSE | 17 | DDS DMH | | | | | | | | | | | |

Attachment 1

# DMH ONLY

## Vacancy Data and Cost to Give Level of Care Classes Plata Parity
### (Without Lab Classes Receiver is still Studying)

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8181 NURSE CONSULTANT III (SPECIALIST) | 17 | VA | | | | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | | DMH | | | | | | | | | |
| | | DDS | | | | | | | | | |
| TOTAL | | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 8185 CERTIFIED NURSING ASSISTANT | 20 | VA | | | | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | | DMH | | | | | | | | | |
| | | DDS | | | | | | | | | |
| TOTAL | | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 8195 NURSE CONSULTANT II | 17 | VA | | | | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | | DMH | | | | | | | | | |
| | | DDS | | | | | | | | | |
| TOTAL | | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 8197 NURSE CONSULTANT I | 17 | VA | | | | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | | DMH | | | | | | | | | |
| | | DDS | | | | | | | | | |
| TOTAL | | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 |
| 8210 PUBLIC HEALTH NURSE II | 17 | VA | | | | $0.00 | | $0.00 | | $0.00 | $0.00 |
| | | DMH | | | | | | | | | |
| | | DDS | | | | | | | | | |
| TOTAL Yes | | | 8.00 | 7.00 | 1.00 | $51,762.00 | | $2,846.91 | 8737 | $8,737.00 | $11,583.91 | $139,006.92 |
| 8212 NURSE PRACTITIONER | 17 | VA | 8.00 | 7 | 1 | $51,762.00 | 0.13 | $2,846.91 | 8737 | $8,737.00 | $11,583.91 | $139,006.92 |
| | | DMH | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | DDS | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| TOTAL | | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| 8213 PUBLIC HEALTH NURSE I | 17 | VA | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | DMH | 2 | 1 | 1 | | 0.50 | | 8187 | $8,187.00 | $8,187.00 | $98,244.00 |
| | | DDS | | | | | | | | | | |
| TOTAL Yes | | | 2.00 | 1.00 | 1.00 | $0.00 | 0.50 | $0.00 | | $8,187.00 | $8,187.00 | $98,244.00 |
| 8227 NURSE PRACTITIONER, DMH, DDS | 17 | VA | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | DMH | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | DDS | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| TOTAL | | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| 8249 LICENSED VOCATIONAL NURSE | 20 | VA | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | DMH | | | | | | | | | | |
| | | DDS | | | | | | | | | | |
| TOTAL | | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| 8274 LICENSED VOCATIONAL NURSE (SAFETY) | 20 | VA | 198 | 172.1 | 25.9 | $572,318.00 | 0.13 | $152,808.91 | 4114 | $106,552.60 | $259,361.51 | $3,112,338.07 |
| | | DMH | | | | | | | | | | |
| | | DDS | | | | | | | | | | |
| TOTAL Yes | | | 198.00 | 172.10 | 25.90 | $572,318.00 | 0.13 | $152,808.91 | | $106,552.60 | $259,361.51 | $3,112,338.07 |
| 8286 LICENSED VOCATIONAL NURSE, DMH, DDS | 20 | VA | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | DMH | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | |
| | | DDS | 1 | 1 | 0 | $5,894.00 | 0.00 | $318.28 | 8187 | $0.00 | $318.28 | $3,819.31 |
| TOTAL | | | 1.00 | 1.00 | 0.00 | $5,894.00 | | $318.28 | | $0.00 | $318.28 | $3,819.31 |
| 8297 PUBLIC HEALTH NURSE I, DMH, DDS | 17 | VA | | | | | | | | | | |
| | | DMH | | | | | | | | | | |
| | | DDS | 32 | 28 | 4 | $204,620.00 to max | 0.054 | $54,588.00 | 9621 | $38,484.00 | $93,172.00 | $1,118,064.00 |
| TOTAL | | | 32.00 | 28.00 | 4.00 | $204,620.00 | | $54,588.00 | | $38,484.00 | $93,172.00 | $1,118,064.00 |
| 9700 NURSE PRACTITIONER (SAFETY) | 17 | VA | | | | | | | | | | |
| | | DMH | | | | | | | | | | |
| | | DDS | | | | | | | | | | |
| TOTAL | | | | | | | | | | | | |
| Grand Total | | | 1,650.90 | 1,316.75 | 335.15 | $7,856,965.00 | 0.20 | $1,647,006.81 | | $2,369,902.50 | $3,1010,909.31 | $36,130,911.73 |

| | Annual Cost | | | |
|---|---|---|---|---|
| | $7,856,965.00 | $1,647,006.81 | $28,436,820.00 | $36,130,911.73 |

Applying CDCR pay raises for 15 Level of Care Classes at DMH.

Vacancy Rate for all 15 Level of Care Classes Represented by Local 1000 is 20 percent.

There are 335 vacancies in these classes, according to SCO March Vacancy Report.
(Vacancy figures do not include non-level of care classes or level of care classes not represented by Local 1000). (The rate for all Local 1000 classes is also 20 percent and the number of vacancies is 753.

Attachment 1

# ATTACHMENT 2

## Multiple Occupations for All of California

Area: California
Period: May 2006

| Occupation (SOC code) | Employment(1) |
|---|---|
| Registered Nurses(291111) | 234260 |
| Radiologic Technologists and Technicians(292034) | 14950 |
| Pharmacy Technicians(292052) | 23360 |
| Licensed Practical and Licensed Vocational Nurses(292061) | 56170 |
| Medical Records and Health Information Technicians(292071) | 13490 |
| Nursing Aides, Orderlies, and Attendants(311012) | 96820 |
| Medical Transcriptionists(319094) | 6690 |

Footnotes:
(1) Estimates for detailed occupations do not sum to the totals because the totals include occupations not shown separately. Estimates do not include self-employed workers.
(2) Annual wages have been calculated by multiplying the hourly mean wage by 2,080 hours; where an hourly mean wage is not published, the annual wage has been directly calculated from the reported survey data.
(3) The relative standard error (RSE) is a measure of the reliability of a survey statistic. The smaller the relative standard error, the more precise the estimate.

SOC code: Standard Occupational Classification code -- see http://www.bls.gov/soc/home.htm

Data extracted on May 17, 2007