# ATTACHMENT A

*3/28/07 Rcvd from Julie*

Department of Personnel Administration
Proposed Plata Equity at 18% less for DMH
**DRAFT**

| CBID | Class Code | Facility | Class Title |
|---|---|---|---|
| R04 | 1177 | ATASCADERO STATE HOSPITAL | MEDICAL TRANSCRIBR |
| R04 | 1177 | COALINGA SECURE TREATMENT FAC | MEDICAL TRANSCRIBR |
| R04 | 1177 | METROPOLITAN STATE HOSPITAL | MEDICAL TRANSCRIBR |
| R04 | 1177 | NAPA STATE HOSPITAL | MEDICAL TRANSCRIBR |
| R04 | 1177 | PATTON STATE HOSPITAL | MEDICAL TRANSCRIBR |
| S04 | 1178 | ATASCADERO STATE HOSPITAL | SR MEDICAL TRANSCB |
| S04 | 1178 | COALINGA SECURE TREATMENT FAC | SR MEDICAL TRANSCB |
| S04 | 1178 | NAPA STATE HOSPITAL | SR MEDICAL TRANSCB |
| S04 | 1178 | PATTON STATE HOSPITAL | SR MEDICAL TRANSCB |
| S01 | 1864 | ATASCADERO STATE HOSPITAL | MED REC DIR |
| S01 | 1864 | COALINGA SECURE TREATMENT FAC | MED REC DIR |
| S01 | 1864 | METROPOLITAN STATE HOSPITAL | MED REC DIR |
| S01 | 1864 | NAPA STATE HOSPITAL | MED REC DIR |
| S01 | 1864 | PATTON STATE HOSPITAL | MED REC DIR |
| R04 | 1869 | ATASCADERO STATE HOSPITAL | HEALTH REC TECH I |
| R04 | 1869 | COALINGA SECURE TREATMENT FAC | HEALTH REC TECH I |
| R04 | 1869 | METROPOLITAN STATE HOSPITAL | HEALTH REC TECH I |
| R04 | 1869 | NAPA STATE HOSPITAL | HEALTH REC TECH I |
| R04 | 1869 | PATTON STATE HOSPITAL | HEALTH REC TECH I |
| R04 | 1869 | SALINAS VALLEY PSYCHIATRIC PR | HEALTH REC TECH I |
| R04 | 1869 | VACAVILLE PSYCHIATRIC FACILIT | HEALTH REC TECH I |
| R04 | 1872 | ATASCADERO STATE HOSPITAL | HLTH REC T II SP |
| R04 | 1872 | METROPOLITAN STATE HOSPITAL | HLTH REC T II SP |
| R04 | 1872 | NAPA STATE HOSPITAL | HLTH REC T II SP |
| R04 | 1872 | PATTON STATE HOSPITAL | HLTH REC T II SP |
| R04 | 1872 | SALINAS VALLEY PSYCHIATRIC PR | HLTH REC T II SP |
| S04 | 1873 | ATASCADERO STATE HOSPITAL | HEALTH REC TEC III |
| S04 | 1873 | METROPOLITAN STATE HOSPITAL | HEALTH REC TEC III |
| S04 | 1873 | NAPA STATE HOSPITAL | HEALTH REC TEC III |
| S04 | 1873 | PATTON STATE HOSPITAL | HEALTH REC TEC III |
| S04 | 1887 | ATASCADERO STATE HOSPITAL | HLTH REC T II SUP |
| S04 | 1887 | COALINGA SECURE TREATMENT FAC | HLTH REC T II SUP |
| S04 | 1887 | METROPOLITAN STATE HOSPITAL | HLTH REC T II SUP |
| S04 | 1887 | NAPA STATE HOSPITAL | HLTH REC T II SUP |
| S04 | 1887 | PATTON STATE HOSPITAL | HLTH REC T II SUP |
| S04 | 1887 | VACAVILLE PSYCHIATRIC FACILIT | HLTH REC T II SUP |
| R19 | 2172 | ATASCADERO STATE HOSPITAL | CLINCAL DIET SF |
| R19 | 2172 | COALINGA SECURE TREATMENT FAC | CLINCAL DIET SF |
| R19 | 2172 | METROPOLITAN STATE HOSPITAL | CLINCAL DIET SF |
| R19 | 2172 | NAPA STATE HOSPITAL | CLINCAL DIET SF |
| R19 | 2172 | PATTON STATE HOSPITAL | CLINCAL DIET SF |

DRAFT

| CBID | Class Code | Facility | Class Title |
|---|---|---|---|
| S19 | 7981 | PATTON STATE HOSPITAL | PHARMACIST II |
| S19 | 7981 | SALINAS VALLEY PSYCHIATRIC PR | PHARMACIST II |
| S19 | 7981 | VACAVILLE PSYCHIATRIC FACILIT | PHARMACIST II |
| R20 | 7992 | COALINGA SECURE TREATMENT FAC | RAD TECH/SF |
| R20 | 7992 | METROPOLITAN STATE HOSPITAL | RAD TECH/SF |
| R20 | 7992 | NAPA STATE HOSPITAL | RAD TECH/SF |
| R20 | 7992 | PATTON STATE HOSPITAL | RAD TECH/SF |
| R20 | 7995 | ATASCADERO STATE HOSPITAL | SR RAD TECH/SP-SF |
| R20 | 7995 | COALINGA SECURE TREATMENT FAC | SR RAD TECH/SP-SF |
| R20 | 7995 | METROPOLITAN STATE HOSPITAL | SR RAD TECH/SP-SF |
| R20 | 7995 | PATTON STATE HOSPITAL | SR RAD TECH/SP-SF |
| S19 | 7996 | ATASCADERO STATE HOSPITAL | PHARM SVS MGR |
| S19 | 7996 | COALINGA SECURE TREATMENT FAC | PHARM SVS MGR |
| S19 | 7996 | METROPOLITAN STATE HOSPITAL | PHARM SVS MGR |
| S19 | 7996 | NAPA STATE HOSPITAL | PHARM SVS MGR |
| S19 | 7996 | PATTON STATE HOSPITAL | PHARM SVS MGR |
| R17 | 8094 | ATASCADERO STATE HOSPITAL | REGISTERED NURS/SF |
| R17 | 8094 | COALINGA SECURE TREATMENT FAC | REGISTERED NURS/SF |
| R17 | 8094 | METROPOLITAN STATE HOSPITAL | REGISTERED NURS/SF |
| R17 | 8094 | NAPA STATE HOSPITAL | REGISTERED NURS/SF |
| R17 | 8094 | PATTON STATE HOSPITAL | REGISTERED NURS/SF |
| R17 | 8094 | SALINAS VALLEY PSYCHIATRIC PR | REGISTERED NURS/SF |
| R17 | 8094 | VACAVILLE PSYCHIATRIC FACILIT | REGISTERED NURS/SF |
| S17 | 8096 | ATASCADERO STATE HOSPITAL | SUP REG NRSE/SF |
| S17 | 8096 | COALINGA SECURE TREATMENT FAC | SUP REG NRSE/SF |
| S17 | 8096 | METROPOLITAN STATE HOSPITAL | SUP REG NRSE/SF |
| S17 | 8096 | NAPA STATE HOSPITAL | SUP REG NRSE/SF |
| S17 | 8096 | PATTON STATE HOSPITAL | SUP REG NRSE/SF |
| S17 | 8096 | SALINAS VALLEY PSYCHIATRIC PR | SUP REG NRSE/SF |
| S17 | 8096 | VACAVILLE PSYCHIATRIC FACILIT | SUP REG NRSE/SF |
| S17 | 8101 | ATASCADERO STATE HOSPITAL | NURSNG COORD/SF |
| S17 | 8101 | COALINGA SECURE TREATMENT FAC | NURSNG COORD/SF |
| S17 | 8101 | METROPOLITAN STATE HOSPITAL | NURSNG COORD/SF |
| S17 | 8101 | NAPA STATE HOSPITAL | NURSNG COORD/SF |
| S17 | 8101 | PATTON STATE HOSPITAL | NURSNG COORD/SF |
| S17 | 8101 | SALINAS VALLEY PSYCHIATRIC PR | NURSNG COORD/SF |
| S17 | 8101 | VACAVILLE PSYCHIATRIC FACILIT | NURSNG COORD/SF |
| R17 | 8130 | NAPA STATE HOSPITAL | SURGICAL NURSE I |
| S17 | 8132 | ATASCADERO STATE HOSPITAL | A COORD NUR SVS |
| S17 | 8132 | COALINGA SECURE TREATMENT FAC | A COORD NUR SVS |
| S17 | 8132 | METROPOLITAN STATE HOSPITAL | A COORD NUR SVS |
| S17 | 8132 | NAPA STATE HOSPITAL | A COORD NUR SVS |
| S17 | 8132 | PATTON STATE HOSPITAL | A COORD NUR SVS |
| M17 | 8133 | ATASCADERO STATE HOSPITAL | COORD NUR SVS |

Department of Personnel Administration
Proposed Coleman Equity - 18% less for DMH
**DRAFT**

| CBID | Class Code | Facility | ClassTitle |
|---|---|---|---|
| R16 | 9758 | **Vaca** | **Staff Psychiatrist, C&RS** |
|  |  | **SVPP** |  |
| R16 | 7619 | ASH | Staff Psychiatrist (Saf) |
|  |  | Metro |  |
|  |  | Napa |  |
|  |  | Patton |  |
|  |  | **Vaca** |  |
|  |  | **SVPP** |  |
|  |  | Coalinga |  |
| R16 | 9759 | **Vaca** | **Sr Psychiatrist (Sp) C&RS** |
|  |  | **SVPP** |  |
| R16 | 7616 | ASH | Sr Psychiatrist (Spec) |
|  |  | Metro |  |
|  |  | Napa |  |
|  |  | Patton |  |
|  |  | **Vaca** |  |
|  |  | **SVPP** |  |
|  |  | Coalinga |  |
| S16 | 9761 | SVPP (incumbents will move to 7609) | Sr Psychiatrist(Sup)C&RS |
| S16 | **\*\*9271** | **SVPP (incumbents will move to 7609)** | **\*\*Sr Psychiatrist CF (Sup)** |
|  |  | Coalinga (same as above) |  |
|  |  | ASH |  |
|  |  | Metro |  |
|  |  | Napa |  |
|  |  | Patton |  |
|  |  | **Vaca** |  |
| S16 | 7609 | ASH | Sr Psychiatrist (Sup) |
|  |  | Napa |  |
|  |  | Patton |  |
|  |  | **Vaca** |  |
|  |  | **SVPP** |  |
| M16 | 9774 | **Vaca (new use of class)** | **Chf Psychiatrist C&RS** |
|  |  | **Salinas (same as above)** |  |
| M16 | 7577 | ASH | Med Dir, SH/DC |
|  |  | Metro |  |

DRAFT

| CBID | Class Code | Facility | ClassTitle |
|---|---|---|---|
| R19 | 9839 | ASH | Sr Psychologist HF (Sp) |
| | | Metro | |
| | | Napa | |
| | | Patton | |
| | | Vaca | |
| | | SVPP | |
| | | Coalinga | |
| S19 | 9288 | SVPP (incumbents will mov to 9831) | Sr Psychologist,CF(Sup) |
| | | Coalinga | |
| | | ASH | |
| | | Metro | |
| | | Napap | |
| | | Patton | |
| | | Vaca | |
| S19 | 9831 | | Sr Psychologist (Sup) |
| S19 | 9859 | ASH | Chf Psychologist, CF |
| | | Metro | |
| | | Napa | |
| | | Patton | |
| | | Vaca | |
| | | SVPP | |
| | | Coalinga | |
| R19 | 8324 | ASH | *Rehab Therp (Rec) (Saf) |
| | | Metro | |
| | | Napa | |
| | | Patton | |
| | | Vaca | |
| | | SVPP | |
| | | Coalinga | |
| R19 | 9872 | ASH | Clin Soc Wkr (H/CF)-Saf |
| | | Metro | |
| | | Napa | |
| | | Patton | |
| | | Vaca | |
| | | SVPP | |
| | | Coalinga | |
| S19 | 9867 | ASH | Sup Psy Soc Wkr I |
| | | Metro | |
| | | Napa | |
| | | Patton | |