UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | CASE NO. CIV S 90-0520 LKK-JFM |
| Plaintiffs, | **ORDER** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Good cause appearing, IT IS HEREBY ORDERED that the application of SEIU Local 1000 for leave to file an amicus curiae brief in support of plaintiffs' motion for emergency relief regarding defendants' denial of access to inpatient psychiatric beds in Department of Mental Health's state hospitals.

Dated: May ___, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATE DISTRICT COURT