# ATTACHMENT 1

# DMH ONLY

## Vacancy Data and Cost to Give Level of Care Classes Plata Parity
### (Without Lab Classes Receiver is still Studying)

Attachment 1

Vacancy Data based on March 2007 SCO

| Case Code / Full Class Title | Unit | Dept | Est | Filled | Vac | Rate | SCO Payroll | Monthly Costs of Pay Raise for Incumbents Rate | Monthly Costs of Pay Raise for Incumbents | New Max | Monthly Costs to Fill All Vacancies at the New Maximum | Total Monthly Cost for Incumbent Raise and to Fill All Vacancies | Annual Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yes 1177 MEDICAL TRANSCRIBER | 04 | DDS / DMH / VA | 36 | 25 | 11 | 0.31 | $80,246.00 | 0.067 | $5,376.48 | 3244 | $35,684.00 | $41,060.48 | $492,725.78 |
| *TOTAL* | | | *36.00* | *25.00* | *11.00* | *0.31* | *$80,246.00* | | *$5,376.48* | | *$35,684.00* | *$41,060.48* | *$492,725.78* |
| Yes 1869 HEALTH RECORD TECHNICIAN I | 04 | DDS / DMH / VA | 73.5 | 45 | 28.5 | 0.39 | $138,968.00 | 0.2764 | $38,410.76 | 3559 | $101,431.50 | $139,842.26 | $1,678,107.06 |
| *TOTAL* | | | *73.50* | *45.00* | *28.50* | *0.39* | *$138,968.00* | | *$38,410.76* | | *$101,431.50* | *$139,842.26* | *$1,678,107.06* |
| Yes 1872 HEALTH RECORD TECHNICIAN II (SPECIALIST) | 04 | DDS / DMH / VA | 11 | 10 | 1 | 0.09 | $37,600.00 | 0.2537 | $9,539.12 | 3911 | $3,911.00 | $13,450.12 | $161,401.44 |
| *TOTAL* | | | *11.00* | *10.00* | *1.00* | *0.09* | *$37,600.00* | | *$9,539.12* | | *$3,911.00* | *$13,450.12* | *$161,401.44* |
| Yes 7658 PHARMACY TECHNICIAN, DMH, DDS | 20 | DDS / DMH / VA | 72.6 | 63.9 | 8.7 | 0.12 | $200,016.00 | 0.038 | $7,600.61 | 3221 | $28,022.70 | $35,623.31 | $427,479.70 |
| *TOTAL* | | | *72.60* | *63.90* | *8.70* | *0.12* | *$200,016.00* | | *$7,600.61* | | *$28,022.70* | *$35,623.31* | *$427,479.70* |
| Yes 7979 PHARMACY TECHNICIAN | 20 | DDS / DMH / VA | 7 | 0 | 7 | 1.00 | $0.00 | | $0.00 | 3221 | $22,547.00 | $22,547.00 | $270,564.00 |
| *TOTAL* | | | *7.00* | *0.00* | *7.00* | *1.00* | *$0.00* | | *$0.00* | | *$22,547.00* | *$22,547.00* | *$270,564.00* |
| 7987 SENIOR RADIOLOGIC TECHNOLOGIST (SPECI | 20 | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| *TOTAL* | | | | | | | *$0.00* | | *$0.00* | | *$0.00* | *$0.00* | *$0.00* |
| 7989 RADIOLOGIC TECHNOLOGIST | 20 | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| *TOTAL* | | | | | | | *$0.00* | | *$0.00* | | *$0.00* | *$0.00* | *$0.00* |
| Yes 7992 RADIOLOGIC TECHNOLOGIST (SAFETY) | 20 | DDS / DMH / VA | 5 | 5 | 0 | 0.00 | $16,604.00 | 0.5474 | $9,089.03 | 5203 | $0.00 | $9,089.03 | $109,068.36 |
| *TOTAL* | | | *5.00* | *5.00* | *0.00* | *0.00* | *$16,604.00* | | *$9,089.03* | | *$0.00* | *$9,089.03* | *$109,068.36* |
| Yes 7995 SENIOR RADIOLOGIC TECHNOLOGIST (SPECI | 20 | DDS / DMH / VA | 4 | 4 | 0 | 0.00 | $14,038.00 | 0.5444 | $7,642.29 | 5411 | $0.00 | $7,642.29 | $91,707.45 |
| *TOTAL* | | | *4.00* | *4.00* | *0.00* | *0.00* | *$14,038.00* | | *$7,642.29* | | *$0.00* | *$7,642.29* | *$91,707.45* |
| Yes 8094 REGISTERED NURSE (SAFETY) | 17 | DDS / DMH / VA | 1168.8 | 926.75 | 242.05 | 0.21 | $6,342,703.00 | 0.054 | $342,505.96 | 8154 | $1,973,675.70 | $2,316,181.66 | $27,794,179.94 |
| *TOTAL* | | | *1,168.80* | *926.75* | *242.05* | *0.21* | *$6,342,703.00* | | *$342,505.96* | | *$1,973,675.70* | *$2,316,181.66* | *$27,794,179.94* |
| Yes 8130 SURGICAL NURSE I, DMH, DDS | 17 | DDS / DMH / VA | 1 | 1 | 0 | 0.00 | $5,913.00 | 0.052 | $307.48 | 7922 | $0.00 | $307.48 | $3,689.71 |
| *TOTAL* | | | *1.00* | *1.00* | *0.00* | *0.00* | *$5,913.00* | | *$307.48* | | *$0.00* | *$307.48* | *$3,689.71* |
| Yes 8134 SURGICAL NURSE II | 17 | DDS / DMH / VA | | | | | $0.00 | 0.053 | $0.00 | 8438 | $0.00 | $0.00 | $0.00 |
| *TOTAL* | | | | | | | *$0.00* | | *$0.00* | | *$0.00* | *$0.00* | *$0.00* |
| 8135 SURGICAL NURSE I | 17 | VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| *TOTAL* | | | | | | | *$0.00* | | *$0.00* | | *$0.00* | *$0.00* | *$0.00* |
| 8136 NURSE ANESTHETIST | 17 | DDS / DMH / VA | | | | | $0.00 | 0.054 | $0.00 | 9268 | $0.00 | $0.00 | $0.00 |
| *TOTAL* | | | | | | | *$0.00* | | *$0.00* | | *$0.00* | *$0.00* | *$0.00* |
| Yes 8154 NURSE INSTRUCTOR | 17 | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| *TOTAL* | | | | | | | *$0.00* | | *$0.00* | | *$0.00* | *$0.00* | *$0.00* |
| 8165 REGISTERED NURSE | 17 | DDS / DMH | 31 | 26 | 5 | 0.16 | $186,283.00 | 0.053 | $9,873.00 | 8534 | $42,670.00 | $52,543.00 | $630,515.99 |
| *TOTAL* | | | *31.00* | *26.00* | *5.00* | *0.16* | *$186,283.00* | | *$9,873.00* | | *$42,670.00* | *$52,543.00* | *$630,515.99* |

__DMH ONLY__

## Vacancy Data and Cost to Give Level of Care Classes Plata Parity
### (Without Lab Classes Receiver is still Studying)

Attachment 1

| Class | Dept | Vac | Vac | Vac | Vac | Annual Cost | Rate | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8181 NURSE CONSULTANT III (SPECIALIST) 17 | VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| 8185 CERTIFIED NURSING ASSISTANT 20 | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| 8195 NURSE CONSULTANT II 17 | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| 8197 NURSE CONSULTANT I 17 | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| 8210 PUBLIC HEALTH NURSE II 17 — Yes | DMH | 6 | 7 | | 0.13 | $51,762.00 | 0.055 | $2,846.91 | 8737 | $8,737.00 | $11,583.91 | $139,006.92 |
| TOTAL | DDS / DMH / VA | 8.00 | 7.00 | 1.00 | 0.13 | $51,762.00 | | $2,846.91 | | $8,737.00 | $11,583.91 | $139,006.92 |
| 8212 NURSE PRACTITIONER 17 | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | DDS / DMH / VA | 2.00 | 1.00 | 1.00 | 0.50 | $0.00 | | $0.00 | 8187 | $8,187.00 | $8,187.00 | $98,244.00 |
| 8213 PUBLIC HEALTH NURSE I 17 — Yes | DMH | 2 | 1 | 1 | 0.50 | $0.00 | | $0.00 | 8187 | $8,187.00 | $8,187.00 | $98,244.00 |
| TOTAL | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| 8227 NURSE PRACTITIONER, DMH, DDS 17 | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| 8249 LICENSED VOCATIONAL NURSE 20 | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | DDS / DMH / VA | 198 | 172.1 | 25.9 | 0.13 | $572,318.00 | 0.267 | $152,808.91 | 4114 | $106,552.60 | $259,361.51 | $3,112,338.07 |
| 8274 LICENSED VOCATIONAL NURSE (SAFETY) 20 — Yes | DMH | 198 | 172.1 | 25.9 | 0.13 | $572,318.00 | | $152,808.91 | | $106,552.60 | $259,361.51 | $3,112,338.07 |
| TOTAL | DDS / DMH / VA | 198.00 | 172.10 | 25.90 | 0.13 | $572,318.00 | | $152,808.91 | | $106,552.60 | $259,361.51 | $3,112,338.07 |
| 8286 LICENSED VOCATIONAL NURSE, DMH, DDS 20 | DDS / DMH / VA | 1 | 1 | 0 | 0.00 | $5,894.00 | 0.054 | $318.28 | 8187 | $0.00 | $318.28 | $3,819.31 |
| TOTAL | DDS / DMH / VA | 1.00 | 1.00 | 0.00 | 0.00 | $5,894.00 | | $318.28 | | $0.00 | $318.28 | $3,819.31 |
| 8297 PUBLIC HEALTH NURSE I, DMH, DDS 17 — Yes | DDS / DMH / VA | | | | | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |
| TOTAL | DDS / DMH / VA | 32 | 28 | 4 | 0.13 | $204,620.00 to max | 9621 | $54,668.00 | 9621 | $38,484.00 | $93,172.00 | $1,118,064.00 |
| 9700 NURSE PRACTITIONER (SAFETY) 17 — Yes | DDS / DMH / VA | 32 | 28 | 4 | 0.13 | $204,620.00 | | $54,668.00 | | $38,484.00 | $93,172.00 | $1,118,064.00 |
| TOTAL | DDS / DMH / VA | 32.00 | 28.00 | 4.00 | 0.13 | $204,620.00 | | $54,668.00 | | $38,484.00 | $93,172.00 | $1,118,064.00 |
| Grand Total | | 1,650.90 | 1,316.75 | 335.15 | 0.20 | $7,856,965.00 | | $643,006.81 | | $2,369,902.50 | $1,010,409.31 | $36,130,911.73 |

Annual Cost
$7,692,087.73     $28,438,820.00     $36,130,911.73

---

*Applying CDCR pay raises for 15 Level of Care Classes at DMH.*

*Vacancy Rate for all 15 Level of Care Classes Represented by Local 1000 is 20 percent.*

*There are 335 vacancies in these classes, according to SCO March Vacancy Report.*

*(Vacancy figures do not include non-level of care classes or level of care classes not represented by Local 1000). (The rate for all Local 1000 classes is also 20 percent and the number of vacancies is 753.*

# ATTACHMENT 2

## Multiple Occupations for All of California

Area: California
Period: May 2006

| Occupation (SOC code) | Employment(1) |
|---|---|
| Registered Nurses(291111) | 234260 |
| Radiologic Technologists and Technicians(292034) | 14950 |
| Pharmacy Technicians(292052) | 23360 |
| Licensed Practical and Licensed Vocational Nurses(292061) | 56170 |
| Medical Records and Health Information Technicians(292071) | 13490 |
| Nursing Aides, Orderlies, and Attendants(311012) | 96820 |
| Medical Transcriptionists(319094) | 6690 |

Footnotes:

(1) Estimates for detailed occupations do not sum to the totals because the totals include occupations not shown separately. Estimates do not include self-employed workers.

(2) Annual wages have been calculated by multiplying the hourly mean wage by 2,080 hours; where an hourly mean wage is not published, the annual wage has been directly calculated from the reported survey data.

(3) The relative standard error (RSE) is a measure of the reliability of a survey statistic. The smaller the relative standard error, the more precise the estimate.

SOC code: Standard Occupational Classification code -- see http://www.bls.gov/soc/home.htm

Data extracted on May 17, 2007