ANNE M. GIESE (SBN No. 143934)
ROCCO R. PATERNOSTER (SBN No. 198058)
SEIU Local 1000
1808 14th Street, Bldg. 1
P.O. Box 160005
Sacramento, CA 95816-0005

Telephone:   (916) 554-1279
Facsimile:   (916) 554-1272

Attorneys for Amicus Curiae, SEIU LOCAL 1000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., | CASE NO. CIV S 90-0520 LKK-JFM |
| Plaintiffs, | DECLARATION OF CLIFF TILLMAN IN SUPPORT OF *AMICUS CURIAE* BRIEF SUPPORTING PLAINTIFF'S MOTION FOR EMERGENCY RELIEF REGARDING DEFENDANTS' DENIAL OF ACCESS TO INPATIENT PSYCHIATRIC BEDS IN DMH'S STATE HOSPITALS. |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | DATE: May 21, 2007<br>TIME: 10:00 a.m.<br>COURTROOM: 4<br>JUDGE: Honorable Lawrence K. Karlton |

I, Cliff L. Tillman, declare under penalty of perjury:

1. I am employed with Service Employees International Union, Local 1000 ("Union") as the Contract Department Coordinator in their Contract Department. My duties include coordination of meet and confers and contract bargaining. If called to testify to the following I could and would testify based on personal knowledge.

2. On March 28, 2007, at the Union's request, the Union met with the California Department of Personnel Administration ("DPA") to discuss salary equity for certain classifications. In attendance at this meeting was myself, Union Chief of Staff, Michael Baratz, Union Vice-President for Bargaining, Yvonne Walker, Union California Department of

1. Corrections and Rehabilitation Coordinator, John Simmons and, other Union representatives. DPA was represented by Labor Relations Officer, Jeannette Williams-Gipson. DPA provided the Union information titled "Proposed Plata Equity at 18% less for DMH" and discussed several classifications to be affected. (Attachment A). The parties agreed to re-schedule another meeting on April 17, 2007 to continue discussions on addressing salary equity increases for Union represented job classifications at DMH.

3. On April 16, 2007 I was informed by Jacquelyn Cervantes, DPA Labor Relations Officer, that Ms. Williams-Gipson was no longer available to meet on April 17, 2007.

4. DPA and the Union have rescheduled a meeting to discuss salary equity increases for Union represented job classifications at DMH. That meeting is to take place on May 31, 2007. However, on May 16, 2007, I was informed by Ms. Williams-Gipson that DPA is backing off prior salary equity discussions and will not discuss specific numbers or proposals at the May 31, 2007 meeting

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this  18  day of May 2007, in Sacramento, California.

_____
CLIFF TILLMAN

2

Civ S 90-0520 LKK-JFM

DECLARATION OF CLIFF TILLMAN IN SUPPORT OF *AMICUS CURIAE* BRIEF