PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

     Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants

)
)
)
)
)
)
)
)
)
)
)

No.:  Civ S 90-0520 LKK-JFM

**[PROPOSED] ORDER REGARDING IMMEDIATE SALARY INCREASES FOR ALL UNITS IN DMH HOSPITALS TREATING PENAL CODE SECTION 2684 PATIENTS**

1  In addition to the elements of the proposed order Plaintiffs previously submitted to the

2  Court, Plaintiffs hereby submit specific suggestions to address the issues raised by the Court at

3  the May 21, 2007 hearing.

4

5  Dated:  May 22, 2007                    Respectfully submitted,

6

7                                          _/s/ Amy Whelan_____

8                                          Amy Whelan,
                                           Rosen, Bien & Galvan, LLP
                                           Attorneys for Plaintiffs
9

# [PROPOSED] ORDER

The CDCR's Mental Health Services Delivery System (MHSDS) is in a crisis that warrants emergency action by this Court. *Coleman* class members are being denied access to the highest levels of mental health care – licensed inpatient psychiatric beds operated by Defendant Department of Mental Health. Defendants' attempt thus far to address the crisis has been severely inadequate, thus necessitating action from this Court. This Court therefore deems that an emergency Order is necessary to prevent further harm to the Plaintiff Class.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Special Master's May 1, 2007 Report regarding the CMF/ASH swap is adopted in full. Defendants shall immediately establish 25 mental health crisis beds at Atascadero State Hospital.

2. On or before June 1, 2007, Defendants shall file a report with this Court identifying the job titles and number of staff members required, pursuant to applicable staffing ratios, to provide care to:

    a. *Coleman* patients housed in 25 mental health crisis beds at Atascadero State Hospital;

    b. *Coleman* patients housed in 231 intermediate care facility beds at Atascadero State Hospital;

    c. *Coleman* patients housed in 50 intermediate care facility beds at Coalinga State Hospital;

    d. *Coleman* patients housed in 30 acute and or intermediate care facility beds at Patton State Hospital;

    e. *Coleman* patients housed in 5 intermediate care facility beds at Napa State Hospital;

    f. *Coleman* patients housed in 5 intermediate care facility beds at Metropolitan State Hospital, and;

    g. Admission units at each state hospital that will accept *Coleman* patients, if any.

3. Defendants shall immediately provide salary raises, effective June 1, 2007, in full parity with CDCR salaries to all incumbent and newly hired staff required to provide care to the *Coleman* class members at all DMH hospitals, including but not limited to psychiatrists, psychologists, registered nurses, pharmacists, pharmacy technicians, psychiatric technicians, rehabilitation therapists, music therapists, art therapists, recreation therapists and clinical social workers, as well as all supervisory and support staff for those positions.

4.      Defendants shall immediately begin aggressive recruitment, advertisement, testing and hiring processes for all staff members necessary to treat *Coleman* patients. Defendants shall recruit and advertise for all such positions at the new salary levels and shall report to this Court by the first day of every month, beginning June 1, 2007, about those efforts and the status of hiring.

5.      Defendants shall accept *Coleman* patients into DMH beds at each of the state hospitals as soon as staffing levels safely permit those admissions and shall continue to increase admissions as the staffing levels rise.  Beginning June 1, 2007 and on the first day of every month thereafter, Defendants shall file a report with this Court stating the current census of *Coleman* class members at each DMH hospital and providing a detailed timeline describing when each hospital will be prepared to accept additional patients.

IT IS SO ORDERED.

Dated: _____                    _____
                                               Honorable Lawrence K. Karlton