# ATTACHMENT TO DEFENDANTS' SUPPLEMENTAL BRIEF

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5388
8   Fax: (916) 324-5205
    Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' LIST OF ACRONYMS** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Defendants hereby submit the following list of acronyms used in their brief. The acronyms are as follows:

| **ACRONYM** | **DEFINITION** |
|---|---|
| AB 900 | Assembly Bill 900 |
| APP | Inpatient Acute Psychiatric Program |
| CCA | Correctional Corporation of America |
| CCCMS | Correctional Case Management System |
| CDCR | California Department of Correction and Rehabilitation (CDCR) |
| COMPAS | Correctional Offender Management Profiling for Alternative Sanctions |
| DAPO | Division of Adult Parole Operation |

DEF. LIST OF ACRONYMS

2

| | | |
|---|---|---|
| 1 | DMH | Department of Mental Health |
| 2 | EOP | Enhanced Outpatient Program |
| 3 | FRCCC | Female Rehabilitative Community Correctional Centers |
| 4 | ICE | Immigration and Customs Enforcement |
| 5 | ICF | Inpatient Intermediate Care |
| 6 | MHCB | Mental Health Crisis Bed |
| 7 | PLRA | Prison Litigation Reform Act of 1995 |
| 8 | PSU | Psychiatric Services Unit |
| | SHU | Secured Housing Unit |

Dated: May 24, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Misha D. Igra*

MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

30271957.wpd
CF1997CS0003

DEF. LIST OF ACRONYMS

3