1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR REFERRAL TO A THREE-JUDGE PANEL** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | Hearing Date: June 4, 2007<br>Time:  11:00 a.m.<br>Courtroom: 4<br>Judge: The Honorable Lawrence K. Karlton |

I, Deborah Hysen, declare as follows:

    1.    I am currently the lead member of the Facilities Construction Strike Team, which was established by Governor Schwarzenegger on May 11, 2007.

    2.    I have personal knowledge of the facts stated in this brief and if called to testify upon them would do so competently.

    3.    The Facilities Construction Strike Team was created in response to Assembly Bill

900 (AB 900). AB 900, otherwise known as the Public Safety and Offender Rehabilitation Services Act, provides a historic opportunity for the California Department of Corrections and Rehabilitation (CDCR) to fundamentally alter its practices and methodologies for the incarceration, development, treatment, and parole of its inmates.

4.  As the appointed leader of the Facilities Construction Strike Team, it will be my primary responsibility to develop a complete set of strategies to meet all of the complex real estate requirements of AB 900. I have spent over twenty years in both the private and public sector arena managing the entire spectrum of real estate services. As the former Assistant Deputy and later Acting Deputy of Real Estate for the Department of General Services (DGS), I was responsible for the day-to-day operations of over 20,000,000 square feet of state-owned and/or leased property located throughout California; supervision of over 2,000 employees; and management oversight, policy recommendations, and fiduciary control over an annualized capital outlay workload of $5 billion. Later, acting in the capacity of DGS's Chief Deputy Director, I oversaw and guided the activities of the Division of the State Architect, the Office of Public School Construction, and the radio network infrastructure for the State's Telecommunications Division. My real estate expertise as it pertains to the objectives of AB 900 include coordinating new construction, managing renovations involving major and minor capital outlays, supervising planning and programming, overseeing operations and maintenance, conducting feasibility analyses, participating in lease negotiations and land acquisition, assisting in bond document preparation, drafting various regulations and legislation, and managing community involvement.

5.  AB 900 envisions an innovative program of construction, fully funded by lease-revenue bonds, which is a traditional and proven method of funding such endeavors. CDCR, in anticipation of the enactment of this law, had identified construction sites, drawn plans for the in-fill beds (beds located at existing prisons), and began working with counties to site the re-entry and jail beds.

6.  The Facilities Construction Strike Team includes experts in public facility construction, correctional facility planning and construction management, correctional facility financing, inmate and staff security and programming. The Facilities Construction Strike Team

will restore CDCR's major project management capability and will work to expedite the construction of the in-fill, re-entry, medical/mental health, and county jail beds authorized by AB 900.

7. The in-fill, re-entry, medical/mental health beds will be constructed in two phases. Phase I of AB 900 provides for 7,484 in-fill beds at existing enumerated prisons, plus an additional 4,516 in-fill beds once site assessments have been done for other facilities, for a total of 12,000 Phase I in-fill beds. Phase I also provides for 6,000 re-entry beds and 6,000 medical/mental health beds. The construction of all Phase I beds will total 24,000 beds. Phase II of AB 900 provides for an additional 4,000 in-fill beds; 2,000 medical/mental health beds; and 10,000 re-entry beds. The construction of all Phase II beds will total 16,000 beds.

8. In-fill beds will provide additional capacity at existing prisons in a way that ensures proper facilities, support, and services. The in-fill beds contemplated by AB 900 will be constructed with the goal to fully integrate rehabilitative programs into the new facilities. The 12,000 Phase I in-fill beds will be completed in 2009.

9. AB 900 also provides for the creation of re-entry beds, which are beds in small, secured facilities (500 inmates maximum per facility), that are operated by CDCR but are geographically closer to communities and are focused on providing rehabilitation services and preparing inmates for re-entry into society. The Facilities Construction Strike Team will expedite construction to provide 6,000 Phase I re-entry beds.

10. AB 900 also provides for the creation of a total of 8,000 medical and mental health beds. The Facilities Construction Strike Team will work cooperatively and collaboratively with the *Plata* Receiver and give these beds a high priority.

11. The Facilities Construction Strike Team will meet with CDCR executives weekly and aggressively create and implement the capacity to manage the design, construction, and opening of these beds, on schedule. Moreover, expediting construction will include waiving state laws, as needed, pursuant to the Governor's Emergency Proclamation.

//

//

12. The Facilities Construction Management Team is specifically responsible for:

- Creating an action plan to ensure compliance with the Phase I requirements of AB 900, as enumerated in California Penal Code Section 7021a;

- Evaluating all alternative construction methods for construction of reentry facilities and in-fill capacity within the prisons, as well as rehabilitation program space and appropriate renovations of existing facilities;

- Exploring and identifying any options for housing inmates in existing facilities within the state before inmates are transferred out-of-state;

- Developing fast-track methodology and cost-containments for proposed construction. The fast-track methodology must account for constructing or establishing the 12,000 beds designated as the Phase I requirements in California Penal Code Section 7021a 1-4;

- Evaluating regulatory impediments to construction and whether waiver of regulations benefits the State;

- Addressing local mitigation issues for communities that are impacted by current prison facilities;

- Work with local governments to ensure the most efficient and effective use of jail construction funds, and in siting and building re-entry facilities; and

- Developing expenditure priorities for $300 million in capital outlay funds as authorized in AB 900, Section 28a.

13. I know, as an expert in the field, that when the Facilities Construction Strike Team implements these policies, this will create sufficient capacity to readily construct the 53,000 beds, including capacity to eliminate the 18,000 or more non-traditional beds currently utilized by CDCR.

14. I am familiar with Defendants' amended long-term bed plan, filed with this Court on December 19, 2006, and its aim of meeting the forecasted *Coleman* population of 2011. I understand AB 900 includes that amended long-term plan and provides the necessary funding for that plan.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California, on May 24, 2007.

DEBORAH HYSEN

DEF. SUPP. BRIEF POPULATION, DECL. HYSEN