EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF KATHRYN P. JETT IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR REFERRAL TO A THREE-JUDGE PANEL** <br><br> Hearing Date: June 4, 2007 <br> Time: 11:00 a.m. <br> Courtroom: 4 <br> Judge: The Honorable Lawrence K. Karlton |

I, Kathryn Jett, declare as follows:

1. I am currently the lead member of the Rehabilitation Strike Team which was created by Governor Schwarzenegger on May 11, 2007 to expedite the implementation of Assembly Bill 900 (AB 900). The Rehabilitation Strike Team is focused on evaluating existing education, training, and substance abuse programs; developing leading-edge rehabilitation classes; delivering services to inmates and parolees that will in turn improve public safety; designing

facilities to best accommodate rehabilitative programs; and working with communities to continue services in local settings.

2. I have personal knowledge of the facts stated in this brief and if called to testify upon those facts would do so competently.

3. In addition to acting as the lead member of the Rehabilitation Strike Team, I am also the Director of the California Department of Corrections and Rehabilitation's (CDCR) Division of Addiction and Recovery Services. Before becoming Director of CDCR's Division of Addiction and Recovery Services in November 2000, I was appointed shortly after the passage of Proposition 36 to be the Director of the California Department of Alcohol and Drug Program. Prior to this appointment, the Director of the Attorney General's Crime and Violence Prevention Center. In my role as Director of the Attorney General's Crime and Violence Prevention Center, I advised the Attorney General on effective crime prevention policies and strategies administering crime prevention grant programs and guiding local community efforts. I have worked in California state government for over 30 years.

4. The Rehabilitation Strike Team is responsible for the following tasks: (1) assessing existing CDCR rehabilitation programs and space; (2) designing an integrated rehabilitation services delivery plan for inmates and parolees including, but not limited to, substance abuse treatment, education, job training, counseling, and life skills; developing a plan to integrate all elements of inmate job training – vocational education, Prison Industry Authority, institution inmate labor, and private partnerships – to ensure the most efficient and effective use of resources; (3) fast-tracking the implementation and adoption of inmate intake and pre-release needs assessment tolls; (4) developing a system of inmate incentives for program participation; (5) working with CDCR senior management to develop a plan to immediately begin reducing the number of lockdown days (i.e. days that the movement of inmates outside of their cells is restricted), so that inmates can participate in programming; and (6) developing expenditure priorities for the $50 million in rehabilitation and treatment supplement funds that was authorized by AB 900, Section 28(b).

5. The Rehabilitation Strike Team has been able to successfully commence its operations

1  due in part to prior work completed by CDCR's Expert Panel on Adult Offender Recidivism
2  Reduction Programs (Expert Panel). The Expert Panel is tasked with reviewing the existing
3  rehabilitation programs offered by CDCR for adult offenders, and providing a blueprint for
4  improving current programs and their effectiveness. Three members of the Expert Panel now
5  serve on the Rehabilitation Strike Team.

6      6. The Rehabilitation Strike Team will be offering suggested program improvements
7  within the first 60 days, concluding with recommendations within 9 months. If the
8  Rehabilitation Strike Force's recommendations are fully implemented by CDCR, as an expert in
9  the field, I believe that these policies and programs can improve the reentry success of prisoners
10 and parolees. With improved rehabilitation programs, offender recidivism will be reduced with
11 an associated impact on reducing prison overcrowding.

12     I declare under penalty of perjury that the foregoing is true and correct. Executed in
13 Sacramento, California, on May 24, 2007.

14
15                                           /s/ Kathryn P. Jett
16                                           KATHRYN P. JETT
17
18
19
20
21
22
23
24
25
26
27
28

DEF. SUPP. BRIEF, DECL. JETT

3