EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205
  Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF MARGARET McALOON, PH.D. IN SUPPORT OF DEFENDANTS' OPPOSITION TO TO MOTION TO CONVENE A THREE-JUDGE PANEL**<br><br>Hearing Date:  June 4, 2007<br>Time:  11:00 a.m.<br>Courtroom:  4<br>Judge:  The Honorable<br>  Lawrence K. Karlton |

I, Margaret McAloon, declare:

1. I am a psychologist licensed by the State of California. I am employed at the California Department of Corrections and Rehabilitation (CDCR) in the position of Chief Psychologist within the Division of Correctional Health Care Services (DHCS) at the CDCR headquarters office in Sacramento. I have been employed by CDCR since 1993.

2. I have personal knowledge of the facts stated in this declaration and if called upon to testify to them would do so competently.

DEF. SUPP. BRIEF POPULATION, DECL. McALOON

1

3. Before achieving my current position, I was Chief Psychologist at California State Prison in Lancaster and the Richard J. Donovan Correctional Facility. In addition, I was the Supervising Psychologist at California Institute for Women.

4. I am familiar with the Court's order of May 2, 2006, requiring CDCR to develop a plan to administer mental health services to inmates in need of an Enhanced Outpatient (EOP) level of mental health care while in CDCR Reception Centers.

5. I assisted in preparing the court-mandated plan to provide EOP services to inmates in Reception Centers. The goal is to provide mental health assessment, therapeutic counseling, programs and medication to those inmates found to require EOP level of care at their time of arrival in Reception Centers. The EOP program in Reception Centers is designed to provide these inmates with an individualized assessment of their needs, group therapy, individualized treatment, and medication management services.

6. I have coordinated implementation of this program at all of the CDCR Reception Centers and have personally observed the EOP program in Reception Centers located at Deuel Vocational Institution, San Quentin State Prison, California Institution for Men, California State Prison in Lancaster, the Richard J. Donovan Correctional Facility and California Institute for Women. The Reception Center EOP program is being implemented at Reception Centers systemwide.

7. In the overall inmate population, approximately 18% of inmates are in the mental health caseload. In the Reception Center population, an even higher percentage of inmates are in need of immediate mental health services at the time of arrival. Upon entry, inmates with mental health needs are often severely decompensated because they have not had access to mental health care resources, particularly medication management, in the community.

8. The goal of EOP care provided in Reception Centers is to enable early intervention, diagnosis, stabilization, and ready inmates for transfer to an appropriate bed for continued care.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on May 24, 2007, in Sacramento, California

Margaret McAloon, PhD.

DEF. SUPP. BRIEF POPULATION, DECL. McALOON

2