EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 327-7872
Fax: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**ARNOLD SCHWARZENEGGER, et al.,**<br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DOUG MCKEEVER IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR REFERRAL TO A THREE-JUDGE PANEL** |

I, Doug McKeever declare:

1. I am employed by the Division of Correctional Health Care Services, Division of the California Department of Corrections and Rehabilitation (CDCR). From January 2005 to October 2006, I held the position of Project Director, and was responsible for the development and preparation of projects arising from this case. Since October 2006, I have held the position of Director of the Mental Health Program, with direct oversight over the overall program and policy development and implementation for the statewide mental health program of the Division of Correctional Health Care Services. In both positions, I led a multi-agency work group

dedicated to creating and implementing short-term, interim, and long-range mental health bed plans.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I am familiar with this Court's orders addressing the key features of a constitutionally compliant mental health care system, particularly those court orders issued from October 2006 to present. In recent months, I have focused my efforts on complying with court orders to create long-range bed plans and increase mental health staffing at every institution and at headquarters.

**Appropriate Mental Health Care Policies and Procedures**

4. I have overseen Defendants' implementation of the approved Revised Program Guide. In March 2006, Defendants commenced training on the implementation of its policies and procedures. Training has now occurred on a system-wide basis with mental health clinicians. The Revised Program Guide will continue to be the subject of in-service training, particularly as new staff are hired.

5. In compliance with this Court's order of March 2006, Defendants have launched, system-wide, Enhanced Outpatient Care at Reception Centers.

**Recruitment of Qualified Mental Health Care Clinicians.**

6. I oversaw Defendant CDCR's request for a State Personnel Board resolution to compress the hiring ranks of certain mental health classifications. I provided information at the hearing on the proposal. At the hearing, the State Personnel Board indicated approval of the resolution. I now await issuance of the resolution.

7. This past fall, my staff worked closely with Special Master Keating's staff in preparing a process to evaluate the competency of psychiatrists employed by CDCR. That evaluative process is nearing completion within the scheduled deadline.

**Sufficient Mental Health Care Beds for Mentally Ill Inmates.**

8. I participated in the development of Defendants' submissions of plans to address the mental health bed needs of mentally ill inmates. This Court has ordered several plans: acute and intermediate inpatient beds, mental health crisis beds, interim provision of intermediate inpatient

and mental health crisis beds, and an amended long term plan based on current population projections. (Orders, 3/3/06, 5/2/06.) Further, Defendants were ordered to coordinate their compliance efforts, particularly those involving bed planning, with the Receiver appointed on April 17, 2006 in *Plata v. Schwarzenegger*, USDC N.D. Cal. Case No. C01-1351 THE. (Order, 6/8/06.)

9. To meet mental health care needs before the construction of new facilities, Defendants have activated and will shortly activate additional Enhanced Outpatient Programs and intermediate care beds as follows:

i. Mule Creek State Prison has activated 180 Level III Enhanced Outpatient Program (EOP) beds and an additional 115 Level IV EOP beds beginning in January 2007.

ii. The California Institute for Women activated ten psychiatric services unit (PSU) beds in January 2007.

iii. Salinas Valley Psychiatric Program has already activated 18 intermediate care beds in the D5, C-pod and will activate 38 intermediate care beds in the A and B pods by July 30, 2007, with two additional intermediate care beds within D-6 under construction.

iv. Vacaville Psychiatric Program is scheduled to begin activating 30 intermediate care beds in P-3 in June 2007.

**Appropriate Means of Addressing Suicide Issues Are Underway.**

10. Defendants worked closely with Special Master Keating's team and Plaintiffs' experts in preparing their submitted plan for addressing suicide trends in administrative segregation units. (Order, 6/8/06; Def. Filed Plan, 10/2/06.) Upon receipt of objections to certain aspects of the plan, Defendants agreed to adopt many of Plaintiffs' recommendations. (Def. Response to Plf. Objections, filed 12/1/06.) Even before this Court's formal approval of the plan, Defendants had already implemented portions of the plan, such as the commencement of thirty-minute welfare checks. (*Id.*) Since this Court's approval in February 2007, Defendants have performed other aspects of the plan, such as increasing the property allowance of inmates within administrative segregation units and retrofitting vent screens. (Special Master's Report on Ad. Seg. Plan, pp. 4-5, filed 5/14/07.) Defendants will continue to implement this plan and inform

the Court of its efficacy.

11. I am aware this Court directed Special Master Keating to obtain the present census of the *Coleman* class. Within the overall population, the population of *Coleman* class members now totals 32, 667. The population by level of care is as follows[1]:

| LEVEL OF CARE | POPULATION |
|---|---|
| Correctional Case Management System (CCCMS) | 27, 982 |
| Enhanced Outpatient Program (EOP) | 4, 031 |
| Psychiatric Services Unit | 302 |
| Mental Health Crisis Bed | 270 |
| Inpatient Intermediate Care (ICF) | 320 |
| Day Treatment Program | 38 |
| Inpatient Acute Care (APP) | 101 |

I declare under the penalty of perjury the foregoing is true and correct.

Dated: May 24, 2007 By: [signature]
Doug McKeever

30271911.wpd
CF1997CS0003

1. These stated population numbers are current as of May 11, 2007, for all levels of care, except: (a) the population numbers for Intermediate Care, Day Treatment, and Acute are current as of May 16, 2007 and (b) the population number for Mental Health Crisis Bed is current as of May 14, 2007.