# EXHIBIT W

# Spring 2007



Adult
Population
Projections
2007 - 2012

**California Department of Corrections and Rehabilitation**



# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**JAMES E. TILTON**
*Secretary*

**STEPHEN W. KESSLER**
*Undersecretary, Program Support*

**STEVEN F. CHAPMAN, Ph.D**
*Assistant Secretary*
*Office of Research*

**L.J. CARR, Ph.D.**
*Chief*
*Offender Information Services Branch*

**JAY ATKINSON**
*Research Manager II*
*Estimates and Statistical Analysis Section*

**JACK LEONARD**
*Operations Research Specialist III*

## Population Projections Unit

**JACQUI CODER**
*Research Manager I*

**SHELLEY BUTTLER**
*Research Analyst II*

**LORAN SHELEY**
*Research Analyst II*

**PAULA ENSELE**
*Research Analyst 1*

# ACKNOWLEDGMENTS

Although the Estimates and Statistical Analysis Section is responsible for the semiannual publication of the Population Projections, others in the Department of Corrections and Rehabilitation made significant contributions that are greatly appreciated. Among those involved in the projections were (in alphabetical order) the:

- Board of Parole Hearings
- Division of Adult Institutions
- Division of Adult Parole Operations
- Office of Budget Management
- Enterprise Information Systems

## TABLE OF CONTENTS                                                    PAGE

EXECUTIVE SUMMARY ------------------------------------------------------- 1

SPRING 2007 ADULT POPULATION PROJECTIONS----------------------- 5

    INTRODUCTION ------------------------------------------------------------7

    A. Factors Affecting Population -------------------------------------------7

    B. Comparison of Spring 2007 with Fall 2006 Projections ---------------------------8

    PREMISES------------------------------------------------------------ 12

    C. Felon Admissions---------------------------------------------------- 12

    D. Significant Chaptered Legislation and Initiatives --------------------------- 13

    E. The Work Incentive Program ----------------------------------------- 15

    F. Court Sentences --------------------------------------------------- 16

    G. Placement Need Projections------------------------------------------ 16

    H. Parole Violators -------------------------------------------------- 17

    I. Felon Parole Population -------------------------------------------- 18

    SPRING 2007 POPULATION PROJECTIONS TABLES-------------------------- 23

    J. Six Year Population Projections -------------------------------------- 25

    K. Institution Population and Placement Needs Projections--------------------- 29

    L. Two Year Parole and Outpatient Population Projections --------------------- 39

# EXECUTIVE SUMMARY

# EXECUTIVE SUMMARY

On December 31, 2006, the total institution population was 172,528. This is 4,493 (2.7 percent) higher than the December 31, 2006 population. This compares to an increase of 4,069 (2.5 percent) over the same time period one year ago. This increase is the result of increases in parole violators with new terms (PV-WNT), and parole violators returned to custody (PV-RTC).

The number of new admissions (NA) from court during calendar year 2006 was 50,644. This is a decrease of less than 1 percent (133) compared to the NAs in calendar year 2005. New admissions in calendar year 2005 were 50,777 or 3.8 percent more (1,849) than those in calendar year 2004.

There were 20,785 PV-WNT returns during calendar year 2006. This is a 4.9 percent (973) increase over returns in calendar year 2005. Returns in calendar year 2005 were 10.9 percent (1,945) more than those in calendar year 2004.

There were 69,859 PV-RTC returns during calendar year 2006. This is a 12.7 percent (7,872) increase over returns in calendar year 2005. PV-RTC returns in calendar year 2005 were 3.9 percent (2,355) higher than in calendar year 2004.

The parole population on December 31, 2006 was 121,808, or 6,807 higher than the December 31, 2005 parole population. The primary reasons for this growth are an increase in prison releases to parole and a decrease in discharges from parole.

The Spring 2007 projected institution population is lower than Fall 2006 projections throughout the projection cycle. The difference is primarily due to decreased new admissions from court. The population is projected to be 175,210 on June 30, 2007, 878 lower than projected in Fall 2006. On June 30, 2008, the population is projected to be 178,236, which is 1,322 lower than projected in Fall 2006. By June 30, 2012, the population is projected to be 749 lower than the Fall 2006 Projections.

The parole population is projected to be higher than forecasted in Fall 2006 throughout the projection cycle. The change is largely due to an increase in releases from prison as well as a decrease in discharges from parole. On June 30, 2008, the population is projected to be 120,117, which is 643 higher than projected in Spring 2006. On June 30, 2008, the population is projected to be 126,068, which is 2,732 higher than projected in Fall 2006. By June 30, 2012, the population is projected to be 1,411 higher than the Fall 2006 Projections.

# SPRING 2007 ADULT POPULATION PROJECTIONS

## INTRODUCTION

Following are the California Department of Corrections and Rehabilitation's (CDCR) projections of adult institution, parole, and outpatient populations for fiscal years (FY) 2006-07 through 2011-12. The projections are based upon the most current available data and include existing laws and regulations as well as any signed legislation that will come into effect during the current projections cycle. The projections do not include proposed legislation, programs, propositions, or policy changes that have not been signed or affirmed as of the beginning of the projection process.

The projections do not include the impact of the recent U.S. Supreme Court ruling (*Cunningham v. California*) that invalidates California's criminal sentencing law. It is unknown at this time how this ruling may impact current and future court sentencing practices.

## A. Factors Affecting Population

- On December 31, 2006, the total institution population was 172,528. This is 4,493 (2.7 percent) higher than the December 31, 2005 population. This compares to an increase of 4,096 (2.5 percent) over the same time period one year ago. This increase is the result of increases in parole violators with new terms (PV-WNT), and parole violators returned to custody (PV-RTC).

- The number of new admissions (NA) from court during calendar year 2006 was 50,644. This is a decrease of less than 1 percent (133) compared to the NAs in calendar year 2005. New admissions in calendar year 2005 were 50,777 or 3.8 percent more (1,849) than those in calendar year 2004.

- There were 20,785 PV-WNT returns during calendar year 2006. This is a 4.9 percent (973) increase over returns in calendar year 2005. Returns in calendar year 2005 were 10.9 percent (1,945) more than those in calendar year 2004.

- There were 69,859 PV-RTC returns during calendar year 2006. This is a 12.7 percent (7,872) increase over returns in calendar year 2005. PV-RTC returns in calendar year 2005 were 3.9 percent (2,355) higher than calendar year 2004.

- The parole population on December 31, 2006 was 121,808, or 6,807 higher than the December 31, 2005, parole population. The primary reasons for this growth are an increase in prison releases to parole and a decrease in discharges from parole.

**B.** **Comparison of Spring 2007 with Fall 2006 Projections**

**1.** **Institution Population**

The total institution population was 172,528 on December 31, 2006, or 572 lower than forecasted in the Fall 2006 Adult Population Projections (Fall 2006 Projections). The difference is due to fewer new admissions and more releases to parole, partially offset by more parolees returned to custody than expected.

The following table compares the Spring 2007 Adult Population Projections (Spring 2007 Projections) to the Fall 2006 Projections.

Table A

Comparison of Spring 2007 with Fall 2006 Projections
Institution Population
June 30, 2007 through June 30, 2012

| Year End June 30 | Spring 2007 Projections | Fall 2006 Projections | Difference |
|---|---|---|---|
| 2007 | 175,210 | 176,088 | -878 |
| 2008 | 178,236 | 179,558 | -1,322 |
| 2009 | 180,981 | 182,399 | -1,418 |
| 2010 | 183,300 | 185,511 | -2,211 |
| 2011 | 186,148 | 187,619 | -1,471 |
| 2012 | 189,176 | 189,925 | -749 |

The Spring 2007 projected institution population is lower than Fall 2006 Projections throughout the projection cycle. The difference is primarily due to decreased new admissions from court. The population is projected to be 175,210 on June 30, 2007, 878 lower than projected in Fall 2006. On June 30, 2008, the population is projected to be 178,236, which is 1,322 lower than projected in Fall 2006. By June 30, 2012, the population is projected to be 749 lower than the Fall 2006 Projections.

2.  **Parole Population**

The parole population was 121,808 on December 31, 2006, or 2,401 higher than projected in the Fall 2006 Projections. This difference is mainly due to more re-releases to parole and fewer discharges than expected, partially offset by more parolees returned to custody than expected.

Table B

Comparison of Spring 2007 with Fall 2006 Projections
Parole Population
June 30, 2007 through June 30, 2012

| Year End June 30 | Spring 2007 Projections | Fall 2006 Projections | Difference |
|---|---|---|---|
| 2007 | 122,833 | 120,117 | 2,716 |
| 2008 | 126,068 | 123,336 | 2,732 |
| 2009 | 128,041 | 126,911 | 1,130 |
| 2010 | 130,500 | 128,841 | 1,659 |
| 2011 | 132,410 | 131,081 | 1,329 |
| 2012 | 134,301 | 132,890 | 1,411 |

The parole population is projected to be higher than forecasted in Fall 2006 throughout the projection cycle. The change is largely due to an increase in releases from prison as well as a decrease in discharges from parole. On June 30, 2007, the population is projected to be 122,833, which is 2,716 higher than projected in Fall 2006. On June 30, 2008, the population is projected to be 126,068, which is 2,732 higher than projected in Fall 2006. By June 30, 2012, the population is projected to be 134,301 or 1,411 higher than the Fall 2006 Projections.

SPRING 2007 ADULT POPULATION PROJECTIONS

Figures 1 and 2 graphically display the Spring 2007 Projections for the institution and parole and outpatient populations. Figure 1 shows the actual and projected institution population, while Figure 2 shows the actual and projected California supervised parole and outpatient populations. Both figures are for FY 1996-97 through 2011-12.

**Figure 1**
**Total Institution Population**
**Fiscal Years 1996-97 through 2011-12**



**Figure 2**
**Total Parole Population**
**Fiscal Years 1996-97 through 2011-12**



Figures 3 and 4 display the Spring 2007 Projections for felon admissions. Figure 3 shows the actual and projected felon admissions, while Figure 4 shows the actual and projected felon admission rates per 100,000 California residents, ages 18-49. Both figures are for FY 1996-97 through FY 2011-12.

**Figure 3**
**Total Felon Admissions**
**Fiscal Years 1996-97 through 2011-12**



**Figure 4**
**Total Felon Admission Rates**
**Fiscal Years 1996-97 through 2011-12**



## PREMISES

### C. Felon Admissions

Table C, below, summarizes actual felon admissions to California Department of Corrections and Rehabilitation (CDCR) prisons from FY 1996-97 through FY 2005-06, while Table D displays the projected felon admissions for FY 2006-07 through FY 2011-12. Consistent with past practice, admission rates displayed in Tables C and D are expressed as the number of felon admissions to prison from court per 100,000 California residents, ages 18-49.

### Table C

**Actual Total Felon Admissions**
**Fiscal Years 1996-97 through 2005-06**

| Fiscal Year | Number of CDCR Felon Admissions* | State Population Ages 18-49 (In Thousands) | Admission Rate** |
|---|---|---|---|
| 1996-97 | 46,750 | 15,872.7 | 294.5 |
| 1997-98 | 46,511 | 16,031.4 | 290.1 |
| 1998-99 | 44,983 | 16,215.1 | 277.4 |
| 1999-00 | 41,469 | 16,401.5 | 252.8 |
| 2000-01 | 39,350 | 16,613.3 | 236.9 |
| 2001-02 | 37,517 | 16,832.3 | 222.9 |
| 2002-03 | 40,616 | 16,997.8 | 238.9 |
| 2003-04 | 45,434 | 17,146.4 | 265.0 |
| 2004-05 | 47,205 | 17,293.5 | 273.0 |
| 2005-06 | 49,483 | 17,441.7 | 283.7 |

\* Not including Division of Juvenile Justice cases, other state/federal admissions, or direct admissions to parole.
\*\* Number of CDCR felon admissions per 100,000 California state residents, ages 18-49.

The increase in admissions continued over the last fiscal year. Felon admissions for FY 2005-06 were 49,483, up 4.8 percent from FY 2004-05. This is more than the increase in FY 2004-05, during which admissions were 3.9 percent higher than the previous fiscal year. Admissions have been increasing for the past four fiscal years.

In the last six months, July to December 2006, total felon admissions were 23,953, or 3.4 percent less compared to the same time period one year ago. Female felon admissions also declined during this period. Compared to the last six months of 2005, female felon admissions decreased 3.5 percent in the July to December 2006 period.

As shown in Table D, the Spring 2007 felon admissions projection is lower than the Fall 2006 Projections throughout the projection cycle. This change is mainly due to the fact that although felon admissions have continued to grow, the rate of growth has slowed. New admissions are projected based on trends.

### Table D

Projected Total Felon Admissions
Fiscal Years 2006-07 through 2011-12

| Fiscal Year | Spring 2007 | Fall 2006 | Difference | Rate |
|---|---|---|---|---|
| 2006-07 | 48,632 | 49,086 | -454 | 276.5 |
| 2007-08 | 49,114 | 49,662 | -548 | 276.8 |
| 2008-09 | 49,538 | 50,138 | -600 | 276.7 |
| 2009-10 | 49,926 | 50,534 | -608 | 276.7 |
| 2010-11 | 50,288 | 50,854 | -566 | 276.9 |
| 2011-12 | 50,627 | 51,120 | -493 | 277.2 |

### D. Significant Chaptered Legislation and Initiatives

#### 1. Legislation

The following legislative bills were chaptered and will have an impact on the state prison system. However, because the impact of the length of confinement could not be estimated or was insignificant, these bills are not included in the Spring 2007 Projections.

- Chapter 432, Statutes of 2006 [Assembly Bill (AB) 2190, Benoit], creates a new alternate felony/misdemeanor for a person convicted of reckless driving that proximately causes one or more of various specified injuries to a person other than the driver.

- Chapter 522, Statutes of 2006 (AB 2886, Frommer), creates a new alternate felony/misdemeanor for every person who, with the intent to defraud: acquires or retains possession of the personal identifying information of another person, and has previously been convicted of the same; acquires or retains personal identifying information of 10 or more other persons; or sells, transfers, or conveys personal identifying information.

- Chapter 337, Statutes of 2006 [Senate Bill (SB) 1128, Alquist], although similar to the Jessica's Law initiative, this bill created additional new offenses and sentence enhancements for specified sexual crimes.

- Chapter 596, Statutes of 2006 (SB 1222, Ackerman), added various offenses relating to prohibited possession of a firearm, carrying a concealed firearm, and carrying a loaded firearm, to the list of offenses which, if committed by members of the criminal street gang, established a pattern of criminal gang activity.

- Chapter 646, Statutes of 2006 (SB 1299, Speier), creates a new felony for any person who possesses specified chemicals with the intent to sell, transfer, or otherwise furnish those chemicals to another, knowing that they will be used to manufacture phencyclidine or methamphetamine.

- Chapter 650, Statutes of 2006 (SB 1318, Cedillo), creates a new 1-year enhancement for any person who is convicted of trafficking any of the controlled substances, as specified, if the violation occurred upon the grounds of, or within 1,000 feet of, a drug treatment center, detoxification facility, or homeless shelter.

- Chapter 668, Statutes of 2006 (SB 1538, Scott), expands current law related to persons who are prohibited from obtaining a firearm, and who knowingly furnish a fictitious name or address, or knowingly furnish any incorrect information, or knowingly omits any information required to be provided for the register.

- Chapter 688, Statutes of 2006 (SB 1735, Cox), creates a new alternate felony/misdemeanor for any person who willfully flees or attempts to elude a pursuing peace officer, as specified, when the person operating the pursued vehicle willfully drives that vehicle on a highway in the opposite direction of lawful traffic.

- Chapter 875, Statutes of 2006 (SB 1453, Speier), provides that specified persons who successfully complete an in-prison drug treatment program, may enter into a residential aftercare drug treatment program when paroled. Upon the successful completion of the 150-day residential aftercare, the parolee shall be discharged from parole, as specified.

## 2. Initiatives

The following initiative passed and will have an impact on the state prison system. However, because the impact of the length of confinement could not be estimated or was insignificant, this initiative is not included in the Spring 2007 Projections.

- The Sexual Predator Punishment and Control Act: Jessica's Law. This Initiative proposed numerous amendments and additions to the Penal and Welfare and Institutions Codes with respect to the incarceration and parole of specified sex offenders. Due to data limitations surrounding many of the proposed changes to law, a complete estimate of the impact of this initiative was not possible.

## E. The Work Incentive Program

This program allows eligible inmates to earn up to a six-month reduction per year in sentence length. The Work Incentive Program applies to all felons who committed their offenses on or after January 1, 1983, and to those felons who committed their offenses before January 1, 1983, who choose to participate. Approximately 89 percent of the June 30, 2006, eligible population was earning a one-half sentence reduction, and participation is expected to continue at that level throughout the projection period. The Three Strikes Law limits credit earning to 20 percent for affected inmates. The Penal Code also limits persons who have been convicted of any violent felony to no more than a 15 percent sentence reduction.

## F. Court Sentences

As shown in Table E, the average sentence for newly admitted felons and parole violators returned with new terms (PV-WNT) was 47.0 months for FY 2005-06, a significant decrease compared to FY 2004-05. This was the third consecutive year the average sentence decreased significantly. Pre-confinement credits have remained relatively steady for the past 10 years.

Table E

Average Sentence and Credits
For Felon New Admissions and PV-WNTs
(in months)

| Fiscal Year | Sentence[1] | Pre-Confinement Credits |
|---|---|---|
| 1996-97 | 56.2 | 7.1 |
| 1997-98 | 54.4 | 6.8 |
| 1998-99 | 54.7 | 6.8 |
| 1999-00 | 54.4 | 6.9 |
| 2000-01 | 53.3 | 7.0 |
| 2001-02 | 53.6 | 7.2 |
| 2002-03 | 53.1 | 7.2 |
| 2003-04 | 50.5 | 7.1 |
| 2004-05 | 48.2 | 7.0 |
| 2005-06 | 47.0 | 7.0 |

[1] Includes third-strike and other life commitments.

## G. Placement Need Projections

As in the Fall 2006 Projections, the Spring 2007 Projections of institution bed needs, by level, consider both inmate classification score level and administrative determinants, such as institutional security and public safety, as specified in Section 62010 of the California Department of Corrections and Rehabilitation's Department Operations Manual. It is assumed that the male felon reception center population will fluctuate proportionately with the changes in male felon intake. Special housing projections assume a constant proportion of the number of inmates of each classification level in each of these categories over the projection period. The projections do not consider the impact of operational changes such as the need to single-cell Level IV inmates in the Enhanced Outpatient Program or the increase in indeterminate Security Housing Unit (SHU) terms. Each of these changes in policy or programs could result in the need for additional Level IV and SHU beds.

## H. Parole Violators

For the six-month period from July to December 2006, there were 31,689 male felon parole violators returned to custody or pending parole revocation (PV-RTC/PendRev), 575 more than projected in the Fall 2006 Projections. The corresponding return rate was 53.1, or less than one point higher than projected. The assumption for the Spring 2007 Projections is that the male PV-RTC/PendRev rate will slightly increase to about 53.7 for FY 2006-07 through 2008-09, then slightly decrease to about 53.0 for the remaining fiscal years in the projection cycle.

There were 9,232 male felon PV-WNTs for the same July to December 2006 period, 149 less than projected in the Fall 2006 Projections. The corresponding male felon PV-WNT return rate was 15.5, or less than one-half a point lower than projected. The Spring 2007 Projections assume the male PV-WNT rate will remain close to the current level of 15.5 throughout the projection cycle.

There were 2,890 female felon PV-RTC/PendRev returns during the July to December 2006 period, 166 more than the Fall 2006 Projections. The corresponding return rate was 38.2, or 2.5 points higher than projected. The assumption for the Spring 2007 Projections is that the female PV-RTC/PendRev rate will increase to 39.1 for the remainder of FY 2006-07, then gradually decrease to 35.9 by FY 2011-12.

There were 938 female felon PV-WNTs for the same July to December 2006 period, 69 more than the Fall 2006 Projections. The corresponding female felon PV-WNT return rate was 12.4, or about one point higher than projected. The Spring 2007 Projections assume the female PV-WNT rate will stay at about 12.4 throughout the projection cycle.

The average time served for male PV-RTCs during the July to December 2006 period was 4.0 months, which was about 2 days more than the average time served by this group during the January to June 2006 period. The Spring 2007 Projections assume that this will remain unchanged at 4.0 months.

The average time served for male parolees Continued on Parole (COP) during the July to December 2006 time period was 0.7 months, or about 7 days more than the average time served by this group in the January to June 2006 period. The Spring 2007 Projections assume that this will remain unchanged at 0.7 months

The average time served for female PV-RTCs during the July to December 2006 period was 3.8 months, which was about 3 days less than the average time served by this group during the January to June 2006 period. The Spring 2007 Projections assume that this will remain unchanged at 3.8 months.

The average time served for female COPs during the July to December 2006 time period was 0.5 months, or about 2 days more than the average time served by this group in the January to June 2006 period. The Spring 2007 Projections assume that this will remain unchanged at 0.5 months.

The graphs on the following pages illustrate actual parole returns to prison. Figure 5 displays the number of male felon parole violator returns, by quarter, since June 1997; Figure 6 shows the number of female felon parole violator returns, by quarter, for the same time period.  Figures 7 and 8 show actual and projected PV-RTC/PendRev rates for male and female felons for the period from June 1997 though June 2012; Figures 9 and 10 show actual and projected PV-WNT rates for male and female felons for the same time period

I.  **Felon Parole Population**

On December 31, 2006, the felon parole population was 118,551, which is 2,387 higher than projected in the Fall 2006 Projections. Between July and December 2006, this population increased by 5,279.



**Figure 5**
**Male Felon Parole Violator Returns**
**June 1997 through December 2006**



Note:  PV-RTC/PendRevs are parole violators returned to custody or pending revocation.
   PV-WNTs are parole violators returned with new term.

SPRING 2007 ADULT POPULATION PROJECTIONS

**Figure 6**
**Female Felon Parole Violator Returns**
**June 1997 through December 2006**



Note: PV-RTC/PendRevs are parole violators returned to custody or pending revocation.
PV-WNTs are parole violators returned with new term.

**Figure 7**
**Male Felon PV-RTC/PendRev Rates**
**June 1997 through June 2012**



**Figure 8**
**Female Felon PV-RTC/PendRev Rates**
**June 1997 through June 2012**



PV-RTC/PendRevs are paroles violators returned to custody or pending revocation.
Rates are calculated by dividing annualized returns by the average daily parole and Parolee-at-Large (PAL) populations
then multiplying by 100.

SPRING 2007 ADULT POPULATION PROJECTIONS

**Figure 9**
**Male Felon PV-WNT Rates**
**June 1997 through June 2012**



**Figure 10**
**Female Felon PV-WNT Rates**
**June 1997 through June 2012**



PV-WNTs are parole violators returned with a new term.
Rates are calculated by dividing annualized returns by the average daily parole and Parolee-at-Large (PAL) populations then multiplying by 100.

## SPRING 2007 POPULATION PROJECTIONS TABLES

The Spring 2007 Projections are summarized in Tables 1 and 2 and are presented in greater detail in Tables 3 through 16. Tables 3 and 4 present the quarterly institution populations, while Tables 5 and 6 present detailed projections by inmate placement needs. Tables 7 through 10 project the movement of institution populations (including civil narcotic addicts), and Tables 11 through 16 present detailed projections of the parole and outpatient populations.

**J.** **Six Year Population Projections**

**Tables 1-2**

**Fiscal Years 2006-07 through 2011-12**

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections
Table 1
Institution Population
June 30, 1997 through June 30, 2012

| As of June 30 | Total | Total Males | Male Felons | Male Addicts | Male Others | Total Females | Female Felons | Female Addicts | Female Others |
|---|---|---|---|---|---|---|---|---|---|
| **Actual** | | | | | | | | | |
| 1997 | 152,506 | 141,669 | 139,239 | 2,163 | 267 | 10,837 | 10,188 | 583 | 66 |
| 1998 | 158,207 | 147,001 | 144,805 | 1,924 | 272 | 11,206 | 10,594 | 562 | 50 |
| 1999 | 162,064 | 150,581 | 148,621 | 1,703 | 257 | 11,483 | 10,949 | 495 | 39 |
| 2000 | 162,000 | 150,793 | 148,754 | 1,776 | 263 | 11,207 | 10,620 | 535 | 52 |
| 2001 | 161,497 | 150,785 | 148,853 | 1,668 | 264 | 10,712 | 10,261 | 403 | 48 |
| 2002 | 157,979 | 148,153 | 146,455 | 1,351 | 347 | 9,826 | 9,453 | 311 | 62 |
| 2003 | 160,931 | 150,851 | 149,449 | 1,104 | 298 | 10,080 | 9,752 | 270 | 58 |
| 2004 | 163,500 | 152,859 | 151,493 | 1,086 | 280 | 10,641 | 10,339 | 261 | 41 |
| 2005 | 164,179 | 153,323 | 152,016 | 966 | 341 | 10,856 | 10,528 | 283 | 45 |
| 2006 | 172,561 | 160,812 | 159,616 | 908 | 288 | 11,749 | 11,335 | 366 | 48 |
| **Projected** | | | | | | | | | |
| 2007 | 175,210 | 163,140 | 161,978 | 867 | 295 | 12,070 | 11,680 | 344 | 46 |
| 2008 | 178,236 | 165,891 | 164,734 | 862 | 295 | 12,345 | 11,955 | 344 | 46 |
| 2009 | 180,981 | 168,347 | 167,192 | 860 | 295 | 12,634 | 12,244 | 344 | 46 |
| 2010 | 183,300 | 170,393 | 169,239 | 859 | 295 | 12,907 | 12,517 | 344 | 46 |
| 2011 | 186,148 | 172,845 | 171,691 | 859 | 295 | 13,303 | 12,913 | 344 | 46 |
| 2012 | 189,176 | 175,613 | 174,459 | 859 | 295 | 13,563 | 13,173 | 344 | 46 |

Note: Others include county diagnostic cases, persons from other states, federal prisoners, county safekeepers, and Juvenile Justice (JJ) wards.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 2
Parole and Outpatient Population
Supervised in California
June 30, 1997 through June 30, 2012

| As of June 30 | Total | Total Males | Male Felons | Male Addicts | Male Others | Total Females | Female Felons | Female Addicts | Female Others |
|---|---|---|---|---|---|---|---|---|---|
| **Actual** | | | | | | | | | |
| 1997 | 100,828 | 91,002 | 87,202 | 2,684 | 1,116 | 9,826 | 8,817 | 880 | 129 |
| 1998 | 108,750 | 97,587 | 94,158 | 2,313 | 1,116 | 11,163 | 10,256 | 751 | 156 |
| 1999 | 112,494 | 100,716 | 97,593 | 1,954 | 1,169 | 11,778 | 10,944 | 678 | 156 |
| 2000 | 119,298 | 106,505 | 103,453 | 1,899 | 1,153 | 12,793 | 12,033 | 603 | 157 |
| 2001 | 119,636 | 106,396 | 103,232 | 2,011 | 1,153 | 13,240 | 12,396 | 674 | 170 |
| 2002 | 120,336 | 107,136 | 103,794 | 2,027 | 1,315 | 13,200 | 12,366 | 646 | 188 |
| 2003 | 116,173 | 103,371 | 99,937 | 2,034 | 1,400 | 12,802 | 11,976 | 636 | 190 |
| 2004 | 112,685 | 100,399 | 97,311 | 1,628 | 1,460 | 12,286 | 11,563 | 533 | 190 |
| 2005 | 115,371 | 102,783 | 99,930 | 1,473 | 1,380 | 12,588 | 11,946 | 458 | 184 |
| 2006 | 116,563 | 103,551 | 100,850 | 1,327 | 1,374 | 13,012 | 12,422 | 419 | 171 |
| **Projected** | | | | | | | | | |
| 2007 | 122,833 | 109,040 | 106,360 | 1,285 | 1,395 | 13,793 | 13,189 | 430 | 174 |
| 2008 | 126,068 | 111,672 | 108,992 | 1,278 | 1,402 | 14,396 | 13,791 | 430 | 175 |
| 2009 | 128,041 | 113,316 | 110,636 | 1,275 | 1,405 | 14,725 | 14,118 | 430 | 177 |
| 2010 | 130,500 | 115,291 | 112,611 | 1,273 | 1,407 | 15,209 | 14,601 | 430 | 178 |
| 2011 | 132,410 | 116,985 | 114,304 | 1,273 | 1,408 | 15,425 | 14,816 | 430 | 179 |
| 2012 | 134,301 | 118,459 | 115,777 | 1,273 | 1,409 | 15,842 | 15,233 | 430 | 179 |

Note: Others include co-ops and other state/federal parolees.

**K.** <u>Institution Population and Placement Needs Projections</u>

**Tables 3-10**

**Detail Fiscal Years 2006-07 and 2007-08**

**Fiscal Years 2006-07 through 2011-12 (Tables 5 & 6)**

**Population Projections Unit**
**Estimates and Statistical Analysis Section**
**Offender Information Services Branch**

**Department of Corrections and Rehabilitation**
**State of California**
**02/13/2007**

**SPRING 2007 ADULT POPULATION PROJECTIONS**

**Spring 2007 Projections**

Table 3
Institution Population
Fiscal Years 2006/07 through 2007/08

| | Actual June 30 2006 | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 | Sep 30 2007 | Dec 31 2007 | Mar 31 2008 | Jun 30 2008 |
|---|---|---|---|---|---|---|---|---|---|
| Total Population | 172,561 | 173,101 | 172,528 | 173,984 | 175,210 | 175,422 | 175,910 | 176,799 | 178,236 |
| Men (Inc. CCC) | 160,812 | 161,225 | 160,770 | 162,090 | 163,140 | 163,224 | 163,804 | 164,599 | 165,891 |
| Women (Inc. CCC) | 11,749 | 11,876 | 11,758 | 11,894 | 12,070 | 12,198 | 12,106 | 12,200 | 12,345 |
| Total (Exc. CCC) | 166,381 | 166,906 | 166,233 | 166,978 | 168,084 | 168,141 | 168,509 | 169,278 | 170,582 |
| Men | 155,301 | 155,699 | 155,144 | 155,883 | 156,843 | 156,837 | 157,327 | 158,032 | 159,233 |
| Felons | 154,105 | 154,524 | 154,000 | 154,708 | 155,681 | 155,688 | 156,170 | 156,863 | 158,076 |
| Civil Narcotic Addicts | 908 | 901 | 873 | 878 | 867 | 862 | 868 | 872 | 862 |
| Others 1 | 288 | 274 | 271 | 297 | 295 | 287 | 289 | 297 | 295 |
| Women | 11,080 | 11,207 | 11,089 | 11,095 | 11,241 | 11,304 | 11,182 | 11,246 | 11,349 |
| Felons | 10,666 | 10,792 | 10,700 | 10,701 | 10,851 | 10,912 | 10,792 | 10,855 | 10,959 |
| Civil Narcotic Addicts | 366 | 364 | 345 | 347 | 344 | 347 | 345 | 345 | 344 |
| Others 1 | 48 | 51 | 44 | 47 | 46 | 45 | 45 | 46 | 46 |
| Community Correctional Centers 2 | 6,180 | 6,195 | 6,295 | 7,006 | 7,126 | 7,281 | 7,401 | 7,521 | 7,654 |
| Total Males | 5,511 | 5,526 | 5,626 | 6,207 | 6,297 | 6,387 | 6,477 | 6,567 | 6,658 |
| Male Felons | 5,511 | 5,526 | 5,626 | 6,207 | 6,297 | 6,387 | 6,477 | 6,567 | 6,658 |
| Male Civil Narcotic Addicts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Female Felons | 669 | 669 | 669 | 799 | 829 | 894 | 924 | 954 | 996 |

1 Others include county diagnostic cases, other state/federal prisoners, safekeepers, and JJ wards.
2 Community Correctional Center (CCC) data are based on the bed activation schedules provided by the Divisions of Adult Institutions and Adult Parole.

Note: Data through December 2006 are actual.

**SPRING 2007 ADULT POPULATION PROJECTIONS**

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 4
Average Daily Institution Population
Fiscal Years 2006/07 through 2007/08

| | FY 2006/07 Avg | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 | FY 2007/08 Avg | Sep 30 2007 | Dec 31 2007 | Mar 31 2008 | Jun 30 2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Population | 173,159 | 172,427 | 172,868 | 172,744 | 174,598 | 176,193 | 175,361 | 175,663 | 176,204 | 177,544 |
| Men (Inc. CCC) | 161,349 | 160,672 | 161,086 | 160,986 | 162,654 | 164,020 | 163,216 | 163,527 | 164,037 | 165,300 |
| Women (Inc. CCC) | 11,810 | 11,755 | 11,782 | 11,758 | 11,944 | 12,173 | 12,145 | 12,137 | 12,168 | 12,245 |
| Total (Exc. CCC) | 166,615 | 166,234 | 166,623 | 166,070 | 167,532 | 168,792 | 168,146 | 168,322 | 168,743 | 169,958 |
| Men | 155,530 | 155,148 | 155,510 | 155,059 | 156,402 | 157,543 | 156,874 | 157,095 | 157,515 | 158,687 |
| Felons | 154,359 | 153,973 | 154,332 | 153,897 | 155,235 | 156,383 | 155,716 | 155,933 | 156,357 | 157,527 |
| Civil Narcotic Addicts | 886 | 902 | 894 | 872 | 874 | 868 | 868 | 872 | 865 | 868 |
| Others 1 | 285 | 274 | 283 | 290 | 293 | 292 | 290 | 290 | 293 | 293 |
| Women | 11,085 | 11,086 | 11,113 | 11,011 | 11,130 | 11,250 | 11,272 | 11,228 | 11,229 | 11,270 |
| Felons | 10,689 | 10,685 | 10,714 | 10,619 | 10,739 | 10,858 | 10,879 | 10,836 | 10,838 | 10,880 |
| Civil Narcotic Addicts | 349 | 353 | 351 | 346 | 346 | 346 | 347 | 346 | 344 | 346 |
| Others 1 | 46 | 48 | 48 | 46 | 44 | 45 | 46 | 45 | 46 | 44 |
| Community Correctional Centers 2 | 6,544 | 6,192 | 6,245 | 6,674 | 7,066 | 7,401 | 7,215 | 7,341 | 7,461 | 7,586 |
| Total Males | 5,820 | 5,523 | 5,576 | 5,927 | 6,252 | 6,477 | 6,342 | 6,432 | 6,522 | 6,612 |
| Male Felons | 5,820 | 5,523 | 5,576 | 5,927 | 6,252 | 6,477 | 6,342 | 6,432 | 6,522 | 6,612 |
| Male Civil Narcotic Addicts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Female Felons | 725 | 669 | 669 | 747 | 814 | 924 | 873 | 909 | 939 | 974 |

1 Others include county diagnostic cases, other state/federal prisoners, safekeepers, and JJ wards.
2 Community Correctional Center (CCC) data are based on the bed activation schedules provided by the Divisions of Adult Institutions and Adult Parole.

Note: Data through December 2006 are actual.

**SPRING 2007 ADULT POPULATION PROJECTIONS**

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 5
Projected Placement Needs for Male Felon Institution Population
Fiscal Years 2006/07 through 2011/12

| Fiscal Year | Fiscal Quarter | Reception Center | Level I | Level II | Level III | Level IV | Special PHU | Housing SHU | Total Housing | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006/07 | September 30 | 25,357 | 29,285 | 41,875 | 34,175 | 26,315 | 17 | 3,026 | 3,043 | 160,050 |
| | December 31 | 25,766 | 29,076 | 41,595 | 33,970 | 26,100 | 16 | 3,103 | 3,119 | 159,626 |
| | March 31 | 27,035 | 29,470 | 41,185 | 33,760 | 26,325 | 20 | 3,120 | 3,140 | 160,915 |
| | June 30 | 27,395 | 29,933 | 41,145 | 33,750 | 26,590 | 20 | 3,145 | 3,165 | 161,978 |
| | | | | | | | | | | |
| 2007/08 | September 30 | 26,805 | 30,325 | 41,110 | 33,775 | 26,860 | 20 | 3,180 | 3,200 | 162,075 |
| | December 31 | 27,130 | 30,512 | 40,940 | 33,765 | 27,080 | 20 | 3,200 | 3,220 | 162,647 |
| | March 31 | 27,205 | 30,830 | 40,960 | 33,865 | 27,325 | 20 | 3,225 | 3,245 | 163,430 |
| | June 30 | 28,050 | 30,919 | 40,980 | 33,970 | 27,545 | 20 | 3,250 | 3,270 | 164,734 |
| | | | | | | | | | | |
| 2008/09 | June 30 | 28,010 | 31,417 | 41,230 | 34,675 | 28,490 | 20 | 3,350 | 3,370 | 167,192 |
| | | | | | | | | | | |
| 2009/10 | June 30 | 28,195 | 31,344 | 41,325 | 35,495 | 29,410 | 20 | 3,450 | 3,470 | 169,239 |
| | | | | | | | | | | |
| 2010/11 | June 30 | 28,400 | 31,341 | 41,570 | 36,430 | 30,375 | 20 | 3,555 | 3,575 | 171,691 |
| | | | | | | | | | | |
| 2011/12 | June 30 | 28,475 | 31,554 | 41,935 | 37,425 | 31,375 | 20 | 3,675 | 3,695 | 174,459 |

Note: These estimates assume that the male reception center population will increase proportionately with the increase in male felon intake.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections
Table 6
Projected Placement Needs for Total Male Institution Population
Fiscal Years 2006/07 through 2011/12

| Fiscal Year | Fiscal Quarter | Reception Center | Level I | Level II | Level III | Level IV | Special PHU | Housing SHU | Total Housing | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006/07 | September 30 | 25,631 | 29,285 | 42,776 | 34,175 | 26,315 | 17 | 3,026 | 3,043 | 161,225 |
|  | December 31 | 26,037 | 29,076 | 42,468 | 33,970 | 26,100 | 16 | 3,103 | 3,119 | 160,770 |
|  | March 31 | 27,332 | 29,470 | 42,063 | 33,760 | 26,325 | 20 | 3,120 | 3,140 | 162,090 |
|  | June 30 | 27,690 | 29,933 | 42,012 | 33,750 | 26,590 | 20 | 3,145 | 3,165 | 163,140 |
| 2007/08 | September 30 | 27,092 | 30,325 | 41,972 | 33,775 | 26,860 | 20 | 3,180 | 3,200 | 163,224 |
|  | December 31 | 27,419 | 30,512 | 41,808 | 33,765 | 27,080 | 20 | 3,200 | 3,220 | 163,804 |
|  | March 31 | 27,502 | 30,830 | 41,832 | 33,865 | 27,325 | 20 | 3,225 | 3,245 | 164,599 |
|  | June 30 | 28,345 | 30,919 | 41,842 | 33,970 | 27,545 | 20 | 3,250 | 3,270 | 165,891 |
| 2008/09 | June 30 | 28,305 | 31,417 | 42,090 | 34,675 | 28,490 | 20 | 3,350 | 3,370 | 168,347 |
| 2009/10 | June 30 | 28,490 | 31,344 | 42,184 | 35,495 | 29,410 | 20 | 3,450 | 3,470 | 170,393 |
| 2010/11 | June 30 | 28,695 | 31,341 | 42,429 | 36,430 | 30,375 | 20 | 3,555 | 3,575 | 172,845 |
| 2011/12 | June 30 | 28,770 | 31,554 | 42,794 | 37,425 | 31,375 | 20 | 3,675 | 3,695 | 175,613 |

Note:  These estimates assume that the male reception center population will increase proportionately with the increase in male felon intake. Reception Center includes others as defined on Table I. Level II includes civil narcotic addicts.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 7
Movement of Male Felon Institution Population
Fiscal Years 2005/06 through 2007/08

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | PV-WNT | PV-RTC | Other Intake | Total Outgo | First Parole | PV-RTC Parole | Other Outgo | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | Jul-Sep | 30,010 | 10,747 | 4,538 | 14,672 | 53 | 27,930 | 14,379 | 12,959 | 592 | 1,709 | 153,725 |
| | Oct-Dec | 30,135 | 10,895 | 4,809 | 14,381 | 50 | 28,688 | 14,546 | 13,556 | 586 | 1,588 | 155,313 |
| | Jan-Mar | 30,874 | 10,609 | 4,836 | 15,380 | 49 | 28,455 | 14,177 | 13,672 | 606 | 2,290 | 157,603 |
| | Apr-Jun | 32,233 | 10,989 | 4,833 | 16,360 | 51 | 30,233 | 14,891 | 14,745 | 597 | 2,013 | 159,616 |
| | Total | 123,252 | 43,240 | 19,016 | 60,793 | 203 | 115,306 | 57,993 | 54,932 | 2,381 | 7,600 | |
| 2006/07 | Jul-Sep | 31,354 | 10,508 | 4,698 | 16,088 | 60 | 30,825 | 15,248 | 14,999 | 578 | 434 | 160,050 |
| | Oct-Dec | 30,672 | 10,403 | 4,547 | 15,673 | 49 | 31,194 | 15,187 | 15,410 | 597 | -424 | 159,626 |
| | Jan-Mar * | 32,090 | 10,563 | 4,889 | 16,614 | 24 | 30,801 | 15,164 | 15,057 | 580 | 1,289 | 160,915 |
| | Apr-Jun * | 32,520 | 11,007 | 4,833 | 16,644 | 36 | 31,457 | 15,253 | 15,623 | 581 | 1,063 | 161,978 |
| | Total | 126,636 | 42,481 | 18,967 | 65,019 | 169 | 124,277 | 60,852 | 61,089 | 2,336 | 2,362 | |
| 2007/08 | Jul-Sep * | 31,821 | 10,586 | 4,792 | 16,385 | 58 | 31,724 | 15,452 | 15,659 | 613 | 97 | 162,075 |
| | Oct-Dec * | 32,203 | 10,513 | 4,957 | 16,677 | 56 | 31,631 | 15,102 | 15,957 | 572 | 572 | 162,647 |
| | Jan-Mar * | 32,294 | 10,655 | 4,893 | 16,675 | 71 | 31,511 | 15,095 | 15,806 | 610 | 783 | 163,430 |
| | Apr-Jun * | 33,298 | 11,058 | 4,902 | 17,279 | 59 | 31,994 | 15,301 | 16,064 | 629 | 1,304 | 164,734 |
| | Total | 129,616 | 42,812 | 19,544 | 67,016 | 244 | 126,860 | 60,950 | 63,486 | 2,424 | 2,756 | |

* Projected

Note: Other intake includes JJ'M' cases and transfers from other states.
Other outgo includes discharges and deaths.

SPRING 2007 ADULT POPULATION PROJECTIONS

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections
Table 8
Movement of Female Felon Institution Population
Fiscal Years 2005/06 through 2007/08

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | PV-WNT | PV-RTC | Total Outgo | First Parole | PV-RTC Parole | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | Jul-Sep | 3,424 | 1,600 | 418 | 1,406 | 3,065 | 1,828 | 1,195 | 42 | 399 | 10,927 |
| | Oct-Dec | 3,333 | 1,528 | 456 | 1,349 | 3,227 | 1,863 | 1,310 | 54 | 149 | 11,076 |
| | Jan-Mar | 3,371 | 1,576 | 457 | 1,338 | 3,182 | 1,899 | 1,241 | 42 | 167 | 11,243 |
| | Apr-Jun | 3,479 | 1,548 | 458 | 1,473 | 3,395 | 1,890 | 1,461 | 44 | 92 | 11,335 |
| Total | | 13,607 | 6,252 | 1,789 | 5,566 | 12,869 | 7,480 | 5,207 | 182 | 807 | |
| 2006/07 | Jul-Sep | 3,492 | 1,529 | 482 | 1,481 | 3,377 | 2,026 | 1,301 | 50 | 126 | 11,461 |
| | Oct-Dec | 3,362 | 1,491 | 460 | 1,411 | 3,437 | 1,987 | 1,414 | 36 | -92 | 11,369 |
| | Jan-Mar * | 3,523 | 1,546 | 491 | 1,486 | 3,392 | 1,938 | 1,412 | 42 | 131 | 11,500 |
| | Apr-Jun * | 3,679 | 1,607 | 486 | 1,586 | 3,499 | 2,029 | 1,429 | 41 | 180 | 11,680 |
| Total | | 14,056 | 6,173 | 1,919 | 5,964 | 13,705 | 7,980 | 5,556 | 169 | 345 | |
| 2007/08 | Jul-Sep * | 3,654 | 1,602 | 542 | 1,510 | 3,528 | 1,995 | 1,471 | 62 | 126 | 11,806 |
| | Oct-Dec * | 3,423 | 1,529 | 470 | 1,424 | 3,513 | 2,016 | 1,457 | 40 | -90 | 11,716 |
| | Jan-Mar * | 3,673 | 1,582 | 505 | 1,586 | 3,580 | 2,085 | 1,451 | 44 | 93 | 11,809 |
| | Apr-Jun * | 3,721 | 1,640 | 498 | 1,583 | 3,575 | 2,065 | 1,457 | 53 | 146 | 11,955 |
| Total | | 14,471 | 6,353 | 2,015 | 6,103 | 14,196 | 8,161 | 5,836 | 199 | 275 | |

* Projected

Note: Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 9
Movement of Male Civil Narcotic Addict Institution Population
Fiscal Years 2005/06 through 2007/08

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | Outpatients Returned | Total Outgo | Outpatient Status | Other Outgo | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | Jul-Sep | 357 | 159 | 198 | 339 | 242 | 97 | 12 | 978 |
| | Oct-Dec | 318 | 154 | 164 | 322 | 255 | 67 | -9 | 969 |
| | Jan-Mar | 329 | 155 | 174 | 374 | 311 | 63 | -55 | 914 |
| | Apr-Jun | 345 | 164 | 181 | 353 | 295 | 58 | -6 | 908 |
| Total | | 1,349 | 632 | 717 | 1,388 | 1,103 | 285 | -58 | |
| 2006/07 | Jul-Sep | 331 | 148 | 183 | 332 | 268 | 64 | -7 | 901 |
| | Oct-Dec | 279 | 141 | 138 | 332 | 275 | 57 | -28 | 873 |
| | Jan-Mar * | 374 | 219 | 155 | 369 | 313 | 56 | 5 | 878 |
| | Apr-Jun * | 359 | 207 | 152 | 370 | 288 | 82 | -11 | 867 |
| Total | | 1,343 | 715 | 628 | 1,403 | 1,144 | 259 | -41 | |
| 2007/08 | Jul-Sep * | 364 | 210 | 154 | 369 | 296 | 73 | -5 | 862 |
| | Oct-Dec * | 375 | 217 | 158 | 369 | 313 | 56 | 6 | 868 |
| | Jan-Mar * | 371 | 214 | 157 | 367 | 306 | 61 | 4 | 872 |
| | Apr-Jun * | 359 | 207 | 152 | 369 | 289 | 80 | -10 | 862 |
| Total | | 1,469 | 848 | 621 | 1,474 | 1,204 | 270 | -5 | |

* Projected

Note: Other outgo includes discharges and deaths.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

**Spring 2007 Projections**

Table 10
Movement of Female Civil Narcotic Addict Institution Population
Fiscal Years 2005/06 through 2007/08

| Fiscal Year | Fiscal Quarter | Total Intake | From Court | Outpatients Returned | Total Outgo | Outpatient Status | Other Outgo | Gain/ Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | Jul-Sep | 97 | 65 | 32 | 71 | 56 | 15 | 27 | 310 |
| | Oct-Dec | 98 | 70 | 28 | 68 | 60 | 8 | 34 | 343 |
| | Jan-Mar | 90 | 64 | 26 | 93 | 76 | 17 | -4 | 340 |
| | Apr-Jun | 116 | 88 | 28 | 88 | 72 | 16 | 26 | 366 |
| Total | | 401 | 287 | 114 | 320 | 264 | 56 | 83 | |
| 2006/07 | Jul-Sep | 89 | 61 | 28 | 87 | 66 | 21 | -2 | 364 |
| | Oct-Dec | 76 | 54 | 22 | 92 | 83 | 9 | -18 | 345 |
| | Jan-Mar * | 89 | 64 | 25 | 87 | 69 | 18 | 2 | 347 |
| | Apr-Jun * | 84 | 61 | 23 | 87 | 66 | 21 | -3 | 344 |
| Total | | 338 | 240 | 98 | 353 | 284 | 69 | -21 | |
| 2007/08 | Jul-Sep * | 90 | 65 | 25 | 87 | 73 | 14 | 3 | 347 |
| | Oct-Dec * | 85 | 62 | 23 | 87 | 68 | 19 | -2 | 345 |
| | Jan-Mar * | 87 | 63 | 24 | 87 | 69 | 18 | 0 | 345 |
| | Apr-Jun * | 86 | 62 | 24 | 87 | 67 | 20 | -1 | 344 |
| Total | | 348 | 252 | 96 | 348 | 277 | 71 | 0 | |

* Projected

Note: Other outgo includes discharges and deaths.

### L.  Two Year Parole and Outpatient Population Projections

**Tables 11-16**

**Detail Fiscal Years 2006-07 and 2007-08**

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections
Table 11
California Supervised Parole and Outpatient Population
Fiscal Years 2006/07 through 2007/08

| | Actual June 30 2006 | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 | Sep 30 2007 | Dec 31 2007 | Mar 31 2008 | Jun 30 2008 |
|---|---|---|---|---|---|---|---|---|---|
| Total Men and Women | 116,563 | 117,983 | 121,808 | 122,444 | 122,833 | 124,148 | 124,784 | 125,906 | 126,068 |
| Felons | 113,272 | 114,775 | 118,551 | 119,144 | 119,549 | 120,866 | 121,491 | 122,608 | 122,783 |
| Outpatients | 1,746 | 1,658 | 1,728 | 1,735 | 1,715 | 1,711 | 1,719 | 1,724 | 1,708 |
| Others 1 | 1,545 | 1,550 | 1,529 | 1,565 | 1,569 | 1,571 | 1,574 | 1,574 | 1,577 |
| Total Men | 103,551 | 104,812 | 108,094 | 108,695 | 109,040 | 110,299 | 110,800 | 111,678 | 111,672 |
| Felons | 100,850 | 102,185 | 105,451 | 106,001 | 106,360 | 107,624 | 108,114 | 108,987 | 108,992 |
| Outpatients | 1,327 | 1,252 | 1,294 | 1,302 | 1,285 | 1,278 | 1,287 | 1,292 | 1,278 |
| Others 1 | 1,374 | 1,375 | 1,349 | 1,392 | 1,395 | 1,397 | 1,399 | 1,399 | 1,402 |
| Total Women | 13,012 | 13,171 | 13,714 | 13,749 | 13,793 | 13,849 | 13,984 | 14,228 | 14,396 |
| Felons | 12,422 | 12,590 | 13,100 | 13,143 | 13,189 | 13,242 | 13,377 | 13,621 | 13,791 |
| Outpatients | 419 | 406 | 434 | 433 | 430 | 433 | 432 | 432 | 430 |
| Others 1 | 171 | 175 | 180 | 173 | 174 | 174 | 175 | 175 | 175 |

1 Others include co-ops and other state/federal parolees.

Note: Data through December 2006 are actual.

**SPRING 2007 ADULT POPULATION PROJECTIONS**

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 12
Average Daily Parole and Outpatient Population
Fiscal Years 2006/07 through 2007/08

| | FY 2006/07 Avg | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 | FY 2007/08 Avg | Sep 30 2007 | Dec 31 2007 | Mar 31 2008 | Jun 30 2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Men and Women | 120,717 | 117,677 | 119,993 | 122,461 | 122,735 | 124,862 | 123,492 | 124,484 | 125,469 | 126,002 |
| Felons | 117,456 | 114,423 | 116,784 | 119,178 | 119,440 | 121,570 | 120,202 | 121,189 | 122,182 | 122,707 |
| Outpatients | 1,706 | 1,707 | 1,663 | 1,725 | 1,727 | 1,718 | 1,720 | 1,723 | 1,712 | 1,718 |
| Others 1 | 1,555 | 1,546 | 1,546 | 1,559 | 1,567 | 1,573 | 1,570 | 1,572 | 1,575 | 1,576 |
| Total Men | 107,168 | 104,548 | 106,537 | 108,677 | 108,910 | 110,811 | 109,711 | 110,560 | 111,324 | 111,647 |
| Felons | 104,506 | 101,885 | 103,917 | 105,999 | 106,221 | 108,125 | 107,028 | 107,870 | 108,643 | 108,960 |
| Outpatients | 1,281 | 1,289 | 1,248 | 1,293 | 1,295 | 1,287 | 1,287 | 1,292 | 1,281 | 1,286 |
| Others 1 | 1,382 | 1,375 | 1,373 | 1,384 | 1,394 | 1,399 | 1,396 | 1,398 | 1,400 | 1,401 |
| Total Women | 13,549 | 13,128 | 13,456 | 13,785 | 13,825 | 14,051 | 13,781 | 13,924 | 14,145 | 14,355 |
| Felons | 12,951 | 12,539 | 12,868 | 13,178 | 13,219 | 13,444 | 13,173 | 13,318 | 13,539 | 13,747 |
| Outpatients | 425 | 418 | 416 | 432 | 432 | 432 | 433 | 432 | 431 | 432 |
| Others 1 | 173 | 172 | 173 | 174 | 173 | 175 | 174 | 174 | 175 | 175 |

1 Others include co-ops and other state/federal parolees.

Note: Data through December 2006 are actual.

**SPRING 2007 ADULT POPULATION PROJECTIONS**

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 13
Movement of Male Felon Parole Population
Fiscal Years 2005/06 through 2007/08

| Fiscal Year | Fiscal Quarter | Total Intake | Paroled | Reinstated | Other Intake | Total Outgo | PV-WNT | PV-RTC | PALS | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | Jul-Sep | 35,702 | 27,302 | 7,989 | 411 | 36,822 | 4,273 | 12,355 | 11,333 | 8,861 | -893 | 99,037 |
| | Oct-Dec | 36,097 | 28,064 | 7,629 | 404 | 35,218 | 4,547 | 12,090 | 10,198 | 8,383 | 737 | 99,774 |
| | Jan-Mar | 35,472 | 27,818 | 7,251 | 403 | 34,979 | 4,592 | 13,069 | 9,110 | 8,208 | 412 | 100,186 |
| | Apr-Jun | 37,581 | 29,601 | 7,596 | 384 | 36,869 | 4,565 | 13,928 | 10,270 | 8,106 | 664 | 100,850 |
| Total | | 144,852 | 112,785 | 30,465 | 1,602 | 143,888 | 17,977 | 51,442 | 40,911 | 33,558 | 920 | |
| 2006/07 | Jul-Sep | 37,991 | 30,222 | 7,495 | 274 | 36,826 | 4,449 | 13,838 | 10,544 | 7,995 | 1,335 | 102,185 |
| | Oct-Dec | 38,332 | 30,573 | 7,573 | 186 | 35,272 | 4,338 | 13,519 | 9,904 | 7,511 | 3,266 | 105,451 |
| | Jan-Mar * | 38,194 | 30,174 | 7,799 | 221 | 37,644 | 4,642 | 14,351 | 10,374 | 8,277 | 550 | 106,001 |
| | Apr-Jun * | 38,777 | 30,847 | 7,725 | 205 | 38,418 | 4,572 | 14,388 | 10,576 | 8,882 | 359 | 106,360 |
| Total | | 153,294 | 121,816 | 30,592 | 886 | 148,160 | 18,001 | 56,096 | 41,398 | 32,665 | 5,510 | |
| 2007/08 | Jul-Sep * | 39,170 | 31,081 | 7,860 | 229 | 37,906 | 4,513 | 13,985 | 10,547 | 8,861 | 1,264 | 107,624 |
| | Oct-Dec * | 39,412 | 31,027 | 8,145 | 240 | 38,922 | 4,690 | 14,169 | 11,134 | 8,929 | 490 | 108,114 |
| | Jan-Mar * | 39,237 | 30,865 | 8,140 | 232 | 38,364 | 4,634 | 14,262 | 10,933 | 8,535 | 873 | 108,987 |
| | Apr-Jun * | 39,688 | 31,332 | 8,103 | 253 | 39,683 | 4,632 | 14,831 | 11,031 | 9,189 | 5 | 108,992 |
| Total | | 157,507 | 124,305 | 32,248 | 954 | 154,875 | 18,469 | 57,247 | 43,645 | 35,514 | 2,632 | |

* Projected

Note:  Other intake includes transfers direct from court, interstate parole unit (ISPU), and co-ops.
PALS are parolees-at-large with warrant issued (absconded from parole supervision).
Other outgo includes transfers to ISPU, discharges and deaths.

SPRING 2007 ADULT POPULATION PROJECTIONS

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 14
Movement of Female Felon Parole Population
Fiscal Years 2005/06 through 2007/08

| Fiscal Year | Fiscal Quarter | Total Intake | Paroled | Reinstated | Other Intake | Total Outgo | PV-WNT | PV-RTC | PALS | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | Jul-Sep | 4,105 | 3,022 | 1,021 | 62 | 4,296 | 396 | 1,171 | 1,463 | 1,266 | -187 | 11,759 |
| | Oct-Dec | 4,246 | 3,169 | 1,012 | 65 | 4,076 | 437 | 1,119 | 1,307 | 1,213 | 125 | 11,884 |
| | Jan-Mar | 4,175 | 3,137 | 979 | 59 | 3,896 | 434 | 1,113 | 1,183 | 1,166 | 273 | 12,157 |
| | Apr-Jun | 4,473 | 3,345 | 1,070 | 58 | 4,203 | 433 | 1,205 | 1,395 | 1,170 | 265 | 12,422 |
| Total | | 16,999 | 12,673 | 4,082 | 244 | 16,471 | 1,700 | 4,608 | 5,348 | 4,815 | 476 | |
| 2006/07 | Jul-Sep | 4,478 | 3,324 | 1,107 | 47 | 4,322 | 441 | 1,255 | 1,400 | 1,226 | 168 | 12,590 |
| | Oct-Dec | 4,515 | 3,401 | 1,097 | 17 | 4,073 | 427 | 1,168 | 1,362 | 1,116 | 510 | 13,100 |
| | Jan-Mar * | 4,459 | 3,347 | 1,087 | 25 | 4,416 | 457 | 1,257 | 1,454 | 1,248 | 43 | 13,143 |
| | Apr-Jun * | 4,565 | 3,450 | 1,089 | 26 | 4,519 | 459 | 1,321 | 1,471 | 1,268 | 46 | 13,189 |
| Total | | 18,017 | 13,522 | 4,380 | 115 | 17,330 | 1,784 | 5,001 | 5,687 | 4,858 | 767 | |
| 2007/08 | Jul-Sep * | 4,656 | 3,461 | 1,170 | 25 | 4,603 | 506 | 1,240 | 1,578 | 1,279 | 53 | 13,242 |
| | Oct-Dec * | 4,667 | 3,469 | 1,168 | 30 | 4,532 | 445 | 1,200 | 1,511 | 1,376 | 135 | 13,377 |
| | Jan-Mar * | 4,830 | 3,534 | 1,266 | 30 | 4,586 | 475 | 1,330 | 1,534 | 1,247 | 244 | 13,621 |
| | Apr-Jun * | 4,784 | 3,514 | 1,235 | 35 | 4,614 | 464 | 1,321 | 1,522 | 1,307 | 170 | 13,791 |
| Total | | 18,937 | 13,978 | 4,839 | 120 | 18,335 | 1,890 | 5,091 | 6,145 | 5,209 | 602 | |

* Projected

Note:  Other intake includes transfers direct from court, interstate parole unit (ISPU), and co-ops.
PALS are parolees-at-large with warrant issued (absconded from parole supervision).
Other outgo includes transfers to ISPU, discharges and deaths.

SPRING 2007 ADULT POPULATION PROJECTIONS

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 15

Movement of Male Civil Narcotic Addict Outpatient Population
Fiscal Years 2005/06 through 2007/08

| Fiscal Year | Fiscal Quarter | Total Intake | Released from Institution | Reinstated | Total Outgo | PV-WNT | PV-RTC | RALS | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | Jul-Sep | 292 | 242 | 50 | 382 | 5 | 180 | 76 | 121 | -89 | 1,384 |
| | Oct-Dec | 295 | 255 | 40 | 312 | 7 | 141 | 51 | 113 | -16 | 1,368 |
| | Jan-Mar | 362 | 311 | 51 | 350 | 1 | 165 | 53 | 131 | 14 | 1,382 |
| | Apr-Jun | 336 | 295 | 41 | 389 | 3 | 172 | 58 | 156 | -55 | 1,327 |
| Total | | 1,285 | 1,103 | 182 | 1,433 | 16 | 658 | 238 | 521 | -146 | |
| 2006/07 | Jul-Sep | 310 | 268 | 42 | 386 | 6 | 156 | 73 | 151 | -75 | 1,252 |
| | Oct-Dec | 310 | 275 | 35 | 267 | 6 | 121 | 48 | 92 | 42 | 1,294 |
| | Jan-Mar * | 360 | 313 | 47 | 352 | 3 | 143 | 65 | 141 | 8 | 1,302 |
| | Apr-Jun * | 336 | 288 | 48 | 353 | 3 | 140 | 54 | 156 | -17 | 1,285 |
| Total | | 1,316 | 1,144 | 172 | 1,358 | 18 | 560 | 240 | 540 | -42 | |
| 2007/08 | Jul-Sep * | 344 | 296 | 48 | 351 | 3 | 142 | 56 | 150 | -7 | 1,278 |
| | Oct-Dec * | 361 | 313 | 48 | 352 | 3 | 146 | 59 | 144 | 9 | 1,287 |
| | Jan-Mar * | 354 | 306 | 48 | 349 | 3 | 145 | 58 | 143 | 5 | 1,292 |
| | Apr-Jun * | 337 | 289 | 48 | 351 | 3 | 140 | 54 | 154 | -14 | 1,278 |
| Total | | 1,396 | 1,204 | 192 | 1,403 | 12 | 573 | 227 | 591 | -7 | |

* Projected

Note: RALS are releases-at-large with warrant issued (absconded from outpatient supervision).
      Other outgo includes discharges and deaths.

SPRING 2007 ADULT POPULATION PROJECTIONS

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 16
Movement of Female Civil Narcotic Addict Outpatient Population
Fiscal Years 2005/06 through 2007/08

| Fiscal Year | Fiscal Quarter | Total Intake | Released from Institution | Reinstated | Total Outgo | PV-WNT | PV-RTC | RALS | Other Outgo | Gain/Loss | Population End of Qtr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005/06 | Jul-Sep | 65 | 56 | 9 | 86 |  | 29 | 15 | 42 | -23 | 435 |
|  | Oct-Dec | 72 | 60 | 12 | 74 | 2 | 25 | 11 | 36 | -1 | 434 |
|  | Jan-Mar | 80 | 76 | 4 | 79 | 1 | 24 | 8 | 46 | 0 | 434 |
|  | Apr-Jun | 84 | 72 | 12 | 99 |  | 25 | 14 | 60 | -15 | 419 |
|  | Total | 301 | 264 | 37 | 338 | 3 | 103 | 48 | 184 | -39 |  |
| 2006/07 | Jul-Sep | 78 | 66 | 12 | 92 | 0 | 26 | 12 | 54 | -13 | 406 |
|  | Oct-Dec | 87 | 83 | 4 | 60 | 0 | 19 | 5 | 36 | 28 | 434 |
|  | Jan-Mar * | 75 | 69 | 6 | 76 | 0 | 22 | 10 | 44 | -1 | 433 |
|  | Apr-Jun * | 72 | 66 | 6 | 75 | 0 | 20 | 9 | 46 | -3 | 430 |
|  | Total | 312 | 284 | 28 | 303 | 0 | 87 | 36 | 180 | 11 |  |
| 2007/08 | Jul-Sep * | 79 | 73 | 6 | 76 | 0 | 22 | 9 | 45 | 3 | 433 |
|  | Oct-Dec * | 74 | 68 | 6 | 75 | 0 | 20 | 9 | 46 | -1 | 432 |
|  | Jan-Mar * | 75 | 69 | 6 | 75 | 0 | 21 | 9 | 45 | 0 | 432 |
|  | Apr-Jun * | 73 | 67 | 6 | 75 | 0 | 21 | 9 | 45 | -2 | 430 |
|  | Total | 301 | 277 | 24 | 301 | 0 | 84 | 36 | 181 | 0 |  |

* Projected

Note:  RALS are releasees-at-large with warrant issued (absconded from outpatient supervision).
Other outgo includes discharges and deaths.