**EXHIBIT A**

## Jane E. Kahn

| | |
|---|---|
| **From:** | Lisa Tillman [Lisa.Tillman@doj.ca.gov] |
| **Sent:** | Thursday, May 17, 2007 1:09 PM |
| **To:** | Michael W. Bien; jmichaelkeatingjr@yahoo.com |
| **Cc:** | Kerry Courtney Hughes, M.D.; Dennis F. Koson, M.D.; harconwil@aol.com; Mary Perrien; Melissa G. Warren, M.D.; Ginny Morrison; hammujones@comcast.net; Raymond F. Patterson, M.D.; Ted Ruggles, Ph. D.; Paul Nicoll; FDoVale@pld-law.com; LBuffardi@pld-law.com; Matt Lopes; Mary-Joy Spencer; Donald Specter; Ivan Trujillo; Amy E. Whelan; Jane E. Kahn; Lori E. Rifkin; Sarah M. Laubach; Jeffrey.metzner@uchsc.edu; Yong Joo Erwin; Kathryn Burns, M.D., MPH |

**Subject:** RE: Monthly Utilization Report, APP/VPP/ASH

May 17, 2007

Re: Coleman v. Schwarzenegger

Dear Mr. Bien:

We will provide the attachments to yesterday's filing shortly.

I understand that any objections or responses to Special Master Keating's draft seventeenth round report, part C are due on June 4, 2007. Deputy Special Master Lopes informed me of your desire to accelerate the deadline to an unspecified date so that you could somehow use the draft report in the June 4, 2007 hearing on the motion addressing population issues. At this time, I do not see any need to accelerate my clients' responses to the draft seventeenth round report, part c, nor do I desire to shorten the time of my clients' due consideration of that draft report. I reserve the right to object to Plaintiffs' use of the draft report's findings and recommendations at the June 4, 2007 hearing.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

>>> "Michael W. Bien" <mbien@RBG-Law.com> 5/16/2007 8:48 PM >>>
The attachments are not provided so the report is incomprehensible. please provide the required attachments asap. thanks.

Michael W. Bien
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbg-law.com

**We have moved to our new office.** Please note our new address, 315 Montgomery Street, Tenth Floor.

5/20/2007

## Jane E. Kahn

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Thursday, May 17, 2007 2:08 PM |
| **To:** | 'Lisa Tillman'; jmichaelkeatingjr@yahoo.com; Matt Lopes |
| **Cc:** | Kerry Courtney Hughes, M.D.; Dennis F. Koson, M.D.; harconwil@aol.com; Mary Perrien; Melissa G. Warren, M.D.; Ginny Morrison; hammujones@comcast.net; Raymond F. Patterson, M.D.; Ted Ruggles, Ph. D.; Paul Nicoll; FDoVale@pld-law.com; LBuffardi@pld-law.com; Matt Lopes; Mary-Joy Spencer; Donald Specter; Ivan Trujillo; Amy E. Whelan; Jane E. Kahn; Lori E. Rifkin; Sarah M. Laubach; Jeffrey.metzner@uchsc.edu; Yong Joo Erwin; Kathryn Burns, M.D., MPH |
| **Subject:** | Missing Appendices from DMH Plan/ 17C Draft Report and Plaintiffs' Request to Accelerate Objection Process/ Coleman |

Dear Lisa:

Thanks for agreeing to provide the missing attachments (appendices a and b) from the DMH plan filed with the Court yesterday in connection with Monday's hearing.  We assume that these attachments, which are referenced in the text of the DMH plan, will provide important information relevant to the Court's consideration of DMH's plan at Monday's hearing.

While I certainly understand the reluctance of your clients to allow Judge Karlton to consider Special Master Keating's 17C Report and Recommendations in connection with the pending motions, that is not a sufficient reason to refuse plaintiffs' request to accelerate counsel's period for review and comment.  We hope you will reconsider your position so that the Court may consider the Special Master's most recent comprehensive review of CDCR's mental health operations, as well as his recommendations,  in connection with these critical motions.

Our request to accelerate the comment period for plaintiffs and defense counsel was intended to permit the Special Master to file the final report before the June 4 Hearing and allow the parties to make reference to the factual findings and recommendations of that report in the supplemental briefing which is due on May 24. We also hoped to be able to bring 17C to the Court's attention at the May 21 hearing considering inpatient beds.   By your one week delay in even responding to plaintiffs' request (communicated thru Matt Lopes), you have been successful in restricting our use of 17C in connection with the May 21 Hearing.

You are on notice that plaintiffs' counsel will cite to and quote from the 17C draft report in our filing on May 24 in connection with the overcrowding motion.  Please provide us with any comments and objections to 17C on or before midnight on May 23.  If you do so, we will include your objections with our filing and make reference to any specific objections that relate to a page that we are quoting or citing.  In any event, we will inform the Court that 17C is still in draft, but that the parties have had several weeks to review and comment on the document, that plaintiffs asked that the schedule be accelerated and defendants refused.  A copy of this email (and your email below) will be included in our filing.


Michael W. Bien


ROSEN, BIEN & GALVAN, LLP

315 Montgomery Street, Tenth Floor

San Francisco, CA 94104

5/20/2007

# EXHIBIT B

## Jane E. Kahn

| | |
|---|---|
| **From:** | Lisa Tillman [Lisa.Tillman@doj.ca.gov] |
| **Sent:** | Tuesday, May 08, 2007 3:53 PM |
| **To:** | jmichaelkeatingjr@yahoo.com |
| **Cc:** | DocKC99@aol.com; DoctorKoson@aol.com; harconwil@aol.com; mperrien@aol.com; Melissa G. Warren; gmorrison@collaboration-specialists.com; hammujones@comcast.net; rpattersonmd@earthlink.net; gasquetflat@msn.com; paul_nicoll@msn.com; FDoVale@pld-law.com; LBuffardi@pld-law.com; mlopes@pld-law.com; mspencer@pld-law.com; Donald Specter; itrujillo@prisonlaw.com.; Amy E. Whelan; Jane E. Kahn; Lori E. Rifkin; Michael W. Bien; Sarah M. Laubach; Jeffrey.metzner@uchsc.edu; yje@verizon.net; burnshill@wowway.com |
| **Subject:** | Updated information re. All Parties meeting agenda |
| **Attachments:** | allparti.pdf |

May 9, 2007

Re: Coleman v. Schwarzenegger

Dear Mr. Keating:

Please find enclosed Defendants' response to requests for updated information concerning issues on the April 20, 2007 agenda for the All Parties meeting.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

*Enclosures: Cover letter and Enclosures I through V

>>> <lisa.tillman@doj.ca.gov> 5/8/2007 3:54:46 PM >>>


------------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

| | |
|---|---|
| Sent by: | <lisa.tillman@doj.ca.gov> |
| Number of pages: | 54 |
| Document type: | B/W Document |
| Attachment File Format: | Adobe PDF |

To view this document you need to use the Adobe Acrobat Reader.
For more information on the HP Digital Sender, Adobe Circulate,
or a free copy of the Acrobat reader please visit:

http://www.digitalsender.hp.com/reader-en

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



May 8, 2007

J. Michael Keating, Jr.                     Via:    Lisa Tillman
Office of the Special Master                        Deputy Attorney General
2351 Sussex Lane                                   Department of Justice
Fernandina Beach, FL 32034                         1300 "I" Street, Suite 125
                                                   P. O. Box 944255
                                                   Sacramento, CA  94244-2550

**RE:  INFORMATION REQUESTED, APRIL 20, 2007 COLEMAN POLICY
       MEETING AGENDA ITEMS**

Dear Mr. Keating:

Please find enclosed the California Department of Corrections and Rehabilitation's (CDCR) response to the plaintiffs' attorneys request on April 30, 2007, for updated information concerning the agenda items for the *Coleman* meeting previously-scheduled for April 20, 2007. These items include the following:

1.   Updated Navigant figures (Enclosure I).
2.   Reception center Enhanced Outpatient Program (EOP) numbers (Enclosure II).
3.   Report on the status of the testing of the psychiatrists at University of California San Diego (Enclosure II).
4.   Mule Creek State Prison Sensitive Needs Yard (SNY) EOP population figures and updated report on programming space (Enclosure II).
5.   Updated chart on CDCR Mental Health Program Infrastructure Modification Projects (Dec. 6, 2006 Chart Update) (Enclosure III).
6.   Status of the S1 and S2 units and the Department of Mental Health (DMH) proposal to revert S1 to an Acute Psychiatric Program (APP) (Enclosures II and IV).
7.   Current DMH populations (data which was not included in the monthly statistical package) (Enclosures II and V).
8.   Waiting list data for Mental Health Crisis Beds, APP, Salinas Valley Psychiatric Program (SVPP), Atascadero State Hospital (ASH) (Enclosure II).
9.   Status of the Ironwood State Prison Correctional Treatment Center (CTC) and California Men's Colony (CMC) CTC projects (Enclosure III).
10.  In Fill Projects, including assessment of Coleman infrastructure at In-Fill institutions (Enclosure II).
11.  Pre-release planning programs (Enclosure II).

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



If you have any questions, please contact me at (916) 323-0229.

Sincerely,

BRIGID HANSON
Director (A)
Division of Correctional Health Care Services

Enclosures

cc:   Lawrence McCabe, Deputy Director (A), Division of Correctional Health Care
           Services (DCHCS)
      Lisa Tillman, Office of the Attorney General
      Michael Stone, Office of Legal Affairs
      Jane Kahn, Rosen, Bien and Galvan
      Doug McKeever, Director, Mental Health Program, DCHCS
      George Sifuentes, Deputy Director, Office of Facilities Management
      Andrew Swanson, M.D., Chief Psychiatrist, DCHCS
      Margaret McAloon, Ph.D., DCHCS
      Char Schultz, Ed.D., Department of Mental Health
      Rick Johnson, DCHCS
      Robert Storms, Division of Parole Operations
      Sharon Riegel, DCHCS



Enclosure I

# Consulting Services for California Department of Corrections

# Mental Health Bed Need Study – Based on Fall 2006 Population Projections

## March, 2007

## Navigant Consulting

1



# Assignment & Scope

The CDCR engaged Navigant Consulting for a three year contract to provide semi-annual updates of the forecasts for CDCR Mental Health programs. This is the first update following the "Mental Health Bed Need Study – 2006 Update" which included the incorporation of results from the Unmet Need Assessment (UNA) into the model. The original report by Navigant (then Tucker-Alan, Inc.) was the 2002 *Mental Health Bed Need Study* report.

As in 2002 and 2006, John Misener of McManis Consulting remains the lead author and forecaster for the materials in this report.

As part of the current update, a group conference call was conducted with CDCR and DMH representatives which served as a draft review panel and trouble shooting session. Also Mr. Misener met with the Special Master, his assistants and his experts to discuss the model, it's underlying concepts and potential for future improvements in both the mental health program data and the model.

2



# Draft FY2007 update – Issues & Features

- Individual programs continue to grow or evolve such as the Crisis beds at CMF, the expansions at SVPP, the Coalinga ICF and changes at ASH etc. As such the modeling needs to be flexible to provide the most reasonable future projections.

- As part of this update, complete fiscal year 2006 was available and there were adjustments to that year from the June 2006 report. In most cases 6 months of FY2007 were used to forecast the full year, though in some cases the number of discharges in the six month period appears to be too small to be reliable.

- Population Update: "Fall 2006 Adult Population Projections" were received and added to the models replacing the Spring 2006 values. The projections are slightly lower beginning in 2007 and the disparity between the two population projections increases to 2011 when the female projections are 10.1% lower and the male projections are 2.3% lower than the Spring 2006 values.

- Waiting List information has improved and the data received has the daily census more frequently populated.

- The Discharge Rate model though generally preferable is limited for certain programs because the record level data does not differentiate between more than one patient type in some facilities (e.g. DMH does not break out Acute from Intermediate patients at ASH, neither DMH or HCCUP differentiates ICF from DTP patients at CMF, or Acute from Crisis patients at CMF-APP).

- It is recommended that DMH separate out the Crisis and Acute patients at CMF-APP and the ICF from DTP by use of separate codes or flags to allow for separation of programs. It is recommended that HCCUP add Coalinga ICF; and, also to add the MHCB units at CMF to its CADDIS database separating the data out from the Acute "63" facility code.



# Forecast Index

- Acute Psychiatric Inpatient - Males .................. p.5- 9
- Acute and Intermediate Inpatient – Females .......... p.10
- Intermediate Psychiatric Inpatient – Males .......... p. 11-15
- Mental Health Crisis Beds – Males ................... p. 16-19
- Mental Health Crisis Beds – Females ................. p. 20-21
- EOP – General Pop – Males .......................... p. 22
- EOP – Ad Seg – Males ............................... p. 23
- PSU (Psychiatric Services Unit) .................... p. 24
- EOP – General Pop – Females ........................ p. 25
- EOP – Ad-Seg ....................................... p. 26
- CCCMS – Males ...................................... p. 27
- CCCMS – Females .................................... p. 28
- Appendix ........................................... p. 29



4



# Acute Psychiatric Inpatient Bed Need – Male
## Discharge Rate - Method 1 (adjusts for crisis patient volume)

### Acute Inpatient Program at California Medical Facility (CMF) Bed Need Forecast – Discharge Rate Model

| Acute Psychiatric Program (CMF) | Actual | | | Estimates /a | | Est. (6/mo) | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population - Male Inmates (Fall 06) | 148,453 | 164,851 | 152,899 | 153,323 | 160,497 | 164,653 | 167,344 | 169,994 | 172,942 | 174,944 | 177,155 |
| Discharges -1000 Males b/ | 8.96 | 4.92 | 6.74 | 7.00 | 7.58 | 7.35 | 7.41 | 7.46 | 7.48 | 7.51 | 7.53 |
| Discharges from CMF-Acute | 1031 | 742 | 1031 | 1066 | 964 | 1001 | | | | | |
| ALOS CMF-APP c/ | 58.2 | 58.3 | 49.3 | 46.8 | 52.2 | 62.0 | 62 | 62 | 62 | 62 | 62 |
| Discharges of unserved (UNA estimate) d/ | | | | 17 | 4 | | | | | | |
| Wait List Census @ 90th Percentile e/ | | | | | 33 | 34.6 | | | | | |
| Discharges on Waitlist @ (est) f/ | | | | | 231 | 204 | | | | | |
| Total Discharges Est. & Forecast | | | | 1,073 | 1,219 | 1,205 | 1,240 | 1,268 | 1,296 | 1,314 | 1,333 |
| Patient Days (includes waitlist & UNA est.) | 59,977 | 43,278 | 50,869 | 50,167 | 63,570 | 74,681 | 76,556 | 78,593 | 80,311 | 81,426 | 82,633 |
| Average Daily Census (unadj for MHCB & ASH) | 164 | 119 | 139 | 137 | 174 | 205 | 211 | 215 | 220 | 223 | 226 |
| **Adjustments g/** | | | | | | | | | | | |
| - Deductions - MHCB at CMF | | | | | | 32.1 | 33 | 33 | 34 | 34 | 35 |
| - Additions - ADC at ASH | | | | | 8.4 | 5.4 | 6.9 | 7.0 | 7.1 | 7.2 | 7.3 |
| Adjusted ADC | | | | | | 178 | 185 | 189 | 193 | 196 | 199 |
| Bed Need (90% Occ) | 183 | 132 | 155 | 153 | 194 | 198 | 205 | 210 | 215 | 218 | 221 |
| Discharge Rate Adj. Factor h/ | | | | | | 1.1% | 0.9% | 0.7% | 0.4% | 0.2% | 0.0% |

June Bed Need Forecast

a/ Revised DMH data was used. FY05 and FY06 were complete. FY07 annualized from 6 months data
b/ Discharge Rate includes potential discharges estimated for UNA inmates not transferred and wait list cases.
c/ ALOS has fluctuated with an overall drop from FY2003/2006 of over 5 days. However Jul-Dec 2006 DMH data indicated a sharp rise to 62.0 days.
d/ Distribution of discharges during UNA study of transferred inmates: 80% in FY2005, 20% in FY2006
e/ CMF-APP wait list averaged 13.5 for FY06. No wait list reported prior to July 2005. Due to great variability by month the 90th percentile (35) was used instead of the average to help improve bed availability for monthly fluctuations.
f/ Potential "wait list" discharges are estimated using this 90th percentile census at the ALOS for the same year. These estimated discharges are then included in the discharge rate calculations and therefore are projected into the future.
g/ Neither Crisis patients at CMF nor Acute patients at ASH are not broken out by DMH or HCCUP. Used HCPU census data to adjust. Assumed growth with population increase.
h/ Assumes that rates will continue to increase at a decelerating rate to 2012. Based on an increase of 6.6% between FY2002 and 2007.
e/ CMF-APP waitlist averaged 13.5 for FY06. Due to great variability by month the 90th percentile (35) was used instead of the average to help improve bed availability for monthly fluctuations. For FY07 6 months the median was 25 and the 90th percentile was 34.5.

This version of the Discharge Rate method is a called a "hybrid model" because in lieu of discharge data, the adjustments are made using HCPU census data for both the Crisis Beds at CMF and the ASH acute bed volume. The 6 month FY07 annualized volumes and rates for the CMF-APP program have some interesting features. The discharge rate drops somewhat from the FY06, but remains higher than that for FY05 when the majority of the UNA adjustments occurred. The average length of stay jumped however to 62 days, almost 10 days higher than in FY06. This is surprising as the jump coincides with the expansion of capacity for crisis patients. The counts for these patients however have not been segregated out from the total in DMH's database. So an adjustment is made to pull out the census tracked by HCPU for these MCHB units. Similarly the census at ASH acute program is added into the adjusted ADC. It also should be noted that the 90th percentile of the CMF-APP waitlist was used as in FY2006. This increases the likelihood of having available beds when there is significant fluctuation in demand.

The forecast ramps up a bit slower than the June 2006 forecast. There is a 2.5% difference between the two forecasts (in 2011). Over 94% of this difference can be attributed to the decrease in the population forecast. The 2006 forecast did not have data with which to adjust for either the ASH acute nor the CMF-APP crisis patients. The DMH data should add "flags" to their discharge data for those inmates who are discharged from the MHCB versus the Acute unit.

5

Mental Health Bed Need Study Update (using Fall 2006 population)



# Acute Psychiatric Bed Need – Male
## (Census Rate - Method 2) – RECOMMENDED METHOD

### Acute Inpatient Program at California Medical Facility (CMF) Bed Need
### Forecast – Census Rate Model

| Acute Psychiatric Program (CMF) | -- Actual -- | | | Estimates /a | | Est. (6mo) | | | -- Forecast -- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 05) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 164,053 | 167,344 | 169,994 | 172,942 | 174,954 | 177,153 |
| Census Rate b/ | 0.92 | 0.94 | 0.89 | 0.85 | 1.10 | 1.06 | 1.09 | 1.11 | 1.12 | 1.13 | 1.13 |
| ADC from databases | 137 | 142 | 136 | 129 | 145 | 139.7 | | | | | |
| ADC - UNA est. unserved c/ | | | | 2 | 1 | 1 | | | | | |
| Wait List ADC "net UNA" d/ | | | | | 31 | 34.6 | | | | | |
| Total ADC Est. & Forecast | 152 | 157 | 151 | 131 | 177 | 174 | 182 | 188 | 194 | 197 | 200 |
| Bed Need (90% Occ) | | | | 146 | 197 | 194 | 202 | 209 | 215 | 219 | 222 |
| Census Rate Adj. Factor e/ | | | | | | 3.0% | 2.4% | 1.8% | 1.2% | 0.6% | 0.0% |

June Bed Need Forecast

a/ FY06 updated to include full FY06 (June report based on 8 months data.) FY07 based on 6 months annualization.
b/ Census rate includes potential census estimated for UNA inmates not transferred - and - Wait List estimate. Also it includes new ASH Acute volumes. Average ASH census was 8.35 in FY2006 and 5.35 in FY 2007.
c/ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005, 20% in FY2006
d/ CMF-APP averaged 13.5 for FY06. No wait list reported prior to July 2005. Due to great variability by month the 90th percentile (32) was used instead of the average to help improve bed availability for monthly fluctuations. The 90th percentile was 34.9 in the first 6 months of FY07.
e/ Assumes that rates will continue to increase at a decelerating rate to 2012. Based on an increase of 2.3% between 2002 and 2007.

*Because of the lack of separation of the Acute and Crisis patients in the discharge data, this Census Rate method is more accurate than the Discharge Rate method, as HCPU separates out the MHCB patients in the new units. For this reason this is the recommended method. The addition of the designated crisis beds at CMF may generate a slower ramp-up in the Acute forecast compared to the June 2006 version of the bed need forecast. This update is about 4.3% lower than June 2006 forecast. About 54% this drop can be attributed to the lower population projections.*

6

Mental Health Bed Need Study Update (using Fall 2006 population)

# Wait List Trend at CMF- Acute Psychiatric Program



## Wait List Census Trend at CMF-APP



in FY07 Maximum Wait List = 43:    90th Percentile = 34.6:    Median = 25

*Data on the CMF Wait List was available from July 2005. Periodic wait list spikes are pronounced.*

Data source:  Department of Mental Health Vacaville Psychiatric Program-Acute Program Daily Review submitted to CDCR.
No evidence of Waitlist prior to July 12, 2005

7

Mental Health Bed Need Study Update (using Fall 2006 population)

# Acute Psychiatric Bed Need – Male
## (Method 1) Cont'd

*Discharge Rate Trends – CMF-APP*



*The Discharge Rate for FY05 & FY06 was modeled higher to account for UNA inmates not transferred and for the wait list. The FY07 6 month unadjusted discharge rate is higher than the FY05 rate (majority of UNA adjustment occurred in FY05) and somewhat lower than the FY06 rate which had additional UNA adjustments added to the FY05 rate. A factor for continued growth in the Discharge Rate was made by taking the change between 2002 and 2007, then assuming that the average annual change would slow such that 2012 the rate is constant. This assumes increasing rates of acute psychiatric care usage in the male prison population.*

*Note: This data includes Crisis as well as Acute patients*

8



# Acute Psychiatric Bed Need – Male
## (Method 2) Cont'd

*Census Rate Trends – CMF-APP – Updated FY07*



*(From June 2006 Report)*

**Census Rate Trends at CMF-APP**





*There was slightly lower Census Rate when recalculating for full year FY06 and using the new population projections. The FY07 (based on 6 months) rate has dropped, and therefore the Census Rate forecast increases from a lower base thus lowering the bed need using this method.*

9

Mental Health Bed Need Study Update (using Fall 2006 population)

# Acute & Intermediate Bed Need – Women

## Patton State Hospital Acute and Intermediate Programs

**Acute & Intermediate - Females**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 a/ | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | --- Actual --- | | | | | | --- Forecast --- | | | |
| Female CDC Population | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 12,035 | 12,214 | 12,405 | 12,569 | 12,665 | 12,772 |
| Discharges /1000 Females b/ | 10.0 | 7.4 | 7.3 | 8.8 | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 |
| Discharges | 98 | 75 | 78 | 96 | 75 | 77 | 78 | 79 | 80 | 81 | 82 |
| ALOS | 94 | 117 | 79 | 123 | 127 | 127 | 127 | 127 | 127 | 127 | 127 |
| ADC | 25 | 24 | 17 | 32 | 26 | 27 | 27 | 27 | 27 | 28 | 28 |
| Bed Need @ 90% Occ | 28 | 27 | 19 | 36 | 29 | 30 | 30 | 31 | 31 | 31 | 31 |

a/ FY07 discharge rate assumed as constant from 2006, however, there were only 11 discharges for PC2684 patients in the first 6 mo of FY07 which would drop the discharge rate dramatically if annualized and applied to the formula. It is recommended that the 2006 discharge rate be assumed as a constant pending the next update with full fiscal year data.

b/ Discharge rate adjustment factor not used due to drop off in rate for FY07 (6mo). Used the FY2006 actual discharge rate for forecast period.

June Bed Need Forecast

*The forecast assumes a constant discharge rate (i.e. 6.4/1,000)because historical data show a generally decreasing trend. The FY2007 6 months discharges annualized to only 22. DMH and CDCR input suggest that the opening of the MHCB unit at CIW has had the effect of reducing volume at Patton State.*

*This draft assumes the 2006 actual discharge rate as a constant in the forecasted years. Volumes were limited to PC2684 (CDC inmates referred to DMH for treatment).*

*This forecast is 21% lower than the June 2006 forecast in 2011. About 54% of the difference is due to the drop in population projections from Fall 2006.*

Mental Health Bed Need Study Update (using Fall 2006 population)



### Discharge Rate Trends - Patton State

Legend:
- Discharges /1,000 Females
- Projected Discharges /1,000

Source: DMH database 2006.mdb



# Intermediate Psychiatric Bed Need – Male
## (Census Rate Method)

**CMF - ICF**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | — Actual — | | | | | [Estimate a] | | — Forecast — | | | |
| Population (Fall 06) | 148,153 | 150,851 | 152,859 | 153,223 | 146,812 | 144,453 | 167,344 | 169,994 | 172,342 | 174,551 | 177,153 |
| Census Rate b | 0.25 | 0.24 | 0.23 | 0.27 | 0.39 | 0.43 | 0.43 | 0.43 | 0.43 | 0.43 | 0.43 |
| ADC (HCPU data) | 37 | 37 | 36 | 41 | 63.0 | 70.2 | 72 | 73 | 74 | 75 | 76 |
| Bed Need (90% Occ) | 41 | 41 | 40 | 46 | 70 | 78 | 80 | 81 | 82 | 83 | 84 |

**CMF - DTP**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | — Actual — | | | | | [Estimate a] | | — Forecast — | | | |
| Census Rate b | 0.28 | 0.28 | 0.27 | 0.25 | 0.23 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 | 0.25 |
| ADC | 42 | 42 | 41 | 39 | 37.2 | 40.5 | 41 | 42 | 42 | 43 | 44 |
| Bed Need (90% Occ) | 46 | 47 | 45 | 43 | 41 | 45 | 46 | 47 | 47 | 48 | 49 |

**ASH**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | — Actual — | | | | | [Estimate a] | | — Forecast — | | | |
| Census Rate b | 1.01 | 0.88 | 0.65 | 0.76 | 0.72 | 0.67 | 0.67 | 0.67 | 0.67 | 0.67 | 0.67 |
| ADC (HCPU data) | 150 | 132 | 100 | 117 | 115.6 | 110.0 | 112 | 114 | 116 | 117 | 119 |
| Bed Need (90% Occ) | 167 | 147 | 111 | 130 | 128 | 122 | 125 | 127 | 129 | 130 | 132 |

**Coalinga**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | — Actual — | | | Actual/Composite a | | [Estimate a] | | — Forecast — | | | |
| Census Rate b | | | | | | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 |
| ADC (HCPU data) | | | | | | 49.8 | 50 | 51 | 51 | 52 | 53 |
| Bed Need (90% Occ) | | | | | | 54 | 55 | 56 | 57 | 58 | 59 |

**SVPP**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | — Actual — | | | | | [Estimate a] | | — Forecast — | | | |
| Census Rate c | | | 0.35 | 0.60 | 0.99 | 0.99 | 1.10 | 1.19 | 1.25 | 1.29 | 1.29 |
| ADC (from HCPU database) | | | | | 49.0 | 84.1 | | | | | |
| ADC - UNA est.unserved d | | | | 36 | 10 | | | | | | |
| ADC on Waitlist ("est" UNA) | | | 11 | 3 | 100 | 78 | | | | | |
| Total ADC Est. & Forecast | | | 54 | 92 | 159 | 162 | 184 | 203 | 218 | 227 | 229 |
| Bed Need (90% Occ) | | | 60 | 102 | 177 | 180 | 204 | 225 | 242 | 252 | 255 |
| | | | | | | | | | | | |
| Sub-Total Celled Housing ADC e | | | | | | 184 | 203 | 221 | 235 | 244 | 247 |
| | | | | | | | | | | | |
| Sub-Total Intermediate Bed Need (form) | | | | | | 275 | 284 | 290 | 296 | 300 | 304 |

**All Intermediate - Combined**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | — Actual — | | | | | [Estimate a] | | — Forecast — | | | |
| ADC | 229 | 211 | 231 | 288 | 375 | 432 | 459 | 482 | 502 | 514 | 520 |
| Bed Need (90% Occ) | 254 | 234 | 256 | 320 | 416 | 479 | 510 | 535 | 558 | 571 | 578 |

June 2006 Bed Need Forecast

a⁄ HCPU census data updated for 12 months / F'06. FY07 based on 6 months.

b⁄ Census rates for CMF-IC, DTP, Coalinga and ASH are assumed to be constant at 2007 levels

c⁄ Census rate for SVPP in 2005 and 2006 includes potential census estimated for UNA inmates not transferred. Also the SVPP wait list is also applied and included in the census rate. SVPP census rate was projected to increase at a decreasing rate until 2012.

d⁄ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005, 20% in FY2006

e⁄ Celled housing census was estimated as follows: Of the 100 beds at SVPP, 68 are celled housing and of the 32 remaining double occupancy rooms, 50% are used by celled housing which equates to 16 beds so 84 of the 100 beds being used for celled housing (or 84%).

Data for FY06 were updated for a full 12 months. FY07 forecasts were based on HCPU data for the first 6 months of the current fiscal year. The addition of the Coalinga program increased demand while lowering ASH's census. The census rate for SVPP was modeled to increase based on the overall annual rate of historical Intermediate care between 2002 -2007 (assuming a leveling off in the rate by 2012). This model forecasts 2011 demand 7.2% higher than the June 2006 report's Census Rate method (571-533)/533 =.072. Considering the lower Fall 2006 population estimates this current forecast is effectively about 9.6% higher. The data to support the Discharge Rate model was insufficient for this program due to no Coalinga discharge data and the inability to segregate Acute patients at ASH and DTP from Intermediate at CMF.

SVPP Has had a dynamic ramp-up in the Census Rate because it is relatively new program



**SVPP Census Rate Trend & Projection**

Legend:
- Census Rate
- Projected Census Rate/1,000

12

# SVPP Census Trends July 2005 – Dec 2006

The Census Trends at SVPP are relatively static until the new unit opens in August 2006.





*For 18 month period: SVPP median = 51; Min = 40; Max = 89*

*For 6 months of FY 2007 average = 84.1; median = 83; Min = 49 ; Max = 89*

13

Mental Health Bed Need Study Update (using Fall 2006 population)

# SVPP Wait List Trend (Intermediate – Male)



**SVPP Wait List Census Rate Trend – Updated FY07**

*Combined total of SVPP Unit*

Waitlist

| | |
|---|---|
| 140 | |
| 120 | |
| 100 | |
| 80 | |
| 60 | |
| 40 | |
| 20 | |
| 0 | |

Aug-03, Oct-03, Dec-03, Feb-04, Apr-04, Jun-04, Aug-04, Oct-04, Dec-04, Feb-05, Apr-05, Jun-05, Aug-05, Oct-05, Dec-05, Feb-06, Apr-06, Jun-06, Aug-06, Oct-06, Dec-06

14



# ASH Census Trends July 2005 – Dec 2006

*The Census Trends at ASH show some variability with a drop in June 2006 (96) and a peak in November 2006 (135). Median for this period is 117*





## ICF and Acute Census Trends at ASH

*ICF median = 108.5; Min = 91; Max = 129.  Acute census starts Sept 2005 (Median = 6, Min =1; Max = 19)*



15

Mental Health Bed Need Study Update (using Fall 2006 population)

# Mental Health Crisis Bed Need – Male: Discharge Rate Method 1

| MHCB - Males | | --- Actual --- | | | | Estimate | | | ---  Forecast  --- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Fall 06) | 148,163 | 150,851 | 152,859 | 153,323 | 164,812 | 164,063 | 167,344 | 169,994 | 172,342 | 174,954 | 177,153 |
| Disch Rate a: | 51.10 | 52.11 | 56.35 | 51.92 | 48.16 | 50.50 | 50.50 | 50.50 | 50.50 | 50.50 | 50.50 |
| Discharge from Database | 7570 | 7861 | 8613 | 7960 | 7,745 | 8,285 | 8,452 | 8,585 | 8,734 | 8,836 | 8,947 |
| ALOS b: | 8.0 | 7.6 | 7.2 | 7.2 | 8.7 | 7.93 | 7.9 | 7.9 | 7.9 | 7.9 | 7.9 |
| Disch Days | 60,402 | 59,618 | 61,854 | 57,424 | 67,066 | 65,720 | 67,038 | 68,100 | 69,281 | 70,067 | 70,968 |
| ADC | 165 | 163 | 169 | 157 | 184 | 180 | 184 | 187 | 190 | 192 | 194 |
| Wait List Census | | | | 53 | 40 | 6.7 | 6.7 | 6.7 | 6.7 | 6.7 | 6.7 |
| CMC | | | | | | 34.7 | 35 | 36 | 37 | 37 | 37 |
| CMF 20 | | | | | | 15.6 | 16 | 16 | 16 | 17 | 17 |
| CMF 25 | | | | | | 16.6 | 17 | 17 | 17 | 18 | 18 |
| Total ADC | 165 | 163 | 169 | 210 | 224 | 254 | 259 | 263 | 267 | 270 | 273 |
| Bed Need (90% Occ) | 184 | 181 | 188 | 234 | 249 | 282 | 287 | 292 | 297 | 300 | 304 |

a:  Discharges per 1000 dropped in 2005 and again in 2006. The discharge rate leveled out in the first 6 months of FY07 and was assumed to remain constant going forward

b:  The June Forecast assumed a steady ALOS of 7.2, however ALOS increased in FY2006 (full year) and then dropped in the first 6 months of FY07. It was assumed to remain at this level for the remainder of the forecast period.

**June 2006 Bed Need Forecast**



*This Discharge Rate (Method 1) does not adequately breakout the new program census at the newest programs (CMF) or at CMC. Therefore a "hybrid" model was created to add in the census at CMF and CMC from the HCPU census reports.*

*It is assumed that much of the increase in this forecast compared to the 2006 forecast is the separation of the Crisis Patients in designated Units thereby increasing the MHCB demand. This forecast is almost 12% higher than the June 2006 version. Considering the lower population used in this forecast, the use of MHCB is projected to be more intense in the future.*

*Because of data issues, the Census Rate method (specifically version #2) is recommended as the preferred forecast.*



# Mental Health Crisis Bed Need – Male: Census Rate Method 2: Version A and Version B (RECOMMENDED METHOD)

## MHCB Bed Need – Census Rate Model – without Census Rate Adjustment Factor (Version A)

| MHCB - Males | | Actual | | | | Estimate/a | | Forecast | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Fall 06) b | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 164,653 | 167,344 | 169,994 | 172,942 | 174,954 | 177,153 |
| Census Rate b | 1.06 | 1.11 | 1.08 | 1.33 | 1.15 | 1.40 | 1.30 | 1.30 | 1.30 | 1.30 | 1.30 |
| ADC | 157 | 167 | 165 | 151 | 145 | 224 | | | | | |
| Wait List | | | | 53 | 40 | 6.7 | | | | | |
| Combined ADC | 157 | 167 | 165 | 204 | 185 | 230 | 217 | 220 | 224 | 227 | 230 |
| Bed Need (90% Occ) | 174 | 186 | 184 | 227 | 205 | 256 | 241 | 245 | 249 | 252 | 255 |

a: Based on average of 6 months FY07. FY06 was revised based on full 12 mo. Data. There was a lower wait list average than in the partial year.
b: Revised from June Bed Forecast. Rate now includes actual census, and Wait List. Future Census Rate assumed as a constant of average rates 2005, 2006 & 2007.

June 2006 Bed Need Forecast

## MHCB Bed Need – Census Rate Model – with Census Rate Adjustment Factor (Version B) – RECOMMENDED FORECAST

| MHCB - Males | | Actual | | | | Estimate/a | | Forecast | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Fall 06) b | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 164,653 | 167,344 | 169,994 | 172,942 | 174,954 | 177,153 |
| Census Rate b | 1.11 | 1.11 | 1.13 | 1.33 | 1.16 | 1.40 | 1.46 | 1.51 | 1.54 | 1.56 | 1.56 |
| ADC | 157 | 167 | 165 | 151 | 147 | 224 | | | | | |
| Wait List | 8 | 7 | 7 | 53 | 40 | 6.7 | | | | | |
| Combined ADC | 165 | 174 | 172 | 204 | 187 | 230 | 245 | 257 | 267 | 272 | 276 |
| Bed Need (90% Occ) | 183 | 193 | 192 | 227 | 208 | 256 | 272 | 285 | 296 | 303 | 307 |
| Census Rate Adjustment factor c | | | | | | 5.2% | 4.2% | 3.1% | 2.1% | 1.0% | 0.0% |

a: Based on average of 6 months FY07. FY06 was revised based on full 12 mo. Data. There was a lower wait list average than in the partial year.
b: Revised from June Bed Forecast. Rate now includes actual census and Wait List.
c: Assumes that rates will continue to increase at a decelerating rate to 2012. Based on an increase of 29.9% between 2002 and 2007.

*Both "Versions" presented here use the Method 2 or "Census Rate" approach. Version A above assumes that since the rate over the last 2 ½ years has fluctuated down and then up, that an average of the 3 periods can be used as the future rate when held as a constant. Version B assumes the "Census Rate adjustment" approach used elsewhere. This may be aggressive as the FY07 rate is only 6 months. The latter version however, may prove to be more accurate as beds are added and filled at a surprising rate over the last year (see Census bar chart). Also it is closest to the Discharge Rate model. Finally it is clear that the 2006 forecast was probably low due to crisis patients being grouped in with Acute at CMF prior to the formal MHCB units designation. For this reason, version #2 is recommended as the preferred forecast.*

*This forecast is 14.4% higher than the June 2006 study for 2011. However the census rate forecast for 2011 is about 17% higher than that forecast in June 2006 (population dropped by 2.3%). This forecast now captures the census of crisis patients at CMF-APP in FY2007, which comprises almost 12% of the total MHCB census. This explains some of the growth in utilization because the earlier forecast did not have data to segregate out the crisis patients for the Acute program.*

17

# Mental Health Crisis Bed Need – Male: Census Rate Trends & Forecasts – Version A & B



*Census Rate Trends – MHCB Males – June 2006 Report*



*Census Rate Trends – MHCB Males – FY07 Update (Version A)*

*Census Rate Trends – MHCB Males – FY07 Update (Version B)*



Mental Health Bed Need Study Update (using Fall 2006 population)

18

# Mental Health Crisis Bed Need – Male:  Wait List Trends

## Census Trends MHCB – Male (July 05 - Dec06)

## Wait List for MHCB – Male (July 06 - Dec06)





| 6 month Period | FY06 July-Dec. | FY06 Jan-June | FY07 July-Dec. |
|---|---|---|---|
| Average Waitlist | 50.1 | 30.1 | 6.7 |

*New Bed Supply has a significant impact on the Wait List for MHCB's*

19

Mental Health Bed Need Study Update (using Fall 2006 population)



# Mental Health Crisis Bed Need – Female (Census Rate Method) – RECOMMENDED METHOD

| MHCB - Females | Estimate a/ | | — Forecast — | | | | |
|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Fall 06) - Female | 12,035 | 12,214 | 12,405 | 12,569 | 12,665 | 12,772 |
| Census Rate/1,000 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 |
| ADC b/ | 11 | 12 | 12 | 12 | 12 | 12 |
| Bed Need (90% Occ) | 13 | 13 | 13 | 13 | 13 | 13 |

a/ This is a new method using HCPU data starting in FY07 for CIW as well as for CCWF

b/ Includes CCWF and CIW. CIW started in August 2006. CIW Averaged based on start-up to Dec. 06.

**June 2006 Bed Need Forecast**

*The model uses HCPU data for CCWF and CIW (started reporting census in September in Fall 2006). There is a large drop in the forecast of 40% compared to the June 2006 forecast. Over 25% of this decrease is due to the lower Fall population projections.*

20

Mental Health Bed Need Study Update (using Fall 2006 population)

# Mental Health Crisis Bed Need – Female (Discharge Rate Method)

| MHCB - Females | | Actual | | | Estimate a: | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Fall 06) - Female | 10,480 | 10,641 | 10,856 | 11,749 | 12,035 | 12,214 | 12,405 | 12,569 | 12,665 | 12,772 |
| Disch Rate | 68.15 | 72.46 | 71.85 | 85.54 | 60.24 | 60.24 | 60.24 | 60.24 | 60.24 | 60.24 |
| Discharges b: | 687 | 771 | 780 | 1,005 | 725 | 736 | 747 | 757 | 763 | 769 |
| ALOS c: | 4.1 | 3.9 | 4.1 | 4.6 | 4.94 | 4.9 | 4.9 | 4.9 | 4.9 | 4.9 |
| Disch Days | 2,820 | 2,986 | 3,229 | 4,633 | 3,582 | 3,635 | 3,692 | 3,741 | 3,770 | 3,801 |
| Total ADC | 9 | 8 | 9 | 13 | 10 | 10 | 10 | 10 | 10 | 10 |
| Bed Need (90% Occ) | 9 | 9 | 10 | 14 | 11 | 11 | 11 | 11 | 11 | 12 |

a: FY2006 recalculated using complete data from CCWF & CIW. Census based on discharge days for FY07 (6 months data) dropped significantly to a 6.2 and 200 discharges. Data for CY2006 was substituted for FY07 because of concern of small numbers.

b: Includes CCWF and CIW

c: Fluctuating ALOS - assume constant at the FY07 level.

### June 2006 Bed Need Forecast

*The model uses HCCUP data for CCWF and for inmates with Psych admissions. Beginning in August 2006, HCPU reports MHCB census at CIW. The average for CCWF + CIW census for the 6 months July-December 2006 was 8.4 which is higher than the HCCUP discharge data for the same period (6.2). Consider switch to census rate method.*

*(It was noted that there was short term "Psych" volume at VSPW (census of 3 and 349 discharges in FY06; census of 1.5 with 132 discharges in the first 6 months of FY07. It was discussed with CDCR and determined that these were outpatients who were on the waiting list for CCWF).*

*The discharge rate assumption in the June report is revised to a flat future rate due to the rapid drop in activity*



Discharge Rate Forecast used in June 2006 Report



Mental Health Bed Need Study Update (using Fall 2006 population)

# EOP General Population Bed Need - Male

| EOP-GP Need - Males | --- Actual --- | | | | Estimate a/ | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Male CDC Population (Fall 2006) | 150,851 | 152,859 | 153,323 | 160,812 | 164,053 | 167,344 | 169,994 | 172,942 | 174,954 | 177,153 |
| Census /1000 males | 18.12 | 18.31 | 18.93 | 20.25 | 19.59 | 19.90 | 20.15 | 20.31 | 20.39 | 20.39 |
| Average Daily Census a/ | 2,733 | 2,798 | 2,902 | 3,257 | 3,213 | 3,331 | 3,425 | 3,512 | 3,567 | 3,612 |
| Bed Need @ 95% Occ | 2,877 | 2,946 | 3,055 | 3,428 | 3,382 | 3,506 | 3,605 | 3,697 | 3,755 | 3,802 |
| Census Rate Adjustment factor b/ | | | | | 2.0% | 1.6% | 1.2% | 0.8% | 0.4% | 0.0% |
| | | | | | | | | | | |
| Level IV census as % of total c/ | 35.7% | 33.8% | 33.9% | 32.6% | 35.4% | 35.4% | 35.4% | 35.4% | 35.4% | 35.4% |
| Level III ADC b/ | 1,568 | 1,626 | 1,663 | 1,838 | 2,076 | 2,152 | 2,212 | 2,269 | 2,304 | 2,333 |
| Level IV ADC | 872 | 830 | 851 | 887 | 1,138 | 1,179 | 1,212 | 1,243 | 1,263 | 1,279 |
| | | | | | | | | | | |
| Level III Bed Need (95%) | 1,849 | 1,950 | 2,020 | 2,312 | 2,185 | 2,265 | 2,329 | 2,388 | 2,426 | 2,456 |
| Level IV Bed Need (95%) | 1,028 | 995 | 1,034 | 1,116 | 1,197 | 1,241 | 1,276 | 1,309 | 1,329 | 1,346 |
| Total III + IV | 2,877 | 2,946 | 3,055 | 3,428 | 3,382 | 3,506 | 3,605 | 3,697 | 3,755 | 3,802 |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks. FY07 was annualized based on 6 months.

b/ Assumes that rates will continue to increase but at a decelerating rate to 2012. Based on an increase of between 2003 and 2007.

c/ Historic ratio of Level IV Total (calculated from endorsed EOP data) FY07 data was available from HCPU by Level of Custody (GP + Ad-Seg data combined). This higher FY07 ratio was assumed to remain constant.

June Bed Need Forecast

*The forecast uses a census rate adjustment because historical data show an increasing trend. But for the first 6 months of FY07, the census dropped to and average of 3213 (below FY2006). Therefore, the census rate also dropped causing a less rapid growth forecast. About 23% of the drop in the 2011 forecast is due to the lower Fall population projections.*

### Census Rate Trend/Forecast



### Census Rate Trend/Forecast *(from June 2006 Report)*



Mental Health Bed Need Study Update (using Fall 2006 population)

22

# EOP Ad-Seg Bed Need - Male

| Ad-Seg EOP Need - Males | Actual | | | 2006 | Estimate | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Male CDC Population | 150,851 | 152,859 | 153,323 | 160,812 | 164,053 | 167,344 | 169,994 | 172,942 | 174,954 | 177,153 |
| Census /1000 males | 2.55 | 2.75 | 2.59 | 3.08 | 3.02 | 3.14 | 3.23 | 3.29 | 3.32 | 3.32 |
| Avg census a | 385 | 420 | 398 | 496 | 496 | 525 | 548 | 568 | 580 | 588 |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 522 | 553 | 577 | 598 | 611 | 618 |
| Census Rate Adjustment factor b | | | | | 4.7% | 3.7% | 2.8% | 1.9% | 0.9% | 0.0% |

a: Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks. FY07 was annualized based on 6 months.

b: Assumes that rates will continue to increase but at a decelerating rate to 2012. Because the FY07 census rate (based on 6 months) dropped significantly, the adjustment factor, which used FY07 as the new end point creates as slower ramp up.

## June Bed Need Forecast

*This forecast uses a census rate adjustment factor because historical data showed an increasing trend. The FY07 census rate dropped slightly. The change between 2003-2007 is still positive, but the ramp-up is much reduced in this update. This forecast is 9.4% lower than the June 2006 version. About 25% of the drop is due to the lower Fall population projections.*



*Census Rate Trend/Forecast – Updated FY07*



*Census Rate Trend/Forecast (from June 2006 Report)*

Mental Health Bed Need Study Update (using Fall 2006 population)

23

# Psychiatric Services Unit (PSU) for Men - Bed Need

| PSU for Males | 2002 | 2003 | 2004 | 2005 | 2006 | Estimate a/ 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | --- Actual a/ --- | | | | | | --- Forecast --- | | | |
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Male Population (Fall 06) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 164,953 | 167,344 | 169,994 | 172,942 | 174,954 | 177,153 |
| Census /1000 males b/ | 1.56 | 1.77 | 1.74 | 1.91 | 1.88 | 1.97 | 2.05 | 2.11 | 2.16 | 2.18 | 2.18 |
| Average Daily Census | 231 | 267 | 265 | 292 | 303 | 323 | 343 | 360 | 373 | 382 | 387 |
| Bed Need @ 95% Occ | 243 | 281 | 279 | 308 | 319 | 340 | 361 | 378 | 393 | 402 | 407 |
| Census Rate Adjustment factor c/ | | | | | | 5.3% | 4.2% | 3.2% | 2.1% | 1.1% | 0.0% |

a/ FY06 revised using 12 months data. FY07 based on 6 months. Includes inmates housed PSU plus those endorsed and waiting.

b/ A modeling change was discussed with CDCR. The PSU census rate had used Level IV male population in other versions. This was modified to using the whole male population upon consensus of CDCR because PSUs serve different custody levels.

c/ This adjustment takes the historical change in rate/1000 for 5 years (30.6%), and assumes, that since it is a positive increase, that it will increase each year at a decreasing rate such that by 2012 it is static

June Bed Need Forecast

**_Based on a recommendation of CDCR, the population upon which the PSU forecast is modeled was changed to the entire male population (versus using only Level IV projections). The rationale was that multiple custody levels use the PSU._**

The revised forecast nearly identical (0.2% higher) to the June 2006 forecasts in the outlying years.



**_Census Rate Trend - PSU Modified & Updated FY07_**

Source: HCPU – "2006-PSU-2.xls"

| Mental Health Bed Need Study Update (using Fall 2006 population) |
|---|

24

# EOP General Population Bed Need - Female

| EOP-GP Need - Females | | Actual | | | | Estimate | | Forecast | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Fall 06) - Female | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 12,035 | 12,214 | 12,405 | 12,569 | 12,665 | 12,772 |
| Census /1000 Females | 12.62 | 12.37 | 13.28 | 14.99 | 15.63 | 18.95 | 20.47 | 21.71 | 22.58 | 23.03 | 23.49 |
| Avg census a: | 124 | 125 | 141 | 163 | 184 | 228 | 250 | 269 | 284 | 292 | 300 |
| Bed Need @ 95% Occ | 131 | 131 | 149 | 171 | 193 | 240 | 263 | 283 | 299 | 307 | 316 |
| Census Rate Adjustment factor b: | | | | | | 10.0% | 8.0% | 6.0% | 4.0% | 2.0% | 0.0% |

a: Source: HCPU Reports R1-1 through R1-4 used through FY2006. FY07 used HCPU data from eop-pop-female-2006 Dec31.xls

b: Assumes that rates will continue to increase at a decelerating rate to 2012. Based on the average increase between 2002 and 2007 (6 months).

June Bed Need Forecast

*Historical data show an increasing trend. FY2007 rates are higher than forecast in the June report, thereby increasing the future census rate forecast and the resulting bed need forecast. Though the forecasted census for 2011 is 17% higher than that forecasted in June 2006, the actual census rate is significantly higher (30%).*



### Census Rate Trend – FY07 Update

Mental Health Bed Need Study Update (using Fall 2006 population)

### Census Rate Trend - *(from June 2006 Report)*

25 Source: "eop-pop-female-2006 Dec31 Rev.xls"

# EOP Ad-Seg Bed Need - Female

| EOP-Ad-Seg Need - Females | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | --- Actual --- | | | | Estimate | --- Forecast --- | | | | |
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Female CDC Population | 9,826 | 10,060 | 10,541 | 10,856 | 11,749 | 12,035 | 12,214 | 12,405 | 12,569 | 12,665 | 12,772 |
| Census /1000 Females | 1.42 | 0.64 | 0.91 | 1.28 | 1.43 | 1.81 | 1.89 | 1.95 | 1.99 | 2.01 | 2.01 |
| Average Daily Census a: | 14 | 7 | 10 | 14 | 17 | 21.8 | 23 | 24 | 25 | 27 | 26 |
| Bed Need @ 95% Occ | 15 | 7 | 10 | 15 | 18 | 23 | 24 | 25 | 26 | 27 | 27 |
| Census Rate Adjustment factor b: | | | | | | 5.4% | 4.3% | 3.2% | 2.2% | 1.1% | 0.0% |

a: Source: HCPU data which has been expanded in FY07 to include ASU hub, ASU non-hub.
b: Assumes that rates will continue to increase at a decelerating rate to 2012. Based on an increase of 5.4% between 2002 and 2007

June Bed Need Forecast

*Forecast uses a census rate adjustment because historical data shows an increasing trend. HCPU revised the reporting to include non-HUB EOPs thus increasing the census rate in FY07. The population projection actually drops but the combined result is an increase in bed need of 24%. The census rate is 38% higher.*

*Census Rate Trend/Forecast – FY07 Update*



*Census Rate Trend/Forecast (from June 2006 report)*



Source: "adseg-eop-2006-3.xls"

Mental Health Bed Need Study Update (using Fall 2006 population)

26

# CCCMS - Male

**CCCMS - Males**

| Fiscal Year | --- Actual --- | | | | | 2006 | Estimate 2007 | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Male Population (Fall 06) | 150,785 | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 164,653 | 167,344 | 169,994 | 172,942 | 174,954 | 177,153 |
| Census/1,000 males a: | 111 | 116 | 124 | 134 | 144 | 147 | 151 | 160 | 168 | 174 | 178 | 180 |
| CCCMS Census & Forecast | 16,724 | 17,119 | 18,712 | 20,501 | 22,070 | 23,575 | 24,742 | 26,751 | 28,479 | 30,015 | 31,092 | 31,861 |
| Census Rate Adj. Factor b: | | | | | | | 6.0% | 4.8% | 3.6% | 2.4% | 1.2% | 0.0% |

a: Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. FY07 annualized based on 6 months.
b: Assumes that census rate will continue to increase but at a decelerating rate to 2012. Based on an increase of 36% and an average annual increase of 6.0% between 2001 and 2007.

June Bed Need Forecast

## CCCMS – Male Census Trend



## CCCMS – Male Census Rate/1000

*Data for first half of FY07 exhibits a moderating growth of CCCMS. The adjustment factor is recalculated and drops slightly thereby reducing forecasted need in 2011 by 1,037. The forecast is 3.2% lower than the June 2006 forecast. About 72% of this drop is due to the lower population projections issued in Fall 2006.*

27



# CCCMS - Female

**CCCMS - Females**

| Fiscal Year | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | [Estimated] 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | --- Actual --- | | | | | | --- Forecast --- | | | |
| Population (Fall 06) - Female | 10,712 | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 12,035 | 12,214 | 12,405 | 12,569 | 12,665 | 12,772 |
| Census /1,000 Females a: | 197 | 223 | 230 | 210 | 210 | 220 | 238 | 245 | 250 | 253 | 255 | 255 |
| CCCMS Census & Forecast b: | 2,105 | 2,194 | 2,322 | 2,237 | 2,283 | 2,587 | 2,865 | 2,990 | 3,101 | 3,186 | 3,233 | 3,260 |
| | | | | | | | | | | | | |
| Census Rate Adj. Factor b: | | | | | | | 3.5% | 2.8% | 2.1% | 1.4% | 0.7% | 0.0% |

a: Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks. FY07 was annualized based on 6 months.

b: Assumes that census rate will continue to increase but at a decelerating rate to 2012. Based on an increase of 21% between 2001 and 2007.

June Bed Need Forecast



### CCCMS Female Census Trend



### Census Rate Trend/Forecast



*Historical data show an increasing trend. The estimated FY07 census rate was almost identical to the June forecast. However there is a higher utilization rate of about 10% over last years model.*

28

Mental Health Bed Need Study Update (using Fall 2006 population)





Appendix

29



# Modeling using Census Rate vs. Discharge Rate Methods

## Discharge Rate/ALOS Method

- A population-based model ( rate x population = volume projection)

- Requires discharge data (usually available at the record level) from DMH or CADDIS.

- Rate calculation: Discharges for a period (e.g. year) per 1,000 population in that year.

- Average Length of Stay – total discharge days (i.e. sum of discharge date – admission date) / total discharges for a year.

- Calculations: (POP x Disch Rate/ 1000) x ALOS = patient days. Patient day projection / 365 = ADC. ADC/ occupancy standard (90% or 95%) = Bed need.

- Advantages:  allows for more assumptions –
  - Increasing discharge rate may imply greater morbidity in the population. Steady discharge rate implies that incidence may have leveled off.
  - Average length of stay can be trended and modeled to increase/decrease or remain constant. ALOS effected by
    – Case management
    – New drugs/ technology reducing need for long stay

- Disadvantages: data systems trail changes in facility program composition. More than one program type (e.g. crisis and acute) can be reported without distinction of flagging.

## Census Rate Method

- Also a population-based model ( rate x population = volume projection)

- This method requires periodic (daily, weekly, bi-monthly, etc) census counts by program from HCPU.

- Rate calculation:  Average of periodic (daily/monthly) census for the year / population.

- Calculations: (POP x Census Rate/ 1000) = patient days. Patient day projection / 365 = ADC. ADC/ occupancy standard (90% or 95%) = Bed need.

- Advantages:
  - Simpler, easy to calculate
  - Can be run using data that is available more consistently

30



# Abbreviations used in report

- ADC – Average Daily Census
- AdSeg – Administrative segregation unit
- ALOS – Average Length of Stay
- ASH - Atascadero State Hospital
- CADDIS - Census And Discharge Data Information System
- CCMS - Correctional Clinical Case Management System
- CCWF – California Correctional Women's Facility
- CDCR – California Department of Corrections and Rehabilitation
- CIW – California Institute for Women
- CMF-APP - California Medical Facility – Acute Psychiatric Program
- CMF-DTP - California Medical Facility – Day Treatment Program
- CMF-IC - California Medical Facility – Intermediate Care Program
- DMH - Department of Mental Health
- EOP – Enhanced Outpatient Program
- FY – Fiscal Year – the convention used here indicates the fiscal year ending e.g. FY06 ends June 30, 2006.
- GP – General Population
- HCCUP – Health Care Cost and Utilization Program
- HCPU - Health Care Placement Unit
- MHCB – Mental Health Crisis Beds
- OHU – Outpatient Housing Unit
- PSU – Psychiatric Services Unit
- SVPP - Salinas Valley Psychiatric Program
- UNA – Unmet Needs Assessment

31

Mental Health Bed Need Study Update (using Fall 2006 population)



# Comparison of 2011 Bed Need Forecasts – March 2007 vs. June 2006

*The forecasts produced for the June 2006 report are compared to the new forecasts in this report that uses the Fall 2006 population projections. (The forecast is considered "stable" if the difference between the older and newer versions is +/- 1%).*

| Program | Higher/ Lower | 2011 (Fall Update March 2007) | 2011 Forecast (2006 report) | 2011 March Update - June 2006 | Variance (2007 update - June 2006) | Comment |
|---|---|---|---|---|---|---|
| **Males** | | | | | | |
| Acute | Lower | 219 | 229 | (10) | -4.4% | Census Rate Method recommended/compared |
| Intermediate | Higher | 571 | 533 | 39 | 7.2% | Census Rate Method recommended/compared |
| | | | | | | Census Rate ver #2 recommended. June forecast |
| MHCB | Higher | 303 | 265 | 38 | 14.4% | underestimated due to crisis patients at CMF-APP |
| EOP - GP | Lower | 3,755 | 4,175 | (420) | -10.1% | |
| EOP ASU | Lower | 611 | 675 | (64) | -9.5% | |
| PSU | Stable | 402 | 401 | 1 | 0.2% | |
| CCCMS | Lower | 31,092 | 32,129 | (1,037) | -3.2% | |
| **Females** | | | | | | |
| Acute/Intermediate | Lower | 31 | 39 | (8) | -20.6% | |
| MHCB | Lower | 13 | 22 | (9) | -39.5% | Census Rate Method recommended/compared |
| EOP - GP | Higher | 307 | 262 | 45 | 17.2% | |
| EOP ASU | Higher | 27 | 22 | 5 | 22.0% | |
| CCCMS | Stable | 3,233 | 3,265 | (32) | -1.0% | |

*When there are more than one method used in the program forecast, the March 2007 value above uses the recommended method. This recommended method is then compared to the analogous method from June 2006.*

32

Mental Health Bed Need Study Update (using Fall 2006 population)

# Distribution of Length of Stay within and Intermediate Programs

## SVPP – Frequency by Length of Stay (Jan – Dec 2006)



## ICF/DTP at CMF – Frequency by Length of Stay (Jan – Dec 2006)



*Analysis of length of stay was suggested by Dr. Warren (court expert).*

*At SVPP the mode is at 42days with a secondary mode at 98. The mode at 196 days is of interest and characteristic of a group of longer stay inmates.*

*For CMF, neither HCCUP nor DMH data differentiates Intermediate patients from Day Treatment. At ICF/DTP there are multiple modes with no clear "central tendency" suggesting a population with a variety of therapeutic needs.*

Mental Health Bed Need Study Update (using Fall 2006 population)



# Distribution of Length of Stay within Male Acute Programs



**APP – Frequency by Length of Stay  (January – December 2006)**

*Frequency - # of Discharges* vs *ALOS days – (grouped in weekly increments)*

■ Frequency of ALOS

*Neither DMH nor HCCUP data differentiates crisis patients from acute. But although analysis of the Acute patients at CMF-APP is complicated by the mixing of patient program types, it appears that there are clearly identifiable modes at 42 and 21 days. In more recent data for a shorter time period (7/06-2/07) it was determined that the internal Crisis Bed unit's (S-2) LOS averaged 20 days. In contrast the new S-1 unit's ALOS was 121 days (10/06-2/07).*



# Summary of Program Supply And Bed Need

| Program | Current | FY 2007/08 | FY 2008/09 | FY 2009/10 | FY 2010/11 | FY 2011/12 |
|---|---|---|---|---|---|---|
| Acute Male Bed Need - Method #2 (Recommended) | 194 | 202 | 209 | 215 | 219 | 222 |
| Acute Supply/Planned | 130 | 175 | 175 | 175 | 240 | 240 |
| Bed Surplus/<Deficit> | (64) | (27) | (34) | (40) | 21 | 18 |
| Intermediate Male Bed Need Total | 479 | 510 | 535 | 558 | 571 | 578 |
| Intermediate Supply/Planned | 511 | 617 | 681 | 681 | 626 | 626 |
| Bed Surplus/<Deficit> | 32 | 107 | 146 | 123 | 55 | 48 |
| Intermediate Male Celled Housing | 204 | 226 | 245 | 261 | 271 | 274 |
| Intermediate celled housing Supply/Planned | 136 | 242 | 306 | 306 | 312 | 312 |
| Bed Surplus/<Deficit> | (68) | 16 | 61 | 45 | 41 | 38 |
| **Acute & Intermediate Women Bed Need** | 30 | 30 | 31 | 31 | 31 | 31 |
| Acute & Intermediate Women (Patton) Supply/Planned | 30 | 30 | 30 | 30 | 42 | 42 |
| Bed Surplus/<Deficit> | 0 | (0) | (1) | (1) | 11 | 11 |
| MHCB Bed Need - Method #2 (Version B - Recommended) | 255 | 272 | 285 | 296 | 303 | 307 |
| MHCB - Male Supply/Planned | 268 | 278 | 278 | 310 | 342 | 342 |
| Bed Surplus/<Deficit> | 12 | 6 | (7) | 14 | 39 | 35 |
| **MHCB Female Bed Need** | 13 | 13 | 13 | 13 | 13 | 13 |
| MHCB - Female Supply/Planned | 22 | 22 | 22 | 22 | 25 | 25 |
| Bed Surplus/<Deficit> | 9 | 9 | 9 | 9 | 12 | 12 |
| **EOP GP - Male Bed Need** | 3,382 | 3,506 | 3,605 | 3,697 | 3,755 | 3,802 |
| EOP GP - Male Supply/Planned | 2,815 | 3,110 | 3,110 | 3,110 | 4,488 | 4,488 |
| Bed Surplus/<Deficit> | (567) | (396) | (495) | (587) | 733 | 686 |
| **EOP ASU - Male Bed Need** | 522 | 553 | 577 | 598 | 611 | 618 |
| EOP ASU - Male Supply/Planned | 524 | 524 | 524 | 524 | 752 | 752 |
| Bed Surplus/<Deficit> | 2 | (29) | (53) | (74) | 141 | 134 |
| **PSU Male Bed Need** | 340 | 361 | 378 | 393 | 402 | 407 |
| PSU Male Supply/Planned | 320 | 320 | 320 | 320 | 448 | 448 |
| Bed Surplus/<Deficit> | (20) | (41) | (58) | (73) | 46 | 41 |
| **EOP GP - Female Bed Need** | 240 | 263 | 283 | 299 | 307 | 316 |
| EOP GP - Female Supply/Planned | 129 | 129 | 129 | 129 | 297 | 297 |
| Bed Surplus/<Deficit> | (111) | (134) | (154) | (170) | (10) | (19) |
| **EOP ASU - Female Bed Need** | 23 | 24 | 25 | 26 | 27 | 27 |
| EOP ASU - Female Supply/Planned | 9 | 9 | 9 | 9 | 24 | 24 |
| Bed Surplus/<Deficit> | (14) | (15) | (16) | (17) | (3) | (3) |
| **Male CCCMS** | 24,742 | 26,751 | 28,479 | 30,015 | 31,092 | 31,861 |
| **Female CCCMS** | 2,865 | 2,990 | 3,101 | 3,186 | 3,233 | 3,260 |

Source: Navigant Mental Health Bed Need Model Update using Fall 2006 population and CDCR summary using December 2006 bed plan.

Mental Health Bed Need Study Update (using Fall 2006 population)

35

**EXHIBIT C**

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001

# RECEIVED

**APR 1 8 2007**

APR 1 9 2007

## Rosen, Bien & Galvan

J. Michael Keating, Jr.
Office of the Special Master
2351 Sussex Lane
Fernandina Beach, FL 32034

Via:    Lisa Tillman
Deputy Attorney General
Department of Justice
1300 "I" Street, Suite 125
P. O. Box 944255
Sacramento, CA 94244-2550

## RE:   INFORMATION REQUESTED, RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Keating:

Enclosed is the monthly report reflective of January 2007 data (or as otherwise noted) and responsive to the January 19, 1999, court order regarding staff vacancies, including changes agreed to at the August 7, 2003, All Parties Meeting.

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History (through February 28, 2007).
2. MHSDS Hiring Activity Report. This report shows allocated staff and vacancy rate information for the most recent period available. (through February 28, 2007)
3. Health Care Placement Unit (HCPU) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution.
7. Referrals for Transfer to the Department of Mental Health (includes admissions).
8. Atascadero State Hospital (ASH) Discharges (not available).
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals—Summary and Penal Code 2684 (summary not available, admissions included in No. 7 above).
11. Suicide Report (Months of January, February and March, 2007).
12. Statistics on Contracted Registered Nurse (RN) (not available).
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report (March 2007).
15. Allocated Case Manager positions and vacancies for the EOP Administrative Segregation Hub institutions (not available).
16. EOP inmates waiting transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician rounds in Administrative Segregation at California State Prison-San Quentin (SQ), California State Prison-Corcoran (COR), and

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



Salinas Valley State Prison (SVSP) for February 2007 (San Quentin and Salinas Valley not available).

18. Mental Health Crisis Beds Wait List

19. Correctional Treatment Centers and CRCD General Acute Care Hospital Care Placement Issues.

If you have any questions, please contact me at (916) 323-0229.

Sincerely,

BRIGID HANSON
Director (A)
Division of Correctional Health Care Services

Enclosures

cc: Larry McCabe, Deputy Director (A), Division of Correctional Health Care Services (DCHCS) (w/o enclosures)
Matthew A. Lopes, Jr., Deputy *Coleman* Special Master (with enclosures)
Jeffrey L. Metzner, M.D., *Coleman* Expert (with enclosures)
Dennis F. Koson, M.D., *Coleman* Expert (with enclosures)
Kerry Hughes, M.D., *Coleman* Expert (with enclosures)
Melissa G. Warren, Ph.D., *Coleman* Expert (with enclosures)
Raymond F. Patterson, M.D., *Coleman* Expert (with enclosures)
Paul Nicoll, *Coleman* Expert (with enclosures)
Ted Ruggles, Ph.D., *Coleman* Expert (with enclosures)
Mary Perrien, Ph.D., *Coleman* Expert (with enclosures)
Mary-Joy Spencer, Esq., *Coleman* Expert (with enclosures)
Yong Joo Erwin, LCSW, *Coleman* Expert (with enclosures)
Kathryn A. Burns, M.D, MPH, *Coleman* Expert (with enclosures)
Lisa Tillman, Office of the Attorney General (with enclosures)
Michael Stone, Office of Legal Affairs (with enclosures)
Michael Bien, Rosen, Bien and Galvan (with enclosures)
Donald Specter, Prison Law Office (with enclosures)
Virginia Morrison, Esq., *Coleman* (with enclosures)
Mohamedu F. Jones, Esq., *Coleman* (with enclosures)
Patricia Williams, Esq., *Coleman* (with enclosures)
Linda Buffardi, *Coleman* (with enclosures)
Doug McKeever, Director, Mental Health Program, DCHCS (with enclosures)

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



Andrew Swanson, M.D., Chief Psychiatrist, DCHCS (with enclosures)
Margaret McAloon, Ph.D., DCHCS (w/o enclosures)
Mary Neade, Division of Adult Institutions (with enclosures)
Sharon Riegel, DCHCS (with enclosures)

# Mental Health Population  -  Placement Per Institution
### Download Date January 19, 2007

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP _II_ | 1,099 | 1,187 | 108% | | 11 | | | 1,198 |
| ASP Ad-Seg | | 43 | | | 2 | | | 45 |
| CAL _I,IV_ + | | 27 | | | | | | 27 |
| CAL Ad-Seg | | 8 | | | | | | 8 |
| CCC _I,II,III_ | | 1 | | | | | | 1 |
| CCI _II,III,IV_ * | 1,053 | 982 | 93% | | 4 | | | 986 |
| CCI Ad-Seg | | 115 | | | 8 | | | 123 |
| CCI-RC | 166 | 194 | 117% | | 16 | | | 210 |
| CCI-SHU | 130 | 159 | 122% | | 9 | | | 168 |
| CCWF | 739 | 972 | 132% | 54 | 55 | 102% | 12 | 1,027 |
| CCWF Ad-Seg | | 27 | | | | | | 27 |
| CCWF-RC | 110 | 146 | 133% | | 1 | | | 147 |
| CEN _III_ | | 20 | | | | | | 20 |
| CEN Ad-Seg | | 13 | | | 2 | | | 15 |
| CIM _I_ | 366 | 570 | 156% | | 6 | | 18 | 576 |
| CIM-RC | 633 | 610 | 96% | | 145 | | | 755 |
| CIW | 349 | 392 | 112% | 75 | 124 | 165% | 10 | 516 |
| CIW Ad-Seg | | 20 | | | 8 | | | 28 |
| CIW-RC | 100 | 140 | 140% | | 12 | | | 152 |
| CMC _I,II,III_ | 1,049 | 1,050 | 100% | 580 | 531 | 92% | 36 | 1,581 |
| CMC Ad-Seg | | 78 | | 54 | 31 | 57% | | 109 |
| CMF _I,II,III_ | 599 | 596 | 99% | 600 | 505 | 84% | | 1,101 |
| CMF Ad-Seg | | 16 | | 58 | 52 | 90% | | 68 |
| CMF** | | 86 | | | 2 | | | 88 |
| COR _I,II,IV_ +* | 499 | 390 | 78% | 150 | 144 | 96% | 23 | 534 |
| COR Ad-Seg | | 126 | | 54 | 58 | 107% | | 184 |
| COR-SHU | 450 | 461 | 102% | | | | | 461 |
| CRC-M _II_ | 599 | 856 | 143% | | | | | 856 |
| CRC-W | 249 | 219 | 88% | | | | | 219 |
| CTF _I,II_ | 699 | 775 | 111% | | 6 | | | 781 |
| CTF Ad-Seg | | 37 | | | 1 | | | 38 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

* + * is a 270 Design Facility.  * * * is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.
SQ's housing of EOP ASU is such that database tracking is unreliable at this time.
Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU.  During this conversion, SAC's
ASU census will not be accurate.
Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

R1-1

1/19/2007

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| CVSP I,II | | 17 | | | 2 | | | 19 |
| CVSP Ad-Seg | | 1 | | | 1 | | | 2 |
| DVI I,II | 85 | 29 | 34% | | 1 | | | 30 |
| DVI Ad-Seg | | 38 | | | 4 | | | 42 |
| DVI-RC | 564 | 654 | 116% | | 16 | | | 670 |
| DVI-RC--Ad-Seg | | 74 | | | 1 | | | 75 |
| FOL III | 599 | 663 | 111% | | 3 | | | 666 |
| FOL Ad-Seg | | 60 | | | 1 | | | 61 |
| HDSP I,III,IV * | 608 | 600 | 99% | | 1 | | 10 | 601 |
| HDSP Ad-Seg | | 57 | | | | | | 57 |
| HDSP-RC | 91 | 139 | 153% | | 5 | | | 144 |
| ISP I,III | | 8 | | | | | 5 | 8 |
| ISP Ad-Seg | | 4 | | | | | | 4 |
| KVSP I,IV | 349 | 427 | 122% | | 6 | | 12 | 433 |
| KVSP Ad-Seg | | 58 | | | 3 | | | 61 |
| LAC I,III,IV + | 1,000 | 761 | 76% | 300 | 247 | 82% | 12 | 1,008 |
| LAC Ad-Seg | | 55 | | 54 | 60 | 111% | | 115 |
| LAC-RC | 149 | 178 | 119% | | 52 | | | 230 |
| MCSP I,II,III,IV + | 999 | 1,211 | 121% | 215 | 248 | 115% | 8 | 1,459 |
| MCSP Ad-Seg | | 38 | | 36 | 42 | 117% | | 80 |
| NCWF | | 0 | | | | | | 0 |
| NKSP I,III | 80 | 88 | 110% | | 5 | | 10 | 93 |
| NKSP-RC | 719 | 790 | 110% | | 40 | | | 830 |
| NKSP-RC--Ad-Seg | | 53 | | | 9 | | | 62 |
| PBSP I,IV * | 349 | 255 | 73% | 64 | 65 | 102% | 10 | 320 |
| PBSP Ad-Seg | | 58 | | | | | | 58 |
| PBSP SHU | | 6 | | | | | | 6 |
| PVSP I,III | 1,299 | 1,493 | 115% | | 13 | | 5 | 1,506 |
| PVSP Ad-Seg | | 129 | | | 1 | | | 130 |
| RJD I,III | 800 | 523 | 65% | 330 | 239 | 72% | 14 | 762 |
| RJD Ad-Seg | | 89 | | 63 | 45 | 71% | | 134 |
| RJD-RC | 399 | 478 | 120% | | 69 | | | 547 |
| SAC I,IV * | 849 | 550 | 65% | 384 | 364 | 95% | 24 | 914 |
| SAC Ad-Seg | | 108 | | 124 | 78 | 63% | | 186 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS Identifier system.

Health Care Placement Unit

* " * " is a 270 Design Facility.   " * * " is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU.  During this conversion, SAC's ASU census will not be accurate.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

R1-2

1/19/2007

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
|---|---|---|---|---|---|---|---|---|
| SATF    II,III,IV    * | 1,049 | 1,217 | 116% | | 2 | | 16 | 1,219 |
| SATF Ad-Seg | | 107 | | | 4 | | | 111 |
| SCC    I,II,III | 499 | 611 | 122% | | 18 | | | 629 |
| SCC Ad-Seg | | 6 | | | 2 | | | 8 |
| SOL    II,III | 1,199 | 1,449 | 121% | | 7 | | 9 | 1,456 |
| SOL Ad-Seg | | 68 | | | | | | 68 |
| SQ    I,II | 350 | 365 | 104% | | 51 | | | 416 |
| SQ-RC | 549 | 418 | 76% | | 17 | | | 435 |
| SQ-RC--Ad-Seg | | 57 | | 36 | 4 | 11% | | 61 |
| SVSP    I,IV    * | 999 | 1,021 | 102% | 192 | 194 | 101% | 10 | 1,215 |
| SVSP Ad-Seg | | 215 | | 45 | 60 | 133% | | 275 |
| VSPW | 606 | 792 | 131% | | 5 | | | 797 |
| VSPW Ad-Seg | | 5 | | 9 | 12 | 133% | | 17 |
| VSPW SHU | | 28 | | | 3 | | | 31 |
| VSPW-RC | 143 | 174 | 122% | | 17 | | | 191 |
| WSP    I,III | 105 | 91 | 87% | | | | 6 | 91 |
| WSP-RC | 944 | 1,157 | 123% | | 72 | | | 1,229 |
| WSP-RC--Ad-Seg | | 22 | | | 8 | | | 30 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS Identifier system.

* + * is a 270 Design Facility.   * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU.  During this conversion, SAC's ASU census will not be accurate.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

R1-3

1/19/2007

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| Totals : | 24,271 | 27,811 | 114.6% | 3,477 | 3,830 | 110.2% | 250 | 31,641 |

| | PSU | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| PBSP | 128 | 121 | 94.5% |
| SAC | 192 | 179 | 93.23% |
| Total PSU: | 320 | 300 | 93.75% |

| | DMH | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| ASH | 256 | 139 | 54% |
| DMH CMF-AIP | 150 | 124 | 83% |
| DMH CMF-ICF | 76 | 66 | 87% |
| DMH CMF-DTP | 44 | 43 | 98% |
| DMH SVPP | 100 | 72 | 72% |
| Totals : | 626 | 444 | 70.9% |

The ASH cap includes the 25 APP beds.

| Grand Totals | | |
|---|---|---|
| Total MH Capacity | Total MH Population | Percent of Total MH |
| 28,694 | 32,385 | 112.9% |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS Identifier system.

* + * is a 270 Design Facility.  * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU.  During this conversion, SAC's ASU census will not be accurate.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

1/19/2007

R1-4

# Combined Mental Health Population Per Institution

*Includes Ad-Seg, SHU, Reception Center and GP Mental Health Populations Combined*

## Download Date January 19, 2007

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP | 1099 | 1230 | 112% | | 13 | | | 1243 |
| CAL | | 35 | | | | | | 35 |
| CCC | | 1 | | | | | | 1 |
| CCI | 1349 | 1450 | 107% | | 37 | | | 1487 |
| CCWF | 849 | 1145 | 135% | 54 | 56 | 104% | 12 | 1201 |
| CEN | | 33 | | | 2 | | | 35 |
| CIM | 999 | 1180 | 118% | | 151 | | 18 | 1331 |
| CIW | 449 | 552 | 123% | 75 | 144 | 192% | 10 | 696 |
| CMC | 1049 | 1128 | 108% | 634 | 562 | 89% | 36 | 1690 |
| CMF | 599 | 698 | 117% | 658 | 559 | 85% | | 1257 |
| COR | 949 | 977 | 103% | 213 | 202 | 95% | 23 | 1179 |
| CRC-M | 599 | 856 | 143% | | | | | 856 |
| CRC-W | 249 | 219 | 88% | | | | | 219 |
| CTF | 699 | 812 | 116% | | 7 | | | 819 |
| CVSP | | 18 | | | 3 | | | 21 |
| DVI | 649 | 795 | 122% | | 22 | | | 817 |
| FOL | 599 | 723 | 121% | | 4 | | | 727 |
| HDSP | 699 | 796 | 114% | | 6 | | 10 | 802 |
| ISP | | 12 | | | | | 5 | 12 |
| KVSP | 349 | 485 | 139% | | 9 | | 12 | 494 |
| LAC | 1149 | 994 | 87% | 345 | 359 | 104% | 12 | 1353 |
| MCSP | 999 | 1249 | 125% | 251 | 290 | 116% | 8 | 1539 |
| NKSP | 799 | 931 | 117% | | 54 | | 10 | 985 |
| PBSP | 349 | 319 | 91% | 64 | 65 | 102% | 10 | 384 |
| PVSP | 1299 | 1622 | 125% | | 14 | | 5 | 1636 |
| RJD | 1199 | 1090 | 91% | 393 | 353 | 90% | 14 | 1443 |
| SAC | 849 | 658 | 78% | 241 | 442 | 183% | 24 | 1100 |
| SATF | 1049 | 1324 | 126% | | 6 | | 16 | 1330 |
| SCC | 499 | 617 | 124% | | 20 | | | 637 |
| SOL | 1199 | 1517 | 127% | | 7 | | 9 | 1524 |
| SQ | 899 | 840 | 93% | 36 | 72 | 200% | | 912 |
| SVSP | 999 | 1236 | 124% | 237 | 254 | 107% | 10 | 1490 |
| VSPW | 749 | 999 | 133% | 9 | 37 | 411% | | 1036 |
| WSP | 1049 | 1270 | 121% | | 80 | | 6 | 1350 |
| **Totals** | 24271 | 27811 | 115% | 3210 | 3830 | 119% | 250 | 31641 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

Health Care Placement Unit

R1-5

1/19/2007

# EXHIBIT D

## Jane E. Kahn

| | |
|---|---|
| **From:** | Lisa Tillman [Lisa.Tillman@doj.ca.gov] |
| **Sent:** | Tuesday, May 08, 2007 3:53 PM |
| **To:** | jmichaelkeatingjr@yahoo.com |
| **Cc:** | DocKC99@aol.com; DoctorKoson@aol.com; harconwil@aol.com; mperrien@aol.com; Melissa G. Warren; gmorrison@collaboration-specialists.com; hammujones@comcast.net; rpattersonmd@earthlink.net; gasquetflat@msn.com; paul_nicoll@msn.com; FDoVale@pld-law.com; LBuffardi@pld-law.com; mlopes@pld-law.com; mspencer@pld-law.com; Donald Specter; itrujillo@prisonlaw.com.; Amy E. Whelan; Jane E. Kahn; Lori E. Rifkin; Michael W. Bien; Sarah M. Laubach; Jeffrey.metzner@uchsc.edu; yje@verizon.net; burnshill@wowway.com |
| **Subject:** | Updated information re. All Parties meeting agenda |
| **Attachments:** | allparti.pdf |

May 9, 2007

Re: Coleman v. Schwarzenegger

Dear Mr. Keating:

Please find enclosed Defendants' response to requests for updated information concerning issues on the April 20, 2007 agenda for the All Parties meeting.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

*Enclosures: Cover letter and Enclosures I through V

>>> <lisa.tillman@doj.ca.gov> 5/8/2007 3:54:46 PM >>>


-----------------------------------------------------------------

Please open the attached document.
This document was sent to you using an HP Digital Sender.

| | |
|---|---|
| Sent by: | <lisa.tillman@doj.ca.gov> |
| Number of pages: | 54 |
| Document type: | B/W Document |
| Attachment File Format: | Adobe PDF |

To view this document you need to use the Adobe Acrobat Reader.
For more information on the HP Digital Sender, Adobe Circulate,
or a free copy of the Acrobat reader please visit:

http://www.digitalsender.hp.com/reader-en


5/24/2007

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



May 8, 2007

J. Michael Keating, Jr.                         Via:    Lisa Tillman
Office of the Special Master                            Deputy Attorney General
2351 Sussex Lane                                       Department of Justice
Fernandina Beach, FL  32034                            1300 "I" Street, Suite 125
                                                       P. O. Box 944255
                                                       Sacramento, CA  94244-2550

**RE:  INFORMATION REQUESTED, APRIL 20, 2007 COLEMAN POLICY
       MEETING AGENDA ITEMS**

Dear Mr. Keating:

Please find enclosed the California Department of Corrections and
Rehabilitation's (CDCR) response to the plaintiffs' attorneys request on April 30, 2007, for
updated information concerning the agenda items for the *Coleman* meeting previously-
scheduled for April 20, 2007. These items include the following:

1.   Updated Navigant figures (Enclosure I).
2.   Reception center Enhanced Outpatient Program (EOP) numbers (Enclosure II).
3.   Report on the status of the testing of the psychiatrists at University of California San
     Diego (Enclosure II).
4.   Mule Creek State Prison Sensitive Needs Yard (SNY) EOP population figures and
     updated report on programming space (Enclosure II).
5.   Updated chart on CDCR Mental Health Program Infrastructure Modification Projects
     (Dec. 6, 2006 Chart Update) (Enclosure III).
6.   Status of the S1 and S2 units and the Department of Mental Health (DMH) proposal
     to revert S1 to an Acute Psychiatric Program (APP) (Enclosures II and IV).
7.   Current DMH populations (data which was not included in the monthly statistical
     package) (Enclosures II and V).
8.   Waiting list data for Mental Health Crisis Beds, APP, Salinas Valley Psychiatric
     Program (SVPP), Atascadero State Hospital (ASH) (Enclosure II).
9.   Status of the Ironwood State Prison Correctional Treatment Center (CTC) and
     California Men's Colony (CMC) CTC projects (Enclosure III).
10.  In Fill Projects, including assessment of Coleman infrastructure at In-Fill institutions
     (Enclosure II).
11.  Pre-release planning programs (Enclosure II).

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



If you have any questions, please contact me at (916) 323-0229.

Sincerely,

BRIGID HANSON
Director (A)
Division of Correctional Health Care Services

Enclosures

cc:   Lawrence McCabe, Deputy Director (A), Division of Correctional Health Care
          Services (DCHCS)
       Lisa Tillman, Office of the Attorney General
       Michael Stone, Office of Legal Affairs
       Jane Kahn, Rosen, Bien and Galvan
       Doug McKeever, Director, Mental Health Program, DCHCS
       George Sifuentes, Deputy Director, Office of Facilities Management
       Andrew Swanson, M.D., Chief Psychiatrist, DCHCS
       Margaret McAloon, Ph.D., DCHCS
       Char Schultz, Ed.D., Department of Mental Health
       Rick Johnson, DCHCS
       Robert Storms, Division of Parole Operations
       Sharon Riegel, DCHCS

Enclosure III

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Mental Health Program Infrastructure Modification Projects
### As of May 3, 2007

| Institution | Program | Construction Schedule | Comments | Update Provided By (Institution, OFM, General Services, etc.) |
|---|---|---|---|---|
| **Completed Projects (by Institution)** | | | | |
| AVE | CCCMS | Completed | | OFM |
| CCWF | EOP, RCSE | Completed | | OFM |
| CCWF | CCCMS | Completed | | OFM |
| CIM | CCCMS | Completed | | OFM |
| CIM | CCCMS, RCSE | Completed | | OFM |
| CIW | CCCMS, EOP | Completed | | OFM |
| CIW | RCSE | Completed | | OFM |
| CIW | CTC | Completed | | OFM |
| CMC | EOP, CCCMS | Completed | | OFM |
| CMF | CTC | Completed | | Institution |
| CMF | P Unit HVAC | Completed | | OFM |
| CMF | ICF (36 bed) | Completed | | OFM |
| COR | CCCMS, EOP | Completed | | OFM |
| CRC | CCCMS | Completed | | OFM |
| DVI | RCSE | Completed | | OFM |
| KVSP | CTC | Completed | | OFM |
| LAC | CCCMS, EOP | Completed | | OFM |
| MCSP | CCCMS, EOP | Completed | | OFM |
| MCSP | CTC | Completed | | OFM |
| NKSP | RCSE | Completed | | OFM |
| NKSP | CCCMS | Completed | | OFM |
| NKSP | CTC | Completed | | OFM |
| RJD | CCCMS, RCSE | Completed | | OFM |
| SAC | CCCMS, EOP | Completed | | OFM |
| SAC | 64-bed PSU addition | Completed | | DGS / Institution |
| SAC | CTC | Completed | | OFM |
| SATF | CCCMS | Completed | | OFM |
| SOL | CCCMS | Completed | | OFM |
| SOL | CTC | Completed | | OFM |
| SVSP | 36-Bed ICF | Completed | | OFM |
| SVSP | 20-Bed addition to 36-Bed ICF | Completed | | OFM |
| SVSP | EOP, CCCMS | Completed | | OFM |

1

Enclosure III

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Mental Health Program Infrastructure Modification Projects
### As of May 3, 2007

| Institution | Program | Construction Schedule | Comments | Update Provided By (Institution, OFM, General Services, etc.) |
|---|---|---|---|---|
| WSP | CCCMS | **Completed** | | OFM |
| WSP | RCSE | **Completed** | | OFM |
| **Current and Out-Year Projects by Institution and Projects Completed Since Last Report** | | | | |
| CIM | Hospital Cell Door Project | Pending. Project delayed. An updated completion date is pending. | The cell doors are on site but the project delayed. The institution has submitted, and is awaiting approval of, a request for funding to convert a portion of South Dorm into temporary housing (swing space) for the hospital inmates displaced during the door conversion. Work cannot start until hospital inmates are relocated. The request to temporarily relocate the inmates is pending the court receiver's approval. | OFM |
| CIM | CTC Conversion | Pending | Conversion of one wing of existing hospital. Project is awaiting a COBCP funding request. | OFM |
| CIW | 20-Bed PSU | Pending | The project is included in the Governor's Budget for FY07/08 funding for Preliminary Plans, and is included in the Five-year Infrastructure Plan for FY 08/09 for Working Drawings and Construction. | OFM |
| CIW | 25 45 Bed Acute Care / ICF | FY 2010/11 | Environmental documents including the Initial Study and Mitigated Negative Declaration for the 30-day public review period were filed with the State Clearinghouse on 10/2/06. The Architectural and Engineering firm have been selected. Funding for Preliminary Plans was approved in the FY 06/07 Budget with Working Drawings and Construction funding being requested for the FY 07/08 budget. Pursuant to the CDCR December 2006 Mental Health Bed Plan, this project is proposed for an increase in scope from a 25-bed to a 45-bed facility. | OFM |
| CMC | 36 Crisis Beds - Bldg 7 LOU Conversion Modifications | Pending | Conversion of existing LOU space to temporary MHCB beds pending the construction of the 50-bed Mental Health Crisis facility at CMF, with activation scheduled for the fall of 2008. The Federal Court issued a waiver of the Contract Code dollar limit on minor cap funding for this project up to $457,000. The outside-exercise yard is in progress and some interior work is underway. The project is approximately 25% complete per institution. The contract for the specially modified cell doors was awarded April 2007. At this time, the institution does not have an anticipated completion date. | Institution |

2

Enclosure III

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
### Mental Health Program Infrastructure Modification Projects
### As of May 3, 2007

| Institution | Program | Construction Schedule | Comments | Update Provided By (Institution, OFM, General Services, etc.) |
|---|---|---|---|---|
| CMC | 50 Mental Health Crisis Beds | FY 2010/11 | Project is included in the Five-year Infrastructure Plan for FY07/08 funding for Preliminary Plans, and FY 08/09 for Working Drawings and Construction. **Project scope is proposed to change to a 1,503-bed Consolidated Care Center pursuant to the December 2006 Mental Health Bed Plan and is incorporated into the Five-year infrastructure Plan for design/build Working Drawings and Construction in FY 2008/09.** | OFM |
| CMF | 64-Bed ICF | Mar 2012 | Preliminary Plans approved in the FY 06/07 Budget Act. Funding for Working Drawings and Construction is included the FY 07/08 Infrastructure Plan. | OFM |
| CMF | 50 Mental Health Crisis Beds | 5/06 – 12/07 | Construction began 5/06. Staff occupancy scheduled for 1/08 and inmate occupancy by 7/08 (pending licensing). Project 50% complete. | OFM |
| CMF | M-3 - Convert EOP Unit to Ad Seg Unit | Completed | | OFM |
| CMF | P-3 – Convert Ad Seg Unit in P-3 to ICF beds | 2/07 to 5/07 | This is an institution Plant Operations project. The project is 82 percent complete and on schedule for a 5/07 completion | Institution |
| ISP | CTC | Completed April 07 | Pending licensure. | OFM |
| LAC | 150 EOP Beds | FY 2010/11 | Preliminary Plans funded in the FY 06/07 Budget Act are complete. Funding for Working Drawings and Construction is included the FY 07/08 Infrastructure Plan. | OFM |
| MCSP | Phase I Level IV EOP/SNY GP to EOP Bed Conversion - Bldg. 5 | Phase I Complete 6/06 | Project includes the addition of 6 OHU beds that have been activated. | Institution |
| MCSP | Phase II EOP Conversion | Completed January 2007 | Convert existing Voc. Ed. Space to EOP/CCCMS program space. Construction Plans were approved by the State Fire Marshal 1/23/06. Phase II is on schedule. | Institution |
| MCSP | Level III EOP/SNY Facility B (180 beds) | Completed Feb. 2007 | Minor capital outlay project for the temporary conversion of additional voc ed space to temporary program space for 180 EOP beds. | Institution/Health Care |

3

Enclosure III

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Mental Health Program Infrastructure Modification Projects
### As of May 3, 2007

| Institution | Program | Construction Schedule | Comments | Update Provided By (Institution, OFM, General Services, etc.) |
|---|---|---|---|---|
| MCSP | 150-Bed EOP treatment space. **Project proposed for cancellation** | FY 2010/11 | Preliminary Plans approved in the FY 06/07 Budget Act are completed. Funding for Working Drawings and Construction is included the FY 07/08 Infrastructure Plan. **This project is proposed for cancellation pursuant to the CDCR December 2006 Mental Health Bed Plan.** | OFM |
| PBSP | Mental Health Space Modifications | **Completed April 2007** | Construct three Mental Health clinician/staff offices, two custody staff offices, one group room, one medical exam room and one triage room. Project is 78% complete | OFM |
| SAC | 350-Bed Acute Mental Health Facility. | FY 2010/11. | Preliminary Plans approved in the FY 06/07 Budget Act are complete. Funding for Working Drawings and Construction is included the FY 07/08 Infrastructure Plan. **Project scope is proposed to change to a 622-bed Consolidated Care Center pursuant to the CDCR December 2006 Mental Health Bed Plan. The expanded project is incorporated into the Five-year infrastructure Plan for design/build Working Drawings and Construction in FY 2008/09.** | OFM |
| SAC | 128-Bed ICF **Project proposed for cancellation** | Sep. 2009 | **This projected is proposed for cancelled pursuant to the CDCR December 2006 Mental Health Bed Plan** | OFM |
| SAC | 350 EOP Treatment Space | Nov 2009 | Preliminary Plans are included in the FY 06/07 Budget Act and are 80% completed Funding request for Working Drawings and Construction is included the FY 07/08 Infrastructure Plan. | OFM |
| SQ | Condemned Inmate Complex | Pending | This project includes a 24-Bed CTC. Preliminary Plans and Working Drawings were approved in the FY 2003/04 Budget Act. Due to significant site clean-up remediation and other site-driven costs, the project was delayed pending resolution of the project costs. These issues resolved, the request for Construction funding is in the current Infrastructure Plan for construction funding in the FY 2008/09 Budget. | OFM |

4

Enclosure III

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## Mental Health Program Infrastructure Modification Projects
### As of May 3, 2007

| Institution | Program | Construction Schedule | Comments | Update Provided By (Institution, OFM, General Services, etc.) |
|---|---|---|---|---|
| SVSP | 56-Bed temporary ICF conversion | Completed | A 56-bed temporary conversion of Bldg. D5 to ICF beds. Project funded through the 2005-06 minor capital outlay program. | |
| SVSP | 112-Bed permanent CTC conversion **Project proposed for cancellation** | 2009 | A 112-bed permanent conversion of Building D5/D6 to CTC beds, with temporary use as an ICF. The ICF beds generated by this renovation must be replaced as part of the long-term plan for 2010. Preliminary Plans is complete. A 12/06 Public Works Board is scheduled for Working Drawings and Construction. **This project is proposed for cancellation pursuant to the CDCR December 2006 Mental Health Bed Plan** | OFM |
| SVSP | 128-Bed ICF **Project is proposed to be rescoped to a 70 – bed EOP/ASU** | FY 2010/11 | Preliminary Plans approved in the FY 06/07 Budget Act. Funding for Working Drawings and Construction is included the FY 07/08 Infrastructure Plan. CEQA consultant negotiations completed and initiation meeting /site visit with consultant on 10/19/06. **This project is proposed to be rescoped to a 70-bed EOP/ASU project as provided in the December 2006 Mental Health Bed Plan. The CDCR is going forward in the 2008/13 Infrastructure Plan for funds for construction.** | OFM |
| SVSP | 64-Bed Mental Health Facility | Mar 2009 | Working Drawings and Construction approved in the FY 06/07 Budget. Preliminary Plans approved by PWB 7/14/06. Project on schedule. Working Drawings scheduled for 11/06. | OFM |

5