IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P (E.D.Cal.)

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

MARCIANO PLATA, et al.,

    Plaintiffs,                  No. C 01-1351 TEH (N.D.Cal.)

    vs.

ARNOLD SCHWARZENEGGER, et al.,          ORDER TO SHOW CAUSE

    Defendants.

        Plaintiffs in the above-captioned cases have filed in each action a motion to convene a three judge panel to limit the population in the California Department of Corrections and Rehabilitation. Hearing on the motion filed in the Coleman case is presently set for June 4, 2007 at 11:00 a.m. in the United States District Court for the Eastern District of California. Hearing on the motion filed in the Plata case is presently set for June 11, 2007 at 10:00 a.m. in the United States District Court for the Northern District of California.

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. On or before June 4, 2007, the parties in the above captioned cases shall show cause in writing why the pending motions to limit the prison population should not be heard jointly at one hearing before the undersigned;

2. All responses to this order to show cause shall be filed in each of the above-captioned cases and served on all of the parties to each action and on the <u>Plata</u> Receiver and the <u>Coleman</u> Special Master; and

3. The hearings set in the two cases are vacated and will be reset following resolution of the instant order to show cause.

DATED: 5/29/07

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DATED: 5/29/07

/s/
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

2