Andrew J. Kahn, SBN 129776
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: 415-597-7200
Fax: 415-597-7201
Email: ajk@dcbsf.com

Attorneys for *Amicus* Union of American Physicians and Dentists

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.

    Defendants.

CASE NO. CIV S 90-0520 LKK-JFM

**NOTICE OF WITHDRAWAL**

    Andrew J. Kahn hereby gives notice of the withdrawal of his appearance in this proceeding.

Dated: May 29, 2007      Respectfully submitted,

                              DAVIS, COWELL & BOWE, LLP

                              By:   s/s Andrew J. Kahn
                              Attorneys for *Amicus* Union of American Physicians and Dentists

                              595 Market Street, Suite 1400
San Francisco, CA 94105
Tel: 415-597-7200; Fax: 415-597-7201
Email: ajk@dcbsf.com