# EXHIBIT A

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 1
Institution Population
June 30, 1997 through June 30, 2012

| As of June 30 | Total | Total Males | Male Felons | Male Addicts | Male Others | Total Females | Female Felons | Female Addicts | Female Others |
|---|---|---|---|---|---|---|---|---|---|
| **Actual** | | | | | | | | | |
| 1997 | 152,506 | 141,669 | 139,239 | 2,163 | 267 | 10,837 | 10,188 | 583 | 66 |
| 1998 | 158,207 | 147,001 | 144,805 | 1,924 | 272 | 11,206 | 10,594 | 562 | 50 |
| 1999 | 162,064 | 150,581 | 148,621 | 1,703 | 257 | 11,483 | 10,949 | 495 | 39 |
| 2000 | 162,000 | 150,793 | 148,754 | 1,776 | 263 | 11,207 | 10,620 | 535 | 52 |
| 2001 | 161,497 | 150,785 | 148,853 | 1,668 | 264 | 10,712 | 10,261 | 403 | 48 |
| 2002 | 157,979 | 148,153 | 146,455 | 1,351 | 347 | 9,826 | 9,453 | 311 | 62 |
| 2003 | 160,931 | 150,851 | 149,449 | 1,104 | 298 | 10,080 | 9,752 | 270 | 58 |
| 2004 | 163,500 | 152,859 | 151,493 | 1,086 | 280 | 10,641 | 10,339 | 261 | 41 |
| 2005 | 164,179 | 153,323 | 152,016 | 966 | 341 | 10,856 | 10,528 | 283 | 45 |
| 2006 | 172,561 | 160,812 | 159,616 | 908 | 288 | 11,749 | 11,335 | 366 | 48 |
| **Projected** | | | | | | | | | |
| 2007 | 175,210 | 163,140 | 161,978 | 867 | 295 | 12,070 | 11,680 | 344 | 46 |
| 2008 | 178,236 | 165,891 | 164,734 | 862 | 295 | 12,345 | 11,955 | 344 | 46 |
| 2009 | 180,981 | 168,347 | 167,192 | 860 | 295 | 12,634 | 12,244 | 344 | 46 |
| 2010 | 183,300 | 170,393 | 169,239 | 859 | 295 | 12,907 | 12,517 | 344 | 46 |
| 2011 | 186,148 | 172,845 | 171,691 | 859 | 295 | 13,303 | 12,913 | 344 | 46 |
| 2012 | 189,176 | 175,613 | 174,459 | 859 | 295 | 13,563 | 13,173 | 344 | 46 |

Note: Others include county diagnostic cases, persons from other states, federal prisoners, county safekeepers, and Juvenile Justice (JJ) wards.

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Spring 2007 Projections

Table 3
Institution Population
Fiscal Years 2006/07 through 2007/08

| | Actual June 30 2006 | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 | Sep 30 2007 | Dec 31 2007 | Mar 31 2008 | Jun 30 2008 |
|---|---|---|---|---|---|---|---|---|---|
| Total Population | 172,561 | 173,101 | 172,528 | 173,984 | 175,210 | 175,422 | 175,910 | 176,799 | 178,236 |
| Men (Inc. CCC) | 160,812 | 161,225 | 160,770 | 162,090 | 163,140 | 163,224 | 163,804 | 164,599 | 165,891 |
| Women (Inc. CCC) | 11,749 | 11,876 | 11,758 | 11,894 | 12,070 | 12,198 | 12,106 | 12,200 | 12,345 |
| Total (Exc. CCC) | 166,381 | 166,906 | 166,233 | 166,978 | 168,084 | 168,141 | 168,509 | 169,278 | 170,582 |
| Men | 155,301 | 155,699 | 155,144 | 155,883 | 156,843 | 156,837 | 157,327 | 158,032 | 159,233 |
| Felons | 154,105 | 154,524 | 154,000 | 154,708 | 155,681 | 155,688 | 156,170 | 156,863 | 158,076 |
| Civil Narcotic Addicts | 908 | 901 | 873 | 878 | 867 | 862 | 868 | 872 | 862 |
| Others 1 | 288 | 274 | 271 | 297 | 295 | 287 | 289 | 297 | 295 |
| Women | 11,080 | 11,207 | 11,089 | 11,095 | 11,241 | 11,304 | 11,182 | 11,246 | 11,349 |
| Felons | 10,666 | 10,792 | 10,700 | 10,701 | 10,851 | 10,912 | 10,792 | 10,855 | 10,959 |
| Civil Narcotic Addicts | 366 | 364 | 345 | 347 | 344 | 347 | 345 | 345 | 344 |
| Others 1 | 48 | 51 | 44 | 47 | 46 | 45 | 45 | 46 | 46 |
| Community Correctional Centers 2 | 6,180 | 6,195 | 6,295 | 7,006 | 7,126 | 7,281 | 7,401 | 7,521 | 7,654 |
| Total Males | 5,511 | 5,526 | 5,626 | 6,207 | 6,297 | 6,387 | 6,477 | 6,567 | 6,658 |
| Male Felons | 5,511 | 5,526 | 5,626 | 6,207 | 6,297 | 6,387 | 6,477 | 6,567 | 6,658 |
| Male Civil Narcotic Addicts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Female Felons | 669 | 669 | 669 | 799 | 829 | 894 | 924 | 954 | 996 |

1 Others include county diagnostic cases, other state/federal prisoners, safekeepers, and JJ wards.
2 Community Correctional Center (CCC) data are based on the bed activation schedules provided by the Divisions of Adult Institutions and Adult Parole.

Note: Data through December 2006 are actual.

SPRING 2007 ADULT POPULATION PROJECTIONS

Population Projections Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
02/13/2007

Table 4
Spring 2007 Projections
Average Daily Institution Population
Fiscal Years 2006/07 through 2007/08

| | FY 2006/07 Avg | Sep 30 2006 | Dec 31 2006 | Mar 31 2007 | Jun 30 2007 | FY 2007/08 Avg | Sep 30 2007 | Dec 31 2007 | Mar 31 2008 | Jun 30 2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Population | 173,159 | 172,427 | 172,868 | 172,744 | 174,598 | 176,193 | 175,361 | 175,663 | 176,204 | 177,544 |
| Men (Inc. CCC) | 161,349 | 160,672 | 161,086 | 160,986 | 162,654 | 164,020 | 163,216 | 163,527 | 164,037 | 165,300 |
| Women (Inc. CCC) | 11,810 | 11,755 | 11,782 | 11,758 | 11,944 | 12,173 | 12,145 | 12,137 | 12,168 | 12,245 |
| Total (Exc. CCC) | 166,615 | 166,234 | 166,623 | 166,070 | 167,532 | 168,792 | 168,146 | 168,322 | 168,743 | 169,958 |
| Men | 155,530 | 155,148 | 155,510 | 155,059 | 156,402 | 157,543 | 156,874 | 157,095 | 157,515 | 158,687 |
| Felons | 154,359 | 153,973 | 154,332 | 153,897 | 155,235 | 156,383 | 155,716 | 155,933 | 156,357 | 157,527 |
| Civil Narcotic Addicts | 886 | 902 | 894 | 872 | 874 | 868 | 868 | 872 | 865 | 868 |
| Others 1 | 285 | 274 | 283 | 290 | 293 | 292 | 290 | 290 | 293 | 293 |
| Women | 11,085 | 11,086 | 11,113 | 11,011 | 11,130 | 11,250 | 11,272 | 11,228 | 11,229 | 11,270 |
| Felons | 10,689 | 10,685 | 10,714 | 10,619 | 10,739 | 10,858 | 10,879 | 10,836 | 10,838 | 10,880 |
| Civil Narcotic Addicts | 349 | 353 | 351 | 346 | 346 | 346 | 347 | 346 | 344 | 346 |
| Others 1 | 46 | 48 | 48 | 46 | 44 | 45 | 46 | 45 | 46 | 44 |
| Community Correctional Centers 2 | 6,544 | 6,192 | 6,245 | 6,674 | 7,066 | 7,401 | 7,215 | 7,341 | 7,461 | 7,586 |
| Total Males | 5,820 | 5,523 | 5,576 | 5,927 | 6,252 | 6,477 | 6,342 | 6,432 | 6,522 | 6,612 |
| Male Felons | 5,820 | 5,523 | 5,576 | 5,927 | 6,252 | 6,477 | 6,342 | 6,432 | 6,522 | 6,612 |
| Male Civil Narcotic Addicts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Female Felons | 725 | 669 | 669 | 747 | 814 | 924 | 873 | 909 | 939 | 974 |

1 Others include county diagnostic cases, other state/federal prisoners, safekeepers, and JJ wards.
2 Community Correctional Center (CCC) data are based on the bed activation schedules provided by the Divisions of Adult Institutions and Adult Parole.

Note: Data through December 2006 are actual.

32

# EXHIBIT B

# Mental Health Population  -  Placement Per Institution

### Download Date May 25, 2007

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP | 1,099 | 1,089 | 99% | | 5 | | | 1,094 |
| ASP Ad-Seg | | 58 | | | 3 | | | 61 |
| CAL | | 18 | | | 4 | | | 22 |
| CAL Ad-Seg | | 9 | | | | | | 9 |
| CCC | | 1 | | | | | | 1 |
| CCI | 1,053 | 951 | 90% | | 7 | | | 958 |
| CCI Ad-Seg | | 113 | | | 6 | | | 119 |
| CCI-RC | 166 | 170 | 102% | | 16 | | | 186 |
| CCI-SHU | 130 | 159 | 122% | | 8 | | | 167 |
| CCWF | 739 | 978 | 132% | 54 | 68 | 126% | 12 | 1,046 |
| CCWF Ad-Seg | | 24 | | | | | | 24 |
| CCWF-RC | 110 | 159 | 145% | | 4 | | | 163 |
| CEN | | 16 | | | 1 | | | 17 |
| CEN Ad-Seg | | 0 | | | 1 | | | 1 |
| CIM | 366 | 590 | 161% | | 11 | | 18 | 601 |
| CIM-RC | 633 | 676 | 107% | | 129 | | | 805 |
| CIM-RC--Ad-Seg | | 64 | | | 12 | | | 76 |
| CIW | 349 | 352 | 101% | 75 | 92 | 123% | 10 | 444 |
| CIW Ad-Seg | | 89 | | | 1 | | | 90 |
| CIW-RC | 100 | 75 | 75% | | 28 | | | 103 |
| CMC | 1,049 | 1,084 | 103% | 580 | 564 | 97% | 36 | 1,648 |
| CMC Ad-Seg | | 55 | | 54 | 32 | 59% | | 87 |
| CMF | 599 | 550 | 92% | 600 | 537 | 90% | | 1,087 |
| CMF Ad-Seg | | 23 | | 58 | 38 | 66% | | 61 |
| CMF** | | 84 | | | 0 | | | 84 |
| COR | 499 | 521 | 104% | 150 | 149 | 99% | 23 | 670 |
| COR Ad-Seg | | 146 | | 54 | 58 | 107% | | 204 |
| COR-SHU | 450 | 473 | 105% | | 4 | | | 477 |
| CRC-M | 599 | 865 | 144% | | | | | 865 |
| CRC-W | 249 | 161 | 65% | | | | | 161 |
| CTF | 699 | 783 | 112% | | 6 | | | 789 |

*This population includes inmates in Hospice and S3, as well as MIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

* + * is a 270 Design Facility. * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Since approximately February 2006, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database reporting is unreliable at this time.

Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU. During this conversion, SAC's ASU census will not be accurate.

Beginning 6/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

R1-1                5/25/2007

| | | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|---|
| | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| CTF Ad-Seg | | | 35 | | | | | | 35 |
| CVSP | (a) | | 17 | | | 2 | | | 19 |
| CVSP Ad-Seg | | | 3 | | | | | | 3 |
| DVI | (a) | 85 | 31 | 36% | | 1 | | | 32 |
| DVI Ad-Seg | | | 42 | | | 3 | | | 45 |
| DVI-RC | | 564 | 720 | 128% | | 19 | | | 739 |
| DVI-RC--Ad-Seg | | | 54 | | | 4 | | | 58 |
| FOL | (a) | 599 | 633 | 106% | | 2 | | | 635 |
| FOL Ad-Seg | | | 59 | | | | | | 59 |
| HDSP | (a,b,c) * | 608 | 623 | 102% | | 8 | | 10 | 631 |
| HDSP Ad-Seg | | | 47 | | | 2 | | | 49 |
| HDSP-RC | | 91 | 183 | 201% | | 3 | | | 186 |
| ISP | (a) | | 9 | | | | | 5 | 9 |
| ISP Ad-Seg | | | 7 | | | | | | 7 |
| KVSP | (b) | 349 | 422 | 121% | | 7 | | 12 | 429 |
| KVSP Ad-Seg | | | 69 | | | 5 | | | 74 |
| LAC | (a,b,c) + | 1,000 | 345 | 35% | 300 | 295 | 98% | 12 | 640 |
| LAC Ad-Seg | | | 141 | | 54 | 59 | 109% | | 200 |
| LAC-RC | | 149 | 396 | 266% | | 29 | | | 425 |
| MCSP | (a,b,c,d) + | 999 | 1,156 | 116% | 510 | 384 | 75% | 8 | 1,540 |
| MCSP Ad-Seg | | | 53 | | 36 | 32 | 89% | | 85 |
| NCWF | | | 0 | | | | | | 0 |
| NKSP | (a,d) | 80 | 73 | 91% | | 2 | | 10 | 75 |
| NKSP-RC | | 719 | 775 | 108% | | 32 | | | 807 |
| NKSP-RC--Ad-Seg | | | 52 | | | 3 | | | 55 |
| PBSP | (b) * | 349 | 233 | 67% | 64 | 63 | 98% | 10 | 296 |
| PBSP Ad-Seg | | | 54 | | | | | | 54 |
| PBSP SHU | | | 7 | | | | | | 7 |
| PVSP | (a) | 1,299 | 1,560 | 120% | | 10 | | 5 | 1,570 |
| PVSP Ad-Seg | | | 137 | | | 1 | | | 138 |
| RJD | (a) | 800 | 583 | 73% | 330 | 275 | 83% | 14 | 858 |
| RJD Ad-Seg | | | 88 | | 63 | 45 | 71% | | 133 |
| RJD-RC | | 399 | 475 | 119% | | 39 | | | 514 |
| SAC | (b) * | 849 | 578 | 68% | 384 | 399 | 104% | 24 | 977 |

**This population includes inmates in Houses B40 and B3, as well as new inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

Health Care Placement Unit

R1-2

5/25/2007

* = *is a 270 Design Facility, * * *is a 180 Design Facility.

Grand Totals do not include MHCB cells

COR Ad-Seg EOP housing is located in the SHU.

Since approximately February 2006, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 4/10/06, part of SAC's ASU is converting to a 84 bed PSU. During this conversion, SAC's ASU census will not be accurate.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

| | | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|---|
| | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| SAC Ad-Seg | | | 110 | | 124 | 90 | 73% | | 200 |
| SATF | AIV | 1,049 | 1,272 | 121% | | 6 | | 16 | 1,278 |
| SATF Ad-Seg | | | 88 | | | 6 | | | 94 |
| SCC | I/III | 499 | 539 | 108% | | 5 | | | 544 |
| SCC Ad-Seg | | | 49 | | | 7 | | | 56 |
| SOL | I/II | 1,199 | 1,429 | 119% | | 7 | | 9 | 1,436 |
| SOL Ad-Seg | | | 107 | | | 2 | | | 109 |
| SQ | I | 350 | 437 | 125% | | 49 | | | 486 |
| SQ-RC | | 549 | 428 | 78% | | 18 | | | 446 |
| SQ-RC--Ad-Seg | | | 64 | | 36 | 3 | 8% | | 67 |
| SVSP | IV | 999 | 1,010 | 101% | 192 | 204 | 106% | 10 | 1,214 |
| SVSP Ad-Seg | | | 188 | | 45 | 46 | 102% | | 234 |
| VSPW | | 606 | 936 | 154% | | 6 | | | 942 |
| VSPW Ad-Seg | | | 15 | | 9 | 7 | 78% | | 22 |
| VSPW SHU | | | 32 | | | 1 | | | 33 |
| VSPW-RC | | 143 | 185 | 129% | | 9 | | | 194 |
| WSP | I/II | 105 | 81 | 77% | | 1 | | 6 | 82 |
| WSP-RC | | 944 | 1,153 | 122% | | 71 | | | 1,224 |
| WSP-RC--Ad-Seg | | | 35 | | | 8 | | | 43 |

**This population included inmates in Hospice and S9, as well as HIV inmates in Unit IV and Y dorm at OW". These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

* + * is a 270 Design Facility.   * * * is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Since approximately February 2006, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU. During this conversion, SAC's ASU census will not be accurate.

Beginning 9/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

5/25/2007

R1-3



|  | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity |  |
| Totals : | 24,271 | 28,154 | 116.0% | 3,772 | 4,054 | 107.5% | 250 | 32,208 |

| | PSU | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| PBSP | 128 | 122 | 95.3% |
| SAC | 192 | 179 | 93.23% |
| Total PSU: | 320 | 301 | 94.06% |

| | DMH | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| ASH | 256 | 73 | 29% |
| DMH CMF-AIP | 150 | 139 | 93% |
| DMH CMF-ICF | 76 | 67 | 88% |
| DMH CMF-DTP | 44 | 40 | 91% |
| DMH SVPP | 175 | 130 | 74% |
| Totals : | 701 | 449 | 64.1% |

The ASH cap includes the 25 APP beds.

| Grand Totals | | |
|---|---|---|
| Total MH Capacity | Total MH Population | Percent of Total MH |
| 29,064 | 32,958 | 113.4% |

**The population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.
Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

* + * is a 270 Design Facility. * * * is a 180 Design Facility.
Grand Totals do not include MHCB data
CCR Ad-Seg EOP housing is located in the SHU.
Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that data base tracking is unreliable at this time.
Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU. During this conversion, SAC's ASU census will not be accurate.
Beginning 5/2/06, CMC reflects a temporary MHCB capacity of 96 due to a court order.

Health Care Placement Unit

5/25/2007

# **EXHIBIT C**

# Mental Health Service Delivery System

| Staffing Allocation and Vacancy History | As of 4/30/2007 | | | As of 1/31/2007 | | | As of 12/31/2006 | | | As of 6/30/2006 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Time Base | Vac | Vacancy Rate | Time Base | Vac | Vacancy Rate | Time Base | Vac | Vacancy Rate | Time Base | Vac | Vacancy Rate |
| **Grand Total** | 2,827.88 | 1,045.46 | 36.97% | 2,923.18 | 1,035.46 | 36.97% | 2,023.74 | 459.52 | 22.71% | | | |
| Medical Tech. Assistants | 1.75 | 0.75 | 42.86% | | | | 3.75 | 0.00 | 0.00% | | | |
| Psych Tech Staff | 498.36 | 219.52 | 44.05% | | | | 297.41 | 70.84 | 23.82% | | | |
| Psychiatrists | 310.65 | 134.90 | 43.43% | | | | 255.30 | 107.30 | 42.03% | | | |
| Psychologists | 837.99 | 382.55 | 45.65% | | | | 558.39 | 148.24 | 26.55% | | | |
| Social Workers | 164.39 | 58.89 | 35.82% | | | | 129.09 | 41.59 | 32.22% | | | |
| The Other Classifications | 1,014.74 | 248.85 | 24.52% | | | | 779.80 | 91.55 | 11.74% | | | |
| Psych Tech Staff | 1.00 | 0.00 | 0.00% | | | | 1.00 | 0.00 | 0.00% | | | |
| Psychiatrists | 1.00 | 0.00 | 0.00% | | | | 1.00 | 0.00 | 0.00% | | | |
| Psychologists | 0.50 | 0.50 | 100.00% | | | | 0.50 | 0.50 | 100.00% | | | |
| Social Workers | 7.00 | 2.00 | 28.57% | | | | 7.00 | 3.00 | 42.85% | | | |
| The Other Classifications | 1.50 | 0.50 | 33.33% | | | | 1.00 | 0.00 | 0.00% | | | |
| Medical Tech. Assistants | 1.75 | 0.75 | 42.86% | | | | 3.75 | 0.00 | 0.00% | | | |
| Psych Tech Staff | 497.36 | 219.52 | 44.14% | | | | 296.41 | 70.84 | 23.90% | | | |
| Psychiatrists | 309.65 | 134.90 | 43.57% | | | | 254.30 | 107.30 | 42.19% | | | |
| Psychologists | 837.49 | 382.05 | 45.62% | | | | 557.89 | 147.74 | 26.48% | | | |
| Social Workers | 157.39 | 56.89 | 36.15% | | | | 122.09 | 38.59 | 31.61% | | | |
| The Other Classifications | 1,001.84 | 248.85 | 24.85% | | | | 767.40 | 90.15 | 11.75% | | | |
| The Other Classifications | 10.40 | 1.40 | 13.46% | | | | 10.40 | 1.40 | 13.46% | | | |

* RU 213 - Medical; RU 220 - MH; RU 320 - MH SAC

# **EXHIBIT D**

*Mental Health Service Delivery System*

## The Impact of Contract Hours on Staff Vacancies

| Institution | Positions Allocated | Positions Vacant | Vacancy Rate | Contract Hours | Contract FTEs | Vacancy Rate |
|---|---|---|---|---|---|---|
| **April 2007** | | | | | | |
| **Psychiatrist** | | | | | | |
| ASP | 4.50 | 3.00 | 66.67% | 1,599.85 | 9.23 | -138.45% |
| CAL | 1.50 | 0.50 | 33.33% | 0.00 | 0.00 | 33.33% |
| CCC | 1.00 | 1.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| CCI | 6.50 | 5.50 | 84.62% | 520.00 | 3.00 | 38.46% |
| CCWF | 9.50 | 5.00 | 52.63% | 735.75 | 4.24 | 7.95% |
| CEN | 0.75 | -0.25 | -33.33% | 319.25 | 1.84 | -278.91% |
| CIM | 12.50 | 2.00 | 16.00% | 152.00 | 0.88 | 8.98% |
| CIW | 8.25 | 1.00 | 12.12% | 1,047.52 | 6.04 | -61.13% |
| CMC | 38.00 | 4.50 | 11.84% | 138.00 | 0.80 | 9.75% |
| CMF | 15.25 | 4.50 | 29.51% | 749.50 | 4.32 | 1.15% |
| COR | 16.30 | 13.80 | 84.66% | 688.00 | 3.97 | 60.31% |
| CRC | 5.00 | 1.00 | 20.00% | 0.00 | 0.00 | 20.00% |
| CTF | 3.00 | 1.50 | 50.00% | 702.25 | 4.05 | -85.05% |
| CVSP | 1.50 | 0.00 | 0.00% | 186.00 | 1.07 | -71.54% |
| DVI | 6.75 | 3.75 | 55.56% | 1,495.00 | 8.63 | -72.22% |
| FSP | 2.50 | 1.00 | 40.00% | 0.00 | 0.00 | 40.00% |
| HDSP | 7.00 | 7.00 | 100.00% | 1,646.70 | 9.50 | -35.72% |
| ISP | 2.50 | 0.50 | 20.00% | 0.00 | 0.00 | 20.00% |
| LAC | 20.00 | 13.00 | 65.00% | 268.25 | 1.55 | 57.26% |
| MCSP | 12.00 | 4.50 | 37.50% | 595.25 | 3.43 | 8.88% |
| NKSP | 8.00 | 2.50 | 31.25% | 493.25 | 2.85 | -4.32% |
| PBSP | 13.00 | 3.50 | 26.92% | 241.50 | 1.39 | 16.21% |
| PVSP | 8.00 | 5.00 | 62.50% | 1,347.00 | 7.77 | -34.64% |
| RJD | 22.50 | 6.50 | 28.89% | 312.78 | 1.80 | 20.87% |
| SAC | 23.75 | 6.00 | 25.26% | 0.00 | 0.00 | 25.26% |
| SATF | 8.00 | 4.00 | 50.00% | 1,456.53 | 8.40 | -55.04% |
| SCC | 2.50 | 1.00 | 40.00% | 168.25 | 0.97 | 1.17% |
| SOL | 12.00 | 5.00 | 41.67% | 915.50 | 5.28 | -2.35% |
| SQ | 10.55 | 6.55 | 62.09% | 0.00 | 0.00 | 62.09% |
| SVSP | 11.00 | 8.00 | 72.73% | 0.00 | 0.00 | 72.73% |
| VSPW | 8.00 | 8.00 | 100.00% | 2,006.61 | 11.58 | -44.71% |
| WSP | 9.05 | 6.05 | 66.85% | 2,233.50 | 12.89 | -75.53% |
| ***Monthly Positions*** | 310.65 | 134.90 | 43.43% | 20,018.24 | 115.49 | 6.25% |

*Contract hours were divided by 173.33 to determine contract staff equivalent.

*Mental Health Service Delivery System*

# *The Impact of Contract Hours on Staff Vacancies*

| Institution | Positions Allocated | Positions Vacant | Vacancy Rate | Contract Hours | Contract FTEs | Vacancy Rate |
|---|---|---|---|---|---|---|
| **April 2007** | | | | | | |
| **Case Manager** | | | | | | |
| ASP | 20.75 | 10.50 | 50.60% | 0.00 | 0.00 | 50.60% |
| CAL | 5.00 | 3.00 | 60.00% | 271.58 | 1.57 | 28.66% |
| CCC | 4.00 | 3.00 | 75.00% | 0.00 | 0.00 | 75.00% |
| CCI | 39.84 | 28.50 | 71.54% | 1,080.00 | 6.23 | 55.90% |
| CCWF | 40.24 | 22.74 | 56.51% | 2,184.45 | 12.60 | 25.19% |
| CEN | 6.62 | 5.62 | 84.89% | 853.50 | 4.92 | 10.51% |
| CIM | 50.44 | 14.54 | 28.83% | 152.00 | 0.88 | 27.09% |
| CIW | 38.77 | 12.47 | 32.16% | 901.00 | 5.20 | 18.76% |
| CMC | 55.98 | 20.48 | 36.58% | 3,981.25 | 22.97 | -4.45% |
| CMF | 64.00 | 16.50 | 25.78% | 3,662.50 | 21.13 | -7.23% |
| COR | 58.40 | 25.40 | 43.49% | 1,599.90 | 9.23 | 27.69% |
| CRC | 17.00 | 6.00 | 35.29% | 0.00 | 0.00 | 35.29% |
| CTF | 16.50 | 4.50 | 27.27% | 780.25 | 4.50 | -0.01% |
| CVSP | 5.50 | 4.00 | 72.73% | 0.00 | 0.00 | 72.73% |
| DVI | 37.00 | 23.50 | 63.51% | 1,782.00 | 10.28 | 35.73% |
| FSP | 11.00 | 4.00 | 36.36% | 0.00 | 0.00 | 36.36% |
| HDSP | 27.12 | 12.12 | 44.69% | 1,138.00 | 6.57 | 20.48% |
| ISP | 3.62 | 1.62 | 44.75% | 184.00 | 1.06 | 15.43% |
| LAC | 45.30 | 26.30 | 58.06% | 2,304.75 | 13.30 | 28.70% |
| MCSP | 38.00 | 12.50 | 32.89% | 1,494.00 | 8.62 | 10.21% |
| NKSP | 36.62 | 19.12 | 52.21% | 80.00 | 0.46 | 50.95% |
| PBSP | 37.50 | 12.00 | 32.00% | 849.00 | 4.90 | 18.94% |
| PVSP | 27.12 | 13.12 | 48.38% | 3,164.75 | 18.26 | -18.95% |
| RJD | 54.97 | 24.97 | 45.42% | 2,043.40 | 11.79 | 23.98% |
| SAC | 33.50 | 7.50 | 22.39% | 0.00 | 0.00 | 22.39% |
| SATF | 25.00 | 10.50 | 42.00% | 914.35 | 5.28 | 20.90% |
| SCC | 12.75 | 5.50 | 43.14% | 0.00 | 0.00 | 43.14% |
| SOL | 14.10 | 5.50 | 39.01% | 1,481.25 | 8.55 | -21.60% |
| SQ | 46.50 | 19.70 | 42.37% | 0.00 | 0.00 | 42.37% |
| SVSP | 41.02 | 21.52 | 52.46% | 2,326.75 | 13.42 | 19.74% |
| VSPW | 38.70 | 21.20 | 54.78% | 760.63 | 4.39 | 43.44% |
| WSP | 49.52 | 23.52 | 47.50% | 1,100.00 | 6.35 | 34.68% |
| *Monthly Positions* | 1,002.38 | 441.44 | 44.04% | 35,089.31 | 202.44 | 23.84% |

*\*Contract hours were divided by 173.33 to determine contract staff equivalent.*

*Mental Health Service Delivery System*

# The Impact of Contract Hours on Staff Vacancies

| Institution | Positions Allocated | Positions Vacant | Vacancy Rate | Contract Hours | Contract FTEs | Vacancy Rate |
|---|---|---|---|---|---|---|
| **April 2007** | | | | | | |
| **Psychiatric Technician** | | | | | | |
| ASP | 10.00 | 5.00 | 50.00% | 132.00 | 0.76 | 42.38% |
| CAL | 8.00 | 3.50 | 43.75% | 0.00 | 0.00 | 43.75% |
| CCC | 4.25 | 2.25 | 52.94% | 0.00 | 0.00 | 52.94% |
| CCI | 16.95 | 9.95 | 58.70% | 180.00 | 1.04 | 52.58% |
| CCWF | 10.00 | 6.00 | 60.00% | 0.00 | 0.00 | 60.00% |
| CEN | 8.35 | 4.35 | 52.10% | 265.25 | 1.53 | 33.77% |
| CIM | 9.90 | 5.90 | 59.60% | 0.00 | 0.00 | 59.60% |
| CIW | 17.50 | 6.50 | 37.14% | 0.00 | 0.00 | 37.14% |
| CMC | 36.80 | 25.90 | 70.38% | 212.25 | 1.22 | 67.05% |
| CMF | 23.97 | 3.97 | 16.56% | 653.00 | 3.77 | 0.85% |
| COR | 37.64 | 3.75 | 9.96% | 0.00 | 0.00 | 9.96% |
| CRC | 3.00 | 2.00 | 66.67% | 0.00 | 0.00 | 66.67% |
| CTF | 10.00 | 5.00 | 50.00% | 281.75 | 1.63 | 33.74% |
| CVSP | 6.50 | 5.50 | 84.62% | 0.00 | 0.00 | 84.62% |
| DVI | 10.50 | 6.50 | 61.90% | 0.00 | 0.00 | 61.90% |
| FSP | 7.00 | 4.00 | 57.14% | 0.00 | 0.00 | 57.14% |
| HDSP | 9.00 | 5.00 | 55.56% | 112.00 | 0.65 | 48.38% |
| ISP | 6.14 | 5.14 | 83.71% | 0.00 | 0.00 | 83.71% |
| LAC | 25.00 | 9.00 | 36.00% | 0.00 | 0.00 | 36.00% |
| MCSP | 28.00 | 6.50 | 23.21% | 266.75 | 1.54 | 17.72% |
| NKSP | 5.75 | 0.00 | 0.00% | 17,608.00 | 101.59 | -1766.72% |
| PBSP | 34.50 | 13.00 | 37.68% | 0.00 | 0.00 | 37.68% |
| PVSP | 9.00 | 5.00 | 55.56% | 0.00 | 0.00 | 55.56% |
| RJD | 23.00 | 17.00 | 73.91% | 320.00 | 1.85 | 65.89% |
| SAC | 44.70 | 19.40 | 43.40% | 0.00 | 0.00 | 43.40% |
| SATF | 12.50 | 2.00 | 16.00% | 0.00 | 0.00 | 16.00% |
| SCC | 11.20 | 7.20 | 64.29% | 0.00 | 0.00 | 64.29% |
| SOL | 4.00 | 1.00 | 25.00% | 0.00 | 0.00 | 25.00% |
| SQ | 14.60 | 7.60 | 52.05% | 0.00 | 0.00 | 52.05% |
| SVSP | 24.50 | 14.50 | 59.18% | 288.75 | 1.67 | 52.38% |
| VSPW | 17.11 | 6.11 | 35.71% | 0.00 | 0.00 | 35.71% |
| WSP | 9.00 | 1.00 | 11.11% | 136.00 | 0.78 | 2.39% |
| ***Monthly Positions*** | 498.36 | 219.52 | 44.05% | 20,455.75 | 118.02 | 20.37% |

*\*Contract hours were divided by 173.33 to determine contract staff equivalent.*
The contract hours for psychiatric technician include other miscellaneous classes, such as RN.