PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE REGARDING JOINT HEARING ON MOTION TO CONVENE THREE JUDGE PANEL TO LIMIT PRISON POPULATION** |

1 | On May 29, 2007, this Court and the Court in *Plata v. Schwarzenegger* (N.D. Cal. No. C01-1351 TEH) jointly issued an Order to Show Cause why the pending motions to convene a three judge panel to limit the prison population should not be heard jointly at one hearing before both Courts. Plaintiffs support a joint hearing on these motions. Because of the extreme overcrowding that is causing grave harm to members of the plaintiff class, plaintiffs request that the joint hearing be held at the earliest possible time.

Dated: May 31, 2007

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Michael W. Bien*
    MICHAEL W. BIEN
    Attorney for the Plaintiffs