1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11          Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

12      vs.

13   ARNOLD SCHWARZENEGGER,
     et al.,

14
            Defendants.                    ORDER

15   _____/

16          On May 14, 2007, the special master filed a supplemental report and

17   recommendations on defendants' plan to prevent suicides in administrative segregation.  The

18   report contains a series of recommendations for court orders requiring action by defendants.  On

19   May 29, 2007, defendants filed a response and objections to the special master's report and

20   recommendations.

21          In the report, the special master finds that "the reliance on inmate day labor may

22   be a major obstacle to more rapid completion" of small management yards which are necessary

23   for outdoor exercise for inmates in administrative segregation.  (Report, filed May 14, 2007, at

24   3.)  Defendants request that this finding be amended to indicate that, for several reasons, the use

25   of inmate day labor may expedite completion of the yards.  (Defendants' Response to Special

26   Master's Report, filed May 29, 2006, at 2.)  At this stage of the proceedings, the court is not

1

1   prepared to make any specific findings concerning the use of inmate labor for these projects,

2   including whether the use of such labor would  help or hurt the timely completion of the small

3   management yards.  Defendants' request for an amended finding will be denied without

4   prejudice.  Defendants may present additional information and evidence to the special master

5   concerning the use of inmate labor in the construction of small management yards and the special

6   master may, as appropriate, tender additional findings to the court concerning the use of such

7   labor in one of his subsequent semi-annual monitoring reports.

8                    The special master's first recommendation is as follows:

9                    Within 90 days defendants should be required to submit a plan that
                     will satisfy their need for sufficient small management yards to
10                   meet Title 15 exercise requirements for inmates in administrative
                     segregation.  This plan should call for the funding and completion
11                   of construction of the remaining yards by the end of fiscal year
                     2008/2009.  The plan should also include provisions for better
12                   utilization of the existing small management yards and
                     coordination with available staff to maximize yard usage.

13

14  (Report, at 10.)  Defendants object to that part of this recommendation that would require them to

15  complete construction of all required small management yards for administrative segregation use

16  by the end of fiscal year 2008/2009.  Defendants contend that the "organizational resources"

17  required to meet this task "are also being called upon to meet the constitutional needs of inmates

18  for proper medical, mental health, and dental treatment spaces and to meet the statutory mandates

19  of AB 900" and that the "organizational resources must now be evaluated in light of those

20  multiple and often competing demands before any further commitments can be made."

21  (Defendants' Response, at 3.)

22                    At present, defendants have only 719 of the 1,480 small management yards

23  required to give necessary out of cell exercise time to inmates in administrative segregation.

24  (Report, at 3.)  Eighty-six additional yards are under construction, and defendants are presently

25  seeking legislative authority to fund 179 additional yards in fiscal year 2007/08.  (Defendants'

26  Response, at 3.)  If that funding were approved, defendants then planned to seek funding for an

1   additional 179 yards for fiscal year 2008/09.   (Id.).   They do not plan to complete building all the

2   necessary yards until 2012.   (Report, at 3.)   As the special master found, 2012 is "simply too

3   late."   Defendants' objection will be overruled.

4           The only other recommendation to which the defendants interpose an objection is

5   the recommendation that they perform within sixty days an assessment of the space needs for

6   providing confidential mental health interviews.   Defendants seek ninety days to complete this

7   assessment.   The special master reports that defendants have not conducted the assessments

8   promised in their October 2006 plan for determining the resources needed to provide sufficient

9   space for confidential mental health interviews.   (Report, at 8.)   Beyond making the request for

10  more time, defendants tender no reason why the assessment cannot be completed on the schedule

11  recommended by the special master.   Defendants' objection will be overruled.

12          In accordance with the above, IT IS HEREBY ORDERED that:

13          1.   Defendants' request to amend the factual finding of the special master

14  concerning the use of inmate day labor in the construction of small management yards is denied

15  without prejudice.

16          2.   Defendants' objections to the special master's May 14, 2007 report  are

17  overruled.

18          3.   The special master's May 14, 2007 report and the recommendations contained

19  therein are adopted in full.

20          4.   Within ninety days from the date of this order defendants shall submit a plan

21  that will satisfy their need for sufficient small management yards to meet Title 15 exercise

22  requirements for inmates in administrative segregation.   This plan shall call for the funding and

23  completion of the remaining yards by the end of fiscal year 2008/2009.   The plan shall also

24  include provisions for better utilization of the existing small management yards and coordination

25  with available staff to maximize yard usage.

26          5.   Within sixty days from the date of this order, defendants shall accomplish the

1    following:

2           a.  develop a plan to require each institution to train
     staff on accurate logging of 30-minute welfare
3    checks and to track and self-monitor compliance
     with the performance of these checks;

4
            b.  provide budgetary figures for the construction of
5    the physical features of the non-stand alone intake
     cells;

6
            c.  submit a report on each institution's capability to
7    provide televisions and/or radios to inmates in
     administrative segregation;

8
            d.  submit a status report on the implementation of
9    the suicide history tracking system and a plan to
     train staff in its use and improve access to suicidal
10   history data at all relevant times;

11          e.  provide a specific assessment of their space
     needs for providing confidential mental health
12   interviews; and

13          f.  produce evidence that required CPR refresher
     training was accomplished by submitting
14   documentation of the required proof of practice.

15        6.  Defendants shall include the following in the report on enhanced outpatient

16   programs in administrative segregation required by this court's March 9, 2007 order:

17          a.  their plan for modification of the present
     requirement that allows ICC reviews for inmates in
18   administrative segregation.  Defendants should
     consider conducting ICC reviews every 45 days for
19   those inmates awaiting disposition of referrals to
     local district attorneys and possibly for all mental
20   health caseload inmates who have been held in
     administrative segregation over 90 days.
21   Defendants should also consider transferring
     inmates in administrative segregation to more
22   appropriate placements pending processing of their
     DA referrals; and

23

24   /////

25   /////

26   /////

4

1                 b.  a breakdown of the numbers of administrative
               segregation inmates currently awaiting transfer to

2                   the sensitive needs yards.

3    DATED:   May 31, 2007.

4

5                          _____

6                          LAWRENCE K. KARLTON
                      SENIOR JUDGE

7                          UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26