FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com

*Attorneys for Receiver*
Robert Sillen

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>*Defendants.* | Case No. C01-1351 THE (N.D. Cal.) |
| RALPH COLEMAN, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>*Defendants.* | Case No. CIV S-90-0520 LKK JFM P (E.D. Cal.) |

***PLATA* RECEIVER'S REQUEST FOR PERMISSION TO FILE SUPPLEMENTAL OVERCROWDING REPORT**

Receiver Robert Sillen requests permission to file a Supplemental Overcrowding Report in both of the captioned actions no later than June 11, 2007.

On February 15, 2007, in connection with plaintiffs' motion to empanel a three-judge court to consider a cap on the State prison population, the Court in *Plata* ordered the Receiver to submit a report setting forth "his best assessment of the manner, and extent to which, overcrowding is interfering with his ability to successfully remedy the constitutional violations" in the State prison health care system. Order, dated Feb. 15, 2007, p. 4. The Receiver did so. In addition, the Receiver made certain recommendations in his Overcrowding Report that he believes should be implemented.

Following submission of the Overcrowding Report, important new information pertaining to overcrowding and its impact on the Receiver's ability to fulfill his duties came to light. On May 31, 2007, the Receiver requested permission to file a motion for implementation of the recommendations that he made in his Overcrowding Report and proposed to discuss such new information in detail in connection with his proposed motion. Upon further reflection, however, the Receiver believes that the additional overcrowding information referenced above is sufficiently relevant to the pending motion for a three-judge panel that he should prepare and file a Supplemental Overcrowding Report that discusses such new information.

Accordingly, the Receiver requests permission to file such a Supplemental Overcrowding Report in both of the captioned actions and proposes to do so not later than June 11, 2007.[1]

Dated: June 4, 2007

FUTTERMAN & DUPREE LLP

By: /s/
Martin H. Dodd
Attorneys for Receiver Robert Sillen

---

[1] In requesting permission to file a Supplemental Overcrowding Report, the Receiver is not withdrawing his request to bring a motion for implementation of his recommendations.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman & Dupree LLP, 160 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman & Dupree, LLP for the collection and processing of correspondence.

On June 4, 2007, I served a copy of the following document(s):

***PLATA* RECEIVER'S REQUEST FOR PERMISSION TO FILE SUPPLEMENTAL OVERCROWDING REPORT**

by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

\_\_\_ BY HAND DELIVERY: I caused such envelope(s) to be served by hand to the address(es) designated below.

_X_ BY MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with Futterman & Dupree's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

\_\_\_ BY OVERNIGHT COURIER SERVICE: I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designated.

\_\_\_ BY FACSIMILE: I caused said document(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

| | |
|---|---|
| Andrea Lynn Hoch<br>Legal Affairs Secretary<br>Office of the Governor<br>Capitol Building<br>Sacramento, CA 95814 | Brigid Hanson<br>Director (A)<br>Division of Correctional<br>Health Care Services<br>CDCR<br>P.O. Box 942883<br>Sacramento, CA 94283-0001 |
| Bruce Slavin<br>General Counsel<br>CDCR – Office of the Secretary<br>P.O. Box 942883<br>Sacramento, CA 94283-0001 | Kathleen Keeshen<br>Legal Affairs Division<br>California Department of Corrections<br>P.O. Box 942883<br>Sacramento, CA 94283 |

| | |
|---|---|
| Richard J. Chivaro<br>John Chen<br>State Controller<br>300 Capitol Mall, Suite 518<br>Sacramento, CA 95814 | Molly Arnold<br>Chief Counsel, Dept. of Finance<br>State Capitol, Room 1145<br>Sacramento, CA 95814 |
| Laurie Giberson<br>Staff Counsel<br>Department of General Services<br>707 Third St., 7th Fl., Ste. 7-330<br>West Sacramento, CA 95605 | Matthew Cate<br>Inspector General<br>Office of the Inspector General<br>P.O. Box 348780<br>Sacramento, CA 95834-8780 |
| Donna Neville<br>Senior Staff Counsel<br>Bureau of State Audits<br>555 Capitol Mall, Suite 300<br>Sacramento, CA 95814 | Warren C. (Curt) Stracener<br>Paul M. Starkey<br>Labor Relations Counsel<br>Department of Personnel Administration<br>Legal Division<br>1515 "S" St., North Building, Ste. 400<br>Sacramento, CA 95814-7243 |
| Gary Robinson<br>Executive Director<br>UAPD<br>1330 Broadway Blvd., Ste. 730<br>Oakland, CA 94612 | Yvonne Walker<br>Vice President for Bargaining<br>CSEA<br>1108 "O" Street<br>Sacramento, CA 95814 |
| Pam Manwiller<br>Director of State Programs<br>AFSME<br>555 Capitol Mall, Suite 1225<br>Sacramento, CA 95814 | Richard Tatum<br>CSSO State President<br>CSSO<br>1461 Ullrey Avenue<br>Escalon, CA 95320 |
| Tim Behrens<br>President<br>Association of California State Supervisors<br>1108 "O" Street<br>Sacramento, CA 95814 | Elise Rose<br>Counsel<br>State Personnel Board<br>801 Capital Mall<br>Sacramento, CA 95814 |
| Stuart Drown<br>Executive Director<br>Little Hoover Commission<br>925 L Street, Suite 805<br>Sacramento, CA 95814 | Michael Bien<br>Rosen, Bien & Asaro<br>155 Montgomery Street, 8th Floor<br>San Francisco, CA 94104 |
| Rochelle East<br>Deputy Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-7004 | J. Michael Keating, Jr.<br>285 Terrace Avenue<br>Riverside, RI 02915 |

Dated: June 4, 2007

_Lori Dotson_ (signature)
Lori Dotson