FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com

*Attorneys for Receiver*
Robert Sillen

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>*Defendants*. | Case No. C01-1351 THE (N.D. Cal.) |
| RALPH COLEMAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>*Defendants*. | Case No. CIV S-90-0520 LKK JFM P<br>(E.D. Cal.) |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman & Dupree LLP, 160 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman & Dupree, LLP for the collection and processing of correspondence.

On June 4, 2007, I served a copy of the following document(s):

**PLATA RECEIVER'S REQUEST FOR PERMISSION TO FILE SUPPLEMENTAL OVERCROWDING REPORT**

by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

___ BY HAND DELIVERY: I caused such envelope(s) to be served by hand to the address(es) designated below.

_X_ BY MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with Futterman & Dupree's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

___ BY OVERNIGHT COURIER SERVICE: I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designated.

___ BY FACSIMILE: I caused said document(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

California Psychiatric Association
445 S. Figueroa St., 31st Floor
Los Angeles, Ca 90071-1602

SEIU Local 1000
1808 14th Street, Building 1
P.O. Box 160005
Sacramento, CA 95816

Psychology Shield
Theodora Oringher Miller & Richman PC
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

Union of American Physicians and Dentists
595 Market Street, Suite 1400
San Francisco, CA 94105

Matthew A. Lopes, Jr.
Holland & Knight LLP
One Financial Plaza, 18th Floor
Providence, RI 02903

Dated: June 4, 2007

_/s/ Lori Dotson_
Lori Dotson

---

FUTTERMAN & DUPREE LLP

CERTIFICATE OF SERVICE RE RECEIVER'S REQUEST TO FILE SUPPLEMENTAL OVERCROWDING REPORT
C01-1351 TEH

1