HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@handsonbridgett.com

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
SAMANTHA D. TAMA, State Bar No. 240280
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5708
 Fax: (415) 703-5843
 Email: Samantha.Tama@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | C-01-1351 TEH (N.D. Cal.) |
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | CIV S-90-0520 LKK JFM (E.D. Cal.) <br><br> **DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE** |

Defs.' Resp. to Order to Show Cause       *Plata, et al. v. Schwarzenegger, et al.*; C-01-1351 TEH
                                          *Coleman, et al. v. Schwarzenegger, et al.*; CIV S-90-0520 LKK JFM

1

1   Defendants respond to the May 29, 2007 Order to Show Cause issued by the *Coleman* and
2   *Plata* Courts and object to a joint hearing. At issue are separate motions in two distinct class-
3   action cases with different facts and procedural postures. To date, the judges in each case have
4   held separate hearings on the motions and issued separate briefing orders. There is no legal or
5   factual justification to hold a joint hearing, especially when all parties do not consent and when
6   the proceedings have already been handled separately to this point. In fact, a joint hearing may
7   impede the fact-specific legal analysis required by the PLRA and blur the unique factual and
8   procedural postures of each class action.

## ARGUMENT

Referral to a three-judge panel is an extraordinary remedy that requires careful deliberation. *See Mitchell v. Donovan*, 398 U.S. 427, 431 (1970). While mandatory in voting rights cases, referral to a three-judge panel under the Prison Litigation Reform Act (PLRA) is discretionary. 22 U.S.C. § 2284(a); 18 U.S.C. § 3626(a)(3)(C). In either instance, referral to a three-judge panel is a rare event: one that occurs in such "a limited sphere of operation," that courts have held that "technical requirements relating to its jurisdiction are to be strictly construed." *Jehovah's Witnesses in the State of Wash. v. King County Hosp. Unit No. 1*, 278 F. Supp. 488, 493 (W.D. Wash. 1967).

The legal standard under the PLRA for referral to a three-judge panel requires a fact-specific determination. *See* 18 U.S.C. § 3626(a)(3)(A)(i), (ii). As such, the application of PLRA's stringent standard regarding the imposition of a prisoner release order must necessarily vary between the two factually dissimilar cases. *See id.* Because a joint hearing cannot ensure that the individuality of each case is specifically considered, such a determination under the PLRA cannot be considered, or ordered, jointly.

The legal and factual analyses in *Plata* and *Coleman* will necessarily be different. Here, each judge before whom a motion is pending must consider the individual facts of their case: the specific plaintiff class, the prior orders issued by the Court, the level of compliance with the prior orders, and the current plans to address the constitutional violations. The *Plata* Receiver's Plan of Action is unlike the *Coleman* Special Master's efforts to implement the *Coleman* Revised

Program Guide and various bed plans. The procedural postures are also different. *Coleman* has been in a remedial phase for more than ten years and has effected fundamental and significant improvements in the way mental health care is delivered in California's prisons, while *Plata* was placed under a Receiver's control only last year and the Plan of Action is less than one month old.

## CONCLUSION

A referral to a three-judge panel under these circumstances is historic and must be carefully considered. The PLRA's legal standards for referral to a three-judge panel require fact-specific determinations, which cannot be considered, or ordered, jointly.

Dated: June 4, 2007

Respectfully submitted,

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

/s/ Paul B. Mello
PAUL B. MELLO
Attorneys for Defendants


EDMUND G. BROWN JR.
Attorney General of the State of California

/s/ Samantha D. Tama
SAMANTHA D. TAMA
Deputy Attorney General
Attorneys for Defendants in *Plata v. Schwarzenegger*

/s/ Lisa A. Tillman
LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants in *Coleman v. Schwarzenegger*

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Plata, et al. v. Schwarzenegger, et al.**

No.:   **C-01-1351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **June 4, 2007**, I served the attached

### DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

John Hagar
Chief of Staff
Judges' Reading Room
Court Library, 18th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Jared Goldman
Staff Attorney
California Prison Health Care Receivership
1731 Technology Drive, Suite 700
San Jose, CA  95110

Alison Hardy, Esq.
Prison Law Office
General Delivery
San Quentin, CA 94964

Robert Sillen
Office of the Receiver
1731 Technology Drive, Suite 700
San Jose, CA 95110

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 4, 2007**, at San Francisco, California.

|  L. Santos  |  /s/ L. Santos  |
| :---: | :---: |
| Declarant | Signature |