| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION REGARDING MOTION TO COMPEL PAYMENT OF DISPUTED ATTORNEYS' FEES, COSTS AND EXPENSES FOR THE THIRD AND FOURTH QUARTERS OF 2006** |

1  On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees. Pursuant to Paragraph 4 of that Order, if the parties have disputed fees, costs and expenses remaining at the end of the year, plaintiffs will file a yearly motion to compel payment of those disputed amounts. In 2006, the parties had disputed fees, costs and expenses that were incurred in the third and fourth quarters. There are no disputed amounts from the first or second quarters.

Plaintiffs and defendants have been actively negotiating the disputed attorneys' fees, costs and expenses for the third and fourth quarters of 2006. The parties are still working to resolve those amounts, but need additional time to do so.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the parties will continue to negotiate the disputed 2006 attorneys' fees, costs and expenses until June 12, 2007. If the parties are unable to fully resolve the disputed amounts by June 12, 2007, plaintiffs will file a motion to compel payment on or before July 13, 2007.

IT IS SO STIPULATED.

DATED: May 29, 2007

Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: May 29, 2007

Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs