IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiff, | **[PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION TO COMPEL DISPUTED 2006 ATTORNEYS' FEES, COSTS AND EXPENSES** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

| | |
|---|---|
| 1 | On June 6, 2007, the parties in this case submitted a Stipulation regarding disputed |
| 2 | attorneys' fees, costs and expenses incurred during the third and fourth quarters of 2006. |
| 3 | There are no disputed fees, costs or expenses from the first and second quarters of 2006. |
| 4 | Pursuant to the stipulation filed on June 6, 2007, IT IS HEREBY ORDERED that the |
| 5 | parties will have until June 12, 2007 to complete their meet and confer regarding disputed |
| 6 | attorneys' fees, costs and expenses incurred in 2006. If the parties are unable to fully |
| 7 | resolve the disputed amounts by June 12, 2007, plaintiffs will file a motion to compel |
| 8 | payment on or before July 13, 2007. |
| 9 | IT IS SO ORDERED. |
| 10 | Dated: |

John F. Moulds, Magistrate Judge
United States District Court