IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>    Plaintiffs, <br> v. <br>ARNOLD SCHWARZENEGGER, et al., <br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P (E.D. Cal.) |
| MARCIANO PLATA, et al., <br><br>    Plaintiffs, <br> v. <br>ARNOLD SCHWARZENEGGER, et al., <br><br>    Defendants. | NO. C01-1351 TEH (N.D. Cal.) <br><br><br>ORDER RE JOINT HEARING |

The undersigned have carefully considered the parties' responses to the May 29, 2007 Order to Show Cause why the pending motions "to convene a three judge panel to limit prison population" should not be heard jointly. We recognize that the cases are factually and procedurally distinct in certain respects and fully intend to respect the individuality of each case. Given, however, that there are significant overlapping factual and legal issues, we conclude that the interests of judicial

1

economy weigh in favor of a joint hearing in this matter.

The undersigned are also in receipt of the Receiver's Request for Permission to File Supplemental Overcrowding Report.

Accordingly, and good cause appearing, it is HEREBY ORDERED that:

1. The Receiver shall file his supplemental report (limited strictly to new information and its impact on the Receiver's ability to fulfill his duties), no later than June 11, 2007.

2. Any response to the Receiver's supplemental report shall be filed no later than June 18, 2007.

3. A joint hearing on the motions to convene a three judge panel currently pending in the above-captioned cases shall be held on Wednesday, June 27, 2007 at 10:30 a.m. in Courtroom 1 in the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, California.

**IT IS SO ORDERED.**

Dated:   June 7, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Dated:   June 7, 2007.         /s/
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE