EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' EX PARTE MOTION, WITH DECLARATIONS OF DOUG MCKEEVER AND LISA TILLMAN, [PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS' TO PROVIDE PLAN TO ADDRESS ENHANCED OUTPATIENT CARE IN ADMINISTRATIVE SEGREGATION UNITS** |

## INTRODUCTION

On March 9, 2007, this Court ordered Defendants to review Enhanced Outpatient Program (EOP) care in administrative segregation units to improve care and reduce the lengths of stay of EOP inmates in administrative segregation units. The Court provided Defendants with 90 days to complete the plan. On June 1, 2007, this Court entered an order directing Defendants to include in the plan a modification of the frequency of Institutional Classification Committee review of inmates

in administrative segregation and provide a breakdown of the numbers of inmates within administrative segregation units currently awaiting transfer to the sensitive needs yards. Defendants have commenced development of a responsive plan. Defendants have twice consulted with the Court's appointed experts on this matter. Defendants respectfully request an additional 45 days to complete the plan.

**PROCEDURAL BACKGROUND**

On March 9, 2007, this Court ordered Defendants to work with the special master's experts to review the provision of Enhanced Outpatient Programs (EOPs) in administrative segregation units. The order stated the review process shall conduct an audit of the EOP administrative segregation population and examine more effective ways for reducing the lengths of stay of EOP inmates in administrative segregation; alternative methods for the delivery of mental health treatment, including the use of a different mix of clinical and paraclinical professionals; the use of different housing and/or service models for particular categories of EOP administrative segregation inmates; and any other strategy or approach likely to better serve the treatment needs of EOP administrative segregation inmates.

Defendants met with the designated court experts in April and May. (Dec. McKeever, ¶ 6.)

On June 1, 2007, this Court ordered CDCR to include in the report:

"a. Their plan for modification of the present requirement that allows ICC review for inmates in ad seg. Defendants should consider conducting ICC reviews every 45 days for those inmates awaiting disposition of referrals to local DAs and possibly for all mental health caseload inmates who have been held in administrative segregation over 90 days. Defendants should also consider transferring inmates in administrative segregation to more appropriate placements pending processing of their DA referrals.

b. A breakdown of the numbers of administrative segregation inmates currently awaiting transfer to the sensitive needs yards."

On June 6, 2007, Defendants' counsel informed Plaintiffs' counsel of the need for a 45 day extension. (Dec. Tillman, ¶ 3.) Plaintiffs' counsel refused to stipulate to the extension. (*Id*., ¶ 4.)

Def. EOT EOP/Ad Seg Plan

2

## LEGAL ARGUMENT

Defendants respectfully request additional time, 45 days, to complete their work on this plan to improve EOP care in the administrative segregation units. Defendants have commenced their work on this plan. (Dec. McKeever, ¶5.) Meetings have been held with court-appointed experts. (*Id.*, ¶ 6.) A draft of the plan has been completed. (*Id.*, ¶ 7.) However, additional work must be done, including the review of policy changes suggested by the March and June court orders. (*Id.*) Given the number of projects and plans presently being handled by the CDCR staff responding to these court orders, additional time will permit a thorough report by Defendants. (*Id.*, ¶¶ 8, 9.)

## CONCLUSION

Defendants respectfully request a 45-day extension of the deadline to submit their plan to improve Enhanced Outpatient care in administrative segregation units.

Dated:

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30278722.wpd
CF1997CS0003

Def. EOT EOP/Ad Seg Plan