EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                          Plaintiffs,<br><br>       v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                          Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DOUG MCKEEVER IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO PROVIDE PLAN TO ADDRESS ENHANCED OUTPATIENT CARE IN ADMINISTRATIVE SEGREGATION UNITS** |

   I, Doug McKeever declare:

   1.   I am employed by the Division of Correctional Health Care Services, Division of the California Department of Corrections and Rehabilitation (CDCR). From January 2005 to October 2006, I held the position of Project Director, and was responsible for the development and preparation of projects arising from this case. Since October 2006, I have held the position of Director of the Mental Health Program, with direct oversight over the overall program and policy development and implementation for the statewide mental health program of the Division of Correctional Health Care Services. In both positions, I led a multi-agency work group

dedicated to creating and implementing short-term, interim, and long-range mental health bed plans.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I am aware this Court entered an order on March 9, 2007 directing Defendants to submit a plan in 90 days concerning the improvement of the Enhanced Outpatient Program to patients administrative segregation units.

4. I am also aware this Court entered an order on June 1, 2007 directing Defendants to incorporate in that plan two items: a breakdown of administrative segregation unit inmates awaiting transfer to a sensitive needs yard and a statement of the ability to increase the frequency of Institution Classification Committee reviews of inmates awaiting the disposition of matters referred to the local district attorney for prosecution.

5. Staff from both the Division of Adult Institutions and the Health Care Services Division have been assigned to prepare this plan.

6. Staff met with court-appointed experts on this plan on May 3, 2007 and May 14, 2007.

7. A draft of the plan has been completed. Additional work remains on the plan, including reviewing the policy changes suggested by the March and June court orders.

8. The number of pressing projects assigned to the same staff designated for development of this plan has resulted in a delay in preparing the plan.

9. An additional 45 days will enable completion of an adequate and responsive plan concerning EOP care in administrative segregation units.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: June 6, 2007      By:   */s/ Dough McKeever*
                                        Doug McKeever

30278746.wpd
CF1997CS0003