1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO PROVIDE PLAN TO ADDRESS ENHANCED OUTPATIENT CARE IN ADMINISTRATIVE SEGREGATION UNITS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Lisa Tillman, declare:

1. I am an attorney licensed by the State of California and admitted to practice before the United States District Court of California, Eastern District.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I sent an email to Plaintiffs' counsels Michael Bien and Ivan Trujillo on June 6, 2007requesting a stipulation to Defendants' request for a 45 day extension of the deadline for the court-ordered plan to address Enhanced Outpatient care in administrative segregation

1  units.

2      4.   On June 6, 2007, Mr. Bien informed me that his office would not stipulate to

3  the sought extension. I have not received any response from Mr. Trujillo.

4      I declare under the penalty of perjury that the foregoing is true and correct.

5      Dated:   June 7, 2007          By:  */s/ Lisa Tillman*

10  30279086.wpd
CF1997CS0003