IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Upon good cause appearing, Defendants' request for a 45 day extension of the deadline for submitting a plan to improve Enhanced Outpatient Program care in administrative segregation units is hereby granted.

Dated: _____  _____

The Honorable Lawrence K. Karlton