# EXHIBIT 1

# Memorandum

Date : April 25, 2007

To : Associate Directors, Division of Adult Institutions
Wardens
Classification and Parole Representatives
Classification Staff Representatives
Correctional Counselor IIIs, Reception Centers

Subject : **DEACTIVATION OF CALIFORNIA REHABILITION CENTER - WOMEN**

This memorandum is to inform you of the deactivation of California Rehabilitation Center (CRC) Facility "4", which currently houses female offenders. The deactivation of the 600 beds is tentatively scheduled to begin May 2007.

The CRC will no longer house female offenders or female Civil Addicts. The majority of the female felon offenders from CRC will be relocated to Valley State Prison for Women and Central California Women's Facility. Exceptions would be inmates that have enemy concerns at both facilities. The female Civil Addicts will be relocated to California Institution for Women (CIW).

- The female Civil Addicts transferred to CIW will require a Unit Classification Committee review to ensure there are no enemy concerns at CIW. All enemy concerns shall be resolved prior to movement to CIW. These cases will not require a Classification Staff Representative endorsement.
- CIW will be able to absorb the Civil Addicts from CRC through attrition of their population between the beginning of May and the end of June.
- Per current procedures, endorsed cases must be called in each Monday to the Transportation Unit for transfer.
- This schedule is subject to change based on subsequently identified population realignments.

The attached schedule must be adhered to in order to meet the time frames to relocate this population. On the schedule, in the "Number of Inmates" column, the number reflected is <u>required</u> in order to accomplish the deactivation.

The support of the Wardens in ensuring their institutions' assistance is appreciated and necessary to ensure a smooth transition process. Management is encouraged to provide appropriate accommodation or resources in keeping with the Memorandum of Understanding.

Associate Directors
Wardens
Classification and Parole Representatives
Classification Staff Representatives
Correctional Counselor IIIs, Reception Centers
Page 2


Please direct any questions to Brian Moak, Correctional Counselor (CC) III, Classification Services Unit (CSU), at (916) 327-4818, or Virginia Mercado, CC II, CSU, at (916) 327-2166.

**Original Signed By**


TERESA A. SCHWARTZ
Deputy Director (A)
Division of Adult Institutions

Attachment

cc: K. W. Prunty           Scott Kernan              Brigid Hanson
    Bernard Warner         Kathleen Keeshen          Tracy Johnson
    Thomas Hoffman         Steve Alston              Bonnie Kolesar
    Linda Barnett          Ombudsman's Office        Richard Hawkins
    Lea Ann Chrones        Jeff Macomber             Eric Arnold
    Ross Meier             Brian Moak                Virginia Mercado

## Deactivation Schedule:
## California Rehabilitation Center - Women Population

Cases to be reviewed by a Classification Committee for appropriate placement

| NOTIFY | WEEK TO CSR | WEEK TO CALL IN THE # OF INMATES ENDORSED FOR TRANSPORTATION | WEEK OF TRANSFER | FROM | TO | NUMBER OF INMATES | |
|---|---|---|---|---|---|---|---|
| | 05/07/07 | 05/14/07 | 05/21/07 | CRC-W | VSPW | 50 | (20 CCCMS) |
| | 05/07/07 | 05/14/07 | 05/21/07 | CRC-W | CCWF | 20 | (10 CCCMS) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | 05/21/07 | 05/28/07 | 06/04/07 | CRC-W | CIW | 50 | (SAP) |
| | 05/21/07 | 05/28/07 | 06/04/07 | CIW | VSPW | 60 | |
| | N/A | 05/28/07 | 06/04/07 | CRC-W | CIW | 75 | (CIVIL ADDICTS) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | N/A | 06/11/07 | 06/18/07 | CRC-W | CIW | 75 | (CIVIL ADDICTS) |
| | | | | | | | |
| | | | | | | | |
| TOTAL | | | | | | 680 | |

**THESE BUS SEATS MUST BE CALLED IN TO TRANSPORTATION EVERY WEEK**

VM041307-30A Attach#1 (CRC Deact)

Attachment #1