# EXHIBIT 2

## ACTION PLAN
## WEEKLY BEDS MEETING
### March 28, 2007

Weekly Count as of March 21, 2007:     171,992 (1,945 below Fall Projections)

**Required attendees:** CSU, TU, Case Records, Missions, HCPU, DAPO, CCFA, OFM, OISB, BMB, DCHCS, Court Compliance, OFM

| Issue | Lead | Recommendation / Action | Target Date | Status |
|---|---|---|---|---|
| Institutions that are more than (50) inmates below staffed capacity | • Missions | On Going | No | Institutions under staffed capacity by mission and roadblocks impacting achieving staffed capacity:<br><br>**Status:**<br>Female Mission:<br>• CRC (67 vacancies- 29 male)<br>Reception Center Mission:<br>• SQ (66 vacancies) [147-Level II/ 44 SQ Main]<br>High Security & Transitional Housing:<br>• KVSP (88 vacancies) [level II]<br>• PBSP (122 vacancies) [ASU overflow, THU]<br>• SAC (139 vacancies) [88 in ASU, 30-level II]<br>• SVSP (219 vacancies) [81-Level III/ 44- Level II Gym/ 73-DMH ICF]<br>General Population, Levels III & IV:<br>• CMC (73 vacancies) [Level II/ III 75 ASU overflow]<br>• CMF (214 vacancies) [Reduction of 200 in May Revise]<br>• SATF (196 vacancies) [activation of newly funded Level II SAP beds]<br>• LAC (181 vacancies) [level I, EOP, ASU]<br>General Population, Levels II & III:<br>• ASP (185 vacancies) [148 Level II]<br>• CCC (181 vacancies) [Level I/II/III]<br>• CVSP (407 vacancies) [SNY conversion] |
| Moving inmates Out of State. | • COCF | June 2007 | On Hold | Move approximately 1000 + inmates out of state by June 2007.<br><br>Phase III plan is to move 600 inmates out of state.<br>**Potential changes due to involuntary transfers. Pending discussion and development<br>**Status:**<br>• Currently 358 inmates housed out of state- no scheduled date for appeal has been established.<br>• Current direction is to continue referrals to have pool of endorsed cases ready to transfer. |

ACTION PLAN
WEEKLY BEDS MEETING
March 28, 2007

| Topic | Status | Due Date | Lead | Notes |
|---|---|---|---|---|
| Conversion of CVSP Facility B to SNY | Yes | 5/7/07 | • Pop Management | There continues to be a backlog of level II SNY inmates. In order to not impact Health Care or the Medical Department, a facility at CVSP is being converted to SNY.<br><br>*Status:*<br>• Movement began on 2/15/07- scheduled for completion by week of 5/7/07.<br>• Currently moving SNY inmates into second building this week.<br>• Movement into the third building will begin the week of 4/2/07.<br>• A gym at MCSP will convert from Level II SNY to Level III SNY to accommodate the EOP expansion.<br>• 100 inmates are moving from MCSP to CVSP the week of 4/2/07.<br>• A gym at COR will convert from Level II SNY to level III SNY. |
| Conversion of Golden State MCCF to an SNY. | No | Ongoing | • Meier<br>• Missions<br>• CCFA | Further evaluation of existing SNY populations need review to ensure filling the SNY MCCF. Institutions are experiencing difficulty with inmates that are not eligible due to dental class, medical evaluations not being completed, "VIO" reviews excluding inmates, and inmates designated as DD0 for DPP evaluations<br><br>*Status:*<br>• There are 210 vacancies in the SNY MCCF on 3/23/07.<br>• Criteria update: VIO and R suffix reviews are eligible as well as SVP yes/maybe cases.<br>• On 2/26/07, distributed Excel spreadsheets to MCSP, SATF, CVSP, ASP, and PVSP to screen potential MCCF SNY inmates. Due date of 3/9/07. Referrals appear to be up.<br>• See attached report for referrals and potential population. 98 bus seats requested for the week of 4/2/06. |
| Vacancies in MCCF/CCF beds. | No | Dec 2006 | • Missions<br>• Meier<br>• CCFA | The RC's have been unable to produce enough cases to fill the CCF beds- which has required GP institutions to refer cases from secure facilities for CCF placement.<br><br>On 8/22/06, a Deputy Director memorandum directed institutions to the number of cases referred to CCF each month to demonstrate efforts to move inmates from secure facilities.<br><br>*Status:*<br>• There are currently 69 vacancies in GP MCCF/CCF contract beds.<br>• Additional 140 CCF beds scheduled to activate in April 2007.<br>• 3/19/07, a conference call to institutions and CSR's completed for policy clarification and to stress priority of CCF / MCCF referrals due to large number of vacancies.<br>• See attached spreadsheet for GP referrals and projected goals for each prison. |

ACTION PLAN
WEEKLY BEDS MEETING
March 28, 2007

| | | | | |
|---|---|---|---|---|
| Complete Revised CCF/MCCF handbook | • CCFA | 1/31/07 | No | There is a need to update the CCF/MCCF handbook. The last handbook was issued in 1991 and does not include MCCF criteria.<br><br>*Status:*<br>• Meeting held between CSU and CCFA to evaluate handbook- CSU provided feedback.<br>• Additional information to be added / clarified for inclusion in handbook by CCFA. |
| Evaluate 500 inmates in CTC beds to determine if they can be more appropriately housed. | • CSU<br>• HCPU | Unknown | Yes | *Status:*<br>• Receiver contracted with independent company to conduct evaluation.<br>• Currently under review by receiver<br>• *Tentative date:* 3/23/07, custody review of snapshot<br>• Snapshot completed. |
| Activation of Transitional Housing Unit at KVSP. | • Missions | May 2006 | No | CCR 3378.1 will need to be changed in order to house THU inmates at KVSP. Establishing the THU will ensure consistency with housing inmates in Phase II of the Debriefing process and will free up SHU beds.<br><br>*Status: No change*<br>• Warden at KVSP assigned to revise Regulations<br>• Meeting scheduled with KVSP staff this week to address Regulation changes<br>• These regulations are currently under review<br>• Current THU bed needs are: 25 at COR and 40 at PBSP. |
| Conversion of SOL from a Level III to an RC | • RPRM | TBA | Yes | If the Receiver places a population cap or intake cap on SQ-RC, SOL will need to be converted to an RC.<br><br>*Status:* SOL has provided (2) draft proposals for review.<br>• May be required due to increased RC intake from Northern Counties<br>• Environmental Impact Report (EIR) is required. |
| Deactivation of CRC-W | • Female Missions | 6/1/07 | Yes | Female Missions to implement plan to deactivate the female offender housing at CRC-W and convert to house male felons in June 2007.<br><br>*Status: No change*<br>• Meeting held on 2/1/07 to identify steps necessary to deactivate and convert to male facility.<br>• Requires Receiver review |

ACTION PLAN
WEEKLY BEDS MEETING
March 28, 2007

| | | | | |
|---|---|---|---|---|
| KVSP IV SAP- Fill to capacity | • OSAP<br>• Pop Management<br>• High Security Missions | 3/29/07 | Yes | Office of Substance Abuse Programs along with H.S. Missions will lead plan to bring SAP population at KVSP IV to capacity of 256.<br>***Status:***<br>• Potential Level IV SAP populations have been identified<br>• Current population above 160 inmates.<br>• KVSP has approx. 100 inmates on the SAP waiting list. |
| Potential housing exclusion of DPW inmates at CIM and KVSP per the Armstrong Injunction. | • Missions<br>• Court Compliance Unit | ASAP | | Current Armstrong Injunction court order indicates that housing areas at CIM and KVSP are to be modified / retrofitted to adequately accommodate inmates requiring the use of a wheelchair (DPW).<br>***Status:***<br>• CIM modifications appear to have been completed, status of KVSP not known. |
| Restitution Center inmates- needed | • DAPO | ASAP | | Restitution Center population has dropped. Increase in population is requested.<br>***Status:***<br>• Flyers and recruitment process underway in an attempt to increase population. |
| LAC conversion to RC | • Pop management | May / June 07 | Yes | Additional facility scheduled for conversion at LAC to increase RC beds on facility D. Three buildings on the facility will become RC.<br>***Status:***<br>• Conversion to begin in Mid May<br>• Division of Addition and Recovery to determine SAP<br>• Draft memo and schedule to the Deputy Director this week |
| CEN conversion from Level III to Level IV | • Pop management | May / June 07 | Yes | CEN conversion from Level III to Level IV on Facility C. Three buildings on the facility will be converted to Level IV and two buildings will remain Level III.<br>***Status:***<br>• Draft memo and schedule to the Deputy Director this week |
| SATF SAP population increase. | • Division of Addiction and Recovery | TBD | Yes | Additional 400 beds added to the SAP at SATF. These beds need to be filled in a timely manner.<br>***Status:***<br>• Pending identification of eligible inmates.<br>• Potential pool of eligible inmates at ASP, SOL, CRC |