# EXHIBIT 3

**From:** Rougeux, Tim
**To:** John Hagar
**Date:** Friday, May 25, 2007 2:00:52 PM
**Cc:** Steve Weston, CPR
**Subject:** FW: CRC MOVING FEMALE INMATE

John, here is the email with the complaint from the health care manager at VSPW regarding the impact on her operations due to the increase in population as a result of the CRC female conversion.

Tim

---

**From:** Ritter, Steven D.O.
**Sent:** Friday, May 25, 2007 7:30 AM
**To:** Rougeux, Tim
**Subject:** FW: CRC MOVING FEMALE INMATE

Tim
I thought that this was interesting and no one addressed this at yesterdays meeting. Steve

---

**From:** Winslow, Dwight
**Sent:** Thu 5/24/2007 5:34 PM
**To:** 'rsillen@aol.com'
**Cc:** 'Terry Hill'; 'Lori Estrada-Kim'; Ritter, Steven D.O. ; Scott, Susan ; Spiwak, Herb ; Turner, Susan
**Subject:** CRC MOVING FEMALE INMATE

A BRIEF HEADS UP

I just got off of the phone with Steve Ritter and he was at CRC for the meeting about moving out the female inmates. Apparently they are ½ way through the move and have moved 100's of inmates out to Community Corrections Facilities and to the other women's prison.

Incidentally and related, I got a call form Dawn Martin at VSPW this am and they are being overwhelmed with the influx of inmates and custody has closed down some of the off site transportation which is now causing a delay in care. She stated that they were at 200% of capacity and that there were inmates on the floors. She does not know how she is going to deliver the care to these inmates.

Steve Ritter is completing a report on this issue and he will forward it tonight or in the am. I have discussed this also with Dr. Hill.

Thanks

Dwight W. Winslow, MD
Statewide Medical Director (A)
Division of Correctional Health Care Services
California Department of Corrections and Rehabilitation
(916) 802-4061