# EXHIBIT 4

## Mental Health Population - Placement Per Institution
Download Date May 25, 2007

| | | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|---|
| | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP | II | 1,099 | 1,089 | 99% | | 5 | | | 1,094 |
| ASP Ad-Seg | | | 58 | | | 3 | | | 61 |
| CAL | I,IV + | | 18 | | | 4 | | | 22 |
| CAL Ad-Seg | | | 9 | | | | | | 9 |
| CCC | I,II,III | | 1 | | | | | | 1 |
| CCI | I,II,III,IV * | 1,053 | 951 | 90% | | 7 | | | 958 |
| CCI Ad-Seg | | | 113 | | | 6 | | | 119 |
| CCI-RC | | 166 | 170 | 102% | | 16 | | | 186 |
| CCI-SHU | | 130 | 159 | 122% | | 8 | | | 167 |
| CCWF | | 739 | 978 | 132% | 54 | 68 | 126% | 12 | 1,046 |
| CCWF Ad-Seg | | | 24 | | | | | | 24 |
| CCWF-RC | | 110 | 159 | 145% | | 4 | | | 163 |
| CEN | III | | 16 | | | 1 | | | 17 |
| CEN Ad-Seg | | | 0 | | | 1 | | | 1 |
| CIM | I | 366 | 590 | 161% | | 11 | | 18 | 601 |
| CIM-RC | | 633 | 676 | 107% | | 129 | | | 805 |
| CIM-RC-Ad-Seg | | | 64 | | | 12 | | | 76 |
| CIW | | 349 | 352 | 101% | 75 | 92 | 123% | 10 | 444 |
| CIW Ad-Seg | | | 89 | | | 1 | | | 90 |
| CIW-RC | | 100 | 75 | 75% | | 28 | | | 103 |
| CMC | I,II,III | 1,049 | 1,084 | 103% | 580 | 564 | 97% | 36 | 1,648 |
| CMC Ad-Seg | | | 55 | | 54 | 32 | 59% | | 87 |
| CMF | I,II,III | 599 | 550 | 92% | 600 | 537 | 90% | | 1,087 |
| CMF Ad-Seg | | | 23 | | 58 | 38 | 66% | | 61 |
| CMF** | | | 84 | | | 0 | | | 84 |
| COR | I,III,IV +* | 499 | 521 | 104% | 150 | 149 | 99% | 23 | 670 |
| COR Ad-Seg | | | 146 | | 54 | 58 | 107% | | 204 |
| COR-SHU | | 450 | 473 | 105% | | 4 | | | 477 |
| CRC-M | II | 599 | 865 | 144% | | | | | 865 |
| CRC-W | | 249 | 161 | 65% | | | | | 161 |
| CTF | I,II | 699 | 783 | 112% | | 6 | | | 789 |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF.
These inmates are not counted against the capacity identified in the Gates-Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

" + " is a 270 Design Facility.  " * " is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated.
SQ's housing of EOP ASU is such that database tracking is unreliable at this time.
Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU. During this conversion, SAC's ASU census will not be accurate.
Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

R1-1    5/25/2007

| | | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|---|
| | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| CTF Ad-Seg | | | 35 | | | | | | 35 |
| CVSP | I,II | | 17 | | | 2 | | | 19 |
| CVSP Ad-Seg | | | 3 | | | | | | 3 |
| DVI | I,II | 85 | 31 | 36% | | 1 | | | 32 |
| DVI Ad-Seg | | | 42 | | | 3 | | | 45 |
| DVI-RC | | 564 | 720 | 128% | | 19 | | | 739 |
| DVI-RC--Ad-Seg | | | 54 | | | 4 | | | 58 |
| FOL | III | 599 | 633 | 106% | | 2 | | | 635 |
| FOL Ad-Seg | | | 59 | | | | | | 59 |
| HDSP | I,III,IV * | 608 | 623 | 102% | | 8 | | 10 | 631 |
| HDSP Ad-Seg | | | 47 | | | 2 | | | 49 |
| HDSP-RC | | 91 | 183 | 201% | | 3 | | | 186 |
| ISP | I,III | | 9 | | | | | 5 | 9 |
| ISP Ad-Seg | | | 7 | | | | | | 7 |
| KVSP | I,IV | 349 | 422 | 121% | | 7 | | 12 | 429 |
| KVSP Ad-Seg | | | 69 | | | 5 | | | 74 |
| LAC | I,III,IV + | 1,000 | 345 | 35% | 300 | 295 | 98% | 12 | 640 |
| LAC Ad-Seg | | | 141 | | 54 | 59 | 109% | | 200 |
| LAC-RC | | 149 | 396 | 266% | | 29 | | | 425 |
| MCSP | I,II,III,IV + | 999 | 1,156 | 116% | 510 | 384 | 75% | 8 | 1,540 |
| MCSP Ad-Seg | | | 53 | | 36 | 32 | 89% | | 85 |
| NCWF | | | 0 | | | | | | 0 |
| NKSP | I,III | 80 | 73 | 91% | | 2 | | 10 | 75 |
| NKSP-RC | | 719 | 775 | 108% | | 32 | | | 807 |
| NKSP-RC--Ad-Seg | | | 52 | | | 3 | | | 55 |
| PBSP | I,IV * | 349 | 233 | 67% | 64 | 63 | 98% | 10 | 296 |
| PBSP Ad-Seg | | | 54 | | | | | | 54 |
| PBSP SHU | | | 7 | | | | | | 7 |
| PVSP | I,III | 1,299 | 1,560 | 120% | | 10 | | 5 | 1,570 |
| PVSP Ad-Seg | | | 137 | | | 1 | | | 138 |
| RJD | I,III | 800 | 583 | 73% | 330 | 275 | 83% | 14 | 858 |
| RJD Ad-Seg | | | 88 | | 63 | 45 | 71% | | 133 |
| RJD-RC | | 399 | 475 | 119% | | 39 | | | 514 |
| SAC | I,IV * | 849 | 578 | 68% | 384 | 399 | 104% | 24 | 977 |

\*\*This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates-Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS Identifier system.

Health Care Placement Unit

R1-2

5/25/2007

" + " is a 270 Design Facility. " * " is a 180 Design Facility.

Grand Totals do not include MHCB data

COR Ad-Seg EOP housing is located in the SHU.

Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database tracking is unreliable at this time.

Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU. During this conversion, SAC's ASU census will not be accurate.

Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

|  |  | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|---|
|  |  | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity |  |
| SAC Ad-Seg |  |  | 110 |  | 124 | 90 | 73% |  | 200 |
| SATF | II,III,IV * | 1,049 | 1,272 | 121% |  | 6 |  | 16 | 1,278 |
| SATF Ad-Seg |  |  | 88 |  |  | 6 |  |  | 94 |
| SCC | I,II,III | 499 | 539 | 108% |  | 5 |  |  | 544 |
| SCC Ad-Seg |  |  | 49 |  |  | 7 |  |  | 56 |
| SOL | II,III | 1,199 | 1,429 | 119% |  | 7 |  | 9 | 1,436 |
| SOL Ad-Seg |  |  | 107 |  |  | 2 |  |  | 109 |
| SQ | I,II | 350 | 437 | 125% |  | 49 |  |  | 486 |
| SQ-RC |  | 549 | 428 | 78% |  | 18 |  |  | 446 |
| SQ-RC--Ad-Seg |  |  | 64 |  | 36 | 3 | 8% |  | 67 |
| SVSP | I,IV * | 999 | 1,010 | 101% | 192 | 204 | 106% | 10 | 1,214 |
| SVSP Ad-Seg |  |  | 188 |  | 45 | 46 | 102% |  | 234 |
| VSPW |  | 606 | 936 | 154% |  | 6 |  |  | 942 |
| VSPW Ad-Seg |  |  | 15 |  | 9 | 7 | 78% |  | 22 |
| VSPW SHU |  |  | 32 |  |  | 1 |  |  | 33 |
| VSPW-RC |  | 143 | 185 | 129% |  | 9 |  |  | 194 |
| WSP | I,III | 105 | 81 | 77% |  | 1 |  | 6 | 82 |
| WSP-RC |  | 944 | 1,153 | 122% |  | 71 |  |  | 1,224 |
| WSP-RC--Ad-Seg |  |  | 35 |  |  | 8 |  |  | 43 |

\*\*This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

" + " Is a 270 Design Facility.  " * " is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database tracking is unreliable at this time.
Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU. During this conversion, SAC's ASU census will not be accurate.
Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

Health Care Placement Unit

R1-3

5/25/2007

|  | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
|  | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| Totals: | 24,271 | 28,154 | 116.0% | 3,772 | 4,054 | 107.5% | 250 | 32,208 |

| | PSU | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| PBSP | 128 | 122 | 95.3% |
| SAC | 192 | 179 | 93.23% |
| Total PSU: | 320 | 301 | 94.06% |

| | DMH | | |
|---|---|---|---|
| | Capacity | Current Pop | % of Capacity |
| ASH | 256 | 73 | 29% |
| DMH CMF-AIP | 150 | 139 | 93% |
| DMH CMF-ICF | 76 | 67 | 88% |
| DMH CMF-DTP | 44 | 40 | 91% |
| DMH SVPP | 175 | 130 | 74% |
| Totals: | 701 | 449 | 64.1% |

The ASH cap includes the 25 APP beds.

### Grand Totals

| Total MH Capacity | Total MH Population | Percent of Total MH |
|---|---|---|
| 29,064 | 32,958 | 113.4% |

**This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates-Coleman Court Order.

Mental Health numbers are as accurate as the information provided by the DDPS identifier system.

" + " is a 270 Design Facility.  " * " is a 180 Design Facility.

Grand Totals do not include MHCB data
COR Ad-Seg EOP housing is located in the SHU.
Since approximately February 2005, SQ EOP ASU numbers have been and continue to be understated. SQ's housing of EOP ASU is such that database tracking is unreliable at this time.
Beginning 4/10/06, part of SAC's ASU is converting to a 64 bed PSU. During this conversion, SAC's ASU census will not be accurate.
Beginning 8/2/06, CMC reflects a temporary MHCB capacity of 36 due to a court order.

R1-4

Health Care Placement Unit

5/25/2007

## Combined Mental Health Population Per Institution

*Includes Ad-Seg, SHU, Reception Center and GP Mental Health Populations Combined*

Download Date May 25, 2007

| | CCCMS | | | EOP | | | MHCB | Total Mental Health Pop |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | |
| ASP | 1099 | 1147 | 104% | | 8 | | | 1155 |
| CAL | | 27 | | | 4 | | | 31 |
| CCC | | 1 | | | | | | 1 |
| CCI | 1349 | 1393 | 103% | | 37 | | | 1430 |
| CCWF | 849 | 1161 | 137% | 54 | 72 | 133% | 12 | 1233 |
| CEN | | 16 | | | 2 | | | 18 |
| CIM | 999 | 1330 | 133% | | 152 | | 18 | 1482 |
| CIW | 449 | 516 | 115% | 75 | 121 | 161% | 10 | 637 |
| CMC | 1049 | 1139 | 109% | 634 | 596 | 94% | 36 | 1735 |
| CMF | 599 | 657 | 110% | 658 | 544 | 83% | | 1201 |
| COR | 949 | 1140 | 120% | 213 | 211 | 99% | 23 | 1351 |
| CRC-M | 599 | 865 | 144% | | | | | 865 |
| CRC-W | 249 | 161 | 65% | | | | | 161 |
| CTF | 699 | 818 | 117% | | 6 | | | 824 |
| CVSP | | 20 | | | 2 | | | 22 |
| DVI | 649 | 847 | 131% | | 27 | | | 874 |
| FOL | 599 | 692 | 116% | | 2 | | | 694 |
| HDSP | 699 | 853 | 122% | | 13 | | 10 | 866 |
| ISP | | 16 | | | | | 5 | 16 |
| KVSP | 349 | 491 | 141% | | 12 | | 12 | 503 |
| LAC | 1149 | 882 | 77% | 345 | 383 | 111% | 12 | 1265 |
| MCSP | 999 | 1209 | 121% | 546 | 416 | 76% | 8 | 1625 |
| NKSP | 799 | 900 | 113% | | 37 | | 10 | 937 |
| PBSP | 349 | 294 | 84% | 64 | 63 | 98% | 10 | 357 |
| PVSP | 1299 | 1697 | 131% | | 11 | | 5 | 1708 |
| RJD | 1199 | 1146 | 96% | 393 | 359 | 91% | 14 | 1505 |
| SAC | 849 | 688 | 81% | 508 | 489 | 96% | 24 | 1177 |
| SATF | 1049 | 1360 | 130% | | 12 | | 16 | 1372 |
| SCC | 499 | 588 | 118% | | 12 | | | 600 |
| SOL | 1199 | 1536 | 128% | | 9 | | 9 | 1545 |
| SQ | 899 | 929 | 103% | 36 | 70 | 194% | | 999 |
| SVSP | 999 | 1198 | 120% | 237 | 250 | 105% | 10 | 1448 |
| VSPW | 749 | 1168 | 156% | 9 | 23 | 256% | | 1191 |
| WSP | 1049 | 1269 | 121% | | 80 | | 6 | 1349 |
| Totals | 24271 | 28154 | 116% | 3772 | 4023 | 107% | 250 | 32177 |

\*\*This population includes inmates in Hospice and S3, as well as HIV inmates in Unit IV and Y dorm at CMF. These inmates are not counted against the capacity identified in the Gates -Coleman Court

Mental Health numbers are as accurate as the information provided by the DOPS identifier system.

Health Care Placement Unit

R1-5

5/25/2007