# EXHIBIT 5

**ACTION PLAN**
**WEEKLY BEDS MEETING**
May 23, 2007

Required attendees: CSU, TU, Case Records, Missions, HCPU, DAPO, CCFA, OFM, OISB, BMB, DCHCS, Court Compliance, OFM

Weekly Count as of May 16, 2007    172,719 (1,884 below Spring Projections)

| Area of Concern Recommendation | Lead | Recommended Date of Completion | On Target (Yes/No) | Summary and Status (Include Roadblocks and what has been done to address them) |
|---|---|---|---|---|
| Institutions that are more than (50) inmates below staffed capacity | Missions | On Going | No | Institutions under staffed capacity by mission and roadblocks impacting achieving staffed capacity:<br>Status:<br>Female Mission:<br>• VSPW (116 vacancies for CRC conversion- staffed capacity increase)<br>• CIW (96 Vacancies- Primarily RC)<br>Reception Center Mission:<br>• RJD (141 vacancies)<br>  • Eligible RC EOP inmates housed in GP EOP Unit.<br>  • Currently RJD has 186 of 350 ASU or 53 % of inmates single celled causing them to have 86 ASU inmates overflowing into an RC building.<br>High Security & Transitional Housing:<br>• PBSP (136 vacancies) [Level I's, ASU overflow, THU]<br>  • PBSP submitted request to IAS to adjust staff capacity in THU.<br>  • Current count in the building housing the BMU is 91 inmates, 29 inmates below staff capacity.<br>• HS&TH is evaluating Double Cell policy for SHU inmates.<br>  • PBSP requested intake of 3 level IV's for week of 5-28-07.<br>• SVSP (120 vacancies) [(41) Level I, (21) Level II, and 50 DMH ICF vacancies]<br>General Population, Levels III & IV:<br>• CEN (288 vacancies pending Level III to IV conversion)<br>• MCSP (167 vacancies pending Door Project end of June)<br>• SATF (200 vacancies) [277 vacancies in newly funded Level II SAP beds]<br>  • Recommend moving Level II Lifers from CVSP to SATF, Warden has approved.<br>  • Recommend moving SAP eligible inmates from ASP to SATF-SAP.<br>• LAC (177 vacancies) [ASU, RC, Level II, pending additional RC conversion]<br>  • Eligible RC EOP inmates in GP EOP Unit.<br>General Population, Levels II & III:<br>• ASP (77 vacancies) [Level II]<br>• CVSP (122 vacancies) [intake stopped for GP due to pending roof project in August]<br>• SOL (80 vacancies) [level II/III] |

1

ACTION PLAN
WEEKLY BEDS MEETING
May 23, 2007

| Area of Concern Recommendation | Lead | Recommended Date of Completion | On Target (Yes/No) | Summary and Status (include Roadblocks and what has been done to address them) |
|---|---|---|---|---|
| Moving Inmates Out of State. | COCF | June 2007 | Yes | Phase III plan is to move an additional 8,000 inmates out of state.<br>**Potential changes due to involuntary transfers. This process was delayed.<br>Status:<br>Currently 353 inmates housed out of state.<br>43 endorsed volunteer inmates have been relocated to ISP and CVSP for COCF HUB placement. Transfers are tentatively scheduled for the week of 6-1-07.<br>Involuntary movement of 680 inmates is tentatively scheduled to begin mid-June. These initial inmates will be retained at their respective institutions untill date of transport. |
| Complete Revised CCF/MCCF handbook | CCFA | 1/31/07 | No | There is a need to update the CCF/MCCF handbook. The last handbook was issued in 1991 and does not include MCCF criteria.<br><br>Status:<br>Meeting held between CSU and CCFA to evaluate handbook- CSU provided feedback. Additional information to be added / clarified for inclusion in handbook by CCFA.<br>CSU held meeting with Health Care on 4-9-07 to standardize medical criteria and staff training.<br>Handbook delivered to Health Care for review on 5-4-07. |
| Deactivation of CRC-W | Pop management | 6/1/07 | Yes | Status:<br>Requires Receiver review<br>Memorandum completed and distributed on 4-26-07.<br>Movement began 5-21-07 and is to be completed by 6-25-07.<br>CRC-W produced 38 of the 70 cases on the conversion schedule to be moved the week of 5-21-07.<br>On Friday 5-18-07, CRC-W has 454 inmates including female N #'s pending relocation.<br>Meeting on 5-24-07, at CRC to discuss male activation.<br>Conversion memo identified (70) inmates transferring to VSPW and CCWF for the week of 5-21-07, CRC-W only produced (36) cases to move to VSPW and CCWF. |

2

ACTION PLAN
WEEKLY BEDS MEETING
May 23, 2007

| Area of Concern Recommendation | Lead | Recommended Date of Completion | On Target (Yes/No) | Summary and Status (Include Raodblocks and what has been done to address them) |
|---|---|---|---|---|
| Restitution Center inmates- needed | DAPO | ASAP | N/A | Restitution Center population has dropped. Increase in population is requested.<br><br>Status:<br>Flyers and recruitment process initiated to increase population.<br>Region III staff to distribute recruitment material to local facilities to increase interest in programs.<br>Restitution's current population on Friday, 5-18-07 was 42 males and 42 females.<br>Restitution has been established as priority over DTF. |
| LAC conversion to RC | Pop management | May / June 07 | Yes | Additional facility scheduled for conversion at LAC to increase RC beds on facility D. Three buildings on the facility will become RC.<br>Status:<br>Division of Addition and Recovery to determine SAP location<br>Approved by the Deputy Director and memo distributed on 3-30-07<br>Movement began on 5-7-07 (one week ahead of schedule)<br>Conversion is falling behind schedule due to institutions not producing cases<br>KVSP was scheduled to produce 103 cases to CEN IV for movement by the week of 5-28, they are (32) cases short.<br>SVSP was scheduled to produce (50) cases to CEN IV for movement by the week of 5-28, they are (47) cases short.<br>COR was scheduled to produce (58) cases to CEN IV for movement by the week of 5-28, they are (21) cases short.<br>Without movement to SVSP and COR, the LAC conversion will be unable to move CCCMS inmates from D Facility. |
| CEN conversion from Level III to Level IV | Pop management | May / June 07 | Yes | CEN conversion from Level III to Level IV on Facility C. Three buildings on the facility will be converted to Level IV and two buildings will remain Level III.<br><br>Status:<br>Approved by the Deputy Director and memo distributed on 3-30-07 |

3

ACTION PLAN
WEEKLY BEDS MEETING
May 23, 2007

| Area of Concern Recommendation | Lead | Recommended Date of Completion | On Target (Yes/No) | Summary and Status (Include Raodblocks and what has been done to address them) |
|---|---|---|---|---|
| SATF SAP population increase. | Division of Addiction and Recovery | TBD | Yes | Additional 400 beds added to the SAP at SATF.<br><br>Status:<br>There are currently 59 SAP eligible inmates on the waiting list. G Facility has 867 and F Facility has 706<br>• DARS staff at ASP last week to review and committee SAP eligible cases for transfer to SATF SAP.<br>Potential pool of eligible inmates at ASP, SOL, CRC<br>There are currently 277 vacancies at SATF SAP, including the pipeline gym<br>CSU and DARS will develop potential lists at Level II institutions to identify inmates eligible for SAP and transfer to SATF<br>CSU sent list of potentially eligible cases to DARS on 5/11/07 for their input<br>DARS has not provided input on the lists.<br>CSU has Excel Spreadsheets prepared for impacted institutions.<br>Recommend conference call with Wardens to advise the lists are going to be emailed and establish goals for production. |
| DDP program matrix revision. | Alberto Caton | ADDED 4/18/07<br><br>TBD | N/A | Develop an updated program matrix for current summary of institutions that are able to accommodate DDP inmates due to recent mission changes.<br><br>Status:<br>Updated version sent to CSU Health Care Section for review. |
| Medium A custody lifers: movement from CTF | Population Management | ADDED 4/18/07<br><br>TBD | N/A | Movement of Level II Medium custody lifers eligible for dorm or gym housing to be reviewed for transfer to alternate level II's to create celled housing for Close custody inmates. Currently CTF has over 1200 inmates living in cells that can be housed in gyms and dorms. Currently there are approximately 3000 Level-II Close-B custody inmates in Level-III cell beds. This movement will create additional celled capacity as CDCR runs out of available cells.<br><br>Status:<br>Draft plan pending review for implementation. |

4

ACTION PLAN
WEEKLY BEDS MEETING
May 23, 2007

| Area of Concern Recommendation | Lead | Recommended Date of Completion | On Target (Yes/No) | Summary and Status (Include Roadblocks and what has been done to address them) |
|---|---|---|---|---|
| Evaluate ASU EOP HUB's staffed capacity. | GP III / IV Missions | ADDED 4/25/07 TBD | N/A | Institutions that operate an EOP ASU HUB have difficulty achieving staffed capacity. This could create a situation in which it appears an institution may have bed capacity when there is actually no space due to single celling EOP ASU inmates. EOP ASU HUB inmates traditionally require a high percentage of single cell housing.<br><br>Status:<br>Pending review by Missions staff.<br>Missions met with Healthcare on 5-15-07 to develop a plan. |
| SCC conversion from Level III GP to Level III SNY | Pop Management | ADDED 5-2-07 TBD | N/A | SCC conversion from Level III GP to Level III SNY on Tuolumne Facility.<br><br>Status:<br>Draft form<br>SCC staff met with DAI staff to discuss conversion concerns at SCC.<br>Tentative start date of 6/25/07 |
| PREV-MIX Review- capacity update | HCSD | ADDED 5-2-07 TBD | N/A | The treatment capacity for CCCMS inmates has not been increased in over a year and a half. Normally treatment capacity is adjusted every six months through the Prev-Mix process. Not adjusting treatment capacity has made it difficult to manage the population where most institutions are at their treatment capacity and the only available beds are in prisons that have nominal movement. Currently there are 589 inmates in RCs unable to move. This could have significant impact on County Intake.<br><br>Status:<br>Pending Healthcare revision. |

5