# EXHIBIT 8

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
COMMUNITY CORRECTIONAL FACILITIES ADMINISTRATION
P.O. BOX 942883
Sacramento, California 94283-0001



May 8, 2007

June Robinson
Facility Director
Claremont Custody Center
185 W. Gale Avenue
Coalinga, CA. 93210

Dear Ms. Robinson:

This is in response to your letter to me dated April 10, 2007, in which you express concerns for medical needs for inmates and staff and request additional Registered Nurses at the Claremont Custody Center (CCC).

The medical hub for the CCC is Pleasant Valley State Prison (PVSP), the Chief Medical Officer (CMO) is Felix Igbinosa and the Health Care Manager (HCM) is William Alvarez. The CCC currently provides 2.75 Licensed Vocational Nurse (LVN) positions. As you know, the CCC and all other Community Correctional Facilities (CCF) have limited capabilities regarding medical and dental treatment for inmates. One of the main criteria for an inmate to be eligible for placement in a CCF, is that they have no current medical or dental problems that cannot be managed in the CCF or that require ongoing medical/dental treatment. When it is determined by CCC medical staff that an inmate medical problem exists that cannot be managed in a CCF, the contractor staff is required to contact the HCM/CMO or the Medical Officer of the Day (MOD) at PVSP for direction. The HCM/CMO/MOD will decide the course of medical treatment for the inmate and whether the inmate needs to be transported out of the CCF. In a life threatening emergency, the CCC staff will contact 911 for emergency medical transportation of an inmate by ambulance to the nearest Medical Center or Hospital. The HCM/MOD may also authorize the utilization of a local medical contractor resource to provide treatment for a CCF inmate.

The Community Correctional Facilities Administration (CCFA) cannot determine or authorize the medical/dental treatment of inmates at CCC or any other CCF. Additionally, only the HCM/CMO at PVSP can authorize the scheduling of inmates to receive medical or dental treatment at the hub or other medical facility. Your request for Tuberculosis (TB), testing or Influenza vaccinations or supplies for CCC staff can only be authorized by the HCM/CMO at PVSP.

Page 2
June Robinson, Medical Concerns

The CCFA has submitted the past two years a Budget Concept Statement (BCS) requesting the Department require 24-hour, Registered Nurse (RN) coverage at each CCF/MCCF. As of this date, CCFA is in discussion with Health Care Services Division regarding the BCS, which will likely include discussions with the court appointed Medical Receiver, Robert Sillen. I want to assure you that CCFA is not ignoring your request to convert the LVN's to RN's, in fact we support the need for healthcare coverage 24 hours a day at each CCF/MCCF. Unfortunately, we have not received funding authority for RN positions.

It is recommended that you directly contact Doctor Alvarez, HCM or Doctor Igbinosa, CMO at PVSP to express your concerns for TB testing, Influenza vaccinations and inmate medical treatment for inmates at CCC. If we receive further information on converting your LVN's to RN's 24 hours a day, we will let you know. Also, should you have other CCF program requests in the future, please submit them directly to Pamela A. Prudhomme, Chief (A), CCFA. Thank you for bringing up your concerns and feel free to contact me if you have any questions at 916-323-9217.

Sincerely,

TERRY DICKINSON
Correctional Administrator-Support Services
Community Correctional Facilities Administration

cc: Stephen Julian
    Joyce Hayhoe
    Anthony Kane
    Pamela A. Prudhomme
    Dave Bollinger
    Mike Enos
    Tim Rougeux