# EXHIBIT 9

June Robinson

From: Kristi Anderson
Sent: Wednesday, November 15, 2006 11:53 AM
To: June Robinson
Subject: FW: Medical : Claremont Custody Center Follow-up to site visit

COPY

From: Nick Comaites [mailto:ccfa_captain@yahoo.com]
Sent: Wednesday, November 15, 2006 10:41 AM
To: Kristi Anderson
Subject: Fw: Medical : Claremont Custody Center Follow-up to site visit

---- Forwarded Message ----
From: "Krupp, Calla" <Calla.Krupp@cdcr.ca.gov>
To: "Prudhomme, Pamela" <Pamela.Prudhomme@cdcr.ca.gov>
Cc: "Dickinson, Terry" <Terry.Dickinson@cdcr.ca.gov>; Nick Comaites <ccfa_captain@yahoo.com>; "Hansen, Ronald" <Ronald.Hansen@cdcr.ca.gov>
Sent: Wednesday, November 15, 2006 9:22:27 AM
Subject: Medical : Claremont Custody Center Follow-up to site visit

Pam:

Status of PVSP's actions to attempt to resolve medical situation at Claremont Custody Center. FYI.

*Calla Krupp, Correctional Administrator (A)*
*Field Operations*
*FA*
*/445-6807 (office)*
*/445-9336 (fax)*

*Handwritten note:* CCC has not received further evidence that CDCR or CCFA is trying to solve the problem.

Original Message-----
From: Hansen, Ronald
Sent: Wednesday, November 15, 2006 9:13 AM
To: Mahoney, Maureen; Alvarez, William; Igbinosa, Felix; Griffith, Trenna; Hernon, Philip; Yates, James; Krupp, Calla
Subject: CCF Claremont follow-up to site visit

Maureen and Bill,

This e-mail is a follow-up to the site visit to CCF Claremont on October 17, 2006. Maureen Mahoney, Lieutenant W. Myers, Doctor Hernon and I conducted a site visit at CCF Claremont. During the site visit we met Bill Duncan the CCF Administrator and toured the nursing area. The nursing area is small approximately 10 feet by 20 feet containing the bare necessities. The CCF is a Licensed Vocational Nurse and works Monday through Friday day shift. There is no Registered Nurse (RN) at the CCF, nor any physicians. The Contract between CDCR and the City of Coalinga is approximately 19 years old and has not been revised. All medication is carry medication by the inmates. There is no over the counter medication program at the CCF since they have no

10/2007

J. Currently CCF Claremont sends 10 inmates a week to PVSP to see the doctor or dentist. A review of the CDCR form 7362 request for medical services filed by the CCF inmates was completed by Maureen who found that most could be covered a an RN ige and over the counter medication program.

rrently the CCF set-up is no where close to being in compliance with Plata guidelines or timeframes. The LVN is triaging which outside the scope of her license. The CCF count will soon be elevated to 520 inmates which PVSP is the HUB for all CCF aremont Medical issues.

iggest that we look into sending an RN to CCF Claremont once a week and implement a OTC program at CCF Claremont. :F. Claremont does have lockable cabinet that are not in use at the nursing station that could contain the OTC medication which : CCF LVN could not have a key. I also suggest that we send a Nurse Practitioner once a month to the CCF in order to cut wn on the number of inmates being transported to PVSP for cold and Flu symptoms that could be covered by an OTC program.

ctor Hernon suggested he could triage the dental patients at the CCF prior to bringing them to PVSP.

ase let me know the outcome of my suggestions.



1

1ald R. Hansen
iociate Warden
iate Medical Services
asant Valley State Prison
9) 935-7007

0)/2007