# EXHIBIT 10

Claremont Custody Center
185 W. Gale Avenue
Coalinga, CA 93210

Phone (559) 935-0851
FAX   (559) 935-0951
email: ccc@coalinga.com
www.coalinga.com

January 16, 2002

Pamela A. Prudhomme
Correctional Administrator – Field Operations
Community Correctional Facilities Administration
Institutions Division
California Department of Corrections
P. O. Box 942883
Sacramento, CA  94283

Subject: Medical and Disciplinary Inmate Transportation

Ms. Prudhomme,

There is a current and ongoing serious logistics problem with the system that is in place for the transportation of inmates for medical treatment and disciplinary transfers from the Claremont Custody Center (CCC) to our Hub Institution at Pleasant Valley State Prison (PVSP).

The current inmate transportation system for medical and disciplinary inter facility movement is the Central Transportation Unit (CTU) located in Delano at North Kern State Prison.

This Transportation Unit is located 75 miles from the CCC, and based on the rural roads, takes approximately 2 1/2 hours of "travel" time.

During regular business hours Monday thru Friday, the transportation unit responds for medical emergencies on an average, of 3 to 4 hours from the time of request to the time of arrival at CCC.

During weekday non business hours and on weekends the contact approval process is as follows:

- CCC Lieutenant or Sergeant contacts the Department Community Correctional Facilities (CCF) – Administration Officer of the Day (AOD)
- The Departmental CCF – AOD contacts the CTU
- Departmental – AOD calls CCC Watch Commander with an estimated time of arrival for the CTU

Frequently there are serious time delays regarding the above contacts and actual CTU time of arrival. It is my assessment after observing this process for approximately six months the Department and the City are not in a good position from a systemic liability point of view.

Claremont Custody Center
185 W. Gale Avenue
Coalinga, CA 93210

Phone (559) 935-0851
FAX    (559) 935-0951
email: ccc@coalinga.com
www.coalinga.com

In addition, because of the significant time delay in the current transportation process and PVSP medical department staffs' professional concern to be able to provide health care services, especially in possible emergency situations ambulance service is authorized to error on the side of caution. This practice has facilitated unnecessary costs on many occasions.

It is not a case of poor communication or cooperation, to the contrary, the CDC/AOD's, CTU and our Hub Institution, PVSP, are doing the best job possible given the transportation system that is in place.

The CCC is established under Senate Bill 1591 and is a city government operated facility. The Lieutenants, Sergeants and Correctional Officers assigned to CCC have peace officer status and are weapon trained and qualified by CDC staff. Transportation of Prisoners Training can be provided by our Hub Institution at PVSP.

CCC could assume responsibility for inmate medical and disciplinary transportation to our Hub Facility at PVSP with the following additional resources:

- One screened transportation vehicle equipped with radio's to allow communication with the City of Coalinga Police Department and PVSP, and operating expenses
- Two Correctional Officer positions with RDO, Sick, Vacation and Holiday Releif

I had a meeting with Warden Gail Lewis and her Chief Medical Officer, Dr. John Klarich regarding health care services provided by the Hub Institution and they both agree and support this proposal.

Carl Larson
Facility Director
Claremont Custody Center

cc: Gail Lewis, Warden PVSP
    Dr. John Klarich, Chief Medical Officer PVSP
    J. Ferguson, CDC Captain
    Richard Warne, City Manager

State of California                                                    Department of Corrections

# Memorandum

Date    :   February 25, 2002

To      :   Carl Larson
            Facility Director
            Claremont Custody Center

Subject:    **MEDICAL AND DISCIPLINARY INMATE TRANSPORTATION**

This is in response to your letter dated January 16, 2002 requesting to assume responsibility for inmate medical and disciplinary transportation to your hub institution at Pleasant Valley State Prison.

Thank you for your willingness to assist with this ongoing problem. I appreciate and share your concerns.

Currently, the Community Correctional Facilities Administration is actively working with the California Department of Corrections (CDC) Transportation Unit to resolve transportation issues relative to the CCF program. We are determined to improve the effectiveness and efficiency of inmate transportation at all of our facilities.

In your proposal, you identify the need for additional staffing and a transportation vehicle to provide this service. The current contract agreement between CDC and the City of Coalinga does not provide for these additions. Therefore, I recommend that you address your proposal during the contract negotiation process.

Thank you once again for the submission of your proposal and sharing your concerns. Should you have any questions or additional concerns regarding this matter, please contact me at (916) 323-5155.

Sincerely,


PAMELA A. PRUDHOMME
Correctional Administrator-Field Operations
Community Correctional Facilities Administration
Institutions Division

cc:  G. Harding
     S. Tobik
     J. Ferguson

* CDC 1617 (3/89)