# EXHIBIT 11

# CITY OF COALINGA
## CLAREMONT CUSTODY CENTER

PHONE (559) 935-0851                                          FAX (559) 935-0951

TO: NICK COMAITES, FACILITY CAPTAIN (A)
SUBJECT: PVSP ACCESS TO MEDICAL/DENTAL CARE
DATE: JUNE 1, 2006



## MEMORANDUM

Claremont Custody Center (CCC) continues to experience difficulty scheduling and having inmates seen for both medical and dental care by our hub facility, Pleasant Valley State Prison (PVSP). On numerous occasions, LVN K. Tollison has attempted to have inmates seen or transported to PVSP, only to be met with resistance and a failure to cooperate until either you or the CC II make arrangements to remedy the situation. As it currently stands, CCC only sends 10 inmates per week on Thursdays for a combination of medical/dental care. Today, 6-1-06, CCC was scheduled to send 5 inmates for dental care; however, Dr. G. Alexander reduced the number to 1, specifying he had to see PVSP inmates as part of screening requirements in the Perez v. Tilton litigation (refer to attached fax from Dr. Alexander). As has been the case on previous occasions, CCC inmates have had care postponed or not treated at all because the medical staff from PVSP views their assigned inmates as the priority. PVSP has been designated by the California Department of Corrections and Rehabilitation (CDCR) as the hub facility for CCC. By contract, PVSP is required to provide medical and dental care to the inmates assigned to this facility. In essence, the inmates at CCC are also their responsibility. I would further inquire as to whether or not CCC inmates would also be screened as part of the Perez Lawsuit since they too are part of the class of inmates affected by this litigation.

I would ask that you intercede in our behalf and remedy this situation once and for all. This is the very scenario that if raised to the attention of the Receiver assigned by the court to oversee the delivery of health care in CDCR, he would find them in violation of the court's order. I would prefer not to further document problems in the delivery of health care to inmates at CCC; however, I will do so if this problem is not rectified.

*June Robinson*
June Robinson
Facility Director

State of California — Department of Corrections & Rehabilitation

# Memorandum

*Julito Medical Issue —*

*COPY*

Date : June 6, 2006

To : Calla Krupp
Correctional Administrator-Field Operations
Community Correctional Facilities Administration

Subject : **CLAREMONT CUSTODY CENTER ACCESS TO MEDICAL**

On June 2, 2006 I received a memorandum dated June 1, 2006, from J. Robinson Facility Director CCC (see attached). This document addressed concerns regarding access to Medical/Dental Care by the Hub Facility, Pleasant Valley State Prison (PVSP).

Upon review of the document and attachments, Miss Robinson has concerns that the inmates housed at CCC are not receiving adequate Medical attention. Miss Robinson contends that on numerous occasions CCC has attempted to have inmates medically evaluated, only to be met with resistance by PVSP medical staff.

On June 2, 2006 I personally met with Maurine Mahoney Correctional Administrator Health Care services PVSP. I provided her a copy of Miss Robinsons' memorandum and request a response. Miss Mahoney assured me that all CCC inmates are the medical responsibility of PVSP Medical and she would look into the allegations and respond via written documentation the week of June 5, 2006.

Please contact me for any additional information requested.

NICK COMAITES
Facility Captain (A)
Community Correctional Facilities Administration
Community Correctional Facilities Coalinga/Delano

Attachments

1617 (3/89)

# CITY OF COALINGA
## CLAREMONT CUSTODY CENTER

PHONE (559) 935-0851    FAX (559) 935-0951

TO: N. COMAITES, FACILITY CAPTAIN (A)
SUBJECT: MEDICAL APPOINTMENTS
DATE: AUGUST 4, 2006



## MEMORANDUM

Currently, Claremont Custody Center (CCC) is authorized to send 10 inmates weekly for various medical appointments at Pleasant Valley State Prison (PVSP). As you know, 10 inmates generally do not meet our needs. Soon, CCC will be expanded by 100 inmates in the overcrowding package. I request your assistance to increase our weekly transportation of inmates to PVSP by an additional 10 inmates, for a total of 20. Between medical and dental referrals, we will have no problem filling the transportation seats. I realize you must facilitate this request with both PVSP and the Central Transportation Unit, however, I need an answer as soon as possible to alert my LVN.

If you have any questions, please contact me at extension 203.

June Robinson, Facility Director

Cc: Call Krupp, Correctional Administrator, CCPA

Noted and concur