# EXHIBIT 12

Please have your people call or E-mail these contact's if you don't want this Christian based program on this yard to go away to be converted to a Sensitive Need's yard. Explain that Sierra Conservation Center has achieved unparalleled success since January 2003 in providing half of it's population substance abuse treatment, and significantly reducing major disturbances that saved the State several million dollars.

This S.C.C. unit has also provided the nation as the model of rehabilitation that is being implemented across the country, now in 42 states, as well as in the nations of Australia, Canada, Costa Rica, El Salvador, England, Fiji, Kenya, and South Africa. Since it's implementation the institution and it's inmates have benefited by the program which has made the facility easier to manage, has provided inmates with a transition program that can be continued upon release in a local church. Plus has provided a positive outlet for dealing with the frustrations and problems that face us all daily. This lowers crime in our state.

Your support is needed to keep this very positive influence which is the CDCR's only faith based Substance Abuse Program at Sierra Conservation Center, which is the National model for theraputic community treatment.

Your help will be greatly appreciated.

Here are the contacts we need to reach with this message.

Tuolume County Board of Supervisers 209-533-5521

Dept of Corrections 916-445-7682

Director Jim Tilton 916-323-6001

Inspector General 916-830-3600  Fax 916-928-5974

CDCR Complants 916-445-1773  Fax 916-324-8263

Governor Message  916-445-2841  Fax  916-445-4633

Don Perata Senator  916-445-6577  Fax  916-327-1997

Senator Gloria Romero  916-445-1418

Assembly Fabian Nunez  916-319-2046

FGL  916-443-3734

Sierra Conservation Center
5150 O'Byrnes Ferry Road
Jamestown CA. 95327

To Whom It May Concern:

I, ▆▆▆▆▆▆▆, am an inmate at Jamestown State Prison; I am currently in Celebrate Recovery/Substance Abuse Program (SAP) I have been a participant for 12 months I have taken on a different way of thinking I'm learning problem solving skills and I am involved in a 12 step recovery.

This Institution has played a vital role in my drug rehabilitation, it hosts a number of programs that have been involved in my recovery, I have participated in an alternative to violence program, a parenting class, AA/ NA, Rick Warrens Celebrate Recovery Program and The 40 days of purpose seminar.

I am also participating in Coastline Community College and have completed 9 units I am also enrolled in a vocational training computer technology course and have completed the first phase I have 9 months to parole this institution has played a vital role in preparing me for integration back into society.

If this yard were to change to a sensitive needs yard it would take away our recovery programs and our rehabilitation process. Through these programs we are offered after care for when we get paroled again if our place here in Jamestown gets taken I would not have my necessary funding to participate in my successful integration back into society.

I am writing to ask for your support in the opposition of changing this prison into a sensitive needs yard as it would abolish all the mentioned programs as sensitive needs inmates are not eligible for rehabilitative programs such as are available to us so please help us in our quest to keep this yard to a mainline prison.

May 23, 2007

To Whom It May Concern:

Hello my name is ████████ and I am an inmate here at S.C.C. Jamestown Prison. This is the second prison I've been to during the first half of my prison term. I was housed on the Lassen yard at C.C.C. Susanville for nearly 1 year and during this time I had been making huge changes in my life. I started in the Celebrate Recovery Program up there but in no time there had been a series of riots that caused multiple lock-downs. I had found a brochure for the Celebrate Recovery program here in Jamestown and immediately put in the request for transfer.

I've been here for around 6 months now and have came so far in my growth. The programs here are amazing and have led me into a way better understanding of my self, the people around me. I am confident that there is no other prison yard in the state of California that programs the way this one does. So many of the ordinary prison barriers have been and continue to be broken. We have great fellowship and unity through the programs that are offered here.

In a time of great progress I feel it is such a loss for this prison to be taken from the many men, including myself, who are truly looking for change in there lives. It is an absolute shame on our prison system to tare down a successful, functioning program In the middle of a huge overcrowding crisis. They say they want to create programs in order to keep people from coming back, but right here they seem to be taking away one of the best programs that they've already got.

In closing I'd only like to say, if there is anything that can be done to prevent the loss of this yard and all the programs they have here then please let it be known, My name is ████████ and I am one of the many men who are in fear of losing the opportunities, accountability, fellowship, and the unbelievable peace we maintain here on this yard. I want to say thank you for any type of interest you may show in this matter; this truly can effect my life and many others.

PLEASE HELP!
Sincerely,

████████

Please help us,

5150 O'Byrnes Ferry Rd.
Jamestown, CA 95327

May 23, 2007

To Whom It May Concern:

**<u>Rehabilitation is being shut down by the Californian Department of Corrections and Rehabilitation.</u>**
I am a "Lifer" at Sierra Conservation Center. I have been at this location for more than 12 years. Throughout this period the staff and inmates have worked together to develop what, I believe, is one of the most rehabilitative focused prisons you will ever see. More than half of this 1000-man facility is participating in voluntary rehabilitative programs that are largely inmate developed and inmate led. When an inmate arrives at this level III yard from another prison, he often experiences culture shock because he is immediately confronted with a daily routine that revolves around the rehabilitation efforts of both staff and inmates. In twenty-five years of incarceration, I have never seen so many lives being changed for good. But this is about to change…

In spite of the legislative mandate to increase rehabilitative efforts, there is a plan to convert this facility into a "Sensitive Needs Yard." I'm sure there are reasonable arguments to choose this facility over others – <u>IF rehabilitation is a low priority.</u> If the CDCR upper administration fails to consider and foster the rehabilitative progress represented by this institution, then it is a clear signal to you that the administration at the top of this state agency is willfully ignoring the reforms demanded by the state legislature.

**<u>Consider the following statistics:</u>**
- There are more than 400 men in the two designated Substance Abuse therapeutic community buildings:
  - 200+ in Victory SAP – a fully funded outside agency operated program
  - 200 + in Celebrate Recovery SAP – a non funded inmate driven faith based program whose participants attend <u>19 hours a week of voluntary faith-based and secular programs</u> (You have to see it to believe it!)
- There are more than 100 men attending AA/NA and recovery meetings for four different faith groups.
- There are approximately ten different voluntary, inmate led "After Hours" groups such as Breaking Barriers, Alternatives to Violence, Choices, Relationships, Young Men's Group, Old Men's Group, etc…
- All of our Chapel services and Bible studies throughout the week are at maximum capacity with waiting lists. All of the faith groups are represented by more than twenty services a week.
- More than 100 men are taking voluntary community college classes.
- More than 1,300 individual "unlocks" are conducted each week that allow men to attend their classes.
- This yard has been featured in the New York Times, Stockton Record, Modesto Bee, FOX 40 News, and national Christian radio broadcasts. In 2004 the inmate led church received "a church of the year" award from Saddleback Church (Rick Warren, of the 40 Days of Purpose and the best selling "Purpose Driven Life" book). I have included a few attachments

**<u>The Rehabilitative Atmosphere cannot be moved, it must be grown.</u>**
You cannot simply shuffle the deck, saying a certain program would work better at a lower level facility. Most of these rehabilitative efforts have been grown over time. <u>It Takes Years</u>. It took many years of hard work by staff, outside volunteers and inmates to develop an atmosphere where the yard peer pressure now favors doing something to change. You cannot simply move these programs like a gas station and expect the same product. You have to grow them by people who care enough to suffer the growing pains. It's about the people, not just a classroom and a book. A facility needs stability and both staff and inmates who are willing to work together.

It is my hope that you will challenge the California Department of Corrections and Rehabilitation on the conversion of this particular facility. It would be a step backwards from the goal of increasing rehabilitation.

Sincerely,

5-24-07



5150 O'Byrnes Ferry Rd.
Jamestown, Ca 95327

To Whom It May Concern:

First I would like to thank you for taking the time to read this letter and listen to the concerns that I and others have about transferring the Jamestown prison (S.C.C.) level 3 yard to a sensitive needs yard. When I first got here to S.C.C. III, Jamestown in August 2003, the first thing that struck me was watching all of these people get off work and instead of going home to shower and relax they would go to these self help groups offered in the S.A.P. trailers. I asked about these and they said anyone interested could go to these after-hour classes. I was shocked because in all of my time in prison I had never heard of so many different self-help groups being offered to inmates. So I started to check them out. Since then I have grown so much and have worked through so many issues that have kept me bound by addiction. Because of this yard and the programs that it offers I have a real chance at succeeding when I parole in the next year. Instead of paroling a hardened violent criminal, I am paroling a new man who has been given the tools necessary to succeed. Also I have seen these programs change the lives of many around me and this makes me glad because I don't want others to spend most of there life in prison as I have. Of course there are some who don't take advantage of all that this yard has to offer, but at least the opportunity was there for them, as the saying goes " you can lead a horse to water but you can't make him drink. The water and help is here to help those who want to change. **This yard is a model of what every prison yard should offer if Rehabilitation is truly the goal.** This is one of only a few places that rehabilitation is actually taking place.

Changing this yard over to a P.C. yard would be a big mistake and taking away the only chance that many will have to change there lives. **This place is working why change it?** It just shows bureaucracy at its worst. Getting **inmates to willingly participate** in changing there lives isn't easy and takes a lot of work by many who are willing to be role models and step out there. You would be breaking that up. PLEASE, IF THERE IS ANYTHING THAT YOU CAN DO TO HELP KEEP THIS PLACE THE WAY IT IS SO THAT POPLES LIVES CAN CONTINUE TO CHANGE FOR THE BETTER. **Thank you.**

Respectfully Submitted,





5150 O'Byrnes Ferry Road
JAMESTOWN, CA 95327

May 23, 2007

Attention: To Whom It May Concern:

My name is ███████████ I am a lifer with 22 years in custody, with 20 plus years disciplinary free programming. I am presently housed here at Sierra Conservation Center. I am a member of the **Faith Based, Celebrate Recovery Program,** and have been ever since my arrival 3 plus years ago. I write to you with deep and sincere concern over the purposed conversion of Sierra Conservation Center, Level III to a SNY institution. In effect this move would remove the only positive Rehabilitative institution in the CDCR system that I know of. In the past, I have been housed at Vacaville, Tehachapi, Mule Creek, Soledad, Lancaster, New Corcoran and Old Corcoran, so I speak with a wide range of experience. Out of all those institutions not one had any positive programming past AA/NA, no true rehabilitative programming. If the **R in CDCR** is to mean anything let it begin here.

I watched my cellmate a **COMBAT VETERAN** work hard for two years along with others to establish a Sacramento mandated Veterans program. Just now completed called the (VIP) Veterans Incarcerated Program. I am presently also a member of the HOPE lifer's group here, which has taken on the facilitation of "Living Free" a Pre-Release class for individuals 6 months or less.

**RECOVERY and REHABILITATION are INFECTIOUS.** Here at Sierra, there is AA/NA on Tuesday nights with over 100 participants as well as AA/NA BOOK STUDY meetings on Mondays that works with nearly 50 individuals. There has been the establishment of many recovery programs Parenting, Gordon Graham's "Breaking Barriers," Anger Management, Relationships and other programs 12-Step in nature. The White Bison Medicine Wheel Wellbriety Group for Native Americans, Muslim 12-step, Pagan 12-step, and Celebrate Recovery, along with Rick Warrens **"40 Days of Purpose."** A Buddhist meditation, Movement meditation and a Catholic Spirituality program all running with maximum participation. **REHABILITATION is EDUCATIONAL,** there has been an agreement with Coastline Community College for classes which began with 6 individuals, and has grown to over 100 **College Class Participants.**

**It is wrong to take away the positive rehabilitation going on here.** Only positive rehabilitation will return to society healed and rehabilitated individuals who will be productive members of our society. **STOP the loss of these programs.**

Respectfully submitted:

Tommy Gregory



SIERRA CONSERVATION CENTER
JAMESTOWN, CA. 95327

To whom it may concern,

I am writing this letter, because I have an invested interest here at Sierra Conservation Center. I am speaking about the time and the effort I have dedicated towards rehabilitation. Since arriving here at Serra Conservation Center, Tuolume yard, I have been actively involved in Celebrate to Recovery, Narcotics and Alcoholics Anonymous, Alternatives to Violence and recently began attending Vocations, Office Services.

It has been brought to my attention that CDC has a desire to turn this yard into a sensitive needs yard. I do not fit the criterion for this change and will be displaced as a result of a decision being confirmed. I am lucky to be on a yard that provides as many rehabilitation programs as this one does. It may be that other prisons have the same opportunity as here, but the atmosphere may be far worse. This yard experiences very few lock downs. This enables people like myself who are very interested in changing an opportunity to change. Thank you for your time.

Sincerely, ████

To Whom It May Concern;

My name is ███████████ I am a 23yr. old who is currently incarcerated in Sierra Conservation Center. I am writing with concern to the changes that are about to happen concerning this prison. Sacramento is desiring to transform this prison into an S&Y, special needs yard.

When this occurs, this will be a great tragedy. A sad tragedy. The reason that it would be a tragedy is because there are so many opportunities for rehabilitation. I am learning how to become a productive citizen in this prison. I am given the opportunity to become a better person, brother, son, and friend. No other place can provide me with such opportunities. I participate in Victory Sap and Celebrate Recovery Sap. I am also a college student through Coastline Community College. I am a facilitator of Alternative To Violence California. These are resources that are not well met in no other prison.

My voice is small and most likely meaningless, Yet I will say that change and hope starts with one person at a time. That is what I am doing, I am putting forth the effort that is needed to make the positive change in this situation. I appreciate your time for reading this letter, thank you.

Sincerely,



May 24, 2007

To Whom it may concern:

As of this date I have been on the Toulomne yard level III at Sierra Conservation Center for two years. During this time that I have been here I have been involved in the Celebrate Recovery program. Being a Christian and a recovering addict and finding a program such as this has been a blessing for me in my life!

While in the Celebrate Recovery program I have learned many things about myself. Today, I know how to deal with my hurts, habits and hang-ups and when I return to society, I will be able to as a sober, law abiding man of God! And I know and believe in my heart that I owe this to my family, friends, the victim of my crime and all the citizens in society to continue to better myself to be that person. Celebrate Recovery /SAP offers these same life changing skills to every man on this yard. As for results, I know men who were in this program and are currently in society living as decent citizens with much thanks to programs like Celebrate Recovery /SAP.

In light of the recent proposal to change this yard over to an Special Needs

yard I ask on behalf of my brothers in Christ and all of the other men involved in these self help programs, that this proposal be re-thought for a different prison. Men's lives are being changed here for the better and that's what prison is all about now. With the CDC now being the CDCR (California Department of Corrections and Rehabilitation) it should not even be to the proposal stage to change this yard to an SNY yard. Men are being rehabilitated and to take them out of this kind of rehabilitation environment and send them to a no-program yard would be taking two steps backwards!

I believe that it is necessary to leave this yard as it is so that we, the inmates may continue to work towards a better life through recovery which is the same goal as the CDCR, to be rehabilitated!

I thank you for your time and your concern for this matter.

05·24·07

To Whom It May Concern

I would like to have my voice heard in the regard of the transfiguration of JamesTown-SCC into a "Sensitive Needs Yard". JamesTown has the greatest programs to help inmates change their lives and prepare them for life in society. JamesTown offers college course at Coastline Community College, V-SAT, CR-SAP, vocational class, PIA, and a opportunity to receive a GED. JamesTown is preparing me for society and it would be devastating if JamesTown is transformed into another yard. This action would hender me in being "Rehabilitated" as CDCR wants and I want. There are no guarntee I'll go to another institution that will offer me the things I need to change. I like JamesTown the way it is and my last 2 years I need and want to be here to better myself. I received a GED here. I was a active participant in Celebrate Recovery Substance Abuse Program and now I'm tring to move into Victory Substance Abuse Program right now and I'm a member of Coastline Community College trying to further my education. JamesTown is the model for other Institutions and if others were like this I would leave but there is not and JamesTown should be left to continue program. Thank you for hearing my words and voice and pray that the right decisions is made.

Sincerely yours

Inmate at JamesTown-S.C.C.

5-22-0

To whom it may concern.
My name is ███████████ and
am an inmate at SCC. I am also
a leader in the celebrate recovery program
and at one time was a peer mentor
for victory sap. which in turn are
both very good recovery and rehabilitation
programs that the state has offered so
one may better get a start on life that
the state requires.

I can honestly say that
never in my term have I've been
on a yard were a person can tails
find himself and the help that be
needs to get by of knowing he has
a chance to know himself better and
the changes he needs to make to bea
a better man or son, Farther, brother

But most importantly a better
Person as he goes into society as for
myself I come from a very broken
home and a family of sixteen. My
Farther was a drunk and an abuser

②

So you can understand the trama one lived growing up. But there is one thing that this program has given me and that is a new life and a new hope to truly know that there is a better way and it starts by having knowledge of yourself and to know what makes a person who he is.

That brings me to what GOD says [My people are destroyed for lack of Knowledge Hosea 4:6] GOD the only Knowledge that I had was that the way a man is was to be prideful and hateful and everything in life was about me, myself and I and that men dont cry if you did you were considered week and not a man.

AND that you never ask for help if you did not have then you would take it or fight to get it and all of one answer were in the battle because the battle was your friend.

To Whom it may concern:     05-28-(

       I greatly oppose the
actions and proposals to
"flip" Tuolumne Yard. Herein
and thereby this letter I
will to convey the hope, trust
and strength of the Tuolumne
Yard Recovery Program gives
to us as a community.
The year or so I've been
apart of the Celebrate
Recovery Groups' there has
been noticeable stride of
change in my mannerism.
Since then I have now
received alot fedbacks and
compliments for the improvements
I evince on a daily bases.
One example of change I
Know afresh is the eating
habits I use to have
in the inception of my
entry of the CR program.
I am Known to eat meals
the past with unruly and

hastedly fashion, Now days I am more conscious of the way in which I eat meals because I respect recovery and who are in it. To me that is proximity a reason to disagree with a "flip" and/or any modifying of this yard's programs and it's participants access to Recovery SPP for any propositions.

your sincerely,



5150 O'byrnes Ferry Rd.
Jamestown, Ca 95327