# CERTIFICATE OF SERVICE

The undersigned hereby certifies as follows:

I am an employee of the law firm of Futterman & Dupree LLP, 160 Sansome Street, 17th Floor, San Francisco, CA 94104. I am over the age of 18 and not a party to the within action.

I am readily familiar with the business practice of Futterman & Dupree, LLP for the collection and processing of correspondence.

On June 11, 2007, I served a copy of the following document(s):

**DECLARATION OF JOHN HAGAR IN SUPPORT OF RECEIVER'S SUPPLEMENTAL REPORT RE OVERCROWDING**

by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to the ordinary business practice of this office in the manner and/or manners described below to each of the parties herein and addressed as follows:

___ BY HAND DELIVERY: I caused such envelope(s) to be served by hand to the address(es) designated below.

_X_ BY MAIL: I caused such envelope(s) to be deposited in the mail at my business address, addressed to the addressee(s) designated. I am readily familiar with Futterman & Dupree's practice for collection and processing of correspondence and pleadings for mailing. It is deposited with the United States Postal Service on that same day in the ordinary course of business.

___ BY OVERNIGHT COURIER SERVICE: I caused such envelope(s) to be delivered via overnight courier service to the addressee(s) designated.

___ BY FACSIMILE: I caused said document(s) to be transmitted to the telephone number(s) of the addressee(s) designated.

**NORTHERN DISTRICT SERVICE LIST:**

| | |
|---|---|
| Andrea Lynn Hoch<br>Legal Affairs Secretary<br>Office of the Governor<br>Capitol Building<br>Sacramento, CA 95814 | Robin Dezember<br>Director (A)<br>Division of Correctional<br>Health Care Services<br>CDCR<br>P.O. Box 942883<br>Sacramento, CA 94283-0001 |
| Bruce Slavin<br>General Counsel<br>CDCR – Office of the Secretary<br>P.O. Box 942883<br>Sacramento, CA 94283-0001 | Kathleen Keeshen<br>Legal Affairs Division<br>California Department of Corrections<br>P.O. Box 942883<br>Sacramento, CA 94283 |

| | |
|---|---|
| Richard J. Chivaro<br>John Chen<br>State Controller<br>300 Capitol Mall, Suite 518<br>Sacramento, CA 95814 | Molly Arnold<br>Chief Counsel, Dept. of Finance<br>State Capitol, Room 1145<br>Sacramento, CA 95814 |
| Laurie Giberson<br>Staff Counsel<br>Department of General Services<br>707 Third St., 7th Fl., Ste. 7-330<br>West Sacramento, CA 95605 | Matthew Cate<br>Inspector General<br>Office of the Inspector General<br>P.O. Box 348780<br>Sacramento, CA 95834-8780 |
| Donna Neville<br>Senior Staff Counsel<br>Bureau of State Audits<br>555 Capitol Mall, Suite 300<br>Sacramento, CA 95814 | Warren C. (Curt) Stracener<br>Paul M. Starkey<br>Labor Relations Counsel<br>Department of Personnel Administration<br>Legal Division<br>1515 "S" St., North Building, Ste. 400<br>Sacramento, CA 95814-7243 |
| Gary Robinson<br>Executive Director<br>UAPD<br>1330 Broadway Blvd., Ste. 730<br>Oakland, CA 94612 | Yvonne Walker<br>Vice President for Bargaining<br>CSEA<br>1108 "O" Street<br>Sacramento, CA 95814 |
| Pam Manwiller<br>Director of State Programs<br>AFSME<br>555 Capitol Mall, Suite 1225<br>Sacramento, CA 95814 | Richard Tatum<br>CSSO State President<br>CSSO<br>1461 Ullrey Avenue<br>Escalon, CA 95320 |
| Tim Behrens<br>President<br>Association of California State Supervisors<br>1108 "O" Street<br>Sacramento, CA 95814 | Elise Rose<br>Counsel<br>State Personnel Board<br>801 Capital Mall<br>Sacramento, CA 95814 |
| Stuart Drown<br>Executive Director<br>Little Hoover Commission<br>925 L Street, Suite 805<br>Sacramento, CA 95814 | Michael Bien<br>Rosen, Bien & Asaro<br>155 Montgomery Street, 8th Floor<br>San Francisco, CA 94104 |
| Rochelle East<br>Deputy Attorney General<br>455 Golden Gate Avenue<br>Suite 11000<br>San Francisco, CA 94102-7004 | J. Michael Keating, Jr.<br>285 Terrace Avenue<br>Riverside, RI 02915 |

California State Personnel Board
Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550

**EASTERN DISTRICT SERVICE LIST:**

California Psychiatric Association
445 S. Figueroa St., 31st Floor
Los Angeles, Ca 90071-1602

SEIU Local 1000
1808 14th Street, Building 1
P.O. Box 160005
Sacramento, CA 95816

Psychology Shield
Theodora Oringher Miller & Richman PC
2029 Century Park East, 6th Floor
Los Angeles, CA 90067

Union of American Physicians and Dentists
595 Market Street, Suite 1400
San Francisco, CA 94105

Matthew A. Lopes, Jr.
Holland & Knight LLP
One Financial Plaza, 18th Floor
Providence, RI 02903

Dated: June 11, 2007

*/s/ Lori Dotson*
Lori Dotson