1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10
11 | RALPH COLEMAN,                ) No.: Civ S 90-0520 LKK-JFM
                                   )
12 |     Plaintiffs,               ) **[PROPOSED] ORDER**
                                   )
13 | vs.                           )
                                   )
14 | ARNOLD SCHWARZENEGGER, et al.,)
                                   )
15 |     Defendants                )
                                   )
16
17
18
19
20
21
22
23
24
25
26
27
28

Upon good cause appearing, defendants' request for a 45-day extension of the deadline for submitting a plan to improve Enhanced Outpatient Program care in administrative segregation units is hereby denied. Defendants are ordered to file the report on or before June 21, 2007.

IT IS SO ORDERED.

Dated: _____     _____
                                                         Honorable Lawrence K. Karlton

1
[PROPOSED] ORDER,
NO.: CIV S 90-0520 LKK-JFM