IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

     vs.

ARNOLD SCHWARZENEGGER,
et al.,

        Defendants.           <u>ORDER</u>

                                 /

        On June 6, 2007, the parties in this case submitted a Stipulation regarding

disputed attorneys' fees, costs and expenses incurred during the third and fourth quarters of 2006.

There are no disputed fees, costs or expenses from the first and second quarters of 2006.

        Pursuant to the stipulation filed on June 6, 2007, IT IS HEREBY ORDERED that

the parties will have until June 15, 2007 to complete their meet and confer regarding disputed

attorneys' fees, costs and expenses incurred in 2006.  If the parties are unable to fully resolve the

disputed amounts by June 15, 2007, plaintiffs shall file a motion to compel payment on or before

July 13, 2007.

DATED:  June12, 2007.

                                                      UNITED STATES MAGISTRATE JUDGE

/coleman06.34qstp

1