IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

      vs.

ARNOLD SCHWARZENEGGER,
et al.,

        Defendants.          <u>ORDER</u>
_____/

        Defendants have filed a motion for a forty-five day extension of time to comply with the provisions of this court's March 9, 2007 and June 1, 2007 orders requiring the preparation of a report on and plan for improvement of enhanced outpatient programs in administrative segregation units.  Under the terms of the March 9, 2007 order, defendants' plan was due on June 11, 2007.  Plaintiffs oppose the motion and request that defendants be given no more than two additional weeks to comply with these provisions of the March 9, 2007 and June 1, 2007 orders.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Defendants' June 7, 2007 request for extension of time is granted in part; and

/////

/////

1

1        2. Defendants are granted a thirty day extension of time until July 11, 2007 to

2  file and serve the report and plan for improvement of enhanced outpatient programs in

3  administrative segregation units required by this court's March 9, 2007 and June 1, 2007 orders.

4  DATED: June 13, 2007.

5

6

7                        LAWRENCE K. KARLTON
                            SENIOR JUDGE

8                        UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26