EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | DEFENDANTS' EX PARTE MOTION, WITH DECLARATION OF DEBORAH HYSEN, [PROPOSED] ORDER RE: EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO COURT ORDER OF APRIL 17, 2007. |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I.

**INTRODUCTION**

In December 2005, Defendants provided this Court with an amended long-term plan for the provision of mental health beds. The plan centered around the development of consolidated care centers for mental and medical health services and the departure of the Department of Mental Health (DMH) as a provider of inpatient mental health services. On April 17, 2007, this Court directed Defendants to file a supplemental report by June 15, 2007.

/ / /

1 Defendants now ask for a sixty-day extension of that deadline.

## II.

## FACTUAL AND PROCEDURAL BACKGROUND

This Court entered orders requiring Defendants to engage in short and long-term bed planning. (Orders, 3/3/06, 5/2/06, 10/20/06.) Defendants' efforts culminated in the filing of an amended long-term bed plan on December 19, 2006. (Def. Filing, 12/19/06.) After receipt of Special Master Keating's report on the amended long-term bed plan, Defendants filed additional information about the plan. (Def. Filing, 2/27/06.) On April 17, 2007, this Court ordered, "By June 15, 2007, Defendants shall file a supplemental report which addresses two issues: CDCR's relationship with DMH and CDCR's consolidation plan."

On or about April 26, 2007, AB 900 became law. On May 11, 2007, Governor Schwarzenegger established the Facilities Construction Strike Team, and named Deborah Hysen has its lead.

Defendants' counsel sought and was unable to obtain a stipulation to this sought extension. (Dec. Tillman, ¶¶ 3, 4.)

## III.

## LEGAL ARGUMENT

Defendants request additional time to plan the key components of the bed plan--staffing and consolidation with the Receiver--within the new context of AB 900 and the Governor's Facilities Construction Strike Team.

On April 26, 2007, the Legislature approved AB 900 and so provided for the construction of 40,000 prison beds, including much-needed mental health beds and approximately 13,000 new jail beds. (Dec. Hysen, ¶ 3.) Just two weeks after the passage of AB 900, the Governor created the Facilities Construction Strike Team to implement AB 900. (*Id.*, ¶ 3.) The Facilities Construction Strike Team will review this legislation carefully to ensure appropriate application to multiple classes, including the *Coleman* inmate-patients. (*Id.*, ¶ 6.) The preliminary work of the strike team has begun, with a review of Defendants' long-range mental health bed plan. (*Id.*, ¶ 8.) The space plans submitted in the *Plata* and *Perez* cases will

also have to be reviewed. (*Id.*) The strike team's mission is to create an overall strategy for implementing AB 900 and complying with outstanding court orders. (*Id.*) For instance, the use of the Governor's emergency powers to facilitate the construction of needed bed and treatment space will be considered. (*Id.*) Defendants request additional time in order to establish the organizational capacity, systems, personnel and resources within the CDCR's facility operations to meet the requirements of AB 900 in order to support the construction, staffing, and consolidation envisioned in Defendants' long-term bed plan. (*Id.*, ¶ 10.)

## IV.

## CONCLUSION

Defendants respectfully request a sixty-day extension of the deadline for the supplemental report in order to lay the groundwork provided by AB 900 and the Facilities Construction Strike Team and so ensure effective development and administration of the submitted mental health bed plan.

Dated: June 13, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30276746.wpd
CF1997CS0003

DEF. REQUEST EOT

3