1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  TRACY S. HENDRICKSON
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME RE: DEFENDANTS' RESPONSE TO COURT ORDER OF APRIL 17, 2007** |

I, Lisa Tillman, declare:

1. I am an attorney licensed by the State of California and admitted to practice before the United States District Court of California, Eastern District.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. On June 6, 2007, I sent an email to Plaintiffs' counsels Ivan Trujillo and Michael Bien requesting a stipulation to a sixty day extension of the deadline for the plan required by this Court's order of April 17, 2007. I asked for a response by June 8, 2007.

DEF. EOT, DEC. TILLMAN

1

1      4.    Plaintiffs' counsels have indicated that they are not willing to stipulate to this
2  requested extension.

3      I declare under the penalty of perjury that the foregoing is true and correct.

4  Dated: June 13, 2007      By: *[signature]*
                                                    Lisa Tillman

30279996.wpd
CF1997CS0003

DEF. EOT, DEC. TILLMAN

2