EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME RE: DEFENDANTS' RESPONSE TO COURT ORDER OF APRIL 17, 2007** |

I, Deborah Hysen, declare as follows:

1. I am currently the lead member of the Facilities Construction Strike Team, which was established by Governor Schwarzenegger on May 11, 2007. I was appointed to the position of Chief Deputy Secretary of Facility Planning, Construction and Management for the California Department of Corrections and Rehabilitation on June 8, 2007.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

///

3. The Facilities Construction Strike Team was created in response to Assembly Bill 900 (AB 900). AB 900, otherwise known as the Public Safety and Offender Rehabilitation Services Act, provides a historic opportunity for the California Department of Corrections and Rehabilitation (CDCR) to fundamentally alter its practices and methodologies for the incarceration, development, treatment, and parole of its inmates.

4. As the appointed leader of the Facilities Construction Strike Team, it will be my primary responsibility to develop a complete set of strategies to meet all of the complex real estate requirements of AB 900. I have spent over twenty years in both the private and public sector arena managing the entire spectrum of real estate services. As the former Assistant Deputy and later Acting Deputy of Real Estate for the Department of General Services (DGS), I was responsible for the day-to-day operations of over 20,000,000 square feet of state-owned and/or leased property located throughout California; supervision of over 2,000 employees; and management oversight, policy recommendations, and fiduciary control over an annualized capital outlay workload of $5 billion. Later, acting in the capacity of DGS's Chief Deputy Director, I oversaw and guided the activities of the Division of the State Architect, the Office of Public School Construction, and the radio network infrastructure for the State's Telecommunications Division.

My real estate expertise as it pertains to the objectives of AB 900 include coordinating new construction, managing renovations involving major and minor capital outlays, supervising planning and programming, overseeing operations and maintenance, conducting feasibility analyses, participating in lease negotiations and land acquisition, assisting in bond document preparation, drafting various regulations and legislation, and managing community involvement.

5. The Facilities Construction Strike Team includes experts in public facility construction, correctional facility planning and construction management, correctional facility financing, inmate and staff security and programming. The Facilities Construction Strike Team will restore CDCR's major project management capability and will work to expedite the construction of the in-fill, re-entry, medical/mental health, and county jail beds authorized by AB 900.

DEF. EOT, DEC. HYSEN

6. The Facilities Construction Strike Team will review this legislation carefully to ensure appropriate application to multiple classes, including the *Coleman* inmate-patients.

7. The Facilities Construction Strike Team will meet with CDCR executives weekly and aggressively create and implement the capacity to manage the design, construction, and opening of these beds, on schedule. Moreover, expediting construction will include waiving state laws, as needed, pursuant to the Governor's Emergency Proclamation.

8. Under my direction, the Facilities Construction Strike Team has commenced its work, including meeting with CDCR executives and the *Plata* Receiver. The Team has reviewed the *Coleman* bed plan and will review the bed and space plans for the *Plata* and *Perez* cases in order to meet the Team's objective of implementing AB 900 in compliance with outstanding court orders. The scope of these plans is being reviewed for sufficiency to meet that objective. Timelines are being analyzed for acceleration opportunities, including the application of design-build authority and the feasibility of using the Governor's emergency powers to facilitate the construction of needed bed and treatment space.

9. I am aware that this Court has directed Defendants to submit a supplemental report, by June 15, 2007, on the amended long-range mental health bed plan. The supplemental report must addresses two issues: CDCR's relationship with DMH and CDCR's consolidation plan.

10. I believe Defendants' supplemental report should not be submitted before the establishment of the organizational capacity, systems, personnel and resources within the CDCR's facility operations to meet the requirements of AB 900 and the Governor's Facilities Strike Team, necessary to support the construction, staffing and consolidation envisioned in Defendants' long-term bed plan.

/ / /
/ / /
/ / /
/ / /
/ / /

11. I therefore request an additional sixty days to provide this Court with the supplemental report required by the April 17, 2007 court order.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Sacramento, California, on June __, 2007.

*/s/ DEBORAH HYSEN*

30277807.wpd
CF1997CS0003

DEF. EOT. DEC. HYSEN

4