PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

     Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

     Defendants

)
)
)
)
)
)
)
)
)
)
)

No.:  Civ S 90-0520 LKK-JFM

**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' *EX PARTE* MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THE APRIL 17, 2007 COURT ORDER, PARAGRAPH 3**

I, Michael W. Bien, declare:

1.    I am a member of the Bar of this Court and a partner of the firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* plaintiff class (hereinafter "Plaintiffs"). I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I submit this declaration in support of Plaintiffs' Opposition to Defendants' *Ex Parte* Motion For An Extension Of Time To Comply With The April 17, 2007 Court Order, ¶3 (Requiring A Report Regarding The Consolidated Care Center And DMH Portion Of Defendants' December Bed Plan).

2.    On June 12, 2007, I attended a *Coleman* Policy Meeting in Sacramento. Present at this meeting were representatives from the California Department of Corrections and Rehabilitation ("CDCR"), the Department of Mental Health ("DMH"), the Department of Finance, plaintiffs' counsel, Deputy Master Matthew Lopes and members of his monitoring team. During the portion of the meeting regarding construction updates, I asked Doug McKeever, Director of Mental Health Programs, Division of Correctional Health Care Services, for an update on the schedule for the construction of the consolidated care centers. Mr. McKeever indicated that there is still no schedule for construction of these mental health beds. Defense counsel indicated that there is not even a plan to come up with that schedule.

3.    During the June 12, 2007 Policy meeting, defendants confirmed that the vast majority of allocated headquarter positions remain vacant. They reported that the bulk of the new hires have been clerical and support staff in headquarters.

4.    On June 11, 2007, I participated in a coordination meeting with the John Hagar (the Receiver's Chief of Staff), plaintiffs' counsel in *Armstrong*, *Coleman* and *Plata,* the *Perez* Court experts Shulman and Scalzo. Special Master Keating participated by phone. During that meeting, we discussed six proposed coordination agreements contained in the Court's May 29, 2007 Order, Docket 2247. The proposed agreements between the three cases do not include construction projects and it became clear at both the June 11 and June 12 meetings that the Receiver has no present schedule for construction of any new beds, let alone mental health beds.

1       I declare under penalty of perjury under the laws of California and the United States,

2   that the foregoing is true and correct, and that this declaration is executed in San Francisco,

3   California on June 14, 2007.

4

5   _____
    Michael W. Bien

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE MOTION FOR AN
EXTENSION OF TIME TO COMPLY WITH THE APRIL 17, 2007 COURT ORDER, PARAGRAPH 3, NO.: CIV S 90-0520 LKK-JFM