UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, | ) | No.: Civ S 90-0520 LKK-JFM |
| Plaintiffs, | ) | **[PROPOSED] ORDER** |
| vs. | ) | |
| ARNOLD SCHWARZENEGGER, et al., | ) | |
| Defendants | ) | |

Upon good cause appearing, defendants' request for a 60-day extension of the deadline to file a report regarding the Consolidated Care Center and Department of Mental Health portions of their December bed plan is hereby denied. Defendants are ordered to file the report on or before June 29, 2007.

IT IS SO ORDERED.

Dated: _____   _____
                                                                         Honorable Lawrence K. Karlton