HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@handsonbridgett.com

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
CHARLES J. ANTONEN, State Bar No. 221207
Deputy Attorney General
SAMANTHA D. TAMA, State Bar No. 240280
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Fax: (415) 703-5843
Email: Samantha.Tama@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | C-01-1351 TEH (N.D. Cal.)<br><br>**DECLARATION OF SCOTT KERNAN IN SUPPORT OF DEFENDANTS' RESPONSE TO RECEIVER'S SUPPLEMENTAL REPORT RE OVERCROWDING** |
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | CIV S-90-0520 LKK JFM (E.D. Cal.) |

I, Scott Kernan, declare as follows:

1. I am currently the Chief Deputy Secretary of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR), which is tasked with the operation of California's prisons, correctional facilities, and adult parole. Before becoming the Chief Deputy Secretary, I held the positions of Deputy Director, and later Acting Director of the Division of Adult Institutions. This declaration is submitted in support of Defendants' Response to Receiver's Supplemental Report re Overcrowding. All matters set forth in this declaration are personally known to me and if sworn as a witness in this matter, I could and would testify competently as to all matters set forth in this declaration.

2. CDCR balances many important, and sometimes conflicting, factors when deciding to implement mission changes and yard flips. The plan to convert the California Rehabilitation Center (CRC) to an all-male facility has been public since at least the Legislative Special Session in August 2006. At the time of the Special Session, CDCR contemplated CRC's conversion and I provided documents to the Receiver's Office relating to this proposal. CDCR also conducts weekly population management meetings that are attended by the Receiver's staff. These weekly population meetings noted, and began planning, the CRC conversion as early as February 7, 2007.

3. In the process of converting CRC, 300 female inmates were reduced through attrition, including parole and/or transfer to another facility.

4. Regarding the conversion of the Sierra Conservation Center (SCC), although the conversion will involve significant movement of inmates over time, CDCR has implemented an incremental activation schedule to slowly convert SCC with a reduced impact on medical care and other programs.

5. The indicated design capacity at SCC is 500 single-celled inmates. Although SCC currently houses 1,192 inmates, those cells – like those at all California prisons – are built with double bunks and can comfortably house 1,000 inmates. Thus, the indicated design capacity does not take into account that the cells may contain two occupied beds, each occupied by an inmate.

6. CDCR also operates Community Correctional Facilities (CCFs) that are only occupied by inmates who, as determined by medical staff, do not require significant medical attention. CDCR is committed to working with the Receiver's Office, as it has with respect to the out-of-state transfer of inmates, to address any medical concerns relating to CCFs.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Carmel, California, on June 18, 2007.

/s/ Scott M. Kernan
SCOTT M. KERNAN
Chief Deputy Secretary, CDCR Division of Adult Institutions

I attest that the declarant, Scott Kernan, concurs in the filing of this document, and that an original copy of this page containing the declarant's signature will be retained by Defendants. Executed in San Francisco, California, on June 18, 2007.

SAMANTHA D. TAMA
Deputy Attorney General