Ronald Yank, No. 041200
Gregg McLean Adam, No. 203436
Jennifer S. Stoughton, No. 238309
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:        gadam@cbmlaw.com
               jstoughton@cbmlaw.com

Benjamin C. Sybesma, No. 103380
Christine Albertine, No. 141033
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION
LEGAL DEPARTMENT**
755 Riverpoint Drive, Suite 200
West Sacramento, California 95605-1634
Telephone:   916.372.6060
Facsimile:   916.372.9805
Email         ben.sybesma@ccpoa.org
               christine.albertine@ccpoa.org

Attorneys for Amicus Curiae
California Correctional Peace Officers' Association

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>ARNOLD SCHWARZENEGGER, *et al.*, <br><br>Defendants. | No. Civ C 01-1351 TEH (N.D. Cal.) <br><br>**DECLARATION OF JENNIFER S. STOUGHTON IN SUPPORT OF AMICUS CURIAE CCPOA'S BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO CONVENE A THREE JUDGE PANEL TO LIMIT PRISON POPULATION** |
| RALPH COLEMAN, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>ARNOLD SCHWARZENEGGER, *et al.*, <br><br>Defendants. | No. Civ S 90-0520 LKK-JFM (E.D. Cal.) <br><br>Date:    June 27, 2007 <br>Time:    10:30 a.m. <br>Place:   Ctrm 1 <br>          Robert T. Matsui <br>              United States Courthouse <br>          501 I Street, Sacramento, CA |

CBM-SF\SF360955.1

**DECL. JENNIFER S. STOUGHTON ISO AMICUS CURIAE CCPOA'S BRIEF ISO PLAINTIFFS' MOTION TO CONVENE 3-JUDGE PANEL**

I, Jennifer S. Stoughton, depose and say:

1. I am an attorney entitled to practice before all of the courts of the State of California. I am an associate with the firm of Carroll, Burdick & McDonough LLP ("CB&M"), attorneys of record for amicus curiae, California Correctional Peace Officers' Association ("CCPOA"), in this matter. I am making this declaration in support of CCPOA's Brief in Support of Plaintiffs' Motion to Convene a Three Judge Panel to Limit Prison Population, which accompanies this declaration. I am familiar with the facts set forth in this declaration. If called upon as a witness, I could, and would, testify competently to these facts.

2. On Monday, June 18, 2007, I personally printed the October 4, 2006 Proclamation by the Governor of the State of California entitled: Prison Overcrowding State of Emergency Proclamation available to the public at http://gov.ca.gov/index.php?/proclamation/4278/. (Attached hereto as Exhibit "A," and incorporated herein by reference, is a true and correct copy of the October 4, 2006 Proclamation.)

3. On Monday, June 18, 2007, I personally printed California Department of Corrections and Rehabilitation's ("CDCR") Monthly Report of Population as of Midnight, May 31, 2007 available to the public at http://www.cya.ca.gov/ReportsResearch/OffenderInfoServices/Monthly/TPOP1A/TPOP1Ad0705.pdf. (Attached hereto as Exhibit "B," and incorporated herein by reference, is a true and correct copy of the May 2007 Population Report.)

4. On Monday, June 18, 2007, I personally printed the October 4, 2006 Press Release from the Office of the Governor entitled "Governor Uses Executive Authority to Relieve Prison Overcrowding, Proclaims Emergency to Allow Inmate Transfer" available to the public at http://gov.ca.gov/index.php?/press-release/4281/. (Attached hereto as Exhibit "C," and incorporated herein by reference, is a true and correct copy of the October 4, 2006 Press Release.)

1    5.    On Monday, June 18, 2007, I personally printed the February 2, 2007
Press Release from the Office of the Governor entitled "Statement by Governor
Schwarzenegger on Out of State Transfer of Inmates to Relieve Prison Overcrowding"
available to the public at http://gov.ca.gov/index.php?/press-release/5314/.  (Attached
hereto as Exhibit "D," and incorporated herein by reference, is a true and correct copy of
the February 2, 2007 Press Release.)

6.    In the course of representing its members, on or about November 10,
2005, CCPOA president Mike Jimenez received a letter from Brigid Hanson, then
Assistant Secretary of CDCR, informing him that the inmate population had reached
166,148 as of October 2005.  Attached to Ms. Hanson's letter was a two-page
memorandum dated October 25, 2005, from John Dovey, Director of CDCR's Division of
Adult Institutions, to Roderick Hickman, then Agency Secretary, on the subject of
"Modification to Correctional Operations Due to Compelling Operational Necessity."
(Attached hereto as Exhibit "E," and incorporated herein by reference, are true and correct
copies of Ms. Hanson's letter and the accompanying Dovey Memorandum.)

7.    On Monday, June 18, 2007, I personally printed California Department of
Corrections and Rehabilitation's ("CDCR") Monthly Report of Population as of Midnight,
October 31, 2005 available to the public at
http://www.cya.ca.gov/ReportsResearch/OffenderInfoServices/Monthly/TPOP1A/TPOP1
Ad0510.pdf.  (Attached hereto as Exhibit "F," and incorporated herein by reference, is a
true and correct copy of the October 2005 Population Report.)

8.    On May 8, 2007, CCPOA filed a lawsuit against the State and CDCR
under California Labor Code §§ 6400 *et seq.* in the San Francisco Superior Court seeking
declaratory and injunctive relief.  The case is *California Correctional Peace Officers'*
*Association, et al. v. Matthew C. Kramer (Warden), State of California, et al.*, Case No.
CGC-07-463194.  (Attached hereto as Exhibit "G," and incorporated herein by reference,
is a true and correct copy of the Complaint filed on May 8, 2007 in Case No. CGC-07-
463194.)

1  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 18th day of June, 2007, at San Francisco, California.

Jennifer S. Stoughton