1        I declare under penalty of perjury under the laws of the State of California that
2  the foregoing is true and correct and that this declaration is executed this 18th day of June,
3  2007, at San Francisco, California.

 

                                                    _____
                                                    Jennifer S. Stoughton