# EXHIBIT B

Data Analysis Unit
Estimates and Statistical Analysis Section
Offender Information Services Branch

Department of Corrections and Rehabilitation
State of California
June 5, 2007

MONTHLY REPORT OF POPULATION
AS OF MIDNIGHT May 31, 2007

TOTAL CDCR POPULATION

| | FELON/ OTHER | CIVIL ADDICT | TOTAL | CHANGE SINCE 05/31/06 NO. | CHANGE SINCE 05/31/06 PCT. | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|---|---|
| A. TOTAL INSTITUTIONS | 171,882 | 1,089 | 172,971 | +2,258 | +1.3 | | | |
| I. IN-STATE | 171,529 | 1,089 | 172,618 | +1,905 | +1.1 | | | |
| (MEN, Subtotal) | 159,942 | 791 | 160,733 | +1,620 | +1.0 | | | |
| (WOMEN, Subtotal) | 11,587 | 298 | 11,885 | +285 | +2.4 | | | |
| 1. INSTITUTIONS/CAMPS | 165,104 | 1,087 | 166,191 | +1,407 | +0.8 | 84,653 | 196.3 | 169,272 |
| INSTITUTIONS | 160,649 | 1,087 | 161,736 | +1,399 | +0.8 | 80,415 | 201.1 | 164,913 |
| CAMPS (CCC & SCC) | 4,455 | | 4,455 | +8 | +0.1 | 4,238 | 105.1 | 4,359 |
| 2. COMMUNITY CORR. CTRS. | 6,285 | 2 | 6,287 | +527 | +9.1 | 7,572 | 83.0 | |
| CCF PRIVATE | 2,871 | | 2,871 | +32 | +1.1 | 2,752 | 104.3 | |
| CCF PUBLIC | 2,640 | | 2,640 | +312 | +13.4 | 2,461 | 107.3 | |
| DRUG TREATMT FURLOUGH | 492 | 2 | 494 | +175 | +54.8 | 1,056 | 46.8 | |
| PRIVATE WORK FURLOUGH | 86 | | 86 | -13 | -13.1 | 1,103 | 7.8 | |
| PRISONER MOTHER PGM | 71 | | 71 | +3 | +4.4 | 70 | 101.4 | |
| FAMILY FOUNDATION PGM | 65 | | 65 | 0 | - | 70 | 92.9 | |
| WORK FUR. IN CUSTODY | 60 | | 60 | +18 | +42.8 | 60 | 100.0 | |
| 3. DMH STATE HOSPITALS | 140 | | 140 | -29 | -17.1 | | | |
| II. OUT OF STATE (COCF) | 353 | 0 | 353 | | | | | |
| ARIZONA | 277 | | 277 | | | | | |
| TENNESSEE | 76 | | 76 | | | | | |
| B. PAROLE | 124,163 | 1,752 | 125,915 | +9,385 | +8.0 | | | |
| COMMUNITY SUPERVISION | 122,701 | 1,752 | 124,453 | +9,464 | +8.2 | | | |
| COOPERATIVE CASES | 1,462 | | 1,462 | -79 | -5.1 | | | |
| C. NON-CDC JURISDICTION | 1,910 | 0 | 1,910 | -61 | -3.0 | | | |
| OTHER STATE/FED. INST. | 498 | | 498 | -38 | -7.0 | | | |
| OUT OF STATE PAROLE | 1,248 | | 1,248 | +20 | +1.6 | | | |
| OUT OF STATE PAL | 77 | | 77 | -41 | -34.7 | | | |
| CYA-W&IC 1731.5(c) INSTITUTIONS | 87 | | 87 | -2 | -2.2 | | | |
| D. OTHER POPULATIONS | 21,406 | 272 | 21,678 | -57 | -0.2 | | | |
| INMATES | | | | | | | | |
| OUT-TO-COURT, etc. | 2,206 | 54 | 2,260 | +224 | +11.0 | | | |
| ESCAPED | 222 | | 222 | -20 | -8.2 | | | |
| PAROLEES (PAL/RAL) | 18,978 | 218 | 19,196 | -261 | -1.3 | | | |
| TOTAL CDCR POPULATION | 319,361 | 3,113 | 322,474 | +11,525 | +3.7 | | | |

CHANGE FROM LAST MONTH

| | FELON/ OTHER | CIVIL ADDICT | TOTAL |
|---|---|---|---|
| A. TOTAL INSTITUTIONS | +779 | -43 | +736 |
| (MEN, Subtotal) | +625 | -22 | +603 |
| (WOMEN, Subtotal) | +156 | -21 | +135 |
| B. PAROLE | +265 | +10 | +275 |
| D. PAROLEES (PAL/RAL) | +57 | -3 | +54 |

This report contains the latest available reliable population figures from OBIS. They have been carefully audited, but are preliminary, and therefore subject to revision.

Figure excludes institution based camps. Total persons in camps, including base camps, are 4,539. Base camp at CMC is included in institution counts.

Report # TPOP-8. Questions: (916) 327-3262 (CALNET) 467-3262.

MONTHLY INSTITUTION/CAMPS POPULATION DETAIL

MIDNIGHT May 31, 2007

| INSTITUTIONS/CAMPS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| MALE | | | | | | |
| ASP (AVENAL SP) | 7,617 | | 7,617 | 2,920 | 260.9 | 7,710 |
| CCC (CAL CORRECTL CTR) | 6,220 | | 6,220 | 3,883 | 160.2 | 6,174 |
| CCI (CAL CORRECTL INSTITN) | 5,929 | 1 | 5,930 | 2,757 | 215.1 | 5,896 |
| CIM (CAL INSTITN FOR MEN) | 6,391 | 17 | 6,408 | 3,207 | 199.8 | 6,464 |
| CMF (CAL MEDICAL FACIL) | 3,030 | | 3,030 | 2,307 | 131.3 | 3,316 |
| CMC (CAL MEN'S COLONY) | 6,540 | | 6,540 | 3,840 | 170.3 | 6,574 |
| CRC (CAL REHAB CTR, MEN) | 3,247 | 731 | 3,978 | 1,814 | 219.3 | 4,000 |
| CAL (CAL SP, CALIPATRIA) | 4,234 | | 4,234 | 2,308 | 183.4 | 4,318 |
| CEN (CAL SP, CENTINELA) | 4,728 | | 4,728 | 2,308 | 204.9 | 4,956 |
| COR (CAL SP, CORCORAN) | 5,521 | 1 | 5,522 | 3,116 | 177.2 | 5,450 |
| LAC (CAL SP, LOS ANGELES CO) | 4,722 | | 4,722 | 2,300 | 205.3 | 4,658 |
| SAC (CAL SP, SACRAMENTO) | 3,192 | | 3,192 | 1,724 | 185.2 | 3,253 |
| SQ (CAL SP, SAN QUENTIN) | 5,296 | 7 | 5,303 | 3,109 | 170.6 | 5,220 |
| SOL (CAL SP, SOLANO) | 6,013 | | 6,013 | 2,610 | 230.4 | 6,083 |
| SATF (CAL SATF AND SP - COR) | 7,328 | 2 | 7,330 | 3,424 | 214.1 | 7,593 |
| CVSP (CHUCKAWALLA VALLEY SP) | 4,153 | | 4,153 | 1,738 | 239.0 | 4,292 |
| CTF (CORRL TRAING FAC) | 6,998 | | 6,998 | 3,301 | 212.0 | 7,127 |
| DVI (DEUEL VOCATL INSTITN) | 3,818 | 5 | 3,823 | 1,787 | 213.9 | 3,911 |
| FOL (FOLSOM SP) | 4,121 | | 4,121 | 2,236 | 184.3 | 4,078 |
| HDP (HIGH DESERT SP) | 4,676 | 10 | 4,686 | 2,324 | 201.6 | 4,706 |
| IRON (IRONWOOD SP) | 4,838 | | 4,838 | 2,200 | 219.9 | 4,809 |
| KVSP (KERN VALLEY SP) | 4,874 | | 4,874 | 2,448 | 199.1 | 4,946 |
| MCSP (MULE CREEK SP) | 3,787 | | 3,787 | 1,700 | 222.8 | 4,009 |
| NKSP (NORTH KERN SP) | 5,472 | 4 | 5,476 | 2,692 | 203.4 | 5,401 |
| PDC (PITCHESS DETENT CTR-RC) | 43 | | 43 | 0 | - | 1,292 |
| PBSP (PELICAN BAY SP) | 3,454 | | 3,454 | 2,252 | 153.4 | 3,316 |
| PVSP (PLEASANT VALLEY SP) | 5,196 | | 5,196 | 2,308 | 225.1 | 5,112 |
| RIO (RIO COSUMNES COR CTR-RC) | 442 | | 442 | 0 | - | 250 |
| RJD (RJ DONOVAN CORR FACIL) | 4,637 | | 4,637 | 3,302 | 140.4 | 5,858 |
| SVSP (SALINAS VAL SP) | 4,763 | 1 | 4,764 | 2,298 | 207.3 | 4,606 |
| SRTA (SANTA RITA CO. JAIL-RC) | 829 | 1 | 830 | 0 | - | 550 |
| SBRN (SAN BRUNO CO. JAIL) | 42 | | 42 | 60 | 70.0 | 60 |
| SCC (SIERRA CONSERV CTR) | 6,200 | | 6,200 | 3,736 | 166.0 | 6,215 |
| WSP (WASCO SP) | 5,923 | 11 | 5,934 | 2,834 | 209.4 | 5,717 |
| MALE TOTAL: | 154,274 | 791 | 155,065 | 78,843 | 196.7 | 157,920 |
| FEMALE | | | | | | |
| CIW (CAL INST FOR WOMEN) | 2,359 | 12 | 2,371 | 1,326 | 178.8 | 2,687 |
| CRC (CAL REHAB CTR, WOMEN) | 93 | 269 | 362 | 500 | 72.4 | 780 |
| CCWF (CENT CAL WOMEN'S FACIL) | 4,184 | 4 | 4,188 | 2,004 | 209.0 | 3,943 |
| RIO (RIO COSUMNES COR CTR-RC) | 25 | | 25 | 0 | - | 20 |
| SRTA (SANTA RITA CO. JAIL-RC) | 2 | | 2 | 0 | - | 20 |
| VSP (VALLEY SP) | 4,167 | 11 | 4,178 | 1,980 | 211.0 | 3,902 |
| FEMALE TOTAL: | 10,830 | 296 | 11,126 | 5,810 | 191.5 | 11,352 |
| INSTITUTIONS/CAMPS TOTAL: | 165,104 | 1,087 | 166,191 | 84,653 | 196.3 | 169,272 |

MONTHLY INSTITUTION/CAMPS POPULATION DETAIL MIDNIGHT May 31, 2007

| MALE | INSTITUTIONS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|---|
| ASP | (AVENAL SP) | 7,617 | | 7,617 | 2,920 | 260.9 | 7,710 |
| CCC | (CAL CORRECTL CTR) | | | | | | |
| | Camps | 2,021 | | 2,021 | 1,908 | 105.9 | 2,029 |
| | Level I | 1,546 | | 1,546 | 867 | 178.3 | 1,557 |
| | Level II | 1,556 | | 1,556 | 608 | 255.9 | 1,503 |
| | Level III | 1,097 | | 1,097 | 500 | 219.4 | 1,085 |
| CCI | (CAL CORRECTL INSTITN) | | | | | | |
| | Level I | 1,581 | | 1,581 | 617 | 256.2 | 1,237 |
| | Level II | 1,298 | | 1,298 | 640 | 202.8 | 1,648 |
| | Level IV | 817 | | 817 | 500 | 163.4 | 832 |
| | SHU | 707 | | 707 | 500 | 141.4 | 700 |
| | Reception Ctr | 1,526 | 1 | 1,527 | 500 | 305.4 | 1,479 |
| CIM | (CAL INSTITN FOR MEN) | | | | | | |
| | Level I | 2,475 | | 2,475 | 1,620 | 152.8 | 2,760 |
| | East - Reception Center | 1,032 | 2 | 1,034 | 400 | 258.5 | 990 |
| | Reception Center - Central | 1,440 | 14 | 1,454 | 547 | 265.8 | 1,304 |
| | Reception Center - West | 1,444 | 1 | 1,445 | 640 | 225.8 | 1,410 |
| CMF | (CAL MEDICAL FACIL) | | | | | | |
| | Level I | 152 | | 152 | 117 | 129.9 | 177 |
| | Level II | 373 | | 373 | 200 | 186.5 | 400 |
| | Level III | 2,505 | | 2,505 | 1,990 | 125.9 | 2,739 |
| CMC | (CAL MEN'S COLONY) | | | | | | |
| | East | 3,711 | | 3,711 | 2,425 | 153.0 | 3,720 |
| | West | 2,829 | | 2,829 | 1,415 | 199.9 | 2,854 |
| CRC | (CAL REHAB CTR, MEN) | 3,247 | 731 | 3,978 | 1,814 | 219.3 | 4,000 |
| CAL | (CAL SP, CALIPATRIA) | | | | | | |
| | Level I | 284 | | 284 | 208 | 136.5 | 408 |
| | Level IV | 3,950 | | 3,950 | 2,100 | 188.1 | 3,910 |
| CEN | (CAL SP, CENTINELA) | | | | | | |
| | Level I | 374 | | 374 | 208 | 179.8 | 408 |
| | Level III | 4,354 | | 4,354 | 2,100 | 207.3 | 4,548 |
| COR | (CAL SP, CORCORAN) | | | | | | |
| | Level I | 866 | | 866 | 492 | 176.0 | 876 |
| | Level III | 325 | | 325 | 1,100 | 29.5 | 2,373 |
| | Level IV | 3,038 | 1 | 3,039 | 628 | 483.9 | 1,044 |
| | SHU | 1,282 | | 1,282 | 872 | 147.0 | 1,133 |
| | PHU | 10 | | 10 | 24 | 41.7 | 24 |
| LAC | (CAL SP, LOS ANGELES CO) | | | | | | |
| | Level I | 338 | | 338 | 200 | 169.0 | 400 |
| | Level III/IV | 1,594 | | 1,594 | 1,600 | 99.6 | 3,080 |
| | Reception Center | 2,790 | | 2,790 | 500 | 558.0 | 1,178 |
| SAC | (CAL SP, SACRAMENTO) | | | | | | |
| | Level I | 340 | | 340 | 192 | 177.1 | 368 |
| | PSU | 161 | | 161 | 192 | 83.9 | 192 |
| | Level IV | 2,691 | | 2,691 | 1,340 | 200.8 | 2,693 |
| SQ | (CAL SP, SAN QUENTIN) | | | | | | |
| | Level I | 6 | | 6 | 115 | 5.2 | 251 |
| | Level II | 1,833 | | 1,833 | 937 | 195.6 | 1,643 |
| | Condemned | 603 | | 603 | 637 | 94.7 | 637 |
| | Reception Center | 2,854 | 7 | 2,861 | 1,420 | 201.5 | 2,689 |
| SOL | (CAL SP, SOLANO) | | | | | | |
| | Level II | 3,387 | | 3,387 | 1,410 | 240.2 | 3,608 |
| | Level III | 2,626 | | 2,626 | 1,200 | 218.8 | 2,475 |
| SATF | (CAL SATF AND SP - COR) | 7,328 | 2 | 7,330 | 3,424 | 214.1 | 7,593 |
| CVSP | (CHUCKAWALLA VALLEY SP) | | | | | | |
| | Level I | 393 | | 393 | 208 | 188.9 | 408 |
| | Level II | 3,760 | | 3,760 | 1,530 | 245.8 | 3,884 |
| CTF | (CORRL TRAING FAC) | | | | | | |
| | Central-II | 3,016 | | 3,016 | 1,391 | 216.8 | 3,127 |
| | North-II/III | 2,882 | | 2,882 | 1,400 | 205.9 | 2,880 |
| | South-I | 1,100 | | 1,100 | 510 | 215.7 | 1,120 |
| DVI | (DEUEL VOCATL INSTITN) | | | | | | |
| | Level I/II | 696 | | 696 | 225 | 309.3 | 677 |
| | Reception Center | 3,122 | 5 | 3,127 | 1,562 | 200.2 | 3,234 |
| FOL | (FOLSOM SP) | | | | | | |
| | PSAP | 170 | | 170 | 129 | 131.8 | 200 |
| | TTP | 88 | | 88 | 131 | 67.2 | 203 |
| | Level I | 414 | | 414 | 200 | 207.0 | 424 |
| | Level II | 1,515 | | 1,515 | 480 | 315.6 | 787 |
| | Level III | 1,934 | | 1,934 | 1,296 | 149.2 | 2,464 |

MONTHLY INSTITUTION/CAMPS POPULATION DETAIL — MIDNIGHT May 31, 2007

| MALE INSTITUTIONS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| HDP (HIGH DESERT SP) | | | | | | |
| Level I | 400 | | 400 | 200 | 200.0 | 400 |
| Level II | 113 | | 113 | 0 | - | 120 |
| Level III | 685 | | 685 | 200 | 342.5 | 620 |
| Level IV | 2,899 | | 2,899 | 1,624 | 178.5 | 2,996 |
| Reception Center | 579 | 10 | 589 | 300 | 196.3 | 570 |
| IRON (IRONWOOD SP) | | | | | | |
| Level I | 310 | | 310 | 200 | 155.0 | 400 |
| Level III | 4,528 | | 4,528 | 2,000 | 226.4 | 4,409 |
| KVSP (KERN VALLEY SP) | | | | | | |
| Level I/II | 343 | | 343 | 200 | 171.5 | 780 |
| Level IV | 4,531 | | 4,531 | 2,248 | 201.6 | 4,166 |
| MCSP (MULE CREEK SP) | | | | | | |
| Level I/II | 375 | | 375 | 200 | 187.5 | 792 |
| Level III | 2,433 | | 2,433 | 1,000 | 243.3 | 2,287 |
| Level IV | 979 | | 979 | 500 | 195.8 | 930 |
| NKSP (NORTH KERN SP) | | | | | | |
| Level I | 190 | | 190 | 208 | 91.3 | 408 |
| Level III | 604 | | 604 | 200 | 302.0 | 380 |
| Reception Center | 4,678 | 4 | 4,682 | 2,284 | 205.0 | 4,613 |
| PDC (PITCHESS DETENT CTR-RC) | 43 | | 43 | 0 | - | 1,292 |
| PBSP (PELICAN BAY SP) | | | | | | |
| Level I | 323 | | 323 | 200 | 161.5 | 392 |
| Level III/IV | 2,027 | | 2,027 | 996 | 203.5 | 1,815 |
| SHU | 1,104 | | 1,104 | 1,056 | 104.5 | 1,109 |
| PVSP (PLEASANT VALLEY SP) | | | | | | |
| Level I/II | 291 | | 291 | 208 | 139.9 | 558 |
| Level III/IV | 4,905 | | 4,905 | 2,100 | 233.6 | 4,554 |
| RIO (RIO COSUMNES COR CTR-RC) | 442 | | 442 | 0 | - | 250 |
| RJD (RJ DONOVAN CORR FACIL) | | | | | | |
| Level I | 303 | | 303 | 200 | 151.5 | 400 |
| Level III | 1,976 | | 1,976 | 1,100 | 179.6 | 2,177 |
| Reception Center | 1,979 | | 1,979 | 900 | 219.9 | 2,179 |
| IV-SNY | 379 | | 379 | 1,102 | 34.4 | 1,102 |
| SVSP (SALINAS VAL SP) | | | | | | |
| Level I/II | 358 | | 358 | 200 | 179.0 | 640 |
| Level III/IV | 4,405 | 1 | 4,406 | 2,098 | 210.0 | 3,966 |
| SRTA (SANTA RITA CO. JAIL-RC) | 829 | 1 | 830 | 0 | - | 550 |
| SBRN (SAN BRUNO CO. JAIL) | 42 | | 42 | 60 | 70.0 | 60 |
| SCC (SIERRA CONSERV CTR) | | | | | | |
| Camps-Men | 2,117 | | 2,117 | 2,010 | 105.3 | 2,010 |
| Level I | 1,333 | | 1,333 | 618 | 215.7 | 1,378 |
| Level II | 1,618 | | 1,618 | 608 | 266.1 | 1,634 |
| Level III | 1,132 | | 1,132 | 500 | 226.4 | 1,193 |
| WSP (WASCO SP) | | | | | | |
| Level I | 271 | | 271 | 200 | 135.5 | 296 |
| Level III | 442 | 1 | 443 | 250 | 177.2 | 475 |
| Reception Center | 5,210 | 10 | 5,220 | 2,384 | 219.0 | 4,946 |
| MALE TOTAL: | 154,274 | 791 | 155,065 | 78,843 | 196.7 | 157,920 |
| FEMALE INSTITUTIONS | | | | | | |
| CIW (CAL INST FOR WOMEN) | | | | | | |
| Institution | 1,771 | 12 | 1,783 | 792 | 225.1 | 1,967 |
| Reception Center | 260 | | 260 | 214 | 121.5 | 400 |
| Corr Trt Ctr | 11 | | 11 | 0 | - | 0 |
| Camps-Women | 317 | | 317 | 320 | 99.1 | 320 |
| CRC (CAL REHAB CTR, WOMEN) | 93 | 269 | 362 | 500 | 72.4 | 780 |
| CCWF (CENT CAL WOMEN'S FACIL) | | | | | | |
| Institution | 3,399 | 2 | 3,401 | 1,633 | 208.3 | 3,162 |
| Reception Center | 770 | 2 | 772 | 356 | 216.9 | 766 |
| Condemned | 15 | | 15 | 15 | 100.0 | 15 |
| RIO (RIO COSUMNES COR CTR-RC) | 25 | | 25 | 0 | - | 20 |
| SRTA (SANTA RITA CO. JAIL-RC) | 2 | | 2 | 0 | - | 20 |
| VSP (VALLEY SP) | | | | | | |
| Institution | 3,329 | 1 | 3,330 | 1,580 | 210.8 | 3,132 |
| Reception Center | 787 | 10 | 797 | 356 | 223.9 | 708 |
| SHU | 51 | | 51 | 44 | 115.9 | 62 |
| FEMALE TOTAL: | 10,830 | 296 | 11,126 | 5,810 | 191.5 | 11,352 |
| INSTITUTIONS/CAMPS TOTAL: | 165,104 | 1,087 | 166,191 | 84,653 | 196.3 | 169,272 |

#TPOP-1A, PAGE 2