# EXHIBIT D



**ARNOLD SCHWARZENEGGER**
THE PEOPLE'S GOVERNOR

# PRESS RELEASE

02/02/2007   GAAS:081:07   FOR IMMEDIATE RELEASE

## Statement by Governor Schwarzenegger on Out of State Transfer of Inmates to Relieve Prison Overcrowding

Governor Schwarzenegger today issued the following statement as the California Department of Corrections and Rehabilitation takes steps to begin the process of transferring inmates involuntarily to correctional facilities outside of California to relieve prison overcrowding:

"Our state has a prison overcrowding crisis. The safety of our correctional officers is threatened, we have the highes recidivism rate in the country because there is no room for rehabilitation, and we face the possibility of court ordere early release of felons. I am asking the Department of Corrections and Rehabilitation to begin the involuntary transfer of prisoners because it is in the interest of all Californians and our public safety.

"I have put forward a prison reform proposal that will solve the overcrowding crisis. It is critical that all of us, Republicans and Democrats, work together to pass this legislation."

Background:   On October 4, 2006, Governor Schwarzenegger issued an emergency proclamation for California's prison system, citing severe overcrowding as a threat to health and safety in 29 of the State's 33 prisons. The emergency proclamation allowed Corrections officials to immediately contract with out-of-state correctional facilities to temporarily house California inmates.