# EXHIBIT E

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                     ARNOLD SCHWARZENEGGER, GOVERNOR

**OFFICE OF THE SECRETARY**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



November 10, 2005

Mr. Mike Jimenez
President
California Correctional Peace
 Officer Association
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605

Dear Mr. Jimenez:

This letter is to advise you the Department of Corrections and Rehabilitation (CDCR) inmate population has reached 166,148 as of October 2005. As such, this has caused significant population pressures resulting in the need to move the inmate population expediently. Please find enclosed a memorandum detailing the issues.

Due to the increase in the population and the very short time frames CDCR has to intake inmates from the counties, CDCR will be adjusting the Institutions population to provide for such. We will continue to follow our obligation to your organization for the notification to meet and confer; however, it may be necessary to implement changes prior to the beginning and/or conclusion of negotiations.

If you have any questions, please contact Tim Virga, Chief, Office of Labor Relations, at (916) 445-7167.

*Brigid Hanson*

BRIGID HANSON
Assistant Secretary

Enclosure

C  Steve Weiss, Chief
   Labor Relations

   John Dovey
   Dave Runnels
   Wardens
   Associate Directors

State of California                                          Department of Corrections and Rehabilitation

# Memorandum

Date : October 25, 2005

To : Roderick Q. Hickman
Secretary
California Department of Corrections and Rehabilitation

Subject : MODIFICATION TO CORRECTIONAL OPERATIONS DUE TO COMPELLING OPERATIONAL NECESSITY

The California Department of Corrections and Rehabilitation's (CDCR) total inmate population reached 166,148 as of October 12, 2005. This historic population high has caused significant population pressures resulting in public safety concerns for the CDCR as well as the counties in our State. The following factors that have led to the population crisis as well as real and potential consequences are:

- **High Levels of County Intake** - The Fall 2005 projections for the first quarter of fiscal year (FY) 2005/06 identified an average male intake of 9,537 male offenders per month. In the first quarter of FY 2005/06, CDCR received an average of 10,102 male offenders per month.
- **Significant Monthly Increases in CDCR's Total Population** - The average monthly increase in the total inmate population for July-September 2005 was 809. The CDCR has not experienced increases of this magnitude since 1997 when, the overall population was only 155,013 (September 30, 1997) compared to the population today of 166,148.
- **County Jail Public Safety** - County jails such as Los Angeles have indicated that misdemeanor offenders housed in the jails are being released after having served only 10 percent of their sentence. Los Angeles has to release offenders early in part due to the CDCR's inability to move inmates from County jails to State prisons expeditiously.
- **Court Cases Impacting the Reception Center (RC) Process** - The Department has been subjected to numerous court mandates, in re *Coleman*, in re *Armstrong*, in re *Plata*, in re *Valdivia*, and in re *Clark*. The mandates created additional workload in RCs that have contributed to longer processing times. In 2000, the average processing time for a male inmate was 58.9 days. Thus far in 2005, the average processing time for male inmates has grown to 69.5 days.
- **Health Care Transfer Limitations** - Even when General Population beds are available for transferring of RC inmates, there are often limitations to the number of inmates with mental health or medical needs that a given institution can accept in a given week due to court imposed sanctions for example in *Coleman v. California* the CDCR has agreed to time constraints in which an inmate is seen by a mental health clinician within 14 days of arrival to establish program needs. As such, the number of inmates is limited to the staff's ability to perform those evaluations. We also have clinical staffing ratios and when we are unable to maintain those staffing ratios we are further limited.
- **Lack of Automation** - The CDCR's information systems are grossly inadequate to meet the needs of the RC and contribute significantly to an inmate's length of stay in the RC.
- **Staffing Shortages** - The CDCR is experiencing staffing shortages in a broad range of areas. These range from Correctional Officers, medical/mental health staffing, case records analyst, etc. Not only is hiring staff at many institutions challenging, but those staff must be trained once hired.

Roderick Q. Hickman
Page 2

- **RC Population Reduction at San Quentin (SQ)** - Due to concerns of the *Plata* court in regards to medical care at SQ, the CDCR has reduced the RC population at SQ at a time when there is a critical need for RC beds.
- **County Jail Population Capacities** - The Pitchess Center (Los Angeles County Sheriff's Jail) has been consistently housing CDCR Parole violators in numbers that exceed the contract capacity of 1292 for several months during 2005, while RC have been at capacity levels and unable to accept intake for this type of inmate. A separate capacity in the Los Angeles County Jail for "local assistance" beds is also affected by our inability to accept inmates sentenced to State prison by the courts, in the RCs and has reached highs of 2000+ with current totals at 1387. We have also exceeded the contract capacities at Santa Rita (Alameda County Jail) with a CDCR population of 700+ and must reduce this to below 625. Other County officials from Orange, San Bernardino, Riverside, and San Diego have also requested that extra inmates be delivered to CDCR as a result of jail overcrowding for new commitments and other inmates returning to State prison.
- **County Jails Not Accepting Parole Violators** - Due to the influx of parole violators as stated above, counties such as Riverside, San Diego, and Alameda have, at times, stopped accepting the delivery of additional parole violators, thus requiring parole agents to deliver violators directly to the RC. This exacerbates the situation, in that the County may not accept cases that would be held for Our Hold Only.
- **Bridging Education Program** - In early 2004, the CDCR implemented the Bridging Education Program (BEP). The BEP provided inmates arriving at RCs with day-for-day credit, if eligible. This has created a significant population of inmates housed in RCs that cannot transfer based on their imminent parole date of less than 30 days.

Based on the above facts, we believe that an imminent and substantial threat to the public safety exists requiring immediate action. In a separate document, I will be forwarding some unprecedented recommendations to modify a variety of correctional operations to alleviate the significant population pressures that are affecting public safety.

If you have any questions, please contact me at 445-7688.

JOHN DOVEY
Director
Division of Adult Institutions

cc: Joyce Hayhoe
    Brigid Hanson
    Mike Knowles
    Tim Virga
    Dean Borg
    Associate Directors
    Wardens
    Kathleen Dickinson