# EXHIBIT F

```
Data Analysis Unit                        Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                         State of California
Offender Information Services Branch                                 November 2, 2005
                         MONTHLY REPORT OF POPULATION
                        AS OF MIDNIGHT October 31, 2005
```

| | FELON/ OTHER | CIVIL ADDICT | TOTAL | CHANGE SINCE 10/31/04 NO. | PCT. | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|---|---|
| **TOTAL CDC POPULATION** | | | | | | | | |
| A. TOTAL INSTITUTIONS | 165,533 | 1,311 | 166,844 | +2,010 | +1.2 | | | |
| (MEN, Subtotal) | 154,500 | 990 | 155,490 | +1,659 | +1.0 | | | |
| (WOMEN, Subtotal) | 11,033 | 321 | 11,354 | +351 | +3.1 | | | |
| 1. INSTITUTIONS/CAMPS | 160,080 | 1,310 | 161,390 | +2,059 | +1.2 | 82,866 | 194.8 | 163,289 |
| INSTITUTIONS | 155,662 | 1,310 | 156,972 | +1,756 | +1.1 | 78,958 | 198.8 | 159,251 |
| CAMPS(CCC & SCC) | 4,418 | | 4,418 | +303 | +7.3 | 3,908 | 113.1 | 4,038 |
| 2. COMMUNITY CORR. CTRS. | 5,310 | 0 | 5,310 | -47 | -0.8 | 7,547 | 70.4 | |
| CCF PRIVATE | 2,300 | | 2,300 | -266 | -10.3 | 2,752 | 83.6 | |
| CCF PUBLIC | 2,491 | | 2,491 | +111 | +4.6 | 2,461 | 101.2 | |
| DRUG TREATMT FURLOUGH | 260 | | 260 | +116 | +80.5 | 1,056 | 24.6 | |
| PRIVATE WORK FURLOUGH | 98 | | 98 | -3 | -2.9 | 1,103 | 8.9 | |
| PRISONER MOTHER PGM | 68 | | 68 | 0 | - | 70 | 97.1 | |
| FAMILY FOUNDATION PGM | 58 | | 58 | +1 | +1.7 | 70 | 82.9 | |
| WORK FUR. IN CUSTODY | 35 | | 35 | -6 | -14.6 | 35 | 100.0 | |
| 3. DMH STATE HOSPITALS | 143 | 1 | 144 | -2 | -1.3 | | | |
| B. PAROLE | 112,751 | 1,779 | 114,530 | +1,930 | +1.7 | | | |
| COMMUNITY SUPERVISION | 111,196 | 1,779 | 112,975 | +1,947 | +1.7 | | | |
| COOPERATIVE CASES | 1,555 | | 1,555 | -17 | -1.0 | | | |
| C. NON-CDC JURISDICTION | 2,044 | 0 | 2,044 | -219 | -9.6 | | | |
| OTHER STATE/FED. INST. | 555 | | 555 | -34 | -5.7 | | | |
| OUT OF STATE PAROLE | 1,268 | | 1,268 | -198 | -13.5 | | | |
| OUT OF STATE PAL | 123 | | 123 | -1 | -0.8 | | | |
| CYA-W&IC 1731.5(c) INSTITUTIONS | 98 | | 98 | +14 | +16.6 | | | |
| D. OTHER POPULATIONS INMATES | 21,830 | 316 | 22,146 | +803 | +3.7 | | | |
| OUT-TO-COURT, etc. | 1,822 | 51 | 1,873 | +63 | +3.4 | | | |
| ESCAPED | 249 | | 249 | -9 | -3.4 | | | |
| PAROLEES (PAL/RAL) | 19,759 | 265 | 20,024 | +749 | +3.8 | | | |
| TOTAL CDC POPULATION | 302,158 | 3,406 | 305,564 | +4,524 | +1.5 | | | |

```
CHANGE FROM LAST MONTH
  A. TOTAL INSTITUTIONS      +526     +23     +549
       (MEN, Subtotal)       +472     +12     +484
       (WOMEN, Subtotal)      +54     +11      +65
  B. PAROLE                  +407     -40     +367
  D. PAROLEES (PAL/RAL)      -360     -16     -376
```
This report contains the latest available reliable population figures from OBIS. They have been carefully audited, but are preliminary, and therefore subject to revision.

Figure excludes institution based camps. Total persons in camps, including base camps, are 4,507. Base camp at CMC is included in institution counts.
Report # TPOP-8.   Questions:      (916) 327-3262  (CALNET) 467-3262.

MONTHLY INSTITUTION/CAMPS POPULATION DETAIL                    MIDNIGHT October 31, 2005

| INSTITUTIONS/CAMPS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| MALE | | | | | | |
| ASP  (AVENAL SP) | 7,193 | | 7,193 | 2,920 | 246.3 | 7,028 |
| CCC  (CAL CORRECTL CTR) | 6,159 | | 6,159 | 3,682 | 167.3 | 5,750 |
| CCI  (CAL CORRECTL INSTITN) | 5,655 | 1 | 5,656 | 2,509 | 225.4 | 5,558 |
| CIM  (CAL INSTITN FOR MEN) | 6,708 | 14 | 6,722 | 3,078 | 218.4 | 6,615 |
| CMF  (CAL MEDICAL FACIL) | 3,139 | | 3,139 | 2,315 | 135.6 | 3,351 |
| CMC  (CAL MEN'S COLONY) | 6,477 | 3 | 6,480 | 3,884 | 166.8 | 6,604 |
| CRC  (CAL REHAB CTR, MEN) | 2,975 | 924 | 3,899 | 1,814 | 214.9 | 3,952 |
| CAL  (CAL SP, CALIPATRIA) | 4,231 | | 4,231 | 2,508 | 168.7 | 4,268 |
| CEN  (CAL SP, CENTINELA) | 4,823 | | 4,823 | 2,208 | 218.4 | 5,103 |
| COR  (CAL SP, CORCORAN) | 5,171 | | 5,171 | 3,016 | 171.5 | 5,134 |
| LAC  (CAL SP, LOS ANGELES CO) | 4,472 | | 4,472 | 2,200 | 203.3 | 4,684 |
| SAC  (CAL SP, SACRAMENTO) | 3,388 | | 3,388 | 1,728 | 196.1 | 3,244 |
| SQ   (CAL SP, SAN QUENTIN) | 5,412 | 7 | 5,419 | 3,273 | 165.6 | 5,681 |
| SOL  (CAL SP, SOLANO) | 6,098 | | 6,098 | 2,610 | 233.6 | 5,660 |
| SATF (CAL SATF AND SP - COR) | 7,136 | 4 | 7,140 | 3,324 | 214.8 | 7,027 |
| CVSP (CHUCKAWALLA VALLEY SP) | 3,841 | | 3,841 | 1,738 | 221.0 | 3,860 |
| CTF  (CORRL TRAING FAC) | 7,087 | | 7,087 | 3,281 | 216.0 | 7,001 |
| DVI  (DEUEL VOCATL INSTITN) | 3,844 | 16 | 3,860 | 1,787 | 216.0 | 3,551 |
| FOL  (FOLSOM SP) | 4,064 | | 4,064 | 2,275 | 178.6 | 4,049 |
| HDP  (HIGH DESERT SP) | 4,578 | 7 | 4,585 | 2,344 | 195.6 | 4,752 |
| IRON (IRONWOOD SP) | 4,628 | | 4,628 | 2,200 | 210.4 | 4,653 |
| KVSP (KERN VALLEY SP) | 2,060 | | 2,060 | 2,448 | 84.2 | 4,366 |
| MCSP (MULE CREEK SP) | 3,641 | | 3,641 | 1,700 | 214.2 | 3,837 |
| NKSP (NORTH KERN SP) | 5,316 | 4 | 5,320 | 2,692 | 197.6 | 5,387 |
| PDC  (PITCHESS DETENT CTR-RC) | 1,404 | | 1,404 | 0 | - | 1,292 |
| PBSP (PELICAN BAY SP) | 3,500 | | 3,500 | 2,280 | 153.5 | 3,582 |
| PVSP (PLEASANT VALLEY SP) | 4,844 | | 4,844 | 2,208 | 219.4 | 5,028 |
| RIO  (RIO COSUMNES COR CTR-RC) | 249 | | 249 | 0 | - | 250 |
| RJD  (RJ DONOVAN CORR FACIL) | 4,671 | | 4,671 | 2,200 | 212.3 | 4,443 |
| SVSP (SALINAS VAL SP) | 4,055 | | 4,055 | 2,224 | 182.3 | 4,510 |
| SRTA (SANTA RITA CO. JAIL-RC) | 555 | | 555 | 0 | - | 750 |
| SCC  (SIERRA CONSERV CTR) | 6,164 | | 6,164 | 3,606 | 170.9 | 6,107 |
| WSP  (WASCO SP) | 6,021 | 10 | 6,031 | 2,984 | 202.1 | 6,066 |
| MALE TOTAL: | 149,559 | 990 | 150,549 | 77,036 | 195.4 | 153,143 |
| FEMALE | | | | | | |
| CIW  (CAL INST FOR WOMEN) | 2,305 | 5 | 2,310 | 1,346 | 171.6 | 2,270 |
| CRC  (CAL REHAB CTR, WOMEN) | 464 | 297 | 761 | 500 | 152.2 | 680 |
| CCWF (CENT CAL WOMEN'S FACIL) | 3,844 | 1 | 3,845 | 2,004 | 191.9 | 3,490 |
| RIO  (RIO COSUMNES COR CTR-RC) | 15 | | 15 | 0 | - | 20 |
| VSP  (VALLEY SP) | 3,893 | 17 | 3,910 | 1,980 | 197.5 | 3,686 |
| FEMALE TOTAL: | 10,521 | 320 | 10,841 | 5,830 | 186.0 | 10,146 |
| INSTITUTIONS/CAMPS TOTAL: | 160,080 | 1,310 | 161,390 | 82,866 | 194.8 | 163,289 |

#TPOP-1, Page 2

```
MONTHLY INSTITUTION/CAMPS POPULATION DETAIL              MIDNIGHT October 31, 2005
                                     FELON/    CIVIL            DESIGN    PERCENT   STAFFED
MALE   INSTITUTIONS                  OTHER     ADDICT   TOTAL   CAPACITY  OCCUPIED  CAPACITY
ASP    (AVENAL SP)                   7,193              7,193   2,920     246.3     7,028
CCC    (CAL CORRECTL CTR)
       Camps                         2,012              2,012   1,708     117.8     1,708
       Level I                       1,585              1,585     866     183.0     1,456
       Level II                      1,470              1,470     608     241.8     1,393
       Level III                     1,092              1,092     500     218.4     1,193
CCI    (CAL CORRECTL INSTITN)
       Level I                       1,172              1,172     617     190.0     1,237
       Level II                      1,542              1,542     664     232.2     1,695
       Level IV                      1,060     1        1,061     500     212.2     1,075
       IV A-Main                     1,003              1,003     310     323.5       703
       IV B-Main                       277                277     228     121.5       581
       IV B-SHU                        601                601     190     316.3       267
CIM    (CAL INSTITN FOR MEN)
       Level I                       2,758              2,758   1,420     194.2     2,760
       East - Reception Center       1,063     5        1,068     400     267.0       990
       Reception Center - Central    1,421     7        1,428     618     231.1     1,455
       Reception Center - West       1,466     2        1,468     640     229.4     1,410
CMF    (CAL MEDICAL FACIL)
       Level I                         151                151     117     129.1       177
       Level II                        413                413     250     165.2       410
       Level III                     2,575              2,575   1,948     132.2     2,764
CMC    (CAL MEN'S COLONY)
       East                          3,702     3        3,705   2,425     152.8     3,750
       West                          2,775              2,775   1,459     190.2     2,854
CRC    (CAL REHAB CTR, MEN)          2,975     924      3,899   1,814     214.9     3,952
CAL    (CAL SP, CALIPATRIA)
       Level I                         327                327     208     157.2       358
       Level IV                      3,904              3,904   2,300     169.7     3,910
CEN    (CAL SP, CENTINELA)
       Level I                         271                271     208     130.3       408
       Level III                     4,405              4,405   1,500     293.7     3,815
       Level IV                        147                147     500      29.4       880
COR    (CAL SP, CORCORAN)
       Level I                         815                815     492     165.7       826
       Level III                       344                344     200     172.0       342
       Level IV                      2,781              2,781   1,300     213.9     2,720
       SHU                           1,216              1,216   1,000     121.6     1,200
       PHU                              15                 15      24      62.5        46
LAC    (CAL SP, LOS ANGELES CO)
       Level I                         323                323     200     161.5       400
       Level III/IV                  4,149              4,149   2,000     207.5     4,284
SAC    (CAL SP, SACRAMENTO)
       Level I                         349                349     192     181.8       384
       Level IV                      3,039              3,039   1,536     197.9     2,860
SQ     (CAL SP, SAN QUENTIN)
       Level I                         112                112     234      47.9       215
       Level II                      1,967              1,967   1,023     192.3     1,929
       Condemned                       609                609     587     103.7       635
       Reception Center             2,724     7        2,731   1,429     191.1     2,902
SOL    (CAL SP, SOLANO)
       Level II                      3,367              3,367   1,410     238.8     3,080
       Level III                     2,731              2,731   1,200     227.6     2,580
SATF   (CAL SATF AND SP - COR)       7,136     4        7,140   3,324     214.8     7,027
CVSP   (CHUCKAWALLA VALLEY SP)
       Level I                         362                362     208     174.0       408
       Level II                      3,479              3,479   1,530     227.4     3,452
CTF    (CORRL TRAING FAC)
       Central-II                    3,133              3,133   1,371     228.5     3,051
       North-II/III                  2,840              2,840   1,400     202.9     2,860
       South-I                       1,114              1,114     510     218.4     1,090
DVI    (DEUEL VOCATL INSTITN)
       Level I                          31                 31     176      17.6       231
       Level III                       638                638     532     119.9       942
       Reception Center             3,175     16       3,191   1,079     295.7     2,378
FOL    (FOLSOM SP)
       TTP                             264                264     203     130.0       203
       Level I                         347                347     296     117.2       471
       Level II                      1,653              1,653   1,067     154.9     2,027
       Level III                     1,800              1,800     709     253.9     1,348
#TPOP-1A
```

```
MONTHLY INSTITUTION/CAMPS POPULATION DETAIL              MIDNIGHT October 31, 2005
```

| | INSTITUTIONS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|---|
| MALE | | | | | | | |
| HDP | (HIGH DESERT SP) | | | | | | |
| | Level I | 372 | | 372 | 200 | 186.0 | 400 |
| | Level II | 120 | | 120 | 120 | 100.0 | 120 |
| | Level III | 762 | | 762 | 400 | 190.5 | 1,002 |
| | Level IV | 2,678 | | 2,678 | 1,524 | 175.7 | 2,850 |
| | Reception Center | 646 | 7 | 653 | 100 | 653.0 | 380 |
| IRON | (IRONWOOD SP) | | | | | | |
| | Level I | 303 | | 303 | 200 | 151.5 | 400 |
| | Level III | 4,325 | | 4,325 | 2,000 | 216.3 | 4,253 |
| KVSP | (KERN VALLEY SP) | | | | | | |
| | | 1,738 | | 1,738 | 1,984 | 87.6 | 3,770 |
| | Level I | 215 | | 215 | 200 | 107.5 | 200 |
| | ADSEG | 107 | | 107 | 264 | 40.5 | 396 |
| MCSP | (MULE CREEK SP) | | | | | | |
| | Level I | 350 | | 350 | 200 | 175.0 | 392 |
| | Level III | 2,337 | | 2,337 | 1,000 | 233.7 | 2,335 |
| | Level IV | 954 | | 954 | 500 | 190.8 | 1,110 |
| NKSP | (NORTH KERN SP) | | | | | | |
| | Level I | 255 | | 255 | 208 | 122.6 | 358 |
| | Level III | 448 | | 448 | 500 | 89.6 | 868 |
| | Reception Center | 4,613 | 4 | 4,617 | 1,984 | 232.7 | 4,161 |
| PDC | (PITCHESS DETENT CTR-RC) | 1,404 | | 1,404 | 0 | - | 1,292 |
| PBSP | (PELICAN BAY SP) | | | | | | |
| | Level I | 334 | | 334 | 200 | 167.0 | 384 |
| | Level III/IV | 2,065 | | 2,065 | 1,024 | 201.7 | 1,931 |
| | SHU | 1,101 | | 1,101 | 1,056 | 104.3 | 1,267 |
| PVSP | (PLEASANT VALLEY SP) | | | | | | |
| | Level I | 294 | | 294 | 208 | 141.3 | 408 |
| | Level III | 4,550 | | 4,550 | 2,000 | 227.5 | 4,620 |
| RIO | (RIO COSUMNES COR CTR-RC) | 249 | | 249 | 0 | - | 250 |
| RJD | (RJ DONOVAN CORR FACIL) | | | | | | |
| | Level I | 298 | | 298 | 200 | 149.0 | 392 |
| | Level III | 2,889 | | 2,889 | 1,500 | 192.6 | 2,899 |
| | Reception Center | 1,484 | | 1,484 | 500 | 296.8 | 1,152 |
| SVSP | (SALINAS VAL SP) | | | | | | |
| | Level I | 284 | | 284 | 200 | 142.0 | 400 |
| | Level IV | 3,771 | | 3,771 | 2,024 | 186.3 | 4,110 |
| SRTA | (SANTA RITA CO. JAIL-RC) | 555 | | 555 | 0 | - | 750 |
| SCC | (SIERRA CONSERV CTR) | | | | | | |
| | Camps-Men | 2,109 | | 2,109 | 1,880 | 112.2 | 2,010 |
| | Level I | 1,356 | | 1,356 | 618 | 219.4 | 1,378 |
| | Level II | 1,641 | | 1,641 | 608 | 269.9 | 1,634 |
| | Level III | 1,058 | | 1,058 | 500 | 211.6 | 1,085 |
| WSP | (WASCO SP) | | | | | | |
| | Level I | 267 | | 267 | 200 | 133.5 | 392 |
| | Level III | 635 | 1 | 636 | 500 | 127.2 | 773 |
| | Reception Center | 5,119 | 9 | 5,128 | 2,284 | 224.5 | 4,901 |
| MALE TOTAL: | | 149,559 | 990 | 150,549 | 77,036 | 195.4 | 153,143 |
| | | | | | | | |
| FEMALE INSTITUTIONS | | | | | | | |
| CIW | (CAL INST FOR WOMEN) | | | | | | |
| | Institution | 1,744 | 5 | 1,749 | 916 | 190.9 | 1,505 |
| | Reception Center | 264 | | 264 | 110 | 240.0 | 445 |
| | Camps-Women | 297 | | 297 | 320 | 92.8 | 320 |
| CRC | (CAL REHAB CTR, WOMEN) | 464 | 297 | 761 | 500 | 152.2 | 680 |
| CCWF | (CENT CAL WOMEN'S FACIL) | | | | | | |
| | Institution | 3,152 | 1 | 3,153 | 1,598 | 197.3 | 2,588 |
| | Reception Center | 678 | | 678 | 393 | 172.5 | 887 |
| | Condemned | 14 | | 14 | 13 | 107.7 | 15 |
| RIO | (RIO COSUMNES COR CTR-RC) | 15 | | 15 | 0 | - | 20 |
| VSP | (VALLEY SP) | | | | | | |
| | Institution | 3,071 | 1 | 3,072 | 1,536 | 200.0 | 2,946 |
| | Reception Center | 749 | 16 | 765 | 400 | 191.3 | 678 |
| | SHU | 73 | | 73 | 44 | 165.9 | 62 |
| FEMALE TOTAL: | | 10,521 | 320 | 10,841 | 5,830 | 186.0 | 10,146 |
| | | | | | | | |
| INSTITUTIONS/CAMPS TOTAL: | | 160,080 | 1,310 | 161,390 | 82,866 | 194.8 | 163,289 |