PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>  Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' PLAN REGARDING PAY PARITY FOR DMH STAFF PURSUANT TO THIS COURT'S MAY 23, 2007 ORDER AND REQUEST FOR ADDITIONAL ORDERS** |

I, Amy Whelan, do hereby declare under penalty of perjury as follows:

1.   I am an attorney admitted to practice law in California and an associate in the law firm Rosen, Bien & Galvan, one of the counsel of record for the plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of "Plaintiffs' Response to Defendants' Plan Regarding Pay Parity for DMH Staff Pursuant To This Court's May 23, 2007 Order And Request For Additional Orders."

2.   On June 7, 2007, my office received from defendants the monthly statistical package pursuant to this Court's January 19, 1999 Court Order. This report reflects statistical data from April 2007. A true and correct copy of the cover letter accompanying that data is attached hereto as **Exhibit A.** Enclosure 7 of that packet includes data regarding "Referrals for Transfer to the Department of Mental Health (includes admissions)." I reviewed Enclosure 7, which contains confidential patient names and CDC numbers. On the final page of that report, defendants wrote, **"NO REFERRALS TO ASH (ACUTE OR INTERMEDIATE CARE) OR TO COALINGA STATE HOSPITAL."** I learned during a *Coleman* tour of California Medical Facility on April 17-18, 2007 that clinicians throughout the CDCR have been advised that ASH is closed to admissions. I also learned during a tour of Coalinga State Hospital on February 21, 2007, a tour that was also attended by defendants and various members of the Special Master's team, that Coalinga does not accept any direct admissions from CDCR prisons. Instead, all of the patients housed at Coalinga come from Atascadero State Hospital.

3.   On June 12, 2007, I attended a *Coleman* policy meeting in Sacramento along with other attorneys from my office. Also in attendance at that meeting were the deputy Special Master, other members of the Special Master's team, representatives from the Governor's office, the Department of Finance, the Department of Mental Health, and the Department of Corrections and Rehabilitation, and defense counsel. Defendants reported at that meeting that, as of Friday, June 8, 2007, there were only 67 *Coleman* class members at Atascadero State Hospital. Only a month ago, there were 80 *Coleman* patients at ASH. This means that the number of intermediate care beds defendants have made *unavailable* to the

-1-

*Coleman* class at ASH has jumped from 151 to 164. In light of DMH's alarming trend over the past five months of discharging *Coleman* patients from ASH without accepting new admissions of those patients, we asked DMH representatives at the meeting whether they intend to keep any minimum or steady number of CDCR patients. The DMH representative responded that DMH has no such intention. DMH staff also reported that, as of the week of June 4, 2007, ASH had a waitlist of 97 patients, but that not one person on that list was a *Coleman* class member. Of course, there are no *Coleman* class members on the waiting list because CDCR clinicians have been informed that ASH is closed and have stopped referring. When plaintiffs' counsel asked during the meeting if DMH would accept patients into ASH off of this waitlist before accepting *Coleman* class members, DMH representatives responded that they would.

4. Defendants also reported during the June 12, 2007 meeting that, as of June 8, 2007, the CDCR-wide waiting list for intermediate care facility beds was 93 patients. When this Court issued its May 23, 2007 order, there were 56 people waiting for intermediate care facility beds. If defendants accepted more *Coleman* patients into ASH, they would significantly decrease the waiting list for intermediate care beds.

5. Plaintiffs' counsel also asked defendants at the June 12, 2007 meeting when they intend to open the 25 mental health crisis beds at ASH. Defendants could not respond to this question, stating only that they would open the unit when they had enough staff to run it.

6. When DMH began restricting admissions to ASH in January of 2007, it explained to the Special Master that DMH was using the following prioritization of referrals: (1) Mentally Disordered Offenders and Sexually Disordered Offenders who reached their parole date; (2) Not Guilty By Reason of Insanity referrals; (3) CDCR referrals, and; (4) Incompetent to Stand Trial referrals. *See* Docket 2167 at ¶ 5 and Ex. B (3/23/07 Kahn Decl.). Plaintiffs' counsel believe that this prioritization of patients remains in effect at DMH or, in any event, that CDCR patients remain toward the bottom of this list.

7. Because defendants did not define "*Coleman* classes" anywhere in the salary plan, I sent an email to defense counsel on June 15, 2007 seeking clarification of this term. A

1 | true and correct copy of that email is attached hereto as **Exhibit B**. Exhibit B includes a copy
2 | of defendants' most recent "DMH Staffing and Staffing Vacancies Report." Defendants
3 | responded to that email on June 19, 2007. A true and correct copy of that response is attached
4 | hereto as **Exhibit C**. That response clarified that all of the staff members listed in defendants'
5 | monthly "DMH Staffing and Staffing Vacancies Report" will receive raises equaling ninety
6 | five (95) percent of the salaries for CDCR clinicians. Defendants also clarified in the June 19th
7 | response that the raises would apply to both incumbent and newly hired staff.

    I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration is executed in San Francisco, California on June 20, 2007.

                                                                  _____
                                                                    Amy Whelan

# EXHIBIT A

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION ARNOLD SCHWARZENEGGER, GOVERNOR
**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001

RECEIVED

JUN 0 7 2007

JUN 0 5 2007

Rosen, Bien & Galvan

J. Michael Keating, Jr. Via: Lisa Tillman
Office of the Special Master Deputy Attorney General
2351 Sussex Lane Department of Justice
Fernandina Beach, FL 32034 1300 "I" Street, Suite 125
 P. O. Box 944255
 Sacramento, CA 94244-2550

RE: **INFORMATION REQUESTED, RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Keating:

Enclosed is the monthly report reflective of April 2007 data (or as otherwise noted) and responsive to the January 19, 1999, court order regarding staff vacancies, including changes agreed to at the August 7, 2003, All Parties Meeting.

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Unit (HCPU) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (includes admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The DMH Monthly Report of CDCR Patients in DMH Hospitals—Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN) (March 2007).
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.
15. Allocated Case Manager positions and vacancies for the EOP Administrative Segregation Hub institutions.
16. EOP inmates waiting transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician rounds in Administrative Segregation at California State Prison-San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CRCD General Acute Care Hospital Care Placement Issues.

If you have any questions, please contact me at (916) 327-1168.

Sincerely,

DOUG McKEEVER
Director, Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Robin Dezember, Director, Division of Correctional Health Care Services (DCHCS)
Brigid Hanson, Deputy Director (A), DCHCS
Larry McCabe, Deputy Director (A), DCHCS (w/o enclosures)
Matthew A. Lopes, Jr., Deputy *Coleman* Special Master (with enclosures)
Jeffrey L. Metzner, M.D., *Coleman* Expert (with enclosures)
Dennis F. Koson, M.D., *Coleman* Expert (with enclosures)
Kerry Hughes, M.D., *Coleman* Expert (with enclosures)
Melissa G. Warren, Ph.D., *Coleman* Expert (with enclosures)
Raymond F. Patterson, M.D., *Coleman* Expert (with enclosures)
Paul Nicoll, *Coleman* Expert (with enclosures)
Ted Ruggles, Ph.D., *Coleman* Expert (with enclosures)
Mary Perrien, Ph.D., *Coleman* Expert (with enclosures)
Mary-Joy Spencer, Esq., *Coleman* Expert (with enclosures)
Yong Joo Erwin, LCSW, *Coleman* Expert (with enclosures)
Kathryn A. Burns, M.D, MPH, *Coleman* Expert (with enclosures)
Lisa Tillman, Office of the Attorney General (with enclosures)
Michael Stone, Office of Legal Affairs (with enclosures)
Michael Bien, Rosen, Bien and Galvan (with enclosures)
Donald Specter, Prison Law Office (with enclosures)
Virginia Morrison, Esq., *Coleman* (with enclosures)
Mohamedu F. Jones, Esq., *Coleman* (with enclosures)
Patricia Williams, Esq., *Coleman* (with enclosures)
Linda Buffardi, *Coleman* (with enclosures)
Andrew Swanson, M.D., Chief Psychiatrist, DCHCS (with enclosures)
Margaret McAloon, Ph.D., DCHCS (w/o enclosures)
Mary Neade, Division of Adult Institutions (with enclosures)
Sharon Riegel, DCHCS (with enclosures)

# EXHIBIT B

## Amy E. Whelan

| | |
|---|---|
| **From:** | Amy E. Whelan |
| **Sent:** | Friday, June 15, 2007 3:29 PM |
| **To:** | Lisa Tillman; 'Misha Igra' |
| **Cc:** | J. Keating (jmichaelkeatingjr@yahoo.com); Matt Lopes; Coleman Team - RBG Only; Ivan Trujillo |
| **Subject:** | DMH's Pay Parity Plan, 489-3 |
| **Importance:** | High |
| **Attachments:** | Coleman Related Classes, 5-30-07.pdf |

June 15, 2007

Dear Lisa and Misha,

In order to fully understand defendants' response to Judge Karlton's May 23, 2007 order regarding DMH pay parity, we have two important questions. First, we request further clarification of the term "Coleman classes" which is used in the plan ("DMH will offer pay parity with the pay scales approved by the court in its December 15, 2006 order minus 5% for **ALL** DMH staff in *Coleman* classes at DMH institutions." Exhibit 1 to Def Resp. at 1.) Does the term "*Coleman* classes" include the same *Coleman* Related positions listed on the DMH Monthly Staffing and Staffing Vacancies Report provided to plaintiffs and the Special Master? For ease of reference, I have attached the most recent Monthly Staffing and Staffing Vacancies Report for DMH State Hospitals, dated May 5, 2007, which lists the staff positions identified as *Coleman* Related Classes. Please confirm whether defendants' response to the pay parity order includes all of these staff members, including the "CRIPA" positions listed on the second page.

Second, it is not clear if the proposed new salary levels (parity minus 5 percent) will apply to both incumbent and vacant positions. Will it apply to both?

In light of our one-week deadline to respond to your filing, we would appreciate a response as soon as possible to these questions. Thank you in advance for any clarification you can provide.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

**We have moved to our new office.** Please note our new address, 315 Montgomery Street, Tenth Floor.

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

6/18/2007

DMH STAFFING AND STAFFING VACANCIES REPORT
COLEMAN TOTALS AS OF MAY 30, 2007

DMH Classifications Vacancy Rate as of May 30, 2007

| COLEMAN RELATED CLASSES | Budgeted | Filled | Vacant | % Vacant |
|---|---|---|---|---|
| Staff Psychiatrist (Safety) | 296.60 | 166.50 | 130.10 | 44% |
| Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) | 32.00 | 25.00 | 7.00 | 22% |
| Senior Psychiatrist (Specialist) | 32.30 | 2.00 | 30.30 | 94% |
| Senior Psychiatrist (Specialist), Correctional and Rehab Services (Safety) | 0.00 | 0.00 | 0.00 | 0% |
| Senior Psychiatrist (Supervisor) | 49.90 | 11.00 | 38.90 | 78% |
| Senior Psychiatrist (Supervisor), Correctional and Rehab Services (Safety) | 1.00 | 0.00 | 1.00 | 100% |
| Senior Psychiatrist, Correctional Facility (Supervisor) | 0.00 | 0.00 | 0.00 | 0% |
| Psychiatric Technician (Safety) | 2757.4 | 2295.7 | 461.7 | 17% |
| Senior Psychiatric Technician (Safety) | 366.5 | 327.0 | 39.5 | 11% |
| Clinical Social Worker (Health/Correctional Facility) – (Safety) | 401.10 | 265.35 | 135.75 | 34% |
| Psychologist (Health Facility-Clinical-Safety) | 272.05 | 201.50 | 70.55 | 26% |
| Senior Psychologist (Health Facility) (Specialist) | 45.50 | 8.00 | 37.50 | 82% |
| Senior Psychologist, Correctional Facility (Supervisor) | 15.00 | 8.25 | 6.75 | 45% |
| Senior Psychologist (Health Facility) (Supervisor) (9831) | 52.30 | 0.00 | 52.30 | 100% |
| Rehabilitation Therapist, State Facilities (Music-Safety) | 72.80 | 51.95 | 20.85 | 29% |
| Rehabilitation Therapist, State Facilities (Occupational-Safety) | 9.00 | 8.00 | 1.00 | 11% |
| Rehabilitation Therapist, State Facilities (Recreation-Safety) | 224.20 | 133.30 | 90.90 | 41% |
| Rehabilitation Therapist, State Facilities (Art-Safety) | 39.00 | 26.20 | 12.80 | 33% |
| Rehabilitation Therapist, State Facilities (Dance-Safety) | 15.30 | 10.30 | 5.00 | 33% |
| Medical Director, State Hospital/Developmental Center | 0.00 | 0.00 | 0.00 | 0% |
| Medical Director, State Hospital/Developmental Center, C.E.A. | 6.00 | 3.00 | 3.00 | 50% |
| Unit Supervisor (Safety) | 116.00 | 101.00 | 15.00 | 13% |
| SUB-TOTALS | 4804 | 3644.1 | 1159.9 | 24% |

*Salary Increases Effective 04/01/07

1

## DMH STAFFING AND STAFFING VACANCIES REPORT
## COLEMAN TOTALS AS OF MAY 30, 2007

### DMH Classifications Vacancy Rate as of May 30, 2007

| CIVIL RIGHTS OF INSTITUTIONALIZE PATIENTS ACT (CRIPA) | Budgeted | Filled | Vacant | % Vacant |
|---|---|---|---|---|
| Chief Psychologist | 1.00 | 1.00 | 0.00 | 0% |
| Supervising Psychiatric Social Worker | 5.00 | 0.00 | 5.00 | 100% |
| SUB-TOTALS | 6 | 1 | 5 | 83% |
| OVERALL VACANCY RATE | 4810 | 3645.1 | 1164.9 | 24% |

2

*Salary Increases Effective 04/01/07

# EXHIBIT C

# Amy E. Whelan

| | |
|---|---|
| **From:** | Misha Igra [Misha.Igra@doj.ca.gov] |
| **Sent:** | Tuesday, June 19, 2007 11:58 AM |
| **To:** | jmichaelkeatingjr@yahoo.com |
| **Cc:** | Kerry Courtney Hughes, M.D.; Dennis F. Koson, M.D.; Patricia M. Williams; Mary Perrien; Melissa G. Warren, M.D.; Ginny Morrison; hammujones@comcast.net; Raymond F. Patterson, M.D.; Ted Ruggles, Ph. D.; Paul Nicoll; fdovale@pld-law.com; lbuffardi@pld-law.com; Matt Lopes; Mary-Joy Spencer; Donald Specter; Ivan Trujillo; Amy E. Whelan; Jane E. Kahn; Lori E. Rifkin; Michael W. Bien; Sarah M. Laubach; Jeff Metzner; Yong Joo Erwin; Kathryn Burns, M.D., MPH |
| **Subject:** | DMH Response to Request for Clarification |
| **Attachments:** | dmh_pp_r.pdf |



dmh_pp_r.pdf
(79 KB)

June 19, 2007

Re: Coleman v. Schwarzenegger

Dear Mr. Keating:

Attached please find the Department of Mental Health's response to Plaintiffs' request for clarification regarding Defendant's pay parity plan filed on June 13, 2007.

Sincerely,
Misha D. Igra
Deputy Attorney General


Misha D. Igra
Deputy Attorney General
1300 I Street, Ste. 125
P.O. Box 944255
Sacramento, CA  94244-2550
(916) 324-5388 Office
(916) 324-5205  Fax


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


## CALIFORNIA DEPARTMENT OF Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

June 18, 2007

J. Michael Keating, Jr.  via:  Lisa Tillman
Office of Special Master       Deputy Attorney General
2351 Sussex Lane               1300 I Street, Suite 125
Fernandina Beach, FL 32034     P.O. Box 944255
                               Sacramento, CA 94244-2550

RE: **DEPARTMENT OF MENTAL HEALTH'S (DMH) RESPONSE TO PLAINTIFF'S COUNSEL REQUESTING CLARIFICATION ON JUNE 13, 2007 PAY PARITY PLAN SUBMITTED TO THE COLEMAN COURT**

Please find enclosed Defendants' response to Plaintiff's Counsel requesting clarification on the Pay Parity plan submitted to the Coleman Court on June 13, 2007.

If you have any questions, please contact Dr. Char Schultz, Long Term Care Services Division at (916) 654-2413.

Respectfully,

*Jean Barawed*
for CYNTHIA A. RADAVSKY
Deputy Director



# CALIFORNIA DEPARTMENT OF Mental Health

1600 9th Street, Sacramento, CA 95814
(916) 654-2413

June 18, 2007

## DEPARTMENT OF MENTAL HEALTH'S (DMH) RESPONSE TO PLAINTIFF'S COUNSEL REQUESTING CLARIFICATION ON PAY PARITY PLAN

This document is in response to Plaintiff's Counsel letter to the Deputy Attorney General dated June 15, 2007 in which clarification was requested on the pay parity plan submitted by DMH on June 13, 2007.

1. *In order to fully understand defendants' response to Judge Karlton's May 23, 2007 order regarding DMH pay parity, we have two important questions. First, we request further clarification of the term "Coleman classes" which is used in the plan ("DMH will offer pay parity with the pay scales approved by the court in its December 15, 2006 order minus 5% for **ALL** DMH staff in Coleman classes at DMH institutions." Exhibit 1 to Def Resp. at 1.) Does the term "Coleman classes" include the same Coleman Related positions listed on the DMH Monthly Staffing and Staffing Vacancies Report provided to plaintiffs and the Special Master? For ease of reference, I have attached the most recent Monthly Staffing and Staffing Vacancies Report for DMH State Hospitals, dated May 5, 2007, which lists the staff positions identified as Coleman Related Classes. Please confirm whether defendants' response to the pay parity order includes all of these staff members, including the "CRIPA" positions listed on the second page.*

**RESPONSE:**

A. **Coleman Classes:**
   Yes. The term "Coleman classes" does include the same Coleman related positions listed on the DMH Monthly Staffing and Staffing Vacancies Report provided to the Coleman Court.

B. **CRIPA Positions:**
   Yes. While the Supervising Psychiatric Social Worker and the Chief Psychologist positions are identified as CRIPA, they are also designated as Coleman classes.

2. *Second, it is not clear if the proposed new salary levels (parity minus 5 percent) will apply to both incumbent and vacant positions. Will it apply to both?*

**RESPONSE:**

A. **Incumbents:**
Yes. Pay parity will apply to incumbents in ALL Coleman Classes at DMH Institutions.

B. **Vacant Positions:**
Yes. Pay parity will apply to vacant positions in ALL Coleman Classes at DMH Institutions in accordance with the "Budgeted Staffing Plan to Fill Vacancies" provided in the DMH response to the May 23, 2007 court order issued by Judge Karlton.