UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No.:  Civ S 90-0520 LKK-JFM |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

The Court received defendants' June 13, 2007 "Response to Court Order of May 23, 2007 Re: Pay Parity Plan" and plaintiffs' June 20, 2007 response to that plan.  In light of those filings and in order to protect the ongoing mental healthcare needs of the *Coleman* class, IT IS HEREBY ORDERED that:

1. Defendants shall forthwith adopt and implement salary raises for all DMH staff in *Coleman* positions equal to ninety five (95) percent of the pay raises ordered for CDCR clinicians in December of 2006.  The provisions of California Government Code Sections 19816, 19826, 19829, 19832, 19836, 3516.5, 3517, and California Code of Regulations Title 2, Section 599.681 are waived solely for the purpose of implementing the proposed salaries. Defendants shall expedite processing of those raises, which shall be retroactive to April 1, 2007 for incumbent staff, and shall issue the pay letter no later than July 31, 2007.

2. Within 60 days of the date of this order, defendants shall file a report setting forth a detailed hiring and recruitment plan for DMH clinicians. At a minimum, defendants shall include in that report an analysis and plan to do the following: (1) streamline and expedite processing of Form 607s (or the DMH equivalent); (2) streamline the process for obtaining exemption from Government Code § 12439 (or the DMH equivalent); (3) place examinations for psychologists and licensed clinical social workers online; (4) purge questions on psychiatrist and psychologist examinations that discourage or eliminate qualified candidates; (5) create an adequate budget to recruit DMH staff; (6) develop regional recruitment teams; (7) contract with subject-matter or professional specialty experts for recruitment; (8) recruit on a national level, and; (9) revise and update DMH's current print recruitment materials and the list of publications that should advertise DMH positions.

3. Defendants shall act together to identify appropriate referrals to ASH and to increase the population of Coleman class members at ASH each month. Beginning July 1, 2007, at least twenty-five (25) percent of all ASH admissions in a given month must be *Coleman* class members. This admission plan shall remain in place until further order of Court or until ASH fills all of the contracted 231 intermediate care beds with *Coleman* class members. On the fifth day of every month, beginning August 5, 2007, defendants shall file a brief statement with the Court confirming that this admission percentage was reached and stating the number of admissions, by every commitment category, for the previous month.

4. By January 1, 2008, defendants shall have at least 150 *Coleman* class members at ASH and are thereafter prohibited from having any fewer than 150 *Coleman* patients at ASH in any given month. By June 30, 2008, defendants shall have 231 *Coleman* class members at ASH. Defendants shall not reduce the number of *Coleman* beds available at other DMH facilities and DMH shall increase *Coleman* patients at Coalinga or ASH by an additional 50 patients on or before June 30, 2008.

5. Defendants shall open at least five mental health crisis beds at ASH each week for five weeks. If defendants are unable to meet these goals, they shall file a plan that sets forth a similarly aggressive schedule to open these beds. Defendants shall also make every

1  effort to ensure that referrals and admissions to this unit are not unduly restricted by security
2  and custody concerns, which defendants must apply on a case-by-case, individualized basis.

3        6.    The May 23, 2007 order regarding monthly patient data is superseded by this
4  order. Defendants shall provide, by the 15th day of every month, the following information:
5  (1) a list of referrals, pending referrals, rejections, and transfers, of inmates from any level of
6  outpatient mental health care to any level of inpatient mental health care, and from any level of
7  inpatient mental health care to a different level of mental health care; (2) a complete list of all
8  class members currently waiting for transfer to any level of DMH hospital care; (3) a
9  "snapshot" report, as of the first day of every month, showing the breakdown of all patients at
10  each DMH hospital by commitment category, and; (4) monthly discharge, referral and
11  admission data for each DMH hospital by commitment category.

12        7.    CDCR and DMH shall include in their monthly staffing data the following
13  information: (1) the number of staff hired and lost every month at each DMH facility; (2)
14  monthly staffing data for each hospital that shows how many contract and registry staff were
15  utilized in each of the clinician categories and how many hours they worked and; (3) updates
16  on the status of Federal Loan Repayment Grants and internship program participation at each
17  DMH hospital.

18  
19  Dated: _____            _____
                                         Honorable Lawrence K. Karlton