```
 1
 2
 3
 4
 5
 6
 7
 8                     IN THE UNITED STATES DISTRICT COURT
 9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RALPH COLEMAN, et al.,
11           Plaintiffs,                No. CIV S-90-0520 LKK JFM P
12      vs.
13  ARNOLD SCHWARZENEGGER,                       O R D E R
    et al.,
14
             Defendants.
15  _____/
```

On March 23, 2007, plaintiffs filed a motion for emergency relief regarding defendants' denial of access to inpatient psychiatric beds in the Department of Mental Health's state hospitals. A hearing on the motion was held on May 21, 2007 and an order addressing the motion was issued on May 23, 2007. In the days preceding the hearing, the court received applications to file *amicus curiae* briefs by the Union of American Physicians and Dentists ("UAPD") and by the Service Employees International Union ("SEIU") Local 1000. The *amicus curiae* briefs were considered by the court in connection with the resolution of plaintiffs' motion. Good cause appearing, the applications to

1

file *amicus curiae* briefs are granted *nunc pro tunc*.
Accordingly, the court orders as follows:

1. The application of the Union of American Physicians and Dentists to file an *amicus curiae* brief (Doc. No. 2229) is GRANTED.

2. The application of the Service Employees International Union file an *amicus curiae* brief (Doc. No. 2232) is GRANTED.

IT IS SO ORDERED.

DATED: June 22, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2