IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                 No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,               O R D E R
et al.,

        Defendants.

_____/

    On December 19, 2006, defendants filed an amended long-term bed plan. By order filed April 17, 2007, defendants were directed to file, by June 15, 2007, a supplemental report setting forth expanded planning information on two issues, namely, the relationship between the California Department of Corrections and Rehabilitation ("CDCR") and the California Department of Mental Health ("DMH"), and CDCR's plan for implementing the reorganization and consolidation of its intensive mental health programs to seven of its 33 institutions.

    On June 13, 2007, defendants filed a request for a sixty day extension of time to file the supplemental report. Plaintiffs

1

oppose the request. Defendants "request additional time to plan the key components of the bed plan – staffing and consolidation with the Receiver – within the new context of AB 900 and the Governor's Facilities Construction Strike Team." Defs.' Req. for Ext. of Time at 2:18-19.

The court is extremely concerned by defendants' request. Defendants' repeated requests for extensions of time demonstrate their inability to respond to the crisis at hand with the speed and urgency required. The court consulted with the special master, who advised the court that granting the requested extension will not interfere with defendants' timely acquisition of funds necessary for mental health crisis beds.[1] Accordingly, the court reluctantly grants the requested extension of time. The court will look with great disfavor on any further requests for extension of time to comply with the April 17, 2007 order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' June 13, 2007 request for an extension of time is granted;

2. Not later than August 17, 2007, defendants shall file the supplemental report required by this court's April 17, 2007 order.

IT IS SO ORDERED.

DATED: June 28, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] This is based on defendants' representation that AB900 contains its own pool of funds separate from the annual budget cycle.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26