EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                             Plaintiffs,<br><br>   v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                             Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' FURTHER STATEMENT ADDRESSING PLAINTIFFS' MOTION TO CONVENE A THREE-JUDGE PANEL TO ADDRESS POPULATION ISSUES** |

   Following the hearing on Plaintiffs' motion to convene a three-judge panel to address population issues, the California Department of Corrections and Rehabilitation's expert panel on Adult Offender Reentry and Recidivism Reduction Programs issued a formal report to the Legislature entitled, "A Roadmap for Effective Offender Programming in California." (Ex. 1, A-E.) Defendants respectfully request this Court take judicial notice of this report, under

//

//

//

1  Rule 201 of the Federal Rules of Evidence, when reviewing the submitted pleadings and

2  arguments on Plaintiffs' motion.

3        Dated:  July 2, 2007

4                          Respectfully submitted,

5                          EDMUND G. BROWN JR.
                        Attorney General of the State of California

6                          DAVID S. CHANEY
                        Chief Assistant Attorney General

7                          FRANCES T. GRUNDER
                        Senior Assistant Attorney General

8                          ROCHELLE C. EAST
                        Supervising Deputy Attorney General

9

10                          */s/ Lisa A. Tillman*

11

12                          LISA A. TILLMAN
                        Deputy Attorney General

13                          Attorneys for Defendants

14

15

16  30290943_1.wpd
   CF1997CS0003

17

18

19

20

21

22

23

24

25

26

27

28

Defs.' Further Statement