# EXHIBIT E

# PAGES 151-198

APPENDIX M— DETAILED CDCR ADULT OFFENDER PROGRAMS AND ACTIVITIES TABLES

## Prison Program and Activity Descriptions

### Academic Education

The CDCR currently provides educational programming throughout all of its prisons. This includes three levels of Adult Basic Education (ABE), High School, General Education Development (GED), and English as a Second Language (ESL). The curricula emphasize reading, writing, computation, and language development. The programs provide offenders with opportunities for further self-improvement through the acquisition of life skills and career training.

### Camp

With the assistance of the Department of Forestry and the County of Los Angeles, the CDCR operates close to 40 conservation camps across California. Prisoners serving in these camps act as "the backbone of the State's wild land firefighting crews" and also perform community service projects. The program acclimates prisoners to working in fire camps and instructs them how to function in the less restrictive camp environment.

### Bridging Program

The Distance Education, Bridging Education Program (BEP) is a life skills program designed to provide offenders at Prison Reception Centers with tools to prepare them for a successful and positive experience during their time in prison and also when they are released to their communities. Life skills taught in this program include goal setting, communications, health and fitness, effects of drug and alcohol, relapse prevention strategies, coping, parenting, and the development of a more positive self-image.

### Forestry Training

This program puts prisoners classified as being suitable for the camp program through rigorous fitness training. Once they complete the fitness training, the California Department of Forestry Fire Department provides the offenders with fire fighting training. If prisoners pass this training, they are assigned to fire crews at conservation camps and continue to receive safety and other types of training for the duration of their assignments.

### Industries

The Prison Industry Authority (PIA) is a prisoner work program that provides productive job opportunities for prisoners. PIA job assignments support prison safety, help reduce violence, reimburse victims, and produce quality products. PIA operates over 60 different types of service at 22 prisons throughout California, providing job assignments for approximately 6,000 prisoners.

### Joint Venture

The Joint Venture Program provides opportunities for prisoners to gain valuable work experience and job skills training. The program is a cooperative effort of private industry and the State of California, whereby private businesses can establish operations inside California State prisons and hire offenders as their workers. Under the provisions of the program, which were enacted with Proposition 139, known as the Prison Inmate Labor Initiative of 1990, prisoners are paid a comparable wage, which is subject to deductions for Federal, State, and local taxes; room and board; crime victim compensation; family support; and mandatory prisoner savings accounts. In 2006, there were 3 employers and approximately 75 prisoners participating in the program.

### Community Work Crews

Local communities utilize low *institutional* risk-level prisoners as work crews for many community projects and for maintaining public property.

## Reception Center Work Crews

The work crews consist of general population prisoners assigned to the Prison Reception Centers job assignments.

## Support Services

The CDCR offers Support Services to enable the prison to operate more effectively and efficiently and to offer offenders the opportunity to get and keep jobs while on parole or to learn skills through on-the-job or vocational training. Assignments may involve everything from important menial tasks to operating clean, safe, and efficient prisons. Examples of Support Services positions are porter, food server, and yard crew worker.

## Substance Abuse Treatment Program (SAP)

SAPs provide offenders with in-prison services based on the Therapeutic Community Model, which is designed to create an extended exposure to a continuum of services during incarceration, and facilitate successful reentry into community living. Examples of services include substance abuse treatment and recovery; social, cognitive, and behavioral counseling; life skills training; health related education; and relapse prevention. The CDCR currently operates SAPs in 21 prisons with a total capacity of 9,000 beds.

## Vocational Education

The CDCR currently provides vocational programs throughout all of its prisons. There are a wide variety of vocational programs offered, including—welding, auto body repair, and carpentry.

APPENDIX M— DETAILED CDCR ADULT OFFENDER PROGRAMS AND ACTIVITIES TABLES

## Prisoner Self-Help and Other Leisure Time Activities

In addition to program and activity assignments, prisoners may also participate in activities that are generally known as self help programs, such as Alcoholic Anonymous (AA), Narcotics Anonymous (NA), or other inmate leisure time activity groups (ILTAGs). Prisoners do not earn credit for participation in these programs.

Because the CDCR does not record prisoner participation in these programs in the same database as information for program and activity assignments, we were not able to obtain detailed information on the characteristics of program participants. However, we were able to abstract prisoner program participation information from Compstat reports for the 4th Quarter of 2006, which we present in Table M-4.

*Table M-4: CDCR Self-Help Group Activity Participation Summary, 4th Quarter 2006*

| Self-Help Group | Meetings |
|---|---|
| Alcoholics Anonymous | |
| Total Number of Meetings | 1,506 |
| Narcotics Anonymous | |
| Total Number of Meetings | 1,246 |
| Other (Veterans, Parenting, Etc.) | |
| Total Number of Meetings | 2,304 |
| *Source: CDCR* | |

*Table M-5: CDCR ILTAG Activity Participation Summary, 4th Quarter 2006*

| ILTAG (examples: Victim Offender Reconciliation Group, Youth Diversion Group) | Meetings |
|---|---|
| Total Number of Meetings | 1,294 |
| *Source: CDCR* | |

Tables M-4 and M-5 show that relative to program and activity assignments, participation in self-help groups and ILTAGs is small (less than 10%). What is in the reports but not shown in the tables is that: (a) institutions vary both in terms of the number of meetings as well as the type of meetings that are held, (b) AA and NA meetings are consistently held across all institutions, and (c) the two most program-rich institutions appear to be San Quentin and Valley State Prison for Women.

Since the COMPSTAT data used to generate Tables M-4 and M-5 did not provide a detailed description of the kinds of programs that are offered as part of self-help groups and ILTAGs, we looked at one specific institution, the California Men's Colony in San Luis Obispo, to obtain a representative sample of the kinds of programs in operation.

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

*Table M-6: Self-Help Groups and ILTAGs at California Men's Colony*

| Program Name | Program Type | Number Services |
|---|---|---|
| Alcoholics Anonymous (AA) | 12-step | 200/week |
| Narcotics Anonymous (NA) | 12-step | 100/week |
| Prisoners Against Child Abuse | Fund raising for non-profit provider | 40/week |
| Literacy Council | Provides literacy training to prisoners to teach others to read | 200 prisoners/week |
| Higher Ground | Youth diversion program that meets with prisoners | 12 prisoners |
| Vietnam Veterans Group | Veterans group that meet with other veterans to assist with discharges and benefits | 20/month |
| Criminal and Gang Members Anonymous* | 12-step | 60 prisoners |
| Tokefellow* | Christian personal growth | 180/week |
| Patten College* | College curriculum | 100/week |
| Victim Impact Program* | Empathy development for victims | 120 prisoners |
| Personal Growth Seminar* | Wide range of psychosocial issues in a rehabilitative curricula | 450 prisoners |
| Alternatives to Violence Project | Conflict management skills development | Not reported |
| Jewish Committee* | One-on-one counseling | 40/month |
| A Felon's Life Awareness, Seeing Hearing* | Prisoner team presentation | 30/week |

Source: CDCR
*Self-help group sponsored by staff or community volunteerism, which is sponsored by the Religious Department at CMC.

Table M-6 shows the variety of self-help groups and ILTAGs operating at the CMC. Many of these programs operated have by-laws and are supervised by a paid CMC Self-Help Sponsor. These include AA, NA, Prisoners against Child Abuse, Literacy Council, Higher Ground, and Vietnam Veterans Group. The others are sponsored by the Religious Department at CMC. In addition to these groups, the Medical and Mental Health Services Departments provide Smoking Cessation, Anger Management, and Stress Management programs.

## Program Performance

Outcome or performance measures for prisoners participating in programs are scarce. Available learning gain scores on the Comprehensive Adult Student Assessment System (CASAS) for participants in the education program revealed an average gain from Intermediate Basic to Advanced Basic levels for math. No learning gain was demonstrated in the average reading level. (*Note: These results should be interpreted with caution: post-test results were not available for a large percentage of participants.*) Automated information on program completion for substance abuse programs was not available.

Although we did not have information on how successful vocational and prison industries programs are in terms of learned skills or employment obtained post-release, we were able to examine the types of training programs being offered. This information helps answer these important questions: *Is the type of job assignment being offered what is likely to be needed in the workforce? Are offenders being trained In current or obsolete technologies?* Although we were not able to take a detailed look at the match between programs offered and training provided, we were able to make a few general observations by examining the projected job growth rates in different occupations. Table M-7 presents a table of occupations and their projected job growth rates for the period 2004-2014. As you recall, our earlier analysis revealed that the largest category for job assignments was Support

APPENDIX M— DETAILED CDCR ADULT OFFENDER PROGRAMS AND ACTIVITIES TABLES

Services, with cleaners, kitchen workers, and janitors being the largest single categories. The largest category for Vocational training was in office technology. And in Industries, a large number of prisoners worked as sewing machine operators. Although these areas have not been identified as categories with the highest expected job growth rates, they do appear to reflect areas of projected job growth during the next decade.

*Table M-7: Projected Job Growth 2004-2014 for Selected Occupations*

| Occupation | Projected. Job Growth: 2004-2014 |
|---|---|
| Retail Salespeople | 288,300 |
| Cashiers | 205,700 |
| Waiters/Waitresses | 158,400 |
| Laborers and Freight, Stock, and Material Movers | 143,400 |
| General Office Clerks | 134,200 |
| Combined Food Preparers | 130,700 |
| Registered Nurses | 109,100 |
| Janitors and Cleaners | 93,300 |
| General and Operations Managers | 85,900 |
| Elementary School Teachers, Except Special Education | 83,000 |
| Customer Service Representatives | 82,300 |
| Teacher Assistants | 76,200 |
| Counter Attendants-Food Service-Coffee Shop | 75,700 |
| Carpenters | 73,100 |
| Landscapers | 69,400 |
| Sales Representatives | 69,400 |
| Executive Secretaries-Administrative Assistants | 68,800 |
| Farm Workers and Laborers, Crop Workers | 68,500 |
| Stock Clerks and Order Fillers | 66,100 |
| Receptionists, Information Clerks | 62,800 |
| Food Preparation Workers | 61,900 |
| Bookkeeping, Accounting, and Auditing Clerks | 61,200 |
| Security Guards | 60,300 |
| First-line Supervisors-Managers of Office-Administrative Support Workers | 55,800 |
| Secondary School Teachers, Except Special-Vocational Education | 55,500 |
| Accountants and Auditors | 53,300 |
| Truck Drivers, Heavy and Tractor Trailers | 51,800 |
| General Maintenance and Repair Workers | 49,300 |
| Maids and Housekeeping Cleaners | 48,700 |
| First Line Supervisors of Retail Salespeople | 48,300 |

*Source: Employment Development Department Labor Market Information Division, State of California, California Occupational Projections 2004-2014, available at http://www.calmis.ca.gov/FILE/OCCPROJ/Cal$OccMost.xls.*

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

## Parole Programs and Activities

Table M-8 presents program participation information for parolees. To document parole program participation, we examined all 2005 releases to parole to allow sufficient time to document program participation in the community. A parolee might appear in more than one row if he or she participated in multiple programs.

*Table M-8: CDCR Adult Offender Parole Exit Cohort Program and Activity Assignments, 2005*

| Program Type | Releases[1] | % of all releases (n=113,839) |
|---|---|---|
| Police and Corrections Team (PACT) | 38,261 | 33.6% |
| Substance Abuse Treatment and Recovery (STAR) | 6,205 | 5.5% |
| Substance Abuse Services Coordinating Agencies (SASCA) | 4,440 | 3.9% |
| Parolee Employment Program (PEP) | 4,071 | 3.6% |
| Employment Development Department (EDD) | 3,452 | 3.0% |
| Parolee Service Centers (PSC) | 3,061 | 2.7% |
| Computerized Literacy Learning Centers (CLLC) | 2,496 | 2.2% |
| Parole Services Network (PSN) | 1,485 | 1.3% |
| Bay Area Service Network (BASN)[2] | 1,386 | 1.2% |
| Residential Multi-Service Centers (RMSC) | 943 | 0.8% |
| In-Custody Drug Treatment Program (ICDTP) | 181 | 0.2% |

Source: CDCR
[1] If an inmate has more than one release in different offense categories, the most serious category will be used.
[2] Missing data during July 2006 through December 2006 due to discontinuation of case management contract.

We noted that a third of all parolees (38,261) participated in the PACT program. We also noticed that a large number of parolees (6,645) attended substance abuse programs, in both the SASCA and STAR programs. Over 4,000 parolees attended PEP, almost 3,000 attended PSN and BASN, and a little less than 2,500 attended CLLC. Overall, 43.7% of parolees participated in one or more of the programs listed in Table M-8, while 56.3% did not participate in any of the programs.

APPENDIX M— DETAILED CDCR ADULT OFFENDER PROGRAMS AND ACTIVITIES TABLES

## Parole Program and Activity Descriptions

### Computerized Literacy Learning Center (CLLC)

The CLLC is a computer-assisted instructional program designed to increase the literacy skills of parolees, and thereby improve parolee employability and success. With the exception of those located at Residential Multi-Service Centers, CLLCs are located in the parole offices, thus allowing for efficient referral and monitoring of parolee progress by parole agents, and making them more accessible for parolees. The CLLC is currently operating 20 labs and is available to 78 parole units statewide.

### Employment Development Department (EDD)

The CDCR, through an Interagency Agreement with the Employment Development Department (EDD), provides pre-employment services, job search preparation, job placement, and job retention assistance to active parolees statewide. The CDCR-EDD Parolee Job Program works to assist the parolee, using weekly workshops and personal counseling by EDD staff, known as Job Specialists, in preparing for employment and securing and retaining employment. Currently, there are 30 EDD Job Specialists located in CDCR parole units statewide.

### In-Custody Drug Treatment Program (ICDTP)

ICDTP is a Valdivia sanctioned program that is intended for parolees who have committed violations as a result of drug or alcohol-related dependency and/or have a need for a period of confinement and treatment to get their substance abuse issues under control. Parolees housed in ICDTP facilities receive education-based treatment programming, followed by residential aftercare (offered through Substance Abuse Services Coordinating Agencies), and participation in self-help activities under the supervision of the Agent of Record. Currently, there are a combined total of 264 jail beds located at the following facilities: Kern County Jail, Tulare County Adult Pretrial Facility, Del Norte County Jail, San Francisco County Jail, and the Santa Clara County Jail.

### Police and Corrections Team (PACT)

The PACT program creates partnerships between local law enforcement agencies and social services agencies. Mandatory PACT orientation meetings provide recently released parolees a "one-stop shopping" atmosphere offering information about available community resources and reinforcing their responsibility to establish community based treatment programming. During the orientation meetings, parolees are able to sign up for community programs. PACT members serve as liaisons between field parole staffs, local service agencies, and contractors that provide substance abuse treatment, transitional living, employment services, subsistence resources (clothing, meals and transportation), and educational-vocational training. The PACT program is operating statewide.

### Parolee Employment Program (PEP)

The PEP is administered by community-based contractors that provide employment services to parolees at selected parole sites. The goal of the PEP is to enable parolees to be responsible, self-sufficient, tax-paying members of the community. An individual employment plan is developed for each parolee and each parolee is required to attend weekly job development workshops. Supportive services are provided as related to the parolee's needs. The PEP program is currently located in 9 parole complexes (Fresno, Bakersfield, San Francisco, Alameda, Santa Clara, Los Angeles, Inglewood, Riverside, and San Diego).

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

## Parolee Service Center (PSC)

Utilizing former Halfway-Back facilities (also known as the Community Correctional Re-entry Centers—CCRCs) the PSCs provide non-sanctioned voluntary services to assist parolees in reintegrating into their communities. These are community-based residential programs focusing on employment needs, substance abuse control, stress management, victim awareness, computer-assisted literacy education, life skills training, and job search and placement assistance. There are a total of 685 PSC beds statewide.

## Parole Services Network (PSN)

The Parolee Services Network is a collaboration between the CDCR-Office of Substance Abuse Programs, the State Department of Alcohol and Drug Programs, and County run alcohol and drug programs. The PSN is a 180-day treatment program through which providers offer treatment in various modalities, to include detoxification (the social model as opposed to in-hospital medical model), residential treatment, Sober Living Environments (SLE), and outpatient services. The overall goal of the PSN is to reduce alcohol and drug related abuse and criminal activity of parolee participants, thereby reducing revocation rates. Every county that receives funding must have a network of drug treatment service providers that cover a wide range of treatment modalities. The PSN program is located in 17 counties and has 620 residential beds statewide.

## Residential Multi-Service Center (RMSC)

RMSCs provide shelter, food, substance abuse treatment, counseling, job readiness training, and educational services to homeless parolees. The aim of the centers is to successfully transition parolees to independent living without criminal reoffending by providing a variety of in-house services that combat the many problems that increase the likelihood of becoming and remaining homeless—lack of education, poor employment skills, and substance abuse. Parolees may stay in the RMSC for 180 days, which can be extended up to an additional 180 days at some locations. There are currently 401 contracted RMSC beds statewide.

APPENDIX M— DETAILED CDCR ADULT OFFENDER PROGRAMS AND ACTIVITIES TABLES

*Table M-9: Snapshot of CDCR Adult Offender In-Prison Cohort Program and Activity Assignments, March 10, 2007—Age, Race, Gender Distribution*

| PROGRAM TYPE | AVERAGE AGE | ETHNICITY/RACE | | | | GENDER | | |
|---|---|---|---|---|---|---|---|---|
| | | Black | Hispanic | White | Other | Missing | Female | Male |
| **Academic Education** | 37 | 28.1% | 47.8% | 17.2% | 6.9% | 0.1% | 12.4% | 87.5% |
| **Camp** | 36 | 24.8% | 29.7% | 41.0% | 4.5% | 0.0% | 7.2% | 92.8% |
| **Bridging Program** | 36 | 25.1% | 38.1% | 31.1% | 5.7% | 1.3% | 7.5% | 91.2% |
| **Forestry Training** | 34 | 22.9% | 36.6% | 36.9% | 3.6% | 0.0% | 21.9% | 78.1% |
| **Industries** | 42 | 34.4% | 27.1% | 31.2% | 7.4% | 0.1% | 8.9% | 91.0% |
| **Joint Venture** | 42 | 47.9% | 15.1% | 30.1% | 6.8% | 0.0% | 60.3% | 39.7% |
| **Community Work Crews** | 36 | 28.4% | 34.3% | 34.0% | 3.3% | 0.0% | 2.9% | 97.1% |
| **Reception Center Permanent Work Crews** | 42 | 48.8% | 16.0% | 23.5% | 11.7% | 0.0% | 0.0% | 100.0% |
| **Support Services** | 39 | 30.6% | 32.4% | 29.4% | 7.7% | 0.1% | 6.8% | 93.1% |
| **Substance Abuse Treatment** | 36 | 33.1% | 29.7% | 33.6% | 3.6% | 0.1% | 22.1% | 77.8% |
| **Vocational Educational** | 37 | 27.6% | 35.8% | 29.3% | 7.4% | 0.1% | 11.2% | 88.7% |
| *Source: CDCR n = 163,667* | | | | | | | | |

*Table M-10: Snapshot of CDCR Adult Offender In-Prison Cohort Program and Activity Assignments, March 10, 2007—Offense Distribution*

| PROGRAM TYPE | OFFENSE CATEGORY | | | | |
|---|---|---|---|---|---|
| | Missing | Against Persons | Property | Drug | Other |
| **Academic Education** | 0.1% | 56.5% | 16.7% | 20.2% | 6.5% |
| **Camp** | 0.0% | 24.3% | 31.3% | 36.7% | 7.8% |
| **Bridging Program** | 3.7% | 19.1% | 33.5% | 32.8% | 10.9% |
| **Forestry Training** | 0.0% | 23.5% | 35.0% | 35.3% | 6.2% |
| **Industries** | 0.1% | 65.3% | 14.2% | 15.9% | 4.5% |
| **Joint Venture** | 0.0% | 83.6% | 11.0% | 5.5% | 0.0% |
| **Community Work Crews** | 0.0% | 20.3% | 29.7% | 39.2% | 10.8% |
| **Reception Center Permanent Work Crews** | 0.0% | 59.9% | 16.0% | 19.8% | 4.3% |
| **Support Services** | 0.1% | 55.2% | 18.4% | 19.7% | 6.5% |
| **Substance Abuse Treatment** | 0.5% | 23.4% | 27.7% | 39.4% | 8.9% |
| **Vocational Educational** | 0.1% | 64.8% | 14.4% | 14.8% | 5.8% |
| *Source: CDCR n = 163,667* | | | | | |

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

*Table M-11: Snapshot of CDCR Adult Offender In-Prison Cohort Program*
*and Activity Assignments, March 10, 2007—Sex, Serious-Violent Distribution*

| PROGRAM TYPE | SEX REGISTRATION | SERIOUS-VIOLENT OFFENSE | | | |
|---|---|---|---|---|---|
| | | Neither | Serious | Violent | Missing |
| **Academic Education** | 18.2% | 43.7% | 11.0% | 45.2% | 0.1% |
| **Camp** | 0.0% | 71.3% | 10.9% | 17.8% | 0.0% |
| **Bridging Program** | 7.2% | 82.6% | 10.7% | 3.0% | 3.7% |
| **Forestry Training** | 0.3% | 75.5% | 10.5% | 14.1% | 0.0% |
| **Industries** | 14.7% | 31.3% | 8.8% | 59.8% | 0.1% |
| **Joint Venture** | 1.4% | 13.7% | 12.3% | 74.0% | 0.0% |
| **Community Work Crews** | 1.0% | 77.8% | 10.5% | 11.8% | 0.0% |
| **Reception Center Permanent Work Crews** | 5.6% | 35.2% | 10.5% | 54.3% | 0.0% |
| **Support Services** | 13.8% | 43.4% | 9.7% | 46.8% | 0.1% |
| **Substance Abuse Treatment** | 2.6% | 77.1% | 10.7% | 11.7% | 0.5% |
| **Vocational Educational** | 18.2% | 35.4% | 9.2% | 55.3% | 0.1% |
| *Source: CDCR n=163,667* | | | | | |

*Table M-12: CDCR Adult Offender Prison Exit Cohort Program*
*and Activity Assignments, 2006—Age, Race, Gender Distribution*

| PROGRAM TYPE | AVERAGE AGE | ETHNICITY/RACE | | | | GENDER | |
|---|---|---|---|---|---|---|---|
| | | Black | Hispanic | White | Other | Female | Male |
| **Academic Education** | 36 | 27.6% | 37.5% | 30.1% | 4.8% | 16.8% | 83.2% |
| **Camp** | 35 | 23.8% | 31.2% | 41.0% | 4.0% | 7.0% | 93.0% |
| **Bridging Program** | 36 | 25.5% | 37.7% | 32.4% | 4.4% | 14.7% | 85.3% |
| **Forestry Training** | 34 | 23.8% | 33.5% | 38.4% | 4.4% | 8.0% | 92.0% |
| **Industries** | 38 | 30.6% | 29.5% | 34.8% | 5.2% | 12.2% | 87.8% |
| **Joint Venture** | 41 | 35.0% | 12.5% | 45.0% | 7.5% | 35.0% | 65.0% |
| **Community Work Crews** | 36 | 31.7% | 25.5% | 35.4% | 4.4% | 3.1% | 96.9% |
| **Reception Center Permanent Work Crews** | 41 | 34.8% | 28.2% | 30.4% | 6.6% | 0.0% | 100.0% |
| **Support Services** | 36 | 26.6% | 34.1% | 34.3% | 5.0% | 12.6% | 87.4% |
| **Substance Abuse Treatment** | 36 | 29.9% | 31.5% | 35.3% | 3.3% | 27.1% | 72.9% |
| **Vocational Educational** | 36 | 28.7% | 34.1% | 31.8% | 5.5% | 14.7% | 85.3% |
| *Source: CDCR 2006 n=134,148* | | | | | | | |

APPENDIX M— DETAILED CDCR ADULT OFFENDER PROGRAMS AND ACTIVITIES TABLES

*Table M-13: CDCR Adult Offender Prison Exit Cohort Program
and Activity Assignments, 2006—Offense Distribution*

| PROGRAM TYPE | OFFENSE CATEGORY | | | | |
|---|---|---|---|---|---|
| | Missing | Against Persons | Property | Drug | Other |
| **Academic Education** | 0.024% | 29.7% | 30.0% | 30.3% | 9.9% |
| **Camp** | 0.028% | 20.4% | 32.1% | 39.5% | 8.1% |
| **Bridging Program** | 0.014% | 18.9% | 35.9% | 34.6% | 10.7% |
| **Forestry Training** | 0.028% | 21.3% | 32.7% | 38.1% | 7.9% |
| **Industries** | 0.025% | 34.2% | 28.3% | 29.3% | 8.1% |
| **Joint Venture** | 0.000% | 57.5% | 20.0% | 17.5% | 5.0% |
| **Community Work Crews** | 0.000% | 15.4% | 37.0% | 37.7% | 9.9% |
| **Reception Center Permanent Work Crews** | 0.000% | 32.0% | 26.5% | 33.1% | 8.3% |
| **Support Services** | 0.022% | 24.6% | 32.6% | 32.2% | 10.5% |
| **Substance Abuse Treatment** | 0.000% | 20.9% | 31.4% | 38.3% | 9.4% |
| **Vocational Educational** | 0.000% | 42.1% | 25.2% | 25.2% | 7.6% |
| *Source: CDCR 2006 n=134,148* | | | | | |

*Table M-14: CDCR Adult Offender Prison Exit Cohort Program
and Activity Assignments, 2006—Sex, Serious-Violent Distribution*

| PROGRAM TYPE | SEX REGISTRATION | SERIOUS–VIOLENT OFFENSE | | |
|---|---|---|---|---|
| | | Neither | Serious | Violent |
| **Academic Education** | 8.3% | 73.1% | 11.6% | 15.3% |
| **Camp** | 0.2% | 76.5% | 11.5% | 12.0% |
| **Bridging Program** | 6.0% | 85.6% | 11.3% | 3.1% |
| **Forestry Training** | 0.2% | 75.9% | 11.5% | 12.5% |
| **Industries** | 8.1% | 66.2% | 11.9% | 21.9% |
| **Joint Venture** | 15.0% | 32.5% | 12.5% | 55.0% |
| **Community Work Crews** | 0.1% | 82.8% | 7.8% | 9.5% |
| **Reception Center Permanent Work Crews** | 6.6% | 70.7% | 10.5% | 18.8% |
| **Support Services** | 6.7% | 78.5% | 10.5% | 10.9% |
| **Substance Abuse Treatment** | 3.3% | 81.7% | 10.4% | 8.0% |
| **Vocational Educational** | 12.9% | 59.4% | 12.7% | 27.9% |
| *Source: CDCR 2006 n=134,148* | | | | |

CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS

Table M-15: CDCR Adult Offender Parole Exit Cohort Program
and Activity Assignments, 2005—Age, Race, Gender Distribution

| PROGRAM TYPE | AVERAGE AGE | ETHNICITY/RACE | | | | GENDER | |
|---|---|---|---|---|---|---|---|
| | | Black | Hispanic | White | Other | Female | Male |
| Bay Area Service Network (BASN) | 38 | 40.8% | 19.8% | 34.2% | 5.2% | 11.8% | 88.2% |
| Computerized Literacy Learning Centers (CLLC) | 35 | 36.6% | 36.4% | 24.0% | 3.0% | 15.4% | 84.6% |
| Employment Development Department (EDD) | 34 | 24.6% | 36.5% | 32.9% | 5.9% | 14.1% | 85.9% |
| In-Custody Drug Treatment Program (ICDTP) | 37 | 18.8% | 28.2% | 49.7% | 3.3% | 7.2% | 92.8% |
| Police and Corrections Team (PACT) | 35 | 27.4% | 30.0% | 37.4% | 5.2% | 12.1% | 87.9% |
| Parolee Employment Program (PEP) | 36 | 48.4% | 24.9% | 22.7% | 4.1% | 12.8% | 87.2% |
| Parolee Service Centers (PSC) | 38 | 41.6% | 21.2% | 33.4% | 3.8% | 9.0% | 91.0% |
| Parole Services Network (PSN) | 37 | 22.7% | 32.6% | 42.4% | 2.3% | 13.9% | 86.1% |
| Residential Multi-Service Centers (RMSC) | 38 | 46.4% | 25.9% | 25.9% | 1.8% | 11.5% | 88.5% |
| Substance Abuse Services Coordinating Agencies (SASCA) | 38 | 28.6% | 23.4% | 45.0% | 3.0% | 15.1% | 84.9% |
| Substance Abuse Treatment and Recovery (STAR) | 37 | 34.4% | 30.4% | 31.1% | 4.0% | 12.0% | 88.0% |
| Source: CDCR 2005 n=125,961 | | | | | | | |

Table M-16: CDCR Adult Offender Parole Exit Cohort Program
and Activity Assignments, 2005—Offense Distribution

| PROGRAM TYPE | OFFENSE CATEGORY | | | | |
|---|---|---|---|---|---|
| | Missing | Against Persons | Property | Drug | Other |
| Bay Area Service Network (BASN) | 0.2% | 21.9% | 37.9% | 30.8% | 9.2% |
| Computerized Literacy Learning Centers (CLLC) | 0.0% | 25.7% | 34.1% | 30.0% | 10.2% |
| Employment Development Department (EDD) | 0.0% | 28.2% | 33.5% | 27.9% | 10.4% |
| In-Custody Drug Treatment Program (ICDTP) | 0.0% | 8.8% | 37.0% | 42.5% | 11.6% |
| Police and Corrections Team (PACT) | 0.1% | 23.4% | 33.4% | 31.8% | 11.3% |
| Parolee Employment Program (PEP) | 0.0% | 27.0% | 33.5% | 29.3% | 10.2% |
| Parolee Service Centers (PSC) | 0.0% | 17.4% | 41.6% | 33.1% | 8.0% |
| Parole Services Network (PSN) | 0.0% | 18.5% | 36.2% | 36.2% | 9.1% |
| Residential Multi-Service Centers (RMSC) | 0.0% | 16.6% | 40.2% | 36.7% | 6.5% |
| Substance Abuse Services Coordinating Agencies (SASCA) | 0.1% | 15.7% | 34.6% | 42.7% | 6.9% |
| Substance Abuse Treatment and Recovery (STAR) | 0.0% | 20.4% | 35.1% | 33.7% | 10.7% |
| Source: CDCR 2005 n=125,961 | | | | | |

APPENDIX M— DETAILED CDCR ADULT OFFENDER PROGRAMS AND ACTIVITIES TABLES

*Table M-17: CDCR Adult Offender Parole Exit Cohort Program
and Activity Assignments, 2005—Sex, Serious-Violent Distribution*

| PROGRAM TYPE | SEX REGISTRATION | SERIOUS/VIOLENT OFFENSE | | | |
|---|---|---|---|---|---|
| | | Neither | Serious | Violent | Missing |
| **Bay Area Service Network (BASN)** | 3.5% | 79.7% | 11.5% | 8.5% | 0.2% |
| **Computerized Literacy Learning Centers (CLLC)** | 9.8% | 76.8% | 11.4% | 11.8% | 0.0% |
| **Employment Development Department (EDD)** | 9.2% | 75.2% | 12.1% | 12.7% | 0.0% |
| **In-Custody Drug Treatment Program (ICDTP)** | 0.0% | 91.2% | 8.8% | 0.0% | 0.0% |
| **Police and Corrections Team (PACT)** | 6.0% | 81.2% | 10.0% | 8.7% | 0.1% |
| **Parolee Employment Program (PEP)** | 8.6% | 76.3% | 10.5% | 13.1% | 0.0% |
| **Parolee Service Centers (PSC)** | 0.5% | 83.1% | 10.4% | 6.5% | 0.0% |
| **Parole Services Network (PSN)** | 3.7% | 82.0% | 11.0% | 7.1% | 0.0% |
| **Residential Multi-Service Centers (RMSC)** | 0.4% | 82.7% | 11.0% | 6.3% | 0.0% |
| **Substance Abuse Services Coordinating Agencies (SASCA)** | 3.1% | 85.9% | 8.7% | 5.3% | 0.1% |
| **Substance Abuse Treatment and Recovery (STAR)** | 6.3% | 81.9% | 10.7% | 7.4% | 0.0% |

*Source: CDCR 2005 n=125,961*

163

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

# Appendix N—Detailed CDCR Program Review Information

## Nominated Recidivism Reduction Program Inventory (NRRPI)[au]

Tables N-1 to N-12 provide baseline program information for each of the identified CDCR Nominated Recidivism Reduction Programs. These tables provide this information (where available) for each of the programs:

- *Program Location*: In which location(s) is the program operating?
- *Program Capacity*: How many spaces are available for offenders in the program?
- *Eligibility*: Which offenders are eligible to participate in the program?
- *Program Content*: What does the program contain? How is it delivered?
- *Program Duration*: For how long does the program last?
- *Completion Criteria*: What is required to successfully complete the program?
- *Partnerships with Other Programs/Agencies*: Does the program work with other programs?
- *Evaluation*: Is there an evaluation strategy or methodology for the program?

_____
au      The Panel wishes to express its thanks to Jesse Janetta and the CEBC staff at UC Irvine, along with Bupha Chen of the CDCR for their invaluable assistance in preparing the NRRPI.

## Academic and Vocational Programs

Academic Education

Many offenders have serious educational deficits and low levels of academic achievement. Academic education programs are programs with the primary goal of addressing those deficits by providing offenders with basic skills in reading, writing, mathematics, and other general core competencies, as opposed to vocational education programs, which provide skills specifically relevant to particular professions. These basic skills are not only valuable for offenders in themselves, but serve as preparation for offenders to participate in CDCR programs that involve written material.

The bulk of academic programming for CDCR offenders is delivered in prison by the CDCR Office of Correctional Education (OCE). OCE provides Academic Courses designed to assist offenders starting to advance from any educational level to passing the GED exam. That core institutional programming is enhanced by two programs funded by the U.S. Department of Education—Elementary Secondary Education Act and Incarcerated Youthful Offenders.

Computerized Literacy Learning Centers is the only academic program in the NRRPI that serves parolees. It does not interface directly with the in-prison academic programming provided by OCE.

APPENDIX N—DETAILED CDCR PROGRAM REVIEW INFORMATION

*Table N-1: CDCR Academic Education Programs*

|  | Academic Courses | Computerized Literacy Learning Centers (CLLC) | Elementary Secondary Education Act (ESEA) |
|---|---|---|---|
| **Program Location** | All CDCR adult institutions | 21 parole offices statewide. | 10 CDCR adult institutions. |
| **Program Capacity** | 11,529 students | 323 offenders. | No set capacity. |
| **Eligibility** | All offenders without a high school diploma, unless classified as extremely high risk unable to participate for medical reasons. | All offenders are eligible for CLLC. | Offenders under 21 years of age enrolled in a state-funded educational program. |
| **Program Content** | Individualized classroom instruction in reading, math, writing, ESL and other subjects. | Self-paced study of a computer-based math and reading curriculum. | Remedial education supplementing Academic courses. |
| **Program Duration** | Variable, depending on starting level and degree of motivation. | 40 hours of instruction recommended, students can remain as long as they benefit. | Until participants turn 21 |
| **Completion Criteria** | Passing GED exam. | Two grade level increase in math and/or reading or passing GED exam. | None. |
| **Partnerships with Other Programs/ Agencies** | None | Some CLLCs located in Residential Multi-Service Centers. Teachers maintain relations with community services. | ESEA supplements other CDCR education programs in which participants are enrolled. |
| **Evaluation** | None | As part of PPCP evaluation by SDSU. Participation associated with reduced likelihood of re-incarceration. | None |

Vocational—Employment

CDCR vocational and employment programs aim to facilitate employment for offenders after their return to the community by providing:

1. Specific vocational training in certification in areas such as auto repair
2. Employment readiness and job search assistance, with activities ranging from mock job interviews, resume preparation, and referrals to specific employers

Vocational training is supplied to CDCR prisoners through vocational education courses offered by OCE, and through programs operated by PIA. PIA engages in a number of partnership programs to connect PIA participation with post-release employment, which we summarize in a separate table (Table N-4) from the other vocational-employment programs. CDCR vocational education, by contrast, does not have formal mechanisms to connect participation in its courses with post-release employment, although it does have a reliable employment pipeline for graduates of some of its highly specialized courses, most notably eye wear manufacture.

There are several programs in addition to PIA initiatives devoted specifically to delivering employment readiness and job search assistance to prisoners as they are preparing to return to the community and/or once they have returned to the community from prison. The Offender Employment Continuum (OEC) begins working on employment readiness and planning for prisoners four months before they are releases. At the inception of the program, OEC also provided job specialists based on parole offices to assist in post-release job placement, but the funding for that aspect has been discontinued. OEC now refers to the Employment Development Department and Parolee Employment Program programs, which provide job specialists to work with parolees and assist them with finding employment.

*Table N-2: CDCR Vocational–Employment Programs–1*

|  | Community Re-Entry Partnerships (CRP) | Employment Development Department (EDD) Program | Incarcerated Youthful Offenders (IYO) |
|---|---|---|---|
| **Program Location** | San Diego County | Statewide. | 12 prisons, with post-release services available statewide |
| **Program Capacity** | 200 offenders. | 337 offenders. | 540 offenders. |
| **Eligibility** | Offenders working for the Prison Industry Authority (PIA) and paroling to San Diego County within six to nine months. Ineligible: sex offenders. | All offenders on parole who are able to work. | CDCR offenders with a GED or high school diploma who are twenty-five years of age or younger, have less than five years to serve and will parole prior to their 26th birthdays. |
| **Program Content** | Case management from transitional coordinators, job coaching and job preparation assistance | Job search workshop and job referrals and assistance provided by EDD job specialists. | Associate's degree and life skills coursework by distance learning, vocational certification and post-release case management services. |
| **Program Duration** | One year prior to release, 6 months post-release | Offenders may be served as long as they are seeking work. | 3 months to 5 years. |
| **Completion Criteria** | Complete a 6-month post-release "active" period, followed by 6 months of follow-up | Obtain and maintain employment for 30 days. | No formal completion criteria; services last a year after release |
| **Partnerships with Other Programs/ Agencies** | CRP has referral relationships with PIA and SASCA | The Employment Development Department (EDD) provides job specialists to work with parolees. | Post-release follow-up services and tracking of progress occur in conjunction with community-based agencies |
| **Evaluation** | None | None | Annual evaluation report to U.S. DOE, comparing IYO participant recidivism rate to CDCR population, without controlling for differences between participants and non-participants. |

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

*Table N-3: CDCR Vocational–Employment Programs–2*

| | Offender Employment Continuum (OEC) | Parolee Employment Program (PEP) | Vocational Education |
|---|---|---|---|
| **Program Location** | 5 prisons. | Fresno, Bakersfield, San Francisco, Alameda, Santa Clara, Los Angeles, Inglewood, Riverside and San Diego parole complexes. | All but three CDCR adult institutions. |
| **Program Capacity** | 750 offenders. | 240 offenders. | 10,584 offenders. |
| **Eligibility** | Inmates within 120 days of release. | Offenders on parole seeking employment. | All offenders are eligible to participate regardless of educational level or length of incarceration. |
| **Program Content** | Employment readiness workshops and development of Individual Education Career Service Plans. | Job seeking workshop, employment counseling. | Classroom instruction and shop time for hands-on skills in a variety of vocational areas. |
| **Program Duration** | 3 weeks (Employability Workshop). | 6 months. | At least 3 months, with instructors encouraged to have students in a course no longer than 2 years. |
| **Completion Criteria** | Attend 90 hours of programming, complete all assessments and related activities, and develop Employability Portfolio. | No formal completion criteria. | Nearly all vocational courses are completed by passing a certification exam and earning a certification in that job skill. |
| **Partnerships with Other Programs/ Agencies** | Post-release referrals to PEP and EDD programs, with follow-up. | Referral relationships for food, clothing and shelter services with community programs such as church shelters. | Program certifications and curriculum are provided through professional organizations such as the National Center for Construction Education and Research (NCCER). |
| **Evaluation** | As part of PPCP evaluation by SDSU. Participation associated with reduced likelihood of re-incarceration. | None. | None. |

APPENDIX N—DETAILED CDCR PROGRAM REVIEW INFORMATION

*Table N-4: CDCR Vocational–Employment Programs–3*

| | Inmate Employability Program (IEP) | Employment Re-Entry Partnership (ERP) | Carpentry Pre-Apprenticeship Program |
|---|---|---|---|
| **Program Location** | Statewide. | Sacramento County. | Folsom State Prison, California Institution for Women |
| **Program Capacity** | 6,000 offenders. | 75 offenders. | 100 (Folsom), 25 (CIW) |
| **Eligibility** | Any offender who has worked six months for PIA, with the general exception of those serving life sentences. | PIA participants who will parole to Sacramento County. Ineligible: sex offenders. | Offenders with at least a year to serve before parole who have the potential to earn a GED. |
| **Program Content** | Job training, placement into industry-accredited vocational certification courses, resume-writing and mock job interviews. | Employment workshops, post-release case management with job search assistance. | Building trades and GED instruction. |
| **Program Duration** | Duration of sentence, but averaging 6 months. | 15 hour employment workshop, with case management 9 months prior to and 12 months following release. | 6 months, or until offender obtains GED. |
| **Completion Criteria** | Pass the proctored exam and receive vocational certification. | Accomplish Individual Service Plan objective and maintain employment or in an educational or vocational program twelve months after release. | Obtain a GED and pass the Carpenter's Union curriculum. |
| **Partnerships with Other Programs/ Agencies** | PIA's Job Referral Program works with IEP participants. | ERP is a partnership between PIA and PRIDE Industries, which provides the case management and commits to place participants in employment within 30 days of release. PIA's Job Referral Program works with ERP participants | The Carpentry Pre-Apprenticeship program is a partnership with the Carpenter's Union. |
| **Evaluation** | None. | In the planning stages. | In the planning stages. |

## Family Reunification—Female Offender

Female offenders have criminogenic risk factors and treatment needs very different from those of male offenders. They are also much more likely than male offenders to have been the primary caregivers to their children prior to incarceration. The three programs in this category are interventions designed in response to those facts. Each is a residential program built on a Therapeutic Community model. All three allow dependent children under the age of six to live with their mothers, and CPMP and FFP serve only mothers and their children. Each program provides capacity for intensive gender-responsive and family reunification intervention at a different point in the CDCR system. Female offenders are sentenced to FFP as an alternative to incarceration, accepted into CPMP from a CDCR female institution, and admitted to FOTEP as parolees. The programs also interlock, with many CPMP and FFP participants entering FOTEP as part of their transition to the community.

APPENDIX N—DETAILED CDCR PROGRAM REVIEW INFORMATION

*Table N-5: CDCR Family Reunification–Female Offender Programs*

|  | **Community Prisoner Mother Program (CPMP)** | **Family Foundations Program (FFP)** | **Female Offender Treatment and Employment Program (FOTEP)** |
|---|---|---|---|
| **Program Location** | Bakersfield, Oakland, Pomona | Santa Fe Springs, San Diego. | Fresno, Bakersfield, Sacramento, Stockton, San Francisco, LA County (3 sites), San Bernardino County, San Diego. |
| **Program Capacity** | 71 offenders, plus their children. | 70 offenders, plus their children. | 409 offenders. |
| **Eligibility** | Female offenders who are pregnant or parenting a child under the age of six. Ineligible: offenders with convictions for violent offenses, history of child abuse, or a history of prison disciplinary infractions or escapes. | Female offenders who are pregnant or parenting a child under the age of six, have a history of substance abuse, and sentenced to state prison term of 36 months or less. Ineligible: offenders who have served a prior prison term or been convicted of murder, kidnapping, rape, mayhem or sodomy by force. | Female offenders on parole who have completed an in-custody Substance Abuse Program, including CPMP or FFP. Ineligible: women who have a history of serious violence, arson, sexual offenses, willful child cruelty, and child endangerment. |
| **Program Content** | Community-based modified therapeutic community for mother and their children. Provides gender-responsive treatment and services, with a focus on family reunification | Community-based therapeutic community for mother and their children. Offers program tracks for substance abuse treatment, vocational services, and parenting and child development services. | Community-based therapeutic community offering substance abuse treatment, vocational services, case management and other gender-responsive treatment and services. |
| **Program Duration** | Depends on length of sentence | 12 months, followed by a year of intensive parole. | 6-15 months. |
| **Completion Criteria** | Reach treatment plan goals and complete sentence | Actively participate in programming and demonstrate progress; complete the full 12 months of sentenced time, and refrain from violence, threats of violence, substance use and other criminal behavior. | Complete all aspects of treatment plan, secure employment, and establish a structured savings. |
| **Partnerships with Other Programs/ Agencies** | Weekly group with a FOTEP counselor. Some participants are released from CPMP and go directly to FOTEP. | Residents can attend AA/NA meetings in the community upon reaching upper phase status.  Residents interview for admission to transitional housing resources and outpatient counseling prior to program completion | Recruits participants from in-prison SAP's, FFP and CPMP. FOTEP has active alumni groups and referral relationships to community-based services, including SASCA-funded sober living facilities. |
| **Evaluation** | None | None. | Evaluated by UCLA ISAP. Parolees who did not complete FOTEP treatment were twice as likely to return to custody as those who did, and FOTEP participants had lower rates of drug and alcohol use, and higher rates of employment and living with children than a comparison group of female parolees eligible for FOTEP who did not participate. |

## Community-Based Multi-Service

Many parolees require services of multiple types in structured settings to successfully transition to the community from prison, particularly in the critical period immediately after release. The four programs in this category are designed to provide the capacity to deliver that type of intervention to CDCR parolees. All four provide multiple services (substance abuse treatment, employment/vocational services, life skills, case management, etc.) at a high level of intensity. The CBC, PSC, and RMSC are residential programs, while DRC participants must report to the facility daily for program sessions and program compliance monitoring.

*Table N-6: CDCR Community-Based Multi-Service Programs*

| | Community-Based Coalition (CBC) | Day Reporting Center (DRC) | Parolee Service Centers (PSC) | Residential Multi-Service Center (RMSC) |
|---|---|---|---|---|
| **Program Location** | Los Angeles, with in-custody component in three institutions. | Fresno. | Service to 20 counties | 9 counties. |
| **Program Capacity** | 125 (first six months), 400 (next 12 months). | 100 offenders. | 685 offenders. | 729 offenders. |
| **Eligibility** | Offenders returning to Los Angeles SPA-6 who are homeless, indigent or in an at-risk environment. Ineligible: offenders with a history of violence, arson, or sex offenses. | Program targets offenders with an increased risk of returning to custody. DRC takes any offender referred by CDCR. | Offenders on parole who are having difficulty stabilizing under parole supervision. Ineligible: sex offenders, gang members, and arsonists. | Program targets offenders who are homeless, indigent, or in an environment that increases their risk of re-offending. Ineligible: sex offenders, violent, and arson offenders. |
| **Program Content** | Transitional housing with case management and substance abuse, employment and other services | Non-residential multi-service. Participants report regularly and participate in cognitive-behavioral treatment and services linked to assessed needs. | Residential multi-service, with case management, employment development, life skills, substance abuse and cognitive-behavioral treatment. | Residential multi-service, with life skills, substance abuse and cognitive-behavioral treatment. |
| **Program Duration** | 180 days | Depends on client progress; 5 months typical. | 3-12 months | 6-12 months. |
| **Completion Criteria** | Satisfactorily complete aftercare phase and recommended for graduation by their case manager | Passed all drug and alcohol tests for nine months, complete MRT Step 16, have employment and stable housing. | Remain in the program for at least 90 days, remain clean and sober, be employed, saving money, attending groups and involved in family reunification. | Demonstrate commitment to changing behavior, actively participate in treatment, non-threatening conduct, pass all random drug screens and abide by program guidelines. |
| **Partnerships with Other Programs/ Agencies** | Case managers operate on a network model, building cooperative relationships between participants, their family members, service providers and other community members | Weekly Community Corrections Program session with a representative from a community resource. | Referrals through case managers. | Residents required to attend outside AA/NA meetings. |
| **Evaluation** | None (program initiated April, 2007). | DRC through same provider evaluated in Chicago, with returns to custody lower in DRC group than in comparison group | None. | As part of PPCP evaluation by SDSU. Participation associated with reduced likelihood of re-incarceration. |

## Life Skills—Transition Preparation—Anger Management

Many of the programs in the NRRPI have components that seek to provide participants with life skills, such as anger management, goal setting, and decision-making. The four programs in this category are distinct in that the provision of such skills is the primary focus of all of the programs. All are delivered in CDCR institutions, with BEP, CALM and Reentry Education provided by OCE. The three OCE programs in this category fulfill different functions in the prison program environment. Prisoners are enrolled in BEP so that they can begin earning work-time release credits by engaging in distance-learning self-study while on a waiting list for a job or programming assignment. Prisoners are referred to CALM during their periods of incarceration based on their histories of having issues with anger management. Prisoners enroll in Reentry Education near the end of their terms of incarceration as preparation for release.

The SB 618 and S.T.A.N.D. U.P. are new programs providing much longer and more intensive intervention with offenders than the others in this category. The SB 618 program is a collaborative effort between counties (beginning with San Diego) and the CDCR to comprehensively assess offenders at sentencing. It is also designed to provide case management both during the term of incarceration and after release to ensure that offenders' assessed risks and needs factors are addressed through existing programs. S.T.A.N.D. U.P. has a housing unit dedicated to it at San Quentin. Participating prisoners commit to engage in extensive programming throughout their terms of incarceration, beginning with a mandatory CALM course and continuing with both CDCR-offered and volunteer-operated programs. In addition to delivering both mandatory and optional life skills, anger management, and transition preparation programming, the entire living environment is designed to encourage pro-social norms and values.

*Table N-7: CDCR Life Skills–Transition Preparation–Anger Management Programs*

| | Bridging Education Program (BEP) | Conflict Anger Lifelong Management (CALM) | Reentry Education |
|---|---|---|---|
| **Program Location** | All CDCR adult institutions | 10 classrooms in 6 adult institutions. | All CDCR adult institutions. |
| **Program Capacity** | No capacity limit | 270 offenders. | 1,107 offenders. |
| **Eligibility** | Offenders eligible to earn worktime credits who have not received a worktime credit assignment. | Any offender eligible for CDCR academic courses. | Offenders within 180 days of their release dates. Ineligible: offenders with INS holds. |
| **Program Content** | Independent/distance learning self-study with the facilitation of the teacher. Includes Life Plan development, basic literacy and life skills. | Classroom-based life skills curriculum designed to assist students to manage anger and resolve conflict. | Classroom–based cognitive-behavioral and reentry preparation curriculum. |
| **Program Duration** | 2 to 4 months, average. | 6 weeks. | 3 weeks (male offenders), 6 weeks (female offenders). |
| **Completion Criteria** | Completion of all Life Plan competencies or receive a permanent job assignment. | Demonstrated proficiency in course concepts, completion of two interactive journals, participation in all program activities. | Completion of eight certification units with demonstrated proficiency. |
| **Partnerships with Other Programs/ Agencies** | Life Plan identifies programming for participants to pursue during incarceration and parole. | None. | CDCR funds Re-Entry Community Liaisons for follow-up services in Alameda, Sacramento and Fresno Counties. |
| **Evaluation** | None | None | None |

## Substance Abuse—Health—Mental Health

Substance Abuse Treatment

The CDCR contracts for extensive substance abuse treatment both inside its correctional institutions and in communities across California for parolees. The CDCR substance abuse program mix provides the capacity to do three things:

1. Deliver substance abuse treatment to offenders while in prison to prepare them for a successful return to the community
2. Place in-prison substance abuse into aftercare upon their release from prison
3. Intervene with parolees who have relapsed to substance use

The first function is provided by Substance Abuse Programs (SAPs) in 21 institutions, plus the Drug Treatment Furlough program and Transitional Treatment Program, all therapeutic communities focused on the transition from prison to community. The second function is important because research on CDCR SAPs has consistently found that the most effective course of substance abuse treatment involves participation in an in-prison component, followed by accessing aftercare in the community subsequent to release. The in-prison SAPs and DTFs work with the Substance Abuse Service Coordinating Agency (SASCA) and Parolee Services Network (PSN) programs to place participants in aftercare. SASCA and PSN coordinate networks of community-based substance abuse treatment providers in communities throughout California, allowing the CDCR to utilize and enhance existing substance abuse treatment capacities for its parolees.

For parolees who relapse to drug use while in on parole, the Substance Abuse Treatment and Recovery program, In-Custody Drug Treatment Program (ICDTP), and Parolee Substance Abuse Program (PSAP) offer intervention options. PSN also works with parolees in this situation. STAR and PSN participants remain in the community, while the more intensive ICDTP and PSAP place parolees in a secure environment, either a prison or jail, to stabilize and receive treatment before transitioning them to community-based aftercare.

*Table N-8: CDCR Substance Abuse Treatment Programs–1*

| | S.B. 618 | S.T.A.N.D. U.P. (Successful Transitions and New Directions Utilizing Partnerships) |
|---|---|---|
| **Program Location** | R. J. Donovan, CIW, San Diego County. | San Quentin SP, H Unit. |
| **Program Capacity** | 6 admitted per week, for the first two years. | 1100 offenders. |
| **Eligibility** | Nonviolent offenders with prison terms of less than six years. Ineligible: parole violators (returned to custody based on a Board of Prison Terms determination), prison gang members, sex offenders, arsonists, offenders in a Secure Housing Unit (SHU) or a Protective Housing Unit, and Prop 36-eligible offenders. | Offenders with 6 months to 5 years remaining on their prison terms. Ineligible: offenders with recent violent behavior or terms in a Secure Housing Unit. |
| **Program Content** | In-prison and post-release case management to deliver programming based on risk and needs assessment. A life plan is developed for each participant and is used throughout the incarceration period and during reentry into the community. | Housing unit dedicated to intentional community, with mandatory life skills curriculum and requirements for extensive additional program participation. |
| **Program Duration** | Term of incarceration plus 18 month post-release period. | 24 weeks, with one year post-release follow-up. |
| **Completion Criteria** | Meet Life Plan goals, have a job, free of felony convictions, be able to care for themselves, and successfully discharge from parole. | Completion of required programming and one year post-release follow-up period. |
| **Partnerships with Other Programs/ Agencies** | SB 618 project is a collaboration between CDCR and local criminal justice agencies, including parole, probation, local jails, district attorneys offices, public defenders offices, and the courts. | Most S.T.A.N.D. U.P. programming provided by community programs and volunteers. |
| **Evaluation** | Will be conducted by San Diego Association of Governments. | Planned once program has been operating long enough. |

179

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

*Table N-9: CDCR Substance Abuse Treatment Programs–2*

| | Drug Treatment Furlough (DTF) | In-Custody Drug Treatment Program (ICDTP) | Parolee Services Network (PSN) |
|---|---|---|---|
| **Program Location** | 17 sites, in Fresno, Kern, Los Angeles, Orange, San Joaquin and San Diego Counties. | In-custody component operates in Kern, Tulare, Del Norte, Santa Clara, San Francisco County jails, and Chula Vista City jail. | 17 counties |
| **Program Capacity** | 807 offenders. | 288 offenders. | 620 offenders. |
| **Eligibility** | Offenders in an SAP with less than 120 days until parole. Ineligible: violent offenders, sex offenders, arsonists, and dual diagnosis offenders. | Parole violators with a history of substance abuse. Ineligible: violent offenders, sex offenders, offenders with less than 120 days remaining on parole, or who reside in counties in which residential aftercare service are unavailable. | Offenders on parole with need for substance abuse treatment, usually referred by parole agent. Ineligible: violent offenders, sex offenders and arsonists. |
| **Program Content** | Therapeutic community targeting substance abuse, but also providing case management, life skills, vocational and parenting programming. | 60 days in-custody cognitive-behavioral substance abuse treatment, 30 days of residential aftercare, 60 days of participation on community-based substance abuse program. | Provision of substance abuse treatment through a network of local service providers. Varies across counties, but generally includes detoxification, residential drug treatment, sober living and outpatient services. |
| **Program Duration** | 120 days. | 150 days. | 180 days |
| **Completion Criteria** | Complete 120 days in program, be in good program standing, and current with treatment plan. | Completion of all three phases, 150 days of treatment. | Variable across providers. |
| **Partnerships with Other Programs/ Agencies** | DTF completers have the option to continue beyond 120 days in a program provided by the DTF provider. | ICDTP is a sequenced continuum from in-custody treatment to SASCA-contracted residential aftercare to community-based programs such as NA/AA. | PSN operates on collaboration between CDCR, Division of Addiction and Recovery Services, DADP, county alcohol and drug programs, and community-based treatment providers. |
| **Evaluation** | None | Based on STAR curriculum, which has been evaluated by San Diego State University (SDSU) as a component of PPCP. | As part of Preventing Parolee Crime Program evaluation by SDSU. Participation associated with reduced likelihood of re-incarceration. |

*Table N-10: CDCR Substance Abuse Treatment Programs–3*

| | Parolee Substance Abuse Program (PSAP) | Substance Abuse Programs (SAPs) | Substance Abuse Service Coordinating Agency (SASCA) |
|---|---|---|---|
| **Program Location** | Folsom State Prison, serving parolees from Sacramento, Yolo, Butte, San Joaquin, Alpine, Amador, Sutter, Yuba, and Stanislaus Counties | 21 adult institutions. | Statewide. |
| **Program Capacity** | 200 offenders. | 9,000 offenders. | 2,000 offenders. |
| **Eligibility** | Parole violators with a history of substance abuse. Ineligible: violent offenders, sex offenders, gang members or associates, or parolees housed in a secure housing unit (SHU) within six months of their release. | Offenders with substance abuse problems and between 6 and 36 months remaining on their sentences. Ineligible: gang members and inmates placed in SHU due to a serious assault incident within the past year. | Offenders on parole who have completed an in-prison SAP or Drug Treatment Furlough. Ineligible: serious and violent offenders. |
| **Program Content** | In-custody cognitive-behavioral substance abuse treatment supplemented with employability and life skills courses, and voluntary aftercare. | Cognitive-behavioral substance abuse treatment delivered in a therapeutic community setting, with transitional planning. | Placement of offenders in substance abuse aftercare, with advocacy and case management. |
| **Program Duration** | 90 days | 6 to 36 months. | 180 days. |
| **Completion Criteria** | Complete in-prison program phases and a Community Transition Plan in 90 days. | Completion of the final program phase and parole from the program. | Meet the requirements of the community-based provider and their treatment goals. |
| **Partnerships with Other Programs/ Agencies** | PSAP Independent Study Teachers well versed in available community programs. | SAPs host in-reach activities from a variety of community programs, with a focus on substance abuse aftercare providers such as Substance Abuse Coordinating Service Agency (SASCA). | SASCA contracts for services with a wide variety of community-based aftercare and treatment providers, and recruits clients from SAPs and Drug Treatment Furlough. |
| **Evaluation** | Based on Substance Abuse Treatment and Recovery curriculum, which has been evaluated by San Diego State University as a component of PPCP. | Extensive evaluation by UCLA Integrated Substance Abuse Program, indicating that participation in SAPs and post-release aftercare is associated with reduced recidivism, but participation in SAPs without aftercare has negligible impact on recidivism. | None. |

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

*Table N-11: CDCR Substance Abuse Treatment Programs—4*

|  | Substance Abuse Treatment and Recovery (STAR) | Transitional Treatment Program (TTP) |
|---|---|---|
| **Program Location** | Parole offices in 19 counties. | Folsom State Prison. |
| **Program Capacity** | 568 offenders. | 203 offenders. |
| **Eligibility** | All offenders on parole are eligible. | Offenders with a history of substance abuse and between 120 days and 6 months remaining on their sentences. Ineligible: offenders housed in a SHU due to a serious assault incident within the past year, or classified to the Enhance Outpatient Program. |
| **Program Content** | Cognitive-behavioral substance abuse curriculum delivered in a classroom setting. | Cognitive-behavioral substance abuse treatment delivered in a therapeutic community setting, with an emphasis on transitional planning. |
| **Program Duration** | 4 weeks. | 4-6 months. |
| **Completion Criteria** | Completion of 20 days of class and a Community Transition Plan. | Completion of required assignments consistent with length of time in the program and paroling from the program. |
| **Partnerships with Other Programs/ Agencies** | Participants complete Community Transition Plans which identify community-based agencies that can assist them with their specific needs. | Collaborative case management activities with TTP participants, institutional correctional counselors, SASCA staff and DARS. |
| **Evaluation** | As part of Preventing Parolee Crime Program evaluation by San Diego State University. Completion associated with reduced likelihood of re-incarceration; participation without completion associated with an increased likelihood of incarceration. | None. |

APPENDIX N—DETAILED CDCR PROGRAM REVIEW INFORMATION

**Survey for the CDCR Offender Risk Reduction Program Inventory and CPAP Assessment**

Please submit your program manual, staff training curriculum materials and other program documentation, and address each of the following questions. If the program material you are submitting contains the answer to one of the questions, simply indicate where it can be found.

This survey is intended to gather basic program information on a variety of institutional and community/parole programs. As a result, there may be questions that are not relevant or appropriate to the type of program you operate. If a question is not relevant or appropriate to your program, please indicate "Not applicable."

Electronic copies of the survey and program materials should be returned to Jesse Jannetta, UC Irvine, at jjannett@uci.edu and to Tina Leonard, CDCR Office or Research, at tina.leonard@cdcr.ca.gov. Hard copy surveys and program material should be sent to:

Tina Leonard
Office of Research, CDCR
1515 S Street
Sacramento, CA 95814

Questions about the survey can be directed to Jesse Jannetta, at jjannett@uci.edu, or 949-824-5324.

Thank you very much for completing this survey.

**A. Program Characteristics**

1. Program Name: _____

2. Program Director: _____
   Phone: _____   E-mail: _____

3. Program Location: _____

4. When did the program begin operation? _____

5. Please list the program goals.

**NRRPI SURVEY INSTRUMENT, P1**

**NRRPI SURVEY INSTRUMENT, P2**

6. What is the treatment/service delivery approach employed by the program to meet the goals?

7. What research evidence supports the program's approach? Please provide documentation or citation.

8. What is the theory underlying the program approach?

**B. Program Eligibility and Admissions**

1. Which offenders are eligible for the program?

2. Which offenders are ineligible for the program?

3. How is program eligibility determined?

4. Does the program target offenders at a certain risk level (high, medium, low)?
   Yes ____ No ____
      a. If so, how is that risk level assessed?

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

**NRRPI SURVEY INSTRUMENT, P3**

5.  What criminogenic needs/deficits does the program seek to address?
      ___ Antisocial thinking/attitudes          ___ Substance Abuse
      ___ Weak problem-solving/decision-making skills   ___ Educational deficit
      ___ Vocational/employment deficit          ___ History of abuse/neglect
      ___ Criminal association               ___ Weak socialization
      ___ Aggression/anger management
      ___ Other _____

6.  How are offender needs assessed?

7.  How does the program use needs assessment information?

8.  What is the program capacity?  _____

9.  How are program participants selected from the pool of eligible offenders?

**C. Program Structure**

1.  What activities and services constitute the program?  (Group meetings, mentoring, individual counseling, classroom instruction, role playing, etc.)

2.  How would you characterize the setting in which the program is delivered? (classroom, one on one, therapeutic community, self-study, etc.)

3.  How long are program sessions?  _____ hrs.  (Estimate average and/or range if it varies.)

**NRRPI SURVEY INSTRUMENT, P4**

5.  How long does the program last?  _____ mos.  (Estimate average and/or range if it varies.)

6.  Are there different phases or steps in the program?  If so, what must participants do to advance from one phase or step to the next?

7.  What criteria, if any, must participants meet in order to successfully complete the program?

8.  Does the program utilize cognitive behavioral or social learning methods?
Yes ___ No
      b. If "Yes," please describe.

9.  What methods do program staffers utilize to support and encourage offender motivation to change?  (Behavior modeling, motivational interviewing, social learning, etc.)

10.  How does the program respond to individual differences in offender learning style, level of motivation, level of maturity, cultural background, and other relevant differences in receptiveness?

APPENDIX N—DETAILED CDCR PROGRAM REVIEW INFORMATION

11. What positive reinforcement and incentives does the program offer for participants?

12. What sanctions exist for program non-compliance?

13. What continuities exist between program activities and offender families, community support networks, or other programs?

**D. Staff Qualifications/Selection/Training**

1. How many staffers are dedicated to the program? ____ ____

2. How are program staff trained? (Please attach training material.)

3. How many program staff members have undergraduate degrees? _____
   a. Of those with undergraduate degrees, how many have degrees in a helping profession? (social services/social work, substance abuse treatment, etc.) _____

4. Does the program have a strategy for recruitment and retention of staff?
   Yes ____ No ____
   a. If "Yes," please describe

5. Was the current program director involved in the design of the program?
   Yes ____ No ____

**NRRPI SURVEY INSTRUMENT, P5**

7. Does the director have a degree in social work or a related field? (if a related field, please indicate which)  Yes ____ No ____

**E. Measurement and Evaluation**

1. What performance measurement data does the program collect?

2. Does the program collect individual-level data on program participation?
   Yes ____ No ____

3. What are the program's outcome measures, and how are they tracked?

4. Is program data forwarded to and analyzed by a non-program entity?
   Yes ____ No ____
   a. If so, who?

5. Has the program had an outside evaluation of program effectiveness?
   Yes ____ No ____
   a. If "Yes," who conducted this evaluation?  Where can it be obtained?

   b. If "No," is such an evaluation planned?

**NRRPI SURVEY INSTRUMENT, P6**

185

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

**CPAP Scoring Worksheet**

Effective Interventions Scale

| Item and Scoring Rules | Rationale | P... |
|---|---|---|
| **1. Risk Assessment at Pre-Program Phase** | | |
| Scoring rules: <br> • Program conducts or relies on a risk assessment instrument to determine the appropriateness of the program to the risk level of the offender <br> • Risk assessment instrument is meaningful (offenders can be excluded from program based on assessment) <br> • Assessment tool is reliable and valid, as shown by previous research (validity must be based on CA data within the past five years) <br> • 2 points awarded for use of a valid risk assessment <br> • 1 point awarded for targeting high-risk offenders <br> *Maximum point value: 3* | | |
| **2. Needs Assessment at Pre-Program Phase** | | |
| Scoring rules: <br> • Program conducts or relies on a needs assessment instrument to determine services required by offender <br> • Needs assessment instrument is meaningful: needs identified by instrument must align with a case plan <br> • Program must target criminogenic needs of the offender <br> • Assessment tool is reliable and valid, as shown by previous research (see above for criteria) <br> *Maximum point value: 4 (all points or none)* | | |

**RATER SCORE SHEET, P1**

**CPAP Scoring Worksheet**

**RATER SCORE SHEET, P2**

| Item and Scoring Rules | Rationale | P... |
|---|---|---|
| **3. Program Model** | | |
| **A. Theoretical Base** <br> Scoring rules: <br> • Program must be based on a clearly articulated theoretical model that links the intervention directly to an offender's criminogenic needs <br> • No points awarded for programs that address only non-criminogenic needs, or fail to link the intervention to addressing a criminogenic need <br> *Maximum point value: 2* | | |
| **B. Program Manual** <br> Scoring rules: <br> • Program manual or curricular materials exist <br> *Maximum point value: 2 (all points or none)* | | |
| **C. CBT/Social Learning** <br> Scoring rule: <br> • Program uses cognitive behavioral therapy or social learning methods <br> *Maximum point value: 2 (all points or none)* | | |
| **D. Intrinsic Motivation** <br> Scoring rule: <br> • Program enhances intrinsic motivation (i.e., motivational interviewing techniques are used) <br> *Maximum point value: 1* | | |
| **E. Program Continuity** <br> Scoring rules: <br> • Produces continuities between program activities and communities, families, and other programs <br> • 1 point awarded for community coordination <br> • 1 point awarded for coordination with families or other programs | | |

**CPAP Scoring Worksheet**

| *Maximum point value: 2* | |
|---|---|
| **Item and Scoring Rules** | **Rationale** |
| **F. Variable Program Dosage** <br> Scoring rules: <br> • Program dosage varies with offender risk level (higher risk offenders receive greater program dosage) <br> • No points awarded to programs that do not determine the risk level of participants <br> • Programs that only serve high-risk offenders cannot be scored (indicate "N/A") <br> *Maximum point value: 1* | |
| **G. Responsivity** <br> Scoring rules: <br> • Program design reflects the responsivity principle <br> • Program has procedures to determine the preparedness of the offender for the program <br> • Program has procedures to match delivery of program to learning style of offender <br> • No points awarded for programs that deliver to all offenders in the same manner <br> *Maximum point value: 1* | |

**RATER SCORE SHEET, P3**

186

APPENDIX N—DETAILED CDCR PROGRAM REVIEW INFORMATION

**RATER SCORE SHEET, P4**

CPAP Scoring Worksheet

| | Rationale |
|---|---|
| **H. Positive Reinforcement**<br>Scoring rule:<br>• Program design identifies positive reinforcement strategies, not just sanctions<br>*Maximum point value: 1* | |
| ***Item and Scoring Rules*** | ***Rationale*** |
| **4. Program Administration** | |
| **A. Staff Education**<br>Scoring rules:<br>• 1 point awarded if 75% or more of service staff possess an undergraduate degree<br>• 1 point awarded if, among those with degrees, 75% have degrees in a helping profession<br>*Maximum point value: 2* | |

**RATER SCORE SHEET, P5**

CPAP Scoring Worksheet

| ***Item and Scoring Rules*** | ***Rationale*** | Poir |
|---|---|---|
| **B. Relevant Work Experience**<br>Scoring rule:<br>• 75% of staff have worked in an offender treatment programs for at least two years<br>*Maximum point value: 1* | | |
| **C. Recruitment and Retention Strategies**<br>Scoring rule:<br>• There is an explicit strategy for recruitment and retention of staff (i.e., incentives such as opportunities for advancement and ongoing training)<br>*Maximum point value: 1* | | |
| **D. Initial Training**<br>Scoring rule:<br>• Staff undergo an initial training on the program model that includes written training materials<br>*Maximum point value: 1* | | |
| **E. Program Director**<br>Scoring rules:<br>• 1 point awarded if program director was | | |

**RATER SCORE SHEET, P6**

CPAP Scoring Worksheet

| | |
|---|---|
| involved in the design of the program<br>• 1 point awarded for program directors with at least three years experience with offenders<br>• 1 point awarded for program director with a degree in social work or a related field<br>*Maximum point value: 3* | |
| **5. Quality Assurance**<br>Scoring rules:<br>• 1 point awarded if program collects data to monitor performance<br>• 1 point awarded for inclusion of individual-level data on participation<br>• 1 point awarded for identification of the eligible population<br>• 1 point awarded if data is forwarded and analyzed by a non-program entity<br>*Maximum point value: 4* | |

**TOTAL EFFECTIVE INTERVENTION POINTS AWARDED (MAX 31 POINTS)**

**Research Basis Scale**

| ***Item and Scoring Rules*** | ***Rationale*** |
|---|---|
| **1. Expert Recommendation**<br>Scoring rule:<br>• An expert committee, respected advisory group, or Best Practices panel recommends program<br>*Point value: 1* | |
| **2. Multiple Positive Evaluations** | |

187

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

**CPAP Scoring Worksheet**

Scoring rules
- Multiple positive evaluations exist
- 1 point awarded for multiple positive evaluations, with one or none at a Level 3 or above (see Research Rigor scale below)
- 2 points  total awarded for multiple positive evaluations at or above a Level 3

*Point value: + 2*

**3.  Peer-Reviewed Publication**

Scoring rule
- 2 points awarded for positive evaluations reported in a peer-reviewed publication

*Point value: + 2 (all points or none)*

**4.  Negative/No Effect Evaluations**

Scoring rule:
- 1 point subtracted from Research Basis score for evaluations that show no program effect, or that demonstrate that program increases recidivism

*Point value: – 1*

| Item and Scoring Rules | Rationale |
|---|---|

**5.  Research Rigor**
(Note: The Research Rigor scale is independent of the other items on the Research Basis scale.  Programs can score 0 to 10 points on this scale; they cannot be awarded points for multiple levels of rigor.  Points should be [assigned] to the research rigor of the program's strongest evaluation study.)

**RATER SCORE SHEET, P7**

---

**CPAP Scoring Worksheet**

Level 1 scoring qualifications:
- Correlation between program participation and recidivism reduction, OR
- Temporal sequence between program participation and recidivism reduction clearly observed, OR
- Comparison group present without demonstrated comparability to treatment group (with no controls present)

*Point value: + 1 point*

Level 2 scoring qualification
- Comparison between two or more units of analysis, one with and one without the program (with partial controls)

*Point value: + 4 points*

| Item and Scoring Rules | Rationale |
|---|---|

**RATER SCORE SHEET, P8**

---

**CPAP Scoring Worksheet**

Level 3 scoring qualifications:
- Comparison between multiple units with and without the program, controlling for other factors, OR
- Comparison between multiple units with and without the program, using a non-equivalent comparison group with only minor differences evident

*Point value: + 6 points*

Level 4 scoring qualification
- Random assignment and analysis of comparable units to program and comparison groups

*Point value: + 10 points*

**TOTAL RESEARCH BASIS POINTS AWARDED (MAX 15 POINTS)**

**RATER SCORE SHEET, P9**

188

**Research Referencs for Evaluations Used for Inventory and CPAP Ratings**

Butzin, Clifford A., Martine, Steven S., Inciardi, James A. (2001).  Evaluating Component Effects of a Prison-Based Treatment Continuum.  *Journal of Substance Abuse Treatment*, *22*, 63-69.

Farabee, David. (2006).  An Evaluation of California's Mental Health Services Continuum Probation for Parolees.  *Corrections Today*.  *68*, 38-41.

Farabee, David., Bennett, Dave, Garcia, Dave, Warda, Umme, Yang, Joy. (2006).  Final Report on the Mental Health Services Continuum  Program of the California Department of Corrections and Rehabilitation – Parole Division.  Los Angeles: The UCLA Integrated Substance Abuse Program.

Grella, Christine. (2005).  Female Offender Treatment and Employment Project (FOTEP): Summary of Evaluation Findings 1999-2004.  Los Angeles: The UCLA Integrated Substance Abuse Program.

Grella, Christine. (2004).  Female Offender Treatment and Employment Project (FOTEP): Summary of Annual Evaluation Report for 2003-2004.  Los Angeles: The UCLA Integrated Substance Abuse Program.

Grella, Christine. (2005).  Female Offender Treatment and Employment Program:Annual Evaluation Report, 2004-2005.  Los Angeles: The UCLA Integrated Substance Abuse Program.

Illinois Department of Corrections (2002).  Overview of the Illinois DOC High-Risk Parolee Reentry Program and 3-Year Recidivism Outcomes for Program Participants.  Springfield, Illinois: Illinois Department of Corrections.

Inciardi, J.A., Martin, S.S., Butzin, C.A. and Hooper, L.D. (1997). An effective model of prison-based treatment for drug-involved offenders. *Journal of Drug Issues*. 27: 261-278

Sherman, Lawrence W., Gottfredson, Denise, MacKenzie, Doris, Eck, John, Reuter, Peter, Bushway, Shawn.  (1997).  Preventing Crime: What Works, What Doesn't, What's Promising. Washington, D.C.: Office of Justice Program, US Department of Justice.

Zhang, Sheldon, Roberts, Robert E. L., Callanan, Valerie.  (2006).  An Evaluation of the California Second Striker Program.  San Diego: San Diego State University Research Foundation.

Zhang, Sheldon, Roberts, Robert E. L., Callanan, Valerie.  (2006).  An Evaluation of the California Preventing Parolee Crime Program.  San Diego: San Diego State University Research Foundation.

Zhang, Sheldon, Roberts, Robert E. L., Callanan, Valerie.  (2006).  Preventing Parolees from Returning to Prison Through Community-Based Reintegration.  *Crime and Delinquency*, *52*, 551-571.

# References

Andrews, D. & Bonta, J. (1998). *The Psychology of Criminal Conduct* (2nd ed.). Cincinnati, OH: Anderson.

Andrews, D. A. & Bonta, J. (2003). *The Psychology of Criminal Conduct* (3rd ed.). Cincinnati: Anderson Publishing, 260.

Andrews, D., Zinger, I, Hoge, R.D, Bonta, J. Gendreau, P. & Cullen, F. (1990). Does Correctional Treatment Work? *Criminology,* 28(3): 369-404.

Aos, S., Miller, M., & Drake, E. (2006). *Evidence-based adult corrections programs: What works and what does not.* Olympia, WA: Washington State Institute for Public Policy.

Baird, S. C., Heinz, R. C., Bemus, B. J. (1979). Project Report #14: A two-year follow-up. Madison, WI: Department of Health and Social Services, Case Classification/Staff Development Project, Bureau of Community Corrections.

Beck, A.J., Maruschak, L.M. (2004). Hepatitis testing and treatment in state prisons (Publication No. NCJ-199173C). Washington, DC: U.S. Department of Justice, Bureau of Justice Statistics.

Becker, J. & Murphy, W. (1998). What we know and don't know about assessing and treating sex offenders. *Psychology, Public Policy and Law, 4*, 116-137.

Blankenship, J., Dansereau, D. F., Simpson, D. D. (1999). Cognitive Enhancements of Readiness for Corrections-Based Treatment for Drug Abuse, *Prison Journal*, Vol. 79, No. 4, 431-445.

Bloom, B., Owen, B., & Covington, S. (2003). *Gender-responsive strategies: research, practice, and guiding principles for women offenders.* Washington, DC: National Institute of Corrections.

Burke, P. (2000). *Probation and Parole Violations: An Overview of Critical Issues*. Edited by M. Carter, *Responding to Parole and Probation Violations: A Handbook to Guide Local Policy Development*. Washington, DC: National Institute of Corrections, Accession Number: 016858.

Butzin, C. A., Scarpitti, F. B., Nielsen, A. L., Martin, S. S., & Inciardi, J.A. (1999). Measuring the Impact of Drug Treatment: Beyond Relapse and Recidivism. *Corrections Management Quarterly, 3*(4), 1-7.

Byrne, J. M., Taxman, F. S., & Young, D. (2003). Emerging Roles and Responsibilities in the Reentry Partnership Initiative: New Ways of Doing Business. Washington, DC: National Institute of Justice.

Byrne, J. M. & Taxman, F. S. (2005). Reaction Essay: Crime (Control) is a Choice: Divergent Perspectives on the Role of Treatment in the Adult Corrections System. *Criminology and Public Policy*, 4(2): 291-310.

Byrne, J. M. & Taxman, F. S. (2006). Crime Control Strategies and Community Change-Reframing the Surveillance vs. Treatment Debate, *Federal Probation*, 70, 1, June 2006:3-12.

California Department of Corrections and Rehabilitation (2006). *California Prisoners and Parolees, 2005*. Sacramento, CA.

Clear, T. R., Rose, D. R., Waring, E., & Scully, K. (2003). Coercive mobility and crime: A preliminary examination of concentrated incarceration and social disorganization. *Justice Quarterly, 20*(1), 33-64.

*CDCR EXPERT PANEL ON ADULT OFFENDER REENTRY AND RECIDIVISM REDUCTION PROGRAMS*

DeLeon, G., Kressel, D., & Melnick, G. (1997). Motivation and Readiness for Therapeutic Community Treatment among Cocaine and Other Drug Abusers, *American Journal of Drug and Alcohol Abuse*, Volume 20:495-515.

Finney, J. W., Noyes, C. A., Coutts, A. J., & Moos, R. H. (1998). Evaluating substance abuse treatment process models: I. Changes on proximal outcome variables during 12-step and cognitive-behavioral treatment, *Journal of Studies on Alcohol*, Volume 59, 4, 371-80.

Fisher, R. G. (2005, September) *Are California's Recidivism Rates Really the Highest in the Nation?* Irvine, CA: UCI Center for Evidence-Based Corrections.

Friedmann, P. D., Taxman, F. S., & Henderson, C. (2007). Quality of Treatment Offered to Adult Offenders in Correctional Settings. *Journal of Substance Abuse Treatment*, 32(3): 267-277.

Gerber, J., and E. J. Fritsch (1994). The effects of academic and vocational program participation on inmate misconduct and re-incarceration. In *Prison Education Research Project: Final Report* (Ch. 3). Huntsville, TX: Sam Houston State University.

Gordon, et. al. (2007). "Fiscal Realities: Budget Tradeoffs in California Government." Public Policy Institute of California.

Grove, W. M. & Meehl, P. E. (1996). Comparative efficiency of informal (subjective, impressionistic) and formal (mechanical, algorithmic) prediction procedures: The clinical-statistical controversy. *Psychology, Public Policy, and Law*, 2, 293-323.

Hammett, T., Harmon, P., & Maruschak, L. (1999). 1996-1997 update: HIV/AIDS, STDs, and TB in correctional facilities. Washington, DC: U.S. Department of Justice, National Institute of Justice. Centers for Disease Control (CDC). (2006). Hepatitis C: Fact Sheet. http://www.cdc.gov/ncidod/diseases/hepatitis/c/fact.htm.

Hammett, T. M., Harmon, M. P., & Rhodes, W. (2002). The burden of infectious disease among inmates of and releases from US correctional facilities, 1997. *American Journal of Public Health*, 92 (11), 1789-1794.

Harrison, L. D. & Martin, S. S. (2001). *Residential substance abuse treatment (RSAT) for state prisoners: Compendium of initial and process* (Publication No. NCJ-187099). Washington, DC: Department of Justice, Office of Justice Programs, National Institute of Justice.

Holt, Norm. 1995. "Reducing Parole Revocations by Improved Decision Making: The California Experience". Unpublished manuscript. California Department of Corrections.

Hser, Y., Grella, C. E., Hubbard, R. L., Hsieh, S. C., Fletcher, B. W., Brown, B. S., & Anglin, M. D. (2001). An evaluation of drug treatment for adolescents in 4 US cities. *Archives of General Psychiatry, 58*, 689-695.

Hubbard, R., Marsden, M., Rachal, J., Harwood, H., Cavanaugh, E., & Ginzburg, H. (1989). *Drug abuse treatment: A national study of effectiveness*. North Carolina: University of North Carolina Press.

Hysen Declaration by Deborah, CDCR Chief Deputy Secretary of Facilities, Planning, and Construction, May 16, 2007, in Plata v. Schwarzenegger, at http://www.cya.ca.gov/Communications/CourtDocuments.html.

Inciardi, J. A., Martin, S. S., & Butzin, C. A. (2004). Five-Year Outcomes of Therapeutic Community Treatment of Drug-Involved Offenders After Release from Prison. *Crime & Delinquency*, 50, 88-107.

Inciardi, J. A., Martin, S. S., Butzin, C. A., Hooper, R. M., & Harrison, L. D. (1997). An effective model of prison-based treatment for drug-involved offenders. *Journal of Drug Issues, 27*(2), 261-278.

Jacobson, M. P. (2003). Testimony to the Commission. John Jay College of Criminal Justice, New York.

James, D.J. & Glaze, L.E. (2006). *Mental health problems of prison and jail inmates* (Publication No. NCJ-213600). Washington, DC: U.S. Department of Justice, Bureau of Justice Statistics.

Kennedy, D. M. (2007). Making Communities Safer: Youth Violence and Gang Interventions That Work. Testimony to the House Judiciary Sub-Committee on Crime, Terrorism, and Homeland Security.

Kernan Declaration by Scott M., CDCR Chief Deputy Secretary of Adult Institutions, May 16, 2007, in Plata v. Schwarzenegger, at http://www.cya.ca.gov/Communications/CourtDocuments.html

Knight, K., Hiller, M. L., Broome, K. M., & Simpson, D. D. (2000). Legal pressure, treatment readiness, and engagement in long-term residential programs. *Journal of Offender Rehabilitation*, 31 (1/2): 101-115.

Knight, K., Simpson, D. D., & Hiller, M. L. (1999). Three-year re-incarceration outcomes for in-prison therapeutic community treatment in Texas. *The Prison Journal*, 79, 337-351.

Krisberg, B., & Marchionna, S. (2006, April). *Attitudes of US voters toward prisoner rehabilitation and reentry policies.* Oakland, CA: National Council on Crime and Delinquency.

Krisberg, B., Craine, J., & Marchionna, S. (2004, June). *Attitudes of Californians toward effective correctional policies.* Oakland, CA: National Council on Crime and Delinquency.

Krisberg, Barry. (1980). Utility of process evaluation: crime and delinquency programs. In M. Klein & K. Teilman (Eds.), *Handbook of criminal justice evaluation*. Newbury Park, CA: Sage Publications.

Kubrin, C. E. & Stewart, E. A. (2006). Predicting who reoffends: The neglected role of neighborhood context in recidivism studies. *Criminology, 44*(1), 165-197.

Landenberger, N. A. & Lipsey, M. W. (2005). The positive effects of cognitive-behavioral programs for offenders: A meta-analysis of factors associated with effective treatment. *Journal of Experimental Criminology* 1(4):435-450.

Latessa, E. J., Cullen, F. T., & Gendreau, P. (2002). Beyond correctional quackery—Professionalism and the possibility of effective treatment. *Federal Probation*, 66, 43-49.

Laub, J. & Sampson, R. (2003). *Shared Beginnings, Divergent Lives: Delinquent Boys to Age 70*. Boston, Mass: Harvard University Press.

Laub, J., Sampson, R. & Allen, L., Explaining crime over the life course: Towards a theory of age-graded informal social control. *Explaining crime and criminal: Essays in Contemporary Criminological Theory*, pp. 97-112.

Lipsey & Wilson (1993). The efficacy of psychological educational and behavioural treatment: confirmation from meta-analysis. *American Psychologist*.

Lipsey, M. W. & Landenberger, N. A. (2006). Cognitive-Behavioral Interventions. In Brandon C. Welsh and David P. Farrington (eds). *Preventing Crime: What Works for Children, Offender, Victims, and Places*. Great Britain: Springer.

Little Hoover Commission (2004, November). *Breaking the barriers for women on parole.* [Report #177]. Sacramento, CA.

Little Hoover Commission (2007, January). *Solving Califofornia's Corrections Crisis: Time Is Running Out*. [Report #185]. Sacramento, CA.

Lowenkamp, C. T. & Latessa, E. J. (2005). Increasing the effectiveness of correctional programming through the risk principle: Identifying offenders for residential placement. *Criminology & Public Policy*, 4, 263-289.

Lowenkamp, C. T., Latessa, E., & Hoslinger, A. (2006). Risk Principle in Action: What have we learned from 13,676 Offenders and 97 Correctional Programs? *Crime and Delinquency*. 52: 77-93.

MacKenzie, D. L. (2006). *What works in corrections: Reducing the criminal activities of offenders and delinquents*. New York: Cambridge University Press.

Marlowe, D. B. (2003). Integrating Substance Abuse Treatment and Criminal Justice Supervision. *Science and Practice Perspectives* 2 (1): 4-14.

Martin, S. S., Butzin, C. A., Saum, C.A., & Inciardi, J. A. (1999). Three-Year Outcomes of Therapeutic Community Treatment for Drug-Involved Offenders in Delaware: From Prison to Work Release to Aftercare. *The Prison Journal, 79*(3), 294-320.

Maruna, S. (2001). *Making Good: How Ex-Convicts Reform and Rebuild their Lives*. Washington, DC: American Psychological Association.

Maruschak, L.M. (2004). HIV in prisons and jails, 2002. Bureau of Justice Statistics Bulletin. Washington, DC: U.S. Department of Justice, Office of Justice Programs.

Moos, R. H., Finney, J. W., Ouimette, P. C., & Suchinsky, R. T. (1999). A Comparative Evaluation of Substance Abuse Treatment: I. Treatment Orientation, Amount of Care, and 1-Year Outcomes Alcoholism. *Clinical and Experimental Research*, 23 (3), 529–536.

National Council on Crime and Delinquency. (April 2007). *Effect of Early Release from Prison on Public Safety*: A Review of the Literature, Oakland, CA.

National Institute on Drug Abuse (1999). Principles of Drug Addiction Treatment. Rockville, MD: National Institute on Drug Abuse.

National Institute on Drug Abuse (2006). Principles of Drug Abuse Treatment for Criminal Justice Populations: A Research Based Guide (NIH Publication No. 06-5316). Rockville, MD.

National Research Council (2207). *Parole, desistance from crime, and community integration*. Washington, DC: National Academy of Sciences.

National Research Council, Parole, Desistance from Crime, and Community Integration, Washington, D.C., National Academy of Science 2007, forthcoming.

Pattavina, A., Byrne, J., & Garcia, L. (2006). "An Examination of Citizen Involvement in Crime Prevention in High-Risk Versus Low to Moderate Risk Neighborhoods" *Crime and Delinquency* 52 (2):203-231.

Pennsylvania Department of Corrections (2003). "Program Analysis: A Description of PA DOC Programs and an Evaluation of their Effectiveness," 39-41.

REFERENCES

Petersilia, J. (1997). "Diverting Non-Violent Prisoners to Intermediate Sanctions: The Impact on California Prison Admissions and Corrections Costs," *Corrections Management Quarterly*, Vol. 1(1), pages 1-15. Also printed as: "Diverting Non-Violent Prisoners to Intermediate Sanctions: The Impact on Prison Admissions and Corrections Costs, " California Policy Seminar final report, Sacramento, California.

Petersilia, Joan, "A Decade of Experimenting with Intermediate Sanctions: What Have We Learned?" Corrections Management Quarterly, Volume 3, Issue 3, 1999.

Petersilia, J. (2003). *When prisoners come home: Parole and prisoner reentry*. New York: Oxford University Press.

Petersilia, J. (2004). What Works in Prisoner Reentry? Reviewing and Questioning the Evidence, *Federal Probation*, September, 4-9.

Petersilia, J. (2005). Hard Time: Ex-Convicts Returning Home After Prison, *Corrections Today*, American Correctional Association.

Petersilia, J. (2006). *Understanding California corrections*. Berkeley, CA: California Policy Research Center.

Petersilia, J. (2007, in press). *California Corrections: A Paradox of Excess and Deprivation*, In Michael Tonry, ed., Crime and Justice: A Review of Research, Chicago: University of Chicago Press.

Petersilia, J. (2007). Implement Behavioral Contracting and Earned Discharge Parole Terms, *Criminology and Public Policy*, Volume 6, Issue 4, November.

Petersilia, J. & Turner, S. (1993a). *Evaluating Intensive Supervision Probation/Parole: Results of a Nationwide Experiment*. Washington, D.C.: U.S. Dept. of Justice, National Institute of Justice.

Petersilia, J. & Turner, S. (1993b). Intensive probation and parole. In M. Tonry (Ed.), *Crime and Justice: A Review of Research*, 17, 281-335.

Polizzi, D. M., MacKenzie, D., & Hickman, L. (1999). What works in adult sex offender treatment? A review of prison and non-prison based treatment programs. *International Journal of Offender Therapy and Comparative Criminology, 43,* 357-374.

Rose, D. R. & Clear, T. R. (1998). Incarceration, social capital, and crime: Implications for social disorganization theory. *Criminology, 36*(3), 441-479.

Rossi, P., Freeman, H., & Lipsey, M. (2004). *Evaluation: A Systematic Approach*. Sage Publications.

Sachwald, J. & Tesluk, P. (2005). "Leading Change in Community Corrections: Embracing Transformational Leadership". Topics in Community Corrections - 2005. Washington DC: National Institute of Corrections. Online at www.nicic.org/library/period284.

Sampson, R. & Laub, J. (1993). *Shared Beginnings, Divergent Lives: Delinquent Boys to Age 70*, Harvard University Press.

Sampson, R. J. & Laub, J. H. (2001). "Understanding Variability in Lives Through Time: Contributions of Life-Course Criminology" pp. 242-258 in Piquero and Mazerolle, editors, 2001. *Life-Course Criminology:Contempory and Classic Readings* . Belmont, CA Wadsworth/ Thomson Learning.

Sampson, R. J., Raudenbush, S., & Earls, F. (1997). Neighborhoods and Violent Crime: A Multilevel Study of Collective Efficacy. *Science* 277:918-24.

Schrantz, D. (2007). Coordinating community development: The heart of the Michigan prisoner reentry initiative. *Corrections Today*. April, pp. 42-45.

Sia, T. L., Dansereau, D. L., & Czuchry, C. L. (2000). Treatment readiness training and probationers'' evaluation of substance abuse treatment in a criminal justice setting. *Journal of Substance Abuse Treatment*, Volume 19, Issue 4, pages 459-467.

Simpson, D. D., Joe, G. W., & Broome, K. M. (2002). A national 5-year follow-up of treatment outcomes for cocaine dependence, *Archives of General Psychiatry*, 59, 538-544.

Simpson, D. D., Joe, G. W., & Brown, B. S. (1997). Treatment retention and follow-up outcomes in the Drug Abuse Treatment Outcome Study (DATOS). *Psychology of Addictive Behaviors*, *11*, 294-307.

Simpson, D. D., Wexler, H. K., & Inciardi, J. A. (1999a). Drug treatment outcomes for correctional settings, part 1. *The Prison Journal, 79*(3), 291-293.

Simpson, D. D., Wexler, H. K., & Inciardi, J. A. (1999b). Drug treatment outcomes for correctional settings, part 2. *The Prison Journal, 79*(4), 381-383.

Simpson, D. D., and Flynn, P. M. (in press). Moving innovations into treatment: A stage-based approach to program change. *Journal of Substance Abuse Treatment*.

Substance Abuse and Mental Health Services Administration, Office of Applied Studies. (2006a). *Results from the 2004 national survey on drug use and health: National findings*, NSDUH Series H-28, DHHS Publication No. (SMA) 05-4062. Rockville, MD. http://drugabusestatistics.samhsa.gov/nsduh/2k4nsduh/2k4tabs/Sect7peTabs66to129.htm#tab7.98a

Taxman, F. S. (2002). Supervision: Exploring the dimensions of effectiveness. *Federal Probation*, 66, 14-27.

Taxman, F. S. & Bouffard, J. A. (2000). The importance of systems issues in improving offender outcomes: Critical elements of treatment integrity. *Justice Research and Policy, 2*(2), 9-30.

Taxman, F. S., Cropsey, K., Young, D., & Wexler, H. K. (forthcoming). Assessment and Referral Practices in Correctional Agencies: Results from a National Survey. *Criminal Justice and Behavior*.

Taxman, F. S., Soule, D., & Gelb, A. (1999). "Graduated Sanctions: Stepping Into Accountable Systems and Offenders." *The Prison Journal* 79(2): 182-204.

Taxman, F. S., Sheperdson, E., & Byrne, J. M. (2004). *Tools of the Trade: A Guide to Incorporating Science into Practice*. Washington, D.C.: National Institute of Corrections. http://www.nicic.org/Library/020095

Taxman, F. S. (1998). "Reducing Recidivism Through A Seamless System of Care: Components of Effective Treatment, Supervision, and Transition Services in the Community," Washington, DC: Office of National Drug Control Policy, *Treatment and Criminal Justice System Conference*, NCJ 171836.

Taxman, F. S. (2006). Assessment with a Flair: Offender Accountability in Supervision Plans. *Federal Probation*, 70:2-7.

Taxman, F. S., Byrne, J. M., & Young, D. (2003). *Targeting for Reentry: Matching Needs and Services to Maximize Public Safety*. Washington, DC: National Institute of Justice.

REFERENCES

Taxman, F. S., Young, D., & Byrne, J. (2004). "Transforming Offender Reentry into Public Safety: Lessons from OJP's Reentry Partnership Initiative," *Justice Policy and Research*, 5(2):101-128.

Thanner, M. & Taxman, F. (2003). "Responsivity: The Value of Providing Intensive Services to High-Risk Offenders," *Journal of Substance Abuse Treatment* 24:137-147.

Thomas, J. C. & Sampson, L. A. (2005). High rates of incarceration as a social force associated with community rates of sexually transmitted infection. *Journal of Infectious Diseases, 191* (Supplement 1), 55-60.

Thomas, J. C. & Torrone, E. (2006). Incarceration as forced migration: Effects on selected community health outcomes. *American Journal of Public Health, 96*(10), 1762-1766.

Tonry, Michael (1995). *Malign neglect: Race, crime, and punishment in America*. New York: Oxford University Press.

Travis, J. (2005). *But they all come back; Facing the challenges of prisoner reentry*. Washington, DC: Urban Institute Press.

United States Department of Justice (USDOJ), Bureau of Justice Statistics (BJS) (2001). *Trends in State Parole, 1999-2000*. Washington, DC.

USDOJ (2006). *Prison Statistics, 1 August 2006*. Washington, DC. http://www.ojp.usdoj. gov/bjs/prisons.htm/

Visher, C. & J. Farrell (2005). *Chicago Communities and Prisoner Reentry.* Washington, DC: The Urban Institute.

Visher, C. & S. Courtney (2006). *Cleveland Prisoners' Experiences Returning Home*. Washington, DC: Urban Institute. Available: http://www.urban.org/url.cfm?ID=311359 [September 2006].

Visher, C., La Vigne, N., & Farrell, J. (2003). *Illinois Prisoners' reflections on returning home*. Washington, DC: Urban Institute Press.

Visher, C., Kachnowski, V., La Vigne, N., and Travis, J. (2004). *Baltimore Prisoners' Experiences Returning Home*. Washington, DC: The Urban Institute Press.

Werholtz, R. (2007). The Kansas offender risk reduction and reentry plan. *Corrections Today*. April, pp. 6-7.

Wilson, D. B., Bouffard, L. A., & Mackenzie, D. L. (2005). Quantitative review of structured, group-oriented, cognitive-behavioral programs for offenders. *Criminal Justice and Behavior*, 32, 172-204.

Wilson, J. A., and Davis, R. C. (2006). Good intentions meet hard realities: an evaluation of the Project Greenlight Reentry Program. *Criminology and Public Policy, 5,* 303-338.

Wright, B. R., Caspi, A., Moffitt, T. E., & Paternoster, R. (2004). Does the Perceived Risk of Punishment Deter Criminally Prone Individuals? Rational Choice, Self-Control, and Crime Paternoster, *Journal of Research in Crime and Delinquency*, Vol. 41, No. 2, 180-213.

Wilson, D., Gallagher, C. A., & MacKenzie, D. L. (2000). A meta-analysis of corrections-based education, vocation, and work programs for adult offenders. *Journal of Research in Crime and* Delinquency, 37(4), 347-368.

Wolf, A. (2006). *Reducing the incarceration of women: Community-based alternatives*. San Francisco, CA: National Council on Crime and Delinquency.

Young, D., Taxman, F. S., & Byrne, J. M. (2003). *Engaging the Community in Offender Reentry*. Washington, DC: National Institute of Justice.