1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-5388
8    Fax: (916) 324-5205
     Email: Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants
10

11
12                    IN THE UNITED STATES DISTRICT COURT
13                    FOR THE EASTERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| 15  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| 16                                    Plaintiffs, | **STIPULATION TO MODIFY MARCH 7, 2005 ORDER REGARDING BIWEEKLY REPORTS** |
| 17       **v.** | |
| 18  **ARNOLD SCHWARZENEGGER, et al.,** | |
| 19                                    Defendants. | |

20

21                                    **I.**

22                              **INTRODUCTION**

23         On March 7, 2005, this Court ordered Defendants to report to the Special Master every two

24  weeks regarding their progress in ensuring adequate staffing and program space is provided to the

25  enhanced outpatient population housed in the hub units at California State Prison in Corcoran, San

26  Quentin State Prison, and R.J. Donovan Correctional Facility. This Court required such status

27  reports to include the daily population of the units, data on clinical and custody staffing, the

28  scheduled structured therapeutic activities offered to inmates in the unit, with the reasons for the

1  cancellation of any scheduled activities, and any deficiencies in the availability of programming

2  space.

3  **II.**

4  **STIPULATION**

5       The parties by and through their counsel, hereby stipulate that paragraph ten of the March

6  7, 2005 order be modified such that Defendants are no longer required to report to the Special Master

7  regarding the enhanced outpatient population in the hub units at California State Prison in Corcoran,

8  San Quentin State Prison, and R.J. Donovan Correctional Facility.

9       SO STIPULATED.

10      Dated: July 3, 2007                    By: _____

11                                             MISHA D. IGRA
                                               Deputy Attorney General
12                                             Attorney for Defendants

13      Dated: July 2, 2007                    By: _____

14                                             IVAN TRUJILLO
                                               Prison Law Office
15                                             Attorney for Plaintiffs

16      Dated: July 2, 2007                    By: _____

17                                             MICHAEL BIEN
                                               Rosen, Bien & Galvan
       30282718.wpd                            Attorney for Plaintiffs
18     CF1997CS0003

19

20

21

22

23

24

25

26

27

28

Stipulation to Modify March 7, 2005 Order