EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                Plaintiffs,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER MODIFYING MARCH 7, 2005 ORDER REGARDING BIWEEKLY REPORTS** |

   This Court has reviewed the parties' stipulation to modify paragraph 10 of the March 7, 2005 Order to relieve Defendants of the requirement to report to the Special Master regarding the enhanced outpatient population in the hub units at California State Prison in Corcoran, San Quentin State Prison, and R.J. Donovan Correctional Facility.

   Good cause appearing, this Court approves the stipulation and orders that paragraph ten of the March 7, 2005 Order is modified such that Defendants are no longer required to report to the

1 | Special Master regarding the enhanced outpatient population in the hub units at California State
2 | Prison in Corcoran, San Quentin State Prison, and R.J. Donovan Correctional Facility.

Dated:          By: _____
                    HON. LAWRENCE K. KARLTON
                    United States District Court Judge

[Proposed] Order Modifying March 7, 2005 Order

2