1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5388
8   Fax: (916) 324-5205
    Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                         Plaintiffs,<br><br>        v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                         Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**ORDER MODIFYING MARCH 7, 2005 ORDER REGARDING BIWEEKLY REPORTS** |

This Court has reviewed the parties' stipulation to modify paragraph 10 of the March 7, 2005 Order to relieve Defendants of the requirement to report to the Special Master regarding the enhanced outpatient population in the hub units at California State Prison in Corcoran, San Quentin State Prison, and R.J. Donovan Correctional Facility.

Good cause appearing, this Court approves the stipulation and orders that paragraph ten of the March 7, 2005 Order is modified such that Defendants are no longer required to report to the

[Proposed] Order Modifying March 7, 2005 Order

1

Special Master regarding the enhanced outpatient population in the hub units at California State Prison in Corcoran, San Quentin State Prison, and R.J. Donovan Correctional Facility.

Dated: July 5, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT