PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO COMPEL PAYMENT OF DISPUTED ATTORNEYS' FEES, COSTS AND EXPENSES FOR THE THIRD AND FOURTH QUARTERS OF 2006** |

1    On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees. Pursuant to Paragraph 4 of that Order, if the parties have disputed fees and expenses remaining at the end of the year, plaintiffs will file a yearly motion to compel payment of those amounts.

Plaintiffs and defendants have been unable to resolve disputes regarding three categories of time incurred during the third and fourth quarters of 2006. The parties previously stipulated, and the Court ordered, that plaintiffs would file a motion to compel payment of the disputed fees and costs by July 13, 2007. *See* Docket 2272. In order to accommodate available hearing dates and to ensure a fair briefing schedule, the parties have reached an agreement regarding a full briefing schedule for the motion to compel.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to the following schedule regarding plaintiffs' motion to compel payment of disputed attorneys' fees and costs incurred during 2006:

| Motion deadline | July 25, 2007 |
| --- | --- |
| Opposition deadline | August 10, 2007 |
| Reply deadline | August 21, 2007 |
| Hearing | September 9, 2007 (or the earliest hearing date available thereafter) |

IT IS SO STIPULATED.

DATED: July 9, 2007

Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: July 9, 2007

Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED:

John F. Moulds, Magistrate Judge
United States District Court