EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' BRIEF RE: EXPERT PANEL'S REPORT ON REENTRY AND RECIDIVISM AND ITS RELATION TO PENDING MOTION TO CONVENE A THREE-JUDGE PANEL** |

**I.**

**INTRODUCTION**

During the briefing and hearing on the Plaintiffs' motion to convene a three-judge panel to address population issues, Defendants informed this Court of the bipartisan enactment of Assembly Bill 900 (AB 900). Defendants explained how this landmark enactment would address overcrowding. Defendants also identified how the long-standing administrative and managerial difficulties experienced by the California Department of Corrections and Rehabilitation (CDCR) would be addressed with the implementation of AB 900. Defendants

Defs.' Further Brief Re: Expert Report

1

now, upon the request of this Court, describe their commitment to implementing key recommendations made by CDCR's Expert Panel on Adult Offender Reentry and Recidivism Reduction Programs in its report to the Legislature entitled, "A Roadmap for Effective Offender Programming in California." (*See* Defs.' Req. Jud. Notice, Ex. 1, A-E, filed July 2, 2007.) The implementation of several of these expert recommendations demonstrates the continued commitment and collaborative approach of Defendants toward achieving effective remediation of overcrowding.

## II.

## LEGAL DISCUSSION

### A. The Expert Panel Report Offers an Independent Analysis of CDCR's Population Problem and Policies to Address These Problems.

CDCR commissioned a blue-ribbon panel of experts to provide a report to the Legislature on the reasons for, and ways to reduce, the recidivism rate in California. The Report provides recommendations which will "significantly reduce the large number of parolees who are currently violating their parole conditions and being returned to prison." (Report at xiv.)

The Report's first recommendation is also Defendants' goal: reduce overcrowding in prison facilities and parole offices. CDCR will implement other recommendations and strategies in the Report that will further the goal of reducing overcrowding through an effective and integrated approach to offender programming that reduces recidivism rates.

### B. Defendants Will Incorporate Key Recommendations into Their Implementation of AB 900.

The Declarations of Kathryn Jett and Joan Petersilia set forth the actions that will be taken to implement recommendations contained in the Expert Panel Report. The Report and its recommendations will serve as an evidence-based guide for the Rehabilitation Strike Team (Strike Team) to implement the rehabilitative requirements of AB 900. (Decl. Petersilia, ¶ 3; Decl. Jett, ¶ 3.) The Report will aid the Strike Team in formulating plans to reconfigure CDCR. (*Id.*) At present, CDCR is an agency with a punitive model. (*Id.*) With AB 900, CDCR will become an agency with evidence-based programs that are proven to reduce recidivism, are

fiscally prudent, and protect public safety. (*Id.*)

The successful implementation of the Report's recommendations will be enabled by continued reliance on its authors' leadership. (Decl. Petersilia, ¶ 3.) Members of the Expert Panel either serve as members of the Strike Team or have been retained to consult with the Strike Team as needed. (*Id.*) This continuity of leadership will ensure that the Report's goals are implemented by the Strike Team. (*Id.*)

The Strike Team agrees with the Report's recommendations and strategies concerning:

-- Use of the California Logic Model, an offender risk and needs assessment, and the decision-making matrix.

-- Incentives for prisoners and parolees to enroll in and complete rehabilitation programs.

-- A core set of programs, including academic, vocational, financial, and alcohol and drug programs, that should be offered to selected high-risk inmates in California prisons.

-- Systems and procedures to collect and utilize programming processes and outcome measures.

-- Closely working with community stakeholders on parolee reentry issues.

-- Development of structured guidelines by December 2007 to respond to technical parole violations based on risk to reoffend, seriousness of the offender, and the seriousness of the violation.

-- Adoption of the Arizona Fast Track Program (or a similar system) for offenders serving less than six months' time in prison.

(Decl. Petersilia, ¶¶ 4-11; Decl. Jett, ¶¶ 4-11.)

Some of these actions will bring CDCR in line with other states' corrections systems; other recommendations are tailored to recidivism within California. (Decl. Petersilia, ¶ 12; Decl. Jett, ¶ 12.) Defendants are confident that the overcrowding can be effectively addressed through the implementation of the foregoing recommendations. Nonetheless, at this time, the estimates of the fiscal impact and the impact on the overall prison population are preliminary and need refinement. (Decl. Petersilia, ¶12.) The Report itself cautions against using such estimates until

they can be verified, stating:

> "It is important to note that these estimates are based on the data that were made available to the Panel by the CDCR as well as the experience of other state correctional systems. As such they are preliminary in nature and subject to modification based on further analysis that may be required. Once it becomes clear on the extent to which the recommendations will be adopted and implemented, more precise estimates should be made. *It is also important to note that the CDCR has neither authenticated nor endorsed our estimates*."

(Report at 87, italics in original.)

CDCR will develop more refined measures based on actual California prisoner and parolee profiles, and the cost of operating California programs. (Decl. Petersilia, ¶12.) Defendants will apprize the Court of updated information once those enhanced measures are developed and deployed. In the meantime, Defendants ask this Court to recognize the work being undertaken to implement these recommendations.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

//
//

## III.

## CONCLUSION

Defendants informed the Court of the Expert Panel Report to demonstrate their continued commitment and efforts toward addressing overcrowding. CDCR commissioned the Report and Defendants are committed to adopting the aforementioned recommendations. Defendants submit that because referral to a three-judge panel will not fix the prison mental health care problems, and because Defendants are taking aggressive steps to provide constitutionally adequate care, this Court should not order the overly intrusive remedy of a referral to a three-judge panel for a population cap.

Dated: July 11, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30296082.wpd
CF1997CS0003