EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF KATHRYN JETT IN SUPPORT OF DEFENDANTS' ADDITIONAL BRIEFING ON PLAINTIFFS' MOTION TO CONVENE THREE-JUDGE COURT** |

I, Kathryn Jett, declare as follows:

1. I am currently the lead member of the Rehabilitation Strike Team (Strike Team) which was created by Governor Schwarzenegger on May 11, 2007 to expedite the implementation of Assembly Bill 900 (AB 900). The Strike Team is focused on evaluating existing education, vocational, training, and substance abuse programs; developing leading-edge rehabilitation programs; delivering services to inmates and parolees that will in turn improve public safety; and working with communities to continue services in local settings. I am competent to testify to the matters set forth in this declaration, and if called upon to do so, would and could so testify. I submit this declaration in support of Defendants' Additional Briefing on Plaintiffs' Motion to

Decl. K. Jett Supp. Defs.' Add'tl Br.

1

1. Convene Three-Judge Court in response to this Court's July 3, 2007 Order.

2. On June 30, 2007, the California Department of Corrections and Rehabilitation (CDCR) Expert Panel on Adult Offender Reentry and Recidivism Reduction Programs (Expert Panel) issued a report to the California Legislature entitled "Report to the California State Legislature: A Roadmap for Effective Offender Programming in California" (Report).

3. The Report will serve as an evidence-based guide for the Strike Team to implement the rehabilitative requirements contained in AB 900. The Report will aid the Strike Team in formulating plans to reform CDCR from a punitive punishment model, to one that provides evidence-based programs that are proven to reduce recidivism, be fiscally prudent, and protect public safety.

4. The Strike Team will adopt the California Logic Model as its overall conceptual framework. The California Logic Model identifies eight key steps, beginning with using assessment instruments to identify high risk offenders and then developing a behavior management plan for each offender to guide the types and levels of services needed both in prison and after release.

5. The Strike Team will also adopt the Expert Panel's recommendation to consider CDCR programs in light of whether they are "evidence-based." The Strike Team recommends that CDCR use either the California Program Assessment Process, as recommended by the Report, or a comparable methodology for reviewing proposals for new rehabilitation programs.

6. The Strike Team agrees with the Report in noting that offenders receive few incentives to participate in rehabilitation programs. Accordingly, the Strike Team will identify additional incentives to encourage prisoners and parolees to enroll and complete rehabilitation programs. Such incentives may include pay for rehabilitation programming, expanded visitation privileges, locating prisoners in prisons closer to their homes, providing long distance telephone calls, and/or issuing vouchers for the prison canteen.

7. The Strike Team also agrees with the Report in that a core set of programs should be offered to selected high-risk inmates in California prisons. These programs include academic, vocational, financial, alcohol and drug programs, and others noted in the Report (See Appendix

Decl. K. Jett Supp. Defs.' Add'tl Br.

2

B). The Strike Team is currently working hard to expand program offerings in these areas. For example, the Strike Team has formed a special working group to look at Prison-To-Employment. The co-chairs, Dr. Harry Wexler, a nationally known drug treatment expert, and Dr. Jose Millan, Vice-Chancellor of the California Community College System, are meeting weekly to develop a Prison-To-Employment plan. This group will organize a stakeholder forum in Fall 2007 to consider jobs available on a regional basis throughout California. The purpose of this forum is to ensure that training in prison is compatible with jobs available for paroles returning to their county of origin. Additionally, based on the input received from this forum, the Strike Team will recommend changes necessary to prison job training programs to bring them in line with job availability. This is the first of a series of forums to be held throughout California.

8. The Strike Team also agrees with the Report's recommendation to develop systems and procedures to collect and utilize programming process and outcome measures. The Strike Team is currently working with CDCR to assure that significant funded programs routinely collect specified performance indicators. Moreover, the Strike Team is working to ensure external and internal research will utilized. For example, the Division of Addiction Recovery Services will, as contracts come up for renewal, require that 75% of all inmates be successfully placed in 90 days of community based treatment. Additionally, on June 20, 2007, UCLA researcher Nena Messina, PhD, reviewed and presented research findings on all CDCR in-custody substance abuse programs. Those findings will now be used in redesigning elements of the in-custody substance abuse program.

9. The Strike Team agrees with the Report's recommendation that CDCR work closely with community stakeholders in regard to reentry issues. To achieve this goal, outreach to community groups and other criminal justice agencies (such as law enforcement) is a strong component of the Strike Team's Reentry Center workgroup.

10. The Strike Team agrees with the Report's recommendation to develop structured guidelines to respond to technical parole violations based on the seriousness of the offender, risk to re-offend, and the seriousness of the violation. CDCR has been working on such a matrix for the last several months, and recently awarded a contract to the Center for Effective Public Policy

Decl. K. Jett Supp. Defs.' Add'tl Br.

3

(CEPP) in Washington, D.C., to develop such an instrument. The CEPP contract calls for a pilot instrument to be in place by December 30, 2007. The CEPP has done this type of work in numerous states and will be critical in developing a comprehensive system for CDCR. The Strike Team, through its parole working group, will be working closely with the CEPP and CDCR's Division of Adult Parole Operations to make certain that the decision-making matrix is moving forward in a thoughtful and expeditious manner. Developing an agreed-upon and credible technical violation matrix is a very high priority for the Strike Team.

11. The Strike Team agrees with the Expert Panel's recommendation to adopt the Arizona Fast Track Program (or a similar system) for offenders serving less than six months' time in prison. A special workgroup on reception centers will consider how to implement this recommendation as quickly as possible.

12. The Strike Team will review each of the Expert Panel's 11 recommendations to inform the AB 900 implementation process and expedite our reform efforts. As noted above, the Strike Team has accepted the recommendations that bring CDCR in line with other states' corrections systems (for instance the California Logic Model, an offender risk and needs assessment, and the decision-making matrix). However, the estimates of the fiscal impact and the impact on the overall prison population are in a preliminary phase and are in need of more precision. The Strike Team recognizes that the figures provided in the Report are estimates only, and that CDCR should develop more refined measures based on actual California prisoner and parolee profiles and the costs of operating California programs.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Sacramento, California on July 11, 2007.

_Kathryn P. Jett_
Kathryn P. Jett

30297108.wpd

Decl. K. Jett Supp. Defs.' Add'tl Br.

4