EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
   Fax: (916) 324-5205
   Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> DEFENDANTS' REPORT AND PLAN FOR IMPROVEMENT OF ENHANCED OUTPATIENT PROGRAMS IN ADMINISTRATIVE SEGREGATION UNITS |

    This Court filed orders on March 12, 2007 and June 1, 2007 requiring Defendants to provide a report and plan for improvement of the Enhanced Outpatient Programs in

/ / /

/ / /

/ / /

Def. Report re. EOP/Ad Seg

1

administrative segregation units. Attached as Exhibit A is Defendants' response to those court orders.

Dated: July 11, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/ Lisa A. Tillman*


LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30297690.wpd
CF1997CS0003