RALPH COLEMAN, et al., v. ARNOLD SCHWARZENEGGER, et al.,

CASE NO. CIV S-90-0520 LKK JFM P

**DEFENDANTS' REPORT AND PLAN FOR IMPROVEMENT OF ENHANCED OUTPATIENT PROGRAMS IN ADMINISTRATIVE SEGREGATION UNITS IN RESPONSE TO COURT ORDERS OF MARCH 9, 2007 AND JUNE 1, 2007**

EXHIBIT A

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION　　　　　　　　　　　　　　　　　　　　Arnold Schwarzenegger, *Governor*

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P. O. Box 942883
Sacramento, CA 94283-0001



J. Michael Keating, Jr.　　　　　　　　　　via:　Lisa Tillman
Office of the Special Master　　　　　　　　　　Deputy Attorney General
2351 Sussex Lane　　　　　　　　　　　　　　　Department of Justice
Fernandina Beach, FL 32034　　　　　　　　　　1300 I Street, Suite 125
　　　　　　　　　　　　　　　　　　　　　　　P. O. Box 944255
　　　　　　　　　　　　　　　　　　　　　　　Sacramento, CA 94244-2550

RE:　ADMINISTRATIVE SEGREGATION UNIT ENHANCED OUTPATIENT PROGRAM TREATMENT IMPROVEMENT PLAN

Dear Mr. Keating:

In compliance with the *Coleman* court order of March 12, 2007, please find enclosed the *Administrative Segregation Unit Enhanced Outpatient Treatment Improvement Plan*, which details the California Department of Corrections and Rehabilitation's (CDCR) plan for improvement of Enhanced Outpatient Program level of care mental health services and out-of-cell time in the Administrative Segregation Unit hub programs.

If you need clarification on any aspect of this plan, please contact me at (916) 323-0229, or Doug McKeever, Director (A), Mental Health Program, Division of Correctional Health Care Services (DCHCS), at (916) 327-1168.

Sincerely,

ROBIN DEZEMBER
Director (A)
Division of Correctional Health Care Services

Enclosure

J. Michael Keating, Jr.
Page 2


cc:   James Tilton, Secretary, CDCR
      Kingston Prunty, Undersecretary, CDCR
      Bruce Slavin, General Counsel, Office of Legal Affairs, CDCR
      Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs, CDCR
      Scott Kernan, Chief Deputy Secretary, Adult Operations, CDCR
      Lea Ann Chrones, Director (A), Division of Adult Institutions, CDCR
      Brigid Hanson, Deputy Director, DCHCS, CDCR
      Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations Branch, DCHCS, CDCR
      George A. Sifuentes, Deputy Director, Office of Facilities Management, CDCR
      Doug McKeever, Director (A), Mental Health Program, DCHCS, CDCR
      Michael Stone, Staff Counsel, Office of Legal Affairs, CDCR

# ADMINISTRATIVE SEGREGATION UNIT
# ENHANCED OUTPATIENT PROGRAM
# TREATMENT IMPROVEMENT PLAN

## BACKGROUND

The following is a plan for improvement of Enhanced Outpatient Program Level of Care mental health services and out-of-cell time in California Department of Corrections and Rehabilitation Administrative Segregation Unit Hub programs.

This plan is required by the *Coleman* Court's March 12, 2007 Order.

The Order stated:

*"Defendants shall work with the special master's experts to review the provision of Enhanced Outpatient Programs (EOPs) in administrative segregation units.*

*The review process shall conduct an audit of the EOP administrative segregation population and examine more effective ways for reducing the lengths of stay of EOP inmates in administrative segregation; alternative methods for the delivery of mental health treatment, including the use of a different mix of clinical and paraclinical professionals; the use of different housing and/or service models for particular categories of EOP administrative segregation inmates; and any other strategy or approach likely to better serve the treatment needs of EOP administrative segregation inmates.*

*The study shall result in a brief report, prepared within 90 days from the date of this order, which must be shared with parties, counsel and the court."*

A subsequent request from the California Department of Corrections and Rehabilitation (CDCR) resulted in an extension of the deadline for submission of this report to July 11, 2007.

The ten institutions with Administrative Segregation Unit Enhanced Outpatient Program Hubs are California Men's Colony; California Medical Facility; California State Prison, Corcoran; California State Prison, Lancaster; Mule Creek State Prison; Richard J Donovan Correctional Facility; California State Prison, Sacramento; San Quentin State Prison, Salinas Valley State Prison, and Valley State Prison for Women. Some institutions have more than one Administrative Segregation Unit Enhanced Outpatient Program location. For example, San Quentin State Prison provides Enhanced Outpatient Program treatment in Reception Center, the Condemned Unit, the Adjustment Center, and the standard Administrative Segregation program.

## COORDINATION BETWEEN COLEMAN COURT EXPERTS AND PLAINTIFFS' ATTORNEYS

On April 20, 2007, and May 3, 2007, the CDCR participated in teleconferences with *Coleman* experts. On May 14, 2007, further discussion on this topic was held in Sacramento. These discussions resulted in the following conceptualization of space, staff, resources, and processes required to provide sufficient out-of-cell time and treatment services, to provide a group therapy environment that encourages participation, and to ensure that inmate-patients are moved out of Administrative Segregation Unit Enhanced Outpatient Programs as quickly as possible.

Space requirements for treatment include sufficiently sized rooms with therapeutic treatment modules, designed for the provision of mental health services. Treatment space, including but not limited to the modules, needs to be cleaned regularly and have adequate climate control. Sufficient Small Management Yards and/or creative scheduling are necessary for the provision of yard time.

Staffing requirements include sufficient numbers and types of custody and clinical staff, trained to understand and address the individualized needs of inmate-patients based on interdisciplinary treatment plans.

Resources include sufficient materials for group therapy to provide a stimulating, therapeutic environment that addresses coping with Administrative Segregation Unit placement, preparation for transition to general population or parole, and that is also responsive to individualized treatment needs.

Processes required for ensuring quality of services include supervisory oversight at the institutional level and headquarters review.

The March 12, 2007 Order required an audit of the Administrative Segregation Unit Enhanced Outpatient Program population. A survey was designed to examine barriers to meeting Title 15 and Mental Health Services Delivery System Program Guide requirements. The attached survey provides information on length of stay, group therapy hours (scheduled, offered, and refused), yard time (Controlled Compatible and Small Management Yard), and use of night yard. Some data is collapsed across separate locations within the same institution, while other institutions provided separate data for separate locations.

The results of this study indicated that as of June 20, 2007, there are no inmate-patients requiring Enhanced Outpatient Program treatment in Administrative Segregation Units who are endorsed for Sensitive Needs Yard housing.

In April 2007, Administrative Segregation Unit Enhanced Outpatient Program Hub programs scheduled, on average, 11.4 hours of group therapy per inmate-patient per week, and offered an average of 10.4 hours per inmate-patient. An average of 4.5 hours

per week was refused by inmate-patients in Administrative Segregation Unit Enhanced Outpatient Program Hubs. The refusal rate for group therapy exceeds 30% of treatment offered in almost all Administrative Segregation Unit Enhanced Outpatient Programs. Some institutions have reported anecdotal evidence that the refusal rate increased when televisions and radios were recently provided in Administrative Segregation Units.

Salinas Valley State Prison reported significantly lower compliance with requirements for the provision of treatment in their Administrative Segregation Unit Enhanced Outpatient Program Hub during April 2007. Issues related to custody staff vacancies were remedied, and compliance rates in this program substantially increased by the end of June 2007. Specific data for the month of June was not yet available at the time of this report but can be provided, if necessary, in a supplemental report.

Nine institutions (all except California State Prison, Sacramento) do not have sufficient confidential treatment space to provide group therapy. The clinical and custody staff vacancy rate at most institutions have prohibited some solutions such as escorting patients to remote locations and alternate work scheduling.

The results of this study reinforced the need for Small Management Yards in order to provide yard time. Seven of ten institutions operating Administrative Segregation Unit Enhanced Outpatient Program units reported that they are offering at least ten hours of yard time to inmate-patients assigned to Walk-Alone yard in the Small Management Yards. The three institutions reporting fewer hours than those required by departmental policy included California Men's Colony, Mule Creek State Prison and San Quentin State Prison. California Men's Colony is currently constructing 45 Small Management Yards on Facility B that are expected to be in use by August 30, 2007. Mule Creek State Prison received funding for construction of 20 Small Management Yards in the 2006/2007 Budget Act. San Quentin State Prison currently has 41 Small Management Yards available for use by the associated Administrative Segregation Unit population.

The California Department of Corrections and Rehabilitation is subject to a court order to construct approximately 441 Small Management Yards (Walk-Alone) statewide by the end of fiscal year 2008/09, in order to provide adequate yard time for all inmate-patients in Administrative Segregation Units. A plan regarding the construction of these Small Management Yards will be provided to the Court in a separate report.

### ADMINISTRATIVE SEGREGATION UNIT ENHANCED OUTPATIENT PROGRAM IMPROVEMENT PLAN

The following initiatives will be implemented to achieve the goals of reducing length of stay in Administrative Segregation Unit Enhanced Outpatient Program Hubs, and to enhance space and resources available for treating this population.

**Length of Stay**
The March 12, 2007, Court Order requires that CDCR consider more effective ways for reducing the lengths of stay of Enhanced Outpatient Program inmate-patients in Administrative Segregation Units, and the use of different housing and/or service models for the provision of treatment.

Beginning September 3, 2007, all inmate-patients requiring Enhanced Outpatient Program level of care, housed in Administrative Segregation Unit Hubs for more than 90 days will be reviewed every 30 days. This review will be conducted outside of the Institution Classification Committee process, by the Facility Captain and Correctional Counselor II. The status of each case, with detailed information regarding reasons for delays in the referral, disciplinary, classification, and/or transfer process, shall be compiled and reviewed by the Warden or designee (Chief Deputy Warden, or Associate Warden for Health Care). The Warden shall ensure that reviewers take action to resolve any issues that impact length of stay in Enhanced Outpatient Programs. The monthly report shall be sent to the headquarters Division of Adult Institutions Correctional Counselor II, the Correctional Captain assigned to Coleman compliance, and shall be reviewed by the Associate Director responsible for management of Coleman requirements.

Inmate-patients housed in an Administrative Segregation Unit Enhanced Outpatient Program Hub for more than 90 days, who postpone a Rules Violation Report hearing pending referral to the District Attorney, shall be reviewed for alternate housing. If the time housed in Administrative Segregation is equivalent to the projected Security Housing Unit term (if the inmate-patient had been found guilty of the Rules Violation Report), the inmate-patient shall be released to a general population setting. The Warden or designee at each institution with an Enhanced Outpatient Program Administrative Segregation Unit Hub shall contact the District Attorney to discuss expediting pending cases.

**Stand Alone Pilot**
In an October 2002, *Coleman* Stipulation and Order, the CDCR agreed not to house mentally ill *Coleman* class members in any of ten new Administrative Segregation Units. The CDCR is required to provide *Coleman* parties with at least 60 days notice of any intent to place mentally ill inmate-patients into the new Administrative Segregation Unit. Additionally, the document reads:

*"Defendants shall provide the special master and plaintiffs' counsel with a plan for the placement that addresses the provision of the following:*
- *Sufficient clinical staffing in the unit to provide enhanced mental health treatment programming and monitoring;*
- *Sufficient custody and escort staffing to support expanded treatment programming;*
- *Monitoring enhancements;*
- *Other out-of-cell enhancements;*

- *Some screening mechanism that incorporates mental health staff's input on the clinical appropriateness of the placement in the unit of specific Mental Health Service Delivery System inmates;*
- *A process for tracking and evaluating data on key indicators of decompensation for a specific period to ensure that the planned compensatory measures offset adequately the potentially deleterious effects of placement in the new administrative segregation units.*

Review of and approval of the plan is required prior to placement of mentally ill inmate-patients in the new Administrative Segregation Units.

The CDCR is proposing that a plan be developed in coordination with the *Coleman* experts and Plaintiffs' Counsel for a new twenty-bed Administrative Segregation Unit Enhanced Outpatient Program Hub program at California State Prison, Sacramento in the stand-alone Administrative Segregation Unit building. This plan would be in compliance with the requirements listed above.

**Weekly Monitoring**
Beginning September 3, 2007, each institution with an Administrative Segregation Unit Enhanced Outpatient Program Hub shall charter a Quality Improvement Team through the Quality Management Committee to ensure that out-of-cell time and treatment are maximized in the Administrative Segregation Unit Enhanced Outpatient Programs. The program director and captain for the Administrative Segregation Unit Enhanced Outpatient Program shall lead the Quality Improvement Team, and shall provide data weekly indicating the number of yard hours, showers, out-of-cell structured treatment hours, and cell front contacts, as well as, the reasons for cell-front contacts. If hours meet all Title 15 and Coleman Requirements, the Quality Improvement Team minutes shall note this fact and shall focus on continuous quality improvement of the treatment delivered. Barriers to meeting Coleman requirements shall be clearly identified. Remedies listed below for identified problems shall be employed. A monthly teleconference of all Administrative Segregation Unit Enhanced Outpatient Programs shall be held with the Regional Chief Psychologist to standardize solutions across institutions, and to reduce any systemic barriers.

The Quality Improvement Team shall consider the following short-term remedies for identified treatment needs:

Provision of Individual Sessions:
All available office space that is not currently being maximized shall be designated for Administrative Segregation Unit Enhanced Outpatient Program individual sessions.

Group Therapy:
Beginning immediately, institutions ordering therapeutic modules used for group treatment in Administrative Segregation Unit Enhanced Outpatient Program shall only order those approved by the Special Master. All modules shall be cleaned

daily, and inspected for cleanliness by the Sergeant assigned to Administrative Segregation Unit Enhanced Outpatient Program on a weekly basis. Therapeutic modules shall be placed in a "horseshoe" shape to facilitate interaction, where possible.

Where confidential treatment space is not available, and if escort to alternate areas is required, escort staff shall be assigned for this purpose.

<u>Staffing:</u>
Institutions not fully staffed, or where the inmate-patient population exceeds staffed capacity, shall utilize contract psychiatric technicians and clinical staff to reach full capacity consistent with the current staffing ratios.

Staff shall be directed, if necessary, to provide treatment on third watch and weekends, and shall be assigned to appropriate work hours for this purpose.

## Administrative Segregation Office and Treatment Space

In order to ensure that space needs are adequately addressed, the Mental Health Program will be participating in the Office of the Receiver's space survey. The Dental Program is also participating given the need to coordinate space needs between all three programs. The survey will begin July 9, 2007, at Avenal State Prison and will conclude after all institutions have been reviewed. It is anticipated that the site visits and survey results will take approximately 90 days to complete. The Mental Health Program will ensure that space requirements for the Administrative Segregation Units are factored into this for overall health care space needs of each institution. The results of this survey will provide information necessary to seek temporary space for the Administrative Segregation Unit Enhanced Outpatient Program.

Based on the results of the survey, the Mental Health Program will, in conjunction with the Office of the Receiver, submit space requests to address the needs of the medical, mental health, and dental programs.

Given the recent passage of AB 900, funding from this measure may address some of the necessary support and programming space requirements resulting from additional capacity added by the Department's Infill Bed Plan that correlate to the space needs of the Mental Health Program. This will be determined during the 90-day planning session that will be undertaken to initiate a comprehensive plan for all health care space requirements.

<u>In-cell recreation and group therapy resources:</u>
Beginning January 2008, the CDCR shall standardize therapeutic materials, video-library, and in-cell activity resources in each Administrative Segregation Unit Enhanced Outpatient Program Hub. Funding in the amount of up to $5,000 per year shall be designated from each institutions budget specifically for this purpose.

<u>Treatment Refusals:</u>
Beginning September 3, 2007, the designated mental health clinician assigned to inmate-patients who refuse more than 50% of offered treatment shall:
- Interact with these inmate-patients daily on scheduled work days (instead of weekly);
- Include in the treatment plan efforts to reduce resistance to participation in group therapy;
- Discuss these inmate-patients during the Administrative Segregation Unit morning meeting with custody;
- Consider referral of inmate-patients to higher levels of care and document the results of this consideration.

## CONCLUSION

Through initiatives outlined above, the CDCR will provide increased oversight to ensure that inmate-patients who require Enhanced Outpatient Program level of care are placed in Administrative Segregation Units for the shortest possible period of time.

Weekly oversight by an institutional level Quality Improvement Team will ensure that problems related to the provision of mental health care are remedied as quickly as possible. Space for treatment will be addressed in coordination with the Receiver's space survey.

Some institutions may modify staff schedules in order to better utilize current treatment space. Longer term space requirements will be addressed by the CDCR's long-term bed plan. The use of the Administrative Segregation Unit Stand-Alone building at California State Prison, Sacramento may be an option to increase the statewide Administrative Segregation Unit Enhanced Outpatient Program treatment space capacity. This possibility will be further explored with *Coleman* parties. Therapy and in-cell recreation resources will be standardized, and inmate-patients who refuse to participate will be monitored more closely by clinical case managers.

The CDCR intends to continue to work with the Coleman Court's special master's team, court experts and Plaintiff's attorneys to address space, staffing, and resources to ensure adequate provision of mental health care and out-of-cell time to inmate-patients housed in the Administrative Segregation Unit Enhanced Outpatient Program.

# ADMINISTRATIVE SEGREGATION UNIT (ASU) ENHANCED OUTPATIENT PROGRAM (EOP) TREATMENT IMPROVEMENT PLAN

ASU EOP OUT OF CELL TIME
7/11/2007

| INSTITUTION | STAFFED CAPACITY | APRIL 27, 2007 CENSUS | AVERAGE LENGTH OF STAY IN DAYS | SMALL YARD HRS. OFFERED | WALK ALONE YD. OFFERED | PM YARD OFFERED | AVG. TX HRS. SCHEDULED* | OFFERED | REFUSED |
|---|---|---|---|---|---|---|---|---|---|
| CMC | 54 | 30 | 105 | 10 | 0 | No | 12 | 10.06 | 3.3 |
| CMF | 58 | 40 | 85 | 10 | 10 | No | 18.1 | 17.3 | 2.5 |
| COR | 54 | 55 | 73 | 0 | 15 | No | 12 | 10.31 | 6.17 |
| LAC | 54 | 57 | 180 | 10 | 10 | No | 12 | 12.45 | 5.5 |
| MCSP | 36 | 30 | 84 | 12 | 3.5 | No | 10.5 | 8.6 | 3.5 |
| RJD | 63 | 51 | 108 | 8 | 10 | Yes | 14 | 14.36 | 8.52 |
| SAC | 124 | 112 | 108 | 10 | 10 | Yes | 10.9 | 9.6 | 6 |
| SQ-Cndmd | N/A | 23 | N/A | 10 | 4.5 | No | 14.4 | 12.8 | 8.7 |
| SQ-Ad Seg | 36 | 28 | 38 | 10 | 4.5 | No | 11.6 | 10.3 | 4.7 |
| SVSP | 45 | 50 | 71 | 0 | 10 | No | 3.8 | 2.8 | 1.3 |
| VSPW | 9 | 8 | 102 | 0 | 10 | No | 11 | 11 | 2 |
|  |  |  |  | * As of June, 2007 |  |  | * During April, 2007 |  |  |