EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DEFENDANTS' RESPONSES AND OBJECTIONS TO SPECIAL MASTER KEATING'S REPORT ON DEFENDANTS' PLAN TO PROVIDE ENHANCED OUTPATIENT PROGRAM CARE AT RECEPTION CENTERS** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

## INTRODUCTION

On May 14, 2007, Special Master Keating filed a Report and Recommendations on Defendants' Enhanced Outpatient Treatment Program in Reception Centers ("Report"). In the Report, Special Master Keating makes certain findings and recommendations. Defendants now respond to the Report.

/ / /

/ / /

/ / /

/ / /

# DEFENDANTS' RESPONSES AND OBJECTIONS
# TO RECOMMENDATIONS FOR COURT ORDERS

Recommendation 1:

Allocation of necessary staffing and space for each of the seven Enhanced Outpatient Program reception centers.

Response to Recommendation 1:

Defendants object to this recommendation's request that Defendants allocate necessary staffing and space. Staffing has been allocated as of January 1, 2007. Defendants submit the allocated staffing positions were being established and filled shortly before the filing of this report. The allocation of space requires coordination with the *Plata* Receiver, *Perez* representatives and *Armstrong* representatives. (See Defendants' July 9, 2007 letter regarding proposed agenda items.)

Recommendation 2:

Required initial screening of arriving inmates, who have recent histories of EOP designation, to occur within 72 hours of arrival, and initial mental health evaluations to occur within seven days of arrival.

Response to Recommendation 2:

Defendants object to this recommendation on two bases. First, Defendants do not have at this time the necessary computerized records system to enable determination of which inmates have recent histories of EOP designation. Second, Defendants presently comply with the Revised Program Guide requirement of performing a bus screening on all arriving inmates with 72 hours of their arrival and performing a mental health screen within seven days of their arrival. To the extent this recommendation requires a revision of the Revised Program Guide, Defendants object on the basis that the recommendation exceeds the applicable standard of care for constitutionally-mandated mental health services.

Recommendation 3:

Specification of timeframes and schedules for initial and follow-up IDTT meetings for every EOP reception center inmate, to continue until the inmate is transferred to a general

population Enhanced Outpatient Program.

Response to Recommendation 3:

Defendants do not object to this recommendation.

Recommendation 4:

Required identification as early as possible of all reception center EOP inmates who have, or might have, imminent release dates, that is, within 60 to 120 days, preferably to be accomplished within the IDTT process. Such inmates should be provided with treatment plans that address their individualized re-entry needs and include the best estimate of the inmates' earliest possible release dates.

Response to Recommendation 4:

Defendants object to this recommendation. This recommendation assumes the consistent and immediate availability of data concerning imminent release dates. Defendants state that such data is not consistently nor immediately available to enable immediate identification of inmates with imminent release dates within 60 to 120 days. A computerized tracking system of the release dates requires coordination with the *Plata* Receiver, *Perez* representatives and *Armstrong* representatives. (See Defendants' July 9, 2007 letter regarding proposed agenda items.)

Recommendation 5:

Training of all members of program IDTTs on re-entry planning for inmates who have imminent release dates. The training should cover, but not be limited to, preparation of inmate applications for federal and state benefits, initiation of conservatorships, liaison with parole outpatient program staff, and screening for inpatient placements. The process for securing federal and state benefit entitlements and community-based continuity of care should be clearly defined, and training provided should cover preparation of all necessary entitlement program authorizations, including but not limited to those for the Social Security Administration and Veterans' agencies.

/ / /

/ / /

Def. Response to EOP/RC Report

1     <u>Response to Recommendation 5</u>:

2     Defendants do not object to this recommendation.

3     Dated: July 12, 2007

4                     Respectfully submitted,

5                     EDMUND G. BROWN JR.
                      Attorney General of the State of California

6                     DAVID S. CHANEY
                      Chief Assistant Attorney General

7                     FRANCES T. GRUNDER
8                     Senior Assistant Attorney General

9                     ROCHELLE C. EAST
                    Supervising Deputy Attorney General

10

11                     */s/ Lisa A. Tillman*

12

13                     LISA A. TILLMAN
                    Deputy Attorney General
                    Attorneys for Defendants

14

15 Def's Responses and Objections to Keating's Report.wpd
   CF1997CS0003