6-07

U.S. Dist Judge KARLTON:

Dear Clerk:  CASE CIV.-90-0520 LKK-JFM
Exhibit letters requested enclosed.

Enclosed photo copy of document clearly shows they in writing denying me mental health care for severe depression. LT D. Coleman ordered in front of Capt Fot with Warden present said I will not receive any mental health care, medical care unless I co-operate with LT D. Coleman regarding outside investigation in Tehama County. I have been denied yard or sun for 4 years, 9 months and 2 weeks. On 7-5-07 Guard Hummel, Sgt Holt, LT Graham for LT Coleman, Capt Fot said if I report chest pains they would ransack my cell which they did taking my outgoing legal mail, damaging my clock, placing my writing & legal mail in my toilet. Guard Hummel with Sgt Holt said every time I report chest pains my cell will be destroyed. Every time. Hummel, Sgt Holt, LT Graham admit Capt Fot, LT Coleman ordered thefts, damage, and total destruction of my cell every time I request mental health or medical help for myself. Every time.



FILED
JUL 12 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Sincerely

Jerry F Stanley
Box C 80900
Death Row 3-E-21
S. Q., Cal 94974

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO, CALIFORNIA 94102

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE

March 30, 2005

Mr. Gregg Cohen, District Attorney
County of Tehama
P.O. Box 8400
Red Bluff, CA 96080

Re: Death Row Inmate Jerry F. Stanley

Dear Mr. Cohen:

This will acknowledge receipt of your letter dated February 25, 2005 asking for any assistance I may be able to give with respect to Jerry Stanley's desire to divulge the grave site location of his former wife, Diana Lynn-Stanley.

I have had my law clerks do extensive research on this matter and have, as well, conferred with several of my colleagues. As much as I would like to be able to help you and Mr. Stanley, it appears that there is no way I can get involved without seriously violating my judicial ethical obligations.

I'm writing this letter in the hope that you can show it to Mr. Stanley as proof that you did write to me as he requested. I wish you and everyone involved every success in resolving this heart-wrenching dilemma.

Sincerely yours,

Thelton E. Henderson
United States District Judge

# OFFICE OF THE FEDERAL DEFENDER
## EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd FLOOR
### SACRAMENTO, CALIFORNIA 95814
### (916) 498-6666   Fax: (916) 498-6656

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

June 6, 2007

James E. Tilton, Secretary
California Department of Corrections
   and Rehabilitation
1515 S Street, South Building
Sacramento, California 95814

     RE:    *Jerry Stanley, CDCR # C80900*

Dear Secretary Tilton:

     I am writing regarding some recurrent problems with the manner in which officials at San Quentin have responded the health, mail, and welfare of my client, Jerry Stanley.

     First, regarding Mr. Stanley's health, it appears that non-medical personnel at San Quentin are interfering with his access to medical diagnoses and treatment. Mr. Stanley is in his 60's and has several serious medical conditions including a heart condition and a pulmonary condition. On April 2, 2007, Mr. Stanley was seen by a Dr. Lee at San Pablo Medical Center for his breathing problems. Dr. Lee prescribed the steroid Prednisone, and requested that Mr. Stanley be returned within four weeks for a follow-up examination. Mr. Stanley informs me that he has not received any follow-up medical visit, that his prescription has run out, and his breathing problems have worsened.

     Second, as I am sure you are aware, security personnel at San Quentin, acting under the direction of Warden Ayres and Captain Fox, have recently, and unlawfully, confiscated large quantities of attorney mail from men in the condemned housing unit. While I understand that much of the illegally seized mail has been returned, problems with mail delivery continue. In particular, Mr. Stanley's legal mail has been delivered to another inmate in violation of law and CDCR rules. Staff at San Quentin have almost routinely delayed delivery of legal mail to Mr. Stanley. Some of his legal mail has been lost.

     Third, Mr. Stanley previously was given yard time that included exposure to the sun. More recently, and for no identified reason, Mr. Stanley has only been permitted to walk in an area that receives no sun light.

     Each of the circumstances I have described adversely affects Mr. Stanley's health, welfare, and ability to assist his appointed counsel. Each of these circumstances is being permitted to continue for no legitimate reason. I ask that you take appropriate action to correct these violations of

Mr. Stanley's rights and CDCR regulations.

Sincerely,

Tivon Schardl
Assistant Federal Defender

cc:   Robert Sillen, Receiver

State of California

# Memorandum

Date : February 14, 2007

To : Stanley, Gerald
C-80900

E y 3-215

From : Department of Corrections, California State Prison, San Quentin, CA 94964

Subject: MISPLACED INFORMAL LEVEL APPEAL

During an Audit of the Inmate Medical Appeals Tracking Progam database in the Medical Appeals Office, it was discovered that an appeal filed by you on December 4, 2006, requesting to put in writing to the judge and attorney that you have the possibility of a mental illness, has been misplaced. If this issue has not been resolved, please submit another CDCR – 602 to the Medical Appeals Office.

Thank you for your assistance in the matter.

Elizabeth Ortega
Medical Appeals Coordinator (A)
Health Care Services
CSP-San Quentin State Prison

FEB 15 2007

CDC 1617 (3/89)
gfm

*EMERGENCY REQUEST (A) MEDICAL CARE AND MENTAL HEALTH CARE
REQUEST DESTRUCTION OF MENTAL HEALTH 602s*

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
Log No.
Category: **8**

1. _____  1. _____
2. _____  2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Jerry Stanley   NUMBER: C80900   ASSIGNMENT: CONDEMNED   UNIT/ROOM NUMBER: 3-E-21

**A. Describe Problem:** SEE DEPRESSION. AT WARDEN AYERS, CAPT, LTs ORDERS I AM DELIBERATELY BEING DENIED MY RIGHT TO SEE MENTAL HEALTH EXPERTS AND 602s ARE NEVER PROCESSED BY MENTAL HEALTH PEOPLE. WARDEN, CAPT, 2 LTs ORDERED THIS AS REPRISAL FOR MY CONTACTING THE NEWS MEDIA, COURTS, F.B.I AND INSPECTOR GENERAL INVESTIGATORS ABOUT THIS OUTRIGHT SADISTIC WARDEN WHO THROUGH CAPT, 2 LTs, SGT BRAGGED INTERFERENCE OF MY CRUCIAL COURT DATES I WONT MEET AND REPRISALS, HARRASSMENT WILL INCREASE BECAUSE MY BAY AREA ATTORNEY MET WITH MEDIA AND COURT MONITOR. Dr. LEE ORDERED MY

If you need more space, attach one additional sheet. BACK AT HOSPITAL SAN PABLO WITHIN 30 DAYS, ITS NOW BEEN 40

**B. Action Requested:** SET UP FOR DEPRESSION. IVE ADVISED MENTAL HEALTH EXPERT STEVE TWICE THE PAST 2 WEEKS ID LIKE TO SEE DOCTOR SPAW. GUARDS SAID AT WARDENS, CAPTS, LTs, SGT ORDERS I AM TO RECEIVE NO MENTAL HEALTH CARE OR MEDICAL CARE AT ALL OR ANY THING ELSE CONSTITUTIONALLY ENTITLED TO. INVESTIGATE AT INTERNAL AFFAIRS LEVEL, REMOVE CORRUPT STAFF

Inmate/Parolee Signature: *J Stanley*   Date Submitted: 5-9-07
MAY 10 RECD
MAY 10 RECD

**C. INFORMAL LEVEL** (Date Received: MAY 22 RECD)

Staff Response: Appeal denied. You are not in the mental health treatment population.

Staff Signature: J. DUPRE, M.D. STAFF PSYCHIATRIST SAN QUENTIN STATE PRISON
Date Returned to Inmate: JUN 15 2007 6/15/07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

EVERY INMATE IS ENTITLED TO SEE MENTAL HEALTH EXPERT REGARDLESS AND AS THESE MENTAL HEALTH PEOPLE, WARDEN, CAPT KNOW DEATH ROW INMATES TULL AND REYNOLDS COMMITTED SUICIDE OVER THESE TYPE OF STUPID RESPONSES AND DENIALS - MY ONLY REQUEST IS HELP FOR SEVERE DEPRESSION

Signature: *J Stanley*   Date Submitted: 6-30-07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

CDC Appeal Number: _____

COPY U.S. DIST JUDGE KARLTON: MENTAL HEALTH & MEDICAL

**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-6666  Fax: (916) 498-6656

Daniel J. Broderick
Federal Defender

Linda Harter
Chief Assistant Defender

June 29, 2007

Robert Ayres, Jr.
Warden
San Quentin State Prison
San Quentin, CA 94974

RE:   Jerry Stanley C80900

Dear Warden Ayres:

On behalf of my client, Jerry Stanley, CDCR No. C80900, I am forwarding you the attached 602. Mr. Stanley is appealing the lower decision.

Mr. Stanley was denied access to mental health services because he was not in a qualifying class. From my review, it appears that the claimed reason for the initial denial of his appeal is illegal. Your institution is required to provide mental health services to all inmates who need it, regardless of other or previous classifications.

Sincerely,

Tivon Schardl
Assistant Federal Defender

cc:   Jerry Stanley