EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION TO MODIFY JANUARY 26, 2005 ORDER TO MODIFY LICENSURE OF INTERMEDIATE CARE FACILITY/DAY TREATMENT PROGRAM AT CALIFORNIA MEDICAL FACILITY, VACAVILLE** |

I.

**INTRODUCTION**

On January 26, 2005, this Court ordered Defendants to provide a biweekly report to the Special Master on the implementation of the expanded Intermediate Care and Day Treatment Programs at California Medical Facility, Vacaville. (Order, 1/26/05, ¶ 3.) This Court required the status reports to provide, at a minimum, information on staffing and physical renovations, as well as each program's census and waiting list information.

///

Stipulation Re: Modification 1/26/05 Order

1

## II.

## STIPULATION

The parties, by and through their counsel, hereby stipulate that paragraph three of the January 26, 2005 order be modified to require Defendants to submit the status reports on the progress of implementation of expanded Intermediate Care and Day Treatment Programs at California Medical Facility, Vacaville, on a monthly, not biweekly, basis. These monthly reports shall be provided to the Special Master on or before the seventh business day of each month.

SO STIPULATED.

Dated: July 19, 2007

By: _____
MISHA D. IGRA
Deputy Attorney General
Attorney for Defendants

Dated: July 19, 2007

By: _____
IVAN TRUJILLO
Prison Law Office
Attorney for Plaintiffs

Dated: July 18, 2007

By: _____
MICHAEL BIEN
Rosen, Bien & Galvan
Attorney for Plaintiffs

30294689.wpd
CF1997CS0003

Stipulation Re: Modification 1/26/05 Order

2