1 .EDMUND G. BROWN JR.
Attorney General of the State of California
2 DAVID S. CHANEY
Chief Assistant Attorney General
3 FRANCES T. GRUNDER
Senior Assistant Attorney General
4 ROCHELLE C. EAST
Supervising Deputy Attorney General
5 MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
6  1300 I Street, Suite 125
 P.O. Box 944255
7  Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
8  Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER MODIFYING JANUARY 26, 2005 ORDER ON MOTION TO MODIFY LICENSURE OF INTERMEDIATE CARE FACILITY/DAY TREATMENT PROGRAM AT CALIFORNIA MEDICAL FACILITY, VACAVILLE** |

    This Court has reviewed the parties' stipulation to modify the January 26, 2005 Order on the Motion to Modify Licensure of Intermediate Care Facility/Day Treatment Program at California Medical Facility, Vacaville to require Defendants' status reports on the intermediate care and day treatment programs at California Medical Facility be submitted on a monthly, not biweekly, basis.

    Good cause appearing, this Court approves the stipulation and orders paragraph three of the January 26, 2005 order on Motion to Modify Licensure of Intermediate Care Facility/Day

[Proposed] Order

1

1 | Treatment Program at California Medical Facility, Vacaville is modified to require Defendants'
2 | status reports on the Intermediate Care and Day Treatment Programs at California Medical
3 | Facility to be submitted on a monthly basis by the seventh business day of each month.

4

5 |     Dated:                          By: _____
                                             HON. LAWRENCE K. KARLTON
6 |                                          United States District Court Judge

Proposed Order Modifying January 26, 2005 Order.wpd

7

CF1997CS0003

8

[Proposed] Order

2