.EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**ORDER MODIFYING JANUARY 26, 2005 ORDER ON MOTION TO MODIFY LICENSURE OF INTERMEDIATE CARE FACILITY/DAY TREATMENT PROGRAM AT CALIFORNIA MEDICAL FACILITY, VACAVILLE** |

　　　This Court has reviewed the parties' stipulation to modify the January 26, 2005 Order on the Motion to Modify Licensure of Intermediate Care Facility/Day Treatment Program at California Medical Facility, Vacaville to require Defendants' status reports on the intermediate care and day treatment programs at California Medical Facility be submitted on a monthly, not biweekly, basis.

　　　Good cause appearing, this Court approves the stipulation and orders paragraph three of the January 26, 2005 order on Motion to Modify Licensure of Intermediate Care Facility/Day

[Proposed] Order

Treatment Program at California Medical Facility, Vacaville is modified to require Defendants' status reports on the Intermediate Care and Day Treatment Programs at California Medical Facility to be submitted on a monthly basis by the seventh business day of each month.

Dated: July 24, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order

2