PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

      Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants

)
)
)
)
)
)
)
)
)
)
)
)

No.:  Civ S 90-0520 LKK-JFM

**DECLARATION OF LORI RIFKIN IN SUPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S RECOMMENDATIONS ON ENHANCED OUTPATIENT TREATMENT PROGRAM IN RECEPTION CENTERS**

I, Lori Rifkin, declare:

1.    I am a member of the Bar of this Court and an associate of the firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the plaintiff class.  I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.  I submit this declaration in support of Plaintiffs' Response to Defendants' Objections to Special Master's Recommendations on Enhanced Outpatient Treatment Program in Reception Centers.

2.    Defendants have developed and implemented a computerized tracking system, "Disability and Effective Communication System" ("DECS"), that tracks disability information and includes information and history about participation in the Mental Health Services Delivery System ("MHSDS").  This computerized tracking system identifies inmates and parolees with histories of EOP and CCCMS designation.

3.    In connection with *Armstrong v. Schwarzenegger*, defendants produced a DECS "connectivity survey" to my office on June 26, 2007.  The representations in this survey and accompanying documents from defendants show that DECS is currently in use at all CDCR prisons.

4.    Using DECS, defendants can produce a list of all inmates in a specific prison location who have specific disability codes.  Attached hereto as **Exhibit A** is a true and correct copy of a list (names and CDC numbers redacted)[1] produced on July 17, 2007 to my office by defendants of all inmates at North Kern State Prison Reception Center with certain disability codes.

5.    The codes used for DECS include MHSDS codes such as "EOP."  Attached hereto as **Exhibit B** are true and correct copies of printouts of DECS screens for two inmates

---

[1] Because this information is subject to the July 29, 1992 Protective Order, plaintiffs have redacted this personal identifying information.  It is not relevant for the purposes for which this evidence is being submitted, namely defendants' capability to access information and produce these types of lists.  If the Court wishes, plaintiffs can submit unredacted copies of these documents under seal.

with EOP histories, with names and CDC numbers redacted.[2]  DECS also includes information

from "chronos" issued for each inmate, which would reflect any mental health-related chronos,

and records of past "BPT 1073" forms, which also reflect disabilities and mental health

concerns.  Attached hereto as **Exhibit C** are true and correct copies of printouts of additional

DECS search screens for two inmates, one EOP and one non-MHSDS (names and CDC

numbers redacted) that show the availability of these fields.

6.      On July 16-17, 2007, I conducted a *Valdivia/Armstrong* monitoring tour at RJD.

During that tour, CDCR employees who work in the DRU (Decentralized Revocation Unit)

informed me that CDCR employees currently check DECS for disability and mental health

information within 3 business days of the placement of a parole hold (which can be 72 hours

from the hold) for the purposes of providing Notice of Rights to parolees charged with parole

violations in the *Valdivia* process.  MHSDS status, including EOP history, is noted in the

DECS system.  Moreover, I was informed by both the Supervising Notice Agent and the DRU

Office Manager that if an inmate informs the CDCR agent serving the Notice of Rights to that

he or she has mental health history that has not already been identified from the inmate's file or

DECS, that updated information is then entered into the DECS system by the notice agent and

DRU staff.  I also observed several individuals access the DECS program to check for

disability and MHSDS status for individuals charged with parole violations who had been in

custody .

7.      In connection with *Armstrong v. Schwarzenegger*, defendants also currently

produce lists using DECS of inmates with disabilities who are 120 days or less to parole, and

have recently produced such lists to plaintiffs.  Attached hereto as **Exhibit D** is a true and

correct copy of a DECS printout of inmates (names and CDC numbers redacted)[3] with specific

disability codes who have release dates within 120 days that was produced to my office on July

---

[2] *See* Footnote 1, *supra*.

[3] *See* Footnote 1, *supra*.

17, 2007 by defendants.  Because DECS tracks inmates with MSHDS codes, defendants should be able to produce such lists for EOP inmates as well.  As shown by **Exhibit B**, DECS fields capture revocation date, release date, and 120 day date in addition to MHSDS codes.

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this 24th day of July 2007 at San Francisco, California.

*/s/ Lori Rifkin*
Lori Rifkin

# EXHIBIT A

## Disability & Effective Communication System
### General Roster
### NKSP Reception Center
Disability Code:  All DPP Codes

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int. |
|---|---|---|---|---|---|---|
| REDACTED | | DPM | FCD2T2000000201U | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DNM, DPS | FBB4T1000000122L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | N |
| | | DNM | FDB5T1000000137L | Lower/Bottom Bunk, No Stairs | Brace | |
| | | DNM | FDB5T1000000117L | Lower/Bottom Bunk, Lower Tier, No Stairs | Cane | |
| | | DNH | FDB5T1000000141U | | Hearing Vest | N |
| | | DPM | FBB3T1000000142L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | Walker | |
| | | DPM | FDB2T1000000141L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DNH | FCD3T1000000181L | | Hearing Vest | Y |
| | | DPV | FBB4T1000000127L | Lower/Bottom Bunk, No Stairs | Vision Vest | |
| | | DNM | FCD1T1000000180L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DPV | FBB3T1000000141L | | Vision Vest | |
| | | DNM | FARC5T1 00001143L | Lower/Bottom Bunk | Brace | |
| | | DPO | FDB6ADT20002007L | Lower/Bottom Bunk | Brace | |
| | | DPW | FBB4T1000001116L | Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| | | DPW | FBB4T1000000001W | Lower/Bottom Bunk, Lower Tier, No Stairs, No Triple Bunk | Wheelchair | |
| | | DPM | FDB4T1000000120L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DPV | FBB5T1000000114L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Vision Vest | |
| | | DNH, DNS | FDB272000000239L | | Hearing Vest | Y |
| | | DPW | FCD2T1000000127W | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Wheelchair | Y |

07/17/2007  06:55    9163243859    CCT FAX    PAGE 03

# Disability & Effective Communication System

### General Roster
### NKSP Reception Center
Disability Code:  All DPP Codes

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int. |
|---|---|---|---|---|---|---|
| REDACTED | | DNM | FBB4T1000000136L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs | Cane | |
| | | DNH | FCD4T1000000104L | | | |
| | | DPM | FDB1T1000000114L | Lower/Bottom Bunk, No Triple Bunk | | |
| | | DNH | FCD3T1000000171L | Ground Floor Housing, Lower/Bottom Bunk | | N |
| REDACTED | | DPV | FCD1T1000000147L | Lower/Bottom Bunk | | |
| | | DPM | FBB5T1000000124L | Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| | | DPO | FDB2T1000000104L | Ground Floor Housing, Lower/Bottom Bunk, Lower Tier, No Triple Bunk | Wheelchair | |
| REDACTED | | DPM | FDB4T1000000124L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Brace, Walker | |
| | | DPM | FCDW000000002BL | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Cane | |
| | | DPO | FCD2T1000000125W | Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| REDACTED | | DPM | FBB5T1000000116L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Cane, Mobility Vest | |
| | | DPW | IN00000000008W | Permanent CTC | Wheelchair | |
| | | DPM | FDB4T1000000119L | Lower/Bottom Bunk, No Stairs | | |
| | | DNM | FBB6T1000000117L | Lower/Bottom Bunk, No Stairs, Cane | | |
| | | DNM | FDB5T1000000138L | Lower/Bottom Bunk, No Triple Bunk | | |
| | | DNM | FBB1T1000000144L | Lower/Bottom Bunk, No Stairs | | |
| | | DPW | IN00000000001W | Permanent CTC | Wheelchair | |
| | | DNM, DNH | FDB5T1000000135L | Lower/Bottom Bunk, No Stairs, Cane, Hearing Vest | | N |

07/17/2007  06:55    9163243859    CCT FAX    PAGE  04

## Disability & Effective Communication System
General Roster
NKSP Reception Center
Disability Code, Alt DPP Codes

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int. |
|---|---|---|---|---|---|---|
| REDACTED | | DNM | FAGYM 000000014L | Lower/Bottom Bunk | | |
| | | DPH, DPS | FDB4(T)000001(16)L | Lower/Bottom Bunk | Hearing Vest | Y |
| | | DPW | FBB1(T)100000116L | Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| | | DPM | FCDW0000000033L | Ground Floor Housing, No Triple Bunk | Cane | |
| | | DPM | FBB2(T)100000129L | Lower/Bottom Bunk, No Stairs, Cane | | |
| | | DNM | FBB6(T)100000108L | Lower/Bottom Bunk | | |
| REDACTED | | DPO | FBB4(T)100000101L | Lower/Bottom Bunk, No Stairs, Egg Crate Mattress, Wheelchair | | |
| | | DPW | FDB3(T)180000001W | Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| | | DPM | FBB4(T)100000141L | Lower/Bottom Bunk, No Triple Bunk | | |
| | | DPM | FDB5(T)100000140L | Lower/Bottom Bunk, No Stairs, Cane | | |
| | | DNM | FBB6(T)100000116L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, Special Garment | Cane, Limb Prosthesis, | |
| REDACTED | | DPW | IN000000000009W | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk, Permanent CTC | Wheelchair | |
| | | DPV | FDB1(T)000000105L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Blind Cane, Vision Vest | |
| | | DPM | FBB1(T)000000101L | Ground Floor Housing, Lower/Bottom Bunk, Lower Tier, No Stairs, No Triple Bunk | Cane | |
| | | DPM | FCD1(T)100000117L | Lower/Bottom Bunk | | |
| REDACTED | | DNM | FCDW0000000097L | Lower/Bottom Bunk | | |
| | | DPM | FAR04(T)000124L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |

## Disability & Effective Communication System

General Roster

NKSP Reception Center

Disability Code: All DPP Codes

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int. |
|------|-------|------|-----|---------------------|----------------------|------|
| REDACTED | | DPO | F8B4710000001101L | Ground Floor Housing, Lower/Bottom Bunk | Wheelchair | |
| | | DNM | IN0000000000113 | Lower/Bottom Bunk, No Stairs, Cane | | |
| | | DPV | F8B6110000101L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | Blind Cane, Vision Vest | |
| REDACTED | | DPM | F8B3710000001191L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Cane, Special Garment | |
| | | DNM | F8B3710000001341L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | Walker | |
| | | DNM | FDB2710000001311L | Lower/Bottom Bunk, Lower Tier | | |
| REDACTED | | DPM | F8B3710000001321L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DNM | FDB3110000001261L | Lower/Bottom Bunk, Lower Tier, No Stairs | Limb Prosthesis | |
| | | DPH | FDB1120000002120U | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | Hearing Vest | N |
| | | DNM | FDB3120000002101L | Lower/Bottom Bunk, Lower Tier, No Triple Bunk | Hearing Vest | Y |
| | | DNM | FC0271000000123L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs | Cane | |
| REDACTED | | DPM | FDB3710000001241L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs | Brace, Cane, Shoes | |
| | | DPM | F8B3710000001021L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs | Cane, Special Garment | |
| | | DPH | FAGYM0000000081U | Ground Floor Housing, Lower/Bottom Bunk, No Stairs | Cane, Special Garment | |
| | | DPO | F8B4710000001041L | Lower/Bottom Bunk, Lower Tier, No Triple Bunk | Cane, Shoes, Wheelchair | N |
| | | DPM | F8B4710000001241L | Lower/Bottom Bunk, Lower Tier, No Stairs, No Triple Bunk | | |
| | | DPM | FCDW000000000041L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | Cane, Wheelchair | |

## Disability & Effective Communication System
### General Roster
### NKSP Reception Center

Disability Code:          Alt DPP Codes:

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int |
|---|---|---|---|---|---|---|
| REDACTED | | DNM | FDB3T2000002I3L | | | |
| | | DPV | FCD1T1000001I02L | Lower/Bottom Bunk, No Stairs, | | |
| | | DPM | FB84T1000001I07L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, Walker No Triple Bunk | Special Garment, Shoes, Walker | N |
| REDACTED | | DNH | FBB3T2000002I9L | Lower/Bottom Bunk No Triple Bunk | Hearing Vest | N |
| | | DNM | FBB2T1000001I36L | Lower/Bottom Bunk, No Stairs | | |
| | | DPM, DNH | FB94T1000001I02L | Lower/Bottom Bunk, No Stairs, Cane, Hearing Vest No Triple Bunk | Cane, Hearing Vest | N |
| | | DPH, DPV | FDB2T1000000113L | Lower/Bottom Bunk, Lower Tier, No Triple Bunk | Hearing Vest | N |
| | | DNM | FCDW000000000I6L | Lower/Bottom Bunk | | |
| REDACTED | | DPV | FCD1T1000000130L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | | |
| | | DPV | FAGYM 0000000I51L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DPM | FB84T1000001I42L | Lower/Bottom Bunk, Lower Tier | Cane | |
| | | DPM | FBB3T1000001I33L | Lower/Bottom Bunk, No Stairs, Cane No Triple Bunk | Cane | |
| | | DPM | FDB4T1000000113L | Ground Floor Housing, Lower/Bottom Bunk | Cane | |
| REDACTED | | DPM | FCD1T1000000119L | Lower/Bottom Bunk, No Triple Bunk | | |
| | | DNM | FB83T1000000112L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs | Brace | |
| | | DPM | FBB3T1000000121L | Lower/Bottom Bunk, No Stairs, Walker No Triple Bunk | | |
| | | DPM | FBB1T1000000127L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DPM | FCD2T1000000141W | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Brace, Crutches, Wheelchair | |

## Disability & Effective Communication System
### General Roster
### NKSP Reception Center
Disability Code: All DPP Codes

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int. |
|---|---|---|---|---|---|---|
| REDACTED | | DPW | FCD2T1000000111W | Lower/Bottom Bunk, No Stairs, Egg Crate Mattress, Wheelchair | | |
| | | DPW | FBB4T1000000114L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| | | DNM | FD38A0T1000000108L | Lower/Bottom Bunk, No Stairs, No Triple Bunk, Brace, Shoes | | |
| REDACTED | | DPO, DNH | FBB4T1000000109L | Lower/Bottom Bunk, No Stairs, Mobility Vest, Wheelchair | | N |
| | | DNH | FCD2T1000000117L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DPM | FCD1T1000000161L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | Hearing Vest | N |
| | | DPM | FCD0W0000000073U | No Triple Bunk | | |
| | | DFH | FCD2T1000000175L | Lower/Bottom Bunk, Lower Tier | Hearing Vest | Y |
| | | DPM | FDB3T1000000130L | Lower/Bottom Bunk, No Stairs, Walker | | |
| | | DPO | FBB4T1000000129L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk, Cane, Mobility Vest | | |
| REDACTED | | DPV | FARC4T1000014OL | No Triple Bunk | | |
| | | DPM | FDB4T1000000137L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DPV | FDB3T1000000101L | Lower/Bottom Bunk, Lower Tier, No Stairs | Vision Vest | |
| | | DPO | FBB4T1000000115L | Lower/Bottom Bunk, No Triple Bunk, Wheelchair | | |
| REDACTED | | DPM | FBB4T1000000113L | Lower/Bottom Bunk, No Stairs, Crutches, Mobility Vest | | |
| | | DPM | FDB1T1000000146L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DNM | FBB2T2000000207U | No Triple Bunk | | |
| | | DNM | FRZZ00000000193 | Lower/Bottom Bunk | Brace | |

## Disability & Effective Communication System
### General Roster
### NKSP Reception Center
Disability Code: All DPP Codes

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int. |
|---|---|---|---|---|---|---|
| | | DPH, DNS | FCD33T0000001008L | | Hearing Vest | Y |
| | | DNM | FCCW0000000061L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | | |
| REDACTED | | DPM | FDB4T1000001140L | Lower/Bottom Bunk, No Triple Bunk | Cane | |
| | | DPV | FCD2T10000001122L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | Vision Vest | |
| | | DPM | FDB4T1000001136L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | Cane | |
| | | DPO | FCD83T1000001116L | Lower/Bottom Bunk, No Triple Bunk | Wheelchair | |
| | | DPM | FDB83T1000000118L | Lower/Bottom Bunk, No Triple Bunk, Walker | | |
| | | DNM | FDB4T20000002530U | Lower/Bottom Bunk, No Triple Bunk | | |
| REDACTED | | DPW, DNH | FRZZ00000000192 | Lower/Bottom Bunk, No Triple Bunk | Hearing Vest, Wheelchair | |
| | | DPV | FBB2T1000001105L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | Vision Vest | |
| | | DPO | FDB2T1000000110L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | Wheelchair | |
| | | DPO | FBB4T1000001103L | Lower/Bottom Bunk, No Triple Bunk | Cane, Wheelchair | |
| | | DPM | FDB41T0000001144L | Lower/Bottom Bunk, No Triple Bunk | Crutches | |
| | | DPW | FDB83T1000000002W | Lower/Bottom Bunk, No Triple Bunk | Wheelchair | |
| REDACTED | | DNM | FCD4T20000002659L | Lower/Bottom Bunk | | |
| | | DPW | FBB4T1000001111L | Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| | | DFM | FCD4T1000001174L | Ground Floor Housing, Lower/Bottom Bunk | Cane | |

**Disability & Effective Communication System**
General Roster
NKSP Reception Center
Disability Code: All DPP Codes

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int. |
|---|---|---|---|---|---|---|
| REDACTED | | DPH | FBB3710000105L | No Triple Bunk | Hearing Vest | N |
| | | DPW | FCD2710000126W | | Mobility Vest, Wheelchair | |
| | | DNM | FBB4110000137L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Care | |
| REDACTED | | DPV | FBB4110000130L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Cane, Walker | |
| | | DPM | FCB2710000119L | Lower/Bottom Bunk, Lower Tier, No Stairs | Cane | |
| REDACTED | | DNM | FBB4720000222L | Lower/Bottom Bunk | | |
| | | DNM | FBB4710000138L | Lower/Bottom Bunk | | |
| | | DNM | FBB3710000114L | Lower/Bottom Bunk | | |
| | | DPW | FDB3710000145W | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Dressing/Catheter/Colostomy Supplies, Extra Mattress, Special Garment, Wheelchair | |
| | | DNM | FARC5T1 000013BL | Ground Floor Housing, Lower/Bottom Bunk, No Stairs | Brace | |
| | | DNM | FBB5T10000140L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Brace | |
| | | DNM | FDB1T20000248L | Lower/Bottom Bunk, No Triple Bunk | | |
| | | DNH | FDB1T1000001 40L | Lower/Bottom Bunk | Brace | N |
| | | DNM | FDB3710000123L | Lower/Bottom Bunk | | |
| | | DNH-J | FDB4T20000237U | | Hearing Aid | N |
| REDACTED | | DNM | FCDW000000030L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Cane, Shoes | N |
| | | DPH | FBB4710000106L | | | |
| | | DNM | FBB5T10000122L | | | N |

## Disability & Effective Communication System
General Roster
NKSP Reception Center
Disability Code: All DPP Codes

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int. |
|------|-------|------|-----|---------------------|----------------------|------|
| REDACTED | | DPV | FBB5T1000000143L | Lower/Bottom Bunk, No Stairs, Prosthetic Eye | | |
| | | DPM | FCD1T1000000143L | No Triple Bunk | | |
| | | DPM | FCD1T1000000143L | Lower/Bottom Bunk, No Stairs, Cane | | |
| | | DPW | FCD2T1000000112W | Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| REDACTED | | DPM | FCD2T1000001I62L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, | Walker | |
| | | DNM | FDB3T1000000112L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DNM | FDB6T1000000140L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, | Shoes | |
| | | DNM | FBB6T1000000146L | Lower/Bottom Bunk, Lower Tier | Walker | |
| REDACTED | | DPW | FDB3T1000000146W | Ground Floor Housing, Lower/Bottom Bunk, Lower Tier, No Stairs, No Triple Bunk | Brace, Dressing/Catheter/Colostomy Supplies, Shoes, Wheelchair | |
| | | DNM | FAGYM 000000020L | Ground Floor Housing, Lower/Bottom Bunk, No Triple Bunk | Cane | |
| | | DPV | FBB1T1000000113L | | | |
| | | DNM | FCD2T1000001172L | Ground Floor Housing, Lower/Bottom Bunk, Lower Tier, No Stairs | | |
| | | DPW | FBB4T1000000002W | Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| REDACTED | | DPV | FDB5T1000000112L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DPW | FCD2T1000000012AW | Ground Floor Housing, Lower/Bottom Bunk, Lower Tier, No Stairs, No Triple Bunk | Wheelchair | |
| | | DPV | FCDWV000000007L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, | Vision Vest, Prosthetic Eye | |

## Disability & Effective Communication System

General Roster
NKSP Reception Center
Disability Code: All DPP Codes

| Name | CDC # | Code | Bed | Housing Restriction | Healthcare Appliance | Int. |
|------|-------|------|-----|---------------------|----------------------|------|
| REDACTED | | DPW | FBB4T100000019L | Ground Floor Housing, Dressing/Catheter/Colostomy Supplies, Egg Crate Mattress, Wheelchair | | |
| | | DPM | FBB1T100000115L | Ground Floor Housing, Lower/Bottom Bunk, No Stairs, No Triple Bunk | Care | |
| | | DPM | FBB4T100000112L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DPM | FDB5T100000120L | Lower/Bottom Bunk, No Stairs, No Triple Bunk | | |
| | | DNH | FDB6ADT100000118L | Lower/Bottom Bunk, No Stairs | Hearing Vest, Prosthetic Eye | N |
| REDACTED | | DPW | FCD2T100000013W | Lower/Bottom Bunk, No Stairs, Wheelchair | | |
| | | DNM | FDB4T100000146L | Lower/Bottom Bunk | | |
| | | DPM | FDB4T100000138L | Lower/Bottom Bunk, No Stairs, Care, No Triple Bunk | | |

185 offender(s)

# EXHIBIT B

REDACTED

Version 2.0

Summary      Generate      View ADA/EC      Log Off
             Reports        History

CDC # : ▓▓▓▓▓    [ Search ]        CDC Number: ▓▓▓▓▓, C▓▓▓, L▓▓▓▓

## Offender/Placement

CDC #: ▓▓▓▓▓

Name: 

Institution: **California State Prison, Sacramento**

Bed Code: **FACTC 000000007W**

Placement Score: **3**

Custody Level: **Medium A**

Placement Factor:

Housing Restrictions:

## Disability/Assistance

DDP Code: **NCF**

DPP Codes:

MHSDS Code: **EOP**

SLI:

Learning Disability:

Healthcare Appliances:

Last Accomm:

Spoken Languages:

## Important Dates

Pending Revocation: **No**

Revocation Date: **01/10/2007**

Date Received in CDCR: **08/03/2005**

Extended Stay Date: **03/11/2007**

Transfer Date:

Release Date:

120 Day Date:

Next IDST Date:

## Accommodation History

No Accommodation Records Found.



Version 2.0

Summary    Generate    View ADA/EC    Log Off
           Reports     History

CDC # :  [REDACTED]  [Search]    CDC Number: [REDACTED] , M [REDACTED] , M [REDACTED]



## Offender/Placement

CDC #:
Name:        M[REDACTED]
             M[REDACTED]
Institution: California
             State Prison,
             Sacramento
Bed Code:    FA7 2
             00000015L
Placement    88
Score:
Custody      Close B
Level:
Placement
Factor:
Housing
Restrictions:



## Disability/Assistance

DDP Code:                  NCF
DPP Codes:
MHSDS Code:                EOP
SLI:
Learning Disability:
Healthcare Appliances:
Last Accomm:
Spoken Languages:



## Important Dates

Pending          No
Revocation:
Revocation Date:  03/07/2007
Date Received in  10/18/1996
CDCR:
Extended Stay     05/06/2007
Date:
Transfer Date:
Release Date:
120 Day Date:
Next IDST Date:

## Accommodation History

No Accommodation Records Found.

# EXHIBIT C



Version 2.0

| View ADA/EC History | Enter BPH 1073 | Enter Source Documents | Generate Reports | DAI Summary | Help |

Log Off

**Enter a valid CDC Number and click the Search button.**

CDC Number: ███████

Search

**OFFENDER INFORMATION**

| Offender's Name | Sex | Location |
|---|---|---|
| B███████, S███████ | Male | California State Prison, San Quentin |

**1073 FORMS**

| Hearing Type | Proceeding | File Review | Service of Rights | Hearing Date |
|---|---|---|---|---|
| Revocation Hearing | Revocation | | | |
| Revocation Hearing | Revocation | | | |
| Probable Cause Hearing | Revocation | | | 05/14/2007 |
| Probable Cause Hearing | Revocation | | | |

**SOURCE DOCUMENTS**

No Source Documents were found in DEC for this offender.

**INSTITUTIONAL DATA**

| Source | Code | Meaning | Start Date | Location Code | Location Name |
|---|---|---|---|---|---|
| DDPS | MH - AA | NO SERIOUS MENTAL ILLNESS IS DIAGNOSED-ALSO REFLECTS ANY NON | 07/02/2007 | SQ | California State Prison, San Quentin |
| DDPS | TB - 22 | NEGATIVE PPD-TEST ANNUALLY OR UPON EXPOSURE | 06/25/2007 | SQ | California State Prison, San Quentin |

Version 2.0

View ADA/EC          Enter BPH          Enter Source          Generate          DAI Summary          Help
History              1073              Documents             Reports

Log Off

Enter a valid CDC Number and click the Search button.

CDC Number:   ████

 Search

**OFFENDER INFORMATION**

Offender's Name                    Sex                    Location
M██████, M█████                    Male                   California State Prison, Sacramento

**1073 FORMS**

No 1073 forms were found in DEC for this offender.

**SOURCE DOCUMENTS**

No Source Documents were found in DEC for this offender.

**INSTITUTIONAL DATA**

| Source | Code | Meaning | Start Date | Location Code | Location Name |
|--------|------|---------|------------|---------------|---------------|
| DDPS | MH - CC | MENTALLY ILL INMATE HOUSEED APPROPRIATELY IN THE EOP | 06/08/2007 | SAC | California State Prison, Sacramento |
| DDPS | MH - BB | MENTALLY ILL INMATE APPROPRIATELY HOUSED IN THE GP WITHIN CC | 03/13/2007 | CIM | California Institution for Men |
| DDPS | TB - 22 | NEGATIVE PPD-TEST ANNUALLY OR UPON EXPOSURE | 03/13/2007 | CIM | California Institution for Men |
| CDATS | NCF | High cognitive scores | 07/29/2003 | CIM | California Institution for Men |

# EXHIBIT D

**Disability & Effective Communication System**
Armstrong 120 Day
North Kern State Prison
Disability Code : All DPP Codes

| Name | CDC # | Code | Bed | Release Date |
|---|---|---|---|---|
| | | DPM | FBB3T1000000142L | 07/21/07 |
| | | DPM | FCDW00000000026L | 07/21/07 |
| | | DNM | FED100000000086L | 07/22/07 |
| | | DPM | FBB5T1000000118L | 07/23/07 |
| | | DNM | FDB3T1000000126L | 07/24/07 |
| | | DNM | FBB4T1000000138L | 07/24/07 |
| | | DPO | FDB3T1000000116L | 07/26/07 |
| | | DPW | FCD2T1000000111W | 07/27/07 |
| | | DNM | FBB6T1000000118L | 07/27/07 |
| | | DPV | FBB5T1000000101L | 07/31/07 |
| | | DNM | FBB4T2000000222L | 07/31/07 |
| | | DPM | FDB4T1000000137L | 08/02/07 |
| | | DPH | FBB3T1000000105L | 08/10/07 |
| | | DPO | FBB4T1000000103L | 08/10/07 |
| | | DNM | FCDW00000000091L | 08/16/07 |
| | | DNH | FCD3T1000000171L | 08/16/07 |
| | | DPM | FBB1T1000000127L | 08/20/07 |
| | | DPM | FDB3T1000000118L | 08/24/07 |
| | | DPM | FCD1T1000000161L | 08/24/07 |
| | | DNH | FCD3T1000000181L | 08/25/07 |
| | | DPM | FDB4T1000000136L | 08/29/07 |
| | | DPM | FDB1T1000000114L | 09/02/07 |
| | | DNM | FED200000000035L | 09/03/07 |
| | | DPM | FBB4T1000000112L | 09/06/07 |
| | | DPM | FCD2T1000000141W | 09/11/07 |
| | | DNM | IN000000000011S | 09/14/07 |
| | | DPV | FBB3T1000000141L | 09/15/07 |
| | | DPM | FDB2T1000000141L | 09/17/07 |
| | | DPM | FBB2T1000000129L | 09/23/07 |
| | | DPM | FBB3T1000000132L | 09/30/07 |
| | | DPW | FBB4T1000000119L | 10/15/07 |
| | | DPO | FBB4T1000000101L | 10/16/07 |
| | | DPH, DPV | FDB2T1000000113L | 10/23/07 |
| | | DPM | FDB4T1000000138L | 10/23/07 |
| | | DPW | FCD2T1000000112W | 10/27/07 |
| | | DPO | FCD2T1000000125W | 11/01/07 |
| | | DPM | FBB1T1000000146L | 11/07/07 |
| | | DPM | FDB4T1000000113L | 11/09/07 |
| | | DPM | FDB2T1000000119L | 11/10/07 |
| | | DNH, DNS | FDB2T2000000239L | 11/11/07 |
| | | DPV | FBB2T1000000105L | 11/12/07 |
| | | DNH | FBB3T2000000219L | 11/12/07 |

Total  42