| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE &<br>McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY -<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiff,<br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.<br>_____/ | Case No. Civ. S-90-0520 LKK JFM<br><br>STIPULATION AND ORDER REGARDING MOTION TO COMPEL PAYMENT OF DISPUTED ATTORNEYS' FEES, COSTS AND EXPENSES FOR THE THIRD AND FOURTH QUARTERS OF 2006 |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees. Pursuant to Paragraph 4 of that Order, if the parties have disputed fees and expenses remaining at the end of the year, plaintiffs will file a yearly motion to compel payment of those amounts.

Plaintiffs and defendants have been unable to resolve disputes regarding three categories of time incurred during the third and fourth quarters of 2006.  The parties previously stipulated, and the Court ordered, that plaintiffs would file a motion to compel payment of the disputed fees and costs by July 13, 2007.  *See* Docket 2272.  In order to accommodate available hearing dates and to ensure a fair briefing schedule, the parties have reached an agreement regarding a full briefing schedule for the motion to compel.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE to the following schedule regarding plaintiffs' motion to compel payment of disputed attorneys' fees and costs incurred during 2006:

| | |
|---|---|
| Motion deadline | July 25, 2007 |
| Opposition deadline | August 10, 2007 |
| Reply deadline | August 21, 2007 |
| Hearing | September 9, 2007 (or the earliest hearing date available thereafter) |

IT IS SO STIPULATED.

DATED: July 9, 2007

Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: July 9, 2007

Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: July 24, 2007.

_____
UNITED STATES MAGISTRATE JUDGE