UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No.: Civ S 90-0520 LKK-JFM |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ENTITLEMENT TO REASONABLE ATTORNEYS' FEES AND COSTS FOR DISPUTED ITEMS IN THE THIRD AND FOURTH QUARTERS OF 2006** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' professional services and costs incurred for work on the overcrowding motion, the motion for a temporary restraining order regarding defendants' initial transfer of prisoners out of state and work on the motion to reopen discovery are compensable in that the work performed and the costs incurred were useful and necessary to protect the rights of the *Coleman* class.

2. Within 30 days of the date of this order, the parties shall complete a meet and confer regarding the amounts to be paid for plaintiffs' work on the above-described motions.

3. At the conclusion of the meet and confer, the parties shall submit a stipulation and proposed order regarding payment of the disputed attorneys' fees and costs. Interest has been running on those amounts, pursuant to Paragraph 6 of the Periodic Fees Order, since the 31st day following defendants' receipt of the underlying bills.

IT IS SO ORDERED.

Dated: _____        _____
                                U.S. Magistrate Judge John F. Moulds