ORDER DESIGNATING UNITED STATES DISTRICT COURT
COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. CIV S-90-0520 LKK JFM P <br><br> Eastern District of California |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C01-1351 TEH <br><br> Northern District of California |

Pursuant to 18 U.S.C. §3626(a)(3) the Honorable Lawrence K. Karlton, Senior District Judge for the Eastern District of California and the Honorable Thelton E. Henderson, Senior District Judge for the Northern District of California have each requested the appointment of a single three-judge district court pursuant to 28 U.S.C. §2284 to consider the above-captioned matters.

Having received this statutory notification, I grant the requests and hereby designate and appoint the Honorable Stephen Reinhardt, United States Circuit Judge for the Ninth Circuit, to sit with the Honorable Lawrence K. Karlton and the Honorable Thelton E. Henderson to hear and determine the above-captioned causes as, respectively, the district court for the Eastern District of California and as the district court for the Northern District of California, at a time and place and in a manner to be agreed upon by the court.

Date:  July 26, 2007

_____
Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit

cc:   Circuit Judge Stephen Reinhardt
      Senior District Judge Thelton E. Henderson
      Senior District Judge Lawrence K. Karlton
      Chief District Judge Vaughn R. Walker
      Chief District Judge Garland Burrell
      Cathy Catterson, Clerk, Court of Appeals
      Richard Wieking, Clerk, Northern District of California
      Victoria Minor, Clerk, Eastern District of California