EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　　　Defendants. | No. 2:90-CV-00520 LKK JFM P<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

　　　　Defendants appeal to the United States Court of Appeals for the Ninth Circuit from this Court's July 23, 2007 order. That order granted Plaintiffs' motion to convene a three-judge court

//
//
//
//
//
//
//

NOTICE OF APPEAL (CASE NO. 2:90-CV-00520 LKK JFM P)

1

1 | to consider whether to issue a prisoner release order pursuant to 18 U.S.C. § 3626(a)(3).

3 | DATED: July 27, 2007

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Lisa Tillman
LISA TILLMAN
Deputy Attorney General
Office of the Attorney General
Attorneys for Defendants

- 2 -

NOTICE OF APPEAL (CASE NO. CIV S 90-0520 LKK JFM P)