# IN THE UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Appellees-Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Appellants-Defendants. | Appeal No.<br><br>District Court Case No.<br>2:90-CV-00520 LKK JFM P |

On Appeal from the United States District Court
for the Eastern District of California
The Honorable Lawrence K. Karlton, Presiding

## REPRESENTATION STATEMENT

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

LISA A. TILLMAN – 126424
Deputy Attorney General

MISHA IGRA – 208711
Deputy Attorney General

1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 327-7872
Facsimile: (916) 324-5205

Attorneys for Appellants-Defendants
Arnold Schwarzenegger, et al.

2:90-cv-00520 LKK JFM P

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Appellees-Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Appellants-Defendants. | |

The undersigned represents Governor Arnold Schwarzenegger, Defendant and Appellant in this matter, and the other named Defendants in this matter. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit rule 3-2(b).)

Dated:  July 27, 2007             Respectfully submitted,

                          OFFICE OF THE ATTORNEY GENERAL
                          STATE OF CALIFORNIA

By: _____
                          LISA A. TILLMAN
                          Attorneys for Appellants-Defendants
                          ARNOLD SCHWARZENEGGER, et al.

1

ATTACHMENT TO REPRESENTATION STATEMENT
SERVICE LIST

Donald Specter
Steven Fama
Alison Hardy
Prison law Office
General Delivery
San Quentin, CA 94964
(For Plaintiff)

Michael Bien
Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
(For Plaintiff)

Claudia Center
The Legal Aid Society - Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107
(For Plaintiff)

Richard Goff
Heller, Ehrman White & McAuliffe
701 Fifth Avenue
Seattle, WA 98104
(For Plaintiff)

Warren E. George
Bingham McCutchen
3 Embarcadero Ctr., Fl. 24
San Francisco, CA 94111
(For Plaintiff)

Jared Goldman
California Prison Healthcare Receivership
1731 Technology Dr., Suite 700
San Jose, CA 95110
(For Receiver)

Martin H. Dodd
Futterman & Dupree
160 Sansome St., 17th Fl.
San Francisco, CA 94104
(For Receiver)

John Hagar
Law Office of John Hagar
PMB 314
1819 Polk Street
San Francisco, CA 94109
(For Special Master)

Joseph Michael Keating
Office of the Special Master
2351 Sussex Drive
Fernandina Beach, FL 32034
(For Special Master)

Matthew A. Lopes, Jr.
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(For Special Master)

CF1997CS0003
30306043.wpd