EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT ORDER RE: PLAN TO ACTIVATE 125 BEDS AT ATASCADERO STATE HOSPITAL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On June 28, 2007, this Court ordered Defendants to file a plan to make 125 intermediate care beds at Atascadero State Hospital available to *Coleman* patients. Attached as Exhibit 1 is Defendants' plan, with confidential identifying information concerning employee

//
//
//
//
//

Def. Plan Re: ASH Beds

1

pay numbers redacted.

Dated: July 27, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/ Lisa A. Tillman*


LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30305798.wpd
CF1997CS0003

Def. Plan Re: ASH Beds

2