# EXHIBIT 1
# (Part One)