# EXHIBIT 1
# (Part Two)