# EXHIBIT 1
# (Part Two)

Duty Statement
Sr. Psychologist Spec.
Page 2

screening of individuals for neuropsychological or cognitive deficits as requested to be implemented (e.g. on units). Train staff and provide consultation regarding progress notes and/or reports based on cognitive screening results. Consult with treatment staff regarding the interpretation, application and limitations of the cognitive screening process in treatment planning and forensic reports or testimony.

Provide consultation to Psychology Department, hospital administration, and other staff regarding the functioning of the Neuropsychology Service, how and when to refer, and its application to individual care.

**15%    AGGREGATE DATA ANALYSIS**

Oversee the development of aggregate databases for neuropsychological assessment and cognitive screening data. Ensure the compatibility of these data with those from other clinical assessment databases maintained within the department. Conduct regular and as needed analyses of these data as related to the understanding of the ASH patient population, the effectiveness of neuropsychological services, individuals' response to treatment, and clinical outcomes. Report these findings to EOS and hospital administration and, as appropriate, prepare professional publications based on studies conducted using these data.

**10%    PROFESSIONAL RESPONSIBILITIES**

Qualified, licensed psychologists may supervise pre-doctoral interns and other professionals to meet their licensure requirements. The Senior Psychologist Specialist in Neuropsychology will provide advanced training in the selection, administration and interpretation of neuropsychological assessment procedures and other neuropsychological issues as requested. The individual may serve as lead in rounds regarding individuals referred for neuropsychological evaluations.

Psychologists are expected to attend all regular meetings of the Psychology Department and participate in on-going quality assurance and improvement activities as assigned by the Chief of Psychology Service.

Psychologists are expected to meet continuing education requirements and to actively seek learning opportunities for professional growth and development.

**SUPERVISION RECEIVED**

The Senior Psychologist Specialist in Neuropsychology is under the administrative supervision of the Clinical Administrator and is clinically accountable to the Chief of Psychology and the Director of Evaluation and Outcome Services. The annual performance appraisal is a joint assessment by the Clinical Administrator and the Chief of Psychology.

**SUPERVISION EXERCISED**

Not Applicable.

**KNOWLEDGE AND ABILITIES**

**KNOWLEDGE OF:**

Principles, techniques and trends in psychology with particular reference to normal and disordered behavior; human development, motivation, personality learning, individual differences, adaptation and social interaction; methods for the assessment and modification of human behavior; characteristics and social aspects of mental and developmental disabilities; research methodology and program evaluation; institutional and social process, group dynamics; functions of psychologists in various

Duty Statement
Sr. Psychologist Spec.
Page 3

mental health services; current trends in the field of mental health; professional training; community organization and allied professional services. Neuropsychologist's knowledge should include such topic areas as: psychological assessment, neuropsychological assessment, basic neurosciences, functional neuroanatomy, neuropathology, psychopathology, and psychological and neuropsychological interventions.

**ABILITY TO:**
Provide professional consultation; teach and participate in professional training; recognize situations requiring the creative application of technical skills; develop and evaluate creative approaches to the assessment, treatment, and rehabilitation of mental disabilities, to the conduct of research, and to the development and direction of a psychology program; plan, organize, and conduct research, data analysis and program evaluation; conduct the more difficult neuropsychological assessment and psychological treatment procedures; analyze situations accurately and take effective action; speak and write effectively.

**5.   REQUIRED COMPETENCIES**

**INFECTION CONTROL**
Applies knowledge of correct methods for controlling the spread of pathogens appropriate to job class and assignment.

**SAFETY**
Actively supports a safe and hazard free workplace through practice of personal safety and vigilance in the identification of safety or security hazards.

**AGE SPECIFIC**
The hospital's patient population consists of adult and geriatric individuals. The Senior Psychologist Specialist provides services for, and demonstrates knowledge of, growth and development commensurate with the age group of these individuals.

**PREVENTION / MANAGEMENT OF ASSAULTIVE BEHAVIOR**
Applies and demonstrates knowledge of correct methods in the prevention / management of assaultive behavior (PMAB).

**RESTRAINT/SECLUSION**
Demonstrates knowledge of criteria and appropriately uses, applies, and removes restraint and/or seclusion.

**CULTURAL AWARENESS**
Demonstrates awareness of multicultural issues in the workplace that enable the employee to work effectively. Demonstrate appropriate creativity in administering neuropsychological instruments with individuals of diverse backgrounds.

**SITE SPECIFIC COMPETENCIES**
Possess knowledge of the laws and regulations pertaining to confidentiality of psychological and neuropsychological testing data. Is familiar with the discharge relevant treatment needs of individuals at Atascadero State Hospital. Is familiar with the impact of forensic evaluation and testimony of neuropsychological assessment data. Conducts assessments according to these needs and other relevant forensic issues.
Ability to collaborate with a variety of treatment, management and administrative staff about the application of neuropsychological knowledge to the hospital's mission.

Duty Statement
Sr. Psychologist Spec.
Page 4

## TECHNICAL PROFICIENCY

Ability to select, administer and interpret neuropsychological tests for the purposes of diagnosis, treatment planning and forensic decision making with forensic psychiatric individuals. Ability to provide relevant recommendations in response to individuals' strengths and weaknesses and treatment needs. Ability to design, conduct and report on data analyses involving neuropsychological and related clinical data.

### 6. LICENSE OR CERTIFICATION

It is the employee's responsibility to maintain a license, credential, or required registration pertinent to their classification on a current basis. Any failure to do so may result in termination from Civil Service. Employees in this classification must:

- Possess a valid license as a psychologist issued by the California Board of Psychology and possess an earned doctorate degree in psychology from an educational institution meeting the criteria of Section 2914 of the Medical Board of California's Business and Professions Code.

### 7. TRAINING

Training Category = 2
The employee is required to keep current with the completion of all required training.

### 8. WORKING CONDITIONS

Assigned work hours are 8:00 a.m. to 4:30 p.m., unless the supervisor approves modified hours. Employees are expected to work an average of 40 hours per week. Working an alternate work schedule is granted according to the needs of the facility. All employees are required to have an annual health review and repeat health reviews whenever necessary to ascertain that they are free from symptoms indicating the presence of infection and are able to safely perform their essential job duties.

_____, Ph.D.          _____ Date

_____
Mark Becker, Ph.D.                        _____ Date
Chief of Psychology

_____
Clinical Administrator                    _____ Date

_____
Christine Mathiesen, Psy.D.               _____ Date
Director, Evaluation and Outcome Services

**DUTY STATEMENT**
**DEPARTMENT OF MENTAL HEALTH**
**ATASCADERO STATE HOSPITAL**

---

**JOB CLASSIFICATION: SENIOR PSYCHOLOGIST SUPERVISOR**
**staff name:**

---

## 1.    MAJOR TASKS, DUTIES, AND RESPONSIBILITIES

Under the supervision of the Chief of Psychology, to (1) carry out difficult and responsible assignments relating to psychological assessment and treatment as required by generally accepted professional standards of care (as reflected in the Enhancement Plan (EP)) related to initiating and implementing requirements regarding Psychological Assessments (D2) and/or Psychological Services (F2), and related requirements, (2) supervise and monitor assessment and/or treatment services and individual psychologists as required by generally accepted standards of care (as reflected by requirements stated in the EP, and (3) in coordination with other Senior Psychologist, Supervisors and/or Specialists, conduct and supervise competency based training, mentoring, and evaluation of individual psychologists. In addition, serve as a department wide expert and monitor in a specific psychology specialty and complete other related work as necessary.

25% – Provides specialized assessments and/or psychological services to maintain advanced proficiency in Core Psychology Privileges and, as needed, the Advanced Neuropsychology Practice Privilege. Assist treatment and unit staff in the formulation of concise and relevant referral questions for evaluations. **Provide centralized, hospital-wide psychological/behavioral assessment of individuals** by referral from treatment and unit psychologists. Evaluations include conducting clinical psychological and/or neuropsychological **medical chart reviews, interviews, services,** as well as **administering, scoring, and interpreting psychological, neuropsychological assessments or behavioral data.** Assessment results/behavioral data are used to **diagnose psychiatric and cognitive disorders, develop and recommend individual-specific clinical management interventions,** and or provide opinions to inform forensic issues. Neuropsychological evaluation results are used to diagnose neuropsychological impairment, develop and recommend individual-specific clinical management interventions and/or provide opinions to inform forensic issues. **Communicate psychological and/or neuropsychological evaluation results, or behavioral evaluation results, via written and, as needed, via oral reports. Continually assesses psychological, neuropsychological, and/or behavioral instruments** for psychometric stability and appropriateness for individual care as they are published or as new literature becomes available.

20% – In coordination with other Senior Psychologists, Supervisors and/or Specialists, monitoring staff, Mall Director, and others tasked with overseeing individual

DUTY STATEMENT - Senior Psychologist Supervisor                    Page 2

psychologists' work product, collect data regarding Psychology Department and individual psychologist's implementation and adherence to generally accepted professional standards of care, as reflected in the EP. **Has training and expertise and remains up to date on generally accepted professional standards of care to be able to reasonably judge clinician's practices with regard to the professional standards and the EP.** Data is obtained via **direct observation and monitoring of psychologists providing assessment administration, scoring, interpretation and report writing services and/or Services** such as psychology-specific mall groups, PBS services, DCAT services, By-Choice program input, and Wellness and Recovery Team input; and **provides direct consultation and mentoring to individual psychologists** providing above named services.

20% – **Plan, organize, and provide leadership and functional direction**, under the Chief of Psychology's management, to members of the Psychology Department for Atascadero State Hospital's implementation of Psychological Assessment and/or Services EP requirements, collect data regarding Psychology Department and individual psychologist's adherence to EP requirements, **summarizes and presents data** in reports for the Chief of Psychology regarding Psychology Department and individual psychologist's adherence to EP standards and requirements, **provide feedback** to the Chief of Psychology and Court Monitors via written and verbal reports, as needed. Preparing monitoring and supervisory reports of individual psychologists conducting psychological assessments regarding their adherence to Enhancement Plan standards and requirements; provides input to the Chief of Psychology for all Psychology Department staff. **Has computer skills necessary to complete data entry and retrieve data and other information for analysis and reports.** Additionally, **communicates, instructs, and mentors effectively.**

15% – **Has training and experience to provide competency-based training in generally accepted professional standards of care,** as reflected in the EP, and can communicate these EP standards and requirements to Psychology Department staff. Participates in selection interviews; assist with the recruitment of qualified candidates; participates in the QAP process.

10% – Assists with maintaining Psychology Department standards consistent with regulatory requirements such as Atascadero State Hospital Administrative Directives, EP requirements, State Licensing requirements, and JCAHO standards; provides facility-wide direction in implementation of Psychological Assessment and/or Psychology Services.

10% – Professional Responsibilities:
Psychologists are expected to attend all regular meetings of the Psychology Department and participate in on-going quality assurance and improvement activities as assigned by the Chief of Psychology. Psychologists are expected to meet continuing education requirements and to actively seek learning opportunities for professional growth and development.

## 2. SUPERVISION RECEIVED

The Senior Psychologist (Supervisor) is under the direction of the Chief of Psychology of the Medical Staff.

## 3. SUPERVISION EXERCISED

The Senior Psychologist, (Supervisor) supervises all Psychology Department staff in regard to the generally accepted professional standards of psychology, as reflected in the EP, and other standards as assigned by the Chief of Psychology.

## 4. KNOWLEDGE AND ABILITIES

**KNOWLEDGE OF:** Principles, techniques and problems in developing and coordinating specialized psychological assessments and/or treatment programs; principles, techniques and treads in psychology with particular reference to normal and disordered behavior, human development, motivation, personality, learning, individual differences, adaptation and social interaction; methods for the assessment and modification of human behavior; characteristics and social aspects of mental and developmental disabilities; research methodology and program evaluation; institutional and social process, group dynamics; functions of psychologists in various mental health services; current trends in the field of mental health; professional training; principles of personnel management and supervision; community organization and allied professional services; State and departmental equal employment opportunity policies, practices and procedures; department's Equal Employment Opportunity and the processes available to meet equal employment objectives; Requirements of the EP.

**ABILITY TO:** Plan, organize, direct, and provide leadership for the Psychology Department's implementation of the Psychological Assessment/Psychological Services section of the EP, provide professional consultation and program leadership; supervise professional staff; teach and participate in professional training; recognize situations requiring the creative application of technical skills; develop and evaluate creative approaches to the assessment, treatment, and rehabilitation of mental disabilities, conduct research, and develop and direct a psychology program; collect and analyze data, prepare written and verbal reports regarding implementation of the EP, supervise psychologists providing psychological assessment and specialized assessment procedures, provide feedback and training to the Psychology Department as required by accepted professional standards of care as reflected in the EP, and provide supervision and competency-based training based on monitoring data; analyze situations accurately and take effective action; communicate effectively; understand and effectively carry out State and departmental equal employment opportunity and affirmative action policies.

DUTY STATEMENT - Senior Psychologist Supervisor                                    Page 4

## 5.    REQUIRED COMPETENCIES

**INFECTION CONTROL**
Applies knowledge of correct methods for controlling the spread of pathogens appropriate
to job class and assignment.

**SAFETY**
Actively supports a safe and hazard free workplace through practice of personal safety
and vigilance in the identification of safe or security hazards.

**CPR**
Facility Option

**AGE SPECIFIC**
Provides services commensurate with age of patients/clients being served.  Demonstrates
knowledge of growth and development of the following age categories:
☐ Pediatric       ☐ Adolescent       ☒ Adult       ☒ Geriatric

☐ Age specific competencies for this classification are identified and validated through
    the privileging process.

**MANAGEMENT OF ASSAULTIVE BEHAVIOR**
Applies and demonstrates knowledge of correct methods in the management of assaultive
behavior (MAB).

**RESTRAINT/SECLUSION**
Demonstrates knowledge of criteria and ensures that supervisors and staff appropriately
use, apply, and remove restraint and/or seclusion.

**CULTURAL AWARENESS**
Demonstrates awareness of multicultural issues in the workplace which enable the staff to
work effectively with fellow staff and patients.

**RELATIONSHIP SECURITY**
Demonstrates professional interactions with patients and maintains therapeutic
boundaries.

**SITE SPECIFIC COMPETENCIES**
- Able to administer and interpret standard psychological and/or neuropsychological
  assessment instruments, or
- Able to provide behavioral interventions, behavioral guidelines, behavior plans and
  instruct others to develop such behavioral strategies;
- Able to provide standard psychotherapeutic interventions;
- Able to administer and interpret the Psychopathy Checklist – Revised;
- Understands and is able to apply Program Evaluation Designs;
- Maintains relationship security in the work area; takes effective action and monitors,
  per policy, any suspected employee/patient boundary violations.

DUTY STATEMENT - Senior Psychologist Supervisor                                    Page 5

**TECHNICAL PROFICIENCY (SITE SPECIFIC)**
- Familiarization with computerized statistical packages (e.g., Statistica, SPSS, etc.);
- Familiarization with computerized databases (e.g., Access, Excel, etc.);
- Familiarization with psychological assessment software packages.
- Able to use a Personal Computer with Windows '95 or greater.

6. **LICENSE OR CERTIFICATION**
It is the employee's responsibility to maintain a license, credential or required registration pertinent to their classification on a current basis. Any failure to do so may result in termination from Civil Service. Employees in this classification must: Possess a valid license as a psychologist issued by the California Board of Psychology and possess an earned doctorate degree in psychology from an educational institution meeting the criteria of Section 2914 of the Medical Board of California's Business and Professions Code.

7. **TRAINING** - Training Category = 2
The employee is required to keep current with the completion of all required training.

8. **WORKING CONDITIONS**
**EMPLOYEE IS REQUIRED TO:**
- Report to work on time and follow procedures for reporting absences;
- Maintain a professional appearance
- Appropriately maintain cooperative, professional, and effective interactions with employees, individuals receiving treatment, and the public;
- Comply with hospital policies and procedures

Assigned work hours are 8:00 a.m. to 4:30 p.m., unless the supervisor approves modified hours. Employees are expected to work an average of 40 hours per week. Working an alternate work schedule is granted according to the needs of the facility. All employees are required to have an annual health review and repeat health reviews whenever necessary to ascertain that they are free from symptoms indicating the presence of infection and are able to safely perform their essential job duties.


Psychologist _____                _____
                                                       Date

Chief of Psychology _____          _____
                                                       Date

Medical Director _____             _____
                                                       Date

DEPARTMENT OF MENTAL HEALTH
ATASCADERO STATE HOSPITAL
DUTY STATEMENT



## 1. MAJOR TASKS, DUTIES, AND RESPONSIBILITIES

Staff Psychiatrists are responsible for making definitive diagnoses and decisions. The Staff Psychiatrist examines and diagnoses psychiatric clients/patients; determines types of psychiatric and general medical treatment needed; administers psychiatric treatment with assistance, as necessary, from multi-disciplinary clinical staff.

A.   **CLINICAL   -   80%**

   1.   **Performs psychiatric evaluations.**

   2.   **Provides clinical leadership** of the Interdisciplinary Treatment team. Formulates the diagnosis of record according to the DSM-IV-TR and approves individualized treatment plans based on identified clinical problems, consistent with Department of Mental Health and Atascadero State Hospital guidelines and policies. Serves as a resource for education of staff regarding pertinent policies and standards and current medical and psychiatric practice.

   3.   **As primary provider of care, writes orders for admission, transfer, discharge, medications, restraints and seclusion, suicide precautions, etc., as indicated,** according to current Department of Mental Health and Atascadero State Hospital guidelines and policies.

   4.   Meets at least monthly with each patient to review their physical and mental status and medication. Meets with each patient and reviews their clinical condition, diagnosis, treatment and prognosis every 60 or 90 days in conjunction with their scheduled treatment planning conference. Participates in the unit's shift change meetings to exchange information about patients and their treatment and to promote directions as needed.

   5.   Provides individual and group psychotherapy.

Duty Statement – Staff Psychiatrist
September 2003
Page 2

6.  **Provides consultation on psychopharmacology and restraint/seclusion issues when so requested.**

7.  Interacts with unit staff and patients on a variety of daily psychiatric issues, i.e., individuals who request to meet with the psychiatrist or who are referred by staff because of change of status, behavioral changes, or deterioration in functions.

8.  **Evaluates assaultive incidents.**

9.  **Evaluates and attends to suicide threats, attempts, or self-harm.**

10. **Provides required documentation and reports,** such as progress notes, Recommended Continuing Care Plan/Discharge Summary, and other documentation as required by the Mental Health Documentation System.

11. Meets with patients' families as indicated.

12. **Prepares court reports whenever indicated, and appears and provides expert testimony in Superior Court whenever subpoenaed** to do so.

13. As permitted by law or with patient's approval, responds to and discusses appropriate matters with qualified others such as lawyers, judges, probation officers, community mental health workers, etc.

14. **Communicates effectively in spoken and written language** with patients, staff, and the courts.

B.  **ADMINISTRATIVE -    20%**

1.  Participates in medical staff activities and serves on committees.

2.  Advises and assists the Executive Director and/or the Medical Director, as requested, on hospital administration issues.

3.  Meets regularly with program management and reviews program goals, plans, treatment issues, and effectiveness.

Duty Statement – Staff Psychiatrist
September 2003
Page 3

4.   Participates in unit management meetings involving patient issues and maintenance of therapeutic milieu.

5.   Participates in continuing medical education and in approved research.

6.   Provides inservice training such as lectures and informal talks or consultations with staff.

7.   May supervise Residents, Fellows, and other trainees.

8.   **Provides preceptorship and proctorship for new Staff Psychiatrists, and peer review for all Staff Psychiatrists, as assigned.**

9.   Participates in statewide committee meetings whenever assigned.

10.  Carries out other duties and assignments as directed by the Medical Director and/or the Program Director.

## 2.   SUPERVISION RECEIVED

The Medical Director has delegated supervision of the Staff Psychiatrist in the following way:

### A.   MEDICAL DIRECTOR

The Medical Director exercises direct supervision over the assignment and clinical work of the Staff Psychiatrist.

### B.   MEDICAL STAFF

The Staff Psychiatrist is a member of the organized Medical Staff of Atascadero State Hospital, and is thus responsible to the Chief of Medical Staff for all activities which are within the scope of the Medical Staff Bylaws and Rules and Regulations.

## 3.   SUPERVISION EXERCISED

None.

Duty Statement – Staff Psychiatrist
September 2003
Page 4

## 4. KNOWLEDGE AND ABILITIES

**KNOWLEDGE OF:**
Principles and methods of psychiatry, general medicine, and surgery and skill in their application; current developments in the field of psychiatry; mental hospital organization and procedures; principles and application of psychiatric social work, clinical psychology, physical therapy, various rehabilitation therapies, and other ancillary medical services; principles and techniques of psychiatric research; principles and practices of effective supervision and directing the work of others.

**ABILITY TO:**
Direct the work of others; instruct in the principles and practices of psychiatry; interpret laboratory analyses and x-rays; prepare and supervise the preparation of case histories and the keeping of hospital records; analyze situations accurately and take effective action.

## 5. REQUIRED COMPETENCIES

**INFECTION CONTROL**
Applies knowledge of correct methods for controlling the spread of pathogens appropriate to job class and assignment.

**SAFETY**
Actively supports a safe and hazard free workplace through practice of personal safety and vigilance in the identification of safe or security hazards.

**CPR**
Maintains current certification.

**AGE SPECIFIC**
Provides services commensurate with age of patients / clients being served. Demonstrates knowledge of growth and development of the following age categories:

☒ Adult     ☒ Geriatric

**MANAGEMENT OF ASSAULTIVE BEHAVIOR**
Applies and demonstrates knowledge of correct methods in the Management of Assaultive Behavior (MAB).

Duty Statement - Staff Psychiatrist
September 2003
Page 5

**RESTRAINT/SECLUSION**
Demonstrates knowledge of criteria and appropriately uses, applies, and removes restraint and/or seclusion.

**CULTURAL AWARENESS**
Demonstrates awareness to multicultural issues in the workplace which enables the employee to work effectively.

**SITE SPECIFIC COMPETENCIES**
Knowledge of PC 2684, PC 2962, PC 1026, SVP, and Conservatorship commitments.

**Relationship Security**
Demonstrates professional interactions with patients and maintains therapeutic boundaries.

**TECHNICAL PROFICIENCY (SITE SPECIFIC)**
Use of ASP and CATPA in treatment planning.

## 6.   LICENSE OR CERTIFICATION

It is the employee's responsibility to maintain a license, credential, or required registration pertinent to their classification on a current basis.  Any failure to do so may result in termination from Civil Service.  Employees in this classification must:

$   Possess the legal requirements for the practice of medicine in California as determined by the Medical Board of California or the Osteopathic Medical Board of California.

## 7.   TRAINING

Training Category = 03

The employee is required to keep current with the completion of all required training.

Duty Statement - Staff Psychiatrist
September 2003
Page 6

8.    **WORKING CONDITIONS**

The employee is required to work any shift and schedule in a variety of settings throughout the hospital as determined by the operational needs of the hospital. All employees are required to have an annual health review and repeat health reviews whenever necessary to ascertain that they are free from symptoms indicating the presence of infection and are able to safely perform their essential job duties.

_____                    _____
                                                    Date

Staff Psychiatrist



_____                    _____
David K. Fennell, M.D.                              Date
Acting Assistant Medical Director



_____                    _____
Jeanne L. Garcia, M.D.                              Date
Acting Medical Director

# DEPARTMENT OF MENTAL HEALTH
## ATASCADERO STATE HOSPITAL
## DUTY STATEMENT

## SENIOR PSYCHIATRIST, SPECIALIST

## 1. MAJOR TASKS, DUTIES, AND RESPONSIBILITIES

Provide advanced journey level psychiatric services to mentally ill patients; and to do other related work.

### A. CLINICAL - 60%

1. Performs psychiatric evaluations.

2. Provides leadership of the ID team in formulating diagnosis according to the DSM-IV-TR, and treatment plans based on identified clinical problems, consistent with Department of Mental Health and Atascadero State Hospital guidelines and policies.

3. Writes orders for admission, transfer, discharge, medications, restraints and seclusion, suicide precautions, etc., as indicated, according to current Department of Mental Health and Atascadero State Hospital guidelines and policies. Evaluates effects of medication on physical and mental status of patients.

4. Meets at least monthly with each patient to review their physical and mental status and medication. Meets with each patient and reviews their clinical condition, diagnosis, treatment and prognosis every 60 or 90 days in conjunction with their scheduled treatment planning conference. Participates in the unit=s shift change meetings to exchange information about patients and their treatment and to promote directions as needed.

5. Provides individual and group psychotherapy.

6. Provides consultation on psychopharmacology and restraint/seclusion issues when so requested.

7. Interacts with unit staff and patients on a variety of daily psychiatric issues, i.e., individuals who request to meet with the psychiatrist or who are referred by staff because of change of status, behavioral changes, or deterioration in functions.

8. Evaluates assaultive incidents.

9. Evaluates and attends to suicide threats, attempts, or self-harm.

Duty Statement - Senior Psychiatrist, Specialist
Page 2

10. Provides progress notes, Recommended Continuing Care Plan/Discharge Summary, and other documentation as required by the Mental Health Documentation System.

11. Meets with patients= families as indicated.

12. Prepares court reports whenever indicated.

13. Appears and provides expert testimony in Superior Court whenever subpoenaed to do so.

14. As permitted by law or with patient=s approval, responds to and discusses appropriate matters with qualified others such as lawyers, judges, probation officers, community mental health workers, etc.

## B.  FORENSIC - 20%

1. Establish and provide forensic training seminars for staff in the Department of Psychiatry.

2. Provide part-time consultative services for Forensic Services Department, including Keyhea referrals, and other special consults as needed.

3. Provide consultant training to Programs and Departments in the hospital as requested.

## C.  ADMINISTRATIVE  -  20%

1. Participates in medical staff activities and serves on committees.

2. Advises and assists the Executive Director and/or the Medical Director, as requested, on hospital administration issues.

3. Meets regularly with program management and reviews program goals, plans, treatment issues, and effectiveness.

4. Participates in unit management meetings involving patient issues and maintenance of therapeutic milieu.

Duty Statement  -  Senior Psychiatrist, Specialist
Page 3

5.  Participates in continuing medical education and in approved
research.

6.  Provides inservice training such as lectures and informal talks or
consultations with staff.

7.  May supervise Residents, Fellows, and other trainees.

8.  Provides preceptorship or proctorship for new Staff Psychiatrists.

9.  Participates in statewide committee meetings whenever assigned.

10.  Carries out other duties and assignments as directed by the
Medical Director and/or the Program Director.

## 2.  SUPERVISION RECEIVED

The Medical Director has delegated supervision of the Senior Psychiatrist,
Specialist in the following way:

### MEDICAL DIRECTOR

The Medical Director exercises direct supervision over the assignment and
clinical work of the Senior Psychiatrist, Specialist.

### MEDICAL STAFF

The Staff Psychiatrist, Specialist is a member of the organized Medical Staff of
Atascadero State Hospital, and is thus responsible to the Chief of Medical Staff
for all activities which are within the scope of the Medical Staff Bylaws and Rules
and Regulations.

## 3.  SUPERVISION EXERCISED

None.

## 4.  KNOWLEDGE AND ABILITIES

### KNOWLEDGE OF:
Principles and methods of psychiatry and general medicine; current
developments in the field of psychiatry, including mental retardation; principles of
surgery and neurology; principles and applications of psychiatric social work,
clinical psychology, physical therapy, the various rehabilitative therapies, and
other ancillary medical services; psychiatric research methods and techniques;
principles, methods, and objectives of training treatment personnel.

Duty Statement - Senior Psychiatrist, Specialist
Page 4

**ABILITY TO:**
Coordinate and participate in psychiatric research; analyze situations accurately and take effective action.

5. **REQUIRED COMPETENCIES**

**INFECTION CONTROL**
Applies knowledge of correct methods for controlling the spread of pathogens appropriate to job class and assignment.

**SAFETY**
Actively supports a safe and hazard free workplace through practice of personal safety and vigilance in the identification of safety or security hazards.

**CPR**
Maintains current certification.

**AGE SPECIFIC**
Provides services commensurate with age of patients/clients being served. Demonstrates knowledge of growth and development of the following age categories:

: Adult     : Geriatric

**MANAGEMENT OF ASSAULTIVE BEHAVIOR**
Applies and demonstrates knowledge of correct methods in the management of assaultive behavior (MAB).

**RESTRAINT/SECLUSION**
Demonstrates knowledge of criteria and appropriately uses, applies, and removes restraint and/or seclusion.

**CULTURAL AWARENESS**
Demonstrates awareness to multicultural issues in the workplace which enable the employee to work effectively.

**SITE SPECIFIC COMPETENCIES**
Effectively complete forensic evaluations and court testimony. Provide useful supervision and dictate information to trainees and others.

**Relationship Security**
Demonstrates professional interactions with patients and maintains therapeutic boundaries.

**TECHNICAL PROFICIENCY**

Duty Statement - Senior Psychiatrist, Specialist
Page 5

        Maintain knowledge of appropriate state laws, rules and regulations as needed for the hospital forensic workload.

### 6.    LICENSE OR CERTIFICATION

It is the employee=s responsibility to maintain a license, credential, or required registration pertinent to their classification on a current basis. Any failure to do so may result in termination from Civil Service. Employees in this classification must:

- Possess the legal requirements for the practice of medicine in California as determined by the Medical Board of California or the Osteopathic Medical Board of California.

### 7.    TRAINING – Training Category = 03

The employee is required to keep current with the completion of all required training.

### 8.    WORKING CONDITIONS (FLSA)

The employee is required to work any shift and schedule in a variety of settings throughout the hospital and may be required to work overtime and float to other work locations as determined by the operational needs of the hospital. All employees are required to have an annual health review and repeat health reviews whenever necessary to ascertain that they are free from symptoms indicating the presence of infection and are able to safely perform their essential job functions.

_____      _____
                                                    Date
Senior Psychiatrist, Specialist

_____      _____
David K. Fennell, MD                                   Date
Acting Medical Director

_____      _____
Melvin E. Hunter, JD, MPA                           Date
Executive Director

8. Review and approve Recommended Continuing Care Plans (RCCP) and other outgoing forensic reports. Consult with the Medical Director on problematic cases.

9. Maintain close liaison with California Men's Colony and California Medical Facility, Vacaville, regarding admission and discharge of PC 2684 patients (CDC prisoners).

10. Represent the Medical Director, as appropriate, in his absence.

11. Consult with the Medical Director in the assignment of psychiatric staff to appropriate units thereby promoting an effective service delivery system throughout the hospital.

12. Consult, as appropriate, with the Chief of other clinical disciplines (Psychology, Social Work, Rehabilitation, Nursing) to promote effective interdisciplinary treatment throughout the hospital.

13. Provide guidance (and counselling) as needed to all psychiatric staff regarding the hospitalwide prohibition of any form of sexual harassment.

14. Promote principles of CQI & BPRS within the psychiatric staff.

15. Maintain an "open door policy" to consult with individual staff psychiatrists on issues of professional practice and of programmatic concerns.

## PERSONNEL MANAGEMENT AND SUPERVISION          -          30 %

1. The Assistant Medical Director is responsible for direct supervision of the psychiatric staff in accordance with the matrix system and under the general direction of the Medical Director.

2. Assure that performance standards of psychiatric practice conform to hospital policy, Department of Mental Health policy, and relevant State laws.

3. This compliance shall be reflected in timely, accurate, and appropriate employee annual performance evaluations that reflect essential duties as stated in the duty statement.

4. Annual employee evaluations shall verify completion of annual physical and current licensure requirements.

5. Monitor clinical performance of each new psychiatrist by information provided from the proctor and from the Program Director.

**DEPARTMENT OF MENTAL HEALTH**
**ATASCADERO STATE HOSPITAL**
**DUTY STATEMENT**

SENIOR PSYCHIATRIST SUPERVISOR

## 1. MAJOR TASKS, DUTIES, AND RESPONSIBILITIES

Supervise physicians and other professional personnel giving psychiatric care to mentally ill patients; give psychiatric services to such patients; and do other related work.

**DEPARTMENT ADMINISTRATION/ORGANIZATIONAL PERFORMANCE - 25 %**

The Senior Psychiatrist, Supervisor, participates in direct patient care and in all the duties and functions of the Staff Psychiatrists, as needed, including:

1. Consults on issues pertaining to diagnosis, treatment, and forensic recommendations of Penal Code and civil commitment.

2. Reviews and evaluates forensic reports to courts, and Board of Prison Terms; advises on issues pertaining to retention or release of forensic patients, extension of commitment, and transfer between hospitals, CDC, parole, and conditional release.

3. Promote and implement the principles of CQI and QA&I within the Department of Psychiatry. Maintain compliance with JCAHO standards.

4. Maintain regular communication with the elected Chair of the Department of Psychiatry and the elected Chief of Staff to deal with departmental processes, problems, standards, and medical practice issues.

5. Promote a norm of non-violence.

6. Promote and comply with the Equal Employment Opportunity goals of the hospital.

7. Maintain communication, as needed, with Program Directors and Clinical Administrator to handle issues, problems, and assignments related to psychiatric staff and to specific Program concerns.

6.   Maintain a current "Report of Performance for Probationary Employee" on each new psychiatrist.  Discuss each such report with the employee.

7.   Assist in orientation of new staff psychiatrists.

8.   Coordinate and approve (in consultation with the appropriate Program Director and the Medical Director as needed) time-off requests for all staff psychiatrists.

9.   Interface, as appropriate, with Hospital Administration regarding unusual time-off requests.

10.   Review periodically vacation/annual leave balances of each psychiatrist. Inform psychiatrists as appropriate when their balance is approaching the carry-over limit.

**LEADERSHIP AND REPRESENTING THE DEPARTMENT          -     15 %**

1.   Maintain effective customer/supplier relationships relative to Department in order to meet operational needs to achieve the hospital's stated mission.

2.   Effectively communicate policies and procedures.

3.   Attend Departmental meetings and assigned committee meetings to obtain input from staff and to represent Clinical/Medical administration.

**HIPAA PRIVACY OFFICER                                          -     25%**

   Supervise compliance with the HIPAA Privacy Standard, and advise the Administrative Team regarding this issues as the implementation unfolds.

**CLOZAPINE CLINIC                                              -     5%**
Weekly clinic for monitoring of clozapine patients.


2.   **SUPERVISION RECEIVED**


The Sr. Psychiatrist Supervisor is under the direct supervision of the Medical Director.

3. **SUPERVISION EXERCISED**

Supervises staff psychiatrists and two full-time Office Technicians and one part-time Office Technician.

4. **KNOWLEDGE AND ABILITIES**

**KNOWLEDGE OF:**
Principles and methods of psychiatry and general medicine; current developments in the field of psychiatry, including mental retardation; principles of surgery and neurology; principles and applications of psychiatric social work, clinical psychology, physical therapy, the various rehabilitative therapies, and other ancillary medical services; psychiatric research methods and techniques; principles and practices of personnel management; principles, methods, and objectives of training treatment personnel; and State and departmental equal employment opportunity and affirmative action policies; department's Affirmative Action Program objectives; a supervisor's role in the Affirmative Action Program and the processes available to meet affirmative action objectives.

**ABILITY TO:**
Coordinate and participate in psychiatric research; direct and coordinate the work of a professional staff; analyze situations accurately and take effective action; understand and effectively carry out State and departmental equal employment opportunity and affirmative action policies; effectively contribute to the department's affirmative action objectives.

5. **REQUIRED COMPETENCIES**

**INFECTION CONTROL**
Applies knowledge of correct methods for controlling the spread of pathogens appropriate to job class and assignment.

**SAFETY**
Actively supports a safe and hazard free workplace through practice of personal safety and vigilance in the identification of safety or security hazards.

**CPR**
Maintains current certification.

Duty Statement – Sr. Psychiatrist Supervisor
April 2007
Page 5

**AGE SPECIFIC**
Provides services commensurate with age of patients/clients being served.
Demonstrates knowledge of growth and development of the following age
categories:

: Adult : Geriatric

**MANAGEMENT OF ASSAULTIVE BEHAVIOR**
Applies and demonstrates knowledge of correct methods in the management of
assaultive behavior (MAB).

**RESTRAINT/SECLUSION**
Demonstrates knowledge of criteria and appropriately uses, applies, and removes
restraint and/or seclusion.

**CULTURAL AWARENESS**
Demonstrates awareness to multicultural issues in the workplace which enable the
employee to work effectively.

**SITE SPECIFIC COMPETENCIES**
Familiarity with the Atascadero State Hospital Administrative Manual, especially
those Administrative Directives which relate to the function of Medical Staff;
familiarity with the Medical Staff Bylaws and Medical Staff Rules and Regulations
of Atascadero State Hospital.

**Relationship Security**
Demonstrates professional interactions with patients and maintains therapeutic
boundaries.

**TECHNICAL PROFICIENCY**
Knowledge of W&I Code 660 et. seq., PC 2960 et. seq., W&I Code 5000 et. seq.,
PC 1368 et. seq., PC 1026 et. seq., PC 2684, PC 2970, PC 2974, and applicable
appellate case law.


7.    **TRAINING**  -  Training Category = 10
The employee is required to keep current with the completion of all required
training.

Duty Statement – Sr. Psychiatrist Supervisor
April 2007
Page 6

8. **WORKING CONDITIONS**

The employee is required to work any shift and schedule in a variety of settings throughout the hospital and may be required to work overtime and float to other work locations as determined by the operational needs of the hospital. All employees are required to have an annual health review and repeat health reviews whenever necessary to ascertain that they are free from symptoms indicating the presence of infection and are able to safely perform their essential job functions.


_____          _____
                                                            Date
Sr. Psychiatrist Supervisor


_____          _____
                                                            Date
Robert S. Knapp, MD
Acting Medical Director


_____          _____
                                                            Date
Jon DeMorales
Executive Director

**DUTY STATEMENT**
**DEPARTMENT OF MENTAL HEALTH**
**ATASCADERO STATE HOSPITAL**
**PROGRAM VI**

**Job Classification: Rehabilitation Therapist (Music, Art, Dance, and Recreation).**

### 1. MAJOR TASKS, DUTIES, AND RESPONSIBILITIES

Rehabilitation Therapists (R.T.s) of all specialties have primary responsibilities in the areas of direct treatment and service provision to the patients housed on the units to which they are assigned as well as membership in that unit's Interdisciplinary Treatment Team (IDT). Services provided include patient assessment, treatment planning, therapeutic activities, and discharge planning. The ultimate goal of treatment is community reintegration via the Conditional Release Program. Additionally, each therapist is responsible for applying the skills and expertise of their individual specialization (i.e. music, dance/movement, recreation, occupational, etc.) in providing their required groups. While Program VI Rehabilitation Therapists' duties are primarily on their assigned units, they are expected to provide services on other units within their scope of practice when appropriate and assigned. With the consent of the Program and Rehabilitation Therapy Service Chief, R.T.s may be asked to provide hospital wide services.

### 20% *Program Development and Implementation*

**A. Unit and Program Support:** Rehabilitation Therapists will Provide, supervise and facilitate leisure, recreation and therapeutic groups to meet the needs of all of the patients on their assigned caseload. Groups will be based in part on the specific specialization and expertise of the individual R.T with the consent of the Program Assistant. It is the responsibility of the R.Ts. on units where more than one is assigned to equitably distribute the caseload. Activities will be developed, planned and coordinated in conjunction with the Unit Supervisor. The R.T. will also be available to supervise unit activity groups conducted by staff members other than Rehabilitation Therapists. **Rehabilitation Therapists will be available to Program management for consultation** regarding individual patients, assessment of the patient population, their treatment needs, treatment resources, and staff development needs. **R.T.s will provide consultation to the Programs for any needs related to the discipline.**

**B.** Rehabilitation Therapists will identify and be aware of patient needs and any alerts or hazards associated with the patients being served. The R.T. will also make the team aware of problems or difficulties the patient is encountering in intrahospital treatment areas and assist in their resolution. The R.T. will attend and participate in all unit and team trainings to include "off-sites" and will maintain their annual training proficiency in areas determined by hospital and Rehabilitation Therapy Service policies and directives.

### 15% *Assessment, Planning, Evaluation and Documentation*

In accordance with standards and policies established by the Rehabilitation Therapy Service and Program VI, **Rehabilitation Therapists will participate in all 7-day, 30-day, 60-day and 90-day reviews of each patient on the unit and provide initial and**

required on-going evaluations of patients' functional skills and will utilize approved documentation methods and techniques. Rehabilitation Therapists serve as an integral member of the Interdisciplinary Team.  R.T.s will **assess all patients assigned to their caseload for their treatment objective according to policy and prepare written evaluations of each patient.** R.T.s are expected to use their training and clinical skills to actively provide input into the team process in support of effective patient treatment. R.T.s will **provide written documentation of individual patient progress pertaining to their rehabilitation therapy program. They will provide a written updated rehabilitation therapy treatment plan evaluation of every patient in the caseload.** It is the program expectation that all team members will be present for all treatment team meetings in their entirety.  For Initial and ongoing 90-Day Treatment Plans, each R.T. will provide recommended ratings for Atascadero Skill Profile (ASP) Domains VII and X.  All final scores will be the responsibility of the team collectively and the R.T. will work within the context of teamwork and team unity to assist in resolving differences on assigned scores. The R. T. is responsible for team referrals to intrahospital treatment areas.  This includes, but is not limited to Gym, Recreation, Arts and Crafts, Leisure, Aztec School, and Alcoholics/Narcotics Anonymous.  The RT will additionally serve as primary liaison between these treatment areas and the ID team, assisting treatment area providers in

**40%** _**Direct Services**_

    **A.  Treatment Groups: The Rehabilitation Therapy Service and Program VI require that all Rehabilitation Therapists organize, plan and provide a minimum of eight (8) hours per week of Biopsychosocial Treatment Groups. Biopsychosocial Treatment Groups are defined as group treatment activities that meet the standards for treatment as established by Atascadero State Hospital, the Rehabilitation Therapy Service and Program VI.** Approved treatment groups will have a protocol available in the program office. It is the expectation that all R.T.s, assigned to Program VI will develop the content of their group schedules in order to meet patient needs as determined by the program and the Interdisciplinary Team of the unit to which they are assigned. Program VI requires that for at least two (2) of these hours, the R. T. will provide a program approved manualized treatment modules. Approval for all modules that fall within this "two hour" category will be provided by the Program Assistant.

    **B.  Other Unit Activities:**
- Participate in Ward Government and Therapeutic Community to provide information and promote a therapeutic milieu.
- Provide individual or group orientation for all new patients regarding rehabilitation groups and leisure activities.
- Provide a monthly calendar of all rehabilitation therapy programs offered on the unit.
- Help to inform patients of other special events and activities available to them in the hospital (i.e. monthly birthday parties, tournaments, etc.)
- Organize; promote implement or coordinate events (i.e. holiday recognition, special events) which may enhance the patient quality of life while hospitalized.  In addition, coordinate unit party fund expenditures.
- Meet regularly with patient activity coordinator to help plan unit parties and leisure activities.

Duty Statement – Program VI Rehabilitation Therapist (8-4-04)

- Assist in the maintenance of a safe and secure environment through response to physical assaults, escape attempts or other major patient disturbance, and assist in the management of the conduct of the patients.
- **Maintain accountability and supervision of controlled items used in RT activities.**

### 15%  *Professional, Resource and Training Functions*

**A.** Participate in professional development activities by completing all hospital core training as scheduled, attending colloquia, special workshop, seminars, conferences, Service off-sites, continuing education, individual study or other avenues of professional development. Attend and participate in at least seventy five percent of all monthly Service meetings.

**B.** Provide in-service education to other staff once quarterly and document the same according to established procedures.

**C.** Participate in a minimum of one Service committee.

### 10%  *Other Duties As Assigned*

A. Rehabilitation Therapists on Program VI may be asked to assist with the development or implementation of new programs or procedures, or to provide orientation to new employees, including the proctoring of new RTs and training and clinical supervision of RT interns. And, from time to time, there may be other duties requested of RTs, in addition to those expressly identified above.

B.  **Rap Fund: Rehabilitation Therapists will maintain and manage their designated portion of the Program Rap budget, Patient Benefit Fund, and patient donations.. Recommendations for Program Rap disbursements will be submitted to the Program Assistant for approval. R.T.s will carry out approved budget expenditures in coordination with the Unit Supervisor and under the supervision of the Program Assistant.** They will work collaboratively with the program's account manager who maintains the tracking database.

### 2.  **SUPERVISION RECEIVED**
The Rehabilitation Therapist is under the administration supervision of the Program Assistant and Program Director, and is clinically accountable to the Chief of Rehabilitation Therapy Services through the annual performance appraisal.

### 3.  **SUPERVISION EXERCISED**
**A.** Assist in training and supervision of interns when appropriate as assigned.

**B.** Provide clinical guidance to other staff members who provide activity-related groups that are planned or coordinated by the Rehabilitation Therapy staff.

Duty Statement – Program VI Rehabilitation Therapist (8-4-04)

**C.** Assist in the orientation and proctoring of new staff when appropriate or assigned.

## 4.   KNOWLEDGE AND ABILITIES

KNOWLEDGE OF:  The principles, procedures, techniques, trends, and literature of rehabilitation services, especially those relating to mental, physical, developmental, or geriatric disabilities; the process of restoration, maintenance and development of capabilities; principles of mental health education; scope and activities of private and public health and welfare agencies; characteristics of mental, emotional, physical, and developmental disorders; current trends in mental health, public health, and public welfare; federal and state programs in these fields.

ABILITY TO: Utilize and effectively apply required technical knowledge; establish and maintain the confidence and cooperation of persons contacted in the work; secure accurate clinical data and record such data systematically; compose clear, accurate and concise reports; interpret statistical data; analyze situations accurately and take effective action; communicate effectively.

## 4.   REQUIRED COMPETENCIES

**THERAPUTIC RELATIONSHIPS / RELATIONSHIP SECURITY**
Demonstrates the ability to maintain appropriate professional therapeutic relationships and boundaries while interacting with patients.

**INFECTION CONTROL/SAFETY**
Applies knowledge of correct methods for controlling the spread of pathogens appropriate to job class and assignment.  Actively supports a safe and hazard free workplace through practice of personal safety and vigilance in the identification of safe or security hazards.

**AGE SPECIFIC**
Provides services commensurate with age of patients / clients being served.  Demonstrates knowledge of growth and development of the following age categories:
☐ Pediatric       ☐ Adolescent       ☒ Adult       ☒ Geriatric

**MANAGEMENT OF ASSAULTIVE BEHAVIOR**
Applies and demonstrates knowledge of correct methods in the management of assaultive behavior (PMAB).

**RESTRAINT/SECLUSION**
Demonstrates knowledge of criteria and appropriately uses, applies, and removes restraint and/or seclusion.

**CULTURAL AWARENESS**
Demonstrates awareness to multicultural issues in the workplace, which enable the employee to work effectively.

### SITE SPECIFIC COMPETENCIES

**MDO/CONREP PROCESS**
Demonstrates understanding of the MDO law and its commitment processes, promotes the benefits of ConRep placement, and instructs/reinforces teaching of the law and ConRep's acceptance criteria.

**BPSR SKILL BUILDING TREATMENT**
Demonstrates the ability to implement the Program's skill-building treatment model by effectively leading/co-leading groups, assisting with patient's homework assignments, providing coaching on coping techniques, and encouraging patients to engage in treatment

**TEAM MEMBERSHIP**

Duty Statement – Program VI Rehabilitation Therapist (8-4-04)

page 5

Demonstrates the ability to provide constructive team input based on direct observation of patient's behavior and to interact professionally with patients and co-workers in the development and delivery of patient care services.

### TECHNICAL PROFICIENCIES

### OBSERVATION AND DOCUMENTATION
Ability to provide accurate and complete reports and documentation in accordance with professional standards, hospital documentation policies, and State guidelines (MHDS).

### ASSESSMENTS
Ability to provide Rehabilitation Therapy assessments as represented by the FSA-R, ASP and the process necessary to conduct treatment planning using the Clinical Delivery System and completed in approved time frames.

### LICENSE OR CERTIFICATION
It is the employee's responsibility to maintain a license, credential, or required registration pertinent to their classification on a current basis.  Any failure to do so may result in termination from Civil Service.  Employees in this classification must:
Possess the equivalent to graduation from a recognized college or eligibility for such certification.

### TRAINING • Training Category = 2
The employee is required to keep current with the completion of all required training.

### WORKING CONDITIONS
All employees are required to have an annual health review and repeat health reviews whenever necessary to ascertain that they are free from symptoms indicating the presence of infection and are able to safely perform their essential job duties.

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Signature | Print Name | Date |
| | | |
| _____ | _____ | _____ |
| Program Assistant | Print Name | Date |
| | Gary Renzaglia, PhD | |
| _____ | _____ | _____ |
| Program VI Director | Print Name | Date |
| | Ladonna Decou | |
| _____ | _____ | _____ |
| Chief of Rehabilitation Service | Print Name | Date |

Duty Statement – Program VI Rehabilitation Therapist (8-4-04)

DUTY STATEMENT
DEPARTMENT OF MENTAL HEALTH
ATASCADERO STATE HOSPITAL

JOB CLASSIFICATION: REHABILITATION THERAPIST (ADMISSION UNIT) *Occupational*

1. **MAJOR TASKS, DUTIES, AND RESPONSIBILITIES**

   To provide rehabilitative programs and services through appropriate client/patient assessment, treatment, service planning, therapeutic activities, discharge planning and community reintegration by using the principles and practices of these disciplines to develop, maintain, or restore physical, emotional, and social competencies.

   **CLINICAL    -    90%**

   **35%    Assessment, Planning and Evaluation**

   The Rehabilitation Therapist is responsible for assessing patients' within departmental policies, providing treatment which is based on patient needs, and evaluate patient progress, or lack of within departmental policies.

   - Assesses all assigned patients for treatment objectives according to policy and prepare written evaluations of each patient to help coordinate a treatment plan which emphasizes the cognitive, biological, psychological, social and functional skills the patients will need to overcome barriers to discharge and maximize a successful adaptation to the planned discharge setting.
   - Completes Rehab Therapy Assessments, and Functional Skills Assessment-Rehabilitation (FSA-R) within departmental policies.
   - Provides written documentation of individual patient progress pertaining to their Rehabilitation Therapy program. Provides a written updated Rehabilitation Therapy Treatment Plan Evaluation of assigned patients.
   - Provides information to Centralized Program Services (CPS) activities (i.e. Music leisure, Arts & Crafts leisure, Weight lifting etc.) for those patients recommended by the ID Team.
   - Informs ID Team of treatment recommendations.

   **30%    Direct Treatment**

   - Organizes, plans and provides a minimum of 6 hours of direct therapeutic treatment groups. Groups will follow the principles of Biopsychosocial Rehabilitation (BPSR), recognizing and integrating the patient's strengths, interests and therapeutic goals. Organizes leisure activities which promote a healthy leisure lifestyle.
   - Participates in Unit Informational Meeting and Patient Advisory Council to provide information and promote a therapeutic milieu.
   - Provides individual or group orientation for all new patients regarding rehabilitation groups and leisure activities. Provides a monthly calendar of all rehabilitation therapy programs offered on the unit. Helps to inform patients of

RT (Admission).doc
Page 2 of 5

    other special events and activities available to them in the hospital (i.e. Monthly birthday parties, concerts, tournaments, etc.)

- Organizes, promotes, implements or coordinates events (i.e. holiday recognition, special events) which may enhance the patient quality of life while hospitalized. In addition, coordinates unit party fund expenditures.
- Assists in the maintenance of a safe and secure environment through response to physical assaults, escape attempts or other major patient disturbance, and assist in the management of the conduct of the patients.
- Provides one to one treatment as specifically prescribed for the patient by the ID Team. This will be described in the Patient's Care Plan.

**20%    Interdisciplinary Team Member**
- Attends ID Team meetings and change of shift meetings.
- **Participates in Treatment Team process including identifying treatment needs, designing and developing individualized treatment plans/programs as specifically prescribed by the ID Team, reporting and assessing the patient progress and making treatment recommendations to the ID Team.**
- **Completes reports and documentation in accordance with professional standards, hospital documentation policies and State guidelines (MHDS).**
- Assists in scoring of Atascadero Skills Profile (ASP) following hospital policies.
- Works with ID Team and peers to make appropriate arrangements for coverage for assigned patients during periods of absence.

**5%    Program Evaluation and Development**
- Assists Program Management by providing input relevant to the Rehabilitation Therapy Service as needed, participates in Program specific Performance Improvement activities as needed and other duties as assigned.
- Participates in clinical meetings when called upon by psychiatrists, social workers, psychologists, rehabilitation therapists and nursing staff to review clinical matters such as questions about individual and family treatment cases, larger unit treatment issues, and other clinical issues of interest to the group.
- **Is available to Program Management for consultation regarding individual patients and input on assessment of patient population, treatment needs, treatment resources, and staff development needs. Provides consultation to the Program for any needs related to the discipline.**
- Submits budget recommendations and carries out approved budget expenditures for supplies and equipment. Completes quarterly equipment reviews to maintain safety and update necessary equipment.

## ADMINISTRATIVE - 10%

**10%    Professional Responsibilities**
Demonstrates the ability to enhance knowledge and performance of professional and program duties by collaborative involvement with peers and supervisor, as evidenced by:

RT (Admission).doc
Page 3 of 5

- Participates in professional development activities by completing all hospital core training as scheduled, attending colloquia, special workshops, seminars, conferences, Rehab Therapy Service off-sites, continuing education, individual study or other avenues of professional development. Attends and participates in at least seventy five percent of Rehabilitation Therapy Service meetings.
- Provides in-service education to staff once quarterly and documents the same according to established procedures.
- Participates in a minimum of one Rehab Therapy Service committee.

## 2. SUPERVISION RECEIVED

Administratively supervised by the Program Assistant. Clinically supervised by the Chief of Rehabilitation Services.

## 3. SUPERVISION EXERCISED

- May assist in training and supervision of interns as assigned.
- Provides clinical guidance to staff members who provide activity-related groups that are planned by the Rehabilitation Therapy staff.
- Assists in the orientation and proctoring of new staff when appropriate or assigned.

## 4. KNOWLEDGE AND ABILITIES

**KNOWLEDGE OF:**

With particular reference to Recreation Therapy, the principles, procedures, techniques, trends, and literature of rehabilitation services, especially those relating to mental, physical, developmental, or geriatric disabilities; the process of restoration, maintenance and development of capabilities; principles of mental health education; scope and activities of private and public health and welfare agencies; characteristics of mental, emotional, physical and developmental disorders; current trends in mental health, public health, and public welfare; federal and state programs in these fields.

**ABILITY TO:**

Utilize and effectively apply required technical knowledge; establish and maintain the confidence and cooperation of persons contacted in the work; secure accurate clinical data and record such data systematically; compose clear, accurate and concise reports; interpret statistical data; analyze situations accurately and take effective action; communicate effectively.

## 5. REQUIRED COMPETENCIES

**INFECTION CONTROL**
Applies knowledge of correct methods for controlling the spread of pathogens appropriate to job class and assignment.

RT (Admission).doc
Page 4 of 5

## SAFETY
Actively supports a safe and hazard free workplace through practice of personal safety and vigilance in the identification of safety or security hazards.

## AGE SPECIFIC
Provides services commensurate with age of patients / clients being served. Demonstrates knowledge of growth and development of the following age categories:
☒ Adult    ☒ Geriatric

## MANAGEMENT OF ASSAULTIVE BEHAVIOR
Applies and demonstrates knowledge of correct methods in the management of assaultive behavior (MAB).

## RESTRAINT/SECLUSION
Demonstrates knowledge of criteria and appropriately uses, applies, and removes restraint and/or seclusion.

## CULTURAL AWARENESS
Demonstrates awareness to multicultural issues in the workplace, which enable the employee to work effectively.

## SITE SPECIFIC COMPETENCIES
- Demonstrates competency in providing and facilitating appropriate and relevant group therapy/activities to patients admitted to the admissions unit.
- Demonstrates an understanding of each of the Penal Code commitments and Welfare and Institution Code commitments.
- Sexual Harassment Policy
- Relationship Security
- Disaster Plan and Disaster Response
- Admission Process and Procedures
- Intrahospital Transfer of Patients Process and Procedures

## TECHNICAL PROFICIENCY (SITE SPECIFIC)
- Demonstrates proficiency in utilizing rehabilitation skills to formulate and implement appropriate and relevant treatment activities. Assuring that the patient's Rehabilitation Therapy Assessment is accurate, and the FSA-R is completed within hospital regulations.
- MHDS Compliant Interdisciplinary Notes
- Treatment Planning and the delivery of Planned Scheduled Treatment (PST)

RT (Admission).doc
Page 5 of 5

6. **LICENSE OR CERTIFICATION**

It is the employee's responsibility to maintain a license, credential, or required registration pertinent to their classification on a current basis. Any failure to do so may result in termination from Civil Service. Employees in this classification must:

Possess the equivalent to graduation from a recognized college with major work in Therapeutic Recreation, or in Recreation with an emphasis in Therapeutic Recreation, or certification as a Registered Recreator with specialization in Therapeutic Recreation by the California Board of Park and Recreation Personnel, or the National Therapeutic Recreation Society, or eligibility for such certification.

7. **TRAINING** - Training Category = 2

The employee is required to keep current with the completion of all required training.

8. **WORKING CONDITIONS**

The employee is required to work any shift and schedule in a variety of settings throughout the hospital and may be required to work overtime and float to other work locations as determined by the operational needs of the hospital. All employees are required to have an annual health review and repeat health reviews whenever necessary to ascertain that they are free from symptoms indicating the presence of infection and are able to safely perform their essential job duties.

| | | |
|---|---|---|
| _Employee Signature_ | _Print Name_ | _Date_ 11/12/05 |
| _Program Supervisor_ | _Print Name_ Janet Lapointe | _Date_ 10/12/05 |
| _Chief of Rehabilitation Therapy Signature_ | _Print Name_ | _Date_ |

DUTY STATEMENT • ATASCADERO STATE HOSPITAL
DEPARTMENT OF MENTAL HEALTH

JOB CLASSIFICATION:  CLINICAL SOCIAL WORKER

**STAFF MEMBER NAME:** _____

## 1.  MAJOR TASKS, DUTIES, AND RESPONSIBILITIES

The Clinical Social Worker works as a team member with other treatment disciplines, recognizes the importance of culture and the cultural strengths of a people and of language, provides treatment and adapts services to meet the unique needs and value systems of persons in all groups.  The Psychiatric Social Worker assists interdisciplinary teams in evaluating patients' need of special mental health services of multicultural and linguistic groups and extends outreach to multicultural and linguistic groups with regard to services, prevention strategies, and stigma reduction.

50%    DIRECT TREATMENT

**Provide direct patient treatment** and monitor and evaluate clinical services and treatment provided by Multicultural Services.

Conduct or co-lead skill-building groups whose focus is dictated by patient need as defined in the treatment plan.

Provide a liaison to the Social Work Service.

35%    ASSESSMENT, PLANNING, AND EVALUATION

Lead regular meetings of Multicultural Services **to review patient progress,** individual and group treatments, and overall program functioning.

Assist interdisciplinary teams in **evaluating the patient's need for special multicultural services** through interview and evaluation of potential participants.

**Adapt services to meet the unique needs and value systems** of persons in all groups.

Oversee the tracking of patient progress through the monitoring of group attendance and outcome demonstration.

Assure that Performance Improvement data is complete, timely, and written up as required.

15%    ADMINISTRATIVE/ORGANIZATIONAL DUTIES

**Assure effective coordination, planning, communication, and continuity of care** with each patient's interdisciplinary team.

**Be available to Program Management for social work consultation regarding cultural issues** related to assessment, treatment, resources, and training needs.

Provide individual patient and staff counseling, as needed; give clear and responsible direction to staff, listen to staff problems, and report needs to management.

Deliver orientation or in-service training, as needed, to inform staff on the services and treatment approach provided through Multicultural Services.

**Be involved with assessing and addressing hospitalwide cultural competency issues.**

Participate in Program meetings, as appropriate.

Meet regularly with the Assistant Chief, Central Program Services, and the CPS Psychologist to review program performance issues.

Attend other meetings, as appropriate and necessary.

### 2.    SUPERVISION RECEIVED

The Clinical Social Worker is under the administrative supervision of the Assistant Chief of Central Program Services and is clinically accountable to the Chief of Social Work Service. The annual performance appraisal is a joint assessment by the Program and the Chief of Service.

### 3.    SUPERVISION EXERCISED

The Clinical Social Worker provides clinical guidance to other staff members who are learning to deliver skills-building treatment.

### 4.    KNOWLEDGE AND ABILITIES

**KNOWLEDGE OF:** Principles, procedures, techniques, trends, and literature of social work with particular reference to psychiatric social work; social aspects of mental, developmental, and physical disabilities; principles of mental health education; community organization principles; scope and activities of public and private health and welfare agencies; characteristics of mental, developmental, and physical disabilities; current trends in mental hygiene, public health, public welfare, and federal and state programs in these fields.

**ABILITY TO:** Utilize and apply effectively the required technical knowledge; maintain the confidence and cooperation of persons contacted in the work; secure accurate social data and

Duty Statement – Psychiatric Social Worker, Central Program Services                Page 3

record such data systematically; write clear, accurate, and concise reports; analyze situations accurately and take effective action; and communicate effectively.

## 5.   REQUIRED COMPETENCIES

**INFECTION CONTROL**

Apply knowledge of correct methods for controlling the spread of pathogens appropriate to job class and assignment.

**SAFETY**

Actively support a safe and hazard-free workplace through practice of personal safety and vigilance in the identification of safety or security hazards.

**AGE SPECIFIC**

Provide services commensurate with the age of patients/clients being served.  Demonstrate knowledge of growth and development of patients/clients in the following age categories:  adult and geriatric.

**PREVENTION / MANAGEMENT OF ASSAULTIVE BEHAVIOR**

Apply and demonstrate knowledge of correct methods in the prevention/management of assaultive behavior (PMAB).

**RESTRAINT/SECLUSION**

Demonstrate knowledge of criteria and appropriately use, apply, and remove restraint and/or seclusion.

**CULTURAL AWARENESS**

Demonstrate awareness to multicultural issues in the workplace that enable the employee to work effectively.

**SITE SPECIFIC COMPETENCIES**

Be culturally competent.  Possess knowledge of and demonstrate appropriate interactions with patients and maintain therapeutic boundaries.

**TECHNICAL PROFICIENCY**

Knowledge of various cultural screening tests to determine patient's level of acculturation. Provide culturally based treatment groups, based on assessment.  Orient, conduct presentations, and train all disciplines on cultural issues.

**6.   LICENSE OR CERTIFICATION**

It is the employee's responsibility to maintain a license, credential, or required registration pertinent to his/her classification on a current basis. Any failure to do so may result in termination from Civil Service. Employees in this classification must:

- Possess a valid license, as a licensed clinical social worker, issued by the California Board of Behavioral Science Examiners.

**7.   TRAINING**

Training Category = 2

The employee is required to keep current with the completion of all required training.

**8.   WORKING CONDITIONS**

The employee is required to work any shift and schedule in a variety of settings throughout the hospital and may be required to float to other work locations as determined by the operational needs of the hospital. All employees are required to have an annual health review and repeat health reviews whenever necessary to ascertain that they are free from symptoms, indicating the presence of infection, and are able to safely perform their essential job duties.


_____          _____
Clinical Social Worker                               Date


_____          _____
Assistant Chief, Central Program Services      Date


_____          _____
Chief of Social Work Service                       Date

# DUTY STATEMENT
# DEPARTMENT OF MENTAL HEALTH
# ATASCADERO STATE HOSPITAL
# PROGRAM _____

---

**JOB CLASSIFICATION: UNIT SUPERVISOR (SAFETY)**

---

## 1. MAJOR TASKS, DUTIES, AND RESPONSIBILITIES

Administers the routine nursing services of a unit; coordinates the work of a unit and works as a liaison between unit staff on different shifts; trains and develops shift leads and instructs level-of-care nursing personnel in nursing, habilitation and rehabilitation techniques for clients/patients; continuous management and supervision of a unit that offers routine and supportive nursing service.

30%    ## Program Administration/Organizational Performance:
**Responsible for Unit Operations, which includes effectively communicating and ensuring staff are following Administrative Directives, Nursing Procedures and Program Policies.** Promote and implement the principles of Performance Improvement and Quality Assessment and Improvement. **Monitor and maintain Unit compliance with JCAHO and Licensure standards. Ensures audit systems are in place and used on their unit for procedures including restraint/seclusion, security inspections, daybooks, shakedown logs, and RN/PT required documentation and monitors these on a regular basis for compliance. Reviews Emergency Drills, Fire Drills, Pharmacy audits, SIR's and associated reports.** Serve as Program Officer of the Day (POD) on a rotating basis. Responsible for the timely, complete and accurate submission of various required reports. **Is responsible for twenty-four hour Supervision of a treatment unit in maintaining a clean, safe, secure, non-violent environment. Adjusts regular schedule in order to provide leadership and supervision on the unit periodically and during critical situations or whenever directed by Program Management.**

40%    ## Personnel Management and Supervision:
**Schedule and direct the activities of nursing service personnel assigned to a level of care unit during a 24-hour period;** orient, teach, counsel, and evaluate the performance of assigned personnel; promote individual staff development. Directly supervise staff as assigned by Program Director/Designee. **Supervises and ensures subordinate staff are accounting for all utensils to prevent their use as weapons; inspecting and shaking down patients for hazardous contraband and inspecting unit for possible security breaches that may signal an impending escape attempt. Schedules nursing staff on the unit so as to meet standards of coverage and reviews unit overtime, use of**

8/19/05

DUTY STATEMENT - Unit Supervisor (safety)
Page #2

unscheduled time off, and initiate corrective action as needed. Develop and maintain effective lines of communication and promote positive morale. Meets with Nursing staff on all three shifts on a regular basis to observe and assess treatment activities and progress. Provides mentoring and training for shift leads and level of care staff to develop their skills for future advancements. **Take active role in implementing operations to meet departmental and hospital EEO standards. Assure performance standards are met, as required by hospital policy and relevant State law, through the annual performance evaluation process:** Ensures that each Psychiatric Technician and Registered Nurse on his/her Unit possesses and maintains a current license as a condition of continued employment. Identifies his/hers unit's staff performance, deficiencies, training needs, and takes the appropriate actions to ensure compliance.

15%   ## Delivery of Treatment Services:

Ensure development of an appropriate and effective treatment delivery system and monitor for compliance. **Promote effective interdisciplinary treatment teamwork and establish an environment conducive to the framework of Biopsychosocial Rehabilitation.** Cooperate with other treatment team members to plan and coordinate a total treatment plan for each patient on the unit. **Supervise the delivery of treatments and medications and ensuring all policies are being followed. Collaborates with the HSS/CNS staff to assure the delivery of quality nursing care.**

15%   ## Leadership and Representing the Program Department:

Maintain effective interpersonal relationships in order to meet the operational needs to achieve the Program's and Hospital's stated mission. **Investigate and adjust or recommend solutions to complaints from forensic patients.** Attend Program meetings and Hospital wide Unit Supervisor meetings as scheduled. **Is familiar with applicable nursing service bargaining contracts; monitors supervisory interventions on their unit to prevent potential labor contract violations.** As assigned, drafts recommendations for Program policy/procedure, which are congruent with Nursing Procedures and Administrative Directives. Acts as a liaison between the Unit and Program Management and makes self-available to the unit staff to discuss issues pertaining to the Unit. **Cooperative and positive in work group meetings and able to effectively communicate information to staff.**

## 2.   SUPERVISION RECEIVED

Program Director via Nursing Coordinator provides administrative supervision. The Coordinator of Nursing Services provides Clinical Supervision through the Criteria Based

8/19/05

**DUTY STATEMENT - Unit Supervisor (safety)**
**Page #3**

Performance Evaluation.

## 3. SUPERVISION EXERCISED

- Direct supervision of three shift leads, and Unit nursing staff, which includes PLPT, PTTC, PTA, PTT, PT, PRN, RN, LVN, RNSL, SPT, and Janitor.
- Is responsible for twenty-four hour Supervision of a treatment unit, patients and staff.

## 4. KNOWLEDGE AND ABILITIES

### KNOWLEDGE OF:
Fundamental nursing care and pharmacology; legal aspects of client/patient care; general psychiatric nursing theory and practices; techniques in the care and treatment of mentally disabled or mentally disordered offenders; principles and practices of unit management; principles and techniques of effective supervision; the Department's Equal Employment Opportunity (EEO) Program objectives; a supervisor's role in the EEO Program and processes available to meet EEO objectives.

### ABILITY TO:
Supervise the work of level-of-care personnel; establish cooperative working relationships between various disciplines; manage a State Hospital level-of-care unit; follow directions; analyze situations accurately and take prompt, effective action; keep records; develop clear and concise reports.

## 5. REQUIRED COMPETENCIES

### INFECTION CONTROL
Applies knowledge of correct methods for controlling the spread of pathogens appropriate to job class and assignment.

### SAFETY
Actively supports a safe and hazard free workplace through practice of personal safety and vigilance in the identification of safe or security hazards.

### CPR
Facility Option

### AGE SPECIFIC
Provides services commensurate with age of patients / clients being served.
Demonstrates knowledge of growth and development of the following age categories:
☐ Pediatric  ☐ Adolescent  ☒ Adult  ☒ Geriatric

### MANAGEMENT OF ASSAULTIVE BEHAVIOR
Applies and demonstrates knowledge of correct methods in the management of assaultive behavior (MAB).

8/19/05

DUTY STATEMENT - Unit Supervisor (safety)
Page #4

**RESTRAINT/SECLUSION**
Demonstrates knowledge of criteria and ensures that supervisors and staff appropriately use, apply, and remove restraint and/or seclusion.

**CULTURAL AWARENESS**
Demonstrates awareness of multicultural issues in the workplace which enable the staff to work effectively with fellow staff and the patients.

**RELATIONSHIP SECURITY**
Demonstrates professional interactions with patients and maintains therapeutic boundaries.

**SITE SPECIFIC COMPETENCIES**
- Knowledge of Sexual Harassment policy.
- Ability to provide leadership, guidance and support to staff relating to the safe and appropriate management of patients with challenging behaviors.
- Knowledge about staff issues specific to working with patients, including staff/patient involvement, staff burn-out, and training. Maintains relationship security in the work area; takes effective action and monitors, per policy, any suspected employee/patient boundary violations.

## Write in Your Programs Site Specific Competencies

**TECHNICAL PROFICIENCY (SITE SPECIFIC)**
- Medication Administration oversight and monitoring
- Preparation of Evaluations
- Completion of AB 409 series and annual updates
- Ability to develop shift lead and schedule/supervise/monitor performance of unit staff
- Patients Rights Advocacy Program
- Shakedown policies
- Pain Management

**6. LICENSE OR CERTIFICATION**
It is the employee's responsibility to maintain a license, credential, or required registration pertinent to their classification on a current basis. Any failure to do so may result in termination from Civil Service. Employees in this classification must:

- Possess a valid license to practice as a Psychiatric Technician issued by the California Board of Vocational Nurse and Psychiatric Technician examiners.
- Possession of the legal requirements to practice as a professional Registered Nurse in California as determined by the California Board of Registered Nurses.

**7. TRAINING** - Training Category = 2
The employee is required to keep current with the completion of all required training.

8/19/05

**DUTY STATEMENT - Unit Supervisor (safety)**
**Page #5**

8.  **WORKING CONDITIONS**

The employee is required to work any shift and schedule in a variety of settings throughout the hospital as determined by the operational needs of the hospital. All employees are required to have an annual health review and repeat health reviews whenever necessary to ascertain that they are free from symptoms indicating the presence of infection and are able to safely perform their essential job duties.


EMPLOYEE                                               Date


SUPERVISOR                                             Date


PROGRAM DIRECTOR                                       Date


8/19/05

**RESPONSE TO COLEMAN JUNE 26, 2007 COURT ORDER**
**ACRONYM LIST**

| | |
|---|---|
| ASH | Atascadero State Hospital |
| CDCR | California Department of Corrections and Rehabilitation |
| CMC | California Men's Colony |
| CRIPA | Civil Rights of Institutionalized Persons ACT |
| DMH | Department of Mental Health |
| EOP | Enhanced Outpatient |
| ICF | Intermediate Care Facilities |
| NSH | Napa State Hospital |
| PSR | Psychosocial Rehabilitation |
| USDOJ | United States Department of Justice |