1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>DEFENDANTS' STATEMENT IN RESPONSE TO COURT ORDER RE: COMPLIANCE WITH ITEMS TO REDUCE SUICIDES IN ADMINISTRATIVE SEGREGATION UNITS, DECLARATION OF DOUG MCKEEVER |

In an order dated May 31, 2007, this Court ordered Defendants to accomplish, within 60 days, certain actions to address suicide trends in administrative segregation units. Those actions included:

　　a. Plan to require each institution to train staff on accurate logging of 30-minute welfare checks and to track and self-monitor compliance.

　　b. Provide budgetary figures for the construction of the physical features of the non-stand alone intake cells.

　　c. Report on each institution's capability to provide TVs and/or radios to inmates in

administrative segregation units;

    d. Provide a status report on the implementation of the suicide history tracking system and a plan to train staff in its use and improve access to suicidal history data.

    e. Provide a specific assessment of the space needs for confidential mental health interviews.

    f. Produce documentation of refresher training in cardiopulmonary resuscitation training.[1]

(Order, filed 6/1/07.)

    As to item b, Defendants hereby submit a chart showing that construction is nearly completed on the physical features of the non-stand alone intake cells. (Dec. McKeever, ¶ 3, Ex. 1.) As to items d and e, Defendants state that those matters are the subject of pending coordination efforts with the Receiver. (*Id.* at ¶ 4.)

Dated: July 30, 2007

    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30306950.wpd
CF1997CS0003

---

1. Defendants have filed a request for an extension of time regarding items a, c, and f.

Def. Stmt. ComplianceRe: Suicide Reduction Items
2