**COLEMAN v. SCHWARZENEGGER**
**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT 1 IN SUPPORT OF DEFENDANTS'**
**STATEMENT RE: COMPLIANCE ITEMS**

## Ad Seg Intake Cell Conversion
### Vent Installation Only

| | | REVISED CDCR ASU INTAKE CELL CONVERSION | | | | IWL Construction Schedule | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Region | Priority | PRISON | BUILDING DESIGN | REVISED # OF CELLS | CELLS TO BE MODIFIED | Material Delivery Date | Installation Start Date | Installation Completion Date | Completion Deadline | Comments |
| I | 1 | HDSP - Z UNIT | Stand Alone | 2 | 101 & 102 | N/A | 2/20/07 | 2/22/07 | 4/1/07 | Completed |
| I | 1 | PBSP - ASU 1 | Stand Alone | 5 | A1 to A5 | N/A | N/A | N/A | 4/1/07 | Completed |
| I | 1 | SAC - ASU | Stand Alone | 5 | 101 through 105 | N/A | 2/28/07 | 2/28/07 | 4/1/07 | Completed |
| I | 2 | HDSP - D7 | 180 | 2 | 114, 115 | 3/7/07 | 4/10/07 | 4/11/07 | 7/1/07 | Completed |
| I | 2 | HDSP - D8 | 180 | 5 | 112 to 116 | 3/7/07 | 4/11/07 | 4/16/07 | 7/1/07 | Completed |
| I | 2 | PBSP - A1 | 180 | 2 | 117, 118 | 5/4/07 | 5/7/07 | 5/9/07 | 7/1/07 | Completed |
| I | 2 | PBSP - A2 | 180 | 2 | 105, 106 | 5/4/07 | 5/10/07 | 5/11/07 | 7/1/07 | Completed |
| I | 2 | SAC - A6 | 180 | 3 | 113, 114, 115 | 5/4/07 | 5/14/07 | 5/15/07 | 7/1/07 | Completed |
| I | 2 | SAC - A7 | 180 | 2 | 113, 114 | 5/4/07 | 5/16/07 | 5/17/07 | 7/1/07 | Completed |
| I | 2 | SAC - B4 | 180 | 2 | 113, 114 | 5/4/07 | 5/17/07 | 5/17/07 | 7/1/07 | Completed |
| I | 3 | CCC - LASSEN, Bldg 4 | 270 | 9 | 123 to 127, 224 to 227 | 3/7/07 | 4/16/07 | 4/20/07 | 9/1/07 | Completed |
| I | 3 | CMF - UNIT IV (Willis) | Telephone | 3 | 101 to 103 | 6/22/07 | 7/16/07 | 7/19/07 | 9/1/07 | Completed |
| I | 3 | CMF - I3 | Telephone | 2 | 306, 307 | 6/22/07 | 7/30/07 | 8/1/07 | 9/1/07 | On Schedule |
| I | 3 | CMF - M3 | Telephone | 2 | 302, 303 | 6/22/07 | 7/25/07 | 7/27/07 | 9/1/07 | On Schedule |
| I | 3 | CMF - S3 | Telephone | 2 | 301, 302 | 6/22/07 | 7/30/07 | 8/1/07 | 9/1/07 | On Schedule |
| I | 3 | CMF - T1 | Telephone | 2 | 101 & 103 | 6/22/07 | 8/2/07 | 8/7/07 | 9/1/07 | On Schedule |
| I | 3 | DVI - K WING | Telephone | 24 | 101 to 124 | 5/26/07 | 7/9/07 | 7/20/07 | 9/1/07 | Completed |
| I | 3 | FSP - UNIT IV ASU | Telephone | 8 | B4-B1-01 through 08 | 5/11/07 | 5/21/07 | 5/22/07 | 9/1/07 | Completed |
| I | 3 | MCSP - Fac C, Bldg 12 | 270 | 3 | 126 to 128 | 3/7/07 | 4/3/07 | 4/5/07 | 9/1/07 | Completed |
| I | 3 | SCC - Tuolumne 2 | 270 | 12 | 120 to 131 | 3/7/07 | 5/7/07 | 5/11/07 | 9/1/07 | Completed |
| I | 3 | SOL - FAC 2, BLDG 10 | 270 | 6 | 123 to 128 | 6/22/07 | 7/21/07 | 7/25/07 | 9/1/07 | Completed |
| I | 3 | SOL - FAC 2, BLDG 9 | 270 | 4 | 122 to 125 | 6/22/07 | 7/18/07 | 7/21/07 | 9/1/07 | Completed |
| I | 3 | SQ - EAST BLOCK | Telephone | 15 | 1-EY-2 to 1-EY-16 | 7/18/07 | 7/30/07 | 8/10/07 | 9/1/07 | RFI issue w/existing round grilles. A/E suggests mock-up and check CFM's |
| I | 3 | SQ - CARSON UNIT | Telephone | 15 | 1-C-8 TO 1-C-22 | 7/18/07 | 8/13/07 | 8/24/07 | 9/1/07 | RFI issue w/existing round grilles. A/E suggests mock-up and check CFM's |
| II | 1 | COR - ASU1 | Stand Alone | 5 | 100 to 104 | N/A | N/A | N/A | 4/1/07 | Completed |
| II | 1 | KVSP - ASU #1 | Stand Alone | 5 | 101 to 105 | N/A | N/A | N/A | 4/1/07 | Completed |

**Note:** These changes (reconciled as of 3/29/07) supersede the cell numbers provided to the field on 3/20/07.     Completion Status updated 7/25/07

## Ad Seg Intake Cell Conversion
### Vent Installation Only

| | | REVISED CDCR ASU INTAKE CELL CONVERSION | | | | IWL Construction Schedule | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Region | Priority | PRISON | BUILDING DESIGN | REVISED # OF CELLS | CELLS TO BE MODIFIED | Material Delivery Date | Installation Start Date | Installation Completion Date | Completion Deadline | Comments |
| II | 1 | KVSP - ASU #2 | Stand Alone | 5 | 101 to 105 | N/A | N/A | N/A | 4/1/07 | Completed |
| II | 1 | PVSP - ASU #1 | Stand Alone | 6 | 100 to 105 | N/A | N/A | N/A | 4/1/07 | Completed |
| II | 1 | SATF - ASU | Stand Alone | 5 | 100 to 104 | N/A | N/A | N/A | 4/1/07 | Completed |
| II | 1 | SVSP - D9 | Stand Alone | 8 | 101 to 108 | N/A | N/A | N/A | 4/1/07 | Completed |
| II | 2 | COR - 3A03 | 270 | 6 | 123 to 128 | Scheduled | 5/8/07 | 5/10/07 | 7/1/07 | Completed |
| II | 2 | COR - 4B1R | 180 | 3 | 113, 114, 115 | Scheduled | 5/11/07 | 5/14/07 | 7/1/07 | Completed |
| II | 2 | KVSP - B1 | 180 | 10 | 116 to 120, 216 to 220 | Scheduled | 5/22/07 | 5/31/07 | 7/1/07 | Completed |
| II | 2 | PVSP - Fac D Bldg 4 | 270 | 3 | 126 to 128 | 6/13/07 | 6/14/07 | 6/14/07 | 7/1/07 | Completed |
| II | 2 | SATF - Fac E | 270 | 5 | 113, 114, 123, 124, 125 | Scheduled | 5/15/07 | 5/21/07 | 7/1/07 | Completed |
| II | 2 | SVSP - D1 | 180 | 4 | 117 & 118, 217 & 218 | Scheduled | 6/8/07 | 5/23/07 | 7/1/07 | Completed |
| II | 2 | SVSP - D2 | 180 | 4 | 115 & 116, 215 & 216 | Scheduled | 6/15/07 | 5/23/07 | 7/1/07 | Completed |
| II | 2 | SVSP - D8 | 180 | 4 | 115 & 116, 215 & 216 | Scheduled | 6/22/07 | 5/23/07 | 7/1/07 | Completed |
| II | 3 | ASP - UNIT 140 | 270 | 8 | 124 to 129, 131 to 132 | Scheduled | 6/15/07 | 6/15/07 | 9/1/07 | Completed |
| II | 3 | CCI - UNIT II | Old Style | 3 | RHE Cells 1 to 3 | Scheduled | 7/23/07 | 7/23/07 | 9/1/07 | Completed |
| II | 3 | CCI - 4A Building 6 | 180 | 3 | B Section 105 to 107 | Scheduled | 7/23/07 | 7/23/07 | 9/1/07 | Completed |
| II | 3 | CCI - 4A Building 7 | 180 | 4 | B Section 104 to 107 | Scheduled | 7/23/07 | 7/23/07 | 9/1/07 | Completed |
| II | 3 | CCI - 4A Building 8 | 180 | 4 | B Sec. 106 & 107, C Sec. 105 & 106 | Scheduled | 7/24/07 | 7/24/07 | 9/1/07 | Completed |
| II | 3 | CCI - 4B ASU | 180 | 3 | A Section 103, 104, 105 | Scheduled | 7/24/07 | 7/24/07 | 9/1/07 | Completed |
| II | 3 | CCWF - Bldg 504 | 270 | 4 | 128 to 131 | Scheduled | 6/21/07 | 6/21/07 | 9/1/07 | Completed |
| II | 3 | CMC - B4 Annex | Quad | 16 | 4151, 4152, 4198, 4199, 4254 to 4257, 4295 to 4298, 4302, 4303, 4345, 4346 | Scheduled | 5/29/07 | 5/30/07 | 9/1/07 | Completed |
| II | 3 | CMC - Central ASU | Quad | 1 | 102 | Scheduled | 9/1/07 | 9/1/07 | 9/1/07 | On Schedule |
| II | 3 | CTF - O WING | Telephone | 12 | 101 to 106, 143 to 148 | Scheduled | 6/20/07 | 6/20/07 | 9/1/07 | Completed |
| II | 3 | NKSP - D6 | Wing Nut | 9 | 101, 110 to 113, 134 to 137 | Scheduled | 6/25/07 | 6/25/07 | 9/1/07 | Completed |
| II | 3 | VSPW - A4 | 270 | 2 | 139 & 140 | Scheduled | 6/21/07 | 6/21/07 | 9/1/07 | Completed |
| II | 3 | WSP - D6 | Wing Nut | 12 | 119 to 130 | Scheduled | 8/2/07 | 5/18/07 | 9/1/07 | Completed |
| II | 3 | WSP - FAOR | 270 | 3 | 123, 124 & 125 | Scheduled | 8/7/07 | 5/16/07 | 9/1/07 | Completed |
| III | 1 | CAL - ASU #1 | Stand Alone | 3 | 100 to 102 | 3/8/07 | 3/20/07 | 3/21/07 | 4/1/07 | Completed |
| III | 1 | CEN - C6 | Stand Alone | 11 | 100 to 110 | 3/8/07 | 3/26/07 | 3/29/07 | 4/1/07 | Completed |
| III | 1 | LAC - ASU1 | Stand Alone | 7 | 100 to 106 | 3/8/07 | 3/12/07 | 3/16/07 | 4/1/07 | Completed |

**Note: These changes (reconciled as of 3/29/07) supersede the cell numbers provided to the field on 3/20/07.**     Completion Status updated 7/25/07

## Ad Seg Intake Cell Conversion
### Vent Installation Only

| | | REVISED CDCR ASU INTAKE CELL CONVERSION | | | | IWL Construction Schedule | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Region | Priority | PRISON | BUILDING DESIGN | REVISED # OF CELLS | CELLS TO BE MODIFIED | Material Delivery Date | Installation Start Date | Installation Completion Date | Completion Deadline | Comments |
| III | 2 | CAL - A5 | 270 | 8 | 121 to 124, 127 to 130 | 5/29/07 | 6/6/07 | 6/13/07 | 7/1/07 | Completed |
| III | 2 | CEN - A5 | 270 | 8 | 124 to 127, 224 to 227 | 5/29/07 | 5/31/07 | 6/5/07 | 7/1/07 | Completed |
| III | 2 | LAC - A5 | 270 | 7 | 120 to 126 | 5/29/07 | 5/31/07 | 6/6/07 | 7/1/07 | Completed |
| III | 2 | LAC - A4 | 270 | 7 | 121 to 127 | 5/29/07 | 6/6/07 | 6/12/07 | 7/1/07 | Completed |
| III | 3 | CIM - PALM HALL | Telephone | 8 | 127 to 134 | 5/29/07 | 7/6/07 | 7/13/07 | 9/1/07 | Completed |
| III | 3 | CIM - CYPRESS HALL | Telephone | 8 | 101 to 108 | 5/29/07 | 7/6/07 | 7/13/07 | 9/1/07 | Completed |
| III | 3 | CIW | 270 | 7 | 108, 109, 110, 111, 208, 209, 210 | 5/29/07 | 7/9/07 | 7/20/07 | 9/1/07 | Completed |
| III | 3 | CVSP - Facility A ASU | 270 | 9 | 123 to 127, 137 to 140 | 5/29/07 | 7/19/07 | 6/27/07 | 9/1/07 | Completed |
| III | 3 | ISP - A5 | 270 | 5 | 123 to 127 | 5/29/07 | 8/1/07 | 6/27/07 | 9/1/07 | Completed |
| III | 3 | RJD - Fac 2, Bldg 6 | 270 | 12 | 123, 126 to 128, 222 to 229 | 5/29/07 | 6/26/07 | 7/13/07 | 9/1/07 | Completed |
| III | 3 | RJD - Fac 2, Bldg 7 | 270 | 12 | 123 to 128, 223 to 228 | 5/29/07 | 6/26/07 | 7/13/07 | 9/1/07 | Completed |
| | | Totals | | **406** | | | | | | |

| Priorities | Cells Scheduled | Cells Completed | % of Completion as of 7/25/07 | Date Due |
|---|---|---|---|---|
| 1 Stand Alone | 67 | 67 | **100.0%** | 4/1/07 |
| 2 Non-Stand Alone | 87 | 87 | **100.0%** | 7/1/07 |
| 3 Non-Stand Alone | 252 | 213 | **84.5%** | 9/1/07 |
| Total Cells | **406** | **367** | **90.4%** | |

**Note:** These changes (reconciled as of 3/29/07) supersede the cell numbers provided to the field on 3/20/07.     Completion Status updated 7/25/07