1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DECLARATION OF DOUG MCKEEVER IN SUPPORT OF DEFENDANTS' STATEMENT IN RESPONSE TO COURT ORDER RE: COMPLIANCE WITH ITEMS TO REDUCE SUICIDES IN ADMINISTRATIVE SEGREGATION UNITS** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Doug McKeever, declare:

1. I am employed by the Division of Correctional Health Care Services, Division of the California Department of Corrections and Rehabilitation (CDCR). Since October 2006, I have held the position of Director of the Mental Health Program, with direct oversight over the overall program and policy development and implementation for the statewide mental health program of the Division of Correctional Health Care Services.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I have received and reviewed this Court's order, filed June 1, 2007, concerning compliance with certain tasks to reduce suicides in administrative segregation units.

4. Item b of that Order requires the production of budgetary figures for the construction of certain physical features of non-stand-alone intake units. The attached chart, prepared by Keith Beland of CDCR, shows that construction is nearly completed.

5. Item d addresses the suicide tracking system. Because the Receiver now has responsibility for the information system, this item is being addressed in coordination efforts with the Receiver.

6. Item e addresses confidential interview space. The space needs of the Coleman inmates are being addressed in pending coordination efforts with the Receiver.

Dated: July 30, 2007   By: _____
                           Doug McKeever

30306983.wpd
CF1997CS0003

Dec. McKeever Re: Compliance