EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5388
 Fax:  (916) 324-5205
 Email:  Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' EX PARTE MOTION RE: REQUEST FOR EXTENSION OF TIME, DECLARATION MISHA IGRA, AND [PROPOSED] ORDER** |

**I.**

**INTRODUCTION**

In the Order filed on June 1, 2007, this Court directed Defendant California Department of Corrections and Rehabilitation (CDCR) to engage in certain actions to address suicide trends in administrative segregation units, including: (1) develop a plan to require each institution to train staff on and track the accurate logging of 30-minute welfare checks, (2) submit proof of refresher cardiopulmonary training (CPR) and (3) submit a survey of inmate access to radios and televisions in administrative segregation units.  Because  Deputy  Director  Schwartz is unexpectedly unavailable to review and declare compliance with these matters, Defendants now seek an extension of time of one week for the first two items and two weeks for the latter item.

## II.

## LEGAL STATEMENT

Counsel learned on the morning of July 30, 2007, that Ms. Schwartz had suffered an accident over the weekend and was consequently unavailable to sign a declaration or plan. (Dec. Igra ¶ 7.) Defendants' counsel has asked CDCR to identify another individual who was able to authenticate the documents. (*Id.* at ¶ 8.) Because other possible declarants could not be immediately identified and contacted, this request for an extension of time is being respectfully submitted.

Counsel understands that Defendant CDCR has engaged in the following compliance efforts with the outstanding items, as follows:

1. CPR Refresher Training:  With regard to CPR training, CDCR provided the training sign-in logs to Defendants' counsel on July 23, 2007. (*Id.* at ¶ 4.) A declaration was prepared for Acting Deputy Director Teresa Schwartz's signature to authenticate the CPR training documents. (*Id*. at ¶ 5.) It was anticipated the signed declaration would be returned to counsel by noon on Monday, July 30, 2007, in time for filing with the court. (*Id.* at ¶ 6.)

2. Logging of Welfare Checks: Defendants' counsel is informed the plan has been prepared and awaits Ms. Schwartz' signature. (*Id.* at 10.)

3. Access to Televisions and Radios: Defendants' counsel is informed CDCR has conducted a survey of whether electrical outlets exist in the administrative segregation units at the Enhanced Outpatient (EOP) hubs. However, additional time may be necessary to complete the survey at all institutions and to submit the survey to Acting Deputy Director Schwartz for approval. (*Id.* at 9.)

Defendants respectfully request seven additional days to produce evidence that CDCR conducted CPR refresher training. CDCR provided counsel with the documents. (*Id.* at ¶ 4.) However, due to Acting Deputy Director Schwartz's medical emergency, no declaration authenticating the documents has been obtained, she is unavailable to sign the declaration or the plan, and cannot review the report on televisions and radios in administrative segregation for completeness and accuracy. (*Id.*, ¶ 7.) It is unknown at this time when Acting Deputy Director

1  Schwartz will be available. Defendants anticipate the CPR training documents and plan
2  regarding 30-minute checks can be provided to the court within one week of the date of this
3  Motion. (*Id.*, ¶ 9.) Defendants anticipate the report on televisions and radios in Administrative
4  Segregation will be filed within two weeks.

## III.

## CONCLUSION

Defendants respectfully request a seven day extension of the deadline until August 6, 2007, to submit a plan to require training on accurate logging of 30-minute welfare checks, and to produce evidence that CPR refresher training was accomplished by submitting documentation of the proof of practice. Defendants request a two-week extension of time to August 13, 2007, to file a report on each institution's capability of providing televisions and radios in Administrative Segregation.

Dated: July 30, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Misha D. Igra*

MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

30306719.wpd
CF1997CS0003

Ex Parte Motion for Extension of Time

3