EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 324-5388
Fax: (916) 324-5205
Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br>**v.**<br>**ARNOLD SCHWARZENEGGER, et al.,**<br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF MISHA IGRA IN SUPPORT OF EX PARTE MOTION FOR EXTENSION OF TIME** |

I, Misha Igra, declare:

1. I am an attorney licensed by the State of California and admitted to practice before the United States District Court of California, Eastern District.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. On June 1, 2007, this Court ordered California Department of Corrections and Rehabilitation (CDCR) to produce evidence within 60 days that CPR refresher training was accomplished by submitting documentation of the proof of practice. In that same Order, the Court directed CDCR to develop a plan to require each institution to train staff on accurate

logging of 30-minute welfare checks and to track and self-monitor compliance with the performance of these checks. The Court also required CDCR to submit a report on each institution's capability to provide televisions or radios to inmates in administrative segregation.

4. On July 23, 2007, CDCR provided the CPR refresher training sign-in logs to the Attorney General's Office.

5. I prepared a declaration for Acting Deputy Director Teresa Schwartz's signature to authenticate the CPR refresher training documents.

6. I spoke with Ms. Schwartz on July 27, 2007, and provided a copy of the finalized declaration to her. Ms. Schwartz agreed to review the declaration, sign it, and provide the executed declaration to me by noon on July 30, 2007, in time for filing with the court.

7. On the morning of July 30, 2007, I learned that Ms. Schwartz had suffered an unspecified "mishap" over the weekend and was consequently unavailable to execute the declaration, sign the plan regarding 30-minute checks or review the survey of administrative segregation electrical capability.

8. I asked CDCR staff to identify another individual who was able to perform Ms. Schwartz's functions. Other declarants capable of authenticating the proofs of practice or signing the plan regarding 30-minute welfare checks could not be immediately identified and contacted.

9. I am informed Ms. Schwartz hopes to return to work and sign the declaration and plan by Monday, August 6, 2007. If that expectation changes, CDCR will identify another individual who will sign, within one week. I am informed that it may take up to two weeks for the report regarding radios and televisions in administrative segregation to be reviewed for completeness and accuracy before filing with the court.

10. I am informed that CDCR has developed a plan to require each institution to train staff on accurate logging of 30-minute welfare checks and to track and self-monitor compliance with the performance of these checks. That plan awaits Ms. Schwartz's signature.

11. I am informed that CDCR has conducted a survey of whether electrical outlets exist in the administrative segregation units at the Enhanced Outpatient (EOP) hubs such that inmates

may use televisions or radios. However, I am informed that additional time may be necessary to complete the survey at all institutions, and to submit the survey to Acting Deputy Director Schwartz for review.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2007, at Sacramento, California.

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

***/s/ Misha D. Igra***

MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

30306752.wpd
CF1997CS0003