1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5388
8   Fax: (916) 324-5205
    Email: Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants
10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  **RALPH COLEMAN, et al.,**                2:90-cv-00520 LKK JFM P

15                          Plaintiffs,       **[PROPOSED] ORDER GRANTING EXTENSION OF TIME**

16       v.

17  **ARNOLD SCHWARZENEGGER, et al.,**

18                          Defendants.

19

20      Good cause appearing, Defendants' request for a one-week extension of the deadline for

21  filing evidence that cardiopulmonary resuscitation refresher training was accomplished is hereby

22  granted. Defendants shall file proof of practice not later than August 6, 2007.

23      Defendants' request for a one-week extension of the deadline for filing a plan to address

24  welfare checks in administrative segregation units is hereby granted. Defendants shall file that

25  plan not later than August 6, 2007.

26  ///

27  ///

28  ///

Proposed Order Granting Extension of Time

1

1 | Defendants request for a two-week extension of the deadline for filing a survey of the
2 | television and radio access is granted.
3 | Dated: _____

_____
The Honorable Lawrence K. Karlton

30306908.wpd
CF1997CS0003

Proposed Order Granting Extension of Time

2