UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

   v.                                      **CASE NO. 2:90−CV−00520−LKK−JFM**

**JOHN S ZIL MD, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **July 27, 2007** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

July 31, 2007

                        **VICTORIA C. MINOR**
                        **CLERK OF COURT**

                **by:** /s/ R. Matson

                    Deputy Clerk