**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.,

    Plaintiffs,

       vs.                      No. CIV S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

**SPECIAL MASTER'S PSYCHIATRIC EXPERTS' REVIEW OF
COMPLETED SUICIDES IN THE
CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
IN CALENDAR YEARS 1999 THROUGH 2004**

The special master's psychiatric experts, Drs. Raymond F. Patterson and Kerry C. Hughes, compiled and submitted annual reviews of suicides completed in the California Department of Corrections and Rehabilitation (CDCR) during the period from 1999 through 2004. Each review consisted of an in-depth review of all available documentation on each suicide occurring in the covered year, as well as an analysis of overall demographic data and an expert opinion on the foreseeability and preventability of all of the reported suicides. The review regularly ended with recommendations for the defendants' review of suicides and/or the improvement of practices relating to the anticipation of and reaction to inmate suicides and suicide attempts.

This present compilation includes in one document the demographic analyses from the six separate reviews, a short history of procedural and substantive developments in the defendants' suicide prevention efforts, a listing of key characteristics

of categories of prisoners most at risk for suicide and a brief list of clinical practices and physical conditions, deficiencies in which have often contributed to completed suicides during the years covered by the individual annual reviews.

Because this multi-year, comprehensive review represents simply a broader analysis of data and findings in prior annual reports to the Court, a draft version was not submitted to the parties prior to its submission to the Court. This review contains no new data, findings or specific recommendations. It is designed to provide parties and counsel in one document a broader overview of suicide-related developments in CDCR during the covered six-year period.

                Respectfully submitted,

                _____
                J. Michael Keating, Jr.
                Special Master

                Matthew A. Lopes, Jr.
                Deputy Special Master

July 31, 2006

# Review of Completed Suicides in the California Department of Corrections and Rehabilitation in Calendar Years 1999 through 2004

Raymond F. Patterson, M.D.
Kerry C. Hughes, M.D.

**Abstract**

According to U.S. Bureau of Justice Statistics, the prevalence of suicide in the nation's prisons in 2004 was estimated as 14 per 100,000 prisoners. The California Department of Corrections and Rehabilitation (CDCR) is the largest state operated prison system in the country, with a census range of 155,365 to 163,346 prisoners between 1999 and 2004. During that same period, the authors conducted a review of all 154 suicides that occurred in CDCR. This review assesses the demographic characteristics, mental health histories and treatment and other parameters of those prisoners who took their lives. The analysis of trends in this six-year review reveals that prisoners who completed suicide in CDCR were overwhelmingly male; were similar in age distribution and mental health factors to those who took their lives in the community; utilized hanging most frequently as the method of suicide; and had other characteristics or commonalities related specifically to their incarceration.

The term "foreseeable" is used in this review to describe situations where information was known or reasonably available to alert clinical staff to the increased substantial risk for self-harming and/or suicidal behaviors. The term "preventable" is used where properly following existing policies and procedures or other guidelines may have significantly reduced the likelihood of an inmate completing suicide. While suicide is not predictable, these terms are used to indicate cases in which the risk of death from suicide was elevated and should have triggered clinical and/or custodial reactions that would have reduced the likelihood of completed suicide in specific cases.

The six years covered in this report saw a steady growth in the utility and sophistication of CDCR's suicide review process. That still maturing review process has become an important tool for focusing attention on suicides and spurring efforts to develop more effective suicide prevention policies and strategies.

The purpose of this extended review is to assist prison administrators, healthcare managers, clinicians and custody staff in identifying and responding effectively to prisoners who present a substantial risk of suicide in the foreseeable future.

**Introduction**

This review examines prisoner suicides that occurred in the California Department of Corrections and Rehabilitation (CDCR) from 1999 to 2004. The review was conducted pursuant to Coleman v. Schwarzenegger, a federal district court case decided in late 1995 in which the plaintiffs, a certified class of state prison inmates, successfully challenged the adequacy of mental health services available to them. The litigation culminated in the appointment of a special master to oversee the development and implementation of a constitutionally sound mental health services program in CDCR.

CDCR's Mental Health Services Delivery System (MHSDS) is intended to provide access, screening and assessment, and treatment for seriously mentally ill prisoners. The MHSDS comprises several levels of care, including the Correctional Clinical Case Manager System (CCCMS), an outpatient program for general population prisoners; the Enhanced Outpatient Program (EOP), a residential program with intensified treatment; Mental Health Crisis Bed (MHCB) units with 24-hour nursing care for suicidal prisoners or prisoners in crisis; and acute and intermediate inpatient care in programs operated by the California Department of Mental Health (DMH) located within two CDCR facilities and external DMH hospitals.

This review is not intended to provide a comprehensive overview or analysis of the mental health services and programs provided by CDCR. Rather, it focuses solely on the suicides that have occurred in CDCR during the covered six-year span and the recorded events before, during and after each suicide that help facilitate an analysis of the potential suicide risk and the completed suicide in each case.

**Methodology**

The demographic, healthcare and custody information presented in this report is based largely on comprehensive reviews conducted at both institutional and central office levels by CDCR mental health, custody and administrative personnel. The compilation of the data collected originally occurred as part of CDCR's internal process for the review of individual suicides. At the direction of the special master in the Coleman case in 1999, two court-appointed psychiatric experts (the authors of subsequent annual installments and this six-year report) collaborated in the generation of the first annual suicide review. Based on a survey and analysis of CDCR's individual suicide reviews, the initial annual review included recommendations for improvement in the suicide review process and suicide prevention practices and was presented to the Coleman court for approval and the adoption of appropriate directives.

The development of a more effective individual suicide review process became one of the early goals of the authors' annual suicide reviews. The first review in 1999 quickly engendered an appreciation of the difficulty of acquiring accurate and timely data relevant to the development of a system-wide effort to anticipate and prevent suicides. Each succeeding annual review generated further refinements in the compilation and

analysis of collected data, which, in turn, contributed to substantive and procedural improvements in suicide prevention policies and practices. All of this took place in a state correctional system that has experienced, and continues to experience, relentless population growth and overcrowding.

In addition to the suicide review documents prepared by CDCR personnel, the authors also compiled data from prisoners' health and classification records, autopsy reports, inmate suicide notes, when available, and annual suicide reports for calendar years 2003 and 2004 and a five-year study covering suicides from 1999 thru 2003 compiled by CDCR. All of these data were further supplemented by the observations and reports of the Coleman experts and monitors at facilities where suicides occurred, as well as by insights and information provided by counsel for the plaintiffs in the Coleman case.

The sifting of the available demographic data on prisoners who took their lives during the six-year period, together with the circumstances surrounding each death discernible from the attendant records, permitted the identification of some shared characteristics that suggested a heightened potential risk for suicide for some categories of prisoners. Similarly, a close reading of the historical clinical and custody documentation surrounding each completed suicide helped identify some common clinical failures and conditions of confinement that seemed to contribute to the translation of the potential for suicide into reality. Finally, the progressive evolution of the suicide review process itself expanded the potential usefulness of both individual and accumulated reviews. Later in the period covered by this report, CDCR's improved review practices required individual institutions to generate corrective action plans to address the clinical and custody problems identified in specific suicides.

**Analysis**

Tables I - V provide demographic data collected during each of the six years covered in the report.

The number of annual suicides occurring during the covered period ranged from a low of 15 in 2000 to a high of 36 in 2003. Based on the population of CDCR at the end of each of these respective years, the suicide rate per one hundred thousand prisoners ranged from 9.3/100,000 to 23.1/100,000. The variability in the annual rate of suicide is tracked for each of the covered years in Table I.

Table I also provides a breakdown of the annual end-of-year CDCR population and the number of suicides per year in the type of housing unit in which prisoners resided at the time of their deaths. The housing units are divided into three categories: as single cell, administrative segregation (AdSeg)/Secure Housing Unit (SHU), and Mental Health Crisis Bed (MHCB) unit/Outpatient Housing Unit (OHU)/Transitional Care Unit (TCU). The breakdown of suicides occurring in single-cell housing in AdSeg, SHU and the general population is also shown in Table I. The data indicate that 77.8 percent of all

suicides were completed in single cells, while 46.5 percent of completed suicides in Ad Seg or SHU occurred in single cells.

Of those prisoners committing suicide throughout the six-year period, 97 percent were male, while three percent were female. The ethnicity of prisoners who completed suicide was: Caucasian, 40.3 percent; Hispanic, 35.7 percent; African-American, 16.2 percent; Asian, 2.6 percent; and Other, 5.2 percent. Table II provides this data. The age distribution for prisoners who completed suicide was: 31- 40, 47.4 percent; 18-30, 27.3 percent; 41-50, 15.6 percent; 50+, 9.1 percent; and 0-17, 0.6 percent. See Table III.

The methods utilized by prisoners completing suicide included: hanging, 85 percent; lacerations/exsanguinations, six percent; overdose, three percent; and other, six percent. Forty-five percent of the suicides were by prisoners who were not on the mental health caseload. Among prisoners completing suicide during the six-year period, 72 percent had a history of mental health treatment, and 63 percent had a history of suicidal behavior and/or statement(s). See Table IV.

Among the 154 suicides during the covered period, 55 percent involved prisoners on the mental health caseload. Table V shows levels of care by year of death for all cases. One caveat: prisoners housed in a MHCB unit or a DMH inpatient program may have been at any level of care prior to their placement in those beds, including "none." The level of mental health care for the 87 prisoners that were on the mental health caseload at the time of their suicides was as follows: five were at the inpatient (hospital) level of care (DMH); two were at a crisis level of CDCR care (in a MHCB unit, OHU or TCU); 27 were in the Enhanced Outpatient Program (EOP); and 53 were in the Correctional Clinical Case Management Services (CCCMS) program.

Reviews included emergency responses to inmates discovered unresponsive who subsequently were determined to have committed suicide. The reviews focused on the timely initiation and continuation of CPR by first responders. For the six-year review period, CPR was performed in a timely and appropriate manner in 107 cases (69.5%); CPR was not performed in a timely and appropriate manner in 42 cases (27.3%); whether or not CPR was performed in a timely or appropriate manner could not be determined in five cases (3.2%). See Table VI.

Roughly fifty-seven percent of all suicides in this six-year period were either foreseeable or preventable, some were both. See Table VII. The term "foreseeable" refers to those cases in which already known and reasonably available information about an inmate indicates the presence of a substantial or "high" risk of suicide that requires responsive clinical, custody, and/or administrative intervention(s) to prevent self harm. The term "preventable" applies to situations where if some additional information had been gathered and/or some additional intervention(s) undertaken, usually as required in existing policies and procedures, the likelihood of a completed suicide might have been substantially reduced. The concept includes, but is not limited to, situations where inmates report self injurious behaviors and/or threats, but do no receive appropriate evaluation or treatment, are not transferred to a more clinically appropriate and/or safe

6

environment, or fail to receive appropriate life saving procedures, such as timely CPR. Contributing factors in foreseeable and/or preventable deaths included inadequate clinical assessments, inappropriate interventions, incomplete referrals, missed and un-rescheduled appointments, unsupported diagnoses, failures to review records, assignments to inappropriate levels of mental health care, failures to provide protective housing and the provision of inadequate and/or untimely resuscitation efforts. In numerous cases, multiple factors contributed to the outcome.

**Procedural and Substantive Developments**

During the period covered by this report, both the scope and quality of CDCR's review process improved significantly. In 1999, psychological autopsies were rarely included in reviews, many of them conducted by personnel whose work was directly, or indirectly, under scrutiny. Early in the case, recommended improvements in the review process included clarification of the duties of local reviewers, mandated time frames for the completion of reviews and the development of corrective action plans as part of suicide reviews. Subsequent procedural recommendations focused on specific timelines for the preparation of responsive corrective action plans by institutions.

The review process did not focus solely on procedural elements. From the beginning, the annual review helped prompt substantive changes and improvements in suicide prevention policy and practices, including, e.g., requirements for increased clinical monitoring of prisoners, both caseload and non-caseload, in high security units; the development of clinical and custody follow-up monitoring regimens for suicidal prisoners discharged from mental health crisis beds and their alternatives; the effective provision of group therapy for caseload prisoners in administrative segregation units; the development of routinely administered Suicide Risk Assessments; efforts to keep suicidal prisoners out of cells with HVAC vents with large-mesh screens to facilitate hanging; a ban on the substitution of video-monitoring for the personal observation of prisoners on suicide watch; and the development and implementation of improved cardio-pulmonary resuscitation policies and practices.

In 2001 three suicides occurred in DMH facilities, revealing the need for better coordination and cooperation in the responses of both agencies. The same year also saw a demand for improved training in the deployment and use of the improving suicide review process.

2002 provided the first full year of reviews incorporating the recommended procedural improvements of the two previous years. Preparation and delivery of completed suicide reports took an average of 62.5 days, while institutional responses to corrective action recommendations averaged 126.9 days. While these average figures represented considerable improvement, many individual reports remained untimely.

In 2003 the timeliness of the production of relevant documents and reports continued to improve, with fewer extreme outliers. Untimeliness still characterized some

7

headquarters' responses to and follow-up of inadequate institutional responses to required corrective actions, which led to a recommendation for a 60-day time limit for such responses. Attention also focused on procedures for investigating and pursing instances of staff negligence or malfeasance identified in the review process.

By 2004 procedural recommendations focused on the timeliness and completion of all aspects of the reporting process, better implementation at the institutional level of corrective action plans and tighter central office monitoring of the implementation of institutional remedies. A requirement for reporting to the court adverse personnel actions resulting from post-suicide investigations was imposed.

Suicides by three female inmates and a sharp rise in the number of suicides in locked units, particularly administrative segregation, led to a greater emphasis on both areas. Failure to use a suicide risk assessment instrument as required by departmental policy was a factor in the female suicides, and corrective measures were taken. The rising rate of suicide in administrative segregation initiated a two-year effort to analyze the causes and prescribe remedies. The latter have included, among other initiatives, custody monitoring of new arrivals at 30-minute intervals; pre-placement mental health screenings; better tracking of prior history of suicide activity; easing of property restrictions for protective custody prisoners; and improved physical safety in cells for housing newly arrived prisoners. Several of these remedies were based upon data indicating that suicides occurred most often within three weeks of a prisoner's placement in an administrative segregation unit.

**Findings: Indicators/Shared Characteristics/Categories**

Over the past six years, the suicide review process over the past six years has identified characteristics that ought to draw the attention of staff to certain categories of prisoners, including:

- Prisoners with a history of serious mental illness;

- Prisoners with a history of suicide attempts;

- Prisoners housed in a single cell, particularly in administrative segregation or a SHU;

- Prisoners expressing safety concerns with associated anxiety and agitation;

- Prisoners with serious medical concerns;

- Prisoners with both severe personality disorders and co-existing mental illness;

8

- Prisoners whose legal status has undergone significant change, e.g., individuals returning from court after denial of appeals, third-strike determinations or other additions to their sentences; and

- Caucasian prisoners, although the number of suicides among Hispanic prisoners increased rapidly during the six-year time period.

The above indicators, categories, or shared characteristics may help prison staff identify prisoners that might warrant focused attention. CDCR's experience with completed suicides over the past six years highlights both clinical practices and physical conditions that ought to be addressed, including:

- The failure of clinical staff to refer potentially suicidal prisoners to programs with more intensive monitoring and care;

- The provision of prompt and adequate access to higher levels of monitoring and care to prisoners identified as potentially suicidal;

- The elimination of physical safety deficiencies in cells and other housing for prisoners most at risk for suicide, including large-mesh vents or other protuberances regularly used for hanging;

- The lack of adequate confidential interviewing space in most high custody housing units, which inhibits the ability and willingness of potentially suicidal prisoners to communicate effectively with clinicians about their risk for suicide;

- Clinicians' failure to review fully and carefully available documentation, such as health and classification records, for indices of prior suicidal activity or ideation; and

- The timely completion of all of the documentation associated with the institutional or departmental elements of the suicide review process, including the documentation of implemented remedies and adverse personnel actions.

Prisons and prison life create enormous stress even for mentally healthy individuals subjected to incarceration; the strain for mentally ill offenders, often both fragile and intensely vulnerable, sometimes exceeds their ability to cope. One surpassingly critical purpose of mental health services in prisons is to help identify such individuals for intervention and provide the monitoring, treatment and physical safety needed for their survival. This review attempts to provide some clues about recognizing prisoners most at risk for suicide and identify some of the failed practices and inadequate conditions that often combine to prevent the provision of adequate protection and treatment.

June 9, 2007

9

# List of Tables

Table I   CDCR Population, Suicide Rate and Housing/Location of Suicide

Table II   Ethnicity

Table III   Age

Table IV   Mental Health History

Table V   Level of Care

Table VI   Cardiopulmonary Resuscitation (CPR)

Table VII   Foreseeable and/or Preventable Suicides

**TABLE I. CDCR Population, Suicide Rate and Housing/Location of Suicide**

| Year | Population | Deaths (N=154) | Rate per 100,000 | % SCH | %AS/SHU | %MHCB/OHU/TCU | %DMH |
|---|---|---|---|---|---|---|---|
| 1999 | 160,970 | 25 | 15.5 | 80 | 36 | 4 | 0 |
| 2000 | 160,855 | 15 | 9.3 | 87 | 53 | 0 | 6 |
| 2001 | 155,365 | 30 | 19.3 | 83 | 40 | 6 | 10 |
| 2002 | 158,099 | 22 | 13.9 | 68 | 27 | 0 | 5 |
| 2003 | 160,722 | 36 | 23.1 | 64 | 50 | 5 | 0 |
| 2004 | 163,346 | 26 | 15.9 | 85 | 73 | 4 | 0 |
| **Average Percentage** | | | **16.2** | **77.8** | **46.5** | **3.2** | **3.5** |

Population (End of Year)
%SCH – Percentage single cell housing
% AS/SHU – Percentage in Administrative Segregation
   or Secure Housing Unit single cell housing
% MHCB/OHU/TCU - Percentage in crisis bed at time of death

11

**Table II.  Ethnicity**

| Ethnicity | n | % |
|---|---|---|
| Caucasian | 62 | 40.3 |
| Hispanic | 55 | 35.7 |
| African American | 25 | 16.2 |
| Other* | 8 | 05.2 |
| Asian | 4 | 02.6 |
| **Total** | 154 | 100 |

*Native American, Pacific Islander and Armenian

**Table III.  Age**

| Age (yrs) | n | % |
|---|---|---|
| 0-17 | 1 | 00.6 |
| 18-30 | 42 | 27.3 |
| 18-31 | 73 | 47.4 |
| 41-50 | 24 | 15.6 |
| 50+ | 14 | 09.1 |
| **Total** | 154 | 100 |

## Table IV.  Mental Health History

| Year | % MHSDS | % PMT | %PSA |
|---|---|---|---|
| 1999 | 64 | 72 | 68 |
| 2000 | 53 | 73 | 73 |
| 2001 | 53 | 73 | 63 |
| 2002 | 45 | 64 | 55 |
| 2003 | 67 | 75 | 50 |
| 2004 | 50 | 77 | 69 |
| **Average Percentage** | 55 | 72 | 63 |

%MHSDS - Percent on mental health caseload at time of death
% PMT - Percent with previous mental health treatment
% PSA - Percent with previous suicidal activity

## Table V. Level of Care

| Year | Deaths | CCCMS | EOP | MHCB/OHU/TCU | DMH | None | Unknown* |
|---|---|---|---|---|---|---|---|
| 1999 | 25 | 10 | 6 | 0 | 0 | 8 | 1 |
| 2000 | 15 | 4 | 3 | 0 | 1 | 0 | 7 |
| 2001 | 30 | 7 | 6 | 0 | 3 | 14 | 0 |
| 2002 | 22 | 9 | 0 | 0 | 1 | 12 | 0 |
| 2003 | 36 | 16 | 6 | 2 | 0 | 12 | 0 |
| 2004 | 26 | 7 | 6 | 0 | 0 | 13 | 0 |
| **Totals** | **154** | **53** | **27** | **2** | **5** | **59** | **8** |

**\*Missing Data**

## Table VI:  Cardiopulmonary Resuscitation (CPR)

| Year | Deaths | CPR Performed | CPR Not Performed | Unknown |
|---|---|---|---|---|
| 1999 | 25 | 15 (60%) | 8 (32%) | 2 (8%) |
| 2000 | 15 | 11 (73%) | 4 (27%) | 0 (0%) |
| 2001 | 30 | 20 (67%) | 9 (30%) | 1 (1%) |
| 2002 | 22 | 16 (73%) | 6 (27%) | 0 (0%) |
| 2003 | 36 | 29 (81%) | 5 (14%) | 2 (5%) |
| 2004 | 26 | 16 (62%) | 10 (38%) | 0 (0%) |
| **Six Year Total** | **154** | **107 (69.5%)** | **42 (27.3%)** | **5 (3.2%)** |

## Table VII. Foreseeable and/or Preventable

| Year | Deaths | Foreseeable and/or Preventable | Not Foreseeable and/or Preventable | Unable to Determine | % Foreseeable and/or Preventable |
|---|---|---|---|---|---|
| 1999 | 25 | 8 | 6 | 11 | 32% |
| 2000 | 15 | 11 | 3 | 1 | 73% |
| 2001 | 30 | 14 | 13 | 3 | 40% |
| 2002 | 22 | 10 | 12 | 0 | 45% |
| 2003 | 36 | 29 | 7 | 0 | 74% |
| 2004 | 26 | 21 | 5 | 0 | 77% |
| **Total** | **154** | **93** | **46** | **15** | **56.80%** |