EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **ORDER GRANTING EXTENSION OF TIME** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' request for a one-week extension of the deadline for filing evidence that cardiopulmonary resuscitation refresher training was accomplished is hereby granted. Defendants shall file proof of practice not later than August 6, 2007.

Defendants' request for a one-week extension of the deadline for filing a plan to address welfare checks in administrative segregation units is hereby granted. Defendants shall file that plan not later than August 6, 2007.

///

///

///
Proposed Order Granting Extension of Time

1

1   Defendants request for a two-week extension of the deadline for filing a survey of the
2   television and radio access is granted.
3   IT IS SO ORDERED.
4   DATED: August 1, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Proposed Order Granting Extension of Time