IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.               ORDER

           Pursuant to this court's March 9, 2007 and June 1, 2007 orders, on July 11, 2007, defendants filed a report on and plan for improvement of enhanced outpatient programs in administrative segregation units. Good cause appearing, IT IS HEREBY ORDERED that the special master shall meet and confer with the parties concerning the adequacy of the plan and shall report to the court thereon in his twentieth round monitoring report.

DATED: August 2, 2007.

                                         /s/ Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

1