IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.             ORDER

              Pursuant to this court's October 20, 2006 order, on July 2, 2007 the special master filed a report and recommendations on defendants' enhanced outpatient treatment program in receptions centers. On July 12, 2007, defendants filed a response to the report in which they interposed objections to some of the recommendations contained therein. On July 24, 2007, plaintiffs filed a response to defendants' objections.

              After review of the record herein, consultation with the special master, and good cause appearing, IT IS HEREBY ORDERED that the matter is referred back to the special master for review of the July 2, 2007 recommendations in light of defendants' objections and

/////

/////

/////

1

plaintiffs' response thereto.  Within fifteen days thereafter, the special master shall file such supplemental report and recommendations as he deems appropriate.

DATED:   August 2, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2