IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.          ORDER

_____/

        On April 2, 2007, the special master filed part B of his seventeenth monitoring report, and on June 13, 2007, the special master filed part C of the same report. Neither party has filed any objection to either part B or part C of the report, or to the recommendations contained therein. Good cause appearing, the special master's recommendations will be made an order of the court.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Within sixty days from the date of this order defendants shall develop a plan for identifying and developing the changes deemed necessary to broaden the impact of the mental health assessment process in prison disciplinary matters on 3CMS inmates, testing those changes and implementing them systemwide. The plan shall be submitted to the special master and to plaintiffs' counsel for review and comment. The special master shall report to the court

1

on the adequacy of this plan and make any appropriate recommendations in the next regularly scheduled monitoring report.

        2. Within sixty days from the date of this order, defendants shall develop a plan, funding proposal and timetable for implementing an effective staff recruitment capability and strategy. Defendants' plan shall include, but not be limited to, a discussion of the following strategies for improving staffing:

- Streamlining and expediting the process for obtaining approval of Form 607s, which are the formal means of establishing positions.
- Reviewing and streamlining a process for obtaining exemption from operation of Government Code 12439, under which positions which have been vacant for six months are, in effect, abolished or must be re-established.
- Obtaining funding needed to place examinations for psychologists and licensed clinical social workers on line.
- Deleting from the psychiatrist and psychologist examinations any inquiries or questions which needlessly discourage or eliminate otherwise qualified applicants.
- Reconsidering the existing and apparently insufficient budget for recruitment.
- Developing regional recruitment teams.
- Using contracted subject-matter or professional specialty experts to assist in the recruitment process.
- Broadening the scope of recruitment efforts to the national level.
- Reviewing and revising the department's current print advertising and expanding the range of publications in which is appears.
- Resuming the practice of weekly progress reporting on hiring by each institution.

The special master shall report to the court on the adequacy of this plan and make any

/////

/////

/////

appropriate recommendations in the next regularly scheduled monitoring report, unless in his judgment court action with respect to the plan is required at an earlier date.

DATED: August 2, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT