EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205
  Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **STATEMENT OF COMPLIANCE REGARDING CPR REFRESHER TRAINING** |

On June 1, 2007, the Court entered an Order directing Defendants to produce evidence within 60 days showing that cardiopulmonary resuscitation (CPR) refresher training was accomplished by submitting documentation of the required proof of practice. In its Order dated August 1, 2007, the Court granted a one-week extension of time to August 6, 2007.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  The CPR refresher training proof of practice is attached to the declaration of Teresa Schwartz
2  filed concurrently with this Statement of Compliance. Only staff social security numbers and pay
3  identification information has been redacted.

4  Dated: August 3, 2007

5  Respectfully submitted,

6  EDMUND G. BROWN JR.
   Attorney General of the State of California
7  DAVID S. CHANEY
   Chief Assistant Attorney General
8  FRANCES T. GRUNDER
   Senior Assistant Attorney General
9  ROCHELLE C. EAST
   Supervising Deputy Attorney General

10  **/s/ Misha D. Igra**

11  MISHA D. IGRA
12  Deputy Attorney General
    Attorneys for Defendants

E2B6DD2C.wpd
CF1997CS0003