EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205
  Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **ARNOLD SCHWARZENEGGER, et al.,** <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF TERESA SCHWARTZ IN SUPPORT OF DEFENDANTS' STATEMENT OF COMPLIANCE** |

I, Teresa Schwartz, declare:

1. I am the Acting Deputy Director of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR). I have been employed in this position since January 2007. In my role as Acting Deputy Director, all five of CDCR's Associate Directors report to me.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

///

Declaration of Teresa Schwartz

1

3. I participated in the development of CDCR's Administrative Segregation Unit Suicide Prevention Plan (Plan) which was submitted to Special Master Keating on October 2, 2006. The Plan indicated that the Director would issue a memorandum directing Wardens to provide all assigned Administrative Segregation Unit staff with refresher training regarding their responsibility to immediately initiate cardiopulmonary resuscitation (CPR) when warranted. The Plan indicated such training would be ordered to be completed by October 31, 2006, with proof of practice in the form of completed on-the-job sign-in sheets submitted to the appropriate Associate Director. On October 16, 2006, the Director issued the memorandum referenced in the Plan.

4. I have reviewed Special Master Keating's Supplemental Report on Defendants' Plan to Prevent Suicides in Administrative Segregation dated May 14, 2007. I have also reviewed the Court's June 1, 2007 Order directing CDCR to show that CPR refresher training was accomplished by submitting documentation of the proof of practice.

5. The term "CPR refresher training" refers to training which reinforces custody staff's awareness of their responsibility to provide CPR. This is distinguished from "CPR skills training" which instructs custody staff regarding CPR application techniques.

6. Custody officers regularly assigned to work in Administrative Segregation Units attended refresher CPR training in the Fall of 2006. Such training was provided to ensure staff understood their responsibility to provide CPR to inmates. Attached as Exhibit A are true and correct copies of the proofs of practice for CDCR's refresher training in the Fall of 2006.

7. Custody staff regularly assigned to Administrative Segregation Units will continue to receive annual CPR skills training. Beginning in 2008, custody staff who are not regularly assigned to a segregation unit will receive annual skills CPR training every two years.

8. In December 2006, Emergency First Response provided CPR/First Aid Trainer Certification to ten correctional officers at every institution. These correctional officers are responsible for conducting CPR skills training.

9. In addition to the required refresher training last Fall, every shift at every institution is required to conduct an emergency response drill once a month. The drill scenarios are varied to reflect a wide range of emergency situations. The emergency response drills include application of

Declaration of Teresa Schwartz

2

1 life-saving measures, including hands-on application first aid or CPR if appropriate to the particular 2 drill scenario. The purpose of these drills is to reiterate to staff their responsibility to enact life-3 saving measures when responding to medical emergencies in CDCR institutions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on *Aug 2*, 2007, at Sacramento, California.

By: *T. Schwartz*
TERESA SCHWARTZ

30304433.wpd

Declaration of Teresa Schwartz

3