EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                              Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**NOTICE OF FILING SEALED DOCUMENT** |

## INTRODUCTION

On May 23, 2007, this Court ordered Defendant Department of Mental Health (DMH) to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care. The report must include a complete list of all class members currently waiting for transfer to any level of DMH hospital care. Such identifying patient information is subject to a protective order entered in this action on July 29, 1992.

# NOTICE

Notice is hereby given under Local Rule 39-141(c), that Defendant Department of Mental Health is filing a document in compliance with the Court's May 23, 2007 Order under seal and shall manually file the document and serve copies upon the parties.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Misha D. Igra*

MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

30309528.wpd
CF1997CS0003

Notice of Filing Sealed Document

2

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:  **Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.**

No.:  **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On <u>August 6, 2007</u>, I served the attached *Notice of Filing Sealed Document* by placing a true copy thereof enclosed in a sealed envelope with **Golden State Overnight and Federal Express**, addressed as follows:

| **Golden State Overnight** | **Federal Express** |
|---|---|
| Donald Specter, Esq.<br>Ivan Trujillo, Esq.<br>Steven Fama, Esq.<br>Prison Law Office<br>2173 East Francisco Boulevard, Suite M<br>San Rafael, CA  94901 | J. Michael Keating, Jr., Esq.<br>Office of the Special Master<br>285 Terrace Avenue<br>Riverside, RI  02915 |
| Michael W. Bien, Esq.<br>Jane E. Kahn, Esq.<br>Meghan Lang, Esq.<br>Lori Rifkin, Esq.<br>Amy Whelan, Esq.<br>Sarah Laubach, Esq.<br>Rosen, Bien & Galvan, LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA  94104 | Matthew A. Lopes, Jr., Esq.<br>Deputy Special Master<br>Pannone, Lopes & Devereaux, LLC<br>1800 Financial Plaza<br>Providence, RI  02903 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 6, 2007, at Sacramento, California.

|  K. Paris  |  */s/ K. Paris*  |
|:---:|:---:|
| Declarant | Signature |

30309902.wpd