EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5388
 Fax:  (916) 324-5205
 Email:  Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STATEMENT OF COMPLIANCE REGARDING PLAN FOR 30-MINUTE WELFARE CHECK TRAINING** |

On June 1, 2007, the Court entered an Order directing Defendants to develop a plan to require each institution to train staff on accurate logging of 30-minute welfare checks and to track and self-monitor compliance with the performance of these checks.  On August 1, 2007, the Court granted Defendants an extension of time to file the plan to August 6, 2007.

/ / /

/ / /

/ / /

/ / /

/ / /

Defendants' plan in response to the Court's June 1, 2007 Order is attached as Exhibit A to this Statement of Compliance.

Dated: August 6, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Misha D. Igra*

MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

30309061.wpd
CF1997CS0003

Exhibit A

# Memorandum

August 6, 2007

Associate Directors-Division of Adult Institutions
Wardens
Regional Medical Directors
Health Care Managers

## ADMINISTRATIVE SEGREGATION UNIT 30-MINUTE WELFARE CHECK LOGGING AND COMPLIANCE MONITORING

Since the creation of the Administrative Segregation Unit (ASU) 30-Minute Welfare Check process in October 2006, the *Coleman* Court Monitors have reported inconsistencies in the logging of these checks by staff. In response to concerns over these logging inconsistencies, the following clarifications/modifications are being implemented:

1. Custody staff responsible for completing the 30-Minute Welfare Checks shall not record the times associated with each 30-Minute Welfare Check until the check has been completed.

2. The completed 30-Minute Welfare Check must be logged immediately upon completion.

3. Institutions shall immediately begin using the attached, revised "ASU 30 Minute Welfare Check Tracking Sheet", which has been modified to include supervisors' signature blocks.

4. Custody Supervisors responsible for supervision of ASU shall review the "ASU 30 Minute Welfare Check Tracking Sheet", and sign the sheet at the end of each shift indicating that the sheet has been completed.

5. Custody supervisors shall provide appropriate training relative to any discrepancies noted on the completed "ASU 30 Minute Welfare Check Tracking Sheet" prior to completion of the shift.

6. Institutions shall retain original, completed "ASU 30 Minute Welfare Check Tracking Sheets" for a minimum of three years at the institution, and an additional four years in Departmental Records Retention.

Each institution shall provide training on the contents of this memorandum to all custody staff regularly assigned to work in ASU, with copies of on-the-job training sign-in sheets faxed to Mary Neade, Correctional Counselor II, General Population (GP) Levels III/IV, at (916) 323-2886, no later than August 31, 2007.

Wardens
Associate Directors-Division of Adult Institutions
Health Care Managers
Regional Medical Directors
Page 2

Please ensure that impacted Post Orders and Operational Procedures are immediately updated to reflect these changes. The revision may be included as a supplement to be included in the next scheduled revision of the impacted document.

If you have any questions regarding these expectations, please contact J. W. Moss, Correctional Captain, GP Levels III/IV, at (916) 323-3578.

LEA ANN CHRONES
Director (A)
Division of Adult Institutions

Attachment

cc: Dwight Winslow, M. D., Statewide Medical Director (A), Division of Correctional Health Care Services
Teresa A. Schwartz, Deputy Director (A), Division of Adult Institutions
J. W. Moss, Correctional Captain, General Population Levels III/IV
Mary Neade, Correctional Counselor II, General Population Levels III/IV

# ASU 30 MINUTE WELFARE CHECK TRACKING SHEET

DATE _____ PRISON _____ UNIT/SECTION _____

CELL NUMBERS IN SECTION: _____

| START TIME | END TIME | PRINTED STAFF NAME | STAFF SIGNATURE |
|---|---|---|---|
| 00: | 00: | | |
| 00: | 00: | | |
| 00: | 00: | | |
| 01: | 01: | | |
| 01: | 01: | | |
| 01: | 01: | | |
| 02: | 02: | | |
| 02: | 02: | | |
| 02: | 02: | | |
| 03: | 03: | | |
| 03: | 03: | | |
| 03: | 03: | | |
| 04: | 04: | | |
| 04: | 04: | | |
| 04: | 04: | | |
| 05: | 05: | | |
| 05: | 05: | | |
| 05: | 05: | | |
| 06: | 06: | | |
| 06: | 06: | | |
| 06: | 06: | | |
| 07: | 07: | | |
| 07: | 07: | | |
| 07: | 07: | | |
| 08: | 08: | | |
| 08: | 08: | | |
| 08: | 08: | | |
| 09: | 09: | | |
| 09: | 09: | | |
| 09: | 09: | | |
| 10: | 10: | | |
| 10: | 10: | | |
| 10: | 10: | | |
| 11: | 11: | | |
| 11; | 11: | | |
| 11: | 11: | | |

1st Watch Review - Supervisor Signature: _____
2nd Watch Review - Supervisor Signature: _____
3rd Watch Review - Supervisor Signature: _____

PAGE 1                                                              Revised July 31, 2007

# ASU 30 MINUTE WELFARE CHECK TRACKING SHEET

DATE: _____  PRISON: _____  UNIT/SECTION: _____

CELL NUMBERS IN SECTION: _____

| START TIME | END TIME | PRINTED STAFF NAME | STAFF SIGNATURE |
|---|---|---|---|
| 12: | 12: | | |
| 12: | 12: | | |
| 12: | 12: | | |
| 13: | 13: | | |
| 13: | 13: | | |
| 13: | 13: | | |
| 14: | 14: | | |
| 14: | 14: | | |
| 14: | 14: | | |
| 15: | 15: | | |
| 15: | 15: | | |
| 15: | 15: | | |
| 16: | 16: | | |
| 16: | 16: | | |
| 16: | 16: | | |
| 17: | 17: | | |
| 17: | 17: | | |
| 17: | 17: | | |
| 18: | 18: | | |
| 18: | 18: | | |
| 18: | 18: | | |
| 19: | 19: | | |
| 19: | 19: | | |
| 19: | 19: | | |
| 20: | 20: | | |
| 20: | 20: | | |
| 20: | 20: | | |
| 21: | 21: | | |
| 21: | 21: | | |
| 21: | 21: | | |
| 22: | 22: | | |
| 22: | 22: | | |
| 22: | 22: | | |
| 23: | 23: | | |
| 23: | 23: | | |
| 23: | 23: | | |

1st Watch Review - Supervisor Signature:
2nd Watch Review - Supervisor Signature:
3rd Watch Review - Supervisor Signature: