IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

vs.                                   No. CIV S-90-0520 LKK JFM P

**ARNOLD SCHWARZENEGGER,**
et al.
    **Defendants**
_____/

## SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master requests the appointment of I.C. Haunani Henry and J. Ronald Metz to his staff. The reasons for this request to appoint Ms. Henry and Mr. Metz are set forth in the accompanying memorandum. Both Ms. Henry and Mr. Metz are to be compensated at the rate of two hundred dollars ($200.00) per hour for their work, and at the rate of ninety dollars ($90.00) per hour for their travel, plus reasonable expenses.

                                        Respectfully submitted

                                        /s/
                                        _____
                                        J. Michael Keating, Jr.
                                        Special Master

                                        /s/
                                        _____
                                        Mathew A. Lopes, Jr.
                                        Deputy Special Master

August 9, 2007

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA


**RALPH COLEMAN, et al.,**
    **Plaintiffs**

vs.                                     No. CIV S-90-0520 LKK JFM P

**ARNOLD SCHWARZENEGGER,**
**et al.**
    **Defendants**
_____/

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants to the Special Master, he requests the Court's approval for the appointment of I. C. Haunani Henry and J. Ronald Metz to his staff.

In 2006, responsibility for the provision of constitutionally adequate medical care within the 33 prisons of the California Department of Corrections and Rehabilitation (CDCR) was turned over to a Receiver appointed by the court in the Plata[1] litigation. Because of significant potential for redundancy and inconsistency between the Receiver's efforts and those of the Special Master in Coleman and the courts' representatives in the Perez[2] and Armstrong[3] cases, an order was entered requiring coordination among the Receiver, the Special Master and the courts' representatives on numerous common and

---
[1] Plata v. Schwarzenegger, No. C01-1351 (N.D. Cal.)
[2] Perez v. Tilton, No. C05-05241 (N.D. Cal.)
[3] Armstrong v. Schwarzenegger, No. 4:94-CV-02307 (N.D. Cal.)

1

related features of these cases. The coordination effort has been underway since early 2007. It has many different and complex aspects which draw on the expertise of some of the Special Master's most highly qualified and experienced monitors and experts, and absorbs a great deal of their time and attention. Meanwhile, these monitors and experts are also about to embark on the twentieth round of monitoring the 33 CDCR institutions throughout the State of California for compliance with Coleman mandates. This has made the level of present staffing insufficient to cover adequately the regular Coleman monitoring and reporting duties, plus the Plata, Coleman, Perez and Armstrong coordination responsibilities.

The two new staff members proposed by the Special Master will be based at CDCR central offices in Sacramento and will assist him with the coordination effort. They are both retired annuitants of the CDCR who have extensive work experience which prepares them to assist the Coleman Special Master readily, with minimal time needed for learning the operations of the CDCR.

Ms. Henry has worked for forty five years in the field of corrections for the State of California. She studied business and criminal justice administration in community college-level courses, and earned certificates of accomplishment in organizational and leadership development, conflict resolution, government management, crisis intervention, labor relations and litigation management. She was the warden of Mule Creek State Prison in Ione, California from 1992 to 1997. In that post, Ms. Henry managed a staff of eleven hundred and a prison population of thirty seven hundred inmates. Among many other things, she implemented mental health care services in compliance with Coleman, and the required retrofitting of the facility as a result of the Armstrong litigation. Prior to

that, from 1986 to 1991, Ms. Henry was the chief deputy warden at the California Medical Facility-South and the California Medical Facility in Vacaville, California. From 1984 to 1986, Ms. Henry served as the new prison manager and on-site new construction administrator of the California Medical Facility-South. She also served as correctional administrator at the Central Services Division of California Medical Facility and at the Northern Reception Center from 1980 to 1984. More recently, from 2004 to the present, Ms. Henry has served as a consultant to the Youth and Correctional Agency of the CDCR, in which capacity she designed and planned a program for training the State's 59,000 correctional employees. She also worked as a consultant to the Department of Developmental Services of the Office of Protective Services at Porterville, California, in which she completed a comprehensive assessment and recommendations on the operations, security and staffing of the Secure Forensic Unit at the Porterville Development Center. From 2000 to 2003, Ms. Henry was an examiner in the Department of Corrections for the Inmate Appeals Unit in Sacramento, California, in which she prepared director-level responses to inmate appeals, and worked as project director at the Professional Development Program Unit, where she designed and worked with a team to develop a management and leadership training plan. (See *Curriculum Vitae* of I. C. Haunani Henry, Exhibit A)

Mr. Metz earned a bachelor of arts degree in psychology from Chico State College, and a master of arts degree in psychology from Chapman State College. He has worked in the field of corrections for the State of California for 37 years, with much of his experience focused on mental health services. From 2004 to the present, he has worked as a retired annuitant with the CDCR Health Care Services Division, serving in a

variety of capacities including work on a departmental task force to develop mental health services for mentally ill inmates returning to prison on parole violations. He served as mental health services representative to develop new life-term inmate mental health evaluations for hearings conducted pursuant to the Rutherford litigation. Mr. Metz developed the plan for Enhanced Outpatient Programming in the CDCR's reception centers, including the budget proposal, workload assessment and institutional operational procedure template. He also served as the mental health representative on necessary accommodations for mental health evaluations conducted within the Armstrong litigation. Before Mr. Metz's official retirement from the CDCR, he was program administrator for the mentally-disordered offender program, in which he developed the program plan, budget proposal and policies and procedures for the departmental forensic services unit to evaluate potential mentally disordered offenders and life-term inmates pending parole hearings. He also served as program administrator, supervising a staff of twenty clinical psychologists conducing forensic evaluations of inmates for decisions by the Board of Prison Terms.

Prior to that, Mr. Metz worked on the CDCR health care services policy as the program development captain. He served as administrative assistant to the assistant deputy director on the review and development of medical policy and programs, with emphasis on TB and Hepatitis C testing. He worked on the developing the Coleman Program Guide for reception center mental health evaluations, the Enhanced Outpatient Program, staff referral processes, the heat plan, the psychiatric services unit and cell extraction procedures for mentally ill inmates. Mr. Metz helped write the initial CDCR suicide prevention plan and later worked on the process for its review. Earlier, Mr. Metz

was a correctional counselor III at the California Men's Colony, where he was program administrator of intensive risk assessment for life-term inmates who were referred by the Board of Prison Terms for parole consideration hearings. He participated in the development of the mental health treatment plans within the Gates and Coleman litigation, and participated in the initial Coleman prison site examinations. (See *Curriculum Vitae* of J. Ronald Metz, Exhibit B)

The addition of these two persons to the special master's staff will enhance the special master's ability to provide important mental health input to the Plata Receiver's coordination effort, while allowing the Special Master's existing monitoring staff to turn their attention to their ongoing on-site institutional evaluation and reporting duties. The parties have had an opportunity to review these candidates and report no objection to their qualifications for appointment.

Respectfully submitted

/s/

J. Michael Keating, Jr.
Special Master

/s/

Matthew A. Lopes, Jr.
Deputy Special Master

August 9, 2007

5