# EXHIBIT A

# I. C. HAUNANI HENRY

181 Lightner Court
Sacramento, CA 95815

Fax (916) 646-1848
Home Phone (916) 646-9060
Email HowNani@aol.com
Haunani.henry@cdcr.ca.gov

## CURRICULUM VITAE
## August 2007

### INTRODUCTION:

I continue in my chosen profession of forty-five years in the Criminal Justice System in the State of California. I've had the opportunity and privilege to serve within the California Department of Corrections and now the California Department of Corrections and Rehabilitation, throughout the State at executive, administrative, management and supervisory levels of responsibility.

My commitment to serve in a more diverse and responsible capacity within the Criminal Justice venue is the primary objective of submitting this resume.

### CURRENT & RECENT EXPERIENCE:

September 2004 – present    Consultant, Youth and Correctional Agency/California Department of Corrections and Rehabilitation, Sacramento, CA

Envisioned, coordinated and planned the development of a comprehensive strategy for the professional learning and training of fifty-nine thousand correctional employees. The concept of the California Correctional University, inclusive of a Command College in partnership with State Colleges and Universities and Community Colleges is the goal. Envisioned, coordinated and planned in partnership with the California State University, Sacramento-College of Continuing Education the following: a comprehensive Leadership Development Program for the Department, implemented November 2005, ongoing; an Executive Coaching Course for retired Wardens to coach newly appointed Wardens. Serves as an advisor to the executive leadership on diverse matters related to realigning the Departments correctional culture in support of reforms and rehabilitation.

March 2004 – August 2004    Consultant, Department of Developmental Services (DDS), Office of Protective Services – Porterville Developmental Center (PDC), Porterville, CA

Completed a comprehensive assessment of the program, operations, security and staffing of the Secure Forensic Unit at the PDC ASAP and submit full documentation on findings and recommendations for Government Code, Department and Court compliance. Provided the security systems review for the planned 96-Bed Forensic Expansion project to ensure compliance with the Federal CMS guidelines. Review resulted in a comprehensive proposal recommending revised unobtrusive security

1

systems and the designing of a prototype security fence that was non-prison like to meet Federal guidelines.

June 2003 – October 2003    Examiner, Department of Corrections, Inmate Appeals Unit, Sacramento, CA

Prepare Director level responses on inmate appeals relating to mail. Primary issue was increased number of inmate appeals resulting from the newly implemented CDC policy and procedures restricting inmate access to literature, magazines and/or personal photos of explicit frontal nudity.

June 2000 – February 2002    Project Director, Professional Development Program Unit, Office of Departmental Training, California Department of Corrections, Sacramento, CA

Envisioned, coordinated and planned with a team of seven the development of a comprehensive plan of learning and training on the management and leadership abilities and skills required for existing and future senior leaders. This project was influenced and supported by the Legislature, Secretary, Youth and Correctional Agency, and California Correctional Peace Officer Association (CCPOA). Enlisted research, assistance and established partnership(s) with national criminal justice organizations and other expert consultants on this project. Project implemented September 2001.

## WORK HISTORY

1992 – 1997    **Warden**
**Mule Creek State Prison**
**Ione, CA**

Provide leadership, for a staff of eleven hundred and offender population of thirty-seven hundred inmates. This is a high medium security program institution of three secure facilities inclusive of an Administrative Segregation Unit, and a minimum custody facility. One facility provided program and treatment to sensitive needs inmates requiring special protection, housing, programs and security. During my tenure: converted one medium facility security to a high security programming facility; implemented the mental health correctional care services in compliance with the Coleman Court Case, and implemented the retrofitting for the Armstrong Court Case.

Established in partnership with the IBM Workforce Solutions a strategy for a top down culture change in which every individual, whether management, staff or inmate is accorded the respect and dignity due all human beings. There were significant changes in enhanced security practices, lower inmate disciplines, employee performance increased, and decreases in employee discipline, lower sick leave usage, and healthy work place for staff and for inmates to live, program and receive treatment. This commitment was named *Team Mule Creek,* starting in 1992 and was still in process upon my retirement in December, 1997. (Brochure and pamphlets for this change available upon request.)

1990 – 1991          **Chief Deputy Warden**
                     ***California Medical Facility-South***
                     ***Vacaville, CA***

Operational administrator of a forty-eight hundred bed medium/low security, with academic, vocational and treatment programming institution with a large Prison Industry operation.

1986 – 1988          **Chief Deputy Warden**
                     ***California Medical Facility***
                     ***Vacaville, CA***

Operational administrator of a forty-four hundred bed facility inclusive of the Northern California Reception Center, the general inmate population, full-service medical and mental health population, an administrative segregation unit, and a minimum security inmate population.

In response to the Gates Court Case spearheaded with the Health Care Services Division of the California Department of Corrections (CDC), The Department of Mental Health (DMH), Federal Court staff, and other public and private service and special interest organizations, the strategy of Health Care Licensing. Actively engaged in discussion, development and planning to undertake critical physical plant infrastructure building changes, recruit, hire and train necessary health care staff; reorient existing staff to the importance of licensing and the need for attitude and behavior changes to support quality security and health care treatment standards; and to safely operate and provide care and services to the inmate population. The first AIDS/HIV Unit within the CDC was established as part of this plan. The closure and relocation of the Northern Reception Center as also accomplished.

CMF was successfully granted licenses for an Acute Care Hospital, Skilled Nursing Facility, and in partnership with the DMH, Inpatient Psychiatric Hospital and Outpatient Psychiatric Services Program late 1988 effective January 1989.

1984 – 1986          **New Prison Manager**
                     ***On site New Prison Construction Administrator***
                     ***California Medical Facility – South***
                     ***Vacaville, CA***

Appointed as operations administrator for the phased construction and phased occupancy of this tilt-up prototype prison the first built in over twenty-three years. The mission of this institution was to fully program forty-eight hundred medium and low medium security inmates.

3

1980 – 1984        ***Correctional Administrator***
                   ***Central Services Division***
                   ***California Medical Facility***

Responsible for the operations of custody, safety and security of the institutions, inmate classification services, inmate programs, medical and psychiatric treatment, education, support services of feeding, cleanliness, visiting, and leisure time activities and programs.

***Correctional Administrator***
***Northern Reception Center***

Administrator of the reception center operations, processing inmates received from thirty-three northern California counties. Providing academic, medical, psychological, and vocational evaluations and testing, to determine appropriate security risk classification and program needs for institution trans placement.

***Prison Industries Authority***
***Production Manager III***

General manager of three major industrial/manufacturing/farm production operations; comprehensive Book Bindery and Highway Soft Signs production for State Government; Optical Laboratory, producing eyewear for institutionalized persons in State facilities; operated a fifty acre prune orchard farming and gathering the prunes for contracted processing and dehydrated for consumption as a food product by State government facilities. Applied established community industry based standards for the hiring and performance for inmate employees for each of the operations.

**Summary of Prior Correctional Experience**

- Chief, Offender Information Services Branch, CDC Headquarters, Sacramento, CA
- Chief, Correctional Case Records Services Branch, CDC Headquarters, Sacramento, CA
- Assistant Chief Institution Services, (newly established function), CDC Headquarters, Sacramento, CA
- Parole Agent , career enhancement assignment, Parole and Community Services Division, Sacramento Region I, Sacramento, CA
- Correctional Counselor, Classification Services, Institutions Division, CDC Headquarters, Sacramento, CA
- Associate Management Analyst, Management Services Division, CDC Headquarters, Sacramento, CA
- Case Records Manager, Parole and Community Services Division, Region II, San Francisco, CA
- Case Records Manager, Parole and Community Services Division, Civil Addict Program, Region V, Los Angeles, CA

- Technical Support Services, San Quentin State Prison, Records Office, San Rafael, CA

## EDUCATION & CERTIFICATES:

Graduate of Pacific Union College Preparatory Academy, St. Helena, (Angwin) CA

Community College courses accumulated through California Department of Corrections and local colleges with a focus on Business Administration and the Administration of Criminal Justice.

Certificates of Accomplishment in:

- Organizational Development
- Leadership Development
- Conflict Resolution
- Government Management
- Crisis Intervention
- Labor Relations
- Litigation Management
- Others

## NOTED EXPERIENCE:

- Expert witness for California Department of Corrections on offender sentencing and legal matters of offender records
- Experienced public speaker
- Experienced presenter on correctional department-wide issues, organizational operations internally and in the community, i.e., correctional leadership, public safety
- Served on and chaired corrections, professional and community organization committees and councils. Member of various civic, community, and professional organizations.
- Experienced writer of correctional articles, evaluations, reports, policy and procedures, and sensitive correspondence.