# EXHIBIT B

# Ron Metz

## Professional Resume

**Experience**

**November 2004 – Present**
**Retired Annuitant, CDC(R)) Health Care Services**
- Served on departmental task force to develop mental health services for "psychiatric return" parole violators in <u>Valdivia</u> case; monitored treatment and return to parole recommendations for affected inmate patients; developed recommendations for alternative placements
- Served as Mental Health Services representative to develop new Life Term Inmate mental health evaluations for BPH hearings in <u>Rutherford</u> case; wrote budget proposal and operational plan for those evaluations
- Provided ongoing consultation and supervision to Mentally Disordered Offender Unit
- Developed Reception Center EOP plan, budget proposal, workload assessment, and institutional operational procedure template
- Served as Mental Health Services representative on needed accommodations for mental health evaluations is <u>Armstrong</u> case
- Participated in Quality Management Assistant Team institutional visits; emphasis on Rules Violation Reports, Heat Plan, and Interdisciplinary Treatment Team Reviews

**January 2003 – October 2004**
**Self-employed Private Investigator**
- Conducted private pre-sentence evaluations and developed alternatives to prison incarceration for sentencing decisions
- Conducted worker's compensation investigations

**September 2000 – December 2001**
**Retired Annuitant CDC Mentally Disordered Offender Program**
- Continued management of Mentally Disordered Offender Unit
- Developed program plan and budget proposal for departmental sex offender treatment program

### June 1998 – September 2000
### Program Administrator CDC Mentally Disordered Offender Program
- Developed program plan, budget proposal, and policies and procedures for Departmental Forensic Services Unit to evaluate potential Mentally Disordered Offenders (PC2962) and Life Term inmates pending parole hearings

- Served as Program Administrator, supervising staff of 20 Clinical Psychologists conducting forensic evaluations of inmates for Board of Prison Terms decisions

### June 1997 – June 1998
### Health Care Services Policy and Program Development Captain
- Served as administrative assistant to Assistant Deputy Director in review and development of medical policy and programs; emphasis on TB and Hepatitis C testing
- Participated in development of program monitoring systems

### April 1993 – June 1997
### Mental Health Services Program Administrator / Captain
- Developed program guide for Reception Center Mental Health Evaluations
- Developed program guide for Enhanced Outpatient Program
- Developed Staff Referral process
- Participated in development of Heat Plan, Psychiatric Services Unit, standardized Lifer Evaluation Reports, mental health input into disciplinary proceedings, cell extraction procedures for mentally ill inmates
- Participated in initial site visits of mental health programs with Coleman court monitors

### May 1989 – April 1993
### Correctional Counselor III, California Men's Colony, CDC
- Served as program administrator of intensive risk assessment program for Life Term Inmates referred by Board of Prison Terms for parole consideration hearings
- Participated "on loan" to CDC Headquarters in development of mental health treatment plan for Gates case at CMF
- Participated "on loan" to CDC Headquarters in development of system-wide mental health treatment plan in initial response to Coleman case

### April 1987 – May 1989
### Correctional Counselor II, California Men's Colony, CDC
- Served as institutional Appeals Coordinator
- Supervised a unit of correctional counselors in mentally ill housing unit / provided liaison with mental health staff

### July 1984 – April 1987
### Correctional Counselor I California Men's Colony, CDC
- Provided correctional counseling to incarcerated inmates
- Developed pre-release parole plans
- Conducted evaluations of Life Term Inmates for Parole Consideration Hearings by the Board of Prison Terms

### April 1983 – July 1984
### Owner / Operator Mountain Mike's Pizza Parlor (San Jose)
- Established franchised pizza parlor
- Managed personnel and restaurant operations
- Managed payroll and budget

### January 1979 – April 1983
### Supervising Adult Probation Officer, Santa Clara County
- Served as Program Manager for federal grant to implement pre-sentence recommendation guidelines and improved report format
- Implemented program for pre-plea reports
- Supervised unit of Deputy Probation Officers conducting Superior Court pre-sentence investigations

### May, 1970 – December 1978
### Deputy and Senior Probation Officer, Santa Clara County
- Conducted pre-sentence background Investigations of adult offenders
- Represented Probation Department in sentencing hearings of convicted felons
- Supervised caseload of probationers
- Developed Community Resources Review Board to identify community resources for alternative sentencing
- Represented Probation Department in implementation of Drunk Driving diversion program

**January, 1970 – May, 1970**
**Juvenile Counselor, Alameda County Probation Department**

**April, 1969 – October, 1969**
**Ensign, United States Naval Reserve**

# Education

**Master of Arts**, Correctional Counseling     Chapman College 1975
**Bachelor of Arts**, Psychology   Chico State College   1968