PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 096891
JANE KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
LEWIS BOSSING, Bar No. 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2007** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the First Quarter of 2007 to defendants via overnight Federal Express on May 4, 2007. The parties completed their meet-and-confer process on July 16, 2007.

The parties agree to the payment of $381,419.27 in fees and costs incurred during the First Quarter of 2007. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the First Quarter of 2007.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $381,419.27 plus interest is due and collectable as of 45 days from the date of entry of this Order. Daily Interest on these fees and costs will run from the date of entry of this Order, accruing at the rate provided by 28 U.S.C. § 1961.

The parties also agree that there is $7,433.32 in attorneys' fees and expenses that remains undisputed and unpaid from 2006 ($7,353.32 incurred during the 3rd quarter of 2006 and $80.00 incurred during the 4th quarter of 2006). Accordingly, $7,433.32 is overdue and unpaid, with interest running on $7,353.32 at 4.96 percent from December 22, 2006 ($1.01 per day) and with interest running on $80.00 at 4.90 percent from March 2, 2007 ($0.01 per day).

APPROVED AS TO FORM:

_____  DATED: 8/8/07
Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

_____  DATED: 8/9/07
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

# EXHIBIT A

# Coleman v. Schwarzenegger
## First Quarterly Statement of 2007
### January 1, 2007 through March 31, 2007

### SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | COSTS |
|---|---|---|
| MONITORING | $ 335,222.41 | $ 155.15 |
| MONITORING FEES ON FEES | $ 18,587.40 | $ 27,454.31 |
| **TOTALS:** | **$ 353,809.81** | **$ 27,609.46** |

**TOTAL UNDISPUTED FEES AND COSTS**            $ 381,419.27

**FEES AND COSTS REMAINING IN DISPUTE**        $ 3,366.20

*Matter: 489-3*

## Coleman v. Schwarzenegger
### Summary Of Undisputed Fees - First Quarterly Statement, 2007
### January 1, 2007 through March 31, 2007
### Monitoring Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | PLRA Rate | Fees Now Owing | Fees Still in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | |
| Michael W. Bien (MWB) | 186.00 | 20.00 | 14.90 | 1.20 | 3.90 | 180.90 | $ 169.50 | $ 30,662.55 | 661.05 |
| Ernest Galvan (EG) | 0.70 | 0.20 | 0.00 | 0.20 | 0.00 | 0.50 | $ 169.50 | $ 84.75 | - |
| Jane E. Kahn (JEK) | 333.40 | 32.70 | 28.20 | 2.00 | 0.00 | 328.90 | $ 169.50 | $ 55,748.55 | 423.75 |
| Gay C. Grunfeld (GCG) | 1.20 | 0.00 | 0.00 | 0.00 | 2.50 | 1.20 | $ 169.50 | $ 203.40 | - |
| Thomas Nolan (TN) | 43.90 | 14.90 | 6.40 | 7.70 | 0.80 | 35.40 | $ 169.50 | $ 6,000.30 | 135.60 |
| Megan R. Lang (MRL) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 | - |
| Anne Mania (AHM) | 0.70 | 0.10 | 0.00 | 0.10 | 0.00 | 0.60 | $ 169.50 | $ 101.70 | - |
| Amy E. Whelan (AEW) | 213.70 | 41.80 | 36.90 | 4.10 | 0.80 | 208.80 | $ 169.50 | $ 35,391.60 | 135.60 |
| Lori E. Rifkin (LER) | 158.10 | 50.80 | 35.30 | 6.20 | 9.30 | 142.60 | $ 169.50 | $ 24,170.70 | 1,576.35 |
| Sarah L. Laubach (SML) | 131.10 | 39.60 | 36.20 | 3.40 | 0.00 | 127.70 | $ 169.50 | $ 21,645.15 | - |
| Kim Le (KTL) | 2.30 | 0.10 | 0.10 | 0.00 | 0.00 | 2.30 | $ 169.50 | $ 389.85 | - |
| Salvador Arrona (SA) | 0.60 | 0.10 | 0.10 | 0.00 | 0.00 | 0.60 | $ 169.50 | $ 101.70 | - |
| Sofia A. Millham (SAM) | 305.60 | 54.20 | 39.30 | 14.90 | 0.00 | 290.70 | $ 169.50 | $ 49,273.65 | - |
| Katherine Johnson-Silk (KJS) | 100.50 | 7.90 | 5.30 | 2.10 | 0.50 | 97.90 | $ 169.50 | $ 16,664.00 | 80.00 |
| Nathan J. Kleiner (NJK) | 50.60 | 18.70 | 10.10 | 8.60 | 0.00 | 42.00 | $ 160.00 | $ 6,720.00 | - |
| Emily K. Harpster (EKH) | 2.30 | 1.10 | 0.00 | 0.30 | 0.80 | 1.20 | $ 160.00 | $ 192.00 | 128.00 |
| Sean Donovan (SD) | 1.50 | 0.20 | 0.00 | 0.20 | 0.00 | 1.30 | $ 160.00 | $ 208.00 | - |
| Kaylie T. Simon (KTS) | 1.60 | 1.10 | 0.00 | 0.30 | 0.80 | 0.50 | $ 150.00 | $ 75.00 | 120.00 |
| Maya Weitman-Fahs (MWF) | 2.20 | 0.40 | 0.20 | 0.20 | 0.00 | 2.00 | $ 150.00 | $ 300.00 | - |
| Katie Richardson (KMR) | 204.30 | 23.40 | 17.10 | 6.30 | 0.00 | 198.00 | $ 150.00 | $ 29,700.00 | - |
| Melanie E. Wilkinson (MEW) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $ 150.00 | $ 45.00 | - |
| Marisa C. Diaz (MCD) | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | $ 150.00 | $ 75.00 | - |
| **RBG Totals:** | **1741.30** | **307.30** | **230.10** | **57.80** | **19.40** | **1664.10** | | **$ 276,786.80** | **3,260.35** |
| | | | | | | | | | |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Donald Specter (DS) | 6.80 | 0.30 | 0.00 | 0.00 | 0.30 | 6.50 | $ 169.50 | $ 1,101.75 | 50.85 |
| Steven Fama (SF) | 0.50 | 0.30 | 0.30 | 0.00 | 0.00 | 0.50 | $ 169.50 | $ 84.75 | - |
| Sarah Norman (SN) | 0.30 | 0.30 | 0.30 | 0.00 | 0.00 | 0.30 | $ 169.50 | $ 50.85 | - |
| Penny Godbold (PG) | 1.10 | 0.40 | 0.40 | 0.00 | 0.00 | 1.10 | $ 169.50 | $ 186.45 | - |
| Ivan Trujillo (IT) | 173.10 | 4.10 | 2.10 | 2.00 | 0.00 | 171.10 | $ 169.50 | $ 29,001.45 | - |
| Megan Hagler (MH) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 | - |
| Noor Dawood (ND) | 5.20 | 0.00 | 0.00 | 0.00 | 0.00 | 5.20 | $ 160.00 | $ 832.00 | - |
| Jessica Bol (JB) | 163.80 | 18.20 | 17.40 | 0.80 | 0.00 | 163.00 | $ 160.00 | $ 26,080.00 | - |
| **PLO Totals:** | **351.00** | **23.60** | **20.50** | **2.80** | **0.30** | **347.90** | | **$ 57,371.15** | **50.85** |
| | | | | | | | | | |
| **Employment Law Center** | | | | | | | | | |
| Claudia Center | 5.88 | 0.00 | 0.00 | 0.00 | 0.00 | 5.88 | $ 169.50 | $ 996.66 | - |
| Lewis Bossing | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | $ 169.50 | $ 67.80 | - |
| **ELC Hours:** | **6.28** | **0.00** | **0.00** | **0.00** | **0.00** | **6.28** | | **$ 1,064.46** | **-** |
| | | | | | | | | | |
| **Total Monitoring - All Offices** | **2098.58** | **330.90** | **250.60** | **60.60** | **19.70** | **2018.28** | | **$335,222.41** | **$3,311.20** |

*Matter: 489-5*

**Coleman v. Schwarzenegger**
**Summary Of Undisputed Fees - First Quarterly Statement, 2007**
**January 1, 2007 through March 31, 2007**

Fees Work

| Attorney/Law Firm | Claimed Hours | Hours Originally In Dispute | Objections Withdrawn By Defendant | Time Withdrawn By Plaintiff | Hours Remaining In Dispute After Meet and Confer | Undisputed Hours | Rate | Fees Now Owing | Fees Still in Dispute |
|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | |
| Ernest Galvan (EG) | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | $ 169.50 | $ 118.65 | - |
| Thomas Nolan (TN) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 | - |
| Amy E. Whelan (AEW) | 20.70 | 0.00 | 0.00 | 0.00 | 0.00 | 20.70 | $ 169.50 | $ 3,508.65 | - |
| Lori E. Rifkin (LER) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 | - |
| Pamela Derrico (PD) | 81.00 | 0.00 | 0.00 | 0.00 | 0.00 | 81.00 | $ 169.50 | $ 13,729.50 | - |
| Sofia A. Millham (SAM) | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $ 169.50 | $ 50.85 | - |
| Kim Le (KTL) | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 16.95 | - |
| Katie Richardson (KMR) | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | $ 150.00 | $ 300.00 | - |
| **RBG Totals:** | 105.20 | 0.00 | 0.00 | 0.00 | 0.00 | 105.20 | | $ 17,792.40 | - |
| **PRISON LAW OFFICE** | | | | | | | | | |
| Edie DeGraff (ED) | 5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | $ 150.00 | $ 795.00 | - |
| **PLO Totals:** | 5.30 | 0.00 | 0.00 | 0.00 | 0.00 | 5.30 | | $ 795.00 | - |
| **Total Fees - All Offices** | 110.50 | 0.00 | 0.00 | 0.00 | 0.00 | 110.50 | | $ 18,587.40 | - |

**Coleman v. Schwarzenegger**

Summary Of Undisputed Costs - First Quarterly Statement, 2007
January 1, 2007 through March 31, 2007

*Matter: 489-3 (Monitoring)*

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Disputed |
|---|---:|---:|---:|---:|---:|---:|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @.20) | $ 9,886.60 | $ - | $ - | $ - | $ 9,886.60 | $ - |
| Photocopying (outside services) | $ 5,548.34 | $ - | $ - | $ - | $ 5,548.34 | $ - |
| Photocopying - NCJRS | $ 20.00 | $ 20.00 | $ - | $ - | $ - | $ 20.00 |
| International Effectiveness - Translation Spanish/English | | | | | | |
| Amazon - Private Prisons & Public Interest | $ 2,020.80 | $ 1,732.00 | $ 1,732.00 | $ - | $ 2,020.80 | $ - |
| Online Research - Pacer | $ 20.28 | $ - | $ - | $ - | $ 20.28 | $ - |
| Sage - Article re Overcrowding | $ 341.20 | $ - | $ - | $ - | $ 341.20 | $ - |
| Petrilla Reporting - Hearing Transcript | $ 35.00 | $ 35.00 | $ - | $ - | $ - | $ 35.00 |
| Senate Rules Committee Tape | $ 132.90 | $ 132.90 | $ 132.90 | $ - | $ 132.90 | $ - |
| Postage & Delivery | $ 15.00 | $ - | $ - | $ - | $ 15.00 | $ - |
| Telephone | $ 1,612.02 | $ - | $ - | $ - | $ 1,612.02 | $ - |
| Westlaw | $ 162.01 | $ - | $ - | $ - | $ 162.01 | $ - |
| Telefax | $ 226.68 | $ - | $ - | $ - | $ 226.68 | $ - |
| Travel | $ 122.00 | $ - | $ - | $ - | $ 122.00 | $ - |
| | $ 2,094.33 | $ 36.70 | $ 36.70 | $ - | $ 2,094.33 | $ - |
| **RBA Totals:** | $ 22,237.16 | $ 1,956.60 | $ 1,901.60 | $ - | $ 22,182.16 | $ 55.00 |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (in-house) | $ 1,797.60 | $ - | $ - | $ - | $ 1,797.60 | $ - |
| Postage & Delivery | $ 1,108.65 | $ - | $ - | $ - | $ 1,108.65 | $ - |
| International Effectiveness - Translation Spanish/English | | | | | | |
| Telephone | $ 802.00 | $ - | $ - | $ - | $ 802.00 | $ - |
| Telefax | $ 5.04 | $ - | $ - | $ - | $ 5.04 | $ - |
| Travel | $ 184.00 | $ - | $ - | $ - | $ 184.00 | $ - |
| Telephone | $ 1,374.86 | $ - | $ - | $ - | $ 1,374.86 | $ - |
| **Totals:** | $ 5,272.15 | $ - | $ - | $ - | $ 5,272.15 | $ - |
| **Total Monitoring Costs:** | $ 27,509.31 | $ 1,956.60 | $ 1,901.60 | $ - | $ 27,454.31 | $ 55.00 |

*Matter: 489-5 (Monitoring Fees on Fees)*

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Disputed |
|---|---:|---:|---:|---:|---:|---:|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @.20) | $ 30.20 | $ - | $ - | $ - | $ 30.20 | $ - |
| Photocopying (outside services) | $ 98.03 | $ - | $ - | $ - | $ 98.03 | $ - |
| Online Research - Pacer | $ 10.64 | $ - | $ - | $ - | $ 10.64 | $ - |
| Telephone | $ 16.28 | $ - | $ - | $ - | $ 16.28 | $ - |
| **Total Fees Costs:** | $ 155.15 | $ - | $ - | $ - | $ 155.15 | $ - |
| **TOTAL UNDISPUTED COSTS** | $ 27,664.46 | $ 1,956.60 | $ 1,901.60 | $ - | $ 27,609.46 | $ 55.00 |