1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
11  RALPH COLEMAN, et al.,                ) Case No. Civ. S 90-0520 LKK-JFM
                                          )
12         Plaintiffs,                    ) **[PROPOSED] ORDER CONFIRMING**
                                          ) **UNDISPUTED ATTORNEYS= FEES**
13  vs.                                   ) **AND COSTS FOR THE FIRST**
                                          ) **QUARTER OF 2007**
14  ARNOLD SCHWARZENEGGER, et al.,        )
                                          )
15         Defendants                     )
                                          )
16
17
18
19
20
21
22
23
24
25
26
27
28

On August 9, 2007, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the First Quarter of 2007, pursuant to the March 19, 1996, periodic fees order in this case.

Pursuant to the stipulation filed on August 9, 2007, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $381,419.27, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Daily Interest runs from date of entry of this Order at the rate provided by 28 U.S.C. ' 1961.

Pursuant to the stipulation filed on August 9, 2007, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $7,433.32, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Daily interest runs on $7,353.32 at 4.96 percent from December 22, 2006 ($1.01 per day) and interest runs on $80.00 at 4.90 percent from March 2, 2007 ($0.01 per day).

IT IS SO ORDERED.

Dated:

_____
John F. Moulds, Magistrate Judge
United States District Court