EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205
  Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL PAYMENT OF DISPUTED ATTORNEYS' FEES AND COSTS** <br><br> Hearing: September 6, 2007 <br> Time: 11:00 a.m. <br> Judge: The Honorable Lawrence K. Karlton |

## I.

## INTRODUCTION

Defendants request this Court take judicial notice, under Rule 201 of the Federal Rules of Evidence, of documents filed in this matter and in other federal matters.

## II.

## LEGAL STANDARD

Rule 201 of the Federal Rules of Evidence permits the court to take judicial notice of the court's files and records in another, pending federal action. *Conopco, Inc. v. Roll Int'l*, 231

F.3d 82 (9th Cir. 2000); *San Juan County v. United States*, 420 F.3d 1197 (10th Cir. 2005).

Defendants request this Court take judicial notice of the following:

    Exhibit 1 -    Stipulation and Order for Periodic Collection of Attorneys' Fees and Costs, filed March 19, 1996

    Exhibit 2 -    Exhibit E to Declaration of Michael Bien in Support of Motion for Temporary Restraining Order and Preliminary Injunction to Enjoin Out-of-State Transfers, filed November 2, 2006 (Declaration of Donald Specter)

    Exhibit 3 -    Exhibit H to Declaration of Michael Bien in Support of Motion for Temporary Restraining Order and Preliminary Injunction to Enjoin Out-of-State Transfers, filed November 2, 2006 (Letter from CDCR General Counsel)

Defendants further request that the Court take judicial notice of the Motions to Convene a Three Judge Panel to Limit the Prison Population in *Armstrong v. Davis*, U.S.D.C. Northern District, Case No. C 94-2307 CW, and in *Plata v. Schwarzenegger*, U.S.D.C. Northern District, Case No. CO1-1351-THE which were filed on or about November 13, 2006.

## III.

## CONCLUSION

Defendants respectfully request this Court grant their request for judicial notice of pleadings filed in this matter and in the *Armstrong* and *Plata* matters.

Dated: August 8, 2007

        Respectfully submitted,
        EDMUND G. BROWN JR.
        Attorney General of the State of California
        DAVID S. CHANEY
        Chief Assistant Attorney General
        FRANCES T. GRUNDER
        Senior Assistant Attorney General
        ROCHELLE C. EAST
        Supervising Deputy Attorney General

        */s/* Misha D. Igra

        MISHA D. IGRA
        Deputy Attorney General
        Attorneys for Defendants

30311176.wpd