# Exhibit 2

1  PRISON LAW OFFICE
   DONALD SPECTER – 83925
2  SARA NORMAN – 189536
   General Delivery
3  San Quentin, California 94964
   Telephone: (415) 457-9144

4
   DISABILITY RIGHTS EDUCATION &
5  DEFENSE FUND, INC.
   LINDA KILB -- 136101
6  2212 6th Street
   Berkeley, California 94710
7  Telephone: (510) 644-2555

8
   JONES DAY
9  CAROLINE N. MITCHELL - 143124
   555 California Street, 25th Floor
10 San Francisco, CA 94104
   Telephone: (415) 875-5712

11

BINGHAM McCUTCHEN, LLP
WARREN E. GEORGE – 53588
FRANK B. KENNAMER – 157844
Three Embarcadero Center
San Francisco, California 94111-4066
Telephone: (415) 393-2000

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN – 096891
GAY C. GRUNFELD – 121944
Anne Mania - 217866
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

LAW OFFICES OF ELAINE B. FEINGOLD
ELAINE B. FEINGOLD – 99226
1524 Scenic Avenue
Berkeley, California 94708
Telephone: (510) 848-8125

12 Attorneys for Plaintiffs

13         IN THE UNITED STATES DISTRICT COURT

14         NORTHERN DISTRICT OF CALIFORNIA

15                  OAKLAND DIVISION

16 JOHN ARMSTRONG, et al.,              )  Case No. C 94-2307 CW
                                        )
17         Plaintiffs,                  )  **DECLARATION OF DONALD**
                                        )  **SPECTER IN SUPPORT OF**
18 v.                                   )  **PLAINTIFFS' MOTION FOR A**
                                        )  **TEMPORARY RESTRAINING ORDER**
19 ARNOLD SCHWARZENEGGER, et al.,       )  **AND PRELIMINARY INJUNCTION TO**
                                        )  **ENJOIN DEFENDANTS' ILLEGAL**
20         Defendants.                  )  **TRANSFERS**
                                        )
21                                      )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24 _____ )

25     I, Donald Specter, hereby declare:

26     1.     I am an attorney admitted to the Bar of this Court and one of the co-counsel

27 for plaintiffs in the above-referenced case.

28     2.     In late September of this year, I received a telephone call from Jim Tilton, the

1  Secretary of the California Department of Corrections and Rehabilitation (CDCR).  Mr.

2  Tilton informed me that the Governor had decided to contract with out-of-state correctional

3  facilities to house California prisoners due to the overcrowding crisis in California's

4  prisons.  I told Mr. Tilton that I believed that some of my clients in this and other cases

5  would welcome the opportunity to transfer to an out-of-state facility and that I would work

6  with him on the implementation of a voluntary transfer program that met all the legal

7  requirements.

8         3.       After that telephone call, I received a request from the Scott Kernan, a CDCR

9  official in charge of the program, to participate in a meeting to discuss concerns we had

10  about the transfers to out-of-state facilities.  I agreed to participate in that meeting, and a

11  meeting was held on October 3rd at the CDCR headquarters.  Present besides attorneys

12  representing defendants were the Undersecretary Bud Prunty, Mr. Kernan and several other

13  officials.  At that meeting, I informed the defendants of our position that the transfer of

14  prisoners violated the Injunction in this case as well as the ADA because they were

15  discriminating against prisoners with disabilities.  I offered to work with them to develop a

16  protocol so that qualified prisoners with disabilities could participate in this program.  I was

17  asked to send them a list of objections and concerns about the program, which I did shortly

18  thereafter.  I did not receive a response to this document.

19         4.       On or about October 13, 2006, I received a copy of a letter that Bruce Slavin,

20  Chief Counsel for the CDCR, sent to Michael Keating about the out-of-state transfer

21  process.   A true and accurate copy of that letter is attached hereto as Exhibit A.

22  Because Mr. Slavin was not in his office that day I immediately contacted Kathy Keeshan,

23  Chief Deputy General Counsel for the CDCR and informed her of my concerns that their

24  process for determining which prisoners would be sent to out-of-state facilities violated the

25  ADA's prohibition against discrimination of disabled individuals.  Ms. Keeshan stated that

26  she understood my concerns and promised to have someone get back to me.  No one

27  responded.

28         5.       On October 20, 2006, I met with Jim Tilton and Bruce Slavin about the out-

2

DECL. OF DONALD SPECTER IN SUPPORT OF
PLAINTIFFS' MTN FOR TRO AND PI TO ENJOIN
ILLEGAL TRANSFERS, Case No. C-94-2307 CW

1    of-state transfer process and I again informed them of what I perceived to be the legal

2    problems with their process. I also explained that I had not received any response to these

3    concerns. Mr. Tilton promised that he would have someone respond, but there was no

4    response.

5          6.    On Monday October 23, 2006, I sent an email to Bruce Slavin stating that the

6    contracts between the out-of-state providers and the State of California violated the

7    Injunction in this case and requested resolution of the issue by the end of that week. I

8    received an email response on Thursday October 26, inviting me to a meeting to discuss this

9    and other issues surrounding the transfer process. That meeting was scheduled by the

10   CDCR for tomorrow at noon, a few short hours before the transfers were to begin.

11         7.    In the afternoon of November 1, 2006, I learned from a third party that

12   prisoners were going to be sent to an out-of-state facility in Tennessee on Friday November

13   3. I contacted Bruce Slavin and asked whether this was true. Mr. Slavin confirmed that

14   about 80 prisoners were going to be sent to Tennessee on Friday and that none of these

15   prisoners would have disabilities. He also said that prisoners with disabilities would be sent

16   at a later date. I informed Mr. Slavin that we were going to consider filing for a Temporary

17   Restraining Order. I later confirmed that intention in an email on the same date.

18         8.    Attached hereto as Exhibit B is a true and accurate copy of a contract between

19   the State of California and the Corrections Corporation of America to house California

20   prisoners at out-of-state facilities.

21         9.    Attached hereto as Exhibit C is a true and accurate copy of a contract between

22   the State of California and the GEO Corporation to house California prisoners at out-of-

23   state facilities.

24         10.    Attached hereto as Exhibit D is a is a true and accurate copy of a Fact Sheet

25   and Briefing Memo that was distributed by the CDCR to explain the out-of-state transfer

26   program.

27         11.    Attached hereto as Exhibit E is a true and accurate copy of the Permanent

28   Injunction entered in this case on March 21, 2001.

3

DECL. OF DONALD SPECTER IN SUPPORT OF
PLAINTIFFS' MTN FOR TRO AND PI TO ENJOIN
ILLEGAL TRANSFERS, Case No. C-94-2307 CW

1    12.    Attached hereto as Exhibit F is a true and accurate copy of the Armstrong

2    Remedial Plan.

3    13.    Attached hereto as Exhibit G is a true and accurate copy of the Prison Overcrowding

4    State of Emergency Proclamation issued on October 4, 2006.

5

6    I declare under penalty of perjury that the foregoing is true and correct and that this

7    declaration was executed on November 1, 2006 at San Rafael, California.

8

9

10    DONALD SPECTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4