# Exhibit 3

STATE OF CALIFORNIA                                               Arnold Schwarzenegger, *Governor*

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
OFFICE OF THE SECRETARY
P.O. Box 942883
Sacramento, CA 94283



October 12, 2006

Mr. J. Michael Keating
Special Master, Coleman v. Schwarzenegger
2351 Sussex Dr.
Fernandina Beach, FL 32034

RECEIVED
OCT 17 2006
By____

Dear Mr. Keating:

I write as a follow up to our conference call on September 22, 2006, regarding the California Department of Corrections and Rehabilitation's plans for the transfer of several thousand prisoners to out-of-state facilities. Attached is our proposed policy for health care screening of prisoners who have agreed to a transfer. Please note that consistent with our discussion on September 22, we are excluding from transfer all prisoners currently in the Mental Health Services Delivery System (MHSDS). In addition, all prisoners will receive a screening by a registered nurse that is similar to the screening performed prior to placement in Administrative Segregation. If the screening raises any concerns about the prisoner's mental health, he will be referred for a full clinical evaluation and will be excluded from transfer if he condition requires treatment in the MHSDS.

The issue has been raised that some prisoners in the MHSDS may be able to transfer safely to another state and receive appropriate treatment there. As we move forward in this process, we would like to work with you and your staff to see if appropriate screening criteria can be developed to consider MHSDS prisoners for transfer.

If you have any questions, please contact me at 916-323-5567.

Sincerely

*Bruce M. Slavin*
BRUCE M. SLAVIN
General Counsel
Office of Legal Affairs

cc. Lisa Tillman
    Donald Specter
    Michael Bien

# Phase I
# Health Care Screening for Out-of State Placement

## Policy

The California Department of Corrections and Rehabilitation (CDCR) shall utilize a standardized process and specific screening criteria for consideration of an inmate's request for California Out-of-State Correctional Facility (COCF) placement.

Inmates approved for COCF placement must be in good health, without medical conditions likely to require significant health care intervention; and where transportation over a several day period will not pose a health risk. Inmates without medical conditions or with well-controlled, uncomplicated medical condition(s) may be approved for COCF placement only after a thorough health record review and a face-to-face assessment by a Registered Nurse (RN). Inmates currently on prescription medications or who have an uncontrolled chronic disease that requires on-going treatment and monitoring shall be referred to a Primary Care Provider (PCP) for evaluation. In the event the RN is uncertain of the inmate's medical condition or treatment needs, the RN shall refer the inmate to the PCP for a face-to-face evaluation.

The inmate will not be charged a co-payment fee for the COCF screening, RN face-to-face assessment or the PCP evaluation.

Inmates who have serious medical or mental health conditions, as evidenced by the following, shall be excluded from COCF placement:

## MEDICAL

- Admission to a higher level of care, i.e., OHU, CTC, GACH within the past six months;
- Poorly controlled chronic disease processes;
- Pending specialty service/procedures appointments;
- Terminal medical condition;
- Non-compliance with prescribed treatment regimens or medication within the past six months.

## MENTAL HEALTH

- Currently a member of the Mental Health Services Delivery System.

## DENTAL

- Acute or urgent dental condition (treatment priority 1 or 2).

Phase I
Health Care Screening for Out-of-State Placement
Page 2

Inmates who have the following health care issues shall be considered for COCF placement on a case-by-case basis:

## DISABILITY

An inmate designated to be in any one of the following Disability Placement Program (DPP) categories:

- DPW, full time wheelchair user and requires wheelchair accessible cell.
- DPO, intermittent wheelchair user, requires lower bunk wheelchair accessible path of travel but does not require wheelchair accessible cell.
- DPH, deaf/hearing impaired and must rely upon written communications, lip reading or sign language interpreter.
- DPV, blind/vision impaired and vision is not correctable to central acuity of better than 20/20 without corrective lenses in at least one eye.

## DEVELOPMENTAL DISABILITY

An inmate designated to be in any one of the following Developmental Disability Program (DDP) categories:

DD-3
DD-2
DD-1A
DD-1

### Purpose

To ensure inmate-patients are appropriately screened for medical, mental health and dental contraindications prior to approval for participation in the COCF placement program.

Phase I
Health Care Screening for Out-of-State Placement
Page 3

**Procedure**

1. At the screening institution
   a. The Classification and Parole Representative (C&PR) or designee shall provide a list to the Health Records personnel of the inmates who have been tentatively approved by custody/classification for COCF processing. The list shall contain the inmate's name and CDCR number.
   b. The Health Records staff shall provide the list to the Receiving and Release (R&R) Registered Nurse (RN) with the inmate's Unit Health Record (UHR) for review.
   c. The R&R RN shall complete the Health Care Screening For Out-of-State Placement form for each inmate on the list.
   d. The R&R RN shall perform a face-to-face assessment of the inmate as part of the Screening process. The purpose of the face-to-face assessment is to confirm that the inmate does not have any current health care concerns and is able to travel to the COCF location.
   e. The R&R RN shall document the Screening and face-to-face assessment on a CDCR Form 7230, Interdisciplinary Progress Note.
   f. The R&R RN shall contact the institution Utilization Management and Specialty Clinic schedulers to determine if the inmate has a pending or scheduled specialty appointment (including onsite, offsite or telemedicine). If the inmate has a scheduled or pending appointment they will not be approved for COCF placement until the appointment and subsequent treatment is completed. The Health Care Screening for Out-of-State Placement form shall be noted as "Disapproved, due to pending or scheduled specialty appointment."
   g. The inmate may request reconsideration of COCF placement once the specialty appointment and treatment has been completed.
   h. The R&R RN shall perform a thorough UHR review to ensure the inmate's good health and absence of any health care conditions that would exclude him from COCF placement.
   i. The R&R RN shall refer an inmate to a PCP for a face-to-face evaluation, in the event the RN is uncertain of the inmate's medical condition or treatment needs.
   j. If the R&R RN disapproves the inmate for COCF placement, the inmate has the right to appeal this decision through the established inmate appeal process.
   k. The R&R RN shall provide the Central File copy of all Health Care Screening for Out-of-State Placement form to the C&PR.

Phase I
Health Care Screening for Out-of-State Placement
Page 4

    l. The R&R RN UHR review and face-to-face assessment of the inmate shall be completed within seven business days of receipt of the list from the C&PR or designee.
    m. The Health Care Screening for Out-of-State Placement form shall be distributed per the following, original to the UHR, copy to the Central File and a copy to the inmate.

2. Transfer to the COCF Hub Institution
   a. An endorsed COCF placement inmate shall be transferred from their current institution to the COCF Hub institution per existing Health transfer policy, IMSP Vol. 4 Chapter 3.
   b. The Health Records staff shall ensure that all lose medical filing for the endorsed COCF inmate is located and placed in the UHR prior to transfer to the Hub institution.
   c. The Health transfer policy requires that the R&R RN complete a CDCR Form 7371 and ensure the inmate is transferred with his current medication, as applicable.
   d. Upon arrival at the COCF Hub institution, the inmate shall be processed by medical staff following existing policy as stated in Volume 4, Chapter 3, including but not limited to the completion of CDCR Form 7277, "Initial Health Screening".

3. Transfer from COCF Hub institution to Out-of-State institution
   a. The COCF Hub institution is responsible for making a complete copy of the inmate's entire UHR. This complete copy of the UHR shall accompany the inmate upon transfer to the COCF institution. An inmate will not be transferred unless a copy of the UHR is with him at the time of transfer.
   b. On the day of transfer the R&R RN shall interview the inmate to ensure that no health care changes have occurred since arriving at the COCF Hub institution. If the inmate complains of any acute condition(s) or change(s) in their medical, mental health or dental status, the R&R RN shall place a medical hold on the inmate and the inmate will not be transferred to the COCF institution.
   c. Once the inmate's health care condition is resolved, the medical hold shall be removed and the inmate may then be rescheduled for transfer to the COCF institution.
   d. The R&R RN shall comply with IMSP Vol. 4 Chapter 3, Health Transfer for COCF institution transfers.

Phase I
Health Care Screening for Out-of-State Placement
Page 5

    e. The original UHR of all transferred COCF inmates shall be mailed to the COCF Placement Unit in Sacramento within seven days of transfer to the COCF institution.

    f. The COCF Placement Unit shall maintain the original UHR during the entire time the inmate is at the COCF institution.

## Phase I
## HEALTH CARE SCREENING FOR OUT OF STATE PLACEMENT

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION
CONFIDENTIAL MEDICAL INFORMATION

| Current institution | Inmate Name (Last, First, MI) | CDCR Number |
|---|---|---|
| | | |

| Allergies: | Date of Screening |
|---|---|
| No known allergies ☐ | |

### SIGNIFICANT MEDICAL/DENTAL/MENTAL HEALTH PROBLEMS

| (e.g. suicide attempts, dental needs, special diet, pending or incomplete consults, laboratory test, x-rays) | Chronic Care Program (list type) | Date of Last Visit |
|---|---|---|
| | | |
| | | |
| | | |

Date of Last Physical: _____   Dental Condition (priority 1 or 2): ☐ Yes ☐ No
Mental Health Level of Care:   ☐ None ☐ CCCMS ☐ EOP ☐ MHCB // Suicide History: ☐ Yes ☐ No
Disability Chrono 1845: ☐ Yes ☐ No   Developmental Disability 128C-2: ☐ Yes ☐ No
Prosthetic device?  ☐ Yes ☐ No   Type:
Medical Chronos reviewed? ☐ Yes ☐ No   Type of Chrono:

### CURRENT MEDICATION PRESCRIBED

| MAR Attached ☐ Yes ☐ No ☐ N/A | Pharmacy Profile Attached ☐ Yes ☐ No ☐ N/A | | Medication Education Provided ☐ Yes ☐ No | | | | |
|---|---|---|---|---|---|---|---|
| Name of Medication (include TB) | Dose | Route | | Frequency | Start Date | Stop Date | Heat Risk Medication |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

### DIAGNOSTIC TEST PERFORMED

| Tuberculosis | | Chest X-ray |
|---|---|---|
| PDD Test ____ mm Date Read ____ | | ☐ Normal ☐ Abnormal Date Read |

**MISC TEST**

RPR/VDRL ☐   ☐ Reactive ☐ Non-reactive   Treated? ☐ Yes ☐ No Date Treated: _____
Hepatitis:   ☐ Positive ☐ Negative   Type: _____   Treated? ☐ Yes ☐ No Date treated? _____

| Other screening test results & date | Other Laboratory Data |
|---|---|
| | |
| | |

| Pending Medical Health Appointments | Date | Attachments ☐ Yes ☐ No |
|---|---|---|
| ☐ Chronic Care | | |
| ☐ Specialty | | |
| ☐ Other: | | |
| Comments: | | |

| | CDC NUMBER NAME (LAST, FIRST, MI) |
|---|---|
| _____ Approved, patient is approved for participation COCF<br>_____ Disapproved, a significant health care condition excludes participation in COCF<br><br>Assessment completed by RN: _____ Date: _____<br>Signature/Title<br><br><br>Reviewed By MD: _____ Date: _____<br>Signature/Title | |

Distribution: Original to UHR, copy to Central File, copy to Inmate