EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205
  Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF MICHAEL STONE IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL DISPUTED ATTORNEYS' FEES AND COSTS**<br><br>Hearing:  September 6, 2007<br>Time:      11:00 a.m.<br>Judge:     The Honorable<br>             Lawrence K. Karlton |

I, Michael Stone, declare:

1. I am an attorney at law licensed to practice in all courts in the State of California. I am employed as Staff Counsel in the Office of Legal Affairs for the California Department of Corrections and Rehabilitation (CDCR). I am the primary Staff Counsel assigned to this action.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. In the course of my duties, I regularly review quarterly billings from Plaintiffs' counsel, Rosen Bien & Galvan (RBG), and correspond with the firm regarding objections to various

1 aspects of the bills, including but not limited to overstaffing, excessive billing, duplicate entries, relevance and vague descriptions of work. Attached as Exhibit 4 are true and correct copies of my correspondence dated January 4, 2007, together with RBG's billing for the third quarter of 2006. Attached as Exhibit 5 are true and correct copies of my correspondence dated March 9, 2007, together with RBG's billing for the fourth quarter of 2006. In addition to the letters attached as Exhibits 4 and 5, I attempted to negotiate resolution of the pending fee dispute with RBG via e-mail and telephone conversations.

4. CDCR objected to paying RBG's claimed fees and costs for its motion to re-open discovery and seeking production of tour binders which was denied by Magistrate Judge Moulds.

5. CDCR also objected to paying RBG's fees and costs for its motion for a restraining order and preliminary injunction to enjoin out-of-state transfers. The Court denied that motion as well.

6. Attached as Exhibit 6 is a true and correct copy of correspondence memorializing a September 22, 2006 teleconference regarding out of state transfers. The letter is from CDCR General Counsel Bruce Slavin to Special Master Keating with copies to Deputy Attorney General Lisa Tillman, Plaintiffs' counsel Donald Specter and Michael Bien of RBG. The teleconference discussed in the letter pre-dates Governor Schwarzenegger's Emergency Proclamation announcing out-of-state transfers by approximately two weeks.

7. With regard to fees and costs related to Plaintiffs' November 2, 2006 motion seeking referral to a three-judge panel, which was not decided until July 23, 2007, CDCR requested that RBG execute a stipulation for a stay of the issue until after a decision was rendered by Judge Karlton and offered to settle the remaining issues. RBG agreed to such a stipulation in another matter in which the firm filed a nearly identical motion on behalf of a different class of clients, *Armstrong v. Davis,* USDC Northern District case number 4:94-CV-2307. Attached as Exhibit 7 is a copy of an Order entered in *Armstrong* which reflects the stipulation for a stay of fees regarding the then-pending motion for a three-judge panel. Specifically, see page 2, lines 11-14.

8. RBG refused to enter into such a stipulation in *Coleman*.

/ / /

/ / /

Declaration of Michael Stone re: Opposition to Motion to Compel Disputed Attorneys Fees and Costs

9. I informed Plaintiffs' counsel CDCR would not consider paying any portion of the work performed in seeking a three judge panel until after a decision was rendered. Plaintiffs' counsel expressed unwillingness to wait for a ruling.

10. RBG filed the pending motion to compel payment of disputed fees and costs without meeting and conferring with CDCR regarding fees related to the motion to convene a three-judge panel at any time after the court granted the motion on July 23, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Sacramento, California on August ____, 2007

_____
MICHAEL STONE
Staff Counsel
CDCR Office of Legal Affairs

30310127.wpd
CF1997CS0003

Declaration of Michael Stone re: Opposition to Motion to Compel Disputed Attorneys Fees and Costs

3