EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**EXHIBITS 5, 6, AND 7 TO DECLARATION OF MICHAEL STONE IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL DISPUTED ATTORNEYS' FEES AND COSTS**<br><br>Hearing:　September 6, 2007<br>Time:　　11:00 a.m.<br>Judge:　　The Honorable<br>　　　　　Lawrence K. Karlton |

Exhibits 5, 6, and 7 to Declaration of Michael Stone in Support of Opposition to Motion to Compel Disputed Attorney's Fees and Costs

1