| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>      Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>      Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' REQUEST FOR RELIEF BASED ON THE EIGHTEENTH MONITORING REPORT OF THE SPECIAL MASTER ON THE DEFENDANTS' COMPLIANCE WITH PROVISIONALLY APPROVED PLANS, POLICIES AND PROTOCOLS** |

I, Jane E. Kahn, do hereby declare:

1. I am an attorney admitted to practice law in California and an associate in the law firm Rosen, Bien & Galvan, one of the counsel of record for plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Request for Relief Based on the Eighteenth Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols.

2. On March 7, 2005, this Court ordered Defendants to contract for a "cultural assessment" of California State Prison-Corcoran within sixty days from the date of the order. 3/7/05 Order ¶ 5 [Docket 1654]. Defendants contracted with the Criminal Justice Institute for an Assessment of the Institutional Culture of the California State Prison at Corcoran (CSP-Corcoran). The evaluation was completed on August 4, 2005, and provided to Special Master Keating and plaintiffs' counsel on October 17, 2005. Attached hereto as **Exhibit A** is a true and correct copy of the October 17, 2005 Letter to Special Master Keating, with the attached final report of the Assessment of the Institutional Culture of the California State Prison at Corcoran [pages 66 through 107 are not attached as these pages include the Appendices, which can be provided to the Court upon request].

3. On March 7, 2005, this Court ordered Defendants to forthwith complete and file with the Special Master the final fact-finding report on allegations of staff misconduct at CSP-Corcoran and a final version of the institution's Use of Force Handbook. 3/7/05 Order ¶ 6 [Docket 1654]. Defendants provided the fact-finding report and the Use of Force Handbook and Plaintiffs reviewed the materials and provided a critique to Special Master Keating and defense counsel. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' June 1, 2005 Letter to Special Master Keating, Deputy Attorney General Tillman and CDCR Staff Counsel Van de Erve.

4. On July 18, 2007, Plaintiffs submitted their comments on the Draft 18th Report to the Special Master. Plaintiffs included a Declaration from their expert, Walter L. Kautzky, who has worked in criminal justice and corrections for nearly forty (40) years with experience

in all aspects of correctional operations and administration, including responding to the unique requirements of training correctional staff to respond to inmates with mental health disabilities. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' July 18, 2007 Comments and the Kautzky Declaration attached in support of Plaintiffs' Comments.

    5.    Defendants provide the Special Master and Plaintiffs' counsel with a monthly statistical package that includes data on the mental health population housed within the administrative segregation units ("ASU"), the secured housing units (SHU") and the psychiatric housing units ("PSU"). Attached hereto as **Exhibit D** is a true and correct copy of June 8, 2007 Health Care Placement Unit data reporting the percentage of Mental Health population in the ASUs, SHUs and PSUs within CDCR.

    6.    Warden Scribner was the warden at CSP-Corcoran when the Assessment of the Institutional Culture of the California State Prison at Corcoran was conducted in 2005. I accompanied the court experts on the seventeenth round monitoring tour of CSP-Corcoran on May 8-11, 2006, and during that tour we were informed that Warden Scribner had been replaced by Acting Warden Derral Adams. On July 27, 2007, it was reported in the Central Valley Business Times that Mr. Adams was formally appointed as warden of CSP-Corcoran. Attached hereto as **Exhibit E** is a true and correct copy of "People in the News", July 27, 2007, *Central Valley Business Times*.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed August 9, 2007 in San Francisco, California.

_____
Jane E. Kahn