UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No.: Civ S 90-0520 LKK-JFM |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

The Court received the Eighteenth Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols [Docket 2334], which was filed on July 30, 2007. Plaintiffs' filed their Request for Relief Based on the Eighteenth Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies and Protocols on August 9, 2007. In light of those filings and in order to address Defendants' failure to adequately address the serious Use of Force problems at CSP-Corcoran identified by the Special Master over multiple rounds of monitoring, IT IS HEREBY ORDERED that:

1. Defendants shall be directed to work with the Special Master, his experts, Plaintiffs' counsel and Plaintiffs' expert to:

   a) Create a Use of Force Policy Handbook that includes specific guidelines related to inmates with mental health disabilities, including but not limited to court-ordered psychiatric medications, suicide attempts, use of pepper-spray against MHSDS inmates in-cell, and the role of the IDTT with emergency use of force;

    b) Revise all Post Orders for correctional officers assigned to EOP units, 3CMS units, MHCB, SHU and ASUs to include specific references to the Use of Force Policy Handbook;

    c) Provide specialized mental health training, including de-escalation techniques, to all correctional officers and clinicians working in EOP units, 3CMS units, MHCBs, SHU and ASU units;

    d) Ensure that the Use of Force Incident Report review process is retained and conducted in a timely manner;

    e) Require that the interdisciplinary team review and make recommendations for all EOP, 3CMS, and MHCB inmates regarding appropriate custodial responses to their behaviors.  The goal of this review shall be to provide necessary information to the correctional officers working in the housing units where inmates with mental health disabilities are located to reduce the overall Use of Force against MHSDS inmates, as well as to reduce the incidence of "emergency" force against MHSDS inmates.

    f) Defendants shall provide a status report to the Court within sixty (60) days of this Order detailing their compliance with the requirements of this Order.

Dated:_____      _____
                Honorable Lawrence K. Karlton