IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

        Defendants.         <u>ORDER</u>

                             /

        The special master in this case has submitted a request for approval of appointment of two additional staff members. The special master seeks approval of I.C. Haunani Henry and J. Ronald Metz for appointment to his staff. Said staff are to be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred dollars ($200.00) plus reasonable expenses.

        Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The special master's August 9, 2007 request for appointment of additional staff is GRANTED; and

/////

/////

1

2. The special master is authorized to appoint I.C. Haunani Henry and J. Ronald Metz to his staff to perform the duties set forth in the Special Master's Request for Appointment of Additional Staff, filed August 9, 2007, and to be compensated at the rates set forth therein.

DATED:   August 9, 2007.

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

2