STEVEN S. KAUFHOLD (SBN 157195)
skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745)
cstegeman@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Assembly Republican Intervenors:
California State Assemblymembers Todd Spitzer, Chairman, Assembly Select Committee on Prison Construction and Operations, Michael N. Villines, Assembly Republican Leader, Anthony Adams, Greg Aghazarian, Joes Anderson, John J. Benoit, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck DeVore, Michael D. Duvall, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston, Bob Huff, Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Alan Nakanishi, Roger Niello, George A. Plescia, Sharon Runner, Jim Silva, Cameron Smyth, Audra Strickland, Van Tran and Mimi Walters

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>  Defendants. | Case No. CIV S-90-0520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>  Defendants. | Case No. C 01-cv-1351 TEH<br>**THREE-JUDGE COURT** |
| CALIFORNIA ASSEMBLYMEMBERS TODD SPITZER, CHAIRMAN, ASSEMBLY SELECT COMMITTEE ON PRISON CONSTRUCTION AND OPERATIONS, MICHAEL N. VILLINES, ASSEMBLY REPUBLICAN LEADER, ANTHONY ADAMS, GREG AGHAZARIAN, JOES ANDERSON, JOHN J. BENOIT, TOM BERRYHILL, SAM BLAKESLEE, PAUL COOK, | [PROPOSED] ORDER GRANTING ASSEMBLY REPUBLICAN INTERVENORS' MOTION TO INTERVENE |

| | |
|---|---|
| 1 | CHUCK DEVORE, MICHAEL D. DUVALL, BILL EMMERSON, JEAN FULLER, TED GAINES, MARTIN GARRICK, SHIRLEY HORTON, GUY S. HOUSTON, BOB HUFF, KEVIN JEFFRIES, RICK KEENE, DOUG LA MALFA, BILL MAZE, ALAN NAKANISHI, ROGER NIELLO, GEORGE A. PLESCIA, SHARON RUNNER, JIM SILVA, CAMERON SMYTH, AUDRA STRICKLAND, VAN TRAN AND MIMI WALTERS |

Assembly Republican Intervenors.

Upon consideration of the submissions, pursuant to Rule 24(a)(1) of the Federal Rules of Civil Procedure and The Prison Litigation Reform Act, 18 U.S.C. § 3626, *et seq.* ("PLRA"), the Motion to Intervene on behalf of California Assemblymembers Todd Spitzer, Chairman, Assembly Select Committee on Prison Construction and Operations, Michael N. Villines, Assembly Republican Leader, Anthony Adams, Greg Aghazarian, Joes Anderson, John J. Benoit, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck DeVore, Michael D. Duvall, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston, Bob Huff, Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Alan Nakanishi, Roger Niello, George A. Plescia, Sharon Runner, Jim Silva, Cameron Smyth, Audra Strickland, Van Tran and Mimi Walters (collectively the "Assembly Republican Intervenors") is GRANTED. The Assembly Republican Intervenors are directed to file their Intervention Pleading within three days of the entry of this Order.

**IT IS SO ORDERED**

Dated: August __, 2007

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Dated: August __, 2007

_____
LAWRENCE K. KARLTON
UNITED STATES CIRCUIT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: August __, 2007

_____
STEPHEN REINHARDT
UNITED STATES DISTRICT JUDGE
NINTH CIRCUIT