EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5388
 Fax:  (916) 324-5205
 Email:  Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' STATEMENT OF COMPLIANCE REGARDING TELEVISION AND RADIO ACCESSIBILITY IN ADMINISTRATIVE SEGREGATION UNITS** |
| **v.** | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On June 1, 2007, the Court entered an Order directing Defendants to submit a report on each

institutions ability to provide access to televisions or radios to inmates in administrative segregation

units.  Defendants' survey of  television and  radio access  in response to the Court's

June 1, 2007.

/ / /

/ / /

/ / /

/ / /

/ / /

1  Order is attached as Exhibit A to this Statement of Compliance.

2              Dated:  August 13, 2007

3                                              Respectfully submitted,

4                                              EDMUND G. BROWN JR.
                                               Attorney General of the State of California
5                                              DAVID S. CHANEY
                                               Chief Assistant Attorney General
6                                              FRANCES T. GRUNDER
                                               Senior Assistant Attorney General
7                                              ROCHELLE C. EAST
                                               Supervising Deputy Attorney General

8

9                                              */s/ Misha D. Igra*

10                                             MISHA D. IGRA
                                               Deputy Attorney General
11                                             Attorneys for Defendants

12

13  Statement of Compliance re TV_Radio Access.wpd
    CF1997CS0003

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Defendants' Statement Of Compliance Regarding Television and Radio Accessibility in Administrative Segregation Units**