# Exhibit A

**DIVISION OF ADULT INSTITUTIONS**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



August 13, 2007

J. Michael Keating, Jr.            Via:  Lisa Tillman
Office of the Special Master              Deputy Attorney General
2351 Sussex Lane                          Department of Justice
Fernandina Beach, FL  32034               1300 I Street, Suite 125
                                          P. O. Box 944255
                                          Sacramento, CA  94244-2550

Dear Mr. Keating:

Please find enclosed a copy of the summary of responses received from the institutions of the California Department of Corrections and Rehabilitation (CDCR) in regard to Administrative Segregation Units (ASU).  Specifically, the institutions have provided responses to questions regarding average length of stay, yard time, and the ability to provide entertainment appliances to inmates in ASU.

If you have any questions, please contact Joseph Moss, Associate Warden (A), General Population Levels III/IV, Division of Adult Institutions, at (916) 323-3578.

Sincerely,

LEA ANN CHRONES
Director (A)
Division of Adult Institutions

Enclosure

cc:  Teresa A. Schwartz, Deputy Director (A), Division of Adult Institutions
     Lisa Tillman, Deputy Attorney General, Department of Justice
     Misha Igra, Deputy Attorney General, Department of Justice
     Michael Stone, Staff Counsel, Office of Legal Affairs

State of California                                                Department of Corrections and Rehabilitation

# Memorandum

Date    :    August 13, 2007

To      :    Lea Ann Chrones
             Director
             Division of Adult Institutions

Subject:    **SURVEY RESULTS – ADMINISTRATIVE SEGREGATION LENGTH OF STAY, YARD
            TIME, AND ENTERTAINMENT APPLIANCES**

Attached is a summary of responses received from the institutions of the California
Department of Corrections and Rehabilitation (CDCR) in regard to Administrative
Segregation Units (ASU). Specifically, the institutions have provided responses to
questions regarding average length of stay, yard time, and the ability to provide
entertainment appliances to inmates in ASU.

Should you have any questions regarding this information, please contact
J. W. Moss, Associate Warden (A), General Population Levels III/IV at
(916) 323-3578.

J. W. Moss, AW(A)

J. W. Moss
Associate Warden (A)
General Population Levels III/IV
Division of Adult Institutions

Attachment

cc: Teresa Schwartz, Deputy Director (A), Division of Adult Institutions

# ASU SURVEY

| PRISON | BUILDING DESIGN | AVERAGE LENGTH OF STAY-DAYS | CC YARD OFFERED/ WEEK-HRS. | SMY YARD OFFERED/ WEEK-HRS. | P.M. YARD OFFERED/ (Y/N) | RADIOS ALLOWED IN ASU (Y/N) | TV'S ALLOWED IN ASU (Y/N) | ELECTRICAL OUTLETS IN CELLS (Y/N) | CABLE/SAT TV PROG. AVAIL. IN CELLS (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| ASP - UNIT 140 | 270 | 70.00 | 10.00 | 5.00 | No | No | No | No | No |
| *CAL - ASU #1 | Stand Alone | | 10.00 | 10.00 | No | No | No | No | No |
| *CAL - A5 | 270 | 176.00 | 10.50 | 10.50 | No | No | No | No | No |
| CCC - LASSEN, Bldg 4 | 270 | 45.00 | 10.00 | 10.00 | Yes | Yes | Yes | Yes | No |
| CCI - UNIT II | Old Style | | ***14 hours/week of Tier Time | | | No | No | No | No |
| CCI - 4A Building 6 | 180 | | 0.00 | 8.00 | No | No | No | No | No |
| CCI - 4A Building 7 | 180 | | 0.00 | 8.00 | No | No | No | No | No |
| CCI - 4A Building 8 | 180 | | 0.00 | 8.00 | No | No | No | No | No |
| CCI - 4B ASU (SHU) | 180 | 109.00 | 0.00 | 8.00 | No | No | No | Yes | Yes |
| CCWF - Building 504 | 270 | 44.00 | 10.00 | 10.00 | No | Yes | Yes | Yes | No |
| CEN - C6 | Stand Alone | | 10.00 | N/A | Yes | No | No | No | No |
| CEN - A5 | 270 | 85.00 | 9.00 | 2.50 | No | ***Pending | ***Pending | Yes | ***Pending |
| CIM - PALM HALL | Telephone | | 10.50 | 10.50 | No | No | No | No | No |
| CIM - CYPRESS HALL | Telephone | 73.50 | 10.50 | 10.50 | No | No | No | No | No |
| CIW - SPHU | 270 | 44.94 | 10.00 | 10.00 | Yes | No | No | Yes | No |
| CMC - B4 Annex * | Quad | | 0.00 | 0.00 | No | No | No | No | No |
| CMC - Central ASU | Quad | 105.00 | 0.00 | 0.00 | No | No | No | No | No |
| CMF - IV (WILLIS) | Telephone | | 10.00 | 10.00 | No | No | No | No | No |
| CMF - 13** | Telephone | | 10.00 | 10.00 | No | No | No | Yes | No |
| CMF - M3 | Telephone | | 10.00 | 10.00 | No | No | No | No | No |
| CMF - S3 | Telephone | 85.00 | 10.00 | 10.00 | No | No | No | No | No |
| COR - 4B1L | 180 | 73.00 | 0.00 | 15.00 | No | Yes | Yes | Yes | Yes |
| CTF - O WING | Telephone | | 10.50 | 10.00 | No | No | Yes | Yes | Yes |
| CTF - X WING | Telephone | 131.00 | 10.50 | 10.00 | No | No | Yes | Yes | Yes |
| CVSP - Fac A ASU | 270 | 70.00 | 10.50 | 10.50 | Yes | No | No | Yes | No |
| DVI - K WING | Telephone | 48.00 | 7.50 | 5.50 | Yes | No | No | No | No |
| FSP - UNIT IV ASU | Telephone | 70.00 | 10.00 | 10.00 | No | No | No | No | No |
| HDSP - Z UNIT | Stand Alone | | 10.00 | 6.67 | Yes | Yes | Yes | No | No |
| HDSP - D7 | 180 | | 10.00 | 6.67 | No | Yes | No | Yes | Yes |
| HDSP - D8 | 180 | 134.00 | 10.00 | 6.67 | No | Yes | No | Yes | Yes |
| ISP - A5 | 270 | 145.70 | 10.00 | 2.00 | No | No | No | No | No |

# ASU SURVEY

| PRISON | BUILDING DESIGN | AVERAGE LENGTH OF STAY-DAYS | CC YARD OFFERED/ WEEK-HRS. | SMY YARD OFFERED/ WEEK-HRS. | P.M. YARD OFFERED/ (Y/N) | RADIOS ALLOWED IN ASU (Y/N) | TV'S ALLOWED IN ASU (Y/N) | ELECTRICAL OUTLETS IN CELLS (Y/N) | CABLE/SAT TV PROG. AVAIL. IN CELLS (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| KVSP - ASU #1 | Stand Alone | | 0.00 | 10.00 | No | No | No | No | No |
| KVSP - ASU #2 | Stand Alone | | 0.00 | 10.00 | No | No | No | No | No |
| KVSP - B1 | 180 | 92.00 | 0.00 | 10.00 | No | No | No | No | No |
| LAC - A4 | 270 | 180.00 | 10.00 | 10.00 | No | No | No | No | No |
| MCSP - C-12 | 270 | 84.00 | 12.00 | 3.50 | No | Yes | Yes | Yes | Yes |
| NKSP - D6 | Wing Nut | 90.00 | 10.50 | 10.50 | Yes | No | No | No | No |
| NKSP - A4 | 270 | Deactivated as ASU as of August 10, 2007. | | | | | | | |
| PBSP - ASU 1 | Stand Alone | | 0.00 | 12.00 | No | No | No | No | No |
| ****PBSP - A1 | 180 | | 0.00 | 6.00 | No | No | IDTT Approval | Yes | Yes |
| ****PBSP - A2 | 180 | 68.00 | 0.00 | 6.00 | No | No | IDTT Approval | Yes | Yes |
| PVSP - ASU #1 | Stand Alone | | 0.00 | 10.00 | No | Yes | Yes | No | No |
| PVSP - Fac D | 270 | 90.00 | 10.00 | 0.00 | No | Yes | Yes | Yes | Yes |
| RJD - Fac 2, Bldg 6 | 270 | 108.00 | 8.00 | 0.00 | Yes | No | No | No | No |
| SAC - A6 | 180 | 108.00 | 10.00 | 10.00 | Yes | Yes | Yes | Yes | Yes |
| SAC - A7 | 180 | 108.00 | 10.00 | 10.00 | Yes | Yes | Yes | Yes | Yes |
| SATF - ASU | Stand Alone | 83.00 | N/A | 10.00 | Yes | Yes | ***Pending | No | ***Pending |
| SATF - Fac E | 270 | 94.00 | 10.00 | 10.00 | No | Yes | ***Pending | Yes | ***Pending |
| SCC - Tuolumne 2 | 270 | 62.00 | 10.50 | 10.00 | No | No | No | No | No |
| SOL - FAC 2, BLDG 10 | 270 | | 10.50 | 5.00 | Yes | No | No | No | No |
| SOL - FAC 2, BLDG 9 | 270 | 150.00 | 10.50 | 5.00 | Yes | No | No | No | No |
| SQ - CARSON UNIT | Telephone | | 10.00 | 4.5 | No | No | No | Yes | No |
| SQ - EAST BLOCK | Telephone | 37.50 | 10.00 | 4.5 | No | No | No | No | Yes |
| SVSP - D1 | 180 | | 0.00 | 10.00 | No | Yes | Yes | Yes | Yes |
| SVSP - D2 | 180 | 71.00 | 0.00 | 10.00 | No | Yes | Yes | Yes | Yes |
| VSPW - A4 | 270 | 102.00 | 0.00 | 10.00 | No | No | No | No | No |
| WSP - D6 | Wing Nut | 106.00 | 10.50 | 0.00 | No | No | No | No | No |

*CAL Yard Programming affected by Heat Risk Protocols -- No Yard when outside temp. reaches 108

**CCI Unit II does not have an ASU "Yard". They allow cellmates two hours per day, out of cell, on the tier.

***CEN & SATF are currently adding cable/electricity to allow entertainment appliances in some ASU units.

****PBSP Buildings A1 & A2 allow TV's was approval of Inter-Disciplinary Treatment Team (IDTT)

# ASU SURVEY

| PRISON | BARRIERS TO ENTERTAINMENT APPLIANCES | EXEMPTION REQUEST SUBMITTED | ALTERNATIVE STIMULI OUTSIDE CELLS |
|---|---|---|---|
| ASP | No electrical or programming outlets available in cells in ASU | Yes | No |
| CAL | No electrical or programming outlets available in cells in ASU. | Yes | Plan to add TV's on tier in 270. |
| CCC | No electrical or programming outlets available in cells in ASU. | No | No |
| CCI | No electrical or programming outlets available in cells in ASU | No | TV's on tier possible. |
| CCWF | No programming outlets available in cells in ASU. | No | No |
| CEN | No electrical or programming outlets available in cells in Stand Alone ASU (C6). | Yes | TV on tier in A5 only. |
| CIM | No electrical or programming outlets available in cells in ASU | Yes | TV for MH I/M's in Group Therapy. |
| CIW | None | No | No |
| CMC | No electrical or programming outlets available in 2nd or 3rd Tier cells in B4 ASU. | Yes | No |
| CMF | No electrical or programming outlets available in cells in ASU | Yes | No |
| COR | No electrical or programming outlets available in cells in ASU | Yes | TV's on tier poss. except SA. |
| CTF | None | No | No |
| CVSP | No electricity to outlets in ASU cells.  No programming outlets available in cells in ASU. | Yes | No |
| DVI | No electrical outlets available in cells in ASU.  Overburdened electrical system. | No | No |
| FSP | No electrical or programming outlets available in cells in ASU | Yes | No |
| HDSP | No electrical or programming outlets available in cells in Stand Alone ASU | No | No |
| ISP | No electrical or programming outlets available in cells in ASU.  (Modifications planned) | No | No |

# ASU SURVEY

| PRISON | BARRIERS TO ENTERTAINMENT APPLIANCES | EXEMPTION REQUEST SUBMITTED | ALTERNATIVE STIMULI OUTSIDE CELLS |
|---|---|---|---|
| KVSP | No electrical or programming outlets available in cells in ASU. | No | No |
| LAC | No electrical or programming outlets available in cells in ASU | No | Movies for group therapy in A4. |
| MCSP | None | N/A | N/A |
| NKSP | No electrical or programming outlets available in cells in ASU. | Yes | TV's on tier, now. |
| PBSP | No electrical or programming outlets available in cells in Stand-Alone ASU | No | No |
| PVSP | No electrical or programming outlets available in cells in ASU. | No | No |
| RJD | No electrical outlets available in ASU cells. | No | No |
| SAC | No cable in Stand Alone ASU. | No | No |
| SATF | No electrical or programming outlets available in cells in Stand Alone ASU. No programming available in 270 Design ASU. | No | No |
| *SCC | No electrical or programming outlets available in ASU cells. | No | No |
| SOL | No electrical or programming outlets available in ASU cells. | Yes | No |
| SQ | No programming outlets available in ASU cells. Existing electrical system is overtaxed, already. | No | No |
| SVSP | No cable in Stand Alone ASU. | No | No |
| VSPW | No electrical outlets available in cells in ASU. New outlets being installed from in-stock inventory. | No | No |
| WSP | No electrical or programming outlets available in cells in Stand Alone ASU | Yes | TV's on tier, now. |

*SCC cost assessment is for materials only on the electrical outlets.