STEVEN S. KAUFHOLD (SBN 157195)
skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745)
cstegeman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Intervenors
Attorneys for Assembly Republican Intervenors:
California Assemblymembers Todd Spitzer, Chairman, Assembly Select Committee on Prison Construction and Operations, Michael N. Villines, Assembly Republican Leader, Anthony Adams, Greg Aghazarian, Joel Anderson, John J. Benoit, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck DeVore, Michael D. Duvall, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston, Bob Huff, Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Alan Nakanishi, Roger Niello, George A. Plescia, Sharon Runner, Jim Silva, Cameron Smyth, Audra Strickland, Van Tran and Mimi Walters

IN THE UNITED STATES DISTRICT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>        Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>        Defendants. | Case No. S-90-0520-LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>        Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>        Defendants | Case No. C 01-1351 TEH<br>**THREE-JUDGE COURT** |

|   |   |
|---|---|
| Attorneys for Assembly Republican Intervenors: California Assemblymembers Todd Spitzer, Chairman, Assembly Select Committee on Prison Construction and Operations, Michael N. Villines, Assembly Republican Leader, Anthony Adams, Greg Aghazarian, Joel Anderson, John J. Benoit, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck DeVore, Michael D. Duvall, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston, Bob Huff, Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Alan Nakanishi, Roger Niello, George A. Plescia, Sharon Runner, Jim Silva, Cameron Smyth, Audra Strickland, Van Tran and Mimi Walters<br><br>Intervenors. | **INTERVENORS CERTIFICATION OF INTERESTED PARTIES** |

The undersigned counsel of record for the Assembly Republican Intervenors certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| PARTY | CONNECTION |
|---|---|
| Anthony Adams | Intervenor |
| Greg Aghazarian | Intervenor |
| Joel Anderson | Intervenor |
| John J. Benoit | Intervenor |
| Tom Berryhill | Intervenor |
| Sam Blakeslee | Intervenor |
| Paul Cook | Intervenor |
| Chuck DeVore | Intervenor |
| Michael D. Duvall | Intervenor |
| Bill Emmerson | Intervenor |

1

| | |
|---|---|
| Jean Fuller | Intervenor |
| Ted Gaines | Intervenor |
| Martin Garrick | Intervenor |
| Shirley Horton | Intervenor |
| Guy S. Houston | Intervenor |
| Bob Huff | Intervenor |
| Kevin Jeffries | Intervenor |
| Rick Keene | Intervenor |
| Doug La Malfa | Intervenor |
| Bill Maze | Intervenor |
| Alan Nakanishi | Intervenor |
| Roger Niello | Intervenor |
| George A. Plescia | Intervenor |
| Sharon Runner | Intervenor |
| Jim Silva | Intervenor |
| Cameron Smyth | Intervenor |
| Todd Spitzer | Intervenor |
| Audra Strickland | Intervenor |
| Van Tran | Intervenor |
| Michael N. Villines | Intervenor |
| Mimi Walters | Intervenor |
| Plaintiffs | *Plata v. Schwarzenegger* (N.D.C.A) 01-01351 TEH, *Coleman v. Schwarzenegger* (E.D.C.A.) Case No. 90-0520 LKK-JFM |

| | |
|---|---|
| Defendants | *Plata v. Schwarzenegger* (N.D.C.A) 01-01351 TEH, *Coleman v. Schwarzenegger* (E.D.C.A.) Case No. 90-0520 LKK-JFM |
| Amici | *Plata v. Schwarzenegger* (N.D.C.A) 01-01351 TEH, *Coleman v. Schwarzenegger* (E.D.C.A.) Case No. 90-0520 LKK-JFM |
| Intervenors | *Plata v. Schwarzenegger* (N.D.C.A) 01-01351 TEH, *Coleman v. Schwarzenegger* (E.D.C.A.) Case No. 90-0520 LKK-JFM |
| All other party participating in <u>case names</u> | Miscellaneous other parties in *Plata v. Schwarzenegger* (N.D.C.A) 01-01351 THE, *Coleman v. Schwarzenegger* (E.D.C.A.) Case No. 90-0520 LKK-JFM |

Dated: August 13, 2007          AKIN GUMP STRAUSS HAUER & FELD LLP

By:     s/Chad A. Stegeman
        Steve S. Kaufhold
        Chad A. Stegeman
Attorneys for Intervenors
Attorneys for Assembly Republican Intervenors: California Assemblymembers Todd Spitzer, Chairman, Assembly Select Committee on Prison Construction and Operations, Michael N. Villines, Assembly Republican Leader, Anthony Adams, Greg Aghazarian, Joel Anderson, John J. Benoit, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck DeVore, Michael D. Duvall, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston, Bob Huff, Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Alan Nakanishi, Roger Niello, George A. Plescia, Sharon Runner, Jim Silva, Cameron Smyth, Audra Strickland, Van Tran and Mimi Walters