Steven S. Kaufhold (SBN 157195)
skaufhold@akingump.com
Chad A. Stegeman (SBN 225745)
cstegeman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:   415-765-9500
Facsimile:   415-765-9501

Attorneys for Assembly Republican Intervenors:
California State Assemblymembers Todd Spitzer, Chairman, Assembly Select Committee on Prison Construction and Operations, Michael N. Villines, Assembly Republican Leader, Anthony Adams, Greg Aghazarian, Joes Anderson, John J. Benoit, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck DeVore, Michael D. Duvall, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston, Bob Huff, Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Alan Nakanishi, Roger Niello, George A. Plescia, Sharon Runner, Jim Silva, Cameron Smyth, Audra Strickland, Van Tran and Mimi Walters

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | Case No. CIV S-90-0520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　　Plaintiffs,<br>　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | Case No. C 01-cv-1351 TEH<br>**THREE-JUDGE COURT** |
| CALIFORNIA ASSEMBLYMEMBERS TODD SPITZER, CHAIRMAN, ASSEMBLY SELECT COMMITTEE ON PRISON CONSTRUCTION AND OPERATIONS, MICHAEL N. VILLINES, | **PROOF OF SERVICE** |

| | |
|---|---|
| 1 | ASSEMBLY REPUBLICAN LEADER, ANTHONY ADAMS, GREG |
| 2 | AGHAZARIAN, JOES ANDERSON, JOHN J. BENOIT, TOM BERRYHILL, |
| 3 | SAM BLAKESLEE, PAUL COOK, CHUCK DEVORE, MICHAEL D. |
| 4 | DUVALL, BILL EMMERSON, JEAN FULLER, TED GAINES, MARTIN |
| 5 | GARRICK, SHIRLEY HORTON, GUY S. HOUSTON, BOB HUFF, KEVIN |
| 6 | JEFFRIES, RICK KEENE, DOUG LA MALFA, BILL MAZE, ALAN |
| 7 | NAKANISHI, ROGER NIELLO, GEORGE A. PLESCIA, SHARON RUNNER, JIM |
| 8 | SILVA, CAMERON SMYTH, AUDRA STRICKLAND, VAN TRAN AND MIMI |
| 9 | WALTERS |
| 10 | Intervenors. |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500. On August 14, 2007, I served the foregoing document(s) described as:

NOTICE OF MOTION AND MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF CHAD A. STEGEMAN

INTERVENORS CERTIFICATION OF INTERESTED PARTIES
(CIVIL LOCAL RULE 3-16)

on the interested party(ies) below, using the following means:

SEE ATTACHED SERVICE LIST

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

PROOF OF SERVICE                           1   CASE NO. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
490017.0011 WEST 6124576 v1

1  ☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional
2  messenger service for service.

3  ☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by
4  the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

5

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties
6  to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable
7  time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

8

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose
9  direction the service was made.

10     Executed on August 14, 2007 at San Francisco, California.

11

Laura Rojas                                      s/Laura Rojas
12  [Print Name of Person Executing Proof]            [Signature]

## ATTACHED SERVICE LIST

| California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street, 20th floor<br>P. O. Box 70550<br>Oakland, CA 94612-0550 | John Hagar<br>Judge's Reading room<br>450 Golden Gate Ave, 18th Floor<br>Law Library<br>San Francisco, CA 94102 |
|---|---|
| Robert Sillen<br>California Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA 95110 | Union of American Physicians & Dentists<br>DAVIS, COWELL & BOWE<br>595 Market St., Suite 1400<br>San Francisco, CA 94105 |