1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5388
8   Fax: (916) 324-5205
    Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' EX PARTE MOTION RE: REQUEST FOR ONE-WEEK EXTENSION OF TIME, DECLARATION OF MISHA IGRA, AND [PROPOSED] ORDER** |

**I.**

**INTRODUCTION**

In the Order filed on June 1, 2007, this Court directed Defendant California Department of Corrections and Rehabilitation (CDCR) to engage in certain actions to address suicide trends in administrative segregation units, including submitting a survey of radios and television accessibility in administrative segregation units. Defendants filed the survey on August 13, 2007 (Docket #2363). Defendants inadvertently omitted certain administrative segregation units from the spreadsheet and are in the process of preparing a supplemental report which will be filed not later than one week from the date of this request.

/ / /

## II.

## LEGAL STATEMENT

Counsel learned on the morning of August 14, 2007, that certain Administrative Segregation Units were not reflected on Defendants' report filed in this action on August 13, 2007. (Dec. Igra ¶ 5.) Counsel contacted the CDCR Captain responsible for preparation of the report who indicated that certain units were inadvertently omitted due to his use of an outdated spreadsheet. (*Id.* at ¶ 6.) The Captain indicated that a supplemental report would be immediately prepared and would be ready for filing within one week. (*Id.*) Counsel then contacted one of Plaintiffs' attorneys who indicated that Plaintiffs will not object to the requested extension of time. (*Id.* at ¶ 7.)

Defendants respectfully request seven days from the date of this request to file a supplemental report on television and radio accessibility in Administrative Segregation Units.

## III.

## CONCLUSION

Defendants respectfully request an extension until August 21, 2007, to submit a supplemental report regarding each institution's capability of providing televisions and radios in Administrative Segregation Units.

Dated: August 14, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

/s/ **Misha D. Igra**
MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

30313765.wpd
CF1997CS0003

Ex Parte Motion for Extension of Time