1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DAVID S. CHANEY
Chief Assistant Attorney General
3 FRANCES T. GRUNDER
Senior Assistant Attorney General
4 ROCHELLE C. EAST
Supervising Deputy Attorney General
5 MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5388
8   Fax: (916) 324-5205
    Email: Misha.Igra@doj.ca.gov
9
Attorneys for Defendants
10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| 15                              Plaintiffs, | **DECLARATION OF MISHA IGRA IN SUPPORT OF EX PARTE MOTION FOR ONE-WEEK EXTENSION OF TIME** |
| 16  v. | |
| 17  **ARNOLD SCHWARZENEGGER, et al.,** | |
| 18                              Defendants. | |

19

20          I, Misha Igra, declare:

21          1.  I am an attorney licensed by the State of California and admitted to practice before the

22 United States District Court of California, Eastern District.

23          2.  I have personal knowledge of the facts stated in this declaration and if called to testify

24 upon those facts would do so competently.

25          3.  On June 1, 2007, this Court ordered California Department of Corrections and

26 Rehabilitation (CDCR) to submit a report on each institution's capability to provide televisions

27 or radios to inmates in administrative segregation.

28          4.  On August 13, 2007, CDCR filed a spreadsheet reflecting appliance accessibility in

Declaration in Support of Ex Parte Motion for Extension of Time

1

1    the majority of CDCR's Administrative Segregation Units, but which inadvertently omitted some

2    sites (Docket #2363).

3         5.   On the morning of August 14, 2007, I reviewed an e-mail from one of Plaintiffs'

4    attorneys, Jane Kahn, sent the prior evening.  Ms. Kahn indicated her belief that Defendants'

5    report was incomplete.

6         6. I contacted Captain Joe Moss, the preparer of the report, regarding Ms. Kahn's e-mail.

7    Captain Moss indicated that he had mistakenly utilized an outdated spreadsheet which did not

8    reflect all of CDCR's Administrative Segregation Units.   Captain Moss indicated that a

9    supplemental report would be immediately prepared and completed within one week.

10        7.   I contacted Plaintiffs' attorney, Jane Kahn, and inquired whether Plaintiffs would

11   object to a one-week extension of time to file a supplemental report reflecting those sites omitted

12   from the original report.  Ms. Kahn indicated no objection would be asserted.

13        I declare under penalty of perjury that the foregoing is true and correct.

14        Executed on August 14, 2007, at Sacramento, California.

15

16                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

17                          DAVID S. CHANEY
                            Chief Assistant Attorney General
18
                            FRANCES T. GRUNDER
19                          Senior Assistant Attorney General

20                          ROCHELLE C. EAST
                            Supervising Deputy Attorney General

21

22

23                          MISHA D. IGRA
                            Deputy Attorney General
                            Attorneys for Defendants
24
     30313782.wpd
25   CF1997CS0003

26

27

28

Declaration in Support of Ex Parte Motion for Extension of Time

2