1  ROD PACHECO
   District Attorney
2  County of Riverside
   4075 Main Street, First Floor
3  Riverside, California 92501
   Telephone: (951) 955-6620
4  Fax: (951) 955-0190
   William C. Hughes
5  (CSB # 155992)

6  Attorneys for Intervenors
   ROD PACHECO, District Attorney, Riverside
7  BONNIE M. DUMANIS, District Attorney, San Diego
   TONY RAUKAUCKAS, District Attorney, Orange
8  JAN SCULLY, District Attorney, Sacramento
   CHRISTIE STANLEY, District Attorney, Santa Barbara
9  MICHAEL A. RAMOS, District Attorney, San Bernardino
   ROBERT J. KOCHLY, District Attorney, Contra Costa
10 DAVID W. PAULSON, District Attorney, Solano
   GREGG COHEN, District Attorney, Tehama
11 TODD RIEBE, District Attorney, Amador
   BRADFORD R. FENOCCHIO, District Attorney, Placer
12 JOHN R. POYNER, District Attorney, Colusa
   MICHAEL RAMSEY, District Attorney, Butte
13 GERALD T. SHEA, District Attorney, San Luis Obispo
   EDWARD R. JAGELS, District Attorney, Kern

14

15             IN THE UNITED STATES DISTRICT COURTS
        FOR THE EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA
16     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17

18 | RALPH COLEMAN, et al., | Case No: CIV S-90-0520 LKK JFM P |
19 | Plaintiffs, | **THREE-JUDGE COURT** |
20 | vs. | |
21 | ARNOLD SCHWARZENEGGER, et al., | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
22 | Defendants. | |
23 | | Case No.: C01-1351 THE |
24 | MARCIANO PLATA, et al., | |
25 | Plaintiffs, | **THREE-JUDGE COURT** |
26 | vs. | NOTICE OF MOTION AND MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION |
27 | ARNOLD SCHWARZENEGGER, et al., | OF WILLIAM C. HUGHES IN SUPPORT THEREOF |
28 | Defendants. | |

-1-

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Pursuant to Rule 24 of the Federal Rules of Civil Procedure, and the Prison Litigation Reform Act, 18 U.S.C., section 3626, *et seq.*, California District Attorneys Rod Pacheco, Bonnie M. Dumanis, Tony Rackauckas, Jan Scully, Christie Stanley, Michael A. Ramos, Robert J. Kochly, David W. Paulson, Gregg Cohen, Todd Riebe, Bradford R. Fenocchio, John R. Poyner, Michael Ramsey, Gerald T. Shea and Edward R. Jagels (hereinafter "District Attorney Intervenors" or "Intervenors") hereby respectfully move this Three Judge Court for leave to intervene in the above-captioned matter in order to assert the defenses set forth in their proposed Intervention Pleading, attached hereto as Exhibit A.

No hearing date has been set, as counsel for proposed District Attorney Intervenors have been advised in relation to other proposed intervenors in this matter that such motions would be decided on the papers. (See attached Declaration of William C. Hughes .)

The proposed District Attorney Intervenors respectfully submit that their motion should be granted, because the Prison Litigation Reform Act, 18 U.S.C., section 3626, subdivision (a)(3)(f), makes specific provision for District Attorneys (i.e. those who prosecute such persons) to intervene in a case such as this, where a panel has been convened to discuss potential issuance of a prisoner release order.

Furthermore, this Motion is timely because the panel was just convened, no party will be prejudiced by this intervention, and there has been no delay in seeking intervention.

/ / /

/ / /

/ / /

/ / /

/ / /

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities and Declaration of William C. Hughes attached hereto in support thereof, the documents and records on file with the Court, and any other matter that the Court deems proper.

DATED:    August 14, 2007

ROD PACHECO, DISTRICT ATTORNEY
COUNTY OF RIVERSIDE

By:  _____
    WILLIAM C. HUGHES
    Attorneys for Intervenors

    ROD PACHECO, District Attorney
    County of Riverside
    BONNIE M. DUMANIS, District Attorney,
    County of San Diego
    TONY RACKAUCKAS, District
    Attorney, County of Orange
    JAN SCULLY, District Attorney
    County of Sacramento
    CHRISTIE STANLEY, District Attorney,
    County of Santa Barbara
    MICHAEL A. RAMOS, District Attorney,
    County of San Bernardino
    ROBERT J. KOCHLY, District Attorney,
    County of Contra Costa
    DAVID W. PAULSON, District Attorney,
    County of Solano
    GREGG COHEN, District Attorney,
    County of Tehama
    TODD RIEBE, District Attorney,
    County of Amador
    BRADFORD R. FENOCCHIO, District
    Attorney, County of Placer
    JOHN R. POYNER, District Attorney,
    County of Colusa
    MICHAEL RAMSEY, District Attorney,
    Butte
    GERALD T. SHEA, District Attorney, San
    Luis Obispo
    EDWARD R. JAGELS, District Attorney,
    Kern

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Rule 24 of the Federal Rules of Civil Procedure and the Prison Litigation Reform Act (18 U.S.C. §§ 3626 *et seq.*) [hereinafter "PLRA"], California ... District Attorneys ... (collectively the "District Attorney Intervenors" or "Intervenors") hereby respectfully move this Court for leave to intervene in the above-captioned matter in order to assert the defenses set forth in their proposed Intervention Pleading, attached hereto as Exhibit A.

## I.    BACKGROUND

This matter consists of two class action lawsuits which have been brought pursuant to the Prison Litigation Reform Act (18 U.S.C. §§ 3626 *et seq.*), *Coleman v. Schwarzenegger* (E.D. Ca., S-90-0520-LKK-JFM-P) and *Plata v. Schwarzenegger*, (N.D. Cal., C-01-1351-THE), and which were ordered consolidated. On July 23, 2007, Judge Thelton Henderson of the United States District Court, Northern District of California, and Judge Lawrence Karlton of the United States District Court, Eastern District of California, issued orders pursuant to the PLRA to convene a three-judge judicial panel to consider issuing prisoner release orders in the above-referenced matters. Intervenors believe that, for convenience and judicial economy, the same panel will preside over both cases, both of which require the evaluation of alleged overcrowding in California's prisons. The Chief Judge of the Ninth Circuit Court of Appeals, Mary Schroeder, subsequently appointed Judge Henderson, Judge Karlton and Ninth Circuit Judge Stephen Reinhardt to the Three Judge Court panel.

Proposed Intervenor Rod Pacheco is the elected District Attorney of Riverside County. District Attorney Pacheco prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Pacheco has standing to seek intervention pursuant to 18 U.S.C. section 3626, subdivision (a)(3)(F).

Proposed Intervenor Bonnie M. Dumanis is the elected District Attorney of San Diego County. District Attorney Dumanis prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Dumanis has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Tony Rackauckas is the elected District Attorney of Orange County. District Attorney Rackauckas prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Rackauckas has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Jan Scully is the elected District Attorney of Sacramento County. District Attorney Scully prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Scully has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Christie Stanley is the elected District Attorney of Santa Barbara County. District Attorney Stanley prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Stanley has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Michael A. Ramos is the elected District Attorney of San Bernardino County. District Attorney Ramos prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Ramos has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Robert J. Kochly is the elected District Attorney of Contra Costa County. District Attorney Kochly prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Kochly has standing to seek intervention pursuant to 18 U.S.C., subdivision 3626, section (a)(3)(F).

Proposed Intervenor David W. Paulson is the elected District Attorney of Solano County. District Attorney Paulson prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Paulson has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Gregg Cohen is the elected District Attorney of Tehama County. District Attorney Cohen prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Cohen has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Todd Riebe is the elected District Attorney of Amador County. District Attorney Riebe prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Riebe has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Bradford R. Fenocchio is the elected District Attorney of Placer County. District Attorney Fenocchio prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Fenocchio has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor John R. Poyner is the elected District Attorney of Colusa County. District Attorney Poyner prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Poyner has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Michael Ramsey is the elected District Attorney of Butte County. District Attorney Ramsey prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Ramsey has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Gerald T. Shea is the elected District Attorney of San Luis Obispo County. District Attorney Shea prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Shea has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

Proposed Intervenor Edward R. Jagels is the elected District Attorney of Kern County. District Attorney Jagels prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. District Attorney Jagels has standing to seek intervention pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(F).

## II.   THE DISTRICT ATTORNEY INTERVENORS MAY INTERVENE AS OF RIGHT, PURSUANT TO FEDERAL STATUTE

Federal Rule of Civil Procedure 24 governs intervention in the federal courts. Specifically, Rule 24, subdivision (a) provides: "Intervention of Right. Upon timely application anyone shall be permitted to intervene in an action: (1) when a statute of the United States confers an unconditional right to intervene...."

Should a party meet the criteria established by Rule 24, subdivision (a)(1), intervention is "absolute and unconditional." (*See Brotherhood of Railroad Trainmen v. Baltimore & O.R. Co., et. al.*, 331 U.S. 519, 531, 67 S.Ct. 1387, 1393 (1947).) Rule 24(a)(1) "statutory intervenors" need not show inadequacy of representation or that their interests may be impaired if not allowed to intervene. (*Cf.* Fed.R.Civ.P. 24(a)(2) [absent statutory grant, intervention as of right requires showing of timeliness, interest in the subject matter of the transaction, threat that interest may be impaired if not permitted to intervene, and inadequacy of representation by existing parties].) Under Rule 24(a)(1), "[o]nce it is clear that [the statute applies], there is no room for the operation of a court's discretion." (*See Brotherhood of Railroad Trainmen, supra*, 331 U.S. at 531, 67 S.Ct. at 1393.)

1    Here, the District Attorney Intervenors submit that the PLRA confers an unconditional

2 right for them to intervene in this case, as the PLRA expressly provides for standing for certain

3 officials and units of government. Specifically, 18 U.S.C., section 3626, subdivision (a)(3)(F)

4 provides:

5

6    Any State or local official including a legislator or unit of government whose

7    jurisdiction or function includes the appropriation of funds for the construction,

8    operation, or maintenance of prison facilities, or the prosecution or custody of

9    persons who may be released from, or not admitted to, a prison as a result of a

10    prisoner release order shall have standing to oppose the imposition or

11    continuation in effect of such relief and to seek termination of such relief, and

12    shall have the right to intervene in any proceeding relating to such relief.

13

14    Here, the responsibilities and duties of the District Attorney Intervenors include

15 prosecution of individuals who may be released from, or not admitted to, a prison as a result of a

16 prisoner release order.

17    Judge Henderson's and Judge Karlton's July 23, 2007, Orders make it clear that the

18 Three Judge Court will specifically address whether to issue "prisoner release orders" as that

19 term is defined by the PLRA. Accordingly, this is exactly the situation for which the PLRA

20 creates an unconditional right for the District Attorney Intervenors to participate in this action.

21

22 **III.    THE MOTION TO INTERVENE BY THE DISTRICT ATTORNEY INTERVENORS IS TIMELY**

23    The final requirement for intervention under Rule 24, subdivision (a) is that such

24 application be timely made. *See League of United Latin Am. Citizens v. Wilson*, 131 F.3d 1297,

25

26 1302 (9th Cir. 1997). Timeliness is evaluated based on a three factor test: "( 1) the stage of the

27 proceeding at which an applicant seeks to intervene; (2) the prejudice to other parties; and (3) the

28 reason for and length of the delay." *Id.,* quoting *County of Orange v. Air California*, 799 F.2d

1  535, 537 (9th Cir. 1986).[1]  Each of the three factors, as well as the language of the PLRA,

2  supports a finding of timeliness here.

3      First, the District Attorney Intervenors seek to intervene at the outset of consideration by

4  the Three Judge Court of a prison release order and, indeed, within days of Judge Schroeder's

5  Order appointing the Three Judge Court.  Intervention at this time will permit the Three Judge

6  Court to have the benefit of the evidence and arguments of the District Attorney Intervenors

7  during its consideration of what relief, if any, to order in this action.

8

9      Second, no party will be prejudiced by this intervention.  The District Attorney

10  Intervenors do not seek to relitigate issues.  Rather, they seek participation in the proceedings

11  before the Three Judge Court created by the Courts' July 23, 2007 Orders, which will involve

12  consideration by the Three Judge Court of issues of profound importance to the People of

13  California.[2]

14

15      Third, there has been no delay by the District Attorney Intervenors in the filing of this

16  motion which has been submitted within days of formation of Three Judge Court.  Moreover,

17  under the express terms of the PLRA, this motion would be timely even if filed after the Three

18  Judge Court had already considered and ordered a form of relief because Congress specifically

19  granted standing for prosecutors not only to "oppose imposition" of such prison release orders,

20  but also standing to ". . . seek termination of such relief. . . ."  18 U.S.C., section 3626,

21

---

[1]  The requirements of Rule 24, including "timeliness," are to be construed broadly in favor of the party seeking intervention. *See Westlands Water Dist. v. United States*, 700 F.2d 561, 563 (9th Cir. 1983); *United States v. Union Elec. Co.*, 64 F.3d 1152, 1158 (8th Cir. 1995).  Furthermore, courts are more lenient in applying the timeliness requirement where intervention is sought as a matter "of right," than where it is merely "permissive." *See United States v. Oregon*, 745 F.2d 550, 552 (9th Cir. 1984); *Banco Popular de Puerto Rico v. Greenblatt*, 964 F.2d 1227, 1230, fn. 2 (1st Cir. 1992).

[2]  Courts do not consider "whether the intervention itself will cause the nature, duration, or disposition of the lawsuit to change." *United States v. Union Elec. Co.*, 64 F.3d 1152, 1159 (8th Cir. 1995); *Smith v. Marsh*, 194 F.3d 1045, 1051 (9th Cir. 1999); *dwards v. City of Houston*, 78 F.3d 983, 1002 (5th Cir. 1996).

subdivision (a)(2)(F).

Finally, even if there were some issue regarding the timeliness of this intervention (and there is not), the matters before the newly-created Three Judge Court raise "matters of broad social significance," which, under the circumstances, militate in favor of a finding of timeliness. *See Doe v. Duncanville Ind. School Dist.*, 994 F.2d 160, 168 (5th Cir. 1993); *Banco Popular de Puerto Rico v. Greenblatt*, 964 F.2d 1227, 1233 (1st Cir. 1992). This fact also weighs in favor of permitting the requested intervention.

## IV.    CONCLUSION

For all of these reasons, the District Attorney Intervenors respectfully request that this Motion to Intervene be granted.

DATED:    August 14, 2007                ROD PACHECO, District Attorney
                                         County of Riverside


                                         By:_____
                                             WILLIAM C. HUGHES
                                             Attorneys for Intervenors

                                             ROD PACHECO, District Attorney
                                             County of Riverside
                                             BONNIE M. DUMANIS, District Attorney,
                                             County of San Diego
                                             TONY RACKAUCKAS, District
                                             Attorney, County of Orange
                                             JAN SCULLY, District Attorney
                                             County of Sacramento
                                             CHRISTIE STANLEY, District Attorney,
                                             County of Santa Barbara
                                             MICHAEL A. RAMOS, District Attorney,
                                             County of San Bernardino
                                             ROBERT J. KOCHLY, District Attorney,
                                             County of Contra Costa
                                             DAVID W. PAULSON, District Attorney,
                                             County of Solano
                                             GREGG COHEN, District Attorney,
                                             County of Tehama
                                             TODD RIEBE, District Attorney,
                                             County of Amador
                                             BRADFORD R. FENOCCHIO, District
                                             Attorney, County of Placer

-7-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOHN R. POYNER, District Attorney,
County of Colusa
MICHAEL RAMSEY, District Attorney,
Butte
GERALD T. SHEA, District Attorney, San
Luis Obispo
EDWARD R. JAGELS, District Attorney,
Kern

-8-

# NOTICE OF ATTACHMENT TO NOTICE OF MOTION AND MOTION TO INTERVENE

DECLARATION OF WILLIAM C. HUGHES

1.      I am a member in good standing of the California State Bar, and a Chief Deputy District Attorney for the County of Riverside, California, and am admitted to practice in all California courts and every Federal District Court within the State of California. I make this declaration in support of the District Attorney Intervenors' Motion to Intervene. I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would testify competently thereto.

2.      Deputy District Attorney Alan Tate with my office has been in contact with attorney Elizabeth R. Feffer with the Law Offices of Jones and Mayer, who advised that her firm is representing other possible intervenors in this matter, and she was advised that the Court would receive such motions for intervention with no hearing date.

3.      At approximately 12:50 p.m. on August 14, 2007, Deputy District Attorney Elise Farrell of my office attempted to contact Donald Spector of the Prison Law Office at 415-457-9151. A message was left for him on voice mail indicating our intention to make a motion to intervene and requesting a response if there was any objection. Immediately thereafter Alison Hardy of the Prison Law Office was also called and given the same information. At approximately 2:10 p.m., Mr. Spector returned our call and indicated he would be opposing the Motion to Intervene believing that we did not have standing to intervene.

3.      At approximately 12:55 p.m. on August 14, 2007, Deputy District Attorney Elise Farrell of my office attempted to contact Caroline Mitchell of Jones Day in San Francisco at 415-875-5712. The receptionist, Jenny, stated that Ms. Mitchell was out of the office on business. A voice mail message was thereafter left with Ms. Mitchell's secretary, Margaret, seeking Ms. Mitchell's position on the Motion to Intervene. As of the preparation of this declaration, my office has received no additional response.

4.      At approximately 1:50 p.m. Deputy District Attorney Elise Farrell of my office contacted Senior Assistant Attorney General Frances Grunder, the attorney representing the defendants in this lawsuit. She stated that the Attorney General's office did not plan to file an opposition to our motion to intervene.

///

-1-

1  5.     Pursuant to Federal Rule of Civil Procedure 24(c), I have attached as Exhibit A the

2  Intervention Pleading that the District Attorney Intervenors intend to file in this matter.

3  6.     I declare under the penalty of perjury and under the laws of the State of California

4  and the United States of America that the foregoing is true and correct.

5  Dated: August 14, 2007

6                                                    William C. Hughes
7                                                    Chief Deputy District Attorney
8                                                    County of Riverside

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  .

27

28

Declaration of William C. Hughes in Support of District Attorneys' Motion For Intervention

# EXHIBIT A

1  ROD PACHECO
   District Attorney
2  County of Riverside
   4075 Main Street, First Floor
3  Riverside, California 92501
   Telephone: (951) 955-6620
4  Fax: (951) 955-0190
   William C. Hughes
5  (CSB # 155992)

6  Attorneys for Intervenors
   ROD PACHECO, District Attorney, Riverside
7  BONNIE M. DUMANIS, District Attorney, San Diego
   TONY RAUKAUCKAS, District Attorney, Orange
8  JAN SCULLY, District Attorney, Sacramento
   CHRISTIE STANLEY, District Attorney, Santa Barbara
9  MICHAEL A. RAMOS, District Attorney, San Bernardino
   ROBERT J. KOCHLY, District Attorney, Contra Costa
10 DAVID W. PAULSON, District Attorney, Solano
   GREGG COHEN, District Attorney, Tehama
11 TODD RIEBE, District Attorney, Amador
   BRADFORD R. FENOCCHIO, District Attorney, Placer
12 JOHN R. POYNER, District Attorney, Colusa
   MICHAEL RAMSEY, District Attorney, Butte
13 GERALD T. SHEA, District Attorney, San Luis Obispo
   EDWARD R. JAGELS, District Attorney, Kern

14

15  **IN THE UNITED STATES DISTRICT COURTS**
    **FOR THE EASTERN AND NORTHERN DISTRICT OF CALIFORNIA**
16  **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**
    **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

17  RALPH COLEMAN, et al.,                    Case No: CIV S-90-0520 LKK JFM P

18          Plaintiffs,                       **THREE-JUDGE COURT**

19      vs.
                                              [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)
20  ARNOLD SCHWARZENEGGER, et al.,

21          Defendants.

22  _____          Case No.: C01-1351 THE

23  MARCIANO PLATA, et al.,                   **THREE-JUDGE COURT**

24          Plaintiffs,                       **INTERVENTION PLEADING**

25      vs.

26  ARNOLD SCHWARZENEGGER, et al.,

27          Defendants.
    _____
28
                       **TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

                                    -1-

1   For their Intervention Pleading, District Attorney Intervenors Rod Pacheco, District

2   Attorney County of Riverside, Bonnie M. Dumanis, District Attorney County of San Diego,

3   Tony Rackauckas, District Attorney County of Orange, Jan Scully, District Attorney County of

4   Sacramento, Christie Stanley, District Attorney County of Santa Barbara, Michael A. Ramos,

5   District Attorney County of San Bernanrdino, Robert J. Kochly, District Attorney County of

6   Contra Costa, David W. Paulson, District Attorney County of Solano, Gregg Cohen, District

7   Attorney County of Tehama, Todd Riebe, District Attorney County of Amador, Bradford R.

8   Fenocchio, District Attorney County of Placer, John R. Poyner, District Attorney County of

9   Colusa, Michael Ramsey, District Attorney County of Butte, Gerald T. Shea, District Attorney

10  County San Luis Obispo, and Edward R. Jagels, District Attorney County of Kern (collectively

11  the "District Attorney Intervenors") hereby allege as follows:

12                      **DISTRICT ATTORNEY INTERVENORS**

13

14      1.      Intervenors Pacheco, Dumanis, Rackauckas, Scully, Stanley, Ramos, Kochly,

15  Paulson, Cohen, Riebe, Fenocchio, Poyner, Ramsey, Shea and Jagels are duly-elected District

16  Attorneys of their respective counties, i.e., located in the State of California. Collectively they

17  represent millions of California citizens as the elected public prosecutor for their given counties.

18  All of them prosecute persons who may be released from, or not admitted to, a prison as a result

19  of a prisoner release order.

20      2.      The Prison Litigation Reform Act, 18 U.S.C., sections 3626, *et seq.*, specifically

21  provides that "Any State or local official including a legislator or unit of the government whose

22  jurisdiction or function includes the appropriation of funds for the construction, operation or

23  maintenance of prison facilities, or the prosecution or custody of persons who may be released

24  from, or not admitted to, a prison as a result of a prisoner release order shall have standing to

25  oppose the imposition or continuation in effect of such relief and to seek termination of such

26  relief, and shall have the right to intervene in any proceeding relating to such relief."

27

28

1     3.    The jurisdiction and function of the District Attorney Intervenors includes

2     prosecution of persons who may be released from, or not admitted to, a prison as a result of a

3     prisoner release order.

4                            **JURISDICTION AND VENUE**

5

6     4.    The District Attorney Intervenors' defenses in this Intervention Pleading arise out

7     of the same transaction or occurrence that is the subject matter of the claims at issue in this

8     action and, specifically, out of the Prison Litigation Reform Act, 18 U.S.C., sections 3626 *et seq.*

9     This Court has jurisdiction over the claims in this action as well as the District Attorney

10    Intervenors' defenses pursuant to 28 U.S.C., sections 1331.

11    5.    Venue is proper in this district pursuant to 28 U.S.C., sectiosn1391.

12                           **GENERAL ALLEGATIONS**

13

14    6.    On July 23, 2007, the Honorable Thelton Henderson of the United States District

      Court for the Northern District of California, and the Honorable Lawrence Karlton of the United

15    States District Court for the Eastern District of California, issued orders pursuant to the Prison

16    Litigation Reform Act, specifically 18 U.S.C., sections 3626, subdivision (a)(3)(A), to convene a

17    three-judge judicial panel to consider issuing prisoner release orders in *Marciano Plata, et al. v.

18    Arnold Schwarzenegger, et. al.*, Case No. C01-1351 TEH (N.D.C.A.), and *Ralph Coleman, et al.

19    v. Arnold Schwarzenegger, et. al.*, Case No. S-90-0520 LKK JFM (E.D.C.A.), respectively. For

20    convenience and judicial economy, the same panel will preside over both cases, both of which

21    require the evaluation of overcrowding in California's prisons. The *Plata* Court specifically held

22    that "Accordingly, and because this Court finds that the conditions specified in 18 U.S.C. section

23    3626, subdivision (a)(3)(A) have been satisfied, IT IS HEREBY ORDERED that Plaintiffs'

24    motion to convene a three-judge court to consider a prisoner release order is GRANTED." The

25    *Coleman* court held: that "In accordance with the above, IT IS HEREBY ORDERED that

26    plaintiffs' November 13, 2006 motion to convene a three-judge panel to limit the prison

27    population is granted pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(A)."

28

-3-

1      7.     In its July 23, 2007 Order, the *Plata* Court specifically acknowledged the

2  enactment of AB 900. It stated that ". . . a prisoner release order would, indeed, be a radical step,

3  particularly given the size of California's prison system."

4      8.     The District Attorney Intervenors agree that the imposition of a prisoner release

5  order would be a radical step, and seek to intervene in this action to oppose the imposition of any

6  such order at this time.

7      9.     Federal Rule of Civil Procedure 24, subdivision (c) requires that an intervening

8  party, such as the District Attorney Intervenors herein, provide a "pleading setting forth the claim

9  or defense for which intervention is sought." Accordingly, the District Attorney Intervenors

10  plead the following defenses pursuant to the Prison Litigation Reform Act, 18 U.S.C., section

11  3626, *et seq.*

## DEFENSES
### (Prison Litigation Reform Act)

10.     These defenses arise under the Prison Litigation Reform Act, particularly 18

U.S.C., section 3626, *et seq.* Specifically, prison release orders are only permitted under very

limited circumstances where it is demonstrated – by clear and convincing evidence – that (i)

crowding is the primary cause of the violation of a Federal right; and (ii) no other relief will

remedy the violation of the Federal right.

11.     No showing has been made in this action sufficient to justify the imposition of a

prisoner release order under the Prison Litigation Reform Act. On the contrary, a prisoner

release order poses significant risk to public safety in California.

12.     Moreover, the District Attorney Intervenors reserve their right to make an

affirmative showing that other relief, short of a prisoner release order, exists which could remedy

the current conditions specified by the Court.

## PRAYER FOR RELIEF

**WHEREFORE**, the District Attorney Intervenors respectfully request that the Three

Judge Court:

1       A.    Enter no prisoner release order until AB 900 has been fully implemented and its

2 efficacy can be fully and fairly assessed;

3       B.    Enter no prisoner release order absent a sufficient evidentiary showing under the

4 Prison Litigation Reform Act that such order is narrowly drawn, extends no further than

5 necessary to correct a violation of a Federal right and is the least intrusive means necessary to

6 correct any such violation;

7       C.    Enter no prisoner release order absent a showing – by clear and convincing

8 evidence – that (i) crowding is the primary cause of the violation of a Federal right; and (ii) no

9 other relief will remedy the violation of the Federal right;

10       D.    Enter no prisoner release order at this time in light of the adverse impact such

11 order would have on public safety in California; and

12       E.    Grant such further relief as the Court deems just and proper.

13

14 DATED:   August 14, 2007

                              ROD PACHECO, District Attorney

15                               County of Riverside

16

                    By: _____

17                          WILLIAM C. HUGHES

                         Attorneys for Intervenors

18

19                          ROD PACHECO, District Attorney
                         County of Riverside

20                          BONNIE M. DUMANIS, District Attorney,
                         County of San Diego

21                          TONY RACKAUCKAS, District
                         Attorney, County of Orange

22                          JAN SCULLY, District Attorney,
                         County of Sacramento

23                          CHRISTIE STANLEY, District
                         Attorney, County of Santa Barbara

24                          MICHAEL A. RAMOS, District
                         Attorne, County of San Bernardino

25                          ROBERT J. KOCHLY, District
                         Attorney, County of Contra Costa

26                          DAVID W. PAULSON, District
                         Attorney, County of Solano

27                          GREGG COHEN, District Attorney,
                         County of Tehama

28                          TODD RIEBE, District Attorney,
                         County of Amador

-5-

1

2

3

4

5

BRADFORD R. FENOCCHIO, District Attorney, County of Placer
JOHN R. POYNER, District Attorney, County of Colusa
MICHAEL RAMSEY, District Attorney, County of Butte
GERALD T. SHEA, District Attorney, County of San Luis Obispo
EDWARD R. JAGELS, District Attorney, County of Kern

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Intervention Pleading by District Attorney Intervenors

ROD PACHECO
District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, California 92501
Telephone: (951) 955-6620
Fax: (951) 955-0190
William C. Hughes
(CSB # 155992)

Attorneys for Intervenors
ROD PACHECO, District Attorney, Riverside
BONNIE M. DUMANIS, District Attorney, San Diego
TONY RACKAUCKAS, District Attorney, Orange
JAN SCULLY, District Attorney, Sacramento
CHRISTIE STANLEY, District Attorney, Santa Barbara
MICHAEL A. RAMOS, District Attorney, San Bernardino
ROBERT J. KOCHLY, District Attorney, Contra Costa
DAVID W. PAULSON, District Attorney, Solano
GREGG COHEN, District Attorney, Tehama
TODD RIEBE, District Attorney, Amador
BRADFORD R. FENOCCHIO, District Attorney, Placer
JOHN R. POYNER, District Attorney, Colusa
MICHAEL RAMSEY, District Attorney, Butte
GERALD T. SHEA, District Attorney, San Luis Obispo
EDWARD R. JAGELS, District Attorney, Kern

**IN THE UNITED STATES DISTRICT COURTS**
**FOR THE EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA**
**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**
**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No: CIV S-90-0520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No.: C01-1351 THE <br><br> **THREE-JUDGE COURT** <br><br> [PROPOSED] ORDER GRANTING DISTRICT ATTORNEY INTERVENORS MOTION TO INTERVENE |

Upon consideration of the submissions, pursuant to Rule 24, subdivision (a)(1) of

-1-

1  the Federal Rules of Civil Procedure and The Prison Litigation Reform Act, 18 U.S.C.

2  section 3626, *et seq.* ("PLRA"), the Motion to Intervene on behalf of District Attorney

3  Intervenors Rod Pacheco, Bonnie M. Dumanis, Tony Rackauckas, Jan Scully, Christie

4  Stanley, Michael A. Ramos, Robert J. Kochly, David W. Paulson, Gregg Cohen, Todd

5  Riebe, Bradford R. Fenocchio, John R. Poyner, Michael Ramsey, Gerald T. Shea and

6  Edward Jagels is GRANTED. The District Attorney Intervenors are directed to file their

7  Intervention Pleading within three days of the entry of this Order.

8  **IT IS SO ORDERED**

9

10  Dated: August __, 2007

11  _____
    THELTON E. HENDERSON
    UNITED STATES DISTRICT JUDGE
12  NORTHERN DISTRICT OF CALIFORNIA

13  Dated: August __, 2007

14  _____
    LAWRENCE K. KARLTON
    UNITED STATES DISTRICT JUDGE
15  EASTERN DISTRICT OF CALIFORNIA

16  Dated: August __, 2007

17  _____
    STEPHEN REINHARDT
    UNITED STATES CIRCUIT COURT JUDGE
18  NINTH CIRCUIT

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY MAIL
Case Nos. CIV S-90-0520 LKK JFM P & C01-1351 THE

I, the undersigned, declare:

I am employed in the County of Riverside; I am over the age of 18 years and not a party to the within action. My business address is 4075 Main Street, Riverside, California. That on August 14, 2007, I served a copy of the within, **NOTICE OF MOTION AND MOTION TO INTERVENE AND ATTACHED EXHIBITS,** on the following, by placing a copy of same in postage prepaid envelopes addressed as follows:

**Gregg McLean Adam**
Carroll Burdick and
McDonough
44 Montgomery Street
Suite 400
San Francisco, CA 94104                           **- California Correctional Peace**
(415) 743-2534                    representing     **Officers Association**
(415) 989-0932 (fax)                              *(Amicus)*
gadam@cbmlaw.com
*Assigned: 11/28/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*


**Christine Albertine**
California Correctional Peace
Officers Association
Legal Department
755 Riverpoint Drive
Suite 200
West Sacramento, CA 95605-
1626                                              **- California Correctional Peace**
916-8019484                       representing     **Officers Association**
christine.albertine@ccpoa.org                     *(Amicus)*
*Assigned: 12/04/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**Ralph Coleman**
C-09970
FSP-1
California State Prison
Sacramento
PO Box 290066
Represa, CA 95671-0066
*(Plaintiff)*

**Andrew H Baker**
Beeson Tayer and Bodine
1404 Franklin Street
5th Floor
Oakland, CA 94612-2701
510-625-9700
abaker@beesontayer.com
  *Assigned: 01/31/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
*NOTICED*

representing

**AFSCME Local 2620**
514 Shatto Place, Suite 215
Los Angeles, CA 90020
213-388-9957
213-388-9921 (fax)
*(Amicus)*

**Michael Bien**
Rosen Bien & Galvan, LLP
315 Montgomery Street
10th Floor
San Francisco, CA 94104
(415) 433-6830
(415) 433-7104 (fax)
mbien@rbg-law.com
  *Assigned: 07/10/1991*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Ralph Coleman**
C-09970

FSP-1
California State Prison Sacramento
PO Box 290066
Represa, CA 95671-0066
*(Plaintiff)*

**David J Heroux**
*(Plaintiff)*

**David McKay**
*(Plaintiff)*

**Roy Joseph**
*(Plaintiff)*

**Winifred Williams**
*(Plaintiff)*

10

**Robert Hecker**
K-0245
California Medical Facility
L-101U
P.O. Box 2500
Vacaville, CA 95696
*(Intervenor Plaintiff)*

**Claudia B Center**
Legal Aid Society
Employment Law Center
600 Harrison Street
Suite 120
San Francisco, CA 94107
415-864-8848
415-864-8199 (fax)
ccenter@las-elc.org
  *Assigned: 01/04/2005*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**David J Heroux**
*(Plaintiff)*

**David McKay**
*(Plaintiff)*

**Roy Joseph**
*(Plaintiff)*

**Winifred Williams**
*(Plaintiff)*

**Ralph Coleman**
C-09970

FSP-1
California State Prison Sacramento
PO Box 290066
Represa, CA 95671-0066
*(Plaintiff)*

**Arthur M. Chenen**
Theodora Oringher Miller and
Richman PC
2029 Century Park East
6th Floor
Los Angeles, CA 90067
(310) 557-2009
(310) 551-0283 (fax)
achenen@tocounsel.com
  *Assigned: 05/15/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**Psychology Shield**
*(Amicus)*

11

**Martin H. Dodd**
Futterman & Dupree LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
415399-3840
415399-3838 (fax)              representing      **Robert Sillen**
martin@dfdlaw.com                                *(Receiver)*
  *Assigned: 06/04/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
*NOTICED*


**Rochelle C. East**                             **Schwarzenegger, et al**
Attorney General's Office for                    *(Defendant)*
the State of California
455 Golden Gate Avenue                           **James Gomez**
Suite 11000                                      *(Defendant)*
San Francisco, CA 94102
415-703-5711                                     **John S Zil, MD**
415-703-5843 (fax)                               *(Defendant)*
Rochelle.East@doj.ca.gov
  *Assigned: 06/04/2007*                         **Joseph Sandoval**
  *LEAD ATTORNEY*                                *(Defendant)*
  *ATTORNEY TO BE*
*NOTICED*                                        **Nadim Khoury**
                                                 *(Defendant)*

                               representing      **Stephen W Mayberg**
                                                 California Department of Mental
                                                 Health
                                                 *(Defendant)*

                                                 **Matthew A Lopes, Jr**
                                                 *(Defendant)*

                                                 **Michael Genest**
                                                 CA Department of Finance
                                                 915 L Street
                                                 Sacramento, CA 95814
                                                 *(Defendant)*

**Ernest Galvan**
Rosen Bien & Galvan, LLP
315 Montgomery Street
10th Floor
San Francisco, CA 94104
(415) 433-6830 x223
(415) 433-7104 (fax)
egalvan@rbg-law.com
*Assigned: 12/20/2006*
*ATTORNEY TO BE*
*NOTICED*

representing

**Robert Hecker**
K-0245
California Medical Facility
L-101U
P.O. Box 2500
Vacaville, CA 95696
*(Intervenor Plaintiff)*

**John Henry Hagar**
Law Office of John Hagar
PMB 314
1819 Polk Street
San Francisco, CA 94109
(415) 771-1911
(415) 552-4067 (fax)
johagar@pacbell.net
*Assigned: 06/28/2006*
*ATTORNEY TO BE*
*NOTICED*

representing

**John Hagar**
*(Special Master)*

**Paul Andrew Hemesath**
Nossaman, Guthner, Knox &
Elliott LLP
915 L Street
Suite 1000
Sacramento, CA 95814
(916) 442-8888
(916) 442-0382 (fax)
phemesath@nossaman.com
*Assigned: 05/16/2007*
*ATTORNEY TO BE*
*NOTICED*

representing

**California Psychiatric**
**Association**
*(Amicus)*

13

California Department of
Justice
1300 I Street
Sacramento, CA 95814
916-324-5388
916-324-5205 (fax)
misha.igra@doj.ca.gov
  *Assigned: 03/07/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

**James Gomez**
*(Defendant)*

**John S Zil, MD**
*(Defendant)*

**Joseph Sandoval**
*(Defendant)*

**Stephen W Mayberg**
California Department of Mental
Health
*(Defendant)*

**Michael Genest**
CA Department of Finance
915 L Street
Sacramento, CA 95814
*(Defendant)*

**Nadim Khoury**
*(Defendant)*

**Andrew J. Kahn**
Davis,Cowell & Bowe, LLP
595 Market Street
Suite 1400
San Francisco, CA 94105
415-597-7200
415-597-7201 (fax)
ajk@dcbsf.com
  *Assigned: 05/18/2007*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**Union of American Physicians
and Dentists**
*(Amicus)*

14

**Jane E. Kahn**
Rosen Bien & Galvan, LLP
315 Montgomery Street
10th Floor
San Francisco, CA 94104
415433-6830
415433-7104 (fax)
jkahn@rbg-law.com
  *Assigned: 02/06/2006*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Ralph Coleman**
C-09970

FSP-1
California State Prison Sacramento
PO Box 290066
Represa, CA 95671-0066
*(Plaintiff)*

**Van Kamberian**
Attorney General's Office of
the State of California
1300 I Street
Suite 125
P.O. Box 944255
Sacramento, CA 94244
916-324-3892
(916) 324-5205 (fax)
Van.Kamberian@doj.ca.gov
  *Assigned: 11/16/2006*
  *ATTORNEY TO BE*
*NOTICED*

**Schwarzenegger, et al**
*(Defendant)*

**James Gomez**
*(Defendant)*

**John S Zil, MD**
*(Defendant)*

**Joseph Sandoval**
*(Defendant)*

representing

**Nadim Khoury**
*(Defendant)*

**Stephen W Mayberg**
California Department of Mental
Health
*(Defendant)*

**Michael Genest**
CA Department of Finance
915 L Street
Sacramento, CA 95814
*(Defendant)*

**Steven Shea Kaufhold**
Akin Gump Strauss Hauer &
Feld
580 California Street
Suite 1500
San Francisco, CA 94104
415-765-9500
415-765-9501 (fax)
skaufhold@akingump.com
*Assigned: 08/13/2007*
*LEAD ATTORNEY*

representing

**Alan Nakanishi**
*(Intervenor Defendant)*

**Anthony Adams**
*(Intervenor Defendant)*

**Audra Stickland**
*(Intervenor Defendant)*

**Bill Emmerson**
*(Intervenor Defendant)*

**Bill Maze**
*(Intervenor Defendant)*

**Bob Huff**
*(Intervenor Defendant)*

**Cameron Smyth**
*(Intervenor Defendant)*

**Chuck DeVore,**
*(Intervenor Defendant)*

**Doug La Malfa**
*(Intervenor Defendant)*

**George A. Plescia**
*(Intervenor Defendant)*

**Greg Aghazarian**
*(Intervenor Defendant)*

**Guy Houston**
*(Intervenor Defendant)*

**Jean Fuller**
*(Intervenor Defendant)*

**Jim Silva**
*(Intervenor Defendant)*

**Joel Anderson,**
*(Intervenor Defendant)*

**John J. Benoit**
*(Intervenor Defendant)*

**Kevin Jeffries,**
*(Intervenor Defendant)*

**Martin Garrick**
*(Intervenor Defendant)*

**Michael N. Villines**
*(Intervenor Defendant)*

**Paul Cook**
*(Intervenor Defendant)*

**Rick Keene**
*(Intervenor Defendant)*

**Roger Niello**
*(Intervenor Defendant)*

**Sam Blakeslee**
*(Intervenor Defendant)*

**Sharon Runner**
*(Intervenor Defendant)*

**Shirley Horton**
*(Intervenor Defendant)*

**Ted Gaines**
*(Intervenor Defendant)*

**Todd Spitzer**
*(Intervenor Defendant)*

**Tom Berryhill**
*(Intervenor Defendant)*

**Van Tran**
*(Intervenor Defendant)*

**Mimi Walters**
*(Intervenor Defendant)*

**Joseph Michael Keating**
Office of the Special Master
2351 Sussex Drive
Fernandina Beach, FL 32034
904-491-7157
(904) 491-7158 (fax)
jmichaelkeatingjr@yahoo.com
  *Assigned: 01/14/2005*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**J Michael Keating, Jr**

Office of the Special Master
285 Terrace Avenue
Riverside, RI 02915
401-383-9313
*(Special Master)*


**Matthew A Lopes, Jr**
Pannone Lopes & Devereaux
LLC
1800 Finanical Plaza
Providence, RI 02903
(401) 824-5156
(401) 824-5123 (fax)
mlopes@pld-law.com
  *Assigned: 08/28/2002*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**Matthew A Lopes, Jr**
*(Special Master)*


**Paul B Mello**
Hanson, Bridgett, Marcus,
Vlahos & Rudy
333 Market Street
Suite 2100
San Francisco, CA 94105
650-233-4096
pmello@hansonbridgett.com
  *Assigned: 12/08/2006*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**Schwarzenegger, et al**
*(Defendant)*

**Thomas Bengt Nolan**
Rosen Bien & Galvan, LLP
315 Montgomery Street
10th Floor
San Francisco, CA 94104
(415) 433-6830                    representing
(415) 433-7104 (fax)
tnolan@rbg-law.com
*Assigned: 05/11/2005*
*ATTORNEY TO BE*
*NOTICED*

**Ralph Coleman**
C-09970
FSP-1
California State Prison Sacramento
PO Box 290066
Represa, CA 95671-0066
*(Plaintiff)*


**Rocco Robert Paternoster**
Service Employees
International Union (SEIU)
1808 14th Street
Building 1
PO Box 160005
Sacramento, CA 95816            representing
916-554-1279
916-554-1272 (fax)
rpaternoster@seiu1000.org
*Assigned: 05/18/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

**SEIU Local 1000**
*(Amicus)*


**Lori Ellen Rifkin**
Rosen Bien & Galvan, LLP
315 Montgomery Street
10th Floor
San Francisco, CA 94104
(415) 433-6830
(415) 433-7104 (fax)
lrifkin@rbg-law.com              representing
*Assigned: 10/31/2006*
*ATTORNEY TO BE*
*NOTICED*

**Ralph Coleman**
C-09970
FSP-1
California State Prison Sacramento
PO Box 290066
Represa, CA 95671-0066
*(Plaintiff)*

19

**Donald Specter**
Prison Law Office
General Delivery
San Quentin, CA 94964
(415) 457-9144
(415) 457-9151 (fax)
dspecter@prisonlaw.com
  *Assigned: 07/10/1991*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**Ralph Coleman**
C-09970

FSP-1
California State Prison Sacramento
PO Box 290066
Represa, CA 95671-0066
*(Plaintiff)*

**David J Heroux**
*(Plaintiff)*

**David McKay**
*(Plaintiff)*

**Roy Joseph**
*(Plaintiff)*

**Winifred Williams**
*(Plaintiff)*

**Chad Allen Stegeman**
Akin Gump Strauss Hauer &
Feld
580 California Street
Suite 1500
San Francisco, CA 94104
415-765-9500
415-765-9501 (fax)
cstegeman@akingump.com
  *Assigned: 08/13/2007*
  *LEAD ATTORNEY*

representing

**Alan Nakanishi**
*(Intervenor Defendant)*

**Anthony Adams**
*(Intervenor Defendant)*

**Audra Stickland**
*(Intervenor Defendant)*

**Bill Emmerson**
*(Intervenor Defendant)*

**Bill Maze**
*(Intervenor Defendant)*

**Bob Huff**
*(Intervenor Defendant)*

**Cameron Smyth**
*(Intervenor Defendant)*

**Chuck DeVore**
*(Intervenor Defendant)*

20

**Doug La Malfa**
*(Intervenor Defendant)*

**George A. Plescia**
*(Intervenor Defendant)*

**Greg Aghazarian**
*(Intervenor Defendant)*

**Guy Houston**
*(Intervenor Defendant)*

**Jean Fuller**
*(Intervenor Defendant)*

**Jim Silva**
*(Intervenor Defendant)*

**Joel Anderson,**
*(Intervenor Defendant)*

**John J. Benoit**
*(Intervenor Defendant)*

**Kevin Jeffries,**
*(Intervenor Defendant)*

**Martin Garrick**
*(Intervenor Defendant)*

**Michael N. Villines**
*(Intervenor Defendant)*

**Michael D. Duvall**
*(Intervenor Defendant)*

**Paul Cook**
*(Intervenor Defendant)*

**Rick Keene**
*(Intervenor Defendant)*

**Roger Niello**
*(Intervenor Defendant)*

21

**Sam Blakeslee**
*(Intervenor Defendant)*

**Sharon Runner**
*(Intervenor Defendant)*

**Shirley Horton**
*(Intervenor Defendant)*

**Ted Gaines**
*(Intervenor Defendant)*

**Todd Spitzer**
*(Intervenor Defendant)*

**Tom Berryhill**
*(Intervenor Defendant)*

**Van Tran**
*(Intervenor Defendant)*

**Mimi Walters**
*(Intervenor Defendant)*

**Jennifer Spencer Stoughton**
Carroll Burdick and
McDonough
44 Montgomery Street
Suite 400
San Francisco, CA 94104
415-743-2483
415-989-0932 (fax)
jstoughton@cbmlaw.com
 *Assigned: 06/18/2007*
 *ATTORNEY TO BE*
*NOTICED*

representing

**- California Correctional Peace Officers Association**
*(Amicus)*

22

**Benjamin C. Sybesma**
California Correctional Peace
Officers Association
Legal Department
755 Riverpoint Drive
West Sacramento, CA 95605-
1634
916372-6060 260
916372-9805 (fax)
ben.sybesma@ccpoa.org
  *Assigned: 12/04/2006*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
*NOTICED*

representing

**- California Correctional Peace
Officers Association**
*(Amicus)*

**Lisa Anne Tillman**
Office of the Attorney General
1300 I Street
Suite 125
Sacramento, CA 94244-2550
916-327-7872
916-324-5205 (fax)
lisa.tillman@doj.ca.gov
  *Assigned: 05/26/2004*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
*NOTICED*

representing

**James Gomez**
*(Defendant)*

**John S Zil, MD**
*(Defendant)*

**Joseph Sandoval**
*(Defendant)*

**Nadim Khoury**
*(Defendant)*

**Schwarzenegger, et al**
*(Defendant)*

**Stephen W Mayberg**
California Department of Mental
Health
*(Defendant)*

**Matthew A Lopes, Jr**
*(Defendant)*

**Michael Genest**
CA Department of Finance
915 L Street
Sacramento, CA 95814
*(Defendant)*

23

**Amy Whelan**
Rosen Bien & Galvan, LLP
315 Montgomery Street
10th Floor
San Francisco, CA 94104
(415) 433-6830
awhelan@rbg-law.com
*Assigned: 01/16/2007*
*ATTORNEY TO BE*
*NOTICED*

representing

**David J Heroux**
*(Plaintiff)*

**David McKay**
*(Plaintiff)*

**Roy Joseph**
*(Plaintiff)*

**Winifred Williams**
*(Plaintiff)*

**Ralph Coleman**
C-09970
FSP-1
California State Prison Sacramento
PO Box 290066
Represa, CA 95671-0066
*(Plaintiff)*

**Ronald Yank**
Carroll Burdick and
McDonough
44 Montgomery Street
Suite 400
San Francisco, CA 94104
415-989-5900
ryank@cbmlaw.com
*Assigned: 11/28/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

representing

**- California Correctional Peace Officers Association**
*(Amicus)*

24

**Charles J. Antonen**
California Department of
Justice
Office of the Attorney General
455 Golden Gate Avenue,
Suite 11000
San Francisco, CA 94102
(415) 703-5443
(415) 703-5843 (fax)
Charles.Antonen@doj.ca.gov
  *Assigned: 04/03/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**Governor Arnold
Schwarzenegger**
*(Defendant)*

**James E. Tilton**
*(Defendant)*

**Michael C. Genest**
*(Defendant)*

**Michael William Bien**
Rosen Bien & Galvan, LLP
315 Montgomery Street
10th Floor
San Francisco, CA 94104
415-433-6830
415-433-7104 (fax)
mbien@rbg-law.com
  *Assigned: 05/31/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**Ralph Coleman**
*(Miscellaneous)*

**Alton G. Burkhalter**
Burkhalter Michaels Kessler
& George LLP
2020 Main Street, Suite 600
Irvine, CA 92614
(949) 975-7500
(949) 975-7501 (fax)
aburkhalter@bmkglaw.com
  *Assigned: 11/22/2006*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
  *NOTICED*

representing

**Public Health Services Bureau,
LLC**
*(Interested Party)*

**Martin H. Dodd**
Futterman & Dupree LLP
160 Sansome Street, 17th
Floor
San Francisco, CA 94104
415-399-3840
415-399-3838 (fax)
martin@dfdlaw.com
  *Assigned: 02/28/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Robert Sillen**

California Prison Receivership
1731 Technology Drive, Suite 700
San Jose, CA 95110
*(Miscellaneous)*


**Jamie L. Dupree**
Futterman & Dupree LLP
160 Sansome Street
17th Floor
San Francisco, CA 94104
415-399-3840
415-399-3838 (fax)
jdupree@dfdlaw.com
  *Assigned: 07/19/2007*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Robert Sillen**

California Prison Receivership
1731 Technology Drive, Suite 700
San Jose, CA 95110
*(Miscellaneous)*


**Rochelle C. East**
Office of the Attorney General
455 Golden Gate Avenue,
Suite 11000
San Francisco, CA 94102-
7004
(415) 703-5711
(415) 703-5843 (fax)
rochelle.east@doj.ca.gov
  *Assigned: 06/15/2007*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Governor Arnold
Schwarzenegger**
*(Defendant)*


26

**Steven Fama**
Prison Law Office
General Delivery
San Quentin, CA 94964
(415)457-9144
(415)457-9151 (fax)
sfama@prisonlaw.com
  *Assigned: 04/10/2001*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Gilbert Aviles**
*(Plaintiff)*

**Joseph Long**
*(Plaintiff)*

**Leslie Rhoades**
*(Plaintiff)*

**Marciano Plata**
*(Plaintiff)*

**Otis Shaw**
*(Plaintiff)*

**Paul Decasas**
*(Plaintiff)*
**Ray Stoderd**
*(Plaintiff)*

**Steven Bautista**
*(Plaintiff)*

**Raymond Johns**
*(Plaintiff)*

**Clifford Myelle**
*(Plaintiff)*

**Warren E. George**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-
4066
(415)393-2000
(415)393-2286 (fax)
warren.george@bingham.com
  *Assigned: 04/10/2001*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Gilbert Aviles**
*(Plaintiff)*

**Joseph Long**
*(Plaintiff)*

**Leslie Rhoades**
*(Plaintiff)*

**Marciano Plata**
*(Plaintiff)*

**Otis Shaw**
*(Plaintiff)*

27

**Paul Decasas**
*(Plaintiff)*

**Ray Stoderd**
*(Plaintiff)*

**Steven Bautista**
*(Plaintiff)*

**Raymond Johns**
*(Plaintiff)*

**Clifford Myelle**
*(Plaintiff)*

**John Hagar**
Judge's Reading Room
450 Golden Gate Ave
18th Floor
Law Library
San Francisco, CA 94102
 *Assigned: 11/16/2005*
 *ATTORNEY TO BE
NOTICED*

representing

**John Hagar**

Judge's Reading Room
450 Golden Gate Ave
18th Floor
Law Library
San Francisco, CA 94102
*(Miscellaneous)*

**Alison Hardy**
Prison Law Office
2173 E. Francisco Blvd
San Rafael, CA 94901
415-457-9144
ahardy@prisonlaw.com
 *Assigned: 06/06/2007*
 *ATTORNEY TO BE
NOTICED*

representing

**Marciano Plata**
*(Plaintiff)*

**Kristina Marie Hector**
U.S. District Court
450 Golden Gate Avenue
18th Floor Law Library
San Francisco, CA 94102
415-522-4067
kristinahector@sbcglobal.net
 *Assigned: 06/20/2007*
 *ATTORNEY TO BE*
*NOTICED*

representing

**Robert Sillen**

California Prison Receivership
1731 Technology Drive, Suite 700
San Jose, CA 95110
*(Miscellaneous)*

**Andrew J. Kahn, Esq.**
Davis, Cowell & Bowe, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
415-597-7200
415-597-7201 (fax)
ajk@dcbsf.com
 *Assigned: 06/19/2007*
 *ATTORNEY TO BE*
*NOTICED*

representing

**Attorney for UAPD Union of
American Physicians & Dentists**

DAVIS, COWELL & BOWE
595 Market St., Suite 1400
San Francisco, CA 94105
(415) 597-7200
(415) 597-7200 (fax)
pmore@dcbsf.com
*(Amicus)*

**Steve Shea Kaufhold**
Akin Gump Strauss Hauer &
Feld LLP
580 California Street
15th Floor
San Francisco, CA 94104
415-765-9500
415-765-9501 (fax)
skaufhold@akingump.com
 *Assigned: 08/13/2007*
 *ATTORNEY TO BE*
*NOTICED*

representing

**Alan Nakanishi**
*(Intervenor Dft)*

**Anthony Adams**
*(Intervenor Dft)*

**Audra Strickland**
*(Intervenor Dft)*

**Bill Emmerson**
*(Intervenor Dft)*

**Bill Maze**
*(Intervenor Dft)*

**Bob Huff**
*(Intervenor Dft)*

**Cameron Smyth**
*(Intervenor Dft)*

29

**Chuck DeVore**
*(Intervenor Dft)*

**Doug La Malfa**
*(Intervenor Dft)*

**George A. Plescia**
*(Intervenor Dft)*

**Greg Aghazarian**
*(Intervenor Dft)*

**Guy S. Houston**
*(Intervenor Dft)*

**Jean Fuller**
*(Intervenor Dft)*

**Jim Silva**
*(Intervenor Dft)*

**Joel Anderson**
*(Intervenor Dft)*

**John J. Benoit**
*(Intervenor Dft)*

**Kevin Jeffries**
*(Intervenor Dft)*

**Martin Garrick**
*(Intervenor Dft)*

**Michael D. Duvall**
*(Intervenor Dft)*

**Michael N. Villines**
*(Intervenor Dft)*

**Mimi Walters**
*(Intervenor Dft)*

**Paul Cook,**
*(Intervenor Dft)*

**Rick Keene**
*(Intervenor Dft)*

**Roger Niello,**
*(Intervenor Dft)*

**Sam Blakeslee**
*(Intervenor Dft)*

**Sharon Runner**
*(Intervenor Dft)*

**Shirley Horton**
*(Intervenor Dft)*

**Ted Gaines**
*(Intervenor Dft)*

**Todd Spitzer**
*(Intervenor Dft)*

**Tom Berryhill**
*(Intervenor Dft)*

**Van Tran**
*(Intervenor Dft)*

**Paul Brian Mello**
Hanson Bridgett Marcus
Vlahos & Rudy LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
415/777-3200
415/541-9366 (fax)
pmello@hansonbridgett.com
  *Assigned: 05/16/2005*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Governor Arnold
Schwarzenegger**
*(Defendant)*

31

**Caroline Nason Mitchell**
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104
415 875 5712
415 875 5700 (fax)
cnmitchell@jonesday.com
*Assigned: 04/10/2001*
*ATTORNEY TO BE*
*NOTICED*

**Gilbert Aviles**
*(Plaintiff)*

**Joseph Long**
*(Plaintiff)*

**Leslie Rhoades**
*(Plaintiff)*

**Marciano Plata**
*(Plaintiff)*

**Otis Shaw**
*(Plaintiff)*

representing

**Paul Decasas**
*(Plaintiff)*

**Ray Stoderd**
*(Plaintiff)*

**Steven Bautista**
*(Plaintiff)*

**Raymond Johns**
*(Plaintiff)*

**Clifford Myelle**
*(Plaintiff)*

**Paul More**
Davis, Cowell & Bowe
595 Market Street, Suite 1400
San Francisco, CA 94105
415-597-7200
415-597-7201 (fax)
pmore@dcbsf.com
*Assigned: 05/22/2007*
*ATTORNEY TO BE*
*NOTICED*

representing

**Attorney for UAPD Union of**
**American Physicians & Dentists**

DAVIS, COWELL & BOWE
595 Market St., Suite 1400
San Francisco, CA 94105
(415) 597-7200
(415) 597-7200 (fax)
pmore@dcbsf.com
*(Amicus)*

**Miguel Angel Neri**
Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
(510) 622-2205
(510) 622-2270 (fax)
Miguel.Neri@doj.ca.gov
*Assigned: 05/22/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE*
*NOTICED*

representing

**California State Personnel Board**

Office of the Attorney General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
510.622.2205
510.622.2270 (fax)
miguel.neri@doj.ca.gov
*(Interested Party)*

**Jerrold Charles Schaefer**
Hanson Bridgett Marcus
Vlahos & Rudy LLP
425 Market Street, 26th Floor
San Francisco, CA 94105-2173
415/777-3200
415/541-9366 (fax)
jschaefer@hansonbridgett.com
*Assigned: 05/16/2005*
*ATTORNEY TO BE*
*NOTICED*

representing

**Governor Arnold Schwarzenegger**
*(Defendant)*

**Robert Sillen**
California Prison Receivership
1731 Technology Drive, Suite 700
San Jose, CA 95110
*Assigned: 01/31/2007*
*ATTORNEY TO BE*
*NOTICED*

representing

**Robert Sillen**

California Prison Receivership
1731 Technology Drive, Suite 700
San Jose, CA 95110
*(Miscellaneous)*

33

**Donald Howard Specter**
Prison Law Office
General Delivery
San Quentin, CA 94964
415.457.9144
415.457.9151 (fax)
dspecter@prisonlaw.com
  *Assigned: 04/10/2001*
  *LEAD ATTORNEY*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Gilbert Aviles**
*(Plaintiff)*

**Joseph Long**
*(Plaintiff)*

**Leslie Rhoades**
*(Plaintiff)*

**Marciano Plata**
*(Plaintiff)*

**Otis Shaw**
*(Plaintiff)*

**Paul Decasas**
*(Plaintiff)*

**Ray Stoderd**
*(Plaintiff)*

**Steven Bautista**
*(Plaintiff)*

**Raymond Johns**
*(Plaintiff)*

**Clifford Myelle**
*(Plaintiff)*

**Chad Allen Stegeman**
Akin Gump Strauss Hauer &
Feld
580 California St.
San Francisco, CA 94104
(415) 765-9526
(415) 765-9501 (fax)
cstegeman@akingump.com
  *Assigned: 08/13/2007*
  *ATTORNEY TO BE*
*NOTICED*

representing

**Alan Nakanishi**
*(Intervenor Dft)*

**Anthony Adams**
*(Intervenor Dft)*

**Audra Strickland**
*(Intervenor Dft)*

**Bill Emmerson**
*(Intervenor Dft)*

**Bill Maze**
*(Intervenor Dft)*

34

**Bob Huff**
*(Intervenor Dft)*

**Cameron Smyth**
*(Intervenor Dft)*

**Chuck DeVore**
*(Intervenor Dft)*

**Doug La Malfa**
*(Intervenor Dft)*

**George A. Plescia**
*(Intervenor Dft)*

**Greg Aghazarian**
*(Intervenor Dft)*

**Guy S. Houston**
*(Intervenor Dft)*

**Jean Fuller**
*(Intervenor Dft)*

**Jim Silva**
*(Intervenor Dft)*

**Joel Anderson**
*(Intervenor Dft)*

**John J. Benoit**
*(Intervenor Dft)*

**Kevin Jeffries**
*(Intervenor Dft)*

**Martin Garrick**
*(Intervenor Dft)*

**Michael D. Duvall**
*(Intervenor Dft)*

**Michael N. Villines**
*(Intervenor Dft)*

**Mimi Walters**
*(Intervenor Dft)*

**Paul Cook,**
*(Intervenor Dft)*

**Rick Keene**
*(Intervenor Dft)*

**Roger Niello,**
*(Intervenor Dft)*

**Sam Blakeslee**
*(Intervenor Dft)*

**Sharon Runner**
*(Intervenor Dft)*

**Shirley Horton**
*(Intervenor Dft)*

**Ted Gaines**
*(Intervenor Dft)*

**Todd Spitzer**
*(Intervenor Dft)*

**Tom Berryhill**
*(Intervenor Dft)*

**Van Tran**
*(Intervenor Dft)*

| | | |
|---|---|---|
| **Samantha D. Tama**<br>Office of the Attorney General<br>455 Golden Gate Avenue,<br>Suite 11000<br>San Francisco, CA 94102-<br>7004<br>(415) 703-5708<br>(415) 703-5843 (fax)<br>samantha.tama@doj.ca.gov<br>*Assigned: 04/03/2007*<br>*ATTORNEY TO BE*<br>*NOTICED* | representing | **Governor Arnold**<br>**Schwarzenegger**<br>*(Defendant)*<br><br>**Michael C. Genest**<br>*(Defendant)*<br><br>**James E. Tilton**<br>*(Defendant)* |
| **Fiel Dizon Tigno**<br>Attorney General for the State<br>of Calif<br>1515 Clay Street, 20th Floor<br>P. O. Box 70550<br>Oakland, Ca 94612-0550<br>(510) 622-2204<br>fiel.tigno@doj.ca.gov<br>*Assigned: 06/21/2007*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE*<br>*NOTICED* | representing | **California State Personnel Board**<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, CA 94612-0550<br>510.622.2205<br>510.622.2270 (fax)<br>miguel.neri@doj.ca.gov<br>*(Interested Party)* |

Each envelope addressed to the above listed, on August 14, 2007, was sealed and deposited in a United States mailbox in the City of Riverside, State of California, with postage thereon fully prepaid.

I declare the foregoing to be true and correct under penalty of perjury.

Executed on August 14, 2007, at Riverside, California.

**DECLARANT**

37

## DECLARATION OF SERVICE BY FEDEX

Case Nos. CIV S-90-0520 LKK JFM P & C01-1351 THE

I, the undersigned, declare:

I am employed in the County of Riverside; I am over the age of 18 years and not a party to the within action. My business address is 4075 Main Street, Riverside, California. That on August 14, 2007, I served a copy of the within, **NOTICE OF MOTION AND MOTION TO INTERVENE AND ATTACHED EXHIBITS,** on the following, by placing a copy of the documents in the FEDEX box to the addressed as follows:

| HON. STEPHEN REINHARDT<br>United States Courthouse<br>312 North Spring Street, Suite 1747<br>Los Angeles, CA 90012 | HON. LAWRENCE K. KARLTON<br>Robert T. Matsui United States<br>Courthouse<br>501 I Street<br>Sacramento, CA 95814 |
|---|---|
| HON. THELTON E. HENDERSON<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |

Each envelope addressed to the above listed, on August 14, 2007, was sealed and deposited in a FEDEX mailbox in the City of Riverside, State of California.

I declare the foregoing to be true and correct under penalty of perjury.

Executed on August 14, 2007, at Riverside, California.

Jessica L. Ramirez

**DECLARANT**