# J & M

## JONES & MAYER

ATTORNEYS AT LAW

3777 NORTH HARBOR BOULEVARD • FULLERTON, CALIFORNIA 92835
(714) 446-1400 • (562) 697-1751 • FAX (714) 446-1448

Richard D. Jones*
Martin J. Mayer
Kimberly Hall Barlow

Christian L. Bettenhausen
Paul R. Coble
Michael Q. Do
Thomas P. Duarte
Elizabeth R. Feffer
Elena Q. Gerli
Krista MacNevin Jee
Christina J. Johnson
Gregory P. Palmer
Danny L. Peelman
Harold W. Potter
Dean J. Pucci
Yolanda M. Summerhill
Ivy M. Tsai

August 14, 2007

Of Counsel
Michael R. Capizzi

Consultant
Mervin D. Feinstein
Steven H. Staveley

*a Professional Law Corporation

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re: In the United States District Courts for the Eastern District of California and
the Northern District of California. United States District Court Composed of
Three Judges Pursuant to Section 2284, Title 28 United States Code
No. CIV S-90-0520 LKK JFM P **THREE-JUDGE COURT**
No. C01-1351 THE **THREE-JUDGE COURT**
*Ralph Coleman, et al., Plaintiffs, vs. Arnold Schwarzenegger, et al.,*
Defendants. *Marciano Plata, et al., Plaintiffs, vs. Arnold Schwarzenegger*, et
al., Defendants.

Page 2 of 3
August 14, 2007

Honorable Judges of the Three Judge Court. :

This letter is written in my capacity as General Counsel for the California State Sheriff's Association (CSSA) representing all California elected sheriffs and California Police Chiefs' Association (CPCA) representing all municipal police chiefs and, as to this litigation, the attorney representing the Chief Probation Officers of California (CPOC), who represent the probation departments of each California county. A select number of individual members of CSSA are today filing a Motion to Intervene in the above case.

As legal counsel for CPCA and CPOC it is hereby requested that the hearing in the above case now scheduled for August 15, 2007 be continued until mid-September 2007 to allow individual members of CPCA and CPOC to gain approval to intervene from the governing body of the local government entities of which their agencies are a part.

Most CPOC members and many members of CPCA have standing as a matter of right to intervene as local officials whose function includes the operation of a "prison" facility, as defined by 18 U.S.C. 3626 (g)(5). However, they have only become aware of the formation of and issues to be considered by this Three Judge Court within the past ten days or less and additional time is required for the individual officials to obtain the authorization of the public entity which employs them to participate as interveners.

The governing body of many municipalities meets only twice per month. The governing body of many counties meets only once per week and some even less frequently. State law requires public filing and notice of agenda items in advance of the meeting of these governing bodies. It is our intent to include as interveners some, but not all, members of the associations; a number that would be representative of the entire membership of each of the respective associations in terms of agency size and geographical location .

The sheriffs of all counties except two maintain "prison" facilities in addition to their other law enforcement responsibilities. The Chief Probation Officer in each county has charge of the county's juvenile detention facilities and the supervision of probationers as well as other responsibilities. The police chiefs have charge of municipal law enforcement in the incorporated and charter cities of California and many maintain municipal "prisons" which would be impacted by any potential order.

The three associations through their collective membership and each of the individual members are the most qualified and best equipped to present to this Court evidence of the impact any proposed relief ultimately issued will have on public safety and the operation of the criminal justice system thereby assisting the court in meeting the statutory mandate of 18 U.S.C.3626 (a)(1)(A) which provides in part, ". . . The court shall

Page 3 of 3
August 14, 2007

give substantial weight to any adverse impact on public safety or the operation of a
criminal justice system caused by the relief." (Emphasis added.)

Therefore, it is respectfully requested that the August 15, 2007 date for filing
status reports be extended for thirty (30) days. This will allow for additional interveners,
whose participation is essential to effectively meeting the statutory mandate set forth
above, to gain the necessary authorization and prepare the requisite moving papers for
intervention.

Respectfully submitted,

Martin J. Mayer

Michael R. Capizzi

Kimberly Hall Barlow

## PROOF OF SERVICE
## (§ 1013a, 2015.5 C.C.P.)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I em employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 3777 N. Harbor Boulevard, Fullerton, California 92835.

On **August 14, 2007**, I served the within **CORRESPONDENCE DATED AUGUST 14, 2007 TO THE HONORABLE STEPHEN REINHARDT, HONORABLE LAWRENCE K. KARLTON AND THE HONORABLE THELTON E. HENDERSON**, on the interested parties in said action by placing [X] a true and correct copy or [ ] the delivered by one or more of the means set forth below:

### SEE ATTACHED SERVICE LIST

[x ]    [*Via Mail*]   By depositing said envelope with postage thereon fully prepaid in the United States mail at La Habra, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fullerton, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit fo mailing in affidavit.

[ ]    [*Personal Delivery*]    I cause the above referenced document(s) to be delivered to the addressee set forth above.

[x ]    [*Overnight Courier*]    I caused the above referenced document(s) to be delivered to an overnight delivery service, for delivery to the addressee(s) on the attached service list.
**SEE ATTACHED SERVICE LIST IDENTIFYING THE HONORABLE STEPHEN REINHARDT, HONORABLE LAWRENCE K. KARLTON, HONORABLE THELTON E. HENDERSON.**

[ ]    [*Via Facsimile Transmission*]    I caused the above referenced document(s) to be transmitted to the named person(s) to the fax number(s) set forth on the attached Service List. The telephone number of the sending facsimile machine was 714/446-1448.

[ ]    [*State*]    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]    [*Federal*]    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 14, 2007**, at Fullerton, California.

*Debbie Menicucci*
Debbie Menicucci

**SERVICE LIST**

1

2   Paul B. Mello, Esq.
    Hanson Bridgett Marcus Vlahos & Rudy
3   LLP-SF
    425 Market Street, 26th Floor
4   San Francisco, CA 94105

5   Donald Specter
    Attorney at Law
6   Prison Law Office
    General Delivery
7   San Quentin, CA 94964

8   Warren E. George
    Attorney at Law
9   Bingham McCutchen- San Francisco
    Three Embarcadero Center
10  San Francisco, CA 9111-4066

11  Jared Goldman
    Staff Attorney
12  California Prison Health Care
    Receivership
13  1731 Technology Drive, Suite 700
    San Jose, CA 95110

14  Steven Fama
    Attorney at Law
15  Prison Law Office
    1 Main Street
16  San Quentin, CA 94964

17
    Alison Hardy, Esq.
18  Prison Law Office
    General Delivery
19  San Quentin, CA 94964

20  Robert Sillen
    California Prison Receivership
21  1731 Technology Drive, Suite 700
    San Jose, CA 95110

22
    Robin Dezember, Director (A)
23  Division of Correctional Health Care Services
    CDCR
24  P.O. Box 942883
    Sacramento, CA 94283-0001
25
    Kathleen Keeshen-Legal Affairs Division
26  California Department of Corrections
    P.O. Box 942883
27  Sacramento, CA 94283

28

Martin H. Dodd, Attorney
Futterman & Dupree LLP
160 Sansome, 17th Floor
San Francisco, CA 94104

John Hagar, Chief of Staff
Judges' Reading Room, Court Library, 18th Floor
United States District Court
Northern District of California
450 golden Gate Avenue
San Francisco, CA 94102

Caroline N. Mitchell, Esq.
Jones Day - San Francisco
555 California Street, 26th Floor
San Francisco, CA 94104

Jerrold C. Schaefer, Esq.
Hanson Bridgett Marcus Vlahos & Rudy
LLP-SF
425 Market Street, 26th Floor
San Francisco, CA 94105

California State Personnel Board
Office of the Attorney General
Attn: Miguel Neri
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550

Union of American Physicians & Dentists
DAVIS, COWELL & BOWE
595 Market Street, Suite 1400
San Francisco, CA 94105

Andrea Lynn Hoch
Legal Affairs Secretary
Office of the Governor
Capitol Building
Sacramento, CA 95814

Bruce Slavin, General Counsel
CDCR - Office of the Secretary
P.O. Box 942883
Sacramento, CA 94283-0001

Richard J. Chivaro
John Chen
State Controller
300 Capitol Mall, Suite 518
Sacramento, CA 95814

Molly Arnold
Chief Counsel, Department of Finance
State Capitol, Room 1145
Sacramento, CA 95814

Laurie Giberson
Staff Counsel
Department of General Services
707 Third Street, 7th Fl., Suite 7-330
West Sacramento, CA 95605

Matthew Cate, Inspector General
Office of the Inspector General
P.O. Box 348780
Sacramento, CA 95834-8780

Donna Neville
Senior Staff Counsel
Bureau of Sate Audits
555 Capitol Mall, Suite 300
Sacramento, CA 95814

Warren C. (Curt) Stracener
Paul M. Starkey
Labor Relations Counsel
Department of Personnel Administration
Legal Division
1515 "S" Street, North Building, Ste. 400
Sacramento, CA 95814

Gary Robinson, Executive Director
UAPD
1330 Broadway Boulevard, Suite 730
Oakland, CA 94612

Yvonne Walker
Vice President for Bargaining
CSEA 1108 "O" Street
Sacramento, CA 95814

Pam Manwiller
Director of State Programs
AFSME
555 Capitol Mall, Suite 1225
Sacramento, CA 95814

Elise Rose, Counsel
State Personnel Board
801 Capitol Mall
Sacramento, CA 95814

Stuart Drown, Executor Director
Little Hoover Commission
925 L Street, Suite 805
Sacramento, CA 95814

California State Personnel Board
Office of the Attorney General
1515 Clay Street, 20th Floor
Post Office Box 70550
Oakland, CA 94612-0550

J. Michael Keating, Jr.
285 Terrace Avenue
Riverside, RI 02915

Matthew A. Lopes, Jr. Esq.
Deputy Special Master
Pannone Lopes & Devereaux LLC
1800 Financial Plaza
Providence, RI 02903
(For Special Master)

Michael W. Bien, Esq.
Rosen, Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Claudia Center
The Legal Aid Society - Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107

Richard Goff
Heller, Ehrman White & McAuliffe
701 Fifth Avenue
Seattle, WA 98104

Steven S. Kaufhold
Chad A. Stegeman
AKIN GUMP STRAUSS HAUER & FELD, LLP
5380 California, 15th Floor
San Francisco, CA 94104-1036

**Via Overnight Delivery**
Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

**<u>Via Overnight Delivery</u>**
Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

**<u>Via Overnight Delivery</u>**
Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012