1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RALPH COLEMAN, et al.,

11              Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

12         vs.

13   ARNOLD SCHWARZENEGGER,          ORDER CONFIRMING UNDISPUTED
     et al.,                         ATTORNEYS' FEES AND COSTS FOR
14                                   THE FIRST QUARTER OF 2007

15              Defendants.

16   _____/

17         On August 9, 2007, the parties in this case submitted a Stipulation confirming the

18   results of their meet and confer session concerning fees and costs for the First Quarter of 2007,

19   pursuant to the March 19, 1996, periodic fees order in this case.

20         Pursuant to the stipulation filed on August 9, 2007, IT IS HEREBY ORDERED

21   that plaintiffs' fees and costs of $381,419.27, plus interest, are due and collectable as of forty-five

22   days from the date of entry of this Order.  Daily Interest runs from date of entry of this Order at

23   the rate provided by 28 U.S.C. § 1961.

24   /////

25   /////

26   /////

1

1         Pursuant to the stipulation filed on August 9, 2007, IT IS HEREBY ORDERED

2    that plaintiffs' fees and costs of $7,433.32, plus interest, are due and collectable as of forty-five

3    days from the date of entry of this Order.  Daily interest runs on $7,353.32 at 4.96 percent from

4    December 22, 2006 ($1.01 per day) and interest runs on $80.00 at 4.90 percent from March 2,

5    2007 ($0.01 per day).

6         IT IS SO ORDERED.

7    DATED:  August 14, 2007.

8

9    _____
     UNITED STATES MAGISTRATE JUDGE

10

11   /1stq07.af.wpd

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2