EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
SAMANTHA TAMA – State Bar No. 240280
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
lisa.tillman@doj.ca.gov
samantha.tama@doj.ca.gov

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. 2:90-cv-00520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DEFENDANTS' STATEMENT IN SUPPORT OF MOTIONS TO INTERVENE AS A MATTER OF RIGHT** |

- 1 -
DEFENDANTS' STATEMENT IN SUPP. OF MOT. TO INTERVENE AS A
MATTER OF RIGHT (CASE NOS. 90-00520 LKK JFM P AND 01-01351 TEH)

1343573.3

On August 13 and 14, 2007, thirty-one Members of the California Assembly, fifteen County District Attorneys, and twenty-three County Sheriffs and Chief Probation Officers filed timely motions to intervene in these proceedings as a matter of right. Defendants request that the Court grant these motions to intervene as expeditiously as possible so that the intervenors can participate fully in these historic proceedings.

Federal Rule of Civil Procedure 24(a) provides that intervention is required "when a statute of the United States confers an unconditional right to intervene . . ." The Prison Litigation Reform Act (PLRA) expressly provides standing for certain officials and units of government. Specifically, 18 U.S.C. § 3626(a)(3)(F) provides:

> Any State or local official including a legislator or unit of government whose jurisdiction or function includes the appropriation of funds for the construction, operation, or maintenance of prison facilities, or the prosecution or custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order shall have standing to oppose the imposition or continuation in effect of such relief and seek termination of such relief, and shall have the right to intervene in any proceeding relating to such relief.

Here, as set forth in their moving papers, each of the proposed intervenors (the Assembly Members, District Attorneys, Sheriffs, and the Chief Probation Officer) satisfy the requirements of the PLRA and Federal Rule of Civil Procedure 24(a). Moreover, Defendants believe that each of the proposed intervenors has an important and unique perspective, and should be allowed to present evidence on the significant issues presented in this three-judge proceeding. This evidence is critical because the PLRA specifically provides that substantial weight must be given to any adverse impact on public safety when considering a prisoner release order. 18 U.S.C. § 3626(a)(1). The proposed intervenors are the most knowledgeable to provide this Court evidence and perspective regarding the impact of a prisoner release order on public safety at both the state and local levels as well as the fiscal impact of such an order.

Consequently, Defendants request that these stakeholders be granted intervenor status as

1  soon as possible.

2  DATED: August 16, 2007

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP

By: /s/
PAUL B. MELLO
Attorneys for Defendants

7  DATED: August 16, 2007

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/
ROCHELLE C. EAST
Supervising Deputy Attorney General
Attorneys for Defendants

DEFENDANTS' STATEMENT IN SUPP. OF MOT. TO INTERVENE AS A
MATTER OF RIGHT (CASE NOS. 90-00520 LKK JFM P AND 01-01351 TEH)

1343573.3