EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>              Plaintiffs,<br><br>      v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' SUPPLEMENTAL BED REPORT** |

In response to this Court's order of April 18, 2007, Defendants submit a supplemental bed report addressing two elements: the relationship with between the Department of Mental Health and the California Department of Corrections and Rehabilitation (CDCR) and the

//
//
//
//
//

1 | consolidation plan. Attached as Exhibit A is the supplemental bed report.

2 | Dated: August 17, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30312813.wpd
CF1997CS0003

Def. Supplemental Bed Report

2