PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>     Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>     Defendants | No.: Civ S 90-0520 LKK-JFM<br><br>**PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENTS** |

To defendants and their attorneys of record, PLEASE TAKE NOTICE that plaintiffs are filing the following document under seal: Sealed Reply Declaration of Amy Whelan in Support of Plaintiffs' Motion to Compel Disputed Attorney's Fees and Costs From the Third and Fourth Quarters of 2006. This document is being filed under seal because it contains excerpts from sealed Exhibits Four (Docket Nos. 2355-7 through 2355-10) and Five (Docket Nos. 2356-2 through 2356-5) to the Declaration of Michael Stone In Opposition to Plaintiffs' Motion to Compel Attorneys Fees, filed by defendants on August 9, 2007. Those Exhibits were sealed pursuant to this Court's January 12, 2007 Protective Order. A copy of the Court's January 12, 2007 Order is attached hereto. A copy of this Notice shall accompany the hard copy of documents to be filed under seal.

Dated: August 21, 2007

Respectfully submitted,

*/s/ Amy Whelan*
Amy Whelan
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs