EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' SUPPLEMENTAL REPORT REGARDING TELEVISION AND RADIO ACCESSIBILITY IN ADMINISTRATIVE SEGREGATION UNITS** |

　　　On June 1, 2007, the Court entered an Order directing Defendants to submit a report on each institutions ability to provide access to televisions or radios to inmates in administrative segregation units.

　　　On August 13, 2007, Defendants filed a survey of television and radio access in response to the Court's June 1, 2007 Order. Attached as Exhibit A is Defendants' Supplemental Report

/ / /

/ / /

/ / /

**Defendants' Supplemental Report Regarding Television and Radio Accessibility in Administrative Segregation Units**

1

regarding television and radio accessibility in administrative segregation units.

Dated: August 21, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/ Misha D. Igra*

MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

30318023.wpd
CF1997CS0003