# Exhibit A

**DIVISION OF ADULT INSTITUTIONS**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



August 21, 2007

J. Michael Keating, Jr.          Via:   Lisa Tillman
Office of the Special Master            Deputy Attorney General
2351 Sussex Lane                        Department of Justice
Fernandina Beach, FL  32034             1300 I Street, Suite 125
                                        P. O. Box 944255
                                        Sacramento, CA  94244-2550

Dear Mr. Keating:

Please find enclosed a copy of the summary of responses received from the institutions of the California Department of Corrections and Rehabilitation (CDCR) in regard to Administrative Segregation Units (ASU).  Specifically, this list includes ASU overflow units which were inadvertently omitted from the initial survey submitted to the court on August 13, 2007.

If you have any questions, please contact Joseph Moss, Associate Warden (A), General Population Levels III/IV, Division of Adult Institutions, at (916) 323-3578.

Sincerely,

*/s/ Schwartz*

TERESA A. SCHWARTZ
Director (A)
Division of Adult Institutions

Enclosure

cc: Lisa Tillman, Deputy Attorney General, Department of Justice
    Misha Igra, Deputy Attorney General, Department of Justice
    Michael Stone, Staff Counsel, Office of Legal Affairs
    Joseph Moss, Associate Warden (A), Division of Adult Institutions

# Memorandum

Date : August 21, 2007

To : Teresa A. Schwartz
Director (A)
Division of Adult Institutions

Subject : **SURVEY RESULTS – ADMINISTRATIVE SEGREGATION LENGTH OF STAY, YARD TIME AND ENTERTAINMENT APPLIANCES**

Attached is a summary of responses received from the institutions of the California Department of Corrections and Rehabilitation (CDCR) in regard to Administrative Segregation Units (ASU). Specifically, the list includes ASU Overflow Units which were inadvertently omitted from the initial survey submitted to the court on August 13, 2007.

Attachment – "ASU Survey – Omitted Units"

Should you have any questions regarding this information, please contact J. W. Moss, Associate Warden (A) – General Population Levels III/IV at (916) 323-3578.

*[signature: J.W. Moss, AW(A)]*

J. W. Moss
Associate Warden (A)
Level III & IV GP Programs
Division of Adult Institutions

## ASU SURVEY - OMITTED UNITS

| PRISON | BUILDING DESIGN | AVERAGE LENGTH OF STAY-DAYS | CC YARD OFFERED/ WEEK-HRS. | SMY YARD OFFERED/ WEEK-HRS. | P.M. YARD OFFERED (Y/N) | RADIOS ALLOWED IN ASU (Y/N) | TV'S ALLOWED IN ASU (Y/N) | ELECTRICAL OUTLETS IN CELLS (Y/N) | CABLE/SAT TV IN PROG. AVAIL. IN CELLS (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| CCI - 4B1 | 180 | 109.00 | 0.00 | 6.00 | No | Yes | Yes | Yes | Yes |
| COR - 3A03 | 270 | 73.00 | 0.00 | 15.00 | No | Yes | Yes | Yes | Yes |
| COR - ASU1 | Stand Alone | 73.00 | 0.00 | 15.00 | No | Yes | Yes | No | No |
| DVI - L WING | Telephone | 48.00 | 7.50 | 5.50 | Yes | No | No | Yes | No |
| ESP - UNIT I (Overflow) | Telephone | 70.00 | 10.00 | 10.00 | No | No | No | Yes | Yes |
| HDSP - D1 | 180 | | 0.00 | 0.00 | No | Yes | Yes | Yes | Yes |
| HDSP - D5 | 180 | | 0.00 | 6.67 | No | Yes | Yes | Yes | Yes |
| HDSP - D6 | 180 | 134.00 | 0.00 | 6.67 | No | Yes | Yes | Yes | Yes |
| KVSP A-4 | 270 | 78.50 | 0.00 | 0.00 | No | Yes | Yes | Yes | Yes |
| KVSP - B2** | 180 | 92.00 | 0.00 | 10.00 | No | No | No | No | No |
| LAC - A5 | 270 | 180.00 | 10.00 | 10.00 | No | No | No | No | No |
| AC - ASU1 | Stand Alone | 180.00 | 0.00 | 10.00 | No | Yes | Yes | No | No |
| RJD - Fac 2, Bldg 7 | 270 | 108.00 | 8.00 | 10.00 | Yes | No | No | Yes | No |
| SAC - B4* | 180 | 108.00 | 10.00 | 2.50 | No | Yes | Yes | No | Yes |
| SAC - ASU | Stand Alone | 108.00 | 10.00 | 10.00 | Yes | Yes | No | Yes | No |
| SOL - Building 11 | 270 | 150.00 | 10.50 | 5.00 | Yes | No | No | Yes | No |
| SVSP - D8 | 180 | | 0.00 | 10.00 | No | Yes | Yes | Yes | Yes |
| SVSP - D9 | Stand Alone | 71.00 | 0.00 | 10.00 | No | Yes | No | Yes | No |
| SVSP-C6 | 180 | | | | | | | | |
| SVSP-C8 | 180 | | Units C6 and C8 were ASU overflow buildings that have not been used for ASU since approximately April 2007 | | | | | | |

* SMY's currently under construction on Facility B
*KVSP is not allowing cable television in Level IV 180 design Administrative Segregation as existing policies prohibit this. KVSP has submitted an exemption request and is in the process of reviewing existing policy.

# ASU SURVEY - OMITTED UNITS

| PRISON | BARRIERS TO ENTERTAINMENT APPLIANCES | EXEMPTION REQUEST SUBMITTED | ALTERNATIVE STIMULI OUTSIDE CELLS |
|---|---|---|---|
| RCI | No electrical or programming outlets available in cells in ASU, except in 4B. Inmates can have radio and TV in that area. | No | TV's on tier possible. |
| COR | No electrical or programming outlets available in cells in ASU. | Yes | TV's on tier poss. except SA. |
| CVI | No electrical outlets available in cells in ASU. Overburdened electrical system. | No | No |
| ISP | No electrical or programming outlets available in cells in ASU. | Yes | No |
| HDSP | No electrical or programming outlets available in cells in Stand Alone ASU | No | No |
| ISP | No electrical or programming outlets available in cells in ASU. (Modifications planned) | No | No |
| CVSP | No electrical or programming outlets available in cells in ASU. | No | No |
| AC | No electrical or programming outlets available in cells in ASU. | No | Movies for group therapy in A4. |
| RJD | No electrical outlets available in ASU cells. | No | No |
| SAC | No cable in Stand Alone ASU. | No | No |
| SOL | No electrical or programming outlets available in ASU cells. | Yes | No |
| SVSP | No cable in Stand Alone ASU. | No | No |