```
 1  LORENZO ARTEAGA, Pro se; CDC EE-66703
    CA FORMAL JURY & FORMAL SENTENCING & POST TRIAL & CAAD6-
 2  APPELLATE APPOINTED COUNSEL OF RECORD: PENDING APPEAL & CERTIORARI
    502 US 1090 to 139 LED2d 9; 139 LEd2d 892: NCA NOS: G-90-20326 RFP etc
 3  057049-9;  UNIT 2
    PO BOX 7001;  10333 El Camino Real
 4  Atascadero, CA  93434
    (805) 468-2724
 5  CA TRIAL & CAAD6 APPOINTED COUNSEL OF RECORD FOR LORENZO ARTEAGA in all proceedings at-issue since 1972

 6              IN THE UNITED STATES DISTRICT COURT

 7           FOR THE EASTERN  DISTRICT OF CALIFORNIA

 8  RALPH COLEMAN, et al.,        ) NO. CIV.S-90-520 LKK JFM P ***
                                  ) USCA9 NOS: 90-56279 etc; 91-80185; 91-16572; 91-15436;
 9       Plaintiffs-Appellants,   ) 91-15770; 91-15771; 91-16051; 91-16053; 96-16054; etc
                                  ) 94-80445; 95-15075; 95-15076; 95-15411; 95-15723; 95-15724 etc
10  vs.                           ) 95-80087; 95-80113; 96-16222; 96-16223; 97-16705 etc (all
                                  ) cross-petitions vexatiously bifurcated by respondents/defendants)
11  PETE WILSON, et al.,          )
                                  ) **NOTICE OF EXCLUSION FROM CLASS**
12       Defendants-Appellees.    ) ***THREE JUDGE COURT REQUESTED***
```

**FILED**
AUG 21 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

NOTICE IS HEREBY GIVEN THAT LORENZO ARTEAGA IS NEVER A MEMBER OF YOUR CLASS ACTION(s) and never should have been fraudulently placed in your supra action(s) as a class member for merely seeking information concerning the disposition of your supra class action since on or about AUGUST 1995; YOU AND EACH OF YOU ARE HEREBY REQUIRED TO REMOVE LORENZO ARTEAGA from any of your supra class actions;  I am pro se in all supra individual petitions and cross-petitions and timely appeals and cross-appeals and ABSOLUTELY NEVER a member of any of your so-called mental health class actions;  See also:

**IN RE: LORENZO ARTEAGA, No. 91-6695 (prohibition denied)(2/24/92) 502 US 1090, 117 LEd2d 479, 112 SCt 1247**
**IN RE: LORENZO ARTEAGA, No. 91-6696 (mandamus denied)(2/24/92) 502 US 10990, 117 LEd2d 479, 112 SCt 1247**
to and including: **ARTEAGA v CALIFORNIA (1997) 139 LEd2d 9;**  and LORENZO ARTEAGA, Petititioner v. **UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, ET AL;** and LORENZO ARTEAGA, Petitioner v **PETE WILSON, GOVERNOR OF CALIFORNIA, ET AL., 522 US 446, 139 LEd2d 892, 118 SCt 903 (2/23/98)**(HON. J STEVENS, DISSENTING): Pending appeal and cross-appeals and petitions and cross-petitions for extraordinary writ of mandamus/prohibition and removal and federal diversity habeas corpus: all 20, etc;
   PLEASE EXCLUDE ME NUNC PRO TUNC, as all delays and cause and prejudice is due to PETE WILSON, ET AL; DANIEL E LUNGREN, ET AL.;  They should not  have conspired to violate my constitutional & statutory right of access to the courts in order to obtain 522 US 446 etc in on-going chain conspiracy with those politically-motivated Defendants/Appellees, et al., supra; SEE US GOVERNMENT WAIVER FILED 5/9/97 NO: 96-8700 short style: **LORENZO ARTEAGA, Petitioner vs. PETE WILSON, GOVERNOR OF CALIFORNIA et al.,** realleged and incorporated in full herein as if fully set forth at length.

EXECUTED: AUGUST 10, 2007.

                                    _____
                                    LORENZO ARTEAGA, Pro se
PROOF OF SERVICE:                   COUNSEL OF RECORD in all proceedings
ALL COUNSEL OF RECORD HAVE BEEN SERVED.
USCA9;  US SOLICITOR GENERAL PAUL CLEMENT; US DEPT OF  JUSTICE, ATTN: THERESA WEATHERS & WALTER DELLINGER
CAAD6; SUPERIOR COURT JUDGES: FULL COURT AND JAMES WARE, GREGORY WARD AND JOYCE ALLEGRO, ET AL
da: KIM SETTLES DAG; DAVID H ROSE DAG; JERRY BROWN AG; ANN MILLER RAVEL COUNTY COUNSEL: SJ CITY ATTORNEY ET AL