| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588 |
| 2 | STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790 | Three Embarcadero Center<br>San Francisco, California 94111 |
| 3 | General Delivery<br>San Quentin, California 94964 | Telephone: (415) 393-2000 |
| 4 | Telephone: (415) 457-9144 | |
| 5 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891 | HELLER, EHRMAN, WHITE &<br>McAULIFFE |
| 6 | JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675 | RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue |
| 7 | LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526 | Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| 8 | 315 Montgomery Street, 10th Floor<br>San Francisco, California 94104 | |
| 9 | Telephone: (415) 433-6830 | |
| 10 | THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER | |
| 11 | CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402 | |
| 12 | 600 Harrison Street, Suite 120<br>San Francisco, CA 94107 | |
| 13 | Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, | ) | No.: Civ S 90-0520 LKK-JFM |
| Plaintiffs, | ) | **Proof of Service** |
| vs. | ) | Date: September 5, 2007<br>Time: 11:00 a.m. |
| ARNOLD SCHWARZENEGGER, et al., | ) | Place: Courtroom 26<br>Judge: Honorable John F. Moulds |
| Defendants | ) | |

1  I, Sofia Millham, declare that I am a resident of the State of California, am over the
2  age of eighteen years and am not a party to the within action. I am employed with Rosen,
3  Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco,
4  California 94104. On August 21, 2007, I served the following documents:

**PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENTS**

**SEALED REPLY DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISPUTED ATTORNEYS' FEES AND COSTS FROM THE THIRD AND FOURTH QUARTERS OF 2006 [FILED UNDER SEAL]**

**NOTICE OF ELECTRONIC FILING,** Dated August 21, 2007

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ X ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |

Proof of Service for AW Dec, 8-20-07, 489-5, pleadings        -1-

| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |
|---|---|

**All documents were sent to the following persons:**

Michael Stone
California Department of Corrections
Legal Affairs Division
1515 S Street, Room 314S
Sacramento, CA 94814

Lisa A. Tillman, Esq.
Misha D. Igra, Esq.
Deputy Attorney Generals
Office of the Attorney General
1300 I Street
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 21st day of August, 2007 at San Francisco, California.

_Sofia Millham_