IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.          <u>ORDER</u>

        On February 7, 2006, the special master filed a report and recommendations on defendants' December 2006 mental health bed plan. Therein, the special master made two recommendations for orders by this court. One of those recommendations was that the court set a hearing on defendants' proposal that the California Department of Corrections and Rehabilitation (CDCR) assume responsibility for the operation of all inpatient acute and intermediate care beds, including those operated by the California Department of Mental Health (DMH).

        By order filed March 27, 2007, the court deferred that recommendation pending defendants' submission to the special master of a detailed report on how this proposal would be accomplished and, if further study showed it to be not feasible, what alternative(s) would be pursued.

1

On April 12, 2007, the special master filed a report on defendants' establishment of interim inpatient intermediate DMH beds and the need for approval of some basic components of defendants' revised December 2006 Bed Plan. Pursuant to that report, by order filed April 17, 2007, defendants were directed to file a supplemental report superseding the report required by the March 27, 2007 order and addressing two issues: CDCR's relationship with DMH, and CDCR's plan for consolidated care centers. On August 17, 2007, defendants filed the supplemental report required by the April 17, 2007 order.

Good cause appearing, IT IS HEREBY ORDERED that defendants' August 17, 2007 supplemental report is referred to the special master for review. Within thirty days from the date of this order, the special master shall make such recommendations as are appropriate based on that review, including but not limited to whether this court should set a hearing on approval of some or all of the as-yet unapproved parts of defendants' long-range bed plan.

DATED: August 23, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2