RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
AUG 21 2007

FILED
AUG 27 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

1. Francois P. Givens #T-86266
2. CSATF/SP
3. P.O Box 5248
4. Corcoran, Ca., 93212
5. Amicus, In Pro Se.
6.
7.
8.            UNITED STATES DISTRICT COURT
9.            EASTERN DISTRICT OF CALIFORNIA.
10.
11. COLEMAN, et al.,              Case No: CIV S-90-0520 LKK JFM
12.    Plaintiffs,                REQUEST TO LODGE DOCUMENTS
13. v
14. WILSON, et al.,
15.    Defendants.
16.
17. To: THE HONORABLE LAURENCE K. KARLTON, CHIEF JUDGE EMERITUS, UNITED STATES DISTRICT COURT
18.
19.    Francois P. Givens, a prisoner incarcerated at the California Substance Abuse Treatment
20. Facility/State Prison in Corcoran, Ca., does submit this request to lodge documents,
21. in amicus pro se. The attached CDC602 Inmate Appeal contains relevant information
22. which this Court, and the appointed panel which is to address overcrowding
23. and inadequate medical care in CDCR, should consider when creating a remedy to
24. bring the State of California into compliance with this Court's, and other federal
25. courts orders(s).
26.
27. Date: August 12, 2007                    X _____
28.                                          Francois P. Givens #T-86266
                                             Amicus, In Pro Se.
29.
30.
31.
32.

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| | | | |

A. Describe Problem: Appellant challenges CDCR's policy/custom to house mentally ill/disturbed offenders and sexually violent predators (MDO's and SVP's) with non MDO's or SVP's. CDCR's failure to provide treatment for such offenders while seemingly condoning such behavior on the A-yard facility at CSATF/SP, violates the rights of the appellant and similarly situated prisoners who are in neither category (i.e., DDP, CCCMS, MDO, SVP), and yet are housed with such prisoners. Pursuant to Title 15, challenges to departmental policies shall bypass informal appeal level (CCR§3084.5(a)(3)(D), and upon discretion of Appeals Coordinator, may bypass First Level of Review (CCR§3084.5(b)(2)).

If you need more space, attach one additional sheet.

B. Action Requested: Cessation of harassment by MDO's, SVP's, DDP's, CCCMS's, or transfer appellant to a facility of similar classification and level where disturbed offenders are controlled and disciplined for their behavior. (see CCR§§ 3007, 3323(d)(7), 3323(f)(5) and 3323(g)(8). Referrals by CDCR under P.C.§2926 for prisoners who insist on disobeying these regulations, and "Jessica's Law".

Inmate/Parolee Signature: _____  Date Submitted: 8-12-07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____  Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____  Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Attachment CDCR602  8-12-07
Givens, F T86266

On 12-28-05, appellant was placed on the A-yard facility at CSATF/SP, because of conflicts with gang members in general population at the institution. The A-yard facility is a "Special Needs Yard" (SNY), which houses prisoners who might otherwise have problems within general population, i.e., gang dropouts, sex offenders, mentally ill/disturbed, etc. Appellant's 1-10-06 CDC128G Classification Chrono stated: "'S' case has been reviewed for predatory behavior that may limit housing options. 'S' has no documented predatory behavior while in prison that restricts housing. 'S' may be housed in a DDP designated housing unit.... 'S' is not a participant of the MHSDS"...see Attachment 1. This chrono establishes that the appellant is not a sexually violent predator (SVP) nor does he require mental health services, which should not equate with a prerequisite for housing with Developmentally Disabled Prisoners (DDP). Federal courts have held that housing mentally ill with non-mentally-ill prisoners violates the Americans with Disabilities Act (E.g., Canty v. Farrelly (D. Virgin Islands 1997) 957 F.Supp 727; Ramos v. Lamm (CA10 1980), 639 F.2d 559). In Coleman v. Wilson (ED Cal 1995) 912 F.Supp 1282, Judge Lawrence K. Karlton held that a prison's "obligation under Eighth Amendment to provide for basic human needs of prisoners includes requirement to provide access to adequate mental health care" (Id.). The Coleman court stated that this obligation requires CDCR to systematically screen and evaluate individual inmates to identify those in need of mental health care, and "[n]either the dimension of that task, nor its difficulty, excuses compliance with constitutional mandate" (Id.). CDCR has either failed to properly screen mentally disturbed offenders (MDOs) and SVP's, or is deliberately indifferent to their basic human needs. In addition to being assaulted, appellant has been housed with DDP/CCCMS inmates who: (1) routinely threaten to assault correctional officers; (2) wipe feces with hand, then sniff hand; (3) are abusively loud and aggressive; (4) pace all day and night when they refuse to take their psychotrophic medication; and (5) are easily manipulated by more aggressive inmates. Appellant has also been housed with possible SVP's who: (1) routinely "stalk" appellant and other prisoners taking showers; (2) uncontrollably masturbate in bed areas and in showers with other inmates; (3) routinely leave shower area to "expose" themselves to prisoners in day room and in bed areas; (4) have sexually harassed appellant by standing over his head while he lays down, and grab their genitals in a sexually suggestive manner; and have had sex with other prisoners in plain view of witnesses, i.e., bathrooms, showers, soccer field, medical pill line. On 2-23-07, CDCR updated changes to regulations which effect it's "Inmate Indecent Exposure Program" (Title 15, CCR§§ 3000, 3315, 3323 and 3341.5), in order to comply with Freitag v. CDCR (ND Cal #CV-00-02278-TEH), and to encourage acceptable behavior among inmates by subjecting inmates to "[S]ecurity measures that are designed to decrease the opportunity for the inmate to repeat the behavior" (see CDCR "Notice of Change to Regulations" #07/01, issued 3-9-07). Under CCR §3315, inmates who indecently expose themselves will receive progressive disciplinary action (Id.). Additionally, on 11-7-06, California voters passed Proposition 83 (SB1128), also known as "Jessica's Law" or "The Sexual Predator Punishment and Control Act", with it being "[T]he intent of the People in enacting this measure to help Californians better protect themselves, their children, and their communities" (Prop 83, §2(5)). The term "sexually violent predator" (SVP) means a person who has been convicted of a sexually violent offense...and who has a diagnosed mental disorder that makes the person a danger to the health and safety of others in that it is clearly likely that he or she will engage in sexually violent criminal behavior

(continued on back).

(Welfare & Institutions Code § 6600(a)(2)). Whenever CDCR believes that a prisoner may be an SVP, CDCR may refer that prisoner for a psychiatric evaluation before their scheduled release date (W&I § 6601(a)(1)). Such persons may be committed to the Department of Health, indefinitely, upon the petition of the prosecuting attorney in the particular case (W&I §§ 6601(h),(i); P.C § 2962), and such commitment will toll the start of parole, which will commence upon release from the Department of Health. (W&I § 6601(k)).

CDCR has an obligation to protect the appellant from psichological pain and suffering brought on by the acts of sexual harassment by SVP's and the pathological/psychopathical acts by MDO's (see Walker v. Woodford (SDCal 2006) 454 F.supp.2d 1007; Austin v. Terhune (CA9 2004) 367 F.3d 1167. With the appellant currently being housed with MDO's and SVP's, the failure of CDCR to discipline and/or correctly evaluate and provide treatment for MDO's and SVP's, violates the appellant's and all other similarly situated prisoners under the ADA and the Eighth Amendment.

X  _____
Francois P. Givens   T-86286
CSATF/SP  A3-121w

# Attachment 1

STATE OF CALIFORNIA                                                            DEPARTMENT OF CORRECTIONS
                                                                                CDC128G

| | | | |
|---|---|---|---|
| CDC NUMBER: T86266 | CS/LEVEL: 19/L-II | WG/PG: A1A | ACTION: PROGRAM (POST ASU) |
| NAME: GIVENS | CUSTODY: MED A | EFF DATE: 7/31/03 | REVIEW: REL FAC A SNY, RE-AFFIRM |
| REL TYPE: EPRD | NEXT CLASS: 4/1/07 | ASSIGN: U/A | MED A CUST, WG/PG A1A EFF |
| DATE: 8/2/08 | HOUSING: A3-263L | GPL: HSD | 7/31/03. PO SS (RLD) & VOC SMALL |
| | ETHNICITY: BLK | | ENGINE W/L. |

INMATE GIVENS CDC# T86266 APPEARED THIS DATE BEFORE FACILITY A, UNIT CLASSIFICATION COMMITTEE FOR HIS PROGRAM (POST ASU) REVIEW. 'S' VOICED NO MEDICAL CONCERNS. 'S' WAS PROVIDED 72 HOURS ADVANCED NOTIFICATION OF THIS HEARING. 'S's CDC 840, 127, 812 AND CONFIDENTIAL FILE WERE REVIEWED AND UPDATED. 'S' PLACEMENT SCORE IS 19. UCC NOTES CDC 128G DATED 7/29/03 (INITIAL REVIEW) HAS BEEN REVIEWED AND ALL CASE FACTORS REMAIN THE SAME. ON 12/7/05 'S' WAS PLACED IN ADMINISTRATIVE SEGREGATION DUE TO SAFETY CONCERNS GENERATED FROM SATF/SAP II GP (FACILITY F, AS NOTED ON CDC 128G DATED 12/14/05). ADDITIONALLY, THERE OUR CDC 128B's (GENERAL CHRONO) DATED 11/19/05 AND 12/7/05 (LOCATED IN THE GENERAL CHRONO SECTION OF 'S' C-FILE) REGARDING 'S' SAFETY CONCERNS AND SNY PLACEMENT.

ON 12/29/05, ICC ELECTED TO RELEASE 'S' TO SATF-II (SNY) FACILITY A, ESTABLISHED MED A CUST, WG/PG A1A, AND REFERRED 'S' TO UCC FOR POST ASU REVIEW. THERE ARE CURRENTLY NO CASE FACTORS WHICH PRECLUDE 'S' FROM BEING HOUSED ON FACILITY 'A' AT THIS TIME. 'S' CASE HAS BEEN REVIEWED FOR PREDATORY BEHAVIOR THAT MAY LIMIT HOUSING OPTIONS. 'S' HAS NO DOCUMENTED PREDATORY BEHAVIOR WHILE IN PRISON THAT RESTRICTS HOUSING. 'S' MAY BE HOUSED IN A DDP DESIGNATED HOUSING UNIT. PER CDC 128C DATED 6/20/03, 'S' IS NOT A PARTICIPANT OF THE MHSDS AND IS FD/FH CLEAR. PER CDC 128C DATED 8/22/05, 'S' IS RESTRICTED LIGHT DUTY, DUE TO A TEMPORARY MEDICAL CONDITION WHICH REQUIRES LOWER BUNK HOUSING. 'S' HAS THE ABILITY TO CLIMB STAIRS AND DOES NOT REQUIRE LOWER TIER HOUSING. 'S' HAS BEEN ADVISED TO SEE PHYSICIAN ONE-MONTH PRIOR TO EXPIRATION OF CHRONO FOR THE NECESSITY OF RENEWAL (EXPIRATION DATE, 2/22/06). 'S' IS CURRENTLY UNASSIGNED. HOWEVER, THE UCC PLACED 'S' ON THE SUPPORT SERVICE (RLD) AND THE VOCATIONAL SMALL ENGINE WAITING LIST.

**COMMITTEE ACTIONS:** PROGRAM (POST ASU) REVIEW: REL FAC A SNY, RE-AFFIRM MED A CUST, WG/PG A1A EFF 7/31/03. PC SS (RLD) & VOC SMALL ENG W/L.

**INMATE PARTICIPATION:** 'S' PARTICIPATED AND WAS IN AGREEMENT WITH COMMITTEE'S ACTION (S). 'S' WAS INFORMED OF COMMITTEE'S DECISION AND HIS RIGHTS TO APPEAL COMMITTEE ACTION.

**COMMENTS:** NONE.

**ADDITIONAL COMMITTEE MEMBERS:** MR. J. P. ANDERSON, EDUCATION DEPARTMENT.

| | | |
|---|---|---|
| P. DEAN, CCI | R. COLLINS, CCII (A) | J. REYNOSO, CAPTAIN (A) |
| RECORDER | MEMBER | CHAIRPERSON |
| Action Date: 1/10/05 | UCC/PROGRAM REVIEW | CSATF/SP |
| | POST AD SEG | FACILITY A |

```
1.                UNITED STATES DISTRICT COURT
2.                EASTERN DISTRICT OF CALIFORNIA
3.
4.  COLEMAN v. WILSON, No: CIV-S-90-0520 LKK JFM
5.
6.                    CERTIFICATE OF SERVICE
7.    I, the undersigned, do hereby certify under penalty of perjury by laws of the United
8.  States that all information presented in this certificate of service is, to the best of my
9.  knowledge, TRUE and ACCURATE.
10.   I am an adult citizen of the United States, currently residing in the county of CLARK, Nv.
11. On this day, I did personally place either original or exact copies of:
12.   a) "Request to Lodge Documents" w/CDC602 Inmate Appeal
13. in envelopes with sufficient postage addressed as follows:
14.   1) Office of the Clerk                2) Office of the Attorney General
15.      US District Court (E.D. Cal)          Patricia Webber-Heim, Deputy Attorney General
16.      2500 Tulare, #1501                    455 Golden Gate Ave, #11000
17.      Fresno, Ca, 93721                     San Francisco, Ca, 94102
18.
19.   3) Michael W. Bien - Attorney          4) Heller Ehrman White and McAuliffe
20.      Rosen Bien & Asaro, LLP.              333 Bush St
21.      155 Montgomery St., Floor 8          San Francisco Ca 94104-2878
22.      San Francisco Ca 94104-4105
23.
24.   5) Seltzer and Cody                    6) McCutchen Doyle Brown and Enersen
25.      760 Market St, #706                   3 Embarcadero, #1800
26.      San Francisco, Ca, 94102              San Francisco, Ca, 94111
27.
28.   7) Warden Ken Clark                    8) United States Court of Appeals (9th Circuit)
29.      CSATF/SP                              Hon. Steven Reinhardt, Circuit Judge
30.      900 Quebec Ave.                       P.O Box 193939
31.      Corcoran Ca, 93212                    San Francisco, Ca, 94119-3939
32.      [CDC602 appeal only]
```

Certificate of Service                    -1 of 11-
ED Cal #CIV S-90-0520 LKK JFM

1. 9) United States District Court (ND Cal)   10) Francors P. Givens #T-86266
2.    Hon. Thelton E. Henderson, Senior District Judge   CSATF/SP A3-121 Low
3.    450 Golden Gate Ave.   P.O Box 5248
4.    San Francisco, Ca, 94102   Corcoran, Ca, 93212
5.
6. These envelopes were placed in an official US Mail depository in the City of
7. LAS VEGAS, NEVADA on this day
8.
9. SWORN TRUE ON THIS __16__ DAY OF __August__, 2007 IN LAS VEGAS, NEVADA.
10.
11.                                                       x _Sonny J. Franklin_
12.                                                        Sonnie J. Franklin
13.                                                        4046 Whispering Quail Ct.
                                                           Las Vegas NV, 89122
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

Certificate of Service        — ii of ii —
EDCal # CIV S-90-0520 LKK JFM