IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.              ORDER

          The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of July 2007.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. The Clerk of the Court is directed to pay to

> Matthew A. Lopes, Jr., Esq.
> Deputy Special Master
> Pannone Lopes & Devereaux LLC
> 317 Iron Horse Way, Suite 301
> Providence, RI 02908

the amount of $296,028.95[1] in accordance with the attached statement; and

/////

---

[1] The attached statement and the total to be reimbursed have been adjusted to correct a minor typographical error in the billing statement submitted by the special master.

1

1         2. A copy of this order shall be served on the financial department of this court.

2 DATED: August 28, 2007.

                                               UNITED STATES MAGISTRATE JUDGE

12
cole07.jul

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
|     **Plaintiffs,** | : | |
| | : | |
|     v. | : | **No. Civ. S-90-0520 LKK JFM P** |
| | : | |
| **ARNOLD SCHWARZENEGGER et al.,** | : | |
|     **Defendants.** | | |

The Deputy Special Master hereby submits his latest statement for fees and disbursements, including those accrued through July 31, 2007

J. Michael Keating, Jr., Special Master
    Services                                  $16,484.00
    Disbursements                   -0-

        Total amount due                          $16,484.00

Matthew A. Lopes, Jr., Esq.
    Services                                  $28,448.00
    Disbursements                $20,231.05

        Total amount due                          $48,679.05

Linda E. Buffardi, Esq.
    Services                                  $31,999.00
    Disbursement                 $     -0-

        Total amount due                          $31,999.00

Mohamedu F. Jones, Esq.
    Services                                  $29,840.00
    Disbursements                $     -0-

        Total amount due                          $29,840.00

Mary-Joy Spencer, Esq.
  Services        $21,440.00
  Disbursements      $     -0-

  Total amount due        $21,440.00

Paul Nicoll, MPA
  Services        $ 6,025.00
  Disbursements      $     -0-

  Total amount due        $ 6,025.00

Kerry C. Hughes, M.D.
  Services        $11,265.00
  Disbursements      $    -0-

  Total amount due        $11,265.00

Dennis F. Koson, M.D.
  Services        $3,721.00
  Disbursements      $    -0-

  Total amount due        $3,721.00

Jeffrey L. Metzner, M.D.
  Services        $14,575.00
  Disbursements      $ 2,478.55

  Total amount due        $17,053.55

Raymond F. Patterson, M.D.
  Services        $15,389.00
  Disbursements      $     -0-

  Total amount due        $15,389.00

```
 1  Ted Ruggles, Ph.D.
            Services                      $27,272.50
 2          Disbursements                 $ 5,085.35

 3          Total amount due                              $32,357.85

 4

 5  Melissa G. Warren, Ph.D.
            Services                      $20,570.00
 6          Disbursements                 $     -0-

 7          Total amount due                              $20,570.00

 8

 9  Kathryn A. Burns, MD, MPH
            Services                      $4,495.00
10          Disbursements                 $    -0-

11          Total amount due                              $4,495.00

12

13  Yong Joo Erwin, LCSW
            Services                      $5,062.50
14          Disbursements                 $  -0-

15          Total amount due                              $5,062.50

16

17  Mary Perrien, Ph.D.
            Services                      $5,595.00
18          Disbursements                 $  -0-

19          Total amount due                              $5,595.00

20

21  Virginia L. Morrison, Esq.
            Services                      $3,017.00
22          Disbursements                 $  -0-

23          Total amount due                              $3,017.00

24

25

26
```

Patricia M. Williams, Esq.
    Services                                    $12,600.00
    Disbursements                      $   -0-

    Total amount due                          $12,600.00

Angela P. Shannon, M.D.
    Services                                      $6,350.00
    Disbursements                      $   -0-

    Total amount due                          $6,350.00

Henry A. Dlugacz, MSW, Esq.

    Services                                      $4,086.00
    Disbursements                      $   -0-

                                                         $4,086.00

**TOTAL AMOUNT TO BE REIMBURSED**          **$296,028.95**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Deputy Special Master