1 Patrick Wilson
4655 E. Olympic Blvd.
2 Los Angeles, CA. 90022
626 616-1143
3 Former member of Plaintiff class

**FILED**

AUG 2 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# US COURT OF APPEALS FOR THE 9TH CIRCUIT

| | |
|---|---|
| **Order by Senior Judge L. Karlton** ) | |
| **Of the US District Court for the** ) | |
| **Eastern District of California to form** ) | **MOTION/INTERVENER** |
| **a three judge panel to reduce the** ) | |
| **California prison population.** ) | |
| ) | 90-cv-520 LKKJFMP |
| ) | |

-1-

## REDUCING THE PRISON POPULATION

Reducing the prison population to the "maximum safe and reasonable capacity", presently by 36,000 inmates, has been Ordered due to the overcrowding which prevents the establishment of constitutional compliant medical health care to inmates (Order by Karlton 7-23-07).

After over 11 years of procrastinating state officials will somehow comply with the constitutional moral standard of the 8th amendment (Order by Karlton 7-23-07). The reduction of the prison population may well involve far more than merely issuing a release order, (Receiver's 4th Bimonthly Report, page 68 and Receiver's 5th Quarterly Report, page 5). Recently enacted AB900 does not go far enough to effect and maintain a reduction in the prison population (Order by Karlton, 7-23-07). The scope of authority over existing STATE LAWS or the CDCR by a three-judge panel to reduce the prison population may well go beyond merely issuing an Order to Release (Receiver's 5th Quarterly Report, Sec. D, paragraphs 1,2,3,4).

## ARGUMENT

Due to the evidence presented to the court during the past eleven years, the federal court may conclude, by inductive reasoning, state political and legal doctrines are in some cases NOT QUITE CONSISTENT with constitutional moral standards (8th amendment or the moral principle of justice) or this suit would not have been filed.

To compound obstacles to reducing the prison population or establishing constitutional compliant medical standards, the federal judiciary harbors its own illusions:

1. JUSTICE IS "OBEDIENCE TO THE LAW", NO MATTER WHAT THE LAW. (Black's legal dictionary)

Ratification of the Constitution confirms the conviction of the people. In our agreement (Preamble) it IMPLIES/INDICATES the legislature and the executive are to form its convictions (laws and policies) substantially consistent with constitutional moral standards, not to a consensus of arbitrary convictions of the legislature or the executive. The legal

meaning of the principle of justice has been spun (obey me because I know best) to extract its moral content.

2. A LAW/POLICY IS JUST BECAUSE IT WAS ENACTED BY THE LEGISLATURE/EXECUTIVE. Allows the legislature/executive to determine what is just by a consensus of arbitrary conviction, even when delusional, rather than their convictions being compelled to comply with constitutional moral standards by the federal judiciary. This allows the phrase "establish justice" NOT to be enforced upon the legislature and the executive allowing abuses of the people by elected officials.

3. "PECIEVE" MEANS TO ACQUIRE KNOWLEDGE THOUGH ONES SENSES. (Evidence code Sec. 170). This was debunked over two centuries ago[1].

4. THE TWO FEDERAL JUDICIAL OATHS BINDS ME TO ADMINSITER JUSTICE AND TO JUDGE IN ACCORDANCE WITH THE LAWS, NO MATTER WHAT THE LAWS, **AND** SUPPORT CONSTITUTIONAL MORAL STANDARDS. (Ref. to Judicial Oaths). How can anyone administer justice and uphold the laws when the laws are not substantially consistent with the moral principle of justice? (Example: Federal Drug Sentencing Guidelines)

5. THOSE ELECTED TO OFFICE ARE TO REPRESENT THE PERCIEVED CONVICTIONS (Public Sentiments) OF THEIR CONSTITUENCY IN THEIR LAWMAKING/POLICY MAKING, NOT FORM THEIR CONVICTIONS SUBSTANTIALLY CONSISTENT WITH CONSTITUTIONAL MORAL STANDARDS. Promotes the illusion of a functioning representative democratic government rather than a functioning JUST representative government.)

---

[1] Academic citations are footnoted. Ref. to Plato's THEAETETUS, Sec. 151a-164d.

The interplay of these judicial illusions/perspectives (the habit of judgment engendered by ideological thinking) establishes a disconnect from the political reality the CONSENT of the people from which elected officials have been given their authority to compel obedience to their convictions (laws and policies) was made ON THE CONDITION they form their laws and policies substantially consistent with constitutional moral standards to protect the people from abuses being visited upon them due to delusional and immoral lawmakers.

Any three-judge panel who claims to have a conscience and who also obediently places human beings, no matter insane or not, in what amounts to a living coffin (a cell 23/7) for years and imagines/claims this is NOT a cruel or unusual practice/punishment promoting insanity is pathologically immoral. Yet this common institutional practice (Title 15, Div. 2 &3) is consistent with the widely accepted penal standards[2] applied in our prisons and is a stoutly held jingoist ideological (applying militaristic logic to false premises) convictions (to be the right or best thing to do) by all those trained and employed in the components of the criminal justice system (mass immoral convictions supported by jingoist ideological conclusions).

Further, the fact prison healthcare violating constitutional moral standards was allowed to continue for over 11 years (Karlton Order, 7-23-07) without prompt enforcement of corrective action by the Federal Court demonstrates the pernicious practice/attitude of the Federal Courts AND state officials/legislature to promptly PROTECT THE PEOPLE from abuses visited upon the people by state officials/legislature.

---

[2] American Penal Policy, Stanford Law Review.

## RELATED CONSTITUTIONAL ARGUMENTS

Our constitutional agreement was developed after centuries of abuses being visited upon the general population by those who claimed authority by divine right or overwhelming force rather than chosen by the CONSENT of the people. This is undisputed. The word "democracy" does not appear in the constitution, however, "republic" does. This is undisputed. The constitution does indicate (Article 1) the people are to select (vote for, CONSENT) among them who they imagine will best oversee the affairs of state and uphold the moral principles embedded in their agreement. This is undisputed. The definition of the moral principle of justice is not in the Constitution. This is undisputed.

The existence of "establish justice" in the Preamble has been rendered meaningless by spinning the definition of justice as obedience to the laws, no matter what the law (Black's Legal Dictionary). If the establishment of the moral principle of justice were active in our legal/political institutions it would require that all laws and policies must be substantially consistent with that moral principle, rather than the laws and policies being consistent with a consensus of legislator's conviction. THIS IS DISPUTED.

HOWEVER, a detemination of this dispute may be achieved by answering the following question: Who in their right mind would CONSENT to the obligation of COMPELLED OBEDIENCE to the convictions of any group of people who are NOT RESTRICTED in what they may order to be done or not done by an elementary moral principle ratified by the people? Universally the answer is: "no one".

This question illustrates a commonsense interpretation of the function the constitutional moral principle of justice is to play in legislating and policymaking for it minimizes[3] the occurrence of abuses being visited upon the public by elected officials

---

[3] Admittedly there is danger in assigning to a small group (2,000 plus) of people - the federal judiciary - the duty to police executive policies and legislative convictions prior to enforcement for compliance to constitutional moral standards – to be the conscience of government. This will appear to give to much power (authority to compel obedience) over the other two branches of government. However, authority was granted to elected officials to compel obedience of the people on the condition of this moral restriction was substantially maintained.

whenever unwittingly the public elects ideological fanatics or other individuals suffering from chronic mental disorders, such as projection or hypocrisy.

The present prison overcrowding crisis is an example of allowing the legislature to enact laws and the executive to form policies not restricted to being substantially consistent with the constitutional moral principles, but rather with a consensus of ideological[4] based opinion (delusions) in violation of our agreement   We the people consented to be governed by those restricted in what they may order to be done or not done, not governed by the whims of the legislature/executive that places property rights over human rights. That is undisputed.

## THE MORAL PRINCIPLE OF JUSTICE

Law (convictions) and politics (policies, manners) deal with the civil management of the disputes and incidents that occur among the people as well as regulating the supplying of the needs and prompt solving of problems common to all. This is undisputed.

What is civil and uncivil is properly defined by the moral principle of justice: THAT YOU SHALL NOT HAVE WHAT BELONGS TO ANOTHER, NOR BE DEPRIVED OF YOUR OWN[5] which was to function as the guiding principle in the forming of the convictions civilly resolving disputes, incidents, and regulation of the needs of the people in common.

In violating this moral principle in the treatment of others, harm results by reducing their present state of well-being. What belongs to each in the various circumstances of life is easily identified in our agreement (Constitution) and the Universal Declaration of Human Rights, of which we are signatory.  Hence the State is permitted to apply

---

[4] Ideologies are "isms" which to the satisfaction of their adherents can explain everything and every occurrence by deducing it from a single premise. Ideologies are known for their scientific character. They combine the scientific approach with the results of philosophical relevance and pretend to be scientific philosophy.
[5] Plato's REPUBLIC, sec. 433e.

only JUST punishments, which exclude cruel or unusual punishments consistent with the 8th amendment.

It is recognized that in forming convictions (what is best or right) substantially consistent with this moral principle, often one must measure and choose the least harm to the fewest. Thus, in particular cases harm will occur in applying this principle due circumstance beyond control of the moment, however property rights DO NOT trump human rights.

Due to the combination of spinning the definition of the abstract concept of justice as "obey me" without qualification and the notion that whatever the legislature enacts is just, merely because they have enacted it, have rendered the CRIMINAL JUSTICE system to be a somewhat confused adjunct to politics rendering an overcrowded prison system that has already been expanded to be the largest in the nation and is being expanded, yet again, (AB900) and is violating the 8th amendment (Karlton Order, 7-27-07).

## RELATED EDUCATIONAL MATTERS

The court is a place for just punishment, not education. This is undisputed.

The FAILURE of our education system to educate is DUE TO NOT leading students, by proper question asking, to an adequate RECOGNITION of the abstracts we all experience in common. This is evidenced in Evidence Code Sec.170. "Perceive" means to gain knowledge through one's senses. This illusion is easily debunked. What we all "perceive" through our senses is the ongoing outside world (physical existence). We all "perceive" it by two ways, either DIRECTLY or INDIRECTLY by way of images and symbols. When we make judgments of the existence, motion and qualities of that which we "perceive" ongoing outside of us by way of images and symbols (indirectly), we "believe". This is undisputed. When we make judgments of the reality, motion and qualities of that which is ongoing outside of us directly, we opine. That is undisputed. Since these are recognized as the only two ways in which we all make judgments of that which we "perceive" through our senses ongoing outside of us, then

we only may believe or opine as a result of perceiving through our senses, not "gain knowledge".

What are omitted in this identification of the origin of knowledge, are the judgments we make of that which is ongoing on the inside of us – what are referred to as judgments of the "abstracts" because "abstracts" refer to that which have no physical existence, yet they arise in us and have influence upon us and are able to be recognized by all in common. This is undisputed. These abstracts are placed in two categories: those abstracts that refer to what is ongoing outside of us, (the abstracts of mathematics, the language of physics) AND those abstracts we all experience by participating in them directly[6].

Due to the fact those abstracts that we all experience/participate in directly NEVER CHANGE FROM WHAT THEY ARE, being led to RECOGNIZING them is the experience of LEARNING (acquiring knowledge) for they are the objects of knowledge, being always true. Hence the objects of knowledge occur within us, not outside of us. Evidence Code 170 is an accepted legal/judicial illusion.

This is only half the matter. The other half has to do with self-control – of developing the discipline to have the better part of us (the reasoning part) rule over the worst part of us (the pleasure loving part) to the point of each being held responsible for what we do and say (adulthood). Each and all of us have operating principles within us: each loves to win and hates to lose, each loves pleasure and hates pain, each loves to learn and hates ignorance and each loves to be treated justly and hates being treated unjustly. Hence the development and maintenance of a civil individual depends on one's self-control as much as forming one's just convictions substantially consistent with the moral principle of justice, whether one educates oneself or assisted by others, SO TOO, the development and maintenance of a civil society depends on public education developing the better part (the judiciary) restricting the worst part (the

---

[6] Examples of this class of abstracts are justice, law, conviction, hating, loving, envying, imagination, memory, learning, questioning, and so on.

legislature and the executive) to form just convictions and policies. The same principles apply to both the individual as well as the group.

## RELEVANT SUGGESTIONS

Assign the endeavor to reduce or cap the prison population to a special master on the intellectual level of Mr. Sillen.

If this proves untenable, then you are left to order the CDCR to begin screening out selected level one and level two inmates who have adequate support on the outside to prevent their need to violate the laws in order to survive. This will allow the transfer of those screened level 3 and 4 inmates out of cells (living coffins) into dorms. As this process progresses, Mr. Sillen will be able to establish constitutional compliant medical care.

Strike parole for selected felonies.

Stop the DA's from preying on first termers and utilizing the practice of having investigators of criminal incidents feeding tips to members of the press who they trust to put the "right spin" on the story, and the ensuing newspaper accounts read by prosecutors into the court record as independent evidence. Most often occurring in bail hearings, where the use of hearsay and gossip is commonplace.

Direct Superior Court judges to not sentence anyone to prison whose crime was committed due to being provoke, unless egregious. Allow Superior Court judges to exercise their own judgment[7] in sentencing during this period of transition in the components of the criminal justice system being limited to the practicing the

---

[7] Results of the State Superior Courts judgments often indicate current Superior Court judge's intellectual development ranges from stupid to brilliant. Ignorance has two parts: not knowing and thinking you know when you don't. Thinking you know when you don't is identified as the experience of being stupid. (Plato's SOPHIST sec. 229)

administration of the principle of justice rather than practicing jingoist convictions based on military ideological law enforcement fanaticism.

Make all determined, prudent, pragmatic efforts to establish the moral principle of justice (bring to the attention of the public and politicians) as the constitutional moral standard to be enforced upon the legislature and the executive. This effort may be accomplished only by federal judges (no whining) who have conditional life tenure, but not by the public. No other social group has the credibility to influence judgment in these matters. Fear of political retribution (loss of jobs/careers) discourages such an effort by other members of the criminal justice system and the public. This "radical" endeavor may be accomplished by establishing judicial counsels to review all bills and policies before they are enforced, requiring them to be substantially consistent with the moral principle of justice.

*"You should remember that your empire is a despotism exercised over unwilling subjects who are conspiring against you; they do not obey in return for any kindness which you do them, but only in so far as you are their master; they have no love for you, they are held down by force, not by consent; the inherent contradiction between the pretenses (political posturing) of liberty and justice and the despotism of empires".*

*Cleon to the Assembly, 427 b.c.*

Dated: August 15th 2007.