1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 327-7872
8    Fax:  (916) 324-5205
     Email:  Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  RALPH COLEMAN, et al.,                2:90-cv-00520 LKK JFM P

16                          Plaintiffs,   **DEFENDANTS' EX PARTE
                                          REQUEST FOR AN
17       v.                               EXTENSION OF TIME RE:
                                          SMALL MANAGEMENT
18  ARNOLD SCHWARZENEGGER, et al.,        YARDS, WITH
                                          DECLARATION OF HYSEN,
19                          Defendants.   [PROPOSED] ORDER**

20

21                                   **I.**

22                             **INTRODUCTION**

23         Defendants have worked with the Court and its experts to address mental health issues

24  within administrative segregation units.  In the course of collaborating on various measures to

25  reduce suicide trends in administrative segregation units, Defendants committed to developing

26  179 small management yards to use by administrative segregation inmates.  (Def. Plan, 10/2/06;

27  Supp. Plan, 12/1/06.)  Special Master Keating's supplemental report on Defendants' compliance

28  with plans to reduce suicide trends recommended the development of small management yards

Def. Request EOT/Small Yards

1  (SM Keating Report, 5/14/07.)  On May 31, 2007, this Court adopted that recommendation and

2  ordered Defendants to submit a plan for sufficient small management yards to meet Title 15

3  exercise requirements for administrative segregation inmates.  Defendants have a nascent plan to

4  create such small management yards.  However, the plan requires further development.

5  Defendants respectfully request an additional 45days to submit the plan.

6                                              **II.**

7                                   **LEGAL STATEMENT**

8          Defendants are aware that the plan to create small management yards must contain three

9  components: construction milestones showing the installation of the small management yards in

10  each facility with administrative segregation units, the staffing of those new small management

11  yards, and the funding for both the construction and staffing components of the small

12  management yard plan.

13         **A.    Ongoing Construction Activities To Increase Small Management Yards.**

14         Before this court order issued, Defendants had already commenced construction of 86 small

15  management yards and took steps to design 179 small management yards.  (Dec. Hysen, ¶ 4.)

16  Funding for the design of these 179 small management yards has been provided in the 2007/08

17  Budget Act.  (*Id.*)  The design of the 179 small management yards will commence in September

18  2007 and be completed in June 2008.  (*Id.*)  Defendants previously reported to this Court that

19  funding will be sought for the construction of the designed yards in the next succeeding budget

20  year.  (Def. Obj. to SM Keating's Report, filed 5/29/07, 3:14-16.)  In the normal course of

21  budgeting, funding for the construction of designed units is sought in the next subsequent annual

22  budget. The plan will assess the likelihood that the design of these 179 yards will be completed

23  in time to warrant a request for mid-year funding.  (Dec. Hysen, ¶ 5.)

24         **B.    Creation of Design and Construction Component of the Plan.**

25         A plan to build an additional 262 small management yards is being created.  (Dec. Hysen, ¶

26  6.)  The small management yards consist of prefabricated fence enclosures, with standard locks

27  and doors.  (*Id.* ¶ 7.)  The installation of each small management yard requires a facility-by-

28  facility inspection and possible renovation of plumbing and electrical infrastructure to enable

1  tailoring of the standard small management yard enclosure to the site-specific infrastructure.

2  (*Id.*)  Because of the need to tailor each small management yard to the unique infrastructure of

3  each facility with an administrative segregation unit, additional time is needed to develop a

4  detailed plan of construction with sufficient information to enable funding and staffing

5  determinations.  (*Id.*)

6       Part of this plan is to determine the schedule for design and construction of the remaining

7  small management yards and the funding for such yards.  (Dec. Hysen, ¶ 8.)   In addition,

8  Defendants will identify any statutory barriers to the implementation of this plan that the Court

9  may wish to waive.  (*Id.*  ¶ 9.)

10  **C.  Creation of Staffing Component of the Small Management Yard Plan.**

11       The staffing component of the small management yard plan hinges upon finalization of

12  the design component.  (Dec. Hysen, ¶ 10.)  Once the small management yard design component

13  is completed, then Defendants will be able to determine the staffing required to operate the small

14  management yards.  (*Id.*)  The determination of the staffing needs will then enable Defendants to

15  identify and seek funding for those positions.  (*Id.*)

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

Def. Request EOT/Small Yards

III.

CONCLUSION

Defendants respectfully request an additional 45 days to submit a plan for the construction, staffing and funding of additional small management yards for administrative segregation inmates.

Dated:  August 29, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30321912.wpd
CF1997CS0003

Def. Request EOT/Small Yards