EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: lisa.tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF DEBORAH HYSEN IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR EXTENSION OF TIME RE: SMALL MANAGEMENT YARDS** |

I, Deborah Hysen, declare:

1. I am the Chief Deputy Secretary of Facilities, Planning and Construction for the California Department of Corrections and Rehabilitation (CDCR). I serve as chair of the AB 900 Facilities Strike Team, which is responsible for expediting the planning and building of new prison space to increase rehabilitation programs, provide more beds for inmate medical care and reduce overcrowding.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I have reviewed the Court's order of May 31, 2007 requiring CDCR to file a plan within 90 days to provide sufficient small management yards to meet Title 15 exercise requirements for administrative segregation inmates.

4. Before this court order issued, Defendants had already commenced construction of 86 small management yards and took steps to design took steps to design 179 small management yards. Funding for these 179 small management yards was authorized in the 2007/08 Budget Act. The design of the 179 small management yards will commence in September 2007 and be completed in June 2008.

5. In the normal course of budgeting, funding for the construction of designed units is sought in the next subsequent annual budget. The plan will assess the likelihood that the design of these 179 yards will be completed in time to warrant a request for mid-year funding.

6. A plan to build an additional 262 small management yards is being created.

7. The small management yards consist of prefabricated fence enclosures, with standard locks and doors. The installation of each small management yard requires a facility-by-facility inspection and possible renovation of plumbing and electrical infrastructure to enable tailoring of the standard small management yard enclosure to the site-specific infrastructure. Because of the need to tailor each small management yard to the unique infrastructure of each facility with an administrative segregation unit, additional time is needed to develop a detailed plan of construction with sufficient information to enable funding and staffing determinations.

8. We will provide a schedule for design and construction of the remaining small management yards. That schedule will then assist in determining the cost of such yards.

9. In addition, we will identify any statutory barriers to the implementation of this plan that the Court may wish to waive.

//
//
//
//

Def. EOT, Decl. Hysen

1      10. The staffing component of the small management yard plan hinges upon finalization of
2  the design component. Once the small management yard design component is completed, then
3  Defendants will be able to determine staffing required to operate the small management yards.
4  With the determination of the staffing needs, we will then be able to seek funding for those
5  positions.
6      I declare under penalty of perjury that the foregoing is true and correct.
7      Executed in Sacramento, California on August 28, 2007.

                                        DEBORAH HYSEN

10  30320816.wpd
11  CF1997CS0003