IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Upon good cause, Defendants' request for an extension of the deadline to submit a plan to provide additional small management yards is hereby granted. The plan is now due in 45 days from the date of this order.

Dated: _____    _____
                                                                          The Honorable Lawrence K. Karlton

[Proposed] Order

1