1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                           EASTERN DISTRICT OF CALIFORNIA
10
11  RALPH COLEMAN,                    )   No.: Civ S 90-0520 LKK-JFM
                                      )
12          Plaintiffs,                )   **[PROPOSED] ORDER**
                                      )
13  vs.                                )
                                      )
14  ARNOLD SCHWARZENEGGER, et al.,    )
                                      )
15          Defendants                 )
                                      )
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Within __ days from the date of this order, defendants shall submit a plan that will
2 satisfy their need for 761 small management yards to meet Title 15 exercise requirements for
3 inmates in administrative segregation.  This plan shall call for the funding and completion of
4 all such remaining yards by June 30, 2009.  The plan shall also include provisions for better
5 utilization of the existing small management yards and coordination with available staff to
6 maximize yard usage.
7 IT IS SO ORDERED.

Dated: _____                    _____
                                             Honorable Lawrence K. Karlton