1   ANN MILLER RAVEL, County Counsel (S.B. #62139)
    THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2   OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor
3   San Jose, California 95110-1770
    Telephone: (408) 299-5900
4   Facsimile: (408) 292-7240

5   Attorneys for Intervenor
    COUNTY OF SANTA CLARA
6
    STEPHEN SHANE STARK, County Counsel (S.B. # 63779)
7   STEPHEN D. UNDERWOOD, Chief Assistant County Counsel (S.B. # 063057)
    KELLY DUNCAN SCOTT, Deputy County Counsel (S.B. #216181)
8   OFFICE OF THE COUNTY COUNSEL
    105 East Anapamu Street, Room 201
9   Santa Barbara, California 93101
    Telephone: (805) 568-2950
10  Facsimile: (805) 681-4322

11  Attorneys for Intervenor
    COUNTY OF SANTA BARBARA
12
    MICHAEL P. MURPHY, County Counsel (S.B. # 83887)
13  DEBORAH PENNY BENNETT, Chief Deputy County Counsel (S.B. # 72282)
    CAROL L. WOODWARD, Deputy County Counsel (S.B. # 84197)
14  OFFICE OF THE COUNTY COUNSEL
    Hall of Justice and Records
15  400 County Center, 6th Floor
    Redwood City, California 94063
16  Telephone: (650) 363-4746
    Facsimile: (650) 363-4034
17
    Attorneys for Intervenor
18  COUNTY OF SAN MATEO

19  DENNIS BUNTING, County Counsel (S.B. #55499)
    AZNIV DARBINIAN, Assistant County Counsel (S.B. #197787)
20  STEVEN M. INGRAM, Deputy County Counsel (S.B. #197509)
    OFFICE OF THE COUNTY COUNSEL
21  675 Texas Street, Suite 6600
    Fairfield, California 94533
22  Telephone: (707) 784-6140
    Facsimile: (707) 784-6862
23
    Attorneys for Intervenor
24  COUNTY OF SOLANO

25  / /

26  / /

27  / /

28  / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California
    Notice of Motion to Intervene; Memorandum of
    Points and Authorities          -1-        CIV S-90-0520 LKK JFM P;  C01-1351 TEH

1  SILVANO B. MARCHESI, County Counsel (S.B. # 42965)
   KIMBERLY JOHNSON, Deputy County Counsel (S.B. # 201802)
2  LINDA WILCOX, Deputy County Counsel (S.B. #184296)
   OFFICE OF THE COUNTY COUNSEL
3  651 Pine Street, Ninth Floor
   Martinez, California 94553-1288
4  Telephone: (925) 335-1800
   Facsimile: (925) 646-1078
5
   Attorneys for Intervenor
6  COUNTY OF CONTRA COSTA

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10            AND THE NORTHERN DISTRICT OF CALIFORNIA

11       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13
   RALPH COLEMAN, et al.,                )    No. CIV S-90-0520 LKK JFM P
14                                        )
           Plaintiffs,                    )    THREE-JUDGE COURT
15                                        )
   v.                                     )
16                                        )
   ARNOLD SCHWARZENEGGER, et al., )
17                                        )
           Defendants.                    )
18 ─────────────────────────────────────)
                                          )    No. C01-1351 TEH
19 MARCIANO PLATA, et al.,                )
                                          )    THREE-JUDGE COURT
20         Plaintiffs,                    )
                                          )    **NOTICE OF MOTION AND MOTION TO**
21 v.                                     )    **INTERVENE; MEMORANDUM OF**
                                          )    **POINTS AND AUTHORITIES IN SUPPORT**
22 ARNOLD SCHWARZENEGGER, et al., )        **THEREOF**
                                          )
23         Defendants.                    )    (F.R.C.P. 24; 18 U.S.C. § 3636(a)(3)(F)]
   ─────────────────────────────────────)
24

25         TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

26         PLEASE TAKE NOTICE that pursuant to Rule 24 of the Federal Rules of Civil

27 Procedure, and the Prison Litigation Reform Act, 18 U.S.C. § 3626, *et seq.* ("PLRA"), the

28 Counties of Santa Clara, Santa Barbara, San Mateo, Solano, and Contra Costa (collectively the

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Notice of Motion to Intervene; Memorandum of
Points and Authorities                    -2-        CIV S-90-0520 LKK JFM P;  C01-1351 TEH

1    "County Intervenors"), respectfully move this Court for leave to intervene in the above

2    captioned matter for the purpose of asserting the defenses set forth in their proposed

3    Intervention Pleading attached hereto as Exhibit A.

4         On August 17, 2007, this Court issued an order stating that all motions to intervene in

5    these proceedings must be filed and served no later than September 14, 2007 and, unless

6    otherwise ordered, those motions will be decided without further briefing or oral argument.

7         This Motion is based on this Notice of Motion and Motion to Intervene, the

8    Memorandum of Points and Authorities, the documents and records on file with the Court, and

9    any other matter that the Court deems proper.

10   Dated: September 14, 2007                          Respectfully submitted,

11                                                       ANN MILLER RAVEL
                                                         County Counsel
12

13                                         By:                    /S/
                                                         THERESA J. FUENTES
14                                                       Deputy County Counsel

15                                                       Attorneys for Intervenor,
                                                         COUNTY OF SANTA CLARA
16

17   Dated: September 14, 2007                          Respectfully submitted,

18                                                       STEPHEN SHANE STARK
                                                         County Counsel
19

20                                         By:                    /S/
                                                         STEPHEN D. UNDERWOOD
21                                                       Chief Assistant County Counsel

22                                                       Attorneys for Intervenor,
                                                         COUNTY OF SANTA BARBARA
23

24   / /

25   / /

26   / /

27   / /

28   / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Notice of Motion to Intervene; Memorandum of
Points and Authorities                    -3-        CIV S-90-0520 LKK JFM P;   C01-1351 TEH

1  Dated: September 14, 2007                    Respectfully submitted,

2                                                MICHAEL P. MURPHY
                                                 County Counsel
3

4                                          By:  _____/S/_____
                                                 MICHAEL P. MURPHY
5                                                County Counsel

6                                                Attorneys for Intervenor,
                                                 COUNTY OF SAN MATEO
7

8  Dated: September 14, 2007                    Respectfully submitted,

9                                                DENNIS BUNTING
                                                 County Counsel
10

11                                         By:  _____/S/_____
                                                 STEVEN M. INGRAM
12                                               Deputy County Counsel

13                                               Attorneys for Intervenor,
                                                 COUNTY OF SOLANO
14

15  Dated: September 14, 2007                   Respectfully submitted,

16                                               SILVANO B. MARCHESI
                                                 County Counsel
17

18                                         By:  _____/S/_____
                                                 LINDA WILCOX
19                                               Deputy County Counsel

20                                               Attorneys for Intervenor,
                                                 COUNTY OF CONTRA COSTA
21

22  / /

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Notice of Motion to Intervene; Memorandum of
Points and Authorities          -4-        CIV S-90-0520 LKK JFM P;  C01-1351 TEH

1

## MEMORANDUM OF POINTS AND AUTHORITIES

2   Pursuant to Rule 24 of the Federal Rules of Civil Procedure and the Prison Litigation

3   Reform Act, 18 U.S.C. § 3626, *et seq.* ("PRLA"), the Counties of Santa Clara, Santa Barbara,

4   San Mateo, Solano, and Contra Costa (collectively the "County Intervenors") respectfully move

5   this Court for leave to intervene in the above captioned matter in order to assert the defenses set

6   forth in their proposed Intervention Pleading attached hereto as Exhibit A.

7   ### I.    BACKGROUND

8   On July 23, 2007, Judge Thelton Henderson of the United States District Court for the

9   Northern District of California, and Judge Lawrence Karlton of the United States District Court

10  for the Eastern District of California, issued orders pursuant to the PLRA to convene a three-

11  judge panel to consider issuing prisoner release orders in the above captioned matters.  On July

12  26, 2007, Judge Mary Schroeder, Chief Judge of the Ninth Circuit Court of Appeals, appointed

13  Judge Henderson, Judge Karlton and Judge Stephen Reinhardt of the Ninth Circuit Court of

14  Appeals, as the three-judge panel for these proceedings.

15  On August 17, 2007, this Court granted three separate motions to intervene in these

16  matters by the following individuals: (1) thirty-one members of the California Assembly

17  ("Assembly Intervenors"); (2) District Attorneys of fifteen Counties ("District Attorney

18  Intervenors"); and (3) Sheriffs of twenty California Counties, Sheriff-Coroners of two

19  California Counties, and the Chief Probation Officer of one California County ("Sheriff

20  Intervenors").  The Court held that each of these individuals met the statutory criteria for

21  intervention as of right under 18 U.S.C. section 3626(a)(3)(F).  In addition, the Court ordered

22  that any additional motions to intervene must be filed and served no later than September 14,

23  2007 and, unless otherwise ordered,  those motions will be decided without further briefing or

24  oral argument.

25  ### II.   THE COUNTIES MAY INTERVENE AS A MATTER OF RIGHT PURSUANT TO FEDERAL STATUTE

26

27  Rule 24 of the Federal Rules of Civil Procedure governs intervention in Federal courts.

28  Specifically, Rule 24(a) provides: "Intervention of Right.  Upon timely application, anyone

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Notice of Motion to Intervene; Memorandum of
Points and Authorities          -5-      CIV S-90-0520 LKK JFM P;  C01-1351 TEH

1 shall be permitted to intervene in an action: (1) when a statute of the United States confers an

2 unconditional right to intervene. . . ."  Should a party meet the criteria established by Rule

3 24(a)(1), intervention is "absolute and unconditional." *Brotherhood of Railroad Trainmen v.*

4 *Baltimore & O.R. Co., et al.,* 331 U.S. 519, 531 (1947).  Rule 24(a)(1) "statutory intervenors"

5 need not show inadequacy of representation or that their interests may be impaired if not

6 allowed to intervene.  *Cf.* Fed. R. Civ. P. 24(a)(2) (absent statutory grant, intervention as of right

7 requires showing of timeliness, interest in the subject matter of the transaction, threat that

8 interest may be impaired if not permitted to intervene, and inadequacy of representation by

9 existing parties).  Under Rule 24(a)(1), "[o]nce it is clear that [the statute applies], there is no

10 room for the operation of a court's discretion." *Brotherhood of Railroad Trainmen*, 331 U.S. at

11 531.

12       Here, the PLRA expressly provides standing for certain units of government:

13         Any state or local official including a legislator or unit of
        government whose jurisdiction or function includes the

14         appropriation of funds for the construction, operation, or
        maintenance of prison facilities, or the prosecution or custody

15         of persons who may be released from, or not admitted to, a
        prison as a result of a prisoner release order shall have standing

16         to oppose the imposition or continuation in effect of such relief
        and to seek termination of such relief, and shall have the right to

17         intervene in any proceeding relating to such relief.

18 18 U.S.C. section 3626(a)(3)(F).

19       The County Intervenors are political subdivisions of the State of California and are

20 "units of government" that construct, operate and maintain County prison facilities.[1]  In

21 addition, Section 509 of the Charter of the County of Santa Clara provides that the "Board of

22 Supervisors shall establish a Department of Correction and appoint a Chief Officer to operate

23 the county jails for sentenced and unsentenced prisoners and to carry out such other functions of

24 a Department of Correction as the Board determines."  As such, the County of Santa Clara has

25 responsibility for the "custody of persons who may be released from, or not admitted to, prison

26 

27       [1] "Prison" facilities are defined in the PLRA as "any Federal, State or local facility
that incarcerates or detains juveniles or adults accused of, convicted of, sentenced for, or

28 adjudicated delinquent for, violations of criminal law."  18 U.S.C. § 3626(g)(5).

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Notice of Motion to Intervene; Memorandum of
Points and Authorities    -6-    CIV S-90-0520 LKK JFM P;  C01-1351 TEH

1    as a result of a prisoner release order." 18 U.S.C. § 3626(a)(3)(F).

2        This Court has already granted the motions of the Assembly Intervenors, District

3    Attorney Intervenors and Sheriff Intervenors to intervene on the basis that these individuals met

4    the statutory criteria for intervention as of right under 18 U.S.C. § 3626(a)(3)(F).  This same

5    ruling should apply to the County Intervenors.

6    **III.    THE MOTION TO INTERVENE IS TIMELY**

7        Rule 24(a) requires that application for intervention be made in a timely manner.

8    *League of United Latin Am. Citizens v. Wilson*, 131 F.3d 1297, 1302 (9th Cir. 1997).  This Court

9    has granted all proposed intervenors until September 14, 2007 to file motions to intervene.  As

10    such, this motion is timely.

11        Moreover, timeliness is generally evaluated based on a three factor test: "(1) the stage of

12    the proceeding at which an applicant seeks to intervene; (2) the prejudice to other parties; and

13    (3) the reason for the length of the delay."  *Id.,* quoting *County of Orange v. Air California*, 799

14    F.2d 535, 537 (9th Cir. 1986).[2]  Each of the three factors, as well as the language of the PLRA,

15    supports a finding of timeliness here.

16        First, the County Intervenors seek to intervene at the outset of consideration by this

17    Court of a prison release order and pursuant to the Court's deadline for filing motions to

18    intervene.  Intervention at this time will permit the Court to have the benefit of the evidence

19    and arguments of the County Intervenors during its consideration of what relief, if any, to order

20    in this action.

21        Second, no party will be prejudiced by this intervention.  The County Intervenors do not

22    seek to relitigate issues.  Rather, they seek participation in the proceedings before this Court,

23

24

25        [2] The requirements of Rule 24, including "timeliness," are to be construed broadly
in favor of the party seeking intervention.  *See Westlands Water Dist. v. United States*, 700

26    F.2d 561, 563 (9th Cir. 1983); *United States v. Union Elec. Co.,* 64 F.3d 1152, 1158 (8th
Cir. 1995).  Furthermore, courts are more lenient in applying the timeliness requirement

27    where intervention is sought as a matter "of right," than where it is merely "permissive."
*See United States v. Oregon*, 745 F.2d 550, 552 (9th Cir. 1984); *Banco Popular de Puerto*

28    *Rico v. Greenblatt*, 964 F.2d 1227, 1230 fn. 2 (1st Cir. 1992).

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Notice of Motion to Intervene; Memorandum of
Points and Authorities        -7-      CIV S-90-0520 LKK JFM P;  C01-1351 TEH

1  which will involve consideration of issues of profound importance to the people of California.[3]

2  Third, there has been no delay by the County Intervenors in filing this motion, as it was

3  filed within the time frame ordered by the Court. Moreover, under the express terms of the

4  PLRA, this motion would be timely even if filed after the Court had already considered and

5  ordered a form of relief because Congress specifically granted standing for Counties not only to

6  "oppose the imposition" of such prison release orders, but also standing to "seek termination of

7  such relief." 18 U.S.C. § 3626(a)(3)(F).

8  Finally, even if there were some issue regarding the timeliness of this intervention (and

9  there is not), the matters before this newly created three judge panel raise "matters of broad

10  social significance" which, under the circumstances, militate in favor of a finding of timeliness.

11  *Doe v. Duncanville Ind. School Dist.*, 994 F.2d 160, 168 (5th Cir. 1993); *Banco Popular de*

12  *Puerto Rico v. Greenblatt,* 964 F.2d 1227, 1233 (1st Cir. 1992). This fact also weighs in favor

13  of permitting the requested intervention.

14  **IV.    CONCLUSION**

15  For all of these reasons, the County Intervenors respectfully request that this Motion to

16  Intervene be granted.

17  Dated: September 14, 2007                                Respectfully submitted,

18                                                           ANN MILLER RAVEL
                                                             County Counsel
19

20                                                  By:        /S/
                                                             THERESA J. FUENTES
21                                                           Deputy County Counsel

22                                                           Attorneys for Intervenor,
                                                             COUNTY OF SANTA CLARA
23

24    / /

25

26  _____

27  [3] Courts do not consider "whether the intervention itself will cause the nature,
    duration, or disposition of the lawsuit to change." *United States v. Union Elec. Co.,* 64
    F.3d 1152, 1159 (8th Cir. 1995); *Smith v. Marsh*, 194 F.3d 1045, 1051 (9th Cir. 1999);
28  *Edwards v. City of Houston*, 78 F.3d 983, 1002 (5th Cir. 1996).

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Notice of Motion to Intervene; Memorandum of
Points and Authorities          -8-          CIV S-90-0520 LKK JFM P;  C01-1351 TEH

1  Dated: September 14, 2007                    Respectfully submitted,

2                                               STEPHEN SHANE STARK
                                                County Counsel
3

4                                       By:            /S/
                                                STEPHEN D. UNDERWOOD
5                                               Chief Assistant County Counsel

6                                               Attorneys for Intervenor,
                                                COUNTY OF SANTA BARBARA
7

8  Dated: September 14, 2007                    Respectfully submitted,

9                                               MICHAEL P. MURPHY
                                                County Counsel
10

11                                      By:            /S/
                                                MICHAEL P. MURPHY
12                                              County Counsel

13                                              Attorneys for Intervenor,
                                                COUNTY OF SAN MATEO
14
   Dated: September 14, 2007                    Respectfully submitted,
15
                                                DENNIS BUNTING
16                                              County Counsel

17
                                        By:            /S/
18                                              STEVEN M. INGRAM
                                                Deputy County Counsel
19
                                                Attorneys for Intervenor,
20                                              COUNTY OF SOLANO

21
   Dated: September 14, 2007                    Respectfully submitted,
22
                                                SILVANO B. MARCHESI
23                                              County Counsel

24
                                        By:            /S/
25                                              LINDA WILCOX
                                                Deputy County Counsel
26
                                                Attorneys for Intervenor,
27                                              COUNTY OF CONTRA COSTA

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara     Notice of Motion to Intervene; Memorandum of
San Jose, California      Points and Authorities          -9-       CIV S-90-0520 LKK JFM P;  C01-1351 TEH

**EXHIBIT A**

1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Intervenor
   COUNTY OF SANTA CLARA
6
   STEPHEN SHANE STARK, County Counsel (S.B. # 63779)
7  STEPHEN D. UNDERWOOD, Chief Assistant County Counsel (S.B. # 063057)
   KELLY DUNCAN SCOTT, Deputy County Counsel (S.B. #216181)
8  OFFICE OF THE COUNTY COUNSEL
   105 East Anapamu Street, Room 201
9  Santa Barbara, California  93101
   Telephone:  (805) 568-2950
10 Facsimile: (805) 681-4322

11 Attorneys for Intervenor
   COUNTY OF SANTA BARBARA
12
   MICHAEL P. MURPHY, County Counsel (S.B. # 83887)
13 DEBORAH PENNY BENNETT, Chief Deputy County Counsel (S.B. # 72282)
   CAROL L. WOODWARD, Deputy County Counsel (S.B. # 84197)
14 OFFICE OF THE COUNTY COUNSEL
   Hall of Justice and Records
15 400 County Center, 6th Floor
   Redwood City, California  94063
16 Telephone: (650) 363-4746
   Facsimile:  (650) 363-4034
17
   Attorneys for Intervenor
18 COUNTY OF SAN MATEO

19 DENNIS BUNTING, County Counsel (S.B. #55499)
   AZNIV DARBINIAN, Assistant County Counsel (S.B. #197787)
20 STEVEN M. INGRAM, Deputy County Counsel (S.B. #197509)
   OFFICE OF THE COUNTY COUNSEL
21 675 Texas Street, Suite 6600
   Fairfield, California 94533
22 Telephone: (707) 784-6140
   Facsimile:  (707) 784-6862
23
   Attorneys for Intervenor
24 COUNTY OF SOLANO

25 //

26 //

27 //

28 //

1   SILVANO B. MARCHESI, County Counsel (S.B. # 42965)
    KIMBERLY JOHNSON, Deputy County Counsel (S.B. # 201802)
2   LINDA WILCOX, Deputy County Counsel (S.B. #184296)
    OFFICE OF THE COUNTY COUNSEL
3   651 Pine Street, Ninth Floor
    Martinez, California 94553-1288
4   Telephone: (925) 335-1800
    Facsimile: (925) 646-1078
5
    Attorneys for Intervenor
6   COUNTY OF CONTRA COSTA

7

8                    UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10          AND THE NORTHERN DISTRICT OF CALIFORNIA

11   UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13   RALPH COLEMAN, et al.,          )   No.  CIV S-90-0520 LKK JFM P
                                     )
14          Plaintiffs,              )   THREE-JUDGE COURT
                                     )
15   v.                              )
                                     )
16   ARNOLD SCHWARZENEGGER, et al., )
                                     )
17          Defendants.              )
     _____)
18                                   )   No.  C01-1351 TEH
     MARCIANO PLATA, et al.,         )
19                                   )   THREE-JUDGE COURT
            Plaintiffs,              )
20                                   )   **INTERVENTION PLEADING**
     v.                              )
21                                   )   (F.R.C.P. 24; 18 U.S.C. § 3636(a)(3)(F)]
     ARNOLD SCHWARZENEGGER, et al., )
22                                   )
            Defendants.              )
23                                   )
     _____)
24

25          For their Intervention Pleading, the Counties of Santa Clara, Santa Barbara, San Mateo,

26   Solano and Contra Costa (collectively the "County Intervenors") hereby allege as follows:

27   / /

28   / /

1

**COUNTY INTERVENORS**

2          1.  The County Intervenors are political subdivisions of the State of California and are

3    "units of government" that construct, operate and maintain prison facilities, as well as provide

4    medical, mental health, dependency, rehabilitation, social and other services to residents of their

5    respective counties.[1]  In addition, Section 509 of the Charter of the County of Santa Clara

6    provides that the "Board of Supervisors shall establish a Department of Correction and appoint

7    a Chief Officer to operate the county jails for sentenced and unsentenced prisoners and to carry

8    out such other functions of a Department of Correction as the Board determines."  As such, the

9    County of Santa Clara also has responsibility for the "custody of persons who may be released

10   from, or not admitted to, a prison as a result of a prisoner release order."  18 U.S.C. section

11   3626(a)(3)(F).

12         2.  The Prison Litigation Reform Act, 18 U.S.C. section 3626, *et seq*. ("PLRA")

13   specifically provides that "[a]ny state or local official including a legislator or unit of

14   government whose jurisdiction or function includes the appropriation of funds for the

15   construction, operation, or maintenance of prison facilities, or the prosecution or custody  of

16   persons who may be released from, or not admitted to, a prison as a result of a prisoner release

17   order shall have standing to oppose the imposition or continuation in effect of such relief

18   and to seek termination of such relief, and shall have the right to intervene in any proceeding

19   relating to such relief."

20         3.  The jurisdiction and function of the County Intervenors includes the appropriation of

21   funds for the construction, operation or maintenance of prison facilities.  In addition, the County

22   of Santa Clara  has responsibility for the custody of persons who may be released from, or not

23   admitted to, prison as a result of a prisoner release order.

24

**JURISDICTION AND VENUE**

25         4.  The County Intervenors' defenses in this Intervention Pleading arise out of the same

26

27         [1] "Prison" facilities are defined in the PLRA as "any Federal, State or local facility
28   that incarcerates or detains juveniles or adults accused of, convicted of, sentenced for, or
     adjudicated delinquent for, violations of criminal law."  18 U.S.C. § 3626(g)(5).

1  transaction or occurrence that is the subject matter of the claims at issue in this action and,

2  specifically, out of the PLRA. This Court has jurisdiction over the claims in this action as well

3  as over the County Intervenors' defenses pursuant to 28 U.S.C. § 1331.

4        5.   Venue is proper in this district pursuant to 28 U.S.C. § 1391.

5                                **GENERAL ALLEGATIONS**

6        6.   On July 23, 2007, Judge Thelton Henderson of the United States District Court for

7  the Northern District of California and Judge Lawrence Karlton of the United States District

8  Court for the Eastern District of California, issued orders pursuant to the PLRA to convene a

9  three-judge panel to consider issuing prisoner release orders in the above captioned matters. On

10  July 26, 2007, Judge Mary Schroeder, Chief Judge of the Ninth Circuit Court of Appeals,

11  appointed Judge Henderson, Judge Karlton and Judge Stephen Reinhardt of the Ninth Circuit

12  Court of Appeals, as the three judge panel for this proceeding.

13        7.   Assembly Bill 900, entitled the "Public Safety and Offender Rehabilitation Services

14  Act of 2007," was signed into law by Governor Schwarzenegger on May 3, 2007 ("AB 900").

15  AB 900 is a comprehensive effort to improve the state prison system in California, and provides

16  for more than $7 billion in funding to achieve that goal. In his July 23, 2007 order granting the

17  motion for a three-judge panel, Judge Henderson noted that a prisoner release order would be a

18  "radical step" and that such a step may not be necessary if the parties agreed that AB 900 or

19  some other subsequent action by the State removed overcrowding as a major impediment to

20  bringing the delivery of inmate medical health care up to constitutional standards.

21        8.   The County Intervenors agree that the imposition of a prisoner release order would

22  be a "radical step" and that passage of AB 900 or other proposed measures, together with the

23  significant burden a prisoner release order would place on the community at the County level,

24  offer sufficient reasons to withhold such a drastic remedy.

25        9.   Rule 24 of the Federal Rules of Civil Procedure requires that an intervening party,

26  such as the County Intervenors, provide a "pleading setting forth the claim or defense for which

27  intervention is sought." Accordingly, the County Intervenors plead the following defenses

28  pursuant to the PLRA.

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

1

**DEFENSES**

2    10. Under the PLRA, prisoner release orders are permitted under very limited

3    circumstances where it is demonstrated  – by clear and convincing evidence – that (i) crowding

4    is the primary cause of the violation of a Federal right, and (ii) no other relief will remedy the

5    violation of the Federal right.

6    11.  No showing has been made in this action sufficient to justify the imposition of a

7    prisoner release order under the PLRA.  On the contrary, any such order would significantly

8    burden the budget and operations of County Intervenors and endanger the health, safety and

9    welfare of their residents.

10    12.  Moreover, the County Intervenors reserve the right to make an affirmative showing

11    that other relief, short of a prisoner release order, exists which could remedy the current

12    conditions specified by the Court.

13

**PRAYER FOR RELIEF**

14    **WHEREFORE,** the County Intervenors respectfully request that the Court:

15    A.  Enter no prisoner release order at this time in light of the significant burden such an

16    order would place on the health, safety and welfare of County residents, and on the budget and

17    operations of the County Intervenors;

18    B. Enter no prisoner release order absent a showing– by clear and convincing evidence–

19    that (i) the crowding is a primary cause of the violation of a Federal right; and (ii) no other relief

20    will remedy the violation of the Federal right;

21    C.  Enter no prisoner release order absent a sufficient evidentiary showing under the

22    PLRA that such order is narrowly drawn, extends no further than necessary to correct a

23    violation of a Federal right and is the least intrusive means necessary to correct any such

24    violation;

25    D.  Enter no prisoner release order until AB 900 or other proposed measures less

26    burdensome to the Counties have been fully implemented and their efficacy can be fully and

27    fairly assessed; and

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Intervention Pleading                    -5-        CIV S-90-0520 LKK JFM P;  C01-1351 TEH

1        E. Grant such further relief as this Court deems just and proper.

2   Dated: September 14, 2007               Respectfully submitted,

3                              ANN MILLER RAVEL
                             County Counsel

4

5                  By:          /S/
                             THERESA J. FUENTES
6                              Deputy County Counsel

7                              Attorneys for Intervenor,
                             COUNTY OF SANTA CLARA

8

9   Dated: September 14, 2007               Respectfully submitted,

10                              STEPHEN SHANE STARK
                             County Counsel

11

12                  By:          /S/
                             STEPHEN D. UNDERWOOD
13                              Chief Assistant County Counsel

14                              Attorneys for Intervenor,
                             COUNTY OF SANTA BARBARA

15

16   Dated: September 14, 2007               Respectfully submitted,

17                              MICHAEL P. MURPHY
                             County Counsel

18

19                  By:          /S/
                             MICHAEL P. MURPHY
20                              County Counsel

21                              Attorneys for Intervenor,
                             COUNTY OF SAN MATEO

22

23   Dated: September 14, 2007               Respectfully submitted,

24                              DENNIS BUNTING
                             County Counsel

25

                 By:          /S/
26                              STEVEN M. INGRAM
                             Deputy County Counsel

27

28                              Attorneys for Intervenor
                             COUNTY OF SOLANO

1    Dated: September 14, 2007

2                                                          Respectfully submitted,

     SILVANO B. MARCHESI
3                                                          County Counsel

4                                              By:    _____/S/_____
                                                          LINDA WILCOX
5                                                          Deputy County Counsel

6                                                          Attorneys for Intervenor,
                                                          COUNTY OF CONTRA COSTA
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    \\Ccoprolaw\ProLawDocs\DOC - Litigation\240L-08001\94190.wpd

28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Intervention Pleading                    -7-          CIV S-90-0520 LKK JFM P;  C01-1351 TEH