| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139)<br>THERESA J. FUENTES, Deputy County Counsel (S.B. #208588) |
| 2 | OFFICE OF THE COUNTY COUNSEL<br>70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California  95110-1770<br>Telephone:  (408) 299-5900 |
| 4 | Facsimile:  (408) 292-7240 |
| 5 | Attorneys for Intervenor<br>COUNTY OF SANTA CLARA |
| 6 | |
| 7 | STEPHEN SHANE STARK, County Counsel (S.B. # 63779)<br>STEPHEN D. UNDERWOOD, Chief Assistant County Counsel (S.B. # 063057)<br>KELLY DUNCAN SCOTT, Deputy County Counsel (S.B. #216181) |
| 8 | OFFICE OF THE COUNTY COUNSEL<br>105 East Anapamu Street, Room 201 |
| 9 | Santa Barbara, California  93101<br>Telephone:  (805) 568-2950 |
| 10 | Facsimile: (805) 681-4322 |
| 11 | Attorneys for Intervenor<br>COUNTY OF SANTA BARBARA |
| 12 | |
| 13 | MICHAEL P. MURPHY, County Counsel (S.B. # 83887)<br>DEBORAH PENNY BENNETT, Chief Deputy County Counsel (S.B. # 72282)<br>CAROL L. WOODWARD, Deputy County Counsel (S.B. # 84197) |
| 14 | OFFICE OF THE COUNTY COUNSEL<br>Hall of Justice and Records |
| 15 | 400 County Center, 6th Floor<br>Redwood City, California  94063 |
| 16 | Telephone: (650) 363-4746<br>Facsimile:  (650) 363-4034 |
| 17 | |
| 18 | Attorneys for Intervenor<br>COUNTY OF SAN MATEO |
| 19 | DENNIS BUNTING, County Counsel (S.B. #55499)<br>AZNIV DARBINIAN, Assistant County Counsel (S.B. #197787) |
| 20 | STEVEN M. INGRAM, Deputy County Counsel (S.B. #197509)<br>OFFICE OF THE COUNTY COUNSEL |
| 21 | 675 Texas Street, Suite 6600<br>Fairfield, California 94533 |
| 22 | Telephone: (707) 784-6140<br>Facsimile:  (707) 784-6862 |
| 23 | |
| 24 | Attorneys for Intervenor<br>COUNTY OF SOLANO |
| 25 | / / |
| 26 | / / |
| 27 | / / |
| 28 | / / |

SILVANO B. MARCHESI, County Counsel (S.B. # 42965)
KIMBERLY JOHNSON, Deputy County Counsel (S.B. # 201802)
LINDA WILCOX, Deputy County Counsel (S.B. # 184296)
OFFICE OF THE COUNTY COUNSEL
651 Pine Street, Ninth Floor
Martinez, California 94553-1288
Telephone: (925) 335-1800
Facsimile: (925) 646-1078

Attorneys for Intervenor
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | No. CIV S-90-0520 LKK JFM P<br><br><u>THREE-JUDGE COURT</u> |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants. | No. C01-1351 TEH<br><br><u>THREE-JUDGE COURT</u><br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**<br><br>(F.R.C.P. 24; 18 U.S.C. § 3636(a)(3)(F)] |

Upon consideration of the submissions, pursuant to Rule 24(a)(1) of the Federal Rules of Civil Procedure and the Prison Litigation Reform Act, 18 U.S.C. § 3626, *et seq.* ("PLRA"), the Motion to Intervene of the Counties of Santa Clara, Santa Barbara, San Mateo, Solano and Contra Costa (collectively the "County Intervenors") is GRANTED. The County Intervenors

are directed to file their Intervention Pleading within _____ days of the entry of this Order.

IT IS SO ORDERED.

Dated: September _____, 2007

_____
Stephen Reinhardt
United States Circuit Judge
Ninth Circuit Court of Appeals

Dated: September _____, 2007

_____
Lawrence K. Karlton
Senior United States District Judge
Eastern District of California

Dated: September _____, 2007

_____
Thelton E. Henderson
Senior United States District Judge
Northern District of California

\\Ccoprolaw\ProLawDocs\DOC - Litigation\240L-08001\94477.wpd