ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Intervenor
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | THREE-JUDGE COURT |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | No. C01-1351 THE |
| Plaintiffs, | THREE-JUDGE COURT |
| v. | **NOTICE OF APPEARANCE** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Theresa J. Fuentes, hereby respectfully request that I be recognized by the court as counsel of record for Proposed Intervenor, County of Santa Clara, and receive electronic filing

/ /

1 | notifications in the above-captioned case.

2 | Dated: September 14, 2007                                    Respectfully submitted,

3 |                                                              ANN MILLER RAVEL
  |                                                              County Counsel

5 |                                                 By:            /S/
  |                                                              THERESA J. FUENTES
6 |                                                              Deputy County Counsel

7 |                                                               Attorneys for Intervenor
  |                                                              COUNTY OF SANTA CLARA

94495.wpd