| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
| | THERESA J. FUENTES, Deputy County Counsel (S.B. #208588) |
| 2 | OFFICE OF THE COUNTY COUNSEL |
| | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California 95110-1770 |
| | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |
| 5 | Attorneys for Intervenor |
| | COUNTY OF SANTA CLARA |
| 6 | |
| 7 | STEPHEN SHANE STARK, County Counsel (S.B. # 63779) |
| | STEPHEN D. UNDERWOOD, Chief Assistant County Counsel (S.B. # 063057) |
| | KELLY DUNCAN SCOTT, Deputy County Counsel (S.B. #216181) |
| 8 | OFFICE OF THE COUNTY COUNSEL |
| | 105 East Anapamu Street, Room 201 |
| 9 | Santa Barbara, California 93101 |
| | Telephone: (805) 568-2950 |
| 10 | Facsimile: (805) 681-4322 |
| 11 | Attorneys for Intervenor |
| | COUNTY OF SANTA BARBARA |
| 12 | |
| 13 | MICHAEL P. MURPHY, County Counsel (S.B. # 83887) |
| | DEBORAH PENNY BENNETT, Chief Deputy County Counsel (S.B. # 72282) |
| | CAROL L. WOODWARD, Deputy County Counsel (S.B. # 84197) |
| 14 | OFFICE OF THE COUNTY COUNSEL |
| | Hall of Justice and Records |
| 15 | 400 County Center, 6th Floor |
| | Redwood City, California 94063 |
| 16 | Telephone: (650) 363-4746 |
| | Facsimile: (650) 363-4034 |
| 17 | |
| 18 | Attorneys for Intervenor |
| | COUNTY OF SAN MATEO |
| 19 | DENNIS BUNTING, County Counsel (S.B. #55499) |
| | AZNIV DARBINIAN, Assistant County Counsel (S.B. #197787) |
| 20 | STEVEN M. INGRAM, Deputy County Counsel (S.B. #197509) |
| | OFFICE OF THE COUNTY COUNSEL |
| 21 | 675 Texas Street, Suite 6600 |
| | Fairfield, California 94533 |
| 22 | Telephone: (707) 784-6140 |
| | Facsimile: (707) 784-6862 |
| 23 | |
| 24 | Attorneys for Intervenor |
| | COUNTY OF SOLANO |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

SILVANO B. MARCHESI, County Counsel (S.B. # 42965)
KIMBERLY JOHNSON, Deputy County Counsel (S.B. # 201802)
LINDA WILCOX, Deputy County Counsel (S.B. #184296)
OFFICE OF THE COUNTY COUNSEL
651 Pine Street, Ninth Floor
Martinez, California 94553-1288
Telephone: (925) 335-1800
Facsimile: (925) 646-1078

Attorneys for Intervenor
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | <u>THREE-JUDGE COURT</u> |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| | No. C01-1351 TEH |
| MARCIANO PLATA, et al., | <u>THREE-JUDGE COURT</u> |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Please see attached Proof of Service.

\\Ccoprolaw\ProLawDocs\DOC - Litigation\240L-08001\95366.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service                                    -2-

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

**PROOF OF SERVICE BY MAIL**

*Coleman, et al. v. Schwarzenegger, et al.*　　　　　　　No. CIV S-90-0520 LKK-JFM P

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**NOTICE OF MOTION AND MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

■ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

■ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**See attached Service List**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 14, 2007, at San Jose, California.

　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　Anna Marie B. Espiritu

94500.wpd

SERVICE LIST

**Service By Mail**

Molly Arnold, Chief Counsel
Department of Finance
State Capitol, Room 1145
Sacramento, CA 95814

Michael W. Bien. Esq.
Rosen, Bien & Galvan LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Robin Dezember, Director (A)
Division of Correctional Health Care Services
CDCR
P.O. Box 942883
Sacramento, CA 94283-0001

Martin H. Dodd, Esq.
Futterman & Dupree LLP
160 Sansome, 17th Floor
San Francisco, CA 94104

Stuart Drown, Executive Director
Little Hoover Commission
925 L Street. Suite 805
Sacramento, CA 95814

Warren E. George, Esq.
Bingham McCutchen - San Francisco
Three Embarcadero Center
San Francisco, CA 94111-4066

Laurie Giberson, Staff Counsel
Department of General Services
707 Third Street, 7th Floor, Suite 7-330
West Sacramento, CA 95605

Jared Goldman, Staff Attorney
California Prison Health Care Receivership
1731 Technology Drive, Suite 700
San Jose, CA 95110

Richard Goff
Heller, Ehrman, White & McAuliffe
701 Fifth Avenue
Seattle, WA 98104

Steven S. Kaufhold
Chad A. Stegeman
Akin Gump Strauss Hauer & Feld, LLP
5380 California, 15th Floor
San Francisco, CA 94104-1036

Matthew Cate, Inspector General
Office of the Inspector General
P.O. Box 348780
Sacramento, CA 95834-8780

Claudia Center
The Legal Aid Society
Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107

Richard J. Chivaro
John Chen
State Controller
300 Capitol Mall, Suite 518
Sacramento, CA 95814

Rochelle C. East
Attorney General's Office for the State of CA
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102

Steven Fama, Esq.
Prison Law Office
1 Main Street
San Quentin, CA 94964

Alison Hardy, Esq.
Prison Law Office
General Delivery
San Quentin, CA 94964

John Hagar, Chief of Staff
Judges' Reading Room
Courtroom Library, 18th Floor
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, California 94102

Andrea Lynn Hoch
Legal Affairs Secretary
Office of the Governor
Capitol Building
Sacramento, CA 95814

William Charles Hughes
Riverside County District Attorney's Office
4075 Main Street
Riverside, CA 92501

| | |
|---|---|
| Paul B. Mello, Esq.<br>Jerome C. Schaefer, Esq.<br>Hanson Bridget Marcus Vlahos<br>& Rudy LLP - San Francisco<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Robert Sillen<br>California Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA 95110 |
| Donald Specter, Esq.<br>Prison Law Office<br>General Delivery<br>San Quentin, CA 94964 | Kathleen Keeshen<br>Legal Affairs Division<br>California Department of Corrections<br>P.O. Box 942883<br>Sacramento, CA 94283 |
| Caroline N. Mitchell, Esq.<br>Jones Day - San Francisco<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 | Bruce Slavin, General Counsel<br>Office of the Secretary<br>CDCR<br>P.O. Box 942883<br>Sacramento, CA 94283-0001 |
| Warren C. (Curt) Stracener<br>Paul M. Starkey<br>Labor Relations Counsel<br>Department of Personnel Administration<br>Legal Division<br>1515 "S" Street, North Building, Suite 400<br>Sacramento, CA 95814 | Donna Neville, Senior Staff Counsel<br>Bureau of State Audits<br>555 Capitol Mall, Suite 300<br>Sacramento, CA 95814 |
| Yvonne Walker, Vice President for Bargaining<br>CSEA<br>1108 "O" Street<br>Sacramento, CA 95814 | Gary Robinson, Executive Director<br>UAPD<br>1330 Broadway, Suite 730<br>Oakland, CA 94612 |
| Elise Rose, Counsel<br>State Personnel Board<br>801 Capitol Mall<br>Sacramento, CA 95814 | Pam Manwiller, Director of State Programs<br>AFSME<br>555 Capitol Mall, Suite 1225<br>Sacramento, CA 95814 |
| Miguel Neri<br>California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, Ca 94612-0550 | Matthew A. Lopes, Jr.<br>Deputy Special Master<br>Pannone Lopes & Devereaux, LLC<br>1800 Financial Plaza<br>Providence, RI 02903<br>(for special master) |
| Union of American Physicians and Dentists<br>Davis, Cowell & Bowe<br>595 Market Street, Suite 1400<br>San Francisco, CA 94105 | Michael Stone<br>California Department of Correction<br>Legal Affairs Division<br>1515 S Street, Room 314S<br>Sacramento, CA 95814 |
| David W. Wilson<br>K-66474<br>CMF-Vacaville<br>P.O. Box 2000<br>Vacaville, CA 95696 | Patrick Wilson<br>4655 E. Olympic Boulevard<br>Los Angeles, CA 90022 |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail

CIV S-90-0520 LKK-JFM P

**Service Via Overnight Delivery**

Honorable Thelton E. Henderson
U.S. District Court, Northern District
San Francisco Branch
450 Golden Gate Avenue
San Francisco, California 94102

Honorable Lawrence K. Karlton
U.S. District Court, Eastern District
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

Honorable Stephen Reinhardt
U.S. District Court, Central District
312 North Spring Street, Suite 1747
Los Angeles, CA 90012