1  STEVEN M. WOODSIDE #58684
   County Counsel
2  ANNE L. KECK #136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Fax: (707) 565-2624

6  Attorneys for Intervenors THE
   COUNTY OF SONOMA, SONOMA
7  COUNTY SHERIFF/CORONER
   WILLIAM COGBILL, SONOMA
8  COUNTY DISTRICT ATTORNEY
   STEPHAN PASSALACQUA,
9  and SONOMA COUNTY CHIEF
   PROBATION OFFICER ROBERT OCHS
10

11              IN THE UNITED STATES DISTRICT COURTS

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13             AND THE NORTHERN DISTRICT OF CALIFORNIA

14       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16

| | |
|---|---|
| RALPH COLEMAN, et al., | No.   CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | No. C01-1351 TEH |
| Defendants. | **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., | |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF SONOMA COUNTY INTERVENORS** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

28

---

1

Notice of Appearance                    Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
89195.1

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD AND TO |
| 2 | THIS HONORABLE COURT: |

PLEASE TAKE NOTICE that Intervenors the County of Sonoma, Sonoma County Sheriff/Coroner William Cogbill, Sonoma County District Attorney Stephan Passalacqua, and Sonoma County Chief Probation Officer Robert Ochs, hereby appear in this matter through their counsel:

>ANNE L. KECK, SBN #136315
>Deputy County Counsel
>575 Administration Drive, Room 105A
>Santa Rosa, CA 95403
>Telephone: 707-565-2421
>E-mail: Akeck@sonoma-county.org

Dated: September 14, 2007

STEVEN M. WOODSIDE, County Counsel

By: /s/ Anne L. Keck
ANNE L. KECK
Deputy County Counsel