1  STEVEN S. KAUFHOLD (SBN 157195)
   skaufhold@akingump.com
2  CHAD A. STEGEMAN (SBN 225745)
   cstegeman@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
4  San Francisco, California 94104-1036
   Telephone:    415-765-9500
5  Facsimile:    415-765-9501

6  Attorneys for Republican Senator Intervenors:
   Samuel Aanestad, Dick Ackerman, Roy Ashburn, James
7  F. Battin, Jr., Dennis Cogdill, Dave Cox, Jeff Denham,
   Bob Dutton, Bob Hollingsworth, Abel Maldonado, Bob
8  Margett, George Runner and Mark Wyland

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. C 01-cv-1351 TEH<br><br>**THREE-JUDGE COURT** |
| SAMUEL AANESTAD, DICK ACKERMAN, ROY ASHBURN, JAMES F. BATTIN, JR., DAVE COGDILL, DAVE COX, JEFF DENHAM, BOB DUTTON, DENNIS HOLLINGSWORTH, ABEL MALDONADO, BOB MARGETT, GEORGE RUNNER AND MARK WYLAND<br><br>    Republican Senator Intervenors. | **[PROPOSED] ORDER GRANTING REPUBLICAN SENATOR INTERVENORS' MOTION TO INTERVENE** |

[PROPOSED] ORDER GRANTING REPUBLICAN
SENATOR INTERVENORS' MOTION TO                      CIV S-90-0520 LKK JFM P, C 01-1351 TEH
INTERVENE

Upon consideration of the submissions, pursuant to Rule 24(a)(1) of the Federal Rules of Civil Procedure and The Prison Litigation Reform Act, 18 U.S.C. § 3626, *et seq.* ("PLRA"), the Motion to Intervene on behalf of California Republican State Senator Intervenors Samuel Aanestad, Dick Ackerman, Roy Ashburn, James F. Battin, Jr., Dave Cogdill, Dave Cox, Jeff Denham, Robert Dutton, Dennis Hollingsworth, Abel Maldonado, Bob Margett, George Runner, and Mark Wyland is GRANTED.

**IT IS SO ORDERED**

Dated: September __, 2007

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Dated: September __, 2007

_____
LAWRENCE K. KARLTON
UNITED STATES CIRCUIT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: September __, 2007

_____
STEPHEN REINHARDT
UNITED STATES DISTRICT JUDGE
NINTH CIRCUIT