1   STEVEN M. WOODSIDE #58684
    County Counsel
2   ANNE L. KECK #136315
    Deputy County Counsel
3   County of Sonoma
    575 Administration Drive, Room 105A
4   Santa Rosa, California 95403-2815
    Telephone: (707) 565-2421
5   Fax: (707) 565-2624

6   Attorneys for Intervenors THE
    COUNTY OF SONOMA, SONOMA
7   COUNTY SHERIFF/CORONER
    WILLIAM COGBILL, SONOMA
8   COUNTY DISTRICT ATTORNEY
    STEPHAN PASSALACQUA,
9   and SONOMA COUNTY CHIEF
    PROBATION OFFICER ROBERT OCHS
10

11              IN THE UNITED STATES DISTRICT COURTS

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13          AND THE NORTHERN DISTRICT OF CALIFORNIA

14    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16

17   RALPH COLEMAN, et al.,                No.    CIV S-90-0520 LKK JFM P

18        Plaintiffs,                      **THREE-JUDGE COURT**

19   v.

20   ARNOLD SCHWARZENEGGER, et al.,

21        Defendants.
     _____/
22

23   MARCIANO PLATA, et al.,              No. C01-1351 TEH

24        Plaintiffs,                     **THREE-JUDGE COURT**

25   v.                                   **SONOMA COUNTY INTERVENORS'
                                          NOTICE OF MOTION AND MOTION
26   ARNOLD SCHWARZENEGGER, et al.,       TO INTERVENE; MEMORANDUM OF
                                          POINTS AND AUTHORITIES;
27        Defendants.                     INTERVENTION PLEADING**
     _____/
28                                        [NO HEARING REQUIRED]

                                   1
     ────────────────────────────────────────────────────────────
     Notice of Motion and Motion to Intervene;    Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
     Memorandum of Points & Authorities                                              #89162.1

1    TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 24 and

3    the Prison Litigation Reform Act (18 U.S.C. § 3626), the County of Sonoma and certain of

4    its individual public officers, including Sonoma County Sheriff/Coroner William Cogbill,

5    Sonoma County District Attorney Stephan Passalacqua, and Sonoma County Chief Probation

6    Officer William Ochs (collectively, "Sonoma County Intervenors"), jointly and separately

7    hereby request leave to intervene in the above-captioned consolidated action for the limited

8    purpose of addressing issues to be resolved by the Three-Judge Court pursuant to Title 18 of

9    the United States Code, Section 3626 ("Section 3626"), subsections (a)(1) and (a)(3)(E).

10   Each of the individual public officers seek leave to intervene in this action solely in their

11   official capacities.  All necessary approvals for the Sonoma County Intervenors to seek leave

12   to intervene herein has been obtained.

13    Sonoma County Intervenors submit this Motion pursuant to Federal Rule of Civil

14   Procedure Section 24, as well as Section 3626(a)(3)(F) which provides Sonoma County

15   Intervenors with the unconditional right to intervene herein.  Such Intervenors further request

16   leave from the Three-Judge Court to file the Intervention Pleading attached hereto as Exhibit

17   "A".

18    In addition, Sonoma County Intervenors submit this Motion pursuant to the provisions

19   of this Three-Judge Court's Order Re: Motions to Intervene and Order Referring Discovery

20   Disputes to Magistrate Judge, entered herein on August 17, 2007, which allows for the filing

21   and service of motions to intervene no later than September 14, 2007.  In accordance with

22   such Order, no hearing has been set for this Motion.

23    This Motion is based on this Notice of Motion and Motion, the Memorandum of

24   Points and Authorities attached hereto in support thereof, the proposed Intervention Pleading

25   ///

26   ///

27   ///

28   ///

1   (attached hereto as Exhibit "A"), other documents, pleadings, and orders on file with the

2   Court, and any subsequent evidence or argument that may be submitted in support hereof.

3   Dated: September 14, 2007                    STEVEN M. WOODSIDE, County Counsel

4

5                                                By:  /s/ Anne L. Keck
                                                      ANNE L. KECK
6                                                     Deputy County Counsel
                                                      Attorneys for Intervenors THE COUNTY OF
7                                                     SONOMA, SONOMA COUNTY
                                                      SHERIFF/CORONER WILLIAM COGBILL,
8                                                     SONOMA COUNTY DISTRICT
                                                      ATTORNEY STEPHAN PASSALACQUA,
9                                                     and SONOMA COUNTY CHIEF
                                                      PROBATION OFFICER ROBERT OCHS
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                3

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    PROCEDURAL BACKGROUND

This Three-Judge Court was empaneled pursuant to the provisions of Title 18 of the United States Code, Section 3626 ("Section 3626"), and Title 28 of the United States Codes, Section 2284, to preside over questions regarding whether prisoner release orders should be appropriately issued against the State of California prisons in the above-captioned consolidated cases. Pursuant to this Three-Judge Court's Order Re: Motions to Intervene and Order Referring Discovery Disputes to Magistrate Judge, entered herein on August 17, 2007 (the "August 17th Order"), many parties were permitted to intervene in this proceeding under Section 3626(a)(3)(F), including: (a) thirty-one members of the California Assembly; (b) fifteen district attorneys; (c) twenty-two sheriffs (two of which were also coroners);  and (d) one chief probation officer.

As part of its August 17th Order, the Court made specific findings and conclusions respecting intervention; specifically, that the proposed intervenors had a statutory right to intervene by virtue of Section 3626(a)(3)(F).  The August 17th Order also provided other proposed intervenors with the right to seek intervention if their motions were filed and served no later than September 14, 2007.

A status conference has been set in this matter for September 24, 2007, at 1:30 p.m., at which time the Three-Judge Court intends to address the issues, evidence, and arguments to be presented by the parties, and set the necessary and applicable procedures.

### II.    SONOMA COUNTY INTERVENORS MAY INTERVENE IN THIS ACTION AS A MATTER OF RIGHT PURSUANT TO 18 U.S.C. § 3626(a)(3)(F)

Sonoma County Intervenors seek leave from this Three-Judge Court to intervene in this action for the limited purpose of addressing the issues raised under the Prison Litigation Reform Act, Section 3626, subsections (a)(1) and (a)(3)(E).  Such Intervenors submit their Motion pursuant to Federal Rule of Civil Procedure 24, as well as Section 3626(a)(3)(F).

1       Federal Rule of Civil Procedure 24, subsection (a),  provides in relevant part that,

2   upon a timely motion, "anyone shall be permitted to intervene in an action: (1) when a statute

3   of the United States confers an unconditional right to intervene; ...." (Fed. R. Civ. Proc. 24.)

4   In turn, Section 3626 provides to certain parties an unconditional right to intervene in Prison

5   Litigation Reform Act ("PLRA") cases with respect to the imposition of prisoner release

6   orders.  Specifically, Section 3626(a)(3)(F) provides in full:

7           Any State or local official including a legislator or unit of government whose
            jurisdiction or function includes the appropriation of funds for the construction,
8           operation, or maintenance of prison facilities, or the prosecution or custody of
            person who may be released from, or not admitted to, a prison as a result of a
9           prisoner release order shall have standing to oppose the imposition or
            continuation in effect of such relief and to seek termination of such relief, and
10          shall have the right to intervene in any proceeding relating to such relief.

11  (18 U.S.C. § 3626(a)(3)(F).)   Section 3626 also contains a definition of terms used in the

12  PLRA, and defines "prison facilities" as, "any Federal, State, or local facility that

13  incarcerates or detains juveniles or adults accused of, convicted of, sentenced for, or

14  adjudicated delinquent for, violations of criminal law." (18 U.S.C. § 3626(g)(5).)  According

15  to this definition, County jails and juvenile halls are considered "prisons" for the purposes of

16  the PLRA.

17      Each of the proposed Sonoma County Intervenors are included in the class of persons

18  and entities who are allowed to intervene unconditionally in PLRA cases regarding prisoner

19  release orders under Section 3626(a)(3)(F), as follows:

20      (a)     The County of Sonoma is a unit of government whose jurisdiction and function
                includes the appropriation of funds for the construction, operation, and
21              maintenance of the County jails and juvenile hall detention facilities that detain
                persons accused of, convicted of, sentenced for, or adjudicated delinquent for,
22              violations of criminal law;

23      (b)     Sonoma County Sheriff/Coroner William Cogbill administers and runs two
                local County jail facilities that have custody of persons who may be released
24              from, or not admitted to, a prison as a result of a prisoner release order;[1]

25      (c)     Sonoma County District Attorney Stephan Passalacqua prosecutes persons who
                may be released from, or not admitted to, a prison as a result of a prisoner
26              release order; and

27  _____

28      [1]     The Sheriff has the "sole and exclusive authority" to keep the county jail and
        the prisoners in it. (Cal. Government Code §26605; See also Cal. Penal Code Section 4000.)

5

1      (d)    Sonoma County Chief Probation Officer Robert Ochs administers and runs the
2  Sonoma County Juvenile Hall that has custody of juveniles who may be
   released from, or not admitted to, a prison as a result of a prisoner release
3  order.

4      Accordingly, Sonoma County Intevenors believe that they have an unconditional right

5  to intervene in this action pursuant to Section 3626(a)(3)(F).  This Motion is timely, based on

6  the provisions in the August 17th Order of this Court permitting motions to intervene to be

7  filed no later than September 14, 2007.  In accordance with Federal Rule of Civil Procedure

8  24(c), a copy of Sonoma County Intervenors' proposed pleading is attached hereto as Exhibit

9  "A".

10

11  **III.    CONCLUSION**

12      Based on the foregoing, the County of Sonoma, Sonoma County Sheriff/Coroner

13  William Cogbill, Sonoma County District Attorney Stephan Passalacqua, and Sonoma

14  County Chief Probation Officer William Ochs hereby respectfully request that the Three-

15  Judge Court permit them leave to jointly and separately intervene in this action (pursuant to

16  Federal Rule of Civil Procedure 24 and Section 3626(a)(3)(F)) for the limited purpose of

17  addressing issues relating to prisoner release orders under Section 3636, subsections (a)(1)

18  and (a)(3)(E), grant them leave to file the Intervention Pleading attached hereto as Exhibit

19  "A", and for such other and further relief as the Court may deem just and proper.

20  Dated: September 14, 2007         STEVEN M. WOODSIDE, County Counsel

21

22                         By:  /s/ Anne L. Keck
23                           ANNE L. KECK
                            Deputy County Counsel
24                           Attorneys for Intervenors THE COUNTY
                            OF SONOMA, SONOMA COUNTY
25                           SHERIFF/CORONER WILLIAM
                            COGBILL, SONOMA COUNTY
26                           DISTRICT ATTORNEY STEPHAN
                            PASSALACQUA, and SONOMA
27                           COUNTY CHIEF PROBATION OFFICER
                            ROBERT OCHS

28

6