STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Intervenors THE
COUNTY OF SONOMA, SONOMA
COUNTY SHERIFF/CORONER
WILLIAM COGBILL, SONOMA
COUNTY DISTRICT ATTORNEY
STEPHAN PASSALACQUA,
and SONOMA COUNTY CHIEF
PROBATION OFFICER ROBERT OCHS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No.    CIV S-90-0520 LKK JFM P |
|     Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
|     Defendants. _____/ | |
| MARCIANO PLATA, et al., | No. C01-1351 TEH |
|     Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | **SONOMA COUNTY INTERVENORS'** **INTERVENTION PLEADING** |
|     Defendants. _____/ | |

1    Intervenors the County of Sonoma, Sonoma County Sheriff/Coroner William Cogbill,

2    Sonoma County District Attorney Stephan Passalacqua, and Sonoma County Chief Probation

3    Officer William Ochs (collectively, "Sonoma County Intervenors" hereinafter) hereby jointly

4    and separately allege as follows:

5                                          **INTERVENORS**

6        1.    Intervenor the County of Sonoma is a political subdivision of the State of

7    California.  It is a "unit of government" whose jurisdiction and function includes the

8    appropriation of funds for the construction, operation, and maintenance of local jail and

9    juvenile hall detention facilities.

10       2.    Intervenor Sonoma County Sheriff/Coroner William Cogbill is an elected

11   public officer for the County of Sonoma who is the chief law enforcement officer for the

12   county and is the official who operates, maintains, and administers the Sonoma County adult

13   detention facilities.  Sonoma County Sheriff/Coroner William Cogbill intervenes herein in

14   his official capacity only.

15       3.    Intervenor Sonoma County District Attorney Stephan Passalacqua is an elected

16   public officer for the County of Sonoma who prosecutes criminal cases in the Sonoma

17   County Superior Court.  Sonoma County District Attorney Stephan Passalacqua intervenes

18   herein in his official capacity only.

19       4.    Intervenor Sonoma County Chief Probation Officer William Ochs is an

20   appointed public officer for the County of Sonoma who oversees adult probationers and also

21   operates, maintains, and administers the Sonoma County Juvenile Hall, a detention facility

22   for juveniles.  Sonoma County Chief Probation Officer William Ochs intervenes herein in his

23   official capacity only.

24       5.    Pursuant to Title 18 of the United States Code, Section 3626, subsection

25   (a)(3)(F), Sonoma County Intervenors have standing to oppose the imposition or

26   continuation of a prisoner release order.

27       6.    All necessary actions required for the Sonoma County Intervenors to

28   participate in this consolidated action have been satisfied.

1

**JURISDICTION AND VENUE**

2          7.      The claims and defenses presented herein on behalf of the Sonoma County

3   Intervenors arise out of the underlying cases pursuant to the Prison Litigation Reform Act

4   (18 U.S.C. §3626).  This Court has jurisdiction over such claims pursuant to Title 18 of the

5   United States Code Section 3626, as well as Title 28 of the United States Code, Section

6   1331.

7          8.      Venue is proper in each of the above-stated Districts by virtue of Title 28 of the

8   United States Code, Section 1391.

9

**GENERAL ALLEGATIONS**

10          9.      On July 23, 2007, the District Courts for the Eastern and Northern Districts of

11   California entered Orders in the above-captioned cases, respectively, ordering that a three-

12   judge court be convened under Title 18 of the United States Code, Section 3626(a)(3), for the

13   purpose of determining the appropriateness of entering a prisoner release order(s) with

14   respect to State of California prisons.  The two cases were consolidated for the purposes of

15   this determination.

16          10.     On July 26, 2007, Chief Judge Mary M. Schroeder of the United States Courts

17   for the Ninth Circuit designated and appointed the Honorable Stephen Reinhardt, the

18   Honorable Lawrence K. Karlton, and the Honorable Thelton E. Henderson to constitute the

19   three-judge court pursuant to Section 3626(a)(3) for the purpose of hearing and determining

20   the request for a prisoner release order (the "Three-Judge Court" hereinafter).

21          11.     Pursuant to the Three-Judge Court's Order Re: Motions to Intervene and Order

22   Referring Discovery Disputes to Magistrate Judge, entered herein on August 17, 2007, the

23   Court provided other parties the opportunity to file motions to intervene in this action if such

24   motions were filed and served no later than September 14, 2007.

25          12.     Sonoma County Intervenors sought leave from this Court to intervene pursuant

26   to their Motion to Intervene, which was filed and served on September 14, 2007.  Such

27   intervenors have the unconditional right to intervene in this action (pursuant to 18 U.S.C. §

28

Sonoma County Intervenors' Intervention Pleading          Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
89165.1

1    3626(a)(3)(F)) for the limited purpose of addressing the issues outlined in Title 18 of the

2    United States Codes, Section 3626, subsections (a)(1) and (a)(3)(E).

3        13.    Sonoma County Intervenors are informed and believe, and thereon allege, that

4    entry of a prisoner release order (issued under 18 U.S.C. § 3626(a)) would have significant

5    negative consequences at the local level; a prisoner release order would simply shift the

6    burden of housing and treating state prisoners to local government, which has fewer and

7    more limited resources than the State of California.

8        14.    Specifically, Sonoma County Intervenors are informed and believe, and

9    thereon allege, that a prisoner release order entered for the purpose of limiting alleged

10   crowding in the State prisons would have the following negative consequences, *inter alia,* at

11   the local level: (a) increased crime on the streets due to early release of prisoners; (b)

12   overcrowded jails due to increased crime and inability to transfer prisoners to state prisons;

13   (c) further burdening on mental/medical health/social welfare programs, both in and out of

14   jail; and (d) further burdening of the criminal justice system due to recidivism and related

15   factors.

16       15.    Sonoma County Intervenors, and certain additional county agencies, public

17   officers, and judges of the Sonoma County Superior Court, are presently engaged in an

18   unprecedented, collaborative effort to develop a strategic plan to address issues currently

19   present in the Sonoma County criminal justice and penal systems, pursuant to a program of

20   "upstream intervention."  To this end, the County of Sonoma has engaged an expert in jail

21   alternatives to provide a report and advice to assist it in reaching the following proposed

22   goals, among others: (a) lowering jail population; (b) lessening the time arrestees/inmates

23   spend in jail; (c) decreasing recidivism; (d) treating and training offenders to re-enter society;

24   and (e) lessening the time defendants spend in the criminal justice system (i.e., providing

25   swifter justice).

26       16.    Sonoma County Intervenors, and certain additional county agencies, public

27   officers, and judges of the Sonoma County Superior Court, have already invested a

28   substantial amount of time and resources to develop and begin implementing this novel

reform to the Sonoma County criminal justice and penal systems, and intend to invest even more such resources in the future.  Sonoma County Intervenors are informed and believe, and thereon allege, that a prison release order entered against the State of California prisons would likely disrupt and/or derail this critical and important process, due to budgetary or other limitations, restrictions and/or consequences.

**CLAIMS AND DEFENSES**

17.    Pursuant to Title 18 of the United States Code, Section 3626, subsection (a)(3)(F), and Federal Rule of Civil Procedure 24, Sonoma County Intervenors hereby present the following claims and defenses to entry of a prisoner release order against the State of California prisons.

18.    The Sonoma County Intervenors oppose entry of a prisoner release order against the State of California prisons based on two separate and independent defenses: (a) there is no clear and convincing evidence that crowding is the primary cause of the violation of the Federal right at issue in this action; and (b) there is no clear and convincing evidence that no other relief will remedy the violation of the Federal right at issue in this action.

19.    Sonoma County Intervenors further oppose entry of a prisoner release order against the State of California prisons based on the adverse impact such an order would have on the citizens of the County of Sonoma and State of California.  These Intervenors request that this Court consider factors that weigh against entry of a prisoner release order, such as the deleterious effects such an order would have on public safety, health and welfare of the citizens of the County of Sonoma and State of California, as well as the effects on the operation of the local criminal justice and penal systems.

20.    Sonoma County Intervenors further oppose entry of a prisoner release order against the State of California prisons on the ground that such an order would negatively impact the current efforts of Sonoma County Intervenors, and certain additional county agencies, public officers, and judges of the Sonoma County Superior Court, to reform the criminal justice and penal systems in Sonoma County.

21.     Sonoma County Intervenors further oppose the entry of a prisoner release order against the State of California prisons on the ground that such an order would not be in the interests of justice.

## PRAYER FOR RELIEF

WHEREFOR, Sonoma County Intervenors oppose the entry of a prisoner release order under Title 18 of the United States Code, Section 3626(a), and respectfully request that the Three-Judge Court:

A.     Find that the requirements to enter a prisoner release order against the State of California prisons have not been met, per Title 18 of the United States Code, Section 3626;

B.     Find that considerations of equity weigh against entry of a prisoner release order against the State of California prisons, based on the deleterious effects such order would have on public safety, health and welfare at the State and local levels;

C.     Find that the interests of justice do not support entry of a prisoner release order against the State of California prisons;

D.     Decline to enter a prisoner release order against the State of California prisons;

E.     Alternatively, if the Three-Judge Court does decide to enter a prisoner release order against the State of California prisons, ensure that such relief is narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and ensure that it is the least intrusive means necessary to correct the violation of the Federal right, pursuant to Title 18 of the United States Code, Section 3626(a); and

///

///

///

///

///

///

///

Sonoma County Intervenors' Intervention Pleading          Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
89165.1

1        F.      Enter such other and further relief that this Court deems just and proper.

2    Dated: September 14, 2007                STEVEN M. WOODSIDE, County Counsel

3

4                                            By:  /s/ Anne L. Keck
                                                  ANNE L. KECK
5                                                 Deputy County Counsel
                                                  Attorneys for Intervenors THE COUNTY
6                                                 OF SONOMA, SONOMA COUNTY
                                                  SHERIFF/CORONER WILLIAM
7                                                 COGBILL, SONOMA COUNTY
                                                  DISTRICT ATTORNEY STEPHAN
8                                                 PASSALACQUA, and SONOMA
                                                  COUNTY CHIEF PROBATION OFFICER
9                                                 ROBERT OCHS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                        7