STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Intervenors THE
COUNTY OF SONOMA, SONOMA
COUNTY SHERIFF/CORONER
WILLIAM COGBILL, SONOMA
COUNTY DISTRICT ATTORNEY
STEPHAN PASSALACQUA,
and SONOMA COUNTY CHIEF
PROBATION OFFICER ROBERT OCHS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.<br>_____/ | No.   CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants.<br>_____/ | No. C01-1351 TEH<br><br>THREE-JUDGE COURT<br><br>**SONOMA COUNTY INTERVENORS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br>[Northern District Local Civil Rule 3-16] |

1

Certificate of Interested Entities or Persons          Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
89178.1

Pursuant to Northern District Civil Local Rule 3-16, the undersigned counsel for Intervenors the County of Sonoma, the Sonoma County Sheriff/Coroner William Cogbill, the Sonoma County District Attorney Stephan Passalacqua, and the Sonoma County Chief Probation Officer William Ochs certifies that as of this date, other than the named parties, there is no interest to report.

Dated: September 14, 2007     STEVEN M. WOODSIDE, County Counsel

By: /s/ Anne L. Keck
    Anne L. Keck, Deputy County Counsel
    Attorneys for Intervenors
    The County of Sonoma, Sonoma
    County Sheriff/coroner
    William Cogbill, Sonoma
    County District Attorney
    Stephan Passalacqua,
    And Sonoma County Chief
    Probation Officer Robert Ochs