1  STEVEN M. WOODSIDE #58684
   County Counsel
2  ANNE L. KECK #136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Fax: (707) 565-2624

6  Attorneys for Intervenors THE
   COUNTY OF SONOMA, SONOMA
7  COUNTY SHERIFF/CORONER
   WILLIAM COGBILL, SONOMA
8  COUNTY DISTRICT ATTORNEY
   STEPHAN PASSALACQUA,
9  and SONOMA COUNTY CHIEF
   PROBATION OFFICER ROBERT OCHS
10

11              IN THE UNITED STATES DISTRICT COURTS

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13              AND THE NORTHERN DISTRICT OF CALIFORNIA

14       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16

17  RALPH COLEMAN, et al.,                 No.   CIV S-90-0520 LKK JFM P

18       Plaintiffs,                       **THREE-JUDGE COURT**

19  v.

20  ARNOLD SCHWARZENEGGER, et al.,
                                           No. C01-1351 TEH
21       Defendants.
                                   /       **THREE-JUDGE COURT**
22
    MARCIANO PLATA, et al.,
23
         Plaintiffs,
24
    v.                                     **PROPOSED ORDER GRANTING
25                                         SONOMA COUNTY INTERVENORS
    ARNOLD SCHWARZENEGGER, et al.,         LEAVE TO INTERVENE**
26
         Defendants.                       [No Hearing Required]
27                                 /

28

                                        1

Proposed Order Granting Leave to Intervene      Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
89179.1

1   This Court has received the Motion to Intervene submitted by the County of Sonoma, the Sonoma County Sheriff/Coroner William Cogbill, the Sonoma County District Attorney Stephan Passalacqua, and the Sonoma County Chief Probation Officer William Ochs (collectively, the "Sonoma County Intervenors") seeking leave to intervene in this action, as well as their proposed Intervention Pleading. Based on a review of the moving papers, other pleadings and papers in the Court's file, for the reasons stated in this Court's Order Re: Motions to Intervene and Order Referring Discovery Disputes to Magistrate Judge entered herein on August 17, 2007, and with good cause appearing therefor,

  IT IS ORDERED that the Motion to Intervene submitted by the Sonoma County Intervenors is hereby granted. Sonoma County Intervenors are granted leave to file their Intervention Pleading, which is attached to their Motion to Intervene as Exhibit "A," in this action within ten (10) days from entry of this order.

DATED: _____   _____
  Honorable Thelton E. Henderson

DATED: _____   _____
  Honorable Lawrence K. Karlton

DATED: _____   _____
  Honorable Stephen Reinhardt

Proposed Order Granting Leave to Intervene   Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
89179.1