STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Intervenors THE
COUNTY OF SONOMA, SONOMA
COUNTY SHERIFF/CORONER
WILLIAM COGBILL, SONOMA
COUNTY DISTRICT ATTORNEY
STEPHAN PASSALACQUA,
and SONOMA COUNTY CHIEF
PROBATION OFFICER ROBERT OCHS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No.   CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | No. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | **PROOF OF SERVICE BY MAIL AND OVERNIGHT DELIVERY** |
| Defendants. | |

Proof of Service                    -1-                    Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH

1  I am employed in the County of Sonoma, California; I am over the age of 18 years and
2  not a party to the within action; my business address is 575 Administration Dr., Rm. 105A,
3  Santa Rosa, California.  I am readily familiar with my employer's business practice for
4  collection and processing of correspondence for mailing with the United States Postal
5  Service.

6  On September 14, 2007, following ordinary business practice, I served the "NOTICE
7  OF APPEARANCE, NOTICE OF MOTION AND MOTION TO INTERVENE;
8  MEMORANDUM OF POINTS AND AUTHORITIES; CERTIFICATE OF INTERESTED
9  ENTITIES OR PERSONS, PROPOSED ORDER GRANTING LEAVE TO INTERVENE"
10 on the parties in said cause, by placing on that date at my place of business, a true copy
11 thereof, enclosed in a sealed envelope, for collection and mailing with the United States
12 Postal Service where it would be deposited with the United States Postal Service that same
13 day in the ordinary course of business, addressed as follows:

☐ (BY FAX)   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

**x** (BY MAIL)   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE)   I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

**x** (BY OVERNIGHT DELIVERY)   I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served. **[to Judges, see attached]**

**See attached Service List**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 14, 2007, at Santa Rosa, California.

　　　　　　　　　　　　　　　　　　　　　　 /s/ Eileen Shired
　　　　　　　　　　　　　　　　　　　　　　Eileen Shired

Proof of Service　　　　　　　　　-1-　　　　　　　Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH

| | | |
|---|---|---|
| 1 | Jerry F. Stanley<br>C-80900 | David W. Wilson<br>K-66474 |
| 2 | SQSP<br>San Quentin State Prison | CMF - Vacaville<br>P. O. Box 2000 |
| 3 | San Quentin, CA 94974<br>PRO SE | Vacaville, CA 95696<br>PRO SE |
| 4 | | |
| 5 | Patrick Wilson<br>4655 E. Olympic Blvd. | John Hagar<br>Judge's Reading Room |
| 6 | Los Angeles, CA 90022<br>PRO SE | 450 Golden Gate Ave., 18th Floor<br>Law Library |
| 7 | | San Francisco, CA 94102<br>(Assistant to the Receiver) |
| 8 | Robert Sillen<br>California Prison Receivership | California State Personnel Board<br>Office of the Attorney General |
| 9 | 1731 Technology Drive, Suite 700<br>San Jose, CA 95110 | 1515 Clay Street, 20th Floor<br>P. O. Box 70550 |
| 10 | (Receiver) | Oakland, CA 94612-0550 |
| 11 | | |
| 12 | | |
| 13 | Union of American Physicians & Dentists<br>DAVIS, COWELL & BOWE | |
| 14 | 595 Market St., Suite 1400<br>San Francisco, CA 94105 | |
| 15 | | |
| 16 | Via Overnight Delivery | |
| 17 | Honorable Thelton E. Henderson<br>U.S. District Court, Northern District | |
| 18 | San Francisco Branch<br>450 Golden Gate Avenue | |
| 19 | San Francisco, California  94102 | |
| 20 | Honorable Lawrence K. Karlton<br>U.S. District Court, Eastern District | |
| 21 | Robert T. Matsui United States Courthouse<br>501 I Street | |
| 22 | Sacramento, CA 95814 | |
| 23 | Honorable Stephen Reinhardt<br>U.S. District Court, Central District | |
| 24 | 312 North Spring Street, Suite 1747<br>Los Angeles, CA 90012 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Proof of Service                    -1-                    Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH