STEVEN S. KAUFHOLD (SBN 157195)
skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745)
cstegeman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for Republican Senator Intervenors:
Samuel Aanestad, Dick Ackerman, Roy Ashburn, James
F. Battin, Jr., Dennis Cogdill, Dave Cox, Jeff Denham,
Bob Dutton, Bob Hollingsworth, Abel Maldonado, Bob
Margett, George Runner and Mark Wyland

IN THE UNITED STATES DISTRICT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | Case No. S-90-0520-LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　　Plaintiffs,<br>　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants | Case No. C 01-1351 TEH<br>**THREE-JUDGE COURT** |
| SAMUEL AANESTAD, DICK ACKERMAN, ROY ASHBURN, JAMES F. BATTIN, JR., DAVE COGDILL, DAVE COX, JEFF DENHAM, BOB DUTTON, DENNIS HOLLINGSWORTH, ABEL MALDONADO, BOB MARGETT, GEORGE RUNNER AND MARK WYLAN<br>　　Republican Senator Intervenors. | **REPUBLICAN SENATOR INTERVENORS' CERTIFICATION OF INTERESTED PARTIES** |

The undersigned counsel of record for the California Republican State Senator Intervenors certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| PARTY | CONNECTION |
| --- | --- |
| Samuel Aanestad | Intervenor |
| Dick Ackerman | Intervenor |
| Roy Ashburn | Intervenor |
| James F. Battin, Jr. | Intervenor |
| Dave Cogdilll | Intervenor |
| Dave Cox | Intervenor |
| Jeff Denham | Intervenor |
| Bob Dutton | Intervenor |
| Dennis Hollingsworth | Intervenor |
| Abel Maldonado | Intervenor |
| Bob Margett | Intervenor |
| George Runner | Intervenor |
| Mark Wyland | Intervenor |
| Plaintiffs | *Plata v. Schwarzenegger* (N.D.C.A) 01-01351 TEH, *Coleman v. Schwarzenegger* (E.D.C.A.) Case No. 90-0520 LKK-JFM |

1

INTERVENORS' CERTIFICATION OF INTERESTED PARTIES          CASE N0. 90-0520 LKK-JFM AND 01-1351 TEH

| | |
|---|---|
| Defendants | *Plata v. Schwarzenegger* (N.D.C.A) 01-01351 TEH, *Coleman v. Schwarzenegger* (E.D.C.A.) Case No. 90-0520 LKK-JFM |
| Amici | *Plata v. Schwarzenegger* (N.D.C.A) 01-01351 TEH, *Coleman v. Schwarzenegger* (E.D.C.A.) Case No. 90-0520 LKK-JFM |
| Intervenors | *Plata v. Schwarzenegger* (N.D.C.A) 01-01351 TEH, *Coleman v. Schwarzenegger* (E.D.C.A.) Case No. 90-0520 LKK-JFM |

Dated: September 14, 2007                    AKIN GUMP STRAUSS HAUER & FELD LLP

By:　　　/s/Steve Kaufhold
　　　　　Steve S. Kaufhold
　　　　　Chad A. Stegeman
　　Attorneys for Republican Senator Intervenors