Ronald Yank, No. 041200
Gregg McLean Adam, No. 203436
Jennifer S. Stoughton, No. 238309
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:       gadam@cbmlaw.com
             jstoughton@cbmlaw.com

Benjamin C. Sybesma, No. 103380
Christine Albertine, No. 141033
**CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION LEGAL DEPARTMENT**
755 Riverpoint Drive, Suite 200
West Sacramento, California 95605-1634
Telephone:   916.372.6060
Facsimile:   916.372.9805
Email:       ben.sybesma@ccpoa.org
             christine.albertine@ccpoa.org

Attorneys for Proposed Intervenors
California Correctional Peace Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>　　　　Defendants. | No. Civ C 01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S 90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT**<br><br>**PROOF OF SERVICE ON PARTIES NOT REGISTERED TO RECEIVE NOTICE OF ELECTRONIC FILING OF MOTION TO INTERVENE BY CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; INTERVENTION PLEADING**<br><br>*Corrected* |
| RALPH COLEMAN, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, *et al.*,<br><br>　　　　Defendants. | |

**PROOF OF SERVICE BY UPS – NEXT DAY AIR**

    I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104. On September 14, 2007, I served the enclosed:

**MOTION TO INTERVENE BY CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT; INTERVENTION PLEADING**

on the parties in said cause by causing the same to be sent via **United Parcel Service – Next Day Air** on the parties listed below:

In *Plata, et al. v. Schwarzenegger, et al.* U.S.D.C., Northern District, Case No. C01-1351 T.E.H:

California State Personnel Board
Office of the Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-0550

| | |
|---|---|
| John Hagar<br>Special Master<br>U.S. District Court<br>Court Library 18th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | *Special Master*<br><br>Phone:  415.771.1911<br>Fax:      415.552.4067 |
| Robert Sillen<br>Office of the Receiver<br>1731 Technology Drive, Suite 700<br>~~Sacramento, CA 95814~~<br>San Jose, CA 95110-1393 | *Receiver*<br><br>Phone:  408.436.6800 |

Union of American Physicians & Dentists
DAVIS, COWELL & BOWE
595 Market Street, Suite 1400
San Francisco, CA 94105

In *Coleman, et al. v. Schwarzenegger, et al.*, U.S.D.C., Eastern District, Case No. 90-CV-00520-LKK-JFM.

| | |
|---|---|
| Patrick Wilson<br>4655 E. Olympic Blvd.<br>Los Angeles, CA 90022 | *Plaintiff, Pro Se* |

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 14, 2007, at San Francisco, California.

*/s/ Janine Oliker*
Janine Oliker

**PROOF OF SERVICE ON PARTIES NOT REGISTERED TO RECEIVE NOTICE OF ELECTRONIC FILING**