1  ROD PACHECO
   District Attorney, County of Riverside
2  4075 Main Street, First Floor
   Riverside, California  92501
3  Telephone:  (951) 955-6620
   Fax:  (951) 955-0190
4  William C. Hughes
   (CSB # 155992)
5
   Attorneys for Intervenors
6  ROD PACHECO, District Attorney, Riverside
   BONNIE M. DUMANIS, District Attorney, San Diego
7  TONY RACKAUCKAS, District Attorney, Orange
   JAN SCULLY, District Attorney, Sacramento
8  CHRISTIE STANLEY, District Attorney, Santa Barbara
   MICHAEL A. RAMOS, District Attorney, San Bernardino
9  ROBERT J. KOCHLY, District Attorney, Contra Costa
   DAVID W. PAULSON, District Attorney, Solano
10 GREGG COHEN, District Attorney, Tehama
   TODD RIEBE, District Attorney, Amador
11 BRADFORD R. FENOCCHIO, District Attorney, Placer
   JOHN R. POYNER, District Attorney, Colusa
12 MICHAEL RAMSEY, District Attorney, Butte
   GERALD T. SHEA, District Attorney, San Luis Obispo
13 EDWARD R. JAGELS, District Attorney, Kern
   GREGORY TOTTEN, District Attorney, Ventura
14 VERN PIERSON, District Attorney, El Dorado
   CLIFFORD NEWELL, District Attorney, Nevada
15 RONALD L. CALHOUN, District Attorney, Kings
   DONALD SEGERSTROM, District Attorney, Tuolumne
16

17            IN THE UNITED STATES DISTRICT COURTS
       FOR THE EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA
18       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No:  CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| Defendants. | |
| MARCIANO PLATA, et al., | Case No.:  C01-1351 THE |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | NOTICE OF MOTION AND MOTION TO INTERVENE BY ADDITIONAL DISTRICT ATTORNEY INTERVENORS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF WILLIAM C. HUGHES IN SUPPORT THEREOF |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

1         TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Pursuant to Rule 24 of the Federal Rules of Civil Procedure, the Prison Litigation Reform Act, 18 U.S.C., section 3626, *et seq*., and the Three-Judge Court's Order of August 17, 2007, California District Attorneys Gregory Totten of Ventura County, Vern Pierson of El Dorado County, Clifford Newell of Nevada County, Ronald L. Calhoun of Kings County, and Donald Segerstrom of Tuolumne County, move this Three-Judge Court for leave to intervene in the above-captioned matter along with California District Attorneys Rod Pacheco, Bonnie M. Dumanis, Tony Rackauckas, Jan Scully, Christie Stanley, Michael A. Ramos, Robert J. Kochly, David W. Paulson, Gregg Cohen, Todd Riebe, Bradford R. Fenocchio, John R. Poyner, Michael Ramsey, Gerald T. Shea and Edward R. Jagels.

        Pursuant to the Three-Judge Court's August 17, 2007, Order, additional intervenors have until September 14, 2007, to timely seek to intervene in this case. Additionally, the Three-Judge Court determined in that order that elected District Attorneys in California meet the statutory criteria for intervention in this proceeding as a matter of right. *See* 18 U.S.C. § 3626(a)(3)(F); F. R. Civ. Pro. 24(a).

        This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities and Declaration of William C. Hughes attached hereto in support thereof, the documents and records on file with the Court, and any other matter that the Court deems proper.

DATED:   September 14, 2007        ROD PACHECO, DISTRICT ATTORNEY
                                                        COUNTY OF RIVERSIDE

                                                        By:       /s/
                                                              WILLIAM C. HUGHES
                                                              Attorneys for Intervenors

                                                        ROD PACHECO, District Attorney
                                                        County of Riverside

```
 1                                          BONNIE M. DUMANIS, District Attorney,
                                            County of San Diego
 2                                          TONY RACKAUCKAS, District
                                            Attorney, County of Orange
 3                                          JAN SCULLY, District Attorney
                                            County of Sacramento
 4                                          CHRISTIE STANLEY, District Attorney,
                                            County of Santa Barbara
 5                                          MICHAEL A. RAMOS, District Attorney,
                                            County of San Bernardino
 6                                          ROBERT J. KOCHLY, District Attorney,
                                            County of Contra Costa
 7                                          DAVID W. PAULSON, District Attorney,
                                            County of Solano
 8                                          GREGG COHEN, District Attorney,
                                            County of Tehama
 9                                          TODD RIEBE, District Attorney,
                                            County of Amador
10                                          BRADFORD R. FENOCCHIO, District
                                            Attorney, County of Placer
11                                          JOHN R. POYNER, District Attorney,
                                            County of Colusa
12                                          MICHAEL RAMSEY, District Attorney,
                                            County of Butte
13                                          GERALD T. SHEA, District Attorney,
                                            County of San Luis Obispo
14                                          EDWARD R. JAGELS, District Attorney,
                                            County of Kern
15                                          GREGORY TOTTEN, District Attorney,
                                            County of Ventura
16                                          VERN PIERSON, District Attorney
                                            County of El Dorado
17                                          CLIFFORD NEWELL, District Attorney
                                            County of Nevada
18                                          RONALD L. CALHOUN, District Attorney
19                                          County of Kings
                                            DONALD SEGERSTROM, District
20                                          Attorney, County of Tuolumne
21
22
23
24
25
26
27
28
```

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to the August 17, 2007, Order of the Three-Judge Court, Rule 24 of the Federal Rules of Civil Procedure, and the Prison Litigation Reform Act (18 U.S.C. §§ 3626 *et seq.*), California District Attorneys Gregory Totten of Ventura County, Vern Pierson of El Dorado County, Clifford Newell of Nevada County, Ronald L. Calhoun of Kings County, and Donald Segerstrom of Tuolumne County hereby respectfully move this Three-Judge Court to intervene in the above-captioned matter along with California District Attorneys Rod Pacheco, Bonnie M. Dumanis, Tony Rackauckas, Jan Scully, Christie Stanley, Michael A. Ramos, Robert J. Kochly, David W. Paulson, Gregg Cohen, Todd Riebe, Bradford R. Fenocchio, John R. Poyner, Michael Ramsey, Gerald T. Shea and Edward R. Jagels.

## I.  BACKGROUND

Since the formation of the Three-Judge Court in these cases, the Court has granted motions to intervene by a group of California Assembly members, a group of California Sheriffs and law enforcement officials, and a group of District Attorneys of fifteen California counties.

Proposed Intervenor Gregory Totten is the elected District Attorney of Ventura County. District Attorney Totten prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. Like the other fifteen District Attorney intervenors, District Attorney Totten has standing to seek intervention pursuant to 18 U.S.C. section 3626, subdivision (a)(3)(F).

Proposed Intervenor Vern Pierson is the elected District Attorney of El Dorado County. District Attorney Pierson prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. Like the other fifteen District Attorney intervenors, District Attorney Pierson has standing to seek intervention pursuant to 18 U.S.C. section 3626, subdivision (a)(3)(F).

Proposed Intervenor Clifford Newell is the elected District Attorney of Nevada County. District Attorney Newell prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. Like the other fifteen District Attorney intervenors, District Attorney Newell has standing to seek intervention pursuant to 18 U.S.C. section 3626, subdivision (a)(3)(F).

Proposed Intervenor Ronald L. Calhoun is the elected District Attorney of Kings County. District Attorney Calhoun prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. Like the other fifteen District Attorney intervenors, District Attorney Calhoun has standing to seek intervention pursuant to 18 U.S.C. section 3626, subdivision (a)(3)(F).

Proposed Intervenor Donald Segerstrom is the elected District Attorney of Tuolumne County. District Attorney Segerstrom prosecutes persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. Like the other fifteen District Attorney intervenors, District Attorney Segerstrom has standing to seek intervention pursuant to 18 U.S.C. section 3626, subdivision (a)(3)(F).

## II. DISTRICT ATTORNEY INTERVENORS MAY INTERVENE AS OF RIGHT, PURSUANT TO FEDERAL STATUTE

As the Three-Judge Court acknowledged in its August 17, 2007, Order, California District Attorneys meet the statutory criteria for intervention of right in this Three-Judge Court proceeding. *See* 18 U.S.C. § 3626(a)(3)(F); F. R. Civ. Pro. 24(a). Intervention is "absolute and unconditional" for those meeting the statutory criteria. (*See Brotherhood of Railroad Trainmen v. Baltimore & O.R. Co., et. al.,* 331 U.S. 519, 531, 67 S.Ct. 1387, 1393 (1947).)

## III. THE MOTION TO INCLUDE ADDITIONAL DISTRICT ATTORNEY INTERVENORS IS TIMELY

A motion for intervention must be timely made. *See League of United Latin Am. Citizens*

1  *v. Wilson,* 131 F.3d 1297, 1302 (9th Cir. 1997).  This Court announced in its August 17, 2007,

2  Order, that all motions to intervene "shall be filed and served no later that September 14, 2007."

3  **IV.    CONCLUSION**

4

5      For all of these reasons, California District Attorneys Gregory Totten of Ventura County,

6  Vern Pierson of El Dorado County, Clifford Newell of Nevada County, Ronald L. Calhoun of

7  Kings County, and Donald Segerstrom of Tuolumne County respectfully request that this Motion

8  to Intervene be granted.

9

10  DATED:    September 14, 2007

        ROD PACHECO, District Attorney
        County of Riverside

By:  /s/
    WILLIAM C. HUGHES
    Attorneys for Intervenors

ROD PACHECO, District Attorney
County of Riverside
BONNIE M. DUMANIS, District Attorney,
County of San Diego
TONY RACKAUCKAS, District Attorney, County of Orange
JAN SCULLY, District Attorney
County of Sacramento
CHRISTIE STANLEY, District Attorney,
County of Santa Barbara
MICHAEL A. RAMOS, District Attorney,
County of San Bernardino
ROBERT J. KOCHLY, District Attorney,
County of Contra Costa
DAVID W. PAULSON, District Attorney,
County of Solano
GREGG COHEN, District Attorney,
County of Tehama
TODD RIEBE, District Attorney,
County of Amador
BRADFORD R. FENOCCHIO, District Attorney, County of Placer
JOHN R. POYNER, District Attorney,
County of Colusa
MICHAEL RAMSEY, District Attorney,
County of Butte
GERALD T. SHEA, District Attorney,
County of San Luis Obispo

```
 1                                          EDWARD R. JAGELS, District Attorney,
                                            County of Kern
 2                                          GREGORY TOTTEN, District Attorney,
                                            County of Ventura
 3                                          VERN PIERSON, District Attorney,
                                            County of El Dorado
 4                                          CLIFFORD NEWELL, District Attorney,
                                            County of Nevada
 5                                          RONALD L. CALHOUN, District Attorney,
                                            County of Kings
 6                                          DONALD SEGERSTROM, District
                                            Attorney, County of Tuolumne
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                         -4-
                   Motion to Intervene By Additional District Attorney Intervenors
```

### DECLARATION OF WILLIAM C. HUGHES

1. I am a member in good standing of the California State Bar, and a Chief Deputy District Attorney for the County of Riverside, California. I am admitted to practice in all California courts and every Federal District Court within the State of California. I make this declaration in support of the Motion To Intervene by Additional District Attorney Intervenors in this case. I have personal knowledge of the facts set forth herein, and if called upon to do so, could and would testify competently thereto.

2. Since filing the Motion to Intervene on behalf of the fifteen original District Attorneys, my office has been contacted by California District Attorneys Gregory Totten of Ventura County, Vern Pierson of El Dorado County, Clifford Newell of Nevada County, Ronald L. Calhoun of Kings County, and Donald Segerstrom of Tuolumne County, who have authorized me to seek intervention on their behalf as well.

3. I declare under the penalty of perjury and under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: September 14, 2007

                                                _____/s/_____
                                                William C. Hughes
                                                Chief Deputy District Attorney
                                                County of Riverside