| | |
|---|---|
| 1 | ROD PACHECO<br>District Attorney, County of Riverside |
| 2 | 4075 Main Street, First Floor<br>Riverside, California  92501 |
| 3 | Telephone:  (951) 955-6620<br>Fax:  (951) 955-0190 |
| 4 | William C. Hughes<br>(CSB # 155992) |
| 5 | |
| 6 | Attorneys for Intervenors<br>ROD PACHECO, District Attorney, Riverside |
|   | BONNIE M. DUMANIS, District Attorney, San Diego |
| 7 | TONY RACKAUCKAS, District Attorney, Orange |
|   | JAN SCULLY, District Attorney, Sacramento |
| 8 | CHRISTIE STANLEY, District Attorney, Santa Barbara |
|   | MICHAEL A. RAMOS, District Attorney, San Bernardino |
| 9 | ROBERT J. KOCHLY, District Attorney, Contra Costa |
|   | DAVID W. PAULSON, District Attorney, Solano |
| 10 | GREGG COHEN, District Attorney, Tehama |
|   | TODD RIEBE, District Attorney, Amador |
| 11 | BRADFORD R. FENOCCHIO, District Attorney, Placer |
|   | JOHN R. POYNER, District Attorney, Colusa |
| 12 | MICHAEL RAMSEY, District Attorney, Butte |
|   | GERALD T. SHEA, District Attorney, San Luis Obispo |
| 13 | EDWARD R. JAGELS, District Attorney, Kern |
|   | GREGORY TOTTEN, District Attorney, Ventura |
| 14 | VERN PIERSON, District Attorney, El Dorado |
|   | CLIFFORD NEWELL, District Attorney, Nevada |
| 15 | RONALD L. CALHOUN, District Attorney, Kings |
|   | DONALD SEGERSTROM, District Attorney, Tuolumne |

**IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                             Plaintiffs,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                             Defendants. | Case No:  CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>                             Plaintiffs,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                             Defendants. | Case No.:  C01-1351 THE<br><br>**THREE-JUDGE COURT**<br><br>[PROPOSED] ORDER GRANTING MOTION TO INTERVENE BY ADDITIONAL DISTRICT ATTORNEY INTERVENORS |

1  Upon consideration of the submission, pursuant to Rule 24, subdivision (a)(1) of
2  the Federal Rules of Civil Procedure, the Prison Litigation Reform Act, 18 U.S.C. section
3  3626, *et seq.* ("PLRA"), and this Court's August 17, 2007, Order, the Motion to Intervene
4  by California District Attorneys Gregory Totten of Ventura County, Vern Pierson of El
5  Dorado County, Clifford Newell of Nevada County, Ronald L. Calhoun of Kings County,
6  and Donald Segerstrom of Tuolumne County, is GRANTED.

**IT IS SO ORDERED**

Dated: September __, 2007          _____
                                   THELTON E. HENDERSON
                                   UNITED STATES DISTRICT JUDGE
                                   NORTHERN DISTRICT OF CALIFORNIA

Dated: September __, 2007          _____
                                   LAWRENCE K. KARLTON
                                   UNITED STATES DISTRICT JUDGE
                                   EASTERN DISTRICT OF CALIFORNIA

Dated: September __, 2007          _____
                                   STEPHEN REINHARDT
                                   UNITED STATES CIRCUIT COURT JUDGE
                                   NINTH CIRCUIT