## DECLARATION OF SERVICE BY FEDEX
Case Nos. CIV S-90-0520 LKK JFM P & C01-1351 TEH

I, the undersigned, declare:

I am employed in the County of Riverside; I am over the age of 18 years and not a party to the within action. My business address is 4075 Main Street, Riverside, California. That on September 14, 2007, I served a copy of the within, **NOTICE OF MOTION TO INTERVENE BY ADDITIONAL DISTRICT ATTORNEY INTERVENORS AND PROPOSED ORDER,** on the following, by placing a copy of the documents in the **FEDEX** box to the addressed as follows:

| HON. STEPHEN REINHARDT<br>United States Courthouse<br>312 North Spring Street, Suite 1747<br>Los Angeles, CA 90012 | HON. LAWRENCE K. KARLTON<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814 |
|---|---|
| HON. THELTON E. HENDERSON<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |

Each envelope addressed to the above listed, on September 14, 2007, was sealed and deposited in a **FEDEX** mailbox in the City of Riverside, State of California.

I declare the foregoing to be true and correct under penalty of perjury.

Executed on September 14, 2007, at Riverside, California.

_____
DECLARANT