JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Intervenor-Defendants
SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES; SUTTER COUNTY SHERIFF JIM DENNEY; LAKE COUNTY SHERIFF ROD MITCHELL; GLENN COUNTY SHERIFF LARRY JONES; TUOLUMNE COUNTY SHERIFF JIM MELE; FRESNO COUNTY SHERIFF MARGARET MIMS; MONTEREY COUNTY SHERIFF MIKE KANALAKIS; MENDOCINO COUNTY SHERIFF RICHARD SCHOLL; HUMBOLDT COUNTY SHERIFF GARY PHILP; EL DORADO COUNTY SHERIFF JEFF NEVES; MERCED COUNTY SHERIFF MARK PAZIN; DEL NORTE COUNTY SHERIFF DEAN WILSON; SAN JOAQUIN COUNTY SHERIFF STEVE MOORE; AMADOR COUNTY SHERIFF MARTIN RYAN; INYO COUNTY SHERIFF WILLIAM LUTZ; VENTURA COUNTY CHIEF PROBATION OFFICER KAREN STAPLES; SOLANO COUNTY CHIEF PROBATION OFFICER ISABELLE VOIT; SANTA BARBARA COUNTY CHIEF PROBATION OFFICER PATRICIA STEWART; BUTTE COUNTY CHIEF PROBATION OFFICER JOHN WARDELL; SAN LUIS OBISPO CHIEF PROBATION OFFICER KIM BARRETT; CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN; INYO COUNTY CHIEF PROBATION OFFICER JIM MOFFETT; SHASTA COUNTY CHIEF PROBATION OFFICER BRIAN RICHART; YOLO COUNTY CHIEF PROBATION OFFICER DON MEYER; FRESNO COUNTY CHIEF PROBATION OFFICER LINDA PENNER; MARIPOSA COUNTY CHIEF PROBATION OFFICER GAIL NEAL; CITY OF WHITTIER POLICE CHIEF DAVE SINGER; CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES; CITY OF PASADENA POLICE CHIEF BARNEY MELEKIAN; CITY OF ALHAMBRA POLICE CHIEF JIM HUDSON; CITY OF FREMONT POLICE CHIEF CRAIG STECKLER; CITY OF DELANO CHIEF OF CORRECTIONS GEORGE GALAZA

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]<br><br>NOTICE OF MOTION AND MOTION TO INTERVENE BY ADDITIONAL PARTIES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF<br><br>INTERVENTION PLEADING ATTACHED HERETO<br><br>Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 24 of the Federal Rules of Civil Procedure, and the Prison Litigation Reform Act, 18 U.S.C. § 3626, *et seq.*, San Luis Obispo County Sheriff Pat Hedges, Sutter County Sheriff Jim Denney, Lake County Sheriff Rod Mitchell, Glenn County Sheriff Larry Jones, Tuolumne County Sheriff Jim Mele, Fresno County Sheriff Margaret Mims, Monterey County Sheriff Mike Kanalakis, Mendocino County Sheriff Richard Scholl, Humboldt County Sheriff Gary Philp, El Dorado County Sheriff Jeff Neves, Merced County Sheriff Mark Pazin; Del Norte

County Sheriff Dean Wilson, San Joaquin County Sheriff Dean Wilson, San Joaquin County Sheriff Steve Moore, Amador County Sheriff Martin Ryan, Inyo County Sheriff William Lutz; Ventura County Chief Probation Officer Karen Staples, Solano County Chief Probation Officer Isabelle Voit, Santa Barbara County Chief Probation Officer Patricia Stewart, Butte County Chief Probation Officer John Wardell, San Luis Obispo County Chief Probation Officer Kim Barrett, Contra Costa County Chief Probation Officer Lionel Chatman, Inyo County Chief Probation Officer Jim Moffett, Shasta County Chief Probation Officer Brian Richart, Yolo County Chief Probation Officer Don Meyer, Fresno County Chief Probation Officer Linda Penner, Mariposa County Chief Probation Officer Gail Neal; City of Whittier Police Chief Dave Singer, City of Roseville Police Chief Joel Neves, City of Pasadena Police Chief Barney Melekian, City of Alhambra Police Chief Jim Hudson, City of Fremont Police Chief Craig Steckler; and City of Delano Chief of Corrections George Galaza (hereinafter "Sheriff, Probation, Police Chief, and Corrections Intervenors" or "Intervenors") hereby respectfully move this Three-Judge Court for leave to intervene in the above-captioned matter, as defendants, in order to assert the defenses set forth in their proposed Intervention Pleading, attached hereto as Exhibit A, in accordance with Federal Rules of Civil Procedure 24(c). This motion is made on identical grounds as the one granted by the Court on August 17, 2007 made by other Sheriff and Probation Intervenors. Should the Court grant this motion, the Sheriff and Probation Intervenors already joined in the action and the Sheriff, Probation, Police Chief, and Corrections Intervenors would move to consolidate their pleadings so as to avoid requiring the other parties in the action to respond separately to different pleadings and unnecessarily complicating the Court's files. Additionally, concurrently being filed is a motion to intervene by Police Chief Intervenors, on additional grounds, and should that motion be granted by the Court, all the above Intervenors would move to consolidate their pleadings into one single pleading for the convenience of the Court and all parties.

An initial hearing has been set for September 24, 2007, and the Court has set

1 | September 14, 2007 as the date by which additional motions to intervention must be filed.
2 | This motion is timely.
3 | The proposed Intervenors respectfully submit that their motion should be granted,
4 | because the Prison Litigation Reform Act, 18 U.S.C. § 3626(a)(3)(f), makes specific
5 | provision for sheriffs, chief probation officers, police chiefs, and chiefs of corrections
6 | (i.e., those who operate or maintain a "prison" facility, as defined in Section 3626(g)(5),
7 | or maintain custody of persons who may be released from, or not admitted to, a prison as
8 | a result of a prisoner release order) to intervene in a case such as this, where a panel has
9 | been convened to discuss potential issuance of a prisoner release order.
10 | This Motion is based upon this Notice of Motion, the Memorandum of Points and
11 | Authorities attached hereto in support thereof, the proposed Intervention Pleading
12 | attached hereto as Exhibit A, the documents and records on file with the Court, and any
13 | other matter that the Court deems proper.

Respectfully submitted,

DATED:   September 14, 2007            JONES & MAYER

By: _____/s/_____
Ivy M. Tsai
Attorneys for Sheriff, Probation, Police
Chief, and Corrections Intervenor-
Defendants

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Rule 24 of the Federal Rules of Civil Procedure and the Prison Litigation Reform Act (18 U.S.C. §§ 3626 *et seq.*) [hereinafter "PLRA"], San Luis Obispo County Sheriff Pat Hedges, Sutter County Sheriff Jim Denney, Lake County Sheriff Rod Mitchell, Glenn County Sheriff Larry Jones, Tuolumne County Sheriff Jim Mele, Fresno County Sheriff Margaret Mims, Monterey County Sheriff Mike Kanalakis, Mendocino County Sheriff Richard Scholl, Humboldt County Sheriff Gary Philp, El Dorado County Sheriff Jeff Neves, Merced County Sheriff Mark Pazin; Del Norte County Sheriff Dean Wilson, San Joaquin County Sheriff Dean Wilson, San Joaquin County Sheriff Steve Moore, Amador County Sheriff Martin Ryan, Inyo County Sheriff William Lutz; Ventura County Chief Probation Officer Karen Staples, Solano County Chief Probation Officer Isabelle Voit, Santa Barbara County Chief Probation Officer Patricia Stewart, Butte County Chief Probation Officer John Wardell, San Luis Obispo County Chief Probation Officer Kim Barrett, Contra Costa County Chief Probation Officer Lionel Chatman, Inyo County Chief Probation Officer Jim Moffett, Shasta County Chief Probation Officer Brian Richart, Yolo County Chief Probation Officer Don Meyer, Fresno County Chief Probation Officer Linda Penner, Mariposa County Chief Probation Officer Gail Neal; City of Whittier Police Chief Dave Singer, City of Roseville Police Chief Joel Neves, City of Pasadena Police Chief Barney Melekian, City of Alhambra Police Chief Jim Hudson, City of Fremont Police Chief Craig Steckler; and City of Delano Chief of Corrections George Galaza (hereinafter "Sheriff, Probation, Police Chief, and Corrections Intervenors" or "Intervenors") hereby respectfully move this Court for leave to intervene in the above-captioned matter in order to assert the defenses set forth in their proposed Intervention Pleading, attached hereto as Exhibit A.

## I.    BACKGROUND

This matter consists of two class action lawsuits which have been brought pursuant to the Prison Litigation Reform Act (18 U.S.C. §§ 3626 *et seq.*), *Coleman v. Schwarzenegger* (E.D. Cal., S-90-0520-LKK-JFM-P) and *Plata v. Schwarzenegger*,

1  (N.D. Cal., C-01-1351-TEH), and which were ordered consolidated. On July 23, 2007,
2  Judge Thelton Henderson of the United States District Court, Northern District of
3  California, and Judge Lawrence Karlton of the United States District Court, Eastern
4  District of California, issued orders pursuant to the PLRA to convene a three-judge
5  judicial panel to consider issuing prisoner release orders in the above-referenced matters.
6  Intervenors believe that, for convenience and judicial economy, the same panel will
7  preside over both cases, both of which require the evaluation of alleged overcrowding in
8  California's prisons. The Chief Judge of the Ninth Circuit Court of Appeals, Mary
9  Schroeder, subsequently appointed Judge Henderson, Judge Karlton and Ninth Circuit
10 Judge Stephen Reinhardt to the Three-Judge Court panel.

11      Proposed Intervenors San Luis Obispo County Sheriff Pat Hedges, Sutter County
12 Sheriff Jim Denney, Lake County Sheriff Rod Mitchell, Glenn County Sheriff Larry
13 Jones, Tuolumne County Sheriff Jim Mele, Fresno County Sheriff Margaret Mims,
14 Monterey County Sheriff Mike Kanalakis, Mendocino County Sheriff Richard Scholl,
15 Humboldt County Sheriff Gary Philp, El Dorado County Sheriff Jeff Neves, Merced
16 County Sheriff Mark Pazin; Del Norte County Sheriff Dean Wilson, San Joaquin County
17 Sheriff Dean Wilson, San Joaquin County Sheriff Steve Moore, Amador County Sheriff
18 Martin Ryan, and Inyo County Sheriff William Lutz are the elected Sheriffs of their
19 respective counties. The Sheriff Intervenors operate and/or maintain a "prison" within
20 the meaning of 18 U.S.C. § 3626(a)(3)(F) (hereinafter "Prison"), and/or have custody of
21 persons who may be released from, or not admitted to, a prison as a result of a prisoner
22 release order. The Sheriff Intervenors named above have standing to seek intervention
23 pursuant to 18 U.S.C. § 3626 (a)(3)(F).

24      Proposed Intervenors Ventura County Chief Probation Officer Karen Staples,
25 Solano County Chief Probation Officer Isabelle Voit, Santa Barbara County Chief
26 Probation Officer Patricia Stewart, Butte County Chief Probation Officer John Wardell,
27 San Luis Obispo County Chief Probation Officer Kim Barrett, Contra Costa County
28 Chief Probation Officer Lionel Chatman, Inyo County Chief Probation Officer Jim

1  Moffett, Shasta County Chief Probation Officer Brian Richart, Yolo County Chief
2  Probation Officer Don Meyer, Fresno County Chief Probation Officer Linda Penner, and
3  Mariposa County Chief Probation Officer Gail Neal are the appointed Chief Probation
4  Officers for their respective Counties. They operate and/or maintain a Prison. Chief
5  Probation Officers have standing to seek intervention pursuant to 18 U.S.C. § 3626
6  (a)(3)(F).

7  Proposed Intervenors City of Whittier Police Chief Dave Singer, City of Roseville
8  Police Chief Joel Neves, City of Pasadena Police Chief Barney Melekian, City of
9  Alhambra Police Chief Jim Hudson, City of Fremont Police Chief Craig Steckler also
10 operate Prisons and have standing to seek intervention pursuant to 18 U.S.C. § 3626
11 (a)(3)(F).

12 Proposed Intervenor City of Delano Chief of Corrections George Galaza operates
13 the City of Delano Corrections Facility, which is a Prison. Therefore, he has standing to
14 seek intervention pursuant to 18 U.S.C. § 3626 (a)(3)(F).

15 **II.   THE SHERIFF, PROBATION, POLICE CHIEF, AND CORRECTIONS**
16 **INTERVENORS MAY INTERVENE AS OF RIGHT, PURSUANT TO**
17 **FEDERAL STATUTE**

18 Federal Rule of Civil Procedure 24 governs intervention in the federal courts.
19 Specifically, Rule 24(a) provides: "Intervention of Right. Upon timely application
20 anyone shall be permitted to intervene in an action: (1) when a statute of the United
21 States confers an unconditional right to intervene...."

22 Should a party meet the criteria established by Rule 24(a)(1), intervention is
23 "absolute and unconditional." (*See Brotherhood of Railroad Trainmen v. Baltimore &*
24 *O.R. Co., et. al.,* 331 U.S. 519, 531, 67 S.Ct. 1387, 1393 (1947).) Rule 24(a)(1)
25 "statutory intervenors" need not show inadequacy of representation or that their interests
26 may be impaired if not allowed to intervene. (*Cf.* Fed.R.Civ.P. 24(a)(2) [absent statutory
27 grant, intervention as of right requires showing of timeliness, interest in the subject
28 matter of the transaction, threat that interest may be impaired if not permitted to

intervene, and inadequacy of representation by existing parties].) Under Rule 24(a)(1), "[o]nce it is clear that [the statute applies], there is no room for the operation of a court's discretion." (*See Brotherhood of Railroad Trainmen, supra*, 331 U.S. at 531, 67 S.Ct. at 1393.)

Here, the Sheriff, Probation, Police Chief, and Corrections Intervenors submit that the PLRA confers an unconditional right for them to intervene in this case, as the PLRA expressly provides for standing for certain officials and units of government. Specifically, 18 U.S.C. § 3626(a)(3)(F) provides:

> Any State or local official including a legislator or unit of government whose jurisdiction or function includes the appropriation of funds for the construction, operation, or maintenance of prison facilities, or the prosecution or custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order shall have standing to oppose the imposition or continuation in effect of such relief and to seek termination of such relief, and shall have the right to intervene in any proceeding relating to such relief.

18 U.S.C. § 3626(g)(5) defines "prison" as any "Federal, State, or local facility that incarcerates or detains juveniles or adults accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law." Therefore, for example, a County Jail, Juvenile Hall, or court lockup facility is a "prison" within the meaning of the PLRA.

Here, the responsibilities and duties of the Sheriff, Probation, Police Chief, and Corrections Intervenors includes the operation and/or maintenance of facilities that are "prisons" within the meaning of 18 U.S.C. § 3626(g)(5). Their responsibilities and duties also include maintaining custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order. As such, the Intervenors have standing to intervene pursuant to Section 3626(a)(3)(f).

Judge Henderson's and Judge Karlton's July 23, 2007 Orders make it clear that the Three-Judge Court will specifically address whether to issue "prisoner release orders" as

that term is defined by the PLRA. Accordingly, this is exactly the situation for which the PLRA creates an unconditional right for the Intervenors to participate in this action.

### III. THE MOTION TO INTERVENE BY THE SHERIFF, PROBATION, POLICE CHIEF, AND CORRECTIONS INTERVENORS IS TIMELY

The final requirement for intervention under Rule 24(a) is that such application be timely made. *See League of United Latin Am. Citizens v. Wilson,* 131 F.3d 1297, 1302 (9th Cir. 1997).

On August 17, 2007, the Court issued an order allowing motions to intervene to be filed and served no later than September 14, 2007. This motion meets this deadline.

### IV. CONCLUSION

For all of these reasons, the Sheriff, Probation, Police Chief, and Corrections Intervenors respectfully request that this Motion to Intervene be granted.

Respectfully submitted,

DATED: September 14, 2007                    JONES & MAYER


By: _____/s/_____
Ivy M. Tsai
Attorneys for Sheriff, Probation, Police Chief, and Corrections Intervenor-Defendants

| | |
|---|---|
| 1 | JONES & MAYER<br>Martin J. Mayer (SB # 73890) |
| 2 | Michael R. Capizzi (SB # 35864)<br>Kimberly Hall Barlow (SB # 149902) |
| 3 | Ivy M. Tsai (SB # 223168)<br>3777 North Harbor Boulevard |
| 4 | Fullerton, California 92835<br>(714) 446-1400; Fax (714) 446-1448 |
| 5 | e-mail: mjm@jones-mayer.com<br>e-mail: mrc@jones-mayer.com |
| 6 | e-mail: khb@jones-mayer.com<br>e-mail: imt@jones-mayer.com |
| 7 | |
| 8 | Attorneys for Intervenor-Defendants<br>SAN LUIS OBISPO COUNTY SHERIFF PAT |
| 9 | HEDGES; SUTTER COUNTY SHERIFF<br>JIM DENNEY; LAKECOUNTY SHERIFF |
| 10 | ROD MITCHELL; GLENN COUNTY SHERIFF<br>LARRY JONES; TUOLUMNE COUNTY SHERIFF |
| 11 | JIM MELE; FRESNO COUNTY SHERIFF MARGARET<br>MIMS; MONTEREY COUNTY SHERIFF MIKE |
| 12 | KANALAKIS; MENDOCINO COUNTY SHERIFF<br>RICHARD SCHOLL; HUMBOLDT COUNTY SHERIFF |
| 13 | GARY PHILP; EL DORADO COUNTY SHERIFF JEFF<br>NEVES; MERCED COUNTY SHERIFF MARK PAZIN; |
| 14 | DEL NORTE COUNTY SHERIFF DEAN WILSON;<br>SAN JOAQUIN COUNTY SHERIFF STEVE MOORE; |
| 15 | AMADOR COUNTY SHERIFF MARTIN RYAN; INYO<br>COUNTY SHERIFF WILLIAM LUTZ; VENTURA |
| 16 | COUNTY CHIEF PROBATION OFFICER<br>KAREN STAPLES; SOLANO COUNTY CHIEF |
| 17 | PROBATION OFFICER ISABELLE VOIT;<br>SANTA BARBARA COUNTY CHIEF PROBATION |
| 18 | OFFICER PATRICIA STEWART; BUTTE<br>COUNTY CHIEF PROBATION OFFICER JOHN |
| 19 | WARDELL; SAN LUIS OBISPO CHIEF PROBATION<br>OFFICER KIM BARRETT; CONTRA COSTA |
| 20 | COUNTY CHIEF PROBATION OFFICER<br>LIONEL CHATMAN; INYO COUNTY CHIEF |
| 21 | PROBATION OFFICER JIM MOFFETT;<br>SHASTA COUNTY CHIEF PROBATION |
| 22 | OFFICER BRIAN RICHART; YOLO COUNTY<br>CHIEF PROBATION OFFICER DON MEYER; |
| 23 | FRESNO COUNTY CHIEF PROBATION OFFICER<br>LINDA PENNER; MARIPOSA COUNTY CHIEF |
| 24 | PROBATION OFFICER GAIL NEAL; CITY OF<br>WHITTIER POLICE CHIEF DAVE SINGER; |
| 25 | CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES;<br>CITY OF PASADENA POLICE CHIEF BARNEY |
| 26 | MELEKIAN; CITY OF ALHAMBRA POLICE<br>CHIEF JIM HUDSON; CITY OF FREMONT |
| 27 | POLICE CHIEF CRAIG STECKLER; CITY OF<br>DELANO CHIEF OF CORRECTIONS GEORGE |
| 28 | GALAZA |

-1-

Intervention Pleading by Sheriff, Probation, Police Chief, and Corrections Intervenors

EXHIBIT A

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No: CIV S-90-0520 LKK JFM P <br><br> **THREE-JUDGE COURT** <br><br> [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] <br> **INTERVENTION PLEADING** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No.: C01-1351 TEH <br><br> **THREE-JUDGE COURT** |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

For their Intervention Pleading, Sheriff, Probation, Police Chief, and Corrections Intervenors San Luis Obispo County Sheriff Pat Hedges, Sutter County Sheriff Jim Denney, Lake County Sheriff Rod Mitchell, Glenn County Sheriff Larry Jones, Tuolumne County Sheriff Jim Mele, Fresno County Sheriff Margaret Mims, Monterey County Sheriff Mike Kanalakis, Mendocino County Sheriff Richard Scholl, Humboldt County Sheriff Gary Philp, El Dorado County Sheriff Jeff Neves, Merced County Sheriff Mark Pazin; Del Norte County Sheriff Dean Wilson, San Joaquin County Sheriff Dean Wilson, San Joaquin County Sheriff Steve Moore, Amador County Sheriff Martin Ryan,

Inyo County Sheriff William Lutz; Ventura County Chief Probation Officer Karen Staples, Solano County Chief Probation Officer Isabelle Voit, Santa Barbara County Chief Probation Officer Patricia Stewart, Butte County Chief Probation Officer John Wardell, San Luis Obispo County Chief Probation Officer Kim Barrett, Contra Costa County Chief Probation Officer Lionel Chatman, Inyo County Chief Probation Officer Jim Moffett, Shasta County Chief Probation Officer Brian Richart, Yolo County Chief Probation Officer Don Meyer, Fresno County Chief Probation Officer Linda Penner, Mariposa County Chief Probation Officer Gail Neal; City of Whittier Police Chief Dave Singer, City of Roseville Police Chief Joel Neves, City of Pasadena Police Chief Barney Melekian, City of Alhambra Police Chief Jim Hudson, City of Fremont Police Chief Craig Steckler; and City of Delano Chief of Corrections George Galaza (hereinafter "Sheriff, Probation, Police Chief, and Corrections Intervenors" or "Intervenors") hereby allege as follows:

**SHERIFF, PROBATION, POLICE CHIEF, CORRECTIONS INTERVENORS**

1. Intervenors San Luis Obispo County Sheriff Pat Hedges, Sutter County Sheriff Jim Denney, Lake County Sheriff Rod Mitchell, Glenn County Sheriff Larry Jones, Tuolumne County Sheriff Jim Mele, Fresno County Sheriff Margaret Mims, Monterey County Sheriff Mike Kanalakis, Mendocino County Sheriff Richard Scholl, Humboldt County Sheriff Gary Philp, El Dorado County Sheriff Jeff Neves, Merced County Sheriff Mark Pazin; Del Norte County Sheriff Dean Wilson, San Joaquin County Sheriff Dean Wilson, San Joaquin County Sheriff Steve Moore, Amador County Sheriff Martin Ryan, and Inyo County Sheriff William Lutz are duly-elected Sheriffs or Sheriff-Coroners of their respective counties, as listed above. Collectively, they serve millions of California residents. The duties and/or functions of these Intervenors includes the maintenance and/or operation of facilities that constitute a "prison" within the meaning of 18 U.S.C. § 3626(a)(3)(F) (as defined in Section 3626(g)(5)), and where they maintain custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order.

2. Intervenors Ventura County Chief Probation Officer Karen Staples, Solano County Chief Probation Officer Isabelle Voit, Santa Barbara County Chief Probation Officer Patricia Stewart, Butte County Chief Probation Officer John Wardell, San Luis Obispo County Chief Probation Officer Kim Barrett, Contra Costa County Chief Probation Officer Lionel Chatman, Inyo County Chief Probation Officer Jim Moffett, Shasta County Chief Probation Officer Brian Richart, Yolo County Chief Probation Officer Don Meyer, Fresno County Chief Probation Officer Linda Penner, and Mariposa County Chief Probation Officer Gail Neal are the Chief Probation Officers for their respective counties. Their functions include operating and/or maintaining facilities that constitute a "prison" within the meaning of 18 U.S.C. § 3626(a)(3)(F) (as defined in Section 3626(g)(5)).

3. Intervenors City of Whittier Police Chief Dave Singer, City of Roseville Police Chief Joel Neves, City of Pasadena Police Chief Barney Melekian, City of Alhambra Police Chief Jim Hudson, City of Fremont Police Chief Craig Steckler are the Chiefs of Police of their respective cities. The duties and/or functions of these Intervenors includes the advancement of public safety in their cities and the maintenance and/or operation of facilities that constitute a "prison" within the meaning of 18 U.S.C. § 3626(a)(3)(F) (as defined in Section 3626(g)(5)), and where they maintain custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order.

4. Intervenor City of Delano Chief of Corrections George Galaza includes the maintenance of the Delano Corrections Facility, which constitutes a "prison" within the meaning of 18 U.S.C. § 3626(a)(3)(F) (as defined in Section 3626(g)(5)), and where they maintain custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order.

5. The Prison Litigation Reform Act, 18 U.S.C. §§ 3626, *et seq.*, specifically Section 3626(a)(3)(F), provides: "Any State or local official including a legislator or unit of the government whose jurisdiction or function includes the appropriation of funds for

the construction, operation or maintenance of prison facilities, or the prosecution or custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order shall have standing to oppose the imposition or continuation in effect of such relief and to seek termination of such relief, and shall have the right to intervene in any proceeding relating to such relief."

6. 18 U.S.C. § 3626(g)(5) defines "prison" as "any Federal, State, or local facility that incarcerates or detains juveniles or adults accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law." Therefore, a County Jail, juvenile detention facility, or a courthouse lockup facility is a "prison" within the meaning of the PLRA.

7. The jurisdiction and function of the Sheriff, Probation, Police Chief, and Corrections Intervenors includes maintenance and/or operation of a "prison" facility/facilities, as defined in Section 3626(g)(5), and/or custody of, persons who may be released from, or not admitted to, a prison as a result of a prisoner release order.

## JURISDICTION AND VENUE

8. The Sheriff, Probation, Police Chief, and Corrections Intervenors' defenses in this Intervention Pleading arise out of the same transaction or occurrence that is the subject matter of the claims at issue in this action and, specifically, out of the Prison Litigation Reform Act, 18 U.S.C. §§ 3626 *et seq.* This Court has jurisdiction over the claims in this action as well as the Intervenors' defenses pursuant to 28 U.S.C. §§ 1331.

9. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391.

## GENERAL ALLEGATIONS

10. On July 23, 2007, the Honorable Thelton Henderson of the United States District Court for the Northern District of California, and the Honorable Lawrence Karlton of the United States District Court for the Eastern District of California, issued orders pursuant to the Prison Litigation Reform Act, specifically 18 U.S.C. §§ 3626(a)(3)(A), to convene a three-judge judicial panel to consider issuing prisoner release orders in *Marciano Plata, et al. v. Arnold Schwarzenegger, et. al.*, Case No. C01-1351

-5-

TEH (N.D.C.A.), and *Ralph Coleman, et al. v. Arnold Schwarzenegger, et. al.*, Case No. S-90-0520 LKK JFM (E.D.C.A.), respectively. For convenience and judicial economy, the same panel will preside over both cases, both of which require the evaluation of overcrowding in California's prisons. The *Plata* Court specifically held that "Accordingly, and because this Court finds that the conditions specified in 18 U.S.C. § 3626(a)(3)(A) have been satisfied, IT IS HEREBY ORDERED that Plaintiffs' motion to convene a three-judge court to consider a prisoner release order is GRANTED." The *Coleman* court held: that "In accordance with the above, IT IS HEREBY ORDERED that plaintiffs' November 13, 2006 motion to convene a three-judge panel to limit the prison population is granted pursuant to 18 U.S.C. § 3626(a)(3)(A)."

11. In its July 23, 2007 Order, the *Plata* Court specifically acknowledged the enactment of AB 900. It stated that ". . . a prisoner release order would, indeed, be a radical step, particularly given the size of California's prison system."

12. The Sheriff, Probation, Police Chief, and Corrections Intervenors agree that the imposition of a prisoner release order would be a radical step, and seek to intervene in this action to oppose the imposition of any such order at this time.

13. Federal Rule of Civil Procedure 24(c) requires that an intervening party, such as the Sheriff, Probation, Police Chief, and Corrections Intervenors herein, provide a "pleading setting forth the claim or defense for which intervention is sought." Accordingly, the Sheriff, Probation, Police Chief, and Corrections Intervenors plead the following defenses pursuant to the Prison Litigation Reform Act, 18 U.S.C. § 3626, *et seq.*

## DEFENSES
### (Prison Litigation Reform Act)

14. These defenses arise under the Prison Litigation Reform Act, particularly 18 U.S.C. § 3626, *et seq.* Specifically, prison release orders are only permitted under very limited circumstances where it is demonstrated – by clear and convincing evidence –

that (i) crowding is the primary cause of the violation of a Federal right; and (ii) no other relief will remedy the violation of the Federal right.

15. No showing has been made in this action sufficient to justify the imposition of a prisoner release order under the Prison Litigation Reform Act. On the contrary, a prisoner release order poses significant risk to public safety in California.

16. Moreover, the Sheriff, Probation, Police Chief, and Corrections Intervenors reserve their right to make an affirmative showing that other relief, short of a prisoner release order, exists which could remedy the current conditions specified by the Court.

## PRAYER FOR RELIEF

**WHEREFORE**, the Sheriff, Probation, Police Chief, and Corrections Intervenors respectfully request that the Three-Judge Court:

A. Enter no prisoner release order until AB 900 has been fully implemented and its efficacy can be fully and fairly assessed;

B. Enter no prisoner release order absent a sufficient evidentiary showing under the Prison Litigation Reform Act that such order is narrowly drawn, extends no further than necessary to correct a violation of a Federal right and is the least intrusive means necessary to correct any such violation;

C. Enter no prisoner release order absent a showing – by clear and convincing evidence – that (i) crowding is the primary cause of the violation of a Federal right; and (ii) no other relief will remedy the violation of the Federal right;

///
///
///
///
///
///
///
///

     D.    Enter no prisoner release order at this time in light of the adverse impact such order would have on public safety in California; and

     E.    Grant such further relief as the Court deems just and proper.

Respectfully submitted,

DATED: September 14, 2007          JONES & MAYER

By: _____/s/_____
Ivy M. Tsai
Attorneys for Sheriff, Probation, Police Chief, and Corrections Intervenor-Defendants