MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Carol L. Woodward, Deputy (SBN 084197)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4746
Facsimile: (650) 363-4034
E-mail: cwoodward@co.sanmateo.ca.us

Attorneys for Intervenor
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHER DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>Defendants. | Case No. CIV S-90-0520 LKK JFM P<br><br>THREE-JUDGE COURT |
| MARCIANO PLATA, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>Defendants. | Case No. C01-1351 THE<br><br>THREE-JUDGE COURT<br><br>**NOTICE OF APPEARANCE** |

I, Carol L. Woodward, hereby respectfully request that I be recognized by the court as counsel of record for Proposed Intervenor, County of San Mateo, and receive electronic filing notifications in the above-captioned case.

Case No. CIV S-90-0520 LKK JFM P
Case No. C01-1351 THE

NOTICE OF APPEARANCE

| | |
|---|---|
| Dated: September 14, 2007 | MICHAEL P. MURPHY, COUNTY COUNSEL |
| | By: _____/s/_____ |
| | Carol L. Woodward, Deputy |
| | Attorneys for Intervenor |
| | COUNTY OF SAN MATEO |

Case No. CIV S-90-0520 LKK JFM P
Case No. C01-1351 THE                                2
NOTICE OF APPEARANCE