Steven S. Kaufhold (SBN 157195)
skaufhold@akingump.com
Chad A. Stegeman (SBN 225745)
cstegeman@akingump.com
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:   415-765-9500
Facsimile:   415-765-9501

Attorneys for Republican Senator Intervenors:
Samuel Aanestad, Dick Ackerman, Roy Ashburn, James F. Battin, Jr., Dennis Cogdill, Dave Cox, Jeff Denham, Bob Dutton, Bob Hollingsworth, Abel Maldonado, Bob Margett, George Runner and Mark Wyland

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | Case No. CIV S-90-0520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | Case No. C 01-cv-1351 TEH<br>**THREE-JUDGE COURT** |
| SAMUEL AANESTAD, DICK ACKERMAN, ROY ASHBURN, JAMES F. BATTIN, JR., DAVE COGDILL, DAVE COX, JEFF DENHAM, BOB DUTTON, DENNIS HOLLINGSWORTH, ABEL MALDONADO, BOB MARGETT, GEORGE RUNNER AND MARK WYLAND<br><br>　　　Republican Senator Intervenors. | **SUPPLEMENTAL PROOF OF SERVICE** |

SUPPLEMENTAL PROOF OF SERVICE　　　　　CASE NO. CIV S-90-0520 LKK JFM P, C 01-1351 TEH

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500. On September 14, 2007, I caused the foregoing document(s) described as:

NOTICE OF MOTION AND MOTION TO INTERVENE; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION OF CHAD A. STEGEMAN

INTERVENORS' CERTIFICATION OF INTERESTED PARTIES

PROOF OF SERVICE

on the interested party(ies) below, using the following means:

Anne L. Keck
Office of Sonoma County Counsel
575 Administration Drive, Suite 105a
Santa Rosa, CA 95403

I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 17, 2007at San Francisco, California.

| Laura Rojas | s/Laura Rojas |
|---|---|
| [Print Name of Person Executing Proof] | [Signature] |

6140781v1

SUPPLEMENTAL PROOF OF SERVICE    1    CASE NO. CIV S-90-0520 LKK JFM P, C 01-1351 TEH

# ATTACHED SERVICE LIST

| | |
|---|---|
| California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street, 20th floor<br>P. O. Box 70550<br>Oakland, CA  94612-0550 | Union of American Physicians & Dentists<br>DAVIS, COWELL & BOWE<br>595 Market St., Suite 1400<br>San Francisco, CA  94105 |
| Robert Sillen<br>California Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA  95110 | Anne L. Keck<br>Office of Sonoma County Counsel<br>575 Administration Drive, Suite 105a<br>Santa Rosa, CA  95403 |