1  SILVANO B. MARCHESI (S.B. #42965)
   KIMBERLY JOHNSON (S.B. #201802)
2  LINDA WILCOX (S.B. #184296)
   OFFICE OF THE COUNTY COUNSEL
3  651 Pine Street, 9th Floor
   Martinez, California 94553
4  Telephone:  (925) 335-1800
   Facsimile:   (925) 646-1078
5
   Attorneys for Intervenor
6  COUNTY OF CONTRA COSTA

7

8                UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10              AND THE NORTHERN DISTRICT OF CALIFORNIA

11       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| RALPH COLEMAN, et al., | No. CIV S-90-0520 LKK JFM P |
|---|---|
| Plaintiffs, | <u>THREE-JUDGE COURT</u> |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | No. C01-1351 THE |
| Plaintiffs, | <u>THREE-JUDGE COURT</u> |
| v. | **NOTICE OF APPEARANCE** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

26    I, Linda Wilcox, hereby respectfully request that I be recognized by the court as counsel

27 of record for Proposed Intervenor, County of Contra Costa, and receive electronic filing

28 ///

Notice of Appearance                - 1 -            CIV S-90-0520 LKK JFM P; C01-1351 THE

1  notifications in the above-captioned case.

2  Dated: September 17, 2007             Respectfully Submitted,

3                                         SILVANO B. MARCHESI
                                          County Counsel
4

5

6                                         By:   /s/ Linda Wilcox
                                                LINDA WILCOX
7                                               Deputy County Counsel

8
                                          Attorneys for Intervenor
9                                         COUNTY OF CONTRA COSTA

10

11

12

13

14

15

16

17

18

19

20

21  H:\Litigation\Schwarzenegger\NoticeAppearance.ED.9.17.07.wpd

22

23

24

25

26

27

28