1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Carol L. Woodward, Deputy (SBN 084197)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA  94063
   Telephone: (650) 363-4746
4  Facsimile:  (650) 363-4034
   E-mail: cwoodward@co.sanmateo.ca.us
5
   Attorneys for Intervenors
6  COUNTY OF SAN MATEO

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10               AND THE NORTHERN DISTRICT OF CALIFORNIA

11           UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12              PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13
   | RALPH COLEMAN, et al. | Case No. CIV S-90-0520 LKK JFM P |
14 |                       |                                  |
   | Plaintiffs,           | THREE-JUDGE COURT                |
15 |                       |                                  |
   | vs.                   |                                  |
16 |                       |                                  |
   | ARNOLD SCHWARZENEGGER, et al. | |
17 |                       |                                  |
   | Defendants.           |                                  |
18

19 | MARCIANO PLATA, et al. | Case No. C01-1351 THE |
   |                        |                       |
20 | Plaintiffs,            | THREE-JUDGE COURT     |
   |                        |                       |
21 | vs.                    |                       |
   |                        | **PROOF OF SERVICE**  |
22 | ARNOLD SCHWARZENEGGER, et al. | |
   |                        |                       |
23 | Defendants.            |                       |

24

25

26

27

28

Case No. CIV S-90-0520 LKK JFM P
Case No. C 01-1351 TEH

PROOF OF SERVICE

**PROOF OF SERVICE**

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On September 17, 2007, I served the following document(s):

**NOTICE OF APPEARANCE**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[ ] (BY OVERNIGHT DELIVERY) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

[ ] (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail address shown below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] (BY FACSIMILE TRANSMISSION) by telefaxing a true copy of said document(s) at ____, __m. on the date stated above to the addressee(s) and number(s) shown below. A transmission report was properly issued by the transmitting facsimile machine and is attached hereto. The transmission was reported as completed and without error.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

/s/
ANNABELLE GAISER

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Please see attached service list.

Case No. CIV S-90-0520 LKK JFM P
Case No. C 01-1351 TEH

**PROOF OF SERVICE**

1

**SERVICE LIST**

2

3  California State Personnel Board           John Hager
   Office of the Attorney General             Judge's Reading Room
   1515 Clay Street, 20th Floor               450 Golden Gate Avenue
4  P. O. Box 70550                            18th Floor, Law Library
   Oakland, CA  94612-0550                    San Francisco, CA  94102

5
   Robert Sillen                              Union of American Physicians & Dentists
6  California Prison Receivership             DAVIS, COWELL & BOWE
   1731 Technology Drive, Suite 700           595 Market St., Suite 1400
7  San Jose, CA  95110                        San Francisco, CA  94105

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. CIV S-90-0520 LKK JFM P
Case No. C 01-1351 TEH

**PROOF OF SERVICE**