1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Intervenor
   COUNTY OF SANTA CLARA
6
   STEPHEN SHANE STARK, County Counsel (S.B. # 63779)
7  STEPHEN D. UNDERWOOD, Chief Assistant County Counsel (S.B. # 063057)
   KELLY DUNCAN SCOTT, Deputy County Counsel (S.B. #216181)
8  OFFICE OF THE COUNTY COUNSEL
   105 East Anapamu Street, Room 201
9  Santa Barbara, California 93101
   Telephone: (805) 568-2950
10 Facsimile: (805) 681-4322

11 Attorneys for Intervenor
   COUNTY OF SANTA BARBARA
12
   MICHAEL P. MURPHY, County Counsel (S.B. # 83887)
13 DEBORAH PENNY BENNETT, Chief Deputy County Counsel (S.B. # 72282)
   CAROL L. WOODWARD, Deputy County Counsel (S.B. # 84197)
14 OFFICE OF THE COUNTY COUNSEL
   Hall of Justice and Records
15 400 County Center, 6th Floor
   Redwood City, California 94063
16 Telephone: (650) 363-4746
   Facsimile: (650) 363-4034
17
   Attorneys for Intervenor
18 COUNTY OF SAN MATEO

19 DENNIS BUNTING, County Counsel (S.B. #55499)
   AZNIV DARBINIAN, Assistant County Counsel (S.B. #197787)
20 STEVEN M. INGRAM, Deputy County Counsel (S.B. #197509)
   OFFICE OF THE COUNTY COUNSEL
21 675 Texas Street, Suite 6600
   Fairfield, California 94533
22 Telephone: (707) 784-6140
   Facsimile: (707) 784-6862
23
   Attorneys for Intervenor
24 COUNTY OF SOLANO

25 //

26 //

27 //

28 //

SILVANO B. MARCHESI, County Counsel (S.B. # 42965)
KIMBERLY JOHNSON, Deputy County Counsel (S.B. # 201802)
LINDA WILCOX, Deputy County Counsel (S.B. #184296)
OFFICE OF THE COUNTY COUNSEL
651 Pine Street, Ninth Floor
Martinez, California 94553-1288
Telephone: (925) 335-1800
Facsimile: (925) 646-1078

Attorneys for Intervenor
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. CIV S-90-0520 LKK JFM P <br><br> <u>THREE-JUDGE COURT</u> |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C01-1351 TEH <br><br> <u>THREE-JUDGE COURT</u> <br><br> **PROOF OF SERVICE** |

Please see attached Proof of Service.

\\Ccoprolaw\ProLawDocs\DOC - Litigation\240L-08001\95366.wpd

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

**PROOF OF SERVICE BY MAIL**

*Coleman, et al. v. Schwarzenegger, et al.*    No. CIV S-90-0520 LKK-JFM P

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as:

**NOTICE OF APPEARANCE**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

■ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

■ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

**See attached Service List**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on September 14, 2007, at San Jose, California.

/S/
Anna Marie B. Espiritu

POS_Eastern.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

# SERVICE LIST

| | |
|---|---|
| Molly Arnold, Chief Counsel<br>Department of Finance<br>State Capitol, Room 1145<br>Sacramento, CA 95814 | Matthew Cate, Inspector General<br>Office of the Inspector General<br>P.O. Box 348780<br>Sacramento, CA 95834-8780 |
| Michael W. Bien. Esq.<br>Rosen, Bien & Galvan LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104 | Claudia Center<br>The Legal Aid Society<br>Employment Law Center<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107 |
| Robin Dezember, Director (A)<br>Division of Correctional Health Care Services<br>CDCR<br>P.O. Box 942883<br>Sacramento, CA 94283-0001 | Richard J. Chivaro<br>John Chen<br>State Controller<br>300 Capitol Mall, Suite 518<br>Sacramento, CA 95814 |
| Martin H. Dodd, Esq.<br>Futterman & Dupree LLP<br>160 Sansome, 17th Floor<br>San Francisco, CA 94104 | Rochelle C. East<br>Attorney General's Office for the State of CA<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102 |
| Stuart Drown, Executive Director<br>Little Hoover Commission<br>925 L Street. Suite 805<br>Sacramento, CA 95814 | Steven Fama, Esq.<br>Prison Law Office<br>1 Main Street<br>San Quentin, CA 94964 |
| Warren E. George, Esq.<br>Bingham McCutchen - San Francisco<br>Three Embarcadero Center<br>San Francisco, CA 94111-4066 | Alison Hardy, Esq.<br>Prison Law Office<br>General Delivery<br>San Quentin, CA 94964 |
| Laurie Giberson, Staff Counsel<br>Department of General Services<br>707 Third Street, 7th Floor, Suite 7-330<br>West Sacramento, CA 95605 | John Hagar, Chief of Staff<br>Judges' Reading Room<br>Courtroom Library, 18th Floor<br>U.S. District Court, Northern District<br>450 Golden Gate Avenue<br>San Francisco, California 94102 |
| Jared Goldman, Staff Attorney<br>California Prison Health Care Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA 95110 | Andrea Lynn Hoch<br>Legal Affairs Secretary<br>Office of the Governor<br>Capitol Building<br>Sacramento, CA 95814 |
| Richard Goff<br>Heller, Ehrman, White & McAuliffe<br>701 Fifth Avenue<br>Seattle, WA 98104 | |
| Steven S. Kaufhold<br>Chad A. Stegeman<br>Akin Gump Strauss Hauer & Feld, LLP<br>5380 California, 15th Floor<br>San Francisco, CA 94104-1036 | William Charles Hughes<br>Riverside County District Attorney's Office<br>4075 Main Street<br>Riverside, CA 92501 |

| | |
|---|---|
| Paul B. Mello, Esq.<br>Jerome C. Schaefer, Esq.<br>Hanson Bridget Marcus Vlahos<br>& Rudy LLP - San Francisco<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | Robert Sillen<br>California Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA 95110 |
| Donald Specter, Esq.<br>Prison Law Office<br>General Delivery<br>San Quentin, CA 94964 | Kathleen Keeshen<br>Legal Affairs Division<br>California Department of Corrections<br>P.O. Box 942883<br>Sacramento, CA 94283 |
| Caroline N. Mitchell, Esq.<br>Jones Day - San Francisco<br>555 California Street, 26th Floor<br>San Francisco, CA 94104 | Bruce Slavin, General Counsel<br>Office of the Secretary<br>CDCR<br>P.O. Box 942883<br>Sacramento, CA 94283-0001 |
| Warren C. (Curt) Stracener<br>Paul M. Starkey<br>Labor Relations Counsel<br>Department of Personnel Administration<br>Legal Division<br>1515 "S" Street, North Building, Suite 400<br>Sacramento, CA 95814 | Donna Neville, Senior Staff Counsel<br>Bureau of State Audits<br>555 Capitol Mall, Suite 300<br>Sacramento, CA 95814 |
| Yvonne Walker, Vice President for Bargaining<br>CSEA<br>1108 "O" Street<br>Sacramento, CA 95814 | Gary Robinson, Executive Director<br>UAPD<br>1330 Broadway, Suite 730<br>Oakland, CA 94612 |
| Elise Rose, Counsel<br>State Personnel Board<br>801 Capitol Mall<br>Sacramento, CA 95814 | Pam Manwiller, Director of State Programs<br>AFSME<br>555 Capitol Mall, Suite 1225<br>Sacramento, CA 95814 |
| Miguel Neri<br>California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>P.O. Box 70550<br>Oakland, Ca 94612-0550 | Matthew A. Lopes, Jr.<br>Deputy Special Master<br>Pannone Lopes & Devereaux, LLC<br>1800 Financial Plaza<br>Providence, RI 02903<br>(for special master) |
| Union of American Physicians and Dentists<br>Davis, Cowell & Bowe<br>595 Market Street, Suite 1400<br>San Francisco, CA 94105 | Michael Stone<br>California Department of Correction<br>Legal Affairs Division<br>1515 S Street, Room 314S<br>Sacramento, CA 95814 |
| David W. Wilson<br>K-66474<br>CMF-Vacaville<br>P.O. Box 2000<br>Vacaville, CA 95696 | Patrick Wilson<br>4655 E. Olympic Boulevard<br>Los Angeles, CA 90022 |

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail         -1-         CIV S-90-0520 LKK-JFM P

<u>Via Overnight Delivery</u>

Honorable Thelton E. Henderson
U.S. District Court, Northern District
San Francisco Branch
450 Golden Gate Avenue
San Francisco, California 94102

Honorable Lawrence K. Karlton
U.S. District Court, Eastern District
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

Honorable Stephen Reinhardt
U.S. District Court, Central District
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California