ROD PACHECO
District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, California 92501
Telephone: (951) 955-6620
Fax: (951) 955-0190
William C. Hughes
(CSB # 155992)

Attorneys for Intervenors
ROD PACHECO, District Attorney, Riverside
BONNIE M. DUMANIS, District Attorney, San Diego
TONY RACKAUCKAS, District Attorney, Orange
JAN SCULLY, District Attorney, Sacramento
CHRISTIE STANLEY, District Attorney, Santa Barbara
MICHAEL A. RAMOS, District Attorney, San Bernardino
ROBERT J. KOCHLY, District Attorney, Contra Costa
DAVID W. PAULSON, District Attorney, Solano
GREGG COHEN, District Attorney, Tehama
TODD RIEBE, District Attorney, Amador
BRADFORD R. FENOCCHIO, District Attorney, Placer
JOHN R. POYNER, District Attorney, Colusa
MICHAEL RAMSEY, District Attorney, Butte
GERALD T. SHEA, District Attorney, San Luis Obispo
EDWARD R. JAGELS, District Attorney, Kern
GREGORY TOTTEN, District Attorney, Ventura
VERN PIERSON, District Attorney, El Dorado
CLIFFORD NEWELL, District Attorney, Nevada
RONALD L. CALHOUN, District Attorney, Kings
DONALD SEGERSTROM, District Attorney, Tuolumne

**IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN AND NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No: CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| Defendants. | |
| MARCIANO PLATA, et al., | Case No.: C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | **AMENDED INTERVENTION PLEADING BY DISTRICT ATTORNEY INTERVENORS** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

In response to the Three-Judge Court's Order of September 19, 2007, requiring the District Attorney Intervenors to "amend their intervention pleading to include the new District Attorney Intervenors," the District Attorney Intervenors set forth the following: For their Intervention Pleading, District Attorney Intervenors Rod Pacheco, District Attorney County of Riverside, Bonnie M. Dumanis, District Attorney County of San Diego, Tony Rackauckas, District Attorney County of Orange, Jan Scully, District Attorney County of Sacramento, Christie Stanley, District Attorney County of Santa Barbara, Michael A. Ramos, District Attorney County of San Bernanrdino, Robert J. Kochly, District Attorney County of Contra Costa, David W. Paulson, District Attorney County of Solano, Gregg Cohen, District Attorney County of Tehama, Todd Riebe, District Attorney County of Amador, Bradford R. Fenocchio, District Attorney County of Placer, John R. Poyner, District Attorney County of Colusa, Michael Ramsey, District Attorney County of Butte, Gerald T. Shea, District Attorney County San Luis Obispo, Edward R. Jagels, District Attorney County of Kern, Gregory Totten, District Attorney County of Ventura, Vern Pierson, District Attorney County of El Dorado, Clifford Newell, District Attorney County of Nevada, Ronald L. Calhoun, District Attorney County of Kings, and Donald Segerstrom, District Attorney County of Tuolumne (collectively the "District Attorney Intervenors") hereby allege as follows:

**DISTRICT ATTORNEY INTERVENORS**

1. Intervenors Pacheco, Dumanis, Rackauckas, Scully, Stanley, Ramos, Kochly, Paulson, Cohen, Riebe, Fenocchio, Poyner, Ramsey, Shea, Jagels, Totten, Pierson, Newell, Calhoun, and Segerstrom are duly-elected District Attorneys of their respective counties, i.e., located in the State of California. Collectively they represent millions of California citizens as the elected public prosecutor for their given counties. All of them prosecute persons who may be released from, or not admitted to, a prison as a result of a prisoner release order.

2. The Prison Litigation Reform Act, 18 U.S.C., sections 3626, *et seq.*, specifically provides that "Any State or local official including a legislator or unit of the government whose

jurisdiction or function includes the appropriation of funds for the construction, operation or maintenance of prison facilities, or the prosecution or custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order shall have standing to oppose the imposition or continuation in effect of such relief and to seek termination of such relief, and shall have the right to intervene in any proceeding relating to such relief."

3. The jurisdiction and function of the District Attorney Intervenors includes prosecution of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order.

**JURISDICTION AND VENUE**

4. The District Attorney Intervenors' defenses in this Intervention Pleading arise out of the same transaction or occurrence that is the subject matter of the claims at issue in this action and, specifically, out of the Prison Litigation Reform Act, 18 U.S.C., sections 3626 *et seq.* This Court has jurisdiction over the claims in this action as well as the District Attorney Intervenors' defenses pursuant to 28 U.S.C., section 1331.

5. Venue is proper in this district pursuant to 28 U.S.C., section 1391.

**GENERAL ALLEGATIONS**

6. On July 23, 2007, the Honorable Thelton Henderson of the United States District Court for the Northern District of California, and the Honorable Lawrence Karlton of the United States District Court for the Eastern District of California, issued orders pursuant to the Prison Litigation Reform Act, specifically 18 U.S.C., sections 3626, subdivision (a)(3)(A), to convene a three-judge judicial panel to consider issuing prisoner release orders in *Marciano Plata, et al. v. Arnold Schwarzenegger, et. al.*, Case No. C01-1351 TEH (N.D.CA.), and *Ralph Coleman, et al. v. Arnold Schwarzenegger, et. al.*, Case No. S-90-0520 LKK JFM (E.D.CA.), respectively. For convenience and judicial economy, the same panel will preside over both cases, both of which require the evaluation of overcrowding in California's prisons. The *Plata* Court specifically held that "Accordingly, and because this Court finds that the conditions specified in 18 U.S.C. section

3626, subdivision (a)(3)(A) have been satisfied, IT IS HEREBY ORDERED that Plaintiffs' motion to convene a three-judge court to consider a prisoner release order is GRANTED." The *Coleman* court held: that "In accordance with the above, IT IS HEREBY ORDERED that plaintiffs' November 13, 2006 motion to convene a three-judge panel to limit the prison population is granted pursuant to 18 U.S.C., section 3626, subdivision (a)(3)(A)."

7. In its July 23, 2007 Order, the *Plata* Court specifically acknowledged the enactment of AB 900. It stated that ". . . a prisoner release order would, indeed, be a radical step, particularly given the size of California's prison system."

8. The District Attorney Intervenors agree that the imposition of a prisoner release order would be a radical step, and seek to intervene in this action to oppose the imposition of any such order at this time.

9. Federal Rule of Civil Procedure 24, subdivision (c), requires that an intervening party, such as the District Attorney Intervenors herein, provide a "pleading setting forth the claim or defense for which intervention is sought." Accordingly, the District Attorney Intervenors plead the following defenses pursuant to the Prison Litigation Reform Act, 18 U.S.C., section 3626, *et seq.*

**DEFENSES**
**(Prison Litigation Reform Act)**

10. These defenses arise under the Prison Litigation Reform Act, particularly 18 U.S.C., section 3626, *et seq.* Specifically, prison release orders are only permitted under very limited circumstances where it is demonstrated – by clear and convincing evidence – that (i) crowding is the primary cause of the violation of a Federal right; and (ii) no other relief will remedy the violation of the Federal right.

11. No showing has been made in this action sufficient to justify the imposition of a prisoner release order under the Prison Litigation Reform Act. On the contrary, a prisoner release order poses significant risk to public safety and the effective operation of the criminal justice system in California.

12. Moreover, the District Attorney Intervenors reserve their right to make an affirmative showing that other relief, short of a prisoner release order, exists which could remedy the current conditions specified by the Court.

**PRAYER FOR RELIEF**

**WHEREFORE**, the District Attorney Intervenors respectfully request that the Three Judge Court:

A. Enter no prisoner release order until AB 900 has been fully implemented and its efficacy can be fully and fairly assessed;

B. Enter no prisoner release order absent a sufficient evidentiary showing under the Prison Litigation Reform Act that such order is narrowly drawn, extends no further than necessary to correct a violation of a Federal right and is the least intrusive means necessary to correct any such violation;

C. Enter no prisoner release order absent a showing – by clear and convincing evidence – that (i) crowding is the primary cause of the violation of a Federal right; and (ii) no other relief will remedy the violation of the Federal right;

D. Enter no prisoner release order at this time in light of the adverse impact such order would have on public safety and the effective operation of the criminal justice system in California; and

E. Grant such further relief as the Court deems just and proper.

DATED:   September 21, 2007

                                          ROD PACHECO, District Attorney
                                          County of Riverside

By:         /s/        
     WILLIAM C. HUGHES
     Attorneys for Intervenors

     ROD PACHECO, District Attorney
     County of Riverside
     BONNIE M. DUMANIS, District Attorney,
     County of San Diego

| | |
|---|---|
| 1 | TONY RACKAUCKAS, District Attorney, County of Orange |
| 2 | JAN SCULLY, District Attorney, County of Sacramento |
| 3 | CHRISTIE STANLEY, District Attorney, County of Santa Barbara |
| 4 | MICHAEL A. RAMOS, District Attorne, County of San Bernardino |
| 5 | ROBERT J. KOCHLY, District Attorney, County of Contra Costa |
| 6 | DAVID W. PAULSON, District Attorney, County of Solano |
| 7 | GREGG COHEN, District Attorney, County of Tehama |
| 8 | TODD RIEBE, District Attorney, County of Amador |
| 9 | BRADFORD R. FENOCCHIO, District Attorney, County of Placer |
| 10 | JOHN R. POYNER, District Attorney, County of Colusa |
| 11 | MICHAEL RAMSEY, District Attorney, County of Butte |
| 12 | GERALD T. SHEA, District Attorney, County of San Luis Obispo |
| 13 | EDWARD R. JAGELS, District Attorney, County of Kern |
| 14 | GREGORY TOTTEN, District Attorney, County of Ventura |
| 15 | VERN PIERSON, District Attorney, County of El Dorado |
| 16 | CLIFFORD NEWELL, District Attorney, County of Nevada |
| 17 | RONALD L. CALHOUN, District Attorney, County of Kings |
| 18 | DONALD SEGERSTROM, District Attorney, County of Tuolumne |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |