1  Richard Edwards
   C-30269    A3-140U
2  I.S.P.   P.O. Box 2199
   Blythe, Ca. 92226
3
4  In Propria Persona



FILED
SEP 14 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

2:90cv 0520 LKK JFM

IN THE MATTER OF:              )   CASE NO.: C01-1351 TEH
        Prison Overcrowding    )
                               )
IN RE: Richard Edwards et al., )   REQUEST FOR LEAVE TO FILE
                               )   AMICUS CURIAE BRIEF
        V.                     )
                               )
ARNOLD SCHWARZENEGGAR, Governor,et al.,)
        Respondent's           )   Honorable Lawrence K. Karlton
                               )   District Court Judge

   In regards to Richard Edwards, et al., it is respectfully requested that the above named be granted leave to file an Amicus Curiae Brief in the matter of California's Prison Overcrowding concerns.

   In support of the above named request, Richard Edwards et al., would call this Honorable Court's attention to matters which might otherwise escape it's attention, which will be explained in greater detail in the Memorandum of Points and Authorities in Support of Amicus Curiae Brief and attached Exhibit 'A'.

                                          Respectfully submitted,

Date;_____, 2007                   /s/ Richard Edwards
                                          Richard Edwards et al.
                                          Pro Se, Ex Parte
                                          On Amicus Curiae

# TABLE OF CONTENTS

                                                                Page(s)

INTRODUCTION..................................................1-2

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF AMICUS CURIAE

    A. Enforcing Court Orders Through Contempt Proceedings
       And Other Means: <u>Case Example</u>......................2-8

CONCLUSION.......................................................9

PROOF OF SERVICE................................................10

ATTACHMENTS............................................MEMORANDUMS

EXHIBIT 'A'.............................................EXHIBIT 'A'

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

# TABLE OF AUTHORITIES

Cases                                                                    Page(s)

Badgley v. Santacroce, 800 F.2d 33, __ (2d Cir. 1986).....................3,4,7

Badgley v. Varelas, 729 F.2d 894,902 (2d Cir. 1984).......................2,3,5

Gupta v. Terhune, CV S-001095 GEB GGH P (2005)................................8

Maggio v. Zeitz, 333 U.S. 56,69 (1948)........................................4

264 F. 276,279................................................................1

Statutory Provisions (Federal)

Fed. R. Civ. P., rule 201.....................................................8

Statutory Provision (State)

Cal. Evid. Code, §§1041, 1042.................................................8

Constitutional provisions (Federal)

Fifth Amendment...............................................................2

Eighth Amendment..............................................................2

Fourteenth Amendment..........................................................2

Constitutional Provisions (State)

Article I,  §15...............................................................2

Article I,  §17...............................................................2

Article I,  §24...............................................................2

///

///

///

///

///

///

///

///

///

///

///

**PROOF OF SERVICE**

Declaration of Service by Mail

I, Richard Edwards _____, declare that I am over the age of eighteen (18) and that I (am/am not) a party to this action. On _____, 2007, I deposited a copy of the following document(s):

**REQUEST FOR LEAVE TO FILE**

**AMICUS CURIAE BRIEF**

in a sealed envelope with postage prepaid into the United States mail outlet via an authorized California Department of Corrections employee at Ironwood State Prison, in Riverside County, Blythe, California, and addressed as follows:

1) Clerk of the U.S. District Court
   c/o Lawrence K. Karlton
   U.S. District Court Judge
   Eastern District of California
   1130 O Street  #5000
   Fresno, Ca. 93721

2) Edmund G. Brown, Jr.
   State Attorney General
   300 South Spring Street
   North Tower, 5th Floor
   Suite 5001
   Los Angeles, Ca. 90013

I declare under penalty of perjury by the laws of the State of California that the foregoing is true and correct (pursuant to 28 USCA §1746(2)).

Date: _____    Signature _[signature]_

Richard Edwards
Pro Se, Ex Parte
On Amicus Curiae

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 8-72)
85 34769