1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-5388
8    Fax: (916) 324-5205
     Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE TO FINDINGS AND RECOMMENDATIONS; DECLARATION OF MISHA IGRA; AND [PROPOSED] ORDER** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

**I.**

**INTRODUCTION**

On September 11, 2007, Defendants' counsel was served with Findings and Recommendations ("F&Rs") in relation to Plaintiffs' Motion to Compel Disputed Attorney's Fees and Costs. The F&Rs provide that "[w]ithin ten days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties." (F&Rs, 9/11/07, 8:13-15.)

Defendants respectfully request an extension of time to file objections to the F&Rs to and including September 28, 2007.

Def. EOT re: Objections to Findings and Recommendations

1

## II.

## LEGAL STATEMENT

The exponential growth in workload due to the granting of Plaintiffs' request to convene a Three- Judge Court, including unanticipated and voluminous discovery demands propounded by Plaintiffs, have prevented Defendants from devoting the necessary time and attention to evaluate the F&Rs within the time granted.

On September 7, 2007, Defendants received by mail prematurely issued discovery demands from Plaintiffs in the Three-Judge Court proceeding.  Defendants' counsel represents multiple entities in that proceeding, in which over 140 intervenors have appeared.  Four days after receiving Plaintiffs' discovery demands, Defendants were served with the F&Rs which grant the parties ten days to file objections.  The issuance of the F&Rs coincided with preparation for the September 24, 2007 hearing before the Three-Judge Court.

A short extension of time to permit Defendants to consider a response to the F&Rs will not prejudice Plaintiffs.  Moreover, Defendants provided Plaintiffs' counsel with advance notice of this request and were informed Plaintiffs have no objection to the granting of an extension to and including September 28, 2007.

## IV.

## CONCLUSION

For the reasons stated above, Defendants respectfully request an extension of time to file a response to the Findings and Recommendations, to and including September 28, 2007.

```
Respectfully submitted,
EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General

/s/ Misha D. Igra
MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants
```

30333660.wpd

Def. EOT re: Objections to Findings and Recommendations

2