EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205
  Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DECLARATION OF MISHA IGRA IN SUPPORT OF REQUEST FOR EXTENSION OF TIME** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Misha Igra, declare:

1. I am an attorney licensed by the State of California and admitted to practice before the United States District Court of California, Eastern District.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. On September 11, 2007, I was electronically served with Findings and Recommendations ("F&Rs") in relation to Plaintiffs' Motion to Compel Disputed Attorney's Fees and Costs.

Igra Decl. - EOT

1

1     4. Four days earlier, Defendants received by mail voluminous discovery demands from Plaintiffs in a Three-Judge Court proceeding convened in this action. As Defendants' counsel, my office represents multiple entities in that proceeding.

    5. In addition to having been served with broad discovery days earlier, the issuance of the F&Rs coincided with preparation for the September 24, 2007 hearing before the Three-Judge Court.

    6. These things resulted in an exponential growth in workload and, as a result, Defendants have been unable to devote the necessary time and attention to evaluate the F&Rs within the time it granted.

    7. On September 20, 2007, I contacted Amy Whelan, Plaintiffs' counsel, and indicated Defendants' desire to obtain a short extension of time to permit Defendants to consider a response to the F&Rs. On September 21, 2007, Ms. Whelan advised me that Plaintiffs have no objection to the granting of an extension to and including September 28, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2007 at Sacramento, California.

*/s/ Misha D. Igra*

MISHA D. IGRA
Deputy Attorney General
Attorney for Defendants

30334188.wpd
CF1997CS0003

Igra Decl. - EOT

2