1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 324-5388
8    Fax:  (916) 324-5205
     Email:  Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants
10

11                 IN THE UNITED STATES DISTRICT COURT

12               FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  **RALPH COLEMAN, et al.,**                    2:90-cv-00520 LKK JFM P

16                              Plaintiffs,   **[PROPOSED] ORDER
                                              GRANTING EXTENSION OF**
17         **v.**                             **TIME**

18  **ARNOLD SCHWARZENEGGER, et al.,**

19                             Defendants.

20

21         Good cause appearing, Defendants' request for an extension to file a response to the

22  September 11, 2007 Findings and Recommendations is GRANTED.  Defendants are permitted to

23  file a response not later than September 28, 2007.

24  Dated: _____

25

26                          _____
                                 The Honorable Lawrence K. Karlton
27

28