# EXHIBIT A

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                    Arnold Schwarzenegger, *Governor*

*DIVISION OF CORRECTIONAL HEALTH CARE SERVICES*
.P. O. Box 942883
Sacramento, CA 94283-0001



AUG 1 7 2007

J. Michael Keating, Jr.                     via:    Lisa Tillman
Office of the Special Master                        Deputy Attorney General
2351 Sussex Lane                                    Department of Justice
Fernandina Beach, FL  32034                         1300 I Street, Suite 125
                                                    P. O. Box 944255
                                                    Sacramento, CA  94244-2550

**RE:    SUPPLEMENTAL BED PLAN REPORT – AUGUST 2007**

Dear Mr. Keating:

In compliance with the *Coleman* court order of June 28, 2007, please find enclosed the *Supplemental Bed Plan Report – August 2007*, which outlines the California Department of Corrections and Rehabilitation's (CDCR) actions to address two issues raised in regards to the *Mental Health Bed Plan – December 2006* (previously submitted to the Court on December 19, 2006).  These two issues are: CDCR's relationship with the Department of Mental Health (DMH) concerning the delivery of inpatient acute and intermediate care; and the consolidation of the more intensive mental health treatment programs[1].

If you need clarification on any aspect of this plan, please contact me at (916) 323-0229, or Doug McKeever, Director, Mental Health Program, Division of Correctional Health Care Services (DCHCS), at (916) 928-2530.

Sincerely,

ROBIN DEZEMBER
Director
Division of Correctional Health Care Services

Enclosure

---

[1] More intensive mental health treatment programs are defined as:  Enhanced Outpatient Program, Mental Health Crisis Beds, inpatient non-acute/Intermediate Care Facility (including the Day Treatment Program), and inpatient Acute.

J. Michael Keating, Jr.
Page 2

cc:    James Tilton, Secretary, CDCR
       Kingston Prunty, Undersecretary, Operations, CDCR
       Stephen W. Kessler, Undersecretary, Program Support, CDCR
       Bruce Slavin, General Counsel, Office of Legal Affairs, CDCR
       Kathleen Keeshen, Chief Deputy General Counsel, Office of Legal Affairs, CDCR
       Scott Kernan, Chief Deputy Secretary, Adult Operations, CDCR
       Lea Ann Chrones, Director (A), Division of Adult Institutions, CDCR
       Karen Wong, Deputy Director of Administration (A), DCHCS, CDCR
       Yulanda Mynhier, Deputy Director (A), Health Care Administrative Operations
          Branch, DCHCS, CDCR
       Deborah Hysen, Chief Deputy Secretary of Facilities, Planning, and Construction,
          CDCR
       Doug McKeever, Director (A), Mental Health Program, DCHCS, CDCR
       Frank Furtek, Chief Counsel, California Health and Human Services Agency
       Cindy Radavsky, Deputy Director, Long Term Care Services, DMH
       Jean Barawed, Assistant Deputy Director Long Term Care Services, DMH
       Cynthia Rodriquez, Chief Legal Counsel, Legal Services, DMH
       Judy Burleson, Special Assistant to the Director, DCHCS, CDCR
       Kim A. Garcia, Chief of Facilities, DCHCS, CDCR
       Michael Stone, Staff Counsel, Office of Legal Affairs, CDCR
       Jay Sturges, Principal Program Budget Analyst, Department of Finance
       Margie Imai, Personnel Program Manager, Department of Personnel Administration

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

## A.    Purpose:

This report responds to the April 17, 2007, *Coleman* court order, requiring the California Department of Corrections and Rehabilitation (CDCR) to "file a supplemental report, by June 15, 2007, which addresses two issues: CDCR's relationship with [Department of Mental Health] DMH and CDCR's consolidation plan. This supplemental report supersedes the report required in the Court's March 27, 2007 order." On June 13, 2007, the CDCR requested an extension to the June 15, 2007 submission date, and on June 28, 2007 the Court ordered that "not later than August 17, 2007, defendants [CDCR] shall file the supplemental report required by this court's April 17, 2007 order."

## B.    Background:

On December 19, 2006, the CDCR submitted to the *Coleman* Court the *Mental Health Bed Plan - December 2006* (hereafter referred to as the December 2006 Bed Plan). This plan outlines several strategies and projects that when implemented will meet the CDCR's projected need for acute and intermediate inpatient beds, Mental Health Crisis Beds (MHCBs), as well as Enhanced Outpatient Program (EOP) beds, for all seriously mentally ill male and female patients clinically determined to be in need of those levels of care.

On February 7, 2007, the *Coleman* Special Master submitted his report regarding the sufficiency of the December 2006 Bed Plan. In this report the Special Master noted that the plan introduced two major changes in CDCR's handling of mental health services. Specifically the Special Master stated that:

> "The first underlying concept for which the defendants seek approval envisions CDCR assuming responsibility for the delivery of inpatient acute and intermediate care and ending its reliance on DMH for the provision of inpatient care. The second calls for a significant restructuring and consolidation of CDCR's delivery of all of its more intensive mental health treatment programs." [1]

The Special Master's report continues by stating:

> "Defendants' Plan does not provide enough information to justify the Court's approval of the two major proposed underlying changes, namely CDCR's assumption of responsibility for all inpatient mental health from DMH and the consolidation of all intensive mental health programs, with

---

[1] Source: *Special Master's Report and Recommendations on Defendants' December 2006 Mental Health Bed Plan.* February 7, 2007. Page 15.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

the exception of 72 Mental Health Crisis Beds, in just eight CDCR institutions."[2]

The goal of this supplemental report is to provide sufficient detail to allow an evaluation of the aforementioned two concepts initially presented in the December 2006 Bed Plan.

## C.    December 2006 Bed Plan and Consolidation – Overview:

The December 2006 Bed Plan indicates that beds designated only for *male* mental health patients would be located at seven prisons.   At these seven prisons existing mental health beds are to be used and, if needed, additional beds would be constructed.    These seven prisons were comprised of the California Medical Facility (CMF), and Salinas Valley State Prison (SVSP) plus five prisons called Consolidated Care Centers (CCCs).     The CCC prisons are: California State Prison – Sacramento (SAC), Richard J. Donovan Correctional Facility (RJD), California State Prison – Los Angeles County (LAC), California Institution for Men (CIM), and California Men's Colony (CMC).

The CCCs are to be hub institutions across the State that specialize in the delivery of mental health services.  The CCCs will provide a continuum of mental health care such as; intake, mental health assessments, outpatient care (e.g. EOP), and licensed inpatient care (e.g. MHCB, ICF[3], and at one location Acute), which are important to managing the higher risk patients that drive the majority of health care costs.  The proposed CCCs are located near urban centers, allowing the institutions to draw from a large recruitment pool of qualified staff.  The CCCs also feature multiple bed types (i.e. unlicensed and licensed) at the institution, supporting the movement of patients across multiple levels of care without requiring transfers to other institutions.  The CCCs bring the most complex patients to the most qualified providers, and will be equipped to offer comprehensive chronic care and case management services.   It is anticipated that the establishment of CCCs will result in economies of scale, reductions in unnecessary or avoidable hospitalizations, and a more efficient use of internal bed resources.

SVSP, which is located in a more rural area, and shall be retained due to the number of both existing and planned licensed mental health beds at this location. In addition, the DMH has a successful history of operating its mental health program at SVSP, and will continue to operate this program as discussed below in Section D.1.3 of this report.

---

[2] Source: *Special Master's Report and Recommendations on Defendants' December 2006 Mental Health Bed Plan.* February 7, 2007. Page 18.
[3] The acronym "ICF" stands for "non-acute/Intermediate Care Facility".

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

As originally proposed in the December 2006 Bed Plan, consolidation of the mental health program into the aforementioned seven prisons will result in either the removal or reduction of existing EOP and MHCBs at prisons such as California State Prison – Corcoran (COR), and Mule Creek State Prison (MCSP). Moreover, once sufficient capacity is available and consolidation complete, the December 2006 Bed Plan proposed that CDCR operate all the mental health beds at each of the seven prisons.

## D.    Summary of Actions:

This report focuses on two goals:

1. The CDCR's assumption of the delivery of inpatient non-acute/Intermediate Care Facility (hereafter referred to as ICF), and inpatient Acute levels of care for *male* patients at the proposed CCCs (with the exception of such programs operated by DMH at SVSP and CMF), and for *female* patients at the California Institution for Women (CIW); *and*
2. The consolidation of CDCR's more intensive mental health programs[4].

Accomplishment of these goals requires the dedication of a project team (hereafter referred to as the CCC Project Team) of experienced staff to create and manage the operation of the CCCs and to oversee the consolidation of the mental health program. The following provides a summary of the actions to be accomplished in achieving the aforementioned goals:

| Actions: |
| --- |
| CCC Project Team |
|     CCC Project Team Composition |
|     Responsibilities |
|     DMH – CDCR Relationship |
|     Acute Care Hospital Location |
| Planning, Design, and Construction, of the CCCs |
| Activation and On-going Operations of the CCCs |
| Mental Health Consolidation |
| Receiver Coordination |

---

[4] More intensive mental health programs are defined as the following levels of care: EOP, MHCB, ICF (including Day Treatment Program), and Acute.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

## D.1  CCC Project Team

### D.1.1  CCC Project Team Composition:

CCC Project Team staff shall include executive personnel and staff from CDCR and DMH with expertise necessary to plan, direct, and manage large-scale and complex projects similar in nature to the CCCs.  This section outlines the proposed composition of the CCC Project Team and ensuing management structure.  However, the actual composition may need to be adjusted in the future, after actual practice provides information as to the most appropriate makeup of the teams and the most efficient management reporting structure.  It is currently anticipated that a portion of the CCC Project Team staff will be designated from existing resources, with remaining staff positions to be requested through the annual State budget process.

Staff dedicated to the CCC Project Team and this project from CDCR shall include representatives from: mental health (executive, clinical, and support staff), nursing, licensing, adult institutions (custody), budgets, human resources, labor relations, training, classification services unit, health care placement unit, transportation unit, facilities management, and information technology.

Staff designated to the CCC Project Team to assist with this project from DMH shall include the following, or similar classifications: an executive director, an assistant executive director, a standards and compliance coordinator, a clinical coordinator, and an office support position.  The following figure (Figure 1) is a graphical representation of DMH's organizational structure for the staff designated to assist with this project[5].

**Figure 1**



Deputy Director, Long Term Care Services, DMH

Assistant Deputy Director, Long Term Care Services, DMH

Executive Director
Psychiatric Programs (VPP & SVPP)*

Correctional Services & Support Unit

Assistant Executive Director

* Vacaville Psychiatric Program (VPP) and Salinas Valley Psychiatric Program (SVPP)

VPP and SVPP Staff

---

[5] Note: These positions are illustrated in the CCC Project Team in the subsequent Figure 2.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

The CCC Project team will indirectly report up through the Division of Health Care Services (DCHCS) Mental Health Program. The following figure (Figure 2) illustrates this reporting structure:

**Figure 2:**



The CCC Executive Director and support staff teams, as illustrated in Figure 2, shall be responsible for the ongoing operation of a CCC, however, these staff shall be acquired and trained in accordance with a scheduled operational plan to also assist the CCC Project Team in activating the CCCs as they are completed. Although not illustrated in Figure 2, there shall be five CCC Executive Directors with support staff that shall be responsible for the ongoing operation of each CCC once constructed, with each CCC Executive Director reporting to the Deputy Director, Consolidated Care Programs[6].

---

[6] Adjustments to the illustrated staffing structure in Figure 2 may be required based on final facility design.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

### D.1.2  Project Team Responsibility:
The CCC Project Team shall exercise oversight of the planning, design, construction, activation, and transition to the CCCs, and the 45 Acute/ICF beds at CIW, along with ensuring there is an adequate infrastructure to support ongoing operation of these facilities.  These efforts shall be coordinated with the Assembly Bill (AB) 900 Facilities Strike Team and other applicable Departmental initiatives.

As a one-time special project, the CCC Project Team shall also oversee the transition of mental health programs from other prisons to the CCCs (otherwise termed the consolidation of the mental health program).  However, the CCC Project Team shall not be responsible for the ongoing operation of the mental health programs, as this will be the role of the CCC Executive Directors, (Figure 2).

It is anticipated that DMH and CDCR will collaboratively oversee the remaining non-CCC projects described in the December 2006 Bed Plan, with some of the projects' activities overlapping with the CCC Project Team efforts[7].

### D.1.3  DMH – CDCR Relationship:
The DMH provides Acute, ICF, and Day Treatment Program (DTP)[8] levels of care to CDCR patients within DMH State Hospitals and at two CDCR prisons, CMF and SVSP.  The December 2006 Bed Plan proposed to change that relationship by having the CDCR provide these levels of care within its prisons, therefore, gradually eliminating its use of DMH services.  This report modifies that original concept to maintain DMH's operation of the existing Acute, ICF, and DTP programs at CMF and SVSP, inclusive of the additional ICF beds to be built at each of these sites, (i.e. the 64 bed ICF project at CMF and the 64 bed ICF project at SVSP), and assisting CDCR in "bringing up" the new Acute and ICF programs.

The Acute and ICF programs to be implemented at the CCCs and CIW shall be modeled on DMH's program structure and established milieu.  Paramount to successful implementation is a mentorship relationship that will be organized between DMH and CDCR. Elements of this relationship include DMH participation in: the planning and design of program space; the training and mentoring of the

---

[7] These projects are (with the Project # as indicated in the December 2006 Bed Plan, Table III.B.1 listed in parentheses): SAC – EOP office and treatment space (#2); CMC – 50 bed MHCB unit (#5); LAC – EOP office and treatment space (#8); CIW – EOP and EOP-Administrative Segregation Unit (ASU) bed project (#'s 13 and 13A); SVSP – 64 bed ICF (#9); SVSP – EOP and EOP-ASU project (#10); CMF – 50 bed MHCB unit (#11); and CMF – 64 bed ICF (#12).
[8] Note: The DTP is located only at CMF.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

CDCR members of the project team and staff at CDCR headquarters that are directly responsible for the administration of these new mental health beds; ensuring sufficient CDCR resources exist for program implementation and on-going operations; and monitoring CDCR's assumption of the delivery of Acute and ICF levels of care.

The following describes the actions to be taken to foster that relationship and ensure that CDCR's delivery of Acute and ICF levels of care at the CCCs and CIW meets constitutional standards:

- **Transitional Plan:** Development of a detailed transitional plan that includes hiring and embedding CDCR staff in DMH programs prior to CDCR Acute or ICF program activation, (See Enclosure I for further details, and an example of the training and mentoring aspects of this plan).

- **SAC ICF Program:**   The DMH, in collaboration with CDCR, will implement the proposed new ICF program at SAC.  The process of hiring staff and developing program protocols will take at least one year. Obtaining security clearances and required advanced training for Medical Technical Assistants (MTAs)[9] will take a minimum of 18 months. The DMH will share responsibility with the CDCR project staff in implementing the ICF program, with DMH continuing the training process and having the primary responsibility of managing the program, and supporting the CDCR's goal of assumption of full operational control of this program.

  As outlined in Training Plan (See Enclosure I), the goal of the second phase, the transition phase of training is to ensure qualified CDCR administrative, clerical, and support staff is available to work directly with DMH in developing and implementing the ICF program at SAC. During the transitional phase, staff will be hired and tasks will be completed to allow for the successful activation of the new program, with DMH providing on-going assessment of staff performance and

---

[9] As of May 31, 2007 all MTAs (including Senior MTAs and Health Program Coordinators) within CDCR were converted to Licensed Vocational Nurses (LVNs). Source: Receiver's Fifth Quarterly Report. Section II.G.4. Page 23.  It is important to note, however, that DMH continues to use the MTA classification as a component in its treatment model for Acute and ICF care.  In implementing DMH's treatment model at the CCCs and CIW this report assumes that MTAs will be utilized, however, the CCC Project Team shall consider the use of MTAs, or other appropriate classifications, working under the direction of the DCHCS-Mental Health Program, to achieve successful implementation of the Acute and ICF programs at each facility.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

overall program progress, (feedback will be shared with individual CDCR team members and the designated supervisor at CDCR headquarters). A core team of this staff may be used for activation of subsequent programs at the CCCs.

The CDCR will exercise control of the ICF program once it has demonstrated the ability to achieve an operation that meets established operational criteria. The DMH shall collaborate with CDCR in developing the operational criteria, and shall assume responsibility for evaluating and determining that CDCR meets the operational criteria, before turning over the operation fully to the CDCR. During the third phase of training (See Enclosure I), the activation of the program, the CDCR will continue in a training modality with DMH providing on-going assessment of staff performance and overall program feedback. Once CDCR fully assumes operational control, the DMH shall perform evaluations on a quarterly basis for a one-year period. The feedback from these evaluations will be shared with the SAC staff and the designated staff at CDCR headquarters.

If during one of the follow up evaluations the CDCR fails to meet the operational criteria, the DMH will assist the CDCR in correcting any identified deficiencies. Full operational control will be restored to the CDCR once the DMH determines that CDCR again meets the operational criteria. The DMH, based on the circumstances and upon its own discretion, may extend this one-year follow-up period to ensure that the CDCR is consistently meeting the criteria.

- **All Other CCCs and CIW:** The CDCR will initiate primary responsibility for implementing the ICF programs at all other CCC sites[10] and CIW, in concert with DMH's provision of consultative on-site assistance. However, DMH, as with the SAC ICF program, will initiate primary responsibility for implementing the Acute program at CIM. The DMH shall be responsible for evaluating and determining that CDCR meets the operational criteria both initially and on a follow-up basis as previously outlined for SAC. The feedback will be shared with the institutional staff and the designated staff at CDCR headquarters.

---

[10] These CCC sites are: RJD, CMC, CIM, and LAC.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

- **Acute and ICF Programs at CMF and SVSP:** The DMH will continue to operate the existing Acute, ICF, and DTP programs at CMF and SVSP, inclusive of the additional ICF beds to be built at each prison site, (i.e. the 64 bed ICF project at CMF and the 64 bed ICF project at SVSP).

The CDCR and DMH shall work collaboratively in assuming their respective roles, with any issues that arise being resolved at the department level between the Statewide Director of Mental Health, DCHCS, CDCR, and the Deputy Director, Long Term Care Services, DMH.

D.1.4 Acute Care Hospital Location:
The December 2006 Bed Plan proposed to build additional Acute beds at multiple CCC sites. However, the CDCR and DMH have re-evaluated the allocation of these beds in an effort to model the Acute program on DHM's program structure and milieu. Based on this evaluation, all the 90 additional Acute beds proposed, under the December 2006 Bed Plan, will be planned for CIM. The following table (Table 1) indicates those changes:

| TABLE 1: Acute Care Beds | | | | |
|---|---|---|---|---|
| | **NUMBER OF ACUTE BEDS** | | | |
| Institution* | December 2006 Bed Plan | Supplemental Bed Plan Report – August 2007 (Proposed Re-Allocation) | | Change |
| RJD | 30 | 0 | | -30 |
| CMC | 30 | 0 | | -30 |
| CIM | 30 | 90 | | +60 |
| **Total:** | **90** | **90** | | **0** |
| * Richard J. Donovan Correctional Facility (RJD), California Men's Colony (CMC), and California Institution for Men (CIM). | | | | |

These changes shall be incorporated into the current capital outlay requests and facility planning. No other location changes for Acute beds are contemplated, however, a site review for CIM needs to be completed in order to establish it as the permanent site.

These changes capitalize on the economy of scale and operational efficiencies that may be realized through this consolidation. As an example, constructing one hospital of larger scale eliminates tasks that must be repeated in the design and construction of three separate facilities, and produces cost efficiencies. In addition, operational efficiencies are realized by having the administration of the program at one location, thereby eliminating the need for administrative staff at multiple sites, and reducing the overall total number of staff required.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

## D.2  Planning, Design, and Construction, of the CCCs:

The CCCs shall be planned and designed as secure mental health treatment facilities, with the focus of providing a continuum of quality care in a humane manner. The design approach will not be based upon structures designed as prisons that are then modified for use in mental health treatment. Rather DMH and CDCR management and clinicians from the CCC Project Team shall be involved from the beginning and throughout the planning and designing of these facilities, in order to maintain the facilities' design focus as a mental health treatment center secure enough to accommodate high security inmates.   To ensure security measures are met, representatives from the CDCR's Division of Adult Institutions (DAI) along with security consultants (individuals outside CDCR with demonstrated security design knowledge and experience) also will be engaged in the planning and design of the facilities. Where competing needs exist, the DMH and CDCR clinicians from the CCC Project Team shall ensure that the facilities' design does not compromise it as a secure mental health treatment center.

Attached to this report, as Enclosure II, is a list of preliminary physical plant issues and assumptions that must be considered in the planning and designing of these facilities, (See Enclosure II).

A generic schedule for the planning, design, and construction of the CCC at RJD has been established and is provided below for illustrative purposes.   This schedule assumes use of a design build project delivery method, which requires legislative approval, and is contingent upon the Legislature approving the necessary funding in keeping with the proposed schedule[11].

**CCC at RJD:**
11 months - Architectural Programming
14 months - Schematic Design
20 months - California Environmental Quality Act (CEQA)
21 months - Preliminary Plans and Bridging Documents
26 months - Award Design Build contract and Start Construction
59 months - Construction Completed

Per the above schedule, the estimated project duration to construct the medium-sized CCC at RJD is four (4) years and 11 months from initial funding. For comparative purposes, approximately six (6) to 12 months should be added or subtracted to this project duration for the larger and smaller CCCs respectively. It is important to note that each CCC would be staggered a minimum of 6 months

---

[11] It is important to note that at the time of writing this report, there is no Legislative authority to construct any of the five CCC's.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

due to available staff resources to move teams onto the next project, and front end processes. Staggering these projects in time may be required also due to the limited number of qualified design and construction professionals available to complete them, given the numerous major capital construction projects underway in California during this time frame.

## D.3  Activation and Operation of the CCCs:

The CDCR plans to conduct activation activities at the CCCs as construction of each facility is completed, and based on the staggered timing of the construction, the CDCR anticipates activating these facilities on a rollout schedule. In order to accomplish this, the CCC Project Team shall begin the development of a detailed operational plan during the design phase of each CCC project that can be "rolled into" a master plan for the entire building program.

Assuming nearly 60-months of planning, design and construction as the basis for CDCR's operational plan, and understanding also that it may be shortened, requires the CDCR to consider alternatives for establishing operational capability earlier. The only alternative that is sensible under this circumstance is to begin earlier than the CDCR might otherwise have done. Therefore, the CDCR expects to hire in 2007 the Deputy Director Consolidated Care Programs (See Figure 2, Section D.1.1 above) and utilize this person's expertise and attention to assist in the development of the full operational plan. The hiring of this position will be accomplished within existing DCHCS resources.

The operational plan shall be developed using the project plans for the activation of two recent DMH programs, (i.e. SVPP and Coalinga State Hospital) as guides, (See Enclosure III, SVPP plan as an example). Examples of summary tasks[12] that may be included in the operational plan are listed below in Table 2. For illustrative purposes, timeframes based on the generic construction schedule have been applied to these summary tasks. In addition, these summary tasks have been divided into two phases with Phase I providing resources necessary to accomplish Phase II.

| Table 2: SAMPLE Consolidated Care Center Operational Plan | |
| --- | --- |
| Summary Task | Timeframe (Fiscal Years): |
| PHASE I: | |
| **I.A** **Administrative** Note: Includes hiring of Senior Management Team (including the Deputy Director Consolidated Care Programs and staff – Figure 2); temporary office space; and activation manual and operational plan development. | **2007/2008; 2008/2009** |

[12] A summary task consists of a logical group of tasks, called subtasks.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

| Table 2:  SAMPLE Consolidated Care Center Operational Plan | | Timeframe (Fiscal Years): |
|---|---|---|
| | **Summary Task** | |
| **I.B** | **Staff Recruitment**<br>Note: Includes training and developing CDCR staff at DMH facilities (or otherwise referred to as the core team). | **2009/2010 (core team)**<br><br>**(ongoing through) 2011/2012** |
| **PHASE II:** | | |
| **II.A** | **Operational Manual Development and Approval** | **2011/2012** |
| **II.B** | **Policy and Procedures Development and Approval**<br>Note:  The CCC Project Team shall use DMH's policies and procedures and operations manual, along with other pertinent documents, from the Vacaville Psychiatric Program and Salinas Valley Psychiatric Programs to assist in the development of similar documents for the CCCs.  These documents will also be reviewed with experts for potential revision. | **2011/2012** |
| **II.C** | **Construction\*\***<br>Note:  Includes Information Technology, facility walk through, punch list development and completion. | **(ongoing through) 2012/2013** |
| **II.D** | **Operational Drills** | **2012/2013** |
| **II.E** | **Administration Activation** | **2012/2013** |
| **II.F** | **Facility Activation**<br>Note:  Includes licensing preparation, Fire Marshal survey, Department of Health Services survey, and patient admissions. | **2012/2013\*** |
| Facility activation is estimated to take six (6) months after construction completion (Summary Task II.C).<br>\*\* It is important to note that at the time of writing this report, there is no Legislative authority to construct any of the five CCC's, which may impact this timeframe. | | |

It is important to note that operational plan development will include the identification of staff required, in incremental numbers and classifications, along with the necessary request for budget authority beginning with the 2009/2010 budget cycle and following years, to bring up management and staff sufficient to operate the facilities once they are completed.

Attached to this report, as Enclosure IV, is a list of preliminary staffing and recruitment issues and assumptions that must be considered in developing the operation plan for these facilities, (See Enclosure IV).

## D.4    Consolidation of the Mental Health Program:

The December 2006 Bed Plan proposes to transfer the male mental health programs from currently staffed programs in institutions such as COR, MCSP, and Pelican Bay State Prison (PBSP) to the CCCs, CMF, and SVSP.  This report modifies the December 2006 Bed Plan to retain the mental health program at PBSP as it currently exists.  This modification is requested due to PBSP's unique

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

mission, its history of successful mental health program operation, and its remote location. Therefore, if adopted this change would result in the existing 64 bed EOP, 128 bed Psychiatric Services Unit (PSU), and 10 MHCBs remaining at PBSP.

The CCC Project Team shall be responsible for developing, implementing, and managing a detailed transition plan to accomplish the consolidation of the mental health program, and ensure that the mental health needs of the inmate-patients are met throughout the consolidation process. The transition plan will have several subsidiary plans that address, at a minimum: staffing, transportation, and return of beds to alternate use. Examples of major actions to be included in these plans follows.

**Staffing:** A staffing plan for the reduction of staff through attrition at institutions with either a removal or reduction in mental health beds shall include:
- When staff leave positions that are to remain vacant, ensure registry staff is hired to cover vacancies.
- Actions to be taken to address staff remaining in positions that are to be reduced.

**Transportation:** For MHCB care, a limited number of beds were reduced in the December 2006 Bed Plan[13], leaving institutions with the ability to treat crisis patients locally as opposed to transporting a patient throughout the State to an available bed. This allows for greater availability of MHCBs closer to patients. However, if transportation is required, the greater distribution of larger MHCB units at the CCCs and CMF allows for a decrease in transport distance to care, thereby increasing access to mental health services. A transportation support plan shall include:
- Actions required to ensure appropriate inmate-patient care. security, escorting, and timely transport of mental health patients from institutions with either a removal or reduction in mental health beds, (with transportation not initiating until sufficient capacity exists at the CCCs).
- Actions required to ensure appropriate inmate-patient care, security, escorting, and on-going transport from the affected institutions to the CCCs, CMF, SVSP and PBSP.

---

[13] Mental Health Bed Plan, December 2006. Enclosure II. Table #1. It is anticipated that at San Quentin there will be a total of 32 MHCBs comprised of: 12 MHCBs in the Condemned Complex and 20 MHCBs in Building 22.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

**Mental Health Bed Return:**   A plan for the mental health beds (both permanent and temporary) returned to other uses shall include:

- Coordination with custody and the Receiver's office for the return of 92 Correctional Treatment Center (CTC) or General Acute Care Hospital (GACH) beds.
- Coordination with custody and the Receiver's office for the return of the remaining 1,644 mental health beds[14].

It is anticipated that transitional planning will begin approximately two years prior to the activation of the first CCC.  This timeline allows the project team time to begin longer-range activities such as the reduction of existing institutional staff through attrition, and the reallocation of existing staff to other institutions.  Throughout the consolidation process, the CCC Project Team shall coordinate with the DAI and DCHCS to ensure the inmate-patients' safety and security along with their health care needs are met.

## D.4   Coordination with the Receiver:

D.4.1  Coordination of Planning, Design and Construction:
A complicating factor in determining a schedule for the completion of the CCCs is the need to coordinate with the Plata Receiver's plans for constructing medical facilities.  The Receiver's plans are not yet completed, however the prisons at which he intends to build likely will include the five (5) identified sites for the CCCs.  Both the Receiver's plans and the CDCR plans for the CCCs include the requirement that the facilities be built outside the existing secure perimeter of the prisons selected as the sites for this construction.  The use of this space, and the relationship of mental health beds in the CCCs with the Receiver's plans for long-term medical care and disability housing, call for a coordinated approach for these two building programs.

While the basic timeline expressed in this report results from experience with typical construction projects, the CDCR will be evaluating options for expediting the construction process.  Since the Receiver will establish his plan sometime in mid to late August 2007, and determinations governing how it will proceed will be made thereafter, the CDCR cannot assure at this time that its present understanding of the timeline is accurate.  For the sake of operational planning, however, the CDCR needs to adopt a timeline and work back from the anticipated completion date to the present to establish an order of tasks that

---

[14] Mental Health Bed Plan, December 2006. Table III.D.1. Page 15. (Total beds [1,933] – MHCBs [92] – 197 beds at PBSP = 1,644).

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

need to be accomplished. The CDCR chose a 60-month timeline for this purpose, (See Table 2, Section D.3 above).

The CDCR expects to be able to bring more certainty to this picture once the Receiver's plan is known and initial planning has been accomplished.

### D.4.2  Coordination of Ongoing Operations:
The CDCR recognizes that collaboration with the Receiver is paramount to the successful creation and ongoing delivery of a continuum of health care services at the CCCs. Inmate-patients in the CCCs, as well as throughout CDCR, must have timely access to both medical and mental health services. Therefore, details regarding areas such as inmate-patients' access to care, shared services (e.g. pharmacy, nursing, and medical records), and staff roles and responsibilities shall be developed in a coordinated effort with the Receiver, and shall be included in the CCCs operational plan. The CDCR anticipates that this effort shall be undertaken during the initial planning stages of the CCCs and carried on through the operation of these facilities. Included shall be a coordinated effort to provide systematic and ongoing monitoring and evaluation of the access, quality and continuity of health care services to ensure these services meet, and continue to meet, constitutional standards. This system shall include elements to: diminish risk by preventive measures, produce quality outcomes, identify opportunities to improve the quality of services provided, evaluate and suggest improvement of systems, and to resolve problems that are identified in a timely, effective, and efficient manner.

## E.    Conclusion/Summary of Changes to the December 2006 Bed Plan:

This report plans the following modifications to the December 2006 Bed Plan:
- The DMH will continue to operate the Acute, ICF, and DTP programs at CMF and SVSP, inclusive of the new ICF beds to be built at each prison.
- The DMH will in collaboration with CDCR implement the ICF program at SAC.
- The DMH will initially operate the ICF program at SAC with CDCR continuing in a training modality. The responsibility of operating SAC will eventually transfer to CDCR.
- The DMH will assume an oversight role in the implementation of the ICF beds at the other CCCs[15] and CIW, however, at CIM the DMH, as with SAC, shall initially operate the Acute beds with eventual transfer to CDCR.

---

[15] These CCC sites are: RJD, CMC, CIM, and LAC.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

- The planned Acute beds shall be consolidation to CIM.
- The existing mental health mission at PBSP shall be maintained.

Enclosure V to this report indicates the above changes to the original December 2006 Bed Plan – Enclosures II and III. In the case of male inmate-patients these modifications are actually amendments to original Enclosure II, and for female inmate-patients the modifications are corrections of typographical errors. Furthermore, Enclosure V compares Navigant's current mental health bed forecast based upon Spring 2007 general population projections to the planned beds, (See Enclosure VI for full Navigant Bed Forecast)[16]. This comparison illustrates that the mental health beds, as currently planned, continue to sufficiently meet the projected need for such resources through June 2012, with the exception of EOP and EOP-ASU beds for female inmate-patients. The deficiency in female inmate-patient mental health beds shall be addressed in future planning efforts.

## F.    Documents Reviewed:

1. *Special Master's Report and Recommendations on Defendants' December 2006 Mental Health Bed Plan.* February 7, 2007.
2. *California Prison Health Care Receivership Corporation (CPR, Inc.) Prison Medical Care System Reform Plan of Action.* May 2007.
3. *Receiver's Fifth Quarterly Report.* June 20, 2007.
4. *Mental Health Bed Need Study – Based on Spring 2007 Population Projections.* July 2007. Navigant Consulting.

---

[16] Notes:
1) The July 2007 forecast recommends the use of the prior March 2007 forecast for male acute psychiatric bed need, therefore, all projected male acute bed needs are taken from the March 2007 forecast, (see *Mental Health Bed Need Study – Based on Spring 2007 Population Projections.* July 2007. Navigant Consulting. page 9).
2) There is a typographical error on page 41 of the July 2007 forecast that was corrected. In the table, under the "Program" column, in the row labeled "MHCB – Female Supply/Planned" the number of beds was changed, with the original text noted in strikeout format and the corrected text placed to the left of the original text. This change also affected the row directly below labeled "Bed Surplus/<Deficit>", with changes highlighted in the same manner.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

## G.    Acronyms:

| LIST OF ACRONYMS<br>for Report and Enclosures<br>(Arranged in Alphabetical Order) | |
|---|---|
| AB | Assembly Bill |
| AGPA | Associate Governmental Program Analyst |
| ASH | Atascadero State Hospital – DMH (Male) |
| ASU | Administrative Segregation Unit |
| APP | Acute Psychiatric Program |
| CCC | Consolidated Care Center |
| CDCR | California Department of Corrections and Rehabilitation |
| CEQA | California Environmental Quality Act |
| CIM | California Institution for Men |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| CO | Correctional Officer |
| COR | California State Prison – Corcoran |
| CSH | Coalinga State Hospital – DMH (Male) |
| CTC | Correctional Treatment Center |
| DAI | Division of Adult Institutions |
| DCHCS | Division of Correctional Health Care Services |
| DHS | Department of Health Services |
| DMH | Department of Mental Health |
| DTP | Day Treatment Program |
| EOP | Enhanced Outpatient Program |
| GACH | General Acute Care Hospital Bed |
| ICF | Intermediate Care Facility |
| LAC | California State Prison – Los Angeles County |
| LOC | Level of Care |
| LVN | Licensed Vocational Nurse |
| MCSP | Mule Creek State Prison |

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

| LIST OF ACRONYMS<br>for Report and Enclosures<br>(Arranged in Alphabetical Order) | |
|---|---|
| MHCB | Mental Health Crisis Bed |
| MTA | Medical Technical Assistant |
| PBSP | Pelican Bay State Prison |
| PSH | Patton State Hospital – DMH (Female) |
| PSU | Psychiatric Services Unit |
| PSW | Psychiatric Social Worker |
| RJD | Richard J. Donovan Correctional Facility |
| RN | Registered Nurse |
| RT | Rehabilitation Therapist |
| SAC | California State Prison – Sacramento |
| SMTA | Senior Medical Technical Assistant |
| SQ | California State Prison - San Quentin |
| SVSP | Salinas Valley State Prison |
| SVPP | Salinas Valley Psychiatric Program |
| VPP | Vacaville Psychiatric Program |

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

## TRAINING PLAN FOR CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR) PROJECT STAFF

**Goal:** To train CDCR executive and clerical staff to independently operate acute, intermediate and mental health crisis beds within designated CDCR institutions.

The training process will include CDCR members of the project team and headquarters staff being embedded into Department of Mental Health (DMH) facilities for possibly up to two years prior to the activation of a CDCR mental health program. Clinically privileged psychologists and psychiatrists will provide direct patient care in their assigned facility, and although the CDCR staff are hired by CDCR, DMH has full supervisory responsibilities until such time that CDCR and DMH jointly determine that the project staff are competent to work independently.

The following provides more detail and may need to be modified based on project need.

## Phase 1. Pre-Activation of the CDCR Mental Health Programs (1-2 years)

Training/Objectives:

A. The CDCR headquarters staff and project team members will participate in training classes that include a general orientation to the DMH psychiatric programs, multidisciplinary team process, training in mental illness diagnoses (if not already shown competency), assessment expectation.

The CDCR project team members will participate in the DMH/Vacaville Psychiatric Program (VPP) orientation program with a goal of 100% attendance and at least 90% participation as indicated by the orientation trainers.

The CDCR headquarters and project team members will participate in available trainings that include the working processes of a multidisciplinary team which would also include role expectations of various staff within the team, the role of assessment in the treatment planning process and other related topics. Criteria for success is based on attendance and completion of all and any assignments.

B. The project team members will rotate between units on a monthly or bi-monthly basis with the opportunity to work on acute and intermediate level. It is expected that they will integrate into the team at a level compatible with each person's training. Staff will have direct patient involvement.

The CDCR project team members will spend one to two months working on a specific patient unit and will rotate to another patient unit when that timeframe has elapsed. The project team member will be expected to work a schedule that is similar to other team members on that unit and is designated by the unit supervisor with the DMH administrative approval. The project staff member will meet with the designated supervisor every two weeks to discuss progress and any concerns. A written evaluation will be provided at the mid-term and final week of the training on that specific unit. The goal is for staff to be rated as having met the objectives for at

# SUPPLEMENTAL BED PLAN REPORT
## AUGUST 2007

least 80% of the skills listed and if there is an area for needing improvement, a plan will be developed to help that staff member develop the specific skills.

This process will occur for each unit the project staff member is assigned to for training. It is expected that training on the units will take at least six-twelve months.

The designated CDCR headquarters staff will also participate in training at the DMH psychiatric programs. However they will participate for less time on the units and in the administrative offices.

C. The project team staff having satisfactorily met the objectives for working on the patient units will begin to work with middle management and the executive staff. It is expected that they will learn the roles and duties of each of these positions with the intent of developing specific skills in the area that they will ultimately be assigned (executive, nursing, budgets, human resources, training, classification services, etc).

The CDCR project team members will spend two to three months working with the administrative and executive staff of the DMH facility. The project team member will be expected to work a schedule that is similar to others working in similar positions with the DMH administrative approval. The project staff member will meet with the designated supervisor every two weeks to discuss progress and any concerns. A written evaluation will be provided at the mid-term and final week of the training on that specific unit. The goal is for staff to be rated as having met the objectives for at least 80% of the skills listed and if there is an area for needing improvement, a plan will be developed to help that staff member develop the specific skills.

## Phase II. During the Transition-Activation Phase (1 year)

Training/Objectives:
The project team members will continue to function in a training capacity.

The CDCR headquarters staff and project team members will develop skills in staff hiring, plant operations, program development, licensing requirements, managerial skills, and other skills needed to effectively oversee the implementation and activation of a psychiatric program.

## Phase III. Activation Phase (1 year)

Training/Objectives:
The CDCR headquarters staff and project team members will demonstrate their skills by taking a more active role in staff hiring, plant operations, program development, licensing requirements, managerial skills, and other skills needed to effectively oversee the implementation and activation of a psychiatric program.

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

## PRELIMINARY PHYSICAL PLANT ISSUES AND ASSUMPTIONS FOR CONSIDERATION IN THE PLANNING AND PROGRAMMING PHASES OF THE CONSOLIDATED CARE CENTER (CCC) BUILDING PROGRAM

I.    Physical Plant Issues:

A. There will be numerous programmatic difficulties trying to operate Level III and Level IV (high-custody)[1] Intermediate Care Facility (ICF) programs contained within a single floor (RJD, SAC, CMC, LAC)[2] i.e., sharing group rooms and staff, differing program rules for each custody level, differing treatment foci for staff. Historically this has resulted in the custody level defaulting to the highest custody level, severely limiting the Level III ICF programming.   This issue shall be considered when planning and designing the CCCs.

B. There will be numerous programmatic difficulties at California Institution for Men (CIM) trying to operate an Acute level of care, Level III ICF and Level IV ICF in the same building and would be compounded if located on the same floor. This issue shall be considered when planning and designing CIM.

II.    Programming:

Maximizing the program's ability to provide the indoor and outdoor therapeutic modalities expected at the Acute and ICF levels of care shall be considered in the facilities' configurations.

III.    Assumptions:

A. *Therapeutic Containment Modules:*   Assuming the Department of Mental Health (DMH) treatment model and therapeutic milieu is utilized, there would be no cages or "therapeutic containment modules" permitted.

B. *Single Cell Construction:* The DMH assumption is that to maximize access to Level III ICF programs, all new construction is to be single-cell only. The Vacaville Psychiatric Program (VPP) single cells for Level III and IV can serve as feeders to the existing dormitories, which have been chronically underutilized (Salinas Valley Psychiatric Program Level IV ICF and VPP Level III ICF), thereby maximizing bed utilization.

C.    *Penal Code 1370s:* These inmate-patients are exclusively Level IV because Level III 1370s are assessed and treated at Atascadero State Hospital. At this time, it is assumed for the purposes of planning the CCCs that all 1370s will be housed in the same program.

---

[1] Throughout this document, Level IV (high-custody) refers to inmate-patients requiring celled housing.
[2] Richard J. Donovan Correctional Facility (RJD), California State Prison – Sacramento (SAC), California Men's Colony (CMC), and California State Prison – Los Angeles County (LAC).

Salinas Valley Psychiatric Program
Project Overview

SAMPLE

SAMPLE

**SAMPLE**

Salinas Valley Psychiatric Program
Project Overview

SAMPLE

SAMPLE

SAMPLE

SAMPLE

SAMPLE



**SAMPLE**

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

## PRELIMINARY STAFFING AND RECRUITMENT ISSUES AND ASSUMPTIONS THAT ARE ASSOCIATED WITH CONSOLIDATED CARE CENTERS (CCCs)

### I.     Staffing:

The clinical staffing package (physicians, psychologists, Psychiatric Social Worker [PSWs], and Rehabilitation Therapists [RTs]) is based on Salinas Valley Psychiatric Program (SVPP) and Vacaville Psychiatric Program (VPP) actual operations. Registered Nurse (RN), and Licensed Vocational Nurse (LVN)/ Medical Technical Assistant (MTA)[1] staffing for Level IV[2] is based on SVPP actual operations and Level III is based on VPP actual operations. Differences in building configurations may require adjustments to the staffing package.

- The Department of Mental Health (DMH) will utilize the MTA and Senior Medical Technical Assistant (SMTA) classifications. This is necessary to allow management to effectively gain access to patients. Therefore, DMH/California Department of Corrections and Rehabilitation (CDCR) will need to recruit MTAs and SMTAs which, with no pool to draw from, may take 2-4 years.

- The DMH uses the MTA and SMTA classifications to not only provide nursing and custodial services but also immediate access to patients. Otherwise, DMH would have to rely solely on Correctional Officers (COs) to access patients; thereby impacting groups, activities, feeding, basic nursing care, and response times to certain inmate-patient emergencies, by the need to wait for COs to assist with access. In addition, it would be a significant recruiting challenge for the CDCR to provide the necessary contingent of COs if MTAs were not used.

- Plan on requiring additional COs to perform MTA custody functions until sufficient MTA staff can be hired to replace registry (declining scale). MTAs provide nursing care, escorts, medications, vital signs, emergency medical response, cell searches, pat downs, fifteen minute health and safety round observations and documentation, observation during patient movement, group observation, and group and activity co-facilitation.

---

[1] As of May 31, 2007 all MTAs (including Senior MTAs and Health Program Coordinators) within CDCR were converted to Licensed Vocational Nurses (LVNs). Source: Receiver's Fifth Quarterly Report. Section II.G.4. Page 23. It is important to note, however, that DMH continues to use the MTA classification as a component in its treatment model for Acute and ICF care. In implementing DMH's treatment model at the CCCs and CIW this report assumes that MTAs will be utilized, however, the CCC Project Team shall consider the use of MTAs, or other appropriate classifications, working under the direction of the DCHCS-Mental Health Program, to achieve successful implementation of the Acute and ICF programs at each facility.

[2] Throughout this document, Level IV (high-custody) refers to inmate-patients requiring celled housing.

Enclosure IV

# SUPPLEMENTAL BED PLAN REPORT
# AUGUST 2007

## II.    Executive/Administrative Needs:

The CDCR does not currently have the managerial and executive staff classifications that have similar training and responsibilities to DMH.  DMH executive staff have hospital administration/health care administration training to run these programs.  If CDCR is unable to recruit individuals into these positions, then alternative strategies will be required to attract and retain qualified individuals.

## III.    Recruitment:

A.  To allow sufficient time to recruit, hire and train required MTAs, it is projected that hiring authority is needed two years prior to opening.

B.  Once employed and prior to the programs' opening, the MTAs will work at existing DMH programs (VPP & SVPP) for training and education.  The following are MTA training options:

    1.  CDCR hires and trains MTA staff, **or**

    2.  MTAs work for not less than three months or more prior to activation to understand treatment methods and treatment milieu.

C.  The programs may need to supplement the available MTA staff with registry LVNs and RTs until MTAs can be recruited.  Registry contracts should ensure continuity of care with consistent staff that know the patients as opposed to staff that turns over almost daily.

D.  The programs may utilize additional COs to compensate for lack of MTA staffing, (i.e., access to patients at additional cost).

E.  The program will undertake efforts to hire non-MTA staff (e.g. professional, clinical and support staff) 12 months prior to program openings.

## IV.    Assumption:

The programs are independent organizations; separate entities, not under the auspices of the prison and prison management.  If this assumption is implemented, departments such as Medical Records, Personnel, and Fiscal Services are contained within the program's staffing packages and are not under the prison authority.  This assumption limits the potential for maximizing cost efficiencies through the sharing of resources, however, it helps in maintaining the program's resources for duties for which they were authorized, by protecting them from being re-directed for other non-program related duties.

Enclosure V

# California Department of Corrections and Rehabilitation
## Mental Health Bed Plan, December 2006 - Enclosure II (Amended)▲

**MALES**

**Introduction:** As a general rule, the following proposal uses existing beds at five (5) Consolidated Care Center (CCC) sites" (the CCC sites are SAC, RJD, CMC, CIM, and LAC), plus at SVSP and CMF, and proposes to build additional capacity to meet and exceed Navigant's projected mental health bed need for June 2011, (based upon Spring 2006 population projections).

**PROPOSAL** - Assumes that the CDCR will operate the Acute and ICF programs and that there is no bed capacity at DMH hospitals (i.e. no beds at ASH, CSH, Napa, or Metro).

---

### INITIAL
**Expected Permanent Bed Capacity, June 2011 — NO NEW BEDS (Status Quo)**

**Table #1:** Number of permanent mental health beds anticipated in June 2011** with no construction of additional beds, (except where noted).

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-High Custody | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | 384 | 124 | 192 | 24 | | | | 724 |
| RJD | 330 | 63 | | 14 | | | | 407 |
| CMC | 580 | 54 | | 50 | | | | 684 |
| CIM* | | | | 18 | | | | 18 |
| LAC² | 450 | 54 | | 12 | | | | 516 |
| SVSP³ | 192 | 45 | | 10 | | | 128 | 375 |
| CMF⁴* | 600 | 58 | | 50 | 150 | 84 | 84 | 1,006 |
| PBSP⁵ | 64 | | 128 | 10 | | | | 202 |
| Sub-Total | 2,600 | 398 | 320 | 188 | 150 | 84 | 192 | 3,932 |
| Grand Total | 3,260 | 524 | 320 | 324 | 150 | 84 | 192 | 4,854 |

**Beds Deficient (Bed Need - Grand Total Beds Table #1)**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-High Custody | Total |
|---|---|---|---|---|---|---|---|---|
| COR | -150 | 54 | | 23 | | | | 227 |
| MCSP | 510 | 36 | | 8 | | | | 554 |
| SQ | | 36 | | 32 | | | | 68 |
| HDSP | | | | 10 | | | | 10 |
| ISP | | | | 12 | | | | 12 |
| KVSP | | | | 10 | | | | 10 |
| NKSP | | | | 5 | | | | 5 |
| PVSP | | | | 5 | | | | 5 |
| SATF | | | | 16 | | | | 16 |
| SOL⁶ | | | | 9 | | | | 9 |
| WSP | | | | 6 | | | | 6 |
| Sub-Total | 660 | 126 | 0 | 136 | | | | 922 |

Navigant Bed Need, June 2011 — Grand Total Beds (Table #1) **1,452**

---

### PROPOSAL
**New Beds to be Constructed + Reduction of Existing Beds**

**Table #2:** Estimated number of new permanent beds to be constructed by June 2011, and reduction of existing permanent beds to meet the bed deficiency in Table #1.

**NEW BEDS**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-High Custody | Total |
|---|---|---|---|---|---|---|---|---|
| SAC | 336 | | | 26 | | 46 | 24 | 432 |
| RJD | 390 | 62 | 128 | 16 | | 46 | | 642 |
| CMC¹ | | 71 | 125 | | | 46 | 24 | 1,043 |
| CIM* | 720 | 125 | | 30 | 90 | 46 | 24 | 1,035 |
| LAC | 270 | 71 | | 38 | | 46 | 24 | 449 |
| SVSP | 96 | 70 | | | | | | 166 |
| CMF* | | | | | | | | 0 |
| PBSP | | | | | | | | 0 |
| Sub-Total | 2,532 | 453 | 256 | 110 | 90 | 230 | 120 | 3,791 |

**REDUCTION OF EXISTING BEDS**

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-High Custody | Total |
|---|---|---|---|---|---|---|---|---|
| COR | -150 | -54 | | -23 | | | | -227 |
| MCSP | -510 | -36 | | -3 | | | | -549 |
| SQ | | -36 | | -5 | | | | -36 |
| HDSP | | | | -5 | | | | -5 |
| ISP | | | | | | | | -5 |
| KVSP | | | | -12 | | | | -12 |
| NKSP | | | | -5 | | | | -5 |
| PVSP | | | | | | | | 0 |
| SATF | | | | -11 | | | | -11 |
| SOL | | | | -9 | | | | -9 |
| WSP | | | | -1 | | | | -1 |
| CIM | -580 | -54 | | -18 | | | | -634 |
| SVSP* | | -45 | | | | | | -18 |
| Sub-Total (net) | -1,240 | -225 | | -67 | | | | -1,532 |
| Grand Total (net) | 1,292 | 228 | 256 | 23 | 90 | 230 | 120 | 2,239 |

Adjustment - Add Reserve** from Table #3 **787**
Bed Deficiency Adjusted for Reserve **2,239**

---

### FINAL
**Expected Permanent Bed Capacity WITH CONSTRUCTION OF NEW BEDS — Post Implementation of Mental Health Bed Plan, December 2006 (Proposal)**

**Table #3:** Number of permanent mental health beds anticipated through construction of new beds.

| Institution | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-High Custody | ICF Sub-Total | Total |
|---|---|---|---|---|---|---|---|---|---|
| SAC | 720 | 124 | 192 | 50 | 46 | | 24 | 24 | 1,156 |
| RJD | 720 | 125 | 128 | 30 | 46 | | 24 | 24 | 1,133 |
| CMC | 720 | 125 | | 50 | 46 | | 24 | 24 | 1,029 |
| CIM | 720 | 125 | | 50 | 90 | 46 | 24 | 24 | 1,035 |
| LAC | 720 | 125 | | 50 | 46 | | 24 | 24 | 965 |
| SVSP | 288 | 70 | | 10 | | 128 | | 128 | 496 |
| CMF | 600 | 58 | | 50 | 150 | 84 | 64 | 148 | 1,006 |
| PBSP | 64 | | 128 | 10 | | | | | 202 |
| Sub-Total | 4,552 | 752 | 280 | 240 | 314 | 84 | 312 | 626 | 7,026 |
| Grand Total | 4,552 | 752 | 576 | 240 | 314 | 84 | 312 | 626 | 7,059 |

| | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-High | ICF Sub-Total | Total |
|---|---|---|---|---|---|---|---|---|---|
| Navigant* | 4,175 | 675 | 401 | 224 | 299 | | 264 | 563 | 6,306 |
| Reserve* | 317 | 77 | 175 | 16 | 15 | 48 | | 63 | 787 |
| % Reserve | 9.0% | 11.4% | 43.6% | 7.1% | 5.0% | 18.2% | | 11.2% | |

*The reserve is above the forecasted mental health bed need in the Navigant study. The reserve is included in the Mental Health Bed Study — 2006 Update. Navigant Consulting, June 2006.
**Source: Mental Health Bed Need Study — 2006 Update, Navigant Consulting, June 2006.

---

**SPRING 2007 FORECASTED BED NEED FOR FISCAL YEAR 2011/2012:**

| | EOP | ASU | PSU | MHCB | Acute | ICF | ICF-High | ICF Sub-Total | Total |
|---|---|---|---|---|---|---|---|---|---|
| Navigant** | 3,684 | 639 | 430 | 222 | 304 | 307 | | 611 | 5,895 |
| Reserve | 488 | 113 | 67 | 17 | 18 | 10 | 5 | 15 | 1,198 |
| % Reserve | 13.3% | 40.8% | 6.2% | 8.1% | 5.3% | 1.6% | 2.5% | | |

** Source: Spring 2007 Population Projections, Navigant Consulting, March 2007.

---

* Note: will not use existing EOP, ASU, or MHCB at CMF and CIM.
** Data sources for Permanent Beds: Health Care Placement Unit, Licensing Unit, and Office of Facilities Management.

¹ Assumption: CMC - The 50 bed MHCB project proposed in the Interim ICF and MHCB Plan, June 2006 will be constructed.

² Assumption: LAC - The 150 bed EOP project is proposed in the April 2006 plan will be constructed.

³ Assumptions: SVSP - 1. The 64 bed EOP project will be constructed. 2. All 128 ICF beds are counted as High Custody.

⁴ Assumptions: CMF - 1. ICF: The 64 bed ICF facility as proposed in the April 2006 plan will be re-scoped to construct a 70 bed EOP-ASU, and will convert existing space at SVSP to accommodate an additional 96 EOP beds. 2. EOP - SVSP - The current 46 ASU beds will be included in the proposed new 70 bed ASU conversion is used. 3. MHCB: The 50 bed MHCB unit is constructed.

⁵ Note: One permanent bed will return for temporary beds, (i.e. 36 MHCB at CMC, 112 ICF beds at SVSP, and 36 ICF beds at CMF P-3).

⁶ SOL - CTC can treat only 9 MHCB patients because of physical plant issues.

▲ The Supplemental Bed Plan Report - August 2007 amends the December Bed Plan - 2006. Modifications to the original December Bed Plan - 2006 Enclosure II are underlined and shaded.

August 17, 2007

# California Department of Corrections and Rehabilitation
## Mental Health Bed Plan, December 2006 – Enclosure II (Amended)

**MALES**

Table #4: Actual vs. Target Reserve: The reserve is the number of beds above the forecasted mental health bed need in the Navigant study. The reserve is included in the Mental Health Bed Plan, December 2006, to allow additional program flexibility in an effort to ensure sufficient bed capacity exists once the facilities are constructed.

Table 4.A: Indicates how the target reserve was calculated using the percent increase in projected populations for the years indicated in the Spring 2006 Navigant Study as minimums and maximums and calculating a target reserve based on the midpoint of the two.*

Table 4.B: Indicates actual reserve for the proposal along with the difference between the actual and the target reserve.*

### Table 4.A:

| | Navigant Spring 2006: Projected Population By Year and Percent Increase | | | | | | Midpoint | |
|---|---|---|---|---|---|---|---|---|
| | Minimum | | | Maximum | | | | |
| | 2010 | 2011 | % | 2007 | 2011 | % | Target % Reserve | Target Reserve |
| EOP | 4,123 | 4175 | 1% | 3,672 | 4175 | 14% | 7.5% | 312 |
| ASU | 666 | 675 | 1% | 572 | 675 | 18% | 9.7% | 65 |
| PSU | 390 | 401 | 3% | 332 | 401 | 21% | 11.8% | 47 |
| MHCB | 266 | 268 | 1% | 252 | 268 | 6% | 3.6% | 10 |
| Acute | 222 | 224 | 1% | 203 | 224 | 10% | 5.6% | 13 |
| ICF | 294 | 299 | 2% | 267 | 299 | 12% | 6.6% | 20 |
| ICF (High Custody) | 261 | 264 | 1% | 197 | 264 | 34% | 17.6% | 46 |
| | | | | | | | Total: | 513 |

### Table 4.B:

| | Actual Reserve for Proposal | | |
|---|---|---|---|
| | Actual % Reserve | Actual Reserve | Difference Between Actual and Target Reserve |
| EOP | 9.0% | 377 | 65 |
| ASU | 11.4% | 77 | 12 |
| PSU | 43.5% | 175 | 128 |
| MHCB | 29.5% | 79 | 69 |
| Acute | 7.1% | 16 | 3 |
| ICF | 5.0% | 15 | -5 |
| ICF (High Custody) | 18.2% | 48 | 2 |
| Total: | | 787 | 274 |

* Differences in the reserve numbers in Table 4.A, and Table 4.B are due to rounding.

Enclosure V

# California Department of Corrections and Rehabilitation
## Mental Health Bed Plan, December 2006 – Enclosure II (Amended[4])

**MALES**

| LIST OF ACRONYMS (Arranged in Alphabetical Order) | |
|---|---|
| ASH | Atascadero State Hospital – DMH (Male) |
| ASU | Administrative Segregation Unit |
| CCC | Consolidated Care Center |
| CDCR | California Department of Corrections and Rehabilitation |
| CIM | California Institution for Men |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| COR | California State Prison - Corcoran |
| CSH | Coalinga State Hospital – DMH (Male) |
| CTC | Correctional Treatment Center |
| DHS | Department of Health Services |
| DMH | Department of Mental Health |
| DOF | Department of Finance |
| DPA | Department of Personnel Administration |
| DTP | Day Treatment Program |
| DVI | Deuel Vocational Institution |
| EOP | Enhanced Outpatient Program |
| GACH | General Acute Care Hospital Bed |
| HDSP | High Desert State Prison |
| ICF | Intermediate Care Facility |
| ISP | Ironwood State Prison |
| KVSP | Kern Valley State Prison |
| LAC | California State Prison - Los Angeles County |
| MCSP | Mule Creek State Prison |
| MHCB | Mental Health Crisis Bed |
| NKSP | North Kern State Prison |
| PBSP | Pelican Bay State Prison |
| PSH | Patton State Hospital - DMH (Female) |
| PSU | Psychiatric Services Unit |
| PVSP | Pleasant Valley State Prison |
| RJD | Richard J. Donovan Correctional Facility |
| SAC | California State Prison - Sacramento |
| SATF | Substance Abuse Treatment Facility at Corcoran |
| SOL | California State Prison - Solano |
| SQ | California State Prison San Quentin |
| SVSP | Salinas Valley State Prison |
| WSP | Wasco State Prison |

August 17, 2007

# California Department of Corrections and Rehabilitation
## Mental Health Bed Plan, December 2006 Enclosure III (Corrected#)

## FEMALES

Introduction: The following proposal uses existing beds at female institutions, and proposes to build additional capacity to meet and exceed the mental health bed need for June 2011 as projected by Navigant, (based upon Spring 2006 population projections).

PROPOSAL. – Assumes that the CDCR will operate the Acute and ICF programs and that there will be no bed capacity at DMH hospitals, (i.e. no beds at PSH).

### INITIAL
Expected Permanent Bed Capacity, June 2011
NO NEW BEDS
(Status Quo)

Table #1: Number of permanent mental health beds anticipated in June 2011* with no construction of additional beds, (except where noted).

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | 54 | | | 12 | | 66 |
| CIW¹ | 75 | | 20 | 10 | 25 | 130 |
| VSPW | | 9 | | | | 9 |
| Total: | 129 | 9 | 20 | 22 | 25 | 205 |

| | |
|---|---|
| Navigant Bed Need, June 2011:* | 345 |
| Beds Deficient (Bed Need - Total Beds Table #1): | 140 |
| Adjustment - PSU beds not projected and added back in: | 20 |
| Total Bed Deficiency with Adjustment: (20 PSU Beds + Beds Deficient) | 160 |

* Data sources for number of beds: Health Care Placement Unit, Licensing Unit, and Office of Facilities Management.

¹ Assumptions: CIW - 1. The 25 bed Acute/ICF facility proposed in the April 2006 plan will be constructed. Note: if this proposal is approved, the project will require a scope change to include the MHCB and Acute/ICF beds in Table #2.
2. The 20 bed PSU project is completed.

### PROPOSAL
New Beds to be Constructed

Table #2: Estimated number of new permanent beds to be constructed by June 2011 to meet the bed deficiency in Table #1.

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | | | | | | 0 |
| CIW* | 168 | 15 | | 3 | 17 | 203 |
| VSPW | | | | | | 0 |
| Total: | 168 | 15 | 0 | 3 | 17 | 203 |

| | |
|---|---|
| Bed Deficiency Table #1 | 160 |
| Adjustment - Add Reserve ^^ from Table #3 | 43 |
| Bed Deficiency Adjusted for PSU beds and Reserve | 203 |

* Assumptions: CIW - 1. EOP and ASU - New beds through conversion of existing space.
2. Acute/ICF and MHCB - 20 new beds will be added to the 25 bed Acute/ICF project proposed in the April 2006 plan.

### FINAL
Expected Permanent Bed Capacity, June 2011
WITH CONSTRUCTION OF NEW BEDS
Post Implementation Mental Health Bed Plan, December 2006
(Proposal)

Table #3: Number of permanent mental health beds anticipated through construction of new beds.

| Institution | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| CCWF | 54 | | | 12 | | 66 |
| CIW | 243 | 15 | 20 | 13 | 42 | 333 |
| VSPW | | 9 | | | | 9 |
| Total: | 297 | 24 | 20 | 25 | 42 | 408 |

| | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| Navigant:^ | 262 | 22 | N/A | 22 | 39 | 345 |
| Reserve:^^ | 35 | 2 | | 3 | 3 | 43 |
| % Reserve: | 13.4% | 9.1% | | 13.6% | 7.7% | |

* Source: Mental Health Bed Need Study - 2006 Update. Navigant Consulting, June 2006.

^^ The reserve is the number of beds above the forecasted mental health bed need in the Navigant study. The reserve is included in the Mental Health Bed Plan, December 2006, to allow additional program flexibility in an effort to ensure sufficient bed capacity exists once the facilities are constructed. See Table #4 below on Page 2 of 3 for further detail.

**SPRING 2007 FORECASTED BED NEED FOR FISCAL YEAR 2011/2012:**

| | EOP | ASU | PSU | MHCB | Acute/ICF | Total |
|---|---|---|---|---|---|---|
| Navigant*** | 339 | 23 | N/A | 16 | 33 | 412 |
| Reserve | -39 | -3 | N/A | 9 | 9 | -24 |
| % Reserve | -11.6% | -13.1% | | 56.3% | 27.3% | |

*** Forecasted need - Spring 2007 Population Adjustment. Source: Navigant Consultation, July 2007.
Based on Spring 2007 Population Adjustment.

# This document corrects a typographical error noted in the original Mental Health Bed Plan - December 2006 Enclosure III and provides an updated forecasted bed need. Corrections are limited to the PSU Table #3 with all changes underlined and shaded.

# California Department of Corrections and Rehabilitation
## Mental Health Bed Plan, December 2006 Enclosure III (Corrected*)

## FEMALES

Table #4: Actual vs. Target Reserve: The reserve is the number of beds above the forecasted mental health bed need in the Navigant study. The reserve is included in the Mental Health Bed Plan, December 2006, to allow additional program flexibility in an effort to ensure sufficient bed capacity exists once the facilities are constructed.

Table 4-A: Indicates how the target reserve was calculated using the percent increase in projected populations for the years indicated in the Spring 2006 Navigant Study as minimums and maximums and calculating a target reserve based on the midpoint of the two.*

Table 4-B: Indicates actual reserve for the proposal along with the difference between the actual and the target reserve.*

| Table 4.A: | Minimum | | | Maximum | | | Midpoint | |
|---|---|---|---|---|---|---|---|---|
| | Navigant Spring 2006: Projected Population By Year and Percent Increase | | | | | | | |
| | 2010 | 2011 | % | 2007 | 2011 | % | Target % Reserve | Target Reserve |
| EOP | 256 | 262 | 2% | 211 | 262 | 24% | 13.3% | 35 |
| ASU | 21 | 22 | 5% | 19 | 22 | 16% | 10.3% | 2 |
| MHCB | 22 | 22 | 0% | 17 | 22 | 29% | 14.7% | 3 |
| Acute/ICF | 39 | 39 | 0% | 34 | 39 | 15% | 7.4% | 3 |
| | | | | | | | Total: | 43 |

| Table 4.B: | Actual Reserve for Proposal | | |
|---|---|---|---|
| | Actual % Reserve | Actual Reserve | Difference Between Actual and Target Reserve |
| EOP | 13.4% | 35 | 0 |
| ASU | 9.1% | 2 | 0 |
| MHCB | 13.6% | 3 | 0 |
| Acute/ICF | 7.7% | 3 | 0 |
| | Total: | 43 | 0 |

* Differences in the reserve numbers in Table 4-A. and Table 4-B are due to rounding.

Enclosure V

## California Department of Corrections and Rehabilitation
## Mental Health Bed Plan, December 2006 Enclosure III (Corrected #)

**FEMALES**

| LIST OF ACRONYMS (Arranged in Alphabetical Order) | |
|---|---|
| ASH | Atascadero State Hospital – DMH (Male) |
| ASU | Administrative Segregation Unit |
| CCC | Consolidated Care Center |
| CCWF | Central California Women's Facility |
| CDCR | California Department of Corrections and Rehabilitation |
| CIM | California Institution for Men |
| CIW | California Institution for Women |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| COR | California State Prison – Corcoran |
| CSH | Coalinga State Hospital – DMH (Male) |
| CTC | Correctional Treatment Center |
| DHS | Department of Health Services |
| DMH | Department of Mental Health |
| DOF | Department of Finance |
| DPA | Department of Personnel Administration |
| DTP | Day Treatment Program |
| DVI | Deuel Vocational Institution |
| EOP | Enhanced Outpatient Program |
| GACH | General Acute Care Hospital Bed |
| HDSP | High Desert State Prison |
| ICF | Intermediate Care Facility |
| ISP | Ironwood State Prison |
| KVSP | Kern Valley State Prison |
| LAC | California State Prison – Los Angeles County |
| MCSP | Mule Creek State Prison |
| MHCB | Mental Health Crisis Bed |
| NKSP | North Kern State Prison |
| PBSP | Pelican Bay State Prison |
| PSH | Patton State Hospital – DMH (Female) |
| PSU | Psychiatric Services Unit |
| PVSP | Pleasant Valley State Prison |
| RJD | Richard J. Donovan Correctional Facility |
| SAC | California State Prison – Sacramento |
| SATF | Substance Abuse Treatment Facility at Corcoran |
| SOL | California State Prison – Solano |
| SQ | California State Prison San Quentin |
| SVSP | Salinas Valley State Prison |
| VSPW | Valley State Prison for Women |
| WSP | Wasco State Prison |

August 17, 2007

Page 3 of 3



# Consulting Services for California Department of Corrections

## Mental Health Bed Need Study – Based on Spring 2007 Population Projections

### July, 2007

**Navigant Consulting**

1

# Assignment & Scope

The CDCR engaged Navigant Consulting for a three year contract to provide semi-annual updates of the forecasts for CDCR Mental Health programs. This is first update that uses CDCR population projections that were published in 2007 (Spring 2007). It follows the "Mental Health Bed Need Study – 2006 Update" (June 2006) which included the incorporation of results from the Unmet Need Assessment (UNA) into the model. It also follows the "Mental Health Bed Need Study – Based on Fall 2006 Population Projections" completed in April 2007. The original report by Navigant (then Tucker-Alan, Inc.) was the 2002 *Mental Health Bed Need Study* report.

As in 2002 and 2006, John Misener of McManis Consulting remains the lead author and forecaster for the materials in this report.

Following a discussion with CDCR it was determined that this version should be prepared using 9 months data for fiscal year 2006-2007 rather than waiting for the full fiscal year.

A session with CDCR staff, DMH representatives and the assistant attorney general was conducted to both review the March 2007 report and to discuss future modeling changes.

On May 16, 2007 Mr. Misener met with the Asst. Special Master Matthew Lopes and two court experts Dr. Melissa Warren and Dr. Jeffrey Metzner to continue the discussion of the model, it's underlying concepts and potential for future improvements.

The draft of this report was discussed on June 20, 2007 conference call with CDCR and DMH staff.

On July 9, 2007 another conference call was conducted by the Asst. Special Master Matthew Lopes, the court experts, and several key CDCR and DMH staff and Mr. Misener to discuss issues and ideas initially outlined in the May 16th meeting. Responses to some of the issues discussed in these meetings are addressed in the next section of this report.

2



# FY2007 9 month update – Issues & Features

- Individual programs continue to grow or evolve such as the Crisis beds at CMF, the expansions at SVPP, the Coalinga ICF and changes at ASH etc. As such the modeling needs to be flexible to provide the most reasonable future projections.

- Nine months of FY2007 (ending 3/31/07) were used to forecast the full year.

- Population Update: "Spring 2007 Adult Population Projections" were received and added to the models replacing the Fall 2006 values used in the March 2007 report. The male projections were lower than the Fall 2006 projections by 0.9% to 1.5% depending on the forecast year. This is a further drop from the Spring 2006 projections used in the June 2006 report. In 2011 the male population is 3.5% lower than that forecast in Spring 2006.

- The female projections increased from the Fall 2006 CDCR projections but are still below those projections used in the June 2006 report. In 2011 the new female projection is 5.6% lower than the Spring 2006 values.

- At the Coalinga ICF, only 11 cases have been discharged since its inception in May 2006. Average length of stay of these inmates was 190 days. The average length of stay for inmates at CSH as of 5/8/07 was 296. As of 5/8/07 there have been only 60 inmates listed on the BUM report since May 2006.

- The Discharge Rate model though generally preferable is limited for certain programs because the record level data does not differentiate between more than one patient type in some facilities (e.g. DMH does not break out Acute from Intermediate patients at ASH, neither DMH or HCCCP differentiates ICF from DTP patients at CMF, or Acute from Crisis patients at CMF-APP). However use of the BUM report for VPP allowed independent analysis of the Crisis Units at CMF.

3

# FY2007 9 month update – Issues & Features (Cont'd)

- It is recommended that on their monthly download file that DMH separate out the Crisis and Acute patients at CMF-APP by use of separate codes or flags to allow for separation of programs. Though use of the BUM reports has improved identification of the S-1 & S-2 Crisis patient's discharge activity, the Acute patients are still too difficult to break out. It is recommended that HCCUP add Coalinga ICF; and, also to add the MHCB units at CMF to its CADDIS database separating the data out from the Acute "63" facility code.

- Discussion topic: At the May 16 meeting with the Asst. Special Master and court experts, Dr. Warren discussed her observation that an analysis could be made to compare rates of MHCB referrals by prison. An example HCPU document, "Transferred and Rescinded MHCB Referrals by Institution and Prior Level of Care- January 2007" could perhaps be combined with the population of those prisons to show an array of referral rates. From this information, assuming rates are consistently higher or lower by prison over several months, some observations could be made about under-referring. Should this be the case, an adjustment to the overall utilization rate could be made assuming that the low referral rates could represent unmet need. It was discussed that the mission, mental health population composition and inmate custody characteristics of each prison may make a fair comparison a modeling challenge. Mr. Misener requested and received data from HCPU to study the possibility of developing an ancillary methodology in the future.

- Research on MHCB wait list sampling: the author requested that HCPU gather a three month sample of MHCB wait list census on a daily basis to evaluate whether the current practice of weekly sampling was sufficient and statistically valid. The results of the weekly versus daily comparison were that the weekly sample mean was higher (9.25) than the daily mean (7.42) and that the sample was a representative sample at the 95% confidence interval. No change in methodology was recommended.

Mental Health Bed Need Study Update (Spring 2007 population)

# FY2007 9 month update – Issues & Features (Cont'd)

- MHCB Referrals from OHU's & MH-OHU's: In response to an assertion that the SAC MH-OHU is not referring MHCB cases to the HCPU, a request was made to HCPU to research MHCB referrals from all OHU's & MH-OHU's. Based on HCPU's MHCB Monthly Report and from HCPU staff daily interaction with all 33 institutions, it appears that the MHCB waiting list does effectively include the patients from OHU's and MH-OHU's either identified as in need of MHCB level of care or that have been on psychiatric observation for 48-72 hours. The MHCB Monthly Report reflects that SAC MH-OHU staff are referring MHCB cases to HCPU staff when their own CTC is full. In fact in April 2007 they had CDCR's third highest referral rate at 12, and placed 6 of those referrals in alternate MHCB's. HCPU staff are comfortable that OHU and MH-OHU staff are appropriately referring cases for MHCB level of care, noting that OHU and MH-OHU institutions want to transfer these problematic type cases to alternate institutions and have no incentive to keep them. In addition, these institutions are aware, and do not wish to be identified through monitoring for not referring these types of cases within 72 hours.

- Overflow MHCB Referrals from CTC/MHCB Hub institutions: It is acknowledged that HCPU staff have encountered some instances where CTC/MHCB Hub institutions have been reluctant or inconsistent with referring overflow MHCB cases to HCPU for alternate placement consideration. It is noted that there is some incentive to not refer these type of cases, because they often will have an imminent opening in their own MHCB unit, and once on the MHCB waiting list their cases would be referred to the next available MCHB that may be a great distance away. Currently these type of cases are not tracked, so it is not possible to accurately quantify whether all overflow MHCB cases are being referred appropriately to HCPU for alternate placement consideration. Further investigation regarding tracking these cases may be warranted for subsequent forecast reports.

5

# Forecast Index

- Acute Psychiatric Inpatient - Males — p. 7-13
- Acute and Intermediate Inpatient — Females — p. 14-15
- Intermediate Psychiatric Inpatient — Males — p. 16-20
- Mental Health Crisis Beds — Males — p. 21-26
- Mental Health Crisis Beds — Females — p. 27-28
- EOP — General Pop — Males — p. 29
- EOP — Ad Seg — Males — p. 30
- PSU -Male (Psychiatric Services Unit) — p. 31
- EOP — General Pop — Females — p. 32
- EOP — Ad-Seg — p. 33
- PSA — Female — p. 34
- CCCMS — Males — p. 35
- CCCMS — Females — p. 36
- Appendix — p. 37

6

# Acute Psychiatric Inpatient Bed Need – Male
## Discharge Rate - Method 1 (adjusts for crisis patient volume)

### Acute Inpatient Program at California Medical Facility (CMF) Bed Need Forecast – Discharge Rate Model

| Acute Psychiatric Program (CMF) | Actual | | | Estimates /a | | Est. (9mo) | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population - Male Inmates (Spring 07) | 148,463 | 150,551 | 157,859 | 153,373 | 160,817 | 163,448 | 165,891 | 168,347 | 170,393 | 172,845 | 175,613 |
| Discharges /1000 Males b/ | 6.90 | 4.92 | 6.74 | 7.00 | 7.20 | 7.17 | 7.21 | 7.23 | 7.25 | 7.26 | 7.27 |
| Discharges from CMF-Acute | 1031 | 742 | 1031 | 1056 | 984 | 951 | | | | | |
| ALOS_CMF-APP c/ | 58.2 | 58.3 | 49.3 | 46.8 | 52.2 | 63.0 | 63 | 63 | 63 | 63 | 63 |
| Discharges of unserved [UNA estimate] d/ | - | - | - | 17 | 4 | | | | | | |
| Wait List Census @ 90th Percentile e/ | | | | | 33 | 37.9 | | | | | |
| Discharges on Waitlist @ [est] f/ | | | | | 231 | 219 | | | | | |
| Total Discharge Est. & Forecast | | | | 1,073 | 1,219 | 1,170 | 1,196 | 1,218 | 1,236 | 1,255 | 1,277 |
| Patient Days [includes waitlist & UNA_est.] | 59,977 | 43,278 | 50,869 | 50,167 | 63,570 | 73,752 | 75,364 | 76,760 | 77,684 | 79,101 | 80,467 |
| Average Daily Census [unadj for MHCB & ASH] | 164 | 119 | 139 | 137 | 174 | 202 | 206 | 210 | 213 | 217 | 220 |
| Adjustments g/ | | | | | | | | | | | |
| - Deductions - MHCB at CMF | | | | | | 35.1 | 36 | 36 | 37 | 37 | 38 |
| - Additions - ADC at ASH | | | | | 0.4 | 4.0 | 6.3 | 6.4 | 6.5 | 6.6 | 6.7 |
| Adjusted ADC | | | | | | 171 | 177 | 181 | 183 | 186 | 189 |
| Bed Need [90% Occ] | 183 | 132 | 155 | 153 | 194 | 190 | 197 | 201 | 204 | 207 | 210 |
| Discharge Rate Adj. Factor h/ | | | | | | 0.8% | 0.5% | 0.4% | 0.2% | 0.1% | 0.0% |

a/ Revised DMH data was used. FY05 and FY06 were complete. FY07 annualized from 9 months data.

b/ Discharge Rate includes potential discharges estimated for UNA inmates not transferred, wait list cases and cases admitted to CMF's S-1 and S-2 units

c/ ALOS has fluctuated with an overall drop from FY2002 2006 of over 5 days. However Jul-Mar 2007 DMH data indicated a rise to 63.0 days.

d/ Distribution of discharges during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006

e/ CMF-APP wait list averaged 13.5 for FY06. No wait list reported prior to July 2005. Due to great variability by month the 90th percentile was used instead of the average to help improve bed availability for monthly fluctuations. The 90th percentile increased to 37.9 for the 9 months of FY07 vs. 34.6 for the first 6 months of FY07.

f/ Potential "wait list" discharges are estimated using the 90th percentile census at the ALOS for the same year. These estimated discharges are then included in the discharge rate calculations and therefore are projected into the future.

g/ Neither Crisis patients at CMF nor Acute patients at ASH are not broken out by DMH or HCCUP. Used HCPU census data to adjust. Assumed growth with population increase.

h/ Assumes that rates will continue to increase at a decelerating rate to 2012. Based on an increase of 0.1% between FY2002 and 2007.

*This version of the Discharge Rate method is a called a "hybrid model" because in lieu of discharge data, the adjustments are made using HCPU census data for both the Crisis Beds at CMF and the ASH acute bed volume. The 9 month FY07 annualized volumes and rates for the CMF-APP program have some interesting features. The discharge rate drops somewhat from the FY06, but remains higher than that for FY05 when the majority of the UNA adjustments occurred. The average length of stay jumped however to 63 days, 10 days higher than in FY06. This is surprising as the jump coincides with the expansion of capacity for crisis patients. The counts for these patients however have not been segregated out from the total in DMH's database. So an adjustment is made to pull out the census tracked by HCPU for these MCHB units. Similarly the census at ASH acute program is added into the adjusted ADC. It also should be noted that the 90th percentile of the CMF-APP waitlist was used as in FY2006. This increases the likelihood of having available beds when there is significant fluctuation in demand.*

*The forecast ramps up a slower than the June 2006 forecast. There is a 8.7% difference between the three forecasts (in 2011). Over 40% of this difference can be attributed to the decrease in the population forecast. The 2006 forecast did not have data with which to adjust for either the ASH acute nor the CMF-APP crisis patients. The DMH data should add "flags" to their discharge data for those inmates who are discharged from the MHCB versus the Acute unit. Alternatively the BUM report with a few changes could separate out the inmates in Acute-only units.*

7

# Acute Psychiatric Bed Need – Male
## (Method 1) Cont'd



*Discharge Rate Trends – CMF-APP*

*The Discharge Rate for FY05 & FY06 was modeled higher to account for UNA inmates not transferred and for the wait list. The FY07 9 month unadjusted discharge rate is higher than the FY05 rate (majority of UNA adjustment occurred in FY05) and lower than the FY06 rate which had additional UNA adjustments added to the FY05 rate. A factor for continued growth in the Discharge Rate was made by taking the change between 2002 and 2007, then assuming that the average annual change would slow such that 2012 the rate is constant. This assumes increasing rates of acute psychiatric care usage in the male prison population.*

*Note: This data includes Crisis as well as Acute patients*

Mental Health Bed Need Study Update (Spring 2007 population)





# Acute Psychiatric Bed Need – Male
## (Census Rate - Method 2) – <u>RECOMMENDED METHOD</u>

Acute Inpatient Program at California Medical Facility (CMF) Bed Need Forecast – Census Rate Model

| Acute Psychiatric Program (CMF) | Actual | | | Estimates | | Est. (9mo) | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 07) | 148,153 | 150,851 | 152,859 | 151,323 | 156,812 | 163,140 | 165,891 | 168,347 | 176,303 | 172,845 | 175,683 |
| Census Rate b/ | 0.92 | 0.94 | 0.89 | 0.85 | 1.10 | 0.98 | 0.98 | 0.99 | 1.00 | 1.00 | 1.00 |
| ADC from databases | 137 | 142 | 136 | 129 | 145 | 121.3 | | | | | |
| ADC - UNA res, unserved c/ | | | | 2 | 1 | | | | | | |
| Wait List ADC "net UNA" d/ | | | | | 31 | 37.9 | | | | | |
| Total ADC Est. & Forecast | | | | 131 | 177 | 159 | 163 | 167 | 170 | 173 | 175 |
| Bed Need (90% Occ) | 152 | 157 | 151 | 146 | 197 | 177 | 182 | 185 | 189 | 192 | 195 |
| Census Rate Adj. Factor e/ | | | | | | 1.1% | 0.9% | 0.7% | 0.5% | 0.2% | 0.0% |

June Bed Need forecast

| | | | | 183 | 184 | 202 | 213 | 220 | 226 | 229 |
|---|---|---|---|---|---|---|---|---|---|---|

| | Est. (6mo) | Forecast | | | | |
|---|---|---|---|---|---|---|
| | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| March 2007 Bed Need Forecast | 194 | 202 | 209 | 215 | 219 | 222 |

a/ FY06 updated to include full FY06 (June report based on 8 months data.) FY07 based on 9 months annualization.
b/ Census rate includes potential census estimated for UNA inmates not transferred - and - wait list estimates. Also it includes new ASH Acute volumes. Average ASH census was 8.35 in FY2006 and 5.35 in the first 6 months of FY 2007. It dropped to 4.3 for the 9 months of FY07 because its census dropped to zero in February 2007.
c/ Distribution of patient days during UNA study of transferred inmates: 00% in FY2000; 20% in FY2006
d/ CMF-APP averaged 13.5 for FY06. Due to great variability by month the 90th percentile was used instead of the average to help improve bed availability for monthly fluctuations. The 90th percentile was 34.9 in the first 6 months of FY07 increasing to 37.9 for 9 months FY07
e/ Assumes that rates will continue to increase at a decelerating rate to 2012. Based on an increase of 5.7% between 2002 and 2007.

*Because of the lack of separation of the Acute and Crisis patients in the discharge data, this Census Rate method is preferred over the Discharge Rate method, as HCPU separates out the MHCB patients in the new units. For this reason this is the recommended method. However, the addition of the designated crisis beds at CMF appears to have has generated a slower ramp-up in the Acute forecast compared to the June 2006 version as well as the March 2007 update.*

*There appears to be many transfers between the Acute and S-2 unit and length of stay analysis shows a wide variation in S-2 suggesting possible mixing of the two types of care. In short, there is a concern over the growing demand for Crisis beds at CMF distorting the true demand for Acute beds, particularly with the ASH program drop off. Because of this concern over undercounting the 2007 Acute census, the older March 2007 forecast is also shown above. <u>It is recommended that the March 2007 forecast "stand" as the preferred forecast while bed conversion from Crisis back to Acute reaches a more stabilized pattern.</u>*

*This concern may become less of an issue given the new order to return CMF's S-2 unit back to Acute use.*

# Acute Psychiatric Program – Male Census Trend



*Census in CMF-APP - 9 months FY07*



*Census in ASH's Acute Unit - 9 months FY07*

*CMF-APP Census trends reflect only those inmates in the Acute program, not crisis beds*

Source: HCPU 2007

Mental Health Bed Need Study Update (Spring 2007 population)

10

# Wait List Trend at CMF- Acute Psychiatric Program

## Wait List Census Trend at CMF-APP



*In FY07 median wait list = 25; 90th percentile = 43; maximum = 37.9; average = 23.2*

*Data on the CMF Wait List was available from July 2005. Periodic wait list spikes are pronounced.*

Data source: Department of Mental Health Vacaville Psychiatric Program–Acute Psychiatric Program Daily Review submitted to CDCR.
No evidence of Waitlist prior to July 12, 2005

11

Mental Health Bed Need Study Update (Spring 2007 population)

# Wait List Trend at CMF- Acute Psychiatric Program

*This is a sub-section of the chart on the proceeding page. Fluctuations are significant.*

### Wait List Census Trend at CMF-APP 9 months FY2007



*In FY07 median wait list = 25; 90th percentile = 37.9; maximum = 43; average = 23.2*

Data source: Department of Mental Health Vacaville Psychiatric Program-Acute Psychiatric Program Daily Review submitted to CDCR.

12

Mental Health Bed Need Study Update (Spring 2007 population)

# Acute Psychiatric Bed Need – Male
## (Method 2) Cont'd

*Census Rate Trends – CMF-APP – 9 mo. FY07*



*(From June 2006 Report)*

Census Rate Trends at CMF-APP

*There was a slightly lower Census Rate when recalculating for full year FY06 and using the new population projections. The FY07 (based on 9 months) rate has dropped, and therefore the Census Rate forecast increases from a lower base thus lowering the bed need using this method.*



# Acute & Intermediate Bed Need – Women

## Patton State Hospital Acute and Intermediate Programs

| Acute & Intermediate - Females | 2002 | 2003 | Actual 2004 | 2005 | 2006 | 2007 a/ | 2008 | Forecast 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 a/ | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 07) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 12,070 | 12,345 | 12,634 | 12,907 | 13,303 | 13,563 |
| Discharges /1000 Females b/ | 10.0 | 7.4 | 7.3 | 8.8 | 6.4 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| Discharges | 98 | 75 | 78 | 96 | 75 | 48 | 49 | 50 | 51 | 53 | 54 |
| ALOS | 94 | 117 | 79 | 123 | 127 | 203 | 203 | 203 | 203 | 203 | 203 |
| ADC | 25 | 24 | 17 | 32 | 26 | 27 | 27 | 28 | 29 | 29 | 30 |
| Bed Need @ 90% Occ | 28 | 27 | 19 | 36 | 29 | 30 | 30 | 31 | 32 | 33 | 33 |

a/ FY07 discharge rate dropped significant form earlier periods. There were only 36 discharges for PC2684 patients in the first 9 mo of FY07 which would drop the discharge rate dramatically. However, the ALOG of those patients was significantly higher than prior periods.
b/ Discharge rate adjustment factor not used due to drop off in rate for FY07 (9mo).

| June Bed Need Forecast | | | | | | 27 | 39 | 35 | 37 | 39 | 39 |

*The forecast assumes a constant discharge rate (i.e. 3.7/1,000)because historical data show a generally decreasing trend. The FY2007 discharges for 9 months annualized to only 48. DMH and CDCR input suggest that the opening of the MHCB unit at CIW has had the effect of reducing volume at Patton State. The census bar chart displayed on the next page combined with the ALOS increase to 203 for discharges in FY07 suggests that the patients at Patton are changing to longer term with fewer acute stays.*

*This update assumes the 2006 actual discharge rate as a constant in the forecasted years. Volumes were limited to PC2684 (CDC inmates referred to DMH for treatment).*

*This forecast is 19% lower than the June 2006 forecast in 2011. About 29% of the difference is due to the drop in population projections from Spring 2006.*

Mental Health Bed Need Study Update (Spring 2007 population)

14

Source: DMH database 2006.mdb and text files from 3 months 2007.

# Acute & Intermediate Bed Need – Women

## Patton State Hospital Acute and Intermediate Programs

### Census at Patton from July 2006-March 2007



*Median daily census = 20; average 20.2; 90th percentile = 23; maximum - 24*

*Census was arrayed by inmate over the FY2007 period to obtain a better understanding of patient flow and the volume at the hospital over the period.*

Mental Health Bed Need Study Update (Spring 2007 population)

15

Source: DMH database 2006.mdb and monthly DMH downloads.

# Intermediate Psychiatric Bed Need – Male
## (Census Rate Method)

**CMF-ACC**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | | Estimate a/ | Forecast | | | | |
| Population (Spring 07) | 146,563 | 155,091 | 152,323 | 152,323 | 164,891 | 162,490 | 165,891 | 166,247 | 176,920 | 172,846 | 172,693 |
| Census Rate b/ | 0.25 | 0.24 | 0.23 | 0.25 | 0.27 | 0.42 | 0.42 | 0.42 | 0.42 | 0.42 | 0.42 |
| ADC (HCPU data) | 37 | 37 | 36 | 41 | 63.0 | 68.1 | 69 | 70 | 71 | 72 | 73 |
| Bed Need (95% Occ) | 41 | 41 | 40 | 46 | 70 | 75 | 77 | 78 | 79 | 80 | 81 |

**CMF-DTP**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | | Estimate a/ | Forecast | | | | |
| Census Rate b/ | 0.28 | 0.29 | 0.27 | 0.25 | 0.23 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 | 0.24 |
| ADC (HCPU data) | 42 | 42 | 41 | 39 | 37.2 | 39.7 | 41 | 41 | 42 | 43 | 43 |
| Bed Need (95% Occ) | 46 | 47 | 45 | 43 | 41 | 44 | 45 | 46 | 47 | 47 | 48 |

**ASH**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | | Estimate a/ | Forecast | | | | |
| Census Rate b/ | 1.01 | 0.88 | 1.00 | 0.76 | 0.99 | 1.01 | 0.68 | 0.65 | 0.66 | 0.68 | 0.68 |
| ADC (HCPU data) | 150 | 132 | 152 | 117 | 115.6 | 110.2 | 113 | 115 | 117 | 118 | 120 |
| Bed Need (95% Occ) | 167 | 147 | 160 | 130 | 128 | 122 | 125 | 128 | 130 | 131 | 133 |

**Coalinga**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | | Estimate a/ | Forecast | | | | |
| Census Rate c/ | | | | | | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 |
| ADC (HCPU data) | | | | | | 46.8 | 50 | 51 | 52 | 52 | 53 |
| Bed Need (95% Occ) | | | | | | 54 | 56 | 56 | 57 | 58 | 59 |

**SVPP**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | | Estimate a/ | Forecast | | | | |
| Census Rate c/ | | | | | | 1.01 | 1.12 | 1.22 | 1.29 | 1.33 | 1.33 |
| ADC (from HCPU database) | | | | | | 7/3 | | | | | |
| ADC - UNA est. unreserved d/ | | | 11 | 3 | 10 | 165 | 186 | 205 | 270 | 279 | 233 |
| ADC on waitlist (Test UNA) | | | 54 | 92 | 159 | 27.9 | 28 | 28 | 28 | 28 | 28 |
| Total ADC Est. & Expected | | | | | | 214 | 258 | 259 | 275 | 256 | 256 |
| ADC on 1370 waitlist | | | | | | | | | | | |
| Bed Need (95% Occ) | | | 80 | 102 | 177 | 214 | 238 | 250 | 263 | 273 | 277 |
| Sub-Total Celled Housing ADC e/ | | | | | | 213 | 232 | 250 | 263 | 273 | 303 |
| Sub-Total Celled Housing Bed Need e/ | | | | | | 258 | 278 | 278 | 293 | 303 | 303 |
| Sub-total Intermediate Bed Need (form) | | | | | | 274 | 283 | 290 | 295 | 300 | 304 |

**All Intermediate - Combined**

| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | | | | | Estimate a/ | Forecast | | | | |
| ADC | 228 | 211 | 231 | 288 | 375 | 459 | 487 | 511 | 529 | 542 | 550 |
| Bed Need (95% Occ) | 254 | 234 | 256 | 320 | 416 | 510 | 541 | 567 | 588 | 603 | 611 |

June 2006 bed need Forecast

a/ HCPU census data updated for 12 months FY06, FY07 based on 9 months.
b/ Census rates for CMF-ACC, DTP, Coalinga and ASH are assumed to be constant at 2007 levels.
c/ Census rate for SVPP in 2006 and 2008 includes potential census estimated for UNA inmates not transferred. Also the SVPP wait list is also applied and included in the census rate. SVPP census rate was projected to increase at a gradually decreasing rate until 2012.
d/ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005, 20% in FY2006
e/ Celled housing census was estimated as follows: Of the 118 beds at SVPP, 86 are celled housing and of the 32 remaining double occupancy rooms, 50% are used by celled housing which equates to 16 beds or 102 of the 118 beds being used for celled housing (or 86%).

*Data for FY06 was updated for a full 12 months. FY07 forecasts were based on HCPU data for the first 9 months of the current fiscal year. The addition of the Coalinga program increased demand while lowering ASH's census. The census rate for SVPP was modeled to increase based on the overall annual rate of historical Intermediate care between 2002-2007 (assuming a leveling off in the rate by 2012). This model forecasts 2011 demand 7.3% higher than the June 2006 report's Census Rate method (exclusive of the addition for 1370 patients). Considering the lower Spring 2007 population estimates this current forecast is effectively about 10.8% higher after adjusting for the population difference. CDCR requested that additional bed need be added to accommodate 1370 patients (defendants requiring mental health services). This increased the bed need by 31 beds. These were all allocated to the "Celled housing" bed need.*

*The data to support the Discharge Rate model was insufficient for this program due to no Coalinga discharge data and the inability to segregate Acute patients from ASH.*

16

Mental Health Bed Need Study Update (Spring 2007 population)

# SVPP Has had a dynamic ramp-up in the Census Rate because it is relatively new program



### SVPP Census Rate Trend & Projection

*The SVPP Census Rate in 2012 increased from 1.29 in the March 2007 study update.*

17

# SVPP Census Trends July 2005 – March 2007

The Census Trends at SVPP are relatively static until the new unit opens in August 2006.



For 18 month period: SVPP median = 52; Min = 40; Max = 105

For 9 months of FY 2007 average = 82.4; median = 86; Min = 40 ; Max = 105

Mental Health Bed Need Study Update (Spring 2007 population)

18



# SVPP Wait List Trend (Intermediate – Male)



*SVPP Wait List Census Rate Trend – (PC2684's only)*

*The SVPP Wait List appears to be moderating or leveling off, however in the chart below, the 1370 defendants have pushed the total waitlist above 100 for most of the 9 month period.*



*SVPP CDCR Inmates + 1370 Wait List Census Rate Trend*

19

# ASH Census Trends July 2005 – March 2007

*The census trends at ASH exhibit variability with a drop in June 2006 (96) a peak in November 2006 (135) and the recent drop starting in January 2007 and reaching a low point on 3/28/07 at 93. . Median for the 9 mo. FY2007 is 118.*



## ICF and Acute Census Trends at ASH

*For 9 months FY07 ICF median = 113.5.5; Min = 92; Max = 129.   Acute census starts Sept 2005 (Median = 4.5, Min =0; Max = 12)*




Census reported as "0" for both programs and combined on 11/8/06 assumed to be a "non-report" and was deleted from the trend line.

C:\G MAIN\0 PROJECT\CDC 2\SPRING 2007\Analysis\[DMH UTIL Trends.xls]ASH census

20

Mental Health Bed Need Study Update (Spring 2007 population)



# Mental Health Crisis Bed Need – Male:  Discharge Rate Method 1

| MHCB - Males | 2002 | 2003 | 2004 | 2005 | 2006 | Estimate 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | | Actual | | | | | | Forecast | | | |
| Population (Spring 07) | 148,153 | 150,851 | 152,859 | 153,323 | 166,842 | 163,140 | 165,891 | 168,347 | 170,393 | 172,846 | 175,613 |
| Disch Rate a/ | 51.10 | 52.11 | 56.35 | 51.92 | 48.16 | 50.26 | 50.26 | 50.26 | 50.26 | 50.26 | 50.26 |
| Discharge from Database | 7570 | 7861 | 8613 | 7960 | 7745 | 8,200 | 8,338 | 8,462 | 8,564 | 8,688 | 8,827 |
| ALOS b/ | 8.0 | 7.6 | 7.2 | 7.2 | 8.7 | 8.05 | 8.1 | 8.1 | 8.1 | 8.1 | 8.1 |
| Disch Days | 60,402 | 59,618 | 61,654 | 57,424 | 67,096 | 66,017 | 67,130 | 68,124 | 68,952 | 69,944 | 71,064 |
| ADC | 165 | 163 | 169 | 157 | 184 | 181 | 184 | 187 | 189 | 192 | 195 |
| Wait List Census | | | | 53 | 40 | 7.6 | 7.6 | 7.6 | 7.6 | 7.6 | 7.6 |
| CMC c/ | | | | | | 35.2 | 36 | 36 | 37 | 37 | 38 |
| CMF 20 c/ | | | | | | 16.5 | 17 | 17 | 17 | 17 | 18 |
| CMF 25 c/ | | | | | | 18.6 | 19 | 19 | 19 | 20 | 20 |
| Total ADC | 165 | 163 | 169 | 210 | 224 | 259 | 263 | 267 | 270 | 274 | 278 |
| Bed Need (90% Occ) | 184 | 181 | 188 | 234 | 249 | 287 | 292 | 296 | 300 | 304 | 309 |

a/  Discharges per 1000 dropped in 2005 and again in 2006. The discharge rate leveled out in the first 9 months of FY07 and was assumed to remain constant going forward. Annualized discharges for 9 months differed from the annualized 6 months data by 1% (8,285 in March 2007 report).

b/  The June forecast assumed a steady ALOS of 7.2, however ALOS increased in FY2006 (full year) and then dropped in the first 9 months of FY07. It was assumed to remain at this level for the remainder of the forecast period. The 9 months annualized data increased to 8,195 from 7.93 in the 6 months data

c/  Neither CMC nor CMF's new Crisis units are yet reporting to HCCUP. HCPU data is applied.

June 2006 Bed Need Forecast

*This Discharge Rate (Method 1) does not adequately breakout the new program census at the newest programs (CMF) or at CMC. Therefore a "hybrid" model was created to add in the census at CMF and CMC from the HCPU census reports.*

*It is assumed that much of the increase in this forecast compared to the 2006 forecast is the separation of the Crisis Patients in designated Units thereby increasing the MHCB demand. This forecast is 13% higher than the June 2006 version. Considering the lower population used in this forecast, the use of MHCB is projected to be more intense in the future.*

*Please note that data does not include the volume at SAC's MHOHU which had an average daily census of 9.6 in the first 9 months of FY2007. Discussion with CDCR staff indicated that whereas about 50% of these inmates do get referred to MHCB's, that they are already on the waitlist.*

*Because of data issues, the Census Rate method is recommended as the preferred forecast.*



# Mental Health Crisis Bed Need – Male:  Census Rate Method 2: (RECOMMENDED METHOD)

## MHCB Bed Need – Census Rate Model

| MHCB  Males | | Actual | | | | Estimate/a | | | | Forecast | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 2007) | 148,153 | 150,851 | 152,859 | 153,323 | 158,812 | 158,148 | 159,898 | 158,348 | 170,393 | 172,846 | 173,513 |
| Census Rate b/ | 1.11 | 1.15 | 1.13 | 1.33 | 1.16 | 1.46 | 1.56 | 1.68 | 1.67 | 1.69 | 1.69 |
| Average census | 157 | 157 | 165 | 151 | 147 | 234 | | | | | |
| Waiting List | 8 | 7 | 7 | 53 | 40 | 7.6 | | | | | |
| Combined ADC | 165 | 174 | 172 | 204 | 187 | 242 | 259 | 274 | 284 | 292 | 297 |
| Bed Need (90% Occ) | 183 | 193 | 192 | 227 | 208 | 269 | 288 | 304 | 316 | 325 | 330 |
| Census Rate Adjustment factor c/ | | | | | | 6.7% | 5.3% | 4.0% | 2.7% | 1.3% | 0.0% |

a/ Based on average of 9 months FY07. Both the average census and the average wait list increased over the 6 month FY07 prior version
b/ Rate includes actual census and Wait List.
c/ Assumes that rates will continue to increase at a decelerating rate to 2012. Based on an increase of 33% between 2002 and 9months 2007.

| | | | | 227 | 235 | 252 | 257 | 261 | 265 |

June Bed Need Forecast

*This updated census rate model uses a "Census Rate adjustment" factor approach used elsewhere.*

*This version uses the "Version B" that was recommended in the March 2007 report because it appears that the census rate was on the increase. The 2006 forecast was probably low due to crisis patients being grouped in with Acute at CMF prior to the formal MHCB units designation.*

*This forecast is 22.6% higher than the June 2006 study for 2011. This forecast now captures the census of crisis patients at CMF-APP in FY2007, which comprises almost 12% of the total MHCB census. This explains some of the growth in utilization because the earlier forecast did not have the data to segregate out the crisis patients for the Acute program. The recent order requiring return of the CMF S-2 crisis beds back to acute use may have an impact on the wait list.*

*Please note that data does not include the volume at SAC's MHOHU which had an average daily census of 9.6 in the first 9 months of FY2007. Discussion with CDCR staff indicated that whereas about 50% of these inmates do get referred to MHCB's, that they are already on the waitlist. The MHOHU volume trend will be monitored along with the crisis bed census.*

22

Mental Health Bed Need Study Update (Spring 2007 population)

# Mental Health Crisis Bed Need – Male: Census Rate Trends & Forecasts



*Census Rate Trends – MHCB Males – FY07 Update*

*Census Rate Trends – MHCB Males – June 2006 Report*



*This update has a slightly higher census rate than the March 2007 study which had forecast the 2012 rate at 1.63 (vs. 1.69)*

Mental Health Bed Need Study Update (Spring 2007 population)

23

# Mental Health Crisis Bed Need – Male: Wait List Trends

## Census Trends MHCB – Male (July 05 – Mar 07)



## Wait List for MHCB – Male (July 06 - Mar07)



| | F 06 Jul-Sep | F 06 Oct-Dec | F 06 Jan-Mar | F 07 Jul-Sep | F 07 Oct-Dec | F 07 Jan-March |
|---|---|---|---|---|---|---|
| Average Waitlist | 50.1 | 30.1 | 6.7 | 9.3 |

*New Bed Supply has a significant impact on the Wait List for MHCB's. But there is an increasing trend in the period January-March 2007 (missing data between 12/4/06 and 1/10/07)*

Mental Health Bed Need Study Update (Spring 2007 population)

24



# Census Trend at CMF's S-1 Crisis Unit



Census Trend at CMF's S-1 Crisis Unit

25

# Census Trend at CMF's S-2 Crisis Unit



Census Trend at CMF's S-2 Crisis Unit

Mental Health Bed Need Study Update (Spring 2007 population)



# Mental Health Crisis Bed Need – Female
## Census Rate Method #1 – <u>RECOMMENDED METHOD</u>

| MHCB - Females | Estimate a/ | | | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Fall 06) - Female | 12,070 | 12,345 | 12,634 | 12,907 | 13,303 | 13,563 |
| Census Rate/1,000 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 | 1.03 |
| ADC b/ | 12 | 13 | 13 | 13 | 14 | 14 |
| Bed Need (90% Occ) | 14 | 14 | 14 | 15 | 15 | 16 |

a/ This is a new method using HCPU data starting in FY07 (through 3/31/07) for CIW as well as for CCWF.
b/ Includes CCWF and CIW. CIW started in August 2006. CIW Averaged based on start-up to March 2007.

| June 2006 Bed Need Forecast | 17 | 19 | 21 | 22 | 22 | 22 |
|---|---|---|---|---|---|---|

**Method#1 uses HCPU data for CCWF and CIW (started reporting census in September in Fall 2006). There is a drop in the forecast as of 2011 of 31%. About 18% is due to the drop in the population projection to 2011.**

*There was discussion with CDCR as to whether to include VSPW's OHU psych volume to the mental health bed need forecast which averaged a census of 4.3. Staff indicated that the OHU serves as an evaluation unit where determination of the clinical requirement for a crisis bed can be made. As there is available capacity at CCWF and CIW, the OHU volume was not added to the need model. However, the OHU volume trend will be monitored along with the crisis bed census.*

27



# Mental Health Crisis Bed Need – Female Discharge Rate – Method #2

| MHCB - Females | Actual | | | | Estimate a/ | Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 07) | 10,080 | 10,641 | 10,856 | 11,749 | 12,070 | 12,345 | 12,634 | 12,907 | 13,303 | 13,563 |
| Disch Rate | 68.15 | 72.46 | 71.85 | 85.54 | 47.82 | 47.82 | 47.82 | 47.82 | 47.82 | 47.82 |
| Discharges b/ | 607 | 771 | 700 | 1,005 | 577 | 590 | 604 | 617 | 636 | 649 |
| ALOS c/ | 4.1 | 3.9 | 4.1 | 4.6 | 5.8 | 5.8 | 5.8 | 5.8 | 5.8 | 5.8 |
| Disch Days | 2,820 | 2,986 | 3,229 | 4,633 | 3,360 | 3,426 | 3,506 | 3,582 | 3,692 | 3,764 |
| Total ADC | 8 | 8 | 9 | 13 | 9.2 | 9 | 10 | 10 | 10 | 10 |
| Bed Need (90% Occ) | 9 | 9 | 10 | 14 | 10 | 10 | 11 | 11 | 11 | 11 |
| June 2006 Bed Need Forecast | | | | | 17 | 19 | 21 | 22 | 22 | |

a/ FY2006 recalculated using complete data from CCWF & CIW. Census based on discharge days for FY07 (annualized 9 months data) dropped from 2006 volume.
b/ Includes CCWF and CIW
c/ Fluctuating ALOS  assume constant at the FY07 level.

*The Discharge Rate method generates a lower Bed Need forecast. The census rate method is recommended.*

28

Mental Health Bed Need Study Update (Spring 2007 population)

# EOP General Population Bed Need - Male

| EOP GP Need - Males | Actual | | | 2006 | Estimate a/ 2007 | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Male CDC Population (Spring 2007) | 150,851 | 152,859 | 153,323 | 160,812 | 163,149 | 163,391 | 168,347 | 170,391 | 172,845 | 175,613 |
| Census /1000 males | 18.12 | 18.31 | 18.93 | 20.26 | 19.54 | 19.84 | 19.74 | 19.56 | 19.93 | 19.93 |
| Average Daily Census a/ | 2,733 | 2,798 | 2,902 | 3,257 | 3,148 | 3,242 | 3,322 | 3,386 | 3,444 | 3,500 |
| Bed Need @ 95% Occ | 2,877 | 2,946 | 3,055 | 3,428 | 3,313 | 3,413 | 3,497 | 3,563 | 3,626 | 3,684 |
| Census Rate Adjustment factor b/ | | | | 32.6% | 1.6% | 1.3% | 1.0% | 0.6% | 0.3% | 0.0% |
| | | | | | | | | | | |
| Level IV census as % of total c/ | 35.7% | 33.8% | 33.9% | 32.6% | 35.7% | 35.7% | 35.7% | 35.7% | 35.7% | 35.7% |
| Level I - III ADC | 1,568 | 1,626 | 1,663 | 1,838 | 2,024 | 2,065 | 2,137 | 2,177 | 2,215 | 2,251 |
| Level IV ADC | 872 | 830 | 851 | 887 | 1,123 | 1,157 | 1,186 | 1,208 | 1,229 | 1,249 |
| | | | | | | | | | | |
| Level III Bed Need (95%) | 1,849 | 1,950 | 2,020 | 2,312 | 2,131 | 2,195 | 2,249 | 2,291 | 2,332 | 2,369 |
| Level IV Bed Need (95%) | 1,028 | 995 | 1,034 | 1,116 | 1,182 | 1,218 | 1,248 | 1,271 | 1,294 | 1,314 |
| Total III + IV | 2,877 | 2,946 | 3,055 | 3,428 | 3,313 | 3,413 | 3,497 | 3,563 | 3,626 | 3,684 |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks. FY07 was based on 9 months average.

b/ Assumes that rates will continue to increase but at a decelerating rate to 2012. Based on an increase of between 2003 and 2007

c/ Historic ratio of Level IV/Total (calculated from endorsed EOP data) FY07 data was available from HCPU by Level of Custody (GP + Ad-Seg data combined). This higher FY07 ratio was assumed to remain constant.

| June Bed Need Forecast | | | 3,435 | 3,426 | 3,672 | 3,880 | 4,024 | 4,023 | 4,120 | 4,175 |

*The forecast uses a census rate adjustment because historical data show an increasing trend. For the first 9 months of FY07 however, the census dropped to an average of 3,148 (below FY2006). Therefore, the census rate also dropped causing a less rapid growth forecast. About 27% of the drop in the 2011 forecast is due to the lower Spring 2007 population projections.*

### Census Rate Trend/Forecast



### Census Rate Trend/Forecast (from June 2006 Report)



Mental Health Bed Need Study Update (Spring 2007 population)

# EOP Ad-Seg Bed Need - Male

| Ad-Seg EOP Need - Males | Actual | | | | Estimate | --- Forecast --- | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 07) | 150,851 | 152,859 | 153,323 | 160,812 | 163,110 | 165,891 | 168,247 | 170,393 | 172,845 | 175,613 |
| Census /1000 males | 2.55 | 2.75 | 2.59 | 3.08 | 3.11 | 3.24 | 3.35 | 3.42 | 3.46 | 3.46 |
| Avg census a/ | 385 | 420 | 398 | 496 | 533 | 538 | 564 | 583 | 598 | 607 |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 533 | 566 | 593 | 614 | 629 | 639 |
| Census Rate Adjustment factor b/ | | | | | 5.5% | 4.4% | 3.3% | 2.2% | 1.1% | 0.0% |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks. This forecast uses the average of 9 months of FY07 census data.

b/ Assumes that rates will continue to increase but at a decelerating rate to 2012.

| June Need Forecast | | | | 522 | 572 | 614 | 646 | 666 | 673 |
|---|---|---|---|---|---|---|---|---|---|

*This forecast uses a census rate adjustment factor because historical data showed an increasing trend. The FY07 census rate increased slightly from FY2006. This forecast is 6.7% lower than the June 2006 version. About 52% of this drop is due to the lower population projections.*

### Census Rate Trend/Forecast – Updated 9mo FY07



### Census Rate Trend/Forecast (from June 2006 Report)



Mental Health Bed Need Study Update (Spring 2007 population)

30

# Psychiatric Services Unit (PSU) for Men - Bed Need

| PSU for Males | 2002 | 2003 | Actual a/ 2004 | 2005 | 2006 | Estimate a/ 2007 | 2008 | 2009 | Forecast 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Male Population (Spring 07) | 148,463 | 154,854 | 152,859 | 153,323 | 160,312 | 163,149 | 165,891 | 168,347 | 176,393 | 172,845 | 175,613 |
| Census /1000 males b/ | 1.56 | 1.77 | 1.74 | 1.91 | 1.86 | 1.98 | 2.07 | 2.14 | 2.19 | 2.21 | 2.21 |
| Average Daily Census | 231 | 267 | 265 | 292 | 303 | 324 | 344 | 360 | 373 | 382 | 388 |
| Bed Need @ 95% Occ | 243 | 281 | 279 | 308 | 319 | 341 | 362 | 379 | 392 | 402 | 409 |
| Census Rate Adjustment factor c/ | | | | | | 5.5% | 4.4% | 3.3% | 2.2% | 1.1% | 0.0% |

June Bed Need Forecast



| | | | | | | | 307 | 332 | 374 | 390 | 401 |

*Based on a recommendation of CDCR, the population upon which the PSU forecast is modeled was changed to the entire male population (versus using only Level IV projections). The rationale was that multiple custody levels use the PSU.*

*The revised forecast nearly identical (0.2% higher) to the June 2006 forecasts in the outlying years despite a 3.5% drop in the male population projection from CDCR. This indicates an increasing rate of utilization as expressed in the chart below. Current capacity is 320.*

PSU Housed and PSU Waiting Census - 9 mo. FY07



Census Rate Trend - PSU Modified & Updated 9 mo. FY07

31         Source: HCPU – "2006-PSU-2.xls"

Mental Health Bed Need Study Update (Spring 2007 population)

# EOP General Population Bed Need - Female

| EOP GP Need - Females | Actual | | | | | Estimate | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 07) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 12,070 | 12,345 | 12,634 | 12,907 | 13,303 | 13,563 |
| Census /1000 Females | 12.62 | 12.37 | 13.28 | 14.99 | 15.63 | 18.99 | 20.52 | 21.76 | 22.64 | 23.09 | 23.56 |
| Avg census a/ | 124 | 125 | 141 | 163 | 184 | 229 | 253 | 275 | 292 | 307 | 320 |
| Bed Need @ 95% Occ | 131 | 131 | 149 | 171 | 193 | 241 | 253 | 289 | 308 | 323 | 336 |
| Census Rate Adjustment factor b/ | | | | | | 10.1% | 8.1% | 6.1% | 4.0% | 2.0% | 0.0% |

a) Source: HCPU Reports R1-1 through R1-4 used through FY2006. FY07 used HCPU data from eop-pop-female-2006.xls with data through March 26.

b) Assumes that rates will continue to increase at a decelerating rate to 2012. Based on the average increase between 2002 and 2007 (9 months).

| June Bed Need Forecast | | | | | | 193 | 211 | 227 | 244 | 256 | 262 |

*Historical data show an increasing trend. FY2007 rates are higher than forecast in the June report, thereby increasing the future census rate forecast and the resulting bed need forecast. Though the forecasted census for 2011 is 24% higher than that forecasted in June 2006, the actual census rate is even higher due to the drop in CDCR's population forecast for 2011 (29%).*

## Census Rate Trend – 9mo FY07 Update



## Census Rate Trend - (from June 2006 Report)



Source: "eop-pop-female-2006..xls" as updated by HCPU.

32

Mental Health Bed Need Study Update (Spring 2007 population)

# EOP Ad-Seg Bed Need - Female

| EOP Ad-Seg Need - Females | Actual | | | | | Estimate | Forecast | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 07) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 12,070 | 12,345 | 12,634 | 12,907 | 13,303 | 13,563 |
| Census /1000 Females | 1.42 | 0.64 | 0.91 | 1.28 | 1.43 | 1.75 | 1.82 | 1.87 | 1.90 | 1.92 | 1.92 |
| Average Daily Census a/ | 14 | 7 | 10 | 14 | 17 | 21.2 | 22 | 24 | 25 | 26 | 26 |
| Bed Need @ 95% Occ | 15 | 7 | 10 | 15 | 10 | 22 | 24 | 25 | 26 | 27 | 27 |
| Census Rate Adjustment factor b/ | | | | | | 4.6% | 3.7% | 2.8% | 1.8% | 0.9% | 0.0% |
| June Bed Need Forecast | | | | | 18 | 19 | 19 | | 21 | 23 | |

*This forecast uses a census rate adjustment because historical data shows an increasing trend. HCPU revised the reporting to include non-HUB EOPs thus increasing the census rate in FY07. The population projection actually drops but the combined result is an increase in bed need of 24%.*



*Census Rate Trend/Forecast (from June 2006 report)*

1.42  0.64  0.91  1.28  1.44  1.45  1.45  1.46  1.46  1.46

— Census /1000 Females
— Projected Census/1,000

Source:"adseg-eop-2006-3.xls" as updated by HCPU



*Census Rate Trend/Forecast – 9 mo FY07*

1.42  0.64  0.91  1.28  1.43  1.75  1.82  1.87  1.90  1.92  1.92

— Census /1000 Females
— Projected Census/1,000

Mental Health Bed Need Study Update (Spring 2007 population)

33

# PSU Bed Need - Female



**Female PSU Census and Wait List January-March 2007**

| | 01/29/07 | 2/5/07 | 02/12/07 | 2/19/07 | 02/26/07 | 3/5/07 | 03/12/07 | 3/19/07 | 03/26/07 |
|---|---|---|---|---|---|---|---|---|---|
| Housed in PSU-Female | 0 | | 8 | | 10 | | 10 | | 9 |
| Endorsed & Waiting-Female | 7 | | 3 | | 1 | | 1 | | 2 |

*CDCR established a new PSU program for women which opened in January 2007. No forecast has yet been conducted due to lack of significant trend information, however judging from the early utilization pattern, the current capacity of 10 beds may need to be adjusted upward because a waiting list already exists while the census has already reached 9-10 inmates.*

34

Source:"adseg-eop-2006-3.xls"

Mental Health Bed Need Study Update (Spring 2007 population)

# CCCMS - Male

| CCCMS - Males | | Actual | | | | | Estimate | | Forecast | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 07) | 150,785 | 148,153 | 150,851 | 152,859 | 153,323 | 164,812 | 163,486 | 165,891 | 168,347 | 170,393 | 172,845 | 175,613 |
| Census/1,000 males a/ | 111 | 116 | 124 | 134 | 144 | 147 | 152 | 162 | 170 | 176 | 180 | 182 |
| CCCMS Census & Forecast | 16,724 | 17,119 | 18,712 | 20,501 | 22,070 | 23,575 | 24,814 | 26,795 | 28,538 | 29,957 | 31,141 | 32,031 |
| Census Rate Adj. Factor b/ | | | | | | | 6.2% | 5.0% | 3.7% | 2.5% | 1.2% | 0.0% |

a/ Source: HCPU Management Information Reports KI-1 through KI-4 for the first downloaded day of each month. FYU/ annualized based on 9 months.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2012. Based on an increase of 37% and an average annual increase of 6.2% between 2001 and 2007.

| June Bed Need Forecast | | | | | | 23,575 | 26,005 | 28,224 | 30,002 | 31,316 | 32,135 | |



### CCCMS – Male Census Rate/1000



### CCCMS – Male Census Trend

*Data for first 9 months of FY07 exhibits a moderating growth of CCCMS. The adjustment factor is recalculated and drops slightly (from the June 2006 report) thereby reducing forecasted need in 2011 by 989. The forecast is 3.1% lower than the June 2006 forecast. All of the drop is due to the lower population projections issued in Spring 2007.*

Source: cccms-pop-male-2006.xls

35

Mental Health Bed Need Study Update (Spring 2007 population)

# CCCMS - Female

| CCMS - Females | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | Estimated 2007 | 2008 | 2009 | --- Forecast --- 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| Population (Spring 07) | 10,712 | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 12,070 | 12,345 | 12,634 | 12,990 | 13,303 | 13,563 |
| Census /1,000 Females a/ | 197 | 223 | 230 | 210 | 210 | 220 | 239 | 246 | 251 | 255 | 257 | 257 |
| CCCMS Census & Forecast | 2,105 | 2,194 | 2,322 | 2,237 | 2,283 | 2,587 | 2,885 | 3,035 | 3,174 | 3,289 | 3,414 | 3,481 |
| Census Rate Adj. Factor b/ | | | | | | | 3.6% | 2.9% | 2.2% | 1.4% | 0.7% | 0.0% |

a/ Source: HCPU Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks. FY07 was based on 9 months.

b/ Assumes that census rate will continue to increase but at a decelerating rate to 2012. Based on an increase of 22% between 2001 and 2007.

June Bed Need Forecast | 2,587 | 2,742 | 2,987 | 3,061 | 3,198 | 3,265



**CCCMS Female Census Trend**

**Census Rate Trend/Forecast**

*Historical data show an increasing trend. The estimated FY07 census in 2011 is about 4.6% higher then the June forecast. However there is a higher utilization rate of about 11% over the June 2006 forecast.*

Source: cccms-pop-female-2006.xls

Mental Health Bed Need Study Update (Spring 2007 population)

36

# Appendix



# Modeling using Census Rate vs. Discharge Rate Methods

## Discharge Rate/ALOS Method

- A population-based model ( rate x population = volume projection)

- Requires discharge data (usually available at the record level) from DMH or CADDIS.

- Rate calculation: Discharges for a period (e.g. year) per 1,000 population in that year.

- Average Length of Stay – total discharge days (i.e. sum of discharge date – admission date) / total discharges for a year.

- Calculations: (POP x Disch Rate/ 1000) x ALOS = patient days. Patient day projection / 365 = ADC. ADC/ occupancy standard (90% or 95%) = Bed need.

- Advantages:  allows for more assumptions –
  - Increasing discharge rate may imply greater morbidity in the population. Steady discharge rate implies that incidence may have leveled off.
  - Average length of stay can be trended and modeled to increase/decrease or remain constant. ALOS effected by
    - Case management
    - New drugs/ technology reducing need for long stay

- Disadvantages: data systems trail changes in facility program composition. More than one program type (e.g. crisis and acute) can be reported without distinction of flagging.

## Census Rate Method

- Also a population-based model ( rate x population = volume projection)

- This method requires periodic (daily, weekly, bi-monthly, etc) census counts by program from HCPU.

- Rate calculation:  Average of periodic (daily/monthly) census for the year / population.

- Calculations: (POP x Census Rate/ 1000) = patient days.  Patient day projection / 365 = ADC. ADC/ occupancy standard (90% or 95%) = Bed need.

- Advantages:
  - Simpler, easy to calculate
  - Can be run using data that is available more consistently

# Abbreviations used in report

- ADC – Average Daily Census
- AdSeg or ASU – Administrative segregation unit
- ALOS – Average Length of Stay
- ASH - Atascadero State Hospital
- CADDIS - Census And Discharge Data Information System
- CCCMS - Correctional Clinical Case Management System
- CCWF – California Correctional Women's Facility
- CDCR – California Department of Corrections and Rehabilitation
- CIW – California Institute for Women
- CMF-APP - California Medical Facility – Acute Psychiatric Program
- CMF-DTP - California Medical Facility – Day Treatment Program
- CMF-IC – California Medical Facility – Intermediate Care Program
- CTC – Correctional Treatment Center
- DMH - Department of Mental Health
- EOP – Enhanced Outpatient Program
- FY – Fiscal Year – the convention used here indicates the fiscal year ending e.g. FY06 ends June 30, 2006.
- GP – General Population
- HCCUP – Health Care Cost and Utilization Program
- HCPU - Health Care Placement Unit
- MHCB – Mental Health Crisis Beds
- MH-OHU – Mental Health Outpatient Housing Unit
- OHU – Outpatient Housing Unit
- PSU – Psychiatric Services Unit
- SAC – California State Prison - Sacramento
- SVPP - Salinas Valley Psychiatric Program
- UNA – Unmet Needs Assessment

Mental Health Bed Need Study Update (Spring 2007 population)

# Comparison of new 2011 Bed Need Forecasts – vs. June 2006

*The forecasts produced for the June 2006 report are compared to the new forecasts in this report that uses the Spring 2007 population projections. (The forecast is considered "stable" if the difference between the older and newer versions is +/- 1%). The Fall 2006 update is provided for information.*

| Program | Higher/ Lower | 2011 (Spring 07) Update 7/07 | 2011 (Fall 06 Update (3/07) | 2011 Forecast (June 2006 report) | 2011 Spring 07 Update - minus June 2006 | Variance (Spring 2007 update - June 2006) | Comment |
|---|---|---|---|---|---|---|---|
| **Males** | | | | | | | |
| Acute | Lower | 192 | 219 | 229 | (37) | -16.3% | Fall 2006 forecast recommended |
| Intermediate | Higher | 603 | 554 | 533 | 70 | 13.1% | Census Rate Method recommended/compared |
| MHCB | Higher | 325 | 303 | 265 | 60 | 22.6% | Census Rate ver #2 recommended. June forecast underestimated due to crisis patients at CMF-APP |
| EOP - GP | Lower | 3,626 | 3,755 | 4,175 | (549) | -13.2% | |
| EOP ASU | Lower | 629 | 611 | 675 | (46) | -6.8% | |
| PSU | Stable | 402 | 402 | 401 | 1 | 0.3% | |
| CCCMS | Lower | 31,141 | 31,092 | 32,129 | (988) | -3.1% | |
| **Females** | | | | | | | |
| Acute/intermediate | Lower | 33 | 31 | 39 | (7) | -16.6% | |
| MHCB | Lower | 15 | 13 | 22 | (7) | -30.6% | Census Rate Method recommended/compared |
| EOP - GP | Higher | 323 | 307 | 262 | 61 | 23.4% | |
| EOP ASU | Higher | 27 | 27 | 22 | 5 | 22.1% | |
| CCCMS | Higher | 3,414 | 3,233 | 3,265 | 149 | 4.6% | |

*When there are more than one method used in the program forecast, the value used above is the "recommended" method. This recommended method is then compared to the analogous method from June 2006. Intermediate bed need excludes beds needed for 1370 inmates (31). They were excluded for comparability purposes only.*

40

Mental Health Bed Need Study Update (Spring 2007 population)

# Summary of Program Supply And Bed Need

| Program | Current as of 7/1?/07 except male ICF (6/29/07) | FY 2007/08 | FY 2008/09 | FY 2009/10 | FY 2010/11 | FY 2011/12 |
|---|---|---|---|---|---|---|
| **Acute Male Bed Need (March Forecast recommended)** | 194 | 202 | 209 | 215 | 219 | 222 |
| Acute Supply/Planned | 130 | 150 | 150 | 150 | 240 | 240 |
| Bed Surplus/<Deficit> | (64) | (52) | (59) | (65) | 21 | 18 |
| **Intermediate Male Bed Need Total (includes 1370 beds)** | 510 | 541 | 567 | 588 | 603 | 611 |
| Intermediate Supply/Planned | 614 | 616 | 680 | 680 | 626 | 626 |
| Bed Surplus/<Deficit> | 104 | 75 | 113 | 92 | 23 | 15 |
| **Intermediate Male Celled Housing** | 236 | 258 | 278 | 293 | 303 | 307 |
| Intermediate celled housing Supply/Planned | 207 | 209 | 273 | 273 | 312 | 312 |
| Bed Surplus/<Deficit> | (29) | (49) | (6) | (20) | 9 | 5 |
| **Acute & Intermediate Women Bed Need** | 30 | 30 | 31 | 32 | 33 | 33 |
| Acute & Intermediate Women (Patton) Supply/Planned | 30 | 30 | 30 | 30 | 42 | 42 |
| Bed Surplus/<Deficit> | 0 | 0 | (1) | (2) | 9 | 9 |
| **MHCB Bed Need - Method #2 (Recommended)** | 269 | 288 | 304 | 316 | 325 | 330 |
| MHCR - Male Supply/Planned | 284 | 319 | 319 | 351 | 347 | 347 |
| Bed Surplus/<Deficit> | 15 | 31 | 15 | 35 | 17 | 12 |
| **MHCB Female Bed Need   Method #1 (Recommended)** | 11 | 11 | 11 | 15 | 15 | 16 |
| MHCD - Female Supply/Planned | 22 | 30 | 30 | 30 | 42 | 42 |
| Bed Surplus/<Deficit> | 8 | 16 | 16 | 15 | 27 | 26 |
| **EOP GP - Male Bed Need** | 3,313 | 3,413 | 3,497 | 3,563 | 3,626 | 3,684 |
| EOP GP - Male Supply/Planned | 3,043 | 3,043 | 3,043 | 3,043 | 4,488 | 4,488 |
| Bed Surplus/<Deficit> | (270) | (370) | (454) | (520) | 862 | 804 |
| **EOP ASU - Male Bed Need** | 533 | 566 | 593 | 614 | 629 | 639 |
| EOP ASU - Male Supply/Planned | 524 | 524 | 524 | 524 | 752 | 752 |
| Bed Surplus/<Deficit> | (9) | (42) | (69) | (90) | 123 | 113 |
| **PSU Male Bed Need** | 311 | 362 | 379 | 392 | 402 | 409 |
| PSU- Male Supply/Planned | 323 | 320 | 320 | 320 | 440 | 440 |
| Bed Surplus/<Deficit> | (21) | (42) | (59) | (72) | 46 | 39 |
| **EOP GP - Female Bed Need** | 241 | 267 | 289 | 308 | 323 | 336 |
| EOP GP - Female Supply/Planned | 129 | 129 | 129 | 129 | 297 | 297 |
| Bed Surplus/<Deficit> | (112) | (138) | (160) | (179) | (26) | (39) |
| **EOP ASU - Female Bed Need** | 22 | 24 | 25 | 26 | 27 | 27 |
| EOP ASU - Female Supply/Planned | 9 | 9 | 9 | 9 | 24 | 24 |
| Bed Surplus/<Deficit> | (13) | (15) | (16) | (17) | (3) | (3) |
| **PSU- Female - Bed Need** | New Program - to be determined | | | | | |
| PSU-Female Supply/Planned | 10 | 10 | 10 | 10 | 10 | 10 |
| **Male CCCMS** | 24,314 | 26,795 | 28,538 | 29,957 | 31,141 | 32,031 |
| **Female CCCMS** | 2,885 | 3,035 | 3,174 | 3,280 | 3,414 | 3,481 |

Note: The Acute Male bed need forecast shown on the chart retains the March 2007 study values. Considering the recent shifting of capacity from acute to crisis beds, and the possible mix of patients between these levels of care, the current utilization mix was considered too volatile to uses as the base of a 5 year forecast.

Source: Navigant Mental Health Bed Need Model Update using Fall 2006 population and CDCR summary using December 2006 bed plan. Red font in the "Current" column indicates current capacities.

Mental Health Bed Need Study Update (Spring 2007 population)