# EXHIBIT B

## Linda E. Buffardi

**From:** Lisa Tillman [Lisa.Tillman@doj.ca.gov]
**Sent:** Thursday, September 20, 2007 7:56 PM
**To:** jmichaelkeatingjr@yahoo.com
**Cc:** DocKC99@aol.com; DoctorKoson@aol.com; harconwil@aol.com; HowNani@aol.com; mperrien@aol.com; Melissa G. Warren; gmorrison@collaboration-specialists.com; hammujones@comcast.net; HD@Dlugacz.com; rpattersonmd@earthlink.net; ashannonpsychmd@mindspring.com; gasquetflat@msn.com; paul_nicoll@msn.com; Fatima F. DoVale; Linda E. Buffardi; Matthew A. Lopes Jr.; Mary-Joy Spencer; dspecter@prisonlaw.com; itrujillo@prisonlaw.com.; awhelan@rbg-law.com; jkahn@rbg-law.com; LRifkin@rbg-law.com; mbien@rbg-law.com; SLaubach@rbg-law.com; Jeffrey.metzner@uchsc.edu; yje@verizon.net; burnshill@wowway.com; jronmetz@yahoo.com
**Subject:** CCC activation

September 20, 2007

Re: Coleman v. Schwarzenegger

Dear Mr. Keating:

I understand from George Sifuentes that there may be a six-month time period separating the activation of each consolidated care center. Mr. Sifuentes has indicated that the ultimate date for the activation of the fifth or last consolidated care center depends on the date the first consolidated care center activates (assuming all the usual construction challenges are timely met). If the first consolidated care center activates in January 2012, then the second activates in July 2012, the third in January 2013, the fourth activates in July 2013, the fifth or last in January 2014.

Please feel free to contact me for further information.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.