UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judges:** Thelton E. Henderson, Lawrence Karlton and Stephen Reinhardt

**Date**: September 24, 2007

**Case No:** C 01-01351 TEH
CIV S-90-0520 LKK

**Case Title**: PLATA, et al. v. SCHWARZENEGGER, et al.
COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

For Plaintiff(s): Don Specter, Steve Fama, Alison Hardy, Ronald Yank, Gregg Adam, Benjamin Sybesma, Michael Bien, Lori Rifkin, Jane Kahn

For Defendant(s): Paul Mello, Rochelle East, Lisa Tillman, Misha Igra

For Intervenor(s): Kimberly Barlow, Theresa Fuentes, Anne Keck, Carol Woodward, Lori Pegg, Kimberly Johnson, Kelly Scott, Charles Hughes, Steven Kaufhold, Chad Stegeman, Ivy Tsai

**Deputy Clerk**: Rowena B. Espinosa     **Court Reporter**: Belle Ball

## PROCEEDINGS

1. Case Management Conference - held

## SUMMARY

- The Court discussed procedural issues about how the Three-Judge Court will proceed (deadlines, papers to be filed, discovery, briefing schedule, etc). The Court to issue order.