1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al. | ) No.: Civ S 90-0520 LKK-JFM |
| Plaintiffs, | ) **[PROPOSED] ORDER** |
| vs. | ) |
| ARNOLD SCHWARZENEGGER, et al., | ) |
| Defendants | ) |

The Court received the Special Master's Report and Recommendations on Defendants' August 2007 Supplemental Bed Plan as well as plaintiffs' response to that report. In light of those filings, IT IS HEREBY ORDERED that:

1. Defendants' proposed construction plans set forth in the August 2007 bed plan are approved. Defendants shall expedite planning and construction of the mental health programs set forth in that plan and shall seek all necessary legislative approval and funding for those projects.

2. The other aspects of defendants' August 2007 Bed Plan, including the California Department of Corrections and Rehabilitation's assumption of control over inpatient mental healthcare programs, are too preliminary to warrant approval by this Court.

3. Plaintiffs have preserved their right to object to future bed planning efforts to the extent that they violate the Americans with Disabilities Act and other applicable laws. Because the bed planning efforts are only in the preliminary stages, however, these issues are not ripe for the Court's review.

4. Within 60 days of the date of this order, defendants shall file with the Court a plan to create adequate mental health treatment and counseling space at California Medical Facility and Salinas Valley State Prison by January 30, 2008.

5. Within 120 days of the date of this order, defendants shall file with the Court the following documents:

(a) A report detailing how defendants will address the projected shortfall of female EOP and EOP-ASU beds, programming and treatment space by 2011/2012;

(b) Timeframes for meeting and procuring for all CDCR-operated inpatient programs applicable State licensure and accreditation by the Joint Commission on Accreditation of Healthcare Organizations;

(c) A plan for the recruitment and compensation of hospital administrators to develop and run defendants' overall inpatient treatment program and the specific institutional inpatient programs in its consolidated care centers;

(d) Preparation of a memorandum of understanding on DMH's mentoring and direct service obligations under the revised plan for integration in an inter-agency agreement;

(e) A plan identifying anticipated clinical and custody staffing needs and a program for providing the personnel required to recruit, vet, hire and retain adequate staffing;

(f) An analysis justifying the reduction and/or elimination of mental health crisis beds in the revised August 2007 plan in the 29 CDCR institutions that are not scheduled to delivery consolidated care.

Dated: _____, 2007

_____
Honorable Lawrence K. Karlton