Christopher T BURNS
CDCR NO K-30680
Delta Facility, cell NO 7379X
California Mens Colony
State Prison
P.O. Box 8101
San Luis Obispo, California
93409 - 8101



FILED

SEP 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | NO. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | CLASS ACTION |
| VS | Notice Of Motion and Motion Requesting the Court to Issue an Order placing Plaintiff in the Courts Custody and for good cause appearing remand Plaintiff to Federal Custody; And Declaration Of Christopher T BURNS in Support there of |
| ARNOLD SCHWARZENEGGER et al., | |
| Defendants. | |

Please take notice that as soon as the

matter may be heard in the United States

HI
HI
HI

— 1 —

District Court for THE EASTERN DISTRICT OF California Located at United States court House, Room 2012, 650 Capitol Mall Sacramento 95814 Plaintiff, Christopher T Burns, California Department of Corrections and Rehabilitations Prisoner NO K-30680, IS a California state Prisoner presently Confined at the California Mens colony state Prison In San Luis Obispo and under Coleman Vs. Schwarzenegger, NO CIV S-90-0520 LKK JFM P, Plaintiff Burns does move and request the Karlton Court to issue an Order placing Plaintiff Burns in the immediate custody of the Court and for [Good cause Appearing] remand Plaintiff to Federal custody to prevent Plaintiff from being harmed further by CDCR employees

## CLAIM FOR RELIEF

California Department of Corrections and Rehabilitation [CDCR] employees have continually and systematically denied Plaintiff Burns medical dental and competent [Mental health care] during his ten [10] year confinement in the CDCR.

CDCR employees have also continually and systematically subjected Plaintiff Burns to Cruel and Unusual conditions and punishment as stated in the declaration of this motion.

CDCR employees have subjected Plaintiff Burns to Cruel and Unusual conditions and punishment because Plaintiff Burns continues to request equitable relief from harm done to

HH
HH
HH

-3-

him by CDCR employees.

   Most recently CDCR employees have sadistically and unjustifiably with gross negligence subjected Plaintiff Burns to [forced antipsychotic drugging] for repeatedly requesting medical care for a legitimate medical problem Plaintiff Burns was suffering from.

   Plaintiff Burns does hereby move and does request this Court to issue an order placing Plaintiff Burns in the Courts custody and for [Good Cause Appearing] remand Plaintiff Burns to Federal custody for the reasons stated in the following declaration by Plaintiff Christopher T Burns:

+++++++

# TABLE OF CONTENTS

Motion                                                    1 – 2

Claim for Relief                                          3 – 4

Statement of the Case                                    7 – 9

Federal Court Joint Jurisdiction                        11 – 13

Exhaustion of Administrative                            15 – 23
Remedies

Statement of Facts &                                    25 – 74
Declaration of Plaintiff
Christopher T. Burns in
support of motion

  HH
  HH
  HH

## STATEMENT OF THE CASE

In the year of 1995 the Karlton court found in Coleman vs. Wilson [ presently Coleman vs Schwarzenegger No CIV S-90-0520 LKK JFM P ], that the entire mental health system operated by the CDCR was unconstitutional and that prison officials were deliberately indifferent to the needs of mentally ill prisoners. The court also found that prison officials violated the constitution by punishing prisoners for acts of misconduct, placing them in segregation and using the taser and 37 mm gun without considering the mental health status and needs of the prisoners.

The Honorable Judge Karlton has issued more than seventy [70] orders related to CDCR Prison Mental health care Since the Coleman Lawsuit was filed in 1991 and Judge Karlton said that Prison improvements have been So slow he sometimes feels he is [Spitting in the wind.]

On July 28th, 2005, Plaintiff Burns filed a document titled [Notice of Motion and Motion for mental health Case review by Special Master, with this Court. This Court issued a denial order to this Motion filed with court on July 28th, 2005. This denial order dated ~~So~~ September 07, 2005 from the Court denied Plaintiff Burns request but graciously directed the court Clerk to serve Copies of Plaintiff Burns' July 28, 2005 motion to counsel who represent Coleman Case plaintiffs.

꺼
꺼
꺼

—8—

As of the present day to date counsel for the Coleman Case plaintiffs never made inquiry of me about the copy of my July 28, 2005 motion they were given as served and directed by this court.

On September 23rd 2007 I mailed this Motion and my declaration in support of it to this court for filing

<u>Federal Court Joint Jurisdiction</u>

Although the subject matter is different The United States District Court for the Northern District of California exercises Jurisdiction, currently over Plaintiff Burns for his medical care by the Plata vs. Schwarzenegger, NO CO1-1351 TEH CLASS Action, at the same time this court exercises Jurisdiction, currently over Plaintiff Burns for his mental health care by the Coleman vs Schwarzenegger, NO CIV S-90-0520 LKK JFM.

Although the Coleman Case and the Plata Case are two different Lawsuits there are thirty-two [32] areas in which the health and mental health cases overlap. Common issues include medication, medical records, a lack of medical staff

HI
HH
HH

—11—

competition for scarce beds and delays in getting advanced care.

On February 25th, 2007 Plaintiff Burns filed a motion requesting [Extraordinary Equitable Relief] that is similar to this motion with the Henderson court.

The Henderson court issued a denial order dated July 03rd, 2007 requesting [Extraordinary Equitable Relief] but balanced this denial order with grace that stated quote:

[To the extent that [Plaintiff] Mr Burns believes that he is being denied adequate medical care he can contact the Receiver Mr Robert Sillen at the following address: 1731 Technology Drive, Suite 700, San Jose, California 95110.]

Ht
Ht
Ht

-12-

For some strange reason I never received a copy of the Henderson courts July 03rd, 2007 dated, denial order to my motion dated February 25th, 2007 until Friday September 21st, 2007. Only after I made inquiry of the Federal Northern District Court Clerk about two [2] weeks ago did the Clerk send me a copy of the July 03rd, 2007 dated denial order from the Henderson Court to my motion.

CMC State Prison legal mail incoming record books will reflect for some peculiar I never received a copy of the July 03rd, 2007 dated denial order from the denial date of July 03rd, 2007 to September 21, 2007 and only after I made inquiry of the court Clerk why I received no service of process of the courts July 03rd, 2007 denial order

刪
卅
卅

## Exhaustion of Administrative Remedies

Plaintiff Burns has done everything in his ability and power to follow Federal Abstention Law and has tried to resolve his claims diplomatically and by using the California Department of Corrections and Rehabilitation Administrative Prisoner Appeal System to no avail, and with no success.

Plaintiff Burns does not desire to use the Courts time, resources and attention to resolve his claims but the CDCR officials have no shame in wasting the Courts time and resources to defend untenable pregnant negative positions in answer to Plaintiff Burns claims.

HH
HH
HH

Plaintiff Burns would like nothing more than to have his claims resolved in a healthy way, than to have the Federal Judiciary [Court Martial] CDCR officials.

The pride of CDCR officials only want a zero-sum resolution with Plaintiff Burns and do not want a healthy, mutual resolution to Plaintiff Burns claims. The following account of Plaintiff Burns, trying to resolve his claims through the CDCR Prison Administrative Prisoner Appeal System is at best deplorable.

On June 12th, 2005 I filed a CDCR Administrative Prisoner Appeal, Institution Appeal Log No RJD 05-966 that addressed the denial of medical, dental and mental health care from me by CDCR employees and this appeal addressed the continual harm and harassment toward me committed by CDCR employees. This appeal has since

been exhausted by the highest level of review possible in the CDCR, with no meaningful relief granted.

On September 10th, 2007 I requested a copy of this exhausted appeal from California Mens Colony State Prison, Prisoner records employees but as of the present day to date these employees have not responded to my request for a copy of this exhausted appeal

On February 08th, 2006 I filed a CDCR Administrative Prisoner Appeal with California Mens colony State prison warden, Mr John Marshall addressing CDCR employees denying me medical and dental care and because CDCR employees were continuing to harass me. In a response letter directed by Warden Marshall and written by CMC State Prison

-17-

Appeals coordinator D. Engler, Engler wrote in part: [ These issues cannot be addressed on one appeal and Engler refused to process and file my CDCR Appeal dated February 08th, 2006.

On April 04th, 2006 I filed a CDCR Administrative prisoner Appeal Log NO CMC-E-06-00861 with CMC State Prison. This appeal stated CMC State Prison employees were delaying, denying me the right to purchase and/or provide me with medically necessary sensitive teeth toothpaste or other chemical treatments to prevent and or minimize the inflammation in my tongue and gums caused by food items I ate from my daily issued prison meal trays.

Eventhough this appeal was granted, by CMC State Prison Health care manager Dr. Greenman CMC State prison employees have never provideded

-18-

me  at CMC State Prison with [Medically Necessary]
Sensitive teeth toothpaste as granted in Dr.
Greenman May 25, 2006 response answer to my
appeal, as Dr. Greenman grant to my appeal
is tantamount to Confetti.

On May 07th, 2006 I ~~~~ a mailed a
CDCR Administrative Prisoner Appeal with the
California Mens Colony State Prison Appeal Coordinator.
This appeal stated, CMC State Prison employees
have subjected me to continued harm, harassment,
and cruel and unusual living conditions and punishment.
For Some unknown reason this Appeal dated
May 07th, 2006 was never ~~~~, processed or filed
by the CMC State Prison Appeals coordinator.

On July 09th, 2007, I ~~ filed a CDCR
Administrative Appeal Log No CMC-E-07-01622
HK
HH
HH

— 19—

with the California Mens Colony state Appeal
Coordinator. This appeal addressed the harm I
suffered from negligent medical, dental and health
care I received while confined at CMC state prison
and requested medical care, an adequate toothbrush
and synsedyne sensitive teeth toothpaste to treat
my dental and medical conditions. I was shocked
and appalled with CMC state prisons Dr. Myers second
level review response to this appeal. In Dr Myers
written second level review response to my Appeal Log
NO CMC-E-07-01622, does not address, (deny)
acknowledge or show remoarse or take
responsibility for the utterly depraved fact that
during Dr. Myers watch CMC state prisons dentists
under his direct supervision and direction misdiagnosed
my periodontal Lichen Planus that led CMC medical
and mental health employees to negligently
psychotropically drug me against my consent
HH
HH
HH

and this antipsychotic drugging caused me to spiral into a deep depression that induced me to cut my wrists and over dose on aspirin in a suicide attempt and placed me in an intensive care unit at Sierra Vista Medical center. This Appeal is currently being reviewed by the CDCR at the Directory Level of Review or the third and final level of Review. On September 14, 2007 I requested a copy of the completed second level of review to this appeal from the California Mens Colony State Prison Prisoner Records office but as of the present day to date CMC State Prison employees have not responded to my request for ~~the~~ a copy of the second level of review to this appeal.



44
44
44

−21−

On September 18th, 2007 I mailed a CDCR Administrative Prisoner Appeal to the California Mens Colony State Prison Appeals Coordinator. This Appeal dated September 18th, 2007 requested that I be transferred from the California State Prison System to the Federal System because for the last Seven (7) years CDCR employees have tortured me, denied me medical, dental and competent mental health care and continue to harm, harrass and retaliate against me for filing complaints with the courts. This Appeal newly filed is pending first level review.

Around March of the year 2006 I wrote a four to five page letter to the Prison Law office in San Quentin California. In this letter to the Prison Law Office I informed them of the medical, dental

H
H
H

and mental health treatment and care I was
being denied at the California Mens Colony by
CDCR employees. For whatever reason The Prison
Law Office never responded to this letter or the
information ~~that~~ ~~that~~ ~~that was~~ that was in it.


On April 12th, 2007 I wrote a letter
to Mr Michael Bien of Rose, Bien and
Asaro and informed Mr Bien of the negligent
psychotropic drugging by CMC State Prison employees
of me that led to me cutting my wrists and my
ultimate hospitalization. Mr Bien responded to me in
a letter I received from him dated April 27, 2007.
In this letter dated April 27th, 2007 Mr Bien
said he had forwarded my letter to Mr
Ivan Trujillo of the Prison Law Office for
the Prison Law Office to handle but as of the present
day to date I have heard nothing about this letter

—23—

from the Prison Law office.
+H
+H
+H




+H
+H
+H|




+H
+H

## STATEMENT OF FACTS

## DECLARATION OF CHRISTOPHER T BURNS

I, Christopher T Burns, declare as follows:

I am over the age of eight-teen [18] years. I am a California state prisoner, California Department of Corrections and Rehabilitation [Hereafter, CDCR] No. K-30680, and I am currently confined at the California Men's Colony [hereafter, CMC] state prison in San Luis Obispo, California.

Around December 27th, 2005 I was transfered from Donovan State Prison in San Diego California to the CMC for medical reasons and safety concerns. [See generally my CDCR Administrative

Central [C] file and my CDCR Medical and Mental
health file.

Before my December 27th, 2005 transfer
to CMC and while confined at R.J Donovan State Prison
[hereafter] R.J.D] I informed RJD Prison medical and
dental employees I was experiencing mild to severe
pain in parts of my tongue and gums caused by chronic
inflammation. Before and up until my transfer from
R.J.D State Prison to CMC State Prison the cause of the
Chronic inflammation in my tongue and gums were and went
without a correct diagnosis by RJD State Prison Physicians,
and by outside Ear, Nose and Throat specialist, Doctor
Weeks; [ENT, Dr. Weeks was unable to complete his
diagnosis of my condition because of my December 2005
transfer from R.J.D State Prison to CMC State Prison.
卌
卌
卌

Around January 12th, 2006 while confined at CMC State Prison, I was harassed by CMC Correctional Officer [hereafter C.O.] KA Feavel and issued a frivolous CDCR Rule Violation Report [hereafter RVR] by C.O Feavel. I was than unjustly placed in CMC State Prison's Administrative Segregative Housing Unit [Ad-Seg] by Adam facility employees as a result of the frivolous RVR written by Feavel.

Around January 13th, 2006 while I was in the CMC Ad-Seg unit I experienced severe pain and inflammation in my tongue and gums from food items I ate on my daily issued prison meal trays. I informed and continued to inform Ad-Seg unit health care employees that I needed to see a physician and a dentist. Eventhough I made many requests to these employees, these health care employees refused to let me see a physician.

The pain in my gums and tongue was severe to the degree I stopped eating the food items on my daily issued prison meal trays. Only after I stopped eating my daily issued Prison meals did a Correctional Sergeant arrange for me to see a physician named, Dr. Perry.

When Dr. Perry examined me, CMC State Prison employees said they could not locate or find my CDCR Medical and Mental Health file, so Dr. Perry examined me without the help and aide of my CDCR Medical file. Dr Perry prescribed Ibprofens for the pain and inflammation in my tongue and gums and told me to sign up for sick call on Monday to see a physician for follow treatment.

Around January 22nd, 2006 I gave CMC State Prison Investigative Employee Correctional Officer C.D. Paul a four [4] page declaration I wrote dated

-28-

January 19th, 2006 entitled:

[Declaration of Christopher T Burns in Opposition to CMC State Prison RVR Log No A-06-01-0110].


This declaration dated January 19th, 2006 given by me to Paul stated some of the harm and harassment CMC employees have levied against me from around December 28th, 2005 to about January 19th, 2006.


On February 07th, 2006 I wrote and sent a letter Addressed to CMC State Prison warden Mr John Marshall dated February 07th, 2006 to Mr. Marshall. This letter to warden Marshall gave a very brief summary of the medical and dental care I was being denied and the harm and harassment waged against me by CMC employees at CMC State Prison from around December

℄℄℄℄
℄℄℄℄
℄℄℄℄

28th, 2005 to around January 25th, 2006.

In a response letter directed by CMC State Prison Warden Mr. John Marshall and written by CMC State Prison Appeals Coordinator D. Engler, to my letter dated February 07th, 2006 and an Administrative Appeal dated February 08th, 2006, Engler writes in part:

In the CDC 602 you have attached you have alleged the following:

[1] • Harassment by Correctional officer K. Feavel
[2] • CDC 115 Rules Violation Report issued by C/O Feavel
[3] • Unjust placement in Administrative Segregation
[4] • The need to see the doctor
[5] • The need to see the dentist
[6] • Lost medical/mental health file
[7] • Single Cell Status or transfer to a Federal Prison

Engler continues to write in part: These issues cannot be addressed on one appeal.

CMC State Prison Appeals Coordinator D. Engler refused to process and file my CDCR Appeal dated February 08th, 2006.

On February 16th, 2006 I appeared before a CMC State Prison Institutional Classification Committee. During this committee hearing I gave CMC state Prison Associate Warden Freightis [sp-?] a ten [10] page declaration dated February 14th, 2006 entitled:

[Declaration of Christopher T Burns
In Support of a CMC Investigative
Service Unit Investigation.]

This declaration I wrote Stated some of the harm and harassment inflicted upon me by CMC state Prison employees from around December 28th, 2005 to about February 14th, 2006. I also verbally informed Associate Warden Freightis [sp-?] about some of the previously mentioned harm and harassment by CMC employees against me in this declaration.

A) Os September 23rd, 2007 the present day to date CMC state prison employees have not Investigated, questioned me or taken seriously the different declaration, dated January 19th, 2006 and February or the other letters, appeals, and complaints given to CMC state prison employees stating the harm and harassment I have suffered from CMC state prison employees

HH
HH
HH

HH
HH
HH

HH
HH
HH

On Sunday March 19th, 2006 while housed in CMC State Prison, Ad-seg housing unit I stopped eating food items on my daily issued prison meal trays and did not eat any other food, and went the next two days without eating any of the food items on my daily issued prison meal trays and did not eat any other food.

I informed CMC State Prison employees, the reason for me not eating any food items on my meal trays was because Ingredients in these food items, i.e. Salt, Spice, Sugar, etc. cause moderate to severe Inflammation and pain in my tongue and gums.

At this time when I stopped eating these food meals CDCR physicians and a non CDCR physician, had not yet determined what was the cause of my dental and Medical problems, ie the pain and inflammation in my tongue and gums.

HA
HA
HA

CDCR Physicians had determined as was documented in my CDCR Medical file, I have bone loss in my gum areas and have gum disease; And I have suffered from this Problem of not being able to eat food items on my daily issued prison meal trays in the Past.

Around January of the year 2003 while I was confined at Chuckawalla State Prison in Blythe, California I underwent a dental examination by a Chuckawalla State Prison dentist named Dr. Van Mohr. After this examination Dr. Van Mohr did not tell me the cause of the pain and inflammation in my tongue and gums but Dr. Van Mohr did recommend and prescribe Sensydyne sensitive teeth toothpaste for the chronic pain and inflammation in my tongue and gums.

Shortly after I began using Sensydyne teeth toothpaste, this Sensydyne toothpaste was a low cost,

effective dental treatment in preventing painful chronic inflammation in my tongue and gums. The Sensydyne teeth toothpaste placed a layer of chemical protection on my gums and tongue to keep them from being inflammed or minimize the inflammation caused from food items I ate on my daily issued prison meal trays.

Around March 20th, 2006 I was moved from the CMC state prison Ad-Seg housing unit to CMC state prisons Mental health crisis unit also known as the Outpatient Housing unit because I would not eat any food items on my daily issued prison meal trays for two [2] days because these food items caused painful inflammation in my tongue and gums.

I told mental health employees, I could not eat any food from my daily issued prison meals because ingredients in these meals, i.e. sugar, salt, spice, etc.
||||
||||
||||

Severe pain and inflammation in my tongue and gums.
I told these CDCR mental health employees, CDCR Physicians
had not yet determined what was causing the painful
Inflammation in my tongue and gums, but CDCR dentist
Doctor Van Mohr had examined my tongue and gums
and had prescribed Sensydyne Sensitive teeth toothpaste
as a treatment for the Inflammation in my tongue and
gums.

I told these Mental health employees that when I
Used the Sensydyne teeth toothpaste it prevented and or
minimized the inflammation and pain caused by food I ate and
this toothpaste made it possible for me to eat food items
that would Otherwise cause Inflammation in my tongue
and gums.

Mental health employees refused to allow me to
Use the Sensydyne teeth toothpaste that would Prevent
14
14
14

and or minimize the painful inflammation in my tongue and gums and allow me to eat again.

Instead Mental health employees began to negotiate with my health and compromise my health by offering me an inpractical solution and substitute to using the Sensydyne teeth toothpaste. CMC State Prison employees suggested I could be given a liquid diet and use a straw to drink it because these employees erroneously reasoned no possible salt, sugar or spices in the liquid diet would come in contact with my tongue and gums and cause sever inflammation. I have used a straw in the past and told these employees the straw did not keep liquids from causing inflammation in my tongue and gums.

I asked CMC State Prison Mental health employees to give me a salt and spice free diet but these employees refused to give me a salt and spice free diet.

On March 23rd, 2006 I was examined by CMC State Prison dentist Doctor Carvalho for the pain and inflammation in my tongue and gums. I told Dr. Carvalho during this examination, other CDCR doctors have found as is documented in my CDCR medical file, I have bone loss in my gum(s) and have gum disease, I told Carvalho, CDCR dentist Dr. Van Mohr prescribed Sensydyne sensitive teeth toothpaste for the inflammation in my tongue and gums in the past, and this toothpaste when I was allowed to use it prevented and or minimized the inflammation in my tongue and gums caused from food items I ate from my prison issued meals and allowed me to eat food items that otherwise I could not eat

Dr. Carvalho responded by saying, I read your medical file and it seems, you get doctors to do what you want them to do. Dr. Carvalho told me the CMC State

Prison Pharmacy did not stock or supply Sensydyne teeth toothpaste or any other brand or kind of Sensitive teeth toothpaste or any other sensitive teeth chemical treatments and Dr. Carvalho refused to treat the inflammation in my tongue and gums.

I told Dr. Carvalho, Sensitive teeth toothpaste is sold in the CMC State Prisons Prisoner Canteen and I asked Dr. Carvalho if he could assist me in helping to purchase this Sensitive teeth toothpaste from the CMC Prisoner Canteen and than approve the use of this sensitive teeth toothpaste in the Mental health Crisis Unit or otherwise refered to as the Outpatient Housing Unit.

I had money in my CDCR Prisoner Trust account to buy the [medically Necessary] Sensitive teeth toothpaste from the Prisoners Canteen, but this Prisoners Canteen would not sell this toothpaste to prisoners housed in the Mental health

Crisis Unit where I was presently placed because of Safety Concerns and Property restrictions. But the Prisoner Canteen did sell sensitive teeth toothpaste to prisoners confined in CMC State Prisons general population.

Even if I were permitted to purchase with the money in my CDCR Prison Trust account the sensitive teeth toothpaste from the Prison Canteen, CMC employees in the Mental health Crisis unit would not let me use this toothpaste without a doctors approval. Dr. Carvalho said he could not help me purchase the sensitive teeth toothpaste with my own money from the Prison Canteen nor would he approve the use of this toothpaste by me in the Mental health Crisis unit.

I told Dr. Carvalho I could have my family send a tube of sensitive teeth toothpaste to the CMC State Prison dental department for me but Dr. Carvalho

H
HH
HH

said he could not do that. Dr. Carvalho than said, get a good lawyer.

From March 20th, 2006 to around April 04th, 2006 while confined to CMC State Prisons mental health Crisis unit, mental health crisis unit employees would not permit me to write a CDCR Prisoner Administrative Appeal addressing the denial by CMC State Prison employees of my (Medically Necessary) Sensitive teeth toothpaste nor would there mental health employees write an appeal on my behalf addressing the need for toothpaste.

After I was moved from the mental health crisis unit back to the Ad-Seg unit where I was allowed to write a CDCR Administrative Appeal in the Ad-Seg housing unit, I filed an Administrative Appeal dated April 04th, 2006, with CMC State Prisons Appeal Coordinator. This Appeal

Stated that CMC employees were delaying, denying me the right to purchase, and/or provide me with medically necessary sensitive teeth toothpaste or other chemical treatments to prevent and or minimize the inflammation in my tongue and gums caused by food items I ate from my daily issued prison meal trays.

Present CMC State Prison Policy did not sell sensitive teeth toothpaste to prisoners in the Ad-seg housing unit or the Mental health crisis unit and the CMC State Prison Pharmacy did not keep in stock or supply to fill a prescription by a Doctor sensitive teeth toothpaste; nor had any CMC State Prison employee informed me of any policy or procedure whereby a family member could send you this toothpaste from outside of the prison, to you.

H
H
H

Months later after serious psychotropic damage had been done to my body and person CMC State Prison Health Care Manager granted my Appeal requesting CMC State Prison provide me with Sensydyne sensitive teeth toothpaste. Dr. Greenman, CMC State Prison's Health care Manager granted my request by stating in his second level review response to my Appeal quote [The request of this appeal for Sensydyne toothpaste, has been granted].

This response by Dr Greenman was dated May 25, 2006 and completed the second level review to my Appeal. [See my CDCR Administrative Central file and Medical file, CDCR Appeal Log NO CMC-E-06-00861.]

Eventhough this Appeal was granted, CMC employees have never provided me at CMC State Prison with [Medically necessary] Sensitive teeth toothpaste as granted in Dr Greenmans May 25th, 2006 response Answer to my appeal, as Dr. Greenman's grant is tantamount to confetti.

||||
|||
|||

− 43 −

Around March 27th, 2006 CMC State Prison Mental health employees determined my complaint about severe pain and inflammation in my tongue and gums that kept me from eating my daily issued Prison meals was not the result of a dental or medical problem but my dental complaint was the result of a delusion I was having from a mental illness I was suffering from.

Because Mental health employees negligently reasoned I was suffering from a delusion these employees began forcing me to take antipsychotics against my informed will and consent.

Had these Mental health employees had me examined by Ear, Nose and Throat Specialist Dr. Hendrix [sp-?] who on around July 10th, 2006 who accurately concluded after examination and Lab test analysis and Confirmation that I was suffering

—44—

from [Periodontal Lichen Planus] an AutoImmune disease that causes mild to severe pain and inflammation in the tongue and gums, before making their damaging decision to force me to take antipsychotics, these mental health employess would not have forced me to take antipsychotic drugs and expose me to the ultimate harm I experienced.

I was initially transfered from Donovan State Prison in San Diego to CMC State Prison around December 27th, 2005 to continue the diagnosing and treatment of the Chronic inflammation and pain in my tongue and gums by an Ear, Nose and Throat Specialist but did not see or become examined by an ENT specialist until after about five[5] months from my initial arrival to CMC State Prison and after about three [3] months from the time CMC State Prison employees began forcing me

HA
HH
HH

-45-

to take psychotropic medication at ultimately did more harm than good to me.

I was never informed by CMC State Prison employee Karen McBeth on March 29, 2006 as stated on my 72-Hour Certification Notice, of my right to request Judicial review by habeas corpus with the right to court appointed counsel; my right to request an attorney to discuss the process and to assist me in preparing for my Certification Review Hearing.

I was never informed by McBeth or any other CMC State Prison Mental Health employee of these rights before my Involuntary Antipsychotic Medication Certification Review Hearing.

I was never informed by McBeth or any other CMC State Prison Mental Health employee of my right to request Judicial review by habeas corpus with the right

—46—

to court appointed counsel, right to request an attorney to discuss the process, and assist me in preparing for my Certification Review Hearing as stated on my CDCR Inmate Rights and Authorization For Involuntary Medication Form.

I was never given to read by McBeth or any other CMC State Prison employee a copy of my 72-Hour Certification Notice or my Inmate Rights and Authorization For Involuntary Medication, before my ten [10] day Involuntary Antipsychotic Medication Certification Review Hearing. Had I known of my right to Judicial review by habeas Corpus with the right to court appointed counsel, my right to request an attorney to discuss the process, and to assist me in preparing for my Certification review hearing, I would have exercised

-47-

these rights had I been given timely Notice of these rights.

I was not permitted to read by McBeth or any other employee a copy of my 72-hour Certification Noticed dated March 29th, 2006 and signed by McBeth and my Inmate Rights and Authorization For Involuntary Medication Form until after my hearing had been decided around April 03rd, 2006 and after I was removed from the Mental health crisis Unit at CMC State Prison back to the Ad-Seg housing Unit at CMC State Prison.

Once back In the Ad-Seg housing Unit I was given a copy of my 72 Hour Certification Review Hearing Notice dated March 27th, 2006 and a copy of my Inmate Rights and Authorization For Involuntary Medication Form to read but It was to late for me to

exercise these rights because my Involuntary
Antipsychotic Medication Certification Review Hearing
had been concluded with a decision to continue
to allow CMC State Prison employees to force me to
take antipsychotic drugs.

From March 27th, 2006 the day I was
forced to take antipsychotics to the day around
November 30th, 2006 when I was ultimately
hospitalized I suffered many adverse and harmful
effects from the psychotropic drugs I was forced to
take.

CMC State Prison employees did not inform
me before, during or after ~~the~~ employees decided to
force me to take antipsychotics, that these antipsychotics
they were forcing me to take could directly produce
effects and conditions that did cause me to experience

excessive restlessness, thoughts of violence, thoughts of suicide, depression, inability to concentrate, impaired judgement, cloudyness and confusion of thought, sleepiness.

On April 14th, 2006 I told CMC State Prison Psychiatrist Dr. Marks, the antipsychotic medication named [Risperdal] I was being forced to take was causing me to become sleepy throughout the day. Dr. Marks told me he could not increase or decrease the amount of my Risperdal medication dosage but he could change the dosage times I took this medication from two times a day to one time a day and Dr. Marks changed my dosage time to one time a day, eventhough the dosage amount for the entire day did not increase or decrease but was combined into one dosage time and one Risperdal dosage amount.

#
#
#

About two [2] weeks later around April 28th, 2006 I complained to CMC State Prison Psychiatrist Dr. Daigle that the Risperdal Medication I was being forced to take was making me feel violent and Dr. Daigle said the medication does not make you feel violent but Dr Daigle did change my antipsychotic medication from [Risperdal] to another antipsychotic medication named [Zyprexa].

About two [2] weeks later I complained to a CMC State Prison Nurse that the antipsychotic medication was making me Suicidal and I was than placed on Suicide watch in CMC State Prison, Mental Health Crisis unit [outpatient Housing unit]. For the next two [2] days while housed in the Mental Health Crisis unit I complained to CMC State Prison Mental health employees, the medication I was being forced to

IA
ttt
Htt

-51-

take caused me to become suicidal but for [2] two days they would not adjust or change my antipsychotic medication.    Finally three [3] days later my antipsychotic medication was changed from [Zyprexa] to [Seroquel] by CMC State Prison Psychiatrist Dr. Brown and my suicidal thoughts stopped.

~~the the the, the, the the~~
~~the the, the the the~~

On June 06th, 2006 Administrative Law Judge, The Honorable Keith Patrick Gibson denied the CDCRs Petition to continue to force me to take antipsychotic medication.    At this time when Judge Gibson made his decision to stop CMC State Prison employees from forcing me to take antipsychotic medication, Judge Gibson did not know,

From my initial commitment to the CDCR
in 1996 to the time I was forced to take
antipsychotic drugs I had a ten [10] year
absence of any attempt to committ suicide;
and it was not until I was psychotropically
drugged by force and violence to my will and
consent and under the influence of the drugs did I
experience suicidal thoughts and by the conditions
their antipsychotic left me in, did I attempt
to committ suicide.

HI
HI
HI

HI
HI
HI

HH
HI
UH

- 52-B

I did not know, nor had it been conclusively determined by ENT Specialist, Dr Hendrix [sp-?] what was the cause of the chronic inflammation in my tongue and gums.

After Judge Gibson denied the CDCR's Petition to force me to take antipsychotic medication CMC State Prison mental health employees did not tell me that once I stopped taking these antipsychotics and the antipsychotics were longer in my physical body, I might still suffer from harmful conditions produced directly from the antipsychotic medication or from the side effects of these antipsychotics such as depression, suicidal thoughts, violent thoughts, impaired judgements, lack of or inability to concentrate and sleepiness.

HH
HH
HH

CMC State Prison employees were aware, in the
last month of the harm I suffered from the
antipsychotics I was forced to take and did not counsel
me or talk to me about the direct conditions and
side effects I might have suffered and still may
suffer after being forced to take antipsychotic drugs.

Around June 16th, 2006 against my previous,
better Judgment to transfer from California Mens colony
State Prison to another CDCR State Prison, I under
the health inhibition destroying influence of the
Psychotropic, antipsychotic drugging agent, decided to
return from the CMC State Prison Ad-seg unit to
CMC State Prisons general population to my detriment
and ultimate peril. Before this release to CMC's
general population I requested CMC State Prison employees
to transfer me from the California Mens colony State

−54−

Prison to another crack State Prison because CMC state Prison employees did and were, continuing to harass me and subject me to Cruel and unusual punishment.

Also before this release and return from the CMC State prison Ad-seg housing unit I had a small amount of Synsedyne teeth toothpaste left while I was in the Ad-seg unit and I thought that I would run out of this Synsedyne toothpaste and be without the Synsedyne toothpaste to prevent and minimize the inflammation in my mouth leaving me to be continually tortured in the Ad-seg housing unit.

The little synsedyne teeth toothpaste I had left while in the Ad-seg housing unit was mailed to me by my mother, Mrs Evelyn Burns as I requested my mother to mail this toothpaste to the CMC State Prison Dental

卌
卌
卌

Department without prior CMC Dental Department
clearance and authorization to have this toothpaste mailed
to the CMC Dental Department for me. CMC State Prison
employees have never to the present day to date Authorized
me or a family member to mail Sensitive teeth toothpaste
to me through CMC State Prison mail or through the Dental
Department.

I informed a nurse in the Ad-seg housing
Unit of my unauthorized tube of toothpaste mailed
to the CMC State Prison dental department and she
found and gave me the Synsedyne teeth toothpaste to
me.

Because this Synsedyne Sensitive teeth
toothpaste was Unauthorized and CMC State Prison dental
department employees have never authorized me to
receive Synsedyne Sensitive teeth toothpaste mailed to me
#
#
#

-56-

from my family members but have to the contrary, explicitly prohibited my family members from mailing me this Synsedyne sensitive teeth toothpaste, I did not expect nor assume since I received a tube of this Synsedyne toothpaste once that I was entitled to and had a right to have more tubes of this Synsedyne teeth toothpaste mailed to me from my family members.

As I wrote earlier in this declaration CMC State Prison policy did not allow the CMC State Prison Prisoner Canteen to sell sensitive teeth toothpaste to prisoners housed in the Ad-seg housing unit when I was confined and CMC State Prison dental department staff would not have the CMC State Prison Pharmacy fill a doctor's order that prescribed Synsedyne Sensitive teeth toothpaste for me to use.

-57-

CMC State Prison employees negotiated my health, compromised my safety and exposed me to Irreversible harm and with [Force and Arms] and the immoral leverage of physical and ~~phys~~ psychological suffering extracted me out of a secure location by denying to provide [Medically Necessary] Synsedyne sensitive teeth toothpask to me while confined in the CMC State Prison Ad-seg housing unit and forcing me to return to a hostile, violent environment in CMC State Prisons general population, to buy my Medically Necessary Synsedyne teeth toothpaste from the general population Prisoner Canteen to treat the excruciating inflammation in my mouth caused by my Periodontal Lichen Planus.

Had I been able to purchase from the CMC Prison Canteen or receive more Synsedyne Sensitive teeth

HH
HH
HH

teeth toothpaste while I was confined in CMC State Prisons Ad-seg housing unit I would have stayed in the Ad-seg housing unit until I was transferred to another CDCR Prison and I would not have returned to CMC State Prisons general Population, where I was subject to an environment that can only be described as [Shocking to the conscience].

Around June 27, 2006 at California Mens Colony State Prison I was interviewed by Prison Law Office, Legal Assistant MS. Noor Darwood; MS. Darwood Interviewed me about the Mental health treatment I was receiving at CMC State Prison. At the time of this Interview with MS Darwood, Ear, Nose and Throat Specialist, Dr Hendrix [sp-?] had not yet determined what was Causing the pain and inflammation in my tongue and gums and what not able at the time of this

HH
HH
HH

Interview with MS Darwood to tell her all the facts
surrounding the grossly negligent medical, dental and mental
health treatment I was receiving from CMC State prison
employees. During my interview I did share some
of the facts but not all of the facts as stated in this
declaration. During this interview with MS Darwood my
judgement and thinking was blurred and impaired from
the effects of the psychotropic, antipsychotic forced
drugging of me.

At the time of this interview with
MS Darwood with the adverse background and threatening
CMC State prison circumstances as stated in this
declaration I had reason to believe if I told MS
Darwood the facts as I than knew them and requested
MS Darwood to alert the Court, CMC State Prison
employees would immediately retaliate with more torture.

Around July 10th, 2006 it was determined by CMC State Prison contracted Ear, Nose and Throat Specialist, Dr. Hendrix [sp-?] that I had an auto Immune disease named Periodontal Lichen Planus that caused mild to severe pain and inflammation in my tongue and gums.

Periodontal Lichen Planus is an inflammatory disease of the skin and mouth tissue that can and does cause burning, blisters, sores, ulcers and excruciating pain. Periodontal Lichen Planus in the tissue of the mouth can cause sores and ulcers that are aggravated and irritated by ingredients in food items, such as salt, sugar, citrus juices, tomato products, caffienated drinks like coffee and cola, crispy food, potato chips. The periodontal Lichen Planus in my mouth has caused me mild to excruciating pain when I have eaten

H|
H|
H†

certain Prison issued meal items or have drunk certain daily issued Prison meal liquids.

It is unusual and highly strange that the circumstances and facts stated in this motion about my medical, dental and mental health problems, parallel and are congruently similar to the following medical, dental and mental health problems I experienced in the past while confined at Ironwood State Prison in Blythe, California around November of the year 2002. [ see my CDCR Medical file for a record of the following facts and ordeal ].

Dr. Garsh at Ironwood State Prison in Blythe, California treated my dental problems. During the treatment of my dental problems Dr. Garsh cleaned my teeth. During this teeth cleaning Dr. Garsh made my dental problems worse by making a crack in one of

#A
#I
IA

-62-

my teeth. This cracked tooth exposed a nerve in my tooth to food that caused severe and excruciating pain for months. This exposed nerve in the cracked tooth caused observable swelling in my left cheek.

This crack that exposed a nerve in my tooth was not diagnosed until at least four [4] months after Dr. Garsh made a crack in my tooth. Another CDCR dentist at Chuckawalla State Prison in Blythe, California, named Dr. Van Mohr diagnosed my tooth as being cracked and this cracked tooth exposed a nerve.

The crack in the tooth was not visible to the naked eye. Dr. Von Mohr bonded and sealed my cracked tooth and alleviated my excruciating pain.

In between the time Dr. Garsh cracked my tooth to the time four [4] months later when

HI
HI
HI

-63-

Dr Von Mohr diagnosed and sealed my tooth, Ironwood State Prison employees diagnosed the pain I was experiencing as a mental illness and a mental disease. Ironwood State Prison employees in general and Ironwood State Prison medical, dental and mental health staff in Particular left me in the Ironwood State Prison Administrative Segregative housing unit for two [2] weeks with no medication to reduce the excruciating pain and swelling in my gums and cheek that was caused by the exposed nerve in my cracked tooth.

Ironwood State Prison medical, dental and mental health employees placed me in a Mental health crisis unit and heavily sedated me with Powerful drugs for a week.

HH
HH
HH

It was later determined by Chuckawalla State Prison mental health employees and dentist, Dr. Von Mohr, I was not suffering from mental illness but I was suffering from severe and excruciating pain caused by an exposed nerve in one of my teeth that was cracked.

Based in general on the overall inadequate, negligent and harmful medical, dental and mental health care I have been subjected to in the past from CDCR employees and more specifically the inadequate, negligent and harmful health care I have recently been subjected to from CMC State Prison employees as previously and as unexhaustedly yet briefly stated in this motion I had and presently have little to no confidence in the ability of CDCR employees in general and California Mens Colony State Prison employees specifically,

to reasonably and competently examine, diagnose and treat my chronic Medical and dental conditions and problems.

Because California Mens Colony State Prison staff and mental health employees subjected me to forced antipsychotic drugging, whose causal link was riveted to a misdiagnosis of my dental condition by a grossly negligent dentist and this forced drugging did more harm than good to me I had and presently have little to no confidence in California Mens Colony State Prison mental health employees to treat my mental health conditions.

California Mens Colony State Prison supervising psychiatrist, Dr. Weaver; psychiatrist Dr Myers and psychologist Dr. Livingston have been grossly negligent in their supervisory roles, in supervising and reviewing

HH
HH
HH

my case and what was during the supervisory watch of Dr. Weaver, Dr Myers and Dr. Livingston that I was negligently psychotropically drugged that caused me to spiral into a deep depression and induced me to cut my wrists and over dose on aspirin that led to my placement in the Intensive Care Unit at Sierra Vista Medical Center.

The skills and Mental health services of Supervising Psychiatrist Dr. Weaver, supervising psychiatrist Dr. Myers and supervising Psychologist Dr Livingston have reinforced the [Code of Silence] as to the abuse of prisoners by CMC State Prison employees and Dr. Weaver, Dr Myers and Dr Livingston have allowed, condoned and supported the Prison [Dulocracy] at the California Mens Colony State Prison and by doing so, have diminished the mental health of those

＃＃
＃＃
＃＃

— 67 —

already suffering from mental illness.

Supervisor, psychiatrist Dr. Weaver, Supervisor psychiatrist Dr. Myers and supervisor Dr. Psychologist Dr. Livingston are directly responsible for poisoning and prejudicing the mind of my then assigned clinician, Dr. Schwab with their grossly negligent supervision and rubber stamp reviews written in my CDCR mental health file. Dr. Weaver, Dr Myers and Dr. Livingston further created a hostile environment and a doomed Doctor/patient relationship by allowing an incompetent Psychiatrist, named Dr. Cliff to tell Dr. Schwab I was delusional based on Dr Cliff's, so called medical expertise.

These were the operative facts I found myself in and these circumstances never changed to the point where I could tell my then Clinician, Dr Schwab I was having thoughts of suicide, eventhough
ﾒﾒ
ﾒﾒ
ﾒﾒ

From my initial commitment to the CDCR
In 1996 to the time I was forced to take
antipsychotic drugs, I had a ten [10] year
absence of any attempt to committ suicide; and it
was not until I was psychotropically drugged
by force and violence to my will and consent,
and under the influence of the drugs did I
experience suicidal thoughts and by the conditions
these antipsychotics left me in, did I attempt
to committ suicide.

HH
HH
HH

I had withheld the truth from Dr Schwab for months.

On Friday October 24th, 2006 I was interviewed by Dr. Schwab and I could not tell her about my suicidal thoughts.

After I left Dr. Schwabs office I went back to my cell in my housing unit and took about 300 aspirin and then about an hour later I cut my wrist, five times. Later that night I was taken to Sierra Vista Regional Medical Center in San Luis Obispo and had the Aspirin removed from my stomach.

It was not until a month after October 2006, after I returned from the hospital and after numerous requests for a medication to treat my depression caused by my bi-polar disorder that
卌
卌
卌

CMC State Prison psychiatrist Dr Krassner prescribed a medication called [Depakote] to treat the bi-polar causing my depression

It took Dr Krassner about two months after I first started taking the Depakote to adjust my daily Depakote doses to an appropriate level of effectiveness while minimizing the drugs side effects.

Because I am in the same position and under the same conditions and similar circumstances I was in when CMC State Prison employees first harmed me in the past as stated in this declaration, I believe I am subject and exposed to further harm by CMC State Prison employees as long as I am housed anywhere at CMC State Prison.

I am still under the direct supervision and control of CMC State Prison supervising psychiatrist Dr Weaver, supervising psychiatrist Dr. Myers and supervising psychologist Dr Livingston and I do not trust them three [3] doctors as they bear the (greatest responsibility) for the pain, suffering and ~~injury~~ damage I ultimately experienced. Also Dr. Weaver, Dr. Myers and Dr Livingston are [ultimately] responsible for having me referred on three [3] different occasions to the California state mental hospital and then having me placed in the California state mental hospital when it was not warranted.

This court has found that CDCR employees ~~are~~ generally retaliate and harass any prisoner who informs the court of cruel and unusual punishment and conditions in prison and I believe

HH
HH
HH

CDCR employees in general and CMC state prison employees in particular will continue to harass retaliate and torture me for filing this motion with this court.

CMC State Prison employees and CDCR employees can continue to torture me by placing me in the Administrative ~~Segregation~~ ~~Unit~~ Segregative housing unit, the Mental health crisis Unit or Other Isolation unit cell without my synsedyne teeth toothpaste. By denying me the use of synsedyne teeth toothpaste I have no way to keep food I eat from my daily issued Prison meal trays from irritating and aggravating The ~~E~~ Periodontal Lichen Planus disease in my mouth that causes Severe painful, Chronic Inflammation in my tongue and gums.
LA
#
#

It is well documented in the courts file, my CDCR Administration Central File, the California Office of the Inspector Generals file, the Prison Law Offices file and this declaration, that I have suffered continual and systamatic harm, retaliation, torture and harassment from CDCR employees during my ten [10] year confinement in the CDCR. For the reasons stated in this motion and Declaration I am no longer safe from CMC & State Prison employees in the CMC State Prison Administrative Segregation housing unit, CMC State Prison mental health crisis unit or anywhere in CMC State Prison or the CDCR.

Based on the facts and information in this motion, this declaration, the courts file, my documents with the California Office of the

HH
HH
HH

Inspector General and my documents with the prison Law Office and my CDCR Administrative central file I believe I will continue to be harmed and harassed by CDCR employees and that is why I request this court to immediately take me into its custody and for good Cause appearing remand me to Federal custody to prevent me from being harmed any further by CDCR employees

Executed on this 23rd, day of September 2007 at San Luis Obispo, California

I declare under Penalty of Perjury that the foregoing is true and correct.

Christr T Burns

Christopher T BURNS

H
H
H