1  ROD PACHECO
   District Attorney
2  County of Riverside
   4075 Main Street, First Floor
3  Riverside, California  92501
   Telephone:  (951) 955-6620
4  Fax:  (951) 955-0190
   William C. Hughes
5  (CSB # 155992)

6  Attorneys for Intervenors
   ROD PACHECO, District Attorney, Riverside
7  BONNIE M. DUMANIS, District Attorney, San Diego
   TONY RACKAUCKAS, District Attorney, Orange
8  JAN SCULLY, District Attorney, Sacramento
   CHRISTIE STANLEY, District Attorney, Santa Barbara
9  MICHAEL A. RAMOS, District Attorney, San Bernardino
   ROBERT J. KOCHLY, District Attorney, Contra Costa
10 DAVID W. PAULSON, District Attorney, Solano
   GREGG COHEN, District Attorney, Tehama
11 TODD RIEBE, District Attorney, Amador
   BRADFORD R. FENOCCHIO, District Attorney, Placer
12 JOHN R. POYNER, District Attorney, Colusa
   MICHAEL RAMSEY, District Attorney, Butte
13 GERALD T. SHEA, District Attorney, San Luis Obispo
   EDWARD R. JAGELS, District Attorney, Kern
14 GREGORY TOTTEN, District Attorney, Ventura
   VERN PIERSON, District Attorney, El Dorado
15 CLIFFORD NEWELL, District Attorney, Nevada
   RONALD L. CALHOUN, District Attorney, Kings
16 DONALD SEGERSTROM, District Attorney, Tuolumne

17              **IN THE UNITED STATES DISTRICT COURTS**
          **FOR THE EASTERN AND NORTHERN DISTRICT OF CALIFORNIA**
18       **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**
           **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**
19

| | |
|---|---|
| 20  RALPH COLEMAN, et al., | Case No:  CIV S-90-0520 LKK JFM P |
| 21          Plaintiffs, | **THREE-JUDGE COURT** |
| 22      vs. | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| 23  ARNOLD SCHWARZENEGGER, et al., | |
| 24          Defendants. | Case No.:  C01-1351 TEH |
|     MARCIANO PLATA, et al., | |
| 25          Plaintiffs, | **THREE-JUDGE COURT** |
| 26      vs. | **DISTRICT ATTORNEY INTERVENORS'** |
| 27  ARNOLD SCHWARZENEGGER, et al., | **RESPONSE TO REQUEST FOR STIPULATION TO EX PARTE** |
| 28          Defendants. | **COMMUNICATION BY THE COURT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

1. On September 24, 2007, the Court advised counsel and the parties that it had been engaging in ex parte communications in the *Coleman* and *Plata* cases, and sought a stipulation by the parties and the intervenors to continue to engage in ex parte communications with the parties.

2. Counsel for the defendants in *Plata*, and counsel for the various intervenor groups, sought one week and were allowed until October 1, 2007, to consult with their clients to determine whether or not to stipulate to continued ex parte communications between the Court and parties.

3. After a thorough consideration of this request, the District Attorney Intervenors respectfully decline to enter into this stipulation and expressly object to any further ex parte communications in relation to and during the pendency of the Three-Judge Court proceedings. *See United States v. Thompson*, 827 F.2d 1254, 1258-59 (9th Cir. 1987) (ex parte communications are tolerated only in light of "compelling justification").

DATED:   October 1, 2007

                                                  ROD PACHECO, District Attorney
                                                  County of Riverside

By: _____/s/_____
WILLIAM C. HUGHES
Attorneys for Intervenors

ROD PACHECO, District Attorney
County of Riverside
BONNIE M. DUMANIS, District Attorney, County of San Diego
TONY RACKAUCKAS, District Attorney, County of Orange
JAN SCULLY, District Attorney, County of Sacramento
CHRISTIE STANLEY, District Attorney, County of Santa Barbara
MICHAEL A. RAMOS, District Attorney, County of San Bernardino
ROBERT J. KOCHLY, District Attorney, County of Contra Costa
DAVID W. PAULSON, District

| | |
|---|---|
| 1 | Attorney, County of Solano |
| 2 | GREGG COHEN, District Attorney, County of Tehama |
| 3 | TODD RIEBE, District Attorney, County of Amador |
| 4 | BRADFORD R. FENOCCHIO, District Attorney, County of Placer |
| 5 | JOHN R. POYNER, District Attorney, County of Colusa |
| 6 | MICHAEL RAMSEY, District Attorney, County of Butte |
| 7 | GERALD T. SHEA, District Attorney, County of San Luis Obispo |
| 8 | EDWARD R. JAGELS, District Attorney, County of Kern |
| 9 | GREGORY TOTTEN, District Attorney, County of Ventura |
| 10 | VERN PIERSON, District Attorney, County of El Dorado |
| 11 | CLIFFORD NEWELL, District Attorney, County of Nevada |
| 12 | RONALD L. CALHOUN, District Attorney, County of Kings |
| 13 | DONALD SEGERSTROM, District Attorney, County of Tuolumne |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |