STEVEN S. KAUFHOLD (SBN 157195)
skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745)
cstegeman@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:   415-765-9500
Facsimile:    415-765-9501

Attorneys for the Assembly Republican Intervenors and
Senate Republican Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                Plaintiffs,<br><br>         v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                Defendants. | Case No. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>                Plaintiffs,<br><br>         v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                Defendants. | Case No. C 01-cv-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**ASSEMBLY REPUBLICAN INTERVENORS' AND SENATE REPUBLICAN INTERVENORS' RESPONSE CONCERNING *EX PARTE* COMMUNICATIONS WITH THE COURT** |

**TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The Assembly Republican Intervenors and the Senate Republican Intervenors ("Intervenors") respectfully decline to stipulate to allow *ex parte* communications by or to the Three Judge Court with respect to this action. The Intervenors specifically request the opportunity to participate, through counsel, in all communications between the Three Judge Court and the parties or counsel in this action.

Dated: October 1, 2007                           AKIN GUMP STRAUSS HAUER & FELD LLP


By_____/s/ Chad A. Stegeman_____
   Steve S. Kaufhold
   Chad A. Stegeman
Attorneys for the Assembly Republican
Intervenors and Senate Republican Intervenors

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500. On October 1, 2007, I served the foregoing document(s) described as:

ASSEMBLY REPUBLICAN INTERVENOR'S AND SENATE REPUBLICAN INTERVENORS' RESPONSES CONCERNING EX PARTE COMMUNICATIONS WITH THE COURT

on the interested party(ies) below, using the following means:

| | |
|---|---|
| California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street, 20th floor<br>P. O. Box 70550<br>Oakland, CA  94612-0550 | Union of American Physicians & Dentists<br>DAVIS, COWELL & BOWE<br>595 Market St., Suite 1400<br>San Francisco, CA  94105 |
| Robert Sillen<br>California Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA  95110 | Anne L. Keck<br>Office of Sonoma County Counsel<br>575 Administration Drive, Suite 105a<br>Santa Rosa, CA  9540 |

☒ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 1, 2007, at San Francisco, California.

<u>Laura Rojas</u>                                       <u>  s/Laura Rojas                        </u>
[Print Name of Person Executing Proof]              [Signature]