1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8  Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants
10

11

12                    IN THE UNITED STATES DISTRICT COURT

                      FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

| 15 | **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
|----|----|----|
| 16 | Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT ORDER FOR PLAN TO ADDRESS RECRUITMENT** |
| 17 | v. | |
| 18 | **ARNOLD SCHWARZENEGGER, et al.,** | |
| 19 | Defendants. | |

20

21        On August 2, 2007, this Court directed Defendants to submit a plan for implementing

22  an effective recruitment capability and strategy within 60 days.  Defendants' plan is attached as

23

24

25

26  / / /

27  / / /

28  / / /

Defendants' Recruitment Plan

1 | Exhibit A.

2 |          Dated:  October 1, 2007

3 |                              Respectfully submitted,

4 |                              EDMUND G. BROWN JR.
                                 Attorney General of the State of California

5 |                              DAVID S. CHANEY
                                 Chief Assistant Attorney General

6 |                              FRANCES T. GRUNDER
                                 Senior Assistant Attorney General

7 |

8 |                              ROCHELLE C. EAST
                                 Supervising Deputy Attorney General

9 |

10 |                             */s/ Lisa A. Tillman*

11 |

12 |                             LISA A. TILLMAN
                                 Deputy Attorney General
                                 Attorneys for Defendants

13 |

14 | 30337550.wpd
      CF1997CS0003

Defendants' Recruitment Plan

2