COLEMAN v. SCHWARZENEGGER
CASE NO. CIV S-90-0520 LKK JFM P

EXHIBIT A IN SUPPORT OF DEFENDANTS' RECRUITMENT PLAN

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                             ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
P.O. Box 942883
Sacramento, CA 94283-0001



OCT 1 2007

J. Michael Keating, Jr.                    Via:    Lisa Tillman
Office of the Special Master                       Deputy Attorney General
2351 Sussex Lane                                   Department of Justice
Fernandina Beach, FL 32034                         1300 "I" Street, Suite 125
                                                   P. O. Box 944255
                                                   Sacramento, CA 94244-2550

RE:   **RESPONSES TO COLEMAN COURT ORDER OF AUGUST 2, 2007 - DISCIPLINE AND RECRUITMENT**

Dear Mr. Keating:

Enclosed please find our plan in response to the August 2, 2007 Court Order regarding Discipline and Recruitment.

- Discipline & Recruitment Final Plan
- Coleman Recruitment Plan – Completed Strategies
- Coleman Recruitment Plan – Recruitment Strategies

If you have any questions, please contact me at (916) 323-0229.

Sincerely,

ROBIN J. DEZEMBER
Chief Deputy Secretary
Division of Correctional Health Care Services

Enclosures

cc:  Doug McKeever, Director, Mental Health Program, Division of Correctional Health
        Care Services (DCHCS)
     Karen Wong, Deputy Director (A), DCHCS
     Matthew A. Lopes, Jr., Deputy *Coleman* Special Master
     Jeffrey L. Metzner, M.D., *Coleman* Expert
     Dennis F. Koson, M.D., *Coleman* Expert
     Kerry Hughes, M.D., *Coleman* Expert
     Melissa G. Warren, Ph.D., *Coleman* Expert
     Raymond F. Patterson, M.D., *Coleman* Expert
     Paul Nicoll, *Coleman* Expert

J. Michael Keating, Jr.
Office of the Special Master
Page 2


Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Mary-Joy Spencer, Esq., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D, MPH, *Coleman* Expert
Henry Dlugacz, *Coleman* Expert
Angela Shannon, *Coleman* Expert
Lisa Tillman, Office of the Attorney General
Misha Igra, Office of the Attorney General
Michael Stone, Office of Legal Affairs
Michael Bien, Rosen, Bien and Galvan
Donald Specter, Prison Law Office
Virginia Morrison, Esq., *Coleman*
Mohamedu F. Jones, Esq., *Coleman*
Patricia Williams, Esq., *Coleman*
Linda Buffardi, *Coleman*
George Giurbino, Division of Adult Institutions (DAI)
Andrew Swanson, M.D., Chief Psychiatrist, DCHCS
Marion Chiurazzi, Ph.D., DCHCS
Nancy Bither, DAI
Mary Neade, DAI
Sharon Riegel, DCHCS

Response to
Coleman August 2, 2007 Order
Discipline and Recruitment

## BACKGROUND

The following proposal outlines the funding and timeframes necessary to implement an effective recruitment strategy for mental health classifications.

This plan is required by the August 2, 2007, Court Order.

The order states:

> "Defendants shall develop a plan, funding proposal and timetable for implementing an effective staff recruitment capability and strategy. Defendants' plan shall include, but not be limited to, a discussion of the following strategies for improving staffing:
>
> - Streamlining and expediting the process for obtaining approval of Form 607s, which are the formal means of establishing positions.
> - Reviewing and streamlining a process for obtaining exemption from operation of Government Code 12439, under which positions which have been vacant for six months are, in effect, abolished or must be re-established.
> - Obtaining funding needed to place examinations for psychologists and licensed clinical social workers on line.
> - Deleting from the psychiatrist and psychologist examinations any inquiries or questions which needlessly discourage or eliminate otherwise qualified applicants.
> - Reconsidering the existing and apparently insufficient budget for recruitment.
> - Developing regional recruitment teams.
> - Using contracted subject-matter or professional specialty experts to assist in the recruitment process.
> - Broadening the scope of recruitment efforts to the national level.
> - Reviewing and revising the department's current print advertising and expanding the range of publications in which is appears.
> - Resuming the practice of weekly progress reporting on hiring by each institution."

Human Resources of the California Department of Corrections and Rehabilitation (CDCR) has conducted the following recruitment efforts for mental health classifications to date:

## Recruitment Activities July 1, 2007 – September 18, 2007

**Advertising** – Ongoing, statewide and national ads on the following career websites:
- Career Builder. com.
- Corrections Connection
- Military Transition Bulletin Board
- Yahoo Hot Jobs
- Cal Jobs
- Craiglist.com
- National Psychologist

**Response to**
**Coleman August 2, 2007 Order**
**Discipline and Recruitment**

**Hiring Workshops**

Conducted 21 hiring workshops at the following institutions:
- **CMC** – August 1, 2007: 18 attendees, 0 interviews and 0 hires
- **KVSP/NKSP** – August 1, 2007: 30 attendees, 0 interviews and 0 hires
- **Wasco** – August 2, 2007: 3 attendees, 1 interview and 1 hire
- **CRC** – August 7, 2007: 26 attendees, 5 interviews and 2 hires
- **ASP/PVSP** – August 8, 2007: 17 attendees, 5 interviews and 5 hires
- **COR/SATF** – August 9, 2007: 38 attendees, 5 interviews and 3 hires
- **VSPW/CCWF** – August 15, 2007: 19 attendees, 12 interviews and 0 hires
- **CCI** – August 15, 2007: 12 attendees, 10 interviews and 0 hires
- **SVSP/CTF** – August 16, 2007: 14 attendees, 0 interviews and 0 hires
- **LAC** – August 16, 2007: 13 attendees, 11 interviews scheduled for later date (08/20/07) and 0 hires
- **MCSP** – August 17, 2007: 2 attendees, 2 interviews and 1 hire
- **SAC/FOL** – August 22, 2007: 31 attendees, 0 interviews and 0 hires
- **CIM** – August 23, 2007: 46 attendees, 39 interviews and 10 hires
- **CMF/SOL** – August 25, 2007: 31 attendees, 15 interviews and 10 hires
- **CVSP/ISP** – August 29, 2007: 7 attendees, 0 interviews and 0 hires
- **SCC** – August 30, 2007: 7 attendees, 1 interviewed, 3 interviews scheduled for later date (09/19/07), 0 hires
- **DVI** – September 5, 2007: 10 attendees, 6 interviewed, 6 hires
- **SQ** – September 5, 2007: 16 attendees, 0 interviewed, 0 hired
- **PBSP** – September 5, 2007: 9 attendees, 7 interviewed, 1 hire
- **RJD** – September 6, 2007: 52 attendees, 35 interviewed, 10 hires (8 tentative Psychologist hires)

**Workshop Mailers**
- 16,629 mailed to Licensed Clinical Social Workers
- 15,791 mailed to Clinical Psychologist
- 104,332 mailed to Psychiatric Technicians

**Workshops Advertisements**
- 10 Radio Spots – statewide
- Career Builder – statewide and nationwide
- Yahoo! Hot Jobs – statewide and nationwide

Please note: Staff is following up with institutions that did not conduct same day interviews to confirm that interviews are scheduled for those that attended the workshop.

Response to
Coleman August 2, 2007 Order
Discipline and Recruitment

### Career Fairs and Health Care Conferences – Completed and Planned

**Completed**
- July 26, 2007 – Agnew Developmental Center Career Fair – 147 signed information sheet.
- August 14, 2007, California State Fair – 140 returned information cards.
- August 17 – 20, 2007, American Psychological Association – 71 signed information sheet

**Planned**
- September 26, 2007 – California State University, Sacramento Job Fair
- October 9, 2007 – Stanford University Career Fair
- October 11-14, 2007, 20th Annual Psychiatric Congress
- October 13-17, 2007, National Conference on Correctional Healthcare
- October 20, 2007, LA County Psychological Association Meeting
- October 23-28, 2007, 54th Annual American Academy of Child and Adolescent Psychiatry
- November 8, 2007, Military.Com Career Fair
- May 2-9, 2008, American Psychiatric Association Annual Meeting

**Classroom Presentations** – The Department conducted the following classroom presentations:

- August 3, 2007 – Psychiatric Technician Classroom Presentation at San Bernardino Valley College: 44 attendees.
- August 24, 2007 – Psychology Presentation at Alliance University in Fresno: 23 attendees.
- September 11, 2007 – Psychiatric Technician Classroom Presentation at Mt. Sac College: 32 attendees.

In addition to the previous recruitment efforts, CDCR will carry out the following recruitment strategies to increase staffing as outlined in the two Recruitment Plans being submitted to the Court.

**Hiring Workshops**
- CDCR will increase the number of institution hiring workshops. The hiring workshop gives candidates an opportunity to meet with staff that are working at the institution, tour the institution, be interviewed and given a tentative offer. These workshops have proven to be one of CDCR's most effective recruitment strategies.

**Marketing/Advertising**
- CDCR will continue to send mailers to licensed mental health professionals, publicizing the dates and times of the institution hiring workshop. This has proven to be the most successful form of advertisement for the hiring workshops.

- CDCR will increase state and nationwide advertisements in Internet career sites, including Career Builder, Yahoo Hot Jobs, Craigslist in addition to advertisements in mental health journals, National Psychologist, Current Psychiatry and CA Psychologist. CDCR will also advertise in local community calendars in cities surrounding institutions.

Response to
Coleman August 2, 2007 Order
Discipline and Recruitment

- CDCR will send Press Releases to media outlets throughout California regarding the critical hiring needs of mental health professionals at CDCR.

**School Outreach**

- CDCR will send career opportunity information to career and counseling centers at colleges, universities and trade schools across the state.

## COURT ORDER STRATEGIES FOR IMPROVING STAFFING

To address the specific court order requirements, CDCR has developed a recruitment plan which details all of the Court ordered strategies. The plans and status of implementation progress are set forth below.

**Streamlining and expediting the process for obtaining approval of Form 607s, which are the formal means of establishing positions.**

On September 18, 2007, staff from the Office of Personnel Services (OPS), Budget Management Branch (BMB), and Division of Correctional Health Care Services (DCHCS Headquarters) met to finalize a new streamlined 607 approval process. Because the 607 approval process is different for Institutions and Headquarters (HQ) positions, there will be a separate process for those positions. The DCHCS Headquarters will prepare instructions and send them to the institutions on the new Institutions 607 process.

*Institution 607 Approval Process*

1. DCHCS Headquarters approval will no longer be needed on Institution 607s. Institutions will send 607s to BMB with a pink *Coleman/Perez* cover letter with instructions to expedite the 607. It is strongly recommended that the 607s be sent via overnight mail to the BMB.
2. The BMB will process the 607 within 10 work days.
3. On a bi-weekly basis, the BMB will send an electronic log to DCHCS Headquarters showing the status of all 607s. The BMB will no longer send copies of the 607s to DCHCS Headquarters.

*HQ 607 Approval Process*

1. The OPS' position control staff will complete their portion of the 607 process within 2 calendar days of receipt.
2. The 607s will be hand-carried to BMB with a cover letter requesting that the 607 be expedited.
3. The BMB will process 607s within 10 calendar days.
4. On a bi-weekly basis, the BMB will send an electronic log to OPS and DCHCS Headquarters' Personnel Liaison showing the status of all 607s.

Response to
Coleman August 2, 2007 Order
Discipline and Recruitment

The new process will be implemented by October 1, 2007. The OPS, BMB, and DCHCS Headquarters will monitor the process and reconvene in 30 to 45 days to make adjustments to the process if necessary.

**Reviewing and streamlining a process for obtaining exemption from operation of Government Code 12439, under which positions which have been vacant for six months are, in effect, abolished or must be re-established.**

The Legislation for amending GC 12439 to one year did not pass. However, the existing process is simple and should not result in the loss of positions. The statute provides two categories for reestablishment of positions. The first category is for positions that meet the self-certification criteria under GC Section 12439(c). Requests to reestablish these positions must be submitted to the State Controller's Office. The second category is for positions that may be reestablished upon the approval of the Director of Finance pursuant to GC Section 12439(b): Agencies, departments, and other state entities requesting a vacant position reestablishment pursuant to GC Section 12439(b) must submit a completed Request for GC Section 12439 Abolished Position Reestablishment Form DF-155 to their Department of Finance (Finance) budget analyst, in both hard copy and electronic form. Coleman positions are considered "hard to fill" and are routinely authorized to be reestablished by Finance. The form is one page and requires only a small amount of documentation to support the request.

**Obtaining funding needed to place examinations for psychologists and licensed clinical social workers on line.**

The Office of Selection Services submitted a request to the DCHCS Headquarters for funds to pay the State Personnel Board for converting the Psychologist-Clinical, CF, Clinical Social Worker/Safety and Psychiatric Technician/Safety to Online/Internet based examinations. The examination materials were sent to the State Personnel Board, Examination Services on July 2, 2007.

Funding for all aspects of the described plan is available within the existing budget, and no new funds need to be requested at this time.

**Deleting from the psychiatrist and psychologist examinations any inquiries or questions which needlessly discourage or eliminate otherwise qualified applicants.**

The Department (Office of Selection Services) worked with three Mental Health Administrators: Dr. Andrew Swanson, Dr. Shama Chaiken and Dr. Margaret McAloon to review the language on the Supplemental Applications for all the Psychiatrist and Psychologist classes that could discourage or eliminate potential qualified applicants. The project was completed on June 21, 2007; all supplemental applications were revised and any language that could discourage or eliminate potential qualified applicants was deleted from the Supplemental Applications.

Response to
Coleman August 2, 2007 Order
Discipline and Recruitment

**Reconsidering the existing and apparently insufficient budget for recruitment.**

Human Resources detailed the funding needed to perform recruitment activities for 2007/2008. The current budget has sufficient funding to perform these activities indicated on the attached recruitment plan.

**Developing regional recruitment teams.**

Coleman regional management and Health Care Headquarters are working to develop regional teams that will assist with interviews and recruitment events statewide. Three mental health professionals have been identified to lead the teams. The Headquarters' Mental Health Recruitment Unit is now fully staffed and functioning.

**Using contracted subject-matter or professional specialty experts to assist in the recruitment process.**

Two experienced mental health professionals were recently hired by DCHCS Headquarters to collaborate with Human Resources on the recruitment of professional mental health staff. They have assisted with recruitment at the American Psychological Association conference held on August 17-20, 2007 in San Francisco, CA. The subject-matter expert is also scheduled to assist OWP with recruitment at the National Conference on Correctional Healthcare on October 12-17, 2007 in Nashville, TN.

**Broadening the scope of recruitment efforts to the national level.**

The Department will increase nationwide advertisements in Internet career sites, including Career Builder, Yahoo Hot Jobs, Craigslist in addition to advertisements in National Psychologist, Current Psychiatry and CA Psychologist.

**Reviewing and revising the department's current print advertising and expanding the range of publications in which is appears.**

The Department is increasing the use of internet career sites versus costly print ads. On average the cost of newspaper ads exceeds $10,000 per ad for a short run schedule (approximately 4 Sundays each month). The Department tracks the effectiveness of the various recruitment strategies and has found that more candidates hear about career opportunities for mental health classifications via the internet career sites, school flyers, and direct mailers to licensees.

**Resuming the practice of weekly progress reporting on hiring by each institution.**

This item falls under the responsibility of the newly established recruitment office of DCHCS Headquarters. The 30 day hire tracking database was implemented on August 27, 2007 and all institution personnel offices were trained. Additionally, all institution personnel offices were trained on and provided a copy of the Streamlined Hiring Procedures that is being submitted to the Court.

Discipline & Recruitment (Final 10-1-07)

Response to
Coleman August 2, 2007 Order
Discipline and Recruitment

## OTHER VACANCY REDUCTION ACTIONS

In addition to the recruitment actions planned or completed as described above and in the attachments, the following action is underway which is expected to have a major impact on the ability of CDCR to fill clinician vacancies over the next 12-18 months.

A special project has been initiated as of August 1, 2007 to expand significantly the base of clinical practitioners for recruitment as case managers and therapists. This project will first be piloted in mental health programs of prisons with a major mental health treatment mission and thereafter for all prisons. This expansion, if warranted, will be accomplished through the qualification and utilization of licensed Marriage and Family Therapists (MFT) placed carefully into the mix of clinicians to replace a defined number of vacant psychologist positions, and to some degree Psychiatric Technicians. Careful planning is underway to assure the use of only of licensed and specifically selected MFTs for use as a significant force in the CDCR mental health programs. The inclusion of this therapist classification will be based on scopes of work designed to reduce the demand for hard to obtain clinical psychologists that will effectively complement the work of existing psychologist, social workers and psychiatric technicians. The "MFT Program" will be implemented in three sections:

(a) Through contracting with a "registry-type" service a pilot project to bring in MFTs into one or more prisons with a major mental health mission is planned to begin in January 2008. This project will test the viability of the designed approach before it is expanded to other prisons and becomes a standard practice within CDCR.

(b) Simultaneous with the pilot project, a new classification of civil service will begin to be developed to permit direct hires of MFTs by CDCR should the use of these MFTs become a standard practice within CDCR. The new classification will be the first time MFTs can be recruited and hired into state civil service, although they are used in many county mental health operations. The new classification will include essential promotions as well as supervisory levels in order to establish a full career path for these positions.

(c) In addition, an internship program for MFT will be established to begin training toward a potential "pipeline" of these clinicians into CDCR's mental health program.

Both the "registry-type" contract approach and the internship will contain educational components designed to provide training on the provision of mental health services in a prison setting.

The MFT Project has just begun and a schedule of specific action steps has not yet been determined. Initial assessments of the potential for this effort to substantially bring down the vacancy rate for mental health clinicians are high. Moreover, the anticipated quality of these new clinicians also is high.

**Response to
Coleman August 2, 2007 Order
Discipline and Recruitment**

## CONCLUSION

Through the initiatives outlined above, the CDCR will work to increase the staffing levels for mental health classifications. We will monitor and track the progress of our recruitment efforts and make the necessary adjusts to ensure that we are meeting the goal of hiring qualified, mental health professionals in a timely manner.

Discipline & Recruitment (Final 10-1-07)

Coleman Recruitment Plan
Completed

| Strategy | Action | Assigned | Start Date | Due Date | Date Completed | Assumptions | Status | Notes |
|---|---|---|---|---|---|---|---|---|
| **Marketing/Advertising** | | | | | | | | |
| Hiring Workshop Mailer | Send workshop mailer to all mental health licensees: CSW-16,629 licensees; Psychologist - 15,791 licensees; Psychiatric Technicians - 104,322 licensees. | OWP | 07/01/07 | | 07/11/07 | | | Printing done by OSP. The numbers of licensed professional will change monthly. |
| Journal Ads | National Psychologist, | OWP | 09/01/07 | 10/30/07 | 09/14/07 | | | Ad placed in Sept. and Oct. issues of National Psychologist. |
| Develop Mental Health Brochures | Develop brochures that highlight the programs and experience of working at CDCR | OWP | 05/01/07 | | 08/01/07 | | | Brochure is complete. Working with DCHCS to determine number of brochures needed. |
| **Civil Service Selection Process** | | | | | | | | |
| Remove Selection Barriers to offer immediate employment | Delegation to explore alternative selection measures. Including the transferability of other Department list candidates to CDCR lists and the use of 3 scores/ranks for MH classifications. | OSS | TBD | | 07/01/07 | | | SPB approved change on 5/7/07. All scores converted to three ranks on 7/1/07. |
| **Hiring Strategies** | | | | | | | | |
| Hiring Matrix | Develop streamlined hiring requirements detailing activities, timeframes, roles and responsibilities and distribute to all IPO's and hiring authorities. | OWP | 07/01/07 | | 08/14/07 | | | Streamlined Hiring process started on 8/27/07. Procedures provided to all IPO's on 8/14/07. |
| Hiring Expectations | Develop and distribute hiring expectations and procedures for all local personnel offices and hiring managers to follow. | OWP/MH HQ | 05/15/07 | 06/25/07 | 08/14/07 | | | Included in the Streamlined Hiring Process procedures. |
| Screening criteria and interview questions | Develop consistent interview questions and screening criteria to be used by all hiring managers. | OWP/MH HQ | TBD | 12/15/07 | 08/14/07 | | | Included in the Streamlined Hiring Process procedures. |
| Hire Retired Annuitants | Use SPB's retired annuitant list to contact Retired Annuitants that worked in the specialty areas previously. | OWP/MH HQ | 07/02/07 | | 07/30/07 | Some workload will involve recruitment staff | | Staff canvassed the list. Two MH professional listed. Neither interested in working for CDCR. |

Final Plan 10-1-07

1

Coleman Recruitment Plan
Completed

| Strategy | Action | Assigned | Start Date | Due Date | Date Completed | Assumptions | Status | Notes |
|---|---|---|---|---|---|---|---|---|
| **Hiring Workshops** | | | | | | | | |
| Coleman Hiring Workshop | North Kern and Kern Valley | OWP | 08/01/07 | | 08/01/07 | | | No interviews conducted. |
| Coleman Hiring Workshop | California Men's Colony | OWP | 08/01/07 | | 08/01/07 | | | Preliminary Results: 17 attendees. No interviews held. |
| Coleman Hiring Workshop | Wasco State Prison | OWP | 08/02/07 | | 08/02/07 | | | Preliminary Results: 5 pending hires |
| Coleman Hiring Workshop | California Institution for Women and California Rehabilitation Center | OWP | 08/02/07 | | 08/02/07 | | | Preliminary Results: 5 interviews |
| Coleman Hiring Workshop | Avenal and Pleasant Valley | OWP | 08/08/07 | | 08/08/07 | | | Preliminary Results: 6 interviews/3 pending hires |
| Coleman Hiring Workshop | Corcoran and SATF | OWP | 08/09/07 | | 08/09/07 | | | Preliminary Results: 3 interviews/3 pending hires |
| Coleman Hiring Workshop | High Desert and California Correctional Center | OWP | 08/09/07 | | 08/09/07 | | | Preliminary Results: 12 interviews. |
| Coleman Hiring Workshop | Valley State and California Women's Facility | OWP | 08/15/07 | | 08/15/07 | | | |
| Coleman Hiring Workshop | Training Facility and Salinas Valley | OWP | 08/16/07 | | 08/16/07 | | | Preliminary Results: 10 interviews. |
| Coleman Hiring Workshop | California Correctional Institution | OWP | 08/15/07 | | 08/15/07 | | | Preliminary Results: 11 interviews. |
| Coleman Hiring Workshop | CSP-Los Angeles | OWP | 08/16/07 | | 08/16/07 | | | Preliminary Results: 2 interviews/2 pending hires. |
| Coleman Hiring Workshop | Mule Creek | OWP | 07/17/07 | | 07/17/07 | | | Preliminary Results: 19 interviews. |
| Coleman Hiring Workshop | Folsom State Prison and Sacramento | OWP | 08/22/07 | | 08/22/07 | | | Preliminary Results: 33 attendees. |
| Coleman Hiring Workshop | California Medical Facility and Solano | OWP | 08/22/07 | | 08/22/07 | | | Preliminary Results: 37 interviews/10 pending hires. |
| Coleman Hiring Workshop | California Institution for Men | OWP | 08/23/07 | | 08/23/07 | | | Preliminary Results: 4 interviews/1 pending hire. |
| Coleman Hiring Workshop | Ironwood and Chuckawalla | OWP | 08/29/07 | | 08/29/07 | | | Preliminary Results: 4 interviews. |
| Coleman Hiring Workshop | Sierra Conservation Camp | OWP | 08/30/07 | | 08/30/07 | | | Preliminary Results: 6 interviews. |
| Coleman Hiring Workshop | Deuel Vocational Institution | OWP | 09/05/07 | | 09/05/07 | | | Preliminary Results: 14 Attendees. |
| Coleman Hiring Workshop | San Quentin | OWP | 09/05/07 | | 09/05/07 | | | Preliminary Results: 7 interviews. |
| Coleman Hiring Workshop | Pelican Bay | OWP | 09/05/07 | | 09/05/07 | | | Preliminary Results: 31 interviewed |
| Coleman Hiring Workshop | Richard J. Donovan | OWP | 09/06/07 | | 09/06/07 | | | |
| **Internal State and External Partnerships** | **Outreach Partnerships** | | | | | | | |
| Union Partnerships | Work with labor and the unions to publicize career opportunities; new employees equals more dues for the unions versus pulling staff from other departments. | OWP/Labor | 04/01/07 | Ongoing | | | | OWP met with mental health class unions to establish partnerships. Advertised hiring workshops on their website and newsletter at no costs. Union Rep. feels that the advertisements were successful. |
| **Court Ordered Items** | | | | | | | | |
| Nationwide Advertising | Place ads in national publications and media outlets as needed. | OWP | 07/01/07 | Ongoing | | Funding Availability. Ad placement will be based on needs and vacancy numbers at any particular location | | |

Coleman Recruitment Plan
Completed

| Strategy | Action | Assigned | Start Date | Due Date | Date Completed | Assumptions | Status | Notes |
|---|---|---|---|---|---|---|---|---|
| Recruitment Funding | Reconsider the existing and apparently insufficient budget for recruitment. | OWP/MH HQ | 6/15/2007 | 10/1/2007 | | | | |
| Psychiatrist and Psychologist revisions | Delete from the psychiatrist and psychologist examinations any inquiries or questions which needlessly discourage or eliminate otherwise qualified applicants | OSS | 06/15/07 | 10/23/07 | | Determination will be made by a panel of SMEs within DCHCS | | Package sent to DPA on 7/23/07. Target is 10/23/07 SPB meeting. |
| 607 Process | Streamline and expedite the process for obtaining approval of Form 607s, the form establishing positions. | BMB/OPS | 08/01/07 | 10/01/07 | | | | |
| Government Code Section 12439 | Review and streamline a process for obtaining exemption from the operation of Government Code Section 12439, under which positions that have been vacant for six months are, in effect, abolished or must be re-established. | OPS | | 10/01/07 | | | | |
| Establish subject matter expert interviews panels | Explore using internal staff to serve as interview panel members, explore other options of creating interview panel members including Retired Annuitants (selection service exam proctors), hiring firm that has qualified interviewers (e.g. CPS). | OWP/MH HQ | TBD | 10/01/07 | | | | |
| Regional Recruitment Teams | Develop regional recruitment teams. | MH HQ | 07/15/07 | 10/01/07 | | | | Working with DCHCS to establish teams. |
| Weekly Hiring Reports | Develop online tracking system | DCHCS | 06/15/07 | 07/01/07 | 08/27/07 | | Dan Mehring is developing. | Training provided by DCHCS to all IPO's. |

Final Plan 10-1-07

3

Coleman Recruitment Plan
Recruitment Strategies

| Strategy | Action | Assigned | Start Date | Due Date | Date Completed | Estimated Hours to Complete | Assumptions | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Marketing/Advertising** | **Marketing/Outreach** | | | | | | | | |
| Place Ongoing statewide and nationwide Job Ads | Place ads in Career Builder, Yahoo Hot Jobs, Craigslist and EDD, National Psychologist, Current Psychiatry and CA Psychologist. | | | | | | | | |
| Hiring Workshop Mailer | Send workshop mailer to all mental health licensees. CSW -16,629 licensees; Psychologist - 15,791 licensees; Psychiatric Technicians - 104,322 licensees. | OWP | 07/01/07 | 07/15/07 | | | | | Licensee lists for CSW, Psychologist, and Psychiatric Technicians obtained from Dept of Consumer Affairs. Zero costs for mailers for utilizing in-house resources to save taxpayer dollars. Mailing frequency and intervals will coincide with workshop schedule. Cost for number of mailings irrelevent due to zero costs for in-house mail services. Only costs being captured is the costs for the lists from Dept of Consumer Affairs. |
| Media Campaign | Develop and submit press releases regarding the critical hiring needs of mental health professionals. | CDCR Communications Office | 10/15/07 | On-going | | To Be Determined | Some workload hours will involve Human Resources Staff. Releases will be issued based on the vacancy number for each CF (status post hiring workshops) | | By 10/15/07 Start date OWP staff will initiate and begin collaboration with Office of Communications. |
| Reproduce Mental Health Brochures | Determine number of brochures and funding source to reproduce. | OWP | 09/01/07 | 10/02/07 | | 80 Hours | | | Brochure is complete. Working with DCHCS to determine number of brochures needed. |
| **Civil Service Selection Process** | **Selection** | | | | | | | | |
| Online Exams | Convert mental health exams to online exams for the following classifications: Psychologist, Clinical, CF; Clinical Social Worker, CF; Psychiatric Technician (Safety) | OSS | TBD | | | | Funding will be available to convert all exams and cover ongoing maintenance costs; Subject Matter Experts will be available to assist with the effort. | | |

Final Plan 10-1-07

1

Coleman Recruitment Plan
Recruitment Strategies

| Strategy | Action | Assigned | Start Date | Due Date | Date Completed | Estimated Hours to Complete | Assumptions | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Hiring Workshops** | | | | | | 3000 Hours | | | |
| Quarterly Coleman Hiring Workshop | ASP/PVSP | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | VSPW/CCWF | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | HDSP/CCC | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | SVSP/CTF | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | KVSP/NKSP | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | CMF/SOL | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | COR/SATF | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | SAC/FOL | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | CMC | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | MCSP | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | CIW/CRC | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | CCI | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | LAC | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | WASCO | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | RJD | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | SCC | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | CVSP/ISP | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | DVI | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | SQ | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | CENTRAL | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | CIM | OWP | | | | | | | |
| Quarterly Coleman Hiring Workshop | PBSP | OWP | | | | | | | |

Coleman Recruitment Plan
Recruitment Strategies

| Strategy | Action | Event Information | Assigned | Start Date | Due Date | Date Completed | Estimated Hours to Complete | Assumptions | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| **Association/Conference Meeting Events** | | | | | | | | | | |
| Association Meeting | | Latino Behavior Hlth Institute 13th Annual Conference | OWP | 10/02/07 | 10/04/07 | | | | | |
| Association Meeting | | Los Angeles County Pysch Assoc | OWP | 10/20/07 | 10/20/07 | | | | | |
| Association Meeting | | California Psychological Association | OWP | 04/03/08 | 04/06/08 | | | | | |
| Association Meeting | | National Association of Social Workers-CA Chapter Annual | OWP | 04/03/08 | 04/05/08 | | | | | |
| **Internal State and External Partnerships** | **Outreach/Partnerships** | | | | | | | | | |
| Union Partnerships | Work with labor and the unions to publicize career opportunities; new employees equals more dues for the unions versus pulling staff from other departments. | | OWP/Labor | 04/01/07 | Ongoing | | 40 Hours | | | OWP met with mental health class unions on June 29, 2007 to establish partnerships. Advertised hiring workshops on their website and newsletter at no costs. Union Rep. feels that the advertisements were successful. |
| **School Outreach** | | | | | | | | | | |
| Colleges, Universities and Trade Schools | Email or fax career opportunity information to deans of schools and career centers, counseling centers for posting. | | OWP | 10/01/07 | Ongoing | | | | | |
| School Presentations | Conduct presentations at all colleges, universities and trade schools statewide | | Human Resources/Subject Matter Experts | TBD | | | | | | |
| **Court Ordered Items** | | | | | | | | | | |
| Nationwide Advertising | Place ads in national publications and media outlets as needed. | | OWP | 07/01/07 | Ongoing | | | Funding Availability Ad placement will be based on needs and vacancy numbers at any particular location | | |
| Recruitment Funding | Reconsider the existing and apparently insufficient budget for recruitment. | | OWP/MH HQ | 6/15/2007 | 10/1/2007 | | | | | Working with Dept. Budget Office to evaluated salary savings option for funding. |
| Psychiatrist and Psychologist revisions | Delete from the psychiatrist and psychologist examinations any inquiries or questions which needlessly discourage or eliminate otherwise qualified applicants. | | OSS | 06/15/07 | 10/23/07 | | | Determination will be made by a panel of SMEs within DCHCS | | Package sent to DPA on 7/23/07. Target is 10/23/07 SPB meeting. |

Final Plan 10-1-07

3

Coleman Recruitment Plan
Recruitment Strategies

| Strategy | Action | Assigned | Start Date | Due Date | Date Completed | Estimated Hours to Complete | Assumptions | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 607 Process | Streamline and expedite the process for obtaining approval of Form 607's, the form establishing positions. | BMB/OPS | 08/01/07 | 10/01/07 | | | | | On September 18, 2007, staff from the Office of Personnel Services (OPS), Budget Management Branch (BMB), and Division of Correctional Health Care Services (DCHCS) met to finalize a new streamlined 607 approval process. The new process will be implemented by October 1, 2007. The OPS, BMB, and DCHCS will monitor the process and reconvene in 30 to 45 days to make adjustments to the process if necessary |
| Government Code Section 12439 | Review and streamline a process for obtaining exemption from the operation of Government Code Section 12439, under which positions that have been vacant for six months are, in effect, abolished or must be re-established. | OPS | | 10/01/07 | | | | | |
| Establish subject matter expert interviews panels | Explore using internal staff to serve as interview panel members, explore other options of creating interview panel members including Retired Annuitants (selection service exam proctors), hiring firm that has qualified interviewers (e.g. CPS). | OWP/MH HQ | TBD | 10/01/07 | | 80 Hours | | | Two experienced mental health professionals were recently hired by DCHCS to collaborate with the OWP on the recruitment of professional mental health staff. |
| Regional Recruitment Teams | Develop regional recruitment teams. | MH HQ | 07/15/07 | 10/01/07 | | | | | Working with DCHCS to establish teams. |

Final Plan 10-1-07

4