ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Lead Attorneys for Intervenors
COUNTY OF SANTA CLARA, COUNTY
OF SANTA BARBARA, COUNTY OF SAN
MATEO, COUNTY OF SOLANO, and
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants. | No.  CIV S-90-0520 LKK JFM P<br><br>THREE-JUDGE COURT |
| MARCIANO PLATA, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants. | No.  C01-1351 THE<br><br>THREE-JUDGE COURT<br><br>**COUNTY INTERVENORS' RESPONSE TO THE COURT'S REQUEST REGARDING EX PARTE CONTACTS** |

At the hearing on September 24, 2007, the Court requested that the Counties of Santa Clara, Santa Barbara, San Mateo, Solano and Contra Costa ("County Intervenors") advise whether they object to the Court continuing the ex parte communications that have previously

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Response to Court's Request
Re: Ex Parte Contacts                    -1-             C01-1351 THE; CIV S-90-0520 LKK JFM P

been implemented in these proceedings. The Counties of Santa Clara, Santa Barbara and Solano have no objection to the Court continuing this practice and conducting ex parte communications with parties and counsel. The Counties of Contra Costa and San Mateo must receive approval from their respective Boards of Supervisors before they can consent to the ex parte communications. This issue will be scheduled before these Counties' respective Boards at the first available opportunity and we will advise the Court of their positions no later than October 19, 2007.

The County Intervenors respectfully request that Santa Clara County Counsel, lead counsel for the County Intervenors, be contacted if the Court desires to confer with County officials so that we can assist the Court in facilitating those discussions with the appropriate persons.

Dated: October 1, 2007                    Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By:     /S/ Theresa J. Fuentes
        THERESA J. FUENTES
        Deputy County Counsel

        Lead Attorneys for Intervenors
        COUNTY OF SANTA CLARA ,
        COUNTY OF SANTA BARBARA,
        COUNTY OF SAN MATEO, COUNTY
        OF SOLANO, and COUNTY OF
        CONTRA COSTA

\\Ccoprolaw\ProLawDocs\DOC - Litigation\240L-08001\97720.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Response to Court's Request
Re: Ex Parte Contacts        -2-        C01-1351 THE; CIV S-90-0520 LKK JFM P

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

**PROOF OF SERVICE BY MAIL**

*Plata, et al. v. Schwarzenegger, et al.*   Nos. C01-1351 THE (Northern District)
                                            CIV S-90-0520 LKK JFM P (Eastern District)

I, Anna Marie B. Espiritu, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as **COUNTY INTERVENORS' RESPONSE TO THE COURT'S REQUEST REGARDING EX PARTE CONTACTS**

☐   (BY FAX)   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

■   (BY MAIL) I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐   (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

■   (BY OVERNIGHT DELIVERY)   I caused such envelopes to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the persons on whom it is to be served.

**See attached Service List**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 1, 2007, at San Jose, California.

_____/S/_____
Anna Marie B. Espiritu

97720.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail                                    C01-1351 THE;
                                                            CIV S-90-0520 LKK JFM P

# SERVICE LIST

**Service By Mail**

| | |
|---|---|
| Jerry F. Stanley<br>C-80900<br>SQSP<br>San Quentin State Prison<br>San Quentin, CA 94974<br>(Pro Se) | David W. Wilson<br>K-66474<br>CMF-Vacaville<br>P.O. Box 2000<br>Vacaville, CA 95696<br>(Pro Se) |
| Robert Sillen<br>Califronia Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA 95110<br>(Receiver) | Patrick Wilson<br>4655 E. Olympic Boulevard<br>Los Angeles, CA 90022<br>(Pro Se) |
| California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | John Hagar<br>Judge's Reading Room<br>Law Library<br>450 Golden Gate Avenue, 18th Floor<br>San Francisco, CA 94102<br>(Assistant to the Receiver) |
| Union of American Physicians and Dentists<br>DAVIS, COWELL & BOWE<br>595 Market Street, Suite 1400<br>San Francisco, CA 94105 | |

**Service Via Overnight Delivery**

Honorable Thelton E. Henderson
U.S. District Court, Northern District
San Francisco Branch
450 Golden Gate Avenue
San Francisco, California  94102

Honorable Lawrence K. Karlton
U.S. District Court, Eastern District
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

Honorable Stephen Reinhardt
U.S. District Court, Central District
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail

1

C01-1351 THE;
CIV S-90-0520 LKK JFM P