EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST, State Bar No. 183792
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
CHARLES J. ANTONEN, State Bar No. 221207
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5711
Fax: (415) 703-5843
Email: Rochelle.East@doj.ca.gov
Attorneys for Defendants

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                    Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                                    Defendants. | Case No. CIV 90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' CONSENT TO EX PARTE COMMUNICATIONS** |
| MARCIANO PLATA, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                                    Defendants.<br><br>ASSEMBLY REPUBLICAN INTERVENORS, et al.,<br><br>                                    Intervenors. | Case No. C 01-cv-1351 TEH<br><br>**THREE-JUDGE COURT** |

Defs.' Consent to Ex Parte Communications                              Coleman v. Schwarzenegger, 90-0520 LKK
                                                                       Plata v. Schwarzenegger, 01-1351 TEH

1

At the hearing on September 24, 2007, the Court asked the parties whether they would consent to certain ex parte communications between the Court and the parties. Defendants consent to ex parte communications between the Court and the parties for the limited purposes of this proceeding.

Dated: October 1, 2007

        Respectfully submitted,

        EDMUND G. BROWN JR.
        Attorney General of the State of California

        DAVID S. CHANEY
        Chief Assistant Attorney General

        FRANCES T. GRUNDER
        Senior Assistant Attorney General


        /s/ Rochelle C. East
        ROCHELLE C. EAST
        Supervising Deputy Attorney General
        Attorneys for Defendants

Defs.' Consent to Ex Parte Communications    *Coleman v. Schwarzenegger*, 90-0520 LKK
*Plata v. Schwarzenegger*, 01-1351 TEH

2