STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Intervenors THE COUNTY OF SONOMA, SONOMA COUNTY SHERIFF/CORONER WILLIAM COGBILL, SONOMA COUNTY DISTRICT ATTORNEY STEPHAN PASSALACQUA, and SONOMA COUNTY CHIEF PROBATION OFFICER ROBERT OCHS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants.<br>_____/<br><br>MARCIANO PLATA, et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants.<br>_____/ | No.   CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br><br>No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><br><br><br>**SONOMA COUNTY INTERVENORS' RESPONSE RE COURT'S REQUEST FOR EX PARTE COMMUNICATIONS** |

1

At the status conference held in this matter on September 24, 2007, the Court requested that the parties agree to allow it to contact the parties and counsel in this matter *ex parte*, as individual judges have previously done in the underlying cases.

Intervenors the County of Sonoma, Sonoma County Sheriff/Coroner William Cogbill, Sonoma County District Attorney Stephan Passalacqua, and Sonoma County Chief Probation Officer Robert Ochs (the "Sonoma County Intervenors") hereby agree to the Court's request to permit it to conduct *ex parte* communications with the parties and their attorneys. Sonoma County Intervenors request that, should the Court wish to communicate with a Sonoma County Public Officer, contact should be made first through the Office of the Sonoma County Counsel, Deputy County Counsel Anne L. Keck.

Dated: October 1, 2007

        STEVEN M. WOODSIDE, County Counsel

        By: /s/ Anne L. Keck
           ANNE L. KECK
           Deputy County Counsel

2

Sonoma County Intervenors' Response re    Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
Court's Request for Ex Parte Communications