| | |
|---|---|
| 1 | STEVEN M. WOODSIDE #58684 |
| | County Counsel |
| 2 | ANNE L. KECK #136315 |
| | Deputy County Counsel |
| 3 | County of Sonoma |
| | 575 Administration Drive, Room 105A |
| 4 | Santa Rosa, California 95403-2815 |
| | Telephone: (707) 565-2421 |
| 5 | Fax: (707) 565-2624 |

Attorneys for Intervenors THE COUNTY OF SONOMA, SONOMA COUNTY SHERIFF/CORONER WILLIAM COGBILL, SONOMA COUNTY DISTRICT ATTORNEY STEPHAN PASSALACQUA, and SONOMA COUNTY CHIEF PROBATION OFFICER ROBERT OCHS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No.   CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | No. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | **PROOF OF SERVICE BY MAIL AND OVERNIGHT DELIVERY** |
| Defendants. | |

Proof of Service             -1-             Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH

1  I am employed in the County of Sonoma, California; I am over the age of 18 years and
2  not a party to the within action; my business address is 575 Administration Dr., Rm. 105A,
3  Santa Rosa, California. I am readily familiar with my employer's business practice for
4  collection and processing of correspondence for mailing with the United States Postal
5  Service.

6  On October 1, 2007, following ordinary business practice, I served the "SONOMA
7  COUNTY INTERVENORS' RESPONSE RE COURT'S REQUEST FOR EX PARTE
8  COMMUNICATIONS" on the parties in said cause, by placing on that date at my place of
9  business, a true copy thereof, enclosed in a sealed envelope, for collection and mailing with
10 the United States Postal Service where it would be deposited with the United States Postal
11 Service that same day in the ordinary course of business, addressed as follows:

12  ☐  (BY FAX)  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00
13  p.m.

14  **x**  (BY MAIL)  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.
15

16  ☐ (BY PERSONAL SERVICE)  I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

17  **x**  (BY OVERNIGHT DELIVERY)  I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on
18  whom it is to be served. **[to Judges, see attached]**

19  **See attached Service List**

20  I declare under penalty of perjury under the laws of the State of California that the
21  foregoing is true and correct, and that this declaration was executed on October 1, 2007, at
22  Santa Rosa, California.

23

24              /s/ Ali Ostello
                Ali Ostello
25
26
27
28

Proof of Service        -1-        Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH

| | | |
|---|---|---|
| 1 | Jerry F. Stanley<br>C-80900 | David W. Wilson<br>K-66474 |
| 2 | SQSP<br>San Quentin State Prison | CMF - Vacaville<br>P. O. Box 2000 |
| 3 | San Quentin, CA 94974<br>PRO SE | Vacaville, CA 95696<br>PRO SE |
| 4 | | |
| 5 | Patrick Wilson<br>4655 E. Olympic Blvd. | John Hagar<br>Judge's Reading Room |
| 6 | Los Angeles, CA 90022<br>PRO SE | 450 Golden Gate Ave., 18th Floor<br>Law Library |
| 7 | | San Francisco, CA 94102<br>(Assistant to the Receiver) |
| 8 | Robert Sillen<br>California Prison Receivership | California State Personnel Board<br>Office of the Attorney General |
| 9 | 1731 Technology Drive, Suite 700<br>San Jose, CA 95110 | 1515 Clay Street, 20th Floor<br>P. O. Box 70550 |
| 10 | (Receiver) | Oakland, CA 94612-0550 |
| 11 | | |
| 12 | | |
| 13 | Union of American Physicians & Dentists<br>DAVIS, COWELL & BOWE | |
| 14 | 595 Market St., Suite 1400<br>San Francisco, CA 94105 | |
| 15 | | |
| 16 | Via Overnight Delivery | |
| 17 | Honorable Thelton E. Henderson<br>U.S. District Court, Northern District | |
| 18 | San Francisco Branch<br>450 Golden Gate Avenue | |
| 19 | San Francisco, California  94102 | |
| 20 | Honorable Lawrence K. Karlton<br>U.S. District Court, Eastern District | |
| 21 | Robert T. Matsui United States Courthouse<br>501 I Street | |
| 22 | Sacramento, CA 95814 | |
| 23 | Honorable Stephen Reinhardt<br>U.S. District Court, Central District | |
| 24 | 312 North Spring Street, Suite 1747<br>Los Angeles, CA 90012 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| Proof of Service | -1- | Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH |
|---|---|---|