1  JONES & MAYER
   Martin J. Mayer (SB # 73890)
2  Michael R. Capizzi (SB # 35864)
   Kimberly Hall Barlow (SB # 149902)
3  Ivy M. Tsai (SB # 223168)
   3777 North Harbor Boulevard
4  Fullerton, California 92835
   (714) 446-1400; Fax (714) 446-1448
5  e-mail: mjm@jones-mayer.com
   e-mail: mrc@jones-mayer.com
6  e-mail: khb@jones-mayer.com
   e-mail: imt@jones-mayer.com
7
   Attorneys for Intervenor-Defendants
8  SAN DIEGO COUNTY SHERIFF WILLIAM B.
   KOLENDER, ORANGE COUNTY SHERIFF-
9  CORONER MICHAEL S. CARONA; PLACER
   COUNTY SHERIFF EDWARD N. BONNER;
10 BUTTE COUNTY SHERIFF-CORONER PERRY
   L. RENIFF; CALAVERAS COUNTY SHERIFF
11 DENNIS DOWNUM; LOS ANGELES COUNTY
   SHERIFF LEE BACA; SANTA CLARA COUNTY
12 SHERIFF LAURIE SMITH; SAN BENITO COUNTY
   SHERIFF CURTIS HILL; STANISLAUS COUNTY
13 SHERIFF ADAM CHRISTIANSON; MENDOCINO
   COUNTY SHERIFF TOM ALLMAN; TEHAMA
14 COUNTY SHERIFF CLAY PARKER; LASSEN
   COUNTY SHERIFF STEVE WARREN; YOLO
15 COUNTY SHERIFF ED PRIETO; SANTA BARBARA
   COUNTY SHERIFF BILL BROWN; KERN COUNTY
16 SHERIFF DONNY YOUNGBLOOD; SAN MATEO
   COUNTY SHERIFF GREG MUNKS; YUBA COUNTY
17 SHERIFF STEVE DURFOR; CONTRA COSTA
   COUNTY SHERIFF WARREN RUPF;
18 SHASTA COUNTY SHERIFF TOM BOSENKO;
   RIVERSIDE COUNTY SHERIFF BOB G. DOYLE;
19 VENTURA COUNTY SHERIFF BOB BROOKS;
   SOLANO COUNTY SHERIFF GARY R. STANTON;
20 SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES;
   SUTTER COUNTY SHERIFF JIM DENNEY;
21 LAKECOUNTY SHERIFF ROD MITCHELL;
   GLENN COUNTY SHERIFF LARRY JONES;
22 TUOLUMNE COUNTY SHERIFF JIM MELE;
   FRESNO COUNTY SHERIFF MARGARET MIMS;
23 MONTEREY COUNTY SHERIFF MIKE KANALAKIS;
   MONO COUNTY SHERIFF RICHARD SCHOLL;
24 HUMBOLDT COUNTY SHERIFF GARY PHILP;
   EL DORADO COUNTY SHERIFF JEFF NEVES;
25 MERCED COUNTY SHERIFF MARK PAZIN;
   DEL NORTE COUNTY SHERIFF DEAN WILSON;
26 SAN JOAQUIN COUNTY SHERIFF STEVE MOORE;
   AMADOR COUNTY SHERIFF MARTIN RYAN;
27 INYO COUNTY SHERIFF WILLIAM LUTZ;
   STANISLAUS COUNTY CHIEF PROBATION OFFICER
28
                              -1-
   Response To The Court's Request Regarding Ex Parte Contacts by Sheriff, Probation, Police,
                   and Corrections Intervenor-Defendants

1  JERRY POWERS; VENTURA COUNTY CHIEF
   PROBATION OFFICER KAREN STAPLES;
2  SOLANO COUNTY CHIEF PROBATION OFFICER
   ISABELLE VOIT; SANTA BARBARA COUNTY
3  CHIEF PROBATION OFFICER PATRICIA STEWART;
   BUTTE COUNTY CHIEF PROBATION OFFICER JOHN
4  WARDELL; SAN LUIS OBISPO COUNTY CHIEF
   PROBATION OFFICER KIM BARRETT; CONTRA
5  COSTA COUNTY CHIEF PROBATION OFFICER
   LIONEL CHATMAN; INYO COUNTY CHIEF
6  PROBATION OFFICER JIM MOFFETT;
   SHASTA COUNTY CHIEF PROBATION
7  OFFICER BRIAN RICHART; YOLO COUNTY
   CHIEF PROBATION OFFICER DON MEYER;
8  FRESNO COUNTY CHIEF PROBATION OFFICER
   LINDA PENNER; MARIPOSA COUNTY CHIEF
9  PROBATION OFFICER GAIL NEAL; CITY OF
   WHITTIER POLICE CHIEF DAVE SINGER;
10 CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES;
   CITY OF PASADENA POLICE CHIEF BARNEY
11 MELEKIAN; CITY OF ALHAMBRA POLICE
   CHIEF JIM HUDSON; CITY OF FREMONT
12 POLICE CHIEF CRAIG STECKLER; CITY OF
   GROVER BEACH POLICE CHIEF JIM COPSEY;
13 CITY OF SANTA CLARA POLICE CHIEF STEVE
   LODGE; CITY OF VACAVILLE POLICE CHIEF
14 RICH WORD; CITY OF WOODLAND POLICE CHIEF
   CARY SULLIVAN; CITY OF SONORA POLICE CHIEF
15 MACE McINTOSH; CITY OF PASO ROBLES POLICE
   CHIEF LISA SOLOMON; CITY OF SAN BERNARDINO
16 POLICE CHIEF MICHAEL BILLDT; CITY OF
   ATWATER POLICE CHIEF RICHARD HAWTHORNE;
17 NATIONAL CITY POLICE CHIEF ADOLFO GONZALES;
   CITY OF DELANO POLICE CHIEF MARK DeROSIA;
18 CITY OF MODESTO POLICE CHIEF ROY WASDEN;
   CITY OF FRESNO POLICE CHIEF JERRY DYER; AND
19 CITY OF DELANO CHIEF OF CORRECTIONS GEORGE
   GALAZA
20

21              IN THE UNITED STATES DISTRICT COURTS

22            FOR THE EASTERN DISTRICT OF CALIFORNIA

23           AND THE NORTHERN DISTRICT OF CALIFORNIA

24      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

25         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

26

27 RALPH COLEMAN, et al.,              Case No:  CIV S-90-0520 LKK JFM P

28
                              -2-

| | |
|---|---|
| 1              Plaintiffs, | **THREE-JUDGE COURT** |
| 2     vs. | |
| 3  ARNOLD SCHWARZENEGGER, et al., | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| 4          Defendants. | **RESPONSE TO THE COURT'S REQUEST REGARDING EX PARTE CONTACTS BY SHERIFF, PROBATION, POLICE AND CORRECTIONS INTERVENOR-DEFENDANTS** |

1              Plaintiffs,

2     vs.

3  ARNOLD SCHWARZENEGGER, et al.,

4          Defendants.

**THREE-JUDGE COURT**

[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]

**RESPONSE TO THE COURT'S REQUEST REGARDING EX PARTE CONTACTS BY SHERIFF, PROBATION, POLICE AND CORRECTIONS INTERVENOR-DEFENDANTS**

MARCIANO PLATA, et al.,

           Plaintiffs,

    vs.

ARNOLD SCHWARZENEGGER, et al.,

         Defendants.

Case No.:  C01-1351 TEH

**THREE-JUDGE COURT**

     At the hearing on September 24, 2007, the Court requested that Defendant Intervenors, referred to herein as the Sheriff, Probation, Police and Corrections Intervenors, as well as other Defendant Intervenors advise whether they object to the Court continuing the ex parte communications that have previously been implemented in these proceedings.  The Sheriff Intervenors, San Diego County Sheriff William B. Kolender, Orange County Sheriff-Coroner Michael S. Carona, Placer County Sheriff Edward N. Bonner, Butte County Sheriff-Coroner Perry L. Reniff, Calaveras County Sheriff Dennis Downum, Los Angeles County Sheriff Lee Baca, Santa Clara County Sheriff Laurie Smith, San Benito County Sheriff Curtis Hill, Stanislaus County Sheriff Adam Christianson,  Mendocino County Sheriff Tom Allman, Tehama County Sheriff Clay Parker, Lassen County Sheriff Steve Warren,  Yolo County Sheriff Ed Prieto, Santa Barbara County Sheriff Bill Brown, Kern County Sheriff Donny Youngblood, San Mateo

1   County Sheriff Greg Munks, Yuba County Sheriff Steve Durfor, Contra Costa County

2   Sheriff Warren Rupf, Shasta County Sheriff Tom Bosenko,  Riverside County Sheriff

3   Bob G. Doyle, Ventura County Sheriff Bob Brooks, Solano County Sheriff Gary R.

4   Stanton, San Luis Obispo County Sheriff Pat Hedges, Sutter County Sheriff Jim Denney,

5   Lake County Sheriff Rod Mitchell, Glenn County Sheriff Larry Jones, Tuolumne County

6   Sheriff Jim Mele, Fresno County Sheriff Margaret Mims, Monterey County Sheriff Mike

7   Kanalakis, Mendocino County Sheriff Richard Scholl, Humboldt County Sheriff Gary

8   Philp, El Dorado County Sheriff Jeff Neves, Merced County Sheriff Mark Pazin; Del

9   Norte County Sheriff Dean Wilson, San Joaquin County Sheriff Dean Wilson, San

10  Joaquin County Sheriff Steve Moore, Amador County Sheriff Martin Ryan, and Inyo

11  County Sheriff William Lutz object to the Court continuing this practice and conducting

12  ex parte communications with parties and counsel.

13        Probation Intervenors, Stanislaus County Chief Probation Officer Jerry Powers,

14  Ventura County Chief Probation Officer Karen Staples, and Yolo County Chief Probation

15  Officer Don Meyer have no objection, on behalf of themselves only, to the Court

16  continuing this practice and conducting ex parte communications with parties and

17  counsel.   The remaining Probation Intervenors, Solano County Chief Probation Officer

18  Isabelle Voit, Santa Barbara County Chief Probation Officer Patricia Stewart,

19  Butte County Chief Probation Officer John Wardell, San Luis Obispo County Chief

20  Probation Officer Kim Barrett, Contra Costa County Chief Probation Officer

21  Lionel Chatman, Inyo County Chief Probation Officer Jim Moffett, Shasta County Chief

22  Probation Officer Brian Richart, Fresno County Chief Probation Officer Linda Penner,

23  and Mariposa County Chief Probation Officer Gail Neal object to the Court continuing

24  this practice and conducting ex parte communications with parties and counsel.

25        Police Intervenors, City of Whittier Police Chief Dave Singer, City of Roseville

26  Police Chief Joel Neves, City of Pasadena Police Chief Barney Melekian, City of

27  Alhambra Police Chief Jim Hudson, City of Fremont Police Chief Craig Steckler, City of

28

-4-

1   Grover Beach Police Chief Jim Copsey, City of Santa Clara Police Chief Steve Lodge,

2   City of Vacaville Police Chief Rich Word, City of Woodland Police Chief Cary Sullivan,

3   City of Sonora Police Chief Mace Mcintosh, City of Paso Robles Police Chief Lisa

4   Solomon, City of San Bernardino Police Chief Michael Billdt, City of Atwater Police

5   Chief Richard Hawthorne, National City Police Chief Adolfo Gonzales, City of Delano

6   Police Chief Mark Derosia, City of Modesto Police Chief Roy Wasden, and City of

7   Fresno Police Chief Jerry Dyer object to the Court continuing this practice and

8   conducting ex parte communications with parties and counsel.

9        Corrections Intevenor City of Delano Chief of Corrections George Galaza objects

10  to the Court continuing this practice and conducting ex parte communications with

11  parties and counsel.

12       Defendant Intervenors' counsel respectfully request that legal counsel Martin J.

13  Mayer or Kimberly Hall Barlow be contacted if the Court desires to confer with

14  Probation Intervenors, Stanislaus County Chief Probation Officer Jerry Powers, Ventura

15  County Chief Probation Officer Karen Staples, and Yolo County Chief Probation Officer

16  Don Meyer so that we can assist the Court in facilitating those discussions with the

17  appropriate person.

18                              Respectfully submitted,

19
    DATED:    October 1, 2007          JONES & MAYER
20

21
                                  By: _____/s/_____
22                                     Kimberly Hall Barlow
                                       Attorneys for Sheriff, Probation, Police
23                                     Chief, and Corrections Intervenor-
                                       Defendants
24

25

26

27

28
                                    -5-

## <u>DECLARATION OF KIMBERLY HALL BARLOW</u>

I, KIMBERLY HALL BARLOW, declare as follows:

1.    I am an attorney duly licensed to practice law in the Eastern and Northern District Court of California and represent Sheriff, Probation, Police Chief, and Corrections Intervenor-Defendants in the above-entitled matter;

2.    On October 1, 2007, I made more than ten attempts, between the hours of 10:00 p.m. and 2:33 a.m. on October 2, 2007, to file the attached Response to the Court's Request Regarding Ex Parte Contacts by Sheriff, Probation, Police and Corrections Intervenor-Defendants.   More than five of these attempts were prior to midnight on October 2, 2007.

3.    I then attempted to notify customer service of an after-hours outage and was also notified "this page could not be displayed."  I did send an e-mail to the help desk of the Eastern District explaining my efforts to e-file the Response and attaching the document.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed this 2nd day of October, 2007, at Fullerton, California.


_____
                    /s/
Kimberly Hall Barlow