| | |
|---|---|
| 1 | JONES & MAYER |
|  | Martin J. Mayer (SB # 73890) |
| 2 | Michael R. Capizzi (SB # 35864) |
|  | Kimberly Hall Barlow (SB # 149902) |
| 3 | Ivy M. Tsai (SB # 223168) |
|  | 3777 North Harbor Boulevard |
| 4 | Fullerton, California 92835 |
|  | (714) 446-1400; Fax (714) 446-1448 |
| 5 | e-mail: mjm@jones-mayer.com |
|  | e-mail: mrc@jones-mayer.com |
| 6 | e-mail: khb@jones-mayer.com |
|  | e-mail: imt@jones-mayer.com |
| 7 |  |
|  | Attorneys for Intervenor-Defendants |
| 8 | SAN DIEGO COUNTY SHERIFF WILLIAM B. |
|  | KOLENDER, ORANGE COUNTY SHERIFF- |
| 9 | CORONER MICHAEL S. CARONA, PLACER |
|  | COUNTY SHERIFF EDWARD N. BONNER, |
| 10 | BUTTE COUNTY SHERIFF-CORONER PERRY |
|  | L. RENIFF, CALAVERAS COUNTY SHERIFF |
| 11 | DENNIS DOWNUM, LOS ANGELES COUNTY |
|  | SHERIFF LEE BACA, SANTA CLARA COUNTY |
| 12 | SHERIFF LAURIE SMITH, SAN BENITO COUNTY |
|  | SHERIFF CURTIS HILL, STANISLAUS COUNTY |
| 13 | SHERIFF ADAM CHRISTIANSON, MENDOCINO |
|  | COUNTY SHERIFF TOM ALLMAN, TEHAMA |
| 14 | COUNTY SHERIFF CLAY PARKER, LASSEN |
|  | COUNTY SHERIFF STEVE WARREN, YOLO |
| 15 | COUNTY SHERIFF ED PRIETO, SANTA BARBARA |
|  | COUNTY SHERIFF BILL BROWN, KERN COUNTY |
| 16 | SHERIFF DONNY YOUNGBLOOD, SAN MATEO |
|  | COUNTY SHERIFF GREG MUNKS, YUBA COUNTY |
| 17 | SHERIFF STEVE DURFOR, CONTRA COSTA |
|  | COUNTY SHERIFF WARREN RUPF, |
| 18 | SHASTA COUNTY SHERIFF TOM BOSENKO, |
|  | RIVERSIDE COUNTY SHERIFF BOB G. DOYLE, |
| 19 | VENTURA COUNTY SHERIFF BOB BROOKS, |
|  | SOLANO COUNTY SHERIFF GARY R. STANTON, |
| 20 | SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES, |
|  | SUTTER COUNTY SHERIFF JIM DENNEY, |
| 21 | LAKE COUNTY SHERIFF ROD MITCHELL, |
|  | GLENN COUNTY SHERIFF LARRY JONES, |
| 22 | TUOLUMNE COUNTY SHERIFF JIM MELE, |
|  | FRESNO COUNTY SHERIFF MARGARET MIMS, |
| 23 | MONTEREY COUNTY SHERIFF MIKE KANALAKIS, |
|  | MONO COUNTY SHERIFF RICHARD SCHOLL, |
| 24 | HUMBOLDT COUNTY SHERIFF GARY PHILP, |
|  | EL DORADO COUNTY SHERIFF JEFF NEVES, |
| 25 | MERCED COUNTY SHERIFF MARK PAZIN, |
|  | DEL NORTE COUNTY SHERIFF DEAN WILSON, |
| 26 | SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, |
|  | AMADOR COUNTY SHERIFF MARTIN RYAN, |
| 27 | INYO COUNTY SHERIFF WILLIAM LUTZE, |
|  | STANISLAUS COUNTY CHIEF PROBATION OFFICER |
| 28 | JERRY POWERS, VENTURA COUNTY CHIEF |

Amended Intervention Pleading by Sheriff, Probation, Police, and Corrections Intervenor-Defendants

| | |
|---|---|
| 1 | PROBATION OFFICER KAREN STAPLES, SOLANO COUNTY CHIEF PROBATION OFFICER ISABELLE VOIT, SANTA BARBARA COUNTY CHIEF PROBATION OFFICER PATRICIA STEWART, BUTTE COUNTY CHIEF PROBATION OFFICER JOHN WARDELL, SAN LUIS OBISPO COUNTY CHIEF PROBATION OFFICER KIM BARRETT, CONTRA COSTA COUNTY CHIEF PROBATION OFFICER LIONEL CHATMAN, INYO COUNTY CHIEF PROBATION OFFICER JIM MOFFETT, SHASTA COUNTY CHIEF PROBATION OFFICER BRIAN RICHART, YOLO COUNTY CHIEF PROBATION OFFICER DON MEYER, FRESNO COUNTY CHIEF PROBATION OFFICER LINDA PENNER, MARIPOSA COUNTY CHIEF PROBATION OFFICER GAIL NEAL, CITY OF WHITTIER POLICE CHIEF DAVE SINGER, CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES, CITY OF PASADENA POLICE CHIEF BARNEY MELEKIAN, CITY OF ALHAMBRA POLICE CHIEF JIM HUDSON, CITY OF FREMONT POLICE CHIEF CRAIG STECKLER, CITY OF GROVER BEACH POLICE CHIEF JIM COPSEY, CITY OF SANTA CLARA POLICE CHIEF STEVE LODGE, CITY OF VACAVILLE POLICE CHIEF RICH WORD, CITY OF WOODLAND POLICE CHIEF CAREY SULLIVAN, CITY OF SONORA POLICE CHIEF MACE McINTOSH, CITY OF PASO ROBLES POLICE CHIEF LISA SOLOMON, CITY OF SAN BERNARDINO POLICE CHIEF MICHAEL BILLDT, CITY OF ATWATER POLICE CHIEF RICHARD HAWTHORNE, NATIONAL CITY POLICE CHIEF ADOLFO GONZALES, CITY OF DELANO POLICE CHIEF MARK DeROSIA, CITY OF MODESTO POLICE CHIEF ROY WASDEN, CITY OF FRESNO POLICE CHIEF JERRY DYER, AND CITY OF DELANO CHIEF OF CORRECTIONS GEORGE GALAZA |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No: CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |

| | |
|---|---|
| vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants. | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]<br>**NOTICE OF ERRATA TO INTERVENTION PLEADING BY SHERIFF, PROBATION, POLICE, AND CORRECTIONS INTERVENOR-DEFENDANTS** |
| MARCIANO PLATA, et al.,<br>    Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants. | Case No.:  C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

TO THE COURTS, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSELS OF RECORD:

PLEASE TAKE NOTICE of the following errata in the Intervention Pleading by the Sheriff, Probation, Police Chief and Corrections Intervenor Defendants:

1. The last name of the Inyo County Sheriff was incorrectly spelled "Lutz." William Lutze is the correct name.

2. Sheriff Richard Scholl was incorrectly identified as the Sheriff of Mendocino County. He is the Sheriff of Mono County.

3. The first name of the Woodland Police Chief was incorrectly spelled as "Cary." His correct name is Carey Sullivan.

It is requested that the Courts and parties make any necessary corrections to their respective files and records. The Intervenor Defendants apologize for the errors.

///

///

1

Respectfully submitted,

2  DATED:   October_2, 2007          JONES & MAYER

By: _____/s/_____
Ivy M. Tsai
Attorneys for Sheriff, Probation, Police Chief, and Corrections Intervenor-Defendants