1  JONES & MAYER
   Martin J. Mayer (SB # 73890)
2  Michael R. Capizzi (SB # 35864)
   Kimberly Hall Barlow (SB # 149902)
3  Ivy M. Tsai (SB # 223168)
   3777 North Harbor Boulevard
4  Fullerton, California 92835
   (714) 446-1400; Fax (714) 446-1448
5  e-mail: mjm@jones-mayer.com
   e-mail: mrc@jones-mayer.com
6  e-mail: khb@jones-mayer.com
   e-mail: imt@jones-mayer.com
7
   Attorneys for Intervenor-Defendants
8  SAN DIEGO COUNTY SHERIFF WILLIAM B.
   KOLENDER, ORANGE COUNTY SHERIFF-
9  CORONER MICHAEL S. CARONA, PLACER
   COUNTY SHERIFF EDWARD N. BONNER,
10 BUTTE COUNTY SHERIFF-CORONER PERRY
   L. RENIFF, CALAVERAS COUNTY SHERIFF
11 DENNIS DOWNUM, LOS ANGELES COUNTY
   SHERIFF LEE BACA, SANTA CLARA COUNTY
12 SHERIFF LAURIE SMITH, SAN BENITO COUNTY
   SHERIFF CURTIS HILL, STANISLAUS COUNTY
13 SHERIFF ADAM CHRISTIANSON, MENDOCINO
   COUNTY SHERIFF TOM ALLMAN, TEHAMA
14 COUNTY SHERIFF CLAY PARKER, LASSEN
   COUNTY SHERIFF STEVE WARREN, YOLO
15 COUNTY SHERIFF ED PRIETO, SANTA BARBARA
   COUNTY SHERIFF BILL BROWN, KERN COUNTY
16 SHERIFF DONNY YOUNGBLOOD, SAN MATEO
   COUNTY SHERIFF GREG MUNKS, YUBA COUNTY
17 SHERIFF STEVE DURFOR, CONTRA COSTA
   COUNTY SHERIFF WARREN RUPF,
18 SHASTA COUNTY SHERIFF TOM BOSENKO,
   RIVERSIDE COUNTY SHERIFF BOB G. DOYLE,
19 VENTURA COUNTY SHERIFF BOB BROOKS,
   SOLANO COUNTY SHERIFF GARY R. STANTON,
20 SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES,
   SUTTER COUNTY SHERIFF JIM DENNEY,
21 LAKE COUNTY SHERIFF ROD MITCHELL,
   GLENN COUNTY SHERIFF LARRY JONES,
22 TUOLUMNE COUNTY SHERIFF JIM MELE,
   FRESNO COUNTY SHERIFF MARGARET MIMS,
23 MONTEREY COUNTY SHERIFF MIKE KANALAKIS,
   MONO COUNTY SHERIFF RICHARD SCHOLL,
24 HUMBOLDT COUNTY SHERIFF GARY PHILP,
   EL DORADO COUNTY SHERIFF JEFF NEVES,
25 MERCED COUNTY SHERIFF MARK PAZIN,
   DEL NORTE COUNTY SHERIFF DEAN WILSON,
26 SAN JOAQUIN COUNTY SHERIFF STEVE MOORE,
   AMADOR COUNTY SHERIFF MARTIN RYAN,
27 INYO COUNTY SHERIFF WILLIAM LUTZE,
   STANISLAUS COUNTY CHIEF PROBATION OFFICER
28 JERRY POWERS, VENTURA COUNTY CHIEF

| | |
|---|---|
| 1 | PROBATION OFFICER KAREN STAPLES, SOLANO COUNTY CHIEF PROBATION OFFICER |
| 2 | ISABELLE VOIT, SANTA BARBARA COUNTY CHIEF PROBATION OFFICER PATRICIA STEWART, |
| 3 | BUTTE COUNTY CHIEF PROBATION OFFICER JOHN WARDELL, SAN LUIS OBISPO COUNTY CHIEF |
| 4 | PROBATION OFFICER KIM BARRETT, CONTRA COSTA COUNTY CHIEF PROBATION OFFICER |
| 5 | LIONEL CHATMAN, INYO COUNTY CHIEF PROBATION OFFICER JIM MOFFETT, |
| 6 | SHASTA COUNTY CHIEF PROBATION OFFICER BRIAN RICHART, YOLO COUNTY |
| 7 | CHIEF PROBATION OFFICER DON MEYER, FRESNO COUNTY CHIEF PROBATION OFFICER |
| 8 | LINDA PENNER, MARIPOSA COUNTY CHIEF PROBATION OFFICER GAIL NEAL, CITY OF |
| 9 | WHITTIER POLICE CHIEF DAVE SINGER, CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES, |
| 10 | CITY OF PASADENA POLICE CHIEF BARNEY MELEKIAN, CITY OF ALHAMBRA POLICE |
| 11 | CHIEF JIM HUDSON, CITY OF FREMONT POLICE CHIEF CRAIG STECKLER, CITY OF |
| 12 | GROVER BEACH POLICE CHIEF JIM COPSEY, CITY OF SANTA CLARA POLICE CHIEF STEVE |
| 13 | LODGE, CITY OF VACAVILLE POLICE CHIEF RICH WORD, CITY OF WOODLAND POLICE CHIEF |
| 14 | CAREY SULLIVAN, CITY OF SONORA POLICE CHIEF MACE McINTOSH, CITY OF PASO ROBLES POLICE |
| 15 | CHIEF LISA SOLOMON, CITY OF SAN BERNARDINO POLICE CHIEF MICHAEL BILLDT, CITY OF |
| 16 | ATWATER POLICE CHIEF RICHARD HAWTHORNE, NATIONAL CITY POLICE CHIEF ADOLFO GONZALES, |
| 17 | CITY OF DELANO POLICE CHIEF MARK DeROSIA, CITY OF MODESTO POLICE CHIEF ROY WASDEN, |
| 18 | CITY OF FRESNO POLICE CHIEF JERRY DYER, AND CITY OF DELANO CHIEF OF CORRECTIONS GEORGE |
| 19 | GALAZA |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No: CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |

-2-
Amended Intervention Pleading by Sheriff, Probation, Police, and Corrections Intervenor-Defendants

| | | |
|---|---|---|
| 1 | vs. | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| 2 | ARNOLD SCHWARZENEGGER, et al., | **AMENDED INTERVENTION PLEADING BY SHERIFF, PROBATION, POLICE, AND CORRECTIONS INTERVENOR-DEFENDANTS** |
| 3 | Defendants. | |
| 8 | | Case No.: C01-1351 TEH |
| 9 | MARCIANO PLATA, et al., | **THREE-JUDGE COURT** |
| 10 | Plaintiffs, | |
| 11 | vs. | |
| 12 | ARNOLD SCHWARZENEGGER, et al., | |
| 13 | Defendants. | |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

For their Intervention Pleading, San Diego County Sheriff William B. Kolender, Orange County Sheriff-Coroner Michael S. Carona, Placer County Sheriff Edward N. Bonner, Butte County Sheriff-Coroner Perry L. Reniff, Calaveras County Sheriff Dennis Downum, Los Angeles County Sheriff Lee Baca, Santa Clara County Sheriff Laurie Smith, San Benito County Sheriff Curtis Hill, Stanislaus County Sheriff Adam Christianson, Mendocino County Sheriff Tom Allman, Tehama County Sheriff Clay Parker, Lassen County Sheriff Steve Warren, Yolo County Sheriff Ed Prieto, Santa Barbara County Sheriff Bill Brown, Kern County Sheriff Donny Youngblood; San Mateo County Sheriff Greg Munks, Yuba County Sheriff Steve Durfor, Contra Costa County Sheriff Warren Rupf, Shasta County Sheriff Tom Bosenko, Riverside County Sheriff Bob G. Doyle, Ventura County Sheriff Bob Brooks, Solano County Sheriff Gary R. Stanton, San Luis Obispo County Sheriff Pat Hedges, Sutter County Sheriff Jim Denney, Lake County Sheriff Rod Mitchell, Glenn County Sheriff Larry Jones, Tuolumne County Sheriff Jim Mele, Fresno County Sheriff Margaret Mims, Monterey County Sheriff Mike

1  Kanalakis, Mono County Sheriff Richard Scholl, Humboldt County Sheriff Gary Philp,
2  El Dorado County Sheriff Jeff Neves, Merced County Sheriff Mark Pazin, Del Norte
3  County Sheriff Dean Wilson, San Joaquin County Sheriff Steve Moore, Amador County
4  Sheriff Martin Ryan, Inyo County Sheriff William Lutze, Stanislaus County Chief
5  Probation Officer Jerry Powers, Ventura County Chief Probation Officer Karen Staples,
6  Solano County Chief Probation Officer Isabelle Voit, Santa Barbara County Chief
7  Probation Officer Patricia Stewart, Butte County Chief Probation Officer John Wardell,
8  San Luis Obispo County Chief Probation Officer Kim Barrett, Contra Costa County
9  Chief Probation Officer Lionel Chatman, Inyo County Chief Probation Officer Jim
10 Moffett, Shasta County Chief Probation Officer Brian Richart, Yolo County Chief
11 Probation Officer Don Meyer, Fresno County Chief Probation Officer Linda Penner,
12 Mariposa County Chief Probation Officer Gail Neal, City of Whittier Police Chief Dave
13 Singer, City of Roseville Police Chief Joel Neves, City of Pasadena Police Chief Barney
14 Melekian, City of Alhambra Police Chief Jim Hudson, City of Fremont Police Chief
15 Craig Steckler; City of Grover Beach Police Chief Jim Copsey, City of Santa Clara
16 Police Chief Steve Lodge, City of Vacaville Police Chief Rich Word, City of Woodland
17 Police Chief Carey Sullivan, City of Sonora Police Chief Mace McIntosh, City of Paso
18 Robles Police Chief Lisa Solomon, City of San Bernardino Police Chief Michael Billdt,
19 City of Atwater Police Chief Richard Hawthorne, National City Police Chief Adolfo
20 Gonzales, City of Delano Police Chief Mark DeRosia, City of Modesto Police Chief Roy
21 Wasden, City of Fresno Police Chief Jerry Dyer, and City of Delano Chief of Corrections
22 George Galaza (hereinafter "Sheriff, Probation, Police Chief, and Corrections
23 Intervenors" or "Intervenors") hereby allege as follows:
24 **SHERIFF, PROBATION, POLICE CHIEF, CORRECTIONS INTERVENORS**
25     1.    Intervenors San Diego County Sheriff William B. Kolender, Orange
26 County Sheriff-Coroner Michael S. Carona, Placer County Sheriff Edward N. Bonner,
27 Butte County Sheriff-Coroner Perry L. Reniff, Calaveras County Sheriff Dennis
28 Downum, Los Angeles County Sheriff Lee Baca, Santa Clara County Sheriff Laurie

Smith, San Benito County Sheriff Curtis Hill, Stanislaus County Sheriff Adam Christianson, Mendocino County Sheriff Tom Allman, Tehama County Sheriff Clay Parker, Lassen County Sheriff Steve Warren, Yolo County Sheriff Ed Prieto, Santa Barbara County Sheriff Bill Brown, Kern County Sheriff Donny Youngblood, San Mateo County Sheriff Greg Munks, Yuba County Sheriff Steve Durfor; Contra Costa County Sheriff Warren Rupf, Shasta County Sheriff Tom Bosenko, Riverside County Sheriff Bob G. Doyle, Ventura County Sheriff Bob Brooks, Solano County Sheriff Gary R. Stanton, San Luis Obispo County Sheriff Pat Hedges, Sutter County Sheriff Jim Denney, Lake County Sheriff Rod Mitchell, Glenn County Sheriff Larry Jones, Tuolumne County Sheriff Jim Mele, Fresno County Sheriff Margaret Mims, Monterey County Sheriff Mike Kanalakis, Mono County Sheriff Richard Scholl, Humboldt County Sheriff Gary Philp, El Dorado County Sheriff Jeff Neves, Merced County Sheriff Mark Pazin, Del Norte County Sheriff Dean Wilson, San Joaquin County Sheriff Dean Wilson, San Joaquin County Sheriff Steve Moore, Amador County Sheriff Martin Ryan, and Inyo County Sheriff William Lutze are duly-elected Sheriffs or Sheriff-Coroners of their respective counties, as listed above. Collectively, they serve millions of California residents. The duties and/or functions of these Intervenors includes the maintenance and/or operation of facilities that constitute a "prison" within the meaning of 18 U.S.C. § 3626(a)(3)(F) (as defined in Section 3626(g)(5)), and where they maintain custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order.

2. Intervenors Stanislaus County Chief Probation Officer Jerry Powers, Ventura County Chief Probation Officer Karen Staples, Solano County Chief Probation Officer Isabelle Voit, Santa Barbara County Chief Probation Officer Patricia Stewart, Butte County Chief Probation Officer John Wardell, San Luis Obispo County Chief Probation Officer Kim Barrett, Contra Costa County Chief Probation Officer Lionel Chatman, Inyo County Chief Probation Officer Jim Moffett, Shasta County Chief Probation Officer Brian Richart, Yolo County Chief Probation Officer Don Meyer, Fresno County Chief Probation Officer Linda Penner, and Mariposa County Chief

1  Probation Officer Gail Neal are the Chief Probation Officers for their respective counties.
2  Their functions include operating and/or maintaining facilities that constitute a "prison"
3  within the meaning of 18 U.S.C. § 3626(a)(3)(F) (as defined in Section 3626(g)(5)).

4      3.    Intervenors City of Whittier Police Chief Dave Singer, City of Roseville
5  Police Chief Joel Neves, City of Pasadena Police Chief Barney Melekian, City of
6  Alhambra Police Chief Jim Hudson, City of Fremont Police Chief Craig Steckler, City of
7  Grover Beach Police Chief Jim Copsey, City of Santa Clara Police Chief Steve Lodge,
8  City of Vacaville Police Chief Rich Word, City of Woodland Police Chief Carey
9  Sullivan, City of Sonora Police Chief Mace McIntosh, City of Paso Robles Police Chief
10 Lisa Solomon, City of San Bernardino Police Chief Michael Billdt, City of Atwater
11 Police Chief Richard Hawthorne, National City Police Chief Adolfo Gonzales, City of
12 Delano Police Chief Mark DeRosia, City of Modesto Police Chief Roy Wasden, and City
13 of Fresno Police Chief Jerry Dyer are the Chiefs of Police of their respective cities.  The
14 duties and/or functions of these Intervenors includes the advancement of public safety in
15 their cities and the maintenance and/or operation of facilities that constitute a "prison"
16 within the meaning of 18 U.S.C. § 3626(a)(3)(F) (as defined in Section 3626(g)(5)), and
17 where they maintain custody of persons who may be released from, or not admitted to, a
18 prison as a result of a prisoner release order.

19     4.    Intervenor City of Delano Chief of Corrections George Galaza's duties
20 include the maintenance of the Delano Corrections Facility, which constitutes a "prison"
21 within the meaning of 18 U.S.C. § 3626(a)(3)(F) (as defined in Section 3626(g)(5)), and
22 where they maintain custody of persons who may be released from, or not admitted to, a
23 prison as a result of a prisoner release order.

24     5.    The Prison Litigation Reform Act, 18 U.S.C. §§ 3626, *et seq*., specifically
25 Section 3626(a)(3)(F), provides: "Any State or local official including a legislator or unit
26 of the government whose jurisdiction or function includes the appropriation of funds for
27 the construction, operation or maintenance of prison facilities, or the prosecution or
28 custody of persons who may be released from, or not admitted to, a prison as a result of a

Amended Intervention Pleading by Sheriff, Probation, Police, and Corrections Intervenor-Defendants

1 prisoner release order shall have standing to oppose the imposition or continuation in
2 effect of such relief and to seek termination of such relief, and shall have the right to
3 intervene in any proceeding relating to such relief."

4     6.    18 U.S.C. § 3626(g)(5) defines "prison" as "any Federal, State, or local
5 facility that incarcerates or detains juveniles or adults accused of, convicted of, sentenced
6 for, or adjudicated delinquent for, violations of criminal law."  Therefore, a County Jail,
7 juvenile detention facility, or a courthouse lockup facility is a "prison" within the
8 meaning of the PLRA.

9     7.    The jurisdiction and function of the Sheriff, Probation, Police Chief, and
10 Corrections Intervenors includes maintenance and/or operation of a "prison"
11 facility/facilities, as defined in Section 3626(g)(5), and/or custody of, persons who may
12 be released from, or not admitted to, a prison as a result of a prisoner release order.

13 **JURISDICTION AND VENUE**

14     8.    The Police Chief Intervenors, have a duty to advance public safety in their
15 cities, which would be impaired by the issuance of a prisoner release order.

16     9.    The Sheriff, Probation, Police Chief, and Corrections Intervenors' defenses
17 in this Intervention Pleading arise out of the same transaction or occurrence that is the
18 subject matter of the claims at issue in this action and, specifically, out of the Prison
19 Litigation Reform Act, 18 U.S.C. §§ 3626 *et seq.*  This Court has jurisdiction over the
20 claims in this action as well as the Intervenors' defenses pursuant to 28 U.S.C. §§ 1331.

21     10.    Venue is proper in this district pursuant to 28 U.S.C. §§ 1391.

22 **GENERAL ALLEGATIONS**

23     11.    On July 23, 2007, the Honorable Thelton Henderson of the United States
24 District Court for the Northern District of California, and the Honorable Lawrence
25 Karlton of the United States District Court for the Eastern District of California, issued
26 orders pursuant to the Prison Litigation Reform Act, specifically 18 U.S.C. §§
27 3626(a)(3)(A), to convene a three-judge judicial panel to consider issuing prisoner release
28 orders in *Marciano Plata, et al. v. Arnold Schwarzenegger, et. al.*, Case No. C01-1351

1  TEH (N.D.C.A.), and *Ralph Coleman, et al. v. Arnold Schwarzenegger, et. al.*, Case No.
2  S-90-0520 LKK JFM (E.D.C.A.), respectively. For convenience and judicial economy,
3  the same panel will preside over both cases, both of which require the evaluation of
4  overcrowding in California's prisons. The *Plata* Court specifically held that
5  "Accordingly, and because this Court finds that the conditions specified in 18 U.S.C. §
6  3626(a)(3)(A) have been satisfied, IT IS HEREBY ORDERED that Plaintiffs' motion to
7  convene a three-judge court to consider a prisoner release order is GRANTED." The
8  *Coleman* court held: that "In accordance with the above, IT IS HEREBY ORDERED that
9  plaintiffs' November 13, 2006 motion to convene a three-judge panel to limit the prison
10 population is granted pursuant to 18 U.S.C. § 3626(a)(3)(A)."
11      12.    In its July 23, 2007 Order, the *Plata* Court specifically acknowledged the
12 enactment of AB 900. It stated that ". . . a prisoner release order would, indeed, be a
13 radical step, particularly given the size of California's prison system."
14      13.    The Sheriff, Probation, Police Chief, and Corrections Intervenors agree that
15 the imposition of a prisoner release order would be a radical step, and seek to intervene in
16 this action to oppose the imposition of any such order at this time.
17      14.    Federal Rule of Civil Procedure 24(c) requires that an intervening party,
18 such as the Sheriff, Probation, Police Chief, and Corrections Intervenors herein, provide a
19 "pleading setting forth the claim or defense for which intervention is sought."
20 Accordingly, the Sheriff, Probation, Police Chief, and Corrections Intervenors plead the
21 following defenses pursuant to the Prison Litigation Reform Act, 18 U.S.C. § 3626, *et*
22 *seq.*

**DEFENSES**

**(Prison Litigation Reform Act)**

25      15.    These defenses arise under the Prison Litigation Reform Act, particularly
26 18 U.S.C. § 3626, *et seq.* Specifically, prison release orders are only permitted under
27 very limited circumstances where it is demonstrated – by clear and convincing evidence

that (i) crowding is the primary cause of the violation of a Federal right; and (ii) no other relief will remedy the violation of the Federal right.

16.   No showing has been made in this action sufficient to justify the imposition of a prisoner release order under the Prison Litigation Reform Act. On the contrary, a prisoner release order poses significant risk to public safety in California.

17.   Moreover, the Sheriff, Probation, Police Chief, and Corrections Intervenors reserve their right to make an affirmative showing that other relief, short of a prisoner release order, exists which could remedy the current conditions specified by the Court.

**PRAYER FOR RELIEF**

**WHEREFORE**, the Sheriff, Probation, Police Chief, and Corrections Intervenors respectfully request that the Three-Judge Court:

A.   Enter no prisoner release order until AB 900 has been fully implemented and its efficacy can be fully and fairly assessed;

B.   Enter no prisoner release order absent a sufficient evidentiary showing under the Prison Litigation Reform Act that such order is narrowly drawn, extends no further than necessary to correct a violation of a Federal right and is the least intrusive means necessary to correct any such violation;

C.   Enter no prisoner release order absent a showing – by clear and convincing evidence – that (i) crowding is the primary cause of the violation of a Federal right; and (ii) no other relief will remedy the violation of the Federal right;

D.   Enter no prisoner release order at this time in light of the adverse impact such order would have on public safety in California; and

E.   Grant such further relief as the Court deems just and proper.

///
///
///
///
///

Amended Intervention Pleading by Sheriff, Probation, Police, and Corrections Intervenor-Defendants

Respectfully submitted,

DATED: October 2, 2007          JONES & MAYER

By: _____/s/_____
Ivy M. Tsai
Attorneys for Sheriff, Probation, Police Chief, and Corrections Intervenor-Defendants