EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO SPECIAL MASTER KEATING'S REPORT AND RECOMMENDATIONS ON DEFENDANTS' AUGUST 2007 SUPPLEMENTAL BED PLAN** |

Defendants hereby respond to Special Master Keating's Report and Recommendations on Defendants' August 2007 Supplemental Bed Plan. Defendants respectfully request the Court to forthwith adopt the Special Master's approval of the August 2007 Bed Plan. Defendants respectfully submit the following responses to the six listed recommendations in the Special Master's Report.

**Recommendation One**: Within 120 days of the court order approving Defendants' August 2007 Bed Plan, Defendants are to provide a plan stating the "timeframes for meeting and procuring for all CDCR-operated inpatient programs the applicable State licenses and the applicable accreditation by the Joint Commission on Accreditation of Health Care Organizations."

*Response to Recommendation One*: As a preliminary matter, Defendants respectfully request 30 days to research and determine whether JCAHO does provide accreditation for intermediate care beds in a non-hospital, prison setting.

Defendants respectfully object to this recommendation on three bases. First, the intermediate care and acute care programs presently operated and staffed by the Department of Mental Health at the Vacaville Psychiatric Program (intermediate and acute beds) and at Salinas Valley Psychiatric Program (intermediate beds) are not JCAHO accredited. Defendants have stated their intent to model the intermediate care beds within the Consolidated Care Centers upon the DMH model and so request this Court find that any intermediate care program operated by CDCR need not seek JCAHO accreditation.

Second, to the extent Defendants can and must obtain JCAHO accreditation for intermediate and acute care beds, Defendants object to the timeframe of 120 days for submitting the plan for obtaining that accreditation. Because the construction timetable is not yet finalized, the preparation of this plan within the next 120 days is premature. Defendants respectfully request the deadline for the plan be within one year from the date of the court order approving the August 2007 bed plan.

Third, Defendants object to the timeframe of 120 days for submitting the plan for obtaining applicable licensure of the facilities. Because the construction timetable is not yet finalized, the preparation of this plan within the next 120 days is premature. Defendants respectfully request the deadline for the plan be within one year from the date of the court order approving the August 2007 bed plan.

**Recommendation Two**: Within 120 days of the court order approving Defendants' August 2007 Bed Plan, Defendants are to submit "a plan for the recruitment and compensation of hospital administrators to develop and run CDCR's overall inpatient treatment program and the specific institutional inpatient programs in its Consolidated Care Centers."

*Response to Recommendation Two*: Defendants are willing to provide such a plan for hospital administrators. Because the construction timetable is not yet finalized, the preparation of this plan within the next 120 days is premature. Further, the fiscal and policy impact of this

plan on the recruitment and compensation of hospital administrators by other public sector agencies requires examination and discussion. Defendants respectfully request the deadline for the plan be within one year from the date of the court order approving the August 2007 bed plan.

**Recommendation Three**: Within 120 days of the court order approving Defendants' August 2007 Bed Plan, Defendants to prepare "a memorandum of understanding on DMH's mentoring and direct service obligations under the revised plan for integration in an inter-agency agreement."

*Response to Recommendation Three*:

Defendants are willing to provide such a plan. Because the construction timetable is not yet finalized, the preparation of this plan within the next 120 days is premature. Defendants respectfully request the deadline for the plan be within one year from the date of the court order approving the August 2007 bed plan.

**Recommendation Four**: Within 120 days of the court order approving Defendants' August 2007 Bed Plan, Defendants to submit "a plan identifying anticipated clinical and custody staffing needs and a program for providing the personnel required to recruit, hire and retain adequate staffing."

*Response to Recommendation Four*: Defendants are willing to provide such a plan. Because the construction timetable is not yet finalized, the preparation of this plan within the next 120 days is premature. Defendants respectfully request the deadline for the plan be within one year from the date of the court order approving the August 2007 bed plan.

**Recommendation Five**: Within 120 days of the court order approving Defendants' August 2007 Bed Plan, Defendants to submit "a development proposal for adequate mental health treatment and counseling space at California Medical Facility and Salinas Valley State Prison."

*Response to Recommendation Five*: Defendants respectfully request that the Court note that the treatment and counseling spaces at California Medical Facility and Salinas Valley State Prison were not part of the Defendants' August 17, 2007 Bed Plan. Given the Court is now

///

requesting Defendants provide a proposal for adequate mental health treatment and counseling space at these two facilities, Defendants will do so.

• Salinas Valley State Prison: Defendants are familiar with the treatment and counseling space issues at Salinas Valley State Prison and will submit a proposal for that facility within 120 days of the court order approving Defendants' August 2007 bed plan.

• California Medical Facility: Defendants understand the Enhanced Outpatient Program (EOP) is the subject of the recommended development proposal for treatment and counseling space issue(s) at California Medical Facility. Because Defendants must commence evaluation of the EOP treatment and space needs at California Medical Facility, Defendants respectfully request the proposal for that facility be due to the Court in 150 days from the court order approving Defendants' August 2007 bed plan.

**Recommendation Six**: Within 120 days of the court order approving Defendants' August 2007 Bed Plan, Defendants to submit "an analysis justifying the reduction and/or elimination of mental health crisis beds in the revised August 2007 plan in the 29 CDCR institutions that are not scheduled to deliver consolidated care."

*Response to Recommendation Six*:

Defendants will provide such an analysis within 120 days of the court order approving Defendants' August 2007 bed plan.

DATED: October 9, 2007         Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30338583.wpd  CF1997CS0003

DEFENDANTS' RESPONSE TO REPORT ON 8/07 BED PLAN