IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

        Defendants.          <u>ORDER</u>

                            /

        The special master, J. Michael Keating, Jr., has informed the court of his intention to retire. Good cause appearing, the court will appoint Deputy Special Master Matthew A. Lopes, Jr. to serve as special master in this action effective November 1, 2007. As of that date, Mr. Lopes shall be compensated at the hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred sixty dollars ($260.00) plus reasonable expenses. In addition, the court will appoint Linda E. Buffardi, Esq. and Mohamedu F. Jones, Esq. to serve as deputy special masters in this action effective November 1, 2007. As of that date, Ms. Buffardi and Mr. Jones shall each be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred fifty dollars ($250.00) plus reasonable expenses.

/////

1

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Effective November 1, 2007, Matthew A. Lopes, Jr., Esq. shall assume the duties and responsibilities of the special master in this action as outlined in the court's December 11, 1995 order and shall be compensated at the rates set forth in this order; and

        2.  Effective November 1, 2007, Linda E. Buffardi, Esq. and Mohamedu F. Jones, Esq. shall serve as deputy special masters in this action and shall be compensated at the rates set forth in this order.

DATED: October 5, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT