EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **NOTICE OF FILING SEALED DOCUMENT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

## INTRODUCTION

On August 2, 2007, this Court ordered Defendant Department of Mental Health (DMH) to file an interim report on the status of admissions to Atascadero State Hospital (ASH) for *Coleman* class members under Defendants' plan filed on July 27, 2007. The Court ordered the report to include 1) the total number of *Coleman* class members in need of intermediate inpatient care reviewed for admission to ASH during the eight-week period from August 6, 2007 through September 28, 2007; 2) the number of *Coleman* class members admitted to ASH during that eight week period; 3) the total *Coleman* population at ASH as of September 28, 2007; and 4) if

any *Coleman* class members were denied admission to ASH during the period from August 6, 2007 through September 28, 2007, the reason(s) for such denial. Identifying patient information in this report is subject to a protective order entered in this action on January 12, 2007.

## NOTICE

Notice is hereby given under Local Rule 39-141(c), that Defendant Department of Mental Health is filing a document in compliance with the Court's August 2, 2007 Order under seal and shall manually file the document and serve copies upon the parties.

Dated: October 10, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Misha D. Igra*

MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

30340916.wpd
CF1997CS0003

Notice of Filing Sealed Document