1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
6 |   1300 I Street, Suite 125
  P.O. Box 944255
7 |   Sacramento, CA 94244-2550
  Telephone:  (916) 324-5388
8 |   Fax:  (916) 324-5205
  Email:  Misha.Igra@doj.ca.gov
9 |
  Attorneys for Defendants
10 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **NOTICE OF FILING SEALED DOCUMENT** |
| **v.** | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

## INTRODUCTION

On May 23, 2007, this Court ordered Defendant Department of Mental Health (DMH) to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care.  The report must include a complete list of all class members currently waiting for transfer to any level of DMH hospital care.  Such identifying patient information is subject to a protective order entered in this action on January 12, 2007.

Notice of Filing Sealed Document

1                                    **NOTICE**

2          Notice is hereby given under Local Rule 39-141(c),  that Defendant Department of Mental

3    Health is filing a document in compliance with the Court's  May 23, 2007 Order under seal and

4    shall manually file the document and serve copies upon the parties.

5          Dated: October 10, 2007

6                                        Respectfully submitted,

7                                        EDMUND G. BROWN JR.
8                                        Attorney General of the State of California

                                         DAVID S. CHANEY
9                                        Chief Assistant Attorney General

10                                       FRANCES T. GRUNDER
                                         Senior Assistant Attorney General

11                                       ROCHELLE C. EAST
                                         Supervising Deputy Attorney General
12

13                                       */s/ Misha D. Igra*

14
                                         MISHA D. IGRA
15                                       Deputy Attorney General
                                         Attorneys for Defendants
16

17   30341208.wpd
     CF1997CS0003
18

19

20

21

22

23

24

25

26

27

28

Notice of Filing Sealed Document

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5388
8   Fax:  (916) 324-5205
    Email:  Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants
10

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  RALPH COLEMAN, et al.,                 2:90-cv-00520 LKK JFM P

16                          Plaintiffs,    NOTICE OF FILING SEALED
                                           DOCUMENT
17          v.

18  ARNOLD SCHWARZENEGGER, et
    al.,
19
                            Defendants.
20

21                              INTRODUCTION

22          On May 23, 2007, this Court ordered Defendant Department of Mental Health (DMH)

23  to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates

24  from any level of outpatient mental health care to any level of inpatient mental health care, and

25  from any level of inpatient mental health care to a different level of mental health care.  The

26  report must include a complete list of all class members currently waiting for transfer to any

27  level of DMH hospital care.  Such identifying patient information is subject to a protective order

28  entered in this action on January 12, 2007.

Notice of Filing Sealed Document

                                           1

1

**NOTICE**

2        Notice is hereby given under Local Rule 39-141(c),  that Defendant Department of Mental

3    Health is filing a document in compliance with the Court's  May 23, 2007 Order under seal and

4    shall manually file the document and serve copies upon the parties.

5        Dated: October 10, 2007

6                                        Respectfully submitted,

7                                        EDMUND G. BROWN JR.
                                         Attorney General of the State of California
8
                                         DAVID S. CHANEY
9                                        Chief Assistant Attorney General

10                                       FRANCES T. GRUNDER
                                         Senior Assistant Attorney General
11                                       ROCHELLE C. EAST
                                         Supervising Deputy Attorney General
12

13                                       */s/ Misha D. Igra*

14
                                         MISHA D. IGRA
15                                       Deputy Attorney General
                                         Attorneys for Defendants
16

17    30341208.wpd
      CF1997CS0003
18

19

20

21

22

23

24

25

26

27

28

Notice of Filing Sealed Document

2