PATRICK WILSON
4655 E. Olympic Blvd.
Los Angeles, CA. 90022
626 616-1143
Former Member of Plaintiff Class
Pro se

FILED
OCT 12 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | THREE-JUDGE COURT |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants, | |
| MARCIANO PLATA, et al., | No. C01-1351 THE |
| Plaintiffs, | THREE-JUDGE COURT |
| ARNOLD SCHARWARZENNER, et al., | **AMICUS** |
| Defendants, | |

-1-

**INTRODUCTION**

I HAVE REVIEWED THE RECEIVER'S 6TH QUARTERLY REPORT AND THE 17 EXHIBITS. BOB SILLEN IS DOING AS BEST AS COULD BE HOPED FOR IN ESTABLISHING CONSTITUTIONAL COMPLIANT INMATE HEALTHCARE.

IT IS DOUBTFULL THE COURT WILL REDUCE THE PRISON POPULATION, EVEN THOUGH IT FACILITATES THE EFFORTS OF MR. SILLEN, FOR TWO REASONS:

(1) IT IS A CONVENTIONAL POLITICAL AND LEGAL DOCTRINAL HERESY TO RELEASE EARLY EVEN WHEN PUNISHMENTS ARE RECOGNIZED AS EXCESSIVE, THUS INVITING OBSTRUCTIONISM BY LAW ENFORCEMENT, CORPORATE MEDIA (PUBLIC OPINION), THE CDCR BUREAUCRACY AND STATE OFFICIALS.

(2) THE COURT WOULD BE HELD RESPONSIBLE FOR ANY MISDOINGS OF THOSE RELEASED EARLY. IN ADDITION, DUE TO THE ADVISARIAL RELATIONSHIP BETWEEN THE JUDICIARY AND STATE OFFICIALS AND OTHER "STAKEHOLDERS", (RECIEVER'S 6TH QUARTERLY REPORT) P.O.'S AND OTHER LAW ENFORCEMENT GROUPS (SHERIFF'S "REGULATOR'S" AND VARIOUS POLICE DEPARTMENT ARREST "CONTESTS") WOULD HUNT DOWN THOSE EARLY RELEASED.

**ARGUMENT**

THERE IS CAUSE TO ADVOCATE THE COURT RECOGNIZE THEIR ORIGINAL GOVERNMENT **OVERSIGHT ROLE** IN THE FORMATION OF POLICIES AND LAWS BY THE EXECUTIVE AND THE LEGISLATURE. THIS OBSERVATION **APPEARS** TO VARY "RADICALLY" FROM POPULAR CONVENTIONAL POLITICAL AND LEGAL DOCTRINES (CONSTITUTIONAL INTERPRETATIONS). REFER TO EXHIBIT "A".

HOWEVER, IS IT NOT THE CASE PRESENTLY THE COURT IS IN THE PROCESS OF ENFORCING THE MORAL ELEMENT IN THE 8TH AMENDMENT UPON RELUCTANT STATE OFFICIALS?

IS IT ALSO NOT THE CASE THAT IN DOING SO THE COURT IS **OVERSEEING** A NPO WHO HAS CONTRACTED WITH PRIVATE CORPORATIONS TO PERFORM THE FAILED CONSTITUTIONAL MANDATED MORAL STANDARD IN THE 8TH AMENDMENT AND BILLS THE STATE FOR THOSE SERVICES?

IS NOT THE COURT'S PRESENT **OVERSIGHT ROLE** (RECEIVER'S 6TH QUARTERLY REPORT) OVER THE FAILED CONSTITUTIONAL MANDATED MORAL STANDARD IN THE 8TH AMENDMENT CONSISTENT WITH THE ADVOCATED "RADICAL" COURT ROLE TO OVERSEE COMPLIANCE OF THE EXECUTIVE'S AND THE LEGISLATURE'S CONVICTIONS (POLICIES AND LAWS) WITH ALL CONSTITUTIONALLY MANDATED MORAL STANDARDS?

THEREFORE, IS NOT THE COURT REJECTING THE ADVOCATED "RADICAL" OVERSIGHT ROLE, AS THE COURT PERFORMS THE VERY "RADICAL" OVERSIGHT ROLE THE COURT REJECTS?

IS NOT CONVINCING THOUSANDS OF LAW STUDENTS AND THE COURT ITSELF, LAW IS "WHATEVER THE LEGISLATURE ENACTS" AN INJURIOUS FALSEHOOD TO STRIP THE MORAL ELEMENT OUT OF THE STANDARD OF JUSTICE AND INFERS THE CONVICTIONS OF THE EXECUTIVE AND THE LEGISLATURE ARE, IN ALL CASES, UNDENIABLY JUST RENDERING THE PEOPLE SUBJECT TO UNRESTRICTED VIOLATIONS OF CONSTITUTIONAL MORAL STANDARDS BY THE EXECUTIVE AND THE LEGISLATURE COSTING THE MONEY AND LIVES OF THE PEOPLE WHOSE BEST INTERESTS THEY ALLEGE TO SERVE, AS THIS PRESENT CASE IS AN EXAMPLE?

FOR THE COURT TO GO ON TO CLAIM "ADMINISTERING JUSTICE" IS ENFORCING THEIR LAWS, NO MATTER WHAT THEIR LAWS, COMPOUNDS THE PUBLIC INJURY DUE TO THIS INJURIOUS FALSEHOOD.

MUST THE COURT NOT ENFORCE THE MORAL ELEMENT INHERENT IN THE STANDARD OF JUSTICE ONTO THE EXECUTIVE'S AND THE LEGISLATURE'S CONVICTIONS (LAWS AND POLICIES) IN ORDER TO BE ABLE TO **HONESTLY** CLAIM JUSTICE IS ESTABLISHED?

DUE TO THE COURT RULING IT TO BE RIGHT AND BEST (THE COURT'S CONVICTION) TO ENFORCE THE MORAL ELEMENT IN THE 8TH AMENDMENT ONTO STATE OFFICIAL'S CONVICTIONS (LAWS AND POLICIES), ON WHAT GROUNDS THEN WOULD THE COURT REJECT ENFORCING THE MORAL ELEMENT IN THE CONSTITUTIONAL STANDARD OF JUSTICE ONTO THE CONVICTIONS (LAWS AND POLICIES)

OF THE LEGISLATURE AND THE EXECUTIVE TO PREVENT CONTINUED LEGISLATIVE AND EXECUTIVE VIOLATIONS OF THE MORAL STANDARDS EXPRESSED IN THE CONSTITUTION?

HAS IT NOT BEEN ESTABLISHED THE STATE'S COMPLIANCE WITH THE 8TH AMENDMENT IS, IN PART, THWARTED BY PRISON OVERCROWDING WHICH IN TURN IS, IN PART, CAUSED BY THE FAILURE OF THE COURT TO OVERSEE COMPLIANCE OF THE LEGISLATURE'S AND THE EXECUTIVE'S LAWS AND POLICIES TO BE SUBSTANTIALLY CONSISTENT WITH THE CONSTITUTIONAL MORAL STANDARDS?

**REMEDY**

ISSUE A REPARATIVE INJUNCTION WHICH INCLUDES CORRECTING THE INJURIOUS FALSEHOODS (1) THAT LAW IS THE UNRESTRICTED MAJORITY CONVICTION OF THE LEGISLATURE; (2) THAT ENFORCING LAWS NOT SUBSTANIALLY CONSISTENT WITH THE CONSTITUTIONAL MORAL STANDARD OF JUSTICE DOES NOT INJURE THE PUBLIC BY PROMOTING CRIMINAL CONVICTIONS AND ACTIONS IN THE PEOPLE CONTRIBUTING TO OVERCROWDED PRISONS; (3) ACKNOWLEDGE THE FACT THE CONSTITUTIONAL MORAL STANDARD OF JUSTICE HAS NOT BEEN ESTABLISHED, AND FURTHER (4) CITE THE FAILURE OF THE LEGISLATURE TO INCLUDE THE RECOGNITION REQUIREMENT OF THE OBJECTS OF KNOWLEDGE INTO THE CURRICULUMS OF PUBLIC SCHOOLS IN THE CALIFORNIA EDUCATION CODE IN COMPLIANCE OF CALIFORNIA CONSITUTION ARTICLE 9, SECTION 1, THERFORE REQUIRING

1  COURT OVERSIGHT OF ALL STATE LAWS AND POLICIES TO BE

2  SUBSTANITALLY CONSISTENT WITH THE CONSITUTIONAL MORAL

3  STANDARD OF JUSTICE AND THE CALIFORNIA CONSTITUTION.

4  DATED: OCT. 8, 2007.

                                    SUBMITTEDY BY:

                                    PATRICK WILSON
                                    PRO SE

**Note:** (1) The constitutional moral standard of justice is documented and demonstrable as being: "that you shall not have what belongs to another, nor be deprived of your own". It is not derived from religious texts, rather recognized in our common experience, violations of which constitute harming others. Compliance is defined as civil behavior.
    (2) The herein advocated alleged "radical" court role supports the very "radical" actions the court is now proceeding with.
    (3) It should not be necessary for lay citizens to instruct the court in the basic concepts of its profession in order to establish justice in our government.

# EXHIBIT "A"

FEDERAL COURT HEARING 9-24-07 - SAN FRANCISCO

I HAVE LIVED AND SUFFERED WITH THE PLAINTIFF CLASS, NOT MERELY VISITED A FEW PRISONS ON SUNSHINE TOURS AND THEN FILED CRITICAL OBSERVATIONS WITH THE COURT.

YOU CANNOT DECEIVE ME ABOUT PRISON OR WHAT HAPPENS IN THEM OR WHY OR ABOUT THOSE INCARCERATED.

REDUCING OR ELIMINATING PAROLE IN SPECIFIED OFFENSES, REDUCING SENTENCING GUIDELINES, TRAINING PRISONERS FOR NON LIVING WAGE JOBS, AND SCREENING OUT SELECTED INMATES, WHILE HELPFUL IN TEMPORARIALY REDUCING THE PRISON POPULATION, THEY ARE INEFFECTIVE LEGISLATIVE TACTICS THAT DO NOT ADEQUATELY ADDRESS THE ROOT CAUSES OF OUR OVERCROWDED PRISONS.

AS IS RECOGNIZED BY THE COURT THE EXECUTIVE'S AND THE LEGISLATURE'S CONVICTIONS EXPRESSED IN AB900 ARE FATALLY FLAWED, MAKING MATTERS WORSE.

I AM PREPARED TO PROVIDE CLEAR AND CONVINCING EVIDENCE THE SCOPE OF THE REMEDIES NECESSARY TO MAINTAIN A REDUCED PRISON POPULATION MUST INCLUDE RIDDING THE JUDICIARY, THE LEGISLATURE AS WELL AS EDUCATION OF THEIR PREVAILING DOCTRINAL ILLUSIONS.

--------------------------------------------------------------

WHEN I ASK ATTORNEYS OR LEGISLATORS WHAT LAW IS, THEY GIVE ME THE NOLO ANSWER; THAT LAW IS WHATEVER THE LEGISLATURE ENACTS.

LAW ACTUALLY IS CONVICTION, FOR IT IS THE CONVICTIONS OF OUR LEGISLATORS THAT ARE ENACTED INTO LAWS.

CONVICTIONS ARE THAT CATEGORY OF JUDGMENTS ONE CONCLUDES IS BE BEST OR RIGHT.

LAW ITSELF, IN BASIC TERMS, IS WHAT THE LEGISLATURE CONCLUDES TO BE BEST OR RIGHT.

Case 2:90-cv-00520-KJM-SCR   Document 2459   Filed 10/12/07   Page 9 of 10

3

TODAY LAW IS ACCEPTED AS WHATEVER THE LEGISLATURE ENACTS AND THEN JUSTICE IS CLAIMED TO BE ADMINISTERED WHENEVER THOSE LAWS ARE ENFORCED OR ABIDED BY, NO MATTER WHAT HOW DELUSIONAL OR IMMORAL THEY MAY BE.

IS THERE ANY OTHER WAY TO ESTABLIISH AND ADMINSISTER JUSTICE THAN TO REQUIRE THE MAJORITY CONVICTIONS OF THE LEGISLATURE AND THE EXECUTIVE TO BE SUBSTANTIALLY CONSISTENT WITH IT?

NOT ONLY DOES THE LEGISLATURE AND THE EXECUTIVE NOT FORM ITS CONVICTIONS SUBSTANTAILLY CONSISTENT WITH THE CONSTITUTIONAL STANDARD OF JUSTICE, IT IS DOUBTFUL THEY ARE EVEN ABLE TO IDENTIFY IT.

PRESENTLY IS IT NOT A PRACTICE OF THE JUDICIARY TO CLAIM TO "ADMINISTER JUSTICE" WHEN IT ENFORCES OR ABIDES BY THE LAWS, NO MATTER WHAT THE LAW, ON THE PRINCIPLE THE LEGISLATURE'S MAJORITY CONVICTIONS ARE BEST AND RIGHT, MERELY BECAUSE THEY ARE THEIR MAJORITY CONVICTIONS, NOT BECAUSE THEIR MAJORITY CONVICTIONS ARE SUBSTANTIALLY CONSISTENT WITH THE CONSITUTIONAL STANDARD OF JUSTICE, WHICH IS THE LONE CONDITION UPON WHICH THE PEOPLE CONSENTED TO THE OBLIGATION OF COMPELLED OBEDIENCE TO THEIR CONVICTIONS?

THE PHRASE "THE RULE OF LAW", THAT IS TO SAY RULE BY THE UNRESTRICTED MAJORITY WHIMS OF THE EXECUTIVE AND THE LEGISLATOR'S IS ACTUALLY THE RULE OF MEN.

IS IT NOT OBVIOUS WHILE THE JUDICIARY CLAIMS TO FOLLOW THE RULE OF LAW, ANY PROTECTION THE PEOPLE HAVE, HOWEVER FUNDAMENTAL, IS JETTISONED ONCE STATE OFFICIALS CONCLUDE IT BEST OR RIGHT TO DO SO.

ARE WE NOT HERE NOW DUE TO THE EXECUTIVE AND THE LEGISLATURE FINDING IT BEST OR RIGHT FOR 12 YEARS TO VIOLATE THE PROTECTION EXPRESSED IN THE 8TH AMENDMENT?

FOR JUSTICE TO BE ESTABLISHED AND ADMINISTERED, MUST WE NOT ELECT CITIZENS TO PASS LAWS AND FORM ECONOMIC AND PUBLIC POLICIES THAT ARE SUBSTANTIALLY CONSISTENT WITH THE CONSTITUTIONAL MORAL STANDARD OF JUSTICE TO RESTRICT THE LEGISLATURE AND THE EXECUTIVE, OR A BAFFLED PUBLIC FROM ENFORCING ABUSES UPON ANY TARGETED GROUP AMONG THE PEOPLE, SO WE THE PEOPLE MAY STRUGGLE FOR SURVIVAL IN PEACE AND JUSTICE IN ACCORDANCE WITH OUR AGREEMENT?

WHO IN THEIR RIGHT MIND WOULD CONSENT TO THE OBLIGATION OF COMPELLED OBEDIENCE TO LAWS AND POLICIES THAT WERE NOT RESTRICTED TO BEING SUBSTANTIALLY CONSISTENT WITH THE UNIVERAL MORAL STANDARD OF JUSTICE TO AVOID ABUSES BEING VISITED UPON THEM?

IS THERE ANYONE IN THE COURT SO SLAVISH AS TO CONSCIOUSLY CONSENT TO BE GOVERNED UNDER SUCH AN AGREEMENT?

---

IF THE PRESIDENT OF THE BOARD OF EDUCATION WAS COMPELLED TO ANSWER THE QUESTION, "WHAT ARE THE OBJECTS OF KNOWLEDGE?" HE WOULD LIKELY NOT EVEN RECOGNIZE THE QUESTION.

I ADDUCE OUR EDUCATION SYSTEM DOES NOT ADEQUATELY EDUCATE DUE TO PUBLIC SCHOOL OFFICIAL'S AND THE LEGISLATURE'S FAILURE TO INCLUDE REQUIRING RECOGNITION OF THE OBJECTS OF KNOWELDGE IN PUBLIC SCHOOL CURRICULUMS.

I AM PREPARED TO PROVIDE CLEAR AND CONVINCING EVIDENCE BY DEPOSITION, IF NECESSARY, THE FAILURE OF STATE EDUCATION OFFICIALS AND THE LEGISLATURE TO INCLUDE RECOGNITION OF THE OBJECTS OF KNOWLEDGE IN OUR PUBLIC SCHOOL'S CURRICULUM, VIOLATES CALIFORNIA CONSTITUTION ARTICLE 9 SEC. 1, AND IS DIRECTLY CONTRIBUTABLE TO FREQUENT CRIMINAL INCIDENTS RESULTING FROM SUCH IGNORANCE.