STEVEN M. WOODSIDE #58684
County Counsel
ANNE L. KECK #136315
Deputy County Counsel
County of Sonoma
575 Administration Drive, Room 105A
Santa Rosa, California 95403-2815
Telephone: (707) 565-2421
Fax: (707) 565-2624

Attorneys for Intervenors THE
COUNTY OF SONOMA, SONOMA
COUNTY SHERIFF/CORONER
WILLIAM COGBILL, SONOMA
COUNTY DISTRICT ATTORNEY
STEPHAN PASSALACQUA,
and SONOMA COUNTY CHIEF
PROBATION OFFICER ROBERT OCHS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants. | No.   CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**SONOMA COUNTY INTERVENORS'**<br>**INTERVENTION PLEADING** |

1

Intervenors the County of Sonoma, Sonoma County Sheriff/Coroner William Cogbill, Sonoma County District Attorney Stephan Passalacqua, and Sonoma County Chief Probation Officer Robert Ochs (collectively, "Sonoma County Intervenors" hereinafter) hereby jointly and separately allege as follows:

**INTERVENORS**

1. Intervenor the County of Sonoma is a political subdivision of the State of California. It is a "unit of government" whose jurisdiction and function includes the appropriation of funds for the construction, operation, and maintenance of local jail and juvenile hall detention facilities.

2. Intervenor Sonoma County Sheriff/Coroner William Cogbill is an elected public officer for the County of Sonoma who is the chief law enforcement officer for the county and is the official who operates, maintains, and administers the Sonoma County adult detention facilities. Sonoma County Sheriff/Coroner William Cogbill intervenes herein in his official capacity only.

3. Intervenor Sonoma County District Attorney Stephan Passalacqua is an elected public officer for the County of Sonoma who prosecutes criminal cases in the Sonoma County Superior Court. Sonoma County District Attorney Stephan Passalacqua intervenes herein in his official capacity only.

4. Intervenor Sonoma County Chief Probation Officer Robert Ochs is an appointed public officer for the County of Sonoma who oversees adult probationers and also operates, maintains, and administers the Sonoma County Juvenile Hall, a detention facility for juveniles. Sonoma County Chief Probation Officer Robert Ochs intervenes herein in his official capacity only.

5. Pursuant to Title 18 of the United States Code, Section 3626, subsection (a)(3)(F), Sonoma County Intervenors have standing to oppose the imposition or continuation of a prisoner release order.

6. All necessary actions required for the Sonoma County Intervenors to participate in this consolidated action have been satisfied.

## JURISDICTION AND VENUE

7. The claims and defenses presented herein on behalf of the Sonoma County Intervenors arise out of the underlying cases pursuant to the Prison Litigation Reform Act (18 U.S.C. §3626). This Court has jurisdiction over such claims pursuant to Title 18 of the United States Code Section 3626, as well as Title 28 of the United States Code, Section 1331.

8. Venue is proper in each of the above-stated Districts by virtue of Title 28 of the United States Code, Section 1391.

## GENERAL ALLEGATIONS

9. On July 23, 2007, the District Courts for the Eastern and Northern Districts of California entered Orders in the above-captioned cases, respectively, ordering that a three-judge court be convened under Title 18 of the United States Code, Section 3626(a)(3), for the purpose of determining the appropriateness of entering a prisoner release order(s) with respect to State of California prisons. The two cases were consolidated for the purposes of this determination.

10. On July 26, 2007, Chief Judge Mary M. Schroeder of the United States Courts for the Ninth Circuit designated and appointed the Honorable Stephen Reinhardt, the Honorable Lawrence K. Karlton, and the Honorable Thelton E. Henderson to constitute the three-judge court pursuant to Title 18 of the United States Codes, Section 3626(a)(3) for the purpose of hearing and determining the request for a prisoner release order (the "Three-Judge Court" hereinafter).

11. Pursuant to the Three-Judge Court's Order Re: Motions to Intervene and Order Referring Discovery Disputes to Magistrate Judge, entered herein on August 17, 2007, the Court provided other parties the opportunity to file motions to intervene in this action if such motions were filed and served no later than September 14, 2007.

12. Sonoma County Intervenors sought leave from this Court to intervene pursuant to their Motion to Intervene, which was filed and served on September 14, 2007. Such intervenors have the unconditional right to intervene in this action (pursuant to 18 U.S.C. §

3

3626(a)(3)(F)) for the limited purpose of addressing the issues outlined in Title 18 of the United States Codes, Section 3626, subsections (a)(1) and (a)(3)(E). The Court granted Sonoma County Intervenors leave to intervene on September 19, 2007, through its "Order Granting Motions to Intervene Filed on September 14, 2007."

13. Sonoma County Intervenors are informed and believe, and thereon allege, that entry of a prisoner release order (issued under 18 U.S.C. § 3626(a)) would have significant negative consequences at the local level; a prisoner release order would simply shift the burden of housing and treating state prisoners to local government, which has fewer and more limited resources than the State of California.

14. Specifically, Sonoma County Intervenors are informed and believe, and thereon allege, that a prisoner release order entered for the purpose of limiting alleged crowding in the State prisons would have the following negative consequences, *inter alia,* at the local level: (a) increased crime on the streets due to early release of prisoners; (b) overcrowded jails due to increased crime and inability to transfer prisoners to state prisons; (c) further burdening on mental/medical health/social welfare programs, both in and out of jail; and (d) further burdening of the criminal justice system due to recidivism and related factors.

15. Sonoma County Intervenors, and certain additional county agencies, public officers, and judges of the Sonoma County Superior Court, are presently engaged in an unprecedented, collaborative effort to develop a strategic plan to address issues currently present in the Sonoma County criminal justice and penal systems, pursuant to a program of "upstream intervention." To this end, the County of Sonoma has engaged an expert in jail alternatives to provide a report and advice to assist it in reaching the following proposed goals, among others: (a) lowering jail population; (b) lessening the time arrestees/inmates spend in jail; (c) decreasing recidivism; (d) treating and training offenders to re-enter society; and (e) lessening the time defendants spend in the criminal justice system (i.e., providing swifter justice).

16. Sonoma County Intervenors, and certain additional county agencies, public officers, and judges of the Sonoma County Superior Court, have already invested a substantial amount of time and resources to develop and begin implementing this novel reform to the Sonoma County criminal justice and penal systems, and intend to invest even more such resources in the future. Sonoma County Intervenors are informed and believe, and thereon allege, that a prison release order entered against the State of California prisons would likely disrupt and/or derail this critical and important process, due to budgetary or other limitations, restrictions and/or consequences.

## CLAIMS AND DEFENSES

17. Pursuant to Title 18 of the United States Code, Section 3626, subsection (a)(3)(F), and Federal Rule of Civil Procedure 24, Sonoma County Intervenors hereby present the following claims and defenses to entry of a prisoner release order against the State of California prisons.

18. The Sonoma County Intervenors oppose entry of a prisoner release order against the State of California prisons based on two separate and independent defenses: (a) there is no clear and convincing evidence that crowding is the primary cause of the violation of the Federal right at issue in this action; and (b) there is no clear and convincing evidence that no other relief will remedy the violation of the Federal right at issue in this action.

19. Sonoma County Intervenors further oppose entry of a prisoner release order against the State of California prisons based on the adverse impact such an order would have on the citizens of the County of Sonoma and State of California. These Intervenors request that this Court consider factors that weigh against entry of a prisoner release order, such as the deleterious effects such an order would have on public safety, health and welfare of the citizens of the County of Sonoma and State of California, as well as the effects on the operation of the local criminal justice and penal systems.

20. Sonoma County Intervenors further oppose entry of a prisoner release order against the State of California prisons on the ground that such an order would negatively impact the current efforts of Sonoma County Intervenors, and certain additional county

agencies, public officers, and judges of the Sonoma County Superior Court, to reform the criminal justice and penal systems in Sonoma County.

21.   Sonoma County Intervenors further oppose the entry of a prisoner release order against the State of California prisons on the ground that such an order would not be in the interests of justice.

**PRAYER FOR RELIEF**

WHEREFOR, Sonoma County Intervenors oppose the entry of a prisoner release order under Title 18 of the United States Code, Section 3626(a), and respectfully request that the Three-Judge Court:

A.   Find that the requirements to enter a prisoner release order against the State of California prisons have not been met, per Title 18 of the United States Code, Section 3626;

B.   Find that considerations of equity weigh against entry of a prisoner release order against the State of California prisons, based on the deleterious effects such order would have on public safety, health and welfare at the State and local levels;

C.   Find that the interests of justice do not support entry of a prisoner release order against the State of California prisons;

D.   Decline to enter a prisoner release order against the State of California prisons;

E.   Alternatively, if the Three-Judge Court does decide to enter a prisoner release order against the State of California prisons, ensure that such relief is narrowly drawn, extends no further than necessary to correct the violation of the Federal right, and ensure that it is the least intrusive means necessary to correct the violation of the Federal right, pursuant to Title 18 of the United States Code, Section 3626(a); and

///
///
///
///
///
///

1    F.    Enter such other and further relief that this Court deems just and proper.

2  Dated:   October 18, 2007                STEVEN M. WOODSIDE, County Counsel

4                                      By:  /s/ Anne L. Keck
                                            ANNE L. KECK
5                                           Deputy County Counsel
                                            Attorneys for Intervenors THE COUNTY
6                                           OF SONOMA, SONOMA COUNTY
                                            SHERIFF/CORONER WILLIAM
7                                           COGBILL, SONOMA COUNTY
                                            DISTRICT ATTORNEY STEPHAN
8                                           PASSALACQUA, and SONOMA
                                            COUNTY CHIEF PROBATION OFFICER
9                                           ROBERT OCHS

7

Sonoma County Intervenors' Intervention Pleading        Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
89165.1

PROOF OF SERVICE BY MAIL<br>(Code Civ. Proc. §§ 1013a(3) and 2015.5)

1
2
3   I am employed in the County of Sonoma, California; I am over the age of 18 years and
4 not a party to the within action; my business address is 575 Administration Dr., Rm. 105A,
5 Santa Rosa, California. I am readily familiar with my employer's business practice for
6 collection and processing of correspondence for mailing with the United States Postal
7 Service.

8   On October 18, 2007, following ordinary business practice, I served the "SONOMA
9 COUNTY INTERVENORS' INTERVENTION PLEADING" on the parties in said cause,
10 by placing on that date at my place of business, a true copy thereof, enclosed in a sealed
11 envelope, for collection and mailing with the United States Postal Service where it would be
12 deposited with the United States Postal Service that same day in the ordinary course of
13 business, addressed as follows:

14   ☐   (BY FAX)   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.
15

16   **x**   (BY MAIL)   I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.
17

18   ☐ (BY PERSONAL SERVICE)   I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

19   **x**   (BY OVERNIGHT DELIVERY)   I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served. **[to Judges, see attached]**
20

21   **See attached Service List**

22   I declare under penalty of perjury under the laws of the State of California that the
23 foregoing is true and correct, and that this declaration was executed on October 18, 2007, at
24 Santa Rosa, California.

25

26                                             /s/ Ali Ostello
                                              Ali Ostello
27

28

8

Sonoma County Intervenors' Intervention Pleading      Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
89165.1

| | | |
|---|---|---|
| 1 | Jerry F. Stanley<br>C-80900 | David W. Wilson<br>K-66474 |
| 2 | SQSP<br>San Quentin State Prison | CMF - Vacaville<br>P. O. Box 2000 |
| 3 | San Quentin, CA 94974<br>PRO SE | Vacaville, CA 95696<br>PRO SE |
| 4 | | |
| 5 | Patrick Wilson<br>4655 E. Olympic Blvd. | John Hagar<br>Judge's Reading Room |
| 6 | Los Angeles, CA 90022<br>PRO SE | 450 Golden Gate Ave., 18th Floor<br>Law Library |
| 7 | | San Francisco, CA 94102<br>(Assistant to the Receiver) |
| 8 | Robert Sillen<br>California Prison Receivership | California State Personnel Board<br>Office of the Attorney General |
| 9 | 1731 Technology Drive, Suite 700<br>San Jose, CA 95110 | 1515 Clay Street, 20th Floor<br>P. O. Box 70550 |
| 10 | (Receiver) | Oakland, CA 94612-0550 |

Union of American Physicians & Dentists
DAVIS, COWELL & BOWE
595 Market St., Suite 1400
San Francisco, CA 94105

Via Overnight Delivery

Honorable Thelton E. Henderson
U.S. District Court, Northern District
San Francisco Branch
450 Golden Gate Avenue
San Francisco, California  94102

Honorable Lawrence K. Karlton
U.S. District Court, Eastern District
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

Honorable Stephen Reinhardt
U.S. District Court, Central District
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

9

Sonoma County Intervenors' Intervention Pleading        Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
89165.1