1 | PRISON LAW OFFICE
2 | DONALD SPECTER Bar No.: 83925
2 | STEVEN FAMA Bar No.: 99641
| E. IVAN TRUJILLO Bar No.: 228790
3 | General Delivery
| San Quentin, California 94964
4 | Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

5 | ROSEN, BIEN & GALVAN, LLP
| MICHAEL W. BIEN Bar No.: 096891
6 | JANE E. KAHN Bar No.: 112239
| AMY WHELAN Bar No.: 215675
7 | LORI RIFKIN Bar No.: 244081
| SARAH M. LAUBACH Bar No.: 240526
8 | 315 Montgomery Street, 10th Floor
| San Francisco, California 94104
9 | Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

10 | THE LEGAL AID SOCIETY –
| EMPLOYMENT LAW CENTER
11 | CLAUDIA CENTER Bar No.: 158255
| LEWIS BOSSING Bar No.: 227402
12 | 600 Harrison Street, Suite 120
| San Francisco, CA 94107
13 | Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

No.: Civ S 90-0520 LKK-JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA ,et al.,

    Plaintiffs,

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    vs.

    Defendants

No. C01-1351 TEH

**STIPULATION AND [PROPOSED]
ORDER SHORTENING TIME FOR
DISCOVERY DISPUTE HEARING**

Date:     October 25, 2007
Time:     11:00 a.m.
Courtroom: 26
Judge:   Hon. John F. Moulds
           Magistrate Judge

1    WHEREAS, the parties agree that compliance with the regular timing requirements of

2   Local Rule 37-251(a) for noticing motions concerning discovery disagreements would be

3   impractical given the expedited scheduling order governing this case;

4    WHEREAS, pursuant to Local Rule 6-144(e), the parties have agreed to shorten the

5   time for hearing a motion raising discovery issues so that it may be heard on October 25, 2007;

6   and

7    WHEREAS, in compliance with Local Rule 37-251(a) and (c), the parties agree to file

8   their Joint Statement re Discovery Disagreements on October 22, 2007;

9    The parties hereby request that the Court approve their request for an order shortening

10   time pursuant to Local Rule 6-144(e) so that their motion regarding discovery disagreements

11   may be submitted by a joint statement on October 22, 2007 and heard by the Court on October

12   25, 2007 at 11:00 a.m.

13   IT IS SO STIPULATED.

14   Dated: _10/18/07_

15                                    _/s/ Amy Whelan_

16                                    AMY WHELAN
                                     Rosen, Bien & Galvan
17                                    Attorneys for *Coleman* Plaintiffs

18   Dated: _10/18/07_

19                                    _/s/ Alison Hardy_

20                                    ALISON HARDY
                                     Prison Law Office
21                                    Attorneys for *Plata* Plaintiffs

22   Dated: _10/18/07_

23                                    CHARLES ANTØNEN
                                     Deputy Attorney General
24                                    Attorneys for Defendants

25   IT IS SO ORDERED.

26

27   Date: _____

28                                    _____
                                     Honorable John F. Moulds
                                     Magistrate Judge

-1-