PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 096891
JANE KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
LEWIS BOSSING, Bar No. 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2007** |

1   On March 19, 1996, the District Court established procedures by which plaintiffs
2   are to collect periodic attorneys' fees and costs in this case in connection with their work
3   monitoring defendants' compliance with the Court's Orders and collecting fees.
4   Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Second
5   Quarter of 2007 to defendants via overnight Federal Express on August 3, 2007. The
6   parties completed their meet-and-confer process on October 1, 2007.
7   The parties agree to the payment of $ $480,574.53 in fees and costs incurred during
8   the Second Quarter of 2007. Attached hereto as Exhibit A are charts setting forth the
9   undisputed fees and costs due and owing for the Second Quarter of 2007.
10  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
11  $480,574.53 plus interest is due and collectable as of 45 days from the date of entry of this
12  Order. Daily Interest runs from September 6, 2007 at the rate of 4.30 %.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $480,574.53 | 4.30 % | $56.62 | September 6, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO STIPULATED:

_____    DATED: Oct 19, 2007 / 10/19/07

Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

_____    DATED: 10/18/07

Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

EXHIBIT ___A___

## Coleman v. Schwarzenegger
Second Quarterly Statement of 2007
April 1, 2007 through June 30, 2007

### SUMMARY OF UNDISPUTED FEES AND COSTS

|  | CLAIMED FEES | COSTS |
|---|---|---|
| **MONITORING** | $ 432,154.52 | $ 33,216.49 |
| **MONITORING FEES ON FEES** | $ 14,963.80 | $ 239.72 |
| **TOTALS:** | $ 447,118.32 | $ 33,456.21 |

**TOTAL UNDISPUTED FEES AND COSTS** $ 480,574.53

**FEES AND COSTS REMAINING IN DISPUTE** $ 95,244.41

Monitoring Work - 489-5

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Second Quarterly Statement, 2007
April 1, 2007 through June 30, 2007

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | PLRA Rate | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | |
| Michael W. Bien (MWB) | 258.60 | 258.20 | 103.20 | 41.00 | 2.00 | 60.20 | 196.00 | $169.50 | $ 33,222.00 | $ 10,203.90 |
| Ernest Galvan (EG) | 82.70 | 82.70 | 36.70 | 11.50 | 0.00 | 25.20 | 57.50 | $169.50 | $ 9,746.25 | $ 4,271.40 |
| Jane E. Kahn (JEK) | 465.30 | 462.70 | 131.70 | 65.00 | 12.60 | 54.10 | 396.00 | $169.50 | $ 67,122.00 | $ 9,169.95 |
| Gay C. Grunfeld (GCG) | 6.30 | 4.20 | 0.20 | 0.00 | 0.00 | 0.00 | 4.20 | $169.50 | $ 711.90 | $ - |
| Thomas Nolan (TN) | 1.50 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | $169.50 | $ 254.25 | $ - |
| Holly M. Baldwin (HMB) | 12.40 | 12.10 | 9.10 | 0.00 | 0.10 | 9.00 | 3.00 | $169.50 | $ 508.50 | $ 1,525.50 |
| Megan R. Lang (MRL) | 0.50 | 0.50 | 0.40 | 0.40 | 0.00 | 0.00 | 0.50 | $169.50 | $ 84.75 | $ - |
| Anne Mania (AHM) | 0.50 | 0.50 | 0.10 | 0.10 | 0.00 | 0.00 | 0.50 | $169.50 | $ 84.75 | $ - |
| Amy E. Whelan (AEW) | 236.10 | 232.40 | 80.90 | 38.30 | 5.10 | 37.50 | 189.80 | $169.50 | $ 32,171.10 | $ 6,356.25 |
| F. Nura Maznavi (FNM) | 0.70 | 0.60 | 0.60 | 0.20 | 0.30 | 0.10 | 0.20 | $169.50 | $ 33.90 | $ 16.95 |
| Kenneth M. Walczak (KMW) | 77.50 | 73.50 | 15.70 | 11.20 | 0.70 | 3.80 | 69.00 | $169.50 | $ 11,695.50 | $ 644.10 |
| Lori E. Rifkin (LER) | 317.70 | 309.50 | 231.40 | 23.20 | 9.70 | 198.50 | 101.30 | $169.50 | $ 17,170.35 | $ 33,645.75 |
| Sarah L. Laubach (SML) | 205.60 | 200.20 | 55.40 | 38.30 | 4.90 | 12.20 | 183.10 | $169.50 | $ 31,035.45 | $ 2,067.90 |
| Salvador Arrona (SA) | 1.30 | 0.80 | 0.30 | 0.00 | 0.00 | 0.00 | 0.80 | $169.50 | $ 135.60 | $ - |
| Sofia A. Millham (SAM) | 352.50 | 275.60 | 92.60 | 28.40 | 6.80 | 57.40 | 211.40 | $169.50 | $ 35,832.30 | $ 9,729.30 |
| Sumana Coopan (SC) | 28.30 | 28.30 | 0.00 | 0.00 | 0.00 | 0.00 | 28.30 | $160.00 | $ 4,528.00 | $ - |
| Kaylie T. Simon (KTS) | 39.95 | 37.55 | 25.35 | 1.10 | 0.70 | 23.55 | 13.30 | $150.00 | $ 1,995.00 | $ 3,532.50 |
| Oliver G. Davis (OGD) | 3.20 | 1.80 | 0.80 | 0.80 | 0.00 | 0.00 | 1.80 | $150.00 | $ 270.00 | $ - |
| Ritika S. Aggarwal (RSA) | 327.30 | 220.70 | 156.00 | 137.70 | 17.60 | 0.70 | 202.40 | $150.00 | $ 30,360.00 | $ 105.00 |
| Katie Richardson (KMR) Paralegal Clerk | 207.30 | 187.80 | 52.40 | 12.00 | 2.70 | 37.70 | 147.40 | $150.00 | $ 22,110.00 | $ 5,655.00 |
| Katie Richardson (KMR) Paralegal | 41.70 | 38.30 | 15.30 | 6.20 | 0.40 | 8.70 | 29.20 | $160.00 | $ 4,672.00 | $ 1,392.00 |
| Sean Donovan (SD) | 2.10 | 1.60 | 0.40 | 0.30 | 0.10 | 0.00 | 1.50 | $160.00 | $ 240.00 | $ - |
| Katherine Johnson-Silk (KJS) | 143.50 | 136.30 | 37.80 | 29.70 | 4.40 | 3.70 | 128.20 | $160.00 | $ 20,512.00 | $ 592.00 |
| Ambika Panday (AP) | 33.50 | 33.50 | 0.00 | 0.00 | 0.00 | 0.00 | 33.50 | $160.00 | $ 5,360.00 | $ - |
| Maya Weltman-Fahs (MWF) | 11.20 | 9.50 | 0.00 | 0.00 | 0.00 | 0.00 | 9.50 | $150.00 | $ 1,425.00 | $ - |
| Marisa C. Diaz (MCD) | 1.10 | 0.10 | 0.10 | 0.10 | 0.00 | 0.00 | 0.10 | $150.00 | $ 15.00 | $ - |
| **RBG Totals:** | **2858.35** | **2610.45** | **1079.95** | **446.00** | **68.10** | **565.85** | **1976.50** | | **$ 325,935.60** | **$ 94,267.50** |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 11.50 | 11.50 | 4.60 | 0.50 | 0.00 | 4.10 | 7.40 | $169.50 | $ 1,254.30 | $ 694.95 |
| Steven Fama (SF) | 0.30 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | $169.50 | $ 50.85 | $ - |
| Penny Godbold (PG) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $169.50 | $ 33.90 | $ - |
| Ivan Trujillo (IT) | 319.50 | 319.50 | 3.10 | 2.90 | 0.00 | 0.20 | 319.30 | $169.50 | $ 54,121.35 | $ 33.90 |
| Megan Hagler (MH) | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | $169.50 | $ 84.75 | $ - |
| Noor Dawood (ND) | 4.50 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4.50 | $160.00 | $ 720.00 | $ - |
| John McCurley (JM) | 15.00 | 15.00 | 0.00 | 0.00 | 0.00 | 0.00 | 15.00 | $160.00 | $ 2,400.00 | $ - |
| Rebecca Rees (RR) | 59.20 | 59.20 | 1.30 | 1.30 | 0.00 | 0.00 | 59.20 | $160.00 | $ 9,472.00 | $ - |
| Jessica Bol (JB) | 169.30 | 169.30 | 4.50 | 4.50 | 0.00 | 0.00 | 169.30 | $160.00 | $ 27,088.00 | $ - |
| **PLO Totals:** | **580.00** | **580.00** | **13.50** | **9.20** | **0.00** | **4.30** | **575.70** | | **$ 95,225.15** | **$ 728.85** |
| **Employment Law Center** | | | | | | | | | | |
| Claudia Center | 37.18 | 37.18 | 6.73 | 6.63 | 0.10 | 0.00 | 37.08 | $169.50 | $ 6,285.06 | $ - |
| Lewis Bossing | 29.40 | 29.40 | 11.10 | 9.30 | 1.50 | 0.00 | 27.78 | $169.50 | $ 4,708.71 | $ - |
| **ELC Hours:** | **66.58** | **66.58** | **17.83** | **15.93** | **1.60** | **0.00** | **64.86** | | **$ 10,993.77** | **$ -** |
| **Total Monitoring - All Offices** | **3504.93** | **3257.03** | **1111.28** | **471.13** | **69.70** | **570.15** | **2617.06** | | **$432,154.52** | **$94,996.35** |

*Fees Work - 489-5*

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Second Quarterly Statement, 2007
April 1, 2007 through June 30, 2007

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | Rate | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | |
| Michael W. Bien (MWB) | 1.40 | 1.40 | 0.00 | 0.00 | 0.00 | 0.00 | 1.40 | $169.50 | $ 237.30 | - |
| Jane E. Kahn (JEK) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $169.50 | $ 16.95 | - |
| Ernest Galvan (EG) | 0.90 | 0.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.90 | $169.50 | $ 152.55 | - |
| Gay C. Grunfeld (GCG) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $169.50 | $ 33.90 | - |
| Thomas Nolan (TN) | 0.50 | 0.50 | 0.50 | 0.00 | 0.50 | 0.00 | 0.00 | $169.50 | $ - | - |
| Holly M. Baldwin (HMB) | 0.10 | 0.10 | 0.10 | 0.10 | 0.00 | 0.00 | 0.10 | $169.50 | $ 16.95 | - |
| Amy E. Whelan (AEW) | 25.70 | 25.60 | 6.10 | 5.60 | 0.50 | 0.00 | 25.10 | $169.50 | $ 4,254.45 | - |
| Kenneth M. Walczak (KMW) | 2.30 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | $169.50 | $ 118.65 | - |
| Pamela Derrico (PD) | 65.50 | 60.00 | 16.50 | 12.40 | 4.10 | 0.00 | 55.90 | $169.50 | $ 9,475.05 | - |
| Melanie E. Wilkinson (MEW) | 1.30 | 1.30 | 0.00 | 0.00 | 0.00 | 0.00 | 1.30 | $160.00 | $ 208.00 | - |
| Katie Richardson (KMR) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $150.00 | $ - | - |
| **RBG Totals:** | 98.20 | 90.80 | 23.20 | 18.10 | 5.10 | 0.00 | 85.70 | | $ 14,513.80 | - |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | $ 150.00 | $ 450.00 | - |
| **PLO Totals:** | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | | $ 450.00 | - |
| **Total Fees - All Offices** | 101.20 | 93.80 | 23.20 | 18.10 | 5.10 | 0.00 | 88.70 | | $ 14,963.80 | - |

## Coleman v. Schwarzenegger
### Summary Of Undisputed Costs - Second Quarterly Statement, 2007
### April 1, 2007 through June 30, 2007

*Matter: 489-3 (Monitoring)*

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Disputed |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @.20) | $ 13,887.20 | $ - | $ - | $ - | $ 13,887.20 | $ - |
| Photocopying (outside services) | $ 5,578.39 | $ - | $ - | $ - | $ 5,578.39 | $ - |
| International Effectiveness - Translation Spanish/English | $ 286.00 | $ - | $ - | $ - | $ 286.00 | $ - |
| Online Research - Pacer | $ 260.16 | $ - | $ - | $ - | $ 260.16 | $ - |
| Atkinson-Baker - DVD transcription of Senate Budget Hearing | $ 1,106.30 | $ 1,106.30 | $ 806.30 | $ 300.00 | $ 806.30 | $ - |
| Catherine Bodene - Hearing Transcripts | $ 185.06 | $ 185.06 | $ 65.00 | $ - | $ 65.00 | $ 120.06 |
| Diane J. Shepard - transcript of 5/21/07 Motion | $ 115.50 | $ - | $ - | $ - | $ 115.50 | $ - |
| Postage & Delivery | $ 932.50 | $ - | $ - | $ - | $ 932.50 | $ - |
| Telephone | $ 225.31 | $ - | $ - | $ - | $ 225.31 | $ - |
| Westlaw | $ 833.19 | $ - | $ - | $ - | $ 833.19 | $ - |
| Telefax | $ 33.00 | $ - | $ - | $ - | $ 33.00 | $ - |
| Travel | $ 1,714.15 | $ 409.67 | $ 281.67 | $ 18.50 | $ 1,586.15 | $ 128.00 |
| **RBA Totals:** | $ 25,156.76 | $ 1,701.03 | $ 1,152.97 | $ 318.50 | $ 24,608.70 | $ 248.06 |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (in-house) | $ 1,528.00 | $ - | $ - | $ - | $ 1,528.00 | $ - |
| Postage & Delivery | $ 835.29 | $ - | $ - | $ - | $ 835.29 | $ - |
| Telephone | $ 2.24 | $ - | $ - | $ - | $ 2.24 | $ - |
| Travel | $ 6,039.31 | $ 48.42 | $ 8.37 | $ 40.05 | $ 5,999.26 | $ - |
| Telefax | $ 243.00 | $ - | $ - | $ - | $ 243.00 | $ - |
| **Totals:** | $ 8,647.84 | $ 48.42 | $ - | $ - | $ 8,607.79 | $ - |
| **Total Monitoring Costs:** | $ 33,804.60 | $ 1,749.45 | $ 1,152.97 | $ 318.50 | $ 33,216.49 | $ 248.06 |

*Matter: 489-5 (Monitoring Fees on Fees)*
**ROSEN, BIEN & GALVAN**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Disputed |
|---|---|---|---|---|---|---|
| Photocopying (in-house @.20) | $ 75.20 | $ - | $ - | $ - | $ 75.20 | $ - |
| Photocopying (outside services) | $ 19.15 | $ - | $ - | $ - | $ 19.15 | $ - |
| Online Research - Pacer | $ 4.96 | $ - | $ - | $ - | $ 4.96 | $ - |
| Westlaw | $ 97.68 | $ - | $ - | $ - | $ 97.68 | $ - |
| Postage & Delivery | $ 15.39 | $ - | $ - | $ - | $ 15.39 | $ - |
| Telephone | $ 27.34 | $ - | $ - | $ - | $ 27.34 | $ - |
| **Total Fees Costs:** | $ 239.72 | $ - | $ - | $ - | $ 239.72 | $ - |
| **TOTAL UNDISPUTED COSTS** | $ 34,044.32 | $ 1,749.45 | $ 1,152.97 | $ 318.50 | $ 33,456.21 | $ 248.06 |