1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiffs, | **[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2007** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

1  On October ___ 2007, the parties in this case submitted a Stipulation confirming the
2  results of their meet and confer session concerning fees and costs for the Second Quarter of
3  2007, pursuant to the March 19, 1996, periodic fees order in this case.
4  Pursuant to the stipulation filed on October ___, 2007, IT IS HEREBY ORDERED
5  that plaintiffs fees and costs of $480,574.53, plus interest, are due and collectable as of 45
6  days from the date of entry of this order. Daily Interest runs from September 6, 2007 at the
7  rate of 4.30 %.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $480,574.53 | 4.30 % | $56.62 | September 6, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated:

John F. Moulds, Magistrate Judge
United States District Court