ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Lead Attorneys on Behalf of Intervenors
COUNTY OF SANTA CLARA, COUNTY
OF SANTA BARBARA, COUNTY OF SAN
MATEO, COUNTY OF SOLANO, and
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,        Plaintiffs,   v.   ARNOLD SCHWARZENEGGER, et al.,        Defendants. | No.  CIV S-90-0520 LKK JFM P  <br> <u>THREE-JUDGE COURT</u> |
| MARCIANO PLATA, et al.,        Plaintiffs,   v.   ARNOLD SCHWARZENEGGER, et al.,        Defendants. | No.  C 01-01351 TEH  <br> <u>THREE-JUDGE COURT</u>  <br> **COUNTY INTERVENORS' AMENDED RESPONSE TO THE COURT'S REQUEST REGARDING EX PARTE CONTACTS** |

At the hearing on September 24, 2007, the Court requested that the Counties of Santa Clara, Santa Barbara, San Mateo, Solano and Contra Costa ("County Intervenors") advise whether they object to the Court continuing the ex parte communications that have previously

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Amended Response to the
Court's Request Regarding Ex Parte Contacts        1        C 01-01351 TEH & CIV S-90-0520 LKK JFM P

1  been implemented in these proceedings. On October 1, 2007, the Counties of Santa Clara,

2  Santa Barbara and Solano advised the Court that they have no objection to the Court continuing

3  this practice and conducting ex parte communications with parties and counsel. The Court was

4  further advised that the Counties of Contra Costa and San Mateo needed to speak to their

5  respective Boards of Supervisors before they can consent to the ex parte communications.

6      This amended response to the Court's request is for the purpose of advising the Court that

7  the Counties of Contra Costa and San Mateo also have no objection to the Court continuing the

8  ex parte communications with parties and counsel that have been previously implemented in

9  these proceedings.

10      The County Intervenors respectfully request that Santa Clara County Counsel, lead

11  counsel for the County Intervenors, be contacted if the Court desires to confer with County

12  officials so that we can assist the Court in facilitating those discussions with the appropriate

13  persons.

14  Dated: October 19, 2007                    Respectfully submitted,

15                                        ANN MILLER RAVEL
                                      County Counsel

17                              By:    /S/
                                      THERESA J. FUENTES
18                                        Deputy County Counsel

19                                        Lead Attorneys for Intervenors
                                      COUNTY OF SANTA CLARA, COUNTY
20                                        OF SANTA BARBARA, COUNTY OF
                                      SAN MATEO, COUNTY OF SOLANO,
21                                        and COUNTY OF CONTRA COSTA

28  99933.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Amended Response to the
Court's Request Regarding Ex Parte Contacts        2        C 01-01351 TEH & CIV S-90-0520 LKK JFM P

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

**PROOF OF SERVICE BY MAIL**

| | |
|---|---|
| *Plata, et al. v. Schwarzenegger, et al.* | Nos.  C 01-01351 TEH (Northern District) |
| | CIV S-90-0520 LKK JFM P (Eastern District) |

I, Alexandra K. Weight, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770.  I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as **COUNTY INTERVENORS' AMENDED RESPONSE TO THE COURT'S REQUEST REGARDING EX PARTE CONTACTS**

☐ (BY FAX)   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

■ (BY MAIL)  I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

■ (BY OVERNIGHT DELIVERY)   I caused such envelopes to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the persons on whom it is to be served.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 1, 2007, at San Jose, California.

/S/
Alexandra K. Weight

99933.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Proof of Service by Mail        1        C 01-01351 TEH & CIV S-90-0520 LKK JFM P

# SERVICE LIST

**SERVICE BY MAIL**

| | |
|---|---|
| Jerry F. Stanley<br>C-80900<br>SQSP<br>San Quentin State Prison<br>San Quentin, CA 94974<br>(Pro Se) | David W. Wilson<br>K-66474<br>CMF-Vacaville<br>P.O. Box 2000<br>Vacaville, CA 95696<br>(Pro Se) |
| Robert Sillen<br>Califronia Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA 95110<br>(Receiver) | Patrick Wilson<br>4655 E. Olympic Boulevard<br>Los Angeles, CA 90022<br>(Pro Se) |
| California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | John Hagar<br>Judge's Reading Room<br>Law Library<br>450 Golden Gate Avenue, 18th Floor<br>San Francisco, CA 94102<br>(Assistant to the Receiver) |

Union of American Physicians and Dentists
DAVIS, COWELL & BOWE
595 Market Street, Suite 1400
San Francisco, CA 94105

**SERVICE VIA OVERNIGHT DELIVERY**

Honorable Thelton E. Henderson
U.S. District Court, Northern District
San Francisco Branch
450 Golden Gate Avenue
San Francisco, California  94102

Honorable Lawrence K. Karlton
U.S. District Court, Eastern District
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

Honorable Stephen Reinhardt
U.S. District Court, Central District
312 North Spring Street, Suite 1747
Los Angeles, CA 90012