

**FILED**
OCT 1 8 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>　　Plaintiffs - Appellees,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER; et al.,<br><br>　　Defendants - Appellants. | No. 07-16361<br>D.C. No. CV-90-00520-LKK<br><br><br>**JUDGMENT** |
| MARCIANO PLATA; et al.,<br><br>　　Plaintiffs - Appellees,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER; et al.,<br><br>　　Defendants - Appellants. | No. 07-16383<br>D.C. No. CV-01-01351-TEH<br><br><br>**JUDGMENT** |

　　Appeal from the United States District Court for the Eastern District of California (Sacramento).

　　On consideration whereof, it is now here ordered and adjudged by this Court, that the appeals in this cause be, and hereby are **DISMISSED for lack of jurisdiction.**

Filed and entered 09/11/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 09 2007

by _____
　Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

**SEP 11 2007**

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER; et al.,<br><br>Defendants - Appellants. | No. 07-16361<br><br>D.C. No. CV-90-00520-LKK<br>Eastern District of California,<br>Sacramento |
| MARCIANO PLATA; et al.,<br><br>Plaintiffs - Appellees,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER; et al.,<br><br>Defendants - Appellants. | No. 07-16383<br><br>D.C. No. CV-01-01351-THE<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: PREGERSON, THOMAS and RAWLINSON, Circuit Judges.

The motions to exceed the page limit for appellees' opposition and appellants' reply are granted.

Appellees' opposed motion to dismiss these appeals for lack of jurisdiction is granted. *See Cohen v. Beneficial Indus. Loan Corp.*, 377 U.S. 541, 545-47

C:\TEMP\notesE1EF34\07-16361.wpd

07-16361, 07-16383

(1949). The district court orders from which appellants seek to appeal can be effectively reviewed following the entry of a final order by the three-judge district court.

All other pending motions are denied as moot.

**DISMISSED.**



C:\TEMP\notesE1EF34\07-16361.wpd