| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE &<br>McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |
| Attorneys for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>THREE-JUDGE COURT |

**STIPULATION AND ORDER SHORTENING TIME FOR DISCOVERY** dispute **HEARING, Nos.: Civ S 90-0520 LKK-JFM, C01-1351 TEH**

1

| | |
|---|---|
| MARCIANO PLATA ,et al., <br><br> Plaintiffs, <br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. C01-1351 TEH <br><br> STIPULATION AND ORDER SHORTENING TIME FOR DISCOVERY DISPUTE HEARING <br><br> Date:     October 25, 2007 <br> Time:     11:00 a.m. <br> Courtroom:     26 <br> Judge:    Hon. John F. Moulds <br>                  Magistrate Judge |

WHEREAS, the parties agree that compliance with the regular timing requirements of Local Rule 37-251(a) for noticing motions concerning discovery disagreements would be impractical given the expedited scheduling order governing this case;

WHEREAS, pursuant to Local Rule 6-144(e), the parties have agreed to shorten the time for hearing a motion raising discovery issues so that it may be heard on October 25, 2007; and

WHEREAS, in compliance with Local Rule 37-251(a) and (c), the parties agree to file their Joint Statement re Discovery Disagreements on October 22, 2007;

The parties hereby request that the Court approve their request for an order shortening time pursuant to Local Rule 6-144(e) so that their motion regarding discovery disagreements may be submitted by a joint statement on October 22, 2007 and heard by the Court on October 25, 2007 at 11:00 a.m.

IT IS SO STIPULATED.

Dated: 10/18/07

/s/ Amy Whelan
AMY WHELAN
Rosen, Bien & Galvan
Attorneys for Coleman Plaintiffs

Dated: 10/18/07

|   |   |
|---|---|
|   | /s/ Alison Hardy |
|   | ALISON HARDY |
|   | Prison Law Office |
|   | Attorneys for Plata Plaintiffs |

Dated:  10/18/07

/s/ Charles Antonen
CHARLES ANTONEN
Deputy Attorney General
Attorneys for Defendants

IT IS SO ORDERED:

DATED:  October 19, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER SHORTENING TIME FOR DISCOVERY dispute HEARING, Nos.:  Civ S 90-0520 LKK-JFM, C01-1351 TEH

3