1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Intervenor
   COUNTY OF SANTA CLARA
6
   STEPHEN SHANE STARK, County Counsel (S.B. # 63779)
7  STEPHEN D. UNDERWOOD, Chief Assistant County Counsel (S.B. # 063057)
   KELLY DUNCAN SCOTT, Deputy County Counsel (S.B. #216181)
8  OFFICE OF THE COUNTY COUNSEL
   105 East Anapamu Street, Room 201
9  Santa Barbara, California  93101
   Telephone:  (805) 568-2950
10 Facsimile: (805) 681-4322

11 Attorneys for Intervenor
   COUNTY OF SANTA BARBARA
12
   MICHAEL P. MURPHY, County Counsel (S.B. # 83887)
13 DEBORAH PENNY BENNETT, Chief Deputy County Counsel (S.B. # 72282)
   CAROL L. WOODWARD, Deputy County Counsel (S.B. # 84197)
14 OFFICE OF THE COUNTY COUNSEL
   Hall of Justice and Records
15 400 County Center, 6th Floor
   Redwood City, California  94063
16 Telephone: (650) 363-4746
   Facsimile:  (650) 363-4034
17
   Attorneys for Intervenor
18 COUNTY OF SAN MATEO

19 DENNIS BUNTING, County Counsel (S.B. #55499)
   AZNIV DARBINIAN, Assistant County Counsel (S.B. #197787)
20 STEVEN M. INGRAM, Deputy County Counsel (S.B. #197509)
   OFFICE OF THE COUNTY COUNSEL
21 675 Texas Street, Suite 6600
   Fairfield, California 94533
22 Telephone: (707) 784-6140
   Facsimile:  (707) 784-6862
23
   Attorneys for Intervenor
24 COUNTY OF SOLANO

25 / /

26 / /

27 / /

28 / /

1 SILVANO B. MARCHESI, County Counsel (S.B. # 42965)
KIMBERLY JOHNSON, Deputy County Counsel (S.B. # 201802)
2 LINDA WILCOX, Deputy County Counsel (S.B. #184296)
OFFICE OF THE COUNTY COUNSEL
3 651 Pine Street, Ninth Floor
Martinez, California 94553-1288
4 Telephone: (925) 335-1800
Facsimile: (925) 646-1078
5
Attorneys for Intervenor
6 COUNTY OF CONTRA COSTA

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10             AND THE NORTHERN DISTRICT OF CALIFORNIA

11        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13 RALPH COLEMAN, et al.,              )    No. CIV S-90-0520 LKK JFM P
                                       )
14          Plaintiffs,                )    THREE-JUDGE COURT
                                       )
15 v.                                  )
                                       )
16 ARNOLD SCHWARZENEGGER, et al.,      )
                                       )
17          Defendants.                )
   _____)
18                                     )    No. C01-1351 TEH
   MARCIANO PLATA, et al.,             )
19                                     )    THREE-JUDGE COURT
            Plaintiffs,                )
20                                     )    **INTERVENTION PLEADING**
   v.                                  )
21                                     )    (F.R.C.P. 24; 18 U.S.C. § 3636(a)(3)(F)]
   ARNOLD SCHWARZENEGGER, et al.,      )
22                                     )
            Defendants.                )
23                                     )
   _____)
24

25          For their Intervention Pleading, the Counties of Santa Clara, Santa Barbara, San Mateo,

26 Solano and Contra Costa (collectively the "County Intervenors") hereby allege as follows:

27 //

28 //

## COUNTY INTERVENORS

1.  The County Intervenors are political subdivisions of the State of California and are "units of government" that construct, operate and maintain prison facilities, as well as provide medical, mental health, dependency, rehabilitation, social and other services to residents of their respective counties.[1]  In addition, Section 509 of the Charter of the County of Santa Clara provides that the "Board of Supervisors shall establish a Department of Correction and appoint a Chief Officer to operate the county jails for sentenced and unsentenced prisoners and to carry out such other functions of a Department of Correction as the Board determines."  As such, the County of Santa Clara also has responsibility for the "custody of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order."  18 U.S.C. section 3626(a)(3)(F).

2.  The Prison Litigation Reform Act, 18 U.S.C. section 3626, *et seq*. ("PLRA") specifically provides that "[a]ny state or local official including a legislator or unit of government whose jurisdiction or function includes the appropriation of funds for the construction, operation, or maintenance of prison facilities, or the prosecution or custody  of persons who may be released from, or not admitted to, a prison as a result of a prisoner release order shall have standing to oppose the imposition or continuation in effect of such relief and to seek termination of such relief, and shall have the right to intervene in any proceeding relating to such relief."

3.  The jurisdiction and function of the County Intervenors includes the appropriation of funds for the construction, operation or maintenance of prison facilities.  In addition, the County of Santa Clara  has responsibility for the custody of persons who may be released from, or not admitted to, prison as a result of a prisoner release order.

## JURISDICTION AND VENUE

4.  The County Intervenors' defenses in this Intervention Pleading arise out of the same

---

[1] "Prison" facilities are defined in the PLRA as "any Federal, State or local facility that incarcerates or detains juveniles or adults accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law."  18 U.S.C. § 3626(g)(5).

transaction or occurrence that is the subject matter of the claims at issue in this action and, specifically, out of the PLRA. This Court has jurisdiction over the claims in this action as well as over the County Intervenors' defenses pursuant to 28 U.S.C. § 1331.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391.

### GENERAL ALLEGATIONS

6. On July 23, 2007, Judge Thelton Henderson of the United States District Court for the Northern District of California and Judge Lawrence Karlton of the United States District Court for the Eastern District of California, issued orders pursuant to the PLRA to convene a three-judge panel to consider issuing prisoner release orders in the above captioned matters. On July 26, 2007, Judge Mary Schroeder, Chief Judge of the Ninth Circuit Court of Appeals, appointed Judge Henderson, Judge Karlton and Judge Stephen Reinhardt of the Ninth Circuit Court of Appeals, as the three judge panel for this proceeding.

7. Assembly Bill 900, entitled the "Public Safety and Offender Rehabilitation Services Act of 2007," was signed into law by Governor Schwarzenegger on May 3, 2007 ("AB 900"). AB 900 is a comprehensive effort to improve the state prison system in California, and provides for more than $7 billion in funding to achieve that goal. In his July 23, 2007 order granting the motion for a three-judge panel, Judge Henderson noted that a prisoner release order would be a "radical step" and that such a step may not be necessary if the parties agreed that AB 900 or some other subsequent action by the State removed overcrowding as a major impediment to bringing the delivery of inmate medical health care up to constitutional standards.

8. The County Intervenors agree that the imposition of a prisoner release order would be a "radical step" and that passage of AB 900 or other proposed measures, together with the significant burden a prisoner release order would place on the community at the County level, offer sufficient reasons to withhold such a drastic remedy.

9. Rule 24 of the Federal Rules of Civil Procedure requires that an intervening party, such as the County Intervenors, provide a "pleading setting forth the claim or defense for which intervention is sought." Accordingly, the County Intervenors plead the following defenses pursuant to the PLRA.

**DEFENSES**

10. Under the PLRA, prisoner release orders are permitted under very limited circumstances where it is demonstrated  – by clear and convincing evidence – that (i) crowding is the primary cause of the violation of a Federal right, and (ii) no other relief will remedy the violation of the Federal right.

11.  No showing has been made in this action sufficient to justify the imposition of a prisoner release order under the PLRA.  On the contrary, any such order would significantly burden the budget and operations of County Intervenors and endanger the health, safety and welfare of their residents.

12.  Moreover, the County Intervenors reserve the right to make an affirmative showing that other relief, short of a prisoner release order, exists which could remedy the current conditions specified by the Court.

**PRAYER FOR RELIEF**

**WHEREFORE,** the County Intervenors respectfully request that the Court:

A.  Enter no prisoner release order at this time in light of the significant burden such an order would place on the health, safety and welfare of County residents, and on the budget and operations of the County Intervenors;

B. Enter no prisoner release order absent a showing– by clear and convincing evidence– that (i) the crowding is a primary cause of the violation of a Federal right; and (ii) no other relief will remedy the violation of the Federal right;

C.  Enter no prisoner release order absent a sufficient evidentiary showing under the PLRA that such order is narrowly drawn, extends no further than necessary to correct a violation of a Federal right and is the least intrusive means necessary to correct any such violation;

D.  Enter no prisoner release order until AB 900 or other proposed measures less burdensome to the Counties have been fully implemented and their efficacy can be fully and fairly assessed; and

1    E.  Grant such further relief as this Court deems just and proper.

2    Dated: September 14, 2007                    Respectfully submitted,

3                                                 ANN MILLER RAVEL
                                                  County Counsel
4

5                                        By:      _____/S/_____
                                                  THERESA J. FUENTES
6                                                 Deputy County Counsel

7                                                 Attorneys for Intervenor,
                                                  COUNTY OF SANTA CLARA
8

9    Dated: September 14, 2007                    Respectfully submitted,

10                                                STEPHEN SHANE STARK
                                                  County Counsel
11

12                                       By:      _____/S/_____
                                                  STEPHEN D. UNDERWOOD
13                                                Chief Assistant County Counsel

14                                                Attorneys for Intervenor,
                                                  COUNTY OF SANTA BARBARA
15

16   Dated: September 14, 2007                    Respectfully submitted,

17                                                MICHAEL P. MURPHY
                                                  County Counsel
18

19                                       By:      _____/S/_____
                                                  MICHAEL P. MURPHY
20                                                County Counsel

21                                                Attorneys for Intervenor,
                                                  COUNTY OF SAN MATEO
22

23   Dated: September 14, 2007                    Respectfully submitted,

24                                                DENNIS BUNTING
                                                  County Counsel
25
                                         By:      _____/S/_____
26                                                STEVEN M. INGRAM
                                                  Deputy County Counsel
27

28                                                Attorneys for Intervenor
                                                  COUNTY OF SOLANO

1    Dated: September 14, 2007                    Respectfully submitted,

2                                                SILVANO B. MARCHESI
                                                 County Counsel
3

4                                       By:          /S/
                                                 LINDA WILCOX
5                                                Deputy County Counsel

6                                                Attorneys for Intervenor,
                                                 COUNTY OF CONTRA COSTA
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
     \\Ccoprolaw\ProLawDocs\DOC - Litigation\240L-08001\100435.wpd
28

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Intervention Pleading                    -7-        CIV S-90-0520 LKK JFM P;  C01-1351 TEH

1                          UNITED STATES DISTRICT COURT

2              FOR THE EASTERN DISTRICT OF CALIFORNIA

3             AND THE NORTHERN DISTRICT OF CALIFORNIA

4    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

5      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

6                  **PROOF OF SERVICE BY MAIL**

7 *Plata, et al. v. Schwarzenegger, et al.*     Nos.  C 01-01351 TEH (Northern District)
                                       CIV S-90-0520 LKK JFM P (Eastern District)

8

9       I, Alexandra K. Weight, say:

10       I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that

11 my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of

12 correspondence for mailing with the United States Postal Service.

13       On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as **INTERVENTION PLEADING,**

14

15     ☐     (BY FAX)  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

16

17     ■     (BY MAIL) I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

18     ☐     (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

19

20     ■     (BY OVERNIGHT DELIVERY)  I caused such envelopes to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the persons on whom it is to be served.

21

22       **SEE ATTACHED SERVICE LIST**

23       I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on October 23, 2007, at San

24 Jose, California.

25

26                                  /S/
                            Alexandra K. Weight

27

28

1

<u>SERVICE LIST</u>

2

**SERVICE BY MAIL**

3

Jerry F. Stanley
C-80900
4   SQSP
San Quentin State Prison
5   San Quentin, CA 94974
(Pro Se)

David W. Wilson
K-66474
CMF-Vacaville
P.O. Box 2000
Vacaville, CA 95696
(Pro Se)

6

Robert Sillen
7   Califronia Prison Receivership
1731 Technology Drive, Suite 700
8   San Jose, CA 95110
(Receiver)

Patrick Wilson
4655 E. Olympic Boulevard
Los Angeles, CA 90022
(Pro Se)

9

John Hagar
California State Personnel Board
10  Office of the Attorney General
1515 Clay Street
11  P.O. Box 70550
Oakland, CA 94612-0550

John Hagar
Judge's Reading Room
Law Library
450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102
(Assistant to the Receiver)

12

Union of American Physicians and Dentists
13  DAVIS, COWELL & BOWE
595 Market Street, Suite 1400
14  San Francisco, CA 94105

15

**SERVICE VIA OVERNIGHT DELIVERY**

16

Honorable Thelton E. Henderson
U.S. District Court, Northern District
17  San Francisco Branch
450 Golden Gate Avenue
18  San Francisco, California  94102

19

Honorable Lawrence K. Karlton
U.S. District Court, Eastern District
20  Robert T. Matsui United States Courthouse
501 I Street
21  Sacramento, CA 95814

22

Honorable Stephen Reinhardt
U.S. District Court, Central District
23  312 North Spring Street, Suite 1747
Los Angeles, CA 90012

24

25

26

27

28