EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, SBN 126424
CHARLES J. ANTONEN, SBN 221207
SAMANTHA D. TAMA, SBN 240280
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5708
  Fax: (415) 703-5843
  Email: Samantha.Tama@doj.ca.gov
         Rochelle.East@doj.ca.gov
         Charles.Antonen@doj.ca.gov

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | No. C 01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF PAUL FRENCH IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISPUTES** |

# DECLARATION OF PAUL FRENCH

I, PAUL FRENCH, declare as follows:

1. I am an e-discovery consultant with Bridge City Legal. I have been providing private sector electronic forensic consulting since 1999. Prior to becoming an e-discovery consultant, I served with distinction in the U.S. Air Force for thirteen years. During my Air Force service, I performed diverse roles in felony crime investigations, counterintelligence operations, anti-terrorism training, and provided computer forensic analysis of government computer systems. Before joining Bridge City Legal, I was an in-house consultant for a well respected computer forensics company and subsequently managed an e-discovery practice. Additionally I have managed large-scale electronic document discovery matters with major law firms and large government consulting projects involving computer forensic issues. I make this declaration in support of Defendants' portion of the Joint Statement Regarding Discovery Disputes. Unless otherwise indicated, I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

2. Defendants in this matter have retained Bridge City Legal to gather the e-discovery portion of Defendants' responses to Plaintiffs' outstanding discovery. To date, Bridge City Legal has spent over 500 hours gathering e-discovery data. Specifically, Bridge City Legal has gathered data from over eighty custodians, amounting to over three terabytes of data from individual work stations and over forty gigabytes from the exchange servers at the California Governor's Office, California Department of Corrections and Rehabilitation, California Department of Finance, and California Department of Mental Health. To put these figures in context, in order to physically print out this data Defendants would need approximately 45,000 boxes of copy paper, which if stacked on top of each other would be approximately 37,500 feet or 7.1 miles tall.

3. In my experience as an e-discovery consultant, it typically takes approximately two months to gather and process the above referenced amount of data. At Defendants' request,

Decl. of Paul French

*Coleman v. Schwarzenegger,* Case No. 90-0520
*Plata v. Schwarzenegger,* Case No. 01-1351

2

Bridge City Legal has been able to collect and begin processing this information within two weeks.

4. Once this information is processed, Defendants will be able to review the gathered documents for relevance to Plaintiffs' discovery requests and assert any necessary privileges.

5. I have worked closely with attorneys from the California Attorney General's Office to establish a rolling production schedule to produce responsive, non-privileged documents. In my experience as an e-discovery consultant, it is not possible at this time for Defendants to create such a schedule because Bridge City Legal is still extracting and indexing the gathered data.

6. In my experience as an e-discovery consultant, Defendants' proposal to provide Plaintiffs with a rolling production schedule on or before November 2, 2007 is reasonable and appropriate.

7. I understand that the Court may have questions regarding this e-discovery process and the progress that Bridge City Legal has made so far. Consequently, I have asked Andy Crain, an e-discovery consultant with Bridge City Legal who has been involved in this project, to attend the Thursday, October 25, 2007 hearing.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Portland, Oregon, on October 23, 2007.

_____
PAUL FRENCH

## DECLARATION OF SERVICE BY U.S. MAIL

### Coleman v. Schwarzenegger - Case No 2:90-cv-00520 LKK JFM P

### Plata v. Schwarzenegger - Case No. C01-1351 TEH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **October 23, 2007**, I served the attached

**DECLARATION OF PAUL FRENCH IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISPUTES**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**John Hagar**
**Law Office of John Hagar**
**PMB 314**
**1819 Polk Street**
**San Francisco, CA 94109**
(For Special Master)

**Robert Sillen**
**California Prison Receivership**
**1731 Technology Drive, Suite 700**
**San Jose, CA 95110**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **October 23, 2007**, at San Francisco, California.

_____
J. Baker
Declarant

_____
Signature

Decl French-Declaration of Service102307.wpd

1