| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  vs.<br>    Defendants | No. C01-1351 THE<br><br>**PLAINTIFFS' [PROPOSED] ORDER REGARDING DISCOVERY DISPUTES** |

The parties are before the Court on an expedited motion to resolve multiple discovery disputes regarding document requests, interrogatories, defendants' expert tours and concerning Plaintiffs' expert tours of Defendants' prisons, set to commence October 29, 2007. The Court has considered the parties' Joint Statement Regarding Discovery Disputes, filed October 22, 2007, additional pleadings, and has heard argument on the matter on October 25, 2007.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants and the Receiver shall permit Plaintiffs' experts and Plaintiffs' counsel to speak with and interview CDCR employees, in the presence of defense counsel, during the course of Plaintiffs' Rule 34 tours of the prisons.

2. Defendants and the Receiver shall permit Plaintiffs' experts and Plaintiffs' counsel to speak with and interview the prison's Warden, Associate Warden for Health Care and the prison's highest ranking medical and mental health officers for approximately thirty to sixty minutes, preferably at the beginning of the inspection.

3. Defendants shall provide Plaintiffs' and Plaintiff Intervenor CCPOA's counsel with notice of and an opportunity to attend any prison tours conducted by Defendants' experts. Defendants' experts and/or defense counsel are prohibited from interviewing prisoners during the course of any tour or inspection outside the presence of Plaintiffs' counsel.

4. Defendants shall immediately produce an initial list of the custodians whose computers have already been imaged in response to Plaintiffs' First Request for Production of Documents.

5. The parties are thereafter ordered to come to an agreement on a prioritized list of which custodians' documents are to be produced first.

6. Defendants shall produce, by November 1, 2007, a detailed plan for production of documents responsive to Plaintiffs' First Request for Production of Documents that includes concrete deadlines and detailed prioritization.

7. Plaintiffs shall be permitted to supplement their expert reports after November 9, 2007 to account for later-produced documents.

8. Plaintiffs shall be permitted to take depositions after the close of discovery on December 20, 2007, to the extent that Defendants' delayed production of documents prejudices Plaintiffs' ability to take depositions and prepare for trial.

9. Defendants shall respond by Friday, November 9, 2007 to the discovery requests served by Plaintiffs on October 17, 2007.

10. Both parties shall respond within fifteen (15) days, rather than thirty (30) days, to all future discovery requests.

11. Plaintiffs shall not be required to respond to the following discovery, which relates to Phase II rather than Phase I of this litigation:

    a. Defendant Arnold Schwarzenegger's First Set of Interrogatories to *Coleman* Plaintiffs No. 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14;

    b. Defendant Arnold Schwarzenegger's First Request for Production of Documents to *Coleman* Plaintiffs No. 7;

    c. Defendant Arnold Schwarzenegger's First Set of Interrogatories to *Plata* Plaintiffs No. 2, 3, 8, 9, 11, 12, 13, 14; and

    d. Defendant Arnold Schwarzenegger's RFPs for *Plata* Plaintiffs No. 1, 3, 4, 5.

12. Defendants shall respond to Plaintiffs' Requests For Production, Set One, No. 27, 28, 31, 32, and 33, which relate to Phase I of this litigation.

13. Any further objections to Plaintiffs' impending expert tours not raised in the Joint Statement are deemed waived.

Dated: _____    _____
                                                                   Magistrate Judge John F. Moulds