1  FUTTERMAN & DUPREE LLP
   MARTIN H. DODD (104363)
2  160 Sansome Street, 17ᵗʰ Floor
   San Francisco, California 94104
3  Telephone:  (415) 399-3840
   Facsimile:   (415) 399-3838
4  martin@dfdlaw.com

5  *Attorneys for Receiver*
   Robert Sillen

6

7

8              **UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10         **AND FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11   **UNITED STATE DISTRICT COURT COMPOSED OF THREE JUDGES**

12      **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

13

| | |
|---|---|
| 14  RALPH COLEMAN, et al., | Case No. CIV S-90-0520 LKK JFM P |
| 15      *Plaintiffs,* | **THREE JUDGE COURT** |
| 16    v. | |
| 17  ARNOLD SCHWARZENEGGER, et al., | |
| 18      *Defendants.* | |
| 19  MARCIANO PLATA, et al., | Case No. C01-1351 TEH |
| 20      *Plaintiffs,* | **THREE JUDGE COURT** |
| 21    v. | |
| 22  ARNOLD SCHWARZENEGGER, et al., | **CERTIFICATE OF SERVICE**<br>**(re Receiver's Objection To Proposed Order Submitted By Plaintiff's In Connection With Joint Discovery Dispute; Supporting Declaration)** |
| 23      *Defendants.* | |
| 24 | Date: October 25, 2007 |
| 25 | Time: 11:00 a.m. |
| 26 | Place: Courtroom 26<br>Judge: Hon. John F. Moulds, Magistrate Judge |
| 27 | |
| 28 | |

1

FUTTERMAN &
DUPREE LLP

1    The undersigned hereby certifies as follows:

2    I am an employee of the law firm of Futterman & Dupree LLP, 160 Sansome Street, 17th

3    Floor, San Francisco, CA  94104.  I am over the age of 18 and not a party to the within action.

4    I am readily familiar with the business practice of Futterman & Dupree, LLP for the

5    collection and processing of correspondence.

6    On October 25, 2007, I served a copy of the following document(s):

7    **RECEIVER'S OBJECTION TO PROPOSED ORDER SUBMITTED BY
     PLAINTIFF'S IN CONNECTION WITH JOINT DISCOVERY DISPUTE**

8

9    **DECLARATION OF MARTIN H. DODD IN SUPPORT OF RECEIVER'S
     OBJECTION TO PROPOSED ORDER SUBMITTED BY PLAINTIFF'S IN
     CONNECTION WITH JOINT DISCOVERY DISPUTE**

10   by placing true copies thereof enclosed in sealed envelopes, for collection and service pursuant to

11   the ordinary business practice of this office in the manner and/or manners described below to

12   each of the parties herein and addressed as follows:

13

14   ___    BY HAND DELIVERY:  I caused such envelope(s) to be served by hand to the
            address(es) designated below.

15   _X_    BY MAIL:  I caused such envelope(s) to be deposited in the mail at my business address,
            addressed to the addressee(s) designated.  I am readily familiar with Futterman &
16          Dupree's practice for collection and processing of correspondence and pleadings for
            mailing.  It is deposited with the United States Postal Service on that same day in the
17          ordinary course of business.

18   ___    BY OVERNIGHT COURIER SERVICE:  I caused such envelope(s) to be delivered via
            overnight courier service to the addressee(s) designated.
19

20   _X_    BY FACSIMILE:  I caused said document(s) to be transmitted to the telephone number(s)
            of the addressee(s) designated.

21

22   Gregg Cohen
     Tehama County District Attorney's Office
     c/o Charles Hughes
23   Riverside County DA's Office
     4075 Main Street
24   Riverside, CA 92501

25

26

     Dated:  October 25, 2007                     *Lori Dotson*
27                                        _____
                                                  Lori Dotson
28

FUTTERMAN &                      CERTIFICATE OF SERVICE RE RECEIVER'S OBJECTION TO PROPOSED ORDER
DUPREE LLP                                        CIV S 90-0520 LKK-JFM, C01-1351 TEH