EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |
| **MARCIANO PLATA, et al.,** | No. C 01-1351 TEH |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | **DECLARATION OF ROBERT GORE REGARDING PRIVILEGED DOCUMENTS** |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

I, Robert Gore, declare:

1. I am the Acting Chief Deputy Cabinet Secretary for the California Governor's Office.

Prior to serving in this role, I was the Deputy Cabinet Secretary. In these roles, I am actively involved with, and review, budgets and corrections issues for the Office of the Governor.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I have reviewed Plaintiffs' Request for Production of Documents, Set One, propounded in the Three Judge Court proceeding involving *Coleman v. Schwarzenegger*, CIV S90-0520 LKK JFM P, and *Plata v. Schwarzenegger,* C01-1351 TEH. I am generally familiar with the documents generated by the Office of the Governor which may be responsive to Plaintiffs' requests. Certain items within those categories of documents are privileged.

4. In my capacity as Acting Chief Deputy Cabinet Secretary for the California Governor's Office, I am familiar with the Governor's Office's analysis, policies, practices, and procedures concerning its involvement with the California Legislature, State budget process, AB 900, population reduction strategies, out-of-state transfers, prison site selection, prison capacity and bed planning as well as rules, regulations, policies and procedures regarding re-entry facilities, and the prison parole system. In addition, I am familiar with, and an instrumental participant in, development of such policies and procedures. I am also familiar with the process associated with the development of legislation, the budget and the development of draft budget change proposals by State agencies through an internal review process, which are ultimately submitted to the Office of the Governor for final approval.

5. Policy, plans and procedures for the budget, AB 900, out-of-state transfers, prison site selection, prison capacity and bed planning documents are drafted, revised, discussed, debated and redrafted before finalization. The final documents have been produced in these cases and will be provided in response to the Request for Production of Documents. The Governor's Office maintains as privileged those documents reflecting internal analysis, deliberation and discussion prior to adoption of the Governor's budget proposal, AB 900, population reduction strategies, out-of-state transfers, prison site selection, prison capacity and bed planning as well as rules, regulations, policies and procedures regarding re-entry facilities, and the prison parole system.

6. From April 2006 to the present, the Governor's Office has explored numerous strategies for addressing population in CDCR. These include but are not limited to out-of-state transfers, parole reform, and prison construction. Documents reflecting analysis of these issues prior to adoption of a final strategy are pre-decisional, deliberative and therefore privileged.

7. Those privileged and non-privileged documents in the possession of the Office of the Governor that are responsive to Plaintiffs' Request for Production of Documents, have been provided to Defendants' counsel. Those documents include briefing documents, critiques, self-evaluations, agendas, draft plans, budget change proposals, associated e-mails, legal analyses, official information which is not made available to the public, communications within the Office of the Governor and with other Defendants' executive levels, and communications with attorneys regarding pending and anticipated litigation.

8. Many documents provided to counsel for Defendants are pre-decisional and bear on the formulation or exercise of the Governor's Office's policy-oriented judgment. These materials were part of the deliberative policy-making process which led to a final decision, or are leading to a future final decision, regarding budgetary policies which are the basis for all governmental activities, procedures, regulations, and amendments. Such documents include draft legislation; draft proclamations; draft executive orders; analysis of proposals; draft planning documents; attorney work-product; communications within the Office of the Governor, other Defendants' executive levels, and attorneys; and other documents which reflect the opinions and suggestions of individuals rather than the policy of a particular agency.

9. Many potentially responsive documents reflect complex calculations, judgments, projections, the application of existing laws and regulations, and the assessment of possible solutions and recommendations. As such, these documents are pre-decisional, deliberative, and should be shielded from discovery because disclosure of the documents may chill future discourse, self-evaluation and critical analysis. Furthermore, if individuals fear that deliberative

////
////
////

1 | materials will be made public, it may deter discussion and development of theories and ideas of
2 | benefit to the public.
3 |
4 |      I declare under penalty of perjury the foregoing is true and correct.
5 |      Executed on October 25, 2007, in Sacramento, California.
6 |
7 |                                              ROBERT GORE
                                                 Acting Chief Deputy Cabinet Secretary
8 |                                              California Office of the Governor