IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
**Plaintiffs**

vs.                                         No. CIV S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER,
et al.
**Defendants**
_____/

## SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master requests the appointment of Kerry Walsh, Esq. to the Special Master's staff as a monitor. The reasons for this request are set forth in the accompanying memorandum.

Mr. Walsh is to be compensated at the rate of two hundred twenty-five dollars ($225.00) per hour for his work, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

Respectfully submitted,

_____
J. Michael Keating, Jr.
Special Master

October 26, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs

vs.                                         No. CIV S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER,
et al.
    Defendants
_____/

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants, the Special Master requests the Court's approval of the appointment of Kerry Walsh, Esq. to his staff as a monitor.

For approximately 11 years, the Special Master's cadre of monitors and experts have been diligently reviewing and reporting on the California Department of Corrections and Rehabilitation's (CDCR's) compliance with this Court's directive to provide constitutionally adequate mental health programming in the 33 state penal institutions.

In late 2006, an order was entered requiring coordination among the Receiver in the Plata[1] litigation, the Special Master and the court representatives in the Perez[2] and

---

[1] Plata v. Schwarzenegger, No. C01-1351 (N.D. Cal.)
[2] Perez v. Tilton, No. C05-05241 (N.D. Cal.)

1

Armstrong[3] cases on numerous common and related features of these cases. The coordination effort continues to draw on the Special Master's staff resources.

The Special Master's reporting function has also expanded greatly. Since April 2007, the Special Master has filed, in addition to the regularly scheduled monitoring reports, eight supplemental reports with the court. Along with increasing duties regarding the coordination effort, the Special Master's Nineteenth Monitoring Report and suicide reports on 2005 and 2006 are in progress. The Special Master's twentieth monitoring report will be considerably expanded beyond past monitoring reports and, in addition to the usual focus areas, will cover among other things:

- Defendants' plan for improvement of enhanced outpatient programs in administrative segregation;
- Defendants' plan for identifying and developing the changes deemed necessary to broaden the impact of the mental health assessment process in prison disciplinary matters on 3CMS inmates, the testing of those changes, and implementing them system-wide;
- Defendants' funding proposal and timetable for implementing an effective staff recruitment capability and strategy; and
- The use of force at California State Prison, Corcoran.

Mr. Walsh possesses the expertise to assist with ongoing monitoring functions and to meet emerging additional responsibilities of the special mastership, including assistance to the Special Master and Deputy Special Master with preparation of reports. Mr.Walsh's *curriculum vitae* is attached as Exhibit A. He is an accomplished attorney who has practiced law in Rhode Island for twenty years. He was a solo practitioner for five years in the area of civil litigation, including civil rights, and was a partner for seven additional years at a highly regarded Providence, Rhode Island law firm. Most recently,

---

[3] Armstrong v. Schwarzenegger, No. C94-2307 (N.D. Cal.)

2

he served as chief legal counsel to the Office of the General Treasurer in Providence, Rhode Island.

Mr. Walsh will assist the Special Master with preparation of voluminous semi-annual compliance reports and interim reports to the court, as requested. He will also assist the Special Master with the increasing responsibilities regarding the coordination effort.

The parties have had an opportunity to review this candidate's *curriculum vitae* and have no objections to his appointment.

Respectfully submitted,

_____
J. Michael Keating, Jr.
Special Master

October 26, 2007

3