**Kerry F. Walsh**
64 Terre Mar Drive
North Kingstown, Rhode Island 02852
(401) 295-9757
kfwesq@yahoo.com

---

## EXPERIENCE:

**Internal Legal Counsel**  **Employees' Retirement System of Rhode Island, Providence, RI**
02/07 – present

- Responsible for legal interpretation of general laws as applicable to the retirement system.
- Advising the Executive Director on all legal matters for the retirement system.

**Chief Legal Counsel**  **Office of the General Treasurer, Providence, Rhode Island**
01/03 – 1/07

- Responsible for providing legal advice and opinions to the General Treasurer.
- Drafted legislation and testified in committee hearings on all bills having an impact on the Office of the General Treasurer.
- Drafted legislation for pension reform and separation of powers.
- Provided legal oversight to the Employees' Retirement System of Rhode Island, State Investment Commission, Crime Victim Compensation Program, and Unclaimed Property Division.
- Treasurer's designee to all sub-committees of the retirement system.
- Responsible for access to public records requests.
- Filing coordinator for Treasury Department and all boards and commission chaired by the General Treasurer
- Registered lobbyist for the Office of the General Treasurer

**Internal Legal Counsel**  **Employees' Retirement System of Rhode Island, Providence, RI**
10/01 – 12/02

- Responsible for legal interpretation of general laws as applicable to the retirement system.
- Advising the Executive Director on all legal matters for the retirement system.
- Responsible for drafting of template qualified domestic relations orders

**Partner**  **Macktaz, Keefer & Kirby, Providence, Rhode Island**
02/94 – 10/01

- Responsible for all phases of civil litigation, personal injury, civil rights, sexual harassment, domestic relations, child support, child custody, probate appeals, bankruptcy, collection, products liability.

**Solo Practitioner**  **Kerry F. Walsh, Providence, Rhode Island**
07/89 – 01/94

- Responsible for all aspects of civil litigation, personal injury, civil rights, contracts, zoning, domestic relations, child support, child custody, debt collection, wills and estates, bankruptcy.

**Associate**  
06/87 – 06/89

**Quinn, Shechtman & Teverow, Providence, RI**

- Responsible for preparation for litigation, legal research, attendance at motion calendar, case investigation, domestic relations, construction litigation, wrongful death actions.

---

**EDUCATION**

**Catholic University of America**  
**Columbus School of Law**  
Washington, D.C. 20064  
Juris Doctor: May 1987

**McGill University**  
Montreal, Quebec, Canada  
Bachelor of Arts: 1984

**Portsmouth Abbey School**  
Portsmouth, Rhode Island  
Graduated: 1980

**PERSONAL**

- Member of the Rhode Island Bar Association,
- Admitted U.S. District Court for the District of Rhode Island.
- Member of the Board of Examiners in Dentistry - June 1993 - July 1999.
- Member of the National Association of Public Pension Attorneys – 2001 - 2007.