| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588 |
| 2 | STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790 | Three Embarcadero Center<br>San Francisco, California 94111 |
| 3 | General Delivery<br>San Quentin, California 94964 | Telephone: (415) 393-2000 |
| 4 | Telephone: (415) 457-9144 | |
| 5 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891 | HELLER, EHRMAN, WHITE &<br>McAULIFFE |
| 6 | JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675 | RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue |
| 7 | LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526 | Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| 8 | 315 Montgomery Street, 10th Floor<br>San Francisco, California 94104 | |
| 9 | Telephone: (415) 433-6830 | |
| 10 | THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER | |
| 11 | CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402 | |
| 12 | 600 Harrison Street, Suite 120<br>San Francisco, CA 94107 | |
| 13 | Telephone: (415) 864-8848 | |
| 14 | Attorneys for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>    Plaintiffs,<br>    vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>    Plaintiffs,<br>    vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    vs.<br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' FILING PURSUANT TO DISCOVERY DISPUTE HEARING HELD ON OCTOBER 25, 2007** |

PLAINTIFFS' FILING PURSUANT TO DISCOVERY DISPUTE HEARING HELD ON OCTOBER 25, 2007, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

During the discovery dispute hearing held before this Court on October 25, 2007, Magistrate Judge Mould's requested a list of all pending discovery requests. Listed below are all pending discovery requests between Defendants, Plaintiffs and the CCPOA Intervenor, including the serving party, the receiving party, the type of request served, the date served and the present (non-expedited) deadline for responses. This list, however, does not include pending requests to Plaintiffs for which responses are due on or before November 5, 2007:

| FROM | TO | DOCUMENT | SERVED | REGULAR DUE DATE |
|---|---|---|---|---|
| Coleman, et al. | Defendant Schwarzenegger | First Set Of Interrogatories | 10-17-07 | 11-16-07 |
| Coleman, et al. | Defendant Tilton | First Set Of Interrogatories | 10-17-07 | 11-16-07 |
| Coleman, et al. | All Defendants | First Request For Production Of Documents | 10-17-07 | 11-16-07 |
| Plata, et al. | Defendant Tilton | First Set Of Interrogatories | 10-17-07 | 11-16-07 |
| Plata, et al. | All Defendants | Second Set Of Requests For Production Of Documents | 10-17-07 | 11-16-07 |
| Defendant Genest (DOF) | Marcial Plata (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Ray Stoderd (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Gilbert Aviles (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Steven Bautista (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Paul Decasas (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Clifford Myelle (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Joseph Long (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Leslie Rhoades (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Otis Shaw (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Raymond Johns (Plata Plaintiff) | First Set Of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Marcial Plata (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Ray Stoderd (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Gilbert Aviles (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Steven Bautista (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |

-1-
PLAINTIFFS' FILING PURSUANT TO DISCOVERY DISPUTE HEARING HELD ON OCTOBER 25, 2007, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

| FROM | TO | DOCUMENT | SERVED | REGULAR DUE DATE |
|---|---|---|---|---|
| Defendant Genest (DOF) | Paul Decasas (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Clifford Myelle (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Joseph Long (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Leslie Rhoades (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Otis Shaw (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |
| Defendant Genest (DOF) | Raymond Johns (Plata Plaintiff) | Request For Production Of Documents | 10-23-07 | 11-22-07 |
| Defendant Schwarzenegger | CCPOA (Intervenor) | First Set of Interrogatories | 10-23-07 | 11-22-07 |
| Defendant Schwarzenegger | CCPOA (Intervenor) | Request For Production Of Documents | 10-23-07 | 11-22-07 |

Dated: October 26, 2007                                    Respectfully submitted,


*/s/ Amy Whelan*
Amy Whelan
Rosen, Bien & Galvan
Attorneys for Plaintiffs