IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

PETE WILSON, et al.,

        Defendants.        <u>ORDER</u>

        The special master in this case has submitted a request for approval of the appointment of additional staff. The special master seeks approval of Kerry Walsh, Esq. as a monitor, said monitor to be compensated at an hourly rate of ninety dollars ($90.00) for travel time and otherwise at an hourly rate of two hundred twenty-five dollars ($225.00) plus reasonable expenses.

        Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

        1. The special master's October 26, 2007 request for approval of appointment of staff is GRANTED; and

/////

/////

1

1  2. The special master is authorized to appoint Kerry Walsh, Esq. as a monitor to
2 perform the duties set forth in the Special Master's Request for the Appointment of Additional
3 Staff, filed October 26, 2007, and to be compensated at the rates set forth therein.
4 DATED: October 26, 2007.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT