1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone: (916) 327-7872
8     Fax: (916) 324-5205
      Email: Lisa.Tillman@doj.ca.gov
9

10 Attorneys for Defendants

11

12                IN THE UNITED STATES DISTRICT COURT

13                FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 | RALPH COLEMAN, et al.,            | 2:90-cv-00520 LKK JFM P

16 |                       Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT ORDER RE.**

17 |            v.                     | **SMALL MANAGEMENT YARD**

18 | ARNOLD SCHWARZENEGGER, et al.,    |

19 |                       Defendants. |

20

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

On June 1, 2007, this Court ordered Defendants to submit a plan for sufficient small management yards to meet Title 15 exercise requirements for inmates within administrative segregation units. Defendants' plan is attached as Exhibit A.

Dated: October 29, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30349052.wpd
CF1997CS0003

Defendant's Small Management Yard Plan

2