**<u>COLEMAN V. SCHWARZENEGGER</u>**
**CASE NO. CIV S-90-0520 LKK JFM P**

**EXHIBIT A**

**DEFENDANTS' SMALL MANAGEMENT YARD PLAN**

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**FACILITY PLANNING, CONSTRUCTION AND MANAGEMENT**
P.O. Box 942883
Sacramento, CA 94283-0001



October 25, 2007

Mr. J. Michael Keating, Jr.
Office of the Special Master
2351 Sussex Lane
Fernandina Beach, FL  320234

Dear Mr. Keating:

In compliance with the *Coleman* court order of May 31, 2007, enclosed is the California Department of Corrections and Rehabilitation's (CDCR) plan to design and construct small management yards necessary to provide outdoor exercise for inmates in administrative segregation. Additionally, the plan addresses the courts request to better utilize existing small management yard in order to maximize yard usage.

If you need clarification on any aspect of this plan, please contact me, at (916) 323-6001, or Doug McKeever, Director, Mental Health Program, Division of Correctional Health Care Services, at (916) 928-2530.

Sincerely,

DEBORAH HYSEN
Chief Deputy Secretary
Facility Planning, Construction, and Management

Enclosures

cc:     Lisa Tillman, Deputy Attorney General, Department of Justice
        Doug McKeever, Director, Mental Health Program, Division of Correctional
            Health Care Services, CDCR

SMALL MANAGEMENT YARD PLAN
In Response To
MAY 31, 2007 COLEMAN COURT ORDER

INTRODUCTION:
This Plan was developed by the California Department of Corrections and Rehabilitation
(CDCR) in response to the Coleman Court order to develop a plan to design and
construct Small Management Yards (SMY) to meet Title 15 "out of cell" time for
Administrative Segregation inmates.  In order to meet its obligations under the Court
order, CDCR will need to design 327 yards and construct 476 yards (See attached SMY
chart dated 10/16/07).

SECTION I, BACKGROUND: *Coleman Court Background and Updated CDCR
Information:*  This Section will provide background information on the Coleman Special
Master's report/recommendations, and Court order.  Additionally, this Section will
update previously reported CDCR information, specifically, Defendants (CDCR) request
for time extension and Chief Deputy Secretary Deborah Hysen's declaration dated
August 29, and August 28, 2007, respectively.

SECTION II CDCR PLAN:    *Design 327 SMY's using in-house CDCR
Architect/Engineer (A/E) retainer consultant and construct 476 SMY's using Inmate
Ward Labor (IWL) under existing statutory requirements.*
The CDCR plan represents a realistic schedule that follows the traditional capital outlay
process which would involve submitting a Capital Outlay Budget Change Proposal
(COBCP), getting Administration approval of the COBCP, and then getting Legislative
approval of the spending in the 2008-09 Budget Act.  The project schedule commences in
July 2008 and is completed in January of 2010.

Section I Background: Coleman Court Background and Updated CDCR Information

Coleman Court Background

The Court adopted the Special Master's recommendations, from a June 7, 2006 report to
prevent suicides and ordered CDCR to develop a plan to address the escalating rates of
suicide. A focus of the plan was to provide a vehicle to fund and construct SMY in
2006/07 to meet the needs of this population. In a Supplemental Report dated
May 14, 2007, the Special Master in the Coleman case noted that 1,480 SMY would be
required, with only 719 SMY's completed at the time leaving 761 yards yet to be built.

On May 31, 2007, Lawrence K. Karlton United States District Court issued an order
(attached) adopting the recommendation of the Special Master that stated "Within 90
days defendants should be required to submit a plan that will satisfy their need for
sufficient small management yards (SMY) to meet Title 15 exercise requirements for
inmates in administrative segregation.  This plan should call for the funding and

completion of construction of the remaining yards by the end of fiscal year 2008/2009. The plan should also include provisions for better utilization of the existing small management yards and coordination with available staff to maximize yard usage". It also stated "At present, defendants have only 719 of the 1,480 SMY's required to give necessary out of cell exercise time to inmates in administrative segregation (Report at 3). Eighty-six additional yards are under construction, and defendants are presently seeking legislative authority to fund 179 additional yards in Fiscal Year 2007/08".

Updated CDCR Information

The Defendant (CDCR) filed a response on August 29, 2007, requesting an extension of 45 days to file the SMY plan. Concurrently, a declaration was filed by Deborah Hysen, Chief Deputy Secretary of Facilities Planning, Management and Construction. Subsequent to Ms. Hysen's declaration, a number of discrepancies below have been identified that require updated information.

- The 1,480 Statewide yards originally identified by CDCR included yards for Psychiatric Services Units (PSU), Security Housing Units (SHU) and Grade B condemned inmates, and extends beyond the court order for Administrative Segregation inmates only.
- The total number of SMY's needed to meet the court order for Administrative Segregation is 1,162. After all funded construction is completed, the remaining number of yards needed to meet the court order is 476 not 761 (See SMY chart dated 10/16/07). Design funding is needed for 327 yards and construction funding is needed for all 476 yards.
- 179 yards were approved for design in the 2007/08 Governors Budget. Of these 179 yards, 129 yards are for Administrative Segregation as defined above (i.e., 50 yards are for PSU, SHU and Grade B inmates).
- 86 yards were authorized for construction in the 2006/07 Governors Budget. Due to a price increase for components and unforeseen problems which are site specific, there is a request pending in front of the Public Works Board (PWB) not to construct 20 yards at California State Prison, Solano. That leaves 66 yards authorized for construction in the 2006-07 Governor's Budget. The construction funds for the balance of 20 yards are included in the remaining 476 yards needed to meet the court order.

Although the court has ordered that the plan provide for the design and construction of all 476 SMY's by June 30, 2009, CDCR offers the following information regarding why this date can not be met:

- There is no viable mechanism for funding the SMY project in the current budget year.
- Government Code Section 13332.11 (attached) prohibits the expenditure of capital outlay funds on projects until the Department of Finance and the State PWB have approved preliminary plans for the project.

2.

- Penal Code (PC) Section 7003 (attached) establishes a 45-day period for the Joint Legislative Budget Committee's review and approval of preliminary plans.
- Public Contract Code procurement regulations for equipment and fabrication materials require anything over $50,000 to be formally bid. It takes 9 weeks to bid, advertise and award a contract.
- Procurement of fabricated enclosures is approximately 23 weeks (includes bid, advertisement and award) before the first enclosure is complete.
- Procurement of long lead equipment including steel toilets and locks takes approximately 33 weeks (includes bid, advertisement and award time).

Additionally, CDCR explored using a private contactor to accelerate the schedule. This option was dismissed as the time required to bid, advertise and award design and construction contracts would delay the completion date beyond the proposed January 2010 and would unnecessarily increase the project cost up to 25% in order for a general contractor to work inside the secure perimeter.

Regarding the courts order to include provisions for existing SMY's in order to maximize yard usage, the Division of Adult Institutions (DAI) has completed an SMY assessment. The analysis indicates that the primary barrier to meeting the mandated access to yard is the shortage of statewide SMY's. Another significant barrier is the fact that staff assigned to escort and supervise inmates in the SMY's are typically assigned during Second Watch hours. The institutions do not currently have sufficient escort and security staff to expand the Administrative Segregation Unit Yard Program beyond the hours currently offered.

Other options presented such as one-on-one escorts and bus tours around the inner perimeter of the institution have been determined to be impractical.
The DAI is confident that the most effective manner in which to resolve the shortfall of yard time for inmates housed in Administrative Segregation is through the most expedient construction of the needed Small Management Yards as described in this plan.

Section II. CDCR Plan:  *Design 327 SMY's using in-house CDCR A/E retainer consultant and construct 476 SMY's using IWL under existing statutory requirements.*

Cost: $25.407 million

| Schedule (See attached schedule for detail) | Start | Finish |
|---|---|---|
| Design | July 2008 | June 2009 |
| Procurement of long lead equipment[1] | July 2008 | March 2009 |
| Procurement of Fabricated Enclosures[2] | July 2008 | December 2008 |
| Construction[3] | July 2008 | January 2010 |

Budget Assumptions:
- ❖ The Legislature appropriates the requested funds in the 2008/09 Budget Act.

Schedule Assumptions:
- ❖ A timely 2008-09 budget is enacted.
- ❖ Government Code Section 13332.11 and PC Section 7003 are followed.
- ❖ CDCR waits for PWB to approve preliminary plans before proceeding to working drawings in accordance with Government Code Section 13332.11.
- ❖ A 45-day preliminary plan submittal package submitted to the Joint Legislative Budget Committee in accordance with PC Section 7003.

---

[1] Long lead equipment is equipment that has a long period of time from purchase to delivery. In this case, that includes steel toilets and locks.
[2] First fabricated enclosure will be delivered in December 2008 and last enclosure will be delivered in August 2009. Fabricated enclosures include fabricated panels, constructed of steel, woven wire mesh, security detention hardware, and gate.
[3] Construction will begin in July 2008 because there are already yards designed awaiting construction funds.

4.

**Small Management Yard Re-cap as of 10/16/07**

The number of SMY's is based on a 5:1 ratio for budgeted cells, not overflow cells.

## ADMINISTRATIVE SEGREGATION HOUSING UNITS

### Northern Region

| Institution | Security Level | Ad Seg Cells | SMY's Required | SMY's Constructed to Date | FY 05-06 Budget Act | FY 06/07 Budget Act | FY 07/08 Budget Act | SMY's Needed |
|---|---|---|---|---|---|---|---|---|
| Pelican Bay | IV (180) | 464 | 93 | 28 | 0 | 0 | 0 | 5 |
| High Desert | IV (180 & 270) | 228 | 45 | 40 | 0 | 6 | 0 | 0 |
| CCC | III | 100 | 20 | 20 | 0 | 0 | *See Below | 20 |
| SCC | III | 100 | 20 | 20 | 0 | 0 | *See Below | 20 |
| SAC | IV (180) | 292 | 58 | 28 | 0 | 12 | 0 | 18 |
| Folsom | II | 138 | 28 | 16 | 0 | 0 | 0 | 10 |
| MCSP | III & IV(270) | 100 | 20 | 0 | 0 | 20 | 0 | 0 |
| Solano | III | 200 | 40 | 40 | 0 | 0 | 0 | 40 |
| CMF | III & IV (med.) | 270 | 54 | 54 | 0 | 0 | 0 | 0 |
| San Quentin | | 379 | 76 | 47 | 30 | 0 | *See Below | 39 |
| DVI | III & IV & GP | 235 | 47 | 0 | 0 | 0 | 0 | 47 |
| NCWF | III (Closed) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sub-total | | 2206 | 442 | 215 | 30 | 38 | 0 | 159 |

* CCC - 20 SMY's PW requested in FY 07/08.

* SCC - 20 SMY's PW requested in FY 07/08.

* SQ - 31 SMY's PW requested in FY 07/08. SQ has a total of 47 SMY's on grounds (34 exist in the Adjustment Center area of which 17 are not used based on condition. These 17 will be proposed for replacement through SRP funding. 13 SMY's currently exist in the Upper Yard, however they are to be demolished to make room for the Receiver's Healthcare Facilities Capital Improvement Plan. These 13 SMY's are to be replaced/constructed and funded by the Receiver.

**Small Management Yard Re-cap as of 10/16/07**

The number of SMY's is based on a 5:1 ratio for budgeted cells, not overflow cells.

**ADMINISTRATIVE SEGREGATION HOUSING UNITS**

**Central Region**

| Institution | Security Level | Ad Seg Cells | SMY's Required | SMY's Constructed to Date | FY 05-06 Budget Act | FY 06/07 Budget Act | FY 07/08 Budget Act | SMY's Needed |
|---|---|---|---|---|---|---|---|---|
| CCWF | II thru IV Ad cond | 33 | 7 | 0 | 0 | 0 | 0 | 7 |
| VSPW | II thru IV | 44 | 9 | 0 | 0 | 0 | 0 | 9 |
| Corcoran | I-III-IV (270) SHU | 307 | 61 | 66 | 0 | 0 | 0 | <5> |
| SATF | I thru IV (180) | 200 | 40 | 30 | 0 | 0 | 0 | 10 |
| Avenal | IV | 100 | 20 | 0 | 0 | 0 | 0 | 20 |
| PVSP | IV | 200 | 40 | 0 | 0 | 0 | 0 | 20 |
| Wasco | II & RECP | 100 | 20 | 0 | 0 | 20 | 0 | 0 |
| NKSP | II thru IV RECP | 100 | 20 | 0 | 0 | 0 | 0 | 20 |
| CCI | I thru IV (180) | 210 | 42 | 32 | 0 | 0 | 0 | 10 |
| CTF | III | 192 | 38 | 0 | 0 | *See Below | *See Below | 38 |
| SVSP | IV (180 & 270) | 292 | 58 | 48 | 0 | 0 | 0 | 10 |
| KVSP | IV | 264 | 53 | 40 | 0 | 0 | 0 | 13 |
| CMC | III | 226 | 45 | 45 | 0 | 0 | 0 | 0 |
| Sub-total | | 2268 | 453 | 281 | 0 | 20 | 0 | 157 |

NKSP - 20 SMY's   PW requested in FY 07/08
CTF - 38 SMY's   PW requested in FY 07/08
COR - COR claims they have 328 authorized Ad-Seg Cells and 66 Ad-Seg SMY vs the 307 provided from HQ, thus the difference of 5 shown.

SMY Page2

**Small Management Yards Re-cap as of 10/16/07**

The number of SMY's is based on a 5:1 ratio for budgeted cells, not overflow cells.

**ADMINISTRATIVE SEGREGATION HOUSING UNITS**

**Southern Region**

| Institution | Security Level | Ad Seg Cells | SMY's Required | SMY's Constructed to date | FY 05-06 Budget Act | FY 06/07 Budget Act | FY 07/08 Budget Act | SMY's Needed |
|---|---|---|---|---|---|---|---|---|
| LAC | III & IV (270) | 300 | 60 | 26 | 0 | 0 | 0 | 34 |
| CIW | I thru IV RECP | 32 | 6 | 0 | 0 | 0 | 0 | 6 |
| CRC | II | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CIM | I thru III-RECP | 203 | 41 | 21 | 0 | 0 | 0 | 20 |
| RJD | III & RECP | 200 | 40 | 0 | 0 | 20 | 0 | 20 |
| Centinela | III & IV (270) | 200 | 40 | 20 | 0 | 0 | 0 | 20 |
| Calipatria | III & IV (270) | 200 | 40 | 20 | 0 | 0 | 0 | 20 |
| Ironwood | III | 100 | 20 | 0 | 0 | 0 | 0 | 20 |
| CEN | III | 100 | 20 | 0 | 0 | 0 | 0 | 20 |
| Sub-total | | 1335 | 267 | 87 | 0 | 20 | 0 | 160 |

**Small Management Yard Re-cap as of 10/16/07**

| | Ad Seg Cells | SMY's Required | SMY's Constructed to date | FY 05-06 Budget Act | FY 06/07 Budget Act | FY 07/08 Budget Act | SMY's Needed |
|---|---|---|---|---|---|---|---|
| Northern Region | 2206 | 442 | 215 | 30 | 38 | 0 | 159 |
| Central Region | 2268 | 453 | 281 | 0 | 20 | 0 | 157 |
| Southern Region | 1335 | 267 | 87 | 0 | 20 | 0 | 160 |
| Totals | 5809 | 1162 | 583 | 30 | 78 | 0 | 476 |

**Government Code 13332.11.**    (a) (1) Except as otherwise specified in paragraph (2), no funds appropriated for capital outlay may be expended by any stateagency, including the University of California, the California State University, and the community colleges, until the Department ofFinance and the State Public Works Board have approved preliminary plans for the project to be funded from a capital outlay appropriation.

    (2) Paragraph (1) shall not apply to any of the following:

    (A) Amounts for acquisition of real property in fee, or any other lesser interest.

    (B) Amounts for equipment or minor capital outlay projects.

    (C) Amounts appropriated for preliminary plans, surveys, and studies.

    (b) Notwithstanding subdivision (a), approvals by the State Public Works Board and the Department of Finance for the University of California and the community colleges shall apply only to the allocation of state capital outlay funds appropriated by the Legislature, including land acquisition and equipment funds.

    (c) Any appropriated amounts for working drawings or construction where the working drawings or construction have been started by any state agency prior to approval of the preliminary plans by the State Public Works Board, and all amounts not approved by the board under this section shall be reverted to the fund from which the appropriation was made.  No major project for which  a capital outlay appropriation is made shall be put out to bid until the working drawings have been approved by the Department of Finance.  No substantial change shall be made to the approved preliminary plans or approved working drawings without written approval by the Department of Finance.  Any proposed construction bid alternates shall be approved by the Department of Finance.

    (d) The Department of Finance shall approve the use of funds from a capital outlay appropriation for the purchase of any significant unit of equipment.

    (e) The State Public Works Board may augment a major project in an amount of up to 20 percent of the total of the capital outlay appropriations for the project, irrespective of whether any such appropriation has reverted.  The State Public Works Board shall defer all

augmentations in excess of 20 percent of the amount appropriated for each capital outlay project until the Legislature makes additional funds available for the specific project.

(f) In addition to the powers provided by Section 15849.6, the State Public Works Board may further increase the additional amount in Section 15849.6 to include a reasonable construction reserve within the construction fund for any capital outlay project without augmenting the project. The amount of the construction reserve shall be within the 20 percent augmentation limitation. The State Public Works Board may use this amount to augment the project, when and if necessary, after the lease revenue bonds are sold to assure completion of the project. Upon completion of the project, any amount remaining in the construction reserve funds shall be used to offset rental payments.

(g) Augmentations in excess of 10 percent of the amount appropriated for each capital outlay project shall be reported to the Chairperson of the Joint Legislative Budget Committee, or his or her designee, 20 days prior to board approval, or not sooner than whatever lesser time the chairperson, or his or her designee, may in each instance determine.

(h) Prior to State Public Works Board action on any capital outlay appropriation, the Department of Finance shall certify, in writing, to the Chairperson of the Joint Legislative Budget Committee, the chairpersons of the respective fiscal committees, and the legislative advisors of the board that the requested action is in accordance with the legislatively approved scope and cost. If, pursuant to the other provisions of this section, the Department of Finance approves changes to the approved scope or cost, or both, the department shall report the changes and associated cost implications.

(i) The State Public Works Board shall defer action with respect to approval of an acquisition project, when it is determined that the estimated cost of the total acquisition project, as approved by the Legislature is in excess of 20 percent of the amount appropriated, unless it is determined that a lesser portion of the property is sufficient to meet the objectives of the project approved by the Legislature, and the Chairperson of the Joint Legislative Budget Committee, or his or her designee, is provided a 20-day prior notification of the proposed reductions in the acquisition project, or whatever lesser period the chairperson, or his or her designee,

Government Code, Page 2

may in each instance determine.

(j) The State Public Works Board shall defer action with respect to the approval of preliminary plans when it is determined that the estimated cost of the total capital outlay construction project, as approved by the Legislature, is in excess of 20 percent of the amount appropriated.

(k) Nothing in this section shall be construed to limit or control the Department of Transportation or the California Exposition and State Fair in the expenditure of all funds appropriated to the department for capital outlay purposes.

# PENAL CODE
# SECTION 7000-7050

7000.   (a) The Department of Corrections and Rehabilitation shall prepare plans for, and construct facilities and renovations included within, its master plan for which funds have been appropriated by the Legislature.
   (b) "Master plan" means the department's "Facility Requirements Plan," dated April 7, 1980, and any subsequent revisions.

7001.   Any power, function, or jurisdiction for planning or construction of facilities or renovations pursuant to the master plan which is conferred by statute upon the Department of General Services shall be deemed to be conferred upon the department.

7002.   The department may transfer the responsibility for undertaking any aspect of the master plan to the Department of General Services or the Office of the State Architect which, upon such transfer, shall perform those functions with all deliberate speed.

7003.   For each facility or project included within its master plan, at least 30 days prior to submission of preliminary plans to the State Public Works Board, the department shall submit to the Joint Legislative Budget Committee all of the following:
   (a) A preliminary plan submittal package, as defined by the State Administrative Manual.
   (b) An estimate of the annual operating costs of the facility.
   (c) A staffing plan for the operation of the facility.
   (d) A plan for providing medical, mental health, and dental care to inmates.
   (e) A plan for inmate programming at the facility, including education, work, and substance abuse programming.
   If the committee fails to take any action with respect to the submitted plans within 45 days after submittal, this inaction shall be deemed to be approval for purposes of this section.

7003.5.   (a) The department shall provide the Joint Legislative Budget Committee with quarterly reports on the progress of funded projects consistent with the

requirements outlined in the State Administrative Manual. This report shall include new prisons, projects to construct inmate housing and other buildings at, or within, existing prison facilities, prison medical, mental health, and dental facilities, reentry facilities, and infrastructure projects at existing prison facilities.

(b) On January 10 of each year, the department shall provide a report to the Joint Legislative Budget Committee that includes the status of each project that is part of the master plan, including projects planned, projects in preliminary planning, working, drawing and construction phases, and projects that have been completed. The report shall include new prisons; projects to construct inmate housing and other buildings at or within existing prison facilities; prison medical, mental health, and dental facilities; reentry facilities; and infrastructure projects at existing prison facilities.

(c) This section applies to regular prison facilities; projects to expand existing prison facilities; prison medical, mental health, and dental facilities; reentry facilities; and infrastructure projects at existing prison facilities, whether or not built or operated exclusively by the department.

(d) The report required in subdivision (b) shall include the following information for adult and juvenile facilities:

(1) The department's plans to remove temporary beds in dayrooms, gyms, and other areas, as well as plans to permanently close or change the mission of the facilities.

(2) The department's plans to construct new facilities, including reentry facilities.

(3) The department's plans to renovate existing facilities and renovate, improve, or expand infrastructure capacity at existing prison facilities.

(4) The scope of each project identified in the master plan.

(5) The budget for each project identified in the master plan.

(6) The schedule for each project identified in the master plan.

(7) A master schedule for the overall plan to deliver the department's capital outlay program including planned versus actual progress to date.

(8) Staffing plans for each project identified in the master plan, including program, custody, facilities management, administration, and health care.

(9) Total estimated cost of all projects in the master plan by funding source, including planned versus actual expenditures to date.

(10) Projected versus actual population plotted against projected versus actual housing capacity in aggregate and by security level.











