EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                           Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                          Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' FURTHER RESPONSE TO COURT ORDER RE. SMALL MANAGEMENT YARDS** |

    On October 29, 2007, Defendants submitted a plan for sufficient small management yards to meet Title 15 exercise requirements for inmates within administrative segregation units. The filed plan contained a spreadsheet, entitled "Small Management Yards", that proved to be illegible upon electronic filing. Defendants now file a legible version of that same spreadsheet in hard copy, legal size (by United States Mail to counsel) and in reduced and PDF format (by

//
//
//
//

1 | electronic filing).

2 | Dated: October 30, 2007

3 | Respectfully submitted,

4 | EDMUND G. BROWN JR.
Attorney General of the State of California

5 | DAVID S. CHANEY
Chief Assistant Attorney General

6 |

7 | FRANCES T. GRUNDER
Senior Assistant Attorney General

8 | ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

30349769.wpd
CF1997CS0003

Defendants' Further Response Re. SMY Plan

2