





| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 121 | install cages | 36 days | Fri 8/14/09 | Fri 10/2/09 |
| 122 | PBSP (6 yards) | 40 days | Mon 5/25/09 | Fri 7/17/09 |
| 123 | site utilities and slabs | 30 days | Mon 5/25/09 | Fri 7/3/09 |
| 124 | install cages | 10 days | Mon 7/6/09 | Fri 7/17/09 |
| 125 | SOL (20 yards) | 100 days | Tue 5/12/09 | Mon 9/28/09 |
| 126 | site utilities and slabs | 60 days | Tue 5/12/09 | Mon 8/3/09 |
| 127 | install cages | 40 days | Tue 8/4/09 | Mon 9/28/09 |
| 128 | | | | |
| 129 | **Group I - REGION II (97 Yards) + (114 Yards for REGION III)** | **319 days** | **Thu 7/17/08** | **Fri 10/16/09** |
| 130 | Procurement of Fabrication Materials | 105 days | Thu 7/17/08 | Tue 12/16/08 |
| 131 | **Fabrication** | **115 days** | **Wed 12/17/08** | **Mon 6/1/09** |
| 132 | SVSP (10 yards) | 6 days | Wed 12/17/08 | Wed 12/24/08 |
| 133 | VSPW (9 yards) | 5 days | Fri 12/26/08 | Fri 1/2/09 |
| 134 | CTF (38 yards) | 20 days | Mon 1/5/09 | Fri 1/30/09 |
| 135 | ASP (20 yards) | 11 days | Mon 2/2/09 | Wed 2/18/09 |
| 136 | PVSP (20 yards) | 11 days | Thu 2/19/09 | Thu 3/5/09 |
| 137 | RJD (20 yards) Region III Institution fabricated at Corcoran facility | 11 days | Fri 3/6/09 | Fri 3/20/09 |
| 138 | LAC (34 yards) Region III Institution fabricated at Corcoran facility | 18 days | Mon 3/23/09 | Wed 4/15/09 |
| 139 | CAL (20 yards) Region III Institution fabricated at Corcoran facility | 11 days | Thu 4/16/09 | Thu 4/30/09 |
| 140 | CEN (20 yards) Region III Institution fabricated at Corcoran facility | 11 days | Fri 5/1/09 | Fri 5/15/09 |
| 141 | ISP (20 yards) Region III Institution fabricated at Corcoran facility | 11 days | Mon 5/18/09 | Mon 6/1/09 |
| 142 | | | | |
| 143 | **Construction / Installation** | **319 days** | **Thu 7/17/08** | **Fri 10/16/09** |
| 144 | SVSP (10 yards) | 62 days | Mon 5/11/09 | Tue 8/4/09 |
| 145 | site utilities and slabs | 42 days | Mon 5/11/09 | Tue 7/7/09 |
| 146 | install cages | 20 days | Wed 7/8/09 | Tue 8/4/09 |
| 147 | VSPW (9 yards) | 60 days | Mon 5/18/09 | Fri 8/7/09 |
| 148 | site utilities and slabs | 42 days | Mon 5/18/09 | Tue 7/14/09 |
| 149 | install cages | 18 days | Wed 7/15/09 | Fri 8/7/09 |
| 150 | CTF (38 yards) | 241 days | Thu 7/17/08 | Tue 6/30/09 |
| 151 | site utilities and slabs | 114 days | Thu 7/17/08 | Tue 12/30/08 |
| 152 | install cages | 76 days | Tue 3/17/09 | Tue 6/30/09 |
| 153 | ASP (20 yards) | 100 days | Mon 5/25/09 | Fri 10/9/09 |
| 154 | site utilities and slabs | 60 days | Mon 5/25/09 | Fri 8/14/09 |
| 155 | install cages | 40 days | Mon 8/17/09 | Fri 10/9/09 |
| 156 | PVSP (20 yards) | 100 days | Mon 6/1/09 | Fri 10/16/09 |
| 157 | site utilities and slabs | 60 days | Mon 6/1/09 | Fri 8/21/09 |
| 158 | install cages | 40 days | Mon 8/24/09 | Fri 10/16/09 |
| 159 | | | | |
| 160 | **GROUP 1 - REGION III  (114 Yards)** | **175 days** | **Mon 5/11/09** | **Fri 1/8/10** |

Project: Small Management Yards
Date: Thu 10/25/07

Legend: Task, Critical Task, Progress, Milestone, Summary, Rolled Up Task, Rolled Up Critical Task, Rolled Up Milestone, Rolled Up Progress, Split, External Tasks, Project Summary, Group By Summary, Deadline

Page 4



| ID | Task Name | Duration | Start | Finish |
|---|---|---|---|---|
| 201 | Fabrication | 60 days | Tue 6/2/09 | Mon 8/24/09 |
| 202 | CCI (10 yards) | 6 days | Tue 6/2/09 | Tue 6/9/09 |
| 203 | NKSP (20 yards) | 11 days | Wed 6/10/09 | Wed 6/24/09 |
| 204 | SATF (10 yards) | 6 days | Thu 6/25/09 | Thu 7/2/09 |
| 205 | KVSP (13 yards) | 7 days | Fri 7/3/09 | Mon 7/13/09 |
| 206 | CCWF (7 yards) | 4 days | Tue 7/14/09 | Fri 7/17/09 |
| 207 | CVSP (20 yards)   Region III Institution fabricated at Corcoran facility | 11 days | Mon 7/20/09 | Mon 8/3/09 |
| 208 | CIM (20 yards)   Region III Institution fabricated at Corcoran facility | 11 days | Tue 8/4/09 | Tue 8/18/09 |
| 209 | CIW (6 yards)   Region III Institution fabricated at Corcoran facility | 4 days | Wed 8/19/09 | Mon 8/24/09 |
| 210 | Construction / Installation | 277 days | Thu 7/17/08 | Wed 8/19/09 |
| 211 | CCI (10 yards) | 246 days | Thu 7/17/08 | Tue 7/7/09 |
| 212 | site utilities and slabs | 30 days | Thu 7/17/08 | Wed 8/27/08 |
| 213 | install cages | 20 days | Wed 6/10/09 | Tue 7/7/09 |
| 214 | NKSP (20 yards) | 277 days | Thu 7/17/08 | Wed 8/19/09 |
| 215 | site utilities and slabs | 60 days | Thu 7/17/08 | Thu 10/9/08 |
| 216 | install cages | 40 days | Thu 6/25/09 | Wed 8/19/09 |
| 217 | SATF (10 yards) | 59 days | Mon 5/11/09 | Thu 7/30/09 |
| 218 | site utilities and slabs | 30 days | Mon 5/11/09 | Fri 6/19/09 |
| 219 | install cages | 20 days | Fri 7/3/09 | Thu 7/30/09 |
| 220 | KVSP (13 yards) | 67 days | Mon 5/18/09 | Tue 8/18/09 |
| 221 | site utilities and slabs | 39 days | Mon 5/18/09 | Thu 7/9/09 |
| 222 | install cages | 26 days | Tue 7/14/09 | Tue 8/18/09 |
| 223 | CCWF (7 yards) | 54 days | Mon 5/25/09 | Thu 8/6/09 |
| 224 | site utilities and slabs | 36 days | Mon 5/25/09 | Mon 7/13/09 |
| 225 | install cages | 14 days | Mon 7/20/09 | Thu 8/6/09 |
| 226 | | | | |
| 227 | GROUP II - REGION III (46 Yards) | | | |
| 228 | Construction / Installation | 112 days | Mon 5/11/09 | Tue 10/13/09 |
| 229 | CVSP (20 yards) | 101 days | Mon 5/11/09 | Mon 9/28/09 |
| 230 | site utilities and slabs | 60 days | Mon 5/11/09 | Fri 7/31/09 |
| 231 | install cages | 40 days | Tue 8/4/09 | Mon 9/28/09 |
| 232 | CIM (20 yards) | 107 days | Mon 5/18/09 | Tue 10/13/09 |
| 233 | site utilities and slabs | 60 days | Mon 5/18/09 | Fri 8/7/09 |
| 234 | install cages (accelerate this install) | 40 days | Wed 8/19/09 | Tue 10/13/09 |
| 235 | CIW (6 yards) | 78 days | Mon 5/25/09 | Wed 9/9/09 |
| 236 | site utilities and slabs | 33 days | Mon 5/25/09 | Wed 7/8/09 |
| 237 | install cages | 12 days | Tue 8/25/09 | Wed 9/9/09 |

Project: Small Management Yards
Date: Thu 10/25/07

Task / Critical Task / Progress / Milestone / Summary / Rolled Up Task / Rolled Up Critical Task / Rolled Up Milestone / Rolled Up Progress / Split / External Tasks / Project Summary / Group By Summary / Deadline

Page 6