PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 096891
JANE KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
LEWIS BOSSING, Bar No. 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION REGARDING PAYMENT OF FORMERLY DISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD AND FOURTH QUARTERS OF 2006** |

On September 11, 2007, Magistrate Judge Moulds filed Findings and Recommendations (F&Rs) regarding plaintiffs' motion to compel payment of disputed attorneys' fees and costs from the 3rd and 4th quarters of 2006. On September 28, 2007, defendants filed objections to the Findings and Recommendations and on October 2, 2007, plaintiffs filed a response to those objections. On October 10, 2007, the Findings and Recommendations were adopted in full by Judge Karlton. Pursuant to that Order, the parties were instructed to meet and confer within thirty days regarding payment of attorneys' fees and costs in connection with plaintiffs' November 13, 2006 motion to convene a three-judge panel and their November 2, 2006 motion for a temporary restraining order and preliminary injunction regarding out of state transfers. The parties completed their meet-and-confer process on October 23, 2007.

The parties agree to the payment of $51,178.51 in fees and costs incurred for the overcrowding motion and the payment of $11,050.87 in fees and costs incurred for the out of state transfer work (minus a $5,375.00 credit from plaintiffs for mistakenly paid costs that were unrelated to this motion), for a total payment of $56,854.38. Attached hereto as **Exhibit A** is a chart setting forth the now undisputed fees and costs due and owing for the 3rd and 4th quarters of 2006.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $56,854.38, plus interest, is due and collectable as of 45 days from the date of entry of this Order. Daily Interest runs from March 2, 2007 at the rate of 4.96%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $56,854.38 | 4.96 % | $7.73 | March 2, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO STIPULATED:

_____   DATED: 10/31/07
Misha D. Igra, Esq.
Deputy Attorney General
Attorney for Defendants

_____   DATED: 11/1/07
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

Exhibit A

## Coleman v. Schwarzenegger
**Summary of Overcrowding and Out-of-State Undisputed Fees**
**3rd & 4th Quarters, 2006 (July 1, 2006 through December 31, 2006)**

### Overcrowding Motion

| | 3rd Quarter | 4th Quarter | | Totals |
|---|---|---|---|---|
| Attorneys' Fees | $169.50 | $ 48,531.90 | | $ 48,701.40 |
| | | Minus 5%(rounded): | $ | (2,450.00) |
| | | **Subtotal:** | **$** | **46,251.40** |
| | 3rd Quarter | 4th Quarter | | Totals |
| Costs | $0.00 | $ 4,927.11 | | $ 4,927.11 |
| | | **Total:** | **$** | **51,178.51** |

### Out-of-State Motion

| | 3rd Quarter | 4th Quarter | | Totals |
|---|---|---|---|---|
| Attorneys' Fees | $0.00 | $ 10,951.50 | | $ 10,951.50 |
| Costs | $0.00 | $ 99.37 | | $ 99.37 |
| **Totals:** | $0.00 | **$ 11,050.87** | **$** | **11,050.87** |

| | | |
|---|---|---|
| **Grand Total Undisputed Fees Owed:** | $ | **62,229.38** |
| **Credit for Overpaid Costs:** | $ | **(5,375.00)** |
| **Total Owed:** | **$** | **56,854.38** |