IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiffs, | **[PROPOSED] ORDER REGARDING PAYMENT OF FOMERLY DISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD AND FOURTH QUARTERS OF 2006** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

1   On November 1, 2007, the parties in this case filed a Stipulation regarding payment of previously contested attorneys' fees and costs incurred during the Third and Fourth Quarters of 2006. This Court ordered the parties to resolve those fees and costs in its September 11, 2007 "Findings and Recommendations" regarding contested fees, which were subsequently adopted in full by Judge Karlton on October 10, 2007.

Pursuant to the stipulation filed on November 1, 2007, IT IS HEREBY ORDERED that plaintiffs' attorneys' fees and costs of $56,854.38, plus interest, are due and collectable as of 45 days from the date of entry of this order. Daily Interest runs from March 2, 2007 at the rate of 4.96 %.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $56,854.38 | 4.96 % | $7.73 | March 2, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated:

_____
John F. Moulds, Magistrate Judge
United States District Court

H:\489\5\pleading\
Proposed Order-3rd-4th Qtr2006 10-24-07 (489-5)

-1-   [PROPOSED] ORDER CONFIRMING REMAINING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD AND FOURTH QUARTERS OF 2006