1  JONES & MAYER
   Martin J. Mayer (SBN 73890)
2  Michael R. Capizzi (SBN 35864)
   Kimberly Hall Barlow (SBN 149902)
3  Ivy M. Tsai (SBN 223168)
   3777 North Harbor Boulevard
4  Fullerton, California 92835
   (714) 446-1400; Fax (714) 446-1448
5  e-mail: mjm@jones-mayer.com
   e-mail: mrc@jones-mayer.com
6  e-mail: khb@jones-mayer.com
   e-mail: imt@jones-mayer.com
7
   Attorneys for Sheriff, Probation, Police Chief,
8  and Corrections Intervenor-Defendants

9  STEVEN S. KAUFHOLD (SBN 157195)
   CHAD A. STEGEMAN (SBN 225745)
10 AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California, 15th Floor
11 San Francisco, CA 94104-1036
   (415) 765-9500; Fax (415) 765-9501
12 e-mail: skaufhold@akingump.com
   e-mail: cstegeman@akingump.com
13
   Attorneys for Republican Assembly and Senate Intervenors
14
   ROD PACHECO (SBN 112432)
15 WILLIAM C. HUGHES (SBN 155992)
   District Attorneys
16 County of Riverside
   4075 Main Street, First Floor
17 Riverside, CA 92501
   (951) 955-6620; Fax (951) 955-0190
18 e-mail: rodpacheco@co.riverside.ca.us
   e-mail: chughes@rivcoda.org
19
   Attorneys for District Attorney Intervenors

20
21              IN THE UNITED STATES DISTRICT COURTS
22          FOR THE EASTERN DISTRICT OF CALIFORNIA
23          AND THE NORTHERN DISTRICT OF CALIFORNIA
24    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
25

26 | RALPH COLEMAN, et al.,      | Case No: CIV S-90-0520 LKK JFM P
27 |           Plaintiffs,        | **THREE-JUDGE COURT**

28
-1-
[PROPOSED] ORDER GRANTING STAY PENDING ORDER ON MOTION FOR
RECONSIDERATION/CLARIFICATION

|   |   |   |
|---|---|---|
| 1 | vs. | |
| 2 | ARNOLD SCHWARZENEGGER, et al., | |
| 3 | | |
| 4 | Defendants. | |
|   | | Case No.: C01-1351 TEH |
| 5 | MARCIANO PLATA, et al., | **THREE-JUDGE COURT** |
| 6 | Plaintiffs, | |
| 7 | vs. | **[PROPOSED] ORDER STAYING PROCEEDINGS PENDING ORDER ON MOTION FOR RECONSIDERATION/ CLARIFICATION** |
| 8 | ARNOLD SCHWARZENEGGER, et al., | |
| 9 | | |
| 10 | Defendants. | |

Good cause having been shown, the court hereby orders all further proceedings stayed until an order on the Motion for Reconsideration/Clarification filed on October 23, 2007 by Sheriff, Probation, Police Chief, and Corrections Intervenors; Republican Senator and Assembly Intervenors; and District Attorney Intervenors is issued by this court.

**IT IS SO ORDERED.**

Dated: _____

_____
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH DISTRICT COURT OF APPEALS

Dated: _____

_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: _____

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE
## (§ 1013a, 2015.5 C.C.P.)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 3777 N. Harbor Boulevard, Fullerton, California 92835.

On **November 2, 2007**, I served the within **[PROPOSED] ORDER STAYING PROCEEDINGS PENDING ORDER ON MOTION FOR RECONSIDERATION/ CLARIFICATION**, on the interested parties in said action by placing [X] a true and correct copy or [ ] the delivered by one or more of the means set forth below:

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

[ ]   [*Via Mail*]   By depositing said envelope with postage thereon fully prepaid in the United States mail at La Habra, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fullerton, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ]   [*Personal Delivery*]   I cause the above referenced document(s) to be delivered to the addressee set forth above.

[X]   [*Overnight Courier*]   I caused the above referenced document(s) to be delivered to an overnight delivery service, for delivery to the addressees.

[X]   [*Federal*]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 2, 2007**, at Fullerton, California.

MARILYN TALLEFF