1  JONES & MAYER
   Martin J. Mayer (SB # 73890)
2  Michael R. Capizzi (SB # 35864)
   Kimberly Hall Barlow (SB # 149902)
3  Ivy M. Tsai (SB # 223168)
   3777 North Harbor Boulevard
4  Fullerton, California 92835
   (714) 446-1400; Fax (714) 446-1448
5  e-mail: mjm@jones-mayer.com
   e-mail: mrc@jones-mayer.com
6  e-mail: khb@jones-mayer.com
   e-mail: imt@jones-mayer.com
7
   Attorneys for Intervenor-Defendants
8  SAN DIEGO COUNTY SHERIFF WILLIAM B.
   KOLENDER, ORANGE COUNTY SHERIFF-
9  CORONER MICHAEL S. CARONA, PLACER
   COUNTY SHERIFF EDWARD N. BONNER,
10 BUTTE COUNTY SHERIFF-CORONER PERRY
   L. RENIFF, CALAVERAS COUNTY SHERIFF
11 DENNIS DOWNUM, LOS ANGELES COUNTY
   SHERIFF LEE BACA, SANTA CLARA COUNTY
12 SHERIFF LAURIE SMITH, SAN BENITO COUNTY
   SHERIFF CURTIS HILL, STANISLAUS COUNTY
13 SHERIFF ADAM CHRISTIANSON, MENDOCINO
   COUNTY SHERIFF TOM ALLMAN, TEHAMA
14 COUNTY SHERIFF CLAY PARKER, LASSEN
   COUNTY SHERIFF STEVE WARREN, YOLO
15 COUNTY SHERIFF ED PRIETO, SANTA BARBARA
   COUNTY SHERIFF BILL BROWN, KERN COUNTY
16 SHERIFF DONNY YOUNGBLOOD, SAN MATEO
   COUNTY SHERIFF GREG MUNKS, YUBA COUNTY
17 SHERIFF STEVE DURFOR, CONTRA COSTA
   COUNTY SHERIFF WARREN RUPF,
18 SHASTA COUNTY SHERIFF TOM BOSENKO,
   RIVERSIDE COUNTY SHERIFF STANLEY SNIFF JR.,
19 VENTURA COUNTY SHERIFF BOB BROOKS,
   SOLANO COUNTY SHERIFF GARY R. STANTON,
20 SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES,
   SUTTER COUNTY SHERIFF JIM DENNEY,
21 LAKE COUNTY SHERIFF ROD MITCHELL,
   GLENN COUNTY SHERIFF LARRY JONES,
22 TUOLUMNE COUNTY SHERIFF JIM MELE,
   FRESNO COUNTY SHERIFF MARGARET MIMS,
23 MONTEREY COUNTY SHERIFF MIKE KANALAKIS,
   MONO COUNTY SHERIFF RICHARD SCHOLL,
24 HUMBOLDT COUNTY SHERIFF GARY PHILP,
   EL DORADO COUNTY SHERIFF JEFF NEVES,
25 MERCED COUNTY SHERIFF MARK PAZIN,
   DEL NORTE COUNTY SHERIFF DEAN WILSON,
26 SAN JOAQUIN COUNTY SHERIFF STEVE MOORE,
   AMADOR COUNTY SHERIFF MARTIN RYAN,
27 INYO COUNTY SHERIFF WILLIAM LUTZE,
   STANISLAUS COUNTY CHIEF PROBATION OFFICER
28 JERRY POWERS, VENTURA COUNTY CHIEF

```
 1  PROBATION OFFICER KAREN STAPLES,
    SOLANO COUNTY CHIEF PROBATION OFFICER
 2  ISABELLE VOIT, SANTA BARBARA COUNTY
    CHIEF PROBATION OFFICER PATRICIA STEWART,
 3  BUTTE COUNTY CHIEF PROBATION OFFICER JOHN
    WARDELL, SAN LUIS OBISPO COUNTY CHIEF
 4  PROBATION OFFICER KIM BARRETT, CONTRA
    COSTA COUNTY CHIEF PROBATION OFFICER
 5  LIONEL CHATMAN, INYO COUNTY CHIEF
    PROBATION OFFICER JIM MOFFETT,
 6  SHASTA COUNTY CHIEF PROBATION
    OFFICER BRIAN RICHART, YOLO COUNTY
 7  CHIEF PROBATION OFFICER DON MEYER,
    FRESNO COUNTY CHIEF PROBATION OFFICER
 8  LINDA PENNER, MARIPOSA COUNTY CHIEF
    PROBATION OFFICER GAIL NEAL, CITY OF
 9  WHITTIER POLICE CHIEF DAVE SINGER,
    CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES,
10  CITY OF PASADENA POLICE CHIEF BARNEY
    MELEKIAN, CITY OF ALHAMBRA POLICE
11  CHIEF JIM HUDSON, CITY OF FREMONT
    POLICE CHIEF CRAIG STECKLER, CITY OF
12  GROVER BEACH POLICE CHIEF JIM COPSEY,
    CITY OF SANTA CLARA POLICE CHIEF STEVE
13  LODGE, CITY OF VACAVILLE POLICE CHIEF
    RICH WORD, CITY OF WOODLAND POLICE CHIEF
14  CAREY SULLIVAN, CITY OF SONORA POLICE CHIEF
    MACE McINTOSH, CITY OF PASO ROBLES POLICE
15  CHIEF LISA SOLOMON, CITY OF SAN BERNARDINO
    POLICE CHIEF MICHAEL BILLDT, CITY OF
16  ATWATER POLICE CHIEF RICHARD HAWTHORNE,
    NATIONAL CITY POLICE CHIEF ADOLFO GONZALES,
17  CITY OF DELANO POLICE CHIEF MARK DeROSIA,
    CITY OF MODESTO POLICE CHIEF ROY WASDEN,
18  CITY OF FRESNO POLICE CHIEF JERRY DYER, AND
    CITY OF DELANO CHIEF OF CORRECTIONS GEORGE
19  GALAZA
```

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs, | Case No: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |

|     |     |
| --- | --- |
| 1   | vs. |
| 2   | ARNOLD SCHWARZENEGGER, et al., |
| 3   | |
| 4   | Defendants. |
| 5   | |
| 6   | |
| 7   | |
| 8   | |
| 9   | MARCIANO PLATA, et al., |
| 10  | Plaintiffs, |
| 11  | vs. |
| 12  | ARNOLD SCHWARZENEGGER, et al., |
| 13  | |
| 14  | Defendants. |

[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]

**NOTICE OF CHANGE OF NAME TO INTERVENTION PLEADING BY SHERIFF, PROBATION, POLICE, AND CORRECTIONS INTERVENOR-DEFENDANTS**

Case No.: C01-1351 TEH

**THREE-JUDGE COURT**

15  TO THE COURTS, TO ALL PARTIES AND TO THEIR RESPECTIVE
16  COUNSELS OF RECORD:

17  PLEASE TAKE NOTICE of the following change in the Intervention Pleading by
18  the Sheriff, Probation, Police Chief and Corrections Intervenor Defendants:

19  Riverside County Sheriff Bob Doyle retired on October 1, 2007. The new
20  Riverside County Sheriff is Stanley Sniff Jr., who has authorized this change.

21  It is requested that the Courts and parties make any necessary corrections to their
22  respective files and records.

23  Respectfully submitted,
24  DATED:   October 30, 2007           JONES & MAYER
25
26                                      By:      /s/
27                                      Ivy M. Tsai
                                        Attorneys for Sheriff, Probation, Police
28                                      Chief, and Corrections Intervenor-
                                        Defendants

-3-

# PROOF OF SERVICE
## (§ 1013a, 2015.5 C.C.P.)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 3777 N. Harbor Boulevard, Fullerton, California 92835.

On **November 6, 2007**, I served the within **NOTICE OF CHANGE OF NAME TO INTERVENTION PLEADING BY SHERIFF, PROBATION, POLICE, AND CORRECTIONS INTERVENOR-DEFENDANTS**, on the interested parties in said action by placing [X] a true and correct copy or [ ] the delivered by one or more of the means set forth below:

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

[ ]   [*Via Mail*]   By depositing said envelope with postage thereon fully prepaid in the United States mail at La Habra, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fullerton, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ]   [*Personal Delivery*]   I cause the above referenced document(s) to be delivered to the addressee set forth above.

[X]   [*Overnight Courier*]   I caused the above referenced document(s) to be delivered to an overnight delivery service, for delivery to the addressees.

[X]   [*Federal*]   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 6, 2007**, at Fullerton, California.

_____
RITA J. ALGER