Cassie M. Pierson (SBN 196039)
Legal Services for Prisoners with Children
1540 Market Street, Suite 490
San Francisco, CA 94102
Phone:  415-255-7036
Fax:  415-552-3150
E-mail:  cassie@prisonerswithchildren.org

Attorney for Amici Curiae

IN THE UNITED STATES DISTRICT COURTS FOR THE EASTERN
AND NORTHERN DISTRICTS OF CALIFORNIA, UNITED STATES DISTRICT
COURT COMPOSED OF THREE JUDGES PURSUANT TO SECTION 2284,
TITLE 28 UNITED STATES CODE

---

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No.:  CIV S-90-0520 LKK JFM P |
| Plaintiffs, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

---

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No.:  C01-1351 TEH |
| Plaintiffs, | **NOTICE OF MOTION AND MOTION** |
| v. | **BY AMICI CURIAE FOR LEAVE TO** |
| ARNOLD SCHWARZENEGGER, et al., | **FILE AN AMICUS CURIAE BRIEF** |
| Defendants | |

---

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 7-11 of the Local Rules of Practice in Civil Proceedings before the United States District Court for the Northern District of California, Californians United for a Responsible Budget (CURB) and its constituent organizations

Including All of Us or None, American Friends Service Committee, California Coalition for Women Prisoners, California Families for Inmates, California Prison Focus, The California Prison Moratorium Project, The Campaign to End the Death Penalty-Bay Area, The Central California Environmental Justice Network, Critical Resistance, The Dolores Huerta Foundation, Families to Amend California's Three Strikes (FACTS), Free Battered Women, The Friends Committee on Legislation of California, Grandmothers of the Light, Justice Now, the Justice Policy Institute, The Labor/Community Strategy Center, Legal Services for Prisoners with Children, Progressive Democrats of Los Angeles (PDLA), Proyecto Common Touch, Transgender, Gender-Variant and Intersex Justice Project, The University of California Berkeley Graduate Assembly, and, The Youth Justice Coalition-Free L.A., respectfully move this Three-Judge Court for leave to file an amicus brief in this action. No hearing date has been set and said Civil Local Rule provides for submission without hearing.

This Motion should be granted as the Three-Judge Court has been convened to consider the potential issuance of a Prisoner Release Order as defined by 18 U.S.C. §3626(g)(4) (Prison Litigation Reform Act), *amici* organizations all have an ongoing interest in that issue, the material contained in said *amici curiae* brief is directly relevant to that issue, this Motion is timely filed, no party will be prejudiced by the filing of the brief, and there has been no delay in seeking this permission. A predecessor brief was filed by *amici* in *Plata, et al. v. Schwarzenegger, et al.* United States District Court, Northern District of California, No. C01-1351 THE, but that filing was found to be premature by District Judge Thelton Henderson, who stated in his Order Granting Plaintiff's Motion to Convene a Three-Judge Court, July 23, 2007, at page 4, that "amici raise arguments that concern whether a three-judge court should ultimately enter a prisoner release order and not whether this Court should request that a three-judge court be convened. Consequently, the amici's arguments are more appropriately addressed to any three-judge court that is convened, rather that to this Court at this time." The brief *amici curiae* seek to file addresses the question of whether this Court should enter a prisoner release order, and the substance of the order it should enter.

This Motion is based upon this Notice of Motion, the proposed Order submitted herewith, the documents and records on file with this Court, and any other matter that the Court deems proper.

Dated:  October 26, 2007                                            Respectfully submitted,


       /s/ Cassie M. Pierson

Cassie M. Pierson
Attorney for Amici Curiae