Cassie M. Pierson (SBN 196039)
Legal Services for Prisoners with Children
1540 Market Street, Suite 4990
San Francisco, CA 94102
Phone:  415-255-7036
Fax:  415-552-3150
E-mail:  cassie@prisonerswithchildren.org

Attorney for Amici Curiae

IN THE UNITED STATES DISTRICT COURTS FOR THE
EASTERN DISTRICT OF CALIFORNIA AND THE NORTHERN
DISTRICT OF CALIFORNIA, UNITED STATES DISTRICT COURT
COMPOSED OF THREE JUDGES PURSUANT TO SECTION 2284,
TITLE 28 UNITED STATES CODE

_____

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No.:  CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

_____

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No.:  C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | ORDER GRANTING LEAVE TO FILE AN AMICUS BRIEF IN THIS ACTION |
| Defendants | |

_____

    This matter having been submitted, and the Court, having carefully considered all of the

papers filed in this matter, hereby GRANTS the motion of amici curiae Californians United for a

Responsible Budget and its constituent organizations including All of Us or None, The American

Friends Service Committee, California Coalition for Women Prisoners, California Families for Inmates, California Prison Focus, The California Prison Moratorium Project, The Campaign to End the Death Penalty-Bay Area, The Central California Environmental Justice Network, Critical Resistance, The Dolores Huerta Foundation, Families to Amend California's Three Strikes (FACTS), Free Battered Women, The Friends Committee on Legislation of California, Grandmothers of the Light, Justice Now, The Justice Policy Institute, The Labor/Community Strategy Center, Legal Services for Prisoners with Children, Progressive Democrats of Los Angeles (PDLA), Proyecto Common Touch, Transgender, Gender-Variant and Intersex Justice Project, The University of California Berkeley Graduate Assembly, and, The Youth Justice Coalition-Free L.A., for leave to file an amicus brief in this action.

**IT IS SO ORDERED**

Dated: _____

                                          _____
                                          JUDGE, UNITED STATES DISTRICT COURT