EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
CHARLES J. ANTONEN, SBN 221207
SAMANTHA D. TAMA, SBN 240280
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5708
  Fax:  (415) 703-5843
  Email:  Samantha.Tama@doj.ca.gov
        Rochelle.East@doj.ca.gov
        Charles.Antonen@doj.ca.gov

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                      Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                      Defendants. | No. C 01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**JOINT STIPULATION AND ORDER GRANTING DEFENDANTS LEAVE UNDER FED. R. CIV. P. 30(a)(2)** |

Joint Stip. Re Fed. R. Civ. P. 30(a)(2)                      Case Nos. C 01-1351 & 2:90-cv-00520

1

1  Subject to the Court's approval, Plaintiffs and Defendants jointly stipulate and agree to
2 the following regarding the limitation on depositions of incarcerated persons set forth in Federal
3 Rule of Civil Procedure 30(a)(2):
4  Depositions may be taken of persons confined in prison.  Plaintiffs expressly reserve their
5 objections to any particular deposition notices that Defendants may serve on Plaintiffs, including
6 those of named Plaintiff class members.
7  IT IS SO STIPULATED.

Dated: November 7, 2007                HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By:     /s/  Paul B. Mello
Paul B. Mello
Attorneys for Defendants

Dated: November 7, 2007                EDMUND G. BROWN JR.
Attorney General of the State of California

By:     /s/  Rochelle C. East
Rochelle C. East
Attorneys for Defendants

Dated: November 7, 2007                PRISON LAW OFFICE

By:     /s/  Alison Hardy
Alison Hardy
Attorneys for Plaintiffs

Dated: November 7, 2007                ROSEN, BIEN & GALVAN, LLP

By:     /s/  Michael Bien
Michael Bien
Attorneys for Plaintiffs

/ / /
/ / /

1  Pursuant to stipulation, IT IS SO ORDERED.

2  Dated:  Novmber 7, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/depostip