1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,              ORDER REGARDING PAYMENT OF FORMERLY DISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD AND FOURTH QUARTERS OF 2006

        Defendants.
_____/

On November 1, 2007, the parties in this case filed a Stipulation regarding payment of previously contested attorneys' fees and costs incurred during the Third and Fourth Quarters of 2006.  This Court ordered the parties to resolve those fees and costs in its September 11, 2007 "Findings and Recommendations" regarding contested fees, which were subsequently adopted in full by Judge Karlton on October 10, 2007.

Pursuant to the stipulation filed on November 1, 2007, IT IS HEREBY ORDERED that plaintiffs' attorneys' fees and costs of $56,854.38, plus interest, are due and collectable as of 45 days from the date of entry of this order.  Daily Interest runs from March 2, 2007 at the rate of 4.96 %.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $56,854.38 | 4.96 % | $7.73 | March 2, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

DATED:  November 7, 2007.

UNITED STATES MAGISTRATE JUDGE

34qaf

2