IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

No. CIV S-90-0520 LKK JFM P

ORDER REGARDING PAYMENT OF FORMERLY DISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD AND FOURTH QUARTERS OF 2006

1

On November 1, 2007, the parties in this case filed a Stipulation regarding payment of previously contested attorneys' fees and costs incurred during the Third and Fourth Quarters of 2006. This Court ordered the parties to resolve those fees and costs in its September 11, 2007 "Findings and Recommendations" regarding contested fees, which were subsequently adopted in full by Judge Karlton on October 10, 2007.

Pursuant to the stipulation filed on November 1, 2007, IT IS HEREBY ORDERED that plaintiffs' attorneys' fees and costs of $56,854.38, plus interest, are due and collectable as of 45 days from the date of entry of this order. Daily Interest runs from March 2, 2007 at the rate of 4.96 %.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $56,854.38 | 4.96 % | $7.73 | March 2, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

DATED: November 7, 2007.

UNITED STATES MAGISTRATE JUDGE

34qaf

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RALPH COLEMAN, et al.,**
  **Plaintiffs,**

  v.               No. Civ. S-90-0520 LKK JFM P

**ARNOLD SCHWARZENEGGER et al.,**
  **Defendants.**

The Deputy Special Master hereby submits his latest statement for fees and disbursements, including those accrued through September 30, 2007.

J. Michael Keating, Jr., Special Master
  Services         $21,632.00
  Disbursements        -0-

  Total amount due             $21,632.00

Matthew A. Lopes, Jr., Esq.
  Services         $33,267.00
  Disbursements       $ 8,100.65

  Total amount due             $41,367.65

Linda E. Buffardi, Esq.
  Services         $33,505.00
  Disbursement        $ -0-

  Total amount due             $33,505.00

Mohamedu F. Jones, Esq.
  Services         $18,158.00
  Disbursements        $ -0-

  Total amount due             $18,158.00

Mary-Joy Spencer, Esq.
  Services         $29,440.00
  Disbursements        $ -0-

  Total amount due             $29,440.00

Paul Nicoll, MPA
  Services            $14,458.00
  Disbursements         $ 1,555.39

  Total amount due            $16,013.39

Kerry C. Hughes, M.D.
  Services            $7,025.00
  Disbursements         $ 489.60

  Total amount due            $7,514.60

Dennis F. Koson, M.D.
  Services            $15,560.00
  Disbursements          1,164.22

  Total amount due            $16,724.22

Jeffrey L. Metzner, M.D.
  Services            $13,682.50
  Disbursements          2,242.35

  Total amount due            $15,924.85

Raymond F. Patterson, M.D.
  Services            $16,425.00
  Disbursements         $ -0-

  Total amount due            $16,425.00

Ted Ruggles, Ph.D.
  Services            $31,100.00
  Disbursements         $ 4,415.28

  Total amount due            $35,515.28

Melissa G. Warren, Ph.D.
  Services            $13,314.00
  Disbursements         $ 1,225.35

  Total amount due            $14,539.35

| | | |
|---|---|---|
| Kathryn A. Burns, MD, MPH | | |
|     Services | $2,125.00 | |
|     Disbursements | $     -0- | |
|     Total amount due | | $2,125.00 |
| Yong Joo Erwin, LCSW | | |
|     Services | $12,154.50 | |
|     Disbursements | $ 1,197.78 | |
|     Total amount due | | $13,352.28 |
| Mary Perrien, Ph.D. | | |
|     Services | $10,950.00 | |
|     Disbursements | $    800.90 | |
|     Total amount due | | $11,750.90 |
| Virginia L. Morrison, Esq. | | |
|     Services | $4,120.00 | |
|     Disbursements | $     -0- | |
|     Total amount due | | $4,120.00 |
| Patricia M. Williams, Esq. | | |
|     Services | $460.00 | |
|     Disbursements | $     -0- | |
|     Total amount due | | $460.00 |
| Angela P. Shannon, M.D. | | |
|     Services | $13,695.00 | |
|     Disbursements | 3,193.10 | |
|     Total amount due | | $16,888.10 |
| Henry A. Dlugacz, MSW, Esq. | | |
|     Services | $ 8,383.50 | |
|     Disbursements | 600.95 | |
| | | $8,984.45 |

J. Ronald Metz
  Services        $21,152.00
  Disbursements      1,752.64

  Total amount due     $22,904.64

I. C. Haunani Henry
  Services        $29,044.00
  Disbursements      1,272.17

  Total amount due     $30,316.17

**TOTAL AMOUNT TO BE REIMBURSED**   **$377,660.88**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Deputy Special Master

6