1  STEVEN M. WOODSIDE #58684
   County Counsel
2  ANNE L. KECK #136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Fax: (707) 565-2624

6  Attorneys for Intervenors THE
   COUNTY OF SONOMA, SONOMA
7  COUNTY SHERIFF/CORONER
   WILLIAM COGBILL, SONOMA
8  COUNTY DISTRICT ATTORNEY
   STEPHAN PASSALACQUA,
9  and SONOMA COUNTY CHIEF
   PROBATION OFFICER ROBERT OCHS
10

11              IN THE UNITED STATES DISTRICT COURTS

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13           AND THE NORTHERN DISTRICT OF CALIFORNIA

14      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16

17  RALPH COLEMAN, et al.,                No.    CIV S-90-0520 LKK JFM P

18          Plaintiffs,                   **THREE-JUDGE COURT**

19  v.

20  ARNOLD SCHWARZENEGGER, et al.,
                                          No. C01-1351 TEH
21          Defendants.
    _____/  **THREE-JUDGE COURT**
22

23  MARCIANO PLATA, et al.,

24          Plaintiffs,

25  v.                                    **SONOMA COUNTY INTERVENORS'**
                                          **RESPONSE TO COURT'S ORDER**
26  ARNOLD SCHWARZENEGGER, et al.,        **SETTING CONDITIONS ON**
                                          **INTERVENORS' PARTICIPATION IN**
27          Defendants.                   **SETTLEMENT DISCUSSIONS**
    _____/
28

                                  1

1    Pursuant to this Three-Judge Court's Order Setting Conditions on Intervenors'

2    Participation in Settlement Discussions, entered on November 8, 2007, the Sonoma County

3    Intervenors (consisting of the Sonoma County Sheriff-Coroner William Cogbill, Sonoma

4    County District Attorney Stephan Passalacqua, Sonoma County Chief Probation Officer

5    Robert Ochs, and the County of Sonoma) hereby inform the Court that they do not object to

6    the appointment of the Settlement Referee or Consultant, and wish to participate in

7    settlement discussions.

8    Dated: November 9, 2007            STEVEN M. WOODSIDE, County Counsel

9

10                                   By: /s/ Anne L. Keck_____
                                          ANNE L. KECK
11                                        Deputy County Counsel
                                          Attorneys for Intervenors the County of Sonoma,
12                                        the Sonoma County Sheriff-Coroner William
                                          Cogbill, the Sonoma County District Attorney
13                                        Stephan Passalacqua, and Sonoma County Chief
                                          Probation Officer Robert Ochs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Sonoma County Intervenors' Response to            Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
Court's Order Setting Conditions on Intervenors'
Participation in Settlement Discussions

PROOF OF SERVICE

I am employed in the County of Sonoma, California; I am over the age of 18 years and not a party to the within action; my business address is 575 Administration Dr., Rm. 105A, Santa Rosa, California.  I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On November 9, 2007 following ordinary business practice, I served the "**SONOMA COUNTY INTERVENORS' RESPONSE TO COURT'S ORDER SETTING CONDITIONS ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS** " on the parties in said cause, by placing on that date at my place of business, a true copy thereof, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as follows:

☐    (BY FAX)     by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

**x**    (BY MAIL)    I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐ (BY PERSONAL SERVICE)    I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

**x**  (BY OVERNIGHT DELIVERY)   I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served. **[to Judges, see attached]**

**See attached Service List**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 9, 2007, at Santa Rosa, California.


_____/s/ Eileen Shired_____

Eileen Shird

Sonoma County Intervenors' Response to                    Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
Court's Order Setting Conditions on Intervenors'
Participation in Settlement Discussions

1   Jerry F. Stanley                     David W. Wilson
    C-80900                              K-66474
2   SQSP                                 CMF - Vacaville
    San Quentin State Prison             P. O. Box 2000
3   San Quentin, CA 94974                Vacaville, CA 95696
    PRO SE                               PRO SE

4

5   Patrick Wilson                       John Hagar
    4655 E. Olympic Blvd.                Judge's Reading Room
    Los Angeles, CA 90022                450 Golden Gate Ave., 18th Floor
6   PRO SE                               Law Library
                                         San Francisco, CA 94102
7                                        (Assistant to the Receiver)

8   Robert Sillen                        California State Personnel Board
    California Prison Receivership       Office of the Attorney General
9   1731 Technology Drive, Suite 700     1515 Clay Street, 20th Floor
    San Jose, CA 95110                   P. O. Box 70550
10  (Receiver)                           Oakland, CA 94612-0550

11

12

    Union of American Physicians & Dentists
13  DAVIS, COWELL & BOWE
    595 Market St., Suite 1400
14  San Francisco, CA 94105

15
    Via Overnight Delivery
16
    Honorable Thelton E. Henderson
17  U.S. District Court, Northern District
    San Francisco Branch
18  450 Golden Gate Avenue
    San Francisco, California  94102
19
    Honorable Lawrence K. Karlton
20  U.S. District Court, Eastern District
    Robert T. Matsui United States Courthouse
21  501 I Street
    Sacramento, CA 95814
22
    Honorable Stephen Reinhardt
23  U.S. District Court, Central District
    312 North Spring Street, Suite 1747
24  Los Angeles, CA 90012

25

26

27

28

                                        4

Sonoma County Intervenors' Response to          Case No. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
Court's Order Setting Conditions on Intervenors'
Participation in Settlement Discussions