ANN MILLER RAVEL, County Counsel (S.B. #62139)
THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Lead Attorneys on Behalf of Intervenors
COUNTY OF SANTA CLARA, COUNTY
OF SANTA BARBARA, COUNTY OF SAN
MATEO, COUNTY OF SOLANO, and
COUNTY OF CONTRA COSTA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | THREE-JUDGE COURT |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | No. C 01-01351 TEH |
| Plaintiffs, | THREE-JUDGE COURT |
| v. | **COUNTY INTERVENORS' RESPONSE TO THE COURT'S ORDER SETTING CONDITIONS ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

In response to the Court's Order Setting Conditions on Intervenors' Participation in

Settlement Discussions dated November 8, 2007, the Counties of Santa Clara, Santa Barbara,

///

County Intervenors' Response to the Court's
Order Setting Conditions on Intervenors'
Participation in Settlement Discussions        1        C 01-01351 TEH & CIV S-90-0520 LKK JFM P

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

San Mateo, Solano and Contra Costa ("County Intervenors") advise the Court that they wish to participate in settlement discussions.

Dated: November 9, 2007

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____/S/_____
THERESA J. FUENTES
Deputy County Counsel

Lead Attorneys on behalf of Intervenors
COUNTY OF SANTA CLARA, COUNTY OF SANTA BARBARA, COUNTY OF SAN MATEO, COUNTY OF SOLANO, and COUNTY OF CONTRA COSTA

102674.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Response to the Court's Order Setting Conditions on Intervenors' Participation in Settlement Discussions    2    C 01-01351 TEH & CIV S-90-0520 LKK JFM P

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

**PROOF OF SERVICE BY MAIL**

*Plata, et al. v. Schwarzenegger, et al.*   Nos. C 01-01351 TEH (Northern District)
                                                CIV S-90-0520 LKK JFM P (Eastern District)

I, Alexandra K. Weight, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document described as **COUNTY INTERVENORS' RESPONSE TO THE COURT'S ORDER SETTING CONDITIONS ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS**

☐  (BY FAX)   by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

■  (BY MAIL)  I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at San Jose, California.

☐  (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

■  (BY OVERNIGHT DELIVERY)  I caused such envelopes to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the persons on whom it is to be served.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on November 9, 2007, at San Jose, California.

/S/
Alexandra K. Weight

102674.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Response to the Court's
Order Setting Conditions on Intervenors'
Participation in Settlement Discussions          1          C 01-01351 TEH & CIV S-90-0520 LKK JFM P

# SERVICE LIST

**SERVICE BY MAIL**

| | |
|---|---|
| Jerry F. Stanley<br>C-80900<br>SQSP<br>San Quentin State Prison<br>San Quentin, CA 94974<br>(Pro Se) | David W. Wilson<br>K-66474<br>CMF-Vacaville<br>P.O. Box 2000<br>Vacaville, CA 95696<br>(Pro Se) |
| Robert Sillen<br>Califronia Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA 95110<br>(Receiver) | Patrick Wilson<br>4655 E. Olympic Boulevard<br>Los Angeles, CA 90022<br>(Pro Se) |
| California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street<br>P.O. Box 70550<br>Oakland, CA 94612-0550 | John Hagar<br>Judge's Reading Room<br>Law Library<br>450 Golden Gate Avenue, 18th Floor<br>San Francisco, CA 94102<br>(Assistant to the Receiver) |
| Union of American Physicians and Dentists<br>DAVIS, COWELL & BOWE<br>595 Market Street, Suite 1400<br>San Francisco, CA 94105 | |

**SERVICE VIA OVERNIGHT DELIVERY**

Honorable Thelton E. Henderson
U.S. District Court, Northern District
San Francisco Branch
450 Golden Gate Avenue
San Francisco, California  94102

Honorable Lawrence K. Karlton
U.S. District Court, Eastern District
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

Honorable Stephen Reinhardt
U.S. District Court, Central District
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

County Intervenors' Response to the Court's
Order Setting Conditions on Intervenors'
Participation in Settlement Discussions   2   C 01-01351 TEH & CIV S-90-0520 LKK JFM P