STEVEN S. KAUFHOLD (SBN 157195)
skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745)
cstegeman@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    415-765-9500
Facsimile:    415-765-9501

Attorneys for the Assembly Republican Intervenors and
Senate Republican Intervenors

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | Case No. CIV S-90-0520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　　Plaintiffs,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　　Defendants. | Case No. C 01-cv-1351 TEH<br>**THREE-JUDGE COURT**<br>**ASSEMBLY REPUBLICAN INTERVENORS' AND SENATE REPUBLICAN INTERVENORS' INTERVENORS' RESPONSE TO ORDER SETTING CONDITIONS ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS** |

REPUBLICAN LEGISLATOR INTERVENORS'
 RESPONSE TO ORDER SETTING CONDITIONS
ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS

CIV S-90-0520 LKK JFM P, C01-1351 TEH

**TO THE COURT, THE SETTLEMENT REFEREE AND HIS CONSULTANT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

In an order filed by the Three-Judge Court on November 8, 2007, the Court required the Legislator Intervenors[1] and other intervenors to "notify the court within seven (7) days . . . whether or not they wish to" participate in settlement discussions.

The November 6, 2007 objections observed and without waiving them, the Legislator Intervenors will comply with this Court's November 1, 2007 Order Appointing the Settlement Referee, and the Settlement Referee's November 5, 2007 communication and will attend the scheduled settlement meeting on November 13, 2007.

| Dated: November 9, 2007 | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| | By: /s/<br>Steven S. Kaufhold<br>Chad A. Stegeman<br>Attorneys for the Assembly Republican Intervenors and Senate Republican Intervenors |

---

[1] Senator Intervenors include: Senators Samuel Aanestad, Dick Ackerman, Roy Ashburn, James F. Battin, Jr., Dave Cogdill, Dave Cox, Jeff Denham, Robert Dutton, Dennis Hollingsworth, Abel Maldonado, Bob Margett, George Runner and Mark Wyland. California Assembly Intervenors include: Assemblymembers Todd Spitzer, Chairman, Assembly Select Committee on Prison Construction and Operations, Michael N. Villines, Assembly Republican Leader Anthony Adams, Greg Aghazarian, Joes Anderson, John J. Benoit, Tom Berryhill, Sam Blakeslee, Paul Cook, Chuck DeVore, Michael D. Duvall, Bill Emmerson, Jean Fuller, Ted Gaines, Martin Garrick, Shirley Horton, Guy S. Houston, Bob Huff, Kevin Jeffries, Rick Keene, Doug La Malfa, Bill Maze, Alan Nakanishi, Roger Niello, George A. Plescia, Sharon Runner, Jim Silva, Cameron Smyth, Audra Strickland, Van Tran, and Mimi Walters. Collectively, the Republican Assemblymembers and Republican State Senators are hereinafter referred to as the "Legislator Intervenors."

REPUBLICAN LEGISLATOR INTERVENORS'
RESPONSE TO ORDER SETTING CONDITIONS
ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS

CIV S-90-0520 LKK JFM P, C01-1351 TEH

1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500. On November 9, 2007, I served the foregoing document(s) described as:

ASSEMBLY REPUBLICAN INTERVENORS' AND SENATE REPUBLICAN INTERVENORS'S RESPONSE TO ORDER SETTING CONDITIONS ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS

on the interested party(ies) below, using the following means:

| | |
|---|---|
| California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street, 20th floor<br>P. O. Box 70550<br>Oakland, CA 94612-0550 | Union of American Physicians & Dentists<br>DAVIS, COWELL & BOWE<br>595 Market St., Suite 1400<br>San Francisco, CA 94105 |
| Robert Sillen<br>California Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA 95110 | Anne L. Keck<br>Office of Sonoma County Counsel<br>575 Administration Drive, Suite 105a<br>Santa Rosa, CA 9540 |

☒ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized
☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

☐ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 9, 2007 at San Francisco, California.

s/Laura Rojas

Laura Rojas
[Print Name of Person Executing Proof]            [Signature]

PROOF OF SERVICE                    1    CASE NO. CIV S-90-0520 LKK JFM P, C 01-1351 TEH
880220.0001 WEST 6139824 v1