1  ROD PACHECO
   District Attorney
2  County of Riverside
   4075 Main Street, First Floor
3  Riverside, California  92501
   Telephone:  (951) 955-6620
4  Fax:  (951) 955-0190
   William C. Hughes
5  (CSB # 155992)

6  Attorneys for Intervenors
   ROD PACHECO, District Attorney, Riverside
7  BONNIE M. DUMANIS, District Attorney, San Diego
   TONY RACKAUCKAS, District Attorney, Orange
8  JAN SCULLY, District Attorney, Sacramento
   CHRISTIE STANLEY, District Attorney, Santa Barbara
9  MICHAEL A. RAMOS, District Attorney, San Bernardino
   ROBERT J. KOCHLY, District Attorney, Contra Costa
10 DAVID W. PAULSON, District Attorney, Solano
   GREGG COHEN, District Attorney, Tehama
11 TODD RIEBE, District Attorney, Amador
   BRADFORD R. FENOCCHIO, District Attorney, Placer
12 JOHN R. POYNER, District Attorney, Colusa
   MICHAEL RAMSEY, District Attorney, Butte
13 GERALD T. SHEA, District Attorney, San Luis Obispo
   EDWARD R. JAGELS, District Attorney, Kern
14 GREGORY TOTTEN, District Attorney, Ventura
   VERN PIERSON, District Attorney, El Dorado
15 CLIFFORD NEWELL, District Attorney, Nevada
   RONALD L. CALHOUN, District Attorney, Kings
16 DONALD SEGERSTROM, District Attorney, Tuolumne

17          **IN THE UNITED STATES DISTRICT COURTS**
        **FOR THE EASTERN AND NORTHERN DISTRICT OF CALIFORNIA**
18   **UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**
        **PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**
19

20 RALPH COLEMAN, et al.,                    Case No:  CIV S-90-0520 LKK JFM P

             Plaintiffs,                     **THREE-JUDGE COURT**
21
        vs.
22                                           [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)
   ARNOLD SCHWARZENEGGER, et al.,
23
             Defendants.
24                                           Case No.:  C01-1351 TEH
   MARCIANO PLATA, et al.,
25                                           **THREE-JUDGE COURT**
             Plaintiffs,
26      vs.                                  **DISTRICT ATTORNEY INTERVENORS'**
                                             **RESPONSE TO ORDER SETTING**
27 ARNOLD SCHWARZENEGGER, et al.,            **CONDITIONS ON INTERVENORS'**
                                             **PARTICIPATION IN SETTLEMENT**
28           Defendants.                     **DISCUSSIONS**

                                    -1-

**TO THE COURT, THE SETTLEMENT REFEREE AND HIS CONSULTANT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

In an order filed by the Three-Judge Court on November 8, 2007, the Court required the District Attorney intervenors to "notify the court within seven (7) days . . . whether or not they wish to" participate in settlement discussions.  This Order was in direct response to the Objection to Order Appointing Settlement Referee and Consultant filed on November 6, 2007, by the Sheriff, Probation, Police Chief, Corrections intervenor defendants, Republican  Senator and Assembly intervenor defendants, and District Attorney intervenor defendants.

In objecting to the process by which this Court appointed a settlement referee and consultant, the District Attorney intervenors did not indicate that they were unwilling to participate in appropriate settlement discussions.  To the contrary, the District Attorney intervenors throughout these proceedings have maintained their absolute statutory right and willingness to be involved in all proceedings relating to a prisoner release order.  It is the Court, however, that has restricted the full participation of the District Attorney intervenors, and they refuse to waive appropriate objections to this Court's procedures and orders.

The District Attorney intervenors will comply with this Court's November 1, 2007 Order Appointing the Settlement Referee, and the Settlement Referee's November 5, 2007 communication requiring a written statement and designations, and attendance at a meeting.  In accordance with the latter communication, the District Attorney intervenors emailed to the Settlement Referee and his Consultant on November 8, 2007, a "confidential written statement of its position and a proposal for settlement" and a designation identifying their representative and lead counsel.  Lead counsel for the District Attorney intervenors will attend the scheduled meeting in San Francisco at 2 p.m. on November 13, 2007.

The District Attorney intervenors have been severely disadvantaged in their ability to defend in this proceeding, based on their inability to meaningfully participate in discovery or to participate in the first phase of the trial.  Despite this, the District

1    Attorney intervenors sincerely desire to be constructive participants in appropriate

2    settlement discussions.

3

4    DATED:    November 9, 2007

ROD PACHECO, District Attorney
County of Riverside

5

6

By:_____/s/_____

7                                                    WILLIAM C. HUGHES
                                                     Attorneys for Intervenors

8

9                                                    ROD PACHECO, District Attorney
                                                     County of Riverside
                                                     BONNIE M. DUMANIS, District Attorney,
10                                                   County of San Diego
                                                     TONY RACKAUCKAS, District
11                                                   Attorney, County of Orange
                                                     JAN SCULLY, District Attorney,
12                                                   County of Sacramento
                                                     CHRISTIE STANLEY, District
13                                                   Attorney, County of Santa Barbara
                                                     MICHAEL A. RAMOS, District
14                                                   Attorney, County of San Bernardino
                                                     ROBERT J. KOCHLY, District
15                                                   Attorney, County of Contra Costa
                                                     DAVID W. PAULSON, District
16                                                   Attorney, County of Solano
                                                     GREGG COHEN, District Attorney,
17                                                   County of Tehama
                                                     TODD RIEBE, District Attorney,
18                                                   County of Amador
                                                     BRADFORD R. FENOCCHIO, District
19                                                   Attorney, County of Placer
                                                     JOHN R. POYNER, District Attorney,
20                                                   County of Colusa
                                                     MICHAEL RAMSEY, District Attorney,
21                                                   County of Butte
                                                     GERALD T. SHEA, District Attorney,
22                                                   County of San Luis Obispo
                                                     EDWARD R. JAGELS, District Attorney,
23                                                   County of Kern
                                                     GREGORY TOTTEN, District Attorney,
24                                                   County of Ventura
                                                     VERN PIERSON, District Attorney,
25                                                   County of El Dorado
                                                     CLIFFORD NEWELL, District Attorney,
26                                                   County of Nevada
                                                     RONALD L. CALHOUN, District Attorney,
27                                                   County of Kings
                                                     DONALD SEGERSTROM, District
28                                                   Attorney, County of Tuolumne