IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER GRANTING LEAVE TO FILE AMICUS CURIAE BRIEF</u> |

On November 7, 2007, Californians United for a Responsible Budget (CURB) and its constituent organizations[1] filed a motion for leave to file an amicus curiae brief.

/////

---

[1] All of Us or None, The American Friends Service Committee, California Coalition for Women Prisoners, California Families for Inmates, California Prison Focus, The California Prison Moratorium Project, The Campaign to End the Death Penalty-Bay Area, The Central California Environmental Justice Network, Critical Resistance, The Dolores Huerta Foundation, Families to Amend California's Three Strikes (FACTS), Free Battered Women, The Friends Committee on Legislation of California, Grandmothers of the Light, Justice Now, The Justice Policy Institute, The Labor/Community Strategy Center, Legal Services for Prisoners with Children, Progressive Democrats of Los Angeles (PDLA), Proyecto Common Touch, Transgender, Gender-Variant and Intersex Justice Project, The University of California Berkeley Graduate Assembly, and, The Youth Justice Coalition-Free L.A.

Good cause appearing, the motion for leave to file an amicus curiae brief is granted.

**IT IS SO ORDERED.**

Dated:   11/9/07

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:   11/9/07

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:   11/9/07

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

2