IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,         <u>O R D E R</u>
et al.,

        Defendants.

     On September 14, 2007, Richard Edwards, a pro se prisoner, filed a request for leave to file an amicus curiae brief concerning prison overcrowding. The request is denied. The Clerk of the Court is directed to serve a copy of this order on Mr. Edwards at the address on document # 2429.

     IT IS SO ORDERED.

     DATED: November 9, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1