IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,     No. CIV S-90-0520 LKK JFM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,     <u>O R D E R</u>

    Defendants.
_____/

    On September 14, 2007, Richard Edwards, a pro se prisoner, filed a request for leave to file an amicus curiae brief concerning prison overcrowding. The request is denied. The Clerk of the Court is directed to serve a copy of this order on Mr. Edwards at the address on document # 2429.

    IT IS SO ORDERED.

    DATED: November 9, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1