JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Intervenor-Defendants
SAN DIEGO COUNTY SHERIFF WILLIAM B. KOLENDER, ORANGE COUNTY SHERIFF-CORONER MICHAEL S. CARONA, PLACER COUNTY SHERIFF EDWARD N. BONNER, BUTTE COUNTY SHERIFF-CORONER PERRY L. RENIFF, CALAVERAS COUNTY SHERIFF DENNIS DOWNUM, LOS ANGELES COUNTY SHERIFF LEE BACA, SANTA CLARA COUNTY SHERIFF LAURIE SMITH, SAN BENITO COUNTY SHERIFF CURTIS HILL, STANISLAUS COUNTY SHERIFF ADAM CHRISTIANSON, MENDOCINO COUNTY SHERIFF TOM ALLMAN, TEHAMA COUNTY SHERIFF CLAY PARKER, LASSEN COUNTY SHERIFF STEVE WARREN, YOLO COUNTY SHERIFF ED PRIETO, SANTA BARBARA COUNTY SHERIFF BILL BROWN, KERN COUNTY SHERIFF DONNY YOUNGBLOOD, SAN MATEO COUNTY SHERIFF GREG MUNKS, YUBA COUNTY SHERIFF STEVE DURFOR, CONTRA COSTA COUNTY SHERIFF WARREN RUPF, SHASTA COUNTY SHERIFF TOM BOSENKO, RIVERSIDE COUNTY SHERIFF STANLEY SNIFF JR., VENTURA COUNTY SHERIFF BOB BROOKS, SOLANO COUNTY SHERIFF GARY R. STANTON, SAN LUIS OBISPO COUNTY SHERIFF PAT HEDGES, SUTTER COUNTY SHERIFF JIM DENNEY, LAKE COUNTY SHERIFF ROD MITCHELL, GLENN COUNTY SHERIFF LARRY JONES, TUOLUMNE COUNTY SHERIFF JIM MELE, FRESNO COUNTY SHERIFF MARGARET MIMS, MONTEREY COUNTY SHERIFF MIKE KANALAKIS, MONO COUNTY SHERIFF RICHARD SCHOLL, HUMBOLDT COUNTY SHERIFF GARY PHILP, EL DORADO COUNTY SHERIFF JEFF NEVES, MERCED COUNTY SHERIFF MARK PAZIN, DEL NORTE COUNTY SHERIFF DEAN WILSON, SAN JOAQUIN COUNTY SHERIFF STEVE MOORE, AMADOR COUNTY SHERIFF MARTIN RYAN, INYO COUNTY SHERIFF WILLIAM LUTZE,

-1-
RESPONSE BY SHERIFF, PROBATION, POLICE CHIEF, AND CORRECTIONS INTERVENORS TO COURT'S ORDER SETTING CONDITIONS ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS

| | |
|---|---|
| 1 | STANISLAUS COUNTY CHIEF PROBATION OFFICER JERRY POWERS, VENTURA COUNTY CHIEF |
| 2 | PROBATION OFFICER KAREN STAPLES, SOLANO COUNTY CHIEF PROBATION OFFICER |
| 3 | ISABELLE VOIT, SANTA BARBARA COUNTY CHIEF PROBATION OFFICER PATRICIA STEWART, |
| 4 | BUTTE COUNTY CHIEF PROBATION OFFICER JOHN WARDELL, SAN LUIS OBISPO COUNTY CHIEF |
| 5 | PROBATION OFFICER KIM BARRETT, CONTRA COSTA COUNTY CHIEF PROBATION OFFICER |
| 6 | LIONEL CHATMAN, INYO COUNTY CHIEF PROBATION OFFICER JIM MOFFETT, |
| 7 | SHASTA COUNTY CHIEF PROBATION OFFICER BRIAN RICHART, YOLO COUNTY |
| 8 | CHIEF PROBATION OFFICER DON MEYER, FRESNO COUNTY CHIEF PROBATION OFFICER |
| 9 | LINDA PENNER, MARIPOSA COUNTY CHIEF PROBATION OFFICER GAIL NEAL, CITY OF |
| 10 | WHITTIER POLICE CHIEF DAVE SINGER, CITY OF ROSEVILLE POLICE CHIEF JOEL NEVES, |
| 11 | CITY OF PASADENA POLICE CHIEF BARNEY MELEKIAN, CITY OF ALHAMBRA POLICE |
| 12 | CHIEF JIM HUDSON, CITY OF FREMONT POLICE CHIEF CRAIG STECKLER, CITY OF |
| 13 | GROVER BEACH POLICE CHIEF JIM COPSEY, CITY OF SANTA CLARA POLICE CHIEF STEVE |
| 14 | LODGE, CITY OF VACAVILLE POLICE CHIEF RICH WORD, CITY OF WOODLAND POLICE CHIEF |
| 15 | CAREY SULLIVAN, CITY OF SONORA POLICE CHIEF MACE McINTOSH, CITY OF PASO ROBLES POLICE |
| 16 | CHIEF LISA SOLOMON, CITY OF SAN BERNARDINO POLICE CHIEF MICHAEL BILLDT, CITY OF |
| 17 | ATWATER POLICE CHIEF RICHARD HAWTHORNE, NATIONAL CITY POLICE CHIEF ADOLFO GONZALES, |
| 18 | CITY OF DELANO POLICE CHIEF MARK DeROSIA, CITY OF MODESTO POLICE CHIEF ROY WASDEN, |
| 19 | CITY OF FRESNO POLICE CHIEF JERRY DYER, AND CITY OF DELANO CHIEF OF CORRECTIONS GEORGE |
| 20 | GALAZA |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

-2-

| | |
|---|---|
| 1  RALPH COLEMAN, et al., | Case No: CIV S-90-0520 LKK JFM P |
| 2       Plaintiffs, | **THREE-JUDGE COURT** |
| 3       vs. | |
| 4  ARNOLD SCHWARZENEGGER, et al., | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| 5       Defendants. | **RESPONSE BY SHERIFF, PROBATION, POLICE CHIEF, AND CORRECTIONS INTERVENORS TO COURT'S ORDER SETTING CONDITIONS ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS** |
| 10 MARCIANO PLATA, et al., | Case No.: C01-1351 TEH |
| 11      Plaintiffs, | **THREE-JUDGE COURT** |
| 12      vs. | |
| 13 ARNOLD SCHWARZENEGGER, et al., | |
| 14      Defendants. | |

On November 8, 2007, the Three-Judge Court issued an Order Setting Conditions on Intervenors' Participation in Settlement Discussions in response to the Objection to Order Appointing Settlement Referee and Consultant filed on November 6, 2007, by the Sheriff, Probation, Police Chief, and Corrections Intervenors; Republican Senator and Assembly Intervenors; and District Attorney Intervenors.

In its order, the Court required intervenors to notify the court within seven days of whether or not they wish to participate in settlement discussions. The Sheriff, Probation, Police Chief, and Corrections Intervenors have never indicated an unwillingness to participate in appropriate settlement discussions. Throughout these proceedings, they have maintained their absolute statutory right and willingness to be involved in all proceedings relating to a prisoner release order.

Without waiving the objections previously filed, the Sheriff, Probation, Police

1 | Chief, and Corrections Intervenors will comply with this Court's November 1, 2007
2 | Order Appointing the Settlement Referee, and the settlement referee's November 5, 2007
3 | letter requiring a written statement and designations, and attendance at a settlement
4 | meeting. In accordance with the settlement referee's letter, the Sheriff, Probation, Police
5 | Chief, and Corrections Intervenors sent their confidential statement of position and
6 | settlement proposal by electronic mail to the settlement referee and consultant on
7 | November 8, 2007. Lead counsel for the Sheriff, Probation, Police Chief, and
8 | Corrections Intervenors will attend the scheduled meeting in San Francisco on November
9 | 13, 2007.

10 | Despite not being able to exercise their rights to fully participate in these
11 | proceedings, the Sheriff, Probation, Police Chief, and Corrections Intervenors sincerely
12 | desire to be constructive participants in the settlement discussions.

Respectfully submitted,

DATED: November 9, 2007        JONES & MAYER

By: _____/s/_____
Kimberly Hall Barlow
Ivy M. Tsai
Attorneys for Sheriff, Probation, Police Chief, and Corrections Intervenor-Defendants

# PROOF OF SERVICE
## (§ 1013a, 2015.5 C.C.P.)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 3777 N. Harbor Boulevard, Fullerton, California 92835.

On **November 9, 2007**, I served the within **RESPONSE BY SHERIFF, PROBATION, POLICE CHIEF, AND CORRECTIONS INTERVENORS TO COURT'S ORDER SETTING CONDITIONS ON INTERVENORS' PARTICIPATION IN SETTLEMENT DISCUSSIONS**, on the interested parties in said action by placing [X] a true and correct copy or [ ] the delivered by one or more of the means set forth below:

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

[ ]  [*Via Mail*]  By depositing said envelope with postage thereon fully prepaid in the United States mail at La Habra, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fullerton, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[ ]  [*Personal Delivery*]  I cause the above referenced document(s) to be delivered to the addressee set forth above.

[X]  [*Overnight Courier*]  I caused the above referenced document(s) to be delivered to an overnight delivery service, for delivery to the addressees.

[X]  [*Federal*]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 9, 2007**, at Fullerton, California.

_____
RITA J. ALGER