EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205
  Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

**FILED**

OCT 2 6 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **THREE JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. C 01-1351 TEH <br><br> **THREE JUDGE COURT** <br><br> **DECLARATION OF VINCENT P. BROWN REGARDING PRIVILEGED DOCUMENTS** |

I, Vincent P. Brown, declare:

1. I am the Chief Deputy Director of the California Department of Finance.

1. In this role, my responsibilities include reviewing the Governor's Budget before its presentation to the Legislature.

2. As delegated to me by the Director of Finance, I act for the Director as a member of the Public Works Board and the Pooled Money Investment Board. The Department of Finance also provides staff for both Boards. However, such entities are not parties to this litigation and, therefore, this declaration addresses only privileges pertinent to my role as Chief Deputy Director of the California Department of Finance.

3. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

4. I have reviewed Plaintiffs' Request for Production of Documents, Set One, propounded in the Three Judge Court proceeding involving *Coleman v. Schwarzenegger*, CIV S90-0520 LKK JFM P, and *Plata v. Schwarzenegger*, C01-1351 TEH. I am familiar with the documents generated by the Department of Finance which may be responsive to Plaintiffs' requests. Certain items within those categories of documents are privileged.

5. In my capacity as Chief Deputy Director of the California Department of Finance, I am familiar with the Department of Finance's analysis, policies, practices, and procedures concerning its involvement with the State budget process. In addition, I am familiar with, and an instrumental participant in, development of such analysis, policies, practices and procedures. I am also familiar with the process associated with the development of the budget and the development of draft budget change proposals by State agencies through an internal review process, the review and analysis of those documents by the Department of Finance, and subsequent revisions for ultimate submission to the Office of the Governor for final approval.

6. Policy, planning and procedural budget documents are drafted, revised, discussed, debated and redrafted before finalization. Final budget documents have been produced in these cases and will be provided in response to the Request for Production of Documents. In addition, final budget documents are published on Defendants' website and so are equally available to Plaintiffs. The Department of Finance maintains as privileged those documents reflecting internal analysis, deliberation and discussion prior to adoption of the Governor's budget

Decl. of Vincent P. Brown Re: Privileged Documents

2

proposal, including: draft budget change proposals, forms containing internal analysis and summation of submitted draft budget change proposals, conference committee notes, position papers, internal communications and draft cost summaries.

7. The Department of Finance takes an advisory role relative to the budget in advance of the appropriation of funds by the Legislature which supports the activities of, and the adoption of, policies, procedures and practices for State agencies. The Department of Finance's activities are performed on a continuing basis. Modifications to Department of Finance policies, practices and procedures are developed through self-evaluations conducted internally. Information gathered and derived for purposes of this process is considered confidential and is maintained in a confidential manner. Finally, many of the Department of Finance's policies and procedures are derived from budgetary and fiscal information for which the Governor has final approval.

8. Those privileged and non-privileged documents in the possession of the Department of Finance that are responsive to Plaintiffs' Request for Production of Documents, have been provided to Defendants' counsel. Those documents include briefing documents, agendas, draft plans, draft budget change proposals, forms reflecting analysis of budget change proposals, associated e-mails, official information which is not made available to the public, communications with the Office of the Governor and with other Defendants' executive levels, and communications with attorneys regarding pending and anticipated litigation.

9. Many documents provided to counsel for Defendants are pre-decisional and bear on the formulation or exercise of the Department of Finance's fiscal policy-oriented judgment. These materials were part of the deliberative policy-making process which led to a final decision, or are leading to a future final decision, regarding budgetary policies which are the basis for all governmental activities, procedures, regulations, and amendments. Such documents include draft budget change proposals; analysis of such proposals; draft planning documents; attorney work-product; communications with the Office of the Governor, other Defendants' executive levels, and the Department of Finance's attorneys; and other documents which reflect the professional opinions and suggestions of individuals rather than the policy of a particular agency.

Decl. of Vincent P. Brown Re: Privileged Documents

3

1  10. Many potentially responsive documents reflect complex calculations, judgments,
2  projections, the application of existing laws and regulations, and the assessment of possible
3  solutions and recommendations. As such, these documents are pre-decisional, deliberative, and
4  should be shielded from discovery because disclosure of the documents may chill future
5  discourse, self-evaluation and critical analysis. Furthermore, if individuals fear that deliberative
6  materials will be made public, it may deter discussion and development of theories and ideas of
7  benefit to the public.

8  I declare under penalty of perjury the foregoing is true and correct.

9  Executed on October 25, 2007, in Sacramento, California.

VINCENT P. BROWN
Chief Deputy Director
California Department of Finance

30346053.wpd

SF2007200670

Decl. of Vincent P. Brown Re: Privileged Documents

4