1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6  1300 I Street, Suite 125
   P.O. Box 944255
7  Sacramento, CA 94244-2550
   Telephone: (916) 324-5388
8  Fax: (916) 324-5205
   Email: Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants

**FILED**

OCT 26 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C 01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF CYNTHIA A. RADAVSKY REGARDING PRIVILEGED DOCUMENTS** |

I, Cynthia A. Radavsky, declare:

1. I am employed in the position of Deputy Director of Long-Term Care Services with

Decl. of Cindy Radavsky Re: Privileged Documents

1

the Department of Mental Health (DMH) of the Health and Human Services Agency. I have been employed by the Department of Mental Health since October 1995 and have held the following positions: Program Director at Napa State Hospital from 1995 to 1998, Assistant Deputy Director of Long Term Care Services from 1998 to 2006, and Deputy Director of Long Term Care Services from 2006 to present.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. In my position with DMH, I am familiar with the missions, policies, staffing, and operations of each of the state hospitals. I am responsible for overseeing the inpatient care provided to CDCR inmate-patients at Atascadero State Hospital, Coalinga State Hospital and Patton State Hospital. I am also familiar with the missions, policies, staffing and operations of DMH programs within California Department of Correction and Rehabilitation (CDCR) facilities, such as Vacaville Psychiatric Program at California Medical Facility and Salinas Valley Psychiatric Program at Salinas Valley State Prison.

4. I am responsible for ensuring DMH provides appropriate responses to and complies with those *Coleman* court orders applicable to DMH. I worked with a multi-agency task force in preparing and developing Defendants' August 2007 mental health bed plan. I also participated in the development of Defendants' Interim Mental Health Bed Plan, Defendants Long-Range Mental Health Bed Plan of October 2006, and Amended Long-Range Mental Health Plan of December 2006. I am participated in the development of the pay parity plans approved by this Court for DMH clinicians. I also participated in developing the DMH response to court orders for a staff recruitment plan, an activation plan for Atascadero State Hospital, a feasibility plan for Coalinga State Hospital. Each of these referenced documents have been filed with the *Coleman* court and provided to counsel. I oversee the preparation and implementation of the operating interagency agreements and memoranda of understanding between DMH and CDCR to provide acute and intermediate care inpatient beds to CDCR inmates. Those interagency documents and memoranda of understanding have been submitted to Special Master Keating and Plaintiffs' counsel for review.

Decl. of Cindy Radavsky Re: Privileged Documents

2

5. I am also responsible for DMH's responses to other litigation matters, ranging from habeas petitions filed by patients to the action brought by the United States Department of Justice against DMH under the Civil Rights of Institutionalized Persons Act (known as the CRIPA case).   6. I have reviewed Plaintiffs' Request for Production of Documents, Set One, propounded in the Three Judge Court proceeding involving *Coleman v. Schwarzenegger*, Case No. CIV S90-0520 LKK JFM P, and *Plata v. Schwarzenegger*, Case No. C01-1351 TEH. I am familiar with the documents generated by the Department of Mental Health which may be responsive to Plaintiffs' requests. Certain items within those categories of documents are privileged.

7. In my capacity as Deputy Director of Long-Term Care Services for DMH, I am familiar with this agency's analysis, regulations, policies, practices, and procedures concerning its involvement with prisons of the California Department of Corrections and Rehabilitation. In addition, I am familiar with, and an instrumental participant in, development of such analysis, policies and procedures. I am also familiar with the process associated with the derivation of the budget and the development of draft budget change proposals for internal review and revision and for ultimate submission to the Office of the Governor for final approval.

8. Policy, planning and procedural documents are drafted, revised, discussed, debated and redrafted before finalization. Although the final product will be produced, DMH maintains as privileged those drafts or other documents reflecting internal analysis, deliberation and discussion prior to adoption of the final product. Such documents include patient planning committee notes, draft budget change proposals, legal opinions prepared by in-house counsel for DMH staff, legal memoranda prepared relative to ongoing litigation (such as this case and the CRIPA case), position papers and draft cost summaries.

9. When requested, DMH takes an advisory role relative to treatment of CDCR inmate-patients in advance of adoption of plans, policies and procedures. These functions are performed on a continuing basis. In addition, modifications to policies and procedures may be developed through self-evaluations conducted internally. Information gathered and derived for purposes of policy planning and analysis is considered confidential and is maintained in a confidential

Decl. of Cindy Radavsky Re: Privileged Documents

3

1. manner. Finally, many of DMH's policies and procedures are derived based upon budgetary and fiscal information for which the Governor has final approval.

10. I have caused documents in the possession of DMH to be provided to counsel for the Defendants in response to Plaintiffs' Request for Production of Documents, Set One. These documents include draft unadopted planning documents, budget change proposal packages, associated e-mails, documents developed to activate internal debate and analysis, official information which is not made available to the public, and communications with DMH's staff attorneys and the Attorney General's Office regarding pending and anticipated litigation.

11. Many documents provided to counsel for Defendants are pre-decisional and bear on the formulation or exercise of DMH's judgment. These materials were part of the deliberative policy-making process which led to a final decision, or are leading to a future final decision, regarding DMH's budget, policies, procedures and treatment of CDCR inmate-patients. Such documents include recommendations, draft documents, proposals, legal comments, and other documents which reflect the personal opinion of the individual writers rather than the policy of DMH.

12. Many potentially responsive documents were derived from a complex set of treatment considerations, judgments, projections, other rules and regulations, and the assessment of possible solutions and recommendations. As such, these documents are pre-decisional, deliberative, and should be shielded from discovery because disclosure of the documents may chill future beneficial discourse, self-evaluation and debate. Furthermore, if individuals working with or for DMH fear that deliberative materials will be made public, the release may deter discussion and development of theories and ideas of benefit to the public.

I declare under penalty of perjury the foregoing is true and correct.

Executed on _____, 2007, in Sacramento, California.

CYNTHIA A. RADAVSKY
Deputy Director, Long-Term Care Services
Department of Mental Health

10346134.wpd
SF2007200670

Decl. of Cindy Radavsky Re: Privileged Documents

4