1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5388
8   Fax: (916) 324-5205
    Email: Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants

**FILED**

OCT 26 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | No. C 01-1351 TEH |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | **DECLARATION OF SCOTT KERNAN REGARDING PRIVILEGED DOCUMENTS** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

I, Scott Kernan, declare:

1. I am the Chief Deputy Secretary of Adult Operations for the California Department of

Decl. of Scott Kernan re Privileged Documents

1

1  Corrections and Rehabilitation (CDCR). I have been employed by CDCR since 1983.

2      2. I declare the following of my own knowledge and, if called as a witness, would
3  competently testify to the following.

4      3. In my capacity as Chief Deputy Secretary of Adult Operations, I am responsible for
5  overseeing the management and operation of the adult correctional facilities within CDCR. I am
6  familiar with CDCR's regulations, policies, practices, and procedures concerning out-of-state
7  transfers, prison site selection, prison capacity and bed planning as well as rules, regulations,
8  policies and procedures regarding re-entry facilities and the prison parole system. In addition, I
9  am familiar with, and an instrumental participant in, development of such policies and
10 procedures.

11     4. I have reviewed Plaintiffs' Requests for Production of Documents propounded in the
12 Three Judge Court proceeding involving *Coleman v. Schwarzenegger*, CIV S90-0520 LKK JFM
13 P, and *Plata v. Schwarzenegger*, C01-1351 TEH. I am familiar with the documents generated by
14 this agency which may be responsive to Plaintiffs' requests. Certain items within those
15 categories of documents are privileged.

16     5. Plaintiffs' request for production number 24 seeks any all documents which refer or
17 relate to timetables for out of state transfers. I am familiar with those documents which were
18 prepared by a multidisciplinary team of attorneys, clinicians and correctional administrators
19 within CDCR. Defendants have already produced to Plaintiffs the activation schedules for out-
20 of-state transfers indicating dates and numbers of inmates to be transferred. Additional
21 information is available on CDCR's website. However, the disclosure of specific information
22 regarding from where, when and by what means individual inmates will be transferred out-of-
23 state raises grave security concerns for CDCR. As inmates are at times transported on public
24 roadways, the release of detailed information regarding these transports may place the inmates,
25 CDCR escort staff and the public at risk. Publication of security sensitive materials will threaten
26 the defendant's strong interest in preventing disclosure of information regarding security
27 procedures. For these reasons, some documents reflecting out-of-state transfer information will
28 not be disclosed. Defendants will provide descriptions of these privileged documents on

Decl. of Scott Kernan re Privileged Documents

2

1 Defendants' privilege log.

2     6. Documents reflecting architectural specifications, renderings, blueprints, infrastructure layout, building footprints, points of access and construction design details also implicate security concerns. Disclosure of such information would compromise prison security and could endanger staff, inmates and the public. For these reasons, these documents will not be disclosed. Defendants will provide descriptions of these privileged documents on Defendants' privilege log.

    7. CDCR's policy, planning and procedural documents are drafted, revised, discussed, debated and redrafted before finalization. Finalized documents may address AB 900, sites, out-of-state transfers, beds, re-entry, parole and/or intake policies. Although the final product will be produced, many final documents have already been provided to Court and counsel in these cases and are equally available to Plaintiffs on CDCR's online website. However, CDCR maintains as privileged drafts or other documents reflecting internal analysis, deliberation and discussion prior to adoption of the final product.

    8. CDCR's policies and procedures are derived and amended by committees of individuals who are assigned to evaluate or modify existing policies and procedures or derive new policies and procedures for this agency. Such policies address a wide array of issues, including security, housing, transfers and population management. Committees function on a continuing basis. In addition, policies and procedures and modifications thereto are developed through self-evaluations and audits conducted internally and in conjunction with other institutions. Information gathered and derived for purposes of policy planning and analysis is considered confidential and is maintained in a confidential manner. Finally, many of CDCR's policies and procedures are derived based upon budgetary and fiscal information for which the Governor and the Legislature have final approval.

    9. I am also familiar with the process associated with the derivation of the budget and the development of draft budget change proposals for CDCR's internal review and revision which are submitted to the Department of Finance and ultimately submitted to the Office of the Governor for final approval.

1   10. I have provided documents in the possession of CDCR to counsel for the Defendants in response to Plaintiffs' Requests for Production of Documents. These documents include Budget Change Proposal packages, associated e-mails, documents developed to prompt internal debate and analysis, official information which is not made available to the public, communications with the Office of the Governor and with other Defendants' executive levels, and communications with CDCR's attorneys regarding proposed courses of action as well as pending and anticipated litigation.

11. Many documents provided to counsel for Defendants are pre-decisional and bear on the formulation or exercise of CDCR's policy-oriented judgment. These materials were part of the deliberative policy-making process which led to a final decision, or are leading to a future final decision, regarding CDCR's policies, procedures, regulations, or amendments. Such documents include recommendations, draft documents, proposals, analysis, legal comments, and other documents which reflect the personal opinion of the individual writers rather than the policy of CDCR.

12. Many potentially responsive documents were developed through complex analysis of projections, rules and regulations, other State's endeavors, recommendations from staff and the assessment of possible solutions and barriers. As such, these documents are pre-decisional, deliberative, and should be shielded from discovery because disclosure of the documents may chill future discourse, self-evaluation and critical analysis. Furthermore, if individuals fear that deliberative materials will be made public, it may deter discussion and development of beneficial theories and ideas.

I declare under penalty of perjury the foregoing is true and correct.

Executed on _____10-25_____, 2007, in Sacramento, California.

SCOTT KERNAN
Chief Deputy Secretary of Adult Operations
California Department of Corrections and Rehabilitation

30346480.wpd

SF2007200670

Decl. of Scott Kernan re Privileged Documents