| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California  94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington  98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.:  Civ S 90-0520 LKK-JFM<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF DEFENDANTS' NON-COMPLIANCE WITH JUNE 1, 2007 ORDER [DOCKET 2255] AND REQUEST FOR FURTHER REMEDIAL RELIEF** |

On June 1, 2007, this Court ordered defendants to submit a plan that will satisfy the need for sufficient small management yards to meet Title 15 exercise requirements for inmates in administrative segregation.  6/1/07 Order [Docket 2255] at ¶ 4.  The Court's Order required that the Plan include funding and completion of the yards by the end of the fiscal year 2008/2009, and also include provisions "for better utilization of the existing small management yards and coordination with available staff to maximize yard usage." *Id.*  This Court adopted the "special master's May 14, 2007 report and recommendations…in full". *Id.* at ¶ 3.

Defendants filed their Plan on October 29, 2007.  Docket 2492.  Their Plan fails to include a schedule for completion of the total number of small management yards recommended in the Special Master's May 14, 2007 Report by the end of fiscal year 2008/2009.  In fact, Defendants' Plan excludes 318 of the required small management yards and states that the small management yards scheduled for construction will not be completed on schedule.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants shall be required to complete construction of the remaining 761 small management yards identified in the Special Master's Supplemental Report and Recommendations filed May 14, 2007 by 2008/2009.  To the extent that any laws or regulations may need to be waived in order to ensure the timely construction of these small management yards, defendants are instructed to return to the Court with an application for such waivers.

2. Defendants' Interim Plan to address the shortage of small management yards is rejected as inadequate.  Within 30 days of this Order, Defendants shall develop and file with the Court an interim plan to address the shortage of small management yards, including but not limited to, the provision of additional staffing resources for yard during other watches, including 3rd Watch.

3. Defendants shall file a revised Plan, within 30 days, for completion of the 761 small management yards by the end of fiscal year 2008/2009.  This Plan shall be supported by sworn declarations of CDCR and DOF officials.  Defendants shall provide regular reports to

the Court, supported by sworn declarations, concerning their ongoing compliance with the revised Plan.

DATED: _____          _____
                                Honorable Lawrence K. Karlton

-2-
[PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSITION TO DEFENDANTS' RESPONSE TO COURT ORDER RE: SMALL MANAGEMENT YARDS AND REQUEST FOR FURTHER REMEDIAL ORDER NO.: CIV S 90-0520 LKK-JFM