| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　Defendants | No.: Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　vs.<br>　　　Defendants | No. C01-1351 TEH<br>**PLAINTIFFS' [PROPOSED] ORDER REGARDING DISCOVERY DISPUTES** |

The parties are before the Court on an expedited motion to resolve discovery disputes regarding the adequacy of Defendants' efforts to identify and produce documents responsive to Plaintiffs' discovery requests. The Court has considered the parties' statements, filed November 19, 2007, additional pleadings, and heard argument on November 19, 2007.

Good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants shall immediately produce to Plaintiffs the index of data collected from their list of 81 custodians, the list of "DT Search" terms they applied to that index, and the "hit list" from any searches they performed.

2. Defendants shall run a final list of search terms provided to them by Plaintiffs against their index and produce supplemental documents accordingly by November 30, 2007.

3. Defendants shall create and produce an additional list of search terms in "DT Search" format to Plaintiffs that are responsive to Plaintiffs' October 17, 2007 Requests for Production. Defendants shall produce relevant documents resulting from application of these search terms to Plaintiffs by November 30, 2007.

4. Defendants shall submit a list of additional individuals appropriate for response to Plaintiffs' October 17, 2007 Requests for Production, including but not limited to the wardens at the 33 CDCR prisons and any other relevant staff at the headquarters, institution, and regional levels, by close of business Tuesday, November 20, 2007. All gathering of data, both paper and electronic, and production of documents to Plaintiffs from these additional custodians must be completed by November 30, 2007. In addition, if any method of gathering this data that Defendants employ involves searching for particular words or phrases, Defendants must create this list in collaboration with Plaintiffs' counsel.

5. By November 26, 2007, Defendants must file a written statement with the Court regarding the loss and/or flushing of the seven CDCR custodians' hard drives, including what staff instructed the flushing of computers, who looked for the missing data and/or hard drives and what steps they took, and what alternative information has been captured and for what time period. Defendants must also file all relevant written agency policies regarding data/computer/ document retention and any litigation hold memoranda that were issued by or to Defendant agencies.

6. A hearing before this Court regarding Plaintiffs' objections to Defendants' assertions of privilege, including but not limited to the Defendants' assertion of the deliberative process privilege, is set for Wednesday, November 21, 2007. Defendants must file any updated privilege logs that they wish the Court to consider by the close of business on Tuesday, November 20, 2007. This Court will also hear any remaining arguments concerning Defendants' responses to Plaintiffs' Second Set of Discovery Requests at this time.

Dated: _____          _____
                                  Magistrate Judge John F. Moulds