Exhibit A

## SEARCH TERMS

AB or "Assembly Bill" /2 900 /20 implement~

AB or "Assembly Bill" /2 900 and implement~ and traffic

AB or "Assembly Bill" /2 900 and implement~ and sewage

AB or "Assembly Bill" /2 900 and implement~ and water

AB or "Assembly Bill" /2 900 and implement~ and power

AB or "Assembly Bill" /2 900 and local /20 construct~

AB or "Assembly Bill" /2 900 and site~ /20 construct~

AB or "Assembly Bill" /2 900 and fever /2 valley /5 construct~

AB or "Assembly Bill" /2 900 and fever /2 valley /5 mitigation

AB or "Assembly Bill" /2 900 and construct~ and site /2 survey~

AB or "Assembly Bill" /2 900 and construct~ and "Environmental Impact Report"

AB or "Assembly Bill" /2 900 /20 reentry

AB or "Assembly Bill" /2 900 and reentry and construct~

AB or "Assembly Bill" /2 900 and reentry and timetable

AB or "Assembly Bill" /2 900 and reentry and site~

AB or "Assembly Bill" /2 900 and reentry and local

AB or "Assembly Bill" /2 900 /20 infill

AB or "Assembly Bill" /2 900 and infill and construct~

AB or "Assembly Bill" /2 900 and infill and timetable

AB or "Assembly Bill" /2 900 and infill and site~

AB or "Assembly Bill" /2 900 and infill and local

AB or "Assembly Bill" /2 900 and prison /10 construct~

AB or "Assembly Bill" /2 900 and prison and construct~ and timetable

AB or "Assembly Bill" /2 900 and prison and construct~ and site~

AB or "Assembly Bill" /2 900 and prison and construct~ and local

AB or "Assembly Bill" /2 900 and jail /10 construct~

AB or "Assembly Bill" /2 900 and jail and construct~ and timetable

AB or "Assembly Bill" /2 900 and jail and construct~ and site~

AB or "Assembly Bill" /2 900 and jail and construct~ and local

AB or "Assembly Bill" /2 900 and infrastructure /10 capacity

AB or "Assembly Bill" /2 900 and clinic~ /10 space

AB or "Assembly Bill" /2 900 and program~ /5 space

AB or "Assembly Bill" /2 900 /10 Phase /2 I or 1 or One

AB or "Assembly Bill" /2 900 /10 Phase /2 II or 2 or Two

AB or "Assembly Bill" /2 900 /20 timetable

AB or "Assembly Bill" /2 900 and timetable and construct~

AB or "Assembly Bill" /2 900 and timetable and local

AB or "Assembly Bill" /2 900 and possible /5 site~ /20 construct~

AB or "Assembly Bill" /2 900 /20 medical or "mental health"

AB or "Assembly Bill" /2 900 and medical or "mental health" and bed

AB or "Assembly Bill" /2 900 and fund~ /10 timetable

AB or "Assembly Bill" /2 900 /2 Tilton

AB or "Assembly Bill" /2 900 /2 Kernan

AB or "Assembly Bill" /2 900 /2 Governor

AB or "Assembly Bill" /2 900 /2 Petersilia

AB or "Assembly Bill" /2 900 /2 Jett

AB or "Assembly Bill" /2 900 /2 Hysen

AB or "Assembly Bill" /2 900 /2 out /2 state /2 transfer

Limit~ /10 prison /5 population

Prison~ /5 population /5 project~

Prison~ /5 population /5 capacity

Prison~ /5 max~ /5 capacity

CDCR /5 population /5 capacity

CDCR /5 max~ /5 capacity

Code /10 15819.40

Code /10 15819.41

Population /5 cap

Bad /5 bed

CDCR correction~ /2 beds

Long /5 bed /5 plan

AB or "Assembly Bill" /2 900 and recruit /10 medical /5 staff~

AB or "Assembly Bill" /2 900 and recruit /10 mental /2 health /5 staff~

AB or "Assembly Bill" /2 900 and transfer /2 out /2 state

AB or "Assembly Bill" /2 900 and transfer and out /2 state and timetable

Parole /5 reform /5 polic~ and prison /5 population

Sentencing /5 reform /5 commission and prison /5 population

Sentencing /5 reform and prison /5 population

AB or "Assembly Bill" /2 900 and activation /5 transfer

AB or "Assembly Bill" /2 900 and "infrastructure capacity projects"

AB or "Assembly Bill" /2 900 and "reentry beds"

AB or "Assembly Bill" /2 900 and "local jail bed capacity"