```
1  FUTTERMAN & DUPREE LLP
   MARTIN H. DODD (104363)
2  JAMIE L. DUPREE (158105)
   160 Sansome Street, 17th Floor
3  San Francisco, California 94104
   Telephone: (415) 399-3840
4  Facsimile:  (415) 399-3838
   martin@dfdlaw.com
5  jdupree@dfdlaw.com

6  Attorneys for Receiver
   Robert Sillen
7
8
9             UNITED STATES DISTRICT COURT
10        FOR THE EASTERN DISTRICT OF CALIFORNIA
11       AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
12   UNITED STATE DISTRICT COURT COMPOSED OF THREE JUDGES
13      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
```

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. CIV S-90-0520 LKK JFM P |
| *Plaintiffs*, | **THREE JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| *Defendants.* | |
| MARCIANO PLATA, et al., | Case No. C01-1351 TEH |
| *Plaintiffs*, | **THREE JUDGE COURT** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | **RECEIVER'S STATEMENT RE DISCOVERY DISPUTE** |
| *Defendants.* | Date: November 19, 2007<br>Time: 1:30 p.m.<br>Courtroom: 26 |

The Receiver in *Plata*, Robert Sillen ("Receiver") submits this statement regarding the discovery dispute to be heard by the Court at 1:30 p.m. on November 19, 2007.

The Receiver's counsel spoke with both defense counsel and plaintiffs' counsel on Friday, November 16, 2007 regarding certain document requests directed to defendants, seeking documents, including in electronic form, from certain personnel employed or formerly employed by CDCR in medical-related positions. The Receiver understands that plaintiffs have requested that defendants produce such documents and that defendants have asserted that such personnel are subject to the Receiver's direction and control and therefore any discovery requests should be served on the Receiver. The Receiver has consistently asserted that discovery on CDCR employees employed in medical-related occupations during the period of the receivership should be served on the Receiver. Thus, for example, discovery directed to Regional Medical Directors,[1] Chief Medical Officers, the Director of Nursing and the like, to the extent that such discovery pertains to the period of the receivership, should be formally served on the Receiver.

The Receiver is uncertain whether the subject of discovery from such individuals or categories of individuals will be discussed at the hearing this afternoon. If the issue does arise, then counsel for the Receiver would like to participate in the hearing and requests the opportunity to do so telephonically. The direct dial for the undersigned is (415) 399-3841.

Dated: November 19, 2007

FUTTERMAN & DUPREE LLP

By: _____/s/_____
Martin H. Dodd
Attorneys for Receiver Robert Sillen

---

[1] Since January 2007, the Regional Medical Directors have been employed directly by the Receiver, not by CDCR.