# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Ralph Coleman, et al.,

    Plaintiff(s),        2:90-cv-00520-LKK-JFM

v.                        **Minute Order**

John S. Zil, et al.,

    Defendant(s).

_____/

**FILED**
November 19, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

    At a session of the United States District Court for the Eastern District of California in Sacramento, California, November 19, 2007:

PRESENT:    The Honorable JOHN F. MOULDS, United States Magistrate Judge,

    YOU ARE HEREBY NOTIFIED that the hearing regarding privilege logs, currently set for December 6, 2007, at 1:30 p.m., is rescheduled for December 6, 2007, at **2:00 p.m.** The hearing is set before Honorable John F. Moulds.

    I HEREBY CERTIFY that the foregoing is a true and correct statement of an order made in the above-captioned matter.

                        VICTORIA C. MINOR, Clerk

Dated: November 19, 2007                */s/ Amanda Souvannarath*
                                        By: Amanda Souvannarath
                                        Court Services Supervisor
                                        (916) 930-4141
                                        asouvannarath@caed.uscourts.gov