EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, SBN 126424
CHARLES J. ANTONEN, State Bar No. 221207
Deputy Attorneys General
1300 I Street, Suite 125
Sacramento, CA 94244-2550
Telephone: (916) 327-7872
Facsimile: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
Email: pmello@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                        Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                        Defendants.<br><br>MARCIANO PLATA, et al.,<br><br>                        Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                        Defendants. | 90-0520 LKK JFM<br><br>**THREE-JUDGE COURT**<br><br><br><br>C-01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION FOR A STAY OF ORDER TO PRODUCE DISK** |

//

I, Lisa Tillman, declare:

1. I am an attorney licensed to practice before the courts of the State of California and am admitted to practice before the Northern, Eastern and Southern Districts of the United States District Court of California. I am a Deputy Attorney General with the Office of the Attorney General and serve as counsel of record for the Defendants in the matter of *Coleman v. Schwarzenegger*.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. At the November 19, 2007 discovery hearing, this Court ordered Defendants to produce, on November 20, 2007 for *in camera* review, a disk containing the documents marked privileged to date.

4. The Court heard Plaintiffs express concerns about the volume of privileged documents and their request for a hearing date for their anticipated motion to challenge Defendants' withholding of certain documents on the basis of privilege. This Court provided Plaintiffs with a hearing date of December 6, 2007 for their motion to compel.

5. After the November 19, 2007 hearing, I met with Plaintiffs' counsel Lori Rifkin and discussed Plaintiffs' concerns about the quality of the privilege logs provided to date. I understand Plaintiffs' counsel will observe the attorney-client privilege so long as it is properly supported by information in the privilege log. Ms. Rifkin indicated that the privilege logs have not consistently indicated both the author and recipient(s) of the asserted attorney client communication. Further, she stated that the privilege log appeared to have conspicuous errors in classifying certain obviously non-privileged documents as privileged. I agreed Defendants would review the privilege logs for the purpose of clarifying the basis for the asserted attorney-client privilege as well as for the purpose of remediating any obviously erroneous information.

//
//
//

6. I believe both counsels hope this process of meeting and conferring will result in a privilege log that sufficiently justifies the assertion of the attorney-client privilege and so obviates the need for any motion to compel concerning the attorney client privilege.

I declare under the penalty of perjury the foregoing is true and correct.

Dated: November 20, 2007          Executed in Sacramento, California.

                                  By: /s/ Lisa Tillman
                                      LISA A. TILLMAN