PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY–
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>          Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>          Plaintiffs,<br>     vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>     vs.<br>          Defendants | No. C01-1351 THE<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION [PROPOSED] ORDER RE: AND INSTITUTION-SPECIFIC CUSTODIANS** |

-1-
, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 THE

The parties, by and through their counsel, have met and conferred about Plaintiffs' first request for production upon Defendants, served September 5, 2007, Plaintiff Coleman's first request for production upon Defendants, served October 17, 2007, and Plaintiff Plata's first request for production upon Defendants, served October 17, 2007. The parties agree that:

1. By noon Tuesday, November 20, 2007, Plaintiffs will provide Defendants with a list of those requests from Plaintiff Coleman's first request for production of documents that are institution-specific and require responses from wardens.

2. Plaintiffs and Defendants will meet and confer by Wednesday, November 21, 2007 at noon, about the number and content of those institution-specific requests and whether Defendants can obtain the sought information by November 30, 2007.

Dated: November 20, 2007        Respectfully submitted,

/s/ Michael W. Bien
Michael Bien
Rosen, Bien & Galvan
Attorneys for Plaintiffs

Dated: November 20, 2007

/s/ Misha D. Igra
Misha Igra
Deputy Attorney General
California Attorney General
Attorney for Defendants

Dated: November 20, 2007

/s/ Charles J. Antonen
Charles J. Antonen
Deputy Attorney General
California Attorney General
Attorney for Defendants