1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST, SBN 183792
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, SBN 126424
   CHARLES J. ANTONEN, SBN 221207
6  SAMANTHA D. TAMA, SBN 240280
   Deputy Attorney General
7    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
8    Telephone:  (415) 703-5711
     Fax:  (415) 703-5843
9    Email:  Rochelle.East@doj.ca.gov

HANSON   BRIDGETT   MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

10  Attorneys for Defendants

11

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14          AND THE NORTHERN DISTRICT OF CALIFORNIA

15      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

16        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **THREE JUDGE COURT** |
| **v.** | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |
| **MARCIANO PLATA, et al.,** | No. C 01-1351 TEH |
| Plaintiffs, | **THREE JUDGE COURT** |
| **v.** | **DECLARATION OF ROCHELLE C. EAST IN SUPPORT OF DEFENDANTS' REQUEST FOR RECONSIDERATION BY THE THREE-JUDGE PANEL OF MAGISTRATE JUDGE'S RULING (E.D. L.R. 72-303)** |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

Decl. R. East Supp. Defs.' Mot. for Reconsideration                    Case Nos. C 01-1351 & 2:90-cv-00520

1

1    I, Rochelle C. East, declare as follows:

2    1.  I am an attorney licensed to practice before the courts of the State of California and

3    am admitted to practice before the Northern, Eastern, and Central Districts of the United States

4    District Court of California and before the Supreme Court of the United States.  I am a

5    Supervising Deputy Attorney General in the California Attorney General's Office, counsel of

6    record for Defendants in these matters.

7    2.   I have personal knowledge of the facts stated in this declaration and if called upon to

8    testify, would do so competently.  I submit this declaration in support of Defendants' Motion for

9    Reconsideration of Magistrate Moulds's Order on November 21, 2007 to Produce Privileged

10   Documents.

11   3.  At about 11:15 a.m. on Wednesday, November 21, 2007, I received a call from Haven

12   Gracey, Magistrate Moulds's clerk.  She advised me that Magistrate Moulds would hold a

13   telephonic hearing at 1:00 p.m. that day, on the issue of Defendants' Motion for Reconsideration

14   or, in the Alternative, Motion for Stay of Order to Produce Disk, which Defendants had filed on

15   November 20, 2007.  Ms. Gracey asked me who would attend the hearing.  After determining

16   that the attorneys who had worked most closely on this issue were unavailable due to the

17   Thanksgiving holiday, I called Ms. Gracey back and told her that Paul Mello and I would attend

18   the telephonic hearing.

19   4.  The district court initiated the call around 1:00 p.m.  Magistrate Moulds stated that the

20   hearing was being recorded.  Michael Bien and Lisa Ells appeared telephonically for Plaintiffs,

21   and Paul Mello and I for Defendants.  Magistrate Moulds asked whether everyone had read

22   Plaintiffs' opposition papers, which had been filed around 12:20 p.m.  I stated that I had not yet

23   read the supporting declaration, and Magistrate Moulds afforded defense counsel a couple of

24   minutes to read it.

25   5.  Magistrate Moulds asked how many documents were considered privileged.  I

26   responded that my numbers were only approximate because Defendants have between 40-60

27   attorneys reviewing documents each day, so the numbers change daily.  Also, I was not the

28   attorney most closely involved with the daily count of documents, so my numbers were only my

Decl. R. East Supp. Defs.' Mot. for Reconsideration                          Case Nos. C 01-1351 & 2:90-cv-00520

1   best estimates.  However, I estimated that of the hundreds of thousands of documents that we

2   were reviewing, hundreds of documents were attorney-client privileged, and that thousands were

3   covered by other privileges.  Magistrate Moulds took the matter under submission.

4          6.  Magistrate Moulds then thanked Plaintiffs for their filing, and stated that Defendants

5   knew about the Court's direction to the parties.  He stated that there were two reasons that he

6   wanted all privileged documents produced to the Court.  First, he stated that given the volume of

7   documents, he had thought that it was likely that a large number would be at issue, and he

8   wanted to ensure that privileges were claimed with care.  Second, Magistrate Moulds stated that

9   the Court had reviewed one of the documents that had been withheld because of the deliberative

10  process privilege, and he stated that it appeared that the Court would need to review those

11  documents.  Moreover, Magistrate Moulds wanted to avoid having a very large volume of

12  documents that needed to be reviewed at the close of discovery.  For these reasons, he denied

13  Defendants' Motion for Reconsideration and Motion for a Stay.

14         7.  I received a Minute Order electronically that memorialized the hearing and ruling.

15  That Minute Order is attached as Exhibit One, and is document number 2553 in *Coleman v.*

16  *Schwarzenegger*, Eastern District case number 2:90-cv-520.  The Minute Order indicates that a

17  court order will follow.  I have not received the court's order.

18         I declare under the penalty of perjury that the foregoing is true and correct.

19         Dated: November 21, 2007              Executed in San Francisco, California

20                                              By:    /s/ Rochelle C. East

21                                                   ROCHELLE C. EAST

22

23

24

25

26

27

28

Decl. R. East Supp. Defs.' Mot. for Reconsideration                Case Nos. C 01-1351 & 2:90-cv-00520