DONALD SPECTER #83925
ALISON HARDY #135966
General Delivery
San Quentin, CA 94964
dspecter@prisonlaw.com
ahardy@prisonlaw.com
Telephone: (415) 457-9144
Facsimile: (415) 457-9151
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

CARLOS PEREZ, et al.,

Plaintiffs,

v.

JAMES TILTON, et al.,

Defendants.

Case No. C05-5241 JSW

**CLASS ACTION**

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE RECEIVER'S PROPOSED CONSTRUCTION AGREEMENT**

Plaintiffs do not oppose the agreement attached to the Courts' Order to Show Cause of November 13, 2007.

Plaintiffs request that the Receiver be subject to reporting requirements as a condition of approval of this agreement. When the *Coleman*, *Plata* and *Perez* Courts approved the Receiver's proposed agreements on contracting, information technology and pharmacy services, they also ordered the Receiver to file quarterly reports in *Perez* addressing necessary tasks and metrics related to the agreements, and particular problems and successes experienced by the Receiver in connection with the affected functions. Plaintiffs request a similar reporting order relating to the construction agreement, which covers three separate but related construction projects.

Plaintiffs' Response OSC Re Construction Agreement
*Perez v. Tilton,* C-05-5241

1  Specifically, Plaintiffs request that the Courts order the Receiver to report to the parties and the
2  *Perez* Court on the construction plans and timelines for the three construction projects, as well as
3  particular problems and successes experienced by the Receiver in connection with the
4  construction projects.   See June 28, 2007 Order Approving Coordination Agreements.
5       Additionally, Plaintiffs object to the Receiver's failure to file the Quarterly Progress
6  Reports, as ordered in June 28, 2007 Order Approving Coordination Agreements.

8                    Respectfully Submitted,
                     PRISON LAW OFFICE

10 Dated:    November 26, 2007         By:     /s/ Alison Hardy
                                       Alison Hardy
11                                     Attorneys for Plaintiffs

Plaintiffs' Response OSC Re Construction Agreement
*Perez v. Tilton,* C-05-5241

2