| | | |
|---|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER – 83925 | BINGHAM McCUTCHEN, LLP<br>WARREN E. GEORGE – 53588 |
| 2 | SARA NORMAN – 189536<br>General Delivery | Three Embarcadero Center<br>San Francisco, California 94111-4066 |
| 3 | San Quentin, California 94964<br>Telephone: (415) 457-9144 | Telephone: (415) 393-2000 |
| 4 | | |
| 5 | DISABILITY RIGHTS EDUCATION &<br>DEFENSE FUND, INC. | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891 |
| 6 | LINDA KILB – 136101<br>2212 6th Street | GAY C. GRUNFELD – 121944<br>315 Montgomery Street, 10th Floor |
| 7 | Berkeley, California 94710<br>Telephone: (510) 644-2555 | San Francisco, California 94104<br>Telephone (415) 433-6830 |
| 8 | JONES DAY | |
| 9 | CAROLINE N. MITCHELL – 143124<br>555 California Street, 25th Floor | |
| 10 | San Francisco, CA 94104<br>Telephone: (415) 875-5712 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOHN ARMSTRONG, et al.,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

Case No. C 94-2307 CW

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiffs do not oppose the agreement attached to the Court's Order to Show Cause of November 13, 2007. This non-opposition should not, however, be construed in any way as a waiver or modification of Plaintiffs' rights to fully enforce the *Armstrong* Remedial Plan, the Injunction of January 18, 2007, all other Orders in this case, and Title II of the Americans with Disabilities Act, and to ensure that Defendants provide reasonable accommodation and full and equal access to all services, programs, or activities provided to Plaintiffs.

1    Plaintiffs also note their objection to the Receiver's failure to file Quarterly Progress
2    Reports updating this Court and Plaintiffs on the issues described in this Court's Order of
3    August 24, 2007. Plaintiffs further respectfully request that this Court impose specific
4    deadlines for the Quarterly Reports consistent with the deadlines requested in the other
5    coordinated cases: January 1, April 1, July 1, and October 1.

7    Dated: November 26, 2007        Respectfully submitted,
8                                     ROSEN, BIEN & GALVAN, LLP

10                                    By: */s/ Gay C. Grunfeld*
11                                         Gay C. Grunfeld
                                           Attorneys for Plaintiffs

2    PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE,
     Case No. C-94-2307 CW