## Appendix A

## Tracking Time Lines for Preparation of Documents on Completed Suicides

|    | Event/Documents | Time Line |
|----|-----------------|-----------|
| 1  | Date of Death | 0 hours |
| 2  | Chief Medical Officer (CMO) to Death Review Coordinator (DRC) | 8 hours |
| 3  | Initial Inmate Suicide Report (Form 7229B) by Suicide Prevention Coordinator to DRC | 2 business days |
| 4  | DRC to Mental Health Suicide Prevention Coordinator (MHSPC) | 3 business days |
| 5  | MHSPC appoints Mental Health Suicide Reviewer (MHSR) | 5 business days |
| 6  | MHSR writes Preliminary Report; notifications of suspected misconduct to Suicide Review Committee (SRC) | 15 days |
| 7  | SRC completes Review and adds CAP; Review to MHSR to complete Executive Report | 30 days |
| 8  | MHSR submits Executive Report and all documents to SRC to complete Final Suicide Report | 60 days |
| 9  | Facility, Warden, and CMO or Health Care Manager (HCM) implement CAP | 120 days |
| 10 | Report on implementation of CAP by Facility Warden and CMO or HCM to SRC | 150 days |