# Appendix C

## Acronyms

| | |
|---|---|
| 3CMS | Correctional Clinical Case Manager System |
| ADD | Attention Deficit Disorder |
| AED | Automatic Electronic Defibrillator (a.k.a. Automatic External Defibrillator) |
| ADHD | Attention Deficit Hyperactivity Disorder |
| APP | Acute Psychiatric Program |
| ASH | Atascadero State Hospital |
| ASP | Avenal State Prison |
| ASU | Administrative Segregation Unit |
| BLS | Basic Life Support |
| BPT | Board of Prison Terms |
| C-file | Central File |
| C&PR | Classification and Parole Representative |
| CAL | Calipatria State Prison |
| CAP | Corrective Action Plan |
| CAT II | Category II |
| CCC | California Conservation Center |
| CCI | California Correctional Institution |
| CDCR | California Department of Corrections and Rehabilitation |
| CEN | Centinela State Prison |
| CIM | California Institute for Men |

| | |
|---|---|
| CM | Case Manager |
| CMC | California Men's Colony |
| CMF | California Medical Facility |
| CMO | Chief Medical Officer |
| CO | Correctional Officer |
| CPR | Cardiopulmonary Resuscitation |
| CRC | California Rehabilitation Center |
| CSATF (II) | California Substance Abuse Treatment Facility (II) |
| CSP | California State Prison |
| CSP/Corcoran | California State Prison at Corcoran |
| CSP/LAC | California State Prison–Los Angeles County |
| CSP/Sac | California State Prison, Sacramento |
| CSP/Solano | California State Prison at Solano |
| CTC | Correctional Treatment Center |
| CTF | California Training Facility |
| CYA | California Youth Authority |
| DAI | Division of Adult Institutions |
| DCHCS | Division of Correctional Health Care Services |
| DDP | Developmental Disabilities Program |
| DMH | Department of Mental Health |
| DNR | Do Not Resuscitate |
| DOT | Direct Observation Therapy |
| DRC | Death Review Coordinator |

| | |
|---|---|
| DRMC | Delano Regional Medical Center |
| DTP | Day Treatment Program |
| DVI | Deuel Vocational Institution |
| EOP | Enhanced Outpatient Program |
| EPPD | Earliest Possible Parole Date |
| EPRD | Earliest Possible Release Date |
| ERRC | Emergency Response Review Committee |
| ERV | Emergency Response Vehicle |
| ETV | Emergency Transport Vehicle |
| Folsom | Folsom State Prison |
| GAF | Global Assessment of Functioning |
| HCM | Health Care Manager |
| HDSP | High Desert State Prison |
| HQ | Headquarters |
| ICC | Institutional Classification Committee |
| ICP | Intermediate Care Program |
| ICU | Intensive Care Unit |
| IDTT | Interdisciplinary Treatment Team |
| INS | Immigration and Naturalization Service |
| I/P | Inmate/Patient |
| IST | In-Service Training |
| ISU | Investigative Services Unit |
| KOP | Keep On Person |

| | |
|---|---|
| LLE | Language Learning Enterprises |
| LOC | Level of Care |
| LOP | Local Operating Procedure |
| LPN | Licensed Practical Nurse |
| LPT | Licensed Psychiatric Technician |
| LSW | Limited Suicide Watch |
| LVN | Licensed Vocational Nurse |
| MAR | Medication Administration Record |
| MCSP | Mule Creek State Prison |
| MDD | Major Depressive Disorder |
| MHCB | Mental Health Crisis Bed |
| MHOHU | Mental Health Outpatient Housing Units |
| MHS | Mental Health Subcommittee |
| MHSDS | Mental Health Service Delivery System |
| MHSPC | Mental Health Suicide Prevention Coordinator |
| MHSR | Mental Health Suicide Reviewer |
| MHTS | Mental Health Tracking System |
| MPIMS | Madrid Patient Information Management System |
| MSF | Minimum Support Facility |
| MTA | Medical Technical Assistant |
| NCF | Normal Cognitive Functioning |
| NKSP | North Kern State Prison |
| NOS | Not Otherwise Specified |

| | |
|---|---|
| NVDRS | National Violent Death Reporting System |
| OHU | Outpatient Housing Unit |
| OIA | Office of Investigative Affairs |
| OJT | On-the-Job Training |
| OP | Operating Procedure |
| OT | Office Tech |
| PBSP | Pelican Bay State Prison |
| POC | Parole Outpatient Clinic |
| POD | Psychiatrist of the Day |
| PPEC | Professional Practice Executive Committee |
| PSH | Patton State Hospital |
| PSU | Psychiatric Services Unit |
| PTSD | Post-Traumatic Stress Disorder |
| PVSP | Pleasant Valley State Prison |
| QIP | Quality Improvement Plan |
| QIT | Quality Improvement Team |
| QNC | Quality Nurse Consultant |
| R&R | Reception and Receiving |
| RC | Reception Center |
| RJD | Richard J. Donovan Correctional Facility |
| RN | Registered Nurse |
| RVR | Rule Violation Report |
| SHU | Security Housing Unit |

| | |
|---|---|
| SMTA | Senior Medical Technical Assistant |
| SNY | Sensitive Needs Yard |
| SOA&P | Subjective Objective Assessment and Plan |
| SPR-FIT | Suicide Prevention and Response Focused Improvement Team |
| SQ | California State Prison at San Quentin |
| SRA | Suicide Risk Assessment |
| SRAC | Suicide Risk Assessment Checklist |
| SRC | Suicide Review Committee |
| SRN | Senior Registered Nurse |
| SVSP | Salinas Valley State Prison |
| SVPP | Salinas Valley Psychiatric Program |
| TTA | Triage and Treatment Area |
| UCSF | University of California at San Francisco |
| UHR | Unit Health Record |
| UNA | Unmet Needs Assessment |
| VPP | Vacaville Psychiatric Program |
| WHO | World Health Organization |
| WSP | Wasco State Prison |