| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　Plaintiffs,<br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　vs.<br>　　　Defendants | No. C01-1351 TEH<br><br>**DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION** |

-1-
DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION, NOS.: CIV S 90-0520 LKK-JFM P, C01-1351 TEH

I, Amy Whelan, declare:

1. I am a member of the Bar of this Court and an associate in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Reconsideration.

2. The first dispute about Defendants' production of documents was heard by Magistrate Judge Moulds on October 25, 2007. During the October 25 hearing, the Magistrate Judge ordered Defendants to produce all documents responsive to Plaintiffs' first requests for production by November 1, 2007, unless the parties otherwise stipulated to another schedule for production. On October 30, 2007, Judge Moulds issued a written order confirming his oral ruling. 10/30/07 Order at 5:6-14.

3. On November 1, 2007, the parties informed the court via telephone conference that they would be filing a joint stipulation regarding a production schedule for Defendants' production. During the November 1, 2007 telephone conference, the Magistrate Judge expressed concern that the Court would receive a huge volume of documents related to privilege issues on November 30, 2007, which is the last date for production of documents set forth in the parties joint stipulation. To avoid this, the Magistrate Judge directed Defendants to submit to the court a copy of all documents for which Defendants asserted a privilege at the same time they served the corresponding privilege log on Plaintiffs.

4. Defendants did not seek reconsideration of the court's November 1, 2007 order and the parties then memorialized this issue in a joint stipulation regarding production of documents, which the parties filed on November 2, 2007.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed this 26th day of November, 2007, in San Francisco, California.

*/s/ Amy Whelan*
Amy Whelan

-2-
DECLARATION OF AMY WHELAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION,
NOS.: CIV S 90-0520 LKK-JFM P, C01-1351 TEH