IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | ) Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiffs, | ) **ORDER CONFIRMING UNDISPUTED** |
| vs. | ) **ATTORNEYS' FEES AND COSTS FOR** |
| ARNOLD SCHWARZENEGGER, et al., | ) **THE SECOND QUARTER OF 2007** |
| Defendants | ) |

On October 18, 2007, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Second Quarter of 2007, pursuant to the March 19, 1996, periodic fees order in this case.

Pursuant to the stipulation filed on October 18, 2007, IT IS HEREBY ORDERED that plaintiffs fees and costs of $480,574.53, plus interest, are due and collectable as of 45 days from the date of entry of this order.  Daily Interest runs from September 6, 2007 at the rate of 4.30 %.

| **Amount** | **INTEREST RATE** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $480,574.53 | 4.30 % | $56.62 | September 6, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: November 27, 2007.

UNITED STATES MAGISTRATE JUDGE

/2q07.af.doc