IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

               Plaintiffs,               No. CIV S-90-0520 LKK JFM P (E.D. Cal.)

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

               Defendants.

_____/

MARCIANO PLATA, et al.,

               Plaintiffs,               No. C 01-1351 TEH (N.D. Cal.)

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

               Defendants.

_____/

CARLOS PEREZ, et al.,

               Plaintiffs,               No. C 05-05241 JSW (N.D. Cal.)

    vs.

JAMES TILTON, et al.,

               Defendants.

_____/

1  JOHN ARMSTRONG, et al.,

2          Plaintiffs,                    No. C 94-2307 CW (N.D. Cal.)

3       v.

4  ARNOLD SCHWARZENEGGER,              <u>ORDER</u>
   et al.,
5
           Defendants.
6  _____/

7          The parties to the above-captioned cases have all responded to the order to show

8  cause filed November 13, 2007, concerning an agreement reached by the Receiver in <u>Plata</u>, the

9  Special Master in <u>Coleman</u>, and the Court Representatives in <u>Perez</u> and <u>Armstrong</u> and presented

10 to the undersigned for review and approval.

11         At the Receiver's request, IT IS HEREBY ORDERED that within fifteen days

12 from the date of this order the Receiver in <u>Plata</u> shall file and serve a response to the responses

13 filed by the parties.  Thereafter, the matter will be taken under submission for individual

14 consideration by the undersigned.

15

16 DATED:   11/30/07

17                                        _____
                                          LAWRENCE K. KARLTON
18                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT
19                                        EASTERN DISTRICT OF CALIFORNIA

20 DATED:   11/30/07

21                                        _____
                                          THELTON E. HENDERSON
22                                        UNITED STATES DISTRICT JUDGE
                                          NORTHERN DISTRICT OF CALIFORNIA
23

24 DATED:   11/30/07

25                                        _____
                                          JEFFREY S. WHITE
26                                        UNITED STATES DISTRICT JUDGE
                                          NORTHERN DISTRICT OF CALIFORNIA

                                          2

DATED:   11/30/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA