EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT ORDER RE: 231 INTERMEDIATE CARE BEDS AT ASH** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

This Court directed Defendants to file a plan to enable *Coleman* inmate-patients use of all 231 intermediate care facility beds at Atascadero State Hospital. (Order, 6/28/07.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Def. Response Ct. Order Re: ASH

1

1  Defendants respectfully submit the plan, attached as Exhibit A.

2  Dated: November 30, 2007

3  Respectfully submitted,

4  EDMUND G. BROWN JR.
   Attorney General of the State of California

5  DAVID S. CHANEY
   Chief Assistant Attorney General

6  FRANCES T. GRUNDER
   Senior Assistant Attorney General

7  ROCHELLE C. EAST
   Supervising Deputy Attorney General

10  */s/ Lisa A. Tillman*

11  LISA A. TILLMAN
    Deputy Attorney General
12  Attorneys for Defendants

14  Defs' Response to Court Order re ASH beds.wpd
    CF1997CS0003

Def. Response Ct. Order Re: ASH

2