<u>**COLEMAN v. SCHWARZENEGGER**</u>
**CASE NO. CIV S-90-0520 LKK JFM P**


**EXHIBIT A**
**DEFENDANTS' PLAN TO PROVIDE**
**231 ASH BEDS TO COLEMAN INMATES**

## DMH Response to the June 28, 2007 Court Order

This document is in response to Judge Karlton's court order of June 28, 2007. This order states:

> I. <u>Within thirty days from the date of this order, defendants shall file with the court a plan for making available up to 125 intermediate beds for *Coleman* class members referred to ASH for treatment. The plan shall include staffing, with a breakdown by name and function of attending clinicians, and a date certain for its implementation which shall be no later than sixty days from the date of this order.</u>

Plan to Open 125 ICF Beds and Admit *Coleman* Class Members

> On July 17, 2007, the Executive Director of Atascadero State Hospital (ASH) met with key members of the staff to discuss a plan to fill the acute and intermediate (ICF) beds for *Coleman* class patients. The plan looked at the ICF waitlist at the Vacaville Psychiatric Program (VPP) and determined which of those referrals were appropriate for ASH; secondly ASH legal records department made personal contact with the California Men's Colony (CMC) California State Prison/Lancaster (CSP/LAC), California State Prison/Sacramento (CSP/SAC), Mule Creek State Prison (MCSP), Richard J. Donovan (RJD) and the California Institution for Men (CIM) to determine which inmates they have that are appropriate for ASH; and thirdly ASH opened admissions to all institutions. The three step systematic approach to reestablishing the flow of ASH referrals allowed the time to make the process effective and efficient.
>
> The response submitted to the *Coleman* court on July 27, 2007 indicated that ASH planned to raise its census of *Coleman* class members to 125 by December 14, 2007. This was based on a rate of admission of 4 patients per week. ASH can currently accommodate 125 Coleman class members.

> II. <u>On or before November 30, 2007, defendants shall file with the special master a plan for making available the full complement of 231 intermediate care beds for *Coleman* class members referred to ASH for treatment. The special master shall review the plan and report to the court with any appropriate recommendations in his twentieth round monitoring report. The court will not entertain a request to limit the total number of intermediate care beds required by this order absent a recommendation from the special master that fewer beds are required.</u>

> Since the July 27, 2007 response to the June 28, 2007 court order, ASH has worked with the Vacaville Psychiatric Program (VPP) to ensure that any referrals sent to VPP were also reviewed by the ASH Correctional Case Records

manager. In addition, ASH staff have continued to contact CDCR institutions to remind them that ASH was taking referrals and helped them through the process as stated in the MOU for ICF services. The headquarters for both DMH and CDCR supported the utilization of the ICF beds by discussing the patient referral criteria and the referral process on the Coordinate Clinical Assessment Team (CCAT) conference calls. The Division of Adult Institutions worked with ASH and CDCR institutions to publicize the availability of the ASH beds and give support and instructions to those institutions unfamiliar with the custody criteria of ASH.

The census for the ASH ICF beds has and continues to be less than the inpatient beds available as indicated in the following: July – 56; August – 57; September – 83; October – 90; November – 96. This is a result of the overwhelming need for high-level security beds that ASH is unable to provide.

In order to comply with the *Coleman* court order to have 231 ICF beds available for *Coleman* class members, ASH has developed the following plan:

- ASH has notified the California Department of Public Health, which oversees licensing regulations, of their plans to overbed specific units. These units have, through the process of unit consolidation, additional staff available in order to create 72 additional beds.
- ASH will continue to increase *Coleman* bed capacity with ongoing census management by requesting assistance from other DMH hospitals. By continuing to transfer patients adjudicated pursuant to other penal code designations ASH is able to increase its census capacity for *Coleman* class patients.

DMH anticipates that by the end of December 2007, the bed capacity for *Coleman* class members will total 147. It is planned that by July 2008, ASH will meet the requirement of the Memorandum of Understanding to provide 231 ICF beds.

DMH is aware of the responsibility to *Coleman* class members to provide inpatient mental health services and in conjunction with CDCR, will continue to work to fill the 231 ICF beds with appropriately referred patients.

It is understood that the compliance of all DMH designated court orders are the responsibility of Cynthia A. Radavsky, Deputy Director of Long Term Care Services, DMH.