PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    vs.<br><br>    Defendants | No. C01-1351 TEH<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:    December 6, 2007<br>Time:    2:00 p.m.<br>Place:    Courtroom 26<br>Judge: Hon. John F. Moulds, Magistrate Judge |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that on December 6, 2007, at 2:00 p.m., or as soon thereafter as the matter may be heard, the Plaintiff Class will and hereby does move this Court to compel Defendants to produce certain documents responsive to Plaintiffs' Requests for Production of Documents. Plaintiffs make this motion under Federal Rules of Civil Procedures 26 and 34 on the grounds that Defendants have inadequately supported assertions of privilege, have asserted privileges as to documents that are not privileged, and/or have asserted privileges that do not justify the withholding of documents. Further, Defendants have raised the privileges in an impermissibly overbroad manner and thereby waived the privileges.

      The Motion will be supported by this Notice of Motion and Motion, Plaintiffs' Memorandum in Support of Motion to Compel Production of Documents, the Declaration of Lori Rifkin in Support of Motion to Compel Production of Documents, the exhibits attached thereto, the papers and pleadings on file in this action, and other such pleadings, and evidence and arguments as may come before the Court upon the hearing of this matter.

Dated: November 30, 2007                               Respectfully submitted,

                                                            */s/ Lori Rifkin*
                                                            Lori Rifkin
                                                            Rosen, Bien & Galvan
                                                            Attorneys for *Coleman* Plaintiffs
                                                            And on behalf of *Plata* Plaintiffs