1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-5388
8    Fax: (916) 324-5205
     Email: Misha.Igra@doj.ca.gov
9

10  Attorneys for Defendants

11

12                 IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15  | RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
    |---|---|
16  | Plaintiffs, | **DEFENDANTS' EX PARTE REQUEST FOR ONE-DAY EXTENSION OF TIME TO FILE RESPONSE TO NOTICE OF NON-COMPLIANCE; DECLARATION OF MISHA IGRA; AND [PROPOSED] ORDER** |
17  | v. | |
18  | ARNOLD SCHWARZENEGGER, et al., | |
19  | Defendants. | |
20

21                          **INTRODUCTION**

22          On June 1, 2007, this Court ordered Defendants to submit a plan for sufficient small

23  management yards to meet Title 15 exercise requirements for inmates within administrative

24  segregation units.  Defendants filed the plan on October 29, 2007.

25          Plaintiffs filed a Notice of Non-Compliance and Request for Further Remedial Relief on

26  November 13, 2007 and, on November 19, 2007, the Court ordered Defendants to file a response

27  to Plaintiff's Notice of Non-Compliance within fifteen days.

28          Defendants respectfully request a one-day extension of time to file the response.

Request for One Day Extension

1

## LEGAL ARGUMENT

Defendants respectfully request one additional day to complete their work on Defendants' Response to Plaintiff's Notice of Non-Compliance.  Plaintiffs counsel has indicated Plaintiffs do not oppose a one-day extension of time.  (Igra Decl. ¶3.)

An all-day policy meeting with the Special Master on December 3, 2007, coincided with the deadline for Defendants' report on Enhanced Outpatient Programs in Reception Centers. Together with the crush of discovery in the Three Judge Court matter, these obligations have presented obstacles to generating a final product for submission to the Court.  Defendants request a one-day extension of time in order that Defendants will have an opportunity to engage in a final review and approval of the response before filing with the Court.

## CONCLUSION

Defendants respectfully request a one-day extension of the deadline to submit their response to Plaintiffs' Notice of Non-Compliance.

Dated:  December 3, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Misha D. Igra*

MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

EOT.wpd
CF1997CS0003

Request for One Day Extension

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Coleman, et al. v. Schwarzenegger, et al.**

No.:    **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>December 3, 2007</u>, I served the attached **DEFENDANTS' EX PARTE REQUEST FOR ONE-DAY EXTENSION OF TIME TO FILE RESPONSE TO NOTICE OF NON-COMPLIANCE; DECLARATION OF MISHA IGRA** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 3, 2007, at Sacramento, California.

| | |
|---|---|
| S. Burke | /s/ S.. Burke |
| Declarant | Signature |

30360575.wpd