# ATTACHMENT
## DECLARATION OF MISHA INGRA

```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  ROCHELLE C. EAST
    Supervising Deputy Attorney General
 5  MISHA D. IGRA, State Bar No. 208711
    Deputy Attorney General
 6    1300 I Street, Suite 125
      P.O. Box 944255
 7    Sacramento, CA 94244-2550
      Telephone: (916) 324-5388
 8    Fax: (916) 324-5205
      Email: Misha.Igra@doj.ca.gov
 9

10  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF MISHA IGRA IN SUPPORT OF EX PARTE REQUEST FOR ONE-DAY EXTENSION OF TIME TO FILE RESPONSE TO NOTICE OF NON-COMPLIANCE** |

I, Misha Igra, declare:

1. I am an attorney licensed by the State of California and admitted to practice before the United States District Court of California, Eastern District.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. I called Plaintiffs' counsel, Amy Whelan, on the afternoon of December 3, 2007, and advised her that Defendants are in need of a one-day extension of time to file a response to Plaintiffs' Notice of Non-Compliance. Ms. Whelan indicated Plaintiffs do not object to the requested extension of time.

Declaration of Misha Igra

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Dated: December 3, 2007

4  *Misha D. Igra*
   MISHA D. IGRA
5  Deputy Attorney General
   Attorneys for Defendants

7  EOT.wpd
   CF1997CS0003

Declaration of Misha Igra

4