EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5388
 Fax: (916) 324-5205
 Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING ONE-DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO NOTICE OF NON-COMPLIANCE** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Good cause appearing, Defendants' request for a one-day extension of the deadline for filing a response to Plaintiffs' Notice of Non-Compliance is GRANTED. Defendants shall file their response on December 4, 2007.

Dated: _____

_____
The Honorable Lawrence K. Karlton

30360469.wpd
CF1997CS0003

[Proposed] Order

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman, et al. v. Schwarzenegger, et al.**

No.:   **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 3, 2007, I served the attached **[PROPOSED] ORDER GRANTING ONE -DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO NOTICE OF NON-COMPLIANCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 3, 2007, at Sacramento, California.

| S. Burke | /s/ *S. Burke* |
|---|---|
| Declarant | Signature |

30360612.wpd