EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5388
 Fax:  (916) 324-5205
 Email:  Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>　　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **ORDER GRANTING ONE-DAY EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO NOTICE OF NON-COMPLIANCE** |

     Good cause appearing, Defendants' request for a one-day extension of the deadline for filing a response to Plaintiffs' Notice of Non-Compliance is GRANTED.  Defendants shall file their response on December 4, 2007.

DATED: December 4, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order

1