EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, SBN 126424
Deputy Attorney General
 1300 I Street, Suite 125
Sacramento, CA 94244
Telephone: (916) 327-7872
Facsimile: (916) 324-5205
Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF JOSEPH MOSS IN SUPPORT OF DEFENDANTS' RESPONSE TO NOTICE OF NON-COMPLIANCE RE: SMALL MANAGEMENT YARDS** |

I, JOSEPH MOSS, declare as follows:

1. I am employed by the California Department of Corrections and Rehabilitation. I serve in the position of Associate Warden (Acting). I am presently assigned to CDCR Headquarters. My responsibilities include assisting in the compliance efforts of CDCR in this matter.

2. Unless otherwise indicated, I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

3. I am familiar with this Court's June 1, 2006 order requiring Defendant CDCR to submit a plan to reduce the suicide trends in administrative segregation units and the plan submitted in response to that order.

4.    I am familiar with this Court's June 1, 2007 order for Defendants to submit a plan for sufficient small management yards to meet Title 15 exercise requirements for administrative segregation inmates, with funding and completion of yards by the end of fiscal year 2008/2009. I am familiar with Defendants' October 29, 2007 submitted plan in response to that order.

5.    I discussed the June 1, 2007 court order and potential responses to that court order with other staff within CDCR. I am aware that some institutions have incorporated small management yard usage on the third (evening) watch for inmates within administrative segregation units. The provision of small management yard on the third watch to inmates within administrative segregation units can require the installation of lights and, more significantly, the employment of sufficient correctional officers to staff the small management yard. As a participant in certain Policy Meetings with the *Coleman* Special Master, I am aware Defendants have already reported on the shortage of correctional officers. The third watch is further hampered because its staffing package generally does not have include the necessary number of correctional officers to escort and supervise inmates and provide armed observation of the administrative segregation yards.

6.    I am aware that the overall shortage of correctional officers has been reduced in the past six months and am hopeful it will continue to be reduced as more matriculate through the academy. I believe CDCR is now able, with that reduction in the correctional officer shortage, to analyze the current correctional officer vacancies to determine the necessity and feasibility of providing additional correctional officer positions to enable greater small management yard usage within administrative segregation units.

//
//
//

7. Further, CDCR Division of Adult Institutions is exploring the availability of sensitive needs yard housing. A portion of administrative segregation inmates are endorsed and awaiting transfer to a sensitive needs yard. The Division of Adult Institutions will ascertain which institutions have available sensitive needs housing within their established mental health treatment capacity and so can receive those inmates, including CCCMS inmates, within administrative segregation housing who are endorsed for those beds.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Sacramento, California on December 4, 2007.

*Joseph W. Moss*
JOSEPH MOSS