EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, SBN 126424
CHARLES J. ANTONEN, SBN 221207
SAMANTHA D. TAMA, SBN 240280
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5708
 Fax:  (415) 703-5843
 Email:  Samantha.Tama@doj.ca.gov
         Rochelle.East@doj.ca.gov
         Charles.Antonen@doj.ca.gov

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>       v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                    Plaintiffs,<br><br>       v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                    Defendants. | No. C 01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF PAUL FRENCH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

# DECLARATION OF PAUL FRENCH

I, PAUL FRENCH, declare as follows:

1. I am an e-discovery consultant with Bridge City Legal. I have been providing private sector electronic forensic consulting since 1999. Prior to becoming an e-discovery consultant, I served with distinction in the U.S. Air Force for thirteen years. During my Air Force service, I performed diverse roles in felony crime investigations, counterintelligence operations, anti-terrorism training, and provided computer forensic analysis of government computer systems. Before joining Bridge City Legal, I was an in-house consultant for a well respected computer forensics company and subsequently managed an e-discovery practice. Additionally I have managed large-scale electronic document discovery matters with major law firms and large government consulting projects involving computer forensic issues. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel the Production of Documents. Unless otherwise indicated, I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

2. Bridge City Legal has been retained by Defendants to be their electronic discovery consultant. To date, I estimate that Bridge City Legal, has billed approximately 1,500 hours to this project.

3. I understand that Plaintiffs have requested Defendants produce redacted portions of electronic mail. This request is unusual for three reasons. First, Plaintiffs' requested a native production (*i.e.* documents produced in their original form). Consequently, if Defendants were to provide redacted electronic mail, Defendants would have to break the original document apart, which means the document could not be produced in its original form. Second, breaking native documents apart poses various tracking and logistical problems that would be particularly acute in a document production of this size. Third, providing redacted electronic mail is not industry

////
////
////

practice and in my years of experience as an e-discovery consultant I have not been requested to make such a production.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Portland, Oregon, on December 4, 2007.

                                        /s/ Paul French
                                        PAUL FRENCH

Decl. of Paul French                                *Coleman v. Schwarzenegger,* Case No. 90-0520
                                                                         *Plata v. Schwarzenegger,* Case No. 01-1351