EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, SBN 126424
CHARLES J. ANTONEN, SBN 221207
SAMANTHA D. TAMA, SBN 240280
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5708
 Fax:  (415) 703-5843
 Email: Charles.Antonen@doj.ca.gov

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>      v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                              Plaintiffs,<br><br>      v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | No. C 01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF KATHRYN JETT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

Decl. of Kathryn Jett                                       *Coleman v. Schwarzenegger,* Case No. 90-0520
                                                                       *Plata v. Schwarzenegger,* Case No. 01-1351

1

## DECLARATION OF KATHRYN JETT

I, KATHRYN JETT, declare as follows:

1. I am the Undersecretary for Programs for the California Department of Corrections and Rehabilitation (CDCR). Prior to serving in this position I served as the lead member of the Governor's Rehabilitation Strike Team. I am familiar with CDCR's decision making processes both generally and specifically with respect to the implementation of Assembly Bill 900 (AB 900). I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel the Production of Documents. Unless otherwise indicated, I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

2. AB 900, otherwise known as the Public Safety and Offender Rehabilitation Services Act, serves as the funding mechanism for CDCR to fundamentally alter its practices and methodologies for the incarceration, development, treatment, and parole of its inmates. As the Undersecretary for Programs, it is my responsibility to evaluate existing education, training, and substance abuse programs; develop evidence based rehabilitation programs; deliver education classes and services to inmates and parolees that will in turn improve public safety; design facilities to best accommodate rehabilitative programs; and work with communities to continue services in local settings. To this end, my staff and I create documents, such as reports, spreadsheets, and schedules, that contain various proposals on how to implement AB 900. These documents are circulated within CDCR for comments and suggestions. Additionally, these documents are routinely circulated to the Department of Finance and the Governor's Office to solicit feedback. Consequently, these documents reflect current discussions regarding the implementation of AB 900, which may differ from the ultimate decision that is made by the Administration.

3. I understand that Plaintiffs' counsel in this matter contend that any documents relating to AB 900 generated after May 2, 2007 should be considered post-decisional. Plaintiffs' counsel misunderstand that the implementation of AB 900 is an ongoing, dynamic process. AB

900 provides a funding source for CDCR to implement new projects. CDCR, however, must first develop these projects. These projects must then be vetted through the Department of Finance and the Governor's Office. Once approved, the projects are then presented to the California Legislature for approval and funding under the process prescribed by AB 900. Consequently, contrary to Plaintiffs' counsel's contention, decisions regarding the implementation of AB 900 are still ongoing.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Edgewater, Florida on December 4, 2007.

                /s/ Kathryn Jett
                KATHRYN JETT