# EXHIBIT D

```
 1  Ronald Yank, No. 041200
    Gregg McLean Adam, No. 203436
 2  Natalie Leonard, No. 236634
    Jennifer S. Stoughton, No. 238309
 3  CARROLL, BURDICK & McDONOUGH LLP
    Attorneys at Law
 4  44 Montgomery Street, Suite 400
    San Francisco, CA 94104
 5  Telephone:  415.989.5900
    Facsimile:  415.989.0932
 6  Email:      gadam@cbmlaw.com
                jstoughton@cbmlaw.com
 7
    Benjamin C. Sybesma, No. 103380
 8  Christine Albertine, No. 141033
    CALIFORNIA CORRECTIONAL PEACE OFFICERS'
 9  ASSOCIATION LEGAL DEPARTMENT
    755 Riverpoint Drive, Suite 200
10  West Sacramento, California 95605-1634
    Telephone:  916.372.6060
11  Facsimile:  916.372.9805
    Email:      ben.sybesma@ccpoa.org
12              christine.albertine@ccpoa.org

13  Attorneys for Intervenor California Correctional Peace
    Officers' Association
14
```

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and*<br><br>No. Civ S90-0520 LKK-JFM (E.D. Cal.)<br><br>**THREE-JUDGE COURT** |
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | **PLAINTIFF INTERVENOR CCPOA'S NOTICE OF TAKING OF DEPOSITION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** |

CBM-SF\SF383350.1                         -1-

PLAINTIFF INTERVENOR CCPOA'S NOTICE OF TAKING OF DEPOSITION

1  PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure
2  30(b)(6) on December 17, 2007 at 10:00a.m., Plaintiff Intervenor California Correctional
3  Peace Officers' Association ("CCPOA") will take the deposition of the California
4  Department of Corrections and Rehabilitation ("CDCR") at the law offices of Carroll,
5  Burdick, & McDonough, LLP, 44 Montgomery Street, Suite 400, San Francisco, CA,
6  upon oral and videotaped examination under the Federal Rules of Civil Procedure, Rule
7  30, before a certified shorthand reporter authorized to administer oaths. The oral and
8  videotaped examination will continue from day to day until completed.
9  Pursuant to Federal Rule of Civil Procedure 30(b)(6), the CDCR is requested
10 to designate one or more witnesses who are the person(s) most knowledgeable and
11 prepared to testify fully on behalf of the CDCR regarding the following topics:
12 The current status and future plans for any actions or projects that are in any
13 way related to, funded by, or implemented pursuant to any portion of Chapter 7, Statutes
14 of 2007 (AB 900) including the details of any current or planned prison construction.

Dated: November 15, 2007

CARROLL, BURDICK & McDONOUGH LLP

By _____
Ronald Yank
Gregg McLean Adam
Natalie Leonard
Jennifer S. Stoughton
Attorneys for Intervenor California Correctional
Peace Officers' Association