1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | ROCHELLE C. EAST
Supervising Deputy Attorney General
5 | MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
6 | 1300 I Street, Suite 125
P.O. Box 944255
7 | Sacramento, CA 94244-2550
Telephone: (916) 324-5388
8 | Fax: (916) 324-5205
Email: Misha.Igra@doj.ca.gov
9 |
Attorneys for Defendants
10 |
11 | IN THE UNITED STATES DISTRICT COURT
12 | FOR THE EASTERN DISTRICT OF CALIFORNIA
13 |

14 | **RALPH COLEMAN, et al.,**                   2:90-cv-00520 LKK JFM P

15 |                            Plaintiffs,       **NOTICE OF ERRATA
                                                 RE: FILING UNSIGNED**
16 |        **v.**                                **DECLARATION OF
                                                 DEBORAH HYSEN**
17 | **ARNOLD SCHWARZENEGGER, et al.,**

18 |                            Defendants.

19 |
20 |        Please be advised that on December 4, 2007, Defendants erroneously filed an unsigned

21 | copy of the declaration of Deborah Hysen in Support of Defendants' Response to Notice of Non-

22 | Compliance Re: Small Management Yards.  Attached as Exhibit A is the signed declaration.

23 |        Dated:  December 5, 2007

24 |                            Respectfully submitted,

25 |                            */s/  Misha D. Igra*

26 |                            MISHA D. IGRA
                            Deputy Attorney General
27 |
                            for EDMUND G. BROWN JR.
28 |                            Attorney General of the State of California
                            Attorneys for Defendants

30361918.wpd

Errata re: Unsigned Declaration of Deborah Hysen

1