PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

            Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

            Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)

No.: Civ S 90-0520 LKK-JFM

**DECLARATION OF JANE E. KAHN IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF NON-COMPLIANCE WITH JUNE 1, 2007 ORDER: RE SMALL MANAGEMENT YARDS**

I, Jane Kahn, hereby declare:

1.     I am a member of the Bar of this Court and am of counsel for the firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the plaintiff class (hereinafter "Plaintiffs"). I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I submit this declaration in support of Plaintiffs' Reply to Defendants' Response to Plaintiffs' Notice of Non-compliance with June 1, 2007 Order re: Small Management Yards.

2.     I have reviewed the entire California Department of Corrections and Rehabilitation Five-Year Infrastructure Plan: 2008-2012, ("Five-Year Plan"), which was provided to my office as part of the 3- Judge Trial discovery.  The Five-Year Plan is approximately 300 pages long and includes a discussion of CDCR mission, values, strategic goals, headquarters operations, infrastructure, project lists, and includes infrastructure planning for the timeframe.  Attached hereto as **Exhibit A** is the cover page and relevant excerpts of the Five-Year Plan (DOF007134, DOF007201-02).

3.     Attached hereto as **Exhibit B** is a true and correct copy of October 29, 2007 Letter from Vincent P. Brown, Department of Finance to the Legislature submitting a report on behalf of the CDCR requesting a scope change to remove the small management yard project at CSP-Solano (20 yards) from the overall project due to cost increases in the project.  This document was provided to Special Master Keating and plaintiffs' counsel on October 30, 2007 by Lisa Tillman, Deputy Attorney General.  The report notes that the other three prisons operate EOP programs, while Solano only operates CCCMS programs, and thus "there is less risk inherent to delaying the provision of SMYs at SOL than at the other three institutions. Funding to complete the SMYs at SOL will be included in a future request from the CDCR in order to comply with an order from the Coleman court for the provision of SMYs statewide." The change of scope resulted in a budget savings of $395,000.

4.     Attached hereto as **Exhibit C** is a true and correct copy of the Health Care Placement Unit document dated August 3, 2007, provided to the Special Master and plaintiffs' counsel by the defendants.  This document reports the percentages of prisoners on the mental

health caseload housed in the administrative segregation units, the Psychiatric Housing Units, and the Security Housing Units.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed this 6th day of December 2007 at San Francisco, California.

_____/s/ Jane Kahn_____

Jane Kahn

**EXHIBIT A**

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

# FIVE-YEAR INFRASTRUCTURE PLAN

# 2008-2013

**JAMES E. TILTON**
*Secretary*

**K. W. PRUNTY**
*Undersecretary*

**STEPHEN W. KESSLER**
*Undersecretary*

**STEVE M. ALSTON**
*Director (A)*
*Support Services*

**GEORGE A. SIFUENTES**
*Deputy Director*
*Office of Facilities Management*

DOF007092

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

## OFFICE OF FACILITIES MANAGEMENT
## CAPITAL PLANNING
## FIVE-YEAR INFRASTRUCTURE PLAN

### 2008-2013

**GEORGE A. SIFUENTES**
**DEPUTY DIRECTOR**

**CHUCK HAUBRICH, BRANCH CHIEF (A)**

**DEBORA SIMPSON, CHIEF, CAPITAL PLANNING**

**STAFF**
**GONZALO CACERES, ANALYST**
**DONNA LONG, ANALYST**
**GARY PIERCE, ANALYST**

DOF007093

## *Acknowledgements*

**The following CDCR staff made valuable contributions to the development of this FY 2008-2013 Infrastructure Plan:**

Michael Barks ............................................Division of Correctional Health Care Services

Ron Cappel.................................................................Division of Adult Institutions

Joseph Chang ..............................................Division of Correctional Health Care Services

Kenny Chappelle............................................................ Office of Facilities Management

Corey Cummings ........................................................... Office of Facilities Management

Design Standards and Review Services, et al. ................. Office of Facilities Management

Mark Hardcastle............................................................. Office of Facilities Management

Jorge Henneke............................................................... Office of Facilities Management

Dr. William Kuykendall............................... Division of Correctional Health Care Services

Art Louie...................................................................... Office of Facilities Management

Harry Franey ................................................................. Office of Facilities Management

Darlene Maston.............................................................. Office of Facilities Management

Mike Miller ................................................................... Office of Facilities Management

John Petropoulos............................................................ Office of Facilities Management

Judy Svoboda-Cummings ............................................... Office of Facilities Management

Leisa Rackelmann........................................................... Enterprise Information Services

Ken Ritzman .................................................................Business Information Systems

Bill Evans....................................................Division of Addiction and Recovery Services

Barry Smith................................................................. Division of Community Partnerships

Lea Ann Chrones  .............................................................. Division of Adult Institutions

Richard Krupp................................................Division of Addiction and Recovery Services

Frank Russell ......................................................................................... Education

Cherita Wofford .................................................................... Division of Adult Institutions

Anthony Freese .................................................................... Division of Adult Institutions

Richard Kirkland............................................................................Office of the Receiver

Joe Panora ........................................................................ Enterprise Information Services

DOF007094

Keith Beland ........................................................................... Office of Facilities Management

Kevin Walker ......................................................................... Office of Facilities Management

Caesar Abcarius ...................................................................... Enterprise Information Services

Brigid Hanson ......................................................................... Health Care Services Division

Doug McKeever........................................................................ Health Care Services Division

Sandra Youngen....................................................................... Division of Juvenile Justice

Bernard Warner......................................................................... Division of Juvenile Justice

Marisela Montes ................................................................................. Adult Programs

Nicholas Rechtiene .................. Standardized Automated Preventive Maintenance System

Dean Borg .............................................................................. Office of Facilities Management

Christofer Helton ............................................................. Administrative Services, Budgets

David Gransee........................................................................ Division of Juvenile Justice

Rachel Rios ............................................................................ Division of Juvenile Justice

Dorri Yamamoto-Chan ......................................................... Division of Juvenile Justice

Mike Enos ......................................................... Community Correctional Facilities, Adult

Glenda Pressley...................................................................... Division of Juvenile Justice

TABLE OF CONTENTS

## Table of Contents

**Introduction**          CDCR Vision / Mission / Values
                          CDCR Strategic Goals
                          Executive Summary

**Overview**              Headquarters Operations
                          Infrastructure
                          Right Prison/Right Mission

**Project Priority Lists:**    Priority Sort
                          Institution Sort
                          Department of Finance Sort

**Proposed Solutions:**   Critical Infrastructure Deficiencies
                          Enrollment/Caseload/Populations –
                          Existing
                          Enrollment/Caseload/Populations – New
                          Facility/Infrastructure Modernization
                          Program Delivery Changes – Existing
                          Program Delivery Changes – New
                          Workload Space Deficiencies – New
                          Workload Space Deficiencies - Existing

**Department of Finance/
CDCR Categories:**        Facilities Maintenance
                          Fire/Life/Safety
                          Health Care
                          Housing
                          Programs
                          Security
                          Support Services
                          Utilities

2008-13 Infrastructure Plan

## TABLE OF CONTENTS

| | |
|---|---|
| **Glossary** | Terms and Acronyms |
| **Appendix 1** | Planning Priorities |
| **Appendix 2** | Correctional Court Cases |
| **Appendix 3** | Special Repair Program List |
| **Appendix 4** | Facility Listing for Statewide Property Inventory |
| **Appendix 5** | Surplus Property |

DOF007099

RIGHT PRISON RIGHT MISSION

CDCR's inability to expeditiously move inmates from County jails to State prisons. If the CDCR were to immediately accept all undelivered intake from the counties, the overall population would likely grow by 2,000 inmates.

- **County Jails not Accepting Parole Violators** – When counties such as Riverside, San Diego, and Alameda reach their capacity they have at times threatened to stop accepting parole violators, thus requiring the Department to accept these offenders. This exacerbates the situation, in that the County may not accept cases that would be held for Our Hold Only (OHO). (Based upon antidotal communication with counties and paroles)

- **High Levels of ASU Inmates** – In State Fiscal Year 2006-07, the CDCR was budgeted for 8,300 male Administrative Segregation Unit (ASU) beds. At times, the male ASU population has reached as high as 8,500 inmates, largely due to an increase in the legitimate ASU population, and because the institutions were forced to house higher security, Security Housing Unit (SHU), inmates in ASU facilities due to a shortage of SHU beds. Currently the CDCR has 8,100 male ASU inmates. ASU inmates are more frequently single celled when compared to the General Population (GP) inmates, resulting in a net loss of inmate beds.

- **Court Cases Impacting the RC Process** - The Department has been subjected to numerous court mandates, in re *Coleman*, in re *Armstrong*, in re *Plata*, in re *Valdivia*, and in re *Clark*. The mandates created additional workload in Reception Centers that have contributed to longer processing times. In 2000, the average processing time for a male inmate was 58.9 days. In 2006, the average processing time for male inmates has extended to 68.8 days.

- **Health Care Transfer Limitations** - Even when GP beds are available for the transfer of RC inmates, there are often limitations to the number of Correctional Clinical Case Management System (CCCMS) inmates that a given institution can accept. CCCMS inmates are housed in GP beds, and when unable to transfer, remain housed in an RC. The transfer limitations are due to court imposed sanctions that are in place to ensure inmate access to care. High levels of clinical staff vacancies exacerbate this problem.

- **Lack of Automation** - The CDCR's information systems for custody and medical are grossly inadequate to meet the needs of the RC and contribute significantly to an inmate's extended length of stay in the RC. CDCR's current antiquated manual systems do not permit tracking of an inmate's progress through the RC process. CDCR is incapable of evaluating efficiencies to the systems with current IT infrastructure.

- **Staffing Shortages** - The CDCR is experiencing staffing shortages in a broad range of areas that contribute to delays in transferring inmates out of the RCs. These range from Correctional Officers to medical/mental health staffing. The staffing shortages have resulted in the inability of CDCR to house inmates in available beds. Institutions affected include San Quentin, California Institution for Men, Wasco State Prison, and California Institution for Women.

RP-3

DOF007134

## PROGRAM DELIVERY CHANGES – EXISTING

DRIVERS OF NEED: CDCR's infrastructure needs for Program Delivery Changes are generated by new or expanded program needs resulting from changes to the existing program delivery system. These needs are driven by litigation, court orders, federal class-action lawsuits, State mandated programs, and claims that CDCR has violated inmates and wards civil rights by not providing adequate access to health care services, and programming. This, necessitates new exercise space requirements, revisions to the delivery of health care, State mandates such as the adult Inmate Work Training Incentive Program, and legislation requiring therapeutic drug treatment for substance abusers. The space allocated for the delivery of these services is inadequate to support these programs.

CDCR's solutions to its Program Delivery Changes are to assess its mental health population needs and the need to change institutional missions to enhance the CDCR's ability to provide the necessary programs and services in the most efficient manner, such as the relocation of Reception Centers. In addition, CDCR plans on continuing with the construction of statewide small management exercise yards.

CDCR is assessing potential program and population impacts based on budget reform measures and the Independent Review Panel recommendations. Many of the out year concepts will be reevaluated based on the effects of new budget constraints, changes in programs, the transient nature of the population, and the reevaluation of CDCR's Paroles system.

| Sub. Category | Priority | Inst. | Proposal | Phase | Driver of Need | Solution |
|---|---|---|---|---|---|---|
| Security | 25 | STWD (A) | Small Management Exercise Yards Phase I | PWC | By court order, each adult inmate held in Ad Seg Housing will be provided 10 hours per week out of cell exercise. In the past this equated to releasing 15 to 25 compatible inmates at a time into large exercise yards under armed supervision. It is becoming increasingly difficult to identify compatible exercise groups. This has led to a lack of available exercise yards, thereby creating a problem in inmates not receiving adequate out of cell exercise time, and placing institutions in a precariously liable situation concerning conditions of confinement. | Construct 341 statewide small management exercise yards to replace large group exercise yards in Administrative Segregation Housing Units (ASU) at 15 Level II and III/Reception Centers. This Phase will build small management yards at various institutions. |

PDC-E-Proposals

2008-13 Infrastructure Plan

DOF007201

## PROGRAM DELIVERY CHANGES – EXISTING

| Sub. Category | Priority | Inst. | Proposal | Phase | Driver of Need | Solution |
|---|---|---|---|---|---|---|
| Security | 26 | STWD (A) | Small Management Exercise Yards Phase II | PWC | By court order, each adult inmate held in Ad Seg Housing will be provided 10 hours per week of out of cell exercise. In the past this equated to releasing 15 to 25 compatible inmates at a time into large exercise yards under armed supervision. It is becoming increasingly difficult to identify compatible exercise groups. This has led to a lack of available exercise yards, thereby creating a problem in inmates not receiving adequate out of cell exercise time, and placing institutions in a precariously liable situation concerning conditions of confinement. | Phase II of the Construction of 341 statewide small management exercise yards to replace large group exercise yards in Administrative Segregation Housing Units (ASU) at 15 Level II and III/Reception Centers. This Phase will build small management yards at various institutions. |
| Security | 27 | STWD (A) | Small Management Exercise Yards Phase III | PWC | By court order, each adult inmate held in Ad Seg Housing will be provided 10 hours per week of out of cell exercise. In the past this equated to releasing 15 to 25 compatible inmates at a time into large exercise yards under armed supervision. It is becoming increasingly difficult to identify compatible exercise groups. This has led to a lack of available exercise yards, thereby creating a problem in inmates not receiving adequate out of cell exercise time, and placing institutions in a precariously liable situation concerning conditions of confinement. | Phase III continues the Construction of 341 statewide small management exercise yards to replace large group exercise yards in Administrative Segregation Housing Units (ASU) at 15 Level II and III/Reception Centers. This Phase will build small management yards at the remainder of the institutions STWD. |

DOF007202

# EXHIBIT B

## Jane E. Kahn

| | |
|---|---|
| **From:** | Lisa Tillman [Lisa.Tillman@doj.ca.gov] |
| **Sent:** | Tuesday, October 30, 2007 2:17 PM |
| **To:** | Michael Keating |
| **Cc:** | Kerry Courtney Hughes, M.D.; Dennis F. Koson, M.D.; Patricia M. Williams; Haunani Henry; Mary Perrien; Melissa G. Warren, M.D.; Ginny Morrison; hammujones@comcast.net; Henry D. Dlugacz; Raymond F. Patterson, M.D.; Angela P. Shannon; Ted Ruggles, Ph. D.; Paul Nicoll; Fatima Do Vale; LBuffardi@pld-law.com; Matt Lopes; Mary-Joy Spencer; Donald Specter; itrujillo@prisonlaw.com.; Amy Whelan; Jane E. Kahn; Lori E. Rifkin; Michael W. Bien; Sarah M. Laubach; Jeff Metzner; Yong Joo Erwin; Kathryn Burns, M.D., MPH; Ron Metz |
| **Subject:** | Letter to LEG re. Small Management Yards |
| **Attachments:** | 10-29-07 CDCR Statewide Small Management Yard Mule Creek, CA State Prison, Solano, Wasco and Richard J Donovan Correctional Facility.pdf |

October 30, 2007

Re: Coleman v. Schwarzenegger

Dear Mr. Keating:

Please find enclosed a letter from Vincent Brown, Chief Deputy Director of the Department of Finance, to certain Legislative committee chairs concerning the change in the scope of small management yard construction.

Please feel free to contact me to discuss this matter further.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



**DEPARTMENT OF**
# FINANCE
**OFFICE OF THE DIRECTOR**

ARNOLD SCHWARZENEGGER, GOVERNOR

STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

October 29, 2007

Honorable Denise Moreno Ducheny, Chair
Joint Legislative Budget Committee
Senate Budget and Fiscal Review Committee

Honorable John Laird, Chair
Assembly Budget Committee

Honorable Tom Torlakson, Chair
Senate Appropriations Committee

Honorable Mark Leno, Chair
Assembly Appropriations Committee

**California Department of Corrections and Rehabilitation, Statewide, Small Management Yards (Mule Creek State Prison, California State Prison, Solano, Wasco State Prison, and Richard J. Donovan Correctional Facility)—Scope Change**

Pursuant to the provisions of Section 13332.11(h) of the Government Code, the following report is respectfully submitted.

The Budget Act of 2006, Item 5225-301-0001(4.5), appropriated $2,720,000 General Fund to the California Department of Corrections and Rehabilitation (CDCR) to construct 80 small management exercise yards (SMY) for inmates housed in administrative segregation, including 20 SMYs at each of the following institutions: Mule Creek State Prison (MCSP); California State Prison, Solano (SOL); Wasco State Prison (WSP); and the Richard J. Donovan Correctional Facility (RJD). In August 2006, this project was augmented by $140,000 to provide funding for real estate due diligence.

The CDCR is requesting a scope change to remove the SMYs at SOL from this project, reducing the scope of this project from 80 to 60 SMYs. This scope change has become necessary because of significant cost increases that have resulted from higher material costs and site conditions at each of the four locations. By deferring the construction of SMYs at SOL, the SMYs at the three remaining prisons can be constructed within the amount appropriated by the Legislature.

Because the construction of SMYs is a matter of concern to the federal court in the *Coleman v. Schwarzenegger* lawsuit, the decision to defer SOL was made based upon a comparison of the types of mental health programs operated at each prison. MCSP, WSP and RJD all operate the Enhanced Outpatient Program (EOP) level of care, while SOL operates the less-intensive Correctional Clinical Case Management System (CCCMS) level of care. Because the CCCMS level of care is less-intensive than the EOP level of care, there is less risk inherent to delaying the provision of SMYs at SOL than at the other three institutions. Funding to complete the SMYs at SOL will be included in a future request from the CDCR in order to comply with an order from the Coleman court for the provision of SMYs statewide.

- 2 -

The budget for this project was estimated using a standard of $34,000 per SMY, which was based on the cost of the CDCR's most recently completed SMYs. This assumed a standard amount of concrete, plumbing, fencing, etc. per yard. However, site specific conditions and increased material costs have increased the cost per SMY above the budgeted amount. The updated cost per SMY varies between these four institutions as follows: $44,000 at MCSP, $42,500 at WSP, and $36,750 at both SOL and RJD.

Proceeding with the current scope of the project, design, and construction of 80 SMYs would cost $3,200,000, which would require an additional augmentation of $340,000 or 12.5 percent of total project appropriations ($2,720,000). This augmentation, combined with the previous augmentation ($140,000), would result in a cumulative augmentation of $480,000 or 17.7 percent of total project appropriations ($2,720,000). While this is within the augmentation authority of the State Public Works Board, it would only leave $64,000 of augmentation authority remaining. Consequently, it would not be prudent to begin construction with this much augmentation authority already utilized.

The increased material costs are the result of higher prices for materials such as concrete and steel. Factors relating to site conditions include the size of the SMY complex at each institution and the distance from the planned sites to the nearest utility connections. The budgeted amount per SMY assumed all 20 SMYs would be situated in a standard proximity to each other. However, at all four of these locations, the physical area needed to site all 20 SMYs was larger than anticipated due to existing yard features. For example, at WSP the SMY complex had to be split into two smaller complexes. At each of these locations, a greater amount of concrete is necessary to provide a surface for the SMY complex. The larger physical size of the SMY complex at each location also necessitates longer stretches of yard fencing and in-ground plumbing.

In addition, at RJD connections for water and wastewater service were at least 100 feet from the complex, at WSP connections for electrical and water were at least 100 feet from the complex, and at both SOL and WSP existing utility services needed to be relocated so that they wouldn't be located under the cement slab of the SMY complex when it is completed. At MCSP, the closest electrical connection was more than 150 feet away from the SMY complex site and it required a transformer to provide the proper service to the SMYs. Because of the site topography at MCSP, approximately 140 feet of concrete retaining wall is necessary. Moreover, for security reasons, a block wall is necessary at RJD to screen the SMY complex from another inmate yard.

| Institution | Original Budget | Current Estimated Budget | Change | Percent Change |
|---|---|---|---|---|
| MCSP | $680,000 | $880,000 | $200,000 | 29.4 % |
| WSP | $680,000 | $850,000 | $170,000 | 25.0 % |
| RJD | $680,000 | $735,000 | $55,000 | 8.1 % |
| SOL | $680,000 | $0 | - $680,000 | - 100 % |
| **Total** | **$2,720,000** | **$2,465,000** | **- $255,000** | **- 9.4 %** |

- 3 -

The table above illustrates the difference between the original budgeted amount and the current estimated budget by institution for the three locations that will remain in the scope of this project. The difference between the original appropriation ($2,720,000) and the current estimated budget ($2,465,000) is $255,000. Furthermore, it has since been determined that real estate due diligence is not necessary for this project because the construction sites at each of these institutions have already been covered by previous real estate due diligence reviews conducted at these institutions. Consequently, the CDCR has requested that the $255,000 available as a result of this scope change and the $140,000 augmentation for due diligence be reverted, for a total reversion amount is $395,000.

Although Section 13332.11(h) of the Government Code does not address a specific review period by the Joint Legislative Budget Committee for such scope changes, it is our intent to approve this request no sooner than 20 days from the above date.

If you have any questions or need additional information regarding this matter, please call Jim Martone, Principal Program Budget Analyst, at (916) 445-9694.

MICHAEL C. GENEST
Director
By:

*Vincent P. Brown*

VINCENT P. BROWN
Chief Deputy Director

cc:  Honorable Dennis Hollingsworth, Vice Chair, Senate Budget and Fiscal Review Committee
Honorable Roger Niello, Vice Chair, Assembly Budget Committee
Honorable Michael Machado, Chair, Senate Budget and Fiscal Review Committee No. 4
Honorable Juan Arambula, Chair, Assembly Budget Subcommittee No. 4
Ms. Elizabeth Hill, Legislative Analyst (3)
Mr. Danny Alvarez, Staff Director, Senate Budget and Fiscal Review Committee
Mr. Bob Franzoia, Staff Director, Senate Appropriations Committee
Mr. Seren Taylor, Staff Director, Senate Republican Fiscal Office
Ms. Diane Cummins, Senate President pro Tempore's Office
Mr. Christopher W. Woods, Chief Consultant, Assembly Budget Committee
Mr. Geoff Long, Chief Consultant, Assembly Appropriations Committee
Mr. Peter Schaafsma, Staff Director, Assembly Republican Fiscal Committee
Mr. Ivan Altamura, Chief of Staff, Assembly Republican Leader's Office
Mr. Craig Cornett, Assembly Speaker's Office (2)
Ms. Deborah Hysen, Chief Deputy Secretary, Facility Planning, Construction, and
    Management, Department of Corrections and Rehabilitation
Mr. Dean Borg, Assistant Deputy Director, Facilities Management Division, Department of
    Corrections and Rehabilitation
Ms. Sarah VanDyke, Branch Chief, Facility Planning and Finance Branch, Department of
    Corrections and Rehabilitation
Ms. Darlene Maston, Chief, Project Financing Unit, Department of Corrections and
    Rehabilitation

icc:  DUNMOYER, KAHN, CAP-OFFICE, FINN, ROGERS, MARTONE, STURGES,
    BENSON, WINWARD, N. WUNDERLICH, C/F (3), SUSPENSE, FILE

I:\WP\CO\PWB\20 - DAY LETTERS\2007\5225-11 STATEWIDE, SMY (MCSP, SOL, WSP, RJD) - SCOPE CHANGE LETTER.DOC

**EXHIBIT C**

# Mental Health Adseg/SHU/PSU

### August 3, 2007

| | MH POPULATION IN AD SEG | | | AD SEG CAPACITY | MH PERCENT OF AD SEG* | | |
|---|---|---|---|---|---|---|---|
| | EOP | CCCMS | TOTAL | | EOP | CCCMS | TOTAL |
| ASP *II* | 2 | 45 | 47 | 175 | 1.14% | 25.71% | 26.86% |
| CAL *LIV* | | 5 | 5 | 300 | 0.00% | 1.67% | 1.67% |
| CCI *LII,III,IV* | 8 | 118 | 126 | 327 | 2.45% | 36.09% | 38.53% |
| CCWF | | 28 | 28 | 61 | 0.00% | 45.90% | 45.90% |
| CEN *III* | | 2 | 2 | 350 | 0.00% | 0.57% | 0.57% |
| CIM-RC *I* | 25 | 64 | 89 | 356 | 7.02% | 17.98% | 25.00% |
| CMC *LII,III* | 36 | 56 | 92 | 226 | 15.93% | 24.78% | 40.71% |
| CMF *LII,III* | 41 | 35 | 76 | 164 | 25.00% | 21.34% | 46.34% |
| COR *LIII,IV* | 50 | 148 | 198 | 460 | 10.87% | 32.17% | 43.04% |
| CTF *LII* | | 33 | 33 | 228 | 0.00% | 14.47% | 14.47% |
| CVSP *LII* | | 2 | 2 | 175 | 0.00% | 1.14% | 1.14% |
| DVI *LII* | 6 | 40 | 46 | 303 | 1.98% | 13.20% | 15.18% |
| DVI-RC *LII* | 3 | 72 | 75 | 303 | 0.99% | 23.76% | 24.75% |
| FOL *III* | | 57 | 57 | 138 | 0.00% | 41.30% | 41.30% |
| HDSP *LIII,IV* | 1 | 43 | 44 | 343 | 0.29% | 12.54% | 12.83% |
| ISP *LIII* | 1 | 5 | 6 | 175 | 0.57% | 2.86% | 3.43% |
| KVSP *LIV* | 5 | 81 | 86 | 396 | 1.26% | 20.45% | 21.72% |
| LAC *LIII,IV* | 55 | 145 | 200 | 450 | 12.22% | 32.22% | 44.44% |
| MCSP *LII,III,IV* | 48 | 43 | 91 | 175 | 27.43% | 24.57% | 52.00% |
| NKSP-RC *LIII* | 4 | 52 | 56 | 175 | 2.29% | 29.71% | 32.00% |
| PBSP *LIV* | | 64 | 64 | 246 | 0.00% | 26.02% | 26.02% |
| PVSP *LIII* | 4 | 134 | 138 | 350 | 1.14% | 38.29% | 39.43% |
| RJD *LIII* | 40 | 90 | 130 | 350 | 11.43% | 25.71% | 37.14% |
| SAC *LIV* | 93 | 115 | 208 | 406 | 22.91% | 28.33% | 51.23% |
| SATF *LII,III,IV* | 9 | 107 | 116 | 325 | 2.77% | 32.92% | 35.69% |
| SCC *LII,III* | 4 | 42 | 46 | 175 | 2.29% | 24.00% | 26.29% |
| SOL *LII,III* | 2 | 108 | 110 | 350 | 0.57% | 30.86% | 31.43% |
| SQ-RC *LII* | 5 | 64 | 69 | 379 | 1.32% | 16.89% | 18.21% |
| SVSP *LIV* | 45 | 192 | 237 | 439 | 10.25% | 43.74% | 53.99% |
| VSPW | 6 | 13 | 19 | 76 | 7.89% | 17.11% | 25.00% |
| WSP-RC *LIII* | 11 | 40 | 51 | 175 | 6.29% | 22.86% | 29.14% |



Mental Health and HIV numbers are as accurate as the information
provided by the respective DDPS identifier systems.

*Ad Seg Capacities do not include "overflow." Therefore, MH Percent of Ad Seg may be artificially inflated.

COR Ad-Seg EOP housing is located in the SHU.

R2-1

Health Care Placement Unit
8/3/2007



| Totals | 504 | 2043 | 2547 | 5504 | 9.16% | 37.12% | 46.28% |
|---|---|---|---|---|---|---|---|

| | MH POPULATION IN PSU | | | PSU CAPACITY | MH PERCENT OF PSU | | |
|---|---|---|---|---|---|---|---|
| | EOP | CCCMS | TOTAL | | EOP | CCCMS | TOTAL |
| PBSP *IV* | 115 | 0 | 115 | 128 | 89.84% | 0.00% | 89.84% |
| SAC | 183 | 1 | 184 | 192 | 95.31% | 0.52% | 95.83% |

| | MH POPULATION IN SHU | | | SHU CAPACITY | MH PERCENT OF SHU | | |
|---|---|---|---|---|---|---|---|
| | EOP | CCCMS | TOTAL | | EOP | CCCMS | TOTAL |
| COR *I,III,IV* | | 484 | 484 | 1400 | 0.00% | 34.57% | 34.57% |
| VSPW | 1 | 37 | 38 | 44 | 2.27% | 84.09% | 86.36% |
| CCI | 2 | 181 | 183 | 274 | 0.73% | 66.06% | 66.79% |

| Total | 3 | 702 | 705 | 1718 | 0.17% | 40.86% | 41.04% |
|---|---|---|---|---|---|---|---|

Mental Health and HIV numbers are as accurate as the information
provided by the respective DDPS identifier systems.      *R2-2*

*Ad Seg Capacities do not include "overflow." Therefore, MH Percent of Ad Seg may be artificially inflated.

COR Ad-Seg EOP housing is located in the SHU.

Health Care Placement Unit
8/3/2007