## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:   **2:90-cv-0520**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On <u>December 7, 2007</u>, I served the attached **Defendants' Request for Reconsideration by the Three-Judge Panel of the Magistrate Judge's Order or, Alternatively, Request for State of Order(E.D.L.R. 72-303)** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

| | |
|---|---|
| Claudia Center<br>The Legal Aid Society - Employment Law Center<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107 | MARTIN J. MAYER<br>Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835 |
| Richard Goff<br>Heller, Ehrman White & McAuliffe<br>701 Fifth Avenue<br>Seattle, WA 98104 | RONALD YANK<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 |
| Warren E. George<br>Bingham McCutchen<br>3 Embarcadero Ctr., Fl. 24<br>San Francisco, CA 94111 | ANN MILLER RAVEL<br>Office of the County Counsel<br>County of Santa Clara<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110 |
| Martin H. Dodd<br>Futterman & Dupree<br>160 Sansome Street, 17th Floor<br>San Francisco, CA 94109 | Jared Goldman<br>California Prison Healthcare Receivership<br>1731 Technology Dr., Suite 700<br>San Jose, CA 95110 |

John Hagar
Law Office of John Hagar
PMB 314
1819 Polk Street
San Francisco, CA 94109

STEVEN S. KAUFHOLD
Akin Gump Straus Hauer & Feld LLP
580 California Street, 15th Floor
San Francisco, CA 94102

ROD PACHECO
CHUCK HUGHES
Office of the District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501

STEVEN WOODSIDE
Office of the County Counsel
575 Administration Dr., Room 105A
Santa Rosa, CA 95403

Donald Specter
Prison Law Office
2173 'E' Francisco Blvd., Suite M
San Rafael, CA 94901

Michael Bien
Rosen, Bien and Galvan
315 Montgomery Street, 10th Floor
San Francisco, California 94104

Office of the Court Clerk
Senior Magistrate Judge John F. Moulds
United States District Court
Eastern District Of California
501 "I" Street
Sacramento, 95814

Martin H. Dodd
Futterman & Dupree, LLP
160 Sansome Street, 17th Floor
San Francisco, CA 94104
(415) 399-3841 main
(415) 399-3838 fax

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 7, 2007, at Sacramento, California.

|   E. Torres   |   */s/ E. Torres*   |
|:---:|:---:|
| Declarant | Signature |

30362788.wpd