FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
JAMIE L. DUPREE (158105)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile:  (415) 399-3838
martin@dfdlaw.com
jdupree@dfdlaw.com

*Attorneys for Receiver*
Robert Sillen

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. CIV S-90-0520 LKK JFM P |
| *Plaintiffs*, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| *Defendants*. | |
| JOHN ARMSTRONG, et al., | Case No. C 94-2307 CW |
| *Plaintiffs*, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| *Defendants*. | |
| CARLOS PEREZ, et al., | Case No. C 05-05241 JSW |
| *Plaintiffs*, | |
| v. | |
| JAMES TILTON, et al., | |
| *Defendants*. | |

# NOTICE OF FILING OF RECEIVER'S QUARTERLY PROGRESS REPORT ON COORDINATION AGREEMENTS

Robert Sillen, the Court-appointed receiver ("Receiver") in *Plata v. Schwarzenegger*, C 01-1391 TEH (N.D. Cal.), hereby gives notice of filing of his Quarterly Progress Report on the matters which are the subject of the coordination agreements between the Receiver, the Special Master in *Coleman* and the court representatives in *Armstrong* and *Perez*.

The Progress Report filed herewith consists of a December 7, 2007 letter to the above-captioned courts together with five exhibits describing with particularity the Receiver's progress in connection with each of the coordination agreements.

Dated: December 6, 2007

FUTTERMAN & DUPREE LLP

By: /s/ Martin H. Dodd
Martin H. Dodd
Attorneys for Receiver Robert Sillen