**CALIFORNIA
PRISON HEALTH CARE
RECEIVERSHIP CORP.**

Robert Sillen
Receiver

December 7, 2007

Honorable Lawrence K. Karlton
United States District Court, Eastern District of California
501 I Street, Suite 4-200
Sacramento, CA 95814

Honorable Claudia Wilken
United States District Court, Northern District of California
1301 Clay Street, Suite 400-S
Oakland, CA 94612

Honorable Jeffrey S. White
United States District Court, Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Dear Judge Karlton, Judge Wilken, and Judge White,

The Receiver is responsible for filing quarterly progress reports with the *Plata* Court, pursuant to the Order Appointing Receiver, filed February 14, 2006. Additional reporting requirements were placed on the Receiver following his assumption of the management of certain coordinated functions that involve the delivery of prison mental health, dental, and Americans with Disabilities Act services.[1] Specifically, the areas for which the Receiver has assumed coordination-related reporting are as follows: credentialing and privileging of health care providers; contracts; information technology including telemedicine reform; and pharmacy oversight.

The Receiver in his Sixth Quarterly Report filed September 26, 2007 at pages 1 and 2 explained his *Armstrong*, *Coleman*, and *Perez* filing requirements. Furthermore, the Receiver reported upon the status of the *Armstrong*, *Coleman*, and *Perez* coordination agreements. We did not, however, file the Sixth Quarterly Report with the courts in

---

[1] Order Approving Coordination Agreements Attached to Joint May 29, 2007 Order was filed on June 28, 2007 in *Plata*, *Perez*, and *Coleman* cases. Order Approving Coordination Statements Attached to June 26 2007 Order was filed August 24, 2007 in the *Armstrong* case. These orders are hereinafter referred to as "Joint Coordination Orders."

December 7, 2007
Page 2

*Armstrong*, *Coleman*, and *Perez*. I apologize for this error and will ensure that it does not happen again.

On November 15, 2007, the Receiver filed the Plan of Action which is an extensive report regarding the Receiver's initiatives for the next 36-months of the Receivership. On November 28, 2007, Judge Henderson filed an "Order Granting Receiver's Application to be Relieved of Filing Quarterly Report in December 2007." Pursuant to that order, the Receiver's next Quarterly Report will be filed in March 2008.

The Receiver's Plan of Action contains detailed reports regarding progress to date and future plans for each of the areas of coordination. To satisfy the Receiver's reporting requirements concerning *Armstrong*, *Coleman*, and *Perez*, we file herein applicable sections of the Plan of Action. Exhibit 1 is the Receiver's Personnel Services Initiative which contains information concerning credentialing and privileging of health care providers; Exhibit 2 is the Receiver's Contract and Invoice Processing Initiative; Exhibit 3 is the Receiver's Information Technology Initiative; Exhibit 4 is the Receiver's Clinical Operations Initiative which contains information concerning telemedicine reform; and Exhibit 5 is the Receiver's Maxor Pharmacy Services Initiative concerning pharmacy oversight. Consistent with the Joint Coordination Orders, the Plan of Action sections attached address, among other topics, the following: (a) all tasks and metrics necessary with degree of completion and date of anticipated completion for each task and metric; (b) particular problems being faced by the Receiver; and (c) particular successes achieved by the Receiver.

If questions or concerns arise, do not hesitate to contact me. Counsel in all actions have been served with this filing.

Sincerely,

John Hagar
Chief of Staff


c:   Honorable Thelton E. Henderson, United States District Court, Northern District of California
    Michael Chu, Law Clerk to the Honorable Thelton E. Henderson, United States District Court, Northern District of California
    Haven Gracie, Law Clerk to the Honorable Lawrence K. Karlton, United States District Court, Eastern District of California

December 7, 2007
Page 3

Elizabeth Eng, Law Clerk to the Honorable Claudia Wilken, United States District Court, Northern District of California
Kristin Ring, Law Clerk to the Honorable Jeffrey S. White, United States District Court, Northern District of California
Robert Sillen, Receiver