# EXHIBIT 3

## INFORMATION TECHNOLOGY INITIATIVE
## (POA GOAL D)

## BACKGROUND AND INTRODUCTION

A.    There Is No Functioning CDCR Health Care IT System

        In the Findings of Fact and Conclusions of Law re Appointment of Receiver
("Findings") filed October 3, 2005 the Court found that "central office staff do not have
the tools they need to handle the vast quantity of information necessary to manage a
billion dollar, 164,000 inmate system.  Data management, which is essential to managing
a large health care system safely and efficiently, is practically non-existent." *See*
Findings at 6:16-25.

        Data management drives every element of health care organizational
performance. What data is collected, by whom, for whom, how it travels, how it informs
clinical and business decisions -- all of these very basic questions are the starting point
for many of the Receiver's remedial efforts.  The Receiver's efforts will not succeed
without sufficient investment in information technology -- people, processes, and
equipment.  In a typical IT turnaround, the project might be to upgrade, modernize,
revamp, reprioritize projects and initiatives, retrain staff or redesign existing IT structures
and programs. That is not the case here. There is virtually nothing worth saving in what
attempts to pass for health care information technology at CDCR.   Furthermore, a
credible remedial program must account for more than 170,000 patients scattered into 33
institutions (not based on their status as patients, but on their classification as prisoners).
In addition, an effective remedial program must also consider the needs of three other
major Federal Court class action cases: *Armstrong* (Americans with Disabilities Act);
*Coleman* (mental health), and *Perez* (dental).

        In practical terms, that means virtually everything in CDCR's medical system
today is done manually on paper, or on antiquated, computer applications,[1] or not done at
all.  Medical records, appointment scheduling, prescriptions, lab and test results, outside
consult notes, communication among medical staff and with custody counterparts – all of
these functions take place with a low degree of  certainty and accuracy in the current
system. Whether data is recorded on paper or on CDCR computers, there is no
consistency from one prison to the next in terms of which information is recorded or how
it is kept. This makes it impossible to create trustworthy management reports[2] or even to
track an inmate's medical information properly as he or she moves from one prison to
another. As the court stated, "The medical records in most CDCR prisons are either in a
shambles or non-existent. This makes even mediocre medical care impossible." *See*

---

[1] Such as 3,700 non-connected, non-verified Microsoft Access databases. Another
example can be found in the pharmacy system, which runs on a DOS 3.0 system that
Microsoft has not supported for 10 years.
[2] Such as reports to the court measuring progress on remedial efforts.

Findings at 20:18. This is a crucial defect in CDCR in particular, where the volume and velocity of inmate movement within the system would challenge even the most organized record keeping.

Before the Receivership, this situation showed no signs of improving. For instance, CDCR's entire IT Department, a cadre of over 125 persons, assigns only *four* field technicians to health care, including all disciplines at all sites.

The information deficit translates into poor medical care, up to and including needless patient deaths. An analysis commissioned by the Receiver of CDCR inmate deaths in 2006 found that 66 of them – or 15 percent – were preventable or possibly preventable. Many of those deaths stemmed from a broken infrastructure which did not provide clinicians with the information they needed to make decisions. This included incomplete or missing medical records, lack of timely lab and test results, specialty consult notes and hospital discharge orders. Pharmacy errors and botched transfers of patient information also contributed to the deaths.

B.   The Scope and Depth of IT Inadequacies Within CDCR

As with many of the remedial challenges facing the Receiver, without studying the entire information technology problem, an adequate, coordinated and cost effective remedial program will not be implemented in a timely, cost effective manner. Therefore, the Receiver's experts spent much of the past year examining in detail all of the elements of necessary reform. The Receiver has concluded that systemic shortfalls can be addressed through reforms to CDCR's health care information technology. However, improving the information apparatus does not affect the quality of the information, per se. Reform to information technology is an effort essential to, and supportive of, changes to clinical and operational systems and behavior laid out elsewhere in the Plan of Action. The IT approach encompasses technological infrastructure and architecture, data standardization, and reform of operations and workflow processes. The steps to get there are spelled out below. This is much more complicated than merely automating all the inadequate and dangerous clinical and business processes that today characterize healthcare in CDCR.

To begin, it is crucial to illustrate the lack of information handling and technology currently in use at CDCR's prisons. In site visits to individual prisons the Receiver's staff have observed clinical areas without phones or fax machines, let alone computers. In areas where computers are present, they are unconnected to any other computer networks or to the Internet.

California State Prison - Los Angeles County lost its ability to deliver telemedicine services when the Southern Regional Accounting Office did not pay the phone bill, preventing prisoner/patients from receiving essential specialty medical care.[3]

---

[3] CDCR's outdated telemedicine network relies on ISDN phone lines, with the voice and video systems separate. To participate in a clinic visit, CDCR calls outside providers.

For all of the aforementioned reasons it took more than seven weeks to correct this problem. At San Quentin, in the entire institution, there was one phone that could receive inbound calls available to clinicians and *no* phones that could make outbound calls. Medical staff were not allowed to bring cell phones into the institution, and had to borrow phones from correctional officers. The first corrective action – to install phone lines – was turned back by the discovery that the entire prison's phone system was antiquated and not running properly. Laying new phone cable was not possible due to the high levels of lead and asbestos in the walls. Instead, the Receiver's IT team purchased and installed a $1.5 million digital phone system for San Quentin, which benefits the entire institution, not just the medical program. These are but two examples of the terrain the Receiver's IT team has inherited.

Statewide, physicians in the prisons do not have access to disease protocols, medical literature or best practices that routinely are available to physicians in the free world through desktop or laptop Internet access or handheld computers. Prior to the Receivership, CDCR attempted to distribute personal digital assistants (PDAs) to all its physicians, an effort that completely failed because of lack of appropriate IT support, inability to synchronize the devices over the Internet, and lack of coordination with custody staff who often confiscated the devices.

Medical staff members cannot share appropriate patient care information within a prison without physically transporting that information from one place to another. There is no prison-to-prison connectivity, so when inmates transfer (as 170,000 did in the first quarter of 2007 alone), pertinent medical information is routinely lost, delayed or incomplete. The transfer of medical information to and from the counties – upon intake and parole – is equally broken. For example, it was recently discovered that the CDCR parole offices and storage areas had a combined total of approximately 8.5 million loose, un-filed health record documents.

The most widely deployed health care computer application in CDCR is the Inmate Medical Scheduling and Tracking System (IMSATS). This application, however, was designed by a CDCR physician's son at home using Microsoft Access. It has no central database; information on various computers using IMSATS must be synchronized daily by hand using a portable USB hard drive (also known as a flash drive or stick). As a result, data in IMSATS is almost uniformly corrupted, incomplete, and non-standardized. IMSATS users get virtually no training and have no help desk to turn to if the "system" fails. Meanwhile, there is no understanding throughout the organization of how inmate medical scheduling and tracking should be performed efficiently and effectively because staff haven't been trained, there is no qualified leadership and scheduling and tracking have never been addressed as a discrete project.[4] Beyond

---

[4] "The CDCR's system for managing appointments and tracking follow up does not work." *See* Findings at 6:16.

IMSATS, there are several other examples of dysfunctional CDCR IT projects that the
Receiver's IT team has discovered during its first year of exploration.[5]

Thus, the effort to bring IT up to a position where it can support delivery of
constitutionally adequate medical care is starting from a point *well below* zero. The goal
of the Receiver's IT plan over the next 36 months, therefore, is to start from the
beginning and create an environment in which all 33 prisons are ready and able to receive
IT support and an organizational culture within which these IT systems can succeed. The
Receiver must construct the pathways and processes for the information superhighway
before any material can travel on it.

## NOVEMBER 15, 2007 STATUS OF CDCR HEALTH CARE IT PROGRAMS

A.  Indications of IT Progress Under the Receivership

        As grim a picture as this paints for the way medical care has been inappropriately
delivered to date, it also provides a unique opportunity to achieve a state-of-the-art
system without first having to adjust the existing system upwards. The blank slate has its
advantages, and the Receiver's team has the expertise to recognize and act upon that.
Indeed, this proficiency already has been demonstrated in a series of activities that the
Receiver's IT leaders have undertaken prior to and parallel with the Plan of Action. A
sample of early accomplishments is listed below.

- Establish Healthcare Information Technology Executive Committee (HITEC)
  (described below)
- Receiver's Chief Information Officer conducts regular meetings with CDCR IT
  Department and Clinical Leaders to inform and coordinate efforts.
- Negotiated and obtained contracts for CDCR clinicians to access online medical
  reference tools ePocrates and UpToDate.
- Developed Requests for Proposals for consultants to assist the Receiver with
  assessment and planning in the laboratory, radiology and medical records
  departments. http://www.cprinc.org/projects_rfp.htm
- Developed a Request for Proposal for consultants to assist the Receiver with the
  creation of a Clinical Data Repository. http://www.cprinc.org/projects_rfp.htm
- Engaged University of Texas Medical Branch to assess CDCR's telemedicine
  program and provide recommendations to improve its use.
- Launched the IT infrastructure plan by connecting two prisons involved in the
  pilot of Maxor's Guardian pharmacy information system.
- Participation in case coordination efforts between representatives of the *Plata,
  Coleman, Perez,* and *Armstrong* Courts.
  - Led the case management program application for dental *(Perez)* and mental
    health *(Coleman)* cases. Directed the representatives of these cases to develop

---

[5] Other examples include the Prescription Pharmacy Tracking System (PPTS), Health
Care Management System (HCMS), Mental Health Tracking System (MHTS), and the
Discharged Offender Record Management System (DORMS).

a system compatible with the Receiver's upcoming infrastructure, helped to craft the selection process for the RFP.
o Demonstrated the strengths and weaknesses of the DECS *(Armstrong)* patient tracking program to the court.
• San Quentin Project
o Purchased and installed $1.5 million digital phone system for San Quentin.
o Installed a wireless network and a mental health network in San Quentin's Neumiller Building. Now clinicians in the institution's main health care delivery building can use laptops and personal computers on carts.
o Supported mental health staff that had been waiting two years for CDCR to install IT network. Receiver's CIO did so in 30 days, enabling all appropriate mental health providers to have access to patient information online. The ability to reference data from multiple sites is critical to quality of care.
• Assisted in the implementation, trouble-shooting and staff training on the automated medical contracting project at headquarters, with pilots in four prisons. The purpose of this project is to ensure that outside providers are paid for their services within 30 days in order to assure access to specialty and hospital care.
• Provided process redesign support, including streamlining the existing scheduling system, for the specialty services pilot in two prisons.
• Created security policies, in concert with custody, to allow providers to bring into institutions their own personal digital assistants (PDAs) containing updated medical reference information. The resulting policy memo was distributed by CDCR Office of Adult Institutions to all 33 facilities in September 2007.

B. Managing the Parameters and Standards of an Adequate CDCR Heath Care IT System

1. Class Action Coordination

The Receiver's team is now beginning to bring progress to the CDCR health care IT system. For example, the federal judges responsible for the health care class actions placed the Receiver in a lead role implementing long-term IT remedial efforts in the *Coleman, Armstrong* and *Perez* cases, as well as the *Plata* case. Refer to Information Technology Initiative Appendix 1 – June 28, 2007 Court Order Approving Coordination Agreements. This action will result in the development of a coherent system of information management going forward. It also presents significant additional challenges and obligations for the Receiver's IT leadership.

2. The Multi-Disciplinary Healthcare Information Technology Executive Committee

In order to ensure that IT planning responds to a wide range of clinical, administrative and programmatic needs, the Receiver has developed the multi-disciplinary Healthcare Information Technology Executive Committee (HITEC). Refer to Information Technology Initiative Appendix 2 –

Healthcare IT Executive Committee Charter. HITEC is comprised of representatives from the medical, mental health, dental and disabilities disciplines to provide input, feedback and advice to our IT team about clinical, institution and system priorities as we work to craft a plan for how to meet the system's need for information, data management and analysis in an organized and methodical fashion.

3.  Establishing IT Project Principles

    The Receiver's overall IT effort is characterized by implementing a series of principles common to modern IT projects:

    a.  IT supports the *entire* health care enterprise and is not a stand-alone function. CDCR executive leaders across all health care clinical and business divisions will play a role in determining and contributing to the IT projects governed by the Receiver. This practice already has begun with the formation of HITEC.
    b.  CDCR has no capacity or capability to develop software and build and maintain hardware. Therefore, whenever possible, the Receiver will lease network connections, hardware, data centers, and software services from vendors that specialize in these functions.
    c.  Whenever possible, IT projects will involve the staff (end-users) who will use the service from the earliest stages of project planning.
    d.  IT projects will not be used to support or shore up broken, dysfunctional, and inefficient workflows and processes. Process redesign will be a critical component of every IT project.
    e.  IT will be a strong proponent of data and process standardization across the enterprise.
    f.  All systems installed will comply with all federal and state medical privacy laws.
    g.  All IT projects will use nationally and internationally recognized standards to allow for communication among current and future applications. CDCR will be advised to follow these standards as well, ensuring interoperability between the Receiver's and CDCR's custody-oriented IT programs.
    h.  Whenever possible, CDCR will adhere to the Governor's strategic plan for information technology in California.[6]

---

[6] Governor Schwarzenegger issued an executive order known as the Broad Band Initiative in October 2006 that establishes a statewide task force to recommend "how California can take advantage of opportunities for and eliminate any related barriers to broadband access and adoption." The order further instructs State Agencies to lead by example in the effort to increase the use of information technology, including wireless connections and Internet access, making state government more efficient. Health care is one of the areas targeted for improvement. The executive order can be found at http://gov.ca.gov/index.php?/press-release/4575/

4.   The Receiver's Utilization of Cost Effective Leased IT Infrastructure

These principles mirror ongoing changes throughout industry and government. IT is moving away from the use of in-house infrastructure -- hardware and apparatus -- and moving toward a system more familiar to the individual consumer. At home, if one has cable TV, telephone, Internet access and other high-tech features, all of the infrastructure – the cable connection, networking, electrical demands – are provided by a third party company such as ATT, Comcast, Verizon, etc. The individual simply becomes a client of that service, and plugs into it. The user remains free to choose what they will use (which services) and how (which applications) and must learn enough to make and benefit from those decisions.

This direction for IT – to lease and consume, rather than purchase and build infrastructure -- is shared by leading organizations, industry and government such as Bank of America, Wells Fargo, Pixar Studios, Apple Computers and the State of California.

5.   Utilization of Information Based Around the Patient

In addition to the infrastructure strategy, the standard in medicine is moving toward information based around the patient, made available to the clinician at the time and point of care. This approach mirrors that which is recommended by The Institute of Medicine, part of the National Academy of Sciences, and the American Health Information Community, a project of the U.S. Health and Human Services Agency[7]. Momentum is building at the state and federal level to bring health care information technology up to the standards already present in other industries, and to use it to enhance the quality of patient care while reducing cost. [8]  Often, this goal is expressed as the creation of an

---

[7] The 16 members of the American Health Information Community (AHIC) include federal and state executives, company CEOs and representatives of the health care industry. The HHS Secretary is chairman of the panel, which was announced in June 2005. The work AHIC will perform to select interoperability standards is designed to advance the implementation of electronic health records, which promise to improve the quality of health care, reduce medical errors and cut costs. Refer to the Government Computer News: http://www.gcn.com/online/vol1_no1/36965-1.html

[8] President Bush created the Office of the National Coordinator for Healthcare Information (ONC) which started in an advisory role to the president and was later made into a fully budgeted office that advises the President and Congress on how best to advance the adoption of clinical informatics, computerized clinical systems and advanced patient safety computer systems. ONC has been the President's and Congress' point leader to work on a national goal of a Electronic Medical Record for everyone in the U.S. by 2014. This is seen by Congress as not only a needed patient safety project but they

Electronic Health Record (EHR). [9] From the Receiver's perspective, it is less important to decide right now whether an EHR, per se, will be implemented in CDCR, and more critical to commit to providing accurate, reliable, timely data to the providers at the time and point of patient care.

## IT INITIATIVES: NOVEMBER 2007 TO NOVEMBER 2010

A.  Introduction:  Planning for IT Implementation

The Receiver's IT team engaged in extensive diagnostic work and research to determine the best solution and starting point to address the impoverishment of CDCR's health care IT system. These preliminary investigations include numerous and detailed meetings with CDCR's IT leadership and staff, multiple prison site visits within California (the CIO has been to 18 CDCR prisons and the CMIO to 16), visits to see health care IT operations in Arizona and Texas prisons, and discussions with representatives of the *Coleman, Perez, Clark* and *Armstrong* cases about their experiences with CDCR IT and the demands and requirements imposed by their courts. The Receiver's CMIO also treats patients in clinics at the California Medical Facility and California State Prison, Solano, where he experiences first hand the physician's need for – and lack of – accurate patient information to guide decision making.

---

believe that it will significantly impact Medicare costs by reducing duplicate test, medications and drug adverse reactions. http://www.hhs.gov/healthit/onc/mission/

[9] David Brailer, M.D., Ph.D. National Coordinator for Health Information Technology, Department of Health and Human Services, spoke on this topic at the First Annual Kaiser Permanente HealthConnect Users' Conference in California on August 2, 2005. An excerpt from his speech follows: "There're also a number of states who have as a state at the governor level or the legislature have taken on health IT as the new frontier of delivering health care services and insuring fairness and equity in efficiency and treatment... There are numerous private sector initiatives and new consumer groups involved in this, there are new advocacy groups. Everyone's re-tooling their thinking about health IT because it's an issue that has come and is here to stay, both at the policy level but more importantly at the doctor/patient level, and if you haven't seen the statistics of physicians registering their awareness about whether or not they should be involved in putting an EHR in their practice, they've just gone through the roof. Everyone knows at some point it needs to happen and that's because foundationally it's now a question of how and not when, it's a question of should and not if, it's really a question of how do we make sure that this life saving therapy is put into practice." http://ckp.kp.org/kpindepth/archive/indepth_brailer.html

B.  Inter-Prison IT Connectivity- Working With Governor Schwarzenegger's Broad
    Band Initiative

      The criteria for successful reform includes a system that can be achieved timely
and cost-effectively and that will meet the pressing needs of today while being flexible
enough to expand and change to meet needs that will emerge in the future. Information
technology is, by its nature, in a constant state of innovation and change as it seeks both
to streamline and build capacity for the effective management and analysis of data.
Initially, it was assumed that the Receiver's IT reform would entail the traditional bricks
and mortar approach of purchasing and installing a new system – "wiring" the prisons.

      After careful study, however, the Receiver's IT leaders have concluded that the
best approach would be to join the Governor's Broad Band Initiative and utilize services
provided by the State's Calnet II Master Service Agreement with Verizon Business.[10]
The State CIO is encouraging all agencies to make use of the Calnet agreement in order
to move more nimbly in the direction of adopting full broad band access. This modern,
cutting edge method will allow the Receiver to create secure *wireless* networks in the 33
prisons, reducing both the cost and length of time required to get the new system up and
running.

      As noted in the principles above, all systems installed will start with federal and
state medical privacy laws as their foundation.  The Receiver will incorporate all physical
and data security tools that are the industry standard. The new IT-driven system will
provide a much higher degree of patient privacy and confidentiality than today's paper
method in which medical records are often misplaced or inappropriately shared.

      Through Calnet, CDCR's medical system will have the ability to become an
interconnected, on-line system within the next year, rather than the years it would take to
do it in what is rapidly becoming the old-fashioned way. We anticipate that the statewide
network connecting all prisons (known as a Wide Area Network or WAN) will be in
place  and that the individual institutions will each have their own functioning internal
computer network (known as Local Area Networks or LAN) by the end of 2008[11].
Verizon, responsible for creating and implementing the new infrastructure, has produced

---

[10] The Calnet agreement went online in May 2007, and was designed to allow state
agencies to implement the Governor's Broad Band Initiative more rapidly, at deeply
discounted contract rates. The Calnet agreement is a DGS contract developed by the
State's Department of Technical Services under the auspices of State CIO Clark Kelso.
The State CIO's plan for Enterprise Architecture is very similar to the Receiver's IT plan
for the prisons. The CIO's plan can be found at
http://www.cio.ca.gov/stateIT/enterpriseArch.html

[11] Individual sites include all clinical and business operations sites in the 33 adult prisons,
regional offices and headquarters. In order to provide IT to fulfill the requirements of the
*Perez* and *Coleman* cases, these connections may expand to Department of Mental Health
and California Youth Authority facilities.

a plan for installing the WAN network and has already evaluated eight prisons for the LAN implementation as well. Refer to Information Technology Initiative Appendix 3 – CPR Network Design. Verizon and its subcontractors have also designed a modern data center for CDCR that will be installed in their server farm in Torrance, CA, and the corporation is currently engaged in site surveys for installation of the wireless LANs at each institution, with a particular eye to creating redundant network connections to ensure business continuity in the event of accident or disaster. Security is a top concern: the latest firewall and private network technologies are being implemented to ensure that the network is safe from viruses, attacks, or breaches. Verizon has contractually guaranteed CDCR a high level of service and reliability, reducing dependence on the State's resources to maintain the network.

There are several advantages to the Receiver joining the Calnet agreement, including efficiency and cost savings that will allow the Receiver to make a greater investment in the new health care IT program without increasing the size of the already approved Fiscal Year 2008 budget. The Calnet approach should also: (a) reduce the time required to install the statewide (WAN) and local networks (LAN); (b) lessen the need for CDCR technical staff to maintain the network infrastructure, as that will be done by Verizon; (c) save money by using a wireless network that is less costly to install; and (d) be more economical and easier to maintain as the project moves forward.

C.   Overview of the Receiver's Health Care IT Program

   1.   Building a House – Starting With The Foundation

      The Receiver's IT program can be effectively summarized by the diagram below.



To use a somewhat simplistic analogy, constructing a comprehensive structure to deliver appropriate patient information to clinicians across a 33-prison medical system is a significant endeavor that must be done in an orderly manner to succeed -- similar to building a house. One does not start with the roof. The "foundation" of the Receiver's IT plan is to secure the technical infrastructure – the statewide network (WAN) connecting all prisons to each other, and the intra-prison networks (LAN) connecting each prison internally, with appropriate security for the networks.

2.   Foundations I – Creating a Standardized Data Infrastructure

This foundation, however, also must contain the data infrastructure -- requirements to standardize data so that the information flowing from and between prisons matches up – creating 'apples to apples' comparisons that simply do not exist today. The standardization must be supported by decisions about how the data will be gathered, who is in charge of it and where users will go for help – the operational and clinical infrastructure.

3.   Foundations II – Creating the Data Repository

The Clinical Data Repository is also a key component to the foundation. This is the creation of a secure database containing verified patient information that will be available to providers via the web. As patients move throughout the system, the information will be equally available to appropriate providers in any institution, because it will already be centralized. As different categories of data – such as medication, lab results, etc. – become trustworthy, they will be added to the Clinical Data Repository. Refer to Information Technology Initiative Appendix 4 – Clinical Data Repository and Web Portal Solution Request for Proposals. Note that the repository is but a tool to enhance the use of good data, it is not an end in itself. It will be improved and expanded as the clinical and business operations are further developed and verified. As explained in the timeline below, the foundation will be completed during the next 12 months.

4.   Supporting Walls – Core Elements of Information

Once the foundation is laid, the supporting walls go up. These contain the core elements of clinical and business information required to establish a constitutional medical care system.

a.   Clinical Data

The first clinical areas targeted for improvement are laboratory, radiology and pharmacy, as these provide fundamental information for clinicians to make decisions about the patients they are treating. Overhauling the clinical operations in these three areas in concert with implementation of appropriate information systems will reduce medical errors and improve quality of care. IT's role is to

design the method to make the improved clinical data available to clinicians at the time and place of patient care. It should be emphasized that projects to clean and collect pharmacy, laboratory and radiology records already are underway. Refer to Information Technology Initiative Appendix 5 – Lab Assessment and Planning Request for Proposals; Information Technology Initiative Appendix 6 – Radiology Assessment and Planning Request for Proposals; and Information Technology Initiative Appendix 7 – Health Records Best Practice Professional Services Request for Proposals. In addition, Maxor Corp. is currently engaged in a pilot at two prisons to test the automated Guardian pharmacy information system.

b. Business Data

Among the first business operations applications to be developed will be those dedicated to patient scheduling and tracking. *(See PoA objective D.4.5.)* This software application will require significant sophistication in order to addresses the extremely high rate of inmate movement in CDCR and the need to have patient information available at multiple sites.

c. Enhanced Telemedicine Services

Access to the above referenced categories of clinical data, combined with a functioning appointment system will allow the Receiver to increase use and effectiveness of telemedicine services, providing greater access to specialty care consultations at a lower cost. As explained in more detail in the Clinical Support Services Initiative, experts in correctional telemedicine from the University of Texas Medical Branch (UTMB) are currently working for the Receiver to develop an assessment and road map for CDCR's telemedicine program.

d. Core Clinical Systems

The Receiver will soon be receiving advice from consultants regarding future strategies for clinical support services in the areas of clinical labs, radiology, health information management and dictation/transcription (See the Clinical Support Services Initiative). Depending on the strategic approaches selected, these clinical divisions may require specialized IT support, such as radiology information systems or lab information systems.

5. The Upper Levels – Sophisticated Analytical and Clinical Tools

As the appropriate clinical systems (such as the clinical data repository, pharmacy, lab, radiology, etc.) fall into place, the Receiver plans to create a Clinical Data Warehouse. This tool will compile statistical data that will aid in the development of population-based care, using evidence to determine the most effective and efficient protocols for quality health care. The database will deliver numerous

benefits including the ability to analyze patient outcomes and provider performance, generate data required by the courts to measure compliance with remedial activities, determine savings that could be wrung out of the system and provide trend information about the health of the inmate population and the effectiveness of various treatment approaches. None of this ability exists in CDCR today. Ultimately, the use of health care information technology can create a system where providers have accurate, current information about the patient they are treating – at the time and place of care. Clinical and business leaders will have analytical information about how the system is performing – in terms of quality, safety, and cost. This vision represents the "roof" of the house.

IT timelines for 6, 12, 24, and 36 months are set forth below. It is critical to recognize that these timeframes are dependent on at least three factors.

1. HITEC will recommend the priorities given various IT projects, which will be responsive to shifting needs in the field, headquarters and of the court. Not all of these can be predicted at this moment.

2. IT installation will be impacted by infrastructure issues such as electrical capacity, hazardous material abatement and other obstacles not within the control of the Receiver.

3. There are significant cultural hurdles to overcome among staff when introducing new ways of working, new standards and requirements, new expectations – not to mention new machinery. As stated in the principles above, the Receiver's IT team will not simply be computerizing the current broken systems. Staff will be expected to adopt new IT systems and adapt to new job duties, in many cases. This difficult task will require extensive training and awareness of the fine details of implementation. It is not possible to predict the amount of time that may add to the successful completion of the process. Existing bargaining unit contracts and the civil service system itself will be potentially monumental hurdles to overcome.

*Six Month Objectives:*

- Establish a wide area network (WAN) interconnecting all prisons and health care operations centers
- Install wireless local area networks (LANs) for health care areas at pilot sites, including hardware, installation, and set up
- Establish a data center that can host all clinical IT services and guarantee 99.9% availability for clinical care Provide the following IT support services on an as-needed basis: help desk, desktop support, server maintenance, connectivity troubleshooting, security etc.
- Engage consultants to help determine how we will handle inmate-patient identity and location management. Consultants will determine if we can we rely on CDCR's pre-existing IT systems to track our patients by inmate

numbers, or whether we need to create our own enterprise master patient index like most other health care systems.
- Purchase subscriptions to high quality online clinical reference tools such as ePocrates or UpToDate.
- Create a plan for the remediation of telemedicine services, including appropriate staffing

*Twelve Month Objectives:*

- Install wireless local area networks (WLANs) for healthcare areas at all remaining sites, including hardware, installation, and set up
- Utilize Microsoft enterprise license to roll out Microsoft Outlook and associated communication tools to all healthcare personnel
- Implement the following two clinical IT systems:
  o <u>Clinical data repository (CDR):</u> Database designed and optimized to store patient health information, such as current medications, lab results, encounter history, problems, etc., in a standardized manner. It will be the central "bridge" between all current and future CDCR patient data sources (such as Maxor's pharmacy information system, outside lab results, etc.).
  o <u>Clinical portal:</u> Web browser-based application that will allow providers access to CDR information at the point-of-care. When implemented, a provider will for example be able to search for a patient and, when identified, view the patient's list of current medications, most recent lab test results, etc.
- Present a project plan for online, shared clinical "groupware" workspaces to allow clinical leaders to jointly edit, review, manage, approve, and maintain clinical guidelines, protocols, and care plans. This tool will also be used for managing electronic clinical decision support tools and clinical documentation forms.
- Create a CDCR private web site that steers CDCR providers to online reference materials and clinical guidelines and protocols that have been purchased, designed by, or approved by CDCR leaders.
- Implement an information system to track credentialing and education requirements including Continued Medical Education (CME) and Continued Education Units (CEU).
- Implement contract management software that ensures prompt payment of local contracted healthcare providers within 45 days of invoicing.

*Twenty-Four Month Objectives:*

- Implement telephone, teleconference, and video conferencing systems, including wireless phones, pagers, and telemedicine equipment, using the Internet Protocol (IP) standard
- Complete roll out of the CDR and Clinical Portal to all 33 institutions

- Kick off a clinical data warehouse (CDW) project to create a single clinical archive that CDCR will use to perform data analysis across a broad spectrum of data derived from multiple systems, including the clinical data repository, accounting systems, and population demographics. The CDW will be used with analytical and business intelligence tools to create detailed reports and identify further areas for quality improvement.
- Create and implement a process and methodology for redesigning all clinical forms, flow sheets, and order sheets conform to common standards of design, usability, approval, and consistency with CDCR policies and clinical guidelines
- Implement a statewide scheduling and tracking information system that ensures medical, mental health and dental appointments are made and kept within parameters established by *Plata, Coleman* and *Perez* courts. Project charter will include workflow redesign, access-to-care reporting, health care needs prioritization, and coordination with custody ducat and transport processes.
- Initiate a laboratory information system project, considering the forthcoming ecommendation of our clinical laboratory consultants.
- Initiate a radiology information system and picture archiving and communications system (PACS) project, considering the forthcoming recommendation of our enterprise imaging consultants

*Thirty-Six Month Objectives:*

- Complete Maxor's deployment of their automated pharmacy delivery and information system ("Guardian") at all 33 institutions by providing network access, workstations, and technical support.
- Improve patient safety by implementing a pharmacy bar code system in conjunction with Maxor Pharmacy.
- Improve patient safety by implementing an electronic medication administration record (eMAR) in conjunction with Maxor Pharmacy.
- Initiate projects for electronic health records functions such as online clinical note documentation and computerized provider order entry.

## IT METRICS

- **CalNet II Implementation**
  o CalNet II contract agreement filed.
  o First pilot institution goes live
  o Data center is available for healthcare services.
  o Healthcare IT support services are available.
  o Each prison and healthcare operations center is interconnected to the healthcare network.

- **CDCR Health Care Internet Telecommunications Project**
  o Microsoft Outlook 2007 is fully configured and available to all users

  o   All clinical providers have reliable access to a telephone

- **Clinical Data Repository (CDR) and Clinical Portal**
  o   Fully operational, standards-compliant CDR live and accepting data feeds
  o   Initial pilot of clinical portal allowing clinician access to CDR data
  o   Full rollout of clinical portal to all end-users at all sites; 90% of all intended users trained and certified to use the system

- **Subscriptions to online medical reference web tools**
  o   Signed contracts with at least one medical reference tool web site with audit logs demonstrating usage by CDCR clinicians
  o   On-line subscriptions available to all CDCR clinicians at the point-of-care

- **Statewide provider credentialing application**
  o   Used at all sites for medical contracting.

## BARRIERS TO THE SUCCESS OF THE IT OBJECTIVES

1. Basic Infrastructure

       An assessment of eight prisons conducted by the private companies Verizon, Nexus Integration Services and Cisco Systems in anticipation of implementing the CalNet agreement found that the two biggest problems facing the installation of statewide (WAN) and local (LAN) computer networks are a lack of sufficient power at the institutions and lack of telecommunications capacity.

       The experience of the Receiver's team confirms these findings. We detailed earlier that San Quentin required an extensive new phone system in order to provide working phones to medical staff. In preparing to expand the pilot of the automated Guardian pharmacy information system to additional prisons, we have confronted this problem again. It may stretch the imagination, but at the California Institution for Women, Avenal State Prison, Wasco State Prison, California State Prison, Los Angeles County and Folsom State Prison, there are not enough phone lines to support the proposed pilot, which requires fax and phone capability. Even without the pilot, the lack of phone services has reached a crisis, with medical staff at CIW placing working phones as their top priority.

       Traditionally in CDCR, IT has not been responsible for telecommunications, which has been under the control of Facilities Management. Under budget pressure, that department cut phone technicians, leaving CDCR without the ability to maintain or upgrade phone services. If the Receiver's IT team takes on telecommunications, it would be an area beyond the scope originally envisioned. However, it may well be necessary. The complete replacement of institutions' phone systems, for example, was not previously factored into the budget or timeline for IT reform.

The basic power infrastructure in most health care locations was not developed to support multiple advanced clinical information systems In many cases our initial review of IT needs has shown a lack of AC power outlets, insufficient power loads and distribution to many locations.

Heating, ventilation and air conditioning (HVAC) needs have not been designed to support the needs of networking and advanced IT systems. An example of this is the current "network box" in the Folsom Prison health care building that currently houses all network equipment for the facility. There is no cooling or venting available in this steel three-foot-by-three-foot box that was attached to the end of a stairwell. This box has an ambient temperature on summer days above 115 degrees F, a temperature rated 20% higher than manufacturer's warranty ratings of 105 degrees F. Deployment of the Receiver's HIT network at Folsom will thus be delayed by the implementation of appropriate ventilation and air conditioning.

We anticipate that similar flaws in CDCR's electrical infrastructure and physical plants – brought on by overcrowding, years of under-resourcing and the age of facilities in some cases – will deliver additional obstacles to the Receiver's efforts to implement a modern IT system to support a constitutional medical care system in the state's 33 adult prisons.

2.  IT Staffing

Insufficient IT staffing is traditionally a chronic source of delays to major IT projects. With CDCR's history of neglect and mismanagement of IT staffing, this will be a major hurdle to overcome.

The Receiver's IT plan includes more than adequate Wide Area Network (WAN), Local Area Network (LAN) and network support that will significantly augment the local staff's ability to support clinical IT projects. However, during the implementation period the local staff will continue to be short-staffed in comparison to industry IT support models.

In addition, CDCR's local Associate Information Systems Analysts (AISAs) and Senior Information Systems Analysts (SISAs) have received little if any training on advanced IT tools and methodologies. This continues to diminish their productivity in a rapidly changing IT landscape.

Local IT staff also face a bewildering number of seemingly uncoordinated IT requests from a diverse set of stakeholders, including all healthcare disciplines as well as custody and custody support, with no additional support staff or assistance from CDCR Enterprise Information Systems. This has lead to serious backlogs of work requests related to health care support.

The current State Personnel Board IT job classifications, duty statements, testing processes, and pay structure create an extremely unfavorable environment for

recruiting strong IT professionals to work in the prison setting. Local prisons in rural communities compete for this already scarce resource with local city, county and non-profit health care employers that offer superior pay scales, job duties and work environments.

3. Support of outdated versions of existing software

The Receiver's IT team has committed to support the current antiquated computer applications that keep health care barely functioning in the prisons. Due to many separate and stand alone versions of existing programs, the ongoing support is becoming a greater burden than anticipated upon health care IT support services.

In most cases these applications are running on versions of Microsoft Access, Oracle, Power Builder, and Windows that are years, even decades, out of date. These applications take up more time, effort and support costs due to the deteriorating applications and limited resources. In many cases the vendors no longer offer support to this "grandfathered" software.

4. Coordination with other health care disciplines

Information technology is one domain that the Receiver is managing on behalf of dental and mental health. Close coordination with dental and mental health leaders, and the *Coleman* and *Perez* courts, requires additional meetings and additional steps in the decision-making process.

5. Coordination with CDCR's non-health care IT efforts

CDCR is planning to embark on a multi-year, $500 million project called the Strategic Offender Management System (SOMS) intended to unify all disparate custody computer systems. Health care and custody must coordinate closely on a multitude of information issues (such as the locations of inmates; whether an inmate has a communicable disease or special needs; etc.). Therefore it will be important for health care systems to interface with SOMS. Given CDCR's history of failure and mismanagement of large IT projects, we expect this to develop into a major barrier over the next 24-36 months, as the Receiver's time and resources are required to participate in this parallel effort.