# EXHIBIT 5

# MAXOR PHARMACY SERVICES INITIATIVE
# (POA GOAL B.8)

## BACKGROUND AND INTRODUCTION

In the Findings of Fact and Conclusions of Law re Appointment of Receiver (Findings) filed October 3, 2005 the Court found that, "management of the prison pharmacy operations is 'unbelievably poor'...At the individual institutions, the administration of medications is in various states of disarray." *Findings* at 23: 12-13. The Court also recognized that, "There are serious, long-standing problems with dispensing medication, renewing prescriptions, and tracking expired prescriptions." *Findings* at 23: 20-22.

Effective and efficient operation of pharmacy services is an integral component of any quality health care service delivery system. As such, one of the Receiver's initial priorities following being appointed was to address the recognized issues related to CDCR's pharmacies. The Receiver entered into a contract, commencing January 1, 2007, with Maxor National Pharmacy Services Corporation (Maxor) to provide pharmacy management consulting services for achieving necessary improvements to the CDCR's pharmacies.

The Court approved pharmacy improvement program is described in Maxor's "An Analysis of the Crisis in the California Prison Pharmacy System Including a Road Map from Despair to Excellence" (Road Map). Refer to Maxor Pharmacy Services Initiative Appendix 1 – Maxor Road Map. Maxor's Road Map accurately recognized that "The CDCR pharmacy program does not meet minimal standards of patient care, provide inventory controls, or ensure standardization. The system focus is bureaucratic rule-driven and product-driven rather than patient-centered and outcome-driven." (Refer to Road Map at Page 7.) In addition, the Road Map details Maxor's short and long-term plans for achieving patient safety, evidenced based practice, and cost efficiency.

## NOVEMBER 15, 2007 STATUS OF MAXOR'S PHARMACY IMPROVEMENT PLAN

A. <u>Introduction – Maxor Accomplishments</u>

Since commencement of the Receiver's contract with Maxor on January 1, 2007, numerous key objectives have been accomplished. Key accomplishments of the Maxor pharmacy improvement initiatives include the following:

- The establishment of a central pharmacy services administration, budget and enforcement authority charged with implementation of the *Roadmap to Excellence*, including the recruitment and hiring of staff to fill central oversight roles and responsibilities, as well as continued efforts to address pharmacy staffing needs within individual institutions.

- In conjunction with the Office of the Receiver, development of a system for coordination of pharmacy related issues and concerns between the *Plata*, *Coleman* and *Perez* parties, to include membership and active participation in the revitalized CDCR Pharmacy and Therapeutics Committee. This vital coordination provides a consolidated interface between the three major health care cases and ensures the focus on improved patient safety and evidenced-based practices remains at the forefront of the decision-making process.
- The establishment and implementation of a reconstituted and revitalized CDCR Pharmacy and Therapeutics Committee that meets monthly and has:
  - taken active part in reviewing, updating and adding pharmacy related policies and procedures;
  - designed and implemented a process for the development of disease management medication guidelines;
  - developed, reviewed, and approved disease management medication guidelines for:
    - Hypertension and Hypertension Urgency
    - Asthma (acute and chronic)
    - Diabetes (type 1 and type 2)
    - Hyperlipidemia
    - HIV
    - Seizure (acute and chronic)
    - Hepatitis C (reviewed and pending coordination with CDCR at this time)
    - Schizophrenia (prepared and pending initial review)
  - developed an ongoing system for therapeutic category utilization reviews;
  - developed and adopted a standardized Correctional Formulary, including processes for the ongoing review and updating of the Formulary
- A clinical pharmacy service to assist health care providers with formulary compliance, appropriate medication management, and patient intervention has been developed and implemented and is now in operation at approximately one-third of the facilities.
- As a result of Maxor's comprehensive and ongoing staffing evaluation and recommendations, 10 new pharmacist and 3 new technician positions have been approved by the Office of the Receiver. Efforts to replace registry Pharmacists-in-Charge (PIC) with State employees are progressing well.
- Development and implementation of a pharmacy services "drop-in" team designed as a strike team to provide immediate and intensive attention to facilities experiencing significant pharmacy system issues. To date, "drop-in" Maxor staff has assisted 17 of the 33 facilities on-site to address a variety of pharmacy management concerns.
- A Pharmacy Nursing Liaison position has been developed and approved by the Receiver to assist in coordination of medication management issues in conjunction with the Receiver's Nursing leadership.
- A number of key management and reporting tools have been developed and implemented to assist in the development and continuous improvement of

evidence-based practices within the pharmacy program including most significantly:

- o A monthly dashboard of pharmacy related information that provides key performance, utilization and workload data for each facility; and,
- o A stoplight grid and facility inspection tool. A baseline inspection has been completed for each facility to assess adherence to regulations, standards and related concerns.
- o The facility pharmacy inspection process was created and implemented as a beneficial quality improvement tool for facility level staff. Approximately one-third of the facility pharmacies have shown marked improvement through September 2007.
- In conjunction with the Receiver's information management and related medical process strategies, the selection and implementation of Guardian ® as an interim pharmacy operating system; the pilot testing of the system at the Folsom State Prison and Mule Creek State Prison and implementation at California Men's Colony; and the implementation of a coordinated system rollout strategy involving multi-disciplinary training and preparation for all aspects of the medication management process.
- The implementation of *MC Strategies*, a software educational and tracking tool for pharmacy employees. Training programs and policy revisions are deployed in the software and in use. As disease management medication guidelines are approved by the P&T Committee, training modules have been added to the program. The products assure deployment and verifies competency in important procedural changes, educational information and other key information. To date, 27 lessons have been deployed and currently in use.
- Implementation of a number of enhanced communication mechanisms designed to disseminate the Roadmap objectives and improvements including the institution of quarterly Pharmacists-in-Charge meetings, the development and publication of a monthly pharmacy newsletter, *Pharmacy Horizons*, to disseminate policy changes and new disease medication management guidelines, and establishment of clear lines of authority for pharmacy staff.
- Established dialogues with several California colleges of pharmacy to explore opportunities for involvement in enhancing correctional pharmacy services, assistance in recruitment, and continuing education of pharmacy staff.
- Assumption of responsibilities from the Department of General Services, on behalf of the Receiver's Office, for managing the purchasing and procurement of pharmaceutical products for the CDCR population:
  - o By working closely with the Pharmacy & Therapeutics Committee to identify favorable contracting opportunities, Maxor has negotiated with manufacturers on therapeutic categories. All are designed to result in improved continuity of patient care and significant cost savings.
  - o Procedures have been implemented to compare purchases with dispenses to enhance accountability and identify potential diversions or misuse.

- o An agreed-upon process for standardizing order-entry and processing orders for compliance with contracts has been implemented to ensure that the best value contracted item is purchased and is in stock.
- o To date cost avoidance from purchasing and procurement oversight and monitoring has averaged more than $150,000 per month.
- Comprehensive pharmacy–related savings or cost avoidances have begun to be realized. Pharmacy and Therapeutic Committee initiatives are beginning to show significant cost savings through therapeutic category reviews and selection of preferred formulary agents. For example, a decision to remove Lipitor® from the formulary and use generic Zocor® as the preferred statin has resulted in a cost avoidance of approximately $380,000 per month. Selection of a preferred generic nasal steroid has also resulted in a cost avoidance of approximately $149,000. These cost avoidances are ongoing and are anticipated to continue with enhanced formulary management. Cost savings will continue to increase as the formulary is fully implemented and contracts on additional preferred agents are finalized.
- A comprehensive Request for Proposals for a new Pharmacy Wholesaler was prepared and issued. Responses have been received and selection of a new Pharmacy Wholesaler is undergoing extensive evaluation at this time for planned award and initiation by January 2008.
- Evaluation of potential locations for a centralized pharmacy is ongoing and coordination with DGS has been initiated.

B. Modifications to the Maxor Road Map

As anticipated, a limited number of modifications to the Road Map have proven to be necessary. Three factors generated the majority of these changes: (1) Modifications to align the Road Map with the Receiver's Plan of Action (POA); (2) modification requested by the Receiver for changes in or enhanced services; and (3) modifications to provide for more realistic deadlines to overcome barriers to major projects such as establishing a centralized pharmacy operations and establishing a pharmacy information technology system in all 33 CDCR prisons; While changes have taken place, there is no misalignment in mission, vision, primary objectives, and long term objectives. Adjustment to Maxor objectives are summarized below, and are presented again in a more complete manner in a chart illustrating Maxor's revised objectives. Refer to Maxor Pharmacy Services Initiative Appendix 2 – Maxor Road Map Objectives Timeline and Tracking Grid.

Road Map Objectives to be Deleted:

Road Map Objective F3 and all sub-objectives should be deleted. This objective refers to the evaluation of Vista A and the procurement of a state-of-the-art pharmacy operating system. It was decided that Maxor would provide Guardian Rx Carepoint to the CDCR as an interim solution for pharmacy operating software and that the Vista A project would be discontinued.

Road Map Objectives with Timeline Modifications:

Through early discussions with the Receiver, it was determined that the concept of centralization with implementation of Guardian were important to prioritize in the Road Map timeline. Other timeline changes were made to align with the Receiver's POA or as a result of barriers to change.

## MAXOR PHARMACY SERVICES INIATIVES: NOVEMBER 2007 TO NOVEMBER 2010

The major projects to be implemented are listed below in time frames required by the Order of September 6, 2007.

*Six Month Objective:*

- B.3 - Develop and implement effective and enforceable Disease medication Management Guidelines.

*Twelve Month Objective:*

- A.3 - Update and maintain system-wide pharmacy policies and procedures.

*Twenty-Four Month Objectives:*

- A.4 - Establish key performance metrics used to evaluate the performance of the pharmacy services program.
- A.5 - Establish standardized monitoring reports and processes designed to continually assess program performance.
- E.2 - Design, construct and operate a centralized pharmacy facility.
- F.2 - Identify and solve connectivity issues throughout all pharmacies to ensure that web-based software, reporting, and data can be easily accessed at each facility.
- C.4 - Consolidate and standardize pharmacy purchasing through development of a centralized supply procurement system.
- F.4 - Transition each institution to a uniform interim pharmacy information management system (Guardian Rx).
- F.5 - Develop and implement reporting tools to facilitate clinical, operational, and fiscal management of the CDCR pharmacy operation.

*Thirty-Six Month Objectives:*

- B.2 - Establish methodologies and schedules for tracking and monitoring formulary compliance and prescribing behavior.
- C.2 - Develop process to monitor inventory shrinkage.
- C.3 - Implement process to ensure that the best value contracted item is used.
- D.1 - Hire and train new employees as needed to replace registry personnel.
- D.2 - Complete skill set inventory of State and registry employees and provide required training, performance measures, and disciplinary measures as needed for existing employees.
- C.5 - Evaluate feasibility of achieving 340 B preferential pricing on all drug purchases.
- D.4 - Reevaluate previous staffing patterns at each institution in light of the adoption of new technologies to improve efficiency and transition of volume to the centralized pharmacy.
- F.6 - Integrate pharmacy information management system with auxiliary technologies such as central supply management, physician order entry, electronic MAR, and barcode checking.
- G.1 - Establish CDCR commitment to pursue accreditation and determine the accrediting organization standard to be followed
- G.2 - Develop a readiness grid identifying the standards and assigning assessment responsibilities to members of the team.
- G.3 - Complete mock audit using credentialed audit for target credentialing body.
- E.1 - Prior to centralization, implement standardized operations in all existing institution level operations to correct problems identified in audits.
- G.4 - Apply for accreditation audit at one or more institutions. Expand audits to all institutions on a defined schedule.

## MAXOR PHARMACY SERVICES METRICS

As indicated above, Maxor will establish key performance metrics to evaluate the performance of the pharmacy services program within the next twenty-four months.

## BARRIERS TO THE SUCCESS OF MAXOR PHARMACY SERVICES' ROAD MAP SIX TO THIRTY-SIX MONTH OBJECTIVES

1. Class Action Coordination

   The initial need to establish a central, statewide review and approval process for activities such as the formulary, procedures and standardization was critical to success in assuring multidisciplinary participation and support at the level of deployment. However, creating this infrastructure has contributed to delays in meeting Road Map objective timelines.

2. <u>Lack of Consistent Prison Pharmacy Programs</u>

The enormous variance in operational processes between the facilities has required extensive direct oversight to implement changes in policy & procedure, the formulary and the implementation of the interim pharmacy software solution Guardian Rx. Coupled with inmate overcrowding, physical plant challenges and limited formal management training and experience of many facility level managers, implementation of process change has required significantly more oversight than anticipated, resulting in the protracted deployment. Indeed, this has been further complicated by the CDCR's culture, entrenchment and resistance to change.

3. <u>Increased Procurement Responsibilities</u>

For a variety of management control, patient safety, and fiscal savings reasons, as reported in the Quarterly Reports, the Receiver has instructed Maxor to assume directly responsibility for almost all CDCR health care procurement processes. Thereafter Maxor commenced direct negotiations for the procurement of medications, and as a result have obtained improved pricing for the CDCR. Navigating the State's contracting requirements has created an initial workload on Maxor staff that was not anticipated at this stage of the pharmacy remedial process. Nevertheless, with time, these processes are expected to improve and will become more efficient and effective.

4. <u>Scope of the Guardian IT Rollout</u>

The selection of Guardian Rx as the interim pharmacy software solution has allowed CDCR to move toward a new system at a substantially reduced cost. However, the original Road Map Objectives included oversight of a transition to new software, but did not include staffing to complete the implementation and training. These activities would normally be supported by a vendor providing the software as part of the purchase or lease costs. In addition, a lack of consistent nursing policies, physical plant problems at almost every prison, and the existing shortfalls of the CDCR IT staffing has rendered this project more difficult to accomplish than originally anticipated. Maxor has worked with the Receiver to remedy this barrier by establishing additional implementation teams. In addition to Guardian implementation, these teams will address the continuing process and operational oversight needs identified at the CDCR sites.