1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, SBN 126424
   CHARLES J. ANTONEN, SBN 221207
6  SAMANTHA D. TAMA, SBN 240280
   Deputy Attorney General
7    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
8    Telephone: (415) 703-5708
     Fax: (415) 703-5843
9    Email: Charles.Antonen@doj.ca.gov

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

10 Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C 01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**NOTICE OF LODGING EXHIBITS WITH THE COURT** |

Notice is hereby given that the following exhibits are lodged in support of Defendants' request for reconsideration by the three-judge panel of the magistrate judge's order or, alternately, request for stay of order.

EXHIBIT A - Defendants' November 9, 2007 privilege log.

EXHIBIT B - Defendants' November 16, 2007 privilege log with respect to scanned paper documents.

EXHIBIT C - Defendants' November 16, 2007 privilege log with respect to electronic documents.

EXHIBIT D - Defendants' November 21, 2007 privilege log with respect to scanned paper documents.

EXHIBIT E - Defendants' November 21, 2007 privilege log with respect to electronic documents.

Dated: December 10, 2007

EDMUND G. BROWN JR.
Attorney General of the State of California

By: *[signature]*
CHARLES J. ANTONEN
Deputy Attorney General
Attorneys for Defendants