IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**ORDER STAYING DECEMBER 6, 2007 ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL AND ORDER SETTING STATUS CONFERENCE** |

The court is in receipt of the defendants' December 7, 2007 request for reconsideration of Judge Moulds's December 6, 2007 order granting the plaintiffs' motion to compel. With good cause appearing, the court hereby ORDERS that:

1. Judge Moulds's December 6, 2007 order is STAYED; and
2. The parties are ORDERED to appear for a status conference before the Honorable Thelton E. Henderson on **December 13, 2007 at 10:00 AM.** Judge Henderson will conduct the conference individually in Courtroom 12, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs shall be prepared to discuss: (1) why they require the breadth of documents that are the

subject of Judge Moulds's order, and (2) why, if the documents are legitimately required, the dates that are currently set for pre-trial and trial should not be vacated in light of the extensive discovery involved.

**IT IS SO ORDERED.**

Dated: 12/11/07

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 12/11/07

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 12/11/07

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA