| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>FRANCES T. GRUNDER<br>Senior Assistant Attorney General<br>ROCHELLE C. EAST<br>Supervising Deputy Attorney General<br>LISA A. TILLMAN, SBN 126424<br>CHARLES J. ANTONEN, SBN 221207<br>SAMANTHA D. TAMA, SBN 240280<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 703-5708<br>  Fax: (415) 703-5843<br>  Email: Samantha.Tama@doj.ca.gov<br>         Rochelle.East@doj.ca.gov<br>         Charles.Antonen@doj.ca.gov | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP<br>JERROLD C. SCHAEFER - 39374<br>PAUL B. MELLO - 179775<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschaefer@hansonbridgett.com<br>pmello@hansonbridgett.com |

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                           Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                           Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>                           Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                           Defendants. | No. C 01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**[PROPOSED] ORDER FOR THE REMOVAL OF PRISONER (Pen. C § 4004)** |

Order for Removal of Prisoner                                                            Case Nos. C 01-1351 & 2:90-cv-00520

1

Good cause appearing,

IT IS HEREBY ORDERED that:

1. The Sheriff of Orange County, California, shall remove Paul Decasas, a prisoner now confined in the Orange County jail, on December 19, 2007, between the hours of 9:00 a.m. and 5:00 p.m., and for a period not to exceed 8 hours.

2. The prisoner is to be removed to courtroom C-41 on the 11th floor of the Orange County Superior Court, Central Justice Center, located at 700 Civic Center Drive West, Santa Ana, California for the following purpose: Defendants will take the deposition of Paul Decasas at 1:00 p.m. in the presence of his attorney of record and the Plaintiff and Defendant intervenors in the above-captioned case.

3. The prisoner is to be in the immediate and actual control of the custodial officers during the entire period of removal and these officers shall not permit the prisoner to meet or converse with any persons other than as specified in this order, and upon completion of the prisoner's deposition, the prisoner shall be returned to the county jail.

Dated: _____    _____
                                  Magistrate Judge John F. Moulds
                                  U.S. District Court, Eastern District of California