EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5388
 Fax:  (916) 324-5205
 Email:  Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | |
| **v.** | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

**THIS DOCUMENT IS FILED UNDER SEAL IN ACCORDANCE WITH**

**A PROTECTIVE ORDER ISSUED BY THE COURT**

**AND MAY NOT BE COPIED OR EXAMINED**

**EXCEPT IN COMPLIANCE WITH THAT ORDER**

(See Stipulated Protective Order, 1/12/07, ¶ 7.)

10408880.wpd

CF1997CS0003

Sealed Document Cover Page