# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Coleman, et al. v. Schwarzenegger, et al.**

No.:    **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On December 13, 2007, I served the attached **Notice of Filing a Sealed Document, Defendant Department of Mental Health's Report on Referrals, Rejections and Transfers pursuant to the May 23, 2007 Order,** and **Modified Protective Order** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

| | |
|---|---|
| Matthew A. Lopes, Jr., Esq.<br>Office of the Special Master<br>Pannone Lopes & Devereaux LLC<br>317 Iron Horse Way, Suite 301<br>Providence, RI 02908 | Donald Specter, Esq.<br>Ivan Trujillo, Esq.<br>Steven Fama, Esq.<br>Prison Law Office<br>2173 East Francisco Boulevard, Suite M<br>San Rafael, CA  94901 |
| Linda E. Buffardi, Esq.<br>Deputy Special Master<br>Pannone Lopes & Devereaux LLC<br>317 Iron Horse Way, Suite 301<br>Providence, RI 02908 | Michael W. Bien, Esq.<br>Jane E. Kahn, Esq.<br>Meghan Lang, Esq.<br>Lori Rifkin, Esq.<br>Amy Whelan, Esq. |
| Mohamedu F. Jones, Esq.<br>Deputy Special Master<br>9900 E Greenbelt Road, #182<br>Lanham, MD 20706-2264 | Sara Laubach, Esq.<br>Rosen, Bien & Galvan, LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA  94104 |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 13, 2007, at Sacramento, California.

|             E. Torres             |             /s/  E. Torres             |
|:---:|:---:|
| Declarant | Signature |

10409306.wpd