1

2                IN THE UNITED STATES DISTRICT COURTS

3             FOR THE EASTERN DISTRICT OF CALIFORNIA

4             AND THE NORTHERN DISTRICT OF CALIFORNIA

5      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

6        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

7

8    RALPH COLEMAN, et al.,

9                    Plaintiffs,
                                              NO. CIV S-90-0520 LKK JFM P
10          v.
                                              **THREE-JUDGE COURT**
11   ARNOLD SCHWARZENEGGER,
     et al.,
12
                    Defendants.
13

14   MARCIANO PLATA, et al.,

15                   Plaintiffs,              NO. C01-1351 TEH

16          v.                                **THREE-JUDGE COURT**

17   ARNOLD SCHWARZENEGGER,                   ORDER STAYING
     et al.,                                  PROCEEDINGS
18
                    Defendants.
19

20

21        The Honorable Thelton E. Henderson held a status conference in this case on

22   December 13, 2007, and has consulted with all judges on this court.  After careful

23   consideration of the parties' arguments and the unique factual circumstances of this case,

24   including the very tight timelines originally imposed by this court on the parties, the court

25   finds good cause to order as follows:

26        1.    All pretrial and trial dates are VACATED pending further order of the court.

27        2.    Defendants' December 7, 2007 motion for reconsideration is DENIED, except

28   as provided in paragraph 3 *infra*.

1      3.     All discovery is stayed, with the following exceptions:

2           a.     Any depositions that have already been noticed and scheduled between

3 now and the previously scheduled discovery cut-off of December 20, 2007 may proceed, and

4 parties shall respond to any outstanding written discovery that has already been propounded.

5           b.     Defendants' request for additional time to review and revise their

6 privilege logs is GRANTED IN PART.  The matter is referred back to the magistrate judge

7 for further proceedings in connection with Defendants' review and revisions, which shall be

8 completed no later than forty-five calendar days from the date of this order.

9      4.     The question of the dates for filing expert reports and the issues relating to

10 witness depositions raised at the December 13, 2007 status conference remain under

11 submission.

12     5.     The Court will set a status conference by subsequent order.

13

14 **IT IS SO ORDERED.**

15

16 Dated:   12/14/07                           /s/
                                       STEPHEN REINHARDT

17                                    UNITED STATES CIRCUIT JUDGE
                                    NINTH CIRCUIT COURT OF APPEALS

18

19

20 Dated:   12/14/07                                 

21                                    LAWRENCE K. KARLTON
                                    SENIOR UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF CALIFORNIA

22

23

24 Dated:   12/14/07                                   

25                                    THELTON E. HENDERSON
                                    SENIOR UNITED STATES DISTRICT JUDGE
                                    NORTHERN DISTRICT OF CALIFORNIA

26

27

28

2