```
David W. Wilson, K66474
CSP-LAC, D1-#104
44750 60th St. West
Lancaster, CA 93536
```

**LODGED**

DEC 2 0 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No. CIV-S-0520-LKK-JFM |
| DAVID W. WILSON, | [PURPOSED ORDER] |
| Plaintiff on behalf of himself and others similarly situated, | Hearing: January ___, 2008 |
| | Courtroom |
| vs. | |
| GOVERNOR, ARNOLD SCHWARZENEGGER, et al., | The Honorable John F. Moulds, Magistrate Judge. |
| Defendants. | |

The Motion of Plaintiff David W. Wilson for Motion For Enforcement came before this Court for hearing on January ___, 2008. Attorney General representing Defendant's SCHWARZENEGGER, TILTON, HAWS, KOTTRBA, CDCR, CSP-LAC, and Plaintiff WILSON representing EOP's and self in Motion and documents to the Court with "Affidavit's."

After consideration the moving papers and all other matters presented to Court. IT IS HEREBY ORDERED that the Motion is GRANTED.

Dated: January ___, 2008.

_____
JOHN F. MOULDS
UNITED STATES MAGISTRATE COURT JUDGE
FOR THE EASTERN DISTRICT OF CALIFORNIA



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924