EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
SAMANTHA TAMA – State Bar No. 240280
Deputy Attorney General
CHARLES ANTONEN – State Bar No.
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
lisa.tillman@doj.ca.gov
samantha.tama@doj.ca.gov

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' REQUEST FOR CLARIFICATION OF THE THREE-JUDGE PANEL'S DECEMBER 14, 2007 ORDER** |

1     On December 14, 2007, the three-judge panel granted in part Defendants' request for reconsideration of Magistrate Judge Moulds's December 6, 2007 Order, which compelled Defendants to produce all privileged documents. Defendants, however, are unclear regarding what portions, if any, of Magistrate Judge Moulds' December 6, 2007 Order remain in effect. Defendants respectfully request clarification of the status of Magistrate Judge Moulds's December 6, 2007 Order, in order to determine whether they must preserve any appeal rights regarding portions of the December 6, 2007 Order that are not subject to modification by the three-judge panel's December 14, 2007 Order.

DATED: December 21, 2007

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Charles J. Antonen
CHARLES J. ANTONEN
Deputy Attorney General
Attorneys for Defendants

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Plata, et al. v. Schwarzenegger, et al.**

No.:   **C-01-1351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On December 21, 2007, I served the attached

### DEFENDANTS' REQUEST FOR CLARIFICATION OF THE THREE-JUDGE PANEL'S DECEMBER 14, 2007 ORDER

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**John Hagar**
Chief of Staff
Judges' Reading Room
Court Library, 18th Floor
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**Robert Sillen**
California Prison Receivership
1731 Technology Drive, Suite 700
San Jose, CA 95110

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on December 21, 2007, at San Francisco, California.

|             L. Santos             |        *[signature]* J. Santos        |
|-----------------------------------|---------------------------------------|
|             Declarant             |              Signature                |

40200173.wpd