12-20-07

U.S. DIST JUDGE L. KARLTON:

CASE NO: CIV-90-0520 LKK-JFM

FILED
DEC 26 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I AM REQUESTING YOU APPOINT ATTORNEY LEAVITT (PRO BONO) TO REPRESENT ME IN THIS CASE. I HAVE CONFLICTS OF INTEREST WITH THE PRISON LAW OFFICE.

THE MENTAL HEALTH PROGRAM IS A SHAMBLES DUE TO GUARD ABUSE UNDER WARDEN AYERS AND CAPT FOX. ONLY 2 MENTAL HEALTH DOCTORS DO WE TRUST, DOCTOR KOZEL AND DOCTOR SPAIN.

GUARDS ARE ALLOWED, ENCOURAGED TO WRITE 115 RULES VIOLATIONS UNDER CURRENT WARDEN AND CAPT WHO MAKE SURE <u>CODE OF SILENCE</u> ALWAYS HONORED BY CORRUPT GUARDS IN CONDEMNED PROGRAM.

STAFF DENY ME MY INCOMING LEGAL AND REGULAR MAIL. THEY STEAL AND DAMAGE PROPERTY IN CONDEMNED ROW. THEY WITH WARDENS, CAPTS ENCOURAGEMENT WRITE ME FALSE RULES VIOLATIONS. THEY ENCOURAGE DAILY MY SUICIDE.

PLEASE PER MY AND ATTORNEY LEAVITTS REQUEST APPOINT MR. LEAVITT AS MY ATTORNEY IN THIS CASE.

SINCERELY
Jerry Stanley
BOX C 80900
DEATH ROW
S.Q. CAL 94974

```
 1  JACK LEAVITT, CSB 31960
    1019 Merced St.
 2  Berkeley, CA 94707
    Tel.: 510-581-9127
 3  Requested Attorney (Pro Bono)
 4  For Gerald F. Stanley
    An Indigent Condemned Prisoner In State Custody
 5
 6
 7
 8              THE UNITED STATES DISTRICT COURT
 9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  LANCASTER,                    No. C 79-1630 WHA
12      Petitioner                REQUEST TO INTERVENE
                                  AND FOR APPOINTMENT
13  v.                            OF NAMED ATTORNEY
14
    TILTON,
15
16      Respondent
    ************************************
17  GERALD F. STANLEY,
18
        Real Party In Interest
19  _____/
20  To the Clerk of this Court, to all parties and to their attorneys:
21      Pursuant to an undated Notice from the Honorable William H. Allsup,
22  allowing condemned prisoners to intervene in this litigation, Gerald F. Stanley
23  respectfully requests permission to intervene and to have Jack Leavitt, CSB
24  31960, appointed as his attorney of record.
25  Dated:  December 3, 2007           Respectfully submitted,
26
27                                     _____
                                          JACK LEAVITT
28                                     Requested Attorney for Petitioner
                                          GERALD F. STANLEY
```

Gerald Stanley — Request To Intervene                                         1