```
David W. Wilson, K66474
CSP-LAC, D1-#104
44750 60th St. West
Lancaster, CA 93536
   In Pro Per
```

**FILED**

JAN 2 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATE CODE

| | |
|---|---|
| RALPH COLEMAN, | No. CIV-S-90-0520-LKK-JFM P |
| DAVID W. WILSON, | THREE-JUDGE COURT |
| Plaintiff on behalf of himself and others similarly situated | |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| MARCIANO PLATA, | No. C 01-01351-TEH |
| DAVID W. WILSON, | THREE-JUDGE COURT |
| Plaintiff on behalf of himself and others similarly situated | [PURPOSED ORDER] |
| vs. | Hearing: February 8, 2008 |
| ARNOLD SCHWARZENEGGER, et al., | Courtroom |
| Defendants. | The Honorable Justices Thelton E. Henderson, Lawerence K. Karlton, Stephen Reinhart. |

The Motion of Plaintiff David W. Wilson for SANCTIONS came before this Court for hearing on February 8, 2008. Attorney General representing Defendant's SCHWARZENEGGER, KERNAN, HAWS, McGUINNESS, LuDUKE, CDCR, CSP-LAC, and Plaintiff WILSON representing EOP's and self in Motion, exhibit's, affidavit's to Court.

1     After consideration the moving papers and all other matters presented to
2 Court. IT IS HEREBY ORDERED that the motion is GRANTED.
3 Dated: <u>December 27, 2007.</u>
4
5  
6                             THELTON E. HENDERSON
                            U.S. Northern District Court Judge
7
8
                            LAWERENCE K. KARLTON
9                             U.S. Eastern District Court Judge
10
11
12                             STEPHEN REINHART
                            U.S. Central District Court Judge
13
14 /////////
15 /////////
16 /////////
17 /////////
18 /////////
19 /////////
20 /////////
21 /////////
22 /////////
23 /////////
24 /////////
25 /////////
26 /////////
27 /////////
28 /////////

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA

**ORDER GRANTING MOTION FOR SANCTIONS**

No. CIV-S-90-0520-LKK-JFM P

No. C 01-01351-TEH

Plaintiff has moved for SANCTIONS pursuant Rule 11(b),(c), and 37(b), FRCP, and 28 U.S.C §2284 and 18 U.S.C. §3626(a),(g). For over-crowding release and CSP-LAC relief intervention. From defendants Schwarzenegger, Kernan, Haws, McGuinness, LuDuke, CDCR, CSP-LAC. To "Close" CSP-LAC EOP over-riding to CMF, CMC-E, R.J.D., and to transfer plaintiff Wilson to ASH or NAPA for single cell intermediate care until plaintiff request come back to CDCR. To keep legal material in cell, keep typewriter, access to when not in treatment. To keep battery operated 9/10 inch TV, AM/FM/CD/Cassette Radio, battery charger. If transferred to prison only CMF or CMC-E. For removal of Dr. McGuinness, Dr. Luduke from EOP programs. Racial diversity with black psychologist, social workers, guards, counselors, sergeants. Guards with assault records removed EOP programs/yard. 24 hour camera monitoring buildings/yard EOP units. 3 second camera monitoring when sally ports open, and buildings access/storage rooms including visiting/medical/ad-seg/shu. Reception inmate's be removed from EOP's yard/gym/kitchen/laundry. EOP's receive law library 5 days weekly for 2 hours. EOP's given in unit program/job equality.

It is further ORDERED no reprisals taken against plaintiff Wilson as alleged threat or enemies to place in ad-seg. If transferred given all property in R&R and legal court documents with held currently. If any deny due process and proven Wilson can file for conspiracy against retirement/pension benefits as staff complaint.

IT is further ORDERED a hearing on plaintiffs motion for SANCTIONS will be held on February 8, 2008, and the Court will proceed on exhibit's, affidavit's, documents.

Dated: _____.

THELTON E. HENDERSON U.S. N District Court Judge

Lawerence K. Karlton U.S. E District Court Judge

Stephen Reinhardt   U.S. C District Court Judge