1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN – State Bar No. 126424
   Deputy Attorney General
6  CHARLES ANTONEN – State Bar No. 221207
   Deputy Attorney General
7  SAMANTHA TAMA – State Bar No. 240280
   Deputy Attorney General
8  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
9  Telephone: (415) 703-5711
   Facsimile: (415) 703-5843
10 rochelle.east@doj.ca.gov

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

11 Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

- 1 -
NOT. OF APPEAL; REPRESENTATION STATEMENT
(CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1 | Arnold Schwarzenegger, Michael Genest, James Tilton, and Stephen Mayberg the served defendants in this action, appeal to the United States Court of Appeals for the Ninth Circuit from Magistrate Moulds' December 6, 2007 order, which was modified by the Three-Judge Panel on December 14, 2007. Magistrate Moulds' order granted plaintiffs' motion to compel the production of privileged documents. The Three-Judge Panel's order granted in part Defendants' motion for reconsideration.

DATED: January 7, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Rochelle C. East
ROCHELLE C. EAST
Supervising Deputy Attorney General
Attorneys for Defendants

- 2 -

NOT. OF APPEAL; REPRESENTATION STATEMENT
(CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)