| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>FRANCES T. GRUNDER<br>Senior Assistant Attorney General<br>ROCHELLE C. EAST<br>Supervising Deputy Attorney General<br>LISA A. TILLMAN – State Bar No. 126424<br>Deputy Attorney General<br>CHARLES ANTONEN – State Bar No. 221207<br>Deputy Attorney General<br>SAMANTHA TAMA – State Bar No. 240280<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5711<br>Facsimile: (415) 703-5843<br>rochelle.east@doj.ca.gov | HANSON BRIDGETT MARCUS<br>VLAHOS & RUDY, LLP<br>JERROLD C. SCHAEFER - 39374<br>PAUL B. MELLO - 179755<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschaefer@hansonbridgett.com<br>pmello@hansonbridgett.com |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants. | No. 2:90-cv-00520 LKK JFM<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**REPRESENTATION STATEMENT** |

The undersigned represents Arnold Schwarzenegger, Michael Genest, James Tilton, and Stephen Mayberg the served defendants and appellants in this matter. Counsel's contact information is as follows:

> Rochelle C. East
> Supervising Deputy Attorney General
> Office of the California Attorney General
> 455 Golden Gate Ave., Suite 11000
> San Francisco, CA 94102
> Telephone: (415) 703-5711
> Facsimile: (415) 703-5843

The plaintiffs and appellees in this matter are Marciano Plata, et al. and Ralph Coleman, et al. Their counsels' contact information is as follows:

| *Plata* Plaintiffs/Appellees | *Coleman* Plaintiffs/Appellees |
|---|---|
| Represented by:<br>Don Specter<br>Steven Fama<br>Alison Hardy<br>Prison Law Office<br>General Delivery<br>San Quentin, CA 94964<br>Telephone: (415) 457-9144<br>Facsimile: (415) 457-9151 | Represented by:<br>Michael William Bien<br>Rosen Bien & Galvan, LLP<br>315 Montgomery Street<br>10th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 433-6830<br>Facsimile: (415) 433-7104 |

The following individuals/entities are on the service list but are not a representative of a named party in this matter.

| Robert Sillen<br>California Prison Receivership | Union of American Physicians & Dentists |
|---|---|
| Represented by:<br>Martin H. Dodd<br>Futterman & Dupree LLP<br>160 Sansome Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 399-3840<br>Facsimile: (415) 399-3838 | Represented by:<br>Andrew J. Kahn, Esq.<br>Davis, Cowell & Bowe, LLP<br>595 Market Street, Suite 1400<br>San Francisco, CA 94105<br>Telephone: (415) 597-7200<br>Facsimile: (415) 597-7201 |

| | | |
|---|---|---|
| 1 | Public Health Services Bureau, LLC | John Hagar<br>California Prison Receivership |
| 2 | Represented by: | |
| 3 | Alton G. Burkhalter<br>Burkhalter Michaels Kessler & George | Judge's Reading Room<br>450 Golden Gate Ave |
| 4 | 2020 Main Street, Suite 600<br>Irvine, CA 92614 | 18th Floor<br>Law Library |
| 5 | Telephone: (949) 975-7500<br>Facsimile: (949) 975-7501 | San Francisco, CA 94102 |
| 6 | | |
| 7 | Republican Assembly and Senate<br>Intervenors | California State Personnel Board |
| 8 | | Represented by: |
| 9 | Represented by:<br>Steven Kaufhold | Miguel Angel Neri<br>Office of the Attorney General |
| 10 | Akin Gump Strauss Hauer & Feld LLP<br>5380 California Street, 15th Floor | 1515 Clay Street, 20th Floor<br>P.O. Box 70550 |
| 11 | San Francisco CA 94104<br>Telephone: (415) 765-9500 | Oakland, CA 94612-0550<br>Telephone: (510) 622-2205 |
| 12 | Facsimile: (415) 765-9501 | Facsimile: (510) 622-2270 |
| 13 | Sheriff, Probation, Police Chief, and | District Attorney Intervenors |
| 14 | Corrections Intevenors | Represented by |
| 15 | Represented by<br>Martin Mayer | Rod Pacheo<br>County of Riverside |
| 16 | Jones & Mayer<br>3777 North Harbor Boulevard | 4075 Main Street, First Floor<br>Riverside, CA 92501 |
| 17 | Fullerton, CA 92835<br>Telephone: (714) 446-1400 | Telephone: (951) 955-6620 |
| 18 | Facsimile: (714) 446-1448 | |
| 19 | | |
| 20 | Consolidated County Intervenors | Sonoma County Intervenor |
| 21 | Represented by<br>Theresa Fuentes | Represented by<br>Anne L. Keck |
| 22 | Santa Clara County Counsel's Office<br>70 West Hedding, East Wing, 9th Floor | Office of the Sonoma County<br>Counsel |
| 23 | San Jose, CA 94110<br>Telephone: (408) 299-5900 | 575 Administration Dr., Suite 105a<br>Santa Rosa CA 95403 |
| 24 | Facsimile: (408) 292-7240 | Telephone: (707) 565-2421 |
| 25 | Matthew A. Lopes, Jr. | California Correctional Peace |
| 26 | *Coleman* Special Master | Officer's Association Intervenor |
| 27 | Pannone Lopes & Devereaux LLC<br>317 Iron Horse Way | Represented by<br>Ronald Yank |
| 28 | Suite 301 | Carroll Burdick & McDonough LLP |

- 5 -

NOT. OF APPEAL; REPRESENTATION STATEMENT
(CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

|   |   |
|---|---|
| Providence, RI 02908<br>Telephone: (401) 824-5100<br>Facsimile: (401) 824-5123 | 44 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br>Telephone: (415) 989-5900<br>Facsimile: (415) 989-0932 |

DATED: January 7, 2008

    EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Rochelle C. East
ROCHELLE C. EAST
Supervising Deputy Attorney General
Attorneys for Defendants