UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
      Plaintiff

    v.                                     **CASE NO. 2:90−CV−00520−LKK−JFM**

**JOHN S ZIL MD, ET AL.,**
      Defendant

    You are hereby notified that a Notice of Appeal was filed on **January 07, 2008** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 11, 2008

                            **VICTORIA C. MINOR**
                            **CLERK OF COURT**

                    **by:** /s/ K. Engbretson

                    Deputy Clerk