UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**Victoria C. Minor**
Clerk of Court

### BILL FOR FEES DUE

To:  Arnold Schwarzenegger, Michael Genest, James Tilton, Stephen Mayberg

RE:  RALPH COLEMAN vs. JOHN S ZIL MD

USDC:    2:90−CV−00520−LKK−JFM

A Notice of Appeal has been filed in the above−referenced case without the appropriate fee paid.   You are hereby notified that the filing fee of $455.00 is due immediately.

**VICTORIA C. MINOR**
**CLERK OF COURT**

By:  /s/  **K. Engbretson**

Deputy Clerk