IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

On January 10, 2008, plaintiffs filed a document styled "Request for Clarification of Discovery Stay Order with Respect to Noticed Spoliation Deposition." Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants may file a response to plaintiffs' request on or before 4:30 p.m. on Tuesday, January 15, 2008; and

/////

/////

/////

2. The matter is set for hearing on Wednesday, January 16, 2008 at 1:30 p.m. in Courtroom # 26.

DATED: January 11, 2008.

UNITED STATES MAGISTRATE JUDGE