IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER DENYING MOTION FOR SANCTIONS FILED BY DAVID WILSON |

The court hereby DENIES without prejudice the motion for sanctions to relieve overcrowding filed in *Coleman* on January 2, 2008, and in *Plata* on January 10, 2008, by

//

//

//

1 Plaintiff David W. Wilson. As represented parties, plaintiffs may file motions only through
2 their counsel of record.

**IT IS SO ORDERED.**

Dated: 01/15/08

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 01/15/08

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 01/15/08

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA