1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 324-5388
8   Fax:  (916) 324-5205
    Email:  Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants
10

11                 IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK JFM P

16                       Plaintiffs,        **NOTICE OF FILING SEALED
                                            DOCUMENT**
17        **v.**

18  **ARNOLD SCHWARZENEGGER, et
    al.,**
19
                         Defendants.
20

21                          **INTRODUCTION**
22
           On May 23, 2007, this Court ordered Defendant Department of Mental Health (DMH)
23
    to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates
24
    from any level of outpatient mental health care to any level of inpatient mental health care, and
25
    from any level of inpatient mental health care to a different level of mental health care.  The
26
    report must include a complete list of all class members currently waiting for transfer to any
27
    level of DMH hospital care.  Such identifying patient information is subject to a protective order
28
    entered in this action on January 12, 2007.

Notice of Filing Sealed Document

1

**NOTICE**

2    Notice is hereby given under Local Rule 39-141(c),  that Defendant Department of Mental

3    Health is filing a document in compliance with the Court's  May 23, 2007 Order under seal and

4    shall manually file the document and serve copies upon the parties.

5    Dated: January 15, 2008

6

7                                                       Respectfully submitted,

8                                                       EDMUND G. BROWN JR.
                                                        Attorney General of the State of California

9                                                       DAVID S. CHANEY
                                                        Chief Assistant Attorney General

10                                                      FRANCES T. GRUNDER
                                                        Senior Assistant Attorney General

11                                                      ROCHELLE C. EAST
                                                        Supervising Deputy Attorney General

12

13                                                      */s/ Misha D. Igra*

14
                                                        MISHA D. IGRA
15                                                      Deputy Attorney General
                                                        Attorneys for Defendants
16

17    Notice of Filing a Sealed Document 01152008.wpd
      CF1997CS0003

18

19

20

21

22

23

24

25

26

27

28

Notice of Filing Sealed Document

2
