## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Coleman, et al. v. Schwarzenegger, et al.**

No.:    **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On January 15, 2008, I served the attached **Notice of Filing Sealed Document, Sealed Document Cover Page, Copy of Modified Protective Order,** and the **Monthly Bed Utilization Report for the Department of Mental Health Hospitals and Psychiatric Programs** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Court Clerk
United States District of California
Eastern District of California
501 I Street, 4FL
Sacramento, CA  95814

Matthew A. Lopes, Jr., Esq.
Office of the Special Master
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908

Donald Specter, Esq.
Ivan Trujillo, Esq.
Steven Fama, Esq.
Prison Law Office
2173 East Francisco Boulevard, Suite M
San Rafael, CA  94901

Linda E. Buffardi, Esq.
Deputy Special Master
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908

Mohamedu F. Jones, Esq.
Deputy Special Master
9900 E Greenbelt Road, #182
Lanham, MD 20706-2264

Michael W. Bien, Esq.
Jane E. Kahn, Esq.
Meghan Lang, Esq.
Lori Rifkin, Esq.
Amy Whelan, Esq.
Sara Laubach, Esq.
Rosen, Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA  94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 15, 2008, at Sacramento, California.

_____
E. Torres
Declarant

_____
Signature