EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN – State Bar No. 126424
Deputy Attorney General
CHARLES ANTONEN – State Bar No. 221207
Deputy Attorney General
SAMANTHA TAMA – State Bar No. 240280
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5443
Facsimile: (415) 703-5843
Charles.Antonen@doj.ca.gov

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF CHARLES J. ANTONEN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR CLARIFICATION OF DISCOVERY STAY** |

- 1 -

DECLARATION OF CHARLES J. ANTONEN
(CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

# DECLARATION OF CHARLES J. ANTONEN

I, CHARLES J. ANTONEN, declare as follows:

1. I am an attorney admitted to practice law before all courts in the State of California, the United States District Court for the Eastern and Northern Districts of California, and the United States Court of Appeals for the Ninth Circuit. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants in this matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Request for Clarification of Discovery Stay. Unless otherwise indicated, I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

2. Attached as Exhibit A is a true and correct copy of a December 19, 2007 email I received from Lisa Ells, counsel for Plaintiffs.

3. Attached as Exhibit B is a true and correct copy of Plaintiffs' January 3, 2008 subpoena duces tecum to the California Department of Corrections and Rehabilitation.

4. Attached as Exhibit C is a true and correct copy of Plaintiffs' January 8, 2008 amended notice of deposition of Mr. Misener.

5. Attached as Exhibit D is a true and correct copy of Plaintiffs' January 9, 2008 amended notice of deposition of the California Department of Public Health.

6. Attached as Exhibit E is a true and correct copy of a January 11, 2008 email from Amy Whelan, counsel for Plaintiffs.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in San Francisco, California on January 15, 2008.

/s/ Charles J. Antonen
CHARLES J. ANTONEN