# EXHIBIT A

**Charles Antonen - Coleman/Plata Overcrowding - Updated deposition information**

| | |
|---|---|
| **From:** | Lisa Ells <LElls@rbg-law.com> |
| **To:** | Lisa Tillman <Lisa.Tillman@doj.ca.gov>, Misha Igra <Misha.Igra@doj.ca.gov>, Rochelle East <Rochelle.East@doj.ca.gov>, <pmello@hansonbridgett.com>, <nleonard@cbmlaw.com>, <khb@jones-mayer.com>, <skaufhold@akingump.com>, <theresa.fuentes@cco.sccgov.org>, <akeck@sonoma-county.org>, <chughes@RivCoDA.org>, "Adam, Gregg" <GAdam@cbmlaw.com>, Charles Antonen <Charles.Antonen@doj.ca.gov>, Samantha Tama <Samantha.Tama@doj.ca.gov> |
| **Date:** | 12/19/2007 5:32 PM |
| **Subject:** | Coleman/Plata Overcrowding - Updated deposition information |
| **CC:** | Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbg-law.com>, Donald Specter <dspecter@prisonlaw.com> |

December 19, 2007

VIA EMAIL ONLY

    To:    Counsel for Defendants and Intervenors
    Re:    Deposition Taken Off Calendar

    Please take notice that the 30(b)(6) deposition of CDCR, originally noticed for December 20, 2007, has been taken off calendar. The deposition and accompanying document request will be re-noticed when the discovery stay is lifted.

Thank you.

Lisa Ells
Rosen, Bien & Galvan LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
lells@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.