# EXHIBIT C

**Charles Antonen - Coleman/Plata: Amended Notice of Deposition of John Misener and Request for Production of Documents**

---

| | |
|---|---|
| **From:** | Sofia Millham <smillham@RBG-Law.com> |
| **To:** | "lisa.tillman@doj.ca.gov" <lisa.tillman@doj.ca.gov>, "pmello@hansonbridgett.com" <pmello@hansonbridgett.com>, "Theresa.fuentes@cco.sccgov.org" <Theresa.fuentes@cco.sccgov.org>, "skaufhold@akingump.com" <skaufhold@akingump.com>, "ryank@cbmlaw.com" <ryank@cbmlaw.com>, "akeck@sonoma-county.org" <akeck@sonoma-county.org>, "chughes@rivcoda.org" <chughes@rivcoda.org>, "khb@jones-mayer.com" <khb@jones-mayer.com>, "mrc@jones-mayer.com" <mrc@jones-mayer.com>, "'Misha.Igra@doj.ca.gov'" <Misha.Igra@doj.ca.gov>, "rochelle.east@doj.ca.gov" <rochelle.east@doj.ca.gov>, "charles.antonen@doj.ca.gov" <charles.antonen@doj.ca.gov>, "samantha.tama@doj.ca.gov" <samantha.tama@doj.ca.gov> |
| **Date:** | 1/8/2008 4:24 PM |
| **Subject:** | Coleman/Plata: Amended Notice of Deposition of John Misener and Request for Production of Documents |
| **CC:** | Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbg-law.com>, Donald Specter <dspecter@prisonlaw.com>, Ivan Trujillo <itrujillo@prisonlaw.com>, "ahardy@prisonlaw.com" <ahardy@prisonlaw.com>, Sara Norman <snorman@prisonlaw.com>, Vibeke Martin <vmartin@prisonlaw.com> |

---

Please see the attached notice of deposition.

Sincerely,

Sofia Millham
Paralegal
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
smillham@rbg-law.com <mailto:smillham@rbg-law.com>

***We have moved to our new office.*** Please note our new address, 315 Montgomery Street, Tenth Floor.

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

1  PRISON LAW OFFICE                       BINGHAM, McCUTCHEN, LLP
   DONALD SPECTER Bar No.: 83925            WARREN E. GEORGE Bar No.: 53588
2  STEVEN FAMA Bar No.: 99641              Three Embarcadero Center
   E. IVAN TRUJILLO Bar No.: 228790        San Francisco, California 94111
3  General Delivery                         Telephone: (415) 393-2000
   San Quentin, California 94964
4  Telephone: (415) 457-9144

5  ROSEN, BIEN & GALVAN, LLP               HELLER, EHRMAN, WHITE &
   MICHAEL W. BIEN Bar No.: 096891          McAULIFFE
6  JANE E. KAHN Bar No.: 112239            RICHARD L. GOFF Bar No.: 36377
   AMY WHELAN Bar No.: 215675              701 Fifth Avenue
7  LORI RIFKIN Bar No.: 244081             Seattle, Washington 98104
   SARAH M. LAUBACH Bar No.: 240526        Telephone: (206) 447-0900
8  315 Montgomery Street, 10th Floor
   San Francisco, California 94104
9  Telephone: (415) 433-6830

10 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
11 CLAUDIA CENTER Bar No.: 158255
   LEWIS BOSSING Bar No.: 227402
12 600 Harrison Street, Suite 120
   San Francisco, CA 94107
13 Telephone: (415) 864-8848

14 Attorneys for Plaintiffs

15            IN THE UNITED STATES DISTRICT COURTS

16          FOR THE EASTERN DISTRICT OF CALIFORNIA

            AND THE NORTHERN DISTRICT OF CALIFORNIA
17
       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19 RALPH COLEMAN, et al.,               )   No.: Civ S 90-0520 LKK-JFM P
                                        )
20         Plaintiffs,                  )   **THREE-JUDGE COURT**
                                        )
21     vs.                              )
                                        )
22 ARNOLD SCHWARZENEGGER, et al.,       )
                                        )
23         Defendants                   )
                                        )
24 MARCIANO PLATA ,et al.,              )   No. C01-1351 TEH
                                        )
25         Plaintiffs,                  )   **THREE-JUDGE COURT**
       vs.                              )
26                                      )   **AMENDED NOTICE OF DEPOSITION**
   ARNOLD SCHWARZENEGGER, et al.,       )   **OF JOHN MISENER AND REQUEST**
27                                      )   **FOR PRODUCTION OF DOCUMENTS**
       vs.                              )
28         Defendants                   )

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of

3    Civil Procedure, Plaintiffs, by their attorneys, will take the deposition of Mr. John Misener on

4    January 29, 2008. Said deposition will commence at 9:00 a.m. at the law offices of Rosen,

5    Bien & Galvan, LLP, 315 Montgomery Street, Tenth Floor, San Francisco, CA 94104.

6         Pursuant to the executed agreement attached herein as Exhibit A, Mr. Misener recognizes

7    that the dictates of the November 29, 2007 subpoena, attached herein as Exhibit B, continue to

8    govern this rescheduled discovery.

9         Said deposition, if not completed on the specified date, will continue from day-to-day,

10   excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the

11   deposition. The deposition shall be recorded by stenographic means and may be videotaped.

12        Deponent is not a party to this action. So far is as known to Plaintiffs, the deponent's

13   contact information is 2401 Bayshore Blvd., Suite 905, Tampa, FL 33629.

14        PLEASE TAKE FURTHER NOTICE that Mr. Misener is requested to supplement the

15   document production detailed in Schedule A of the November 29, 2007 subpoena in accordance

16   with the Federal Rules of Civil Procedure.

17

18   Dated: January 8, 2008                    ROSEN, BIEN & GALVAN, LLP

19

20                                    By:     */s/ Amy Whelan*

21                                        Amy Whelan
                                     Attorneys for Plaintiff

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2   I, Sofia Millham, declare that I am a resident of the State of California, am over the

3 age of eighteen years and am not a party to the within action. I am employed with Rosen,

4 Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco,

5 California 94104. On January 8, 2008, I served the following document:

6 **AMENDED NOTICE OF DEPOSITION OF JOHN MISENER AND REQUEST
FOR PRODUCTION OF DOCUMENTS**

7

8   I served the document on the persons listed below, as follows:

| | |
|---|---|
| [ ] | **By messenger service**. I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [X] | **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery**. I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

| | |
|---|---|
| 1 | Lisa A. Tillman |
| | Deputy Attorney General |
| 2 | P.O. Box 944255 |
| | Sacramento, CA 94244-2550 |
| 3 | |

Lisa A. Tillman
Deputy Attorney General
P.O. Box 944255
Sacramento, CA 94244-2550

Paul B. Mello, Esq.
Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

Lead Counsel for County Intervenors
Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

Republican Assembly and Senate Intervenors
Steven S. Kaufhold
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

California Correctional Peace Officers'
Association (CCPOA) Intervenors
Ronald Yank
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

District Attorney Intervenors
Rod Pacheco
Charles Hugues
District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501

California Sheriff, Probation, Police Chief
and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

John Misener
2401 Bayshore Blvd., Suite 905
Tampa, FL 33629

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 8th day of January, 2008 at San Francisco, California.

_____
Sofia Millham

# EXHIBIT A

SANFORD JAY ROSEN[1]
MICHAEL W. BIEN
ERNEST GALVAN

JANE KAHN[6]

# ROSEN, BIEN & GALVAN, LLP

ATTORNEYS AT LAW
315 MONTGOMERY STREET, TENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-6830
FAX: (415) 433-7104
EMAIL: rbg@rbg-law.com

HOLLY BALDWIN
LISA ELLS
GAY C. GRUNFELD
SHIRLEY HUEY[1]
MEGHAN LANG
SARAH LAUBACH
ANNE MANIA
NURA MAZNAVI
MARIA MORRIS[1]
THOMAS NOLAN
LORI RIFKIN[1]
LOREN STEWART[1]
KENNETH WALCZAK[6]
AMY WHELAN
SARAH OLSON ZIMMERMAN[6]

December 17, 2007

## VIA EMAIL ONLY

John Misener
2401 Bayshore Blvd. Suite 905
Tampa, FL 33629
JMisener@mcmanisconsulting.com

        Re:    Agreement to Postpone Deposition

Dear Mr. Misener:

        On November 29, 2007, our office served you with a subpoena for deposition and request for documents related to your work for CDCR. The subpoena stated that the deposition would take place on December 20, 2007, and that documents should be produced at that time. We mutually agreed to postpone the deposition in order to review the documents that you agreed to provide in advance of the deposition.

        This letter will confirm our agreement to move the date of your deposition from December 20, 2007 until a mutually convenient date in January 2008. We request that you also provide by January 2, 2008 any documents responsive to the November 29 Subpoena that you have not already produced to our office.

        Please sign the attached statement and return a signed copy to our office by fax (415-433-7104) or as a pdf attachment to an email (slaubach@rbg-law.com). You should feel free to contact me if you have any questions.

                                        Sincerely yours,

                                        ROSEN, BIEN & GALVAN, LLP

                                        By: Sarah M. Laubach

[1]MEMBER OF THE CONNECTICUT AND THE CALIFORNIA BAR
[2]OF COUNSEL
[3]MEMBER OF THE WASHINGTON, D.C. AND THE CALIFORNIA BAR
[4]MEMBER OF THE NEW YORK AND THE CALIFORNIA BAR
[5]MEMBER OF THE CONNECTICUT, NEW YORK AND THE CALIFORNIA BAR
[6]MEMBER OF THE ILLINOIS AND THE CALIFORNIA BAR

December 17, 2007
Page 2

I hereby agree to make myself available for deposition on the topics identified in the November 29 Subpoena on a mutually convenient date in January 2008. I recognize that the November 29 Subpoena continues to apply to this postponed deposition and agree to act in accordance with the requirements of that subpoena.

Signed:

By: John Misener

# EXHIBIT B

1 | PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
2 | STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
3 | General Delivery
San Quentin, California 94964
4 | Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

5 | ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
6 | JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
7 | LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
8 | 315 Montgomery Street, 10th Floor
San Francisco, California 94104
9 | Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

10 | THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
11 | CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
12 | 600 Harrison Street, Suite 120
San Francisco, CA 94107
13 | Telephone: (415) 864-8848

14 | Attorneys for Plaintiffs

15 | IN THE UNITED STATES DISTRICT COURTS

16 | FOR THE EASTERN DISTRICT OF CALIFORNIA

17 | AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

18 | PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19 | RALPH COLEMAN, et al.,

20 | Plaintiffs,

21 | vs.

22 | ARNOLD SCHWARZENEGGER, et al.,

23 | Defendants

No.: Civ S 90-0520 LKK-JFM P

THREE-JUDGE COURT

24 | MARCIANO PLATA , et al.,

25 | Plaintiffs,
vs.
26 | ARNOLD SCHWARZENEGGER, et al.,

27 | vs.

28 | Defendants

No. C01-1351 TEH

THREE-JUDGE COURT

NOTICE OF DEPOSITION OF JOHN
MISENER AND REQUEST FOR
PRODUCTION OF DOCUMENTS

NOTICE OF DEPOSITION OF JOHN MISENER AND REQUEST FOR PRODUCTION OF DOCUMENTS, NOS.: CIV S 90-0520 LKK-JFM, C01-
1351 TEH

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of

3  Civil Procedure, plaintiffs, by their attorneys, will take the deposition of John Misener.

4          Said deposition will commence at 9:30 a.m. on December 20, 2007 at Dreyer &

5  Associates, 201 North Franklin Street, Suite #1775, Tampa, Florida 33602.

6          Said deposition, if not completed on the specified date, will continue from day-to-day,

7  excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the

8  deposition. The deposition shall be recorded by stenographic means and may be videotaped.

9          Deponent is not a party to this action. So far is as known to Plaintiffs, the deponent's

10  contact information is 2401 Bayshore Blvd. Suite 905, Tampa, FL 33629.

11          PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45 of the Federal Rules of

12  Civil Procedure, Mr. Misener is commanded to produce at said deposition the documents

13  described in Schedule A attached hereto. Such documents must be provided within 21 days of the

14  date of service of this notice, pursuant to the Magistrate Judge's Order of October 30, 2007

15  expediting the discovery deadlines in this matter.

16

17  Dated: November 29, 2007                                    ROSEN, BIEN & GALVAN, LLP

18

19                                          By: _Sarah M. Laubach_

20                                          Sarah M. Laubach
                                            Attorneys for Plaintiffs

21

22

23

24

25

26

27

28

Schedule A

**I.    DEFINITIONS**

"YOU" and "YOUR" refer to John Misener and any officers, directors, employees, agents, representatives, attorneys and any person or entity acting, or purporting to act, on your behalf.

"COMMUNICATIONS" means any exchange of information by any means of transmission, including but not limited to, face-to-face conversations, mail, electronic mail, telegram, overnight delivery, telephone, facsimile or telex.

"DOCUMENTS" means all writings, whether fixed in a tangible medium or electronically stored. "DOCUMENTS" includes but is not limited to, all of the following: papers, correspondence, training manuals, forms, envelopes, memoranda, telegrams, cables, notes, messages, reports, studies, press releases, policy statements, employee manuals, comparisons, books, accounts, checks, audio and video recordings and transcriptions thereof, pleadings, testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires, surveys, charts, newspapers, calendars, desk calendars, pocket calendars, lists, logs, publications, notices, diagrams, instructions, diaries, minutes of meetings, orders, resolutions, agendas, memorials or notes of oral communications, whether by telephone or face-to-face, contracts, agreements, drafts of proposed contracts or agreements, memoranda of understanding, letters of intent, computer tapes, computer drives or memories, computer diskettes or disks, email, CDs, DVDs, Blackberrys or other similar handheld devices used to send and receive electronic mail, instant messaging ("IM"), cell phones or any other tangible thing on which any handwriting, typing, printing, photostatic, electronic or other form of COMMUNICATION or information is recorded or reproduced together with all notations on any of the foregoing, all originals, file copies or other unique copies of the foregoing and all versions or drafts thereof, whether used or not.

"RELATE" to means comprise, mention, reflect, record, memorialize, embody, discuss, evaluate, consider, review or report on the subject matter of the request.

"OR" shall be construed as disjunctive and conjunctive, and "ANY" and "ALL" as used herein shall include "EACH" and "EVERY."

1      "PERSON" OR "PERSONS" means ANY natural PERSON OR ANY business, legal OR

2   governmental entity OR association.

3      The use of the singular form of ANY word includes the plural and vice versa, and the use

4   of ANY verb includes ALL tenses.

5   **II.   RELEVANT TIME PERIOD**

6      The "RELEVANT PERIOD," unless otherwise indicated, shall be from January 1, 2006 to

7   the date of this Request, and shall include ALL DOCUMENTS dated, prepared, generated OR

8   received during the RELEVANT PERIOD and ALL DOCUMENTS and information that

9   RELATE in whole OR in part to such period, OR to events OR circumstances during such period,

10   even though dated, prepared, generated OR received prior OR subsequent to the RELEVANT

11   PERIOD.

12   **III.   DOCUMENTS REQUESTED**

13   <u>Document Request 1:</u>

14      ALL DOCUMENTS in YOUR possession, custody, or control, regardless of date, used

15   OR reviewed by YOU in preparation for this deposition.

16   <u>Document Request 2:</u>

17      ALL DOCUMENTS in YOUR possession, custody, or control relating to contracts OR

18   agreements, OR drafts of contracts or agreements, between YOU and the California Department

19   of Corrections and Rehabilitation ("CDCR").

20   <u>Document Request 3:</u>

21      ALL DOCUMENTS in YOUR possession, custody, or control relating to data and

22   projections for mental health bed needs for CDCR.

23   <u>Document Request 4:</u>

24      ALL DOCUMENTS in YOUR possession, custody, or control that are OR relate to

25   COMMUNICATIONS between YOU and CDCR regarding CDCR mental health bed needs and

26   projections.

27

28

1    Document Request 5:

2        ALL DOCUMENTS in YOUR possession, custody, or control relating to obstacles

3    YOU encountered that affected YOUR ability to make accurate projections for CDCR mental

4    health bed needs.

5    Document Request 6:

6        ALL DOCUMENTS in YOUR possession, custody or control that are or relate to

7    COMMUNICATIONS between YOU and the California Department of Mental Health

8    regarding CDCR mental health bed needs and projections.

9    Document Request 7:

10        ALL DOCUMENTS in YOUR possession, custody or control that are OR relate to

11    COMMUNICATIONS between YOU and the Special Master in the matter *Coleman v.*

12    *Schwarzenegger* OR any agent OR employee of the Special Master regarding CDCR mental

13    health bed needs and projections.

14    Document Request 8:

15        ALL DOCUMENTS in YOUR possession, custody or control that are OR relate to

16    COMMUNICATIONS between YOU and any other person OR entity, including any

17    California state agency or official, regarding CDCR mental health bed needs and projections.

18    Document Request 9:

19        ALL DOCUMENTS in YOUR possession, custody or control that YOU drafted,

20    created, reviewed, OR relied upon in YOUR work regarding CDCR mental health bed needs

21    and projections, including reports, drafts of reports, studies, notes, data, publications, OR any

22    other materials.

23    Document Request 10:

24        ALL DOCUMENTS in YOUR possession, custody or control that are or relate to

25    COMMUNICATIONS between YOU and Navigant Consulting Inc. OR any employee OR

26    agent thereof, McManis Consulting OR any employee OR agent thereof, OR any other entity

27    or individual, that relate to CDCR mental health bed needs and projections.

28

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF FLORIDA

Coleman v. Schwarzenegger

Plata v. Schwarzenegger

TO: John Misener

**SUBPOENA IN A CIVIL CASE**

Case No:[1]

E.D. Cal. No. Civ S 90-0520 LKK-JFM
N.D. Cal. No. C01-1351 TEH

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Dreyer & Associates, 201 N. Franklin St., Ste. 1775, Tampa, FL | 12/20/07    09:30 |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached.

| PLACE | DATE AND TIME |
|---|---|
| Dreyer & Associates, 201 N. Franklin St., Ste. 1775, Tampa, FL | 12/20/07    09:30 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify: Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR | DATE |
|---|---|
| *Sarah M. Laubach*   Attorney for Plaintiffs | 11/29/07 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Sarah Laubach, Rosen, Bien & Galvan, LLP, 315 Montgomery Street, 10th Floor, San Francisco, CA 94104, (415) 433-6830

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.
AO88 (Rev. 1/94) Subpoena in a Civil Case

**PROOF OF SERVICE**

| DATE | PLACE |
|------|-------|
| 11-29-07 | 2404 Bayshore Blvd, Suite 905, Tampa Fl |

SERVED Tom Misener

SERVED ON (PRINT NAME)

MANNER OF SERVICE
Personal

SERVED BY (PRINT NAME)
Michael McKeon

TITLE
Process Server

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on     11-29-07
                  DATE

SIGNATURE OF SERVER
Michael McKeon

ADDRESS OF SERVER
P.o Box 173446
Tampa, Florida 33672

p. 2          877-772-7377          FRLPS     Nov 30 2007 12:58PM

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to comply production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance,
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend

trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in who behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.