# EXHIBIT D

**Charles Antonen - Coleman/Plata Amended Notice of Deposition of DPH and Request for Production of Documents**

| | |
|---|---|
| **From:** | Kate Richardson <krichardson@RBG-Law.com> |
| **To:** | "lisa.tillman@doj.ca.gov" <lisa.tillman@doj.ca.gov>, "pmello@hansonbridgett.com" <pmello@hansonbridgett.com>, "Theresa.fuentes@cco.sccgov.org" <Theresa.fuentes@cco.sccgov.org>, "skaufhold@akingump.com" <skaufhold@akingump.com>, "ryank@cbmlaw.com" <ryank@cbmlaw.com>, "akeck@sonoma-county.org" <akeck@sonoma-county.org>, "chughes@rivcoda.org" <chughes@rivcoda.org>, "khb@jones-mayer.com" <khb@jones-mayer.com>, "mrc@jones-mayer.com" <mrc@jones-mayer.com>, "misha.igra@doj.ca.gov" <misha.igra@doj.ca.gov>, "rochelle.east@doj.ca.gov" <rochelle.east@doj.ca.gov>, "charles.antonen@doj.ca.gov" <charles.antonen@doj.ca.gov>, "samantha.tama@doj.ca.gov" <samantha.tama@doj.ca.gov>, "roselizkondo@cdph.ca.gov" <roselizkondo@cdph.ca.gov> |
| **Date:** | 1/9/2008 11:45 AM |
| **Subject:** | Coleman/Plata Amended Notice of Deposition of DPH and Request for Production of Documents |
| **CC:** | Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbg-law.com>, Donald Specter <dspecter@prisonlaw.com>, Ivan Trujillo <itrujillo@prisonlaw.com>, 'Alison Hardy' <ahardy@prisonlaw.com>, Sara Norman <snorman@prisonlaw.com>, "vmartin@prisonlaw.com" <vmartin@prisonlaw.com> |

Please see the attached amended notice of deposition.

Sincerely,

Kate Richardson
Paralegal
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Phone: (415) 433-6830
Fax: (415) 433-7104
krichardson@rbg-law.com <mailto:krichardson@rbg-law.com>

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure.  If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited.  If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com mailto:rbg@rbg-law.com

CIRCULAR 230 NOTICE
To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for

your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

1   PRISON LAW OFFICE
    DONALD SPECTER Bar No.: 83925
2   STEVEN FAMA Bar No.: 99641
    E. IVAN TRUJILLO Bar No.: 228790
3   General Delivery
    San Quentin, California 94964
4   Telephone: (415) 457-9144

5   ROSEN, BIEN & GALVAN, LLP
    MICHAEL W. BIEN Bar No.: 096891
6   JANE E. KAHN Bar No.: 112239
    AMY WHELAN Bar No.: 215675
7   LORI RIFKIN Bar No.: 244081
    SARAH M. LAUBACH Bar No.: 240526
8   315 Montgomery Street, 10th Floor
    San Francisco, California 94104
9   Telephone: (415) 433-6830

10  THE LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
11  CLAUDIA CENTER Bar No.: 158255
    LEWIS BOSSING Bar No.: 227402
12  600 Harrison Street, Suite 120
    San Francisco, CA 94107
13  Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

14  Attorneys for Plaintiffs

15              IN THE UNITED STATES DISTRICT COURTS

16            FOR THE EASTERN DISTRICT OF CALIFORNIA

              AND THE NORTHERN DISTRICT OF CALIFORNIA

17      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

18         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19  RALPH COLEMAN, et al.,                     )   No.: Civ S 90-0520 LKK-JFM P
                                               )
20          Plaintiffs,                        )   **THREE-JUDGE COURT**
                                               )
21      vs.                                    )
                                               )
22  ARNOLD SCHWARZENEGGER, et al.,             )
                                               )
23          Defendants                         )
    _____        )
24  MARCIANO PLATA , et al.,                   )   No. C01-1351 TEH
                                               )
25          Plaintiffs,                        )   **THREE-JUDGE COURT**
        vs.                                    )
26                                             )   **AMENDED NOTICE OF DEPOSITION**
    ARNOLD SCHWARZENEGGER, et al.,             )   **OF CALIFORNIA DEPARTMENT OF**
27                                             )   **PUBLIC HEALTH AND REQUEST FOR**
        vs.                                    )   **PRODUCTION OF DOCUMENTS**
28          Defendants                         )

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of

3  Civil Procedure, Plaintiffs, by their attorneys, will take the deposition of California Department

4  of Public Health ("CDPH") on January 28, 2008, beginning at 9:30 a.m. at the law offices of

5  Rosen, Bien & Galvan, LLP, 315 Montgomery Street, Tenth Floor, San Francisco, CA 94104.

6  CDPH is hereby requested and required, pursuant to Federal Rule of Civil Procedure 30(b)(6), to

7  designate and produce a person or persons most knowledgeable to testify on behalf of CDPH, or

8  any predecessor such as the California Department of Health Services, from the time period of

9  January 1, 2006 to the present, on the matters detailed in the November 29, 2007 subpoena,

10  attached herein as Exhibit A. Pursuant to the executed agreement attached herein as Exhibit B,

11  CDPH recognizes that the dictates of the November 29, 2007 subpoena continue to govern this

12  rescheduled discovery.

13        Said deposition, if not completed on the specified date, will continue from day-to-day,

14  excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the

15  deposition. The deposition shall be recorded by stenographic means and may be videotaped.

16        CDPH is not a party to this action. So far is as known to Plaintiffs, CDPH's contact

17  information is 1501 Capital Avenue, Sacramento, CA 95814.

18        PLEASE TAKE FURTHER NOTICE that CPDH is requested to supplement the

19  document production detailed in Schedule A of the November 29, 2007 subpoena in accordance

20  with the Federal Rules of Civil Procedure.

21

22  Dated: January 8, 2008            ROSEN, BIEN & GALVAN, LLP

23

24                      By:   */s/ Tom Nolan*
                           Thomas Nolan

25                           Attorneys for Plaintiff

26

27

28

1

## PROOF OF SERVICE

2      I, Kate Richardson, declare that I am a resident of the State of California, am over the

3   age of eighteen years and am not a party to the within action. I am employed with Rosen,

4   Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco,

5   California 94104. On January 8, 2008, I served the following document:

6      **AMENDED NOTICE OF DEPOSITION OF CALIFORNIA DEPARTMENT
       OF PUBLIC HEALTH AND REQUEST FOR PRODUCTION OF**
7      **DOCUMENTS**

8

9      I served the document on the persons listed below, as follows:

10

| | | |
|---|---|---|
| [ ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) | |
| [ X ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. | |
| [ ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. | |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. | |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. | |

27

28

1

2　　Lisa A. Tillman　　　　　　　　　　　　Paul B. Mello, Esq.
　　Deputy Attorney General　　　　　　　Hanson, Bridgett, Marcus, Vlahos & Rudy,
3　　P.O. Box 944255　　　　　　　　　　　LLP
　　Sacramento, CA 94244-2550　　　　　　425 Market Street, 26th Floor
4　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105

5　　Lead Counsel for County Intervenors　　Republican Assembly and Senate Intervenors
　　Ann Miller Ravel　　　　　　　　　　　Steven S. Kaufhold
6　　Theresa Fuentes　　　　　　　　　　　Akin, Gump Strauss Hauer & Feld, LLP
　　Office of the County Counsel　　　　　580 California Street, 15th Floor
7　　70 West Hedding, East Wing, 9th Floor　San Francisco, CA 94104
　　San Jose, CA 95110

8

9　　California Correctional Peace Officers'　County of Sonoma Intervenors
　　Association (CCPOA) Intervenors　　　　Anne L. Keck, Deputy County Counsel
10　　Natalie Leonard　　　　　　　　　　　Steven Woodside
　　Gregg MacClean Adam　　　　　　　　　575 Administration Drive, Room 105A
11　　Carroll, Burdick & McDonough, LLP　　Santa Rosa, CA 95403
　　44 Montgomery Street, Suite 400
12　　San Francisco, CA 94104

13　　District Attorney Intervenors　　　　　California Sheriff, Probation, Police Chief
　　Rod Pacheco　　　　　　　　　　　　　and Corrections Intervenors
14　　Charles Hugues　　　　　　　　　　　Jones & Mayer LLP
　　District Attorney　　　　　　　　　　Martin J. Mayer
15　　County of Riverside　　　　　　　　　Michael R. Capizzi
　　4075 Main Street, First Floor　　　　Kimberly Hall Barlow
16　　Riverside, CA 92501　　　　　　　　　Elizabeth R. Feffer
　　　　　　　　　　　　　　　　　　　　3777 North Harbor Boulevard
17　　　　　　　　　　　　　　　　　　　　Fullerton, CA 92835

18

19　　Catherine Ewing
　　California Department of Public Health
20　　1501 Capitol Avenue
　　Sacramento, CA 95814

21

22　　　　I declare under penalty of perjury under the laws of the State of California that the

23　foregoing is true and correct, and that this Proof of Service was executed on this 8th day of

24　January, 2008 at San Francisco, California.

25

　　　　　　　　　　　　　　　　　　　　Kate Richardson
26

27

28

-1-

# EXHIBIT A

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>vs.<br><br>Defendants | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br><br>**NOTICE OF DEPOSITION OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND REQUEST FOR PRODUCTION OF DOCUMENTS** |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2         PLEASE TAKE NOTICE that, pursuant to Rules 26, 30, and 45 of the Federal Rules of

3    Civil Procedure, plaintiffs, by their attorneys, will take the deposition of California Department

4    of Public Health ("CDPH"). CDPH is hereby requested and required, pursuant to Federal Rule

5    30(b)(6), to designate and produce a person or persons most knowledgeable to testify on behalf

6    of CDPH, or any predecessor entity such as the California Department of Health Services, from

7    the time period of January 1, 2006 to the present, on the following matters:

8         1.    The licensing of mental health or medical programs run by Defendant California

9    Department of Corrections and Rehabilitation ("CDCR"), or by the Department of Mental

10   Health ("DMH") on behalf of CDCR, and any application for, renewal of, or modification of

11   such licenses, and any waiver(s) of licensing requirements for these programs.

12        2.    The licensing of the mental health or medical programs run by CDCR, or by DMH

13   on behalf of CDCR, at Salinas Valley State Prison, including but not limited to, licenses for

14   Department of Mental Health ("DMH") programs in Units D-5 and D-6 and the Salinas Valley

15   Psychiatric Program, and any application for, renewal of, or modification of such licenses, and

16   any waiver(s) of licensing requirements for these programs.

17        3.    The licensing of the mental health or medical programs run by CDCR, or by DMH

18   on behalf of CDCR, at California Medical Facility and any application for, renewal of, or

19   modification of such licenses, and any waiver(s) of licensing requirements for these programs.

20        4.    The licensing of the mental health or medical programs run by CDCR, or by DMH

21   on behalf of CDCR, at California Institution for Men, including but not limited to, licenses for

22   the CIM-GACH, and any application for, renewal of, or modification of such licenses, and any

23   waiver(s) of licensing requirements for these programs.

24        Said deposition will commence at 9:30 a.m. on December 20, 2007 at the law offices of

25   Rosen, Bien & Galvan LLP, 315 Montgomery Street, Tenth Floor, San Francisco, CA 94104.

26        Said deposition, if not completed on the specified date, will continue from day-to-day,

27   excluding Saturdays, Sundays and holidays, until such date as is necessary to complete the

28   deposition. The deposition shall be recorded by stenographic means and may be videotaped.

1

1    Deponent is not a party to this action.  So far as is known to Plaintiffs, the deponent's

2    contact information is: 1501 Capitol Avenue, Sacramento, CA 95814.

3    PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45 of the Federal Rules of

4    Civil Procedure, CDPH is commanded to produce at said deposition the documents described in

5    Schedule A attached hereto.  Such documents must be provided within 21 days of the date of

6    service of this notice, pursuant to Magistrate Judge's Order of October 30, 2007 expediting the

7    discovery deadlines in this matter.

8

9    Dated:  November 29, 2007                          ROSEN, BIEN & GALVAN, LLP

10

11                                                     By: _____

12                                                          Sarah M. Laubach
                                                          Attorneys for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DEPOSITION OF CALIFORNIA DEPARTMENT OF PUBLIC HEALTH AND REQUEST FOR PRODUCTION OF DOCUMENTS,
NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

**Schedule A**

1

2  **I.    DEFINITIONS**

3          "YOU" and "YOUR" refer to California Department of Public Health, and any officers,

4  directors, employees, agents, representatives, attorneys and any person or entity acting, or

5  purporting to act, on their behalf, and any predecessor or related entity including but not limited

6  to the California Department of Health Services.

7          "COMMUNICATIONS" means any exchange of information by any means of

8  transmission, including but not limited to, face-to-face conversations, mail, electronic mail,

9  telegram, overnight delivery, telephone, facsimile or telex.

10          "DOCUMENTS" means all writings, whether fixed in a tangible medium OR

11  electronically stored. "DOCUMENTS" includes but is not limited to, all of the following:

12  papers, correspondence, training manuals, forms, envelopes, memoranda, telegrams, cables,

13  notes, messages, reports, studies, press releases, policy statements, employee manuals,

14  comparisons, books, accounts, checks, audio and video recordings and transcriptions thereof,

15  pleadings, testimony, articles, bulletins, pamphlets, brochures, magazines, questionnaires,

16  surveys, charts, newspapers, calendars, desk calendars, pocket calendars, lists, logs, publications,

17  notices, diagrams, instructions, diaries, minutes of meetings, orders, resolutions, agendas,

18  memorials or notes of oral communications, whether by telephone or face-to-face, contracts,

19  agreements, drafts of proposed contracts or agreements, memoranda of understanding, letters of

20  intent, computer tapes, computer drives or memories, computer diskettes or disks, email, CDs,

21  DVDs, Blackberrys or other similar handheld devices used to send and receive electronic mail,

22  instant messaging ("IM"), cell phones or any other tangible thing on which any handwriting,

23  typing, printing, photostatic, electronic or other form of COMMUNICATION or information is

24  recorded or reproduced together with all notations on any of the foregoing, all originals, file

25  copies or other unique copies of the foregoing and all versions or drafts thereof, whether used or

26  not.

27          "RELATE" to means comprise, mention, reflect, record, memorialize, embody, discuss,

28  evaluate, consider, review or report on the subject matter of the request.

-1-

1     "OR" shall be construed as disjunctive and conjunctive, and "ANY" and "ALL" as used

2 herein shall include "EACH" and "EVERY."

3     "PERSON" OR "PERSONS" means ANY natural PERSON OR ANY business, legal or

4 governmental entity or association.

5     The use of the singular form of ANY word includes the plural and vice versa, and the use

6 of ANY verb includes ALL tenses.

7 **II.**    **RELEVANT TIME PERIOD**

8     The "RELEVANT PERIOD," unless otherwise indicated, shall be from January 1, 2006

9 to the date of this Request, and shall include ALL DOCUMENTS dated, prepared, generated or

10 received during the RELEVANT PERIOD and ALL DOCUMENTS and information that

11 RELATE in whole or in part to such period, or to events or circumstances during such period,

12 even though dated, prepared, generated or received prior or subsequent to the RELEVANT

13 PERIOD.

14 **III.**    **DOCUMENTS REQUESTED**

15 Document Request 1:

16     ALL DOCUMENTS, regardless of date, used OR reviewed by YOU in preparation for

17 this deposition.

18 Document Request 2:

19     ALL DOCUMENTS in YOUR possession, custody, OR control that refer, relate to, OR

20 describe mental health OR medical care at OR in CDCR institutions.

21 Document Request 3:

22     ALL DOCUMENTS in YOUR possession, custody, OR control that relate to the

23 licensing by CDPH of mental health OR medical programs run by CDCR (or by DMH on behalf

24 of CDCR), and any application for, renewal of, OR modification of such licenses, and any

25 waiver(s) of licensing requirements for these programs.

26 Document Request 4:

27     ALL DOCUMENTS in YOUR possession, custody, OR control that relate to any

28 COMMUNICATION between YOU and CDCR, between YOU and DMH, and between YOU

1   and any other California state agency OR official regarding the licensing of CDCR mental health

2   OR medical programs.

3   <u>Document Request 5:</u>

4          ALL DOCUMENTS in YOUR possession, custody, OR control that relate to Correctional

5   Treatment Centers ("CTC"s) OR Mental Health Crisis Beds ("MHCB"s) at any CDCR

6   institution.

7   <u>Document Request 6:</u>

8          ALL DOCUMENTS in YOUR possession, custody, OR control that relate to the

9   licensing of the mental health OR medical programs run by CDCR (or by DMH on behalf of

10  CDCR) at Salinas Valley State Prison, including but not limited to, licenses for Department of

11  Mental Health ("DMH") programs in Units D-5 and D-6 and the Salinas Valley Psychiatric

12  Program, and any application for, renewal of, OR modification of such licenses, and any

13  waiver(s) of licensing requirements for these programs.

14  <u>Document Request 7:</u>

15         ALL DOCUMENTS in YOUR possession, custody, OR control that relate to the

16  licensing of the mental health OR medical programs run by CDCR (or by DMH on behalf of

17  CDCR) at California Medical Facility, and any application for, renewal of, OR modification of

18  such licenses, and any waiver(s) of licensing requirements for these programs.

19  <u>Document Request 8:</u>

20         ALL DOCUMENTS in YOUR possession, custody, OR control that relate to the

21  licensing of the mental health OR medical programs run by CDCR (or by DMH on behalf of

22  CDCR) at California Institution for Men, including but not limited to, licenses for the CIM-

23  GACH, and any application for, renewal of, OR modification of such licenses, and any waiver(s)

24  of licensing requirements for these programs.

25  <u>Document Request 9:</u>

26         ALL DOCUMENTS in YOUR possession, custody, OR control that are OR relate to

27  COMMUNICATIONS between YOU and the Receiver in the case *Plata v. Schwarzenegger* OR

28

1   any agent OR employee of the Receiver, OR between YOU and the Special Master in the case
2   *Coleman v. Schwarzenegger* OR any agent OR employee of the Special Master.
3   Document Request 10:
4        ALL DOCUMENTS in YOUR possession, custody, OR control that are OR relate to
5   COMMUNICATIONS between YOU and any other person, including but not limited to any
6   California state agency OR official, concerning the mental health OR medical programs run by
7   CDCR.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AO88 (Rev. 12/06) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

EASTERN                          DISTRICT OF                          CALIFORNIA

Coleman v. Schwarzenegger

Plata v. Schwarzenegger

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]

TO:   CALIFORNIA DEPARTMENT OF PUBLIC HEALTH
PERSON(S) MOST KNOWLEDGEABLE

E.D. Cal. No. Civ S 90-0520 LKK-JFM

N.D. Cal. No. C01-1351 TEH

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to
testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
in the above case.

| PLACE OF DEPOSITION   ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO, CA 94104 | DATE AND TIME   12/20/2007 9:30 am |
|---|---|

☑   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
place, date, and time specified below (list documents or objects):

Please see attached.

| PLACE   ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO, CA 94104 | DATE AND TIME   12/20/2007 9:30 am |
|---|---|

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the
matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   *Sarah M. Laubach*  Attorney for Plaintiffs | DATE   11/29/07 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
SARAH LAUBACH, ROSEN, BIEN & GALVAN, LLP, 315 MONTGOMERY STREET, 10TH FLOOR, SAN FRANCISCO,
CA 94104, (415) 433-6830

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

Nov. 30. 2007 10:01AM    1ST NATIONWIDE                                    No. 4777/002 P. 2512

AO88 (Rev. 12/06) Subpoena in a Civil Case

| PROOF OF SERVICE | | |
|---|---|---|
| | DATE | PLACE |
| SERVED | 11/29/07 @ 1:30 PM | CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, 1501 CAPITOL AVENUE, SACRAMENTO, CA 95814 |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| CATHERINE EWING | | AUTHORIZED TO ACCEPT |
| SERVED BY (PRINT NAME) | | TITLE |
| MIKE SINGH | REG # 2000-02 SACRAMENTO COUNTY | REGISTERED CALIFORNIA PROCESS SERVER |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on     11/30/07
                _____
                DATE

SIGNATURE OF SERVER
_____

501 12TH ST., SAC, CA 95814
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

[The remainder of the page contains small-print legal text reproducing Rule 45 of the Federal Rules of Civil Procedure, subdivisions (c) Protection of Persons Subject to Subpoenas, (d) Duties in Responding to Subpoena, and (e) Contempt, which is too small to reproduce reliably.]

# EXHIBIT B

12/19/2007  13:59    9166506868              MAIN_RECEPTION                    PAGE  01/03



State of California—Health and Human Services Agency
# California Department of Public Health

Office of Legal Services
P.O. Box 997377
Sacramento, CA 95899-7377
Fax No. 916 440-7709
MS 0506



MARK B HORTON, MD, MSPH
Director

ARNOLD SCHWARZENEGGER
RECEIVED Governor

FAX TO:  415 433 7104                        DEC 19 2007

**DATE:**    December 19, 2007                 Rosen, Bien & Galvan

**TO:**      Sarah M. Laubach              **Phone:**   415 433 6830

**FROM:**    Roseliz Kondo, Legal Analyst  **Phone:**   (916) 440 7764

**Subject:**  **Deposition**

NUMBER OF PAGES INCLUDING COVER SHEET:      3

✦ ✦ ✦ ✦ ✦

IF YOU DO NOT RECEIVE LEGIBLE COPIES OF ALL PAGES, PLEASE NOTIFY US IMMEDIATELY AT
THE TELEPHONE NUMBER LISTED BELOW

✦ ✦ ✦ ✦ ✦

MESSAGE:

See attached.

CONFIDENTIALITY NOTICE

This facsimile is intended only for the addressee shown above. It may contain information that is privileged, confidential, or otherwise protected from disclosure. Any review, dissemination, or use of this transmission or any of its contents by persons other than the addressee is strictly prohibited. If you received this fax in error, please call us immediately upon receipt and return the facsimile documents to us by first class mail to the address above. Your postage will be reimbursed. Thank you for your cooperation.

12/19/2007  13:59    9166506868              MAIN_RECEPTION                        PAGE  02/03

SANFORD JAY ROSEN[1]
MICHAEL W. BIEN
ERNEST GALVAN

JANE KAHN[2]

## ROSEN, BIEN & GALVAN, LLP
### ATTORNEYS AT LAW
315 MONTGOMERY STREET, TENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE: (415) 433-6830
FAX: (415) 433-7104
EMAIL: rbg@rbg-law.com

HOLLY BALDWIN
LISA ELLS
GAY C. GRUNFELD
SHIRLEY HUEY[3]
MEGHAN LANG
SARAH LAUBACH
ANNE MANIA
NURA MAZNAVI
MARIA MORRIS[4]
THOMAS NOLAN
LORI RIFKIN[1]
LOREN STEWART
KENNETH WALCZAK[5]
AMY WHELAN
SARAH OLSON ZIMMERMAN[6]

December 17, 2007

**RECEIVED**

DEC 19 2007

Rosen, Bien & Galvan

<u>VIA EMAIL ONLY</u>

California Department of Public Health
Attention: Robert Kennard
c/o Rose Liz Kondo, Paralegal for DPH (roseliz.kondo@cdph.ca.gov)
1501 Capitol Avenue
Sacramento, CA 95814

    Re:    Agreement to Postpone Deposition

Dear Mr. Kennard:

      On November 29, 2007, our office served the California Department of Public Health with a subpoena for deposition and request for documents related to licensing of CDCR programs as well as licensing of DMH programs that serve CDCR inmates. The subpoena stated that the deposition would take place on December 20, 2007, and that documents should be produced at that time. Your office has informed me that you are the person most knowledgeable about the topics noticed in the deposition and that you will be appearing as the DPH's witness at this deposition. Your office and our office have mutually agreed to postpone the deposition in order to review the documents that your office has agreed to provide in advance of the deposition.

      This letter will confirm our agreement to move the date of your deposition from December 20, 2007 until a mutually convenient date in January 2008. We request that you also provide by January 2, 2008 any documents responsive to the November 29 Subpoena that you have not already produced to our office, including documents for both CDCR programs and DMH programs that serve CDCR inmates.

//

//

//

//

[1] MEMBER OF THE CONNECTICUT AND THE CALIFORNIA BAR
[2] OF COUNSEL
[3] MEMBER OF THE WASHINGTON, D.C. AND THE CALIFORNIA BAR
[4] MEMBER OF THE NEW YORK AND THE CALIFORNIA BAR
[5] MEMBER OF THE CONNECTICUT, NEW YORK AND THE CALIFORNIA BAR
[6] MEMBER OF THE ILLINOIS AND THE CALIFORNIA BAR

December 17, 2007
Page 2

　　　Please sign the attached statement and return a signed copy to our office by fax (415-433-7104) or as a pdf attachment to an email (slaubach@rbg-law.com). You should feel free to contact me if you have any questions.

Sincerely yours,

ROSEN, BIEN & GALVAN, LLP

By: Sarah M. Laubach

I hereby agree to make myself available for deposition on the topics identified in the November 29 Subpoena on a mutually convenient date in January 2008. I recognize that the November 29 Subpoena continues to apply to this postponed deposition and agree to act in accordance with the requirements of that subpoena.

Signed:

By: Robert Kennard
    On behalf of the California
    Department of Public Health

As counsel for the Department of Public Health, we mutually agree to make Robert Kennard available for deposition in January 2008 as noted above.