# EXHIBIT E

# Lisa Tillman - RE: Coleman/Plata Amended Notice of Deposition of DPH and Request for Production of Documents

| | |
|---|---|
| **From:** | Amy Whelan <AWhelan@RBG-Law.com> |
| **To:** | Lisa Tillman <Lisa.Tillman@doj.ca.gov>, "skaufhold@akingump.com" <skaufhold@akingump.com>, "ryank@cbmlaw.com" <ryank@cbmlaw.com>, "Theresa.fuentes@cco.sccgov.org" <Theresa.fuentes@cco.sccgov.org>, "roselizkondo@cdph.ca.gov" <roselizkondo@cdph.ca.gov>, "khb@jones-mayer.com" <khb@jones-mayer.com>, "mrc@jones-mayer.com" <mrc@jones-mayer.com>, Kate Richardson <krichardson@RBG-Law.com>, "chughes@rivcoda.org" <chughes@rivcoda.org>, "akeck@sonoma-county.org" <akeck@sonoma-county.org> |
| **Date:** | 1/11/2008 2:15 PM |
| **Subject:** | RE: Coleman/Plata Amended Notice of Deposition of DPH and Request for Production of Documents |
| **CC:** | 'Alison Hardy' <ahardy@prisonlaw.com>, Donald Specter <dspecter@prisonlaw.com>, Ivan Trujillo <itrujillo@prisonlaw.com>, Sara Norman <snorman@prisonlaw.com>, "vmartin@prisonlaw.com" <vmartin@prisonlaw.com>, Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbg-law.com> |

Dear Lisa,

We do not believe the depositions are subject to the stay and will move forward with them on January 28th and 29th. Please feel free to call me or another attorney in our office if you would like to discuss this further.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Lisa Tillman [mailto:Lisa.Tillman@doj.ca.gov]
**Sent:** Thursday, January 10, 2008 1:07 PM
**To:** skaufhold@akingump.com; ryank@cbmlaw.com; Theresa.fuentes@cco.sccgov.org; roselizkondo@cdph.ca.gov; khb@jones-mayer.com; mrc@jones-mayer.com; Kate Richardson; chughes@rivcoda.org; akeck@sonoma-county.org
**Cc:** 'Alison Hardy'; Donald Specter; Ivan Trujillo; Sara Norman; vmartin@prisonlaw.com; Coleman Team - RBG Only
**Subject:** Re: Coleman/Plata Amended Notice of Deposition of DPH and Request for Production of Documents

January 10, 2008

Re: Coleman/Plata Three-Judge Proceeding

Dear Ms. Laubach:

Defendants have received your notice for the deposition of John Misener of Navigant Consulting on January 29, 2008 and your notice for the deposition of a person most knowledgeable from the Department of Public Health on January 28, 2008. I can't help but note that your office did not contact Defendants to discuss the scheduling of these depositions. Aside from this lapse in professional courtesy, Defendants hereby object to the setting of these and any other depositions during the pendency of the stay on discovery in this matter. Please take these depositions off calendar until the stay ends by court order. If you refuse to take these depositions off calendar, we will file a motion for a protective order.

Please inform me of your decision regarding the scheduling of these depositions by January 16, 2008. If you do not take the depositions off by January 16, 2008 or if I do not hear from you by that date, I will assume that you have determined to keep the depositions on calendar and I will then seek a protective order on shortened time.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205


>>> Kate Richardson <krichardson@RBG-Law.com> 1/9/2008 11:44 AM >>>
Please see the attached amended notice of deposition.

Sincerely,

Kate Richardson
Paralegal
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Phone: (415) 433-6830
Fax: (415) 433-7104
krichardson@rbg-law.com <mailto:krichardson@rbg-law.com>

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com
mailto:rbg@rbg-law.com

CIRCULAR 230 NOTICE
To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal

advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.