UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-CV-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>[PROPOSED] ORDER RE PLAINTIFFS' REQUEST FOR CLARIFICATION OF DISCOVERY STAY |

Plaintiffs' request for clarification of the three-judge panel's discovery stay order was heard before the Court on January 16, 2008. The parties were represented by counsel. Upon reviewing Plaintiffs' request and Defendants' opposition, it is ordered:

- 1 -

ORDER RE PLS.' REQUEST OF CLARIFICATION OF DISCOVERY STAY
(CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1     Plaintiffs' request is DENIED. In accordance with the three-judge panel's December 14, 2007 order, discovery in this proceeding is stayed. Plaintiffs shall immediately withdraw and take off calendar all subpoenas/deposition notices unless and until the three-judge panel lifts the discovery stay.

    IT IS SO ORDERED.

Dated: _____      _____

                                                                  The Honorable John F. Moulds
                                                                  U.S. District Court Magistrate Judge