PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>         Plaintiffs, <br><br>    vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br>         Defendants | No.: Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br>         Plaintiffs, <br><br>    vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br>    vs. <br><br>         Defendants | No. C01-1351 TEH <br><br> **DECLARATION OF LORI RIFKIN IN SUPPORT OF REQUEST FOR CLARIFICATION OF THE DISCOVERY STAY ORDER** |

I, Lori Rifkin, declare:

1. I am a member of the Bar of this Court and an associate in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Request for Clarification of the Discovery Stay Order.

2. Attached hereto as Exhibit A is a true and correct copy of a December 17, 2007 email sent from Plaintiffs' counsel to Defendants' counsel and Intervenors' counsel, notifying the parties that the depositions of John Misener and the California Department of Public Health would be postponed until January 2008.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed this 16th day of January, 2008, in San Francisco, California.

*/s/ Lori Rifkin*
Lori Rifkin

# EXHIBIT A

## Sarah M. Laubach

| | |
|---|---|
| **From:** | Sarah M. Laubach |
| **Sent:** | Monday, December 17, 2007 3:12 PM |
| **To:** | Lisa Tillman; Misha Igra; Rochelle East; 'pmello@hansonbridgett.com'; 'nleonard@cbmlaw.com'; 'khb@jones-mayer.com'; 'skaufhold@akingump.com'; 'theresa.fuentes@cco.sccgov.org'; 'akeck@sonoma-county.org'; 'chughes@RivCoDA.org'; 'Adam, Gregg' |
| **Cc:** | Coleman Team - RBG Only; Donald Specter |
| **Subject:** | Coleman/Plata Overcrowding - Updated deposition information |

December 17, 2007

VIA EMAIL ONLY

    To:    Counsel for Defendants and Intervenors
    Re:    Postponement of Depositions

    Please take notice that the following depositions, originally noticed by subpoena for December 20, 2007, have been postponed until January 2008. We will provide updated deposition dates when those dates are determined.

    1. Deposition of John Misener

    2. 30(b)(6) Deposition of Navigant Consulting

    3. 30(b)(6) Deposition of California Department of Public Health

Sincerely,
*Sarah M. Laubach*
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
slaubach@rbg-law.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com.

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

1/16/2008