U.S. Dist court Judge Karlton

No Civ 90-0520 Lkk JFm

I am hereby requesting mental Health Dept and Capt Fox be investigated for covering up code of silence and abuse of mental Health inmates simply Because we are mental health inmates. Noise Level in EastBlock yardside unbearable because Capt Fox Allows this (custody Encouraging suicide a crime.) As reprisal for my co-operating with Prison Law office and U.S. Dist court Judge Alsup During Legal visit Tuesday Jan 8, 2008 Capt Fox had LT Lee, Sgt Hult completely Destroy my cell contents During unit search. Upon my return from Legal visit LT Lee, Sgt Hult admitted Total Destruction of my cell was indeed a reprisal. Capt Fox, LT Lee, Sgt Hult said Because I am 63 years old and in the mental health program Nobody will Believe me any way. They continue to encourage my suicide.

IVE requested Doctor Kozel To remove me from mental health program Due to harrassment by and under Capt Fox, warden Ayers, LT Lee, Sgt Hult solely because under These corrupt cowards guards, staff treat mental health inmates indifference with total indifference and abuse. Capt Fox, warden Aye's Deliberately Allow and create These problems by covering up all guard misconduct

**FILED**

JAN 1 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Jerry Stanley

Box C 80900
Death Row 3-EY-31
S. Q CAL 94974

```
STATE OF CALIFORNIA
CITIZENS' (or Inmates' / Parolees') COMPLAINT
Penal Code Sec. 832.5
CCR 15 Secs. 3084.1 / 3391 (d)
```

Name of Complainant **JERRY STANLEY**                    CDC# **C 80900**

Assignment **DEATH ROW**                    Housing (Tier, Unit, Cell, Bunk) **3-E4-31**

### AUTHORITY

This is a Citizens' (inmates' / parolees') Complaint pursuant to California Penal Code Section 832.5 in conjunction with California Code of Regulations Title 15 sections 3084.1 and 3391 (d) alleging the misconduct of (a) California Department of Corrections & Rehabilitation Peace Officer(s) as described in CCR 15 Sec. 3291 (b). **THIS IS A STAFF MISCONDUCT COMPLAINT AND IS NOT TO BE PROCESSED AS A STANDARD INMATE / PAROLEE APPEAL FORM CDCR 602 (12/87). PER CCR 15 3084.5 (3) (G) NO INFORMAL REVIEW IS REQUIRED.** Complainant requests that this complaint be sent to and processed by CDCR "Internal Affairs" personel.

### STATEMENT OF ALLEGED MISCONDUCT

I WAS FORCED ORDERED TO GO TO CAGE #WWWII WITH SEVERE CHEST PAINS BECAUSE I CO-OPERATED WITH PRISON LAW OFFICE. EVERY SINGLE PIECE of LEGAL MATERIAL IN MY CELL TO BE USED WITH FEDERAL COURT AND PRISON LAW OFFICE COURT HEARING ON MONDAY JAN 14,08 WAS REMOVED BY LT LEE, "Sgt Hull SOLELY BECAUSE I WAS CO-OPERATING WITH PRISON LAW OFFICE.

Continued on otherside ...

STATEMENT OF ALLEGED MISCONDUCT CONTINUED

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Attach additional sheet if needed ...

### ADMONISHMENT

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates' / parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT: EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate / parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

PER "CHAKER U.S. SUPREME COURT (2006)" CALIFORNIA PENAL CODE SECTION 148.6 IS NO LONGER APPLICABLE. IT IS THEREFORE NO LONGER AGAINST THE LAW TO MAKE A COMPLAINT THAT YOU KNOW TO BE FALSE. IF YOU MAKE A COMPLAINT AGAINST AN OFFICER KNOWING IT IS FALSE, YOU CAN NO LONGER BE PROSECUTED ON A MISDEMEANOR CHARGE. THUS, THE LAST PARAGRAPH OF 15 CCR 3391 (d) IS ALSO NULL AND VOID.

Notice: Copies of this document will most likely be sent to local and national media as well as other governmental and non - governmental agencies.

Inmate / Parolee: _Jerry Stanley_ Date of Alleged Misconduct: 1-8-08  Date Submitted: 1-14-08

Send Complaints to:    OFFICE OF INTERNAL AFFAIRS
                       CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
                       1011 OLD PLACERVILLE ROAD    SUITE #200
                       SACRAMENTO, CA  95827

STAFF COMPLAINT: THREATENING INMATES LIFE, PROPERTY

STATE OF CALIFORNIA                                                DEPARTMENT OF CORRECTIONS

# INMATE/PAROLEE
# APPEAL FORM
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Jerry Stanley | C80900 | CONDEMNED | 3-EY-31 |

**A. Describe Problem:** NOISE IS UNBEARABLE YARDSIDE DUE TO CAPT FOX, ACTING CAPT PICKETT, LT LEE, LT HENSON, SGT HILL DELIBERATELY COVERING UP A MORE A INMATES YELLING RATHER THAN MAKING A EXAMPLE OF HIM WITH 115. AS REPRISAL SGT HILL, LT HENSON, LT LEE NOT ONLY THREATENED MY LIFE AND PROPERTY BUT ORDERED CANTEEN GUARD TO NOT FILL MY ORDERS PLUS AS REPRISAL MY INCOMING LEGAL MAIL WITHELD, REGULAR MAIL WITHELD AND GUARDS ADMIT THEY ARE TOLD TO WITHOLD MY INCOMING MAIL

If you need more space, attach one additional sheet. AND DAMAGE CONTENTS OF MY CELL.

**B. Action Requested:** INVESTIGATE AND PUT A END TO NOISE YARDSIDE WITH 115S, ETC AND CEASE THREATS FOR MY CO-OPERATING WITH THE COURTS AND P.L.O. CEASE REPRISALS FOR MY ATTORNEYS AND I CO-OPERATING WITH COURTS AND P.L.O. HILL AND OTHERS THREATENED MY LIFE AND INCOMING LEGAL MAIL.

Inmate/Parolee Signature: Jerry Stanley          Date Submitted: JAN 2, 2008

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____     Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

COPIES U.S. DIST JUDGE W. ALSUP
COPIES PRISON LAW OFFICE

# OFFICE OF THE FEDERAL DEFENDER
### EASTERN DISTRICT OF CALIFORNIA
### 801 I STREET, 3rd FLOOR
### SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*
*Federal Defender*

(916) 498-6666  Fax: (916) 498-6656

*Linda Harter*
*Chief Assistant Defender*


August 31, 2007


R. Dacanay
Appeals Coordinator
San Quentin State Prison
San Quentin, CA 94974


      RE:   Jerry Stanley C80900


Dear Mr. Dacanay:

      Please find enclosed with this letter a Form 602 that I am filing on behalf of my client, Jerry Stanley, CDCR No. C80900.

      I have been informed that Mr. Stanley's status was unlawfully changed from Grade A to Grade B as part of the CDCR's response to a court order.  I am filing this Form 602 on Mr. Stanley's behalf because due to your institution's illegal actions I have not been able to speak with him, and therefore do not know whether he has been able to submit his own challenge to the unlawful reclassification.

      You should not take the filing of this Form 602 as an indication that institutional channels are the only means through which Mr. Stanley's attorneys will seek redress of your unlawful actions. Unless and until contact with his legal representatives is restored we will avail ourselves of all potential remedies.

SEP 0 6 REC'T

      Sincerely,

Tivon Schardl
Assistant Federal Defender


cc:   Jerry Stanley

## San Quentin State Prison

# Memo

**To:**   Mr. Stanley

**From:**   Dr. Kozel

**Date:**   01/02/08

*Your note was received by the referral team on 1/02/08.*

Mr. Stanley,

I received your note and I am happy to hear that you wish to stay in the Mental Health Program for the time being.  Since you are Grade A status, your visits with a Case Manager will not be as frequent, but I hope that when they occur that they are profitable to you.

— ? WHY. DOES BEING GRADE A MAKE ONE LESS MENTALLY ill ?? court should ask

Also – please be sure to mention your concern about Alzheimer's to your Case Manager when you see them?  If the symptoms you described are continuing and/or worsening, we need to look at that…

Take good care - Thank you and good luck to you,

Dr. Kozel

1