**RALPH COLEMAN v. ARNOLD SCHWARZENEGGER, et al.**

Case No. 2:90-cv-0520 LKK JFM P

**MARCIANO PLATA v. ARNOLD SCHWARZENEGGER, et al.**

Case No.  C01-1351 TEH

**DEFENDANTS' EX PARTE MOTION FOR A PROTECTIVE ORDER
RE: PRIVILEGED DOCUMENTS
<u>EXHIBIT 1</u>**

## Lisa Tillman - RE: Proposed Protective Order

| | |
|---|---|
| **From:** | "Lori E. Rifkin" <LRifkin@rbg-law.com> |
| **To:** | Lisa Tillman <Lisa.Tillman@doj.ca.gov>, Misha Igra <Misha.Igra@doj.ca.gov>, "Pmello@hansonbridgett.com" <Pmello@hansonbridgett.com>, Rochelle East <Rochelle.East@doj.ca.gov> |
| **Date:** | 1/18/2008 4:57 PM |
| **Subject:** | RE: Proposed Protective Order |
| **CC:** | "cstegeman@akingump.com" <cstegeman@akingump.com>, "twang@akingump.com" <twang@akingump.com>, "lwilc@cc.cccounty.us" <lwilc@cc.cccounty.us>, "Theresa.fuentes@cco.sccgov.org" <Theresa.fuentes@cco.sccgov.org>, "cwoodward@co.sanmateo.ca.us" <cwoodward@co.sanmateo.ca.us>, "kscott@countycounsel.com" <kscott@countycounsel.com>, "mandonov@da.sbcounty.gov" <mandonov@da.sbcounty.gov>, Natalie Cardenas <Natalie.Cardenas@doj.ca.gov>, "imt@jones-mayer.com" <imt@jones-mayer.com>, "khb@jones-mayer.com" <khb@jones-mayer.com>, "ahardy@prisonlaw.com" <ahardy@prisonlaw.com>, Donald Specter <dspecter@prisonlaw.com>, "itrujillo@prisonlaw.com." <itrujillo@prisonlaw.com>, "Jane E. Kahn" <jkahn@RBG-Law.com>, "ATate@RivCoDA.org" <ATate@RivCoDA.org>, "chughes@RivCoDA.org" <chughes@RivCoDA.org>, "EJFarrell@RivCoDA.org" <EJFarrell@RivCoDA.org>, "jcjackson@RivCoDA.org" <jcjackson@RivCoDA.org>, "cathy.stephenson@sdcda.org" <cathy.stephenson@sdcda.org>, "smingram@solanocounty.com" <smingram@solanocounty.com>, "akeck@sonoma-county.org" <akeck@sonoma-county.org>, Steve Fama <sfama@prisonlaw.com>, Sara Norman <snorman@prisonlaw.com>, Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbg-law.com> |

Dear Ms. Tillman,

Defendants appear to be seeking to cover the tens of thousands of documents for which defendants have asserted a privilege under the protective order. This is inconsistent with the Court's ruling as to defendants' overbroad assertions of privilege, and inconsistent with the Court's order specifically limiting a protective order to certain categories of documents for which defendants have asserted official information privilege and the right to privacy. Moreover, defendants have failed to meet the legal standard for a protective order to cover these vast numbers of documents, which requires the party asserting the need for a protective order to make a clear showing of a particular and specific need for the order as to each document. Broad conclusory allegations of potential harm do not suffice. See, e.g., Foltz v. State Farm Mut. Auto. Ins. Co., 331 F.3d 1122, 1130 (9th Cir. 2003).

Plaintiffs will not stipulate to such an overbroad order, and will oppose any motion made by defendants for such an order.

Sincerely,

**Lori Rifkin**
Associate
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
415-433-6830 (tel)
415-433-7104 (fax)
lrifkin@rbg-law.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient,