# DECLARATION OF SERVICE BY U.S. MAIL

### Coleman v. Schwarzenegger - Case No 2:90-cv-00520 LKK JFM P

### Plata v. Schwarzenegger - Case No. C01-1351 TEH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 12, 2007**, I served the attached **Defendants' ex Parte Application For a Protective Order Re: Documents Previously Withheld OnThe Basis of Privilege, With Declaration of Lisa Tillman Including Exhibit** and **Proposed Order** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

| | |
|---|---|
| **Claudia Center**<br>The Legal Aid Society - Employment Law Center<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>(For Plaintiff) | **Richard Goff**<br>Heller, Ehrman White & McAuliffe<br>701 Fifth Avenue<br>Seattle, WA 98104<br>(For Plaintiff) |
| **Warren E. George**<br>Bingham McCutchen<br>3 Embarcadero Ctr., Fl. 24<br>San Francisco, CA 94111<br>(For Plaintiff) | **Jared Goldman**<br>California Prison Healthcare Receivership<br>1731 Technology Dr., Suite 700<br>San Jose, CA 95110<br>(For Receiver) |
| **Martin H. Dodd**<br>Futterman & Dupree<br>160 Sansome Street, 17th Floor<br>San Francisco, CA 94109<br>(For Receiver) | **John Hagar**<br>Law Office of John Hagar<br>PMB 314<br>1819 Polk Street<br>San Francisco, CA 94109<br>(For Special Master) |

| | |
|---|---|
| **Martin J. Mayer**<br>**Jones & Mayer**<br>**3777 North Harbor Boulevard**<br>**Fullerton, ca 92835** | **Steven S. Kaufhold**<br>**Akin Gump Straus Hauer & Feld Llp**<br>**580 California Street, 15th Floor**<br>**San Francisco, ca 94102** |
| **Ronald Yank**<br>**Carroll, Burdick & Mcdonough, Llp**<br>**44 Montgomery Street, Suite 400**<br>**San Francisco, ca 94104** | **Rod Pacheco**<br>**Office of the District Attorney**<br>**County of Riverside**<br>**4075 Main Street, First Floor**<br>**Riverside, ca 92501** |
| **Ann Miller Ravel**<br>**Office of the County Counsel**<br>**County of Santa Clara**<br>**70 West Hedding, East Wing, 9th Floor**<br>**San Jose, ca 95110** | **Steven Woodside**<br>**Office of the County Counsel**<br>**575 Administration Dr., Room 105a**<br>**Santa Rosa, ca 95403** |
| **Donald Specter, Esq.**<br>**Prison Law Office**<br>**2173 East Francisco Blvd., Ste.**<br>**San Rafael, ca 94901** | **Michael W. Bien**<br>**Rosen Bien & Galvan, Llp**<br>**315 Montgomery St., 10th Floor**<br>**San Francisco, ca 94104** |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 12, 2007**, at San Francisco, California.

| | |
|---|---|
| E.Torres | |
| Declarant | Signature |

40209197.wpd

2