AKIN GUMP STRAUSS HAUER & FELD LLP
STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
580 California, 15th Floor
San Francisco, CA 94104-1036
(415) 765-9500; Fax (415) 765-9501

Attorneys for Republican Assembly and Senate Intervenors

JONES & MAYER
MARTIN J. MAYER (SBN 73890) mjm@jones-mayer.com
MICHAEL R. CAPIZZI (SBN 35864) mrc@jones-mayer.com
KIMBERLY HALL BARLOW (SBN 149902) khb@jones-mayer.com
IVY M. TSAI (SBN 223168) imt@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448

Attorneys for the Law Enforcement Intervenors

WILLIAM E. MITCHELL (108483) wemitchell@rivcoda.org
WILLIAM C. HUGHES (155992) chughes@rivcoda.org
Assistant District Attorneys
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501
(951) 955-6620; Fax (951) 955-0190

Attorneys for District Attorney Intervenors

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants. | Case No: CIV S-90-0520 LKK JFM P <br> **THREE-JUDGE COURT** <br><br> [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| MARCIANO PLATA, et al., <br> Plaintiffs, <br> vs. <br> ARNOLD SCHWARZENEGGER, et al., <br> Defendants. | Case No.: C01-1351 TEH <br> **THREE-JUDGE COURT** <br><br> **[PROPOSED] ORDER GRANTING INTERVENORS RENEWED MOTION FOR RECONSIDERATION** |

Upon consideration of the submissions, the Renewed Motion for Reconsideration submitted by the Legislator Intervenors, the Law Enforcement Intervenors, and the District Attorney Intervenors is GRANTED.

IT IS SO ORDERED.

Dated: January__, 2008

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Dated: January __, 2008

_____
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: January __, 2008

_____
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT

[PROPOSED] ORDER GRANTING RENEWED MOTION FOR RECONSIDERATION