AKIN GUMP STRAUSS HAUER & FELD LLP
STEVEN S. KAUFHOLD (SBN 157195) skaufhold@akingump.com
CHAD A. STEGEMAN (SBN 225745) cstegeman@akingump.com
580 California, 15th Floor
San Francisco, CA 94104-1036
(415) 765-9500; Fax (415) 765-9501

Attorneys for Republican Assembly and Senator Intervenors

JONES & MAYER
MARTIN J. MAYER (SBN 73890) mjm@jones-mayer.com
MICHAEL R. CAPIZZI (SBN 35864) mrc@jones-mayer.com
KIMBERLY HALL BARLOW (SBN 149902) khb@jones-mayer.com
IVY M. TSAI (SBN 223168) imt@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448

Attorneys for the Law Enforcement Intervenors

WILLIAM E. MITCHELL (108483) wemitchell@rivcoda.org
WILLIAM C. HUGHES (155992) chughes@rivcoda.org
Assistant District Attorneys
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501
(951) 955-6620; Fax (951) 955-0190

Attorney for District Attorney Intervenors

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No: CIV S-90-0520 LKK JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No.: C01-1351 TEH<br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF INTERVENORS' RENEWED MOTION FOR RECONSIDERATION** |

DECLARATION OF C. STEGEMAN IN SUPPORT OF
INTERVENORS' RENEWED MOTION FOR RECONSIDERATION

I, Chad A. Stegeman, declare as follows:

1. I am counsel at Akin Gump Strauss Hauer and Feld, LLP, counsel of record for Republican Assembly and Senator Intervenors in this matter. I am submitting this declaration in support of Intervenors' Renewed Motion for Reconsideration of the Three-Judge Court's October 10, 2007 Order Bifurcating Proceedings and November 9, 2007 Order on Motion for Reconsideration (the "Bifurcation Orders").

2. Attached hereto as Exhibit A is a true and correct copy of an article by Andy Furillo, "Governor Confirms He Wants Inmates Released," published in the *Sacramento Bee* on January 11, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of an article by John Wildermoth, "Prisons: 22,000 Prisoners Could Be Set Free to Save Millions," published in the *San Francisco Chronicle* on January 12, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 28th day of January, 2008, in San Francisco, California.

/s/Chad A. Stegeman
Chad A. Stegeman

DECLARATION OF C. STEGEMAN IN SUPPORT OF
INTERVENORS' RENEWED MOTION FOR RECONSIDERATION