# EXHIBIT B

**SFGate.com**

## Prisons: 22,000 prisoners could be set free early to save millions

John Wildermuth, Chronicle Staff Writer

Saturday, January 12, 2008

What a difference a budget crisis makes.

Less than six months ago, Gov. Arnold Schwarzenegger promised that there was no way any California convict was going to get a break on his prison term.

"I am here to tell you that the early release of inmates is totally unacceptable," the governor said July 28. "They should only be let out when they have served their sentences and are ready to return to society. Period."

But with the state facing a $14.5 billion budget deficit over the next 18 months, Schwarzenegger on Thursday announced that more than 22,000 nonviolent offenders will be released as much as 20 months early over the next year and a half in an effort to slash $260 million from the Department of Corrections budget.

About half the inmates eligible for the early release program are expected to be drug offenders, with most of the rest in custody for property crimes like forgery, auto burglary and car theft, corrections officials say.

The state expects to save another $110 million by placing the former inmates on "summary parole," which means they won't have to meet with parole officers and can't be returned to prison for a parole violation.

A panel of federal judges, upset about overcrowding in the state prison system, is ready to slap a cap on the prison population, the governor said, just as the state's fiscal crisis is forcing 10 percent, across-the-board cuts in state spending.

"So there are all kinds of problems developing," said Schwarzenegger, who backed and signed legislation last year for new prison construction.

The decision to give an early release to inmates whose offenses are "nonviolent, nonserious and not sexually related" was simply a matter of money, said Aaron McLear, a spokesman for Schwarzenegger.

But prisoner advocates said Schwarzenegger's decision was long overdue, citing studies showing that releasing inmates early doesn't result in an increase in crime.

"California is imprisoning way too many people," said Rose Braz of Oakland, campaign director for Critical Resistance, a group opposed to expansion of prisons and incarceration. "It's not surprising

to see fear-mongering by opponents of early release, but decisions have to be based on reality."

By dropping 22,000 prisoners from the system as part of efforts to reduce the prison population by 35,000 inmates from the current total of 172,000, the state will be able to eliminate about 6,000 prison guard positions, with about 2,000 of those losses coming through layoffs, said Seth Unger, a spokesman for the Department of Corrections.

Those convicted of nonviolent offenses typically are sent to state prison for two years or less, said Steve Wagstaffe, chief deputy district attorney in San Mateo County. Because prisoners get credit for time served in county jail while awaiting trial, they could walk onto the street after being sentenced to two years in state prison.

"This is a dramatic change in the criminal justice system," Wagstaffe said. "It's as big as the changes in the early 1970s, when sentences started to increase and more people were sent to prison."

The new parole rules for such nonviolent offenders also mean they can't be quickly returned to prison violating parole. If police discover someone on summary parole with narcotics, for example, they can't simply ask a judge to send him to prison. They will have to file new charges and put the parolee on trial, a long and often expensive proposition.

If Schwarzenegger gets his way, plenty of ex-convicts are going to be back on the street and local officials are worried about what that will mean.

Even nonviolent offenders often return to their communities with drug problems, no jobs and no place to stay, said Alameda County Supervisor Keith Carson.

"The state drops their problems on us and it's challenging for counties to raise the money to deal with them," he said.

**Online resources**

**Read studies on the early release of inmates**

www.nccd-crc.org

**California department of corrections**

www.cdcr.ca.gov

*E-mail John Wildermuth at jwildermuth@sfchronicle.com.*

http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2008/01/12/MNHPUDVP4.DTL

This article appeared on page **A - 8** of the San Francisco Chronicle