AKIN GUMP STRAUSS HAUER & FELD LLP
Steven S. Kaufhold (SBN 157195) skaufhold@akingump.com
Chad A. Stegeman (SBN 225745) cstegeman@akingump.com
580 California, 15th Floor
San Francisco, California 94104-1036
415-765-9500; Fax 415-765-9501

Attorneys for Republican Assembly and Senator Intervenors

JONES & MAYER
Martin J. Mayer (SBN 73890) mjm@jones-mayer.com
Michael R. Capizzi (SBN 35864) mrc@jones-mayer.com
Kimberly Hall Barlow (SBN 149902) khb@jones-mayer.com
Ivy M. Tsai (SBN 223168) imt@jones-mayer.com
3777 North Harbor Boulevard
Fullerton, CA 92835
(714) 446-1400; Fax (714) 446-1448

Attorney for the Law Enforcement Intervenors

William E. Mitchell (108483) wemitchell@rivcoda.org
William C. Hughes (155992) chughes@rivcado.org
Assistant District Attorneys
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501
(951) 955-6620; Fax (951) 955-0190

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                    Defendants. | Case No. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                    Defendants. | Case No. C 01-cv-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

      I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500. On January 28, 2008, I served the foregoing document(s) described as:

**NOTICE OF MOTION AND RENEWED MOTION FOR RECONSIDERATION; MEMORANDUM OF POINTS AND AUTHORITIES**

**DECLARATION OF CHAD A. STEGEMAN IN SUPPORT OF INTERVENORS' RENEWED MOTION FOR RECONSIDERATION**

**[PROPOSED] ORDER GRANTING INTERVENORS' MOTION FOR RECONSIDERATION**

      on the interested party(ies) below, using the following means:

| | |
|---|---|
| California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street, 20th floor<br>P. O. Box 70550<br>Oakland, CA 94612-0550 | Union of American Physicians & Dentists<br>DAVIS, COWELL & BOWE<br>595 Market St., Suite 1400<br>San Francisco, CA 94105 |
| J. Clark Kelso<br>501 J. Street, Suite 605<br>Sacramento, CA 95814 | Elwood Lui<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071-2300 |
| Peter Siggins<br>California Court of Appeals<br>350 McAllister Street<br>San Francisco, CA 94102 | |

☒ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

      Executed on January 28, 2008 at San Francisco, California.

Laura Rojas
[Print Name of Person Executing Proof]

*Laura Rojas*
[Signature]