| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>FRANCES T. GRUNDER<br>Senior Assistant Attorney General<br>ROCHELLE C. EAST<br>Supervising Deputy Attorney General<br>LISA A. TILLMAN – State Bar No. 126424<br>Deputy Attorney General<br>SAMANTHA TAMA – State Bar No. 240280<br>Deputy Attorney General<br>CHARLES ANTONEN – State Bar No.<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 703-5708<br>Facsimile: (415) 703-5843<br>rochelle.east@doj.ca.gov<br>lisa.tillman@doj.ca.gov<br>samantha.tama@doj.ca.gov | HANSON BRIDGETT MARCUS<br>VLAHOS & RUDY, LLP<br>JERROLD C. SCHAEFER - 39374<br>PAUL B. MELLO - 179755<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschaefer@hansonbridgett.com<br>pmello@hansonbridgett.com |

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ANDREA LYNN HOCH** |

- 1 -

DECL. OF ANDREA LYNN HOCH
(CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1411331.6

I, Andrea Lynn Hoch, declare as follows:

1. I am an attorney, admitted to practice law before the courts of the State of California. I am the Legal Affairs Secretary to Governor Schwarzenegger, and have held this position since October 2005. As Legal Affairs Secretary, I am a member of the Governor's senior staff and the chief legal advisor to the Governor and the Governor's staff. As part of my responsibilities, I review and recommend approval or disapproval of significant proposed actions taken by state agencies and departments. The Governor and agencies and departments frequently take positions on legal issues which require my input and recommendation.

2. In the Three-Judge Panel Proceeding, the Three-Judge Panel appointed Justice Elwood Lui as a Settlement Referee and Justice Peter Siggins as a consultant to the Settlement Referee. For purposes of settlement, the Governor designated me as the State's representative. Supervising Deputy Attorney General Rochelle East is the designated counsel for the State. For purposes of this declaration, I am acting as the client representative, and not as counsel.

3. As a result of the foregoing, I am familiar with the following matters, and if called as a witness, I could and would testify competently to them.

4. On December 14, 2007, after a status conference before Judge Henderson on December 13, 2007, the Three Judge Panel issued an order: (1) vacating the pre-trial and trial dates; (2) staying discovery with some exceptions; (3) providing the State with 45 calendar days to conduct a review and revision of the previously submitted privilege logs; and (4) referring the matter back to Magistrate Moulds for further proceedings in connection with the State's review and revisions. At the December 13, 2007 status conference before Judge Henderson, the State's counsel had requested at least 60 calendar days to conduct this review.

5. On December 17, 2007, Magistrate Moulds issued an order that on or before January 28, 2008, the State shall: (1) serve on plaintiffs their revised privilege logs and, as appropriate, any remaining documents for which the claim of privilege has been withdrawn; and (2) file with the court a copy of their revised privilege logs and shall also submit under seal, for possible review, a copy of all documents described in the revised privilege logs. A conference before Magistrate Moulds is set for January 29, 2008 at 1:30 p.m.

- 2 -

6. In order to conduct a quality and consistent review within 45 calendar days, a team of six attorneys was assigned to conduct a second review of approximately 50,000 documents previously identified on Defendants' original privilege logs. Additional attorneys and staff also assisted with this effort. In addition to this detailed re-review, which entailed determining whether each document was covered by a privilege and redacting non-responsive or privileged information from certain documents, another team of five attorneys worked at revising the privilege logs. To maintain consistency and accuracy, the revision of the privilege logs could not begin until the detailed re-review was largely completed.

7. For purposes of completing the re-review of the documents, the approximately 50,000 documents have been and are being reviewed for privilege only. Thus, Defendants are not re-reviewing these documents to make another determination regarding their responsiveness to Plaintiffs' discovery requests.

8. Since December 18, 2007, the core team of six attorneys conducting the re-review of documents worked every day except Christmas Day and New Year's Day to complete this re-review. An additional four attorneys were added to this team in the last week to assist the core team.

9. As of Monday, January 28, 2008, a revised privilege log for approximately 14,000 documents has been prepared. The revised privilege log, save for a small percentage (less than five percent) of errors or missing data on the log, is complete. The team is continuing to review and revise the January 28, 2008 privilege log to include and confirm the necessary elements, such as sender and recipient information. The team reports that this remaining review and revision of the privilege log will be ready by February 4, 2008.

10. As to the remaining approximate 36,000 documents, the team has completed a review of approximately 25,000 documents and determined that these documents are not subject to a privilege. As a result, these documents will be provided to plaintiffs' counsel by February 4, 2008.

11. Approximately 11,000 documents require additional review to determine whether these documents are subject to a privilege and/or need to be redacted. These documents primarily

- 3 -

1  consist of two categories of documents: (1) finance-related documents that need to be reviewed;
2  and (2) CDCR week-ahead reports that need to be reviewed and redacted. The team reports that
3  the redacted CDCR week-ahead reports will be ready by February 6, 2008. The team reports that
4  the additional review of the remaining finance-related documents will be completed by February
5  11, 2008. A final privilege log which contains these categories of documents will be completed
6  by February 15, 2008.

7  12.  A careful review of the remaining documents is necessary to ensure that the
8  appropriate privileges are accurately asserted, to avoid inadvertent disclosure of privileged
9  documents, and to protect the deliberative process for the Governor's Office. To make informed
10  decisions on CDCR operations and budget issues, CDCR and the Department of Finance must be
11  able to provide the Governor's Office with candid, unvarnished opinions and recommendations to
12  develop state policy.

13  13.  While the State has not achieved full compliance with the 45-calendar day
14  deadline, substantial compliance has been achieved. For example, 36,000 of the approximately
15  50,000 documents have been reviewed within the 45-calendar day time frame, and about half,
16  approximately 25,000 documents of the originally privileged documents, will be produced to
17  plaintiffs within a week and a revised privilege log for approximately 14,000 privileged
18  documents has been prepared and provided to the court and plaintiffs' counsel, with a final
19  revised privilege log to the court and plaintiffs' counsel by February 15, 2008.

20  I declare under penalty of perjury under the laws of the United States of America that the
21  foregoing is true and correct and that this declaration was executed this 28th day of January
22  2008, at Sacramento, California.

ANDREA LYNN HOCH

- 4 -

DECL. OF ANDREA LYNN HOCH
(CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1411331.6