1  EDMUND G. BROWN JR.                          HANSON BRIDGETT MARCUS
2  Attorney General of the State of California  VLAHOS & RUDY, LLP
   DAVID S. CHANEY                              JERROLD C. SCHAEFER, SBN 39374
3  Chief Assistant Attorney General             PAUL B. MELLO, SBN 179755
   FRANCES T. GRUNDER                           425 Market Street, 26th Floor
4  Senior Assistant Attorney General            San Francisco, CA 94105
   ROCHELLE C. EAST                             Telephone: (415) 777-3200
5  Supervising Deputy Attorney General          Facsimile: (415) 541-9366
   LISA A. TILLMAN, SBN 126424                  Email: pmello@hansonbridgett.com
6  CHARLES J. ANTONEN, SBN 221207
   Deputy Attorneys General
7  1300 I Street, Suite 125
   Sacramento, CA 94244-2550
8  Telephone: (916) 327-7872
   Facsimile: (916) 324-5205
9  Email: Lisa.Tillman@doj.ca.gov

10 Attorneys for Defendants

11               IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13              AND THE NORTHERN DISTRICT OF CALIFORNIA

14      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 90-0520 LKK JFM |
| **Plaintiffs,** | **THREE-JUDGE COURT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| **Defendants.** | |
| **MARCIANO PLATA, et al.,** | C-01-1351 TEH |
| **Plaintiffs,** | **[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **REQUEST FOR AN EXTENSION OF TIME** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| **Defendants.** | |

27 / / /

28 / / /

**Proposed Order for Extension of Time**

1

On January 28, 2008, Defendants sought an *Ex Parte* extension of time of eighteen days, up to and including February 15, 2008.

Good cause appearing, Defendants' request is granted.

**IT IS SO ORDERED**.

Dated: _____          _____
                                  Senior Magistrate Judge

**Proposed Order for Extension of Time**

2