EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, SBN 126424
MISHA D. IGRA, SBN 208711
CHARLES J. ANTONEN, SBN 221207
SAMANTHA D. TAMA, SBN 240280
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5708
  Fax: (415) 703-5843
  Email: Charles.Antonen@doj.ca.gov

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT**<br><br>To: Three-Judge Panel |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | No. C 01-1351 TEH<br><br>**DEFENDANTS' NON-OPPOSITION TO INTERVENORS' RENEWED MOTION FOR RECONSIDERATION** |

Defs.' Non-Opp'n to Intervenors' Renewed
Mot. for Reconsideration

*Coleman v. Schwarzenegger*, Case No. 90-0520
*Plata v. Schwarzenegger*, Case No. 01-1351

1

1  Defendants do not oppose the renewed request for reconsideration filed on January 28,
2  2008 by the Statutory Intervenors (which include the Republican State Assembly Intervenors, the
3  Republican State Senate Intervenors, the Sheriff, Probation, Police Chief, and Corrections
4  Intervenors, and the District Attorney Intervenors). Although Defendants do not necessarily
5  agree with all of the characterizations set forth in the renewed request for reconsideration,
6  Defendants nonetheless reaffirm that the Prison Litigation Reform Act (PLRA), 18 U.S.C. §
7  3626 *et seq.*, allows full participation by the Statutory Intervenors. Section 3626(a)(3)(F)
8  provides that the Statutory Intervenors have standing to oppose the imposition of the relief
9  sought by Plaintiffs, and they have the right to intervene in any proceeding relating to such relief.

10  Defendants are concerned, however, that Plaintiffs and the permissive intervenor
11  California Correctional Peace Officer Association (CCPOA) will view any alteration of the
12  October 10, 2007 bifurcation order as an opportunity to reopen discovery. Plaintiffs, CCPOA,
13  and Defendants have already engaged in extensive discovery, including responding to written
14  discovery requests, producing hundreds of thousands of pages of documents, participating in
15  numerous site inspections, and taking depositions of both lay and expert witnesses. While
16  Defendants do not object to the Statutory Intervenors propounding discovery and designating
17  expert witness, Plaintiffs, Defendants and CCPOA have had an adequate opportunity to request
18  and engage in such discovery, including designation of experts. Therefore, while the Statutory
19  Intervenors should be provided with the opportunity to seek discovery, the parties who have
20  already been permitted to engage in discovery should be allowed only to complete any currently
21  outstanding discovery.

22  Defendants agree with the Statutory Intervenors that a prisoner release order is a drastic
23  remedy. While Defendants continue to believe that the State and Statutory Intervenors share
24  many of the same interests, the Statutory Intervenors have a unique perspective to bring to this
25  ////
26  ////
27  ////
28  ////

Defs.' Non-Opp'n to Intervenors' Renewed   *Coleman v. Schwarzenegger*, Case No. 90-0520
Mot. for Reconsideration                    *Plata v. Schwarzenegger*, Case No. 01-1351

2

proceeding. Further, under the PLRA, the Statutory Intervenors are allowed to participate in the three-judge panel proceeding.

Dated: February 4, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Rochelle C. East
Rochelle C. East
Supervising Deputy Attorney General
Attorneys for Defendants

Defs.' Non-Opp'n to Intervenors' Renewed
Mot. for Reconsideration

*Coleman v. Schwarzenegger*, Case No. 90-0520
*Plata v. Schwarzenegger*, Case No. 01-1351

3