*EDMUND G. BROWN JR.*
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5711
Facsimile: (415) 703-5843
E-Mail: Rochelle.East@doj.ca.gov

February 4, 2008

Magistrate Judge Moulds
U.S. District Court, Eastern District of California
501 I Street
Sacramento, CA 95814

**RE:**   **Joint Letter Identifying Remaining Discovery**
Three-Judge Panel Proceeding
*Coleman v. Schwarzenegger*, E.D. Cal. case no. 2:90-cv-00520 LKK JFM
*Plata v. Schwarzenegger*, N.D. Cal. case no. C-01-1351 TEH

Dear Magistrate Judge Moulds:

At the hearing on January 29, 2008, the court asked Plaintiffs and Defendants to submit a joint letter listing the remaining discovery in this matter, and to estimate the amount of time that would be needed to complete discovery. Plaintiffs and Defendants agree that the discovery detailed below could be completed in approximately four weeks. However, it is difficult to offer a specific date by which the discovery could be completed, because the Intervenors have not participated in any of the discovery to date and have appealed that issue. Additionally, CCPOA may have discovery that it wishes to propound that is presently unknown to either Plaintiffs or Defendants. A discovery stay is currently in effect. And finally, Plaintiffs have not yet received the final privilege log and unprivileged documents from Defendants, which may necessitate further proceedings. With these considerations in mind, Plaintiffs and Defendants believe that discovery can be completed in a four-week-period beginning after the hearing on February 28, 2008.

Following is the outstanding discovery that is known at this time to Plaintiffs and Defendants.

In *Coleman*:
1. Motions to compel further responses to interrogatories and requests for production, brought by both Plaintiffs and Defendants.

2. Defendants' deposition of Plaintiffs' *Coleman* experts Mr. Haney and Mr. Austin.

3. Plaintiffs' deposition of Defendants' *Coleman* expert Ira Packer.

4. Plaintiffs' depositions of Vic Brewer (DMH), Scott Kernan, Doug McKeever, Deborah Hysen, Kathy Jett, James Tilton, Bryce Cook (Navigant), and person most knowledgeable on IT issues

February 4, 2008
Page 2

for CDCR.

In *Plata*:

5. Plaintiffs' depositions of Defendants' *Plata* expert Dr. Thomas.

6. Defendants' deposition of CCPOA's Chuck Alexander.

7. CCPOA's deposition of the person most knowledgeable on AB 900.

8. Motion to compel further responses to interrogatories and requests for production, brought by Plaintiffs.


ROCHELLE C. EAST
Supervising Deputy Attorney General

For
EDMUND G. BROWN JR.
Attorney General

DONALD SPECTER
Prison Law Office

Attorneys for Plaintiffs