IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,                      No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.             ORDER

/

          The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of December 2007.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. The Clerk of the Court is directed to pay to

              Matthew A. Lopes, Jr., Esq.
              Deputy Special Master
              Pannone Lopes & Devereaux LLC
              317 Iron Horse Way, Suite 301
              Providence, RI 02908

the amount of $443,002.44 in accordance with the attached statement; and

/////

/////

/////

1

1            2.  A copy of this order shall be served on the financial department of this court.

2   DATED: February 7, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

12
cole07.dec

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. Civ. S-90-0520 LKK JFM P |
| | : | |
| **ARNOLD SCHWARZENEGGER et al.,** | : | |
| Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through December 31, 2007.

Matthew A. Lopes, Jr., Special Master
    Services      $24,281.00
    Disbursements      $17,472.96

    Total amount due      $41,753.96

Linda E. Buffardi, Deputy Special Master
    Services      $31,354.00
    Disbursement      $ -0-

    Total amount due      $31,354.00

Mohamedu F. Jones, J.D., Deputy Special Master
    Services      $35,985.00
    Disbursements      $ -0-

    Total amount due      $35,985.00

Mary-Joy Spencer, J.D.
    Services      $21,180.00
    Disbursements      $ -0-

    Total amount due      $21,180.00

Kerry F. Walsh, J.D.
    Services      $36,495.00
    Disbursements      $ -0-

    Total amount due      $36,495.00

```
 1   Paul Nicoll, M.A.P.A.
             Services                              $11,634.00
 2           Disbursements                             984.95
 3
             Total amount due                                      $12,618.95
 4
     Kerry C. Hughes, M.D.
 5           Services                              $16,955.00
             Disbursements                           2,210.59
 6
             Total amount due                                      $19,165.59
 7
     Dennis F. Koson, M.D.
 8           Services                               $7,970.00
 9           Disbursements                           1,539.55

10           Total amount due                                       $9,509.55

11   Jeffrey L. Metzner, M.D.
12           Services                              $15,218.00
             Disbursements                           1,470.09
13
             Total amount due                                      $16,688.09
14
     Raymond F. Patterson, M.D.
15           Services                              $23,657.50
             Disbursements                         $   458.67
16
17           Total amount due                                      $24,116.17

18   Ted Ruggles, Ph.D.
             Services                              $32,250.00
19           Disbursements                         $ 3,856.40
20
             Total amount due                                      $36,106.40
21
     Melissa G. Warren, Ph.D.
22           Services                              $24,969.00
             Disbursements                         $ 2,282.48
23
24           Total amount due                                      $27,251.48

25

26
```

Kathryn A. Burns, MD, MPH
    Services                                $10,365.00
    Disbursements                $ 1,004.88

    Total amount due                          $11,369.88

Yong Joo Erwin, LCSW
    Services                                $13,756.50
    Disbursements                $ 1,811.85

    Total amount due                          $15,568.35

Mary Perrien, Ph.D.
    Services                                $12,807.00
    Disbursements                $ 1,702.49

    Total amount due                          $14,509.49

Virginia L. Morrison, J.D.
    Services                                $27,024.50
    Disbursements                $ 1,399.69

    Total amount due                          $28,424.19

Patricia M. Williams, J.D.
    Services                                $11,935.00
    Disbursements                $ 2,436.30

    Total amount due                          $14,371.30

Angela P. Shannon, M.D.
    Services                                $9,955.00
    Disbursements                $1,282.32

    Total amount due                          $11,237.32

Henry A. Dlugacz, MSW, J.D.
    Services                                $9,036.00
    Disbursements                $1,737.27

    Total amount due                          $10,773.27

```
J. Ronald Metz
        Services                        $6,680.00
        Disbursements                   $     6.25
           Total amount due                             $6,686.25

I.C. Haunani Henry
        Services                        $17,480.00
        Disbursements                   $    358.20
           Total amount due                             $17,838.20
```

**TOTAL AMOUNT TO BE REIMBURSED**                           **$443,002.44**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master