Christopher T BURNS
. · CDCR NO K-30680
Beka Facility, Cell No 4259
California Mens colony
State prison
P.o. Box 8101
San Luis Obispo, California
93409 - 8101


FILED

FEB  6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

Coleman, et al.
Plaintiff s,

VS.

Schwarzenegger
Defendant/.

Case NO: 90- CV- 0520
LKK JFM PC
Prisoner Class Action Lawsuit

PLAINTIFF CHRISTOPHER T. BURNS
SEEKS LEAVE OF COURT TO FILE THIS NOTICE
OF MOTION, MOTION AND DECLARATION OF CHRISTOPHER
T BURNS IN SUPPORT THEREOF WITH THIS COURT
REQUESTING A COURT HEARING INTO DEFENDANTS
CONTINUAL PSYCHOLOGICAL AND PHYSICAL TORTURE
OF PLAINTINTIFF BURNS IN UTTER CONTEMPT OF
THIS COURTS ORDERS AND IN VIOLATON OF THE
COLEMAN PRISONER CLASS ACTION LAWSUIT.
###
###
###

-1-

## COURT JURISDICTION

PLAINTIFF Christopher T BURNS, California

Department of Corrections and Rehabilitation, [CDCR]
No K-30680, is a California State Prisoner and is a
member of the Coleman, et al VS Schwarzehegger
[E.D. Cal], Prisoner Class Action Lawsuit and thus
this Court has Jurisdiction over all the services, treatments,
care and conditions the CDCR and its employees provide for
and give to plaintiff Burns during his present confinement
in the CDCR at the California Mens Colony [CMC]
State Prison in San Luis obispo, California.

# TABLE OF CONTENTS

Pjes

I.
Notice of Motion, Motion, Seeking Leave of Court to file this motion, Declaration of Christopn T Burns in support Thereof with this court requesting A Court hearing into Defendants Continued Psychological and physical Torture of Plaintiff Burns in offer Contempt Of this Courts order, and in violation of the Coleman Prison Class Action Lawsuit.                                        1

II.
COURT Jurisdiction                                                     2

III.
Declaration of Coleman Plaintiff Christopher T Burns In support of Seeking Leave of Court to file this Motion, requesting a hearing into Defendants physical and psychological torture towards Plaintiff BURNS                7 — 38

-3-

# TABLE OF CONTENTS
## CONTINUED

Pages

A. Case History ................... 7

B. Ineffective Assistance Of Appointed Counsel ................... 8

C. CDCR Nullification ................... 8 - 9

D. CDCR Over crowding ................... 9 - 12

*H*
*H*
*H*

-4-

*TABLE OF CONTENTS*
*CONTINUED*

Page

1) New death of Plaintiff                9
   Burns as a direct result
   of CDCR Prison
   Overcrowding

2) The Honorable Federal          10 — 12
   District Judge Pamela
   Ann Rymess Admonished
   to the CDCR twenty-five
   25 years ago in th
   CMC State Prison Case
   of Dohna v McCarthy
   (CD Cal ) 1985, stating,
   Judicial Intervention
   Inevitable if the CDCR
   fails to safely respond
   to CDCR Prisoner
   Overcrowding.

𝐿𝐻
𝐻𝐻
𝐿𝐻

## TABLE OF CONTENTS
## CONTINUED

Pages

E.

Plaintiff BURNS Requested a                    12 — 15
Temporary Restraining Order, TRO
From The Thelton Henderson Court
Overseeing the Plata US
Schwarzenegger Prisoner Class
Action Lawsuit to order
Defendants to provide Plaintiff
BURNS with Medical Necessary
Dental Items, Services, Medical
Items, Services and treatment
to alleviate BURNS serious and
excruciating pain and inflammation
in BURNS tongue and gums Defendants
were denying to provide BURNS
thereby causing BURNS to Suffer.


F.                                              15 — 37

Statement of the Deliberately
Indifferent, Malicious And
Sadistic Facts of Defendants
Continual psychological and
physical torture of Plaintiffs
BURNS


6.

CONCLUSION                                       38

H
H.
H

-6-

DECLARATION OF COLEMAN
PLAINTIFF CHRISTOPHER T BURNS IN
SUPPORT OF SEEKING LEAVE OF COURT
TO FILE THIS NOTICE OF MOTION, MOTION
AND DECLARATION, REQUESTING A COURT
HEARING INTO DEFENDANTS CONTINUAL
PSYCHOLOGICAL AND PHYSICAL TORTURE
OF PLAINTIFF BURNS IN UTTER CONTEMPT
OF THIS COURTS ORDERS AND IN VIOLATION
OF THE COLEMAN PRISONER CLASS ACTION
LAWSUIT:

<u>A.</u>   [<u>CASE HISTORY</u>]

'

I, Christopher T BURNS, Declare

as follows:

I am a state of California

prisoner, CDCR NO K-30680 and I am currently

confined at the California Mens Colony State Prison

In San Luis Obispo, California.

LH
LH
LH

**B.**

## [ INEFFECTIVE ASSISTANCE OF APPOINTED COUNSEL ]

Over the past two [2] years I have filed over ten [10] complaint Letters with Colemans appointed counselors who have failed to effectively and adequately inform, advocate and address with this Court, Defendants blatant deliberate Indifference, and malicious and sadistic behavior and conduct towards my mental health, welfare, health and safety, and Defendants continual Psychological and Physical torture of me.

**C.**

## [ CDCR NULLIFICATION ]

This Court is duly aware of Defendants rebellious, continual open and direct
ₜₖ
ₗₐ
ₗₜ

- 8 -

Nullification of the Federal Laws that Protect
Mentally ill Prisoners in Prisons.

The current Overlapping, confluence
and intersections of Federal lawsuits to address
and correct Defendants Nullification as found and
concluded in the Coleman case, Plata case and
Perez case has further made abolishing this
Nullifications complex, Monumental and on precedented,
as the Coleman, Plata and Perez cases
overlap, intersect and are connected in over
thirty [30] areas.

$\underline{\mathbb{D}}$. 

[CDCR OVERCROWDING]

$\underline{1)}$   The serious harm and near death
I almost suffered as stated in the following pages of this
HH
HF
HH

-9-

Declaration are a direct result of CDCR Prison

Overcrowding, and CDCR prison correctional officers and employees
trying to operate and manage California State Prison Overcrowding.
The present overcrowding in California Prisons has delayed and has
denied me medical, mental health and Dental services, treatments and
medically Necessary items as a result of too many Prisoners in need
of to few, and scarce California State Prison resources, supplies, services

[ FEDERAL DISTRICT JUDGE
PAMELA ANN RYMER'S ADMONISHMENT
TO THE CDCR At CMC STATE PRISON
TO SAFELY RESPOND TO CDCR PRISON
OVERCROWDING ]

2)

Twenty-five years ago then Federal

District Judge Pamela Ann Rymer and [now Ninth

Circuit Court of Appeals Judge] wrote in

Dohner V McCarthy [CD Cal ] 1985, in part

quote:

[ Planning has lagged behind

reality. It is imperative that

it catch up. It is equally

important that the task of

Planning and implementing a Plan for the resolution of overcrowding in general, double-celling in particular be done for the system as a whole, by those who are professional in the administration of Penal institutions.

In default of such Planning, however Judicial intervention is inevitable although it will as inevitably solve one prison problem at the expense of others. In effect this is the Plight of the California Men's Colony [CMC] State Prison.

Before this Institution

Crosser the Constitutions line on which
it is posed, and in turn becomes
a lead domino Causing further
Unplanned Crunches, the Public
through its legislature and
executive has an Opportunity
and Responsibility to respond.]


[PLAINTIFF BURNS REQUESTED
A [TEMPORARY RESTRAINING ORDER, TRO
From THE (THE(TON) HENDERSON COURT
(OVERSEEING THE PLATA VS SCHWARZENEGGER
PRISONER CLASS ACTION LAWSUIT)TO ORDER
DEFENDANTS to PROVIDE PLAINTIFF BURNS
WITH [MEDICAL NECESSARY] Dental Items, Services
Medical Items, Services and treatments to alleviate BURNS
Severe and excruciating pain and inflammation in Burns Tongue
and gums DEFENDANTS WERE Denying to PROVIDE
BURNS, THEREBY CAUSING BURNS TO SUFFER]

III
III
III
III
III

-12-

On January 30th, 2008, I mailed a Petition Dated January 30th, 2008 requesting a Temporary Restraining Order from the Henderson Court overseeing the Plata v Schwarzenegger Prisoner Class Action Lawsuit requesting the Court to order Defendants to provide me with (Medically Necessary) Medical and dental Items and Medical and Dental Services and treatments to alleviate the excruciating pain and Inflammation I was suffering from as a result of my well documented Medical and dental Problems and conditions, more fully detailed in the following Pages of this Declaration.

I filed this Temporary Restraining Order with the Henderson Court because the appointed Federal Receiver has the (delegated Responsibility) to make sure CDCR and CMC State Prison employees

H(
H
H
H
H
H

Provide me with Medically Necessary Medical Services to treat my Lichen Planus, provide me with a special daily food item diet to accommodate my Lichen Plans and to ensure the CDCR and CMC State Pharmacies provide me with Medical Necessary Aquafresh Sensitive teeth toothpaste to accommodate my medical and dental problems associated with my Periodontal Lichen Planus and to ensure I have adequate and effective doses of Anti-Inflammation and pain medication to alleviate the mild to excruciating pain and inflammation I experience from my dental and Medical problems. These medical and dental problem Overlap with my Mental health care in the Coleman case and with the Perez case as will be clearly seen in the following pages of this Declaration. As of the Present day to date My (TRO) is Still Pending a decision before the Henderson Court.

‡
‡
‡
‡
‡

-14-

I now seek Leave of court to file this Notice of Motion, Motion and Declaration in Support thereof Requesting a Court hearing into Defendants CONTINUAL Psychological and physical torture of me in violation of the Courts orders and the Coleman Case.

[ STATEMENT OF THE DELIBERATELY INDIFFERENT, MALICIOUS AND SADISTC FACTS OF DEFENDANTS CONTINUAL PSYCHOLOGICAL AND PHYSICAL TORTURE OF PLAINTIFF BURNS IN UTTER CONTEMPT OF THIS COURTS ORDERS AND IN VIOLATION OF THE COLEMAN PRISONER CLASS ACTION LAWSUIT )

I presently suffer from Periodontal Lichen Planus; I was diagnosed with Periodontal Lichen Planus in the year of 2006 by Ear Nose and Throat Specialist, Dr. Hendric. I also suffer

A
A
A

-15-

from other serious and severe medical and dental symptoms and problems physicians have presently be unable to accurately diagnose. I am currently seeking to be examined by a Rheumatologist.

Periodontal Lichen Planus is a disease of the tissue of the mouth and this disease causes mild to excruciating pain and inflammation in the tissue of the mouth. There is no known cure for Periodontal Lichen Planus, Reasonable physician disagree as whether to classify Periodontal Lichen Planus as an Auto Immune Disease.

A special daily food item diet and good daily oral hygiene with a soft bristle tooth brush and sensitive teeth toothpaste are the best daily treatments to minimize and reduce the pain and inflammation associated with Periodontal Lichen Planus.

Dentists, Dermatologists, Dieticians and Physicians openly recommend Patients with Periodontal Lichen Planus not eat food items or ingredients or drink liquids that antagonize and aggravate Periodontal Lichen Planus. Food items, ingredients and liquids known to aggravate and inflamme Periodontal Lichen Planus are: milk, butter, frostings, Orange Juice, Apple Juice, Citric Acid, Oranges, Apples, Onions, Jelly Syrup, Sugar, salt, pepper, Spices, Peanut butter, Various Sauces, Barbecue Sauce, Salsa, Sweet and Sour, Mayhonnaise, Teriyaki Sauce, Mustard, Salad dressings etc.

Periodontal Lichen Planus is known to cause excruciating or intolerable inflammation and pain in the tissue of the mouth rendering Persons with Periodontal Lichen Planus unable to perform the necessary daily acts of eating ones meals.
tH
tH
LH

-17-

Such was the case with me in the year of 2006 before ENT, Dr Hendric accurately and correctly diagnosed me with Periodontl Lichen Planus.

Around February 2006 while at CMC State Prison I stopped eating my daily prison issued food Meals and did not eat (any food) for the next Seven [7] consecutive days.

Around the second day during this period when I stopped eating my daily issued food, CMC State Prison Dentist Dr Carvahlo examined me and my dental problems and symptoms and misdiagnosed my dental problems and symptoms of excruciating pain and instruction as being delusions. Dr Carvahlos negligent diagnoses of my dental problems was relied upon and used by CMC State Prison Psychiatrist Dr Wells and CMC State prison employees to describe my now known

#|
#|
#|
#|
#|

Periodontil Licher Plahul of delusion, and subjected me to negligent, forced, malicious Psychotropic drugging. against my voluntary will and consent. This negligent and forced psychotropic drugging caused me to spiral into a deep depression and induced me to cut my wrist and Overdose on Aspirin in a Suicide Attempt and almost killed me and resulted in my hospitalization in the Intensive Care Unit as Sierra Vista Regional Medical Center.

From my Initial Commitment to the CDCR in 1996 to the time I was forced to take antipsychotic drugs, I had a ten [10] year absence of any suicide attempts and it was not until I was psychotropically drugged by force in violence to my will and voluntary consent and under the Influence of the drugs did I experience suicidal thoughtly and by the condition there antipsychotics
it
it
it

−19−

teff me in did I attempt suicide.

On June 06, 2006 A California State Administrative Law Judge Ordered the CDCR and CMC State prison employees to stop psychotropically drugging me. During the June 06, 2006 psychotropic drugging Review hearing the Administrative Law Judge found CDCR and CMC State prison employees did not use the Least Restrictive Methods and Remedies of providing me a medically necessary special food diet or with sensitive teeth toothpaste before CMC State prison employees subjected me to the dangers and harmful side effects of forced psychotropic drugging. To provide me with a special daily food item diet or with sensitive teeth toothpaste was to respond reasonable to what is now known as Periodontal Licker Plaque I

## 
+++
+++
+++
+++
+++

Presently suffer from. CDCR and CMC State Prison employees could have prevented the danger and harm I almost suffered from my overdose, cutting my wrist out my near death by providing me with the least restrictive remedies of a special diet and sensitive toothpaste I repeatedly requested of CMC State Prison employees before the forced psychotropic drugging. Defendants triggered the [Egg Shell Or Old Soldier] legal doctrine as their negligence almost caused my death and resulted in my intensive care hospitalization.

I believe CMC State Prison employees misconstrued me not eating, for Seven [7] consecutive days as a (Power Move) to accelerate medical treatment and CMC State Prison employees responded and retaliated against me by continuing to delay and deny me medical and dental services and treatment to treat
¼
¼
¼
¼

My well documented medical and dental problems, that Caused me mild to excruciating pain and inflammation

I believe CMC State prison employees, Supervising psychiatrist, Dr Myers; Supervising, psychiatrist Dr Weaver and psychiatrist, Dr Watts misconstrued my not eating for seven [7] consecutive days and decided to deter other CMC State prisoners from this supposedly rebellious conduct by intentionally misdiagnosing my dental complaints and by dismissing my dental complaints as delusions of my mind.

Dr Weaver, Dr Myers and Dr Watts they intentionally and negligently psychologically drugged me and this drugging resulted in serious harm to me and almost resulted in my death.

The CDCR and CMC State prison officials Currently use the following prison Philosophy of
US
LA
UX
LA
LA

−22−

Prison Management to Operate and Maintain Order in the California Department of Corrections and Rehabilitation:

[ If Men are to be Controlled by the use of rewards and punishments by promises and threats — of least One point is potent: The rewards and punishments dangled in front of the individual most indeed be rewards and punishments from the point of view of the individual who is to be controlled. It is precisely on this point, however, that the custodial system of rewards and punishments founders.

# ⑷
# ⑷
# ⑷
# ⑸
# ⑸
# ⑷

-23-

In the first place, the
punishments which the officials can inflict
for theft, assault, escape attempt,
gambling, insolence, homosexuality,
and all the other deviations from
the pattern of behavior called for by
the regime of the custodians do
not represent a profound difference
from the prisoners usual status. It
may be that when men are
chronically deprived of liberty, material
goods and services, recreational opportunities
and so on the few pleasures that are
granted take on a new importance
and the threat of their withdrawal
is a more powerful motive for
conformity than those of us in the free

𝍲𝍲
𝍲𝍲
𝍲𝍲
𝍲𝍲
𝍲𝍲

-24-

community can realize. To be locked up in the Administrative Segregative housing Unit (Isolation Unit) that prison within a prison; to move from the monotonous often badly prepared meals in the messhall to a diet of bread and water, to be dropped from a dull, unsatisfying job and forced to remain in idleness, all perhaps may mean the difference an existence which can be borne, painful though it may be and one which cannot.

To this we must couple the important fact that such punishment as the custodian can inflict may lead to an increased prestige for the punishment of certain persons in the

HA
HA
HA

eyes of his fellow Prisoner. He may become a hero, martyr, as a man who has confronted his captors and dared them to do their worst.

From the viewpoint of the officials of course, the privileges of the Prison social system are regarded as rewards as something to be achieved; that is to say, the custodians hold that recreation, access to the Prison Canteen, Good time, or visits from individuals in the free community are conditional upon conformity or good behaviour But the evidence suggests that from the viewpoint of the Prisoner, the variety of benefits granted by the Custodians

1A
1A
1A
1A

is not defined as something to be earned but as an inalienable right, as the just due of the prisoner which should not turn on the question of obedience or disobedience within the walls.

[The Technical word for this previously described Prison Management Philosophy is [DULOCRACY].

After all, the Prisoner Population claims that Mail, Visiting, Recreation, (Mental Health, Medical Care, Dental Care, Mental Health Services are Rights guaranteed by the Constitutional (Freedom) as codified in the Bill of Rights). [Please See (Law and the Behavioral Sciences

LH
LH

Copyright 1969, written and edited by University of Stanford Law Professor Lawrence M Friedman and University of Wisconsin Law Professor Stewart Macauley.)

The California Department of Corrections and Rehabilitation and the California Mens Colony State prison regard (Mental Health Services, The Coleman Case; Medical Services; The Plata Case and Dental Services; the Perez Case as (Luxuries))

and (non-essential) to California State Prisoners.

On July 17, 2007 ~~I the~~ CMC State prison Dentist Dr Caruchlo attempted to examine me. I told Dr Caruchlo at this time that
HA
HA
HA

-28-

I did not want Dr Caruchlo to examin me or treat my dental problems or conditions because Dr Caruchlo was negligent and deliberately indifferent in examining, diagnosis, and treating my periodontit Licher planus. Caruchlo said I was refusing dental treatment and terminated my Dental appoichment. Under the circumstances Dr Caruchlo did not offer to have another CMC State Prison dentist examin or treat my dental problems. I told Dr. Caruchlo I wanted to talk to the Chief Dental Officer and Dr Caruchlo said he was the acting Chief Dental Officer for the day.

On January 03rd, 2008 CMC state Prison Dentist Dr Caruchlo again attempted to examine and treat my dental problems and Periodontit Licher Planus. I again told Dr Caruchlo because he was negligent and MIS diagnosed

HH
HH
HH
HH

-29-

My periodont Lichen Planus in the year of 2006
it was not appropriate for Dr Caruchlo to
examine and treat my dental problems and conditions
as I almost died from the Psychotropic drugsing
that resulted from Dr Caruchlo failing to
correctly diagnose my dental problem as an
excruciating inflammatory disease of the mouth.

I request Dr Caruchlo to have another CMC
State prison Dentist Examine and treat my
dental problems and conditions and Dr Caruchlo
refused to allow another Dentist examine my
dental problem. Dr Caruchlo terminated my Dental
appointment and said I was refusing to cooperate
with him.

For the third time on January 15, 2008
CMC state prison Dentist Attempted to examine and
treat my dental problems and I told him that I
have another Dentist examine and treat me. Dr Caruchlo

-30-

again said I was refusing to consent to allow Dr Carvithlo to treat my dental problems and denied me dental services, treatment and dental items because I would not allow Dr Carvithlo to treat me.

Dr Carvithlo is attempting to manipulate my current circumstances to gain my consent to continue to treat my dental problems in an attempt to use the [ASSUMPTION OF THE RISK] Doctrine as a Defense to the deliberate Indifference Dr Carvithlo subjected me to when he misdiagnosed my Periodontal disease Plaque.

On January 03rd, 2008 being in prison having suffered much harm and standing to suffer more harm I requested my Mother, Ms Evelyn Burns to fax the Henderson Court Overseeing the Plata v Schwarzenegger Prisoner Class Action Lawsuit requesting a Temporary

Restriction, Order with a summary of the previously stated facts in this Declaration concerning my medical and dental problems I am presently suffering from. My beloved Mother without my knowledge revised my statement of facts and wrote and mailed a letter dated January 23, 2008 to the Henderson court concerning my present dental and medical condition, of CMC State Prison. My Mother lost her son, my identical Twin brother in 1994 to Suicide.

On December 25, 2007 CMC state Prison employees unjustly placed me in the Administration Segregation housing unit and CMC State Prison employees from December 25, 2007 to the present day to date refuse to provide me with

-32-

a medical Necessary soft bristle toothbrush, Aquafresh Sensitive teeth toothpaste and a special daily food item diet to accommodate my medical and dental problems and my periodontal Licher Plexus.

Notwithstanding, my many CDCR Medical Requests as written in CDCR Forms Health Care Services Request Forms submitted to CMC State prison Medical employees and Administ Appeals submitted to CMC State prison Official, CMC State prison employees refuse to provide me with my previously mentioned Medically Necessary medical and dental item, to alleviate and treat my medical, dental problems and mild to excruciating pain and inflammation.

CMC State prison Medical and dental employees and prison employees are refusing to provide me with the previously mentioned Medical and dental Services, treatments and items and are delaying ith
ith

−33−

to respond to my medical and dental problem, in Retaliction because I filed a previous complaint, CDCR Prison Adminishutive Appeal IAB Case no 0706833; Local Log no: CMC-07-01622 because CMC State prison medical and dental employees were being deliberately indifferent towards my medical and dental problems.

I cannot correctly use the CDCR State issued General population or Adminisith Segregative housing Unif Made in China Toothbrushes Or the issued tooth powder because these two State issued items are obrasive and aggivate my current medical and dental problems and my periodockl Lichor Planus.

My mother, Ms Evelyn Burns also mailed a letter to Prison Law Office
A
A
A

Ms Alison Hardy about my current Medical and dental problem. Ms Hardy mailed a Memorandum dated January 16, 2008 requesting California State Deputy Attorney General Mr. Charles Antonen,, Under the Perez Case to make inquiry into my current dental problem and of the present day to date CMC State prison Medical and dental employees and prison officials refuse to provide me with my medical Necessary dental and Medic items and medical and dental Services, treatments to effectively deal and treat my mild to excruciating pain and inflammation caused by my medical and dental problems and my periodontic Locker plaques.

On October 16, 2007 I filed with CMC State prison Appeals coordinator a CDCR Administrative prisoner Appeal dated October 16, 2007

LA
LA
LA
LA

the/ stated CMC state prison mental health employees and CMC state prison officials used the CDCR and CMC state prison mental health service, to malicious and sadistically psychotropically drug me. This prisoner Appeal also stated CMC state prison mental health employees and CMC prison officials are using the CDCR and CMC state prison mental health service to hurt, harm, and unjustly control and manage me and in retaliation against me. This Appeal is currently pending review and exhaustion at the Director Level of Review [Third Level of Review] in Sacramento.

It Appears that from the previously stated facts in this declaration that CMC state prison medical and dental employees and CMC state prison officials are denying and delaying to provide me with my medically necessary dental
HH
HH
HH

−36−

Items to alleviate my pain AND the excruciating
Inflammation and are delaying and denying me
Medical and dental Services in an attempt to
provoke me to Stop eating, so that CMC
State prison medical and dental employees
and CMC state prison mental health employees
and prison official can subject me (again)
to forced psychotropic drugging as
CMC State prison, psychiatrist, Dr. Walters
who was directly responsible for having
me negligently psychotropically drugged before
in 2006 at CMC State prison has been
correctly assigned to directly care
for my psychiatric care and mental care.
卌
卌
卌

## CONCLUSION

FOR the Facts and reasons stated in this Declaration, Notice of Motion and Motion requesting this court to hold a hearing into Defendants [Unbecoming Conduct]:

I request this Court hold a hearing without delay into Defendants Continual Phychological and Physical Torture of me in utter contempt of this Courts Orders and in violation of the Colemen Prisoner CLASS Actae Lawsut.

I declare under penalty of penjury under the laws of the United States of America that the foregoing is true and correct. Executed this 03rd, Day of February 2008 at the Californ New Colocy State prison in San Luis Obispo, California.

*Christopher T Burns*

Christopher T BURNS