PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 096891
JANE KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
LEWIS BOSSING, Bar No. 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**STIPULATION REGARDING PAYMENT OF FORMERLY DISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST AND SECOND QUARTERS OF 2007** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

The parties left certain fees and costs in dispute from the first and second quarters of 2007 after being unable to reach agreement on those amounts at that time. The parties have since resolved the disagreement over payment of those fees and costs and now agree to the payment of $93,695.23 in fees and costs incurred during the first and second quarters of 2007.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $93,695.23, plus interest, is due and collectable as of 45 days from the date of entry of the accompanying order. Daily interest runs from September 6, 2007 at the rate of 4.30%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $93,695.23 | 4.30% | $11.04 | September 6, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO STIPULATED.

DATED:

Misha D. Igra, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: January 31, 2008

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs