1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10
11  RALPH COLEMAN, et al.,                    )  Case No. Civ. S 90-0520 LKK-JFM
                                              )
12          Plaintiffs,                       )  **[PROPOSED] ORDER REGARDING**
                                              )  **PAYMENT OF FORMERLY**
13  vs.                                       )  **DISPUTED ATTORNEYS' FEES AND**
                                              )  **COSTS FOR THE FIRST AND**
14  ARNOLD SCHWARZENEGGER, et al.,            )  **SECOND QUARTERS OF 2007**
                                              )
15          Defendants                        )
                                              )
16
17
18
19
20
21
22
23
24
25
26
27
28

On February 8, 2008, the parties in this case filed a Stipulation regarding payment of previously contested attorneys' fees and costs incurred during the first and second quarters of 2007.

Pursuant to the stipulation filed on February 8, 2008, IT IS HEREBY ORDERED that plaintiffs' attorneys' fees and costs of $93,695.23, plus interest, are due and collectable as of 45 days from the date of entry of this order. Daily Interest runs from September 6, 2007 at the rate of 4.30 %.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $93,695.23 | 4.30 % | $11.04 | September 6, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated:

_____
John F. Moulds, Magistrate Judge
United States District Court