IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,               No. CIV S-90-0520 LKK JFM P

   vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.       <u>ORDER</u>

         On February 8, 2008, the parties in this case filed a Stipulation regarding payment of previously contested attorneys' fees and costs incurred during the first and second quarters of 2007.

         Pursuant to the stipulation filed on February 8, 2008, IT IS HEREBY ORDERED that plaintiffs' attorneys' fees and costs of $93,695.23, plus interest, are due and collectable as of 45 days from the date of entry of this order. Daily Interest runs from September 6, 2007 at the rate of 4.30 %.

/////

/////

/////

/////

1

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $93,695.23 | 4.30 % | $11.04 | September 6, 2007 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: February 13, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/2007.12qaf

2