EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                   Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                                   Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' RESPONSE TO JANUARY 15, 2008 COURT ORDER FOR REPORTS ON THIRD WATCH STAFFING OF SMALL MANAGEMENT YARDS AND AVAILABILITY OF SENSITIVE NEEDS YARDS** |

On January 15, 2008, this Court ordered Defendants to report on two subjects: (1) the outcome of their review of available sensitive need yards for Coordinated Clinical Case Management Services (CCCMS) inmates within administrative segregation units and (2) their review of submitting a request for additional staffing allocations to enable third watch small management yard usage by inmates within administrative segregation housing. Attached as

//

//

//

1  Exhibit A are those reports.

2          Dated:  February 14, 2008

3                              Respectfully submitted,

4                              EDMUND G. BROWN JR.
                                Attorney General of the State of California

5                              DAVID S. CHANEY
                                Chief Assistant Attorney General
6
                                FRANCES T. GRUNDER
7                              Senior Assistant Attorney General

                                ROCHELLE C. EAST
8                              Supervising Deputy Attorney General

9

10                             /s/ Lisa A. Tillman

11
                                LISA A. TILLMAN
12                             Deputy Attorney General
                                Attorneys for Defendants
13

14
   30395548.wpd
15 CF1997CS0003

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF. REPORTS RE: THIRD WATCH AND SNY ACCESS