<u>COLEMAN v. SCHWARZENEGGER</u>
CASE NO. CIV S-90-0520 LKK JFM P

EXHIBIT A

DEFENDANTS' RESPONSE TO JANUARY 15, 2008 COURT ORDER FOR REPORTS ON THIRD WATCH STAFFING OF SMALL MANAGEMENT YARDS AND AVAILABILITY OF SENSITIVE NEEDS YARDS

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
P.O. Box 942883
Sacramento, CA 94283-0001



February 14, 2008

Mr. Matthew A. Lopes                    Via:    Lisa Tillman
Office of the Special Master                    Deputy Attorney General
2351 Sussex Lane                                Department of Justice
Fernandina Beach, FL  32034                     1300 "I" Street, Suite 125
                                                P. O. Box 944255
                                                Sacramento, CA  94244-2550

RE:   RESPONSES TO COLEMAN COURT ORDER OF JANUARY 16, 2007 – PLAN TO
      ADDRESS SUICIDE TRENDS IN ADMINISTRATIVE SEGREGATION

Dear Mr. Lopes:

Enclosed please find our plan in response to the January 16, 2008, Court Order regarding the California Department of Corrections and Rehabilitation's Plan to Address Suicide Trends in Administrative Segregation (ASU).

- Report on Review of Available Sensitive Needs Yards (SNY) for Correctional Clinical Case Management Services inmates in ASU.
- Chart - SNY Inmates Housed in ASU Pending Transfer.
- Report on Review of Additional Staffing Needs to Enable 3rd Watch Yard Usage by Inmates in ASU.
- Chart – ASU Survey.

If you have any questions, please call me at (916) 445-7688.

Sincerely,

SUZAN L. HUBBARD
Director
Division of Adult Institutions

Enclosures

cc: Scott Kernan, Chief Deputy Secretary, Adult Operations
    Robin J. Dezember, Director, Division of Correctional Health Care Services
    Karen Wong, Deputy Director (A), Division of Correctional Health Care Services
    Marisela Montes, Senior Advisor, Division of Adult Institutions

The information below is an assessment of possible expansion of the Administrative Segregation Unit (ASU) Yard Program into 3rd Watch to ensure Title 15 exercise requirements are met for inmates housed in ASU.

The order was the result of ongoing tours of institutions by plaintiffs' attorneys and court-appointed monitors, and survey results from some institutions indicating they were unable to meet required out-of-cell time dictated by California Code of Regulations, Title 15, Section 3343 (h), Conditions of Segregated Housing–Exercise.

In August 2007 the Division of Adult Institutions (DAI) developed, distributed, and collected responses to a survey regarding the number of hours of yard offered to inmates assigned to designated group yards and "Walk-Alone" yards within the Department's ASUs.

In that survey, the following 15 institutions indicated they were unable to meet the Title 15 exercise requirements of ASU inmates requiring "Walk-Alone" or group yard in at least 1 ASU: Avenal State Prison (ASP), California Correctional Institution (CCI), Centinela State Prison (CEN), California Men's Colony (CMC), Deuel Vocational Institution (DVI), High Desert State Prison (HDSP), Ironwood State Prison (ISP), Mule Creek State Prison (MCSP), Pelican Bay State Prison (PBSP), Pleasant Valley State Prison (PVSP), Richard J. Donovan State Prison (RJD), California State Prison–Sacramento (SAC), California State Prison–Solano (SOL), San Quentin State Prison (SQ), and Wasco State Prison (WSP).

In February 2008 DAI contacted each of the identified institutions regarding their ability to provide mandated out-of-cell time for inmates in ASU. CEN, CMC, DVI, ISP, and SAC indicated they are now able to provide exercise due to modifications in the ASU Yard Program, construction of additional Small Management Yards, or consolidation/reduction of administrative segregation populations. RJD and SOL indicated they have already expanded their ASU Yard Program into 3rd Watch.

The following institutions may benefit from expansion of the ASU Yard Program into 3rd Watch: ASP, CCI, HDSP, MCSP, PBSP, PVSP, SQ, and WSP.

The overtime funding for 2 correctional officers for 4 hours per day, for 16 months, is about $188,000. The overtime funding needed to budget 3rd Watch ASU yard access at these 8 prisons may vary due to current staffing levels, physical plant issues, and local negotiations. The funding for hiring overtime correctional officers to supervise ASU Yard Programs on 3rd Watch at these 8 prisons would be eliminated over the next 16 months as the Small Management Yard construction project is completed.

One serious consideration is insufficient lighting at most of these locations, which would have to be assessed prior to allowing yard access during hours of darkness.

Pursuant to the Ralph C. Dills Act, the Department would be required to provide official notice to the California Correctional Peace Officer Association, and may require negotiations prior to any proposed changes to the ASU Yard Program.

Implementation of the expanded 3rd Watch ASU Yard Program is dependent on the approval of funding which will be requested in the Spring budget process.

## ASU SURVEY

| PRISON | BUILDING DESIGN | CC YARD OFFERED/ WEEK-HRS. | SMY YARD OFFERED/ WEEK-HRS. | P.M. YARD OFFERED (Y/N) | COMMENTS |
|---|---|---|---|---|---|
| ASP - UNIT 140 | 270 | 10.00 | 5.00 | No | Lighting Issues. |
| CCI - UNIT II | Old Style | **14 hours/week of Tier Time | | | |
| CCI - 4A Building 6 | 180 | 0.00 | 8.00 | No | 8 SMY's |
| CCI - 4A Building 7 | 180 | 0.00 | 8.00 | No | 8 SMY's |
| CCI - 4A Building 8 | 180 | 0.00 | 8.00 | No | 8 SMY's |
| CCI - 4B1 | 180 | 0.00 | 6.00 | No | 8 SMY's |
| CCI - 4B ASU (SHU) | 180 | 0.00 | 8.00 | No | Lighting Issues. |
| CEN - C6 | Stand Alone | 10.00 | N/A | Yes | N/A |
| CEN - A5 | 270 | 10.00 | 10.00 | No | NOW MEET REQUIREMENTS |
| CMC - B4 Annex | Quad | 10.00 | 10.00 | No | NOW MEET REQUIREMENTS |
| CMC - Central ASU | Quad | 10.00 | 10.00 | No | NOW MEET REQUIREMENTS |
| DVI - K WING | Telephone | 9.00 | 5.50 | Yes | 10 smy's on-line as of February 08. |
| DVI - L WING | Telephone | 9.00 | 5.50 | Yes | 20 more smy's on-line March 08. |
| HDSP - Z UNIT | Stand Alone | 10.00 | 6.67 | Yes | |
| HDSP - D1 | 180 | 0.00 | 0.00 | No | short term placement only |
| HDSP - D5 Overflow | 180 | 0.00 | 6.67 | No | Lighting Issues. |
| HDSP - D6 Overflow | 180 | 0.00 | 6.67 | No | Lighting Issues. |
| HDSP - D7 | 180 | 10.00 | 6.67 | No | Lighting Issues. |
| HDSP - D8 | 180 | 10.00 | 6.67 | No | Lighting Issues. |
| ISP A-4 | 270 | Deactivated 12/07 | | | |
| ISP - A5 | 270 | 10.00 | 12.00 | No | NOW MEET REQUIREMENTS |
| MCSP - C-12 | 270 | 12.00 | 3.50 | No | Lighting Issues. |
| MCSP - C-13 Overflow | 270 | 12.00 | 3.50 | No | Lighting Issues. |
| PBSP - ASU 1 | Stand Alone | 0.00 | 12.00 | No | N/A |
| PBSP - A1 (CCCMS) | 180 | 0.00 | 6.00 | No | Lighting Issues. |
| PBSP - A2 Overflow | 180 | 0.00 | 6.00 | No | Lighting Issues. |
| PVSP - ASU #1 | Stand Alone | 0.00 | 10.00 | No | N/A |
| PVSP - Fac D | 270 | 10.00 | 0.00 | No | Lighting Issues. |
| RJD - Fac 2, Bldg 6 | 270 | 10.50 | 10.00 | Yes | Running on 3rd Watch up to 2030 |
| RJD - Fac 2, Bldg 7 | 270 | 8.00 | 10.00 | Yes | |
| SAC - A5 (EOP ASU) | 180 | 10.00 | 10.00 | Yes | Opened 01/08. |
| SAC - A6 | 180 | Converted to EOP-GP 01/08. | | | |
| SAC - A7 | 180 | Converted to EOP-GP 01/08. | | | |
| SAC - B4 | 180 | 10.00 | 10.00 | No | Added 12 SMY's 12/07. |
| SAC - ASU | Stand Alone | 10.00 | 10.00 | Yes | N/A |
| SOL - FAC 2, BLDG 9 | 270 | 10.50 | 5.00 | Yes | Currently running until 2100 hours. |
| SOL - FAC 2, BLDG 10 | 270 | 10.50 | 5.00 | Yes | 7 days per week. |
| SOL - FAC 2, BLDG 11 | 270 | 10.50 | 5.00 | Yes | |
| SQ - CARSON UNIT | Telephone | 10.00 | 4.5 | No | Yards used 0600-1600 |
| SQ - EAST BLOCK | Telephone | 10.00 | 4.5 | No | Lighting Issues. |
| WSP - D6 | Wing Nut | 10.50 | 3.00 | No | Lighting Issues. |

**CCI Unit II does not have an ASU "Yard". Cellmates receive two hours per day, out of cell, on the tier.

On January 16, 2008, the Federal court in Coleman v. Schwarzenegger ordered the California Department of Corrections and Rehabilitation (CDCR) to report on the review of available Sensitive Needs Yards for inmates in Administrative Segregation Units (ASU) at the California Correctional Case Management System (CCCMS) level of care.

During the most recent meeting between the Special Master, court-appointed monitors, plaintiff's attorneys and representatives from the CDCR, the Department was asked to report on total number of inmates housed in ASU pending transfer to an appropriate SNY facility. That information was gathered on December 7, 2007 and forwarded to the court, via the Attorney General's Office.

On February 11, 2008 updated information was gathered regarding the total number of inmates housed in ASU pending transfer to an appropriate SNY facility. In addition, data was collected regarding the number of inmates designated at the CCCMS level of care, housed in ASU pending transfer.

CDCR's total backlog of SNY inmates in ASU pending transfer to an appropriate SNY facility was reduced from 290 to 243, from December 2007 to February 2008.

During 2007, CDCR converted 1 Level II yard at the California Rehabilitation Center, 1 Level III yard at Sierra Conservation Center, 1 Level IV yard at Richard J. Donovan State Prison, 1 Level IV yard at High Desert State Prison, the McFarland Community Correctional Center and the Golden State Modified Community Correctional Center from General Population to Sensitive Needs Yards. The conversion of 1 of the Level IV yards is ongoing, and should help to further reduce the backlog of SNY inmates in ASU. In addition, another Level II yard is scheduled for conversion from General Population to SNY in the coming months. Additional conversions may be planned as population trends dictate.

The attached chart demonstrates the location specific data related to SNY inmates in ASU pending transfer to appropriate SNY facilities.

## SENSITIVE NEEDS YARD (SNY) INMATES HOUSED IN ADMINISTRATIVE SEGREGATION UNITS (ASU) PENDING TRANSFER

| PRISONS | AS OF 12/07/07 ||| AS OF 02/11/08 ||| AS OF 05/##/08 ||| AS OF 08/##/08 ||| AS OF 11/##/08 |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NON-MHSDS | CCCMS | TOTAL | NON-MHSDS | CCCMS | TOTAL | NON-MHSDS | CCCMS | TOTAL | NON-MHSDS | CCCMS | TOTAL | NON-MHSDS | CCCMS | TOTAL |
| ASP | 2 | 1 | 3 | 0 | 2 | 2 | | | 0 | | | 0 | | | 0 |
| CAL | 7 | 0 | 7 | 9 | 0 | 9 | | | 0 | | | 0 | | | 0 |
| CCC | 1 | 0 | 1 | 0 | 0 | 0 | | | 0 | | | 0 | | | 0 |
| CCI | 3 | 5 | 8 | 6 | 5 | 11 | | | 0 | | | 0 | | | 0 |
| CEN | 10 | 0 | 10 | 9 | 0 | 9 | | | 0 | | | 0 | | | 0 |
| CMC | 8 | 7 | 15 | 2 | 3 | 5 | | | 0 | | | 0 | | | 0 |
| COR | 23 | 21 | 44 | 9 | 16 | 25 | | | 0 | | | 0 | | | 0 |
| CTF | 20 | 0 | 20 | 19 | 0 | 19 | | | 0 | | | 0 | | | 0 |
| CVSP | 3 | 0 | 3 | 2 | 0 | 2 | | | 0 | | | 0 | | | 0 |
| DVI | 0 | 0 | 0 | 3 | 0 | 3 | | | 0 | | | 0 | | | 0 |
| FSP | 1 | 2 | 3 | 1 | 0 | 1 | | | 0 | | | 0 | | | 0 |
| ISP | 27 | 0 | 27 | 10 | 0 | 10 | | | 0 | | | 0 | | | 0 |
| KVSP | 7 | 1 | 8 | 3 | 1 | 4 | | | 0 | | | 0 | | | 0 |
| LAC | 2 | 19 | 21 | 0 | 14 | 14 | | | 0 | | | 0 | | | 0 |
| MCSP | 6 | 2 | 8 | 0 | 1 | 1 | | | 0 | | | 0 | | | 0 |
| PVSP | 5 | 13 | 18 | 3 | 13 | 16 | | | 0 | | | 0 | | | 0 |
| RJD | 9 | 2 | 11 | 0 | 2 | 2 | | | 0 | | | 0 | | | 0 |
| SAC | 0 | 4 | 4 | 0 | 0 | 0 | | | 0 | | | 0 | | | 0 |
| SATF | 0 | 2 | 2 | 3 | 5 | 8 | | | 0 | | | 0 | | | 0 |
| SCC | 3 | 8 | 11 | 6 | 4 | 10 | | | 0 | | | 0 | | | 0 |
| SOL | 5 | 0 | 5 | 7 | 6 | 13 | | | 0 | | | 0 | | | 0 |
| SVSP | 26 | 35 | 61 | 24 | 55 | 79 | | | 0 | | | 0 | | | 0 |
| | 168 | 122 | 290 | 116 | 127 | 243 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |