IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

          Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

          Defendants.            ORDER

_____/

        The matter of payment of the special master has been referred to this court by the

district court.  The court has reviewed the bill for services provided by the special master in the

above-captioned case through the month of January 2008.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1.  The Clerk of the Court is directed to pay to

                Matthew A. Lopes, Jr., Esq.
                Special Master
                Pannone Lopes & Devereaux LLC
                317 Iron Horse Way, Suite 301
                Providence, RI 02908

the amount of $518,577.00 in accordance with the attached statement; and

/////

/////

/////

1

1          2.  A copy of this order shall be served on the financial department of this court.

2     DATED: February 14, 2008.

3

4                                                    UNITED STATES MAGISTRATE JUDGE

5

6     12

7     cole08.jan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.,              :
       Plaintiffs,                 :
                     :
   v.                               :        **No. Civ. S-90-0520 LKK JFM P**
                     :
ARNOLD SCHWARZENEGGER et al., :
       Defendants.

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through January 31, 2008

Matthew A. Lopes, Jr., Special Master
          Services                    $36,829.00
          Disbursements            $16,119.38

           Total amount due                        $52,948.38

Linda E. Buffardi, Deputy Special Master
          Services                    $46,876.00
          Disbursement            $     -0-

           Total amount due                        $46,876.00

Mohamedu F. Jones, J.D., Deputy Special Master
          Services                    $42,455.00
          Disbursements            $     -0-

           Total amount due                        $42,455.00

Mary-Joy Spencer, J.D.
          Services                    $30,700.00
          Disbursements            $     -0-

           Total amount due                        $30,700.00

Kerry F. Walsh, J.D.
          Services                    $41,620.50
          Disbursements            $     -0-

           Total amount due                        $41,620.50

Paul Nicoll, M.A.P.A.
   Services       $14,098.00
   Disbursements      558.00

     Total amount due      $15,061.65

Kerry C. Hughes, M.D.
   Services       $24,000.00
   Disbursements      5,558.06

     Total amount due      $29,558.06

Dennis F. Koson, M.D.
   Services       $15,987.50
   Disbursements      2,864.53

     Total amount due      $18,852.03

Jeffrey L. Metzner, M.D.
   Services       $27,172.00
   Disbursements      3,918.09

     Total amount due      $31,090.09

Raymond F. Patterson, M.D.
   Services       $6,130.00
   Disbursements      $  886.55

     Total amount due      $7,016.55

Ted Ruggles, Ph.D.
   Services       $38,826.00
   Disbursements      $ 5,001.47

     Total amount due      $43,827.47

Melissa G. Warren, Ph.D.
   Services       $15,285.00
   Credit        $  494.63

     Total amount due      $15,779.63

Kathryn A. Burns, MD, MPH
   Services        $11,390.00
   Disbursements     $  1,152.68

     Total amount due       $12,542.68

Yong Joo Erwin, LCSW
   Services        $  9,180.00
   Disbursements     $     632.17

     Total amount due       $9,812.17

Mary Perrien, Ph.D.
   Services        $7,740.00
   Disbursements     $  348.74

     Total amount due       $8,088.74

Virginia L. Morrison, J.D.
   Services        $14,235.00
   Disbursements     $  748.81

     Total amount due       $14,983.81

Patricia M. Williams, J.D.
   Services        $12,115.00
   Disbursements     $  3,236.35

     Total amount due       $15,351.35

Angela P. Shannon, M.D.
   Services        $16,293.00
   Disbursements     $  2,978.28

     Total amount due       $19,271.28

Henry A. Dlugacz, MSW, J.D.
   Services        $12,411.00
   Disbursements     $  1,190.23

     Total amount due       $13,601.23

J. Ronald Metz
       Services                        $7,680.00
       Disbursements            $   -0-

           Total amount due                 $7,680.00

I.C. Haunani Henry
       Services                        $40,725.00
       Disbursements            $   735.38

           Total amount due                 $41,460.38

**TOTAL AMOUNT TO BE REIMBURSED**          **$518,577.00**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master