EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5711
 Fax:  (415) 703-5843
 Email: Rochelle.East@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                                    Plaintiffs,<br>           v.<br>**ARNOLD SCHWARZENEGGER, et al.,**<br>                                    Defendants. | 2:90-cv-00520 LKK JFM (E.D. Cal.) |
| **MARCIANO PLATA, et al.,**<br>                                    Plaintiffs,<br>           v.<br>**ARNOLD SCHWARZENEGGER, et al.,**<br>                                    Defendants. | C -01-1351 TEH (N.D. Cal.) |
| **CARLOS PEREZ,**<br>                                    Plaintiff,<br>           v.<br>**JAMES TILTON, et al.,**<br>                                    Defendants. | C-05-05241 JSW (N.D. Cal.) |
| **JOHN ARMSTRONG, et al.,**<br>                                    Plaintiffs,<br>           v.<br>**ARNOLD SCHWARZENEGGER, et al.,**<br>                                    Defendants. | C 94-2307 CW (N.D. Cal.)<br><br>**DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE IT SYSTEM** |

Defs.' Response to OSC re IT System

On February 4, 2008, an Order to Show Cause was issued as to why the coordination agreement reached by the Receiver in Plata, Special Master in Coleman, and Court Representatives in Armstrong and Perez regarding the Receiver's long term information technology (IT) program should not be adopted as an order of all four courts. The parties were ordered to file responses to the Order to Show Cause on or before February 15, 2008. Defendants now file this response to the Court's Order.

Defendants do not object to the terms of the coordination agreement which call for the construction and support of the California Correction Health Care Information System. While the agreement calls for the integration of the Disability and Effective Communication System (DECS) into this system, Defendants request that the California Correction Health Care Information System also be compatible with the Department of Mental Health's IT systems. Defendants seek to ensure that the Receiver will coordinate with the Department of Mental Health in order to facilitate technological compatibility and communication regarding patient care between the Department of Mental Health and the California Department of Corrections and Rehabilitation.

Dated: February 15, 2008        Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

 /s/ Rochelle C. East
ROCHELLE C. EAST
Supervising Deputy Attorney General
Attorneys for Defendants