# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
Coleman, et al. v. Schwarzenegger, et al.
USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM
Plata, et al. v. Schwarzenegger, et al.
USDC, Northern District of California, Case No. C-01-1351 THE

No.:  **2:90-cv-0520; C-01-1351**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 15, 2008**, I served the attached **Defendants' Response To Order To Show Cause RE IT System** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 'I' Street, Sacramento, California, 95814, addressed as follows:

John Hagar
Judge's Reading Room
450 Golden Gate Ave 18th Floor Law Library
San Francisco, CA 94102

Martin H. Dodd
Futterman & Dupree
160 Sansome Street, 17th Floor
San Francisco, CA 94109
**(For Receiver)**

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012
**(Overnight Courier)**

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814
**(Overnight Courier)**

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102
**(Overnight Courier)**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 15, 2008**, at Sacramento, CA

_____E. Torres_____          _____/s/_____
Declarant                                                             Signature

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Perez v. Tilton, et al.**
**USDC, Northern District of California, Case No. C-05-05241 JSW**

No.:   **C-05-05241**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 15, 2008**, I served the attached **Defendants' Response To Order To Show Cause RE IT System** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 'I' Street, Sacramento, California, 95814, addressed as follows:

Joseph Scalzo
3785 N. 156th Lane
Goodyear, AZ  85338

Jay Schulman
9647 Hilldale Drive
Dallas, TX  75231

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 15, 2008**, at Sacramento, CA

| E. Torres | _(signature)_ |
|---|---|
| Declarant | Signature |