```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  ROCHELLE C. EAST
    Supervising Deputy Attorney General
 5  LISA A. TILLMAN, State Bar No. 126424
    Deputy Attorney General
 6    1300 I Street, Suite 125
      P.O. Box 944255
 7    Sacramento, CA 94244-2550
      Telephone: (916) 327-7872
 8    Fax: (916) 324-5205
      Email: Lisa.Tillman@doj.ca.gov
 9
10  Attorneys for Defendants
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>         Plaintiffs,<br>    v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>         Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>         Plaintiffs,<br>    v.<br>ARNOLD SCHWARZENEGGER, et al.,<br><br>         Defendants. | No. C 01-1351 THE<br><br>**THREE JUDGE COURT**<br><br>**SUPPLEMENTAL DECLARATION OF CYNTHIA A. RADAVSKY REGARDING PRIVILEGED DOCUMENTS IDENTIFIED ON FEBRUARY 15, 2008 PRIVILEGE LOG** |

///

Supp. Decl. of Cindy Radavsky Re: Privileged Documents

1

I, Cynthia A. Radavsky, declare:

1. I am employed in the position of Deputy Director of Long-Term Care Services with the Department of Mental Health (DMH) of the Health and Human Services Agency. I have been employed by the Department of Mental Health since October 1995 and have held the following positions: Program Director at Napa State Hospital from 1995 to 1998, Assistant Deputy Director of Long Term Care Services from 1998 to 2006, and Deputy Director of Long Term Care Services from 2006 to present.

2. I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3. In my position with DMH, I am familiar with the missions, policies, staffing, and operations of each of the state hospitals. I am responsible for overseeing the inpatient care provided to California Department of Corrections and Rehabilitation (CDCR) inmate-patients at Atascadero State Hospital, Coalinga State Hospital and Patton State Hospital. I am also familiar with the missions, policies, staffing and operations of DMH programs within CDCR facilities, such as Vacaville Psychiatric Program at California Medical Facility and Salinas Valley Psychiatric Program at Salinas Valley State Prison.

4. I am responsible for ensuring DMH provides appropriate responses to and complies with those *Coleman* court orders applicable to DMH. I worked with a multi-agency task force in preparing and developing Defendants' August 2007 mental health bed plan. I also participated in the development of Defendants' Interim Mental Health Bed Plan, Defendants Long-Range Mental Health Bed Plan of October 2006, and Amended Long-Range Mental Health Plan of December 2006. I am participated in the development of the pay parity plans approved by this Court for DMH clinicians. I also participated in developing the DMH response to court orders for a staff recruitment plan, an activation plan for Atascadero State Hospital, a feasibility plan for Coalinga State Hospital. I oversee the preparation and implementation of the operating interagency agreements and memoranda of understanding between DMH and CDCR to provide acute and intermediate care inpatient beds to CDCR inmates.

5. I am also responsible for DMH's responses to other litigation matters, ranging from

1  habeas petitions filed by patients to the action brought by the United States Department of
2  Justice against DMH under the Civil Rights of Institutionalized Persons Act (known as the
3  CRIPA case).           6. I have reviewed Plaintiff Ralph Coleman's Request for Production of
4  Documents, Set One, propounded upon Defendant Stephen Mayberg and other named
5  Defendants in the case entitled *Coleman v. Schwarzenegger*, Case No. CIV S90-0520 LKK JFM
6  P, and *Plata v. Schwarzenegger*, Case No. C01-1351 TEH. I have also reviewed the responses to
7  that discovery. I have also reviewed the declaration I submitted on January 28, 2008 in support
8  of Defendants' revised January 28, 2008 privilege logs. I incorporate by reference all
9  statements, classifications, and determinations made in my January 28, 2008 declaration as
10 though set forth fully herein.
11        7. In my capacity as Deputy Director of Long-Term Care Services for DMH, I am
12 familiar with this agency's responses to a wide range of patient care issues arising within the
13 state hospitals. More specifically, I am familiar with this agency's responses to those issues
14 arising from its provision of inpatient psychiatric care to prisoners of the CDCR. Many of those
15 issues have arisen in the course of the individual class actions underlying this Three-Judge Panel
16 proceeding, such as the selection and components of new prison sites, the recruitment and
17 retention of staff, the utilization of state hospital beds by CDCR inmates, the construction and/or
18 renovation of facilities within CDCR to provide inpatient care, the licensure of CDCR and DMH
19 mental health care facilities, the coordination of remedial efforts between the federal courts, the
20 implementation of AB 900, the resources to enable compliance with court orders.
21        8. Because I am an instrumental participant in the development of this agency's
22 responses to those issues of inpatient care to CDCR prisoners, I have received and reviewed
23 numerous documents discussing these issues and potential responses to these issues. The
24 documents reflect internal analysis, deliberation and discussion of these issues. I have
25 commonly
26 reviewed, if not prepared, draft or proposed responses to these issues and circulated those drafts
27 to other executive level staff and to attorneys for review and discussion. This agency maintains
28 such documents as privileged and confidential.

Supp. Decl. of Cindy Radavsky Re: Privileged Documents
3

1  9. I am also familiar with and participate in the state government processes for the development of this agency's budget, including the preparation of draft budget change proposals for internal review, the submission of those draft budget change proposals to the Department of Finance and the Office of the Governor, and ultimately the presentation of certain budget proposals to the Legislature during hearings.

10. I receive on a routine basis various documents containing legal opinions prepared by in-house counsel as well as outside counsel. These legal opinions address ongoing and anticipated litigation, including the pending class actions underlying this Three-Judge Panel proceeding as well as the CRIPA case, and the costs of such litigation.

11. I have caused documents in the possession of DMH to be provided to counsel for the Defendants in response to Plaintiffs' requests for production. These documents include draft unadopted planning documents, budget change proposal packages, draft memoranda of understanding, and communications with DMH's executive level, in house counsel, and outside counsel for Defendants regarding pending and anticipated litigation.

12. I understand Defendants' counsel has reviewed the privileged and non-privileged documents provided by the DMH in response to these requests for production. Defendants' counsel provided me with an additional document from the Department of Mental Health that was marked as protected by the deliberative process privilege in the revised privilege log of February 15, 2008. I personally reviewed this document. I found the document reveals proposed salaries for CDCR mental health clinicians. I recall this document was discussed in meetings within DMH and with the Office of the Governor during the development of a commensurate salary plan for DMH mental health clinicians. The document has also been used in analysis and discussion in preparation for union negotiations.

13. The document reveals and enabled pre-decisional analysis of administration and fiscal issues arising from the *Coleman* case and other agency issues.

I declare under penalty of perjury the foregoing is true and correct.

Executed on February 14, 2008, in Sacramento, California.

CYNTHIA A. RADAVSKY

Supp. Decl. of Cindy Radavsky Re: Privileged Documents

4

Deputy Director, Long-Term Care Services
Department of Mental Health

Supp. Decl. of Cindy Radavsky Re: Privileged Documents

5