| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>DAVID S. CHANEY<br>Chief Assistant Attorney General<br>FRANCES T. GRUNDER<br>Senior Assistant Attorney General<br>ROCHELLE C. EAST<br>Supervising Deputy Attorney General<br>LISA A. TILLMAN, State Bar No. 126424<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 327-7872<br>Fax: (916) 324-5205<br>Email: Lisa.Tillman@doj.ca.gov | HANSON BRIDGETT MARCUS<br>VLAHOS & RUDY, LLP<br>JERROLD C. SCHAEFER - 39374<br>PAUL B. MELLO - 179775<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 777-3200<br>Facsimile: (415) 541-9366<br>jschaefer@hansonbridgett.com<br>pmello@hansonbridgett.com |

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. C 01-1351 TEH<br><br>**SUPPLEMENTAL DECLARATION OF VINCENT P. BROWN REGARDING PRIVILEGED DOCUMENTS IDENTIFIED ON FEBRUARY 15, 2008 PRIVILEGE LOG** |

//

Supp. Dec. Brown, 2/15/08 Prvlg. Log

1

I, Vincent P. Brown, declare:

1. I am the Chief Deputy Director of the California Department of Finance. In this role, my responsibilities include reviewing the Governor's Budget before its presentation to the Legislature.

2. As delegated to me by the Director of Finance, I act for the Director as a member of the Public Works Board and the Pooled Money Investment Board. The Department of Finance also provides staff for both Boards. However, such entities are not parties to this litigation and, therefore, this declaration addresses only privileges pertinent to my role as Chief Deputy Director of the California Department of Finance.

3. I am familiar with the following matters and if called as a witness, I could and would testify competently to them.

4. I have reviewed Plaintiffs' requests for production of documents propounded upon Defendant Michael Genest in this Three-Judge Proceeding. I have also reviewed the responses to those requests. As noted in my declaration in support of the January 28, 2008 revised privilege log, I have previously determined that various documents in the possession of the Department are protected by the deliberative process privilege. I hereby incorporate by reference this January 28, 2008 declaration, and all statements, classifications, and determinations made therein.

5. In my capacity as Chief Deputy Director of the California Department of Finance, I am familiar with the Department's responsibilities within State government. The Department of Finance serves in an advisory role to the Office of the Governor. The Department advises the Office of the Governor on specific budget requests from state agencies each fiscal year as well as the overall condition of the State budget. The Department of Finance provides the fiscal analyses integral to developing the State budget each year. Further, the Department of Finance is responsible for overseeing constitutional, statutory, and court-ordered mandates for and limitations upon fiscal expenditures are followed. The Department also provides input on the drafting, development, and/or implementation of specific legislation to enable or limit government expenditures.

Supp. Dec. Brown, 2/15/08 Prvlg. Log

2

6. I am familiar with the Department of Finance's processes for reviewing budget change proposals and other fiscal requests submitted by State agencies for presentation to the Office of the Governor for final approval. Within the timeframe of the sought discovery propounded on the Director of Finance in this matter, the Department of Finance has received budget change proposals reflecting analyses of the resources needed to enable compliance with court orders in class action lawsuits pending against the California Department of Corrections and Rehabilitation (CDCR), the Department of Mental Health (DMH) and other state entities. Those class action cases include *Coleman v. Schwarzenegger*, USDC Eastern, Case No. 90-0520, *Plata v. Schwarzenegger,* USDC Northern, Case No. C-01-1351, *Armstrong v. Schwarzenegger,* USDC Northern, Case No. CV-94-2307, and *Perez v. Tilton,* USDC Northern, Case No. C-05-5241.

7. Even before submitting a budget change proposal to support compliance efforts, the named Defendants in the indicated class action suits will routinely provide the Department of Finance with proposed responses to the court orders issued in the those cases. The Department evaluates the fiscal viability and likely resources for the proposed plan. Given Michael Genest's status as a Defendant, in his official capacity, in the *Coleman* and *Plata* class actions, the Department is attuned to the courts' orders in these class actions and the proposed responses and resource needs of the Defendant state agencies.

8. Moreover, through executive level reports from the Office of the Governor and state agencies, the Department of Finance is apprized of and analyzes the ongoing costs of litigation involving State agencies and, in particular, of the present and potential resource needs arising from those matters. For instance, within the timeframe of the sought discovery propounded on the Director of Finance in this matter, the Department of Finance has received and generated reports concerning the means and costs of complying with specific court orders from the above-referenced class action suits, including orders to increase the salaries of health care providers, enhance information technology capabilities, create additional job classifications, provide a uniform pharmaceutical service, construct healthcare beds, construct in-fill and other beds for adult and juvenile offenders, enable disability access to prison facilities, and, more

Supp. Dec. Brown, 2/15/08 Prvlg. Log

1 generally, provide constitutionally adequate mental, medical and dental health care. Because these class action suits have similar, overarching issues, these documents often reveal discussions about an issue in more than one pending class action. These materials are maintained as privileged and confidential by the Department of Finance.

9. Department of Finance staff analyze the budget change proposals on their individual merits and within the larger context of overall State budget planning. The Department's deliberations are communicated in emails, fiscal summaries, and reports to the Office of the Governor. The Department also prepares draft letters responding to budget inquiries from state agencies, Legislative members, and other interested persons. I have routinely reviewed, if not prepared, proposed responses to those budget requests and inquiries, and circulated those proposed responses to other executive level staff within the Department of Finance and the Office of the Governor for discussion. These materials are maintained as privileged and confidential by the Department of Finance.

10. The Department of Finance's own internal analyses of constitutional and statutory spending mandates may be part of draft responses to budget change proposals, proposed responses to court orders, and draft letters to state agencies and Legislative members and their staff. I have routinely reviewed, if not prepared, such analyses of constitutional and statutory mandates for fiscal resources and circulated those analyses to other executive level staff within the Department of Finance and the Office of the Governor for review and discussion. These materials are maintained as privileged and confidential by the Department of Finance.

11. Those privileged and non-privileged documents in the possession of the Department of Finance that are responsive to Plaintiffs' requests for production of documents by Defendant Michael Genest in this Three-Judge Panel proceeding have been provided to Defendants' counsel.

12. I understand Defendants' counsel has reviewed the privileged and non-privileged documents provided by the Department of Finance in response to these requests for production. Defendants' counsel provided me with electronic access and, as to those documents from the Department that were not in electronic format, paper copies of those documents from the

Supp. Dec. Brown, 2/15/08 Prvlg. Log

1  Department of Finance that were marked as protected by the deliberative process privilege in the
2  privilege log of February 15, 2008.
3      13.    Defendants' counsel also provided me with a privilege log detailing which of the
4  Department of Finance documents were marked as protected by the deliberative process
5  privilege. I personally reviewed all of those documents that were identified on that log as
6  protected by the deliberative process privilege.
7      14.    In reviewing the documents marked as protected under the deliberative process
8  privilege, I found the following categories of information revealed in those documents:
9      (a)    Issues pending in the *Coleman, Plata,* and *Perez* class action cases, and the Three-
10 Judge Panel proceeding. This category consists of documents discussing the significance,
11 analysis and implementation of court orders issued in class action cases against CDCR and other
12 state entities, such as the *Coleman, Plata,* and *Perez* orders (including the recruitment and
13 retention plans, pay parity plans, pharmaceutical services plan, adult and juvenile offender bed
14 needs and plans, state hospital bed needs and plans, facility management organizational
15 structures, San Quentin condemned unit plans, out-of-state bed plan), budget measures and
16 mechanisms to support those responses to court orders, proposed bill language to enable certain
17 responses to court orders, corollary lawsuits impacting compliance with court orders (such as a
18 pending state court action challenging AB 900), and writings discussing the fiscal impact of
19 ongoing and proposed responses to court orders in these cases.
20     (b)    Prison reform policy issues: This category consists of documents discussing the
21 Administration's response to the CDCR population issue. These documents discuss issues
22 related to the Governor's Rehabilitation Strike Team, parole reform options, sentencing
23 commission proposals, AB 900 funding mechanisms and missions, and costs and savings
24 involved in reducing recidivism.
25     (c)    Budget Issues: This category consists of documents discussing individual budget
26 requests and the overall status of the State budget, including proposed mid-year cuts,
27 appropriation language to address court orders issued in the class action cases against CDCR,
28 proposed language regarding AB 900, and draft responses to inquiries from legislative staff

Supp. Dec. Brown, 2/15/08 Prvlg. Log

5

1  concerning pending or proposed requests for funding to enable certain responses to class action court orders.

15. The persons who were sent and received these documents were executive-level staff of the Department of Finance, senior management level staff of the Department of Finance (Program Budget Managers or Assistant Program Budget Managers) that are responsible for CDCR and DMH budget planning or the capital outlay budget-planning for CDCR and DMH, and staff responsible for fiscal oversight or coordination of responses to the various class action court orders, and in-house counsel of the Department of Finance.

16. Because these documents specifically pertain to the Department of Finance's deliberations concerning the fiscal impact and possible means of resolving the issues in the *Coleman, Plata,* and *Perez* class action cases as well as the Three-Judge Panel proceeding, these documents demonstrate internal Department of Finance deliberation of matters within the realm of government decisionmaking.

I declare under penalty of perjury the foregoing is true and correct.

Dated: February 15, 2008                By: /s/ Vincent P. Brown

VINCENT P. BROWN
Chief Deputy Director
California Department of Finance

decbrownsupp1.28
SF2007200670

Supp. Dec. Brown, 2/15/08 Prvlg. Log

6