**EXHIBIT B**

Renju P. Jacob

| | |
|---|---|
| **From:** | Sara Norman [snorman@prisonlaw.com] |
| **Sent:** | Thursday, February 14, 2008 5:05 PM |
| **To:** | 'Lori E. Rifkin'; Paul B. Mello |
| **Cc:** | 'Rochelle East'; 'Charles Antonen'; 'Samantha Tama'; Renju P. Jacob; 'Lisa Tillman'; 'Misha Igra' |
| **Subject:** | RE: Plata/Coleman -- Meet and Confer re Privilege Logs |

We'd also prefer to meet in San Francisco on the 21st, if possible.

--Sara

-----Original Message-----
From: Lori E. Rifkin [mailto:LRifkin@rbg-law.com]
Sent: Thursday, February 14, 2008 4:37 PM
To: Paul B. Mello
Cc: Rochelle East; Charles Antonen; Samantha Tama; Renju P. Jacob; Lisa Tillman; Misha Igra; Sara Norman; Coleman Team - RBG Only
Subject: RE: Plata/Coleman -- Meet and Confer re Privilege Logs

Paul,

In answer to your questions:

1) If defendants are available on February 21, we propose filing a joint stipulation and proposed order for a one-day extension of the meet and confer deadline due to counsel availability.

2) By "form," I was referring to logistics - where the meet and confer should take place and what individuals from defendants' end need to be there in order to meaningfully discuss the logs and documents, and negotiate disputes.

Sincerely,

Lori Rifkin
Associate
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
415-433-6830 (tel)
415-433-7104 (fax)
lrifkin@rbg-law.com


CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at the above address.

IRS CIRCULAR 230 NOTICE

As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


-----Original Message-----
From: Paul B. Mello [mailto:Pmello@hansonbridgett.com]
Sent: Thursday, February 14, 2008 3:30 PM
To: Lori E. Rifkin
Cc: Rochelle East; Charles Antonen; Samantha Tama; Renju P. Jacob; Lisa Tillman; Misha

1

Subject: Plata/Coleman -- Meet and Confer re Privilege Logs

Lori,

I received your voicemail regarding meeting and conferring on the privilege logs.  Because I will not be able to speak with you regarding this matter until Tuesday, can you please let me know the following:

(1) What are you proposing regarding Magistrate Moulds's February 20, 2008 deadline;
(2) What do you mean regarding the "form of the meet and confer?"

Thanks.

Paul

------------------------------

> Paul Mello
Partner
> Hanson Bridgett
425 Market Street, 26th Floor
> San Francisco, CA 94105
> Email: pmello@hansonbridgett.com
> Direct Dial: 415-995-5883
> Facsimile: 415-995-3424
>
>

***************************
This communication, including any attachments, is confidential and may be protected by privilege.  If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any
attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.
***************************