**EXHIBIT D**

**Renju P. Jacob**

| | |
|---|---|
| **From:** | Paul B. Mello |
| **Sent:** | Thursday, February 14, 2008 10:52 PM |
| **To:** | 'Lori E. Rifkin' |
| **Cc:** | Rochelle East; Charles Antonen; Samantha Tama; Renju P. Jacob; Lisa Tillman; Misha Igra; Sara Norman; Anne Johnson |
| **Subject:** | RE: Plata/Coleman -- Meet and Confer re Privilege Logs |

Lori,

Thank you for your quick response to my email. As I understand it, Plaintiffs' counsel - you and Ms. Norman - would like to schedule an in person meet and confer session. However, due to Ms. Norman's availability, Plaintiffs' counsel would like to schedule this meet and confer session for the afternoon of February 21 in San Francisco - or after the deadline set by Magistrate Moulds.

For the reasons set forth below, Defendants do not believe that an extension of the February 20 deadline to meet and confer is necessary. However, if Plaintiffs wish to seek an extension from Magistrate Moulds until February 21 to meet and confer, Defendants would not oppose such a request.

Defendants also believe that it is not necessary, or advisable, for Plaintiffs to wait for an in person meeting on February 21 to begin the meet and confer process. Rather, and in order to expedite the process, Defendants request that Plaintiffs send Defendants a meet and confer letter identifying those entries on the 2-15-08 logs that they believe are deficient. This will allow Defendants to fully consider and evaluate Plaintiffs' contentions. At that point an in person meet and confer session may be appropriate. On the other hand, an in person meet and confer session before Plaintiffs have identified specific entries on the privilege logs, and before Defendants have considered Plaintiffs contentions, is premature.

As you can tell from reviewing the revised privilege logs, and from the volume of documents that have been produced to Plaintiffs, Defendants have spent an enormous amount of time and money responding to Plaintiffs' extremely broad electronic discovery requests. That said, Defendants look forward to meeting and conferring in good faith with Plaintiffs regarding specific entries on the revised privilege logs.

Sincerely,

Paul Mello


-----Original Message-----
From: Lori E. Rifkin [mailto:LRifkin@rbg-law.com]
Sent: Thursday, February 14, 2008 4:37 PM
To: Paul B. Mello
Cc: Rochelle East; Charles Antonen; Samantha Tama; Renju P. Jacob; Lisa Tillman; Misha Igra; Sara Norman; Coleman Team - RBG Only
Subject: RE: Plata/Coleman -- Meet and Confer re Privilege Logs

Paul,

In answer to your questions:

1) If defendants are available on February 21, we propose filing a joint stipulation and proposed order for a one-day extension of the meet and confer deadline due to counsel availability.

2) By "form," I was referring to logistics - where the meet and confer should take place and what individuals from defendants' end need to be there in order to meaningfully discuss the logs and documents, and negotiate disputes.

Sincerely,

1

Lori Rifkin
Associate
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
415-433-6830 (tel)
415-433-7104 (fax)
lrifkin@rbg-law.com


CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at the above address.

IRS CIRCULAR 230 NOTICE

As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


-----Original Message-----
From: Paul B. Mello [mailto:Pmello@hansonbridgett.com]
Sent: Thursday, February 14, 2008 3:30 PM
To: Lori E. Rifkin
Cc: Rochelle East; Charles Antonen; Samantha Tama; Renju P. Jacob; Lisa Tillman; Misha Igra
Subject: Plata/Coleman -- Meet and Confer re Privilege Logs

Lori,

I received your voicemail regarding meeting and conferring on the privilege logs. Because I will not be able to speak with you regarding this matter until Tuesday, can you please let me know the following:

(1) What are you proposing regarding Magistrate Moulds's February 20, 2008 deadline;
(2) What do you mean regarding the "form of the meet and confer?"

Thanks.

Paul

------------------------------

Paul Mello
Partner
Hanson Bridgett
425 Market Street, 26th Floor
San Francisco, CA 94105
Email: pmello@hansonbridgett.com
Direct Dial: 415-995-5883
Facsimile: 415-995-3424



***************************
This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

2

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.
****************************