**EXHIBIT L**

**Renju P. Jacob**

| | |
|---|---|
| **From:** | Sara Norman [snorman@prisonlaw.com] |
| **Sent:** | Monday, February 25, 2008 11:42 AM |
| **To:** | Paul B. Mello |
| **Cc:** | 'Rochelle East'; 'Lisa Tillman'; 'Misha Igra'; 'Charles Antonen'; Renju P. Jacob; Jerrold C. Schaefer; 'Coleman Team - RBG Only'; 'Donald Specter'; 'Lori E. Rifkin' |
| **Subject:** | improperly withheld attorney-client documents |

Paul –

I have a few additions to the lists I sent you 12 hours ago, of improperly withheld attorney-client documents for which (a) no attorney is listed or (b) outsiders to the attorney-client relationship are included.  Here are what I believe to be the complete lists.

Again, please inform us whether you agree that they were improperly withheld and, if so, provide them immediately on making that determination.

--Sara

<u>No attorney as author or recipient</u>
E00000613
E00001100
E00003041
E00003179
E00003509
E00007081
E00011365
E00013223
E00014065
E00019816
E00020731
E00022698
E00022699
E00028654
E00033473
E00044198
E00045366
E00045435
E00045923
E00046768
E00082958
E00084503
E00084734
E00095838
E00099404

<u>No privilege: outsiders included as authors or recipients</u>
E00001660
E00001661
E00001662
E00009455

E00009516
E00012812
E00012813
E00012814
E00012965
E00012966
E00012967
E00012968
E00017410
E00020277
E00020512
E00045134
E00045546
E00045809
E00045913
E00045916
E00045948
E00046957
E00046958
E00046959
E00046960
E00046962
E00046963
E00046964
E00046966
E00046967
E00046968
E00046983
E00046988
E00046989
E00082860
E00083812
E00099414
E00099415
E00099569
E00099573
E00099577
E00099578

*****************************
This communication, including any attachments, is confidential and may be protected by privilege

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice cont

The foregoing applies even if this notice is embedded in a message that is forwarded or attached
*****************************

2/25/2008