1  PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
General Delivery
3  San Quentin, California 94964
Telephone: (415) 457-9144
4
BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

5  ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 096891
6  JANE KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
7  315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830
8
HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

9  THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
10  LEWIS BOSSING, Bar No. 227402
600 Harrison Street, Suite 120
11  San Francisco, CA 94107
Telephone: (415) 864-8848
12

13  Attorneys for Plaintiffs

14

15  IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

16

17  RALPH COLEMAN,

18      Plaintiff,

19  vs.

20  ARNOLD SCHWARZENEGGER, et al.,

21      Defendants

22

23

24

25

26

27

28

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. Civ. S 90-0520 LKK-JFM

**STIPULATION CONFIRMING
UNDISPUTED ATTORNEYS' FEES
AND COSTS FOR THE THIRD
QUARTER OF 2007**

1    On March 19, 1996, the District Court established procedures by which plaintiffs

2  are to collect periodic attorneys' fees and costs in this case in connection with their work

3  monitoring defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Third

5  Quarter of 2007 to defendants via overnight Federal Express on November 15, 2007.  The

6  parties completed their meet-and-confer process on February 8, 2008.

7    The parties agree to the payment of $377,365.85 in fees and costs incurred during the

8  Third Quarter of 2007.  Attached hereto as Exhibit A are charts setting forth the undisputed

9  fees and costs due and owing for the Third Quarter of 2007.

10    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that

11  $377,365.85 plus interest is due and collectable as of 45 days from the date of entry of this

12  Order.  Daily Interest runs from December 17, 2007 at the rate of 3.20%.

13

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $377,365.85 | 3.20 % | $33.08 | December 17, 2007 |

16  (Interest accrues at the rate provided by 28 U.S.C. § 1961.)

17

18  IT IS SO STIPULATED.

19

20  DATED: 2/26/08

21    Misha D. Igra, Esq.
     Deputy Attorney General
22    Attorney for Defendants

23  DATED:  February 25, 2008

     /s/ Amy Whelan
24    Amy Whelan, Esq.
     Rosen, Bien & Galvan, LLP
25    Attorneys for Plaintiffs

26

27

28

H:\489\5\pleading\
Stip-3rd-Qtr2007 2-12-08 (489-5)

-1-    STIPULATION CONFIRMING UNDISPUTED
        ATTORNEYS' FEES AND COSTS FOR THE THIRD
        QUARTER OF 2007

Exhibit A

**Coleman v. Schwarzenegger**
**Third Quarterly Statement of 2007**
**July 1, 2007 through September 30, 2007**

**SUMMARY OF UNDISPUTED FEES AND COSTS**

|  | CLAIMED | |
|---|---|---|
|  | **FEES** | **COSTS** |
| **MONITORING** | $ 304,504.45 | $ 28,729.25 |
| **MONITORING FEES ON FEES** | $ 42,937.65 | $ 1,194.50 |
| **TOTALS:** | **$ 347,442.10** | **$ 29,923.75** |

**TOTAL UNDISPUTED FEES AND COSTS**    **$ 377,365.85**

*Monitoring Work - 489-3*

## Coleman v. Schwarzenegger
### Summary Of Undisputed Fees - Third Quarterly Statement, 2007
### July 1, 2007 through September 30, 2007

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | PLRA Rate | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | |
| Michael W. Bien (MWB) | 179.20 | 179.20 | 86.60 | 46.40 | 3.00 | 37.20 | 139.00 | $169.50 | $23,560.50 | $6,305.40 |
| Ernest Galvan (EG) | 6.80 | 6.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $169.50 | — | — |
| Jane E. Kahn (JEK) | 349.20 | 346.60 | 71.70 | 53.50 | 6.40 | 11.80 | 328.40 | $169.50 | $55,663.80 | $2,000.10 |
| Gay C. Grunfeld (GCG) | 7.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $169.50 | — | — |
| Thomas Nolan (TN) | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $169.50 | — | — |
| Holly M. Baldwin (HMB) | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $169.50 | — | — |
| Anne Mania (AHM) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $169.50 | — | — |
| Amy E. Whelan (AEW) | 91.70 | 87.80 | 25.70 | 15.80 | 1.70 | 8.20 | 77.90 | $169.50 | $13,204.05 | $1,389.90 |
| F. Nura Maznavi (FNM) | 1.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $169.50 | — | — |
| Kenneth M. Walczak (KMW) | 8.80 | 7.90 | 2.40 | 2.00 | 0.20 | 0.20 | 7.50 | $169.50 | $1,271.25 | $33.90 |
| Lori E. Rifkin (LER) | 173.70 | 169.20 | 113.10 | 47.40 | 2.80 | 62.90 | 103.50 | $169.50 | $17,543.25 | $10,661.55 |
| Loren Stewart (LGS) | 1.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $169.50 | — | — |
| Sarah L. Laubach (SML) | 181.60 | 174.50 | 128.30 | 94.60 | 10.70 | 23.00 | 140.80 | $169.50 | $23,865.60 | $3,898.50 |
| Shirley Huey (SH) | 21.40 | 21.40 | 21.10 | 6.10 | 2.00 | 13.00 | 6.40 | $169.50 | $1,084.80 | $2,203.50 |
| Sofia A. Millham (SAM) | 283.70 | 227.10 | 77.40 | 47.90 | 9.00 | 20.50 | 197.60 | $169.50 | $33,493.20 | $3,474.75 |
| Pamela Derrico (PD) | 0.80 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $169.50 | — | — |
| Sumana Cooper (SC) | 42.60 | 18.50 | 9.20 | 0.20 | 9.00 | 0.00 | 9.50 | $160.00 | $1,520.00 | — |
| Katherine Johnson-Silk (KJS) | 80.10 | 77.60 | 23.60 | 22.80 | 0.80 | 0.00 | 76.80 | $160.00 | $12,288.00 | $0.00 |
| Maya Weltman-Fahs (MWF) | 9.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $160.00 | — | — |
| Sean Donovan (SD) | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $160.00 | — | — |
| Katie Richardson (KMR) | 243.05 | 212.45 | 60.10 | 44.40 | 5.00 | 10.70 | 196.75 | $160.00 | $31,480.00 | $1,712.00 |
| Melanie Wilkinson (MEW) | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $150.00 | — | — |
| Ritika S. Aggarwal (RSA) | 204.10 | 161.10 | 39.80 | 30.20 | 5.40 | 4.20 | 151.50 | $150.00 | $22,725.00 | $630.00 |
| Kaylie T. Simon (KTS) | 3.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $150.00 | — | — |
| Matthew Harrison (MRH) | 2.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $150.00 | — | — |
| Haruka Roudebush (HR) | 21.00 | 17.50 | 15.10 | 0.20 | 1.30 | 13.60 | 0.00 | $150.00 | — | $2,040.00 |
| Marisa C. Diaz (MCD) | 1.80 | 2.60 | 0.00 | 0.00 | 0.00 | 0.00 | 2.60 | $150.00 | $390.00 | — |
| **RBG Totals:** | 1917.95 | 1700.85 | 675.00 | 412.40 | 57.30 | 205.30 | 1438.25 | | $238,089.45 | $34,349.60 |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Donald Specter (DS) | 1.90 | 1.90 | 0.50 | 0.00 | 0.00 | 0.50 | 1.40 | $169.50 | $237.30 | $84.75 |
| Steven Fama (SF) | 1.60 | 1.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1.60 | $169.50 | $271.20 | — |
| Ivan Trujillo (IT) | 217.40 | 217.40 | 2.00 | 1.10 | 0.90 | 0.90 | 216.50 | $169.50 | $36,696.75 | $152.55 |
| Vibeke Martin (VM) | 0.90 | 0.90 | 0.00 | 0.00 | 0.00 | 0.00 | 0.90 | $169.50 | $152.55 | — |
| Noor Dawood (ND) | 0.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | $160.00 | $80.00 | — |
| John McCurley (JM) | 10.90 | 10.90 | 0.00 | 0.00 | 0.00 | 0.00 | 10.90 | $160.00 | $1,744.00 | — |
| Rebecca Rees (RR) | 137.10 | 137.10 | 3.10 | 2.60 | 0.50 | 0.00 | 136.60 | $160.00 | $21,856.00 | — |
| Tobias Smith (TS) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $160.00 | $16.00 | — |
| **PLO Totals:** | 370.40 | 370.40 | 5.60 | 3.70 | 0.50 | 1.40 | 368.50 | | $61,053.80 | $237.30 |
| **Employment Law Center** | | | | | | | | | | |
| Claudia Center | 3.31 | 3.31 | 0.00 | 0.00 | 0.00 | 0.00 | 3.31 | $169.50 | $561.05 | — |
| Lewis Bossing | 17.70 | 17.70 | 1.70 | 1.70 | 0.00 | 0.00 | 17.70 | $169.50 | $3,000.15 | — |
| Alison Ponder (Law Clerk) | 10.50 | 10.50 | 0.00 | 0.00 | 0.00 | 0.00 | 10.50 | $100.00 | $1,050.00 | — |
| Rebecca Von Behren | 7.50 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | $100.00 | $750.00 | — |
| **ELC Hours:** | 39.01 | 39.01 | 1.70 | 1.70 | 0.00 | 0.00 | 39.01 | | $5,361.20 | — |
| **Total Monitoring - All Offices** | 2327.36 | 2110.26 | 682.30 | 417.80 | 57.80 | 206.70 | 1845.76 | | $304,504.45 | $34,586.90 |

*Fees Work - 489-5*

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Third Quarterly Statement, 2007
July 1, 2007 through September 30, 2007

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | Rate | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | |
| Michael W. Bien (MWB) | 8.70 | 8.70 | 4.70 | 4.70 | 0.00 | 0.00 | 8.70 | $ 169.50 | $ 1,474.65 | $ - |
| Jane E. Kahn (JEK) | 0.60 | 0.60 | 0.50 | 0.50 | 0.00 | 0.00 | 0.60 | $ 169.50 | $ 101.70 | $ - |
| Ernest Galvan (EG) | 16.10 | 16.10 | 12.50 | 12.50 | 0.00 | 0.00 | 16.10 | $ 169.50 | $ 2,728.95 | $ - |
| Thomas Nolan (TN) | 0.60 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | $ 169.50 | $ 101.70 | $ - |
| Amy E. Whelan (AEW) | 109.50 | 109.10 | 66.00 | 43.00 | 23.00 | 0.00 | 86.10 | $ 169.50 | $ 14,593.95 | $ - |
| Kenneth M. Walczak (KMW) | 2.40 | 2.20 | 0.00 | 0.00 | 0.00 | 0.00 | 2.20 | $ 169.50 | $ 372.90 | $ - |
| Lori E. Rifkin (LER) | 3.30 | 2.80 | 0.50 | 0.50 | 0.00 | 0.00 | 2.80 | $ 169.50 | $ 474.60 | $ - |
| Sarah L. Laubach (SML) | 9.80 | 9.80 | 0.00 | 0.00 | 0.00 | 0.00 | 9.80 | $ 169.50 | $ 1,661.10 | $ - |
| Pamela Derrico (PD) | 134.20 | 109.00 | 24.50 | 24.50 | 0.00 | 0.00 | 109.00 | $ 169.50 | $ 18,475.50 | $ - |
| Sofia A. Milliam (SAM) | 2.60 | 0.80 | 0.80 | 0.80 | 0.00 | 0.00 | 0.80 | $ 169.50 | $ 135.60 | $ - |
| Katherine Johnson-Silk (KJS) | 1.70 | 1.70 | 0.70 | 0.70 | 0.00 | 0.00 | 1.70 | $ 160.00 | $ 272.00 | $ - |
| Sean Donovan (SD) | 5.40 | 3.70 | 0.00 | 0.00 | 0.00 | 0.00 | 3.70 | $ 160.00 | $ 592.00 | $ - |
| Katie Richardson (KMR) | 3.40 | 3.30 | 1.80 | 1.80 | 0.00 | 0.00 | 3.30 | $ 160.00 | $ 528.00 | $ - |
| Ritka S. Aggarwal (RSA) | 1.60 | 1.60 | 0.00 | 0.00 | 0.00 | 0.00 | 1.60 | $ 150.00 | $ 240.00 | $ - |
| **RBG Totals:** | 299.90 | 270.00 | 112.00 | 89.00 | 23.00 | 0.00 | 247.00 | | $ 41,752.65 | $ - |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 7.90 | 7.90 | 0.00 | 0.00 | 0.00 | 0.00 | 7.90 | $ 150.00 | $ 1,185.00 | $ - |
| **PLO Totals:** | 7.90 | 7.90 | 0.00 | 0.00 | 0.00 | 0.00 | 7.90 | | 1185.00 | $ - |
| **Total Fees - All Offices** | 307.80 | 277.90 | 112.00 | 89.00 | 23.00 | 0.00 | 254.90 | | $ 42,937.65 | $ - |

## Coleman v. Schwarzenegger
### Summary Of Undisputed Costs - Third Quarterly Statement, 2007
### July 1, 2007 through September 30, 2007

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | OVR Still in Disputed |
|---|---|---|---|---|---|---|
| **Matter: 489-3 (Monitoring)** | | | | | | |
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (In-house @.20) | $ 10,191.20 | $ - | $ - | $ - | $ 10,191.20 | $ - |
| Photocopying (outside services) | $ 6,091.82 | $ - | $ - | $ - | $ 6,091.82 | $ - |
| International Effectiveness - Translation Spanish/English | $ 238.00 | $ - | $ - | $ - | $ 238.00 | $ - |
| Online Research - Pacer | $ 244.88 | $ 244.88 | $ 244.88 | $ - | $ 244.88 | $ - |
| DVD transcription of Senate Budget Hearing | $ 15.00 | $ - | $ - | $ - | $ 15.00 | $ - |
| Kohler & Associates Services | $ 750.00 | $ 750.00 | $ - | $ - | $ - | $ 750.00 |
| Bell Ball, CSR - transcript of 9/24/07 Hearing | $ 474.95 | $ - | $ - | $ - | $ 474.95 | $ - |
| NPR Transcripts re Prison Population | $ 3.95 | $ 3.95 | $ - | $ 3.95 | $ 3.95 | $ - |
| Postage & Delivery | $ 2,066.09 | $ - | $ - | $ - | $ 2,066.09 | $ - |
| Telephone | $ 257.03 | $ - | $ - | $ - | $ 257.03 | $ - |
| Material for Ralph Coleman | $ 30.00 | $ - | $ - | $ - | $ 30.00 | $ - |
| Westlaw | $ 3,392.52 | $ - | $ - | $ - | $ 3,392.52 | $ - |
| Telefax | $ 7.00 | $ - | $ - | $ - | $ 7.00 | $ - |
| Travel | $ 744.68 | $ 243.71 | $ 135.67 | $ 108.04 | $ 636.64 | $ - |
| **RBA Totals:** | $ 24,507.12 | $ 1,242.54 | $ 384.50 | $ 108.04 | $ 23,649.08 | $ 750.00 |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (In-house @.20) | $ 2,013.40 | $ - | $ - | $ - | $ 2,013.40 | $ - |
| Travel | $ 2,034.92 | $ - | $ - | $ - | $ 2,034.92 | $ - |
| International Effectiveness for letter translation | $ 80.00 | $ - | $ - | $ - | $ 80.00 | $ - |
| Telefax | $ 84.00 | $ - | $ - | $ - | $ 84.00 | $ - |
| Postage & Delivery | $ 864.89 | $ - | $ - | $ - | $ 864.89 | $ - |
| Telephone | $ 2.96 | $ - | $ - | $ - | $ 2.96 | $ - |
| **Totals:** | $ 5,080.17 | $ - | $ - | $ - | $ 5,080.17 | $ - |
| **Total Monitoring Costs:** | $ 29,587.29 | $ 1,242.54 | $ 384.50 | $ 108.04 | $ 28,729.25 | $ 750.00 |
| ***Matter: 489-5 (Monitoring Fees on Fees)*** | | | | | | |
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (In-house @.20) | $ 496.20 | $ - | $ - | $ - | $ 496.20 | $ - |
| Photocopying (outside services) | $ 179.08 | $ - | $ - | $ - | $ 179.08 | $ - |
| Westlaw | $ 343.15 | $ - | $ - | $ - | $ 343.15 | $ - |
| Meals | $ 70.16 | $ - | $ - | $ - | $ 70.16 | $ - |
| Online Research - Pacer | $ 8.48 | $ - | $ - | $ - | $ 8.48 | $ - |
| Postage & Delivery | $ 61.94 | $ - | $ - | $ - | $ 61.94 | $ - |
| Telephone | $ 35.49 | $ - | $ - | $ - | $ 35.49 | $ - |
| **Total Fees Costs:** | $ 1,194.50 | $ - | $ - | $ - | $ 1,194.50 | $ - |
| **TOTAL UNDISPUTED COSTS** | $ 30,781.79 | $ 1,242.54 | $ 384.50 | $ 108.04 | $ 29,923.75 | $ 750.00 |