| | |
|---|---|
| 1 | ROD PACHECO |
| | District Attorney, County of Riverside |
| 2 | 4075 Main Street, First Floor |
| | Riverside, California  92501 |
| 3 | Telephone:  (760) 863-8436 |
| | Fax:  (951) 955-0190 |
| 4 | William E. Mitchell |
| | Assistant District Attorney |
| 5 | (CSB # 108483) |
| 6 | Attorneys for District Attorney Defendant Intervenors |

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No:  CIV S-90-0520 LKK JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | [E.D.L.R. 83-182 (c)(1)] |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | Case No.:  C01-1351 THE |
| MARCIANO PLATA, et al., | **THREE-JUDGE COURT** |
| Plaintiffs, | |
| vs. | NOTICE OF APPEARANCE OF COUNSEL AND CHANGE IN DESIGNATION OF COUNSEL FOR SERVICE |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that William C. Hughes is no longer primary counsel or designated counsel for service.  The undersigned counsel is now primary counsel of record and designated counsel for service for the District Attorney Defendant Intervenors.  Pursuant to Federal Rule of Civil Procedure, rule 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

>  William E. Mitchell
>  Assistant District Attorney
>  Riverside County District Attorney's Office
>  4075 Main Street

-1-

```
                    Riverside, CA  92501
                    (760) 863-8436
                    wemitchell@rivcoda.org

DATED:   March 3, 2008              ROD PACHECO, DISTRICT ATTORNEY
                                    COUNTY OF RIVERSIDE

                                    By:_____/s/_____
                                        WILLIAM E. MITCHELL
                                        Attorneys for District Attorney Intervenors

                                        ROD PACHECO, District Attorney
                                        County of Riverside
                                        BONNIE M. DUMANIS, District Attorney,
                                        County of San Diego
                                        TONY RACKAUCKAS, District
                                        Attorney, County of Orange
                                        JAN SCULLY, District Attorney
                                        County of Sacramento
                                        CHRISTIE STANLEY, District Attorney,
                                        County of Santa Barbara
                                        MICHAEL A. RAMOS, District Attorney,
                                        County of San Bernardino
                                        ROBERT J. KOCHLY, District Attorney,
                                        County of Contra Costa
                                        DAVID W. PAULSON, District Attorney,
                                        County of Solano
                                        GREGG COHEN, District Attorney,
                                        County of Tehama
                                        TODD RIEBE, District Attorney,
                                        County of Amador
                                        BRADFORD R. FENOCCHIO, District
                                        Attorney, County of Placer
                                        JOHN R. POYNER, District Attorney,
                                        County of Colusa
                                        MICHAEL RAMSEY, District Attorney,
                                        County of Butte
                                        GERALD T. SHEA, District Attorney,
                                        County of San Luis Obispo
                                        EDWARD R. JAGELS, District Attorney,
                                        County of Kern
                                        GREGORY TOTTEN, District Attorney,
                                        County of Ventura
                                        VERN PIERSON, District Attorney
                                        County of El Dorado
                                        CLIFFORD NEWELL, District Attorney
                                        County of Nevada
                                        RONALD L. CALHOUN, District Attorney
                                        County of Kings
                                        DONALD SEGERSTROM, District
                                        Attorney, County of Tuolumne
```