PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>  Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>  Defendants. | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br>No. C01-1351 TEH<br><br>**DECLARATION OF SARA NORMAN IN SUPPORT OF JOINT LIST OF DISPUTED DOCUMENTS**<br><br>Date:    March 12, 2008<br>Time:   11:00 a.m.<br>Place:   Courtroom 26<br>Judge:  Hon. John F. Moulds, Magistrate Judge |
| MARCIANO PLATA, et al.,<br>  Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>vs.<br>  Defendants. | |

I, Sara Norman, hereby declare:

1. I am a member of the Bar of this Court and a staff attorney at the Prison Law Office, one of the counsel of record for the plaintiffs in this action. I have personal

-1-
NORMAN DECL. ISO JOINT LIST OF DISPUTED DOCUMENTS – Case No. C01-1351 TEH

1  knowledge of the matters set forth herein and if called as a witness I could and would
2  competently so testify.
3      2.   Attached hereto as Exhibit A is a true and correct copy of an email from
4  Samantha Tama, counsel for defendants, to plaintiffs' counsel, sent at 4:08 p.m. on
5  Thursday, March 6.
6      3.   Attached hereto as Exhibit B is a true and correct copy of an email from Paul
7  Mello, counsel for defendants, to plaintiffs' counsel, sent at 2:13 p.m. on Friday, March 7.
8      4.   Attached hereto as Exhibit C is a list of all the documents for which
9  defendants claim attorney-client privilege that plaintiffs contest.
10     5.   The Court-ordered meet and confer regarding defendants' claims of attorney-
11 client privilege took place at defendants' request on March 5 at 2:30 p.m.  At that meeting,
12 defendants' counsel had no information to provide and not a single response to any
13 documents plaintiffs had contested on February 25.  As a result, there was nothing for the
14 parties to negotiate, and no conclusions or agreements could be reached.
15     6.   Plaintiffs' counsel began diligently to review defendants' substantive
16 responses immediately upon receipt on March 6 at 4:08 p.m. and March 7 at 2:05 p.m., but
17 were not able to identify with specificity all of the problems and inadequacies with
18 defendants' responses until shortly before the present statement was due, rendering further
19 negotiation impossible.
20     I declare under penalty of perjury under the laws of the State of California and of the
21 United States of America that the foregoing is true and correct, and that this declaration was
22 executed March 7, 2008, in San Rafael, California.

/s/
Sara Norman