# EXHIBIT B

Sara Norman

| From: | Paul B. Mello [Pmello@hansonbridgett.com] |
|---|---|
| Sent: | Friday, March 07, 2008 2:13 PM |
| To: | Sara Norman; lrifkin@rbg-law.com |
| Cc: | Renju P. Jacob; Rochelle East; Lisa.Tillman@doj.ca.gov; Misha.Igra@doj.ca.gov; Samantha D. Tama |
| Subject: | RE: Document List |

Sara,

Here is Defendants' response:

E00001100 -- Defendants do not agree to produce this document. It is an email and attachments sent by Joyce Hayhoe to Chris Ryan, Bob Gore, Deborah Hysen, Kathy Jett, Mimi Budd, Bruce Slavin, Chris Swanberg, Steve Kessler, and Bud Prunty. The document is protected by the attorney-client and deliberative process privileges.

E00003041 -- Defendants do not agree to produce this document. It is attached to an email communication and is a draft letter from Lisa Tillman to Special Master Keating. The document is protected attorney work product and is protected by the attorney-client and deliberative process privileges.

E00007081 -- Defendants do not agree to produce this document. It is an email and attachments sent by Deborah Hysen to Ben Rice. The document is protected by the attorney-client privilege.

E00020731 -- Defendants previously produced this document with redactions on February 4, 2008. Defendants do not agree to produce this document without redactions. It is a communication between H.D. Palmer, Zlatko Theodorovic, Greg Rogers, Mike Genest, Vince Brown and Aaron Mclear. The document is protected by the deliberative process privilege.

E00022698 -- Defendants agree to produce this document.

E00033473 -- Defendants agree to produce this document.

E00046768 -- Defendants do not agree to produce this document. It is an email between Tim Fishback, Shama Chaiken, Doug McKeever, and Lisa Tillman. The document is protected by the attorney-client privilege.

E00082958 -- Defendants agree that this document is not protected by the attorney-client privilege. It is, however, protected by the deliberative process privilege as it is a communication between Chris Kahn, Eric Csizmar, Vince Brown, Cynthia Bryant, Mike Genest and Fred Klass.

E00084503 --Defendants previously produced this document with redactions on February 4, 2008. Defendants do not agree to produce this document without redactions as it contains an attorney-client communication from Misha Igra to Andrea Hoch, Ben Rice, Louis Mauro and Bob Gore.

1

email and attachment sent by Curt Stracener to Andrea Hoch. The document is protected work product and is protected by the attorney-client and deliberative process privileges.

E00020277 -- Defendants do not agree to produce this document. It is a draft document with proposed changes that was sent and received by Karen Finn, Deborah Cregger, and Jim Martone. The document is protected work product and is protected by the attorney-client and deliberative process privileges.

E00099569 -- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Molly Arnold, Vince Brown, Todd Jerue, and Sarah Mangum. The document is protected work product and is protected by the attorney-client and deliberative process privileges.

E00099573 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Jim Tilton, and Vince Brown. The document is protected work product and is protected by the attorney-client and deliberative process privileges.

E00099577 -- Defendants agree to produce this document.

E00099578 -- Defendants agree to produce this document.

Thanks.

Paul Mello

-----Original Message-----
From: Sara Norman [mailto:snorman@prisonlaw.com]
Sent: Friday, March 07, 2008 12:43 PM
To: Samantha D. Tama; lrifkin@rbg-law.com
Cc: Paul B. Mello; Renju P. Jacob; 'Rochelle East';
Lisa.Tillman@doj.ca.gov; Misha.Igra@doj.ca.gov
Subject: RE: Document List

Please include E0082958 on the first list.

All of these documents were listed for you in an email of February 25, 2008,
at 11:42 a.m., 11 days ago.

--Sara

-----Original Message-----
From: Sara Norman [mailto:snorman@prisonlaw.com]
Sent: Friday, March 07, 2008 12:36 PM
To: 'Sara Norman'; 'Samantha D. Tama'; lrifkin@rbg-law.com
Cc: 'Paul B. Mello'; 'Renju P. Jacob'; 'Rochelle East';
Lisa.Tillman@doj.ca.gov; Misha.Igra@doj.ca.gov
Subject: RE: Document List

Sorry, I hit "send" before completing that email. Here is the full email:

You have not responded to 15 of the contested documents:

On the list with no attorney as author or recipient, you have not responded
to the following:
E00001100
E00003041
E00007081
E00020731
E00022698
E00033473
E00046768
E00084503
E00084734

On the list of communications that include outsiders, you have not responded
to the following:
E0020277
E0099569
E0099573
E0099577
E0099578

Please respond immediately, so that we know what to tell the court by 4:30.

--Sara

-----Original Message-----
From: Sara Norman [mailto:snorman@prisonlaw.com]
Sent: Friday, March 07, 2008 12:33 PM
To: 'Samantha D. Tama'; 'lrifkin@rbg-law.com'
Cc: 'Paul B. Mello'; 'Renju P. Jacob'; 'Rochelle East';
'Lisa.Tillman@doj.ca.gov'; 'Misha.Igra@doj.ca.gov'
Subject: RE: Document List

Paul and Samantha:

You have not responded to 15 of the contested documents:

On the list with no attorney as author or recipient, you have not responded
to the following:
E00001100
E00003041
E00007081
E00020731
E00022698
E000
E000

-----Original Message-----
From: Samantha D. Tama [mailto:STama@hansonbridgett.com]

To: lrifkin@rbg-law.com; snorman@prisonlaw.com
Cc: Paul B. Mello; Renju P. Jacob; Rochelle East;
Lisa.Tillman@doj.ca.gov;
Misha.Igra@doj.ca.gov
Subject: Document List

> Dear Lori & Sara,
> I'm sending the below e-mail on Paul's behalf, who is in Sacramento
> today.  Thank you.
> Sincerely,
> Samantha
>
> Lori and Sara, Per our in person meet and confer session yesterday,
> and in a good faith attempt to resolve this discovery dispute,
> defendants provide this response to plaintiffs' emails of 12:17 a.m.,
> 12:34 a.m., 11:42 a.m. and 12:32 p.m. on February 25, 2008. In those
> emails, and as we discussed yesterday, plaintiffs listed those
> documents in dispute with respect the attorney-client/attorney work
> product privileges. As they have done in the past, defendants respond
> on a document-by-document basis to plaintiffs' claims.
> Plaintiffs' list of documents that are allegedly identified as
> attorney-client where there is allegedly no attorney as author or
> recipient:
> E00000613 -- Defendants do not agree to produce this document. It is
> is an email communication between Tami Bogert, Andrea Hoch, Louis
> Mauro, Jim Tilton, Richard Subia, Joyce Hayhoe and Bud Prunty.
> E00003179 -- Defendants do not agree to produce this document. It is
> an email communication between Samantha Tama, Scott Kernan, Kathy
> Gaddi, Tim Quackenbush and Calvin Smith.
> E00003509 -- Defendants agree to produce this document.
> E00011365 -- Defendants agree to produce this document.
> E00013223 -- Defendants agree to produce this document.
> E00014065 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Doug McKeever, Michael Barks, and
> Robin Dezember.
> E00019816 -- Defendants agree to produce this document.
> E00022699 -- Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Vince Brown, and Jaci-Marie
> Thompson.
> E00028654 -- Defendants do not agree to produce this document. It is a
> communication between Ben Rice, Molly Arnold, Deborah Cregger, Karen
> Finn, and Jim Martone.
> E00044198 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Doug McKeever, Margaret McAloon,
> and Robin Dezember. It is also protected from disclosure by the
> deliberative process privilege as this document is a draft of an
> Administrative Segregation Unit Enhanced Outpatient plan.
> E00045366 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Shama Chaiken, Margaret McAloon,
> and Mike Stone.
> E00045435 -- Defendants do not agree to produce this document. It is a
> communication between Mike Stone and Doug McKeever.
> E00045923 -- Defendants agree to produce this document.
> E00095838 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Doug McKeever, and Teresa

4

> E00099404 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Molly Arnold, Sarah Mangum, and
> Tim Fishback.
Plaintiffs' list of documents that are allegedly identified as
attorney-client where there are allegedly outsiders to the
attorney-client relationship listed as authors or recipients:
> E00001660 -- Defendants agree to produce this document.
> E00001661 -- Defendants agree to produce this document.
> E00001662 -- Defendants agree to produce this document.
> E00009455 -- Defendants agree to produce this document.
> E00009516 -- Defendants agree to produce this document.
> E00012812 -- Defendants agree to produce this document.
> E00012813 -- Defendants agree to produce this document.
> E00012814 -- Defendants agree to produce this document.
> E00012965 -- Defendants agree to produce this document.
> E00012966 -- Defendants agree to produce this document.
> E00012967 -- Defendants agree to produce this document.
> E00012968 -- Defendants agree to produce this document.
> E00017410 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Nancy Bither, Richard
> Kirkland, and Doug McKeever.
> E00020512 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Deborah Cregger,
> Stephen Benson, and Jim Martone. It is also protected from disclosure
> by the deliberative process privilege as this communication discusses
> proposed changes to AB900.
> E00045134 -- Defendants agree to produce this document.
> E00045546 -- Defendants agree to produce this document.
> E00045809 -- Defendants agree to produce this document.
> E00045913 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Shama Chaiken, and
> Doug McKeever.
> E00045916 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Shama Chaiken, and
> Doug McKeever.
> E00045948 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman and Shama Chaiken.
> E00046957 -- Defendants agree to produce this document.
> E00046958 -- Defendants agree to produce this document.
> E00046959 -- Defendants agree to produce this document.
> E00046960 -- Defendants agree to produce this document.
> E00046962 -- Defendants agree to produce this document.
> E00046963 -- Defendants agree to produce this document.
> E00046964 -- Defendants agree to produce this document.
> E00046966 -- Defendants agree to produce this document.
> E00046967 -- Defendants agree to produce this document.
> E00046968 -- Defendants agree to produce this document.
> E00046983 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Lisa Tillman, Mike Stone, and
> Shama Chaiken.
> E00046988 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Lisa Tillman, Mike Stone, and
> Shama Chaiken.
> E00046989 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Lisa Tillman, Mike Stone, and

> E00082860 -- Defendants do not agree to produce this document. It is a
> communication between Kathy Jett and Ben Rice.
> E00083812 -- Defendants do not agree to produce this document. It is a
> communication between Joan Petersilia and Ben Rice.
> E00099414 -- Defendants agree to produce this document.
> E00099415 -- Defendants agree to produce this document.
Plaintiffs' list of documents that are allegedly identified as
attorney-client where plaintiffs claim attorney(s) are copied, but there
there is allegedly not a privileged communication:
> E00000076 -- Defendants previously produced this document in a
> supplemental production on February 20, 2008. As such, it should be
> stricken from the February 15, 2008 privilege log.
> E00000233 -- Defendants previously produced this document in a
> supplemental production on February 20, 2008. As such, it should be
> stricken from the February 15, 2008 privilege log.
> E00000270 -- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Bruce Slavin, Joyce Hayhoe, and
> Steve Kessler.
> E00000271 -- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Bruce Slavin, Joyce Hayhoe, and
> Steve Kessler.
> E00000374 -- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Bruce Slavin, Deborah Hysen, Joyce
> Hayhoe, and Bud Prunty.
> E00000375 -- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Bruce Slavin, Deborah Hysen, Joyce
> Hayhoe, and Bud Prunty.
> E00000376 -- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Bruce Slavin, Deborah Hysen, Joyce
> Hayhoe, and Bud Prunty.
> E00000377 -- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Bruce Slavin, Deborah Hysen, Joyce
> Hayhoe, and Bud Prunty.
> E00000847 -- Defendants do not agree to produce this document. It is a
> communication between Bruce Slavin, Jim Tilton, Joyce Hayhoe, and Bud
> Prunty.
> E00000848 -- Defendants do not agree to produce this document. It is a
> communication between Bruce Slavin, Jim Tilton, Joyce Hayhoe, and Bud
> Prunty.
> E00001099 -- Defendants do not agree to produce this document. It is a
> communication between Joyce Hayhoe, Bruce Slavin, Bob Gore, Deborah
> Hysen, and Chris Ryan.
> E00001109 -- Defendants do not agree to produce this document. It is
> an email communication between Joyce Hayoe, Chris Ryan, Robert Gore,
> Deborah Hysen, Kathy Jett and Bruce Slavin regarding potential AB 900
> Clean-up Amendments. This email is protected from disclosure by the
> deliberative process and attorney-client communication privileges.
> E00001111 -- Defendants do not agree to produce this document. It is a
> confidential CDCR Week Ahead from Jim Tilton to Dan Dunmoyer, Bob
> Gore, Andrea Hoch, Ben Rice, Louis Mauro, etc. This email is protected
> from disclosure by the deliberative process and attorney-client
> communication privileges.
> E00001145 -- Defendants do not agree to produce this document. It is a
> communication between Joyce Hayhoe, Bruce Slavin, Bob Gore, Deborah
> Hysen, and Chris Ryan.

> E00001146-- Defendants do not agree to produce this document. It is a
> communication between Joyce Hayhoe, Bruce Slavin, Bob Gore, Deborah
> Hysen, and Chris Ryan.
> E00001147-- Defendants do not agree to produce this document. It is a
> communication between Joyce Hayhoe, Bruce Slavin, Bob Gore, Deborah
> Hysen, and Chris Ryan.
> E00001240 -- Defendants previously produced this document in a
> supplemental production on February 20, 2008. As such, it should be
> stricken from the February 15, 2008 privilege log.
> E00001408 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Jim Tilton, Bruce Slavin, Dennis
> Beaty, John Dovey, and Sue Bost.
> E00001409-- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Jim Tilton, Bruce Slavin, Dennis
> Beaty, John Dovey, and Sue Bost.
> E00001411 -- Defendants agree to produce this document.
> E00001575 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Doug McKeever, and Jim
> Tilton.
> E00001702 -- Defendants do not agree to produce this document. It is a
> communication between Dan Dunmoyer, Bob Gore, Joyce Hayhoe, Susan
> Kennedy, Jim Tilton, and Ben Rice.
> E00001703 -- Defendants do not agree to produce this document. It is a
> communication between Dan Dunmoyer, Bob Gore, Joyce Hayhoe, Susan
> Kennedy, Jim Tilton, and Ben Rice.
> E00001751-- Defendants do not agree to produce this document. It is a
> communication between Bud Prunty, Steve Kessler, Jim Tilton, and Bruce
> Slavin.
> E00001752-- Defendants do not agree to produce this document. It is a
> communication between Bud Prunty, Steve Kessler, Jim Tilton, and Bruce
> Slavin.
> E00002005 -- Defendants previously produced this document in a
> supplemental production on February 20, 2008. As such, it should be
> stricken from the February 15, 2008 privilege log.
> E00002007 -- Defendants previously produced a redacted version of this
> document. Defendants do not agree to produce this document without
> redactions. It is a confidential CDCR Week Ahead from Jim Tilton to
> Dan Dunmoyer, Bob Gore, Andrea Hoch, Ben Rice, Louis Mauro, etc. This
> email is protected from disclosure by the deliberative process and
> attorney-client communication privileges.
> E00002038-- Defendants do not agree to produce this document. It is a
> communication between Bruce Slavin, Joyce Hayhoe, Terri McDonald, and
> Seth Unger.
> E00002088-- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Ben Rice, and Bud Prunty.
> E00002111-- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Bud Prunty, and Andrea Hoch.
> E00002152 -- Defendants agree to produce this document.
> E00002153 -- Defendants agree to produce this document.
> E00002219 -- Defendants agree to produce this document.
> E00002220 -- Defendants agree to produce this document.
> E00002637-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002638-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002639-- Defendants do not agree to produce this document. It is a

> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002640-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002641-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002642-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002643-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002644-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002645-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002646-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00002647-- Defendants do not agree to produce this document. It is a
> communication between Jim Tilton, Scott Kernan, and Andrea Hoch.
> E00003064-- Defendants do not agree to produce this document. It is a
> communication between Scott Kernan and Bruce Slavin.
> E00003123 -- Defendants agree to produce this document.
> E00003172-- Defendants do not agree to produce this document. It is a
> communication between Scott Kernan and Ben Rice.
> E00003174-- Defendants do not agree to produce this document. It is a
> communication between Scott Kernan, Samantha Tama, and Ben Rice.
> E00003177-- Defendants do not agree to produce this document. It is a
> communication between Scott Kernan and Samantha Tama.
> E00003178-- Defendants do not agree to produce this document. It is a
> communication between Scott Kernan and Samantha Tama.
> E00003219 -- Defendants agree to produce this document.
> E00003280 -- Defendants agree to produce this document.
> E00003966 -- Defendants previously produced this document in a
> supplemental production on February 20, 2008. As such, it should be
> stricken from the February 15, 2008 privilege log.
> E00003967-- Defendants do not agree to produce this document. It is a
> communication between Scott Kernan and Jim Tilton.
> E00004349 -- Defendants agree to produce this document.
> E00004350-- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Scott Kernan, Teresa Schwartz,
> Bruce Slavin, and Mike Stone.
> E00004351-- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Lee Anne Chrones, Scott Kernan,
> Teresa Schwartz, Bruce Slavin, and Mike Stone.
> E00004360 -- Defendants agree to produce this document.
> E00004631-- Defendants do not agree to produce this document. It is a
> communication between Robin Dezember, Deborah Hysen, and Bruce Slavin.
>
> E00004924-- Defendants do not agree to produce this document. It is a
> communication between Kathy Jett, Don Currier, Bob Gore, and Deborah
> Hysen.
> E00004925-- Defendants do not agree to produce this document. It is a
> communication between Kathy Jett, Don Currier, Bob Gore, and Deborah
> Hysen.
> E00005322-- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Jim Tilton, and Bruce Slavin.
> E00006313-- Defendants do not agree to produce this document. It is a
> communication between Dennis Dunne, Mike Dingwell, and Deborah Hysen.

> E0000659?-- Defendants agree to produce this document.
> E00006393-- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, George Sifuentes, Lisa Tillman,
> and Doug McKeever.
> E00006394-- Defendants do not agree to produce this document. It is a
> communication between George Sifuentes, Deborah Hysen, Doug McKeever,
> and Lisa Tillman.
> E00006586-- Defendants do not agree to produce this document. It is a
> communication between Robin Dezember, Deborah Hysen, and Bruce Slavin.
>
> E00006635-- Defendants do not agree to produce this document. It is a
> communication between Robin Dezember, Deborah Hysen, and Bruce Slavin.
>
> E00006636-- Defendants do not agree to produce this document. It is a
> communication between Steve Chapman, Robin Dezember, Deborah Hysen,
> and Bruce Slavin.
> E00006744-- Defendants do not agree to produce this document. It is a
> communication between Armand Burruel, Chris Swanberg, and Carl Larson.
>
> E00006745-- Defendants do not agree to produce this document. It is a
> communication between Armand Burruel, Chris Swanberg, and Carl Larson.
>
> E00006746-- Defendants do not agree to produce this document. It is a
> communication between Armand Burruel, Chris Swanberg, and Carl Larson.
>
> E00007093-- Defendants do not agree to produce this document. It is a
> communication between Deboarh Hysen, Dean Borg, Robin Dezember, Doug
> McKeever, and Bruce Slavin.
> E00007103-- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Ben Rice, Bob Gore, and Jim
> Tilton.
> E00007104-- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Ben Rice, Bob Gore, and Jim
> Tilton.
> E00007105-- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Ben Rice, Bob Gore, and Jim
> Tilton.
> E00007106-- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Ben Rice, Bob Gore, and Jim
> Tilton.
> E00007126-- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Ben Rice, Bob Gore, Andrea Hoch,
> and Jim Tilton.
> E00007127-- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Ben Rice, Bob Gore, Andrea Hoch,
> and Jim Tilton.
> E00007128-- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Ben Rice, Bob Gore, Andrea Hoch,
> and Jim Tilton.
> E00007129-- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Ben Rice, Bob Gore, Andrea Hoch,
> and Jim Tilton.
> E00009517-- Defendants do not agree to produce this document. It is a
> communication between Armand Burruel, Mike Dingwell, Merrie Koshell,
> and Marisela Montes.
> E00009518-- Defendants do not agree to produce this document. It is a

> communication between Armand Burruel, Mike Dingwell, Merrie Roshell,
> and Marisela Montes.
> E00009538 -- Defendants agree to produce this document.
> E00009539 -- Defendants agree to produce this document.
> E00009540 -- Defendants agree to produce this document.
> E00009541 -- Defendants agree to produce this document.
> E00009542 -- Defendants agree to produce this document.
> E00009543 -- Defendants agree to produce this document.
> E00009544 -- Defendants agree to produce this document.
> E00009545 -- Defendants agree to produce this document.
> E00009598 -- Defendants agree to produce this document.
> E00009599-- Defendants do not agree to produce this document. It is a
> communication between Armand Burruel, Mike Dingwell, Sherri Gauger,
> Deborah Hysen, Trina Hirsig, Kathy Jett, and Marisela Montes.
> E00009614-- Defendants do not agree to produce this document. It is a
> communication between Armand Burruel, Pamela Burt, Mike Dingwell, and
> Marisela Montes.
> E00009615-- Defendants do not agree to produce this document. It is a
> communication between Armand Burruel, Pamela Burt, Mike Dingwell, and
> Marisela Montes.
> E00011245-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Vince Brown, Steve Kessler,
> Doug McKeever, Ben Rice, Lisa Tillman, and Jim Tilton.
> E00012387 -- Defendants agree to produce this document.
> E00012389 -- Defendants agree to produce this document.
> E00012390 -- Defendants agree to produce this document.
> E00012401-- Defendants do not agree to produce this document. It is a
> draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin,
> and Lisa Tillman.
> E00012402-- Defendants do not agree to produce this document. It is a
> draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin,
> and Lisa Tillman.
> E00012403-- Defendants do not agree to produce this document. It is a
> draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin,
> and Lisa Tillman.
> E00012405-- Defendants do not agree to produce this document. It is a
> draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin,
> and Lisa Tillman.
> E00012406-- Defendants do not agree to produce this document. It is a
> draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin,
> and Lisa Tillman.
> E00014161 -- Defendants agree to produce this document.
> E00014162 -- Defendants agree to produce this document.
> E00014163 -- Defendants do not agree to produce this document. It is a
> draft report sent from Lupe Samaniego to Dennis Beaty, Robin Dezember,
> Mark Mustybrook, and George Sifuentes.
> E00016045 -- Defendants do not agree to produce this document.  It is
> a communication between Deborah Cregger and Karen Finn.
> E00016144 -- Defendants previously produced this document in a
> supplemental production on February 20, 2008. As such, it should be
> stricken from the February 15, 2008 privilege log.
> E00016145 -- Defendants previously produced this document in a
> supplemental production on February 20, 2008. As such, it should be
> stricken from the February 15, 2008 privilege log.
> E00016330 -- Defendants do not agree to produce this document. It is a
> draft report sent from George Sifuentes to Dean Borg, Lisa Tillman,

> and Keith Beland.

> E00017097 -- Defendants do not agree to produce this document. It is a
> communication between George Sifuentes to Michael Barks, Dean Borg,
> Doug McKeever, and Lisa Tillman.
> E00017356 -- Defendants do not agree to produce this document. It is a
> communication between Michael Barks, Shama Chaiken, Robin Dezember,
> Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa
> Tillman.
> E00017357-- Defendants do not agree to produce this document. It is a
> communication between Michael Barks, Shama Chaiken, Robin Dezember,
> Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa
> Tillman.
> E00017358-- Defendants do not agree to produce this document. It is a
> communication between Michael Barks, Shama Chaiken, Robin Dezember,
> Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa
> Tillman.
> E00017359-- Defendants do not agree to produce this document. It is a
> communication between Michael Barks, Shama Chaiken, Robin Dezember,
> Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa
> Tillman.
> E00017360-- Defendants do not agree to produce this document. It is a
> communication between Michael Barks, Shama Chaiken, Robin Dezember,
> Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa
> Tillman.
> E00017361-- Defendants do not agree to produce this document. It is a
> communication between Michael Barks, Shama Chaiken, Robin Dezember,
> Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa
> Tillman.
> E00017362-- Defendants do not agree to produce this document. It is a
> communication between Michael Barks, Shama Chaiken, Robin Dezember,
> Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa
> Tillman.
> E00017388 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Lisa Tillman, Molly Arnold, Jim
> Alves, and Sarah Mangum.
> E00017389-- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Lisa Tillman, Molly Arnold, Jim
> Alves, and Sarah Mangum.
> E00017390 -- Defendants do not agree to produce this document. It is a
> communication between Jim Alves, Molly Arnold, and Karen Finn.
> E00017391 -- Defendants do not agree to produce this document. It is a
> communication between Jim Martone, Molly Arnold, Doug McKeever, and
> Sarah Mangum.
> E00018099 -- Defendants do not agree to produce this document. It is a
> communication between Deborah Cregger, Mike Genest, Molly Arnold,
> Vince Brown, and Karen Finn.
> E00018112 -- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Karen Finn,
> and Todd Jerue.
> E00018113-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> and Todd Jerue.
> E00018116-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Jim Martone, Lisa Tillman, and Bruce Slavin.
> E00018117-- Defendants do not agree to produce this document. It is a

> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Lisa Tillman, Jim Martone, and Bruce Slavin.
> E00018118-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Lisa Tillman, and Bruce Slavin.
> E00018119-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Lisa Tillman, and Bruce Slavin.
> E00018120-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Lisa Tillman, and Bruce Slavin.
> E00018121-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Lisa Tillman, and Bruce Slavin.
> E00018122-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Lisa Tillman, and Bruce Slavin.
> E00018123-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Lisa Tillman, and Bruce Slavin.
> E00018126-- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Lisa Tillman, and Bruce Slavin.
> E00018140 -- Defendants do not agree to produce this document. It is a
> communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike
> Wilkening.
> E00018141-- Defendants do not agree to produce this document. It is a
> communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike
> Wilkening.
> E00018142-- Defendants do not agree to produce this document. It is a
> communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike
> Wilkening.
> E00018143-- Defendants do not agree to produce this document. It is a
> communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike
> Wilkening.
> E00018144-- Defendants do not agree to produce this document. It is a
> communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike
> Wilkening.
> E00018243 -- Defendants agree to produce this document.
> E00018244 -- Defendants do not agree to produce this document. It is a
> communication between Veronica Chung-Ng, Molly Arnold, Vince Brown,
> and H.D. Palmer.
> E00018506 -- Defendants do not agree to produce this document. It is a
> communication between Veronica Chung-Ng, Molly Arnold, Vince Brown,
> and H.D. Palmer.
> E00018527 -- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Andrea Hoch, Elizabeth Ashford, Todd
> Jerue, and Aaron McLear.
> E00018528-- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Andrea Hoch, Elizabeth Ashford, Todd
> Jerue, and Aaron McLear.
> E00018529-- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Andrea Hoch, Elizabeth Ashford, Todd
> Jerue, and Aaron McLear.
> E00018542 -- Defendants agree to produce this document.
> E00018543 -- Defendants do not agree to produce this document. It is a

> communication between Molly Arnold, Vince Brown, and Mike Genest.
> E00018544 -- Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Vince Brown, and Mike Genest.
> E00018545-- Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Vince Brown, and Mike Genest.
> E00018859 -- Defendants agree to produce this document.
> E00018916 -- Defendants do not agree to produce this document. It is a
> communication between Vince Brown, Molly Arnold, Fred Klass, and Tom
> Sheehy.
> E00019023 -- Defendants do not agree to produce this document. It is a
> communication between Vince Brown, Molly Arnold, Mike Genest, and H.D.
> Palmer.
> E00019024-- Defendants do not agree to produce this document. It is a
> communication between Vince Brown, Molly Arnold, Mike Genest, and H.D.
> Palmer.
> E00019025-- Defendants do not agree to produce this document. It is a
> communication between Vince Brown, Molly Arnold, Mike Genest, and H.D.
> Palmer.
> E00019066-- Defendants do not agree to produce this document. It is a
> communication between Vince Brown, Molly Arnold, Mike Genest, and H.D.
> Palmer.
> E00019084 -- Defendants do not agree to produce this document. It is a
> draft report sent to Molly Arnold and Vince Brown for review.
> E00019498 -- Defendants do not agree to produce this document. It is a
> communication between H.D. Palmer, Molly Arnold, and Vince Brown.
> E00019559 -- Defendants do not agree to produce this document. It is a
> communication between Dan Dunmoyer, Vince Brown, Mike Genest, and
> Louis Mauro.
> E00019560 -- Defendants do not agree to produce this document. It is a
> communication between Dan Dunmoyer, Vince Brown, Mike Genest, and
> Louis Mauro.
> E00019562 -- Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Vince Brown, Jay Sturges, and
> Natasha Wunderlich.
> E00019731 --Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Vince Brown, Karen Finn,
> Jaci-Marie Thomson, and Jim Martone.
> E00019809 -- Defendants do not agree to produce this document. It is a
> communication between Tami Bogert, Vince Brown, Eric Csizmar, Dan
> Dunmoyer, Andrea Hoch, and Susan Kennedy.
> E00019861 -- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, and Jim Martone.
> E00019942 -- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, and Vince
> Brown.
> E00020198 -- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Deborah Cregger, and Jim Martone.
> E00020242 -- Defendants previously produced a redacted version of this
> document. Defendants do not agree to produce this document without
> redactions. It is a confidential communication between Natasha
> Wunderlich, Molly Arnold, Vince Brown, Zlatko Theodorovic, Jay Stures,
> Greg Rogers, Karen Finn, Stephen Benson and Jim Martone. This
> communication is protected from disclosure by the deliberative process
> and attorney-client communication privileges.
> E00020243 -- Defendants previously produced a redacted version of this

> document. Defendants do not agree to produce this document without
> redactions. It is a confidential communication between Natasha
> Wunderlich, Molly Arnold, Vince Brown, Zlatko Theodorovic, Jay Stures,
> Greg Rogers, Karen Finn, Stephen Benson and Jim Martone. This
> communication is protected from disclosure by the deliberative process
> and attorney-client communication privileges.
> E00020244 -- Defendants previously produced a redacted version of this
> document. Defendants do not agree to produce this document without
> redactions. It is a confidential communication between Natasha
> Wunderlich, Molly Arnold, Vince Brown, Zlatko Theodorovic, Jay
> Sturges, Greg Rogers, Karen Finn, Stephen Benson and Jim Martone. This
> communication is protected from disclosure by the deliberative process
> and attorney-client communication privileges.
> E00020245 -- Defendants previously produced a redacted version of this
> document. Defendants do not agree to produce this document without
> redactions. It is a confidential communication between Natasha
> Wunderlich, Molly Arnold, Vince Brown, Zlatko Theodorovic, Jay Stures,
> Greg Rogers, Karen Finn, Stephen Benson and Jim Martone. This
> communication is protected from disclosure by the deliberative process
> and attorney-client communication privileges.
> E00020358 -- Defendants do not agree to produce this document. It is a
> communication between Stephen Benson, Deborah Cregger, Karen Finn, and
> Jim Martone.
> E00020511 -- Defendants do not agree to produce this document.  It is
> an attorney-client privileged communication between Deborah Cregger,
> Stephen Benson, and Jim Martone.  It is also protected from production
> by the deliberative process privilege as this communication discusses
> proposed changes to AB900.
> E00020588 -- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Stephen Benson, Deborah Cregger,
> Todd Jerue, Jim Martone, and Jennifer Osborn.
> E00020592-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Stephen Benson, Deborah Cregger, Amy
> Hicks, and Todd Jerue.
> E00020593 --Defendants agree to produce this document.
> E00020601 -- Defendants do not agree to produce this document. It is a
> communication between Todd Jerue, Elizabeth Ashford, Karen Finn, Bob
> Gore, Andrea Hoch, and Jim Martone.
> E00020617-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Molly Arnold, Jim Martone, and Jay
> Sturges.
> E00020632-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Molly Arnold, Todd Jerue, Jay
> Sturges, and Natasha Wunderlich.
> E00020633-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Molly Arnold, and Jim Martone.
> E00020680-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim
> Martone, and Todd Jerue.
> E00020713 -- Defendants do not agree to produce this document. It is a
> communication between H.D. Palmer, Mike Genest, Bruce Slavin, and
> Zlatko Theodorovic.
> E00020760-- Defendants do not agree to produce this document. It is an
> attorney-client communication between Molly Arnold, Veronica Chung-Ng,
> and outside counsel, Robert Feyer (partner at Orrick, Herrington &
> Sutcliffe).

> E0002081̶9 -- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, and Jay
> Sturges.
> E00021166-- Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Sue Bost, John Doyle, and Mike
> Wilkening.
> E00021344-- Defendants do not agree to produce this document. It is a
> communication between Sarah Mangum, Jim Alves, Molly Arnold, Sue Bost,
> Karen Finn, Jim Tilton, and Mike Wilkening.
> E00022235 -- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Molly Arnold, Stephen Benson, Jim
> Martone, and Lucinda Winward.
> E00022236 -- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Molly Arnold, Stephen Benson, Jim
> Martone, and Lucinda Winward.
> E00022237 -- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Molly Arnold, Stephen Benson, and
> Jim Martone.
> E00022238-- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Molly Arnold, Stephen Benson, and
> Jim Martone.
> E00022239 -- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Molly Arnold, Stephen Benson, and
> Jim Martone.
> E00022240 -- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Molly Arnold, Stephen Benson, and
> Jim Martone.
> E00022241 -- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Molly Arnold, Stephen Benson, and
> Jim Martone.
> E00022242 -- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Molly Arnold, Stephen Benson, and
> Jim Martone.
> E00022243-- Defendants do not agree to produce this document. It is a
> communication between Stephen Benson, Deborah Cregger, and Jim
> Martone.
> E00022252-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Mark Campbell, and Deborah Cregger.
> E00022253-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Mark Campbell, and Deborah Cregger.
> E00022254-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Mark Campbell, and Deborah Cregger.
> E00022255-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Mark Campbell, and Deborah Cregger.
> E00022256-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Mark Campbell, and Deborah Cregger.
> E00022257-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Mark Campbell, and Deborah Cregger.
> E00022591-- Defendants do not agree to produce this document. It is a
> communication between Frank Furtek, Jim Alves, Victor Brewer, and
> Steve Mayberg, and Char Schultz.
> E00022592-- Defendants do not agree to produce this document. It is a
> communication between Frank Furtek, Jim Alves, Victor Brewer, and
> Steve Mayberg, and Char Schultz.
> E00022593-- Defendants do not agree to produce this document. It is a
> communication between Frank Furtek, Jim Alves, Victor Brewer, and

> Steve Mayberg, and Char Schultz.
> E00022594-- Defendants do not agree to produce this document. It is a
> communication between Frank Furtek, Jim Alves, Victor Brewer, and
> Steve Mayberg, and Char Schultz.
> E00022595-- Defendants do not agree to produce this document. It is a
> communication between Frank Furtek, Jim Alves, Victor Brewer, and
> Steve Mayberg, and Char Schultz.
> E00022596-- Defendants do not agree to produce this document. It is a
> communication between Frank Furtek, Jim Alves, Victor Brewer, and
> Steve Mayberg, and Char Schultz.
> E00022597-- Defendants do not agree to produce this document. It is a
> communication between Frank Furtek, Jim Alves, Victor Brewer, and
> Steve Mayberg, and Char Schultz.
> E00027889 -- Defendants do not agree to produce this document. It is a
> communication between Deborah Cregger, Natasha Wunderlich, Jim
> Martone, and Jay Sturges.
> E00028159-- Defendants do not agree to produce this document. It is a
> communication between Todd Jerue, Elizabeth Ashford, Karen Finn, Bob
> Gore, Andrea Hoch, and Jim Martone.
> E00028419 -- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim
> Martone, and Amy Hicks.
> E00028420-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim
> Martone, and Amy Hicks.
> E00028434-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Stephen Benson, Jim Martone, and
> Molly Arnold.
> E00028438-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Jim Martone, and Molly Arnold.
> E00028439-- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Jim Martone, and Molly Arnold.
> E00028440 -- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Jim Martone, and Molly Arnold.
> E00028491 -- Defendants agree to produce this document.
> E00028532 -- Defendants previously produced this document in a
> supplemental production on February 20, 2008. As such, it should be
> stricken from the February 15, 2008 privilege log.
> E00028537 -- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Jim Martone, Ben Rice, and Jay
> Sturges.
> E00028551 -- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Karen Finn, Jim Martone, Todd Jerue, and Ben Rice.
> E00028552 -- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> John Doyle, Karen Finn, Todd Jerue, Jim Martone, and Mike Wilkening.
> E00028553 -- Defendants do not agree to produce this document. It is a
> communication between Jim Alves, Jaci-Marie Thomson, Molly Arnold,
> Vince Brown, John Doyle, Karen Finn, Todd Jerue, and Jim Martone.
> E00028649 -- Defendants do not agree to produce this document. It is a
> communication between Jim Martone, Deborah Cregger, and Karen Finn.
> E00028650 -- Defendants do not agree to produce this document. It is a
> communication between Jim Martone, Stephen Benson, Karen Finn, and Ben
> Rice.
> E00028651 -- Defendants do not agree to produce this document. It is a

> communication between Jim Martone, Stephen Benson, Karen Finn, and Ben
> Rice.
> E00028797 -- Defendants do not agree to produce this document. It is a
> communication between Greg Rogers, Stephen Benson, Jim Martone,
> Deborah Cregger, and Natasha Wunderlich.
> E00028798 -- Defendants do not agree to produce this document. It is a
> communication between Natasha Wunderlich, Stephen Benson, Jim Martone,
> Greg Rogers, Deborah Cregger, and Jay Sturges.
> E00028945 -- Defendants do not agree to produce this document. It is a
> communication between Jennifer Osborn, Stephen Benson, Deborah
> Cregger, Todd Jerue, and Jim Martone.
> E00028947 -- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim
> Martone, and Todd Jerue.
> E00028948 -- Defendants do not agree to produce this document. It is a
> communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim
> Martone, and Todd Jerue.
> E00028979 -- Defendants do not agree to produce this document. It is a
> communication between Ben Rice, Molly Arnold, Vince Brown, and
> Jaci-Marie Thomson.
> E00029552 -- Defendants do not agree to produce this document. It is a
> communication between Deborah Cregger, Stephen Benson, Jay Sturges,
> and Jim Martone.
> E00029553 -- Defendants do not agree to produce this document. It is a
> communication between Jay Sturges, Deborah Cregger, Jim Martone, and
> Stephen Benson.
> E00029624 -- Defendants do not agree to produce this document. It is a
> communication between Stephen Benson, Deborah Cregger, and Jim
> Martone.
> E00029625 -- Defendants do not agree to produce this document. It is a
> communication between Stephen Benson, Deborah Cregger, and Jim
> Martone.
> E00029626 -- Defendants do not agree to produce this document. It is a
> communication between Stephen Benson, Deborah Cregger, and Jim
> Martone.
> E00029627 -- Defendants do not agree to produce this document. It is a
> communication between Stephen Benson, Deborah Cregger, and Jim
> Martone.
> E00029628 -- Defendants do not agree to produce this document. It is a
> communication between Stephen Benson, Deborah Cregger, and Jim
> Martone.
> E00030167 -- Defendants do not agree to produce this document. It is a
> communication between CHHS employees Jim Alves, Frank Furtek, and Ann
> Boynton.
> E00030168 -- Defendants do not agree to produce this document. It is a
> communication between CHHS employees Jim Alves, Frank Furtek, and Ann
> Boynton.
> E00030169 -- Defendants do not agree to produce this document. It is a
> communication between CHHS employees Jim Alves, Frank Furtek, and Ann
> Boynton.
> E00030171 -- Defendants do not agree to produce this document. It is a
> communication between Jean Barawed, Jim Alves, Ann Boynton, and Frank
> Furtek.
> E00030571 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Steve Mayberg, Elaine Bush, and
> Frank Furtek. This document is also protected by the deliberative

> process privilege.
> E00030572 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Steve Mayberg, Elaine Bush, and
> Frank Furtek. This document is also protected by the deliberative
> process privilege.
> E00030573 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Steve Mayberg, Elaine Bush, and
> Frank Furtek. This document is also protected by the deliberative
> process privilege.
> E00030574 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Steve Mayberg, Elaine Bush, and
> Frank Furtek. This document is also protected by the deliberative
> process privilege.
> E00030575 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Steve Mayberg, Elaine Bush, and
> Frank Furtek. This document is also protected by the deliberative
> process privilege.
> E00030576 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Steve Mayberg, Elaine Bush, and
> Frank Furtek. This document is also protected by the deliberative
> process privilege.
> E00030577 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Steve Mayberg, Elaine Bush, and
> Frank Furtek. This document is also protected by the deliberative
> process privilege.
> E00030578 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Steve Mayberg, Elaine Bush, and
> Frank Furtek. This document is also protected by the deliberative
> process privilege.
> E00030579 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Steve Mayberg, Elaine Bush, and
> Frank Furtek. This document is also protected by the deliberative
> process privilege.
> E00031150 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Nancy Bither, John Dovey, Brigid
> Hanson, Darc Keller, Bud Prunty, David Runnels, Lisa Tillman, and Jim
> Tilton.
> E00031162 -- Defendants agree to produce this document.
> E00031163 -- Defendants do not agree to produce this document. It is a
> communication between Eileen Cubanski, Jim Alves, and Frank Furtek.
> E00031164 -- Defendants do not agree to produce this document. It is a
> communication between Eileen Cubanski, Frank Furtek, and Joe Munso.
> E00031165 -- Defendants do not agree to produce this document. It is a
> communication between Eileen Cubanski, Frank Furtek, and Joe Munso.
> E00031166 -- Defendants do not agree to produce this document. It is a
> communication between Kimberly Belshe, Eileen Cubanski, Frank Furtek,
> and Joe Munso.
> E00031167 -- Defendants do not agree to produce this document. It is a
> communication between Kimberly Belshe, Eileen Cubanski, Frank Furtek,
> and Joe Munso.
> E00031168 -- Defendants do not agree to produce this document. It is a
> communication between Kimberly Belshe, Eileen Cubanski, Frank Furtek,
> and Joe Munso.
> E00031169 -- Defendants do not agree to produce this document. It is a
> communication between Eileen Cubanski, Frank Furtek, and Kimberly
> Belshe.

> E0003110 -- Defendants agree to produce this document.
> E00031191 -- Defendants agree to produce this document.
> E00031192 -- Defendants agree to produce this document.
> E00031194 -- Defendants agree to produce this document.
> E00031493 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Jim Alves, and Frank Furtek.
> E00031495 -- Defendants do not agree to produce this document. It is a
> communication between Ann Boynton, Jim Alves, and Frank Furtek.
> E00031557 -- Defendants do not agree to produce this document. It is a
> communication between Jean Barawed, Ann Boynton, and Frank Furtek.
> E00033095 -- Defendants do not agree to produce this document. While
> Defendants agree that this document is not attorney-client privileged,
> it is protected from disclosure by the deliberative process privilege
> as this document is a draft Capital Outlay Budget Change Proposal that
> was reviewed by John Dovey, Kathleen Keeshen, Jeanne Woodford, and
> Peter Farber-Szekrenyi.
> E00033381 -- Defendants agree to produce this document.
> E00033387 -- Defendants agree to produce this document.
> E00033437 -- Defendants do not agree to produce this document. While
> Defendants agree that this document is not attorney-client privileged,
> it is protected from disclosure by the deliberative process privilege
> as this document is a draft Capital Outlay Budget Change Proposal that
> was reviewed by Doug McKeever, John Dovey, Peter Farber-Szekrenyi,
> Renee Kanan, Kathleen Keeshen, and Jeanne Woodford.
> E00033442 -- Defendants do not agree to produce this document. While
> Defendants agree that this document is not attorney-client privileged,
> it is protected from disclosure by the deliberative process privilege
> as this document is a draft Capital Outlay Budget Change Proposal that
> was reviewed by Michael Barks, Robin Dezember, John Dovey, Tim
> Fishback, Renee Kanan, Kathleen Keeshen, Doug McKeever, and Cindy
> Radavsky.
> E00033443 -- Defendants agree to produce this document.
> E00033445 -- Defendants do not agree to produce this document. It is a
> communication between Michael Barks, Robin Dezember, John Dovey, Tim
> Fishback, Renee Kanan, Kathleen Keeshen, and Lisa Tillman.
> E00033446 -- Defendants previously produced this document in a
> supplemental production on February 20, 2008. As such, it should be
> stricken from the February 15, 2008 privilege log.
> E00033447 -- Defendants do not agree to produce this document. While
> Defendants agree that this document is not attorney-client privileged,
> it is protected from disclosure by the deliberative process privilege
> as this document is a draft Capital Outlay Budget Change Proposal that
> was reviewed by Michael Barks, Robin Dezember, John Dovey, Renee
> Kanan, Kathleen Keeshen, and Cindy Radavsky.
> E00033514 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Andrea Hoch, Steve
> Mayberg, and Cindy Radavsky and is also protected from disclosure by
> the deliberative process privilege as this communication discusses
> proposals for Branded Special Session Language.
> E00033515 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Andrea Hoch, Steve
> Mayberg, and Cindy Radavsky and is also protected from disclosure by
> the deliberative process privilege as this communication discusses
> proposals for Branded Special Session Language.
> E00033516 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Andrea Hoch, Steve

> Mayberg, and Cindy Radavsky and is also protected from disclosure by
> the deliberative process privilege as this communication discusses
> proposals for Branded Special Session Language.
> E00033517 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Andrea Hoch, Steve
> Mayberg, and Cindy Radavsky and is also protected from disclosure by
> the deliberative process privilege as this communication discusses
> proposals for Branded Special Session Language.
> E00033519 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Andrea Hoch, Steve
> Mayberg, and Cindy Radavsky and is also protected from disclosure by
> the deliberative process privilege as this communication discusses
> proposals for Branded Special Session Language.
> E00033520 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Andrea Hoch, Steve
> Mayberg, and Cindy Radavsky and is also protected from disclosure by
> the deliberative process privilege as this communication discusses
> proposals for Branded Special Session Language.
> E00033521 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Andrea Hoch, Steve
> Mayberg, and Cindy Radavsky and is also protected from disclosure by
> the deliberative process privilege as this communication discusses
> proposals for Branded Special Session Language.
> E00033522 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Andrea Hoch, Steve
> Mayberg, and Cindy Radavsky and is also protected from disclosure by
> the deliberative process privilege as this communication discusses
> proposals for Branded Special Session Language.
> E00037576 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Shama Chaiken, Robert
> Canning, Margaret McAloon, and Doug McKeever.
> E00038348 -- Defendants do not agree to produce this document. It is a
> communication between Teresa Schwartz, Lisa Tillman, and Joseph Moss.
> E00038455 -- Defendants do not agree to produce this document. It is a
> communication between Robert Canning, Shama Chaiken, Doug McKeever,
> and Lisa Tillman.
> E00038456 -- Defendants do not agree to produce this document. It is a
> communication between Robert Canning, Shama Chaiken, Doug McKeever,
> and Lisa Tillman.
> E00038459 -- Defendants do not agree to produce this document. It is a
> communication between Robert Canning, Shama Chaiken, Doug McKeever,
> and Lisa Tillman.
> E00038460 -- Defendants do not agree to produce this document. It is a
> communication between Robert Canning, Shama Chaiken, Doug McKeever,
> and Lisa Tillman.
> E00038514 -- Defendants do not agree to produce this document. It is a
> communication between Robert Canning, Shama Chaiken, Doug McKeever,
> and Lisa Tillman.
> E00043945 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Doug McKeever, Teresa Schwartz,
> and Lisa Tillman.
> E00044067 -- Defendants agree to produce this document.
> E00044068 -- Defendants agree to produce this document.
> E00044069 -- Defendants agree to produce this document.
> E00044197 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Margaret McAloon, Doug McKeever,

> E00044272 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Stephen Bindler, Margaret
> McAloon, Doug McKeever, and Lisa Tillman.
> E00044398 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Margaret McAloon, and Jay
> Russell.
> E00044618 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Margaret McAloon, Doug McKeever,
> and Lisa Tillman.
> E00044619 -- Defendants do not agree to produce this document. It is a
> communication between Margaret McAloon, Andrew Swanson, and Lisa
> Tillman.
> E00044620 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Doug McKeever, Andrew Swanson,
> and Lisa Tillman.
> E00044626 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Margaret McAloon, Doug McKeever,
> and Lisa Tillman.
> E00044666 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Doug McKeever, Tim Rougeux, and
> Lisa Tillman.
> E00044710 -- Defendants do not agree to produce this document. It is a
> draft memorandum sent for review from Doug McKeever to Shama Chaiken,
> Lisa Tillman, Brigid Hanson, and Teresa Schwartz.
> E00044737 -- Defendants do not agree to produce this document. It is a
> draft memorandum sent from Shama Chaiken to Lisa Tillman, Doug
> McKeever, and Margaret McAloon.
> E00044749 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Michael Barks, Shama Chaiken, and
> Lisa Tillman.
> E00044875 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Robert Canning, Doug McKeever,
> Teresa Schwartz, and Lisa Tillman.
> E00044886 -- Defendants do not agree to produce this document. It is a
> draft memorandum sent from Lea Ann Chrones to Shama Chaiken, Margaret
> McAloon, Doug McKeever, Teresa Schwartz, and Lisa Tillman.
> E00044895 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Teresa Schwartz, and Lisa
> Tillman.
> E00045364 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Doug McKeever, Andrew Swanson,
> and Lisa Tillman.
> E00045424 -- Defendants do not agree to produce this document. It is a
> communication between Terri McDonald, Shama Chaiken, Margaret McAloon,
> Tim Rougeux, and Mike Stone.
> E00045431 -- Defendants do not agree to produce this document. It is a
> communication between Terri McDonald, Shama Chaiken, Tim Rougeux, and
> Mike Stone.
> E00045436 -- Defendants do not agree to produce this document. It is a
> communication between Scott Kernan, Mike Stone, Doug McKeever, Terri
> McDonald, Shama Chaiken, Van Kamberian, Judi Lemos, and Doug McKeever.
> E00045506 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Lisa Tillman, and Mary Neade.
> E00045507 -- Defendants agree to produce this document.
> E00045537 -- Defendants do not agree to produce this document. It is a

> communication between Chris Swanberg, Shama Chaiken, and Terri
> McDonald.
> E00045608 -- Defendants do not agree to produce this document. It is a
> communication between Mike Stone, Shama Chaiken, Doug McKeever, and
> Andrew Swanson.
> E00045808 -- Defendants do not agree to produce this document. It is a
> communication between Nancy Bither, Doug McKeever, Shama Chaiken,
> Margaret McAloon, Cindy Radavsky, Mike Stone, and Teresa Schwartz.
> E00045924 -- Defendants agree to produce this document.
> E00045925 -- Defendants agree to produce this document.
> E00045926 -- Defendants agree to produce this document.
> E00045983 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Shama Chaiken, John Dovey, Brigid
> Hanson, Scott Kernan, Bruce Slavin, and Jim Tilton.
> E00046070 -- Defendants do not agree to produce this document. It is a
> communication between Margaret McAloon, Shama Chaiken, Scott Kernan,
> Judi Lemos, Terri McDonald, and Doug McKeever.
> E00046148 -- Defendants do not agree to produce this document. It is a
> communication between John Dovey, Anthony Kane, Scott Kernan, Doug
> McKeever, and Mike Stone.
> E00046160 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Anthony Kane, Scott Kernan, Doug
> McKeever, and Mike Stone.
> E00046161 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Julian Martinez, Mike Stone, and
> Doug McKeever.
> E00046166 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, John Dovey, Anthony Kane, Scott
> Kernan, and Mike Stone.
> E00046168 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Scott Kernan, Doug McKeever, and
> Mike Stone.
> E00046382 -- Defendants do not agree to produce this document. It is a
> communication between Tim Fishback, Shama Chaiken, Margaret McAloon,
> Doug McKeever, and Mike Stone.
> E00046460 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott
> Kernan, Mike Stone, and Lisa Tillman.
> E00046461 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott
> Kernan, Mike Stone, and Lisa Tillman.
> E00046462 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott
> Kernan, Mike Stone, and Lisa Tillman.
> E00046463 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott
> Kernan, Mike Stone, and Lisa Tillman.
> E00046464 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott
> Kernan, Mike Stone, and Lisa Tillman.
> E00046542 -- Defendants do not agree to produce this document. It is a
> communication between Robert Canning, Mike Stone, and Joseph Moss.
> E00046543 -- Defendants agree to produce this document.
> E00046768 -- Defendants do not agree to produce this document. It is a
> communication between Tim Fishback, Shama Chaiken, Doug McKeever, and
> Daisy McKenzie.

> E0004690A -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Shama Chaiken, Mike Stone, and
> Tim Rougeux.
> E00047050 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Shama Chaiken, Tim Fishback, Darc
> Keller, Mike Stone, and Lisa Tillman.
> E00047051 -- Defendants agree to produce this document.
> E00047052 -- Defendants agree to produce this document.
> E00047071 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Tim Fishback, Lisa Tillman, and
> Mike Stone.
> E00047253 -- Defendants do not agree to produce this document. It is a
> communication between Tim Fishback, Shama Chaiken, Lisa Tillman, and
> Renee Kanan.
> E00047256 -- Defendants do not agree to produce this document. It is a
> communication between Tim Fishback, Shama Chaiken, Margaret McAloon,
> and Lisa Tillman.
> E00047271 -- Defendants do not agree to produce this document. It is a
> communication between Tim Fishback, Shama Chaiken, Renee Kanan, and
> Lisa Tillman.
> E00047414 -- Defendants do not agree to produce this document. It is a
> communication between Tim Fishback, Shama Chaiken, Margaret McAloon,
> and Lisa Tillman.
> E00047453 -- Defendants do not agree to produce this document. It is a
> communication between Sarah Mangum, Molly Arnold, Jim Martone, and
> Lisa Tillman.
> E00047456 -- Defendants do not agree to produce this document. It is a
> communication between Sarah Mangum, Molly Arnold, Jim Martone, and
> Lisa Tillman.
> E00047489 -- Defendants do not agree to produce this document. It is a
> communication between Sarah Mangum, Molly Arnold, Jim Martone, and
> Lisa Tillman.
> E00047508 -- Defendants agree to produce this document.
> E00047512 -- Defendants do not agree to produce this document. It is a
> communication between Tim Fishback, Dennis Beaty, Shama Chaiken,
> Margaret McAloon, Doug McKeever, Lisa Tillman, and Mike Stone.
> E00047809 -- Defendants agree to produce this document.
> E00047818 -- Defendants do not agree to produce this document. It is a
> communication between Tim Fishback, Shama Chaiken, Renee Kanan,
> Margaret McAloon, Doug McKeever, and Lisa Tillman.
> E00047820 -- Defendants do not agree to produce this document. It is a
> communication between Tim Fishback, Shama Chaiken, Renee Kanan,
> Margaret McAloon, Doug McKeever, and Lisa Tillman.
> E00048004 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Shama Chaiken, Lisa Tillman, and
> Mike Stone.
> E00048006 -- Defendants agree to produce this document.
> E00048007 -- Defendants agree to produce this document.
> E00048065 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman and Shama Chaiken.
> E00048105 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Tim Fishback, Lisa Tillman, and
> Margaret McAloon.
> E00048109 -- Defendants do not agree to produce this document. It is a
> communication between Margaret McAloon, Shama Chaiken, Tim Fishback,
> and Lisa Tillman.

> E00048359 -- Defendants agree to produce this document.
> E00048260 -- Defendants agree to produce this document.
> E00048389 -- Defendants do not agree to produce this document. It is a
> communication between Misha Igra, Shama Chaiken, and Sharon Riegel.
> E00048391 -- Defendants do not agree to produce this document. It is a
> communication between Misha Igra, Shama Chaiken, and Sharon Riegel.
> E00048408 -- Defendants do not agree to produce this document. It is a
> communication between Mike Stone, Terri McDonald, and Shama Chaiken.
> E00048410 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Terri McDonald, Mike Stone, and
> Teresa Schwartz.
> E00048412 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Robert Smith, Misha Igra, and
> Mike Stone.
> E00048434 -- Defendants do not agree to produce this document. It is a
> communication between Misha Igra, Terri McDonald, Shama Chaiken, and
> Margaret McAloon.
> E00048482 -- Defendants do not agree to produce this document. It is a
> communication between Terri McDonald, Shama Chaiken, Misha Igra, Mike
> Stone, and Doug McKeever.
> E00048490 -- Defendants do not agree to produce this document. It is a
> communication between Robert Smith, Shama Chaiken, Misha Igra, and
> Terri McDonald.
> E00048505 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Robert Smith, Shama Chaiken, Terri
> McDonald, and Doug McKeever.
> E00048537 -- Defendants agree to produce this document.
> E00048570 -- Defendants do not agree to produce this document. It is a
> communication between Terri McDonald, Shama Chaiken, Margaret McAloon,
> Doug McKeever, and Chris Swanberg.
> E00048571 -- Defendants do not agree to produce this document. It is a
> communication between Terri McDonald, Shama Chaiken, Margaret McAloon,
> Doug McKeever, and Chris Swanberg.
> E00048572 -- Defendants do not agree to produce this document. It is a
> communication between Terri McDonald, Shama Chaiken, Margaret McAloon,
> Doug McKeever, and Chris Swanberg.
> E00048578 -- Defendants do not agree to produce this document. It is a
> communication between Terri McDonald, Shama Chaiken, Mike Stone, Lisa
> Tillman, and Margaret McAloon.
> E00048579 -- Defendants do not agree to produce this document. It is a
> communication between Terri McDonald, Shama Chaiken, Scott Kernan,
> Judi Lemos, Doug McKeever, Chris Swanberg, and Lisa Tillman.
> E00048639 -- Defendants do not agree to produce this document. It is a
> communication between Terri McDonald, Shama Chaiken, Doug McKeever,
> Mike Stone, and Andrew Swanson.
> E00048641 -- Defendants previously produced a redacted version of this
> document. Defendants do not agree to produce this document without
> redactions. It is a confidential communication between Terri McDonald,
> Shama Chaiken, Doug McKeever, Mike Stone, and Margaret McAloon. This
> communication is protected from disclosure by the deliberative process
> and attorney-client communication privileges.
> E00048657 -- Defendants previously produced a redacted version of this
> document. Defendants do not agree to produce this document without
> redactions. It is a confidential communication between Tim Rougeux,
> Shama Chaiken, Judi Lemos, Terri McDonald, and Doug McKeever. This
> communication is protected from disclosure by the deliberative process

> and attorney-client communication privileges.
> E00048670 -- Defendants do not agree to produce this document. It is a
> communication between Alberto Caton, Shama Chaiken, Judi Lemos, and
> Terri McDonald.
> E00048672 -- Defendants do not agree to produce this document. It is a
> communication between Alberto Caton, Shama Chaiken, Judi Lemos, Terri
> McDonald, and Doug McKeever.
> E00048673 -- Defendants do not agree to produce this document. It is a
> communication between Alberto Caton, Shama Chaiken, Judi Lemos,
> Margaret McAloon, and Terri McDonald.
> E00048696 -- Defendants do not agree to produce this document. It is a
> communication between Andrew Swanson, Shama Chaiken, Margaret McAloon,
> Lisa Tillman, and Doug McKeever.
> E00048791 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Tim Fishback, Doug McKeever, Tim
> Rougeux, and Katherine Nelson.
> E00048823 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Brigid Hanson, Nancy Bither,
> Joyce Hayhoe, Mike Stone, and Lisa Tillman.
> E00049365 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Tim Fishback, Margaret McAloon,
> Doug McKeever, and Lisa Tillman.
> E00050188 -- Defendants do not agree to produce this document. It is a
> communication between Vincent Cullen, Kathy Jett, Deborah Hysen, Chris
> Swanberg, and Mike Dingwell.
> E00082874 -- Defendants do not agree to produce this document. It is a
> communication between Deborah Hysen, Dan Dunmoyer, Andrea Hoch, Bob
> Gore, Susan Kennedy and Jim Tilton. This document is also protected
> from disclosure by the deliberative process privilege.
> E00082927 -- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Andrea Hoch, and Chris Kahn.
> E00083483 -- Defendants do not agree to produce this document. It is a
> communication between Trina Hirsig, Don Currier, Mike Dingwell,
> Deborah Hysen, Kathy Jett, Mark Mustybrook, Alberto Roldan, and Chris
> Swanberg.
> E00084265 -- Defendants do not agree to produce this document. It is a
> communication between Elizabeth Ashford, Bob Gore, Andrea Hoch, and
> Chris Ryan.
> E00084266 -- Defendants do not agree to produce this document. It is a
> communication between Elizabeth Ashford, Bob Gore, Andrea Hoch, and
> Chris Ryan.
> E00084267 -- Defendants do not agree to produce this document. It is a
> communication between Elizabeth Ashford, Bob Gore, Andrea Hoch, and
> Chris Ryan.
> E00084268 -- Defendants do not agree to produce this document. It is a
> communication between Elizabeth Ashford, Bob Gore, Andrea Hoch, and
> Chris Ryan.
> E00084293 -- Defendants do not agree to produce this document. It is a
> communication between Andrea Hoch, Bob Gore, Chris Ryan, and Elizabeth
> Ashford.  It is also protected from disclosure by the deliberative
> process privilege as this communication discusses a draft of a press
> release regarding opposition to a prisoner release order.
> E00084308 -- Defendants do not agree to produce this document. It is a
> communication between Bob Gore, Andrea Hoch, and Chris Kahn.
> E00084360 -- Defendants do not agree to produce this document. It is a
> communication between David Runnels, Bob Gore, Andrea Hoch, and Jim

> E00084461 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Deborah Hysen, Dan
> Dunmoyer, Bob Gore, Andrea Hoch, Susan Kennedy, and Jim Tilton. This
> document is also protected from disclosure by the deliberative process
> privilege.
> E00084449 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Bob Gore, Dan
> Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also
> protected from disclosure by the deliberative process privilege.
> E00084450 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Bob Gore, Dan
> Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also
> protected from disclosure by the deliberative process privilege.
> E00084453 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Bob Gore, Dan
> Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also
> protected from disclosure by the deliberative process privilege.
> E00084455 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Bob Gore, Dan
> Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also
> protected from disclosure by the deliberative process privilege.
> E00084456 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Bob Gore, Dan
> Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also
> protected from disclosure by the deliberative process privilege.
> E00084574 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Michael Saragosa,
> Fred Aguiar, Tami Bogert, Dan Dunmoyer, Andrea Hoch, and Louis Mauro.
> This document is also protected from disclosure by the deliberative
> process privilege.
> E00084575 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Michael Saragosa,
> Fred Aguiar, Tami Bogert, Dan Dunmoyer, Andrea Hoch, and Louis Mauro.
> This document is also protected from disclosure by the deliberative
> process privilege.
> E00084576 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Michael Saragosa,
> Fred Aguiar, Tami Bogert, Dan Dunmoyer, Andrea Hoch, and Louis Mauro.
> This document is also protected from disclosure by the deliberative
> process privilege.
> E00084577 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Michael Saragosa,
> Fred Aguiar, Tami Bogert, Dan Dunmoyer, Andrea Hoch, and Louis Mauro.
> This document is also protected from disclosure by the deliberative
> process privilege.
> E00084741 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Bob Gore, Andrea
> Hoch, and Chris Kahn. This document is also protected from disclosure
> by the deliberative process privilege.
> E00085017 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Joyce Hayhoe, Eric
> Csizmar, Bob Gore, Andrea Hoch, Chris Kahn, and Jim Tilton. This
> document is also protected from disclosure by the deliberative process
> privilege.
> E00085018 -- Defendants do not agree to produce this document. It is

> an attorney-client privileged communication between Joyce Hayhoe, Eric
> Csizmar, Bob Gore, Andrea Hoch, Chris Kahn, and Jim Tilton. This
> document is also protected from disclosure by the deliberative process
> privilege.
> E00085021 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Joyce Hayhoe, Eric
> Csizmar, Bob Gore, Andrea Hoch, Chris Kahn, and Jim Tilton. This
> document is also protected from disclosure by the deliberative process
> privilege.
> E00085022 -- Defendants do not agree to produce this document. It is
> an attorney-client privileged communication between Joyce Hayhoe, Eric
> Csizmar, Bob Gore, Andrea Hoch, Chris Kahn, and Jim Tilton. This
> document is also protected from disclosure by the deliberative process
> privilege.
> E00085393 -- Defendants do not agree to produce this document. It is a
> communication between Sarah Mangum, Molly Arnold, Karen Finn, Todd
> Jerue, and Jim Martone.
> E00085397 -- Defendants do not agree to produce this document. It is a
> communication between Sarah Mangum, Molly Arnold, Karen Finn, Todd
> Jerue, and Jim Martone.
> E00085449 -- Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Vince Brown, Karen Finn, and Jim
> Martone.
> E00085450 -- Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Vince Brown, Karen Finn, Todd
> Jerue, and Jay Sturges.
> E00085463 -- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown,
> Todd Jerue, and Steve Kessler.
> E00085464 -- Defendants do not agree to produce this document. It is a
> communication between Vince Brown, Molly Arnold, John Doyle, Steve
> Kessler, Todd Jerue, and Mike Wilkening.
> E00085465 -- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Mimi Alves, Molly Arnold,
> Vince Brown, Mark Campbell, John Doyle, Karen Finn, and Steve Kessler.
> E00085503 -- Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Mike Genest, Vince Brown, and
> Karen Finn.
> E00085765 -- Defendants do not agree to produce this document. It is a
> communication between Molly Arnold, Daphne Huang, Vince Brown, Karen
> Finn, and Jim Martone.
> E00085795 -- Defendants do not agree to produce this document. It is a
> communication between Vince Brown, Molly Arnold, Todd Jerue, and Steve
> Kessler.
> E00085825 -- Defendants do not agree to produce this document. It is a
> communication between Jaci-Marie Thomson, Molly Arnold, and Karen
> Finn.
> E00085920 -- Defendants do not agree to produce this document. It is a
> communication between Daphne Huang, Molly Arnold, Todd Jerue, and
> Sarah Mangum.
> E00085921 -- Defendants do not agree to produce this document. It is a
> communication between Daphne Huang, Molly Arnold, Sue Bost, Todd
> Jerue, and Jim Martone.
> E00085956 -- Defendants do not agree to produce this document. It is a
> communication between Daphne Huang, Jim Alves, Molly Arnold, Karen
> Finn, John Doyle, and Mike Wilkening.

> E00085963 -- Defendants do not agree to produce this document. It is a
> communication between Jim Alves, Molly Arnold, Daphne Huang, Karen
> Finn, and Todd Jerue.
> E00086783 -- Defendants do not agree to produce this document. It is a
> communication between Jim Alves, Molly Arnold, Sue Bost, Todd Jerue,
> and Jim Tilton.
> E00086968 -- Defendants do not agree to produce this document. It is a
> communication between Natasha Wunderlich, Molly Arnold, and Vince
> Brown.
> E00086978 -- Defendants do not agree to produce this document. It is a
> communication between H.D. Palmer, Molly Arnold, and Vince Brown.
> E00095859 -- Defendants do not agree to produce this document. It is a
> communication between Doug McKeever, Lisa Tillman, and Ross Meier.
> E00096367 -- Defendants do not agree to produce this document. It is
> a communication between Lisa Tillman, Frank Furtek, Stephen Mayberg,
> and Cynthia Rodriguez.
> E00096452 -- Defendants do not agree to produce this document. It is a
> communication between Joseph Moss, Shama Chaiken, Doug McKeever, Lisa
> Tillman, and Gary Pierce.
> E00096622 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Lisa Tillman, Mike Stone, and
> Robert Canning.
> E00096636 -- Defendants do not agree to produce this document. It is a
> communication between Shama Chaiken, Lisa Tillman, Mike Stone, and
> Robert Canning.
> E00096637 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Robert Canning, Shama Chaiken, Tim
> Fishback, and Helen Steenman.
> E00097040 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Doug McKeever, Shama Chaiken, and
> Lisa Tillman.
> E00097579 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Deborah Hysen, Robin Dezember,
> Steve Durham, and Ben Rice.
> E00097584 -- Defendants do not agree to produce this document. It is a
> communication between Robin Dezember, Deborah Hysen, Ben Rice, and
> Lisa Tillman.
> E00099273 -- Defendants do not agree to produce this document. It is a
> communication between Tami Bogert, Molly Arnold, Andrea Hoch, and Lisa
> Tillman.
> E00099500 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Michael Barks, Shama
> Chaiken, and Margaret McAloon.
> E00099501 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Michael Barks, Shama
> Chaiken, and Margaret McAloon.
> E00099502 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Michael Barks, Shama
> Chaiken, and Margaret McAloon.
> E00099503 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Michael Barks, Shama
> Chaiken, and Margaret McAloon.
> E00099504 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Michael Barks, Shama
> Chaiken, and Margaret McAloon.
> E00099505 -- Defendants do not agree to produce this document. It is a

> communication between Lisa Tillman, Mike Stone, Michael Barks, Shama
> Chaiken, and Margaret McAloon.
> E00099506 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Michael Barks, Shama
> Chaiken, and Margaret McAloon.
> E00099507 -- Defendants do not agree to produce this document. It is a
> communication between Lisa Tillman, Mike Stone, Michael Barks, Shama
> Chaiken, and Margaret McAloon.
> Defendants believe that they have adequately addressed plaintiffs'
> concerns and that plaintiffs will in good faith reconsider their
> position regarding this dispute.
> Sincerely,
> Paul Mello
>
>
>


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including any attachments, is confidential and may
be
protected by privilege. If you are not the intended recipient, any use,
dissemination, distribution, or copying of this communication is
strictly
prohibited. If you have received this communication in error, please
immediately notify the sender by telephone or email, and permanently
delete
all copies, electronic or other, you may have.

To ensure compliance with requirements imposed by the IRS, we inform you
that any tax advice contained in this communication (including any
attachments) was not intended or written to be used, and cannot be used,
for
the purpose of (i) avoiding penalties under the Internal Revenue Code or
(ii) promoting, marketing or recommending to another party any
transaction
or matter addressed herein.

The foregoing applies even if this notice is embedded in a message that
is
forwarded or attached.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This communication, including any attachments, is confidential and may be protected by privilege. If you are not the
intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you
have received this communication in error, please immediately notify the sender by telephone or email, and permanently
delete all copies, electronic or other, you may have.

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this

communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*