# EXHIBIT C

Contested documents for which defendants claim attorney-client privilege

a) No attorney listed as author or recipient in privilege logs

E00000613
E00001100
E00003041
E00003179
E00007081
E00014065
E00022699
E00028654
E00044198
E00045366
E00046768
E00084734
E00095838
E00099404

(b) Outsider to the attorney-client relationship included as author or recipient in privilege logs

E00020277
E00020512
E00045948
E00046983
E00046988
E00046989
E00082860
E00083812
E00099569
E00099573

(c) Attorney(s) copied on apparently non-privileged communication

E00000270
E00000271
E00000374
E00000375
E00000376
E00000377
E00000847
E00000848

E00001099
E00001109
E00001111
E00001145
E00001146
E00001147
E00001408
E00001409
E00001575
E00001702
E00001703
E00001751
E00001752
E00002005
E00002038
E00002088
E00002111
E00002637
E00002638
E00002639
E00002640
E00002641
E00002642
E00002643
E00002644
E00002645
E00002646
E00002647
E00003064
E00003172
E00003174
E00003177
E00003178
E00003967
E00004350
E00004351
E00004631
E00004924
E00004925
E00005322
E00006313
E00006393
E00006394

E00006586
E00006635
E00006636
E00006744
E00006745
E00006746
E00007093
E00007103
E00007104
E00007105
E00007106
E00007126
E00007127
E00007128
E00007129
E00009517
E00009518
E00009599
E00009614
E00009615
E00011245
E00012401
E00012402
E00012403
E00012405
E00012406
E00014163
E00016045
E00016330
E00017097
E00017356
E00017357
E00017358
E00017359
E00017360
E00017361
E00017362
E00017388
E00017389
E00017390
E00017391
E00018099
E00018112

E00018113
E00018116
E00018117
E00018118
E00018119
E00018120
E00018121
E00018122
E00018123
E00018126
E00018140
E00018141
E00018142
E00018143
E00018144
E00018244
E00018506
E00018527
E00018528
E00018529
E00018543
E00018544
E00018545
E00018916
E00019023
E00019024
E00019025
E00019066
E00019084
E00019498
E00019559
E00019560
E00019562
E00019731
E00019809
E00019861
E00019942
E00020198
E00020358
E00020511
E00020588
E00020592
E00020601

E00020617
E00020632
E00020633
E00020680
E00020713
E00020760
E00020819
E00021166
E00021344
E00022235
E00022236
E00022237
E00022238
E00022239
E00022240
E00022241
E00022242
E00022243
E00022252
E00022253
E00022254
E00022255
E00022256
E00022257
E00022591
E00022592
E00022593
E00022594
E00022595
E00022596
E00022597
E00027889
E00028159
E00028419
E00028420
E00028434
E00028438
E00028439
E00028440
E00028537
E00028551
E00028552
E00028553

E00028649
E00028650
E00028651
E00028797
E00028798
E00028945
E00028947
E00028948
E00028979
E00029552
E00029553
E00029624
E00029625
E00029626
E00029627
E00029628
E00030167
E00030168
E00030169
E00030171
E00030571
E00030572
E00030573
E00030574
E00030575
E00030576
E00030577
E00030578
E00030579
E00031150
E00031163
E00031164
E00031165
E00031166
E00031167
E00031168
E00031169
E00031493
E00031495
E00031557
E00033095
E00033437
E00033442

E00033445
E00033447
E00033514
E00033515
E00033516
E00033517
E00033519
E00033520
E00033521
E00033522
E00037576
E00038348
E00038455
E00038456
E00038459
E00038460
E00038514
E00043945
E00044197
E00044272
E00044398
E00044618
E00044619
E00044620
E00044626
E00044666
E00044710
E00044737
E00044749
E00044875
E00044886
E00044895
E00045364
E00045424
E00045431
E00045436
E00045506
E00045537
E00045608
E00045808
E00045983
E00046070
E00046148

E00046160
E00046161
E00046166
E00046168
E00046382
E00046460
E00046461
E00046462
E00046463
E00046464
E00046542
E00046768
E00046904
E00047050
E00047071
E00047253
E00047256
E00047271
E00047414
E00047453
E00047456
E00047489
E00047512
E00047818
E00047820
E00048004
E00048065
E00048105
E00048109
E00048389
E00048391
E00048408
E00048410
E00048412
E00048434
E00048482
E00048490
E00048505
E00048570
E00048571
E00048572
E00048578
E00048579

E00048639
E00048670
E00048672
E00048673
E00048696
E00048791
E00048823
E00049365
E00050188
E00082874
E00082927
E00083483
E00084265
E00084266
E00084267
E00084268
E00084293
E00084308
E00084360
E00084461
E00084449
E00084450
E00084453
E00084455
E00084456
E00084574
E00084575
E00084576
E00084577
E00084741
E00085017
E00085018
E00085021
E00085022
E00085393
E00085397
E00085449
E00085450
E00085463
E00085464
E00085465
E00085503
E00085765

E00085795
E00085825
E00085920
E00085921
E00085956
E00085983
E00086783
E00086968
E00086978
E00095859
E00096367
E00096452
E00096622
E00096636
E00096637
E00097040
E00097579
E00097584
E00099273
E00099500
E00099501
E00099502
E00099503
E00099504
E00099505
E00099506
E00099507