EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN – 126424
MISHA D. IGRA - 208711
CHARLES ANTONEN – 221207
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5708
Facsimile: (415) 703-5843
Email: Charles.Antonen@doj.ca.gov
Attorneys for Defendants

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO – 179755
SAMANTHA D. TAMA - 240280
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF SAMANTHA TAMA IN SUPPORT OF DEFENDANTS' POSITION REGARDING DISCOVERY DISPUTE** |

/ / /

/ / /

/ / /

- 1 -
DECL. OF SAMANTHA TAMA ISO DEFS.' POSITION RE: DISCOVERY DISPUTES
(CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1430106.1

I, Samantha Tama, declare as follows:

1. I am an associate with the law offices of Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP, counsel of record for Defendants in this action. I submit this declaration in support of Defendants' position regarding the parties' discovery dispute. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify, would and could competently testify to the matters set forth below.

2. On February 25, 2008 Plaintiffs' counsel sent four emails identifying 516 documents from Defendants' February 15, 2008 privilege logs that Plaintiffs contended were not protected attorney-client communications.

3. As a result, Defendants re-reviewed each of the 516 documents identified by Plaintiffs' counsel in their February 25, 2008 e-emails.

4. Following this re-review, Defendants determined that, for various reasons, 91 documents were not proper attorney-client privileged communications (and were not protected from disclosure by some other privilege), and therefore agreed to release those 91 documents to Plaintiffs' counsel. Defendants also determined that the remaining 425 documents were properly characterized as privileged attorney-client (or were otherwise protected from disclosure), and provided Plaintiffs' counsel with a further explanation as to why these 425 documents are privileged.

5. Paul Mello and I met and conferred in person with Lori Rifkin and Sara Norman on March 5, 2008 regarding the 516 disputed documents. During this meeting, Mr. Mello informed Ms. Rifkin and Ms. Norman that Defendants understood Plaintiffs' position. Mr. Mello further informed Plaintiffs' counsel that he was scheduled to meet with Defendants in Sacramento on March 6, 2008. Mr. Mello explained that after he met with Defendants, he would inform Plaintiffs' counsel which of the 516 documents Defendants would produce, and would provide a further explanation as to why the remaining documents were properly privileged.

6. On March 6, 2008, at 4:08 p.m., I sent Lori Rifkin and Sara Norman an e-mail outlining which of the disputed documents would be produced and providing further explanation as to the remaining documents that were properly privileged. A true and correct copy of this e-

- 2 -

mail is attached as Exhibit A.

7. At 12:37 p.m. on March 7, 2008, I received an e-mail from Sara Norman informing me that my March 6, 2008 e-mail failed to address Plaintiffs' concerns regarding 15 disputed documents that Plaintiffs identified in one of their February 25, 2008 e-mails.

8. I replied to Ms. Norman's March 7, 2008 e-mail at 12:57 p.m., and informed her that Defendants would review the additional 15 disputed documents. I also requested that she provide Defendants with a response to my March 6, 2008 e-mail as to whether or not Plaintiffs had reconsidered their position with respect to the remainder of the disputed documents that Defendants did not agree to produce. Ms. Norman responded that she would provide Defendants with her position as soon as it was available.

9. Paul Mello responded to Ms. Norman by e-mail at 2:13 p.m. on March 7, 2008, and provided a detailed response regarding the 15 disputed documents that were inadvertently omitted from Defendants' March 6, 2008 email. A true and correct copy of this e-mail is attached as Exhibit B.

10. As of 2:30 p.m. today, Defendants have not received Plaintiffs' response to the remaining disputed privileged documents. Therefore, the number of privileged documents that remain in dispute may be as many as 425 documents.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed March 7, 2008, in San Francisco, California.

/s/
SAMANTHA TAMA