# **Exhibit A**

**Samantha D. Tama**

| | |
|---|---|
| **From:** | Samantha D. Tama |
| **Sent:** | Thursday, March 06, 2008 4:08 PM |
| **To:** | 'lrifkin@rbg-law.com'; 'snorman@prisonlaw.com' |
| **Cc:** | Paul B. Mello; Renju P. Jacob; 'Rochelle East'; 'Lisa.Tillman@doj.ca.gov'; 'Misha.Igra@doj.ca.gov' |
| **Subject:** | Document List |

Dear Lori & Sara,

I'm sending the below e-mail on Paul's behalf, who is in Sacramento today.  Thank you.

Sincerely,

Samantha

Lori and Sara, Per our in person meet and confer session yesterday, and in a good faith attempt to resolve this discovery dispute, defendants provide this response to plaintiffs' emails of 12:17 a.m., 12:34 a.m., 11:42 a.m. and 12:32 p.m. on February 25, 2008. In those emails, and as we discussed yesterday, plaintiffs listed those documents in dispute with respect the attorney-client/attorney work product privileges. As they have done in the past, defendants respond on a document-by-document basis to plaintiffs' claims.

**Plaintiffs' list of documents that are allegedly identified as attorney-client where there is allegedly no attorney as author or recipient:**

E00000613 -- Defendants do not agree to produce this document. It is is an email communication between Tami Bogert, Andrea Hoch, Louis Mauro, Jim Tilton, Richard Subia, Joyce Hayhoe and Bud Prunty.

E00003179 -- Defendants do not agree to produce this document. It is an email communication between Samantha Tama, Scott Kernan, Kathy Gaddi, Tim Quackenbush and Calvin Smith.

E00003509 -- Defendants agree to produce this document.

E00011365 -- Defendants agree to produce this document.

E00013223 -- Defendants agree to produce this document.

E00014065 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Doug McKeever, Michael Barks, and Robin Dezember.

E00019816 -- Defendants agree to produce this document.

E00022699 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Vince Brown, and Jaci-Marie Thompson.

E00028654 -- Defendants do not agree to produce this document. It is a communication between Ben Rice, Molly Arnold, Deborah Cregger, Karen Finn, and Jim Martone.

E00044198 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Doug McKeever, Margaret McAloon, and Robin Dezember. It is also protected from disclosure by the deliberative process privilege as this document is a draft of an Administrative Segregation Unit Enhanced Outpatient plan.

E00045366 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Shama Chaiken, Margaret McAloon, and Mike Stone.

E00045435 -- Defendants do not agree to produce this document. It is a communication between Mike Stone and Doug McKeever.

E00045923 -- Defendants agree to produce this document.

E00095838 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Doug McKeever, and Teresa Schwartz.

E00099404 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Molly Arnold, Sarah Mangum, and Tim Fishback.

**Plaintiffs' list of documents that are allegedly identified as attorney-client where there are allegedly outsiders to the attorney-client relationship listed as authors or recipients:**

E00001660 -- Defendants agree to produce this document.

E00001661 -- Defendants agree to produce this document.

E00001662 -- Defendants agree to produce this document.

E00009455 -- Defendants agree to produce this document.

E00009516 -- Defendants agree to produce this document.

E00012812 -- Defendants agree to produce this document.

E00012813 -- Defendants agree to produce this document.

E00012814 -- Defendants agree to produce this document.

E00012965 -- Defendants agree to produce this document.

E00012966 -- Defendants agree to produce this document.

E00012967 -- Defendants agree to produce this document.

E00012968 -- Defendants agree to produce this document.

E00017410 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Nancy Bither, Richard Kirkland, and Doug McKeever.

E00020512 -- Defendants do not agree to produce this document.  It is an attorney-client privileged communication between Deborah Cregger, Stephen Benson, and Jim Martone.  It is also protected from disclosure by the deliberative process privilege as this communication discusses proposed changes to AB900.

E00045134 -- Defendants agree to produce this document.

E00045546 -- Defendants agree to produce this document.

E00045809 -- Defendants agree to produce this document.

E00045913 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Shama Chaiken, and Doug McKeever.

E00045916 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Shama Chaiken, and Doug McKeever.

E00045948 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman and Shama Chaiken.

E00046957 -- Defendants agree to produce this document.

E00046958 -- Defendants agree to produce this document.

E00046959 -- Defendants agree to produce this document.

E00046960 -- Defendants agree to produce this document.

E00046962 -- Defendants agree to produce this document.

E00046963 -- Defendants agree to produce this document.

E00046964 -- Defendants agree to produce this document.

E00046966 -- Defendants agree to produce this document.

E00046967 -- Defendants agree to produce this document.

E00046968 -- Defendants agree to produce this document.

E00046983 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Lisa Tillman, Mike Stone, and Shama Chaiken.

E00046988 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Lisa Tillman, Mike Stone, and Shama Chaiken.

E00046989 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Lisa Tillman, Mike Stone, and Shama Chaiken.

E00082860 -- Defendants do not agree to produce this document. It is a communication between Kathy Jett and Ben Rice.

E00083812 -- Defendants do not agree to produce this document. It is a communication between Joan Petersilia and Ben Rice.

E00099414 -- Defendants agree to produce this document.

E00099415 -- Defendants agree to produce this document.

**Plaintiffs' list of documents that are allegedly identified as attorney-client where plaintiffs claim attorney(s) are copied, but there there is allegedly not a privileged communication:**

E00000076 -- Defendants previously produced this document in a supplemental production on February 20, 2008. As such, it should be stricken from the February 15, 2008 privilege log.

E00000233 -- Defendants previously produced this document in a supplemental production on February 20, 2008. As such, it should be stricken from the February 15, 2008 privilege log.

E00000270 -- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Bruce Slavin, Joyce Hayhoe, and Steve Kessler.

E00000271 -- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Bruce Slavin, Joyce Hayhoe, and Steve Kessler.

E00000374 -- Defendants do not agree to produce this document. It is a communication between Bob Gore, Bruce Slavin, Deborah Hysen, Joyce Hayhoe, and Bud Prunty.

E00000375 -- Defendants do not agree to produce this document. It is a communication between Bob Gore, Bruce Slavin, Deborah Hysen, Joyce Hayhoe, and Bud Prunty.

E00000376 -- Defendants do not agree to produce this document. It is a communication between Bob Gore, Bruce Slavin, Deborah Hysen, Joyce Hayhoe, and Bud Prunty.

E00000377 -- Defendants do not agree to produce this document. It is a communication between Bob Gore, Bruce Slavin, Deborah Hysen, Joyce Hayhoe, and Bud Prunty.

E00000847 -- Defendants do not agree to produce this document. It is a communication between Bruce Slavin, Jim Tilton, Joyce Hayhoe, and Bud Prunty.

E00000848 -- Defendants do not agree to produce this document. It is a communication between Bruce Slavin, Jim Tilton, Joyce Hayhoe, and Bud Prunty.

E00001099 -- Defendants do not agree to produce this document. It is a communication between Joyce Hayhoe, Bruce Slavin, Bob Gore, Deborah Hysen, and Chris Ryan.

E00001109 -- Defendants do not agree to produce this document. It is an email communication between Joyce Hayoe, Chris Ryan,

Robert Gore, Deborah Hysen, Kathy Jett and Bruce Slavin regarding potential AB 900 Clean-up Amendments. This email is protected from disclosure by the deliberative process and attorney-client communication privileges.

E00001111 -- Defendants do not agree to produce this document. It is a confidential CDCR Week Ahead from Jim Tilton to Dan Dunmoyer, Bob Gore, Andrea Hoch, Ben Rice, Louis Mauro, etc. This email is protected from disclosure by the deliberative process and attorney-client communication privileges.

E00001145 -- Defendants do not agree to produce this document. It is a communication between Joyce Hayhoe, Bruce Slavin, Bob Gore, Deborah Hysen, and Chris Ryan.

E00001146-- Defendants do not agree to produce this document. It is a communication between Joyce Hayhoe, Bruce Slavin, Bob Gore, Deborah Hysen, and Chris Ryan.

E00001147-- Defendants do not agree to produce this document. It is a communication between Joyce Hayhoe, Bruce Slavin, Bob Gore, Deborah Hysen, and Chris Ryan.

E00001240 -- Defendants previously produced this document in a supplemental production on February 20, 2008. As such, it should be stricken from the February 15, 2008 privilege log.

E00001408 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Jim Tilton, Bruce Slavin, Dennis Beaty, John Dovey, and Sue Bost.

E00001409-- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Jim Tilton, Bruce Slavin, Dennis Beaty, John Dovey, and Sue Bost.

E00001411 -- Defendants agree to produce this document.

E00001575 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Doug McKeever, and Jim Tilton.

E00001702 -- Defendants do not agree to produce this document. It is a communication between Dan Dunmoyer, Bob Gore, Joyce Hayhoe, Susan Kennedy, Jim Tilton, and Ben Rice.

E00001703 -- Defendants do not agree to produce this document. It is a communication between Dan Dunmoyer, Bob Gore, Joyce Hayhoe, Susan Kennedy, Jim Tilton, and Ben Rice.

E00001751-- Defendants do not agree to produce this document. It is a communication between Bud Prunty, Steve Kessler, Jim Tilton, and Bruce Slavin.

E00001752-- Defendants do not agree to produce this document. It is a communication between Bud Prunty, Steve Kessler, Jim Tilton, and Bruce Slavin.

E00002005 -- Defendants previously produced this document in a supplemental production on February 20, 2008. As such, it should be stricken from the February 15, 2008 privilege log.

E00002007 -- Defendants previously produced a redacted version of this document. Defendants do not agree to produce this document without redactions. It is a confidential CDCR Week Ahead from Jim Tilton to Dan Dunmoyer, Bob Gore, Andrea Hoch, Ben Rice, Louis Mauro, etc. This email is protected from disclosure by the deliberative process and attorney-client communication privileges.

E00002038-- Defendants do not agree to produce this document. It is a communication between Bruce Slavin, Joyce Hayhoe, Terri McDonald, and Seth Unger.

E00002088-- Defendants do not agree to produce this document. It is a communication between Bob Gore, Ben Rice, and Bud Prunty.

E00002111-- Defendants do not agree to produce this document. It is a communication between Bob Gore, Bud Prunty, and Andrea Hoch.

E00002152 -- Defendants agree to produce this document.

E00002153 -- Defendants agree to produce this document.

E00002219 -- Defendants agree to produce this document.

E00002220 -- Defendants agree to produce this document.

E00002637-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002638-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002639-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002640-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002641-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002642-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002643-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002644-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002645-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002646-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00002647-- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Scott Kernan, and Andrea Hoch.

E00003064-- Defendants do not agree to produce this document. It is a communication between Scott Kernan and Bruce Slavin.

E00003123 -- Defendants agree to produce this document.

E00003172-- Defendants do not agree to produce this document. It is a communication between Scott Kernan and Ben Rice.

E00003174-- Defendants do not agree to produce this document. It is a communication between Scott Kernan, Samantha Tama, and Ben Rice.

E00003177-- Defendants do not agree to produce this document. It is a communication between Scott Kernan and Samantha Tama.

E00003178-- Defendants do not agree to produce this document. It is a communication between Scott Kernan and Samantha Tama.

E00003219 -- Defendants agree to produce this document.

E00003280 -- Defendants agree to produce this document.

E00003966 -- Defendants previously produced this document in a supplemental production on February 20, 2008. As such, it should be stricken from the February 15, 2008 privilege log.

E00003967 -- Defendants do not agree to produce this document. It is a communication between Scott Kernan and Jim Tilton.

E00004349 -- Defendants agree to produce this document.

E00004350-- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Scott Kernan, Teresa Schwartz, Bruce Slavin, and Mike Stone.

E00004351-- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Lee Anne Chrones, Scott Kernan, Teresa Schwartz, Bruce Slavin, and Mike Stone.

E00004360 -- Defendants agree to produce this document.

E00004631-- Defendants do not agree to produce this document. It is a communication between Robin Dezember, Deborah Hysen, and Bruce Slavin.

E00004924-- Defendants do not agree to produce this document. It is a communication between Kathy Jett, Don Currier, Bob Gore, and Deborah Hysen.

E00004925-- Defendants do not agree to produce this document. It is a communication between Kathy Jett, Don Currier, Bob Gore, and Deborah Hysen.

E00005322-- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Jim Tilton, and Bruce Slavin.

E00006313-- Defendants do not agree to produce this document. It is a communication between Dennis Dunne, Mike Dingwell, and Deborah Hysen.

E00006392 -- Defendants agree to produce this document.

E00006393-- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, George Sifuentes, Lisa Tillman, and Doug McKeever.

E00006394-- Defendants do not agree to produce this document. It is a communication between George Sifuentes, Deborah Hysen, Doug McKeever, and Lisa Tillman.

E00006586-- Defendants do not agree to produce this document. It is a communication between Robin Dezember, Deborah Hysen, and Bruce Slavin.

E00006635-- Defendants do not agree to produce this document. It is a communication between Robin Dezember, Deborah Hysen, and Bruce Slavin.

E00006636-- Defendants do not agree to produce this document. It is a communication between Steve Chapman, Robin Dezember, Deborah Hysen, and Bruce Slavin.

E00006744-- Defendants do not agree to produce this document. It is a communication between Armand Burruel, Chris Swanberg, and Carl Larson.

E00006745-- Defendants do not agree to produce this document. It is a communication between Armand Burruel, Chris Swanberg, and Carl Larson.

E00006746-- Defendants do not agree to produce this document. It is a communication between Armand Burruel, Chris Swanberg, and Carl Larson.

E00007093-- Defendants do not agree to produce this document. It is a communication between Deboarh Hysen, Dean Borg, Robin Dezember, Doug McKeever, and Bruce Slavin.

E00007103-- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Ben Rice, Bob Gore, and Jim Tilton.

E00007104-- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Ben Rice, Bob Gore, and Jim Tilton.

E00007105-- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Ben Rice, Bob Gore, and Jim Tilton.

E00007106-- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Ben Rice, Bob Gore, and Jim Tilton.

E00007126-- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Ben Rice, Bob Gore, Andrea Hoch, and Jim Tilton.

E00007127-- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Ben Rice, Bob Gore, Andrea Hoch, and Jim Tilton.

E00007128-- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Ben Rice, Bob Gore, Andrea Hoch, and Jim Tilton.

E00007129-- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Ben Rice, Bob Gore, Andrea Hoch, and Jim Tilton.

E00009517-- Defendants do not agree to produce this document. It is a communication between Armand Burruel, Mike Dingwell, Merrie Koshell, and Marisela Montes.

E00009518-- Defendants do not agree to produce this document. It is a communication between Armand Burruel, Mike Dingwell, Merrie Koshell, and Marisela Montes.

E00009538 -- Defendants agree to produce this document.

E00009539 -- Defendants agree to produce this document.

E00009540 -- Defendants agree to produce this document.

E00009541 -- Defendants agree to produce this document.

E00009542 -- Defendants agree to produce this document.

E00009543 -- Defendants agree to produce this document.

E00009544 -- Defendants agree to produce this document.

E00009545 -- Defendants agree to produce this document.

E00009598 -- Defendants agree to produce this document.

E00009599-- Defendants do not agree to produce this document. It is a communication between Armand Burruel, Mike Dingwell, Sherri Gauger, Deborah Hysen, Trina Hirsig, Kathy Jett, and Marisela Montes.

E00009614-- Defendants do not agree to produce this document. It is a communication between Armand Burruel, Pamela Burt, Mike Dingwell, and Marisela Montes.

E00009615-- Defendants do not agree to produce this document. It is a communication between Armand Burruel, Pamela Burt, Mike Dingwell, and Marisela Montes.

E00011245-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Vince Brown, Steve Kessler, Doug McKeever, Ben Rice, Lisa Tillman, and Jim Tilton.

E00012387 -- Defendants agree to produce this document.

E00012389 -- Defendants agree to produce this document.

E00012390 -- Defendants agree to produce this document.

E00012401-- Defendants do not agree to produce this document. It is a draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin, and Lisa Tillman.

E00012402-- Defendants do not agree to produce this document. It is a draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin, and Lisa Tillman.

E00012403-- Defendants do not agree to produce this document. It is a draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin, and Lisa Tillman.

E00012405-- Defendants do not agree to produce this document. It is a draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin, and Lisa Tillman.

E00012406-- Defendants do not agree to produce this document. It is a draft report sent from Cindy Radavsky to Doug McKeever, Bruce Slavin, and Lisa Tillman.

E00014161 -- Defendants agree to produce this document.

E00014162 -- Defendants agree to produce this document.

E00014163 -- Defendants do not agree to produce this document. It is a draft report sent from Lupe Samaniego to Dennis Beaty, Robin

Dezember, Mark Mustybrook, and George Sifuentes.

E00016045 -- Defendants do not agree to produce this document. It is a communication between Deborah Cregger and Karen Finn.

E00016144 -- Defendants previously produced this document in a supplemental production on February 20, 2008. As such, it should be stricken from the February 15, 2008 privilege log.

E00016145 -- Defendants previously produced this document in a supplemental production on February 20, 2008. As such, it should be stricken from the February 15, 2008 privilege log.

E00016330 -- Defendants do not agree to produce this document. It is a draft report sent from George Sifuentes to Dean Borg, Lisa Tillman, and Keith Beland.

E00017097 -- Defendants do not agree to produce this document. It is a communication between George Sifuentes to Michael Barks, Dean Borg, Doug McKeever, and Lisa Tillman.

E00017356 -- Defendants do not agree to produce this document. It is a communication between Michael Barks, Shama Chaiken, Robin Dezember, Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa Tillman.

E00017357-- Defendants do not agree to produce this document. It is a communication between Michael Barks, Shama Chaiken, Robin Dezember, Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa Tillman.

E00017358-- Defendants do not agree to produce this document. It is a communication between Michael Barks, Shama Chaiken, Robin Dezember, Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa Tillman.

E00017359-- Defendants do not agree to produce this document. It is a communication between Michael Barks, Shama Chaiken, Robin Dezember, Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa Tillman.

E00017360-- Defendants do not agree to produce this document. It is a communication between Michael Barks, Shama Chaiken, Robin Dezember, Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa Tillman.

E00017361-- Defendants do not agree to produce this document. It is a communication between Michael Barks, Shama Chaiken, Robin Dezember, Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa Tillman.

E00017362-- Defendants do not agree to produce this document. It is a communication between Michael Barks, Shama Chaiken, Robin Dezember, Tim Fishback, Doug McKeever, George Sifuentes, Mike Stone, and Lisa Tillman.

E00017388 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Lisa Tillman, Molly Arnold, Jim Alves, and Sarah Mangum.

E00017389-- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Lisa Tillman, Molly Arnold, Jim Alves, and Sarah Mangum.

E00017390 -- Defendants do not agree to produce this document. It is a communication between Jim Alves, Molly Arnold, and Karen Finn.

E00017391 -- Defendants do not agree to produce this document. It is a communication between Jim Martone, Molly Arnold, Doug McKeever, and Sarah Mangum.

E00018099 -- Defendants do not agree to produce this document. It is a communication between Deborah Cregger, Mike Genest, Molly Arnold, Vince Brown, and Karen Finn.

E00018112 -- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Karen Finn, and Todd Jerue.

E00018113-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, and Todd Jerue.

E00018116-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, Jim Martone, Lisa Tillman, and Bruce Slavin.

E00018117-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, Lisa Tillman, Jim Martone, and Bruce Slavin.

E00018118-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold,

Vince Brown, Karen Finn, Lisa Tillman, and Bruce Slavin.

E00018119-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, Lisa Tillman, and Bruce Slavin.

E00018120-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, Lisa Tillman, and Bruce Slavin.

E00018121-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, Lisa Tillman, and Bruce Slavin.

E00018122-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, Lisa Tillman, and Bruce Slavin.

E00018123-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, Lisa Tillman, and Bruce Slavin.

E00018126-- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, Lisa Tillman, and Bruce Slavin.

E00018140 -- Defendants do not agree to produce this document. It is a communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike Wilkening.

E00018141-- Defendants do not agree to produce this document. It is a communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike Wilkening.

E00018142-- Defendants do not agree to produce this document. It is a communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike Wilkening.

E00018143-- Defendants do not agree to produce this document. It is a communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike Wilkening.

E00018144-- Defendants do not agree to produce this document. It is a communication between Jay Sturges, Molly Arnold, Todd Jerue, and Mike Wilkening.

E00018243 -- Defendants agree to produce this document.

E00018244 -- Defendants do not agree to produce this document. It is a communication between Veronica Chung-Ng, Molly Arnold, Vince Brown, and H.D. Palmer.

E00018506 -- Defendants do not agree to produce this document. It is a communication between Veronica Chung-Ng, Molly Arnold, Vince Brown, and H.D. Palmer.

E00018527 -- Defendants do not agree to produce this document. It is a communication between Bob Gore, Andrea Hoch, Elizabeth Ashford, Todd Jerue, and Aaron McLear.

E00018528-- Defendants do not agree to produce this document. It is a communication between Bob Gore, Andrea Hoch, Elizabeth Ashford, Todd Jerue, and Aaron McLear.

E00018529-- Defendants do not agree to produce this document. It is a communication between Bob Gore, Andrea Hoch, Elizabeth Ashford, Todd Jerue, and Aaron McLear.

E00018542 -- Defendants agree to produce this document.

E00018543 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Vince Brown, and Mike Genest.

E00018544 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Vince Brown, and Mike Genest.

E00018545 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Vince Brown, and Mike Genest.

E00018859 -- Defendants agree to produce this document.

E00018916 -- Defendants do not agree to produce this document. It is a communication between Vince Brown, Molly Arnold, Fred Klass, and Tom Sheehy.

E00019023 -- Defendants do not agree to produce this document. It is a communication between Vince Brown, Molly Arnold, Mike Genest, and H.D. Palmer.

E00019024-- Defendants do not agree to produce this document. It is a communication between Vince Brown, Molly Arnold, Mike Genest, and H.D. Palmer.

E00019025-- Defendants do not agree to produce this document. It is a communication between Vince Brown, Molly Arnold, Mike Genest, and H.D. Palmer.

E00019066-- Defendants do not agree to produce this document. It is a communication between Vince Brown, Molly Arnold, Mike Genest, and H.D. Palmer.

E00019084 -- Defendants do not agree to produce this document. It is a draft report sent to Molly Arnold and Vince Brown for review.

E00019498 -- Defendants do not agree to produce this document. It is a communication between H.D. Palmer, Molly Arnold, and Vince Brown.

E00019559 -- Defendants do not agree to produce this document. It is a communication between Dan Dunmoyer, Vince Brown, Mike Genest, and Louis Mauro.

E00019560 -- Defendants do not agree to produce this document. It is a communication between Dan Dunmoyer, Vince Brown, Mike Genest, and Louis Mauro.

E00019562 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Vince Brown, Jay Sturges, and Natasha Wunderlich.

E00019731 --Defendants do not agree to produce this document. It is a communication between Molly Arnold, Vince Brown, Karen Finn, Jaci-Marie Thomson, and Jim Martone.

E00019809 -- Defendants do not agree to produce this document. It is a communication between Tami Bogert, Vince Brown, Eric Csizmar, Dan Dunmoyer, Andrea Hoch, and Susan Kennedy.

E00019861 -- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, and Jim Martone.

E00019942 -- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, and Vince Brown.

E00020198 -- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Deborah Cregger, and Jim Martone.

E00020242 -- Defendants previously produced a redacted version of this document. Defendants do not agree to produce this document without redactions. It is a confidential communication between Natasha Wunderlich, Molly Arnold, Vince Brown, Zlatko Theodorovic, Jay Stures, Greg Rogers, Karen Finn, Stephen Benson and Jim Martone. This communication is protected from disclosure by the deliberative process and attorney-client communication privileges.

E00020243 -- Defendants previously produced a redacted version of this document. Defendants do not agree to produce this document without redactions. It is a confidential communication between Natasha Wunderlich, Molly Arnold, Vince Brown, Zlatko Theodorovic, Jay Stures, Greg Rogers, Karen Finn, Stephen Benson and Jim Martone. This communication is protected from disclosure by the deliberative process and attorney-client communication privileges.

E00020244 -- Defendants previously produced a redacted version of this document. Defendants do not agree to produce this document without redactions. It is a confidential communication between Natasha Wunderlich, Molly Arnold, Vince Brown, Zlatko Theodorovic, Jay Sturges, Greg Rogers, Karen Finn, Stephen Benson and Jim Martone. This communication is protected from disclosure by the deliberative process and attorney-client communication privileges.

E00020245 -- Defendants previously produced a redacted version of this document. Defendants do not agree to produce this document without redactions. It is a confidential communication between Natasha Wunderlich, Molly Arnold, Vince Brown, Zlatko Theodorovic, Jay Stures, Greg Rogers, Karen Finn, Stephen Benson and Jim Martone. This communication is protected from disclosure by the deliberative process and attorney-client communication privileges.

E00020358 -- Defendants do not agree to produce this document. It is a communication between Stephen Benson, Deborah Cregger, Karen Finn, and Jim Martone.

E00020511 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Deborah Cregger, Stephen Benson, and Jim Martone. It is also protected from production by the deliberative process privilege as this communication discusses proposed changes to AB900.

E00020588 -- Defendants do not agree to produce this document. It is a communication between Karen Finn, Stephen Benson, Deborah Cregger, Todd Jerue, Jim Martone, and Jennifer Osborn.

E00020592-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Stephen Benson, Deborah Cregger, Amy Hicks, and Todd Jerue.

E00020593 --Defendants agree to produce this document.

E00020601 -- Defendants do not agree to produce this document. It is a communication between Todd Jerue, Elizabeth Ashford, Karen Finn, Bob Gore, Andrea Hoch, and Jim Martone.

E00020617-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Molly Arnold, Jim Martone, and Jay Sturges.

E00020632-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Molly Arnold, Todd Jerue, Jay Sturges, and Natasha Wunderlich.

E00020633-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Molly Arnold, and Jim Martone.

E00020680-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim Martone, and Todd Jerue.

E00020713 -- Defendants do not agree to produce this document. It is a communication between H.D. Palmer, Mike Genest, Bruce Slavin, and Zlatko Theodorovic.

E00020760-- Defendants do not agree to produce this document. It is an attorney-client communication between Molly Arnold, Veronica Chung-Ng, and outside counsel, Robert Feyer (partner at Orrick, Herrington & Sutcliffe).

E00020819 -- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, and Jay Sturges.

E00021166-- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Sue Bost, John Doyle, and Mike Wilkening.

E00021344-- Defendants do not agree to produce this document. It is a communication between Sarah Mangum, Jim Alves, Molly Arnold, Sue Bost, Karen Finn, Jim Tilton, and Mike Wilkening.

E00022235 -- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Molly Arnold, Stephen Benson, Jim Martone, and Lucinda Winward.

E00022236 -- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Molly Arnold, Stephen Benson, Jim Martone, and Lucinda Winward.

E00022237 -- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Molly Arnold, Stephen Benson, and Jim Martone.

E00022238-- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Molly Arnold, Stephen Benson, and Jim Martone.

E00022239 -- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Molly Arnold, Stephen Benson, and Jim Martone.

E00022240 -- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Molly Arnold, Stephen Benson, and Jim Martone.

E00022241 -- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Molly Arnold, Stephen

Benson, and Jim Martone.

E00022242 -- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Molly Arnold, Stephen Benson, and Jim Martone.

E00022243 -- Defendants do not agree to produce this document. It is a communication between Stephen Benson, Deborah Cregger, and Jim Martone.

E00022252-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Mark Campbell, and Deborah Cregger.

E00022253-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Mark Campbell, and Deborah Cregger.

E00022254-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Mark Campbell, and Deborah Cregger.

E00022255-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Mark Campbell, and Deborah Cregger.

E00022256-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Mark Campbell, and Deborah Cregger.

E00022257-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Mark Campbell, and Deborah Cregger.

E00022591-- Defendants do not agree to produce this document. It is a communication between Frank Furtek, Jim Alves, Victor Brewer, and Steve Mayberg, and Char Schultz.

E00022592-- Defendants do not agree to produce this document. It is a communication between Frank Furtek, Jim Alves, Victor Brewer, and Steve Mayberg, and Char Schultz.

E00022593-- Defendants do not agree to produce this document. It is a communication between Frank Furtek, Jim Alves, Victor Brewer, and Steve Mayberg, and Char Schultz.

E00022594-- Defendants do not agree to produce this document. It is a communication between Frank Furtek, Jim Alves, Victor Brewer, and Steve Mayberg, and Char Schultz.

E00022595-- Defendants do not agree to produce this document. It is a communication between Frank Furtek, Jim Alves, Victor Brewer, and Steve Mayberg, and Char Schultz.

E00022596-- Defendants do not agree to produce this document. It is a communication between Frank Furtek, Jim Alves, Victor Brewer, and Steve Mayberg, and Char Schultz.

E00022597-- Defendants do not agree to produce this document. It is a communication between Frank Furtek, Jim Alves, Victor Brewer, and Steve Mayberg, and Char Schultz.

E00027889 -- Defendants do not agree to produce this document. It is a communication between Deborah Cregger, Natasha Wunderlich, Jim Martone, and Jay Sturges.

E00028159-- Defendants do not agree to produce this document. It is a communication between Todd Jerue, Elizabeth Ashford, Karen Finn, Bob Gore, Andrea Hoch, and Jim Martone.

E00028419 -- Defendants do not agree to produce this document. It is a communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim Martone, and Amy Hicks.

E00028420-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim Martone, and Amy Hicks.

E00028434-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Stephen Benson, Jim Martone, and Molly Arnold.

E00028438-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Jim Martone, and Molly Arnold.

E00028439-- Defendants do not agree to produce this document. It is a communication between Karen Finn, Jim Martone, and Molly Arnold.

E00028440 -- Defendants do not agree to produce this document. It is a communication between Karen Finn, Jim Martone, and Molly Arnold.

E00028491 -- Defendants agree to produce this document.

E00028532 -- Defendants previously produced this document in a supplemental production on February 20, 2008. As such, it should be stricken from the February 15, 2008 privilege log.

E00028537 -- Defendants do not agree to produce this document. It is a communication between Karen Finn, Jim Martone, Ben Rice, and Jay Sturges.

E00028551 -- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Karen Finn, Jim Martone, Todd Jerue, and Ben Rice.

E00028552 -- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, John Doyle, Karen Finn, Todd Jerue, Jim Martone, and Mike Wilkening.

E00028553 -- Defendants do not agree to produce this document. It is a communication between Jim Alves, Jaci-Marie Thomson, Molly Arnold, Vince Brown, John Doyle, Karen Finn, Todd Jerue, and Jim Martone.

E00028649 -- Defendants do not agree to produce this document. It is a communication between Jim Martone, Deborah Cregger, and Karen Finn.

E00028650 -- Defendants do not agree to produce this document. It is a communication between Jim Martone, Stephen Benson, Karen Finn, and Ben Rice.

E00028651 -- Defendants do not agree to produce this document. It is a communication between Jim Martone, Stephen Benson, Karen Finn, and Ben Rice.

E00028797 -- Defendants do not agree to produce this document. It is a communication between Greg Rogers, Stephen Benson, Jim Martone, Deborah Cregger, and Natasha Wunderlich.

E00028798 -- Defendants do not agree to produce this document. It is a communication between Natasha Wunderlich, Stephen Benson, Jim Martone, Greg Rogers, Deborah Cregger, and Jay Sturges.

E00028945 -- Defendants do not agree to produce this document. It is a communication between Jennifer Osborn, Stephen Benson, Deborah Cregger, Todd Jerue, and Jim Martone.

E00028947 -- Defendants do not agree to produce this document. It is a communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim Martone, and Todd Jerue.

E00028948 -- Defendants do not agree to produce this document. It is a communication between Karen Finn, Stephen Benson, Deborah Cregger, Jim Martone, and Todd Jerue.

E00028979 -- Defendants do not agree to produce this document. It is a communication between Ben Rice, Molly Arnold, Vince Brown, and Jaci-Marie Thomson.

E00029552 -- Defendants do not agree to produce this document. It is a communication between Deborah Cregger, Stephen Benson, Jay Sturges, and Jim Martone.

E00029553 -- Defendants do not agree to produce this document. It is a communication between Jay Sturges, Deborah Cregger, Jim Martone, and Stephen Benson.

E00029624 -- Defendants do not agree to produce this document. It is a communication between Stephen Benson, Deborah Cregger, and Jim Martone.

E00029625 -- Defendants do not agree to produce this document. It is a communication between Stephen Benson, Deborah Cregger, and Jim Martone.

E00029626 -- Defendants do not agree to produce this document. It is a communication between Stephen Benson, Deborah Cregger, and Jim Martone.

E00029627 -- Defendants do not agree to produce this document. It is a communication between Stephen Benson, Deborah Cregger, and Jim Martone.

E00029628 -- Defendants do not agree to produce this document. It is a communication between Stephen Benson, Deborah Cregger, and Jim Martone.

E00030167 -- Defendants do not agree to produce this document. It is a communication between CHHS employees Jim Alves, Frank Furtek, and Ann Boynton.

E00030168 -- Defendants do not agree to produce this document. It is a communication between CHHS employees Jim Alves, Frank Furtek, and Ann Boynton.

E00030169 -- Defendants do not agree to produce this document. It is a communication between CHHS employees Jim Alves, Frank Furtek, and Ann Boynton.

E00030171 -- Defendants do not agree to produce this document. It is a communication between Jean Barawed, Jim Alves, Ann Boynton, and Frank Furtek.

E00030571 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Steve Mayberg, Elaine Bush, and Frank Furtek. This document is also protected by the deliberative process privilege.

E00030572 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Steve Mayberg, Elaine Bush, and Frank Furtek. This document is also protected by the deliberative process privilege.

E00030573 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Steve Mayberg, Elaine Bush, and Frank Furtek. This document is also protected by the deliberative process privilege.

E00030574 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Steve Mayberg, Elaine Bush, and Frank Furtek. This document is also protected by the deliberative process privilege.

E00030575 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Steve Mayberg, Elaine Bush, and Frank Furtek. This document is also protected by the deliberative process privilege.

E00030576 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Steve Mayberg, Elaine Bush, and Frank Furtek. This document is also protected by the deliberative process privilege.

E00030577 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Steve Mayberg, Elaine Bush, and Frank Furtek. This document is also protected by the deliberative process privilege.

E00030578 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Steve Mayberg, Elaine Bush, and Frank Furtek. This document is also protected by the deliberative process privilege.

E00030579 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Steve Mayberg, Elaine Bush, and Frank Furtek. This document is also protected by the deliberative process privilege.

E00031150 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Nancy Bither, John Dovey, Brigid Hanson, Darc Keller, Bud Prunty, David Runnels, Lisa Tillman, and Jim Tilton.

E00031162 -- Defendants agree to produce this document.

E00031163 -- Defendants do not agree to produce this document. It is a communication between Eileen Cubanski, Jim Alves, and Frank Furtek.

E00031164 -- Defendants do not agree to produce this document. It is a communication between Eileen Cubanski, Frank Furtek, and Joe Munso.

E00031165 -- Defendants do not agree to produce this document. It is a communication between Eileen Cubanski, Frank Furtek, and Joe Munso.

E00031166 -- Defendants do not agree to produce this document. It is a communication between Kimberly Belshe, Eileen Cubanski, Frank Furtek, and Joe Munso.

E00031167 -- Defendants do not agree to produce this document. It is a communication between Kimberly Belshe, Eileen Cubanski, Frank Furtek, and Joe Munso.

E00031168 -- Defendants do not agree to produce this document. It is a communication between Kimberly Belshe, Eileen Cubanski, Frank Furtek, and Joe Munso.

E00031169 -- Defendants do not agree to produce this document. It is a communication between Eileen Cubanski, Frank Furtek, and Kimberly Belshe.

E00031190 -- Defendants agree to produce this document.

E00031191 -- Defendants agree to produce this document.

E00031192 -- Defendants agree to produce this document.

E00031194 -- Defendants agree to produce this document.

E00031493 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Jim Alves, and Frank Furtek.

E00031495 -- Defendants do not agree to produce this document. It is a communication between Ann Boynton, Jim Alves, and Frank Furtek.

E00031557 -- Defendants do not agree to produce this document. It is a communication between Jean Barawed, Ann Boynton, and Frank Furtek.

E00033095 -- Defendants do not agree to produce this document. While Defendants agree that this document is not attorney-client privileged, it is protected from disclosure by the deliberative process privilege as this document is a draft Capital Outlay Budget Change Proposal that was reviewed by John Dovey, Kathleen Keeshen, Jeanne Woodford, and Peter Farber-Szekrenyi.

E00033381 -- Defendants agree to produce this document.

E00033387 -- Defendants agree to produce this document.

E00033437 -- Defendants do not agree to produce this document. While Defendants agree that this document is not attorney-client privileged, it is protected from disclosure by the deliberative process privilege as this document is a draft Capital Outlay Budget Change Proposal that was reviewed by Doug McKeever, John Dovey, Peter Farber-Szekrenyi, Renee Kanan, Kathleen Keeshen, and Jeanne Woodford.

E00033442 -- Defendants do not agree to produce this document. While Defendants agree that this document is not attorney-client privileged, it is protected from disclosure by the deliberative process privilege as this document is a draft Capital Outlay Budget Change Proposal that was reviewed by Michael Barks, Robin Dezember, John Dovey, Tim Fishback, Renee Kanan, Kathleen Keeshen, Doug McKeever, and Cindy Radavsky.

E00033443 -- Defendants agree to produce this document.

E00033445 -- Defendants do not agree to produce this document. It is a communication between Michael Barks, Robin Dezember, John Dovey, Tim Fishback, Renee Kanan, Kathleen Keeshen, and Lisa Tillman.

E00033446 -- Defendants previously produced this document in a supplemental production on February 20, 2008. As such, it should be stricken from the February 15, 2008 privilege log.

E00033447 -- Defendants do not agree to produce this document. While Defendants agree that this document is not attorney-client privileged, it is protected from disclosure by the deliberative process privilege as this document is a draft Capital Outlay Budget Change Proposal that was reviewed by Michael Barks, Robin Dezember, John Dovey, Renee Kanan, Kathleen Keeshen, and Cindy Radavsky.

E00033514 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Andrea Hoch, Steve Mayberg, and Cindy Radavsky and is also protected from disclosure by the deliberative process privilege as this communication discusses proposals for Branded Special Session Language.

E00033515 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Andrea Hoch, Steve Mayberg, and Cindy Radavsky and is also protected from disclosure by the deliberative process privilege as this communication discusses proposals for Branded Special Session Language.

E00033516 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Andrea Hoch, Steve Mayberg, and Cindy Radavsky and is also protected from disclosure by the deliberative process privilege as this

15

communication discusses proposals for Branded Special Session Language.

E00033517 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Andrea Hoch, Steve Mayberg, and Cindy Radavsky and is also protected from disclosure by the deliberative process privilege as this communication discusses proposals for Branded Special Session Language.

E00033519 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Andrea Hoch, Steve Mayberg, and Cindy Radavsky and is also protected from disclosure by the deliberative process privilege as this communication discusses proposals for Branded Special Session Language.

E00033520 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Andrea Hoch, Steve Mayberg, and Cindy Radavsky and is also protected from disclosure by the deliberative process privilege as this communication discusses proposals for Branded Special Session Language.

E00033521 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Andrea Hoch, Steve Mayberg, and Cindy Radavsky and is also protected from disclosure by the deliberative process privilege as this communication discusses proposals for Branded Special Session Language.

E00033522 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Andrea Hoch, Steve Mayberg, and Cindy Radavsky and is also protected from disclosure by the deliberative process privilege as this communication discusses proposals for Branded Special Session Language.

E00037576 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Shama Chaiken, Robert Canning, Margaret McAloon, and Doug McKeever.

E00038348 -- Defendants do not agree to produce this document. It is a communication between Teresa Schwartz, Lisa Tillman, and Joseph Moss.

E00038455 -- Defendants do not agree to produce this document. It is a communication between Robert Canning, Shama Chaiken, Doug McKeever, and Lisa Tillman.

E00038456 -- Defendants do not agree to produce this document. It is a communication between Robert Canning, Shama Chaiken, Doug McKeever, and Lisa Tillman.

E00038459 -- Defendants do not agree to produce this document. It is a communication between Robert Canning, Shama Chaiken, Doug McKeever, and Lisa Tillman.

E00038460 -- Defendants do not agree to produce this document. It is a communication between Robert Canning, Shama Chaiken, Doug McKeever, and Lisa Tillman.

E00038514 -- Defendants do not agree to produce this document. It is a communication between Robert Canning, Shama Chaiken, Doug McKeever, and Lisa Tillman.

E00043945 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Doug McKeever, Teresa Schwartz, and Lisa Tillman.

E00044067 -- Defendants agree to produce this document.

E00044068 -- Defendants agree to produce this document.

E00044069 -- Defendants agree to produce this document.

E00044197 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Margaret McAloon, Doug McKeever, and Lisa Tillman.

E00044272 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Stephen Bindler, Margaret McAloon, Doug McKeever, and Lisa Tillman.

E00044398 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Margaret McAloon, and Jay Russell.

E00044618 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Margaret McAloon, Doug McKeever, and Lisa Tillman.

E00044619 -- Defendants do not agree to produce this document. It is a communication between Margaret McAloon, Andrew

E00044620 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Doug McKeever, Andrew Swanson, and Lisa Tillman.

E00044626 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Margaret McAloon, Doug McKeever, and Lisa Tillman.

E00044666 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Doug McKeever, Tim Rougeux, and Lisa Tillman.

E00044710 -- Defendants do not agree to produce this document. It is a draft memorandum sent for review from Doug McKeever to Shama Chaiken, Lisa Tillman, Brigid Hanson, and Teresa Schwartz.

E00044737 -- Defendants do not agree to produce this document. It is a draft memorandum sent from Shama Chaiken to Lisa Tillman, Doug McKeever, and Margaret McAloon.

E00044749 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Michael Barks, Shama Chaiken, and Lisa Tillman.

E00044875 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Robert Canning, Doug McKeever, Teresa Schwartz, and Lisa Tillman.

E00044886 -- Defendants do not agree to produce this document. It is a draft memorandum sent from Lea Ann Chrones to Shama Chaiken, Margaret McAloon, Doug McKeever, Teresa Schwartz, and Lisa Tillman.

E00044895 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Teresa Schwartz, and Lisa Tillman.

E00045364 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Doug McKeever, Andrew Swanson, and Lisa Tillman.

E00045424 -- Defendants do not agree to produce this document. It is a communication between Terri McDonald, Shama Chaiken, Margaret McAloon, Tim Rougeux, and Mike Stone.

E00045431 -- Defendants do not agree to produce this document. It is a communication between Terri McDonald, Shama Chaiken, Tim Rougeux, and Mike Stone.

E00045436 -- Defendants do not agree to produce this document. It is a communication between Scott Kernan, Mike Stone, Doug McKeever, Terri McDonald, Shama Chaiken, Van Kamberian, Judi Lemos, and Doug McKeever.

E00045506 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Lisa Tillman, and Mary Neade.

E00045507 -- Defendants agree to produce this document.

E00045537 -- Defendants do not agree to produce this document. It is a communication between Chris Swanberg, Shama Chaiken, and Terri McDonald.

E00045608 -- Defendants do not agree to produce this document. It is a communication between Mike Stone, Shama Chaiken, Doug McKeever, and Andrew Swanson.

E00045808 -- Defendants do not agree to produce this document. It is a communication between Nancy Bither, Doug McKeever, Shama Chaiken, Margaret McAloon, Cindy Radavsky, Mike Stone, and Teresa Schwartz.

E00045924 -- Defendants agree to produce this document.

E00045925 -- Defendants agree to produce this document.

E00045926 -- Defendants agree to produce this document.

E00045983 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Shama Chaiken, John Dovey, Brigid Hanson, Scott Kernan, Bruce Slavin, and Jim Tilton.

E00046070 -- Defendants do not agree to produce this document. It is a communication between Margaret McAloon, Shama Chaiken,

Scott Kernan, Judi Lemos, Terri McDonald, and Doug McKeever.

E00046148 -- Defendants do not agree to produce this document. It is a communication between John Dovey, Anthony Kane, Scott Kernan, Doug McKeever, and Mike Stone.

E00046160 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Anthony Kane, Scott Kernan, Doug McKeever, and Mike Stone.

E00046161 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Julian Martinez, Mike Stone, and Doug McKeever.

E00046166 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, John Dovey, Anthony Kane, Scott Kernan, and Mike Stone.

E00046168 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Scott Kernan, Doug McKeever, and Mike Stone.

E00046382 -- Defendants do not agree to produce this document. It is a communication between Tim Fishback, Shama Chaiken, Margaret McAloon, Doug McKeever, and Mike Stone.

E00046460 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott Kernan, Mike Stone, and Lisa Tillman.

E00046461 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott Kernan, Mike Stone, and Lisa Tillman.

E00046462 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott Kernan, Mike Stone, and Lisa Tillman.

E00046463 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott Kernan, Mike Stone, and Lisa Tillman.

E00046464 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Brigid Hanson, Darc Keller, Scott Kernan, Mike Stone, and Lisa Tillman.

E00046542 -- Defendants do not agree to produce this document. It is a communication between Robert Canning, Mike Stone, and Joseph Moss.

E00046543 -- Defendants agree to produce this document.

E00046768 -- Defendants do not agree to produce this document. It is a communication between Tim Fishback, Shama Chaiken, Doug McKeever, and Daisy McKenzie.

E00046904 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Shama Chaiken, Mike Stone, and Tim Rougeux.

E00047050 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Shama Chaiken, Tim Fishback, Darc Keller, Mike Stone, and Lisa Tillman.

E00047051 -- Defendants agree to produce this document.

E00047052 -- Defendants agree to produce this document.

E00047071 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Tim Fishback, Lisa Tillman, and Mike Stone.

E00047253 -- Defendants do not agree to produce this document. It is a communication between Tim Fishback, Shama Chaiken, Lisa Tillman, and Renee Kanan.

E00047256 -- Defendants do not agree to produce this document. It is a communication between Tim Fishback, Shama Chaiken, Margaret McAloon, and Lisa Tillman.

E00047271 -- Defendants do not agree to produce this document. It is a communication between Tim Fishback, Shama Chaiken, Renee Kanan, and Lisa Tillman.

E00047414 -- Defendants do not agree to produce this document. It is a communication between Tim Fishback, Shama Chaiken, Margaret McAloon, and Lisa Tillman.

E00047453 -- Defendants do not agree to produce this document. It is a communication between Sarah Mangum, Molly Arnold, Jim Martone, and Lisa Tillman.

E00047456 -- Defendants do not agree to produce this document. It is a communication between Sarah Mangum, Molly Arnold, Jim Martone, and Lisa Tillman.

E00047489 -- Defendants do not agree to produce this document. It is a communication between Sarah Mangum, Molly Arnold, Jim Martone, and Lisa Tillman.

E00047508 -- Defendants agree to produce this document.

E00047512 -- Defendants do not agree to produce this document. It is a communication between Tim Fishback, Dennis Beaty, Shama Chaiken, Margaret McAloon, Doug McKeever, Lisa Tillman, and Mike Stone.

E00047809 -- Defendants agree to produce this document.

E00047818 -- Defendants do not agree to produce this document. It is a communication between Tim Fishback, Shama Chaiken, Renee Kanan, Margaret McAloon, Doug McKeever, and Lisa Tillman.

E00047820 -- Defendants do not agree to produce this document. It is a communication between Tim Fishback, Shama Chaiken, Renee Kanan, Margaret McAloon, Doug McKeever, and Lisa Tillman.

E00048004 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Shama Chaiken, Lisa Tillman, and Mike Stone.

E00048006 -- Defendants agree to produce this document.

E00048007 -- Defendants agree to produce this document.

E00048065 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman and Shama Chaiken.

E00048105 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Tim Fishback, Lisa Tillman, and Margaret McAloon.

E00048109 -- Defendants do not agree to produce this document. It is a communication between Margaret McAloon, Shama Chaiken, Tim Fishback, and Lisa Tillman.

E00048259 -- Defendants agree to produce this document.

E00048260 -- Defendants agree to produce this document.

E00048389 -- Defendants do not agree to produce this document. It is a communication between Misha Igra, Shama Chaiken, and Sharon Riegel.

E00048391 -- Defendants do not agree to produce this document. It is a communication between Misha Igra, Shama Chaiken, and Sharon Riegel.

E00048408 -- Defendants do not agree to produce this document. It is a communication between Mike Stone, Terri McDonald, and Shama Chaiken.

E00048410 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Terri McDonald, Mike Stone, and Teresa Schwartz.

E00048412 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Robert Smith, Misha Igra, and Mike Stone.

E00048434 -- Defendants do not agree to produce this document. It is a communication between Misha Igra, Terri McDonald, Shama Chaiken, and Margaret McAloon.

E00048482 -- Defendants do not agree to produce this document. It is a communication between Terri McDonald, Shama Chaiken, Misha Igra, Mike Stone, and Doug McKeever.

E00048490 -- Defendants do not agree to produce this document. It is a communication between Robert Smith, Shama Chaiken, Misha Igra, and Terri McDonald.

E00048505 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Robert Smith, Shama Chaiken, Terri McDonald, and Doug McKeever.

E00048537 -- Defendants agree to produce this document.

E00048570 -- Defendants do not agree to produce this document. It is a communication between Terri McDonald, Shama Chaiken, Margaret McAloon, Doug McKeever, and Chris Swanberg.

E00048571 -- Defendants do not agree to produce this document. It is a communication between Terri McDonald, Shama Chaiken, Margaret McAloon, Doug McKeever, and Chris Swanberg.

E00048572 -- Defendants do not agree to produce this document. It is a communication between Terri McDonald, Shama Chaiken, Margaret McAloon, Doug McKeever, and Chris Swanberg.

E00048578 -- Defendants do not agree to produce this document. It is a communication between Terri McDonald, Shama Chaiken, Mike Stone, Lisa Tillman, and Margaret McAloon.

E00048579 -- Defendants do not agree to produce this document. It is a communication between Terri McDonald, Shama Chaiken, Scott Kernan, Judi Lemos, Doug McKeever, Chris Swanberg, and Lisa Tillman.

E00048639 -- Defendants do not agree to produce this document. It is a communication between Terri McDonald, Shama Chaiken, Doug McKeever, Mike Stone, and Andrew Swanson.

E00048641 -- Defendants previously produced a redacted version of this document. Defendants do not agree to produce this document without redactions. It is a confidential communication between Terri McDonald, Shama Chaiken, Doug McKeever, Mike Stone, and Margaret McAloon. This communication is protected from disclosure by the deliberative process and attorney-client communication privileges.

E00048657 -- Defendants previously produced a redacted version of this document. Defendants do not agree to produce this document without redactions. It is a confidential communication between Tim Rougeux, Shama Chaiken, Judi Lemos, Terri McDonald, and Doug McKeever. This communication is protected from disclosure by the deliberative process and attorney-client communication privileges.

E00048670 -- Defendants do not agree to produce this document. It is a communication between Alberto Caton, Shama Chaiken, Judi Lemos, and Terri McDonald.

E00048672 -- Defendants do not agree to produce this document. It is a communication between Alberto Caton, Shama Chaiken, Judi Lemos, Terri McDonald, and Doug McKeever.

E00048673 -- Defendants do not agree to produce this document. It is a communication between Alberto Caton, Shama Chaiken, Judi Lemos, Margaret McAloon, and Terri McDonald.

E00048696 -- Defendants do not agree to produce this document. It is a communication between Andrew Swanson, Shama Chaiken, Margaret McAloon, Lisa Tillman, and Doug McKeever.

E00048791 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Tim Fishback, Doug McKeever, Tim Rougeux, and Katherine Nelson.

E00048823 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Brigid Hanson, Nancy Bither, Joyce Hayhoe, Mike Stone, and Lisa Tillman.

E00049365 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Tim Fishback, Margaret McAloon, Doug McKeever, and Lisa Tillman.

E00050188 -- Defendants do not agree to produce this document. It is a communication between Vincent Cullen, Kathy Jett, Deborah Hysen, Chris Swanberg, and Mike Dingwell.

E00082874 -- Defendants do not agree to produce this document. It is a communication between Deborah Hysen, Dan Dunmoyer, Andrea Hoch, Bob Gore, Susan Kennedy and Jim Tilton. This document is also protected from disclosure by the deliberative process privilege.

E00082927 -- Defendants do not agree to produce this document. It is a communication between Bob Gore, Andrea Hoch, and Chris Kahn.

E00083483 -- Defendants do not agree to produce this document. It is a communication between Trina Hirsig, Don Currier, Mike Dingwell, Deborah Hysen, Kathy Jett, Mark Mustybrook, Alberto Roldan, and Chris Swanberg.

E00084265 -- Defendants do not agree to produce this document. It is a communication between Elizabeth Ashford, Bob Gore, Andrea Hoch, and Chris Ryan.

E00084266 -- Defendants do not agree to produce this document. It is a communication between Elizabeth Ashford, Bob Gore, Andrea Hoch, and Chris Ryan.

E00084267 -- Defendants do not agree to produce this document. It is a communication between Elizabeth Ashford, Bob Gore, Andrea Hoch, and Chris Ryan.

E00084268 -- Defendants do not agree to produce this document. It is a communication between Elizabeth Ashford, Bob Gore, Andrea Hoch, and Chris Ryan.

E00084293 -- Defendants do not agree to produce this document. It is a communication between Andrea Hoch, Bob Gore, Chris Ryan, and Elizabeth Ashford.  It is also protected from disclosure by the deliberative process privilege as this communication discusses a draft of a press release regarding opposition to a prisoner release order.

E00084308 -- Defendants do not agree to produce this document. It is a communication between Bob Gore, Andrea Hoch, and Chris Kahn.

E00084360 -- Defendants do not agree to produce this document. It is a communication between David Runnels, Bob Gore, Andrea Hoch, and Jim Tilton.

E00084461 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Deborah Hysen, Dan Dunmoyer, Bob Gore, Andrea Hoch, Susan Kennedy, and Jim Tilton. This document is also protected from disclosure by the deliberative process privilege.

E00084449 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Bob Gore, Dan Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also protected from disclosure by the deliberative process privilege.

E00084450 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Bob Gore, Dan Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also protected from disclosure by the deliberative process privilege.

E00084453 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Bob Gore, Dan Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also protected from disclosure by the deliberative process privilege.

E00084455 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Bob Gore, Dan Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also protected from disclosure by the deliberative process privilege.

E00084456 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Bob Gore, Dan Dunmoyer, Andrea Hoch, and Susan Kennedy. This document is also protected from disclosure by the deliberative process privilege.

E00084574 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Michael Saragosa, Fred Aguiar, Tami Bogert, Dan Dunmoyer, Andrea Hoch, and Louis Mauro. This document is also protected from disclosure by the deliberative process privilege.

E00084575 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Michael Saragosa, Fred Aguiar, Tami Bogert, Dan Dunmoyer, Andrea Hoch, and Louis Mauro. This document is also protected from disclosure by the deliberative process privilege.

E00084576 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Michael Saragosa, Fred Aguiar, Tami Bogert, Dan Dunmoyer, Andrea Hoch, and Louis Mauro. This document is also protected from disclosure by the deliberative process privilege.

E00084577 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Michael Saragosa, Fred Aguiar, Tami Bogert, Dan Dunmoyer, Andrea Hoch, and Louis Mauro. This document is also protected from disclosure by the deliberative process privilege.

E00084741 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Bob Gore, Andrea Hoch, and Chris Kahn. This document is also protected from disclosure by the deliberative process privilege.

E00085017 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Joyce Hayhoe, Eric Csizmar, Bob Gore, Andrea Hoch, Chris Kahn, and Jim Tilton. This document is also protected from disclosure by the deliberative process privilege.

E00085018 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Joyce Hayhoe, Eric Csizmar, Bob Gore, Andrea Hoch, Chris Kahn, and Jim Tilton. This document is also protected from disclosure by the deliberative process privilege.

E00085021 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Joyce Hayhoe, Eric Csizmar, Bob Gore, Andrea Hoch, Chris Kahn, and Jim Tilton. This document is also protected from disclosure by the deliberative process privilege.

E00085022 -- Defendants do not agree to produce this document. It is an attorney-client privileged communication between Joyce Hayhoe, Eric Csizmar, Bob Gore, Andrea Hoch, Chris Kahn, and Jim Tilton. This document is also protected from disclosure by the deliberative process privilege.

E00085393 -- Defendants do not agree to produce this document. It is a communication between Sarah Mangum, Molly Arnold, Karen Finn, Todd Jerue, and Jim Martone.

E00085397 -- Defendants do not agree to produce this document. It is a communication between Sarah Mangum, Molly Arnold, Karen Finn, Todd Jerue, and Jim Martone.

E00085449 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Vince Brown, Karen Finn, and Jim Martone.

E00085450 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Vince Brown, Karen Finn, Todd Jerue, and Jay Sturges.

E00085463 -- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, Vince Brown, Todd Jerue, and Steve Kessler.

E00085464 -- Defendants do not agree to produce this document. It is a communication between Vince Brown, Molly Arnold, John Doyle, Steve Kessler, Todd Jerue, and Mike Wilkening.

E00085465 -- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Mimi Alves, Molly Arnold, Vince Brown, Mark Campbell, John Doyle, Karen Finn, and Steve Kessler.

E00085503 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Mike Genest, Vince Brown, and Karen Finn.

E00085765 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Daphne Huang, Vince Brown, Karen Finn, and Jim Martone.

E00085795 -- Defendants do not agree to produce this document. It is a communication between Vince Brown, Molly Arnold, Todd Jerue, and Steve Kessler.

E00085825 -- Defendants do not agree to produce this document. It is a communication between Jaci-Marie Thomson, Molly Arnold, and Karen Finn.

E00085920 -- Defendants do not agree to produce this document. It is a communication between Daphne Huang, Molly Arnold, Todd Jerue, and Sarah Mangum.

E00085921 -- Defendants do not agree to produce this document. It is a communication between Daphne Huang, Molly Arnold, Sue Bost, Todd Jerue, and Jim Martone.

E00085956 -- Defendants do not agree to produce this document. It is a communication between Daphne Huang, Jim Alves, Molly

Arnold, Karen Finn, John Doyle, and Mike Wilkening.

E00085983 -- Defendants do not agree to produce this document. It is a communication between Jim Alves, Molly Arnold, Daphne Huang, Karen Finn, and Todd Jerue.

E00086783 -- Defendants do not agree to produce this document. It is a communication between Jim Alves, Molly Arnold, Sue Bost, Todd Jerue, and Jim Tilton.

E00086968 -- Defendants do not agree to produce this document. It is a communication between Natasha Wunderlich, Molly Arnold, and Vince Brown.

E00086978 -- Defendants do not agree to produce this document. It is a communication between H.D. Palmer, Molly Arnold, and Vince Brown.

E00095859 -- Defendants do not agree to produce this document. It is a communication between Doug McKeever, Lisa Tillman, and Ross Meier.

E00096367 -- Defendants do not agree to produce this document.  It is a communication between Lisa Tillman, Frank Furtek, Stephen Mayberg, and Cynthia Rodriguez.

E00096452 -- Defendants do not agree to produce this document. It is a communication between Joseph Moss, Shama Chaiken, Doug McKeever, Lisa Tillman, and Gary Pierce.

E00096622 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Lisa Tillman, Mike Stone, and Robert Canning.

E00096636 -- Defendants do not agree to produce this document. It is a communication between Shama Chaiken, Lisa Tillman, Mike Stone, and Robert Canning.

E00096637 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Robert Canning, Shama Chaiken, Tim Fishback, and Helen Steenman.

E00097040 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Doug McKeever, Shama Chaiken, and Lisa Tillman.

E00097579 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Deborah Hysen, Robin Dezember, Steve Durham, and Ben Rice.

E00097584 -- Defendants do not agree to produce this document. It is a communication between Robin Dezember, Deborah Hysen, Ben Rice, and Lisa Tillman.

E00099273 -- Defendants do not agree to produce this document. It is a communication between Tami Bogert, Molly Arnold, Andrea Hoch, and Lisa Tillman.

E00099500 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Michael Barks, Shama Chaiken, and Margaret McAloon.

E00099501 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Michael Barks, Shama Chaiken, and Margaret McAloon.

E00099502 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Michael Barks, Shama Chaiken, and Margaret McAloon.

E00099503 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Michael Barks, Shama Chaiken, and Margaret McAloon.

E00099504 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Michael Barks, Shama Chaiken, and Margaret McAloon.

E00099505 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Michael Barks, Shama Chaiken, and Margaret McAloon.

E00099506 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Michael Barks, Shama Chaiken, and Margaret McAloon.

E00099507 -- Defendants do not agree to produce this document. It is a communication between Lisa Tillman, Mike Stone, Michael Barks, Shama Chaiken, and Margaret McAloon.

Defendants believe that they have adequately addressed plaintiffs' concerns and that plaintiffs will in good faith reconsider their position regarding this dispute.

Sincerely,

Paul Mello