# Exhibit B

**Samantha D. Tama**

| | |
|---|---|
| **From:** | Paul B. Mello |
| **Sent:** | Friday, March 07, 2008 2:13 PM |
| **To:** | 'Sara Norman'; lrifkin@rbg-law.com |
| **Cc:** | Renju P. Jacob; 'Rochelle East'; Lisa.Tillman@doj.ca.gov; Misha.Igra@doj.ca.gov; Samantha D. Tama |
| **Subject:** | RE: Document List |

Sara,

Here is Defendants' response:

E00001100 -- Defendants do not agree to produce this document. It is an email and attachments sent by Joyce Hayhoe to Chris Ryan, Bob Gore, Deborah Hysen, Kathy Jett, Mimi Budd, Bruce Slavin, Chris Swanberg, Steve Kessler, and Bud Prunty. The document is protected by the attorney-client and deliberative process privileges.

E00003041 -- Defendants do not agree to produce this document. It is attached to an email communication and is a draft letter from Lisa Tillman to Special Master Keating. The document is protected attorney work product and is protected by the attorney-client and deliberative process privileges.

E00007081 -- Defendants do not agree to produce this document. It is an email and attachments sent by Deborah Hysen to Ben Rice. The document is protected by the attorney-client privilege.

E00020731 -- Defendants previously produced this document with redactions on February 4, 2008. Defendants do not agree to produce this document without redactions. It is a communication between H.D. Palmer, Zlatko Theodorovic, Greg Rogers, Mike Genest, Vince Brown and Aaron Mclear. The document is protected by the deliberative process privilege.

E00022698 -- Defendants agree to produce this document.

E00033473 -- Defendants agree to produce this document.

E00046768 -- Defendants do not agree to produce this document. It is an email between Tim Fishback, Shama Chaiken, Doug McKeever, and Lisa Tillman. The document is protected by the attorney-client privilege.

E00082958 -- Defendants agree that this document is not protected by the attorney-client privilege. It is, however, protected by the deliberative process privilege as it is a communication between Chris Kahn, Eric Csizmar, Vince Brown, Cynthia Bryant, Mike Genest and Fred Klass.

E00084503 -- Defendants previously produced this document with redactions on February 4, 2008. Defendants do not agree to produce this document without redactions as it contains an attorney-client communication from Misha Igra to Andrea Hoch, Ben Rice, Louis Mauro and Bob Gore.

E00084734 -- Defendants do not agree to produce this document. It is an email and attachment sent by Curt Stracener to Andrea Hoch. The document is protected work product and is protected by the attorney-client and deliberative process privileges.

E00020277 -- Defendants do not agree to produce this document. It is a draft document with proposed changes that was sent and received by Karen Finn, Deborah Cregger, and Jim Martone. The document is protected work product and is protected by the attorney-client and deliberative process privileges.

E00099569 -- Defendants do not agree to produce this document. It is a communication between Jim Tilton, Molly Arnold, Vince Brown, Todd Jerue, and Sarah Mangum. The document is protected work product and is protected by the attorney-client and deliberative process privileges.

E00099573 -- Defendants do not agree to produce this document. It is a communication between Molly Arnold, Jim Tilton, and Vince Brown. The document is protected work product and is protected by the attorney-client and deliberative process privileges.

E00099577 -- Defendants agree to produce this document.

E00099578 -- Defendants agree to produce this document.

Thanks.

Paul Mello