1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
3  70 West Hedding, East Wing, 9th Floor
   San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
6  Lead Attorneys for Intervenors
   COUNTY OF SANTA CLARA, COUNTY
7  OF SANTA BARBARA, COUNTY OF SAN
   MATEO, COUNTY OF SOLANO, and
8  COUNTY OF SONOMA

9  STEVEN M. WOODSIDE, County Counsel (S.B. #58684)
   ANNE L. KECK, Deputy County Counsel (S.B. #136315)
10 County of Sonoma
   575 Administration Drive, Room 105A
11 Santa Rosa, California 95403-2815
12 Telephone: (707) 565-2421
   Fax: (707) 565-2624
13
   Attorneys on Behalf of Intervenors
14 THE COUNTY OF SONOMA, SONOMA
   COUNTY SHERIFF/CORONER WILLIAM COGBILL,
15 SONOMA COUNTY DISTRICT ATTORNEY
16 STEPHAN PASSALACQUA, and SONOMA COUNTY
   CHIEF PROBATION OFFICER ROBERT OCHS

17

18

19                    UNITED STATES DISTRICT COURT

20                    EASTERN DISTRICT OF CALIFORNIA

21                AND THE NORTHERN DISTRICT OF CALIFORNIA

22          UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

23             PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

24

| | |
|---|---|
| RALPH COLEMAN, et al. | Case No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | THREE-JUDGE COURT |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |

Case No. CIV S-90-0520 LKK JFM P  & C-01-1351 TEH
COUNTY INTERVENORS' NOT OF MTN & MTN TO MODIFY  FEBRUARY 8, 2008 ORDER GRANTING IN PART
INTERVENORS' MTN FOR RECONSIDERATION & ORDER CONSOLIDATING PROCEEDINGS

|  |  |
|---|---|
| MARCIANO PLATA, et al.<br><br>        Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>        Defendants. | Case No. C01-1351 THE<br><br>THREE-JUDGE COURT<br><br>**COUNTY INTERVENORS' NOTICE OF MOTION AND MOTION TO MODIFY FEBRUARY 8, 2008 ORDER GRANTING IN PART INTERVENORS' MOTION FOR RECONSIDERATION AND ORDER CONSOLIDATING PROCEEDINGS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure, Rule 54(b), the County Intervenors[1] respectfully move this Court to modify its February 8, 2008 Order Granting in Part Intervenors' Motion for Reconsideration and Order Consolidating Proceedings to allow County Intervenors to bring motions and to present their evidence and question witnesses at trial through one of their County Counsel attorneys of record, on the bases and for the reasons set forth in the Memorandum filed herewith.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the documents and records on file with the Court, and any other matter the Court deems proper.

///

///

///

---

[1] County Intervenors who bring this motion include the County of Santa Clara, the County of San Mateo, the County of Santa Barbara, the County of Solano, and the County of Sonoma.

Dated:  March 10, 2008                              Respectfully submitted,

ANN MILLER RAVEL, County Counsel


By: _____/s/_____
          THERESA J. FUENTES
          Deputy County Counsel

Lead Attorneys on behalf of Intervenors
COUNTY OF SANTA CLARA, COUNTY OF SANTA BARBARA, COUNTY OF SAN MATEO, COUNTY OF SOLANO

STEVEN M. WOODSIDE, County Counsel


By:_____/s/_____
          ANNE L. KECK
          Deputy County Counsel

Attorneys on behalf of Intervenors
THE COUNTY OF SONOMA, SONOMA COUNTY SHERIFF/CORONER WILLIAM COGBILL, SONOMA COUNTY DISTRICT ATTORNEY STEPHAN PASSALACQUA, and SONOMA COUNTY CHIEF PROBATION OFFICER ROBERT OCHS