MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
By: Carol L. Woodward, Deputy (SBN 084197)
Hall of Justice and Records
400 County Center, 6th Floor
Redwood City, CA 94063
Telephone: (650) 363-4746
Facsimile: (650) 363-4034
E-mail: cwoodward@co.sanmateo.ca.us

Attorneys for Intervenors
COUNTY OF SAN MATEO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>      Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>      Defendants. | Case No. CIV S-90-0520 LKK JFM P<br><br><u>THREE-JUDGE COURT</u> |
| MARCIANO PLATA, et al.<br><br>      Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>      Defendants. | Case No. C01-1351 THE<br><br><u>THREE-JUDGE COURT</u><br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On March 10, 2008, I served the following document(s):

**COUNTY INTERVENORS' NOTICE OF MOTION AND MOTION TO MODIFY  FEBRUARY 8, 2008 ORDER GRANTING IN PART INTERVENORS' MOTION FOR RECONSIDERATION AND ORDER CONSOLIDATING PROCEEDINGS**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION BY COUNTY INTERVENORS TO MODIFY ORDER ISSUED FEBRUARY 8, 2008 GRANTING IN PART INTERVENORS' MOTION FOR RECONSIDERATION AND ORDER CONSOLIDATING PROCEEDINGS**

**[PROPOSED] MODIFIED ORDER GRANTING IN PART INTERVENORS' MOTION FOR RECONSIDERATION AND ORDER CONSOLIDATING PROCEEDINGS**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the

following manner:

**[X]** (BY U.S. MAIL)  by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

**[X]** (BY OVERNIGHT DELIVERY)  by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

**[ ]** (BY PERSONAL SERVICE)  I caused such envelope(s) to be hand-delivered to the addressee(s) shown below.  A proof of service signed by the authorized courier will be filed forthwith.

    **[ ]** (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **[X]** (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

                                   /s/
                           SUBIDRA WARAN

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Please see attached service list.

Case No. CIV S-90-0520 LKK JFM P
Case No. C 01-1351 TEH

**PROOF OF SERVICE**

1

## <u>SERVICE LIST</u>

2

3  Jerry F. Stanley, PRO SE                     David W. Wilson, PRO SE
   C-80900                                      K-66474
   SQSP                                         CMF – Vacaville
4  San Quentin State Prison                     P. O. Box 2000
   San Quentin,  CA 94974                       Vacaville,  CA 95696

5

6  Patrick Wilson, PRO SE                       John Hagar, Assistant to the Receiver
   4655 E. Olympic Blvd.                        Judge's Reading Room
7  Los Angeles,  CA 90022                       450 Golden Gate Ave., 18th Floor
                                                Law Library
8                                               San Francisco,  CA 94102

9

10 Robert Sillen, Receiver                      California State Personnel Board
   California Prison Receivership               Office of the Attorney General
   1731 Technology Drive, Suite 700             1515 Clay Street, 20th Floor
11 San Jose,  CA 95110                          P. O. Box 70550
                                                Oakland, CA  94612-0550

12

13 Union of American Physicians & Dentists      Lisa Tillman, Deputy Attorney General
   DAVIS, COWELL & BOWE                         Office of the Attorney General
   595 Market St., Suite 1400                   1300 "I" Street, Suite 125
14 San Francisco, CA  94105                     Sacramento,  CA 94244-2550

15

16 ## <u>VIA OVERNIGHT DELIVERY</u>

17 Honorable Thelton E. Henderson              Honorable Lawrence K. Karlton
   U.S. District Court, Northern District       U.S. District Court, Eastern District
18 San Francisco Branch                         Robert Matsui United States Courthouse
   450 Golden Gate Avenue                       501 "I" Street
19 San Francisco,  CA 94102                     Sacramento,  CA 95814

20 Honorable Stephen Reinhardt
   U.S. District Court, Central District
21 312 North Spring Street, Suite 1747
   Los Angeles,  CA 90012

22

23

24

25

26

27

28

Case No. CIV S-90-0520 LKK JFM P
Case No. C 01-1351 TEH

**PROOF OF SERVICE**