1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   THERESA J. FUENTES, Deputy County Counsel (S.B. #208588)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
4  Telephone: (408) 299-5900
   Facsimile: (408) 292-7240
5
   Lead Attorneys for Intervenors
6  COUNTY OF SANTA CLARA, COUNTY
7  OF SANTA BARBARA, COUNTY OF SAN
   MATEO, COUNTY OF SOLANO, and
8  COUNTY OF SONOMA

9  STEVEN M. WOODSIDE, County Counsel (S.B. #58684)
   ANNE L. KECK, Deputy County Counsel (S.B. #136315)
10 County of Sonoma
   575 Administration Drive, Room 105A
11 Santa Rosa, California 95403-2815
12 Telephone: (707) 565-2421
   Fax: (707) 565-2624
13
   Attorneys on Behalf of Intervenors
14 THE COUNTY OF SONOMA, SONOMA
   COUNTY SHERIFF/CORONER WILLIAM COGBILL,
15 SONOMA COUNTY DISTRICT ATTORNEY
16 STEPHAN PASSALACQUA, and SONOMA COUNTY
   CHIEF PROBATION OFFICER ROBERT OCHS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al. | Case No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | THREE-JUDGE COURT |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |

Case No. CIV S-90-0520 LKK JFM P  & C-01-1351 TEH

ERRATA:  NO HEARING DATE FOR  MOTION TO MODIFY FEBRUARY 8, 2008 ORDER GRANTING IN PART INTERVENORS' MOTION FOR RECONSIDERATION AND ORDER CONSOLIDATING PROCEEDINGS

|  | |
|---|---|
| MARCIANO PLATA, et al.<br><br>        Plaintiffs,<br><br>  vs.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>        Defendants. | Case No. C01-1351 THE<br><br>THREE-JUDGE COURT<br><br>**ERRATA: NO HEARING DATE FOR MOTION TO MODIFY FEBRUARY 8, 2008 ORDER GRANTING IN PART INTERVENORS' MOTION FOR RECONSIDERATION AND ORDER CONSOLIDATING PROCEEDINGS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that there is no hearing set for County Intervenors' Motion to Modify February 8, 2008 Order Granting in Part Intervenors' Motion for Reconsideration and Order Consolidating Proceedings, that was e-filed March 10, 2008. The County Intervenors and moving parties entered a hearing date only because the ECF software required entry of a hearing date to complete the e-filing of the Motion.

///

///

///

///

| | |
|---|---|
| Dated: March 11, 2008 | Respectfully submitted, |
| | ANN MILLER RAVEL, County Counsel |
| | By: <u>Theresa J. Fuentes                              /s/</u> |
| |         Deputy County Counsel |
| | Lead Attorneys on behalf of Intervenors |
| | COUNTY OF SANTA CLARA, COUNTY OF SANTA BARBARA, COUNTY OF SAN MATEO, COUNTY OF SOLANO |
| | STEVEN M. WOODSIDE, County Counsel |
| | By: <u> Anne L. Keck                                  /s/</u> |
| |         Deputy County Counsel |
| | Attorneys on behalf of Intervenors |
| | THE COUNTY OF SONOMA, SONOMA COUNTY SHERIFF/CORONER WILLIAM COGBILL, SONOMA COUNTY DISTRICT ATTORNEY STEPHAN PASSALACQUA, and SONOMA COUNTY CHIEF PROBATION OFFICER ROBERT OCHS |

Case No. CIV S-90-0520 LKK JFM P & C-01-1351 TEH          3
ERRATA:  NO HEARING DATE FOR  MOTION TO MODIFY FEBRUARY 8, 2008 ORDER GRANTING IN PART INTERVENORS' MOTION FOR RECONSIDERATION AND ORDER CONSOLIDATING PROCEEDINGS