1  MICHAEL P. MURPHY, COUNTY COUNSEL (SBN 83887)
   By: Carol L. Woodward, Deputy (SBN 084197)
2  Hall of Justice and Records
   400 County Center, 6th Floor
3  Redwood City, CA 94063
   Telephone: (650) 363-4746
4  Facsimile: (650) 363-4034
   E-mail: cwoodward@co.sanmateo.ca.us
5
   Attorneys for Intervenors
6  COUNTY OF SAN MATEO

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10             AND THE NORTHERN DISTRICT OF CALIFORNIA

11         UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12           PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13

| | |
|---|---|
| RALPH COLEMAN, et al. | Case No. CIV S-90-0520 LKK JFM P |
| Plaintiffs, | <u>THREE-JUDGE COURT</u> |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |
| MARCIANO PLATA, et al. | Case No. C01-1351 THE |
| Plaintiffs, | <u>THREE-JUDGE COURT</u> |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | **PROOF OF SERVICE** |
| Defendants. | |

# PROOF OF SERVICE

I do hereby declare that I am a citizen of the United States employed in the County of San Mateo, over 18 years old and that my business address is 400 County Center, Redwood City, California. I am not a party to the within action.

On March 120, 2008, I served the following document(s):

**ERRATA: NO HEARING DATE FOR MOTION TO MODIFY FEBRUARY 8, 2008 ORDER GRANTING IN PART INTERVENORS' MOTION FOR RECONSIDERATION AND ORDER CONSOLIDATING PROCEEDINGS**

on all other parties to this action by placing a true copy of said document(s) in a sealed envelope in the following manner:

[X] (BY U.S. MAIL) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and mailing at Redwood City, California following our ordinary business practices. I am readily familiar with this office's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

[X] (BY OVERNIGHT DELIVERY) by placing a true copy of said document(s) in a sealed envelope(s) addressed as shown below for collection and delivery by an overnight delivery carrier with delivery fees paid or provided for in accordance with this office's practice. I am readily familiar with this office's practice for processing correspondence for delivery the following day by an overnight delivery carrier.

[ ] (BY PERSONAL SERVICE) I caused such envelope(s) to be hand-delivered to the addressee(s) shown below. A proof of service signed by the authorized courier will be filed forthwith.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (FEDERAL) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

SUBIDRA WARAN     /s/

**NAME AND ADDRESS OF EACH PERSON TO WHOM SERVICE WAS MADE**

Please see attached service list.

Case No. CIV S-90-0520 LKK JFM P
Case No. C 01-1351 TEH

**PROOF OF SERVICE**

## SERVICE LIST

| | |
|---|---|
| Jerry F. Stanley, PRO SE<br>C-80900<br>SQSP<br>San Quentin State Prison<br>San Quentin, CA 94974 | David W. Wilson, PRO SE<br>K-66474<br>CMF – Vacaville<br>P. O. Box 2000<br>Vacaville, CA 95696 |
| Patrick Wilson, PRO SE<br>4655 E. Olympic Blvd.<br>Los Angeles, CA 90022 | John Hagar, Assistant to the Receiver<br>Judge's Reading Room<br>450 Golden Gate Ave., 18th Floor<br>Law Library<br>San Francisco, CA 94102 |
| Robert Sillen, Receiver<br>California Prison Receivership<br>1731 Technology Drive, Suite 700<br>San Jose, CA 95110 | California State Personnel Board<br>Office of the Attorney General<br>1515 Clay Street, 20th Floor<br>P. O. Box 70550<br>Oakland, CA 94612-0550 |
| Union of American Physicians & Dentists<br>DAVIS, COWELL & BOWE<br>595 Market St., Suite 1400<br>San Francisco, CA 94105 | Lisa Tillman, Deputy Attorney General<br>Office of the Attorney General<br>1300 "I" Street, Suite 125<br>Sacramento, CA 94244-2550 |

## VIA OVERNIGHT DELIVERY

| | |
|---|---|
| Honorable Thelton E. Henderson<br>U.S. District Court, Northern District<br>San Francisco Branch<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | Honorable Lawrence K. Karlton<br>U.S. District Court, Eastern District<br>Robert Matsui United States Courthouse<br>501 "I" Street<br>Sacramento, CA 95814 |
| Honorable Stephen Reinhardt<br>U.S. District Court, Central District<br>312 North Spring Street, Suite 1747<br>Los Angeles, CA 90012 | |

Case No. CIV S-90-0520 LKK JFM P
Case No. C 01-1351 TEH

**PROOF OF SERVICE**