1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, SBN 126424
   KYLE A. LEWIS, SBN 201041
6  MISHA D. IGRA, SBN 208711
   CHARLES J. ANTONEN, SBN 221207
7  Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
8    San Francisco, CA 94102-7004
     Telephone: (415) 703-5708
9    Fax: (415) 703-5843
     Email: Charles.Antonen@doj.ca.gov

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2282, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | 2:90-cv-0520 LKK JFM<br><br>**THREE-JUDGE PANEL** |
| MARCIANO PLATA, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>            Defendants. | No. C01-1351 TEH<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR A PROTECTIVE ORDER**<br><br>To: Magistrate Judge Moulds |

28  ////

Defs.' Not. of Mot. & Mot. Re: Protective Order

*Coleman v. Schwarzenegger*, Case No. 90-0520
*Plata v. Schwarzenegger*, Case No. 01-1351

1

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants request this Court find good cause exists to enter a protective order in accordance with Federal Rule of Civil Procedure 26(c). The protective order requested by Defendants will safeguard the sensitive nature of certain categories of documents produced during the course of the three-judge panel proceedings and will ensure any documents produced during the three-judge panel proceedings are not used in any other proceedings.

The hearing on Defendants' request for a protective order will take place before the Honorable John F. Moulds at 11:00 a.m. on April 3, 2008 at the United States District Court for the Eastern District of California located at 501 I Street, Sacramento, California. This motion is based upon this notice, along with any memorandum of points and authorities, declarations, and exhibits to be filed in support thereof, as well as the pleadings and records on file in this proceeding.

Dated: March 13, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

/s/ Charles J. Antonen
CHARLES J. ANTONEN
Deputy Attorney General
Attorneys for Defendants