| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>SARAH M. LAUBACH, Bar No. 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF, Bar No. 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>EDWARD P. SANGSTER, Bar No. 121041<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>RAYMOND E. LOUGHREY, Bar No.194363<br>FRED D. HEATHER, Bar No. 110650<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

No.: Civ S 90-0520 LKK-JFM P

**THREE-JUDGE COURT**

-1-
NOTICE OF APPEARANCE OF COUNSEL FOR THE COLEMAN AND PLATA PLAINTIFF CLASSES, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

|   |   |
|---|---|
| MARCIANO PLATA, et al., | No. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL FOR THE *COLEMAN* AND *PLATA* PLAINTIFF CLASSES** |
| ARNOLD SCHWARZENEGGER, et al., | |
| vs. | |
| Defendants | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that attorneys Jeffrey L. Bornstein, Edward P. Sangster, Raymond E. Loughrey, and Fred D. Heather of the law offices of Kirkpatrick & Lockhart Preston Gates Ellis LLP, in order to assist current counsel, hereby appear(s) as additional counsel for the plaintiff *Coleman* and *Plata* classes, and request(s) that all notices and/or papers filed or served in this case be sent to:

> Edward P. Sangster, Bar No. 121041
> Jeffrey L. Bornstein, State Bar No. 99358
> Raymond E. Loughrey, Bar No. 194363
> KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
> 55 Second Street, Suite 1700
> San Francisco, CA 94105-3493
> Telephone: (415) 882-8200
> E-mail: ed.sangster@klgates.com
> E-mail: jeff.bornstein@klgates.com
> E-mail: raymond.loughrey@klgates.com
>
> Fred D. Heather, Bar No. 110650
> KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
> 10100 Santa Monica Blvd, Suite 700
> Los Angeles, CA 90067
> Telephone: (310) 552-5000
> E-mail: fred.heather@klgates.com

Dated: February 13, 2008               Respectfully submitted,

**K&L GATES LLP**

By:    */s/*
       Jeffrey L. Bornstein
       Attorneys for *Coleman* and *Plata* Plaintiffs

-2-
NOTICE OF APPEARANCE OF COUNSEL FOR THE COLEMAN AND PLATA PLAINTIFF CLASSES, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH