```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  ROCHELLE C. EAST
    Supervising Deputy Attorney General
 5  MISHA D. IGRA, State Bar No. 208711
    Deputy Attorney General
 6   1300 I Street, Suite 125
     P.O. Box 944255
 7   Sacramento, CA 94244-2550
     Telephone: (916) 324-5388
 8   Fax: (916) 324-5205
     Email: Misha.Igra@doj.ca.gov
 9
    Attorneys for Defendants
10
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

**THIS DOCUMENT IS FILED UNDER SEAL IN ACCORDANCE WITH**

**A PROTECTIVE ORDER ISSUED BY THE COURT**

**AND MAY NOT BE COPIED OR EXAMINED**

**EXCEPT IN COMPLIANCE WITH THAT ORDER**

(See Stipulated Protective Order, 1/12/07, ¶ 7.)

30414183.wpd

CF1997CS0003

Sealed Document Cover Page

1