IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

On March 13, 2008, defendants filed a notice of motion and motion for a protective order. Said motion is presently noticed for hearing on this court's April 3, 2008 law and motion calendar. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' proposed protective order and brief in support thereof shall be filed and served on or before 4:30 p.m. on March 18, 2008.

/////

/////

/////

2. Any and all responses to defendants' motion shall be filed and served on or before 12:00 noon on March 26, 2008.

Dated: March 14, 2008.

UNITED STATES MAGISTRATE JUDGE

12
discovery13.o