# EXHIBIT A

**Kimberly Hall Barlow**

| | |
|---|---|
| **From:** | Don Specter [dspecter@prisonlaw.com] |
| **Sent:** | Thursday, March 06, 2008 1:18 PM |
| **To:** | 'Anne Keck'; cstegeman@AKINGUMP.com; 'skaufhold@akingump.com'; 'Gregg' 'Adam'; 'Natalie' 'Leonard'; Theresa.fuentes@cco.sccgov.org; 'Charles Antonen'; 'Lisa Tillman'; 'Misha Igra'; 'Rochelle East'; 'Andrea Hoch'; 'Paul B. Mello'; Kimberly Hall Barlow; Martin J. Mayer |
| **Cc:** | 'Alison Hardy'; 'Sara Norman'; 'Michael W. Bien' |
| **Subject:** | RE: Settlement Letters |

Anne,

I didn't participate in the call either, but I'm told that no new agreements were reached during the call. We believe that there is an agreement that 1, 2 and 3 of your list below are in effect. Thus, we complied with #2 by providing our confidential settlement proposals and we are preparing our statement of relief to be distributed tomorrow. As to 4 and 5 below, I'm told that there is no agreement and that the parties should file their separate discovery plans (including whatever information they believe is appropriate) with Judge Moulds on March 14, as he ordered.

As you note, after we released our confidential settlement statement, defendants released theirs and we are waiting for you and the other intervenors to do the same. As we agreed at the initial meeting, such disclosure will enhance any prospects for settlement. If you and the other intervenors do not intend to follow through with these agreements, we would appreciate a confirmation of that position so we can determine whether to distribute tomorrow our proposed statement of relief.

Thank you.

Don

---

**From:** Anne Keck [mailto:AKECK@sonoma-county.org]
**Sent:** Wednesday, March 05, 2008 6:20 PM
**To:** cstegeman@AKINGUMP.com; 'skaufhold@akingump.com'; Gregg' 'Adam; Natalie' 'Leonard; Theresa.fuentes@cco.sccgov.org; 'Charles Antonen'; 'Lisa Tillman'; 'Misha Igra'; 'Rochelle East'; 'Andrea Hoch'; 'Paul B. Mello'; khb@jones-mayer.com; mjm@jones-mayer.com; Don Specter
**Cc:** 'Alison Hardy'; 'Sara Norman'; 'Michael W. Bien'
**Subject:** Re: Settlement Letters

I did not participate in the conference call that occurred last Friday, but it was my understanding that counsel were unable to reach a resolution on the issues based on a disagreement with respect to the proposed September trial date. The communications I received from counsel who participated in the call left me in doubt as to whether the initial four dates and process that we had discussed at the meeting remained in effect. Consequently, though I had originally planned to release the County Intervenors and Sonoma County Intervenors' Confidential Settlement Proposal yesterday, on March 4, 2008, the lack of disclosure from other parties lead me to believe that the agreement regarding this disclosure was no longer in effect.

Plaintiffs' 6:38pm disclosure of their settlement statement yesterday via e-mail leads me to

3/12/2008

question my conclusions. (While writing this, I also believe that Defendants' counsel sent their statement via e-mail as well.) Accordingly, I would like to confirm whether the agreement we reached at the meeting on February 26th with respect to the intial dates and process is currently in effect. Specifically, we had agreed to the following:

1. Stay of discovery lifted immediately;
2. Exchange of confidential settlement proposals on 3/4/08;
3. Plaintiffs to provide statement of relief (top ten - or more - list) on 3/7/08;
4. Initial disclosures under FRCP 26(a)(1) due on 4/7/08; and
5. Responses to written discovery (previously served or which can be timely served in accordance with the current court-ordered response time of 21 days) due 4/11/08.

As the Magistrate Judge requires the parties to submit a discovery plan, will these items be the extent of the plan we intend to submit?

As you will also recall, assurances were made at the meeting that lead me to conclude that the above dates and process would not be onerous or unreasonable. If such conclusion is disproven in the course of events, plaintiffs' counsel agreed to discuss the issues to ensure that no party became overwhelmed by either the amount of discovery or timing of responses.

To enable the parties to move forward in an effective and efficient manner, I would appreciate it if you would confirm whether your understanding comports with the above and, if not, identify where your understanding differs. Thank you in advance for your consideration and cooperation.

Anne L. Keck
Deputy County Counsel
Sonoma County
707/565-2421


>>> "Don Specter" <dspecter@prisonlaw.com> 3/4/2008 6:37 PM >>>
Pursuant to our agreement at the initial discovery meeting, I am attaching our settlement letter to Justices Siggins and Lui with the attachments that you do not already have. We understand that all settlement letters will remain confidential. We look forward to receiving similar letters from Defendants and Intervenors.

3/12/2008