EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Facsimile: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                            Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                            Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME RE: CMF TREATMENT SPACE PROPOSAL, WITH DECLARATION OF ROBIN DEZEMBER, [PROPOSED] ORDER** |

On October 18, 2007, this Court ordered Defendants to submit to the Special Master a development proposal for adequate mental health treatment and counseling space at the California Medical Facility within 150 days. Defendants prepared a draft proposal and that draft proposal must now be revised. (Dec. Dezember, ¶¶ 4, 5.) To ensure the adequacy of the proposal, Defendants respectfully request an additional two weeks, to March 28, 2008, to submit

//

//

//

//

1  the proposal to the Special Master.  (*Id*., at ¶ 6.)  This extension will not result in any prejudice to

2  Plaintiffs.

3          Dated:  March 14, 2008

4                        Respectfully submitted,

5                        EDMUND G. BROWN JR.
6                        Attorney General of the State of California

                        DAVID S. CHANEY
7                        Chief Assistant Attorney General

8                        FRANCES T. GRUNDER
                      Senior Assistant Attorney General

9                        ROCHELLE C. EAST
                      Supervising Deputy Attorney General
10

11                        */s/ Lisa A. Tillman*

12

13                        LISA A. TILLMAN
                      Deputy Attorney General
14                        Attorneys for Defendants

15

16  30415479.wpd
   CF1997CS0003
17

18

19

20

21

22

23

24

25

26

27

28

Def. EOT Re: CMF Proposal