EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | 2:90-cv-00520 LKK JFM P <br><br> **DECLARATION OF ROBIN J. DEZEMBER IN SUPPORT OF DEFENDANTS' EX PARTE REQUEST FOR AN EXTENSION OF TIME RE: CMF TREATMENT SPACE PROPOSAL** |

I, Robin J. Dezember, declare:

1. I am the Chief Deputy Secretary of Correctional Health Care Services within the California Department of Corrections and Rehabilitation (CDCR).

2. I have personal knowledge of the facts stated in this declaration and would testify to those facts competently if called to do so.

3. I am familiar with this Court's order directing Defendants to submit to the Special Master a development proposal for adequate mental health treatment and counseling space at the California Medical Facility within 150 days.

4. Earlier this week, I reviewed a draft of that proposal. I found the draft proposal

1 | did not fully respond to this Court's order. I directed staff within the Correctional Health Care Services to revise the proposal.

5. The draft proposal is now undergoing the revision process.

6. I am confident an appropriate proposal will be ready for filing by March 28, 2008.

I declare under the penalty of perjury the foregoing is true and corrected.

Executed in Sacramento, California on March 14, 2008.

By: _____
Robin J. Dezember

30415504.wpd
CF1997CS0003

Def. EOT Re: CMF Proposal, Dec. Dezember