IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME RE: CMF DEVELOPMENT PROPOSAL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

    Defendants request for an extension of time to submit a development proposal for adequate mental health treatment and counseling space at California Medical Facility. The proposal is now due on March 28, 2008.

Dated: _____

                                                               The Honorable Lawrence K. Karlton

[Proposed] Order

1