FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com

*Attorneys for Receiver*
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>    *Plaintiffs*,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    *Defendants*. | Case No. CIV S-90-0520 LKK JFM P |
| CARLOS PEREZ, et al.,<br>    *Plaintiffs*,<br>v.<br>JAMES TILTON, et al.,<br>    *Defendants*. | Case No. C 05-05241 JSW |
| JOHN ARMSTRONG, et al.,<br>    *Plaintiffs*,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    *Defendants*. | Case No. C 94-2307 CW<br><br>**EXHIBITS TO RECEIVER'S SEVENTH QUARTERLY REPORT** |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al. | No.: C01-1351 T.E.H. |
| Plaintiffs, | **EXHIBITS TO THE RECEIVER'S SEVENTH QUARTERLY REPORT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al. | |
| Defendants. | |