# EXHIBIT 2

## Pharmacy Conversion Master Schedule

| ORDER | INSTITUTION | Implementation Planning Start (aka "Kick-Off") Week Of | Phase I Go-LIVE Date | Phase II Go-LIVE Tentative Dates |
|---|---|---|---|---|
| Beta Site | FOL - Folsom | | 6/4/07 | 6/9/08 |
| Pilot #1 | MCSP - Mule Creek State Prison | | 9/10/07 | TBD |
| Pilot #2 | CMC - CA Men's Colony | | 11/12/07 | 4/12/08 |
| #1 | SAC - CA State Prison, Sacramento | 12/10/2007 | 2/4/08 | 6/9/08 |
| #2 | SATF - CA Substance Abuse Trtmt. Fac. | 2/13/2008 | 4/7/08 | 8/25/08 |
| #3 | COR - CA State Prisons, Corcoran | 2/13/2008 | 4/7/08 | 8/25/08 |
| #4 | SQ - San Quentin | 3/24/2008 | 5/19/08 | 10/6/08 |
| #5 | ISP - Ironwood State Prison | 3/31/2008 | 5/26/08 | 10/13/08 |
| #6 | CVSP - Chuckawalla Valley State Prison | 3/31/2008 | 5/26/08 | 10/13/08 |
| #7 | CCC - CA Correctional Center | 5/5/2008 | 6/30/08 | 11/17/08 |
| #8 | HDSP - High Desert State Prison | 5/5/2008 | 6/30/08 | 11/17/08 |
| #9 | CIW - Correctional Institute for Women | 6/9/2008 | 8/4/08 | To be determined based on Health Care Network installation logistics |
| #10 | CCWF - Central CA Women's Facility | 6/9/2008 | 8/4/08 | |
| #11 | VSPW - Valley State Prison for Women | 6/9/2008 | 8/4/08 | |
| #12 | DVI - Deuel Vocational Institute | 7/14/2008 | 9/8/08 | |
| #13 | KVSP - Kern Valley State Prison | 7/28/2008 | 9/22/08 | |
| #14 | NKSP - North Kern State Prison | 7/28/2008 | 9/22/08 | |
| #15 | CEN - Centinela State Prison | 9/1/2008 | 10/27/08 | |
| #16 | CAL - Calipatria State Prison | 9/1/2008 | 10/27/08 | |
| #17 | PBSP - Pelican Bay State Prison | 9/1/2008 | 10/27/08 | |
| #18 | PVSP - Pleasant Valley State Prison | 10/13/2008 | 12/8/08 | |
| #19 | ASP - Avenal State Prison | 10/13/2008 | 12/8/08 | |
| #20 | SCC - Sierra Conservation Center | 10/20/2008 | 12/22/08 | |
| #21 | LAC - CA State Prison, Los Angeles | 12/1/2008 | 1/29/09 | |
| #22 | CCI - CA Correctional Institute | 12/1/2008 | 1/29/09 | |
| #23 | WSP - Wasco State Prison | 12/1/2008 | 1/29/09 | |
| #24 | SVSP - Salinas Valley State Prison | 1/5/2009 | 3/2/09 | |
| #25 | CTF - Correctional Training Facility | 1/5/2009 | 3/2/09 | |
| #26 | RJD - RJ Donovan Correctional Facility | 1/19/2009 | 3/16/09 | |
| #27 | CMF - CA Medical Facility | 2/23/2009 | 4/20/09 | |
| #28 | SOL - CA State Prison, Solano | 2/23/2009 | 4/20/09 | |
| #29 | CRC - CA Rehabilitation Center | 3/30/2009 | 5/18/09 | |
| #30 | CIM - CA Institute for Men | 3/30/2009 | 5/18/09 | |

Denotes Co-Located Sites

Go-Live will always be on a Monday, unless that Monday is a holiday - then it will be Tuesday.
The Kick-off is planned for the "WEEK OF"

| Central Region - Tuesday |
| Northern Region - Wednesday |
| Southern Region - Thursday |

Revised 3/14/2008