# EXHIBIT 10

# CDCR Dictation and Transcription Assessment and Recommendations

Consultant:  Sandra M. Hirsch

# CDCR Dictation/Transcription Assessment and Recommendations

## Table of Contents

| | | |
|---|---|---|
| 1.0 | Executive Summary | 3 |
| 2.0 | Background | 3 |
| 3.0 | Methodology | 5 |
| 4.0 | Summary of Findings | 5 |
| 4.1 | Equipment and Information Technology | 5 |
| 4.2 | Staffing | 6 |
| 4.3 | Utilization and Demand | 6 |
| 4.4 | Backlog | 7 |
| 4.5 | Report and Document Types | 7 |
| 4.6 | Quality Assurance | 7 |
| 4.7 | Management | 8 |
| 4.8 | Cost | 8 |
| 5.0 | Failure to Conform to Best Practices | 8 |
| 6.0 | Quick Fixes | 9 |
| 6.1 | Reclassify Vacant Transcription Positions | 9 |
| 6.2 | Bring Radiology Transcription Onsite at WSP, VSPW, and CCWF | 9 |
| 6.3 | SOAP Transcription Services | 9 |
| 6.4 | Standardize Document Types and Formats | 9 |
| 6.5 | Non-Encrypted Email of Radiology Documents | 10 |
| 6.6 | Turn Around Time at San Quentin | 10 |
| 7.0 | Vision for the Future | 10 |
| 8.0 | Solutions | 11 |
| 8.1 | Keep the Status Quo | 11 |
| 8.2 | Outsource | 11 |
| 8.3 | In House | 12 |
| 8.4 | In House With Overflow Outsourcing | 13 |
| 9.0 | Recommendation | 14 |

## Appendixes

A.    Site Assessment Documentation
B.    Equipment Inventory

## CDCR Dictation/Transcription Assessment and Recommendations

## 1.0    Executive Summary

CDCR has a very incomplete understanding of the precise scope and nature of existing transcription services in each of the 33 prisons. As a consultant for CDCR, I have assessed the existing status of dictation and transcription methods and have drafted this document to outline my findings and recommendations in regards to improving efficiency and effectiveness, and ultimately improving the quality and integrity of patient care.

Using the methodology described in this document, I was able to assess current practices for dictation and transcription, volumes, equipment inventory, as well as CDCR's current cost per line of transcription. If all major CDCR healthcare documents were dictated and transcribed, the estimated total volume could be approximately 1,865,000 lines per month compared to 155,569 lines per month now. There are 13 facilities that have digital dictation equipment. At these facilities, there are 155,569 lines dictated per month and transcribed by 44 CDCR Medical Transcribers. Based on the median pay per transcriber plus benefits, **CDCR's cost per line of transcription is $1.08. In the transcription industry, the average cost per line is $0.14.** This means that CDCR healthcare is currently transcribing about one-tenth of its potential documentation at nearly eight times the industry average cost.

CDCR is failing to adhere to best practices in regards to dictation and transcription. On average, CDCR Medical Transcribers transcribe about 400 lines per day, compared to the industry average of 200 lines per hour. There is no process in place to assure the quality of healthcare documentation, unqualified staff has been and is still being hired to fill Medical Transcriber positions and there are no standards for dictation, transcription or document types. Medical Transcriber positions are being used to fill OA, OT and HRT roles in medical record units. Medical transcription has inadequate oversight and supervision, and transcribers receive little or no training. Clinical documents are not stored on computers in a useful manner that would make them available to a Clinical Data Repository.

In order to achieve the Receiver's desired standards for timeliness, availability, and efficiency of transcribed clinical documentation, there must be a standardized, tightly managed approach to dictation and transcription that encompasses all facilities. I considered several options to achieving these aims. I believe that a combination of centralized in-house dictation and outsourced overflow will achieve the desired turn around times, significantly improve document quality and availability, and potentially save CDCR $2 million annually.

## 2.0    Background

As a result of the State of California's ongoing failure to provide medical care to prison inmates at constitutionally acceptable levels, the United States District Court for the Northern District of California has established a Receivership to assume the executive management of the California prison medical system and raise the level of care up to constitutional standards. On February 14, 2006, the Court appointed Robert Sillen to serve as the Receiver and granted him, among other powers, the authority to exercise all powers vested by law in the Secretary of the CDCR as they

## CDCR Dictation/Transcription Assessment and Recommendations

relate to the administration, control, management, operation, and financing of the California prison medical health care system.

CDCR currently delivers healthcare services to over 175,000 inmate-patients in thirty-three institutions throughout the state. The scope of the healthcare mission includes dental care, primary care, acute and urgent care, chronic care management, long-term care, hemodialysis, physical therapy and rehabilitation, and infirmary-level care. Cases requiring specialty consultation or complex management are seen remotely by telemedicine or are referred to neighboring medical/dental offices or hospitals. A functioning healthcare system like CDCR's also entails ancillary services such as enterprise imaging, clinical laboratory services, and health records management.

Until recently, healthcare operations in the thirty-three institutions were confined to silos, with no central planning, management, or oversight of services. Consequently, each institution has been responsible for managing its own clinical dictation and transcription services. The Receivership is seeking to make the management of these essential services more effective and more efficient.

At the initiation of this project, CDCR had a very incomplete understanding of the precise scope and nature of existing transcription services in each of the 33 prisons. CDCR appeared to employ approximately 98 full-time, on-site medical transcribers, with approximately 43 more unfilled positions. Only one facility (San Quentin) out-sources medical transcription. Their volume is approximately 59,000 lines of transcription per month, comprising approximately 1200 documents. Other facilities had been unable to provide precise documentation as to their usage of transcription, but have reported their average number of monthly documents transcribed as anywhere between 9 and 850. There are a number of prisons where the backlog of dictated but not transcribed notes extended back weeks to months.

In October, the Receivership engaged me to perform a needs assessment, including gathering information on existing transcription requirements and services at each facility. I was asked to analyze existing processes and create a series of business cases for potential future alternatives, including:
- Maintaining and improving our existing system of facility based transcription staff.
- Creating a centralized transcription solution utilized by all 33 healthcare facilities, to include a standardized method for dictation and transcription, as well as standardized document types.
- Engaging an outside transcription firm to take on CDCR's transcription needs.

The Receivership made it clear that by engaging in this evaluation, they were not seeking to fire or remove any individual from state employment. The ultimate goal of this effort has been to ensure an accurate and timely transcribed medical record, which is critical in providing quality health care. Furthermore, as CDCR transitions to paperless electronic medical records in the coming years, dictation and transcription will be slowly phased out in favor of direct provider entry of clinical documentation. In the interim, a centralized and computerized dictation system can be used as a foundation of standardized clinical data to be incorporated into fledgling clinical computer systems.

# CDCR Dictation/Transcription Assessment and Recommendations

As a consultant for CDCR, I have assessed the existing status of its dictation and transcription system and have drafted this document to outline my findings and recommendations about how to improve its efficiency and effectiveness.

## 3.0    Methodology

I visited 16 facilities in Northern and Central California. Mary Jo Burns and Patricia Smart have provided detailed information in regards to equipment and processes for the Southern facilities, and prior to contracting for this engagement, Justin Graham, MD, had gathered initial data in regards to report types and volumes for 20 of the facilities. The goal of the assessment phase of this contract was to determine current processes for dictation and transcription, volumes, equipment, and report types.

In visiting the facilities, I met primarily with HRTI and II Supervisors, X-Ray Technicians, Medical Transcribers and Senior Medical Transcribers. In questioning them, I was able to determine current practices in regards to dictation and transcription for medical records and radiology, and get copies of all report types being transcribed. I was able to query digital dictation systems at the facilities that had them for monthly volumes in minutes, which can be converted to lines transcribed.

San Quentin is the only facility that dictates all report types and out-sources all of their transcription to an offsite transcription company. Detailed invoices provided accurate volumes here that were not available for any other prison. With this information, I algebraically calculated total estimated volumes for all facilities using the following formula: Facility Population/Monthly Volume in Lines = 5170 (San Quentin population)/59,250 (San Quentin monthly volume in lines). If all report types at all facilities were dictated and transcribed using the San Quentin ratio, the estimated total volume for the entire state could be 1,865,000 lines per month.

## 4.0    Summary of Findings
(See Appendix A for detailed reports of findings at each facility)

### 4.1    Equipment and Information Technology
(See Appendix B, Equipment Inventory)

Thirteen of the facilities have a server based digital dictation system, allowing for telephony dictation and transcription. Ten of the digital dictation systems would be inadequate for anticipated volumes, having only 2 to 4 ports. The number of ports defines how many providers and transcribers can be either dictating or transcribing from the server at one time. A 2 to 4 port system is inadequate for anticipated volumes at these facilities, and explains in part why two-thirds of the documentation is being handwritten. Three of the facilities that have a digital dictation server are also using cassette recorders and players. Seven of the facilities are using cassette and micro-cassette recorders and players. Providers dictate onto the cassette tapes, and then the tapes are given to the Medical Transcribers for transcription.

# CDCR Dictation/Transcription Assessment and Recommendations

Although current methods of dictation and transcription vary greatly from one facility to the next, there are some across the board consistencies. In every facility where there is some type of transcription, documents are typed in Microsoft Word©, printed then saved locally on the Medical Transcribers' computers, which in most cases, is not on the intra or Internet. These files are not backed up, indexed, or made available in any way other than printing for the patient's chart.

For the most part, providers have telephones in their offices that could be used for dictation, though in many clinic areas, telephony dictation might be cumbersome and digital hand held recorders would be required.

## 4.2    Staffing

San Quentin is the only facility that does not employ Medical Transcribers. FSP, CRC and CIW employ one transcriber at each facility, but no transcription is performed at these facilities; all notes are handwritten. There is no dictation equipment available at these facilities and the transcribers are working in OA, OT or HRTI capacities. The majority of the documentation for 9 of the facilities (SQ, CMF, PBSP, NKSP, CEN, CIM, CVSP, ISP, and RJD) are dictated and transcribed by a total of 24.5 Medical Transcribers. The remaining 22 facilities, which employ a total of 71 Medical Transcribers, dictate only 33% of all documentation, with the remaining 67% being handwritten. The transcribers at these facilities are also working in OA, OT, or HRTI capacities.

## 4.3    Utilization and Demand

*Radiology*

In regards to radiology dictation and transcription, most of the facilities have the films read by offsite radiologists. The radiographs are delivered to the offsite radiology group, usually once or twice a week. Half of the facilities receive the films and transcribed report back from the offsite radiologist. For the remaining prisons, the offsite radiologist will dictate either on cassettes or into a facilities dictation system for transcription, which is then transcribed by CDCR Medical Transcribers. Turn around time for radiology reports from the time the radiograph is taken until the signed report is in the chart averages 7 to 10 days.

*Mental Health*

33 of the filled Medical Transcriber positions are position number 220, Mental Health Medical Transcribers. Although CDCR differentiates between Mental Health and Medical Transcribers, in most cases, both types of transcribers are transcribing all work types, Medical Records and Mental Health. Only at three of the facilities that I visited were the Mental Health Medical Transcribers working apart from the Medical Records transcribers on Mental Health documents. CMF's Mental Health Providers are creating outpatient Psychiatric reports on templates with drop down lists and the ability to type in additional information. The Outpatient Psych reports used to be transcribed by the Medical Transcribers up until the template system was implemented. It is a 'homegrown' application, performed on local computers with reports printed for the medical record.

# CDCR Dictation/Transcription Assessment and Recommendations

*Medical Records*

The remaining 64 Medical Transcribers are position number 213, Medical Transcriber. As stated above, although CDCR differentiates these two positions, the transcribers are typing both Medical Records and Mental Health documents.

*Other*

Medical Transcribers are also responsible for keying in Chronos, which are forms filled out by providers for specific patient needs or recommendations, i.e., bottom bunk. The information from these forms is keyed into the Chronos computer application, which at most facilities, resides on a local computer. The form is then printed for the chart. There is no transcription involved. Additionally, the Medical Transcribers are also transcribing non-medical documents, including memos, administrative correspondence, and meeting minutes.

## 4.4    Backlog

Five facilities currently have varying degrees of backlogged dictation as outlined below:

CMF:  300 minutes
CEN:  260 minutes
CIM:  70 minutes
CVSP: 285 minutes
ISP:   1120 minutes

All five of these facilities have Lanier digital dictation servers. Lanier servers allow transcribers to access voice files with a C-Phone, which is basically like a telephone with a headset and foot pedal.

SOAP Transcription currently has a contract with CDCR (SOAP is the company that transcribes all of San Quentin's documents), and has the necessary equipment to transcribe the backlogged dictation for these facilities. I am working with SOAP and the appropriate IT personnel to eliminate the backlog.

## 4.5    Report and Document Types

In visiting each facility, I requested and was given copies of all report types currently being transcribed, as well as forms used for handwritten documents. Formats vary greatly from one facility to the next. There are no standards for document types and formats at individual facilities, let alone statewide. Providers receive no instruction on how to structure their dictation to ensure uniformity and standardization of medical documentation.

## 4.6    Quality Assurance

None of the facilities were able to provide me with quality assurance standards for transcription. Currently, there are no quality audits being performed on transcribed documents. A quality

## CDCR Dictation/Transcription Assessment and Recommendations

assurance program is an industry standard in transcription, utilizing scoring methods to insure document accuracy.

### 4.7    Management

Two of the facilities I visited employ Senior Medical Transcribers, who supervise the Medical Transcribers. At one of the facilities, the Senior Medical Transcriber was working out of class as an HRTII. At the remaining facilities, Medical Transcribers were supervised by an HRTI or HRTII. It has been my experience in the private healthcare sector (Hospital and Clinic) that, even though transcription is a function of Medical Records, Medical Transcription departments have a Medical Transcription Manager.

### 4.8    Cost

For the 13 facilities that have a digital dictation system, there are a total of 155,569 lines dictated per month and transcribed by 44 CDCR Medical Transcribers. Median Medical Transcriber pay per month is $3052, plus an additional $763 in benefits (25%). This equates to CDCR's cost per line of transcription of $1.08. In the transcription industry, the average cost per line is $0.14.

## 5.0    Failure to Conform to Best Practices

CDCR is failing to adhere to best practices in dictation/transcription in the following areas:

- Productivity: On average, CDCR Medical Transcribers transcribe approximately 400 lines per day. The industry average is for Medical Transcriber to type 200 lines an hour.
- Quality Assurance: There is no method in place for assuring the quality of transcribed documents. Quality Assurance metrics are a standard in the transcription industry.
- Standardized Document Types: Each facility has its' own document type templates with different formats and headings. Standardized document types would ensure a uniform-appearing medical record, create consistency in charting, and significantly ease the future transition to computerized documentation in an electronic health record.
- Untrained and Unqualified Staff: Medical Transcriber positions are being filled with OA's, OT's and HRT's because there are no other positions in Medical Records. Medical Transcribers are not given any training, nor, in many cases, do they have appropriate certifications or post-secondary education in medical transcription.
- Transcription of Non-Medical Documents: Medical Transcribers are routinely typing meeting minutes, memos and other non-medical documents.
- Management and Supervision: Medical Transcribers are being managed, in most cases, by local Health Records Technicians, and in many facilities, their offices are not located near Medical Records. There is no statewide oversight, quality assurance, policies and procedures, or supervision of medical transcription. The industry standard is to have a Medical Transcription Manager supervise Medical Transcribers.
- Backlogs: Five facilities have varying amounts of backlog ranging from 70 to 1200 minutes. In some cases, this means that provider notes are missing from the chart for months.

## CDCR Dictation/Transcription Assessment and Recommendations

- Cassette Tape Dictation: Cassettes are an unreliable method for dictation and transcription, due to tapes breaking, static from recorders that are not regularly cleaned, etc., and have mostly been replaced in the private sector with digital hand held recorders or telephony dictation.
- Clinician Training for Dictation: There is no real push from Medical Records at most of the facilities to train the providers in dictation. There are multiple reasons for this, including inadequate or no means of capturing dictation and untrained and unqualified Medical Transcribers.
- Listen Line: No CDCR facility offers a "listen line" to allow healthcare staff the ability to use a telephone to listen to past dictation that has not yet been transcribed. This is currently an industry standard.
- Document Availability and Potential Integration into a Clinical Data Repository: All documents are stored on the Medical Transcribers local computers. Naming conventions for each document vary by facility. At one facility, 100 radiology reports were transcribed as one document. This neglect of digital information will complicate import into a Clinical Data Repository.

## 6.0    Quick Fixes

### 6.1    Reclassify Vacant Transcription Positions

I have been working with the Plata Support Division in regards to reclassifying vacant Medical Transcriber positions to either OT or HRT-1, depending on the needs in Medical Records. In meeting with them on November 28, we decided to wait on reclassifying any positions so that funds currently allocated for the vacant positions could be utilized for our system-wide solution.

### 6.2    Bring Radiology Transcription Onsite at WSP, VSPW, and CCWF

WSP, VSPW and CCWF all have very capable Medical Transcribers and adequate dictation systems, though radiology is being transcribed offsite. The average turn around time for radiology documents is 7-10 days. If the radiology groups that are reading the films dictated into the facilities dictation system, turn around time would improve to less than one day. I reviewed the Master Service Agreement for VSPW and there is no mention of providing transcribed reports, just reading them. This change would be at no cost to CDCR and would greatly improve the timeliness of radiology report availability.

### 6.3    SOAP Transcription Services

As stated previously, CDCR has a contract with SOAP for transcription services at San Quentin. I am currently in contact with SOAP Transcription to discuss the elimination of backlogged dictation at 5 facilities.

### 6.4    Standardize Document Types and Formats

ASTM (American Society for Testing and Materials) is a standards development organization affiliated with the AHDI (Association for Healthcare Documentation Integrity) that has

# CDCR Dictation/Transcription Assessment and Recommendations

published a document on Healthcare Documentation Formats. I am using it as a guideline in setting up standard document types that can be used at all facilities going forward.

## 6.5    Non-Encrypted Email of Radiology Documents

At DVI and MCSP, radiographs are delivered one or two times a week to an offsite radiologist, who dictates the report, which is transcribed by CDCR employees at these facilities. The reports are then emailed back to the radiologist, who "electronically" signs them and emails them back to the facility. Although this process has significantly reduced the turn around time for radiology reports, it is in gross violation of HIPAA (Health Insurance Portability and Accountability Act) for multiple reasons:

1. Email is not encrypted at these facilities.
2. Radiologist is not using encrypted email to send reports back.
3. The 'electronic' signature used by the radiologist is simply the words "Electronically Signed" and his name. An electronically authenticated document cannot be changed or edited, though the radiology reports that state they are electronically signed are Word documents and can be edited and changed.

This process has been stopped and replaced with FAX and courier service for the time being.

## 6.6    Turn Around Time at San Quentin

In auditing document data on 288 documents, SOAP Transcription is not meeting their contractual turn around time of 24 hours 70% of the time, as broken down below:

| | |
|---|---|
| 25-48 Hours | 35% |
| 49-72 Hours | 18% |
| 73-96 Hours | 10% |
| > 97 Hours | 7% |

In an effort to determine if the delay is from untimely offloading of the voice files, (i.e., they are not offloaded on weekends) I had recommended to the HRT II that another field be added to the bottom of the document. The document footer currently contains fields for date of dictation and date of transcription. A field for date received should be added. In addition, SOAP Transcription should supply the HIM Manager with a turn around time report weekly. SOAP had stated that they could not add the received field to the document, but would supply turn around time reports.

# 7.0    Vision for the Future

An accurate and timely transcribed medical record is critical to providing quality patient care. Our goal in this endeavor should be to have a completed and signed document on the patient's chart the same day that the patient was seen. This is not an impossible goal. To achieve this goal, we must have a standard solution for capturing dictation and creating and auditing documents. All reports must be dictated and transcribed, with all documentation available on the

## CDCR Dictation/Transcription Assessment and Recommendations

healthcare network, searchable by Medical Records personnel and providers. The solution should include the ability to listen to a dictation before it has been transcribed. All of these measures will ensure a smooth transition to an Electronic Health Record.

The Receivership is in the early stages of implementing one IT network for all healthcare departments at all 33 facilities. The implementation of this network presents us with a unique opportunity, affording us the ability to implement a dictation/transcription solution that coincides with the roll out of the healthcare network.

## 8.0    Solutions

This section will outline solutions available to CDCR that could allow us to reach our goal of having a completed and signed document on the patient's chart the same day the patient was seen.

### 8.1    Keep the Status Quo

*Maintain the facility-based onsite transcription as it currently stands.*

*Pros*

- Current employee requirements would not change.
- Facility-based transcribers can provide OA or OT services in medical record units.

*Cons*

- Inadequate or no dictation equipment.
- Unqualified Medical Transcribers.
- Cost per line transcribed is $1.08.
- Does not provide an accurate and timely medical record.
- Does not provide listen line access.
- Would hinder transition to an Electronic Health Record.

### 8.2    Outsource

*Eliminate all Medical Transcriber positions and outsource all dictation and transcription to an external vendor.*

There are currently 140.7 Medical Transcriber positions on the CDCR books (97.7 filled and 43 vacant). Funds allocated for these positions are $603,497 per month. Estimated total potential lines per month for all 33 facilities could be 1,865,000. If CDCR outsourced all dictation and transcription at $0.14 per line, which is the industry average, they would appreciate a monthly savings of $342,397 ($4,108,764 annually).

We would want to outsource to one company that could provide us with access to transcribed reports for all pertinent Medical Records personnel and providers and the ability for providers to

# CDCR Dictation/Transcription Assessment and Recommendations

electronically authenticate their documents. None of the companies that I have researched for this project and in the past offer listen line access. In addition, the company would need to store all documents for an indeterminate period of time so that when an EHR is implemented, completed documents can be interfaced into the Electronic Health Record.

*Pros*

- Significant cost savings.
- Creates a standardized solution for dictation and transcription.
- Documents will be available electronically to providers via integration with a Clinical Data Repository.

*Cons*

- Eliminating the Medical Transcriber positions would be detrimental to morale.
- Potential Union confrontation.
- CDCR is forced to rely on the vendor's transcription system and potentially will not have the ability to customize it, verify line counts, or edit documents.
- No listen line access.
- Lack of telephones for providers to dictate.

## 8.3    In House

*Create a centralized CDCR medical transcription unit that is facility independent.*

CDCR currently employs 97.7 Medical Transcribers and has 43 vacant positions. An experienced Medical Transcriber can type an average of 200 lines per hour. 97.7 Medical Transcribers that type 150 lines an hour can complete 2,462,040 lines per month (total CDCR estimated volume is 1,865,000 lines). Funds allocated for the 97.7filled Medical Transcriber positions are $419,189 per month. This breaks down to a cost of $0.22 per line, although this option assumes that all 97.7 Medical Transcribers can function near the industry average level at 150 lines per hour, which is probably not true for most of CDCR's current staff. Funds allocated for the remaining 43 positions ($1,691,190 annually) would be used to purchase a server based dictation, transcription, and document distribution system, as well as create positions for management, Quality Assurance personnel, and equipment to allow the Medical Transcribers to work from home. The dictation system would support telephony and digital hand held voice files. Transcribers would be monitored and evaluated based on their productivity with information technology that can be purchased and implemented by the Receivership staff.

*Pros*

- Creates a standardized solution for dictation and transcription.
- ROI can be appreciated within one year.
- No elimination of filled positions.
- Frees up valuable office space inside facilities.
- More appealing work environment for transcribers.

# CDCR Dictation/Transcription Assessment and Recommendations

- Documents will be available electronically to providers via integration with a Clinical Data Repository.

*Cons*

- Approximately 1/3 of CDCR's Medical Transcribers are not qualified to do the job.
- Medical Transcribers are often used onsite in OA, OT, or HRTI capacities.
- No mechanism within CDCR to manage or supervise these staff at home.
- Limited flexibility to deal with flux in demand for services.

## 8.4    In House With Overflow Outsourcing

*Create a smaller centralized CDCR medical transcription unit that is facility-independent. Contract with an outsourcing transcription provider for overflow services.*

This option would entail keeping CDCR's experienced Medical Transcribers in their current positions and outsourcing overflow volumes. Funds allocated for vacant positions would be used to purchase a server based dictation, transcription, and document distribution system, outsourcing costs, as well as create positions for management, Quality Assurance personnel, and equipment to allow the Medical Transcribers to work from home. The dictation server would support telephony and digital hand held recordings. This option assumes reclassification of the positions for the individuals who are not qualified Medical Transcribers and working in OA, OT or HRTI capacities, which means that somewhat less that the 97.7 currently filled Medical Transcriber positions would make the transition. Any outsourced work would interface into CDCR's transcription and document distribution system and be available for reporting purposes, line count verification, etc. Ideally, as Medical Transcriber's leave their position, we could elect to eliminate those positions, as the cost to outsource is less than the cost for a CDCR employed Medical Transcriber.

*Pros*

- Creates a standardized solution for dictation and transcription.
- ROI can be appreciated within one year.
- No elimination of filled positions.
- Frees up valuable office space inside facilities.
- More appealing work environment for transcribers.
- Documents will be available electronically to providers via integration with a Clinical Data Repository.

*Cons*

- No mechanism within CDCR to manage or supervise these staff at home.
- Limited flexibility to deal with flux in demand for services.
- May face Union issues regarding outsourcing of state jobs.

**CDCR Dictation/Transcription Assessment and Recommendations**

## 9.0    Recommendation

Option 8.4, In House with Overflow Outsourcing, provides the "path of least resistance" to the most cost effective solution. Additionally, all outsourced work will be available in CDCR's transcription and document distribution system and Clinical Data Repository. CDCR will have the ability to verify vendor's billing by simply running a report.

This option gives us all the features we need to meet our goal of having an accurately transcribed report signed and on the patient's chart the same day the patient was seen, as well as the ability to listen to a dictation before it is transcribed.