# EXHIBIT 11

**URS** Bovis
Lend Lease
Joint Venture

# New California Health Care Facilities California Prison Health Care Receivership Corporation

# New Facilities Capital Program Status Report to Judge Henderson, and, Judge Karlton

Revised
January 31, 2008



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

## TABLE OF CONTENTS

1. Introduction................................................................................1

2. The URS/Bovis team..................................................................1

3. Our Mission ...............................................................................4

4. Analyzing the Need ...................................................................5

5. How Do We Build the New Facilities in a Timely Manner.........7

6. Where Are We Now?................................................................12

7. Where Are We Going? .............................................................19

8. Court and Political Challenges ................................................21



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

# 1. INTRODUCTION

In the last few months, we have mobilized the Program Management Team for the new CPR medical and mental health facilities and initiated the following activities:

- Mobilized staff, our offices, and supporting resources
- Program planning for the new facilities
- Evaluation of potential sites at existing CDCR facilities
- Evaluation of environmental impacts at all potential sites (CEQA)
- Engineering analysis of existing on-site and off-site infrastructure systems
- Preparing a design and construction delivery plan
- Preparing a Strategic Plan and Capital Program Management Plan

This report outlines:

- Our team, our mission
- Analysis of the need and the facilities to accommodate sub-acute medical and mental health inmates
- Our plans for timely construction of the new facilities
- Current status
- Next steps
- Court and political challenges (discussion)

# 2. THE URS/BOVIS TEAM

**URS Corporation (URS)** is one of the nation's largest planning, engineering, and program management companies. Based in San Francisco, with a large Sacramento office, URS provides both site, environmental, and civil engineering services, as well as program management services for large capital programs. Detailed information about URS can be found at www.urscorp.com.

1

Case 2:90-cv-00520-KJM-SCR    Document 2725-11    Filed 03/14/08    Page 5 of 24

**URS** Bovis Land Lease Joint Venture    New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

***Bovis Lend Lease (BLL)*** is one of the world's leading program management
and construction companies. Headquarters for the America's division is in
New York City, with California regional offices in San Francisco and Los
Angeles. BLL provides building construction services for large public and
privately funded projects. Detailed information about BLL can be found at
www.bovislendlease.com.

Both companies are among the largest health care design and construction
firms in the U.S. and are providing key staff with significant prison and prison
health care program experience. The combined resources of URS and BLL
provide experience and resources for the full range of skills needed to plan
and manage the California Prison Health Care Receivership Corporation's
(CPR) new facilities capital program.

In order to provide the CPR with a single point of accountability for the
program management services, URS and BLL have combined resources for
the CPR as a joint venture, to be known as "URS/BLL/Joint Venture". Key
staff from both companies, and from our sub consultants, have worked
together on large corrections construction programs for as much as 30 years.
The URS/BLL Joint Venture program team is led by Vice Presidents, Bill
Proctor (BLL), Albert King, and Mitch Vaccari (URS).

Key Sub Consultants

***Lee Burkhart Liu, Inc. (LBL)*** is one of the country's leading architectural
design firms specializing in health care and institutional work, including the
LAC+USC Medical Center in Los Angeles. They are based in Marina del Rey,
CA, and lead the health care planning for our team. Our LBL team is led by
firm principal, Ken Lee. Detailed information about LBL can be found at
www.lblarch.com.


***Robert Glass and Associates (RGA)*** is a national prison planning and architecture firm, based in Spokane, WA, with experience from 380 correctional projects in 30 states. Bob Glass, principal of RGA, leads our security planning. Detailed information about RGA can be found at www.rga-inc.com.

***Brookwood Program Management (BPM)*** is a national construction program management firm, based in Atlanta, GA. Principal, George Heery, has been a pioneer in the development of the profession now known as "construction program management". Senior Program Manager, Louis N. "Vic" Maloof, leads our BPM team. Vic has 30 years experience working with George Heery, leading some of the most innovative construction programs in the U.S., including the court ordered prison health care program in Puerto Rico, and the Grady Hospital expansion in Atlanta. Detailed information about BPM can be found at www.brookwoodpm.com.

***Carter Goble Lee (CGL)*** is an international corrections and correctional health care planning firm, based in Columbia, SC. Founding Principal, Stephen Carter, leads our CGL team. The firm has been involved in 575 U.S. correctional projects and 42 international projects, from Israel to Argentina and Singapore. Detailed information about CGL can be found at www.cartergoblelee.com.

***Mark Goldman & Associates, Inc. (MGA)*** is a corrections planning firm, based in Atlanta, GA, specializing in evidence based research for adult and juvenile correctional facilities. Principal, Mark Goldman, leads our MGA team and provides 22 years of experience in correctional facility design and operations planning. Detailed information about MGA can be found at www.markgoldman.org.

# 3. OUR MISSION

Our mission as the new Facilities Program Manager for the CPR is to provide:

- Planning for coordinated medical and mental health design and construction
- Long-term medical and mental health facilities conceived as health care facilities that treat prisoners, not prisons that retain sick inmates, and that stress healing rather than a punitive environment.
- ADA compliant facilities and dental services for our population
- Cost control and management
- Timely project delivery
- Timely and accountable facilities program management

Plan of Action – November 2007

### Goal "F"

- "Create new clinical and administrative space to provide a safe environment for staff and patients based on the new clinical process redesign and on projections of future capacity beds."
  *(November 2007 – Plan of Action – Key Plan of Action Goals)*

### Initiatives – Objective F.3

- "Coordinate and lead a program to construct up to 5,000 medical beds and up to 5,000 mental health beds, utilizing carefully prepared patient demographic reports to establish the number and acuity level of beds needed."

- Working with previously selected construction management firm, implement seven pre-construction strategies over the course of the next six months with the objective of commencing construction between April – June 2008:

  1. Site assessment and selection
  2. CEQA review and evaluation
  3. Infrastructure review and development of remediation plans
  4. Facility planning (a process which includes representatives from the other class actions)
  5. Program delivery

4



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

6. Obtaining funding
7. Development of an overall Project Management Plan
*(November 2007 – Plan of Action – Executive Summary – page 3 0f 6)*

**Chart of Initiatives**
**Receiver's Timeline for Accomplishing Plan of Action Objectives**
**5,000 Prison Medical Bed Construction Initiative**

1. 6 months – Site assessment will be completed with final recommendations issued.
2. 6 months – All major infrastructure and site improvement needs will be identified and initial and most critical phases of facility planning for both medical and mental health services will be completed.
3. 6 months – A project delivery plan will be produced to effectuate facility design as well as construction delivery programming.
4. 6 months – The specifics of funding needs will be established and an overall Program Management Plan approved and implemented.
*(November 2007 – Plan of Action – Receiver's Timeline for Accomplishing Plan of Action Objective – Page 7)*



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

# 4. ANALYZING THE NEED

Our program is based upon needs assessments prepared for the CPR by Abt Associates, Inc., and Lumetra, setting out the need for sub-acute prison medical facilities; and for CDCR by Navigant Consulting, setting out the need for new mental health facilities. We have summarized their recommendations below:

Medical Facility Needs Assessments

Abt Associates Study – 5,000 medical beds – through 2017
- 3,650 beds – Specialized General Population
- 900 beds – Low Acuity
- <u>450 beds – High Acuity</u>
  5,000 beds total

Mental Health Facility Needs Assessment

Supplemental Bed Plan Report – August 2007
(Navigant Study - 3,811 beds – through 2011/2012)
- 2,604 Enhanced Outpatient Program (EOP)
- 655 Enhanced Outpatient Program – High Custody (EOP)
- 113 Mental Health Crisis Beds (MHCB)
- 90 Acute bed (located in southern California)
- 230 Intermediate Care Facility (ICF)
- <u>119 Intermediate Care Facility</u> – High Custody (ICF)
  3,811 beds total

Bed Projection Recommendation

The Abt Study has projected medical bed space needs for 5,000 new beds to 2017. While the CDCR Navigant Study projected an additional bed space need for 3,811 new mental health beds through 2011, the number which is currently tied into the Coleman Case. We are preparing a recommendation to project the Navigant Study to a similar time frame of 2017 to match the medical beds. Their data suggests a need for over 5,000 beds by that time.



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

## Building on CDCR Sites

We have determined that although we are planning to build on available land under the control of CDCR adjacent existing facilities, the existing facilities are generally operating well beyond their design capacity for all systems and services. We are therefore planning the new facilities to be self sufficient, full service institutions for both infrastructure and support service facilities such as food service, laundry, and central plant.



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

# 5. HOW DO WE BUILD THE NEW FACILITIES IN A TIMELY MANNER?

## Strategy for Program Management Services

Our strategy and the application of our program management services is still evolving and is designed to address a number of big questions:

- What to build?
- Where to build?
- How fast can we build?
- How much will it cost? How do we control cost?
- How shall we build?
- How shall we manage, control, report the work?
- How do we get funding?
- How do we assure the new facilities and their plans for operations are synchronized?
- How do we collaborate with CDCR?
- How do we comply with evolving court orders and legislation?

## Eight Major Concurrent Activities

We have identified eight major activities that are highly inter-related and need to be developed concurrently:

1. **Site Assessment and Selection** – The identification of adequate land and other resources on sites at CDCR controlled facilities, and near urban centers, for proximity to adequate medical and mental health professional staff.

2. **Environmental Impact Reports (CEQA)** – The analysis of the environmental impacts of the new facilities and the mitigation measures required. Challenges are significant because of the existing impacts of overcrowded facilities and the land limitations of the sites near urban centers. Time required for environmental approvals and the cost of mitigation measures are both significant issues.



3. **On-Site and Off-Site Infrastructure Plan** – The requirements for expansion of existing or the construction of new infrastructure systems on the prison sites, and (highly likely) off-site, may require not only construction to accommodate the requirements of the new medical/mental health facilities, but may also require coordinated construction with proposed CDCR "Infill" facilities, possible "Re-Entry facilities, and other planned CDCR expansion projects. In addition, the infrastructure expansion may require mitigation of capacity and performance problems at existing CDCR facility systems, in order to obtain required permits for new facilities.

Site decisions, environmental issues, and infrastructure plans are likely to engage the interest and opposition of the communities and a number of other interest groups.

4. **Facilities Plan** – Programming and functional planning for new buildings and campuses to address both the medical and mental needs, as well as the security needs for the sub-acute inmate population.

5. **Project Delivery Plan (Design & Construction)** – Plans for contracting for and managing the design and construction of very large facility projects on schedules, as fast as reasonably possible, at reasonable costs. We will be competing for a narrow qualified group of architects, contractors, subcontractors, and suppliers with the capacity, skills, and interest in public funded correctional health care projects of this size in a California construction environment where project opportunities greatly exceed the capacity.

6. **Funding Plan** – To determine reasonable budgets for each project, and time frames to acquire funding for design and construction, as well as the rules, regulations, and other requirements that will apply.

7. **Facilities Operations Plan** –The continuation of operational planning for new facilities that will be managed and controlled significantly different from existing CDCR medical and mental health facilities. Considering it will require two years or more to build the facilities after approval of the EIR, it is essential that planning for the operations is carefully coordinated with the facility design.



8. **Program Management Plan** – To plan and provide a coordinated set of management systems, skilled staff, and reporting tools to assure that unique demands and highly complex work is carried out in accordance with the strategic plan and program mission.

## Management Planning

To bring order to the management of the new facilities program, we have implemented several tactics:

- **Strategic Plan** – As a result of the size of the program, its complexity, and the number of moving parts, we need a good strategic plan. In order to define a set of goals, tactics, and approach, the process of strategic planning has been most useful in providing a mechanism for creating shared understanding of the issues and challenges.

- **Program Management Plan** – Most capital programs have similar precedents which make it possible to simply adapt the experience and previously successful management approaches from those programs. This program is unique in a number of ways and requires significant tailoring of the management systems needed to assure the goals are met. While the Strategic Plan describes the program goals in deliverable terms, the Management Plan provides the machinery to control the work and achieve the goals. Both are being closely coordinated.

- **Work Plan Development** – We have assigned teams to each of the "eight major concurrent activities". Each team is developing a detailed work plan for their task, and we are coordinating the work plans of all the teams. The work plans provide a coordinated basis for our staffing and approach, as well as the basis for our analysis of options and our recommendations to the Receiver for moving the program forward.

- **"Big Room" Planning** – In order to implement a highly collaborative planning process, we have centralized the planning for all elements of the program in our offices in Sacramento. We have established large conference meeting spaces to accommodate multiple interactive

10



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

planning work-sessions. As the projects evolve, we intend to continue the collaborative planning by expanding the teams to include project architects, contractors, sub-contractors, and suppliers. We believe the centralized collaboration between team members on each project and between the projects is going to help minimize the conflict that impacts time, cost, and quality of most public funded construction.

- **Recommendation Process** – The program will involve thousands of related decisions. We are bringing order to the decision-making through a structured "recommendation" process, in which we analyze reasonable options, make recommendations, reconcile the recommendation with the Receiver, and when necessary, with the courts. The recommendations will include the budget estimates, schedules, staffing, contracts, and other resources necessary for implementation. Approval of the recommendations provide our authority for implementation.

- **Team-Building "Partnering"** – "Partnering" is a formalized process for developing and managing working relationships in complex teams consisting of owners, management consultants, architects, and contractors. It is particularly helpful in large public construction projects where highly conflicted relationships have been the norm. We are recommending including a "partnering facilitator" as a member of the team to assure that working relationships stay on the right foot and to provide a structured mechanism to resolve problems when they occur before they impact the projects.

- **Coordination with CDCR** – Considering the extraordinary crowding in the existing prisons and the sizable CDCR capital programs for "infill facilities"", re-entry facilities", medical, mental health, dental, and prison industries modernization and expansion projects, the need for coordination at each site for CPR new facilities is going to be complicated. We are developing programs for coordinating with CDCR, designed to minimize the potential for the CPR program to be delayed by CDCR programs. To date, CDCR cooperation has been good.

- **"Keep it Simple"** – Our planning philosophy has been to keep the new medical and mental health facilities as simple as possible. The simpler we can keep buildings, the less expensive they are going to be to build, operate, and maintain and the faster they will be to build. So far, the programming and planning for the new medical/mental health program has been successfully tilting toward simplicity and economy. Our experience has consistently demonstrated that if we can keep the planning and construction focused on simplicity, the facilities have a better chance for successful operation, and will better lend themselves to change as policies evolve over time.



# 6.  WHERE ARE WE NOW?

## Site Selection, Environmental, and Infrastructure Analysis

Site teams have completed an initial analysis of candidate sites and have determined that eight sites are viable. They are embarking on a more detailed analysis of land and engineering issues, and preparing preliminary environmental assessments.  These detailed studies are intended to provide sufficient information to evaluate the cost and time impacts for approvals needed to authorize the sites for construction.  The critical path for the project schedules appears to run through these siting activities.

Sites under consideration include:

Northern California Sites:
- Deuel Vocation Institution - Tracy (DVI)
- California State Prison – Sacramento (CSP-SAC)
- California State Prison, Solano/Vacaville (SOL)

Southern California Sites:
- R.J. Donovan Correctional Facility – San Diego (RJD)
- Ventura Youth Correctional Facility - Camarillo
- California Institution for Men – Chino (CIM)
- Fred C.Nelles Juvenile Correctional Facility - Whittier
- California State Prison - Los Angeles (CSP-LAC)

## Facility Planning

A "Core Planning Team" (CPT), has been organized, consisting of representatives from CPR, CDCR, Coleman medical and mental health senior staff, and CPR/CDCR custody staff. They have been meeting with our planners since August 2007 to plan the facilities needed to accommodate their proposed operational programs.

13



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

**CPR/CDCR Core Planning Team Members**

| | |
|---|---|
| Vic Brewer | DMH |
| Steve Cambra | CPR, Inc. |
| Kim Garcia | DCHCS |
| Haunani Henry | Coleman |
| Terry Hill, M.D. | CPR, Inc. |
| Nadim Khoury, M.D. | DCHCS |
| Peg McAloon, Ph.D | DCHCS |
| Jeffrey Metzner, M.D. | Coleman |
| John O'Shaughnessy | DCHCS |
| Kathy Page, R.N. | CPR, Inc. |
| Cindi Ricker, R.N. | DCHCS |
| Tim Rougeux | CPR, Inc. |

**URS/BLL Facility Programming Team Members**

| | |
|---|---|
| Stephen Carter | Carter Goble Lee |
| Barbara Cotton, R.N. | The Cotton Group |
| Robert Glass | Robert Glass & Associates, Inc. |
| Mark Goldman | Mark Goldman & Associates |
| Bill Hamilton | Lee Burkhart Liu |
| Ken Lee | Lee Burkhart Liu |
| Dave Michaels | Robert Glass & Associates, Inc. |
| Dita Peatross, PhD | Mark Goldman & Associates |
| Bill Proctor | URS/BLL Joint Venture |
| Bert Rosefield | Carter Goble Lee |

A "Strategic Options Report" is in the final stages of development and is scheduled to be presented in February. The approved Options Report will be followed by a "Facilities Program Statement" which will serve as the basis for design and construction.



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

## Options Development

The Core Planning Group adopted the following methodology for developing the facility options:

- Through group consensus, <u>establish the Core Values, Goals, and Objectives</u> of the medical and mental health services for the State.

- <u>Conduct site visits</u> to observe other systems in an effort to benchmark current practice in organization, service delivery, and facility design.

- <u>Use empirical research and experience</u> to test all options concerning organization, service delivery, and design for the proposed development options.

- Document the <u>range of organizational, operational, and locational choices that meet the Values, Goals, and Objectives</u> established by the Receiver's Office and adapted by the CPG for the identification of development options.

## Planning Principles

After many hours of deliberations, research, and facility tours, the Core Planning Group concluded the following as important factors for the operation, location, and design of the future long-term care medical and mental health facilities. The Core Planning Group is preparing recommendations for the following principles to be adopted as the program planning process moves forward.

- All medical and mental health facilities should be conceived of and recognized as a "<u>secure health care facilities that treat patients and not prisons that retain sick inmates.</u>"

- The design of these new health care facilities should <u>stress a healing rather than punitive environment</u>.

15



- To the maximum extent possible, <u>staff and space resources should be shared between medical and mental health patients and staff</u>.

- While collocation of more than one health care facility at a single site offers an economy of scale, the <u>smaller the size of the facility</u> and the treatment units, the more <u>effective the delivery of specialized services</u>.

- <u>A new staff recruitment and training procedure</u> will be required to select the type of professionals that can securely manage the health care population as conceived by these proposed programs.

- Implementation of a new facility type in the State of California requires a <u>comprehensive assessment of the means and methods</u> of linking the medical and mental health services of the CDCR with those of the CPR.

## Recommendations of the Core Planning Team

Specific recommendations by the Core Planning Team include the following, which are based upon the principles outlined above.

- The planning and programming of these health care facilities will be based upon a management and organization commitment to <u>direct supervision</u>.

- The management and organizational structure for health care delivery will be based upon an <u>interdisciplinary model of health care and custody</u>. This will ensure a safe and secure environment while still advancing the principle of treatment and recovery and not merely management of symptoms and incarceration.

- Proposed new facilities shall be located in <u>geographic areas</u> of the State that will <u>allow for staff recruitment and retention</u>.

- Organizationally, it is recommended that these proposed new facilities <u>maximize the sharing of resources</u> (space, staff, and equipment) so that the traditional boundaries between medical and mental health treatment and programs are appropriately minimized.

16



- A "regionalized model" of facility distribution is recommended, based upon the 1,500 +/- bed size outlined above. It is recommended that these facilities be geographically spread (potentially) from San Diego to Folsom, in or contiguous to urban areas in order to maximize staff recruitment potential and patient visitation. Depending upon the available sites and/or land for the proposed health care facilities, one or more of these 1,500 bed units could be collocated on a single site, but the management of each unit would be substantially independent.

## Facility Models

Early diagrammatic models have been developed to illustrate the relationship of spaces in the new facilities:



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008



SUPPORT SERVICES



548
SPECIALIZED
G.P.
510 – MALE
38 - FEMALE

372 EOP
348 – MALE
24 - FEMALE

INMATE
COMMUNITY
SHARED

94 EOP
High Custody
92 – MALE
2 - FEMALE

134 LOW
ACUITY
125 – MALE
9 - FEMALE

16
MHCB

33 ICF

INMATE
COMMUNITY
SHARED

19 ICF
HIGH
CUSTODY
17 – MALE
2 - FEMALE

68 HIGH
ACUITY
63 – MALE
5 - FEMALE



OUTSIDE
ADMINISTRATION

1256 TOTAL BEDS



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

## 8,811 Bed Health Care Facilities

|  | Facility #1 | Facility #2 | Facility #3 | Facility #4 | Facility #5 | Facility #6 | Facility #7 | Totals |
|---|---|---|---|---|---|---|---|---|
| **MEDICAL BED NEEDS** | | | | | | | | |
| **MEDICAL-MALE** | | | | | | | | |
| GP | 509 | 509 | 509 | 509 | 509 | 509 | 340 | 3,394 |
| Low Acuity | 125 | 125 | 125 | 125 | 125 | 125 | 84 | 834 |
| High Acuity | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 420 |
| **MEDICAL-FEMALE** | | | | | | | | |
| GP | 84 | | 84 | | 84 | | | 253 |
| Low Acuity | 22 | | 22 | | 22 | | | 66 |
| High Acuity | 11 | | 11 | | 11 | | | 33 |
| Totals | 811 | 694 | 811 | 694 | 811 | 694 | 484 | 5000 |

| MENTAL HEALTH BED NEEDS | Male | Female | Totals |
|---|---|---|---|
| Identified Need from Navigant (Supplemental Bed Plan-August 2007) | | | 7,501 |
| Existing CDCR Beds | 4854 | 205 | 5,059 |
| New Beds by CDCR | 166 | 17 | 183 |
| Existing Beds Converted to Non-Mental Health | -1552 | 0 | -1,552 |
| Current Bed Need Projected to 2012 | | | 3,811 |

|  | Facility #1 | Facility #2 | Facility #3 | Facility #4 | Facility #5 | Facility #6 | Facility #7 | Totals |
|---|---|---|---|---|---|---|---|---|
| **MALE** | | | | | | | | |
| EOP | 352 | 352 | 352 | 352 | 352 | 352 | 324 | 2,436 |
| High Custody EOP | 92 | 92 | 92 | 92 | 92 | 92 | 88 | 640 |
| MHCB | 16 | 16 | 16 | 16 | 16 | 16 | 14 | 110 |
| Acute | | | | | 90 | | | 90 |
| ICF | 33 | 33 | 33 | 33 | 33 | 33 | 32 | 230 |
| ICF High | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 119 |
| **FEMALE** | | | | | | | | |
| EOP | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 168 |
| High Custody EOP | 2 | 2 | 2 | 2 | 3 | 2 | 2 | 15 |
| MHCB | | | | | 3 | | | 3 |
| Totals | 536 | 536 | 536 | 536 | 630 | 536 | 501 | 3,811 |

| | 1,347 | 1,230 | 1,347 | 1,230 | 1,441 | 1,230 | 985 | 8,811 |

19



New California Health Care Facilities Capital Program Strategic Plan
Report to the Federal Court - January 31, 2008

# 7. WHERE ARE WE GOING?

## Complex Decision-Making Structure

We are preparing our Strategic and Program Management plans to coordinate a number of controversial and complex decision-making issues critical to the success of the program:

- Site selection – CEQA – Infrastructure issues
- Facility planning and construction delivery decisions
- Procurement and contracts issues
- Recommendations and decisions timing
- Legal – legislative – regulatory impediments
- Local, county, State and federal agencies, as well as community interest groups
- Budget and funding decisions involving the Receiver, Courts, Governor, and Legislature
- Coordination with CDCR, as well as other State and local agencies
- Multiple plaintiffs and the three judge panel

## Program Size and Cost

Until facility and site development planning has evolved, it is not practical to develop a detailed estimate of program cost. We have therefore created a "Strawman" Facility Plan and Cost Model to establish an order of magnitude budget. Our goal is to develop plans, solve problems, and continuously reduce costs and contingency.

- 6,620,000 square feet of buildings
- $5B to $6B total capital cost
  (Based on $6B "Strawman" Cost Model)
  - 38% buildings
  - 9% on-site infrastructure development
  - 28% off-site infrastructure development
  - 25% other costs
- Building construction costs - $350/sf to $500/sf
- Total project costs - $700/sf - $900/sf
- Reasonable contingencies and allowances for unknowns are included.

20



## First – Best Site

One of our key planning assumptions is that new space is needed as quickly as possible. Because of overcrowded and decrepit conditions at existing CDCR facilities, the medical and mental health crisis cannot truly be fixed until there is a place to fix it. We have therefore set a "stretch goal" to identify a "first – best site" – the best candidate site for early CEQA clearances, infrastructure facilities, and building construction as fast as reasonably possible

**Stretch Goal:**

- 24 month site, design, and construction schedule – first phase – first project
- Land - CEQA – Infrastructure requirements that can reasonably be resolved within the time frame
- Early engagement of architect and contractor and collaborative project planning
- Concurrent, non-site-specific facility design
- Early purchase and fabrication of critical building components

## 8. COURT AND POLITICAL CHALLENGES

Open discussion of issues

- J. Clark Kelso
- John Hagar
- Matthew Lopes