# EXHIBIT 12

# CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORPORATION ORGANIZATION CHART

**Receiver** — Clark Kelso

**Special Assistant** — Steve Weston

**Chief of Staff** — John Hagar

Reporting to Receiver / Chief of Staff:

- **Receiver Support Unit**
  - Project Coordinator — Lara Scott
  - Investigator & Discipline Coordinator — Randy Ohs
  - Manager — Preet Didbal
  - Construction Administration Liaison — Tim Rougeux
  - Management Support Services — Janet Greis
  - HPSU — Nicole Burk
  - Assistant — Caterina Gibson

- **Chief Counsel** — Jared Goldman
  - Staff Attorney — Linda Buzzini
  - Staff Attorney — Kristina Hector
  - Staff Attorney — Sunny Lerner

- **Chief Information Officer** — VACANT
  - Project Manager — Paul Whitaker
  - CDCR Health Care Information Technology C&A
  - BIZ Implementation & Support Unit

- **Director, Plata Support Division** — Rich Kirkland
  - Controller — Dave Cameron
  - Contract Consultant — Ellen Parsons

- **Chief Deputy Director, Health Care Administrative Operations & Fiscal Management Branch** — Yulanda Mynhier
  - Deputy Director, Contracts & Invoice Processing Branch — Susan Low
  - Deputy Director, Business Services (Medical Procurement, Facilities Management, & Capital Outlay) — VACANT
  - Construction Support (5,000 Beds, Facility Improvement and San Quentin Project)
  - Construction Consultant — Dick Engle

- **Director, Human Resources** — Kathy Sigall (A)
  - Deputy Director, Workforce Development Branch — Katie Hagen
  - Deputy Director, Human Resources Operations Branch — Laura Aguilera

- **Director of Communications** — VACANT

- **Director Custody and Support Services** — Joe McGrath
  - Facility Improvement, Construction & Health Care Access
  - Custody Support Specialist — Don Hill
  - Custody Support Specialist — Steve Cambra
  - Custody Support Specialist — John Dovey
  - Custody Support Specialist — Don Meier
  - Correctional Administrator — Raney Trienu

- **Director Field Support** — VACANT
  - Out-of-State Community Correctional Facility & Re-entry Unit
  - Inspector General Pilot Prison Inspection Process
  - Health Care Appeals, Controlled Correspondence and Habeas Corpus Petitions

- **Director, Clinical Operations Division** — VACANT
  - Mayor Corporation
  - Clinical Laboratory Services
  - Enterprise Imaging
  - Health Information Management
  - Telemedicine Services

- **Chief Nursing Executive** — Betsy Chang Ha
  - Consultant Nursing Construction — Kathy Page
  - Chief Operating Officer of Nursing — Jackie Clark
  - Central Regional Director of Nursing — Karen Rea
  - Northern Regional Director of Nursing — Jane Robinson
  - Southern Regional Director of Nursing — Susan Scott

- **Chief Executive Officer Medical Services** — Terry Hill, M.D.
  - Chief Physician Executive — Dwight Winslow, M.D.
  - Statewide & Regional Medical Directors
  - CMO Quality and Safety — Vacant

- **Special Project Reception Center Project** — Jayne Russell

- **Special Project San Quentin Health Care Project** — Tim Rougeux (temp)

- **Medical Consultant** — Kent Imai

- **Chief Medical Information Officer** — Justin Graham, M.D.
  - Director of Health Information Integration — Glenn Moy

- **Chief Clinical Quality and Support Division** — Joyce Hadnot
  - Clinical Quality Measurement
  - PPEC
  - Credentialing
  - Clinical Oversight Unit

3/4/2008