# EXHIBIT 13

**CALIFORNIA HEALTHCARE RECEIVERSHIP CORPORATION**
Discussion and Analysis of Unaudited Financial Statements
For the Period July 1, 2007 through February 29, 2008

The February 29, 2008 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

Revenues related to investment earnings are greater than what had been budgeted due to the actual draw down of cash from the appropriation to the Receivership. The draw down is completed quarterly and based on both projected operating and capital requirements of the Receivership. The amount of expected capital expenditures in any given period materially influences the amount of the draw.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the period ended February 29, 2008 shows a total difference of $7.4 million or 25 % variance under budget. Two line items or activities in the statement account for 97 % of the difference.

Salaries and benefits were 15 % under budget. All new positions approved in the current year budget remained unfilled as of February 29, 2008. Professional fees were 45 % under budget. Several large dollar projects expected to be managed by consulting firms had not started as of the end of February.

Capital assets increased by $8.4 million for the period. Of the total expenditures for capital assets, $3.4 million was related to program management services for the 10,000 bed project. The remaining expenditures were for various capital improvements at San Quentin and CDCR information system improvements.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Net Assets and General Fund Balance Sheet
February 29, 2008

|  | General Fund | Adjustments (Note 1) | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $35,538,242 | $ - | $ 35,538,242 |
| Prepaid items | $119,651 | - | 119,651 |
| | 35,657,893 | - | 35,657,893 |
| **Noncurrent assets:** | | | |
| Deposits with others | $683,454 | - | 683,454 |
| Capital assets, net | - | $17,013,282 | 17,013,282 |
| Total assets | $ 36,341,348 | 17,013,282 | 53,354,630 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | $1,559,265 | - | 1,559,265 |
| Accrued salaries and benefits | $246,136 | - | 246,136 |
| Other accrued expenses | $1,860,001 | | 1,860,001 |
| Compensated absences | - | 222,933 | 222,933 |
| Total liabilities | 3,665,403 | 222,933 | 3,888,336 |
| **Fund Balance/Net Assets** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 803,106 | (803,106) | - |
| Unreserved, undesignated | 31,872,840 | (31,872,840) | - |
| Total fund balance | 32,675,945 | (32,675,945) | - |
| Total liabilities and fund balance | $ 36,341,348 | | |
| **Net assets:** | | | |
| Invested in capital assets, net of related debt | | 17,013,282 | 17,013,282 |
| Unrestricted | | 32,453,012 | 32,453,012 |
| Total net assets | | $ 49,466,295 | $ 49,466,295 |

# CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Revenues, Expenditures and Changes in Fund Balance - General Fund - Budget to Actual
For the eight months ended February 29, 2008

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** |  |  |  |
| State of California appropriation to Receivership | $41,123,000 | $41,123,000 | $ - |
| Investment earnings | $194,000 | $581,566 | 387,566 |
| Total revenues | 41,317,000 | 41,704,566 | 387,566 |
| **Expenditures:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | $6,389,496 | 5,427,028 | 962,468 |
| Legal and professional services | 13,767,048 | 7,554,710 | 6,212,338 |
| Travel | 399,067 | 365,242 | 33,825 |
| Rents and leases | 333,332 | 142,014 | 191,318 |
| Office expenses | 43,328 | 78,476 | (35,148) |
| Telephone and network | 56,212 | 71,348 | (15,136) |
| Insurance | 76,001 | 52,006 | 23,995 |
| Other | 197,620 | $142,899 | 54,721 |
| Capital outlay | 8,376,575 | 8,376,575 | - |
| Total expenditures | 29,638,679 | 22,210,298 | 7,428,381 |
| Change in fund balance | $ 11,678,321 | 19,494,267 | $ 7,815,947 |
| GAAP basis difference - compensated absences |  | 16,136 |  |
| Fund balance - July 1, 2007 |  | 13,165,542 |  |
| Fund balance - February 29, 2008 |  | $ 32,675,945 |  |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fun Balance
For the eight months ended February 29, 2008

|  | General Fund | Adjustments (Note 2) | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $41,123,000 | - | 41,123,000 |
| General revenues: | | | |
| Investment earnings | $581,566 | - | 581,566 |
| Total revenues | $41,704,566 | - | 41,704,566 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | $5,410,892 | 16,136 | 5,427,028 |
| Legal and professional services | $7,554,710 | - | 7,554,710 |
| Travel | $365,242 | - | 365,242 |
| Rents and leases | $142,014 | - | 142,014 |
| Insurance | $52,006 | - | 52,006 |
| Other | $292,724 | - | 292,724 |
| Depreciation | $0 | $82,464 | 82,464 |
| Capital outlay - Fixed Assets | 8,376,575 | (8,376,575) | - |
| Total expenditures/expenses | 22,194,162 | (8,277,975) | 13,916,187 |
| Change in fund balance | 19,510,403 | (19,510,403) | - |
| Change in net assets | - | 8,277,975 | 27,788,379 |
| Fund balance/net assets - July 1, 2007 | 13,165,542 | 8,512,374 | 21,677,916 |
| Fund balance/net assets - January 31, 2008 | $ 32,675,945 | $ (2,720,054) | $ 49,466,295 |