# EXHIBIT 14

**EXHIBIT 14**

I. <u>Vendors Engaged by the Receiver During this Reporting Period Relating to Services to Assist the Receivership in the Development and Delivery of Constitutional Medical Care Within the California Department of Corrections and Rehabilitation ("CDCR") and its Prisons</u>

During the last reporting period, the Receiver has engaged the following vendors relating to services to assist the Office of the Receiver in the development and delivery of constitutional care within CDCR and its prisons:[1]

    A.    <u>Improving the Medical Program</u>

        1.    Asthma Initiative

The Receiver issued an Request for Proposals ("RFP"), using the Expedited Formal Bid process, seeking technical assistance, education and training, and evaluation services aimed at eliminating preventable deaths due to asthma. California Institute for Health Systems Performance, Lumetra, Vertex Health Consulting, Delmarva Foundation, and Health Management Associates, responded to the RFP. All respondents were notified directly regarding the RFP. Health Management Associates was selected.

        2.    Pharmacy

The Receiver issued a RFP for pharmaceutical wholesale services using the Expedited Formal Bid process. Proposals were received from AmerisourceBergen, Cardinal Health, and McKesson Corporation. Proposals were solicited directly from all three firms. AmerisourceBergen was selected.

The Receiver entered sole source pricing agreements with Roche Laboratories for Pegasys (for treatment of Hepatitis C), Eli Lilly and Company for human insulin (for treatment of diabetes), and Schering-Plough for Asmanex inhalers (for treatment of asthma). California Government Code section 14977.1 allows the state to enter into exclusive or nonexclusive contracts on a bid or negotiated basis with drug manufacturers. With the exception of the Eli Lilly agreement, the agreements entered are non-exclusive pricing agreements with no commitments for purchase. The agreements only set the price at which the particular drugs will be made available to the CDCR through the CDCR's wholesale agreement with AmerisourceBergen. Whether or not a particular drug is to be purchased and made available on the CDCR formulary is largely a clinical determination made by the CDCR's Pharmacy and Therapeutics Committee. The Eli Lilly contract differs from the others in that it requires that Eli Lilly's insulin be provided "preferred" status on the CDCR's formulary. Eli Lilly, however, is the only existing source of discounted human insulin. Only one other manufacturer—Novo Nordisk—produces human insulin, and Novo Nordisk declined negotiations with the CDCR.

---

[1] For the sake of brevity, vendor subcontracts are not listed herein. Information about subcontracts, however, can be provided to the Court upon request.

3. Physician Credentialing

The Receiver solicited proposals for an electronic credentialing system using the Urgent Informal Bid process. The Urgent Informal Bid process was used because the immediate and substantial risk to inmate safety posed by continuing to use the CDCR's existing paper based credentialing system. As found by the Court, "[t]he CDCR's high number of incompetent or unqualified doctors is due in part to defendant's failure to track physician credentials and remain cognizant of the areas of practice in which their board-certified doctors are certified." October 5, 2005 Findings of Fact and Conclusions of Law Re Appointment of Receiver, pg. 31. Four firms were solicited directly. Two firms responded: CredentialSmart and Medversant. CredentialSmart was selected.

B. Strengthening the Health Care Workforce

1. Recruitment and Hiring

The Receiver solicited proposals, using the Urgent Informal Bid process, seeking comprehensive compensation surveys and analyses for several occupational classes including regional and facility health care executives, (operating officers, medical executives and nursing executives), facility pharmacists and pharmacist-in-charge classifications. The Urgent Informal Bid process was used because the contract is essential to the critical path of the Office of the Receiver's efforts to recruit and retain qualified health care executives, and the additional delay that would result from using the Formal Expedited Bid process would interfere with creating and filling the classifications in a timely manner. Proposals were directly solicited and received from Buck Consultants, CBIZ Human Capital Services, and CPS Human Resource Services. CPS Human Resource Services was selected.

The Office of the Receiver issued an RFP, using the Expedited Formal Bid process, seeking a firm to assist with an advertising and marketing campaign for the recruitment of health care professionals. Responses were received from MGT of America, Burson-Marsteller, JWT Employment Communications and Ogilvy Public Relations Worldwide, Healthcare Branding Group, Pat Davis Design Group, Bernard Hodes Group, and TMP Worldwide Advertising and Communications. MGT of America, Burson-Marsteller, Ogilvy Public Relations Worldwide, Healthcare Branding Group, and the Pat Davis Design Group were solicited directly. The Bernard Hodes Group was selected.

C. Establishing Medical Support Infrastructure

1. Radiology

The Office of the Receiver issued an RFP, using the Expedited Formal Bid process, seeking proposals for an assessment of the CDCR's enterprise imaging and radiology services and the development of a plan for the improvement of the services.

Responses were received from McKesson, North Coast Radiology, Navigant Consulting, Abrio Healthcare Solutions, ACS Healthcare Solutions, RCG HealthCare Consulting, and McKenzie Stephenson. Of these firms, Abrio Healthcare Solutions, ACS Healthcare Solutions, and Navigant Consulting were notified directly about the RFP. McKenzie Stephenson was selected.

### 2. Clinical Laboratory

The Office of the Receiver issued an RFP, using the Expedited Formal Bid process, seeking a firm to provide a clinical laboratory assessment and a related plan for improvement. Responses were received from A. Mattice & Associates, HFS Consultants, Kane Healthcare Solutions, Vertex Healthcare Consulting, Navigant Consulting, Nichols Management Group, and Martha Robbins and Associates. All the above firms were notified directly about the RFP. Navigant Consulting was selected to provide a general assessment and improvement plan. Nichols Management Group was selected to provide a more limited assessment and improvement plan at the California Medical Facility in Vacaville.

### 3. Contracting

The Office of the Receiver issued an RFP, using the Expedited Formal Bid process, seeking a firm to conduct an assessment and a related plan for improvement for the CDCR's health care contracting unit. Responses were received from Deloitte Consulting, ECG Management Consultants, Mark VIII, M Corp., MGT of America, Navigant Consulting, Select Acquisitions, Sinaiko Healthcare Consulting, and X Roads Solutions Group. Deloitte Consulting, ECG Management Consultants, MGT of America, Navigant Consulting and Sinaiko Healthcare Consulting were notified directly concerning the RFP. Navigant Consulting was selected.

### 4. Clinical Data Warehouse

The Office of the Receiver solicited proposals, using the Urgent Informal Bid process, seeking a subject matter expert to assist with the issuance of an RFP and the selection of a vendor to provide a clinical data repository. The Urgent Informal Bid process was used because the engagement was estimated to cost less than $75,000. Proposals were requested from and received by Manatt Health Solutions and Sujanski and Associates. A third proposal was also requested from Mark Leavitt, M.D., Director of Certification Commission of Health Information Technology, but Dr. Leavitt declined to submit a proposal. Sujanski and Associates was selected.

The Office of the Receiver solicited proposals, using the Urgent Informal Bid process, seeking a firm to provide an assessment of the CDCR's inmate identity management process, and to determine the need for enterprise master patient index (EMPI) for use in conjunction with the planned clinical data repository. The Urgent Informal Bid process was used because the assessment was essential to the critical path of the clinical data repository, and the delay that would result from a more formal

procurement would interfere with the timely completion of the larger project. Proposals were requested from and received by Care Communications, IBM, and Just Associates. Just Associates was selected.

        5.      Fiscal Control

The Receiver solicited proposals, using the Urgent Informal Bid process, seeking a consultant to act as a liaison to the CDCR Budget Information System (BIS) Enterprise Resource Planning (ERP) program. The Urgent Informal Bid process was used because an assessment of the progress of the BIS system lay in the critical path of the Office of the Receiver's determination of the need for a more immediate fiscal control solution, and any delay in the procurement would significantly interfere with the timely completion of alternate fiscal control strategies that might be deemed necessary. Proposals were requested from and received by Stanfield Systems, Peninigo Systems, and Ariel Consulting Inc. Stanfield Systems was selected.

    D.    <u>Building Health Care and Health Care-Related Facilities</u>

        1.      San Quentin

Contracts related to the San Quentin Central Health Facility have been awarded in accordance with California Government Code sections 15820.100 – 15820.105, do not depend on the authority granted in the Master Contract Waiver, and thus are not reported herein. Only those contracts related to other San Quentin facility improvement projects are reported. If there is interest in Central Health Facility contracts, the Office of the Receiver would be glad to provide the Court with any requested information.

The Office of the Receiver issued a request for bids for the construction of a small management yard at San Quentin using the Expedited Formal Bid process. Bids were not directly solicited from contractors. Rather, bids were sought by advertisement in the State's Contracts Register. River View Construction and Ghilotti Brothers Contractors submitted bids. River View Construction was selected.

The Office of the Receiver issued a RFP for the design and construction of modular health services buildings at San Quentin utilizing the Expedited Formal Bid process. Bids were not directly solicited from contractors. Rather, bids were sought by advertisement in the State's Contracts Register. Williams Scotsman Inc. and J.L. Modular Inc. submitted bids. J.L. Modular was selected.

The Office of the Receiver solicited proposals, using the Urgent Informal Bid process, for the upgrade of the pump house at San Quentin. The Urgent Informal Bid process was used because the upgrade lies in the critical path of the Office of the Receiver's other construction projects and the delay that would have resulted from a more formal procurement would have interfered with the timely completion of the Office of the Receiver's broader construction initiatives. The Office of the Receiver solicited responses directly from Hansel Phelps, Ghilotti Brothers Contractors and Bay Pacific

Pipelines. Ghilotti Brothers Contractors and Bay Pacific Pipelines submitted responses. Ghilotti Brothers was selected.

### 2. Temporary Medical Facilities

The Office of the Receiver issued a request for bids, using the Expedited Formal Bid process, for the manufacture and delivery of six or more mobile medical clinics (trailers). Responses were received from Custom Trailerwerks, Agents Private International, American Custom Coach, Craftsmen Industries, Specialty Vehicle Services, ENG Mobile Systems, and K&D Custom Coach. All respondents received direct notification of the RFP. American Custom Coach was selected.

### 3. Health Care Related Facility Construction Program (5000/10,000 Beds)

The Office of the Receiver solicited proposals, using the Urgent Informal Bid process, for California Environmental Quality Act ("CEQA") counsel for the Office of the Receiver's health care related facility construction program. The Urgent Information Bid process was used because the retention of CEQA counsel lies in the critical path completing the environmental review process, the delay of which would significantly interfere with the timely and cost effective completion of the Office of the Receiver's construction program. Proposals were received from McDonough Holland & Allen, Downey Brand Seymour & Rohwer, and Remy, Thomas, Moose & Manley. Each of these firms was notified directly of the solicitation. Remy, Thomas, Moose & Manley was selected.

## II. Vendors Engaged by the Receiver During the Last Reporting Period for Goods or Services to Assist the Operation of the Receiver's Non-Profit Corporation, the California Prison Health Care Receivership Corporation

During the last reporting period, the Office of the Receiver has engaged the following vendors to assist in the operation of the California Prison Health Care Receivership Corporation: Macias Gini & O'Connell (financial audit services), Packet Fusion (phone system maintenance services), Ryland Homes (office lease), and Hoge, Fenton, Jones & Appel (legal services).

## PROOF OF SERVICE

I, KRISTINA HECTOR, declare:

I am a resident of the County of Sacramento, California; that I am over the age of eighteen (18) years of age and not a party to the within titled cause of action; that I am employed in the Office of the Receiver in *Plata v. Schwarzenegger*.

On March 14, 2008 I served a copy of the attached document described as EXHIBITS TO THE RECEIVER'S SEVENTH QUARTERLY REPORT on the parties of record in said cause by sending a true and correct copy thereof by electronic mail and on March 17, 2008 by United States Mail and addressed as follows:

ROBIN DEZEMBER
Director
Division of Correctional Health Care Services
CDCR
P.O. Box 942883
Sacramento, CA 94102

CHARLES J. ANTONEN
SAMANTHA D. TAMA
ROCHELLE EAST
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

STEVEN FAMA
DON SPECTER
ALISON HARDY
Prison Law Office
General Delivery
San Quentin State Prison, CA 94964-0001

PAUL MELLO
Hanson Bridgett
425 Market Street, 26th Floor
San Francisco, CA 94105

MICHAEL BIEN
Rosen, Bien & Galvan
155 Montgomery Street, 8th Floor
San Francisco, CA 94104

JAY SHULMAN
9647 Hilldale Drive
Dallas, TX 75231

DR. JOSEPH SCALZO
3785 N. 156th Lane
Goodyear, AZ 85395

1   ANDREA LYNN HOCH
    Legal Affairs Secretary
2   Office of the Governor
    Capitol Building
3   Sacramento, CA 95814

4   ELISE ROSE
    Counsel
5   State Personnel Board
    801 Capitol Mall
6   Sacramento, CA 95814

7   MATTHEW J. LOPES
    Pannone, Lopes & Devereaux, LLC
8   1800 Financial Plaza
    Providence, RI 02903
9
    ALBERTO S. ROLDAN
10  Counsel
    CDCR – Office of the Secretary
11  P.O. Box 942883
    Sacramento, CA 94283
12
    RICHARD J. CHIVARO
13  JOHN CHEN
    State Controller's Office
14  300 Capitol Mall, Suite 518
    Sacramento, CA 95814
15
    MOLLY ARNOLD
16  Chief Counsel
    Department of Finance
17  State Capitol, Room 1145
    Sacramento, CA 95814
18
    LAURIE GIBERSON
19  Staff Counsel
    Department of General Services
20  707 Third Street, 7th Floor, Suite 7-330
    West Sacramento, CA 95605
21
    MATTHEW CATE
22  Inspector General
    Office of the Inspector General
23  P.O. Box 348780
    Sacramento, CA 95834-8780
24
    DONNA NEVILLE
25  Senior Staff Counsel
    Bureau of State Audits
26  555 Capitol Mall, Suite 300
    Sacramento, CA 95814
27

28

| | |
|---|---|
| 1 | WARREN C. (CURT) STRACENER |
| | PAUL M. STARKEY |
| 2 | DANA BROWN |
| | Department of Personnel Administration |
| 3 | Legal Division |
| | 1515 "S" Street, North Building, Suite 400 |
| 4 | Sacramento, CA 95814-7243 |
| 5 | AL GROH |
| | Executive Director |
| 6 | UAPD |
| | 1330 Broadway Street, Suite 730 |
| 7 | Oakland, CA 94612 |
| 8 | YVONNE WALKER |
| | Vice President for Bargaining |
| 9 | SEIU Local 1000 |
| | 1808 4th Street |
| 10 | Sacramento, CA 95814 |
| 11 | PAM MANWILLER |
| | Director of State Programs |
| 12 | AFSME |
| | 555 Capitol Mall, Suite 1225 |
| 13 | Sacramento, CA 95814 |
| 14 | RICHARD TATUM |
| | CSSO State President |
| 15 | CSSO |
| | 1461 Ullrey Avenue |
| 16 | Escalon, CA 95320 |
| 17 | TIM BEHRENS |
| | President |
| 18 | Association of California State Supervisors |
| | 1108 "O" Street |
| 19 | Sacramento, CA 95814 |
| 20 | STUART DROWN |
| | Executive Director |
| 21 | Little Hoover Commission |
| | 925 "L" Street, Suite 805 |
| 22 | Sacramento, CA 95814 |
| 23 | |
| 24 | / / / / / / / / / / / |
| 25 | / / / / / / / / / / / |
| 26 | / / / / / / / / / / / |
| 27 | / / / / / / / / / / / |
| 28 | / / / / / / / / / / / |

1  PETER MIXON
   Chief Counsel
2  California Public Employees Retirement System
   400 Q Street, Lincoln Plaza
3  Sacramento, CA 95814

4
5
6
7
         I declare under penalty of perjury under the laws of the State of California that the
8  foregoing is true and correct. Executed on March 14, 2008 at Sacramento, California.

9
10  *[signature]*
11  Kristina Hector