**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:   **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On March 18, 2008, I served the attached **Defendants' Motion for a Protective Order, Protective Order, and Declaration of Lisa Tillman in Support of Defendants' Motion for a Protective Order with Attachment** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

| | |
|---|---|
| Fred D. Heather | William E. Mitchell |
| Kirkpatrick & Lockhart Preston Gates Ellis, LLP | Riverside County District Attorney's Office |
| 55 Second Street, Suite 1700 | 4075 Main Street |
| San Francisco, CA  94105 | Riverside, CA  92501 |
| | |
| Raymond Edward Loughrey | |
| Kirkpatrick & Lockhart Preston Gates Ellis, LLP | |
| 55 Second Street, Suite 1700 | |
| San Francisco, CA  94105 | |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 18, 2008, at Sacramento, California.

| E. Torres | /s/  E. Torres |
|---|---|
| Declarant | Signature |

30418454.wpd

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:   **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On <u>March 18, 2008</u>, I served the attached **Defendants' Motion for a Protective Order, Protective Order, and Declaration of Lisa Tillman in Support of Defendants' Motion for a Protective Order with Attachment** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

| | |
|---|---|
| Fred D. Heather | William E. Mitchell |
| Kirkpatrick & Lockhart Preston Gates Ellis, LLP | Riverside County District Attorney's Office |
| 55 Second Street, Suite 1700 | 4075 Main Street |
| San Francisco, CA  94105 | Riverside, CA  92501 |

Raymond Edward Loughrey
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 18, 2008, at Sacramento, California.

| | |
|---|---|
| E. Torres | /s/  E. Torres |
| Declarant | Signature |

30418454.wpd

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:  **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.:   **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On March 18, 2008, I served the attached **Defendants' Motion for a Protective Order, Protective Order, and Declaration of Lisa Tillman in Support of Defendants' Motion for a Protective Order with Attachment** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

| | |
|---|---|
| Fred D. Heather | William E. Mitchell |
| Kirkpatrick & Lockhart Preston Gates Ellis, LLP | Riverside County District Attorney's Office |
| 55 Second Street, Suite 1700 | 4075 Main Street |
| San Francisco, CA 94105 | Riverside, CA 92501 |

Raymond Edward Loughrey
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 18, 2008, at Sacramento, California.

| | |
|---|---|
| E. Torres | /s/ E. Torres |
| Declarant | Signature |

30418454.wpd