BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Facsimile: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE: CMF TREATMENT SPACE PROPOSAL** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

**STIPULATION**

The parties, by and through their counsels, hereby stipulate as follows:

1. On October 18, 2007, this Court ordered Defendants to submit to the Special Master a development proposal for adequate mental health treatment and counseling space at the California Medical Facility within 150 days.

2. To ensure the adequacy of the proposal, Defendants respectfully request an additional two weeks, to March 28, 2008, to submit the proposal.

3. Plaintiffs agree that the proposal may be submitted on March 28, 2008 and so stipulate

Stip. and [Proposed] Order Re: CMF EOT

1

1 | to the extension sought by Defendants.

2 | IT IS SO STIPULATED.

3 | Dated: 3/18/08

LISA A. TILLMAN, ESQ.
Deputy Attorney General
Office of the Attorney General
Attorneys for Defendants

6 | Dated: 3/18/08

MICHAEL BIEN, ESQ.
JANE KAHN, ESQ.
Rosen, Bien & Galvan
Attorneys for Plaintiffs

Stip. and [Proposed] Order Re: CMF EOT