IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **[PROPOSED] ORDER APPROVING STIPULATION FOR AN EXTENSION OF TIME RE: CMF TREATMENT SPACE DEVELOPMENT PROPOSAL** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

This Court has reviewed the parties' stipulation to allow Defendants an extension of time to March 28, 2008 to submit a development proposal for adequate mental health treatment and counseling space at the California Medical Facility. Upon good cause, this Court adopts the stipulation and orders the development proposal is now due on March 28, 2008.

Dated: _____

HON. LAWRENCE K. KARLTON
United States District Court Judge

[Proposed] Order

1