IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,          No. CIV S-90-0520 LKK JFM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,       ORDER APPROVING STIPULATION
FOR AN EXTENSION OF TIME RE: CMF
TREATMENT SPACE DEVELOPMENT
       Defendants.       PROPOSAL

_____/

      This Court has reviewed the parties' stipulation to allow Defendants an extension

of time to March 28, 2008 to submit a development proposal for adequate mental health

treatment and counseling space at the California Medical Facility. Upon good cause, this Court

adopts the stipulation and orders the development proposal is now due on March 28, 2008.

DATED:   March 21, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1