Judge Karlton,

My name is Faith Kell. I have written you in the past regarding my brother DAVID Heroux. He is the 13th Filer in the Coleman Case, against the State of California, on a medical corrections case. My brother died last week. He left me as consecutor to his Estate. I would really appreciate a meeting with you if at all possible. I have a lot of unanswered questions, DAVID had brought up before he died, that you might have the answers too. Please consider meeting with me. I'll have the death certificate + his consector letter, so there wont be privacy issues anymore.

Thank You.

Sincerely
Faith Kell

(916) 362-0588

2925 Hunt Dr.
Rancho Cordova, Ca 95670

90-520 KKK JFm

FILED
MAR 21 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK