IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

Good cause appearing, IT IS HEREBY ORDERED that this court's order of March 18, 2008 is modified as follows:

1. The Defendant-Intervenors, the Statutory-Intervenors, and the CCPOA-Intervenors shall make their initial disclosures in accordance with the requirements of Fed. R. Civ. P. 26(a)(1) not later than 4:30 p.m. on April 28, 2008.

2. On or before April 25, 2008, all parties, including intervenors, shall meet and confer in person to discuss the contents of a supplement to the Rule 26(f) discovery plans filed on March 14, 2008 which shall consist of a joint statement setting forth all claims and defenses to be presented in this action, identifying the party or parties who will be tendering

1 | the claims and defenses so identified, and identifying what, if any, discovery may be needed
2 | for each claim and defense so identified.
3 |     3. The joint statement described in paragraph 2 of this order shall be filed and served
4 | on or before 4:30 p.m. on April 28, 2008.
5 | Dated: March 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
discovery16.o