EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | CASE NO.: 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF MICHAEL STONE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL THIRD QUARTER 2007 ATTORNEY FEES**<br><br>Date: April 10, 2008<br>Time: 11:00 a.m.<br>Place: Courtroom 26<br>Judge: Hon. John F. Moulds |

I, Michael Stone, declare:

1.    I am an attorney licensed to practice before the courts of the State of California. I am employed as a staff counsel in the office of Legal Affairs for the California Department of Corrections and Rehabilitation (CDCR). I am the primary staff counsel assigned to this action.

2.    I have personal knowledge of the facts stated in this declaration and if called to testify upon those facts would do so competently.

3.    In the course of my duties, I regularly review quarterly billings from Plaintiffs'

counsel, Rosen, Bien & Galvan. I correspond and converse with the attorneys within the firm regarding objections to certain aspects of the bills.

4.     I received and reviewed this Court's Findings and Recommendations on Plaintiffs' motion to compel payment of the Third and Fourth Quarter 2006 fees.

5.     I personally reviewed the fees submitted by Plaintiffs' counsel for the First, Second and Third Quarters of 2007.

6.     I spoke with Amy Whelan, an attorney with Rosen Bien & Galvan, concerning submitted attorney fees and costs for preparation of the motion to convene the Three-Judge Panel proceeding. I stated Defendant CDCR would pay those fees and costs listed in the First, Second and Third Quarter 2007 fee statements that addressed preparation of the motion to convene the Three-Judge Panel proceeding. I informed Ms. Whelan on more than one occasion that Defendant CDCR would not pay those fees, particularly in the Third Quarter 2007 statement, associated with conducting discovery, filing briefs against intervenors' motions, and otherwise preparing for the Three-Judge Panel proceeding. I indicated that any fees generated after this district court's July 26, 2007 decision to grant the motion to convene would be viewed as associated with preparation for the Three-Judge proceeding and so would be disputed.

7.     I have met and conferred with Ms. Whelan about the attorney fees and costs indicated in the Third Quarter 2007 statement. If this Court so desires, I will provide a copy of that statement for this Court's review.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Sacramento, California on March 24, 2008.                    3/24/08

MICHAEL STONE
Staff Counsel
CDCR Office of Legal Affairs

30421036.wpd
CF1997CS0003

Dec. Stone, Oppo. Mot. Atty Fees 2007

2

## DECLARATION OF SERVICE BY U.S. MAIL

**Case Name:**    ***Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284***
***Coleman, et al. v. Schwarzenegger, et al.***
**USDC Eastern District Court Case No. 2:90-cv-00520 LKK JFM P**
***Plata, et al. v. Schwarzenegger, et al.***
**USDC Northern District Court Case No.:  C-01-1351 THE**

**Case No.:**    **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 24, 2008**, I served the attached **DECLARATION OF MICHAEL STONE IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL THIRD QUARTER 2007 ATTORNEY FEES** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Fred D. Heather
Kirkpatrick Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

William E. Mitchell
Riverside County District Attorney's Office
4075 Main Street
Riverside, CA  92501

Raymond Edward Loughrey
Kirkpatrick Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 24, 2008**, at Sacramento, California.

D. Kulczyk
_____
Declarant

*/s/ D. Kulczyk*
_____
Signature

30421036.wpd

Dec. Stone, Oppo. Mot. Atty Fees 2007

3