| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>SARAH M. LAUBACH, Bar No. 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF, Bar No. 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>  Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>  Defendants | No.: Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br>  Plaintiffs,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>  vs.<br>  Defendants | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br>**DECLARATION OF JANE KAHN IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

I, Jane Kahn, declare:

1. I am a member of the Bar of this Court and of counsel in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion for a Protective Order.

2. In support of their Motion for a Protective Order, defendants suggested that *Coleman* plaintiffs' counsel improperly intrudes and attempts to insert themselves into defendants' development of plans and reports. Defs.' Motion at 6:5-25; Declaration of Lisa Tillman in Support of Defs.' Motion for a Protective Order ("Tillman Decl.") at 3:3-20. One example offered by defendants of plaintiffs' allegedly improper "request[s] for input" is a letter by plaintiff's counsel to Court representatives in *Plata, Coleman, Perez,* and, *Armstrong* regarding coordination agreements. Tillman Decl. ¶ 7 & Exh. A. This is an incorrect and misleading representation by defendants as to the propriety of work performed by plaintiffs' counsel. It is the duty and responsibility of plaintiffs' counsel to provide comments, objections and guidance to defendants, the Special Master and the Court, if necessary, in the development of remedial plans. The coordination process set up by Judges Henderson, Karlton, and White includes a process for providing comments and suggestions from plaintiffs' counsel. 1/25/07 Order, *Coleman* Doc. No. 2119 at 2 ("The parties to each action will be permitted to submit, in advance of the meetings, proposed agenda items for consideration by the special masters, the receiver and the Perez court representative.") It was pursuant to this order that plaintiffs' counsel submitted the letter attached to Ms. Tillman's Declaration. Attached hereto as **Exhibit A** is a true and correct copy of a letter from the Court representatives received by plaintiffs' counsel on March 22, 2007 that provides an example of an invitation for input from the Court representatives. In fact, defendants' counsel also regularly submits proposed agenda items in response to this invitation. Attached hereto as **Exhibit B** is a true and correct copy of a letter from defendants' counsel Lisa Tillman to the Court representatives dated April 6, 2007 and submitting proposed agenda items for the coordination meeting.

3. Defendants' second example of plaintiffs' counsel's "intrusion" revolves around production during discovery of a staffing workload study undertaken by defendants in response to an order by the *Coleman* Court. On July 28, 2006, the Court ordered defendants to complete this study in time to include its findings and recommendations in the Fiscal Year 2007-08 budget. However, defendants failed to do so. According to the statements of one of defendants' deponents and designated experts, this study had been completed in final in the summer of 2007 by the consultant hired by defendants, but defendants had not yet decided what actions to take regarding the study. Defendants produced the study in late 2007 during discovery and the "harms" defendants identify as resulting from this production are that the *Coleman* Special Master subsequently requested a copy of this document, and that plaintiffs' counsel stated in March 2008, well after the study was to have been submitted to the Legislature for inclusion in the budget, that they would like to discuss the findings of the study and the implications on any budgetary requests. As defendants had not been able to provide a readable copy of the study to the Special Master, no such discussion took place at the most recent *Coleman* All Parties meeting that took place on March 11, 2008.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed this 26th day of March 2008 in San Francisco, California.

                                                         */s/Jane Kahn*
                                                         Jane Kahn

DECLARATION OF JANE KAHN IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

# EXHIBIT A

# CALIFORNIA
# PRISON HEALTH CARE
# RECEIVERSHIP CORP.

Robert Sillen
Receiver

CHARLES J. ANTONEN
Deputy Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

MICHAEL BIEN
Rosen, Bien & Galvan, LLP
315 Montgomery Street
San Francisco, CA 94104

STEVEN FAMA
DON SPECTER
ALISON HARDY
Prison Law Office
General Delivery
San Quinton, CA 94964-0001

PAUL MELLO
Hanson Bridgett
425 Market Street, 26th Floor
San Francisco, CA 94105

LISA TILLMAN
Attorney General's Office
1300 "I" Street, Room 125
P.O. Box 944255
Sacramento, CA 94244-2550

JONATHAN L. WOLFF
Supervising Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

RECEIVED
MAR 2 2 2007
Rosen, Bien & Galvan

Subject: <u>Coleman-Plata-Perez Coordination Meeting</u>

Dear Counsel,

Pursuant to the Order filed January 26, 2007, the next two formal monthly meetings between the Receiver in *Plata*, the Special Master in *Coleman*, and the Court representatives in *Perez* will take place on April 18, 2007 and May 15, 2007. Please submit proposed written agenda items, if any, to the Receiver in *Plata*, the Special Master in *Coleman*, and the Court representatives in *Perez* no later than ten days prior to each meeting.

Yours truly,

_____
John Hagar
Chief of Staff For Receiver Robert Sillen

_____
Matthew Lopes
Deputy Special Master

_____
Joseph D. Scalzo
Court Representative

Cc:   Michael Keating
      Jay D. Shulman
      Robert Sillen

# EXHIBIT B

**EDMUND G. BROWN JR.**  
*Attorney General*

*State of California*  
**DEPARTMENT OF JUSTICE**



1300 I STREET, SUITE 125  
P.O. BOX 944255  
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555  
Telephone: (916) 327-7872  
Facsimile: (916) 324-5205  
E-Mail: Lisa.Tillman@doj.ca.gov

April 6, 2007

J. Michael Keating, Jr.  
Special Master  
2351 Sussex Drive  
Fernandina Beach, FL 32034

RE: Coleman v. Schwarzenegger  
<u>USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM P</u>

Dear Mr. Keating:

Defendants respectfully propose the following agenda items for the April 18, 2007 coordination meeting:

1. Placement of medical patients into designated mental health beds at Correctional Treatment Centers.

2. The lack of Headquarters personnel resources for use in the mandated recruitment and hiring of mental health clinicians.

3. The lack of available space at 501 J Street to house additional *Coleman* clinicians/administrators once hired in accord with *Coleman* court orders.

4. The inability of Division of Correctional Health Care Services to timely respond to stated space needs of individual institutions providing mental health care due to the lack of information about the Receiver's space needs.

5. The timeframe for any closure of the medical beds at the general acute care hospital at CIM.

Please feel free to contact me if you would like to discuss this matter further.

Sincerely,

LISA A. TILLMAN
Deputy Attorney General

For    EDMUND G. BROWN JR.
Attorney General

cc: Matthew Lopes, Esq.

30247720.wpd