**Associated Press**

March 26, 2008

FILED

MAR 2 6 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

Re:

RALPH COLEMAN, et al.,
Plaintiffs,
v.
ARNOLD SCHWARZENEGGER,
et al.,
Defendants.
NO. CIV S-90-0520 LKK JFM P
THREE-JUDGE COURT

MARCIANO PLATA, et al.,
Plaintiffs,
v.
ARNOLD SCHWARZENEGGER,
et al.,
Defendants.
NO. C01-1351 TEH
THREE-JUDGE COURT

To U.S. Magistrate Judge John F. Moulds:

This is in response to the Defendants' Motion for a Protective Order filed on March 18, 2008, in the cases referenced above. The Associated Press is concerned with the scope of the revised order.

In our judgment, these requests are too broad. If the protective order is extended as the defendants request, it has the potential to eliminate from the public arena documents, communications and records that are necessary for the public to make informed decisions about the operations and the spending of taxpayer dollars regarding the California corrections system.

The defendants note that "the most sensitive documents" pertaining to prison safety and security have been withheld previously. We argue that the protections already in place are sufficient.

Further, defendants in part define "sensitive communications" as those that would include "Budget Change Proposals for government agencies..." We argue that documents relating to fiscal matters of state government operations should not be kept secret. Rather, they constitute precisely the kind of information that must remain open for public scrutiny.

The Associated Press respectfully asks that the Court consider these concerns when weighing the defendants' motion and ensure that the public interest in having fair and full access to documents in the above-referenced cases is met.

Sincerely,

Tom Verdin
California Government & Political Editor

1215 K Street, Suite 960, Sacramento, CA 95814-3946   916 448-9555   Fax 916 446-2756