1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST, State Bar No. 122626
   Supervising Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone: (415) 703-5717
    Facsimile: (415) 703-5843
7   Email: Rochelle.East@doj.ca.gov
   Attorneys for Defendants
8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11          AND THE NORTHERN DISTRICT OF CALIFORNIA

12
13  RALPH COLEMAN, et al.,                    2:90-cv-0520 LKK  JFM (E.D. Cal.)
                              Plaintiffs,
14       v.
15  ARNOLD SCHWARZENEGGER, et al.,
                              Defendants.
16
    MARCIANO PLATA, et al.                    C-01-1351 THE (N.D. Cal.)
17                            Plaintiffs,
18       v.
19  ARNOLD SCHWARZENEGGER, et al.,
                              Defendants.
20
    CARLOS PEREZ, et al.,                     C-05-05241 JSW (N.D. Cal.)
21                            Plaintiffs,
22       v.
23  ARNOLD SCHWARZENEGGER, et al.,
                              Defendants.
24
    JOHN ARMSTRONG, et al.                    C 94-2307 CW (N.D. Cal.)
25                            Plaintiffs,
                                              **DEFENDANTS' RESPONSE TO
26       v.                                   ORDER TO SHOW CAUSE RE:
                                              PILOT PROGRAM FOR CHIEF
27  ARNOLD SCHWARZENEGGER, et al.,            EXECUTIVE OFFICER**
                              Defendants.
28

Defs.' Resp. to OSC re: Pilot Program for CEO

1

1  On March 13, 2008, an Order to Show Cause was issued at to why a pilot program adopted by the *Plata* Court in its September 11, 2007 Order Adopting August 20, 2007 Stipulation Between Receiver and State Personnel Board, providing for a pilot program to test the effectiveness of a hiring mechanism for medical health care executives/administrators within the California Department of Corrections and Rehabilitation for three prisons, should not be adopted as an order of all four above–referenced courts. The parties were ordered to file responses to the Order to Show Cause on or before March 28, 2008. Defendants now file their response to the Court's Order.

Defendants do not object to the terms of the proposed pilot program to hire executives or administrators, entitled Chief Executive Officers, to provide the day-to-day management and supervision of all heath care operations at the institutional level.

Dated: March 28, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General


/s/ Jay C. Russell for

ROCHELLE C. EAST
Supervising Deputy Attorney General

Attorneys for Defendants

40234021.wpd
SF2007200670

Defs.' Resp. to OSC re: Pilot Program for CEO