IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                No. CIV S-90-0520 LKK JFM P

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.            ORDER

/

        Good cause appearing, IT IS HEREBY ORDERED that plaintiffs' March 10, 2008 motion to compel disputed attorneys' fees and costs from the third quarter of 2007 is taken under submission on the papers without oral argument. <u>See</u> Local Rule 78-230(h). The hearing set for April 10, 2008 is dropped from calendar.

DATED: April 1, 2008.

                                /s/ John F. Moulds
                        UNITED STATES MAGISTRATE JUDGE

12
af3qhrg.o