1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RE: UTILIZATION OF OSTEOPATHS, CONFIDENTIALITY OF IDENTIFYING INFORMATION |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

**STIPULATION**

**I.**

**STIPULATION ON REVISED PROGRAM GUIDE LANGUAGE**

The parties, by and through their counsel, have agreed that the Revised Program Guide will now address the utilization of certain qualified osteopaths in the classification of psychiatrists within the mental health services delivery system of the California Department of Corrections and Rehabilitation (CDCR).

The parties agree that the Revised Program Guide will now state as follows:

A.  All newly-hired psychiatrists must meet minimum credentialing criteria as

follows:

1. Current board certification from the American Board of Psychiatry and Neurology or the American Osteopathic Board of Neurology and Psychiatry;

OR

2. Satisfactorily completed specialized training requirements in psychiatry in programs that, for a psychiatrist, are accredited by the Accreditation Council for Graduate Medical Education (ACGME) or Bureau of Osteopathic Education of the American Osteopathic Association (AOA) or certified by the Royal College of Physicians and Surgeons of Canada.

    a. Two patterns of training are acceptable:

    **(i). Training Pattern One: A Three-Year Psychiatry Residency Program**

    -A broad-based clinical year of ACGME or Bureau of Osteopathic Education of the American Osteopathic Association (AOA)-accredited training in internal medicine, family practice, or pediatrics; or

    -An ACGME or Bureau of Osteopathic Education of the American Osteopathic Association (AOA)-accredited transitional year program that included a minimum of four months of primary care; or

    -An ACGME or Bureau of Osteopathic Education of the American Osteopathic Association (AOA)- accredited residency in a clinical specialty requiring comprehensive and continuous patient care.

    AND

    Three full years of postgraduate, specialized residency training in a psychiatry program accredited by the ACGME or Bureau of Osteopathic Education of the American Osteopathic Association (AOA).

    OR

    **(ii). Training Pattern Two: A Four-Year Psychiatry Residency Program**

    Four years of training in an ACGME or Bureau of Osteopathic Education of the American Osteopathic Association (AOA)-accredited program in psychiatry is acceptable. A psychiatry PGY-1 must include at least four months in internal

medicine, family practice, and/or pediatrics. This training must be in a clinical setting that provides comprehensive and continuous patient care. No more than one month of this requirement may be fulfilled by an emergency medicine rotation, as long as the experience predominantly involves medical evaluation and treatment, rather than surgical procedure. Neurology rotations may NOT be used to fulfill this four-month requirement.

(Exception: Any applicant who completed a residency program in psychiatry that was accredited by the ACGME or Bureau of Osteopathic Education of the American Osteopathic Association (AOA) or certified by the Royal College of Physicians and Surgeons of Canada at the time the applicant completed the residency will qualify under this pattern of training upon CDCR verification that all residency requirements were successfully completed an d if all other requirements are met.)

        b. If the candidate's training program(s) is not currently accredited by the ACGME or Bureau of Osteopathic Education of the American Osteopathic Association (AOA), CDCR shall research the history of the program(s) to determine if it was accredited at the time the candidate attended and completed the training.

B.    All osteopaths hired in the classification of psychiatrist before January 2006 and presently in that classification must meet the above criteria or must undergo a court-mandated evaluation of their clinical competency for employment in the position of psychiatrist with the CDCR.

## II.

## STIPULATION FOR ENTRY OF PROTECTIVE ORDER

C.    To the extent Defendants provide, by the request of the Special Master or Court, Plaintiffs' counsel with the identities of any osteopaths hired to in the classification of psychiatrists hired before January 2006 who do not meet the above minium credentialing criteria or who must undergo a court-mandated evaluation of their clinical competency for employment in the position of psychiatrist with the California Department of Corrections and Rehabilitation, the parties stipulate that the information will be subject to a seal imposed by this Court to ensure

STIPULATION [PROPOSED] ORDER RE. OSTEOPATHS
3

1  it is maintained on a confidential basis pursuant to applicable court rules.

2  Dated: 4/7/08

                                  Lisa A. Tillman, Esq.
3                                   Deputy Attorney General
                                  Attorney for Defendants

4

5  Dated: 4/3/08

                                  Jane Kahn, Esq.
6                                   Rosen, Bien & Galvan, LLP
                                  Attorney for Plaintiffs

15  30430499.wpd
    CF1997CS0003

STIPULATION [PROPOSED] ORDER RE. OSTEOPATHS