# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman, et al. v. Schwarzenegger, et al.**

No.:   **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On April 4, 2008, I served the attached **Stipulation and Proposed Order re Utilization of Osteopaths, Confidentiality of Identifying Information** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Fred D. Heather
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

Raymond Edward Loughrey
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

William E. Mitchell
Riverside County District Attorney's Office
4075 Main Street
Riverside, CA  92501

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 4, 2008, at Sacramento, California.

|  E. Torres  |  */s/ E. Torres*  |
|:---:|:---:|
|  Declarant  |  Signature  |

30431639.wpd