EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Facsimile: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                                Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                                Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**ORDER RE: INCLUSION OF OSTEOPATHS IN MENTAL HEALTH SERVICES DELIVERY SYSTEM** |

This Court has reviewed the first portion of the stipulation of the parties concerning language to insert in the Revised Program Guide to address the inclusion of and clinical competency of osteopaths hired in the job classification of psychiatrists by the California Department of Corrections and Rehabilitation (CDCR) and hereby adopts it as an order of this court.

This Court has reviewed the second portion of the above stipulation of the parties concerning the sealing of information containing or indicating the confidential nature of the identities of those CDCR osteopaths hired in the classification of psychiatrist before 2006 and presently serving in that classification who do not meet minimum credentialing criteria. The

1  Court approves the stipulated seal and makes it an order of the court.

3  Dated: April 7, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order Re: Osteopaths