1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-5388
8   Fax: (916) 324-5205
    Email: Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants
10

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | **DEFENDANTS' STATEMENT OF COMPLIANCE RE: CLINICAL COMPETENCY OF PSYCHIATRISTS** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

### INTRODUCTION

On February 5, 2007, the parties filed an Amended Stipulation and [Proposed] Order Re: Clinical Competency of Psychiatrists and Confidentiality of Identifying Information ("Amended Stipulation"). [Docket 2129.] On February 6, 2007, the Court entered an Order adopting the Amended Stipulation. [Docket 2131.] The Amended Stipulation provided, in part, that all psychiatrists hired before January 2006 must either meet certain professional and educational criteria or must undergo an evaluation of their clinical competence and such evaluations would be completed by June 1, 2007.

Statement of Compliance - Clinical Competency

1

**STATEMENT OF COMPLIANCE**

As described in the Declaration of Dr. Andrew Swanson, Ph.D. filed with this Statement of Compliance, CDCR complied with the Court's February 6, 2007 Order by completing the evaluation of psychiatrists' clinical competence by the stipulated deadline.

Dated:  April 10, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General


*/s/  Misha D. Igra*


MISHA D. IGRA
Deputy Attorney General
Attorneys for Defendants

30299175.wpd
CF1997CS0003

Statement of Compliance - Clinical Competency

2