1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  MISHA D. IGRA, State Bar No. 208711
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 324-5388
8    Fax: (916) 324-5205
     Email: Misha.Igra@doj.ca.gov
9
   Attorneys for Defendants
10

11
                IN THE UNITED STATES DISTRICT COURT
12
                FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14
   | RALPH COLEMAN, et al., | 2:90-cv-00520 LKK JFM P |
   |---|---|
   | Plaintiffs, | **DECLARATION OF DR. ANDREW SWANSON, M.D. IN SUPPORT OF STATEMENT OF COMPLIANCE** |
   | v. | |
   | ARNOLD SCHWARZENEGGER, et al., | |
   | Defendants. | |

20      I, Andrew Swanson, declare:

21      1. I am employed by the California Department of Corrections and Rehabilitation

22 ("CDCR") as Chief Psychiatrist of Mental Health Services.

23      2. I make these statements of my own knowledge and, if called as a witness, would

24 competently testify to the matters stated below.

25      3. I have reviewed and am familiar with the Amended Stipulation and [Proposed] Order

26 Re: Clinical Competency of Psychiatrists and Confidentiality of Identifying Information

27 ("Amended Stipulation") and the Court's order dated February 5, 2007, approving the Amended

28 Stipulation.

Swanson Decl re Statement of Compliance

1

4. Beginning in August 2006, I reviewed the qualifications of all 44 CDCR psychiatrists who had been hired by CDCR before January 2006, to ascertain whether they met minimum training requirements. I determined that 36 psychiatrists met the minimum qualifications described in the Amended Stipulation.

5. Of the remaining eight clinicians, three psychiatrists either transferred to another division or retired.

6. Five psychiatrists underwent evaluation through University of California at San Diego's testing program known as Quality Improvement in Correctional Medicine (QICM). This testing began on April 18, 2007, and was completed in May 2007. The results are as follows:

    a. One psychiatrist received a high passing score. (Grade B.)

    b. One psychiatrist did not pass the QICM.

    c. Three psychiatrists received lower passing scores. (Grade C.)

7. No further training was required of the psychiatrist who received a high passing score.

8. The psychiatrist who failed the QICM was removed from direct patient care duties.

9. Of the three psychiatrists who received lower passing scores, two completed recommended training and the third individual retired from employment with CDCR.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2008, at Sacramento, California.

                                                  DR. ANDREW SWANSON, M.D.
                                                  Chief Psychiatrist

30403243.wpd
CF1997CS0003