## DECLARATION OF SERVICE BY U.S. MAIL

**Case Name:**  *Coleman, et al. v. Schwarzenegger, et al.*
              **USDC Eastern District Court Case No. 2:90-cv-00520 LKK JFM P**

**Case No.:**    **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **April 10, 2008**, I served the attached **Defendants' Statement of Compliance re: Clinical Competency of Psychiatrists** and **Declaration of Dr. Andrew Swanson, M.D. in Support of Statement of Compliance** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Fred D. Heather                                    William E. Mitchell
Kirkpatrick Lockhart Preston Gates Ellis, LLP      Riverside County District Attorney's Office
55 Second Street, Suite 1700                       4075 Main Street
San Francisco, CA  94105                           Riverside, CA  92501

Raymond Edward Loughrey
Kirkpatrick Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 10, 2008**, at Sacramento, California.

|  |  |
|---|---|
| E. Torres | */s/ E. Torres* |
| Declarant | Signature |

Proof of Service.wpd