1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    RALPH COLEMAN, et al.,

10              Plaintiffs,                    No. CIV S-90-0520 LKK JFM P

11         vs.

12   ARNOLD SCHWARZENEGGER,
     et al.,
13
                Defendants.                    ORDER
14   _____/

15              The matter of payment of the special master has been referred to this court by the

16   district court.  The court has reviewed the bill for services provided by the special master in the

17   above-captioned case through the month of February 2008.

18              Good cause appearing, IT IS HEREBY ORDERED that:

19         1.  The Clerk of the Court is directed to pay to

20              Matthew A. Lopes, Jr., Esq.
                Special Master
21              Pannone Lopes & Devereaux LLC
                317 Iron Horse Way, Suite 301
22              Providence, RI 02908

23   the amount of $350,709.90 in accordance with the attached statement; and

24   /////

25   /////

26   /////

1

1       2. A copy of this order shall be served on the financial department of this court.

2 DATED: April 10, 2008.

3

4 UNITED STATES MAGISTRATE JUDGE

5

6

12

7 cole08.feb

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.,                       :
      Plaintiffs,                              :
                                        :
      v.                                       :        No. Civ. S-90-0520 LKK JFM P
                                          :
ARNOLD SCHWARZENEGGER et al.,   :
      Defendants.

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February, 2008.

| Matthew A. Lopes, Jr., Special Master | | |
|---|---|---|
| Services | $37,451.00 | |
| Disbursements | $ 7,156.81 | |
| Total amount due | | $44,607.81 |

| Linda E. Buffardi, Deputy Special Master | | |
|---|---|---|
| Services | $40,175.00 | |
| Disbursement | $     -0- | |
| Total amount due | | $40,175.00 |

| Mohamedu F. Jones, J.D., Deputy Special Master | | |
|---|---|---|
| Services | $34,060.00 | |
| Disbursements | $     -0- | |
| Total amount due | | $34,060.00 |

| Mary-Joy Spencer, J.D. | | |
|---|---|---|
| Services | $23,120.00 | |
| Disbursements | $     -0- | |
| Total amount due | | $23,120.00 |

| Kerry F. Walsh, J.D. | | |
|---|---|---|
| Services | $33,412.50 | |
| Disbursements | $     -0- | |
| Total amount due | | $33,412.50 |

Paul Nicoll, M.A.P.A.
        Services                         $8,995.00
        Disbursements             268.00

            Total amount due                   $9,263.00

Kerry C. Hughes, M.D.
        Services                         $16,460.00
        Disbursements            1,623.67

            Total amount due                   $18,083.67

Dennis F. Koson, M.D.
        Services                         $7,750.00
        Disbursements              -0-

            Total amount due                   $7,750.00

Jeffrey L. Metzner, M.D.
        Services                         $15,213.00
        Disbursements            1,902.95

            Total amount due                   $17,115.95

Raymond F. Patterson, M.D.
        Services                         $7,375.00
        Disbursements            $   659.00

            Total amount due                   $8,034.00

Ted Ruggles, Ph.D.
        Services                         $20,813.00
        Disbursements            $  2,262.93

            Total amount due                   $23,075.93

Melissa G. Warren, Ph.D.
        Services                         $10,800.00
        Disbursements            $   -0-

            Total amount due                   $10,800.00

Kathryn A. Burns, MD, MPH
    Services                        $5,075.00
    Disbursements           $   507.57

            Total amount due                  $5,582.57

Yong Joo Erwin, LCSW
    Services                        $13,275.00
    Disbursements           $   727.09

            Total amount due                  $14,002.09

Mary Perrien, Ph.D.
    Services                        $7,600.00
    Disbursements           $   -0-

            Total amount due                  $7,600.00

Virginia L. Morrison, J.D.
    Services                        $4,210.00
    Disbursements           $   -0-

            Total amount due                  $4,210.00

Patricia M. Williams, J.D.
    Services                        $3,500.00
    Disbursements           $   -0-

            Total amount due                  $3,500.00

Angela P. Shannon, M.D.
    Services                        $1,075.00
    Disbursements           $   -0-

            Total amount due                  $1,075.00

Henry A. Dlugacz, MSW, J.D.
    Services                        $11,493.00
    Disbursements           $ 1,161.69

            Total amount due                  $12,654.69

J. Ronald Metz
    Services                        $4,200.00

Disbursements                                    $    -0-

        Total amount due                                         $4,200.00

I.C. Haunani Henry
        Services                              $28,360.00
        Disbursements                     $      27.69

        Total amount due                                        $28,387.69

**TOTAL AMOUNT TO BE REIMBURSED                          $350,709.90**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

6

Paul Nicoll, M.A.P.A.
        Services                          $14,098.00
        Disbursements                  558.00

              Total amount due              $15,061.65

Kerry C. Hughes, M.D.
        Services                          $24,000.00
        Disbursements               5,558.06

              Total amount due              $29,558.06

Dennis F. Koson, M.D.
        Services                          $15,987.50
        Disbursements               2,864.53

              Total amount due              $18,852.03

Jeffrey L. Metzner, M.D.
        Services                          $27,172.00
        Disbursements               3,918.09

              Total amount due              $31,090.09

Raymond F. Patterson, M.D.
        Services                          $6,130.00
        Disbursements             $  886.55

              Total amount due              $7,016.55

Ted Ruggles, Ph.D.
        Services                          $38,826.00
        Disbursements             $ 5,001.47

              Total amount due              $43,827.47

Melissa G. Warren, Ph.D.
        Services                          $15,285.00
        Credit                         $   494.63

              Total amount due              $15,779.63

Kathryn A. Burns, MD, MPH
  Services         $11,390.00
  Disbursements      $  1,152.68

     Total amount due       $12,542.68

Yong Joo Erwin, LCSW
  Services         $  9,180.00
  Disbursements      $     632.17

     Total amount due       $9,812.17

Mary Perrien, Ph.D.
  Services         $7,740.00
  Disbursements      $  348.74

     Total amount due       $8,088.74

Virginia L. Morrison, J.D.
  Services         $14,235.00
  Disbursements      $   748.81

     Total amount due       $14,983.81

Patricia M. Williams, J.D.
  Services         $12,115.00
  Disbursements      $  3,236.35

     Total amount due       $15,351.35

Angela P. Shannon, M.D.
  Services         $16,293.00
  Disbursements      $  2,978.28

     Total amount due       $19,271.28

Henry A. Dlugacz, MSW, J.D.
  Services         $12,411.00
  Disbursements      $  1,190.23

     Total amount due       $13,601.23

J. Ronald Metz
        Services                         $7,680.00
        Disbursements              $   -0-

                Total amount due                  $7,680.00

I.C. Haunani Henry
        Services                       $40,725.00
        Disbursements              $   735.38

                Total amount due                 $41,460.38

**TOTAL AMOUNT TO BE REIMBURSED**         **$518,577.00**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master