EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205
  Email: Misha.Igra@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION TO MODIFY AUGUST 23, 2006 ORDER AND MAY 23, 2007 ORDER** |

## I.

## INTRODUCTION

On August 23, 2006, this Court approved the parties' stipulated plan to switch the missions of certain beds at California Medical Facility ("CMF") and Atascadero State Hospital ("ASH"), termed the CMF/ASH Plan. The Court ordered Defendants to submit monthly utilization reports to the Special Master concerning 25 acute care beds at ASH, a 25-bed Mental Health Crisis Bed unit at CMF and the remaining acute care beds at CMF. On May 23, 2007, this Court ordered that the switched utilization of beds at CMF and ASH be reversed, but did not address Defendants' reporting obligations. (Docket No. 2237.) Defendants have continued to provide the Special Master and Plaintiffs' counsel with monthly reports on the CMF/ASH Plan, despite its reversal.

On May 23, 2007, this Court entered an additional, unrelated order. (Docket No. 2236.) It requires, in pertinent part, the Department of Mental Health to file "a first monthly report of referrals, pending referrals, rejections, and transfers, of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care." (*Id.*, at 6:15-19.) Defendants have filed the required report under seal on a monthly basis. (See e.g., Docket Nos. 2614, 2640, 2680 & 2720.) In addition to the information required by the Court, these reports include the identity of each inmate-patient, a tally of acceptances and rejections, each inmate-patient's length of stay, discharge date, and referring institution.

## II.

## STIPULATION

1. The parties, by and through their counsel, hereby stipulate that the reporting requirements stated in paragraph two of the August 23, 2006 order shall no longer be in effect.

2. The parties further stipulate that Defendants shall continue to file the monthly reports required by paragraph five of the May 23, 2007 order (Docket No. 2236) in the same format and reflecting the same content as currently provided. Specifically, in addition to the information required by the Court, the reports shall also include the identity of each inmate-patient, a tally of acceptances and rejections, each inmate-patient's length of stay, discharge date, and referring institution.

SO STIPULATED.

Dated: April 10, 2008    By: _____
                              MISHA D. IGRA
                              Deputy Attorney General
                              Attorney for Defendants

Dated: April 10, 2008    By: _____
                              IVAN TRUJILLO
                              Prison Law Office
                              Attorney for Plaintiffs

Dated: April 10, 2008    By: _____
                              JANE KAHN
                              Rosen, Bien & Galvan
                              Attorney for Plaintiffs

30430337.wpd

Stip. to Modify 8/23/06 and 5/23/07 Orders