IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER MODIFYING AUGUST 23, 2006 ORDER AND MAY 23, 2007 ORDER** |

This Court has reviewed the parties' stipulation to modify the following two orders: 1) the August 23, 2006 Order requiring monthly reports on the parties' stipulated plan to switch the missions of certain beds at California Medical Facility and Atascadero State Hospital; and 2) the May 23, 2007 Order requiring Defendants to file monthly reports of referrals, pending referrals, rejections, and transfers of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care.

Good cause appearing, this Court approves the parties' stipulation.

IT IS ORDERED:

1. The reporting requirements stated in paragraph two of the August 23, 2006 Order shall no longer be in effect.

Stip. to Modify 8/23/06 and 5/23/07 Orders

2. Defendants shall continue to file the monthly reports required by paragraph five of the May 23, 2007 Order in the same format and reflecting the same content as currently provided. Specifically, in addition to the information required by the Court, the reports shall also include the identity of each inmate-patient, a tally of acceptances and rejections, each inmate-patient's length of stay, discharge date, and referring institution.

Dated:                          By: _____
                                     HON. LAWRENCE K. KARLTON
                                     United States District Court Judge

30435907.wpd