1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6    1300 I Street, Suite 125
     P.O. Box 944255
7    Sacramento, CA 94244-2550
     Telephone: (916) 327-7872
8    Fax: (916) 324-5205
     Email: Lisa.Tillman@doj.ca.gov
9

10 Attorneys for Defendants

11

12              IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14

15 | RALPH COLEMAN, et al.,           | CASE NO.: 2:90-cv-00520 LKK JFM P
16 |                      Plaintiffs, | DEFENDANTS' EX PARTE MOTION TO AMEND AUGUST
17 |           v.                     | 2007 BED PLAN RE: CALIFORNIA MEN'S COLONY, WITH
18 | ARNOLD SCHWARZENEGGER, et al.,   | DECLARATION OF ROBIN DEZEMBER, DECLARATION OF
19 |                      Defendants. | LISA TILLMAN, [PROPOSED] ORDER

20

21                              I.

22                         INTRODUCTION

23      Defendants hereby seek an order approving the amendment of their August 2007

24 mental health bed plan to reflect that a 50-bed mental health crisis bed unit will be built

25 at the California Men's Colony (CMC) as a separate, not as a consolidated care, facility. This

26 motion is made on an ex parte basis, with no opposition from Plaintiffs' counsel, to ensure

27 expeditious compliance with the Court's order to develop such beds forthwith. (Orders,

28 3/26/07, 2/26/08.)

Def. Ex Parte Request Re: CMC

1

## II.

## LEGAL STATEMENT

Defendants' mental health bed plans have stated that a 50-bed mental health crisis bed unit would be built at the California Men's Colony as part of the-then planned development of a consolidated care center on that campus. (Dec. Dezember, ¶ 5; Def. Bed Plan, 12/19/06, p. 11; Def. Bed Plan, 8/17/07, p.6 n.7, p.15 n.15.) Since the filing of those plans, the Receiver has been given authority over the construction of 5,000 medical and 5,000 mental health beds. (Coordinated Court Order, 2/26/08.) The Receiver has now undertaken the task of selecting sites for these consolidated care beds. The Receiver's potential consolidated care center sites do not include CMC. (Dec. Dezember, ¶ 4; Ex. 1, Receiver's Chart of Potential CCC Sites.) Because the Receiver has no plans to build a consolidated care center at CMC, Defendants request this Court approve the amendment of its mental health care bed plan of December 2006, as supplemented by the plan of August 2007, to reflect the mental health crisis bed unit at CMC will be built as a stand-alone facility. (Dec. Dezember, ¶ 6.)

This request is compelled by Defendants' desire to inform this Court of developments in its bed planning as well as certain Budget Act language for funding of the CMC mental health crisis bed unit. Budget Act language permits the funding of a separate 50-bed mental health bed unit at CMC only upon a *Coleman* court order stating that no consolidated care center would be built at that site. The Budget Language states, in relevant part:

> 5. The funds appropriated in Chapter 7 of the Statutes of 2007, consistent with subdivision (c) of Section 15819.40 of the Government Code, shall be used for preliminary plans, working drawings, and construction of a 50-bed Mental Health Crisis Bed facility at the California Men's Colony. The Department of Corrections and Rehabilitation shall not expend these funds until the Department of Finance (DOF) certifies that the *Coleman* court has resolved that the 50-bed facility is to be constructed rather than the proposed larger Consolidated Care Center at this same prison. Upon making such a finding, DOF shall provide notice within 10 days to the Chairperson of the Joint Legislative Budget Committee and the chairpersons of the budget committees of both

1 | houses of the Legislature.
2 | (Chapter 171, Statutes of 2007, Item 5225-301-0660, Provision 5.)
3 |       Defendants understand the Receiver, who is vested with authority over construction of the
4 | consolidated care centers, has now selected potential sites for those centers. (Dec. Dezember, ¶
5 | 4; Ex. 1, Receiver's Chart of Potential CCC Sites.) The Receiver's list of potential sites for the
6 | consolidated care centers does not indicate CMC as a site. *Id.* Because CMC is not the site of a
7 | consolidated care center, the mental health crisis bed unit at CMC must be built as a separate
8 | facility in order to conform to the limitations on the use of funds imposed by the Budget Act.
9 | Defendants therefore request that this Court enter an order resolving that the 50-bed facility is to
10 | be constructed rather than the proposed larger Consolidated Care Center at CMC.
11 | //
12 | //
13 | //
14 | //
15 | //
16 | //
17 | //
18 | //
19 | //
20 | //
21 | //
22 | //
23 | //
24 | //
25 | //
26 | //
27 | //
28 | //

Def. Ex Parte Request Re: CMC

## III.

## CONCLUSION

Defendants respectfully request this Court issue an order resolving that the 50-bed mental health crisis bed facility at CMC is to be constructed rather than the proposed Consolidated Care Center at the same site. Such an order will enable the Department of Finance to abide by Budget Act language to certify this Court's order and so enable the expenditure of funds for this project.

Dated: April 14, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

Def. Ex Parte Request Re: CMC

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Coleman, et al. v. Schwarzenegger, et al.*
Case No.: 2:90-cv-00520 LKK JFM P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On **April 14, 2008**, I served the attached **DEFENDANTS' EX PARTE MOTION TO AMEND AUGUST 2007 BED PLAN RE: CALIFORNIA MEN'S COLONY, WITH DECLARATION OF ROBIN DEZEMBER, DECLARATION OF LISA TILLMAN, [PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Fred D. Heather
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

Raymond Edward Loughrey
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

William E. Mitchell
Riverside County District Attorney's Office
4075 Main Street
Riverside, CA 92501

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 14, 2008**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |

30422064.wpd
CF1997CS0003

Def. Ex Parte Request Re: CMC

5