EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                  Defendants. | CASE NO.: 2:90-cv-00520 LKK JFM P<br><br>**DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' EX PARTE MOTION TO AMEND AUGUST 2007 BED PLAN RE: CALIFORNIA MEN'S COLONY** |

I, Lisa Tillman, declare:

1. I am an attorney licensed to practice before the courts of the State of California and admitted to practice before this Court. I am employed by the Office of the Attorney General, attorney for the defendants in this matter.

2. I have personal knowledge of the facts stated in this declaration and if called to testify would do so competently.

3. I informed Plaintiff counsels Michael Bien and Jane Kahn of Rosen, Bien and Galvan as well as Plaintiff counsels Steve Fama and Ivan Trujillo of the Prison Law Office by

Def. Ex Parte Re: CMC, Dec. Tillman

an email sent on Thursday, April 10, 2008 that Defendants intended to file an ex parte motion to amend the submitted mental health care bed plan of December 2006, as supplemented by the bed plan of August 2007, to indicate that the 50-bed mental health crisis bed facility at California Men's Colony would be built without any consolidated care center at that campus.

    4.    In response to my email, Plaintiff counsels Michael Bien and Jane Kahn agreed that this motion could be filed on an ex parte basis. They stated no opposition to the amendment of the Defendants' of December 2006, as supplemented by the bed plan of August 2007, to indicate that the 50-bed mental health crisis bed facility at California Men's Colony would be built without any consolidated care center at that campus.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 14, 2008 in Sacramento, California.

By: */s/ Lisa Tillman*
      Lisa Tillman

Def. Ex Parte Re: CMC, Dec. Tillman

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: *Coleman, et al. v. Schwarzenegger, et al.*
Case No.: 2:90-cv-00520 LKK JFM P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On **April 14, 2008**, I served the attached **DECLARATION OF LISA TILLMAN IN SUPPORT OF DEFENDANTS' EX PARTE MOTION TO AMEND AUGUST 2007 BED PLAN RE: CALIFORNIA MEN'S COLONY** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Fred D. Heather
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

Raymond Edward Loughrey
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

William E. Mitchell
Riverside County District Attorney's Office
4075 Main Street
Riverside, CA  92501

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 14, 2008**, at Sacramento, California.

| D. Kulczyk | */s/ D. Kulczyk* |
|---|---|
| Declarant | Signature |

30435789.wpd
CF1997CS0003

Def. Ex Parte Re: CMC, Dec. Tillman

3