1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 327-7872
8   Fax: (916) 324-5205
    Email: Lisa.Tillman@doj.ca.gov
9

10 Attorneys for Defendants

11
              IN THE UNITED STATES DISTRICT COURT
12
              FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14 | RALPH COLEMAN, et al.,              | CASE NO.: 2:90-cv-00520 LKK JFM P
15 |                      Plaintiffs,    | **DECLARATION OF ROBIN DEZEMBER IN SUPPORT OF DEFENDANTS' EX PARTE MOTION TO AMEND AUGUST 2007 BED PLAN RE: CALIFORNIA MEN'S COLONY**
16 |      v.                             |
17 | ARNOLD SCHWARZENEGGER, et al.,       |
18 |                      Defendants.    |

19

20      I, Robin Dezember, declare:

21      1.   I am employed as the Chief Deputy Secretary of Correctional Health Care

22 Services of the California Department of Corrections and Rehabilitation (CDCR). I have

23 personal knowledge of the facts stated in this declaration and if called to testify upon those

24 facts would do so competently.

25      2.   I have met regularly with John Hagar, Chief of Staff of the *Plata* Receiver's

26 Office, to coordinate the *Plata* and *Coleman* construction efforts.

27      3.   In the course of our recent meetings, I learned that Mr. Hagar had selected

28 potential sites for consolidated care centers. Those sites do not include the California Men's

Def. Ex Parte Re: CMC, Dec. Dezember

1

1 Colony.

2    4. The Receiver's Office prepared and provided me with a chart showing the potential sites for a consolidated care centers. The chart does not list the California Men's Colony as a separate consolidated care center site. Attached herein as Exhibit 1 is a true and correct copy of that chart.

6    5. I am familiar with Defendant CDCR's submitted mental health care bed plan of December 2006 and its supplemental plan of August 2007. Those plans indicate a 50-bed mental health care bed unit will be built at the California Men's Colony (CMC) as part of a consolidated care center at that prison.

10    6. In light of the Office of the Receiver's decision to not place a consolidated care center at CMC, I recognize Defendant CDCR's submitted mental health care bed plans must be amended to reflect that the mental health crisis bed unit at CMC will be built rather than a consolidated care center at that prison.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Sacramento, California on April 11, 2008.

By: _____
Robin Dezember

10422069.wpd
CF1997CS0003

Def. Ex Parte Re: CMC, Dec. Dezember

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  *Coleman, et al. v. Schwarzenegger, et al.*
Case No.:   2:90-cv-00520 LKK JFM P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On **April 14, 2008**, I served the attached **DECLARATION OF ROBIN DEZEMBER IN SUPPORT OF DEFENDANTS' EX PARTE MOTION TO AMEND AUGUST 2007 BED PLAN RE: CALIFORNIA MEN'S COLONY** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Fred D. Heather
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

Raymond Edward Loughrey
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA 94105

William E. Mitchell
Riverside County District Attorney's Office
4075 Main Street
Riverside, CA 92501

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 14, 2008**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |

30422069.wpd

Def. Ex Parte Re: CMC, Dec. Dezember

**EXHIBIT ONE (1) TO DEFENDANTS' EX PARTE MOTION TO AMEND AUGUST 2007 BED PLAN RE: CALIFORNIA MEN'S COLONY**

# Expansion Program

- Six or Seven Facilities to Serve Approximately 10,000 Patients
  - Potential sites include:
    - Tracy (DVI)
    - Folsom (State Prison)
    - Solano / Vacaville (State Prison)
    - Stockton (NCYCC)
    - San Diego (RJ Donovan)
    - Camarillo (Ventura Youth Correctional)
    - Chino (CIM)
    - Whittier (Fred C. Nelles)

| Medical | Capacity |
|---|---|
| General Pop. | 3,650 |
| Low Acuity | 900 |
| High Acuity | 450 |
| Subtotal | 5,000 |

| Mental Health | Capacity |
|---|---|
| Enh. Outpatient | 3,672 |
| Intermediate | 350 |
| Acute & Crisis | 270 |
| Subtotal | 4,292 |