IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | CASE NO.: 2:90-cv-00520 LKK JFM P <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME RE: SUBMISSION OF INFORMATION DELINEATING AUGUST 2007 MENTAL HEALTH BED PLAN** |

Upon good cause appearing, Defendants request for an extension of time to June 16, 2008 to respond to each of the items listed in numbered paragraphs 6 and 7 of this Court's October 17, 2007 order is hereby granted.

Dated: _____          _____
                                          The Honorable Lawrence K. Karlton

[Proposed] Order

1

1 **DECLARATION OF SERVICE BY U.S. MAIL**

2  Case Name:  *Coleman, et al. v. Schwarzenegger, et al.*
   Case No.:   2:90-cv-00520 LKK JFM P

4  I declare:

5  I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

8  On **April 14, 2008**, I served the attached **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME RE: SUBMISSION OF INFORMATION DELINEATING AUGUST 2007 MENTAL HEALTH BED PLAN** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Fred D. Heather
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

Raymond Edward Loughrey
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

William E. Mitchell
Riverside County District Attorney's Office
4075 Main Street
Riverside, CA  92501

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 14, 2008**, at Sacramento, California.

D. Kulczyk                                                /s/ D. Kulczyk
_____                                       _____
    Declarant                                                  Signature

30434708.wpd

[Proposed] Order

2