IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>         v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**AMENDED [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO AMEND BED PLAN RE: CALIFORNIA MEN'S COLONY** |

Upon good cause appearing, Defendants' ex parte motion to amend their December 2006 mental health bed plan, as supplemented by the bed plan of August 2007, to indicate that the 50-bed mental health crisis bed facility at California Men's Colony will be built without any consolidated care center at that campus is hereby granted.

Dated: _____          _____
                                                                                          The Honorable Lawrence K. Karlton

[Proposed] Order

1

**DECLARATION OF SERVICE BY U.S. MAIL**

**Case Name:**  *Coleman, et al. v. Schwarzenegger, et al.*
**Case No.:**   **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On **April 14, 2008**, I served the attached **AMENDED [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE  MOTION TO AMEND BED PLAN RE:CALIFORNIA MEN'S COLONY** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Fred D. Heather
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

Raymond Edward Loughrey
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

William E. Mitchell
Riverside County District Attorney's Office
4075 Main Street
Riverside, CA  92501

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 14, 2008**, at Sacramento, California.

|  |  |
|---|---|
| E. Torres | */s/ E. Torres* |
| Declarant | Signature |

30437521.wpd