1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     **RALPH COLEMAN, et al.,**                        2:90-cv-00520 LKK JFM P

12                                          Plaintiffs,   **AMENDED ORDER
                                                          GRANTING DEFENDANTS'**
13           **v.**                                       **EX PARTE  MOTION TO
                                                          AMEND BED PLAN RE:**
14     **ARNOLD SCHWARZENEGGER, et al.,**                 **CALIFORNIA MEN'S
                                                          COLONY**
15                                         Defendants.

16

17              Upon good cause appearing, Defendants' ex parte motion to amend their December

18     2006 mental health bed plan, as supplemented by the bed plan of August 2007, to indicate that

19     the 50-bed mental health crisis bed facility at California Men's Colony will be built without any

20     consolidated care center at that campus is hereby granted.

21

22     Dated: April 15, 2008

23                                                   LAWRENCE K. KARLTON
24                                                   SENIOR JUDGE
25                                                   UNITED STATES DISTRICT COURT

26

27

28

[Proposed] Order