EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**STIPULATION TO A 90-DAY EXTENSION OF TIME RE: APRIL 17, 2007 FILING ON BED PLAN, WITH [PROPOSED] ORDER** |

**I.**

**INTRODUCTION**

By this stipulation, the parties agree to a 90-day extension of time for Defendants' submission of their response to paragraphs 6 and 7 of this Court's October 17, 2007 order for further information concerning the submitted bed plan.

**II.**

**PROCEDURAL BACKGROUND**

On October 17, 2007, this Court ordered Defendants to submit to the Special Master the following plans within six months:

Stipulation Re: EOT Bed Plan

     a. A plan for the recruitment and compensation of hospital administrators to develop and run the California Department of Corrections and Rehabilitation's (CDCR) overall inpatient treatment program and the specific institutional inpatient programs in its consolidated care centers.

     b. Preparation of a memorandum of understanding on the Department of Mental Health's mentoring and direct service obligations under the revised plan for integration in an inter-agency agreement.

     c. A plan identifying anticipated clinical and custody staffing needs and a program for providing the personnel required to recruit, vet, hire and retain adequate staffing.

     d. An analysis justifying the reduction and/or elimination of mental health crisis beds in the revised August 2007 plan in the 29 CDCR institutions that are not scheduled to deliver consolidated care.

(*Coleman* Order, 10/17/07, pp. 3-4, ¶ 7.)

     In the same order, this Court directed Defendants to state, within 30 days, whether the Joint Commission for Accreditation of Hospital Organizations (JCAHO) would accredite an intermediate care facility in a non-hospital prison setting. If so, Defendants were provided six months to submit to the Special Master a plan with time frames for meeting and procuring for all CDCR-operated inpatient programs applicable State licensure and JCAHO accreditation. (*Coleman* Order, 10/17/07, p. 3, ¶ 6.)

     The *Plata* Receiver has now been vested with a leadership role over the construction of mental health beds. (Coordinated Courts Order, 2/26/08.)

     The Receiver will meet with the *Coleman* parties on April 24, 2008 to discuss the construction of 5,000 mental health beds under his aegis.

//
//
//
//
//

Stipulation Re: EOT Bed Plan

## III.

## STIPULATION

In light of the foregoing statement, the parties, by and through their counsels, stipulate to a 90-day extension for the submission of Defendants' response to paragraphs 6 and 7 of the October 17, 2007 court order. Under this stipulation, the new deadline for the response is July 16, 2008.

SO STIPULATED.

Dated: April 16, 2008    By: _____
                              Michael Bien
                              Rosen, Bien & Galvan
                              Attorneys for Plaintiffs

Dated: April ___, 2008   By: _____
                              Lisa Tillman
                              Office of the Attorney General
                              Attorneys for Defendants

30437526.wpd
CF1997CS0003

Stipulation Re: EOT Bed Plan

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                       Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                       Defendants. | CASE NO.: 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER APPROVING STIPULATION FOR A 60-DAY EXTENSION OF TIME RE: SUBMISSION OF INFORMATION DELINEATING AUGUST 2007 MENTAL HEALTH BED PLAN** |

      Upon good cause appearing, the parties' stipulation for an extension of time to July 16, 2008 for Defendants to respond to each of the items listed in numbered paragraphs 6 and 7 of this Court's October 17, 2007 order is hereby granted.

Dated: _____    _____

[Proposed] Order

1

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Coleman, et al. v. Schwarzenegger, et al.**

No.:   **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On April 16, 2008, I served the attached **Stipulation to a 90-Day Extension of Time re April 17, 2007 Filing on Bed Plan with [Proposed] Order** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Sacramento, California, addressed as follows:

Fred D. Heather
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

Raymond Edward Loughrey
Kirkpatrick & Lockhart Preston Gates Ellis, LLP
55 Second Street, Suite 1700
San Francisco, CA  94105

William E. Mitchell
Riverside County District Attorney's Office
4075 Main Street
Riverside, CA  92501

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 16, 2008, at Sacramento, California.

|  E. Torres  |  *[signature]*  |
|  :---:  |  :---:  |
|  Declarant  |  Signature  |

30439972.wpd