EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-7872
  Fax: (916) 324-5205
  Email: Lisa.Tillman@doj.ca.gov

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777–3200
Facsimile: (415) 541- 9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>       v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | 2:90-cv-0520<br><br>**DEFENDANTS' STATEMENT RE: EXPEDITED HEARING ON OFFICE OF INSPECTOR GENERAL'S RESPONSE TO PLAINTIFFS' SUBPOENA FOR UNREDACTED REPORT** |
| **MARCIANO PLATA, et al.,**<br><br>                                    Plaintiffs,<br><br>       v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                    Defendants. | Case No.  C 01-cv-1351 TEH<br><br>Date of Hearing: April 17, 2008<br>Time of Hearing: 11:00 a.m.<br>Courtroom: Magistrate Judge Moulds |

Def. Response Re: OIG Document

1

Plaintiffs have sought a hearing on shortened time on their as-yet-unfiled motion to compel the Office of the Inspector General to produce a certain unredacted document in response to Plaintiffs' subpoena. (Ex. 1, Pls'. Counsel Email to OIG, 4/14/08). Defendants initially raised their concern that the Three-Judge Panel's discovery stay dated December 17, 2007 could impact this dispute, and this Court sought briefing, by 5:00 p.m. today, on that issue. Without prejudice to any future argument about whether a discovery stay is in effect, Defendants hereby state that such concern is no longer an issue in this matter–specifically, Plaintiffs' request for a hearing on shortened time to enforce their subpoena to the Office of the Inspector General.

Dated: April 16, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

ROCHELLE C. EAST
Supervising Deputy Attorney General

*/s/ Lisa A. Tillman*

LISA A. TILLMAN
Deputy Attorney General
Attorneys for Defendants

Def. Response Re: OIG Document

2