<u>**DECLARATION OF SERVICE BY U.S. MAIL**</u>

Case Name: **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
**USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM P**
**Plata, et al. v. Schwarzenegger, et al.**
**USDC, Northern District of California, Case No. C-01-1351 TEH**

No.: **2:90-cv-0520**; **C-01-1351**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **April 16, 2008**, I served the attached **Defendants' Statement re: Expedited Hearing on Office of Inspector General's Response to Plaintiffs' Subpoena for Unredacted Report** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 'I' Street, Sacramento, California, 95814, addressed as follows:

| | |
|---|---|
| John Hagar | Honorable Stephen Reinhardt |
| California Prison Health Care Receivership | United States Courthouse |
| Office of the Receiver | 312 North Spring Street, Suite 1747 |
| 501 J Street, Suite 100 | Los Angeles, CA 90012 |
| Sacramento, CA 95814 | **(Overnight Courier)** |

Martin H. Dodd
Futterman & Dupree
160 Sansome Street, 17th Floor
San Francisco, CA 94109
**(For Receiver)**

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814
**(Overnight Courier)**

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102
**(Overnight Courier)**


I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **April 16, 2008**, at Sacramento, CA

| E. Torres | */s/ E. Torres* |
|---|---|
| Declarant | Signature |