1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
6  1300 I Street, Suite 125
   P.O. Box 944255
7  Sacramento, CA 94244-2550
   Telephone: (916) 327-7872
8  Fax: (916) 324-5205
   Email: Lisa.Tillman@doj.ca.gov
9
   Attorneys for Defendants

HANSON BRIDGETT MARCUS
VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541- 9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

10

11

IN THE UNITED STATES DISTRICT COURT

12

FOR THE EASTERN DISTRICT OF CALIFORNIA

13

AND THE NORTHERN DISTRICT OF CALIFORNIA

14

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16

| | |
|---|---|
| 17  **RALPH COLEMAN, et al.,** | 2:90-cv-0520 |
| 18                                    Plaintiffs, | **DEFENDANTS' STATEMENT RE: EXPEDITED HEARING ON OFFICE OF INSPECTOR GENERAL'S RESPONSE TO PLAINTIFFS' SUBPOENA FOR UNREDACTED REPORT** |
| 19  v. | |
| 20  **ARNOLD SCHWARZENEGGER, et al.,** | |
| 21                                    Defendants. | |
| 22 | Case No.  C 01-cv-1351 TEH |
| 23  **MARCIANO PLATA, et al.,** | |
| 24                                    Plaintiffs, | Date of Hearing: April 17, 2008 |
| 25  v. | Time of Hearing: 11:00 a.m. |
| 26  **ARNOLD SCHWARZENEGGER, et al.,** | Courtroom: Magistrate Judge Moulds |
| 27                                    Defendants. | |
| 28 | |

Def. Response Re: OIG Document

1

1    Plaintiffs have sought a hearing on shortened time on their as-yet-unfiled motion to

2 compel the Office of the Inspector General to produce a certain unredacted document in response

3 to Plaintiffs' subpoena. (Ex. 1, Pls'. Counsel Email to OIG, 4/14/08).  Defendants initially raised

4 their concern that the Three-Judge Panel's discovery stay dated December 17, 2007 could impact

5 this dispute, and this Court sought briefing, by 5:00 p.m. today, on that issue.  Without prejudice

6 to any future argument about whether a discovery stay is in effect, Defendants hereby state that

7 such concern is no longer an issue in this matter–specifically, Plaintiffs' request for a

8 hearing on shortened time to enforce their subpoena to the Office of the Inspector General.

9    Dated:  April 16, 2008

10    Respectfully submitted,

11    EDMUND G. BROWN JR.
     Attorney General of the State of California

12    DAVID S. CHANEY
     Chief Assistant Attorney General

13

14    FRANCES T. GRUNDER
     Senior Assistant Attorney General

15    ROCHELLE C. EAST
     Supervising Deputy Attorney General

16

17

18

19    LISA A. TILLMAN
     Deputy Attorney General
     Attorneys for Defendants

20

21

22

23

24

25

26

27

28

Def. Response Re: OIG Document

<u>COLEMAN V. SCHWARZENEGGER</u>
CASE NO. CIV S-90-0520 LKK JFM P

PLATA V. SCHWARZENEGGER
CASE NO. C 01-cv-1351 TEH

EXHIBIT 1

DEFENDANTS' STATEMENT RE: EXPEDITED HEARING

**Lisa Tillman - OIG Subpoena / Motion to Compel**

---

**From:**     Amy Whelan <AWhelan@RBG-Law.com>
**To:**       "'sheldonb@oig.ca.gov'" <sheldonb@oig.ca.gov>
**Date:**     4/14/2008 2:21 PM
**Subject:**  OIG Subpoena / Motion to Compel
**CC:**       'Lisa Tillman' <Lisa.Tillman@doj.ca.gov>, Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbg-law.com>

---

Ms. Sheldon,
I left you voicemail messages on Friday and this morning regarding a hearing date for the motion to compel the OIG Scott Thomas report from your office. I just called again and was unable to reach you. In order to establish a briefing schedule and a hearing date for this motion, we have to call Judge Moulds' staff attorney, Haven Gracey. Lisa Tillman from the Office of the Attorney General, is available for this call this afternoon, as am I. Please let me know as soon as possible when you are available to participate. Again, we are simply trying to set up a schedule and reserve a hearing date, which means that the call should last only a few minutes at the most. I look forward to hearing from you.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.