IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.                AMENDED ORDER[1]

          The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of February 2008.

          Good cause appearing, IT IS HEREBY ORDERED that:

          1. The Clerk of the Court is directed to pay to

                Matthew A. Lopes, Jr., Esq.
                Special Master
                Pannone Lopes & Devereaux LLC
                317 Iron Horse Way, Suite 301
                Providence, RI 02908

the amount of $350,709.90 in accordance with the attached statement; and

/////

---

[1] This order is amended to correct a clerical error in the order filed April 11, 2008.

1

2. A copy of this order shall be served on the financial department of this court.

DATED: April 17, 2008.

UNITED STATES MAGISTRATE JUDGE

12
cole08.febamd

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

**RALPH COLEMAN, et al.,**
     **Plaintiffs,**

     v.                                        No. Civ. S-90-0520 LKK JFM P

**ARNOLD SCHWARZENEGGER et al.,**
     **Defendants.**

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through February, 2008.

Matthew A. Lopes, Jr., Special Master
     Services                            $37,451.00
     Disbursements                 $ 7,156.81

          Total amount due                              $44,607.81

Linda E. Buffardi, Deputy Special Master
     Services                            $40,175.00
     Disbursement                  $     -0-

          Total amount due                              $40,175.00

Mohamedu F. Jones, J.D., Deputy Special Master
     Services                            $34,060.00
     Disbursements                 $     -0-

          Total amount due                              $34,060.00

Mary-Joy Spencer, J.D.
     Services                            $23,120.00
     Disbursements                 $     -0-

          Total amount due                              $23,120.00

Kerry F. Walsh, J.D.
     Services                            $33,412.50
     Disbursements                 $     -0-

          Total amount due                              $33,412.50

Paul Nicoll, M.P.A.
  Services        $8,995.00
  Disbursements      268.00

  Total amount due        $9,263.00

Kerry C. Hughes, M.D.
  Services        $16,460.00
  Disbursements      1,623.67

  Total amount due        $18,083.67

Dennis F. Koson, M.D.
  Services        $7,750.00
  Disbursements      -0-

  Total amount due        $7,750.00

Jeffrey L. Metzner, M.D.
  Services        $15,213.00
  Disbursements      1,902.95

  Total amount due        $17,115.95

Raymond F. Patterson, M.D.
  Services        $7,375.00
  Disbursements      $ 659.00

  Total amount due        $8,034.00

Ted Ruggles, Ph.D.
  Services        $20,813.00
  Disbursements      $ 2,262.93

  Total amount due        $23,075.93

Melissa G. Warren, Ph.D.
  Services        $10,800.00
  Disbursements      $ -0-

  Total amount due        $10,800.00

Kathryn A. Burns, MD, MPH
    Services    $5,075.00
    Disbursements    $   507.57

    Total amount due    $5,582.57

Yong Joo Erwin, LCSW
    Services    $13,275.00
    Disbursements    $   727.09

    Total amount due    $14,002.09

Mary Perrien, Ph.D.
    Services    $7,600.00
    Disbursements    $   -0-

    Total amount due    $7,600.00

Virginia L. Morrison, J.D.
    Services    $4,210.00
    Disbursements    $   -0-

    Total amount due    $4,210.00

Patricia M. Williams, J.D.
    Services    $3,500.00
    Disbursements    $   -0-

    Total amount due    $3,500.00

Angela P. Shannon, M.D.
    Services    $1,075.00
    Disbursements    $   -0-

    Total amount due    $1,075.00

Henry A. Dlugacz, MSW, J.D.
    Services    $11,493.00
    Disbursements    $ 1,161.69

    Total amount due    $12,654.69

J. Ronald Metz
  Services        $4,200.00
  Disbursements     $     -0-

   Total amount due      $4,200.00

I.C. Haunani Henry
  Services        $28,360.00
  Disbursements     $     27.69

   Total amount due      $28,387.69

**TOTAL AMOUNT TO BE REIMBURSED**    **$350,709.90**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master