1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST - 183792
   Supervising Deputy Attorney General
5  LISA A. TILLMAN - 126424
   Deputy Attorney General
6  CHARLES ANTONEN - 221207
   Deputy Attorney General
7  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
8  Telephone: (415) 703-5443
   Facsimile:  (415) 703-5843
9  rochelle.east@doj.ca.gov
   lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
RENJU P. JACOB - 242388
SAMANTHA TAMA - 240280
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AND THE EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | **No.  2:90-cv-00520 LKK JFM P**<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF MOTION AND MOTION OF LODGING DOCUMENTS UNDER SEAL FOR *IN CAMERA* REVIEW** |

1  **TO PLAINTIFFS, INTERVENORS AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that Defendants hereby move the Court for leave to lodge documents for which it seeks reconsideration under seal for its *in camera* review pursuant to Rule 39-141 of the Local Rules of Practice for the United States District Court, Eastern District of California ("Civil Local Rule"). This motion is based upon this Notice of Motion and Motion, Memorandum of Points and Authorities, and all the pleadings and papers on file in this action.

## I.   MEMORANDUM OF POINTS AND AUTHORITIES

In conjunction with Defendants' Request for Reconsideration and/or Stay of Judge Moulds' April 14, 2008 Order, and with Civil Local Rule 39-141, Defendants hereby moves and gives notice that it shall submit to the Three Judge Panel an *in camera* copy of the documents for which Defendants seek reconsideration on Tuesday, April 22, 2008.

In discovery motions concerning the attorney-client privilege, it is proper practice to provide privileged documents for the Court's *in camera* review. *See In re Grand Jury Witness*, 695 F.2d 359, 362 (9th Cir. 1982) (explaining that it is proper to provide documents for *in camera* inspection when a party asserts the attorney-client privilege).

With regard to the duration and nature to which the documents are to be sealed, Defendants request that this *in camera* copy be sealed and that the Court exercise care in disclosure of the contents of these documents in its orders or otherwise, until all avenues of appeal have been exhausted. Should this Court ultimately find that any documents lodged under seal are not privileged, Defendant requests that the Court not release the documents to Plaintiffs' counsel, Intervenors' counsel, or the general public through the PACER system or otherwise. *See Haines v. Liggett Group, Inc.*, 975 F.2d 81, 97 (3d Cir. 1992) ("Because of the sensitivity surrounding the attorney-client privilege, care must be taken that, following any determination that an exception applies, the matters covered by the exception be kept under seal or appropriate court-imposed privacy procedures until all avenues of appeal are exhausted.")

-1-
NOTICE OF MOTION AND MOTION LODGING DOCUMENTS FOR *IN CAMERA* REVIEW (CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1452448.1

1  For the foregoing reasons, Defendants respectfully request that this Court order
2  documents subject to Defendants' Request for Reconsideration be sealed and used
3  solely for the Court's *in camera* review.
4
5  DATED: April 22, 2008                    HANSON BRIDGETT LLP
6
7                                           By:   /s/ Paul Mello
                                                  PAUL MELLO
8                                                 Attorneys for Defendants Arnold
                                                  Schwarzenegger, et al.
9
10 DATED: April 22, 2008                    EDMUND G. BROWN JR.
11
12                                          By:   /s/ Rochelle East
                                                  ROCHELLE EAST
13                                                Supervising Deputy Attorney General
                                                  Attorneys for Defendants Arnold
14                                                Schwarzenegger, et al.