EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST - 183792
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
CHARLES ANTONEN - 221207
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5443
Facsimile:  (415) 703-5843
rochelle.east@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
RENJU P. JACOB - 242388
SAMANTHA TAMA - 240280
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AND THE EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | **No.  2:90-cv-00520 LKK JFM P** <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **NOTICE OF LODGING SEALED DOCUMENTS FOR *IN CAMERA* REVIEW BY DISK ONLY** |

NOTICE OF LODGING SEALED DOCUMENTS FOR *IN CAMERA* REVIEW BY DISK ONLY. (case no. 2:90-cv-00520 LKK JFM P/ C01-1351 TEH)

1452482.1

**TO PLAINTIFFS, INTERVENORS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendants lodged with each Judge of this Three-Judge Panel a sealed disk containing the documents subject to Defendants' Request for Reconsideration pursuant to Rule 39-141 of the Local Rules of Practice for the United States District Court, Eastern District of California.

DATED: April 22, 2008                    HANSON BRIDGETT LLP

By:   /s/ Paul Mello
PAUL MELLO
Attorneys for Defendants Arnold Schwarzenegger, et al.

DATED: April 22, 2008                    EDMUND G. BROWN JR.

By:   /s/ Rochelle East
ROCHELLE EAST
Supervising Deputy Attorney General
Attorneys for Defendants Arnold Schwarzenegger, et al.

-1-

NOTICE OF LODGING SEALED DOCUMENTS FOR *IN CAMERA* REVIEW BY DISK ONLY. (CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1452482.1