EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST - 183792
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
CHARLES ANTONEN - 221207
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5443
Facsimile:  (415) 703-5843
rochelle.east@doj.ca.gov
lisa.tillman@doj.ca.gov

Attorneys for Defendants

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
RENJU P. JACOB - 242388
SAMANTHA TAMA - 240280
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AND THE EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | **No.  2:90-cv-00520 LKK JFM P**<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**[PROPOSED] ORDER SEALING DOCUMENTS FOR *IN CAMERA* REVIEW** |

[PROPOSED] ORDER SEALING DOCUMENTS FOR *IN CAMERA* REVIEW.
(case no. 2:90-cv-00520 LKK JFM P/ C01-1351 TEH)

1452485.1

Pursuant to Eastern District Local Rule 39-141, the Court, having reviewed the Defendants' Motion to Lodge Sealed Documents for *In Camera* review, and good cause appearing, hereby finds:

Defendant's disk lodged with the three judges of this Court is sealed. The sealed disk may be used by the Court to evaluate the merits of Defendants' Request for Reconsideration and/or Stay. This Court will take measures to ensure that the sealed documents, for which Defendants maintain privilege shall remain sealed until all avenues for appeal have been exhausted. The sealed documents shall not be disclosed to Plaintiffs' counsel, Intervenors' counsel, or the general public. Should this Court determine that any of the sealed documents are subject to disclosure to Plaintiffs and Intervenors, the Court will Order Defendants to produce said documents.

IT IS SO ORDERED:

DATED: April __, 2008

By:_____
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

DATED: April __, 2008

By:_____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE, EASTERN DISTRICT OF CALIFORNIA

DATED: April __, 2008

By:_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE, NORTHERN DISTRICT OF CALIFORNIA