IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                              Defendants. | CASE NO.: 2:90-cv-00520 LKK JFM P<br><br>**ORDER APPROVING STIPULATION FOR A 60-DAY EXTENSION OF TIME RE: SUBMISSION OF INFORMATION DELINEATING AUGUST 2007 MENTAL HEALTH BED PLAN** |

Upon good cause appearing, the parties' stipulation for an extension of time to July 16, 2008 for Defendants to respond to each of the items listed in numbered paragraphs 6 and 7 of this Court's October 17, 2007 order is hereby granted.

Dated: April 22, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Order]

1