MATTHEW L. CATE
Inspector General
BARBARA L. SHELDON, State Bar No. 137740
Chief Counsel
TAMARA M. COLSON, State Bar No. 190223
3927 Lennane Drive, Suite 220
P.O. Box 348780
Sacramento, CA 95834
Telephone: (916) 830-3600
Fax: (916) 928-5996

Attorneys for Non-Party California Office of the Inspector General

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>Defendants. | Case No.: Civ S 90-0520 LKK-JFM P<br><br>THREE-JUDGE COURT |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>Defendants. | Case No.: C01-1351 TEH<br><br>THREE-JUDGE COURT<br><br>DECLARATION OF BARBARA L. SHELDON IN SUPPORT OF THE OFFICE OF THE INSPECTOR GENERAL'S OPPOSTION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF THE OFFICE OF THE INSPECTOR GENERAL'S UNREDACTED REPORT RE: SCOTT THOMAS |

///

///

-1-

DECLARATION OF BARBARA L. SHELDON IN SUPPORT OF THE OFFICE OF THE INSPECTOR GENERAL'S OPPOSTION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF THE OFFICE OF THE INSPECTOR GENERAL'S UNREDACTED REPORT RE: SCOTT THOMAS

I, Barbara Sheldon, declare:

1. I am presently the Chief Counsel of the Office of the Inspector General (OIG). I have personal knowledge of the matters herein and if called as a witness could competently testify.

2. In October 2007, the OIG issued its Special Review into the California Department of Corrections and Rehabilitation's Release of Inmate Scott Thomas (report). Two versions of the report were created, a public version and a confidential version. The confidential report contains medical, including mental health information, regarding Mr. Thomas. The confidential report was provided in confidence to Governor Schwarzenegger and Secretary Tilton pursuant to Penal Code section 6126. However, the OIG remains the custodian of records for both the public and confidential versions of the report, and has not publicly disclosed the confidential report.

3. Plaintiffs' counsel, Lisa Ells, issued a subpoena requesting the confidential version of the report. In response to the subpoena, I sent her a letter dated April 7, 2008, objecting to the subpoena because the information requested is confidential and privileged. Subsequently, I met and conferred with Ms. Whelan and explained that the information requested could not be produced in response to the subpoena because it was confidential and privileged, and pursuant to Penal Code section 6126.4 it is a misdemeanor to release such information. I also informed her that the two protective orders provided with the subpoena were insufficient because one applies to records of the California Department of Health Services and the other applied to records of the California Department of Corrections and Rehabilitation. Ms. Whelan informed me that Plaintiffs' counsel has access to the medical, including mental health, information contained in the confidential report, however, Plaintiffs seek the confidential report to obtain OIG's conclusions.

4. During a conference call on April 16, 2008, which included the court staff and representatives from all parties, Plaintiffs' counsel, Michael Bien, and I agreed that Plaintiffs would file their motion to compel on or before April 18, 2008; the OIG would file its opposition on or before April 23, 2008; and then the matter would be submitted on the papers.

I declare under penalty of perjury under the law of the United States and the State of California that the foregoing is true and correct.

Executed this 23rd day of April in Sacramento, California.

Dated: April 23, 2008

*Barbara L. Sheldon*
Barbara L. Sheldon

-3-