IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER SETTING STANDARD BRIEFING SCHEDULE FOR MOTIONS |

In its October 10, 2007 order, the Court ordered that any motion, other than a discovery motion, "shall be filed without a noticed hearing date. The court will thereafter issue an order setting, as appropriate, a hearing date and briefing schedule for any specific motions so filed." Oct. 10, 2007 Order at 7 n.6. The Court now finds, however, that it would be useful to establish a standard briefing schedule for motions filed in these proceedings. Accordingly, for all motions filed in these proceedings except for motions in limine and discovery motions before the magistrate judge, the following schedule shall be followed unless otherwise ordered:

1. Opposition papers, if any, shall be filed and served no later than fourteen calendar days after the filing of the motion.

2. Reply papers, if any, shall be filed and served no later than twenty-one calendar days after the filing of the motion.

3. The matter shall then be deemed submitted on the papers, unless the Court otherwise orders oral argument.

4. The Court reserves the discretion to rule on motions prior to the deadline for filing opposition papers if the issues are clear and due process does not appear to warrant an opportunity to respond.

Because Defendants' motion for reconsideration regarding attorney-client privilege was filed before this briefing schedule was put into effect, Plaintiffs shall have until **May 9, 2008,** to file an opposition to the motion, and Defendants may file a reply on or before **May 16, 2008**. No oral argument on this motion will be necessary.

**IT IS SO ORDERED.**

Dated:   04/25/08

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated:   04/25/08

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated:   04/25/08

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

2