1  PRISON LAW OFFICE
   DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
   E. IVAN TRUJILLO, Bar No. 228790
3  General Delivery
   San Quentin, California  94964
4  Telephone: (415) 457-9144

5  ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN, Bar No. 96891
6  JANE E. KAHN, Bar No. 112239
   AMY WHELAN, Bar No. 215675
7  LORI RIFKIN, Bar No. 244081
   SARAH M. LAUBACH, Bar No. 240526
8  315 Montgomery Street, 10th Floor
   San Francisco, California  94104
9  Telephone: (415) 433-6830

10 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
11 CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
12 San Francisco, CA 94107
   Telephone:  (415) 864-8848

13 Attorneys for Plaintiffs

14

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>     Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>       Plaintiffs,<br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   vs.<br><br>     Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF LORI RIFKIN IN SUPPORT OF JOINT STATEMENT REGARDING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |

[207069-1]

I, Lori Rifkin, declare:

1.      I am a member of the Bar of this Court and an associate in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.  I make this declaration in support of plaintiffs' responses in the Joint Statement Regarding Defendants' Motion for a Protective Order.

2.      All parties to the *Coleman* and *Plata* actions, including those parties who intervened for the purpose of participating in proceedings before the Three-Judge Court have already agreed to abide by the existing *Coleman* and *Plata* protective orders.  Following the Three-Judge Court's February 8, 2008 Order consolidating the proceedings regarding a prisoner release order, all parties participated in a series of discovery conferences pursuant to the Magistrate Judge's order.  During these conferences, counsel for all intervenors represented that they would abide by and sign written acknowledgements of the existing *Coleman* and *Plata* protective orders.  Subsequent to this agreement by all parties including intervenors, plaintiffs' counsel distributed copies of the protective orders and acknowledgement forms for signature by counsel for the intervenors.  As of April 24, signed acknowledgements of the protective orders had been returned to plaintiffs by counsel for all intervenors with the exception of Sonoma County and San Mateo County intervenors.  Attached hereto as **Exhibit A** are true and correct copies of the executed acknowledgements of the *Coleman* and *Plata* protective orders by counsel for CCPOA intervenors, counsel for Santa Clara, Solano, and Santa Barbara County intervenors, counsel for Republican Assembly and Republican Senate intervenors, counsel for District Attorney intervenors, and counsel for the Sheriff, Probation, Police Chief, and Corrections intervenors.  For those acknowledgements that included the protective orders themselves as appendices to the acknowledgements, these appendices have been omitted in Exhibit A.

3.      When plaintiffs' counsel Lori Rifkin and defendants' counsel Charles Antonen met and conferred via telephone on March 13, 2008 regarding defendants' proposed protective

[207069-1]

order, Mr. Antonen also represented to plaintiffs' counsel that defendants' counsel had previously requested and received oral agreement from all defendant-intervenors to abide by the existing *Coleman* and *Plata* protective orders. Defendants' counsel represented that they requested this agreement prior to sharing documents produced during discovery with intervenors.

4. On April 13, 2008, plaintiffs' counsel sent an e-mail to counsel for all parties attaching and summarizing the Magistrate Judge's April 1, 2008 order and the parties' previous briefing on defendants' motion, outlining plaintiffs' position as to this Court's questions, and requesting the intervenors' participation in the Joint Statement. Attached hereto as **Exhibit B** is a true and correct copy of plaintiffs' counsel Lori Rifkin's April 13, 2008 e-mail to counsel for all parties. Additionally, on April 23, 2008, plaintiffs' counsel spoke with defendants' counsel about coordination of the Joint Statement requested by this Court, and suggested that defendants circulate a template for the Joint Statement to all counsel including intervenors' counsel so that intervenors would again be reminded of the opportunity to participate in the Joint Statement. Defendants' counsel circulated this template on April 23, 2008. As of the close of business on April 24, when plaintiffs submitted their portion of the Joint Statement to defendants, plaintiffs had not received any response to the Court's questions from the intervenors, nor were plaintiffs aware of any response from intervenors received by defendants.

5. On the afternoon of April 25, 2008, counsel for Sonoma County intervenors returned a signed acknowledgement of the protective orders. Attached hereto as **Exhibit C** is a true and correct copy of this executed acknowledgement.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed this 25th day of April 2008 in San Francisco, California.

_____*/s/Lori Rifkin*_____
Lori Rifkin

[207069-1]

# EXHIBIT A

1  Gregg McLean Adam, No. 203436
   Natalie Leonard, No. 236634
2  **CARROLL, BURDICK & McDONOUGH** LLP
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA 94104
4  Telephone:    415.989.5900
   Facsimile:    415.989.0932
5  Email:        gadam@cbmlaw.com
                 nleonard@cbmlaw.com
6
   David A. Sanders, No. 221393
7  Christine Albertine, No. 141033
   Daniel M. Lindsay, No. 142895
8  **CALIFORNIA CORRECTIONAL**
   **PEACE OFFICERS' ASSOCIATION**
9  755 Riverpoint Drive, Suite 200
   West Sacramento, CA 95605-1634
10 Telephone:    916.372.6060
   Facsimile:    916.372.9805
11 E-Mail:       david.sanders@ccpoa.org
                 christine.albertine@ccpoa.org
12
   Attorneys for Intervenor California Correctional Peace
13 Officers' Association

14            IN THE UNITED STATES DISTRICT COURTS

15          FOR THE EASTERN DISTRICT OF CALIFORNIA

            AND THE NORTHERN DISTRICT OF CALIFORNIA
16
   UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
17
     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
18

19 MARCIANO PLATA, *et al.*,              No. Civ C01-1351 TEH (N.D. Cal.) *and*

20        Plaintiffs,                      No. Civ S90-0520 LKK-JFM (E.D. Cal.)

21    v.                                   **THREE-JUDGE COURT**

22 ARNOLD SCHWARZENEGGER, *et al.*,

23        Defendants.

                                           **ACKNOWLEDGMENT AND**
24 RALPH COLEMAN, *et al.*,                **AGREEMENT TO BE BOUND BY**
                                           *COLEMAN* AND *PLATA*
25        Plaintiffs,                      **PROTECTIVE ORDERS**

26    v.

27 ARNOLD SCHWARZENEGGER, *et al.*,

28        Defendants.

CBM-SF\SF396228.1

ACKNOWLEDGMENT & AGREEMENT TO BE BOUND BY *COLEMAN* AND *PLATA* PROTECTIVE ORDER

1    TO ALL PARTIES AND THE COURTS:

2          I, Gregg McLean Adam, hereby acknowledge receipt of the Protective Orders

3    in the above-captioned cases, attached hereto as Appendices A and B. I have read and

4    understand the Protective Orders, and have personally distributed copies of them to all of

5    my clients in this matter. I, on behalf of myself and all of my clients, agree to be bound

6    by all of the terms set forth in these Orders, including the duty to return or destroy all

7    confidential information, as defined in the Orders, at the conclusion of this matter.

8          I, on behalf of myself and my clients, consent to be subject to the jurisdiction

9    of the United States District Courts for the Eastern and Northern Districts of California

10   with respect to any proceeding relating to enforcement of the Protective Orders, including

11   without limitation any proceeding for contempt.

12   Dated: March 6, 2008

13                     CARROLL, BURDICK & McDONOUGH LLP

14

15                     By

16                             Gregg McLean Adam

                          Attorney for Intervenor California Correctional

17                             Peace Officers' Association

18

19

20

21

22

23

24

25

26

27

28

ACKNOWLEDGMENT & AGREEMENT TO BE BOUND BY *COLEMAN* AND *PLATA* PROTECTIVE ORDER

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No.: Civ S 90-0520 LKK-JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |
| MARCIANO PLATA ,et al., | No. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | **ACKNOWLEGMENT AND** |
| ARNOLD SCHWARZENEGGER, et al., | **AGREEMENT TO BE BOUND BY** |
| vs. | *COLEMAN* AND *PLATA* **PROTECTIVE** |
| Defendants | **ORDERS** |

1  TO ALL PARTIES AND THE COURTS:

2       I, _Theresa Fuentes_, hereby acknowledge receipt of the Protective Orders in

3  the above-captioned cases, attached hereto as Appendices A and B.  I have read and understand

4  the Protective Orders, and have personally distributed copies of them to all of my clients, in this

   who may receive confidential material

5  matter.  I, on behalf of myself and all of my clients, agree to be bound by all of the terms set

6  forth in these Orders, including the duty to return or destroy all confidential information, as

7  defined in the Orders, at the conclusion of this matter.

8       I, on behalf of myself and my clients, consent to be subject to the jurisdiction of the

9  United States District Courts for the Eastern and Northern Districts of California with respect to

10  any proceeding relating to enforcement of the Protective Orders, including without limitation

11  any proceeding for contempt.

12

13  Dated: _3/24/08_                          Respectfully submitted,

14

15                                            _____
                                              [Attorney's Name]
16                                            And on behalf of each of my clients

17

18

19

20

21

22

23

24

25

26

27

28

-1-
ACKNOWLEGMENT AND AGREEMENT TO BE BOUND BY COLEMAN AND PLATA PROTECTIVE ORDERS, NOS.: CIV S 90-0520 LKK-
JFM, C01-1351 TEH

| | |
|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925 |
| 2 | STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790 |
| 3 | General Delivery<br>San Quentin, California 94964 |
| 4 | Telephone: (415) 457-9144 |

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

5  ROSEN, BIEN & GALVAN, LLP
6  MICHAEL W. BIEN Bar No.: 096891
   JANE E. KAHN Bar No.: 112239
   AMY WHELAN Bar No.: 215675
7  LORI RIFKIN Bar No.: 244081
   SARAH M. LAUBACH Bar No.: 240526
8  315 Montgomery Street, 10th Floor
   San Francisco, California 94104
9  Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

10  THE LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
11  CLAUDIA CENTER Bar No.: 158255
    LEWIS BOSSING Bar No.: 227402
12  600 Harrison Street, Suite 120
    San Francisco, CA 94107
13  Telephone: (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

14  Attorneys for Plaintiffs

15          IN THE UNITED STATES DISTRICT COURTS

16          FOR THE EASTERN DISTRICT OF CALIFORNIA

            AND THE NORTHERN DISTRICT OF CALIFORNIA
17
            UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | | |
|---|---|---|
| 19 | RALPH COLEMAN, et al., | ) No.: Civ S 90-0520 LKK-JFM P |
| 20 | Plaintiffs, | ) **THREE-JUDGE COURT** |
| 21 | vs. | ) |
| 22 | ARNOLD SCHWARZENEGGER, et al., | ) |
| 23 | Defendants | ) |
| 24 | MARCIANO PLATA ,et al., | ) No. C01-1351 TEH |
| 25 | Plaintiffs,<br>vs. | ) **THREE-JUDGE COURT** |
| 26 | | ) **ACKNOWLEGMENT AND** |
| 27 | ARNOLD SCHWARZENEGGER, et al., | ) **AGREEMENT TO BE BOUND BY**<br>) *COLEMAN* AND *PLATA* **PROTECTIVE** |
| 28 | vs.        Defendants | ) **ORDERS** |

TO ALL PARTIES AND THE COURTS:

I, Lee Axelrad, acknowledge receipt of the Protective Orders in the above-captioned cases, attached hereto as Appendices A and B.  I have read and understand the Protective Orders, and have personally distributed copies of them to all of my clients in this matter.  I, on behalf of myself and all of my clients, agree to be bound by all of the terms set forth in these Orders, including the duty to return or destroy all confidential information, as defined in the Orders, at the conclusion of this matter.

I, on behalf of myself and my clients, consent to be subject to the jurisdiction of the United States District Courts for the Eastern and Northern Districts of California with respect to any proceeding relating to enforcement of the Protective Orders, including without limitation any proceeding for contempt.

Dated:  3·5 ·08

Respectfully submitted,

Lee Axelrad
And on behalf of each of my clients

1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   E. IVAN TRUJILLO Bar No.: 228790
3  General Delivery
   San Quentin, California  94964
4  Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

5  ROSEN, BIEN & GALVAN, LLP
   MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
   AMY WHELAN Bar No.: 215675
7  LORI RIFKIN Bar No.: 244081
   SARAH M. LAUBACH Bar No.: 240526
8  315 Montgomery Street, 10th Floor
   San Francisco, California  94104
9  Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

10 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
11 CLAUDIA CENTER Bar No.: 158255
   LEWIS BOSSING Bar No.: 227402
12 600 Harrison Street, Suite 120
   San Francisco, CA  94107
13 Telephone:  (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

14 Attorneys for Plaintiffs

15 IN THE UNITED STATES DISTRICT COURTS

16 FOR THE EASTERN DISTRICT OF CALIFORNIA

   AND THE NORTHERN DISTRICT OF CALIFORNIA

17 UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

18 PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| 19 RALPH COLEMAN, et al., | No.:  Civ S 90-0520 LKK-JFM P |
| 20        Plaintiffs, | **THREE-JUDGE COURT** |
| 21     vs. | |
| 22 ARNOLD SCHWARZENEGGER, et al., | |
| 23        Defendants | |
| 24 MARCIANO PLATA ,et al., | No. C01-1351 TEH |
| 25        Plaintiffs, | **THREE-JUDGE COURT** |
| 26     vs. | **ACKNOWLEGMENT AND** |
| 27 ARNOLD SCHWARZENEGGER, et al., | **AGREEMENT TO BE BOUND BY** |
|      vs. | *COLEMAN* AND *PLATA* PROTECTIVE |
| 28        Defendants | **ORDERS** |

TO ALL PARTIES AND THE COURTS:

I, Kelly Duncan Scott, hereby acknowledge receipt of the Protective Orders in the above-captioned cases, attached hereto as Appendices A and B. I have read and understand the Protective Orders, and have personally distributed copies of them to all of my clients in this matter. I, on behalf of myself and all of my clients, agree to be bound by all of the terms set forth in these Orders, including the duty to return or destroy all confidential information, as defined in the Orders, at the conclusion of this matter.

I, on behalf of myself and my clients, consent to be subject to the jurisdiction of the United States District Courts for the Eastern and Northern Districts of California with respect to any proceeding relating to enforcement of the Protective Orders, including without limitation any proceeding for contempt.

Dated: March 7, 2008

Respectfully submitted,

Kelly Duncan Scott
And on behalf of each of my clients

1   PRISON LAW OFFICE
    DONALD SPECTER Bar No.: 83925
2   STEVEN FAMA Bar No.: 99641
    E. IVAN TRUJILLO Bar No.: 228790
3   General Delivery
    San Quentin, California 94964
4   Telephone: (415) 457-9144

5   ROSEN, BIEN & GALVAN, LLP
    MICHAEL W. BIEN Bar No.: 096891
6   JANE E. KAHN Bar No.: 112239
    AMY WHELAN Bar No.: 215675
7   LORI RIFKIN Bar No.: 244081
    SARAH M. LAUBACH Bar No.: 240526
8   315 Montgomery Street, 10th Floor
    San Francisco, California 94104
9   Telephone: (415) 433-6830

10  THE LEGAL AID SOCIETY –
    EMPLOYMENT LAW CENTER
11  CLAUDIA CENTER Bar No.: 158255
    LEWIS BOSSING Bar No.: 227402
12  600 Harrison Street, Suite 120
    San Francisco, CA 94107
13  Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

14  Attorneys for Plaintiffs

15  IN THE UNITED STATES DISTRICT COURTS

    FOR THE EASTERN DISTRICT OF CALIFORNIA
16
    AND THE NORTHERN DISTRICT OF CALIFORNIA
17
    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18
    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

19  RALPH COLEMAN, et al.,                    )   No.: Civ S 90-0520 LKK-JFM P
                                              )
20          Plaintiffs,                       )   **THREE-JUDGE COURT**
                                              )
21      vs.                                   )
                                              )
22  ARNOLD SCHWARZENEGGER, et al.,            )
                                              )
23      Defendants                            )
    _____ )
24  MARCIANO PLATA ,et al.,                   )   No. C01-1351 TEH
                                              )
25          Plaintiffs,                       )   **THREE-JUDGE COURT**
        vs.                                   )
26                                            )   **ACKNOWLEGMENT AND AGREEMENT**
    ARNOLD SCHWARZENEGGER, et al.,            )   **TO BE BOUND BY** *COLEMAN* **AND** *PLATA*
                                              )   **PROTECTIVE ORDERS**
27      vs.                                   )
            Defendants                        )
28  _____ )

1  TO ALL PARTIES AND THE COURTS:

2      I, Chad A. Stegeman, hereby acknowledge receipt of the Protective Orders in the above-

3  captioned cases, attached hereto as Appendices A and B.  I have read and understand the

4  Protective Orders, and have personally distributed copies of them to my clients in this matter.  I,

5  on behalf of myself and my clients, agree to be bound by all of the terms set forth in these

6  Orders, including the duty to return or destroy all confidential information, as defined in the

7  Orders, at the conclusion of this matter.

8      I, on behalf of myself and my clients, consent to be subject to the jurisdiction of the

9  United States District Courts for the Eastern and Northern Districts of California with respect to

10 any proceeding relating to enforcement of the Protective Orders, including without limitation

11 any proceeding for contempt.

12

13 Dated: April 21, 2008                                    Respectfully submitted,

14

15                                                          Chad A. Stegeman
16                                                          Attorney for the Assembly Republican
                                                           Intervenors and Senate Republican
17                                                         Intervenors

18

19

20

21

22

23

24

25

26

27

28

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No.: Civ S 90-0520 LKK-JFM P |
|     Plaintiffs, | **THREE-JUDGE COURT** |
|     vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
|     Defendants | |
| MARCIANO PLATA ,et al., | No. C01-1351 TEH |
|     Plaintiffs, | **THREE-JUDGE COURT** |
|     vs. | **ACKNOWLEGMENT AND AGREEMENT TO BE BOUND BY *COLEMAN* AND *PLATA* PROTECTIVE ORDERS** |
| ARNOLD SCHWARZENEGGER, et al., | |
|     vs. | |
|     Defendants | |

TO ALL PARTIES AND THE COURTS:

I, William Mitchell , hereby acknowledge receipt of the Protective Orders in the above-captioned cases, attached hereto as Appendices A and B. I have read and understand the Protective Orders, and have personally distributed copies of them to all of my clients in this matter. I, on behalf of myself and all of my clients, agree to be bound by all of the terms set forth in these Orders, including the duty to return or destroy all confidential information, as defined in the Orders, at the conclusion of this matter.

I, on behalf of myself and my clients, consent to be subject to the jurisdiction of the United States District Courts for the Eastern and Northern Districts of California with respect to any proceeding relating to enforcement of the Protective Orders, including without limitation any proceeding for contempt.

Dated:  4/14/08                          Respectfully submitted,

                                          W Mitchell
                                          [Attorney's Name]
                                          And on behalf of each of my clients
                                          COUNSEL FOR
                                          DISTRICT ATTORNEY INTERVENORS

PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone: (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.:  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>    Plaintiffs,<br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    vs.<br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**ACKNOWLEGMENT AND AGREEMENT TO BE BOUND BY *COLEMAN* AND *PLATA* PROTECTIVE ORDERS** |

1  TO ALL PARTIES AND THE COURTS:

2      I, KIMBERLY HALL BARLOW, hereby acknowledge receipt of the Protective Orders in

3  the above-captioned cases, attached hereto as Appendices A and B. I have read and understand

4  the Protective Orders, and have personally distributed copies of them to all of my clients in this

5  matter. I, on behalf of myself and all of my clients, agree to be bound by all of the terms set

6  forth in these Orders, including the duty to return or destroy all confidential information, as

7  defined in the Orders, at the conclusion of this matter.

8      I, on behalf of myself and my clients, consent to be subject to the jurisdiction of the

9  United States District Courts for the Eastern and Northern Districts of California with respect to

10  any proceeding relating to enforcement of the Protective Orders, including without limitation

11  any proceeding for contempt.

12

13  Dated: March 3, 2008                    Respectfully submitted,

14

15                                          Kimberly Hall Barlow

16                                          And on behalf of each of my clients

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

## Sofia Millham

| | |
|---|---|
| **From:** | Lori E. Rifkin |
| **Sent:** | Sunday, April 13, 2008 11:04 PM |
| **To:** | 'cstegeman@akingump.com'; 'twang@akingump.com'; 'lwilc@cc.cccounty.us'; 'Theresa.fuentes@cco.sccgov.org'; 'cwoodward@co.sanmateo.ca.us'; 'kscott@countycounsel.com'; 'mandonov@da.sbcounty.gov'; 'imt@jones-mayer.com'; 'khb@jones-mayer.com'; 'ATate@RivCoDA.org'; 'chughes@RivCoDA.org'; 'EJFarrell@RivCoDA.org'; 'jcjackson@RivCoDA.org'; 'wemitchell@RivCoDA.org'; 'cathy.stephenson@sdcda.org'; 'smingram@solanocounty.com'; 'akeck@sonoma-county.org'; 'Lisa Tillman'; 'Misha Igra'; 'Rochelle East'; 'Charles Antonen'; 'Samantha D. Tama'; 'Paul B. Mello'; 'Renju P. Jacob'; 'ahardy@prisonlaw.com'; Donald Specter; Sara Norman |
| **Cc:** | Coleman Team - RBG Only |
| **Subject:** | Coleman/Plata; Response to Judge's Order re Protective Order Motion |
| **Attachments:** | FW: Protective Orders and Discovery Call-In Info, Three-Judge Proceeding; Protective Orders and Discovery Call-In Info, Three-Judge Proceeding; Order re Defs_ Second Motion for Protective Order (2740), 4-1-08, 489-ovr, pleadings.PDF; Pltfs_ Opposition to Defs_ Motion for a Protective Order, (2734), 3-26-08, 489-OVR, Pleadings.PDF; Defs_ Motion for a Protective Order, Protective Order, Lisa Tillman Dec, POS, (2727), 3-18-08, 489-O (2).PDF |

Dear All:

The Magistrate Judge issued an order on April 1, 2008 regarding defendants' second motion for a protective order in which he directed the parties to file a joint statement on or before April 25, 2008.  (See attached documents).

Some of the questions the Magistrate Judge poses call for information specifically about the positions of the intervenors, including:

- The role and position of the various intervenors vis a vis the plaintiffs' and defendants' various requests for protective orders in the instant proceedings;
- The position of all intervenors with respect to the application to them of the existing protective orders in Coleman and Plata;
- Whether, if the existing protective orders in Coleman and Plata do apply to documents produced in the instant proceedings, each of those orders are binding on all parties in the instant proceedings.

With regard to these questions, plaintiffs' position in the joint statement will be that the existing protective orders in Coleman and Plata apply to the documents produced in the instant proceedings, and all parties to whom documents have been produced in the discovery process have agreed to abide by these orders.  Following the Three-Judge Court's order un-bifurcating the proceedings regarding a prisoner release order, all parties participated in a series of discovery conferences pursuant to the Magistrate Judge's order.  During these conferences, counsel for all intervenors represented that they would abide by and sign written acknowledgements of the existing Plata and Coleman protective orders.  To date, counsel for CCPOA Intervenors, lead counsel for the County Intervenors, counsel for Solano and Santa Barbara County Intervenors, and counsel for the Sheriff, Probation, Police Chief, and Corrections Intervenors have already provided written acknowledgements of the protective orders.  When plaintiffs' and defendants' counsel met and conferred regarding defendants' second motion for a protective order, defendants' counsel also represented to plaintiffs' counsel that defendants' counsel had previously requested and received agreement from all Defendant-Intervenors to abide by the existing Coleman and Plata protective orders.

With regard to the Magistrate Judge's remaining questions, plaintiffs will take the same positions articulated in plaintiffs' opposition to defendants' motion for a protective order (attached hereto).

**To the extent that the intervenors intend to participate in the Joint Statement, we suggest that answers to the Magistrate Judge's questions be circulated no later than Tuesday, April 22, 2008 in order to allow time to compile the Joint Statement and complete review by all participating counsel by the filing deadline.**

Plaintiffs also renew our request that counsel who have not yet provided written acknowledgements of the protective orders do so promptly in accordance with the parties' previous agreements.

Please contact me with any questions or concerns.

Sincerely,

**Lori Rifkin**
Associate
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
415-433-6830 (tel)
415-433-7104 (fax)
lrifkin@rbg-law.com

CONFIDENTIALITY NOTICE

The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at the above address.

IRS CIRCULAR 230 NOTICE

As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

# EXHIBIT C

| | |
|---|---|
| 1 | PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925 |
| 2 | STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790 |
| 3 | General Delivery<br>San Quentin, California 94964 |
| 4 | Telephone: (415) 457-9144 |

1 PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
2 STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
3 General Delivery
San Quentin, California 94964
4 Telephone: (415) 457-9144

5 ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
6 JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
7 LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
8 315 Montgomery Street, 10th Floor
San Francisco, California 94104
9 Telephone: (415) 433-6830

10 THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
11 CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
12 600 Harrison Street, Suite 120
San Francisco, CA 94107
13 Telephone: (415) 864-8848

14 Attorneys for Plaintiffs

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

15 IN THE UNITED STATES DISTRICT COURTS
16 FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
17 UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
18 PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | | |
|---|---|---|
| 19 | RALPH COLEMAN, et al., | ) No.: Civ S 90-0520 LKK-JFM P |
| 20 | Plaintiffs, | ) **THREE-JUDGE COURT** |
| 21 | vs. | ) |
| 22 | ARNOLD SCHWARZENEGGER, et al., | ) |
| 23 | Defendants | ) |
| 24 | MARCIANO PLATA , et al., | ) No. C01-1351 TEH |
| 25 | Plaintiffs, | ) **THREE-JUDGE COURT** |
| 26 | vs. | ) **ACKNOWLEGMENT AND<br>AGREEMENT TO BE BOUND BY** |
| 27 | ARNOLD SCHWARZENEGGER, et al., | ) *COLEMAN* AND *PLATA* **PROTECTIVE** |
| 28 | vs.   Defendants | ) **ORDERS** |

1  TO ALL PARTIES AND THE COURTS:

2      I, ____Anne L. Keck___, hereby acknowledge receipt of the Protective Orders in the above-

3  captioned cases, attached hereto as Appendices A and B. I have read and understand the

4  Protective Orders, and have personally distributed copies of them to all of my clients in this

5  matter. I, on behalf of myself and all of my clients, agree to be bound by all of the terms set

6  forth in these Orders, including the duty to return or destroy all confidential information, as

7  defined in the Orders, at the conclusion of this matter.

8      I, on behalf of myself and my clients, consent to be subject to the jurisdiction of the

9  United States District Courts for the Eastern and Northern Districts of California with respect to

10  any proceeding relating to enforcement of the Protective Orders, including without limitation

11  any proceeding for contempt.

12

13  Dated:  4/25/08                          Respectfully submitted,

14

15                                          STEPHEN WOODSIDE, County Counsel

16

17                                          Anne L. Keck
                                            Deputy County Counsel
18                                          Attorneys for the County of Sonoma,
                                            Sonoma County Sheriff, Sonoma County
19                                          District Attorney, and Sonoma County Chief
                                            Probation Officer
20

21

22

23

24

25

26

27

28