PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 096891
JANE KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
LEWIS BOSSING, Bar No. 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

    Plaintiff,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

) Case No. Civ. S 90-0520 LKK-JFM
)
) **STIPULATION CONFIRMING**
) **UNDISPUTED ATTORNEYS' FEES**
) **AND COSTS FOR THE FOURTH**
) **QUARTER OF 2007**

H:\489\5\pleading\
Stip-4th-Qtr2007 4-17-08 (489-5)

STIPULATION CONFIRMING UNDISPUTED
ATTORNEYS' FEES AND COSTS FOR THE FOURTH
QUARTER OF 2007

191946-1

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2007 to defendants via overnight Federal Express on February 7, 2008. The parties completed their meet-and-confer process on April 17, 2008.

The parties agree to the payment of $162,218.04 in fees and costs incurred during the Fourth Quarter of 2007. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Fourth Quarter of 2007.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $162,218.04 plus interest is due and collectable as of 45 days from the date of entry of this Order. Daily Interest runs from March 10, 2008 at the rate of 1.52%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $162,218.04 | 1.52% | $6.76 | March 10, 2008 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO STIPULATED.

DATED: April 30, 2008

Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: April 17, 2008

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs