IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | ) Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiff, | ) **[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2007** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

1    On April 30, 2008, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Fourth Quarter of 2007, pursuant to the March 19, 1996, periodic fees order in this case.

Pursuant to the stipulation filed on April 30, 2008, IT IS HEREBY ORDERED that plaintiffs fees and costs of $162,218.04, plus interest, are due and collectable as of 45 days from the date of entry of this order.  Daily Interest runs from March 10, 2008 at the rate of 1.52%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $162,218.04 | 1.52% | $6.76 | March 10, 2008 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated:

_____
John F. Moulds, Magistrate Judge
United States District Court

---

1

[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE 4th QUARTER