PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 096891
JANE KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
LEWIS BOSSING, Bar No. 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | Case No. Civ. S 90-0520 LKK-JFM<br><br>**CORRECTED STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2007** |

H:\489\5\pleading\
Stip-4th-Qtr2007 4-17-08 (489-5)

CORRECTED STIPULATION CONFIRMING
UNDISPUTED ATTORNEYS' FEES AND COSTS FOR
THE FOURTH QUARTER OF 2007

[208394-1]

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2007 to defendants via overnight Federal Express on February 7, 2008. The parties completed their meet-and-confer process on April 17, 2008.

The parties agree to the payment of $162,218.04 in fees and costs incurred during the Fourth Quarter of 2007. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Fourth Quarter of 2007.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $162,218.04 plus interest is due and collectable as of 45 days from the date of entry of this Order. Daily Interest runs from March 10, 2008 at the rate of 1.52%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $162,218.04 | 1.52% | $6.76 | March 10, 2008 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO STIPULATED.

DATED: April 30, 2008

Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: April 17, 2008

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

1:\489\5\pleading\
Stip-4th-Qtr2007 4-17-08 (489-5)

-1-   STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2007

191946-1

# Exhibit A

# Coleman v. Schwarzenegger
### Fourth Quarterly Statement of 2007
### October 1, 2007 through December 31, 2007

**SUMMARY OF UNDISPUTED FEES AND COSTS**

|  | CLAIMED FEES | COSTS |
|---|---|---|
| **MONITORING** | $ 137,153.95 | $ 11,709.11 |
| **MONITORING FEES ON FEES** | $ 13,135.95 | $ 219.03 |
| **TOTALS:** | $ 150,289.90 | $ 11,928.14 |
| **TOTAL UNDISPUTED FEES AND COSTS** |  | $ 162,218.04 |

*Monitoring Work - 489-3*

### Coleman v. Schwarzenegger
### Summary Of Undisputed Fees - Fourth Quarterly Statement, 2007
### October 1, 2007 through December 31, 2007

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | PLRA Rate | Undisputed Fees | Disputed Fees | Disputed breakdown OVC Hours | Non-OVC Hours | OVC Fees Still In Dispute |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | | | | |
| Michael W. Bien (MWB) | 470.40 | 469.90 | 437.10 | 24.10 | 0.00 | 413.00 | 56.90 | 169.50 | 9,644.55 | 70,003.50 | 413.00 | 0.00 | 70,003.50 |
| Ernest Galvan (EG) | 70.80 | 70.50 | 69.10 | 0.60 | 0.60 | 67.90 | 2.00 | 169.50 | 339.00 | 11,509.05 | 67.90 | 0.00 | 11,509.05 |
| Jane E. Kahn (JEK) | 572.10 | 571.80 | 460.10 | 49.10 | 0.60 | 410.40 | 160.80 | 169.50 | 27,255.60 | 69,562.80 | 410.40 | 0.00 | 69,562.80 |
| Gay C. Grunfeld (GCG) | 11.50 | 10.70 | 10.20 | 0.30 | 0.00 | 9.90 | 0.80 | 169.50 | 135.60 | 1,678.05 | 9.90 | 0.00 | 1,678.05 |
| Thomas Nolan (TN) | 333.00 | 332.90 | 325.90 | 9.70 | 0.00 | 316.20 | 16.70 | 169.50 | 2,830.65 | 53,595.90 | 316.20 | 0.00 | 53,595.90 |
| Holly M. Baldwin (HMB) | 2.90 | 2.30 | 2.10 | 0.00 | 0.00 | 2.10 | 0.20 | 169.50 | 33.90 | 355.95 | 2.10 | 0.00 | 355.95 |
| Anne Mania (AHM) | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | 0.00 | 169.50 | - | 33.90 | 0.20 | 0.00 | 33.90 |
| Amy E. Whelan (AEW) | 500.20 | 499.50 | 491.80 | 12.40 | 1.00 | 478.40 | 20.10 | 169.50 | 3,406.95 | 81,088.80 | 478.40 | 0.00 | 81,088.80 |
| F. Nura Maznavi (FNM) | 1.50 | 1.40 | 1.40 | 0.00 | 0.00 | 1.40 | 0.00 | 169.50 | - | 237.30 | 1.40 | 0.00 | 237.30 |
| Sarah Olson Zimmerman (SOZ) | 9.30 | 9.30 | 9.30 | 0.00 | 0.00 | 9.30 | 0.00 | 169.50 | - | 1,576.35 | 9.30 | 0.00 | 1,576.35 |
| Kenneth M. Walczak (KMW) | 3.10 | 3.10 | 3.00 | 0.20 | 0.00 | 2.80 | 0.30 | 169.50 | 50.85 | 474.60 | 2.80 | 0.00 | 474.60 |
| Megan R. Lang (MRL) | 61.30 | 61.30 | 61.30 | 0.00 | 0.00 | 61.30 | 0.00 | 169.50 | - | 10,390.35 | 61.30 | 0.00 | 10,390.35 |
| Maria V. Morris (MVM) | 11.80 | 10.90 | 10.90 | 0.00 | 0.00 | 10.90 | 0.00 | 169.50 | - | 1,847.55 | 10.90 | 0.00 | 1,847.55 |
| Lori E. Rifkin (LER) | 522.50 | 519.50 | 505.60 | 4.60 | 0.10 | 501.90 | 17.50 | 169.50 | 2,966.25 | 85,072.05 | 501.90 | 0.00 | 85,072.05 |
| Loren Stewart (LGS) | 3.80 | 3.80 | 3.80 | 0.00 | 0.00 | 3.80 | 0.00 | 169.50 | - | 644.10 | 3.80 | 0.00 | 644.10 |
| Sarah L. Laubach (SML) | 248.70 | 242.10 | 223.30 | 12.10 | 5.10 | 206.10 | 30.90 | 169.50 | 5,237.55 | 34,933.95 | 206.10 | 0.00 | 34,933.95 |
| Lisa A. Ells (LAE) | 412.20 | 410.70 | 410.70 | 0.00 | 0.00 | 410.70 | 0.00 | 169.50 | - | 69,613.65 | 410.70 | 0.00 | 69,613.65 |
| Sofia A. Millham (SAM) | 360.90 | 306.60 | 229.90 | 28.60 | 1.00 | 200.30 | 105.30 | 169.50 | 17,848.35 | 33,950.85 | 200.30 | 0.00 | 33,950.85 |
| Pamela Derrico (PD) | 42.10 | 41.80 | 41.80 | 0.00 | 0.00 | 41.80 | 0.00 | 169.50 | - | 7,085.10 | 41.80 | 0.00 | 7,085.10 |
| Katherine Johnson-Silk (KJS) | 113.80 | 105.70 | 103.70 | 17.60 | 0.20 | 85.90 | 19.60 | 160.00 | 3,136.00 | 13,744.00 | 85.90 | 0.00 | 13,744.00 |
| Katie Richardson (KMR) | 285.40 | 252.60 | 242.60 | 34.50 | 2.10 | 206.00 | 44.50 | 160.00 | 7,120.00 | 32,960.00 | 206.00 | 0.00 | 32,960.00 |
| Maya Weltman-Fahs (MWF) | 13.60 | 13.10 | 12.20 | 0.50 | 0.10 | 11.60 | 1.40 | 160.00 | 224.00 | 1,856.00 | 11.60 | 0.00 | 1,856.00 |
| Melanie Wilkinson (MEW) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 160.00 | 32.00 | - | 0.00 | 0.00 | - |
| Ritika S. Aggarwal (RSA) | 302.90 | 252.80 | 190.10 | 43.50 | 3.60 | 143.00 | 106.20 | 150.00 | 15,930.00 | 21,450.00 | 143.00 | 0.00 | 21,450.00 |
| Matthew Harrison (MRH) | 0.40 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 150.00 | 30.00 | - | 0.00 | 0.00 | - |
| Haruka Roudebush (HR) | 2.20 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | 150.00 | - | 75.00 | 0.50 | 0.00 | 75.00 |
| Marisa C. Diaz (MCD) | 1.40 | 1.40 | 0.60 | 0.60 | 0.00 | 0.00 | 1.40 | 150.00 | 210.00 | - | 0.00 | 0.00 | - |
| Kristen Dancisak (KAD) | 19.60 | 19.60 | 19.60 | 0.00 | 0.00 | 19.60 | 0.00 | 110.00 | - | 2,156.00 | 19.60 | 0.00 | 2,156.00 |
| **RBG Totals:** | 4377.80 | 4214.40 | 3867.80 | 238.40 | 14.40 | 3615.00 | 585.00 | | 96,431.25 | 605,894.80 | 3615.00 | 0.00 | 605,894.80 |
| **PRISON LAW OFFICE** | | | | | | | | | | | | | |
| Donald Specter (DS) | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 169.50 | - | 169.50 | 1.00 | 0.00 | 169.50 |
| Steven Fama (SF) | 0.90 | 0.90 | 0.80 | 0.00 | 0.00 | 0.80 | 0.10 | 169.50 | 16.95 | 135.60 | 0.80 | 0.00 | 135.60 |
| Ivan Trujillo (IT) | 175.90 | 175.90 | 56.10 | 2.90 | 0.60 | 52.60 | 122.70 | 169.50 | 20,797.65 | 8,915.70 | 52.60 | 0.00 | 8,915.70 |
| Rachael Farbiaz (RF) | 0.80 | 0.80 | 0.80 | 0.00 | 0.00 | 0.80 | 0.00 | 169.50 | - | 135.60 | 0.80 | 0.00 | 135.60 |
| Penny Godbold (PG) | 1.20 | 1.20 | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 169.50 | 203.40 | - | 0.00 | 0.00 | - |
| Alison Hardy (AH) | 0.80 | 0.80 | 0.80 | 0.00 | 0.00 | 0.80 | 0.00 | 169.50 | - | 135.60 | 0.80 | 0.00 | 135.60 |
| Megan Hagler (MH) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 169.50 | 33.90 | - | 0.00 | 0.00 | - |
| Sara Norman (SN) | 1.10 | 1.10 | 1.10 | 0.00 | 0.00 | 1.10 | 0.00 | 169.50 | - | 186.45 | 1.10 | 0.00 | 186.45 |
| Sue Christian (SC) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | 169.50 | 16.95 | - | 0.00 | 0.00 | - |
| Zoe Schonfeld (ZS) | 0.30 | 0.30 | 0.30 | 0.00 | 0.00 | 0.30 | 0.00 | 169.50 | - | 50.85 | 0.30 | 0.00 | 50.85 |
| Tobias Smith (TS) | 0.10 | 0.10 | 0.10 | 0.10 | 0.00 | 0.00 | 0.10 | 160.00 | 16.00 | - | 0.00 | 0.00 | - |
| Alex Johnson (AJ) | 0.30 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 160.00 | 48.00 | - | 0.00 | 0.00 | - |
| Sam Weiner (SW) | 0.70 | 0.70 | 0.70 | 0.00 | 0.00 | 0.70 | 0.00 | 160.00 | - | 112.00 | 0.70 | 0.00 | 112.00 |
| Rebecca Rees (RR) | 112.10 | 112.10 | 3.60 | 0.00 | 0.00 | 3.60 | 108.50 | 160.00 | 17,360.00 | 576.00 | 3.60 | 0.00 | 576.00 |
| Pui Yee Yu (PYY) | 0.50 | 0.50 | 0.10 | 0.10 | 0.00 | 0.00 | 0.50 | 160.00 | 80.00 | - | 0.00 | 0.00 | - |
| Edie DeGraff (ED) | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 150.00 | 60.00 | - | 0.00 | 0.00 | - |
| **PLO Totals:** | 296.40 | 296.40 | 65.40 | 3.10 | 0.60 | 61.70 | 234.10 | | 38,632.85 | 10,417.30 | 61.70 | 0.00 | 10,417.30 |
| **Employment Law Center** | | | | | | | | | | | | | |
| Claudia Center | 3.55 | 3.55 | 1.25 | 0.00 | 0.00 | 1.25 | 2.30 | $169.50 | 389.85 | 211.88 | 0.00 | 1.25 | - |
| Anne Hill | 20.00 | 20.00 | 20.00 | 17.00 | 3.00 | 0.00 | 17.00 | $100.00 | 1,700.00 | - | 0.00 | 0.00 | - |
| **ELC Hours:** | 23.55 | 23.55 | 21.25 | 17.00 | 3.00 | 1.25 | 19.30 | | 2,089.85 | 211.88 | 0.00 | 1.25 | - |
| **Total Monitoring - All Offices** | 4697.75 | 4534.35 | 3954.45 | 258.50 | 18.00 | 3677.95 | 838.40 | | 137,153.95 | 616,523.98 | 3,676.70 | | 616,312.10 |

6623_1

3rd Quarter 2007

4/17/2008

## Coleman v. Schwarzenegger
### Summary Of Undisputed Fees - Fourth Quarterly Statement, 2007
### October 1, 2007 through December 31, 2007

*Fees Work - 489-5*

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | Rate | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | |
| Michael W. Bien (MWB) | 0.70 | 0.70 | 0.00 | 0.00 | 0.00 | 0.00 | 0.70 | $ 169.50 | $ 118.65 | $ - |
| Gay C. Grunfeld (GCG) | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | $ 169.50 | $ - | $ - |
| Ernest Galvan (EG) | 6.60 | 6.00 | 0.20 | 0.20 | 0.00 | 0.00 | 6.00 | $ 169.50 | $ 1,017.00 | $ - |
| Jane E. Kahn (JEK) | 0.20 | 0.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 33.90 | $ - |
| Amy E. Whelan (AEW) | 14.60 | 14.50 | 1.90 | 1.90 | 0.00 | 0.00 | 14.50 | $ 169.50 | $ 2,457.75 | $ - |
| Sarah L. Laubach (SML) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 16.95 | $ - |
| Pamela Derrico (PD) | 56.70 | 50.60 | 0.00 | 0.00 | 0.00 | 0.00 | 50.60 | $ 169.50 | $ 8,576.70 | $ - |
| **RBG Totals:** | 79.00 | 72.10 | 2.10 | 2.10 | 0.00 | 0.00 | 72.10 | | $ 12,220.95 | $ - |
| **PRISON LAW OFFICE** | | | | | | | | | | |
| Edie DeGraff (ED) | 6.10 | 6.10 | 0.00 | 0.00 | 0.00 | 0.00 | 6.10 | $ 150.00 | $ 915.00 | $ - |
| **PLO Totals:** | 6.10 | 6.10 | 0.00 | 0.00 | 0.00 | 0.00 | 6.10 | | $ 915.00 | $ - |
| **Total Fees - All Offices** | 85.10 | 78.20 | 2.10 | 2.10 | 0.00 | 0.00 | 78.20 | | $ 13,135.95 | $ - |

6623_1    3rd Quarter 2007    4/17/2008

## Coleman v. Schwarzenegger
### Summary Of Undisputed Costs - Fourth Quarterly Statement, 2007
### October 1, 2007 through December 31, 2007

**Matter: 489-3 (Monitoring)**

| | Claimed Costs | Defendant's Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Disputed |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @ .20) | $ 26,126.20 | $ 26,126.20 | $ - | $ - | $ - | $ 26,126.20 |
| Photocopying (outside services) | $ 27,994.94 | $ 27,994.94 | $ - | $ - | $ - | $ 27,994.94 |
| Document Services - Ikon, Unlimited - Document coding | $ 20,533.18 | $ 20,533.18 | $ - | $ - | $ - | $ 20,533.18 |
| Sayler Legal Service | $ 1,897.30 | $ 1,897.30 | $ - | $ - | $ - | $ 1,897.30 |
| Midnight Run, CT Data Service for Summation | $ 27,852.15 | $ 27,852.15 | $ - | $ - | $ - | $ 27,852.15 |
| International Effectiveness - Translation Spanish/English | $ 2,011.20 | $ 2,011.20 | $ 2,011.20 | $ - | $ 2,011.20 | $ - |
| Online Research - Pacer | $ 232.96 | $ 232.96 | $ - | $ - | $ - | $ 232.96 |
| DVD of PD's 2007 Reentry Summit | $ 32.50 | $ 32.50 | $ - | $ - | $ - | $ 32.50 |
| Kohler & Associates | $ 351.50 | $ 351.50 | $ - | $ - | $ - | $ 351.50 |
| Depositions and Hearings Transcripts | $ 6,174.44 | $ 6,174.44 | $ - | $ 110.94 | $ - | $ 6,063.50 |
| Sage Production & JSTOR - Articles | $ 84.00 | $ 84.00 | $ - | $ - | $ - | $ 84.00 |
| Knox Attorney Service - records retrieval | $ 3,041.60 | $ 3,041.60 | $ - | $ - | $ - | $ 3,041.60 |
| Postage & Delivery | $ 2,890.76 | $ 2,890.76 | $ 2,890.76 | $ - | $ 2,890.76 | $ - |
| Telephone | $ 408.54 | $ 408.54 | $ 408.54 | $ - | $ 408.54 | $ - |
| Amazon - Book re Expert Ira Packer | $ 31.94 | $ 31.94 | $ - | $ - | $ - | $ 31.94 |
| Westlaw | $ 8,477.60 | $ 8,477.60 | $ - | $ - | $ - | $ 8,477.60 |
| Process Service - LexisNexis, E-Process | $ 1,543.90 | $ 1,543.90 | $ - | $ - | $ - | $ 1,543.90 |
| Document Consultant - Service & Retainer Fees | $ 25,000.00 | $ 25,000.00 | $ - | $ - | $ - | $ 25,000.00 |
| Expert Witness Fees | $ 66,943.80 | $ 66,943.80 | $ - | $ 66,943.80 | $ - | $ - |
| Telefax | $ 62.00 | $ 62.00 | $ 62.00 | $ - | $ 62.00 | $ - |
| Travel | $ 6,441.53 | $ 5,710.08 | $ 1,395.79 | $ - | $ 2,127.24 | $ 4,314.29 |
| **RBG Totals:** | $ 228,132.04 | $ 227,400.59 | $ 6,768.29 | $ 67,054.74 | $ 7,499.74 | $ 153,577.56 |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (in-house @ .20) | $ 1,549.20 | $ - | $ - | $ - | $ 1,549.20 | $ - |
| Travel | $ 2,012.36 | $ 302.13 | $ - | $ - | $ 1,710.23 | $ 302.13 |
| International Effectiveness for letter translation | $ 126.00 | $ - | $ - | $ - | $ 126.00 | $ - |
| DCD Video & certified transcripts of Rhoades & Stoderd depos | $ 613.50 | $ 613.50 | $ - | $ - | $ - | $ 613.50 |
| Telefax | $ 32.00 | $ - | $ - | $ - | $ 32.00 | $ - |
| Postage & Delivery | $ 789.34 | $ - | $ - | $ - | $ 789.34 | $ - |
| Telephone | $ 2.60 | $ - | $ - | $ - | $ 2.60 | $ - |
| **Totals:** | $ 5,125.00 | $ 915.63 | $ - | $ - | $ 4,209.37 | $ 915.63 |
| **Total Monitoring Costs:** | $ 233,257.04 | $ 228,316.22 | $ 6,768.29 | $ 67,054.74 | $ 11,709.11 | $ 154,493.19 |

**Matter: 489-5 (Monitoring Fees on Fees)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @ .20) | $ 16.80 | $ - | $ - | $ - | $ 16.80 | $ - |
| Photocopying (outside services) | $ 109.86 | $ - | $ - | $ - | $ 109.86 | $ - |
| Westlaw | $ 5.64 | $ - | $ - | $ - | $ 5.64 | $ - |
| Travel | $ - | $ - | $ - | $ - | $ - | $ - |
| Online Research | $ 53.96 | $ 53.96 | $ 30.80 | $ 23.16 | $ 30.80 | $ - |
| Telephone | $ 8.96 | $ - | $ - | $ - | $ 8.96 | $ - |
| | $ 46.97 | $ - | $ - | $ - | $ 46.97 | $ - |
| **Total Fees Costs:** | $ 256.82 | $ 53.96 | $ 30.80 | $ - | $ 219.03 | $ - |
| **TOTAL UNDISPUTED COSTS** | $ 233,513.86 | $ 228,370.18 | $ 6,799.09 | $ 67,054.74 | $ 11,928.14 | $ 154,493.19 |

Undisputed Costs  4th Quarter 2007  4/17/2008