PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
SARAH M. LAUBACH, Bar No. 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

No.: Civ S 90-0520 LKK-JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA, et al.,

    Plaintiffs,

vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

No. C01-1351 TEH

**THREE-JUDGE COURT**

**SUPPLEMENTAL DECLARATION OF LORI RIFKIN IN SUPPORT OF JOINT STATEMENT REGARDING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER**

SUPPLEMENTAL DECLARATION OF LORI RIFKIN IN SUPPORT OF JOINT STATEMENT REGARDING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[208447-1]

I, Lori Rifkin, declare:

1. I am a member of the Bar of this Court and an associate in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this supplemental declaration in support of plaintiffs' responses in the Joint Statement Regarding Defendants' Motion for a Protective Order.

2. As of April 25, 2008, when the parties filed the Joint Statement, all intervenors with the exception of San Mateo County intervenor had signed acknowledgements of the existing *Coleman* and *Plata* protective orders. True and correct copies of those signed acknowledgements were attached to the Declaration of Lori Rifkin in Support of Joint Statement Regarding Defendants' Motion for a Protective Order.

3. On April 30, 2008, counsel for San Mateo County intervenors submitted an executed acknowledgement of the *Coleman* and *Plata* protective orders to plaintiffs' counsel. Attached hereto as **Exhibit A** is a true and correct copy of this executed acknowledgement.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed this 1st day of May 2008 in San Francisco, California.

                                                          */s/Lori Rifkin*
                                                          Lori Rifkin

# EXHIBIT A

| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE &<br>McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　Plaintiffs,<br><br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　Plaintiffs,<br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　vs.<br>　　　Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND BY** *COLEMAN* **AND** *PLATA* **PROTECTIVE ORDERS** |

TO ALL PARTIES AND THE COURTS:

I, CAROL L. WOODWARD, hereby acknowledge receipt of the Protective Orders in the above-captioned cases, attached hereto as Appendices A and B. I have read and understand the Protective Orders, and have personally distributed copies of them to all of my clients in this matter. I, on behalf of myself and all of my clients, agree to be bound by all of the terms set forth in these Orders, including the duty to return or destroy all confidential information, as defined in the Orders, at the conclusion of this matter.

I, on behalf of myself and my clients, consent to be subject to the jurisdiction of the United States District Courts for the Eastern and Northern Districts of California with respect to any proceeding relating to enforcement of the Protective Orders, including without limitation any proceeding for contempt.

Dated: April 30, 2008

Respectfully submitted,

MICHAEL P. MURPHY, COUNTY COUNSEL

*[signature]*

Carol L. Woodward, Deputy
And on behalf of each of my clients

L:\LITIGATE\C_CASES\Coleman\Pleadings\Agreement re Protective Orders-signed by County of San Mateo.DOC

-1-
ACKNOWLEGMENT AND AGREEMENT TO BE BOUND BY COLEMAN AND PLATA PROTECTIVE ORDERS, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH