| | |
|---|---|
| PRISON LAW OFFICE | BINGHAM, McCUTCHEN, LLP |
| DONALD SPECTER, Bar No. 83925 | WARREN E. GEORGE, Bar No. 53588 |
| STEVEN FAMA, Bar No. 99641 | Three Embarcadero Center |
| E. IVAN TRUJILLO, Bar No. 228790 | San Francisco, California 94111 |
| General Delivery | Telephone: (415) 393-2000 |
| San Quentin, California 94964 | |
| Telephone: (415) 457-9144 | |
| | |
| ROSEN, BIEN & GALVAN, LLP | HELLER, EHRMAN, WHITE & McAULIFFE |
| MICHAEL W. BIEN, Bar No. 96891 | RICHARD L. GOFF, Bar No. 36377 |
| JANE E. KAHN, Bar No. 112239 | 701 Fifth Avenue |
| AMY WHELAN, Bar No. 215675 | Seattle, Washington 98104 |
| LORI RIFKIN, Bar No. 244081 | Telephone: (206) 447-0900 |
| SARAH M. LAUBACH, Bar No. 240526 | |
| 315 Montgomery Street, 10th Floor | |
| San Francisco, California 94104 | |
| Telephone: (415) 433-6830 | |
| | |
| THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP |
| CLAUDIA CENTER, Bar No. 158255 | JEFFREY L. BORNSTEIN, Bar No. 99358 |
| 600 Harrison Street, Suite 120 | 55 Second Street, Suite 1700 |
| San Francisco, CA 94107 | San Francisco, CA 94105-3493 |
| Telephone: (415) 864-8848 | Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No.: Civ S 90-0520 LKK-JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |
| MARCIANO PLATA, et al., | No. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | **DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR RECONSIDERATION** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR RECONSIDERATION, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[209875-1]

I, Lori Rifkin, declare:

1.  I am a member of the Bar of this Court and an associate in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Opposition to Defendants' Request For Reconsideration of April 14, 2008 Order Or, Alternatively, Request For a Stay.

2.  On February 15, 2008, pursuant to the January 29, 2008 order from the Magistrate Judge, defendants produced their final privilege logs to plaintiffs. These privilege logs constituted the last of multiple iterations of privilege logs from defendants over a period of four months, and are responsive to plaintiff's first request for production of documents, served September 5, 2007. Defendants first produced privilege logs in response to this request in November, 2007. Those privilege logs were rejected by the Magistrate Judge as wholly inadequate in a written order on December 7, 2007 and he ordered production of all documents cited therein. On December 14, 2007, this Court granted defendants additional time to review and revise their privilege logs, and the Magistrate Judge ordered production of the revised logs on or before January 28, 2008. On January 28, 2008, defendants filed an *ex parte* request for an extension of time, stating that they needed additional time to conduct yet another review of documents and to review and correct errors in the revised privilege logs. The extension of time was granted and defendants were ordered to produce corrected logs corresponding to some of the documents on or before February 4, 2008, and final logs for additional documents on or before February 15, 2008. On February 4, 2008, defendants produced yet another incomplete version of their privilege logs. On February 15, 2008, they produced "final" privilege logs that purported to incorporate and correct the entries on those logs.

3.  In the request for reconsideration they filed on April 21, 2008, defendants included a chart with entries corresponding to the documents for which they request reconsideration from this Court of the Magistrate Judge's order. The statements in this chart

-1-
DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR RECONSIDERATION, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[209875-1]

1 are not supported by admissible evidence or a sworn declaration, and they differ significantly from the entries in defendants' February 15, 2008 privilege logs for the same documents. For example, for some of the documents, the author and/or recipient(s) listed in the chart do not match those listed in the privilege logs.

4. Under my supervision, a paralegal at my office compiled a spreadsheet, attached hereto as **Exhibit A**, with entries corresponding to each document listed in defendants' April 21, 2008 chart. This spreadsheet consists of all of the information from defendants' February 15, 2008 privilege log for each of the relevant entries (columns 1 through 11), and the "Author/Recipient" and "Description of Privileged Nature" fields from defendants' April 21, 2008 chart (columns 12 and 13). These entries were produced by electronically copying, cutting, and pasting the entries in defendants' February 15, 2008 privilege log and defendants' April 21, 2008 chart directly into the excel spreadsheet. The entries on the spreadsheet have been arranged in ascending order by document number.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed this 9th day of May 2008 in San Francisco, California.

                                      */s/Lori Rifkin*
                                      Lori Rifkin

-2-
DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR RECONSIDERATION,
NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[209875-1]

# EXHIBIT A

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00011245 | | | CDCR | Tilton, James | 2/23/2007 | Email | Thomson, Jaci-Marie | Brown, Vince (DOF - Chief Deputy Director of Budgets);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Kessler, Steve;Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO);McKeever, Doug (CDCR - Director, Mental Health Programs);Rice, Benjamin;Sifuentes, George (CDCR - Director of Facilities Management, Office of Facility Planning, Construction and Management);Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen);Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General);Tilton, Jim (CDCR - Secretary) | Email discussing design-build authority for Long Term Bed Plan projects. | Attorney Client | From: Jaci-Marie Thompson To: Lisa Tillman, Deputy Attorney General | Ms. Thompson provided her attorney, Ms. Tillman, with information regarding funding for a Coleman bed plan. |
| E00028650 | E00028650 | E00028651 | DOF | Martone, Jim | 6/19/2007 | Email | Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO) | Benson, Stephen (DOF - Associate Finance Budget Analyst, Capital Outlay, RECO);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Rogers, Greg (DOF - Assistant Budget Manager, Capital Outlay, RECO); Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs) | Email thread discussing and attaching pre-decisional report regarding AB 900 funding. | Attorney Client | From: Karen Finn To: Ben Rice, Deputy Legal Affairs Secretary at the Governor's Office, and others within DOF | This is an e-mail responding to the Deputy Legal Affairs Secretary's questions regarding funding for mental health beds. |
| E00028651 | E00028650 | E00028651 | DOF | Martone, Jim | 6/14/2007 | Report | Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO) | Benson, Stephen (DOF - Associate Finance Budget Analyst, Capital Outlay, RECO);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Rogers, Greg (DOF - Assistant Budget Manager, Capital Outlay, RECO); Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs) | Pre-decisional draft report discussing AB 900 funding. | Attorney Client | Attachment to above email From: Karen Finn To: Ben Rice, Deputy Legal Affairs Secretary at the Governor's Office, and others within DOF | Attachment (to email responding to the Deputy Legal Affairs Secretary's questions regarding funding for mental health beds. E028650) provides answers to Deputy Legal Affairs Secretary's questions regarding funding for mental health beds. |
| E00028654 | | | DOF | Martone, Jim | 6/15/2007 | Email | Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO) | Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO) | Email thread discussing mental health bed plan costs. | Attorney Client | From: Karen Finn To: Ben Rice, Deputy Legal Affairs Secretary at the Governor's Office, and others within DOF | This is an e-mail responding to the Deputy Legal Affairs Secretary's questions regarding funding for mental health beds. |
| E00028979 | | | DOF | Jarvis, Amy | 2/22/2007 | Email | Thomson, Jaci-Marie (DOF - Principal Program Budget Analyst) | Arnold, Molly (DOF - Chief Counsel);Brown, Vince (DOF - Chief Deputy Director of Budgets);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Hicks, Amy;Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Kessler, Stephen (CDCR - Undersecretary, Program Support);Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO);Miyao, Michael (DOF - Junior Staff Analyst, CorGen);Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs);Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Email discussing long-term bed plan issues. | Attorney Client | From: Jaci-Marie Thomson To: Ben Rice | This is an e-mail to the Deputy Legal Affairs Secretary at the Governor's Office requesting the Governor's Office's position regarding seeking court approval of a bed plan. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00030571 | | | DMH | Furtek, Frank | 5/1/2007 | Email | Boynton, Ann (CHHS - Undersecretary) | Bush, Elaine (DMH - Chief Deputy Director);Carney, Scott (CDCR - Deputy Director, Business Services);Furtek, Frank (CHHS - Chief Counsel);Mayberg, Steve (DMH - Director) | Email thread discussing personnel for prison reform strike team. | Attorney Client | From: Ann Boynton To: Stephen Mayberg, and Frank Furtek, Chief Counsel at CHHS | This is an e-mail (and subsequent string of e-mails, below) from the Undersecretary of CHHS to the Director and Staff Counsel at CHHS regarding personnel devoted to complying with a long-term bed plan. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00030572 | | | DMH | Furtek, Frank | 5/1/2007 | Email | Mayberg, Steve (DMH - Director) | Boynton, Ann (CHHS - Undersecretary);Bush, Elaine (DMH - Chief Deputy Director);Carney, Scott (CDCR - Deputy Director, Business Services);Furtek, Frank (CHHS - Chief Counsel) | Email thread discussing personnel for prison reform strike team. | Attorney Client | From: Ann Boynton To: Stephen Mayberg, and Frank Furtek, Chief Counsel at CHHS | This is an e-mail (and subsequent string of e-mails, below) from the Undersecretary of CHHS to the Director and Staff Counsel at CHHS regarding personnel devoted to complying with a long-term bed plan. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00030573 | | | DMH | Furtek, Frank | 5/1/2007 | Email | Boynton, Ann (CHHS - Undersecretary) | Bush, Elaine (DMH - Chief Deputy Director);Carney, Scott (CDCR - Deputy Director, Business Services);Furtek, Frank (CHHS - Chief Counsel);Mayberg, Steve (DMH - Director) | Email thread discussing personnel for prison reform strike team. | Attorney Client | From: Ann Boynton To: Stephen Mayberg, and Frank Furtek, Chief Counsel at CHHS | This is an e-mail (and subsequent string of e-mails, below) from the Undersecretary of CHHS to the Director and Staff Counsel at CHHS regarding personnel devoted to complying with a long-term bed plan. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00030574 | | | DMH | Furtek, Frank | 4/30/2007 | Email | Belshe, Kimberly (CHHS) | Boynton, Ann (CHHS - Undersecretary);Furtek, Frank (CHHS - Chief Counsel);Munso, Joe (CHHS) | Email thread discussing personnel for prison reform strike team. | Attorney Client | From: Ann Boynton To: Stephen Mayberg, and Frank Furtek, Chief Counsel at CHHS | This is an e-mail (and subsequent string of e-mails, below) from the Undersecretary of CHHS to the Director and Staff Counsel at CHHS regarding personnel devoted to complying with a long-term bed plan. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00030575 | | | DMH | Furtek, Frank | 4/30/2007 | Email | | Carney, Scott (CDCR - Deputy Director, Business Services) | Boynton, Ann (CHHS - Undersecretary);Bush, Elaine (DMH - Chief Deputy Director);Furtek, Frank (CHHS - Chief Counsel);Mayberg, Steve (DMH - Director) | Email thread discussing prison reform spending. | Attorney Client | From: Ann Boynton To: Stephen Mayberg, and Frank Furtek, Chief Counsel at CHHS | This is an e-mail (and subsequent string of e-mails, below) from the Undersecretary of CHHS to the Director and Staff Counsel at CHHS regarding personnel devoted to complying with a long-term bed plan. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00030576 | | | DMH | Furtek, Frank | 4/30/2007 | Email | Boynton, Ann (CHHS - Undersecretary) | Bush, Elaine (DMH - Chief Deputy Director);Carney, Scott (CDCR - Deputy Director, Business Services);Furtek, Frank (CHHS - Chief Counsel);Mayberg, Steve (DMH - Director) | Email thread discussing personnel for prison reform strike team. | Attorney Client | From: Ann Boynton To: Stephen Mayberg, and Frank Furtek, Chief Counsel at CHHS | This is an e-mail (and subsequent string of e-mails, below) from the Undersecretary of CHHS to the Director and Staff Counsel at CHHS regarding personnel devoted to complying with a long-term bed plan. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00030577 | | | DMH | Furtek, Frank | 4/30/2007 | Email | Mayberg, Steve (DMH - Director) | Boynton, Ann (CHHS - Undersecretary);Bush, Elaine (DMH - Chief Deputy Director);Carney, Scott (CDCR - Deputy Director, Business Services);Furtek, Frank (CHHS - Chief Counsel) | Email thread discussing personnel for prison reform strike team. | Attorney Client | From: Ann Boynton To: Stephen Mayberg, and Frank Furtek, Chief Counsel at CHHS | This is an e-mail (and subsequent string of e-mails, below) from the Undersecretary of CHHS to the Director and Staff Counsel at CHHS regarding personnel devoted to complying with a long-term bed plan. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00030578 | | | DMH | Furtek, Frank | 4/30/2007 | Email | Boynton, Ann (CHHS - Undersecretary) | Bush, Elaine (DMH - Chief Deputy Director);Carney, Scott (CDCR - Deputy Director, Business Services);Furtek, Frank (CHHS - Chief Counsel);Mayberg, Steve (DMH - Director) | Email discussing personnel for prison reform strike team. | Attorney Client | From: Ann Boynton To: Stephen Mayberg, and Frank Furtek, Chief Counsel at CHHS | This is an e-mail (and subsequent string of e-mails, below) from the Undersecretary of CHHS to the Director and Staff Counsel at CHHS regarding personnel devoted to complying with a long-term bed plan. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00030579 | | | DMH | Furtek, Frank | 4/30/2007 | Email | Boynton, Ann (CHHS - Undersecretary) | Belshe, Kimberly (CHHS);Furtek, Frank (CHHS - Chief Counsel);Munso, Joe (CHHS) | Email discussing personnel for prison reform strike team. | Attorney Client | From: Ann Boynton To: Stephen Mayberg, and Frank Furtek, Chief Counsel at CHHS | This is an e-mail (and subsequent string of e-mails, below) from the Undersecretary of CHHS to the Director and Staff Counsel at CHHS regarding personnel devoted to complying with a long-term bed plan. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00044272 | | | CDCR_MH | Chaiken, Shama Thumb Drive | 6/19/2007 | Email | Chaiken, Shama (CDCR - Chief Psychologist, Divison of Correctional Health Care Services) | Bindler, Stephen (CDCR - Chief Psychologist, Kern Valley State Prison);McAloon, Margaret (CDCR - Chief Psychologist, DCHCS);McKeever, Doug (CDCR - Director, Mental Health Programs);Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email discussing care. | Attorney Client | From: Shama Chaiken To: Doug McKeever and Lisa Tillman | This is an e-mail in which a CDCR employee seeks clarification from her attorney, Lisa Tillman, regarding institution monitoring. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | | | | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00044626 | | | CDCR_MH | Chaiken, Shama Thumb Drive | 5/10/2007 | Email | Chaiken, Shama (CDCR - Chief Psychologist, Division of Correctional Health Care Services) | Clark, Jackie (Statewide Director of Nursing Operations); Hobbs, Carmen (Nurse Consultant III, Clinical Policy and Programs); McAloon, Margaret (CDCR); McKeever, Doug (CDCR - Director, Mental Health Programs); Nolan, Jennifer (CDCR - Office of Personnel Services); Steele-Pirie, Virginia; Swanson, Andrew (CDCR - Chief Psychiatrist, DCHCS); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing proposed Suicide Watch. | Attorney Client | From: Lisa Tillman To: Kathy Olson, Mike Stone, Nancy Bither, and others within CDCR | This is an e-mail in which Lisa Tillman asks her client to prepare responses to certain questions relating to inmate monitoring. |
| E00045948 | | | Chaiken, Shama Thumb Drive | CDCR_MH | 11/20/2006 | Email | Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services) | McKeever, Doug (CDCR - Director, Mental Health Programs); Steele-Pirie, Virginia; Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General); Turner, Susan (Center of Evidence-Based Corrections) | Email thread discussing suicide risk screening prior to placement into ASU. | Attorney Client | From: Lisa Tillman To: Shama Chaiken | This is an e-mail in which Lisa Tillman asks her client to provide her with information to be included in a declaration. |
| E00045983 | E00045983 | E00045984 | Chaiken, Shama Thumb Drive | CDCR_MH | 11/15/2006 | Email | McKeever, Doug (CDCR - Director, Mental Health Programs) | Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services); Dovey, John; Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR - Former Acting Director of DCHCS); Kernan, Scott (CDCR - Chief Deputy Secretary for Adult Operations); Lemos, Judi (CDCR - Senior Staff Counsel, Office of Legal Affairs); McAloon, Margaret (CDCR); Rougeux, Tim (CDCR - Correctional Administrator, Division of Correctional Health Care Services); Slavin, Bruce (CDCR - General Counsel); Swanson, Andrew (CDCR - Chief Psychiatrist, DCHCS); Tilton, Jim (CDCR - Secretary) | Email attaching Keating screening criteria. | Attorney Client | From: Lisa Tillman To: Brigid Hanson, Jim Tilton, and others within CDCR and DMH | This is an e-mail in which Lisa Tillman provides and update to her clients regarding a letter from Special Master Keating and also provides advice to comply with the letter. |
| E00046148 | | | Chaiken, Shama Thumb Drive | CDCR_MH | 11/8/2006 | Email | Dovey, John | Dickinson, Kathleen; Kane, Anthony (CDCR - Associate Director, Division of Adult Institutions); Kernan, Scott (CDCR - Chief Deputy Secretary for Adult Operations); McKeever, Doug (CDCR - Director, Mental Health Programs); Miller, Patricia; Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Email thread discussing pre-decisional classification score issue. | Attorney Client | From: John Dovey To: Shama Chaiken, Mike Stone, CDCR Staff Counsel, and others within CDCR | This is a string-email in which John Dovey asks Mike Stone, CDCR staff counsel, his opinion of a discussion that took place regarding classification scores. |
| E00047253 | | | CDCR_MH | Chaiken, Shama Thumb Drive | 6/1/2006 | Email | Fishback, M.D., Tim (CDCR - Chief of Mental Health, Division of Correctional Health Care Services) | Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services); Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Kanan, Renee; Lewis, Janet; McAloon, Margaret (CDCR); McKeever, Doug (CDCR - Director, Mental Health Programs); Sweeney, Kristal (CDCR - Chief, Institutional Budgeting; Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing program guide and finance requests. | Attorney Client | From: Timothy Fishback To: Lisa Tillman and others within CDCR and DMH | This is a string of e-mails between Lisa Tillman and her clients in which Ms. Tillman requests information to respond to a Court order. |
| E00047256 | | | CDCR_MH | Chaiken, Shama Thumb Drive | 6/1/2006 | Email | Fishback, M.D., Tim (CDCR - Chief of Mental Health, Division of Correctional Health Care Services) | Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services); Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Kanan, Renee; Lewis, Janet; McAloon, Margaret (CDCR); McKeever, Doug (CDCR - Director, Mental Health Programs); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing program guide and finance requests. | Attorney Client | From: Timothy Fishback To: Lisa Tillman and others within CDCR and DMH | This is a string of e-mails between Lisa Tillman and her clients in which Ms. Tillman requests information to respond to a Court order. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00047271 | | | CDCR_MH | Chaiken, Shama Thumb Drive | 5/31/2006 | Email | Fishback, M.D., Tim (CDCR - Chief of Mental Health, Division of Correctional Health Care Services) | Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services); Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Kanan, M.D., Renee (CDCR - MPH, Deputy Director, DCHCS); McAloon, Margaret (CDCR); McKeever, Doug (CDCR - Director, Mental Health Programs); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing updates to program guide and finance requests. | Attorney Client | From: Timothy Fishback To: Lisa Tillman and others within CDCR and DMH | This is a string of e-mails between Lisa Tillman and her clients in which Ms. Tillman requests information to respond to a Court order. |
| E00047453 | | | CDCR_MH | Chaiken, Shama Thumb Drive | 5/17/2006 | Email | Mangum, Sarah (DOF - Principal Program Budget Analyst, Corrections and General Government Unit) | Alves, Jim (CHHS - Assistant Secretary); Arnold, Molly (DOF - Chief Counsel); Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services); Fishback, M.D., Tim (CDCR - Chief of Mental Health, Division of Correctional Health Care Services); Huang, Daphne (DOF); Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO); McKeever, Doug (CDCR - Director, Mental Health Programs); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing staffing ratios. | Attorney Client | From: Lisa Tillman To: Shama Chaiken, Sarah Mangum, Molly Arnold, and others within CDCR and DOF | This is a string of e-mails, initiated by Lisa Tillman to her clients, in which Ms. Tillman seeks to discuss issues raised by Special Master Keating. |
| E00047456 | | | CDCR_MH | Chaiken, Shama Thumb Drive | 5/17/2006 | Email | Mangum, Sarah (DOF - Principal Program Budget Analyst, Corrections and General Government Unit) | Alves, Jim (CHHS - Assistant Secretary); Arnold, Molly (DOF - Chief Counsel); Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services); Fishback, M.D., Tim (CDCR - Chief of Mental Health, Division of Correctional Health Care Services); Huang, Daphne (DOF); Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO); McKeever, Doug (CDCR - Director, Mental Health Programs); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing staffing ratios. | Attorney Client | From: Lisa Tillman To: Shama Chaiken, Sarah Mangum, Molly Arnold, and others within CDCR and DOF | This is a string of e-mails, initiated by Lisa Tillman to her clients, in which Ms. Tillman seeks to discuss issues raised by Special Master Keating. |
| E00047489 | | | CDCR_MH | Chaiken, Shama Thumb Drive | 5/15/2006 | Email | Mangum, Sarah (DOF - Principal Program Budget Analyst, Corrections and General Government Unit) | Alves, Jim (CHHS - Assistant Secretary); Arnold, Molly (DOF - Chief Counsel); Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services); Fishback, M.D., Tim; Huang, Daphne (DOF); Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO); McKeever, Doug (CDCR - Director, Mental Health Programs); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing staffing issues. | Attorney Client | From: Lisa Tillman To: Shama Chaiken, Sarah Mangum, Molly Arnold, and others within CDCR and DOF | This is a string of e-mails, initiated by Lisa Tillman to her clients, in which Ms. Tillman seeks to discuss issues raised by Special Master Keating. |
| E00047512 | | | CDCR_MH | Chaiken, Shama Thumb Drive | 5/12/2006 | Email | Fishback, M.D., Tim | Adams, Derral (CDCR - Warden, CSP-Corcoran); Beaty, Dennis (CDCR - Assistant Chief Counsel, Office of Legal Affairs); Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services); Chiurazzi, Marion (CDCR - Deputy Director, Mental Health Clinical Services, DCHCS); Hubbard, Suzan; Kanan, M.D., Renee (CDCR - MPH, Deputy Director, DCHCS); McAloon, Margaret (CDCR - Chief Psychologist, DCHCS); McKeever, Doug (CDCR - Director, Mental Health Programs); Riley, Katie (CDCR - Staff Counsel, Office of Legal Affairs); Shively, Tim (CDCR); Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General); Yamamoto, Vicki (CDCR - Health Care Manager, CSP-Corcoran) | Email thread discussing Corcoran Coleman Tour. | Attorney Client | From: Katie Riley, CDCR Staff Counsel To: Timothy Fishback and others within CDCR | This is a string e-mail initiated by Katie Riley, in which Ms. Riley seeks answers from her clients to certain questions raised in the course of a Coleman tour. The reply e-mail from Timothy Fishback provides answers to her questions. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00047820 | | | Chaiken, Shama Thumb Drive | CDCR_MH | 4/5/2006 | Email | Fishback, M.D., Tim (CDCR - Chief of Mental Health, Division of Correctional Health Care Services) | Chaiken, Shama (CDCR - Chief Psychologist, Davison of Correctional Health Care Services); Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Kanan, M.D., Renee (CDCR - MPH, Deputy Director, DCHCS); McAloon, Margaret (CDCR); McKeever, Doug (CDCR - Director, Mental Health Programs); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing use of expert consultant on video monitoring. | Attorney Client | From: Timothy Fishback To: Lisa Tillman | This is a string e-mail between Timothy Fishback and Lisa Tillman in which they discuss standards for monitoring in Coleman. |
| E00048579 | | | Chaiken, Shama Thumb Drive | CDCR_MH | 2/9/2007 | Email | McDonald, Terri (CDCR - Chief Deputy Warden, California Out of State Correctional Facilities) | Chaiken, Shama (CDCR - Chief Psychologist, Division of Correctional Health Care Services); Kernan, Scott (CDCR - Deputy Director, Division of Adult Institutions); Lemos, Judi (CDCR - Senior Staff Counsel, Office of Legal Affairs); McKeever, Doug (CDCR - Director, Mental Health Programs); Meier, Rodger; Milliner, Phyllis; Romero, Lydia (CDCR - Associate Warden, COCF); Stubbs, Jonathan; Swanberg, Chris (CDCR - Senior Staff Counsel, Office of Legal Affairs); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing objections to COCF Return Policy. | Attorney Client; Attorney Work Product | From: Terri McDonald To: Lisa Tillman and others within CDCR and DMH | Lisa Tillman forwarded an e-mail from Plaintiffs' counsel to her clients seeking information from her clients in order to respond to Plaintiffs' counsel's questions. |
| E00082860 | | | DOF | Howard, Justin | 9/26/2007 | Email | Petersilia, Joan | Jett, Kathy; Petersilia, Joan; Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs) | Email discussing EP report and Strike Team work. | Attorney Client | From: Joan Petersilia To: Ben Rice | This is an e-mail responding to questions prepared by Ben Rice, Deputy Legal Affairs Secretary, in preparation for drafting a declaration to be submitted to the Court. |
| E00082874 | | | DOF | Jett, Kathy | 7/6/2007 | Report | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kennedy, Susan (GOV - Chief of Staff); Tilton, Jim (CDCR - Secretary) | Governors' AB 900 Facilities Strike Team Recommendations. | Attorney Client | From: Deborah Hysen To: Susan Kennedy, Dan Dunmoyer, Robert Gore, Andrea Hoch, and James Tilton | This is a draft recommendation from the AB 900 Facilities Strike Team to the Governor's Office, including to the Legal Affairs Secretary. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00083812 | E00083554 | E00083555 | GOV | Jett, Kathy | 7/6/2007 | Email | Petersilia, Joan | Jett, Kathy; Petersilia, Joan; Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs) | Email discussing EP report and Strike Team work. | Attorney Client | From: Joan Petersilia To: Ben Rice | This is an e-mail responding to questions prepared by Ben Rice, Deputy Legal Affairs Secretary, in preparation for drafting a declaration to be submitted to the Court. |
| E00084308 | E00084307 | E00084293 | GOV | Gore, Robert | 8/24/2007 | Report | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary); Mendelsohn, Adam | Confidential Critical Issue Briefing on AB 900. | Attorney Client | From: Bob Gore To: Susan Kennedy, Andrea Hoch, and others within the Governor's Office | This is a critical issue briefing sent from the Acting Deputy Chief Cabinet Secretary to the Legal Affairs Secretary and others. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00084449 | | | GOV | Gore, Robert | 10/9/2007 | Memo | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kennedy, Susan (GOV - Chief of Staff) | Confidential Critical Issue Briefing on AB 900. | Attorney Client | From: Bob Gore To: Susan Kennedy, Dan Dunmoyer, and Andrea Hoch | This is a critical issue briefing sent from the Acting Deputy Chief Cabinet Secretary to the Legal Affairs Secretary and others. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00084450 | | | GOV | Gore, Robert | 8/31/2007 | Memo | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kennedy, Susan (GOV - Chief of Staff); Mendelsohn, Adam | Briefing on CDCR Infill Bed Construction. | Attorney Client | From: Bob Gore To: Susan Kennedy, Andrea Hoch, Dan Dunmoyer, and Adam Mendelsohn | This is a critical issue briefing sent from the Acting Deputy Chief Cabinet Secretary to the Legal Affairs Secretary and others. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00084453 | | | GOV | Gore, Robert | 9/6/2007 | Memo | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary); Kennedy, Susan (GOV - Chief of Staff) | Briefing on CDCR AB 900 Performance Measures. | Attorney Client | From: Bob Gore To: Susan Kennedy, Andrea Hoch, Dan Dunmoyer, and Chris Kahn | This is a critical issue briefing sent from the Acting Deputy Chief Cabinet Secretary to the Legal Affairs Secretary and others. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00084455 | | | GOV | Gore, Robert | 10/12/2007 | Memo | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kennedy, Susan (GOV - Chief of Staff) | Confidential Critical Issue Briefing on Prison Population Management. | Attorney Client | From: Bob Gore To: Susan Kennedy, Dan Dunmoyer, and Andrea Hoch | This is a critical issue briefing sent from the Acting Deputy Chief Cabinet Secretary to the Legal Affairs Secretary and others. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00084456 | | | GOV | Gore, Robert | 7/9/2007 | Memo | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kennedy, Susan (GOV - Chief of Staff) | Critical Issue Briefing on Rehab Strike Team First Report. | Attorney Client | From: Bob Gore To: Susan Kennedy, Dan Dunmoyer, and Andrea Hoch | This is a critical issue briefing sent from the Acting Deputy Chief Cabinet Secretary to the Legal Affairs Secretary and others. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00084574 | E00084573 | E00084577 | GOV | Dunmoyer, Dan | 12/7/2007 | Report | Saragosa, Michael (GOV Deputy Cabinet Secretary) | Aguiar, Fred (Cabinet Secretary); Bogert, Tami (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Bryant, Cynthia (GOV); Csizmar, Eric (GOV - Deputy Legislative Secretary); Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Grutzius, Jennifer (GOV); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen); Mauro, Louis (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Reid, Scott (GOV) | Governor's Office Briefing Document on Prison Reform, attached to privileged email. | Attorney Client | From: Michael Saragosa, Deputy Cabinet Secretary To: Andrea Hoch and other members of Cabinet | Attachments to e-mail regarding potential prison reform proposals that are protected from disclosure by the attorney-client and deliberative process privileges. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00084575 | E00084573 | E00084577 | GOV | Dunmoyer, Dan | 12/7/2007 | Report | Saragosa, Michael (GOV Deputy Cabinet Secretary) | Aguiar, Fred (Cabinet Secretary); Bogert, Tami (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Bryant, Cynthia (GOV); Csizmar, Eric (GOV - Deputy Legislative Secretary); Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Grutzius, Jennifer (GOV); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen); Mauro, Louis (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Reid, Scott (GOV) | Governor's Office Briefing Document Attachment No. 1 - Report Becomes Law Unless Legislature Acts Affirmatively, attached to privileged email. | Attorney Client | From: Michael Saragosa, Deputy Cabinet Secretary To: Andrea Hoch and other members of Cabinet | Attachments to e-mail regarding potential prison reform proposals that are protected from disclosure by the attorney-client and deliberative process privileges. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00084576 | E00084573 | E00084577 | GOV | Dunmoyer, Dan | 12/7/2007 | Report | Saragosa, Michael (GOV Deputy Cabinet Secretary) | Aguiar, Fred (Cabinet Secretary); Bogert, Tami (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Bryant, Cynthia (GOV); Csizmar, Eric (GOV - Deputy Legislative Secretary); Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Grutzius, Jennifer (GOV); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen); Mauro, Louis (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Reid, Scott (GOV) | Governor's Office Briefing Document Attachment No. 2 - Parole Reform Proposed Language, attached to privileged email. | Attorney Client | From: Michael Saragosa, Deputy Cabinet Secretary To: Andrea Hoch and other members of Cabinet | Attachments to e-mail regarding potential prison reform proposals that are protected from disclosure by the attorney-client and deliberative process privileges. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |
| E00084577 | E00084573 | E00084577 | GOV | Dunmoyer, Dan | 12/7/2007 | Report | Saragosa, Michael (GOV Deputy Cabinet Secretary) | Aguiar, Fred (Cabinet Secretary); Bogert, Tami (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Bryant, Cynthia (GOV); Csizmar, Eric (GOV - Deputy Legislative Secretary); Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Grutzius, Jennifer (GOV); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen); Mauro, Louis (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Reid, Scott (GOV) | Governor's Office Briefing Document Attachment No. 3 - 50 States chart, attached to privileged email. | Attorney Client | From: Michael Saragosa, Deputy Cabinet Secretary To: Andrea Hoch and other members of Cabinet | Attachments to e-mail regarding potential prison reform proposals that are protected from disclosure by the attorney-client and deliberative process privileges. This document should also be listed in Attachment C to the April 14, 2008 order as Defendants previously asserted application of the deliberative process privilege in either their privilege logs or in the course of meeting and conferring with Plaintiffs' counsel. |

**Review of Attorney-Client Documents in Defendants' 4/21/08 Motion to Reconsider**

| | Columns from 2/15/08 Privilege Logs Produced by Defendants | | | | | | | | | | From 4/21/08 Chart in Defendants' Motion | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE | Author/Recipient from Request for Reconsideration | Privilege from Request for Reconsideration |
| E00085393 | E00085393 | E00085394 | DOF | | 9/14/2006 | Email | Mangum, Sarah (DOF - Principal Program Budget Analyst, Corrections and General Government Unit) | Alves, Jim (CHHS - Assistant Secretary);Arnold, Molly (DOF - Chief Counsel);Campbell, Mark (DOF - Principal Program Budget Analyst, Statewide Systems Development Unit, SSDU);Cervinka, Pete;Doyle, John (DOF - Principal Program Budget Analyst, HHS);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Hansen, Koreen;Huang, Daphne (DOF);Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Kessler, Steve (DOF - Chief Operating Officer);Lynn, Tim (DOF);Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen);Thomson, Jaci-Marie (DOF - Principal Program Budget Analyst);Wilkening, Mike (DOF - Program Budget Manager, Health and Human Services, HHS) | Email to attorney transmitting and discussing Coleman Supplemental Bed Plan Report. | Attorney Client | From: Sarah Mangum To: Molly Arnold, Chief Counsel DOF | This is an e-mail string regarding recommendations to a bed plan report. |
| E00097579 | | | CDCR | | 10/22/2007 | Email | Hysen, Deborah | Beland, Keith (CDCR);Benson, Stephen (DOF - Finance Budget Analyst, Capital Outlay);Borg, Dean (CDCR);Courtnier, Bob (CDCR - Director, Project Management and Construction Services, Facility Planning, Construction, and;Dezember, Robin (CDCR);Durham, Steve (CDCR - Deputy Director, Project Management and Construction Services, Facility Planning,Construction, and;Management);McKeever, Doug (CDCR - Director, Mental Health Programs);Owens, Teresa;Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs);Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen);Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General);Turnipseed, Dennis;Walton, Delorean;Wunderlich, Natasha (DOF - Assistant Finance Budget Analyst, CorGen) | Email thread discussing Small Management Yard Plan. | Attorney Client | From: Jay Sturges To: Ben Rice | This is an e-mail regarding the Governor's Office's plans to seek funding. |
| E00097584 | E00097584 | E00097588 | CDCR | | 10/22/2007 | Email | Beland, Keith (CDCR) | Benson, Stephen (DOF - Finance Budget Analyst, Capital Outlay); Borg, Dean (CDCR); Courtnier, Bob (CDCR - Director, Project Management and Construction Services, Facility Planning, Construction, and; Dezember, Robin (CDCR); Hysen, Deborah; Management); McKeever, Doug (CDCR - Director, Mental Health Programs); Owens, Teresa; Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General); Turnipseed, Dennis; Wunderlich, Natasha (DOF - Assistant Finance Budget Analyst, CorGen) | Email thread discussing and attaching Small Management Yard Plan. | Attorney Client | From: Jay Sturges To: Ben Rice | This is an e-mail regarding the Governor's Office's plans to seek funding. |