| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
|   | Attorney General of the State of California |
| 2 | DAVID S. CHANEY |
|   | Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER |
|   | Senior Assistant Attorney General |
| 4 | ROCHELLE C. EAST |
|   | Supervising Deputy Attorney General |
| 5 | MISHA D. IGRA, State Bar No. 208711 |
|   | Deputy Attorney General |
| 6 |   1300 I Street, Suite 125 |
|   |   P.O. Box 944255 |
| 7 |   Sacramento, CA 94244-2550 |
|   |   Telephone:  (916) 324-5388 |
| 8 |   Fax:  (916) 324-5205 |
|   |   Email:  Misha.Igra@doj.ca.gov |
| 9 | |
|   | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 LKK JFM P |
| Plaintiffs, | |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

**THIS DOCUMENT IS FILED UNDER SEAL IN ACCORDANCE WITH**

**A PROTECTIVE ORDER ISSUED BY THE COURT**

**AND MAY NOT BE COPIED OR EXAMINED**

**EXCEPT IN COMPLIANCE WITH THAT ORDER**

(See Stipulated Protective Order, 1/12/07, ¶ 7.)

30461403.wpd

CF1997CS0003

Sealed Document Cover Page

1