IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

       Plaintiffs,   No. CIV S-90-0520 LKK JFM P

  vs.

ARNOLD SCHWARZENEGGER, et al.,

       Defendants.   <u>ORDER</u>

       Inmate James Hampton, proceeding pro se, has filed a motion for declaratory and injunctive relief. Plaintiffs are a class of state prisoners represented by counsel. All documents filed on behalf of the plaintiff class or one or more of its members must be filed by counsel. Accordingly, IT IS HEREBY ORDERED that:

       1. Inmate Hampton's April 3, 2008 motion for declaratory and injunctive relief (document # 2776) is denied; and

       2. The Clerk of the Court is directed to serve a copy of this order on inmate James Hampton at the address on document # 2776.

DATED: May 20, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT