IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                  No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.         ORDER
_____/

        Inmate David Wilson, proceeding pro se, has filed a motion for temporary restraining order and or preliminary injunction, and a motion for enforcement of an order of this court. Plaintiffs are a class of state prisoners represented by counsel. All documents filed on behalf of the plaintiff class or one or more of its members must be filed by counsel. Accordingly, IT IS HEREBY ORDERED that:

        1. Inmate Wilson's December 10, 2007 motion for temporary restraining order and or preliminary injunction (document # 2608) is denied;

        2. Inmate Wilson's December 20, 2007 motion for enforcement (document # 2624) is denied; and

        3. The Clerk of the Court is directed to serve a copy of this order on inmate David W. Wilson at the address on document # 2624.

1

1 DATED: May 20, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT