IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER,
et al.,

        Defendants.            ORDER

/

        Plaintiffs are a class of state prisoners proceeding through counsel with this civil rights action pursuant to 42 U.S.C. § 1983.  Periodically, pro se inmates will submit letters or other documents to the Clerk of the Court for filing in the above-captioned case.  Considerations of case management and judicial economy preclude further filing of such documents in this action.

        Accordingly, good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court shall not file in this action any further documents submitted by an inmate proceeding pro se.  All documents bearing the above-captioned case name and/or number which are submitted to the Clerk of the Court by an inmate proceeding pro se shall be returned to the inmate with a copy of this order.

DATED:   May 21, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT