EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST - 183792
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
CHARLES ANTONEN - 221207
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5443
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
RENJU P. JACOB - 242388
SAMANTHA TAMA - 240280
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
rjacob@hansonbridgett.com
stama@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF RENJU P. JACOB IN SUPPORT OF DEFENDANTS' OPPOSITION REGARDING ADDITIONAL DISCOVERY DISPUTE** |

DECL. OF RENJU P. JACOB ISO DEFS' OPP. REGARDING ADDITIONAL
DISCOVERY DISPUTE (CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1469942.1

I, Renju P. Jacob, declare that:

1. I am an associate with the law offices of Hanson Bridgett LLP, counsel of record for Defendants in this action. I make this declaration in support of Defendants' Opposition pertaining to the Joint Statement Regarding Additional Discovery Dispute. I have personal knowledge of the matters stated in this declaration and can testify competently as to the matters stated herein

2. I assisted in the review of documents for privilege and for production. In addition, I have assisted in the preparation of privilege logs in this three-judge panel proceeding. In Fall of 2007, Defendants' counsel reviewed documents in response to Plaintiffs' Request for Production of Documents. During this process, Defendants claimed privilege over certain documents and created privilege logs. One privilege log in particular was created on November 30, 2007 which reflected paper documents from the Governor's Office and was produced to Plaintiffs. I confirmed that this privilege log contained one entry GOVPRIV001683-001863, which was withheld on the basis of deliberative process privilege and the official information privilege. GOVPRIV001683-001863 is identified in the electronic database as one record.

3. Defendants' counsel re-reviewed all documents for which Defendants asserted privilege pursuant to the three-judge panel's order dated December 14, 2007. During the course of this review, privileged paper documents from the Governor's Office were also reviewed. This included documents identified by the range GOVPRIV001683 to 001863. Defendants inadvertently produced these documents on February 4, 2008.

4. Amy Whelan, Plaintiffs' counsel wrote a letter addressed to Lisa Tillman, Defendants' counsel on March 18, 2008 explaining that several documents produced by Defendants may have been inadvertently produced and requested clarification as to whether Defendants would claw the documents back. One of the documents identified by Plaintiffs was GOVPRIV001731. GOVPRIV001731 falls within the document range GOVPRIV001683 to 001863. A true and correct copy of Ms. Whelan's letter is attached hereto as Exhibit A.

-1-

DEC. OF RENJU P. JACOB ISO DEFS' REPLY TO OPP. TO DEFS' REQ. FOR RECONSIDERATION (CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1469942.1

5. Ms. Tillman responded on March 22, 2008, explaining that Defendants will be clawing back the vast majority of documents identified by Ms. Whelan. Ms. Tillman's response to Ms. Whelan was the second email in a chain of e-mail correspondence regarding the parties' meet and confer process concerning this deliberative process discovery dispute. A true and correct copy of this email chain, including Ms. Tillman's March 22nd response is attached hereto as Exhibit B.

6. I reviewed the documents identified and described in this prior correspondence to determine whether the documents should be clawed back and to assist in the development of replacement disks to complete the claw back process. During the course of this review, I learned that one of the documents identified by Plaintiffs, GOVPRIV001731 was not a separate record in our database, but was one page of a database record with the page range, GOVPRIV001683-001863. I then reviewed the additional documents in that range to determine whether Defendants inadvertently produced other documents.

7. On April 11, 2008, I responded to Plaintiffs' and Intervenors' counsel to explain that GOVPRIV001731 was coded as one page in a larger e-document and that Defendants are clawing back additional documents it identified which were inadvertently produced within that range. A true and correct copy of my April 11, 2008 letter is attached hereto as part of the chain correspondence in Exhibit B.

8. On April 11, 2008, Ms. Whelan responded to my letter earlier that day and requested that Defendants state the privileges that it was asserting for these documents and to confirm the bates-labels associated with the documents. A true and correct copy of Ms. Whelan's April 11, 2008 letter is attached hereto as part of the chain correspondence in Exhibit B.

9. I responded on April 15, 2008, confirming the bates-labels of the documents at issue, describing the document, and stating the privilege asserted. In this letter, I asked Plaintiffs to permanently delete these documents and explained that Defendants would provide replacement disks. A true and correct copy of my April 15,

- 2 -

DECL. OF RENJU P. JACOB ISO DEFS' OPP. REGARDING ADDITIONAL DISCOVERY DISPUTE (CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1469942.1

1. 2008 letter is attached hereto as part of the chain correspondence in Exhibit B.

10. In a letter from Ms. Whelan on April 28, 2008, Plaintiffs agreed to permanently delete the documents for which Defendants claimed attorney-client privilege. However, as to documents to which Defendants claimed only the deliberative process privilege, Plaintiffs agreed to delete such documents only after Defendants' confirmation that these documents will be brought before the Court and included as part of the pending deliberative process motion. A true and correct copy of Ms. Whelan's April 28, 2008 letter is attached hereto as part of the chain correspondence in Exhibit B.

11. On May 9, 2008, I responded and agreed to submit these documents to which Defendants assert the deliberative process privilege to the Court for its consideration. A true and correct copy of my May 9, 2008 letter is attached hereto as part of the chain correspondence in Exhibit B.

12. After this agreement was reached, Ms. Whelan confirmed by email on May 12, 2008 that Plaintiffs would delete copies of the documents that are subject to this instant discovery dispute. A true and correct copy of Ms. Whelan's May 9, 2008 letter is attached hereto as part of the chain correspondence in Exhibit B.

13. The documents that are it issue in this motion are: GOVPRIV001687, GOVPRIV001688, GOVPRIV001722-001723, GOVPRIV001730, GOVPRIV001816-001840, GOVPRIV001841, GOVPRIV001854, GOVPRIV001858-001860, GOVPRIV001861-001862 and GOVPRIV001863. Defendants created a supplemental privilege log to support the assertion of the deliberative process privilege for these documents and for the Court's consideration in ruling upon the current discovery dispute. A true and correct copy of the privilege log is attached hereto as Exhibit C.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 27th day of February 2008 at San Francisco, California.

//s//
RENJU P. JACOB