**EXHIBIT A**

Renju P. Jacob

| | |
|---|---|
| **From:** | Amy Whelan [AWhelan@RBG-Law.com] |
| **Sent:** | Tuesday, March 18, 2008 5:24 PM |
| **To:** | Lisa Tillman; Misha Igra; Paul B. Mello; Charles Antonen; Rochelle East |
| **Cc:** | Coleman Team - RBG Only; Sara Norman; 'Alison Hardy'; Donald Specter |
| **Subject:** | Defs' Document Productions, Overcrowding |
| **Importance:** | High |

Dear Lisa,

We have come across additional documents that defendants may have inadvertently disclosed during discovery. Unless and until we hear from you, we will assume that the disclosures were intentional. If you intend to claw these back, we would appreciate a response by **March 25, 2008** (a week from today). The documents are as follows:

E_PRIV_002585
E_PRIV_002586
E_PRIV_005179
E_PRIV_005185
E_PRIV_064228-064266
E_PRIV_088961-088962
E_PRIV_090652-090653
E_PRIV_095672-095674
E_PRIV_096778-096815
E_PRIV_134521-134522
E_PRIV_181028-181033
E_PRIV_231090-231093
E_PRIV_231094-231097
E_PRIV_231098-231103
E_CDCR_013300-013301
E_CDCR_013451-013452
E_CDCR_013453-013454
CDCR022961-022962
GOVPRIV001731
PRIV004045-004048

We also came across documents that may have some privileged sections. Defendants have previously redacted privileged portions of otherwise relevant and responsive documents and we request that you do the same for these documents if you did not intend to produce them. The documents that may have privileged or otherwise protected sections include the following:

E_PRIV_088068-088071
E_PRIV_112762-112767
E_CDCR_MH008496-008612

Again, unless and until we hear from you, we will assume that defendants intentionally disclosed these documents in their entirety.

Please call me if you have any questions.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

5/20/2008

CONFIDENTIALITY NOTICE:
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

5/20/2008