**EXHIBIT B**

**Renju P. Jacob**

---

**From:** Amy Whelan [AWhelan@RBG-Law.com]
**Sent:** Monday, May 12, 2008 10:53 AM
**To:** Renju P. Jacob
**Cc:** 'Kyle Lewis'; 'Lisa Tillman'; 'Misha Igra'; 'Rochelle East'; Paul B. Mello; Coleman Team - RBG Only; Donald Specter; 'Charles Antonen'; 'Alison Hardy'; Sara Norman; Coleman KL Gates
**Subject:** RE: 3-Judge Panel - Replacement Disks for Inadvertently DisclosedDocuments

Renju,
Plaintiffs agree to permanently delete the following documents and have instructed our vendor to do so:

GOVPRIV001687
GOVPRIV001688
GOVPRIV001722-001723
GOVPRIV001730
GOVPRIV001816-001840
GOVPRIV001841
GOVPRIV001854
GOVPRIV001858-001862
GOVPRIV001863

You stated that Judge Moulds already has these documents in conjunction with prior orders and discovery documents. Please clarify this--are you saying that defendants previously submitted them to Judge Moulds as part of the privilege disputes in November and December 2007? If so, please identify by date the privilege log that previously listed these documents.

As for a joint statement, we suggest that you draft one this week and that you also provide us with the privilege log entries that you will submit to the Court for these document(s). We can likely insert our arguments within a day. Please try to provide us with some notice as to when we can expect the draft statement and privilege log information so that we can plan appropriately.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Renju P. Jacob [mailto:RJacob@hansonbridgett.com]
**Sent:** Friday, May 09, 2008 1:09 PM
**To:** Amy Whelan
**Cc:** Kyle Lewis; Lisa Tillman; Misha Igra; Rochelle East; Paul B. Mello; Coleman Team - RBG Only; Donald Specter; Charles Antonen; Alison Hardy; Sara Norman; Lori E. Rifkin
**Subject:** RE: 3-Judge Panel - Replacement Disks for Inadvertently DisclosedDocuments

Dear Amy,

Thank you for permanently deleting the attorney-client privileged documents. As for the GOVPRIV documents referenced below for which we assert the deliberative process privilege, Defendants agree to bring these documents before Judge Moulds in conjunction with the pending deliberative process motion. With that confirmation, please make efforts to delete those documents from your files as soon as possible. Please confirm when this is complete. We have already exchanged the appropriate disks with you to facilitate the clawback process of those disks.

I suggest that we submit a short joint statement describing the background for this recent dispute and referencing our prior legal arguments in past briefing. Also, counsel can provide supporting declarations as necessary. While the various pages at issue in this dispute comprise one e-document for purposes of a privilege log, Defendants will prepare and file a description of the specific pages at issue in a log-type format for the court's consideration.

Judge Moulds already has these documents in conjunction with prior orders and discovery documents. If the Court so requests, Defendants can provide these documents separately to Judge Moulds for sealed *in camera* review.

Please let me know if this filing procedure is amenable to Plaintiffs and the timing for such a filing.

Best regards,

RENJU P. JACOB
Attorney
rjacob@hansonbridgett.com
(415) 995-5049 Direct
(415) 995-3505 Fax

 HansonBridgett

Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
San Francisco | Sacramento | North Bay

To reduce paper use, we ask that you please consider the environment before printing this e-mail.

This communication, including any attachments, is confidential and may be protected by privilege. If you are not the intended recipient, any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone or email, and permanently delete all copies, electronic or other, you may have.

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.

**From:** Amy Whelan [mailto:AWhelan@RBG-Law.com]
**Sent:** Monday, April 28, 2008 6:21 PM
**To:** 'Charles Antonen'; 'Alison Hardy'; Sara Norman; Lori E. Rifkin
**Cc:** 'Kyle Lewis'; 'Lisa Tillman'; 'Misha Igra'; 'Rochelle East'; Paul B. Mello; Renju P. Jacob; Coleman Team - RBG Only; Coleman KL Gates; Donald Specter
**Subject:** RE: 3-Judge Panel - Replacement Disks for Inadvertently DisclosedDocuments

Charles and Renju,
Plaintiffs agree to permanently delete the following documents for which you claim attorney-client privilege, including:

5/20/2008

GOVPRIV1692
GOVPRIV1693-1718
GOVPRIV001731 (this was already permanently deleted from our files)
GOVPRIV1748-1752
GOVPRIV1850
GOVPRIV1851

With respect to the documents for which you now claim deliberative process privilege, however, we will permanently delete them once we receive confirmation from defendants that they will submit those documents to Judge Moulds, with corresponding privilege log entries, for consideration with the deliberative process motion. As you know, we are currently litigating this issue and these documents fall squarely within that dispute.

Please call me if you have any questions or would like to discuss this further.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Charles Antonen [mailto:Charles.Antonen@doj.ca.gov]
**Sent:** Monday, April 28, 2008 2:46 PM
**To:** Alison Hardy; Sara Norman; Amy Whelan; Lori E. Rifkin
**Cc:** Kyle Lewis; Lisa Tillman; Misha Igra; Rochelle East; Paul B. Mello; Renju Jacob
**Subject:** 3-Judge Panel - Replacement Disks for Inadvertently Disclosed Documents

Dear Ms. Whelan,

Following up on our correspondence regarding the most recent inadvertent production, Defendants are prepared to exchange disks containing the inadvertently produced materials. Please have on hand the disks marked:

PRD01 through PRD 03
CDCR_MH_PROD02
CDCR_PROD04
PRIV_PROD04
PRIV_PROD05
PRIV_PROD06
PRIV_PROD08
PRIV_PROD11
PRIV_PROD16
REDACTED01

My paralegal Jocelyn Tucay will be delivering the above mentioned replacement disks to your office at approximately 10:30 a.m. tomorrow morning. Thank you.

5/20/2008

Sincerely,

Charles J. Antonen
California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
415.703.5443
415.703.5843 (Facsimile)
Charles.Antonen@doj.ca.gov

>>> "Renju P. Jacob" <RJacob@hansonbridgett.com> 4/15/2008 9:46 AM >>>

Dear Ms. Whelan:

The document pages referenced below and GOVPRIV001731 are indeed part of one large e-document. While it consists of several individual paper documents, it is actually coded as one e-document in the database identified by the page range GOVPRIV001683-001863. A review of your database index should confirm this. In any case, whether the documents are part of the same e-document as GOVPRIV001731 is of no consequence. Upon determining that the documents were inadvertently produced, Defendants are entitled to assert the privilege and claw these documents back.

Defendants cannot accommodate Plaintiffs' request for Defendants to provide copies of documents it has deemed as privileged. To the contrary, upon notification that documents are privileged a party is obligated to return, sequester or destroy the specified information and any copies and must not use or disclose the information. Fed. R. Civ. P. 26(b)(5)(B). While we cannot provide the actual privileged documents for your review, Defendants provide the following descriptions of the pages that it has clawed back in the document range, and the basis for asserting privilege for these pages.

GOVPRIV1687 - Deliberative Process - Predecisional email thread between Deborah Hysen, Karen Finn and Robert Gore discussing site assessments.

GOVPRIV1688 - Deliberative Process - Predecisional email from Gore to Kathy Jett concerning Strike Team rehab work groups.

GOVPRIV1692 - Attorney-Client - Predecisional email thread from Ben Rice to Hysen, Gore, Andrea Hoch, and Louis Mauro regarding in-fill beds.

GOVPRIV1693-1718 - Attorney-Client and Deliberative Process - Hysen to Susan Kennedy, Dan Dunmoyer, Gore, Hoch, and James Tilton - AB 900 Strike Team Recommendations with handwritten notes and edits.

GOVPRIV001722-1723 - Deliberative Process - Email thread with Chris Kahn, Gore, and Joyce Hayhoe regarding the opening of a correctional facility.

GOVPRIV001730 - Deliberative Process - Gore to Hysen discussing policy regarding Infill Bed Plans.

GOVPRIV001731 -(document already clawed back) - Attorney-Client - Rice to Hoch, Mauro, Gore about meeting with Mr. Hagar.

GOVPRIV1748 - 1752 -Attorney-Client - email string between Molly Arnold, Hoch, Rice, and Gore concerning prison funding.

GOVPRIV1816-1840 - Deliberative Process- email string and redline attachment between Hysen and Gore regarding draft of AB 900 Facilities Strike Team Recommendation Report

GOVPRIV1841- Deliberative Process - Hysen to Gore concerning Infill Beds.

GOVPRIV1850 - Attorney Client and Deliberative Process - Hysen to Gore and Rice concerning meeting with Mr. Hagar.

GOVPRIV1851 - Attorney Client and Deliberative Process - Gore to Hysen, Rice and Finn concerning mental health bed plan costs.

GOVPRIV1854 - Deliberative Process - Finn to Gore concerning financial implications of CDCR strike team items.

5/20/2008

GOVPRIV1858 - GOVPRIV1862 - Deliberative Process - Hysen to Gore concerning beds and commingled facilities.

GOVPRIV1863 - Deliberative Process - Hysen to Gore concerning beds.

Based on the above, Defendants demand that both Plaintiffs and Intervenors delete the document pages specified below in my April 11, 2008 email immediately, if they have not done so already. Defendants will be providing replacement clawback disks in the near future.

Sincerely,

Renju Jacob

---

**From:** Amy Whelan [mailto:AWhelan@RBG-Law.com]
**Sent:** Friday, April 11, 2008 5:12 PM
**To:** Renju P. Jacob; 'ahardy@prisonlaw.com'; Donald Specter; Steve Fama; 'itrujillo@prisonlaw.com.'; Jane E. Kahn; Lori E. Rifkin; Michael W. Bien; Sarah M. Laubach; Sara Norman
**Cc:** 'cstegeman@akingump.com'; 'twang@akingump.com'; 'lwilc@cc.cccounty.us'; 'Theresa.fuentes@cco.sccgov.org'; 'cwoodward@co.sanmateo.ca.us'; 'kscott@countycounsel.com'; 'mandonov@da.sbcounty.gov'; 'imt@jones-mayer.com'; 'khb@jones-mayer.com'; 'ATate@RivCoDA.org'; 'chughes@RivCoDA.org'; 'EJFarrell@RivCoDA.org'; 'jcjackson@RivCoDA.org'; 'wemitchell@RivCoDA.org'; 'cathy.stephenson@sdcda.org'; 'smingram@solanocounty.com'; 'akeck@sonoma-county.org'; 'Lisa Tillman'; 'Misha Igra'; 'Rochelle East'; 'Charles Antonen'; 'Kyle Lewis'; Samantha D. Tama; Coleman Team - RBG Only
**Subject:** RE: Inadvertent Disclosure

Mr. Jacob,
It would be helpful if you could provide me with copies of the documents you are referring to because it is not in fact true that GOVPRIV001731 is part of a larger e-document. It is a single page document. Moreover, the various ranges of documents you list below are also not part of one e-document, which makes me think that you have incorrect bates numbers. As just one example, GOVPRIV001687 is a single page document. Finally, it is our understanding that defendants have reviewed and re-reviewed these GOVPRIV documents many times during the course of our privilege briefing and disclosed them only after explicitly determining that they are *not* privileged. Please let us know what privileges you are now asserting for these documents (once you have determined the correct bates numbers for them).

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>
IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

**From:** Renju P. Jacob [mailto:RJacob@hansonbridgett.com]
**Sent:** Friday, April 11, 2008 4:07 PM
**To:** ahardy@prisonlaw.com; Donald Specter; Steve Fama; itrujillo@prisonlaw.com.; Amy Whelan; Jane E. Kahn; Lori E. Rifkin; Michael W. Bien; Sarah M. Laubach
**Cc:** cstegeman@akingump.com; twang@akingump.com; lwilc@cc.cccounty.us; Theresa.fuentes@cco.sccgov.org;

5/20/2008

cwoodward@co.sanmateo.ca.us; kscott@countycounsel.com; mandonov@da.sbcounty.gov; imt@jones-mayer.com; khb@jones-mayer.com; ATate@RivCoDA.org; chughes@RivCoDA.org; EJFarrell@RivCoDA.org; jcjackson@RivCoDA.org; wemitchell@RivCoDA.org; cathy.stephenson@sdcda.org; smingram@solanocounty.com; akeck@sonoma-county.org; Lisa Tillman; Misha Igra; Rochelle East; Charles Antonen; Kyle Lewis; Samantha D. Tama
**Subject:** RE: Inadvertent Disclosure

Dear Ms. Whelan:

I write to follow up concerning your March 18, 2008 email notifying us of Defendant's inadvertent disclosure of documents.

In reviewing one of the pages you referenced below, GOVPRIV001731, we noted that it was part of a larger e-document ranging from pages GOVPRIV001683-001863. After completing review of the entire e-document, the following pages of that document are privileged and have been inadvertently produced:

> GOVPRIV001687-001688, GOVPRIV001692, GOVPRIV001693-001718, GOVPRIV001722 -001723, GOVPRIV001730-001731, GOVPRIV001748 -001752, GOVPRIV001816-001841, GOVPRIV001850-001851, GOVPRIV001854, GOVPRIV001858 -001863.

Please delete these privileged documents from your Summation and Concordance servers and return the prior disks containing those documents. By copy of this letter, I request the attorneys for the intervenors also delete them from their Summation and Concordance servers and return the prior disks containing those documents. We anticipate providing you with replacement volume disks next week to clawback the documents identified above and the documents mentioned by Lisa below.

Best regards,

**Renju Jacob**
Attorney
rjacob@hansonbridgett.com
415-995-5049 (direct)
415-995-3505 (direct fax)

Law Offices
Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

http://www.hansonbridgett.com/

---

**From:** Lisa Tillman [mailto:Lisa.Tillman@doj.ca.gov]
**Sent:** Saturday, March 22, 2008 11:10 AM
**To:** ahardy@prisonlaw.com; dspecter@prisonlaw.com; sfama@prisonlaw.com; itrujillo@prisonlaw.com.; awhelan@rbg-law.com; jkahn@rbg-law.com; LRifkin@rbg-law.com; mbien@rbg-law.com; SLaubach@rbg-law.com
**Cc:** cstegeman@akingump.com; twang@akingump.com; lwilc@cc.cccounty.us; Theresa.fuentes@cco.sccgov.org; cwoodward@co.sanmateo.ca.us; kscott@countycounsel.com; mandonov@da.sbcounty.gov; imt@jones-mayer.com; khb@jones-mayer.com; ATate@RivCoDA.org; chughes@RivCoDA.org; EJFarrell@RivCoDA.org; jcjackson@RivCoDA.org; wemitchell@RivCoDA.org; cathy.stephenson@sdcda.org; smingram@solanocounty.com; akeck@sonoma-county.org
**Subject:** Inadvertent Disclosure

March 22, 2008

Re: Three Judge Proceeding

Dear Ms. Whelan,

Thank you for email of March 18, 2008 notifying us of the inadvertent disclosure of the following documents:

5/20/2008

```
E_PRIV_002585
E_PRIV_002586
E_PRIV_005179
E_PRIV_005185
E_PRIV_064228-064266
E_PRIV_088961-088962
E_PRIV_090652-090653
E_PRIV_095672-095674
E_PRIV_096778-096815
E_PRIV_134521-134522
E_PRIV_181028-181033
E_PRIV_231090-231093
E_PRIV_231094-231097
E_PRIV_231098-231103
E_CDCR_013300-013301
E_CDCR_013451-013452
E_CDCR_013453-013454
CDCR022961-022962
GOVPRIV001731
PRIV004045-004048
```

We agree that all the above-referenced documents are privileged, with the exception of:
E_PRIV_002585
E_PRIV_002586
E_PRIV_005179
E_PRIV_005185

<u>I trust that you will agree to delete these privileged documents from your Summation and Concordance servers and return the prior disks containing those documents. By copy of this letter, I request the attorneys for the intervenors also delete them from their Summation and Concordance servers and return the prior disks containing those documents.</u> We will provide Plaintiffs' counsel and Intervenors' counsels with updated disks early next week.

We notice that you indicated two documents were privileged: E_CDCR_013300-013301. These are separate documents, with the first an attorney-client communication and the second a communication between the Secretary of CDCR and the Governor's Office. We trust that you have indicated that both are privileged and subject to the clawback provision.

We have reviewed the documents referenced in your letter that may have privileged sections:

E_PRIV_088068-088071
E_PRIV_112762-112767
E_CDCR_MH008496-008612

We agree that the above documents are privileged or contain privileged sections. We hereby trigger the clawback provisions for these documents and will inform you of our ability to provide redacted copies.

Thank you for your anticipated courtesy.

Sincerely,

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
Telephone: 916-327-7872
Facsimile: 916-324-5205

Dear Lisa,

We have come across additional documents that defendants may have inadvertently disclosed during discovery. Unless and until we hear from you, we will assume that the disclosures were intentional. If you intend to claw these back, we would appreciate a response by **March 25, 2008** (a week from today). The documents are as follows:

E_PRIV_002585
E_PRIV_002586
E_PRIV_005179

5/20/2008

E_PRIV_005185
E_PRIV_064228-064266
E_PRIV_088961-088962
E_PRIV_090652-090653
E_PRIV_095672-095674
E_PRIV_096778-096815
E_PRIV_134521-134522
E_PRIV_181028-181033
E_PRIV_231090-231093
E_PRIV_231094-231097
E_PRIV_231098-231103
E_CDCR_013300-013301
E_CDCR_013451-013452
E_CDCR_013453-013454
CDCR022961-022962
GOVPRIV001731
PRIV004045-004048

We also came across documents that may have some privileged sections. Defendants have previously redacted privileged portions of otherwise relevant and responsive documents and we request that you do the same for these documents if you did not intend to produce them. The documents that may have privileged or otherwise protected sections include the following:

E_PRIV_088068-088071
E_PRIV_112762-112767
E_CDCR_MH008496-008612

Again, unless and until we hear from you, we will assume that defendants intentionally disclosed these documents in their entirety.

Please call me if you have any questions.

Sincerely,

Amy Whelan, Esq.
ROSEN, BIEN & GALVAN LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415/433-6830
Fax: 415/433-7104
awhelan@rbg-law.com

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

****************************
This communication, including any attachments, is confidential and may be protected by privilege

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice con

The foregoing applies even if this notice is embedded in a message that is forwarded or attached
****************************


****************************
This communication, including any attachments, is confidential and may be protected by privilege

To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice con

5/20/2008

The foregoing applies even if this notice is embedded in a message that is forwarded or attached.
*****************************


**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

5/20/2008