**EXHIBIT C**

| BEGINNING_ID | ENDING_ID | CUSTODIAN | PRIVILEGE CLAIMED | DOC_DATE | DOC_TYPE | SOURCE | AUTHOR | RECIPIENT | DOC_DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| GOVPRIV001687 | GOVPRIV001687 | Robert Gore | Deliberative Process | 5/24/2007 | E-mail | Governor's Office | Deborah Hysen | Karen Finn, Robert Gore | E-mail planning site assessments and priority for construction at prisons. |
| GOVPRIV001688 | GOVPRIV001688 | Robert Gore | Deliberative Process | 5/22/2007 | E-mail | Governor's Office | Robert Gore | Kathy Jett | E-mail discussing and outlining strategy for Strike Team rehabilitation work groups |
| GOVPRIV001722 | GOVPRIV001723 | Robert Gore | Deliberative Process | 6/12/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | Email thread weighing rationale pertaining to the opening of a correctional facility. |
| GOVPRIV001730 | GOVPRIV001730 | Robert Gore | Deliberative Process | 6/11/2007 | E-mail | Governor's Office | Robert Gore | Deborah Hysen | E-mail discussing policy regarding Infill and Reentry. |
| GOVPRIV001816 | GOVPRIV001840 | Robert Gore | Deliberative Process | 7/13/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | E-mail analyzing proposed policy as to the allocation and location of Infill Beds. |
| GOVPRIV001841 | GOVPRIV001841 | Robert Gore | Deliberative Process | 7/5/2007 | E-mail | Governor's Office | Robert Gore | Deborah Hysen | Email string and redline attachment regarding draft of AB 900 Facilities Strike Team Recommendation Report |
| GOVPRIV001854 | GOVPRIV001854 | Robert Gore | Deliberative Process | 5/17/2007 | E-mail | Governor's Office | Robert Gore | Todd Jerue, Karen Finn | E-mail concerning financial implications and proposed allocations of CDCR strike team items and AB 900. |
| GOVPRIV001858 | GOVPRIV001860 | Robert Gore | Deliberative Process | 7/22/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | E-mail discussing proposed beds and commingled facilities proposals |
| GOVPRIV001861 | GOVPRIV001862 | Robert Gore | Deliberative Process | 7/22/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | E-mail discussing proposed beds and commingled facilities proposals |
| GOVPRIV001863 | GOVPRIV001863 | Robert Gore | Deliberative Process | 7/24/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | E-mail discussing proposals regarding infill beds and space issues. |

1469852.2