EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST - 183792
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
CHARLES ANTONEN - 221207
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5443
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
RENJU P. JACOB - 242388
SAMANTHA TAMA - 240280
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
rjacob@hansonbridgett.com
stama@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROBERT GORE IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL DELIBERATIVE PROCESS PRIVILEGE LOG** |

I, Robert Gore, declare that:

1. I am the Senior Deputy Cabinet Secretary for the California Governor's Office. From September 1, 2007, until January 15, 2008, I served as Acting Chief Deputy Cabinet Secretary for the California Governor's Office.

2. I am familiar with the following matters and if called as a witness, I could and would testify competently to them.

3. I have reviewed Plaintiffs' requests for production of documents propounded upon Defendant Governor Schwarzenegger and other named Defendants in this Three-Judge Panel proceeding. Additionally, I have also reviewed the responses to that discovery. I have previously determined that various documents in the possession of the Office of the Governor are protected by the deliberative process privilege, as noted in my declarations in support of the January 28, 2008 revised privilege log and the February 15, 2008 privilege log. I hereby incorporate by reference my statements made in those declarations.

4. In my capacity as Senior Deputy Cabinet Secretary for the California Governor's Office, I am familiar with the Office of the Governor's responsibilities within State government. The Office of the Governor is the center of decisionmaking for fiscal and policy issues involving individual state agencies, the overall State budget, and the concerns of the Legislature, the courts, and the citizens of California.

5. I am familiar with the issues presented to the Office of the Governor for discussion and resolution. Because the Office of the Governor has actively addressed prison litigation and reform issues, I am familiar with the AB 900 and other prison reform efforts launched by the Administration as well as the prison issues presented in the class action lawsuits pending against the California Department of Corrections and Rehabilitation (CDCR) and other state entities.

6. The Office of the Governor has created strike teams and engaged state agencies in creating a multi-faceted and integrated approach to prison reform. The Office of the Governor commonly seeks and receives information from the Rehabilitation Strike

-1-

DEC. OF ROBERT GORE ISO DEFS' SUPPL. DELIBERATIVE PROCESS PRIVILEGE LOG. (CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1469957.2

Team and Facilities Management Strike Team concerning proposed prison reform measures. Executive-level staff of state agencies directly involved in the care and custody of state prisoners often communicate with the Office of the Governor on the effect of proposed prison reform measures on their missions, organizational structures, budgets, and staffing levels.

7. I am also familiar with the Office of the Governor's work with the Legislature on prison litigation and reform issues. In particular, I am familiar with the development and implementation of AB 900. Further, I receive and relay communications regarding various legislative proposals to support prison construction, staffing, population, and rehabilitation concerns. These materials are maintained as privileged and confidential by the Office of the Governor.

8. Moreover, the Office of the Governor determines the State's budget. With the assistance of the Department of Finance, the Office of the Governor determines the fiscal resources of individual state agencies and the funding needs stated in budget change proposals. The Office of the Governor prepares and receives reports discussing the ongoing costs of litigation involving State agencies and the present and potential resource needs arising from those matters. The Office of the Governor receives emails, fiscal summaries, and reports from the Department of Finance concerning proposed budget items. The Office of the Governor also prepares draft letters responding to budget inquiries from state agencies, Legislative members, and other interested persons. I have routinely reviewed, if not prepared, proposed responses to budget requests and inquiries, and circulated those proposed responses to other executive level staff within the Office of the Governor and the Department of Finance for discussion. These materials are maintained as privileged and confidential by the Office of the Governor.

9. The Office of the Governor routinely receives the Department of Finance's analyses of constitutional and statutory spending mandates. These analyses may be part of draft responses to budget change proposals, proposed responses to court orders,

and draft letters to state agencies and Legislative members and their staff. I have routinely reviewed such analyses of constitutional and statutory mandates for fiscal resources and circulated those analyses to other executive level staff within the Office of the Governor for review and discussion. These materials are maintained as privileged and confidential by the Office of the Governor.

10. Those privileged and non-privileged documents in the possession of the Office of the Governor that are responsive to Plaintiffs' requests for production of documents by Defendant Governor Schwarzenegger in this Three-Judge Panel proceeding have been provided to Defendants' counsel.

11. I understand Defendants' counsel has reviewed the privileged and non-privileged documents provided by the Office of the Governor in response to these requests for production. Defendants' counsel provided me with paper copies of documents from the Office of the Governor that were marked as protected by the deliberative process privilege in Defendants' supplemental deliberative process privilege log of May 2008.

12. I reviewed the documents provided to me by Defendants' counsel that were marked as protected by the deliberative process privilege.

13. In reviewing documents marked as protected under the deliberative process privilege, I found the following categories of information revealed in those documents:

    a. Prison reform policy issues: This category consists of documents discussing the Administration's response to the CDCR population issue. These documents discuss proposed parole reform and recidivism reduction strategies, AB 900 funding mechanisms, prison construction and placement of beds and CDCR population estimates. In addition, the draft reports and deliberations of the Governors' Facilities Strike Team and Rehabilitation Strike Team are discussed.

    b. Budget issues: This category consists of documents discussing individual

- 3 -

budget requests and overall status of the State budget, including proposed mid-year cuts, proposed language regarding AB 900 or proposed legislation impacting CDCR.

14. The persons who sent and/or received these documents were executive-level staff of the Office of the Governor, members of the Governor's Cabinet, executive-level staff of the Office of the Governor, members of the Governor's Cabinet, executive level staff of CDCR, and/or executive-level and senior management level staff of the Department of Finance responsible for CDCR budget planning and fiscal oversight or coordination of responses to the various class action court orders. I was a sender or recipient for all of the eleven documents identified on this May 2008 log.

15. These documents took the form of email communications and handwritten notes.

16. These documents specifically pertain to the Office of the Governor's discussions and deliberations concerning prison reform and ongoing issues at CDCR. These documents show the Office of the Governor's internal deliberations of matters within the realm of government decision-making.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 30th day of May 2008 at Sacramento California.

ROBERT GORE