| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>SARAH M. LAUBACH Bar No.: 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER Bar No.: 158255<br>LEWIS BOSSING Bar No.: 227402<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　vs.<br><br>　　　　Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF AMY WHELAN IN SUPPORT OF JOINT STATEMENT REGARDING ADDITIONAL DISCOVERY DISPUTE** |

DECLARATION OF AMY WHELAN IN SUPPORT OF JOINT STATEMENT REGARDING ADDITIONAL DISCOVERY DISPUTE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[214275-1]

I, Amy Whelan, declare:

1. I am a member of the Bar of this Court and an associate in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness, I could competently so testify. I make this declaration in support of the Joint Statement Regarding Additional Discovery Disputes.

2. On March 18, 2008, I informed defendants by email that they may have inadvertently produced 23 documents. One of those 23 documents was a one-page email bates stamped "GOVPRIV001731." On March 22, 2008, defendants' counsel responded to my email by asserting privileges for several of the 23 documents, including the GOVPRIV001731 document, and requesting that those documents be purged. On March 26, 2008, I confirmed to defendants by email that all of the documents for which defendants claimed privilege would be permanently deleted from plaintiffs' database the following day, including the GOVPRIV001731 document.

3. On April 11, 2008, defendants' counsel sent another email claiming that GOVPRIV001731 is actually part of one larger document with a bates range of GOVPRIV001683-001863 and asserting the claw back agreement for 15 documents within that range. That same day, I sent an email back to defendants asking why they believed the documents were part of one larger document, requesting that defendants explain what privileges they were asserting for the documents, and informing defendants that plaintiffs believed any privileges were now waived. I asked defendants why they believed these documents were part of one single document because they appeared to be several distinct documents. Now that defendants have produced a privilege log, even a cursory review of that log shows that the 10 documents for which defendants now assert deliberative process privilege are 10 separate documents that were created during more than a two month period in the spring and summer of 2007.

4. Defendants originally included the GOVPRIV001683-001863 documents on their November 30, 2007 privilege log, where they apparently aggregated what are actually multiple separate e-mails or e-mail strings into one privilege log entry. Defendants subsequently withdrew or abandoned their claims of privilege for these documents, dropped them from the February 15,

-1-
DECLARATION OF AMY WHELAN IN SUPPORT OF JOINT STATEMENT REGARDING ADDITIONAL DISCOVERY DISPUTE, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[214275-1]

2008 logs, and produced them to plaintiffs.  In documents submitted to this Court, defendants represented that their final privilege logs, produced on February 15, 2008, were the result of a multi-tiered review process which began with an initial review of documents in November and December 2007, continued with an intensive re-review of documents in January 2008, and for some documents, continued with yet another review in February 2008.  *See* Declaration of Andrea Lynn Hoch (*Coleman* Doc. No. 2653-2), filed January 28, 2008, at ¶¶ 6-13.  Defendants represented that this last level of re-review concerned documents produced by the Governor's office, and presumably included the documents now at issue here, all of which have "GOVPRIV" bates numbers.

5. On April 15, 2008, defendants provided, by email, new descriptions of the 15 documents with corresponding assertions of privilege.  Plaintiffs agreed to purge 5 of those documents for which defendants asserted attorney-client privilege, but suggested that the remaining 10 documents be submitted to the Court since they fell squarely within the existing dispute regarding defendants' assertions of the deliberative process privilege.  Defendants agreed to this process, which is why this Joint Statement is before the Court.

6. Attached hereto as **Exhibit A** is a document, prepared by a paralegal in my office at my direction, which shows the following:  (1) defendants' single entry from their November 30, 2007 privilege log describing a 180 page block of documents which includes the 10 documents currently in dispute, and; (2) defendants' updated descriptions of the 10 documents from their new log submitted with this statement.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed this 27th day of May, 2008, in San Francisco, California.

Dated:  May 27, 2008                                        Respectfully submitted,


                                                                           /s/ *Amy Whelan*
                                                                           Amy Whelan
                                                                           Rosen, Bien & Galvan
                                                                           Attorneys for Plaintiffs

-2-
DECLARATION OF AMY WHELAN IN SUPPORT OF JOINT STATEMENT REGARDING ADDITIONAL DISCOVERY DISPUTE, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[214275-1]

# Exhibit A

Comparison of Document Descriptions for GOVPRIV001683 to GOVPRIV001863, as described on May 20, 2008 Supplemental Deliberative Process Privilege Logs and November 30, 2007 GOVPRIV Paper Logs

| | BEGINNING_ID | ENDING_ID | CUSTODIAN | PRIVILEGE CLAIMED | DOC_DATE | DOC_TYPE | SOURCE | AUTHOR | RECIPIENT | DOC_DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| FROM 5/20/08 Supplemental Deliberative Process Privilege Log | GOVPRIV001687 | GOVPRIV001687 | Robert Gore | Deliberative Process | 5/24/2007 | E-mail | Governor's Office | Deborah Hysen | Karen Finn, Robert Gore | E-mail planning site assessments and priority for construction at prisons. |
| | GOVPRIV001688 | GOVPRIV001688 | Robert Gore | Deliberative Process | 5/22/2007 | E-mail | Governor's Office | Robert Gore | Kathy Jett | E-mail discussing and outlining strategy for Strike Team rehabilitation work groups |
| | GOVPRIV001722 | GOVPRIV001723 | Robert Gore | Deliberative Process | 6/12/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | Email thread weighing rationale pertaining to the opening of a correctional facility. |
| | GOVPRIV001730 | GOVPRIV001730 | Robert Gore | Deliberative Process | 6/11/2007 | E-mail | Governor's Office | Robert Gore | Deborah Hysen | E-mail discussing policy regarding Infill and Reentry. |
| | GOVPRIV001816 | GOVPRIV001840 | Robert Gore | Deliberative Process | 7/13/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | Email string and redline attachment regarding draft of AB 900 Facilities Strike Team Recommendation Report |
| | GOVPRIV001841 | GOVPRIV001841 | Robert Gore | Deliberative Process | 7/5/2007 | E-mail | Governor's Office | Robert Gore | Deborah Hysen | E-mail analyzing proposed policy as to the allocation and location of Infill Beds. |
| | GOVPRIV001854 | GOVPRIV001854 | Robert Gore | Deliberative Process | 5/17/2007 | E-mail | Governor's Office | Robert Gore | Todd Jerue, Karen Finn | E-mail concerning financial implications and proposed allocations of CDCR strike team items and AB 900. |
| | GOVPRIV001858 | GOVPRIV001860 | Robert Gore | Deliberative Process | 7/22/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | E-mail discussing proposed beds and commingled facilities proposals |
| | GOVPRIV001861 | GOVPRIV001862 | Robert Gore | Deliberative Process | 7/22/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | E-mail discussing proposed beds and commingled facilities proposals |
| | GOVPRIV001863 | GOVPRIV001863 | Robert Gore | Deliberative Process | 7/24/2007 | E-mail | Governor's Office | Deborah Hysen | Robert Gore | E-mail discussing proposals regarding infill beds and space issues. |
| FROM 11/30/07 Paper GOVPRIV Log | GOVPRIV001683 | GOVPRIV001863 | ROBERT GORE | DELIBERATIVE PROCESS, OFFICAL INFORMATION | NOT READILY AVAILABLE | FOLDER | GOVERNOR'S OFFICE | NOT READILY AVAILABLE | NOT READILY AVAILABLE | **Pre-Decisional re: Prison Rehabilitation Strike Team Recommendations and Proposed Language to Implement AB 900** |

1469852.2