1  DAVID R. SHAW
   Inspector General
2  BARBARA L. SHELDON, State Bar No. 137740
   Chief Counsel
3  TAMARA M. COLSON, State Bar No. 190223
   3927 Lennane Drive, Suite 220
4  P.O. Box 348780
   Sacramento, CA 95834
5  Telephone: (916) 830-3600
   Fax: (916) 928-5996
6
7  Attorneys for Non-Party California Office of the Inspector General

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>Defendants. | Case No.: Civ S 90-0520 LKK-JFM P<br><br>THREE-JUDGE COURT |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.<br><br>Defendants. | Case No.: C01-1351 TEH<br><br>THREE-JUDGE COURT<br><br>PROOF OF SERVICE |

I, the undersigned, declare that I am, and was at the time of service of the papers herein referred to, over the age of 18 years and not a party to the within action or proceeding. My business address is P.O. Box 348780, Sacramento, California 95834.

///

-1-

On May 27, 2008, I served a copy of the following document(s) described as follows:

CONFIDENTIAL UNREDACTED SPECIAL REVIEW INTO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S RELEASE OF INMATE SCOTT THOMAS PURSUANT TO THE COURT ORDER DATED MAY 23, 2008

on the plaintiff's counsel in this action as follows:

Michael Bien
Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed as above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

Executed on May 27, 2008, at Sacramento, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

*R. Ann Bordenkircher* (signature)
R. Ann Bordenkircher