IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. CIV S-90-0520 LKK JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA, et al.,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants.

NO. C01-1351 TEH

**THREE-JUDGE COURT**

<u>ORDER ALLOWING PUBLIC RELEASE OF SETTLEMENT DOCUMENTS</u>

    With good cause appearing, the Court HEREBY ORDERS that:

    1. The Settlement Referee and Consultant's request to unseal the confidential status report they filed under seal on May 27, 2008, is hereby GRANTED. The Settlement Referee and Consultant shall, as soon as possible, electronically file their status report in both the *Plata* and *Coleman* cases.

2. The Settlement Referee and Consultant's request to make public the next draft of the Referee's proposal for settlement is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:   05/30/08                    On behalf of the Court:[1]

_____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Under 28 U.S.C. § 2284(b)(3), a single judge on a three-judge court "may conduct all proceedings except the trial, and enter all orders permitted by the rules of civil procedure except as provided in this subsection. He may grant a temporary restraining order on a specific finding, based on evidence submitted, that specified irreparable damage will result if the order is not granted, which order, unless previously revoked by the district judge, shall remain in force only until the hearing and determination by the district court of three judges of an application for a preliminary injunction. A single judge shall not appoint a master, or order a reference, or hear and determine any application for a preliminary or permanent injunction or motion to vacate such an injunction, or enter judgment on the merits. Any action of a single judge may be reviewed by the full court at any time before final judgment."

2