UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judges:** Thelton E. Henderson, Lawrence Karlton and Stephen Reinhardt

**Date**: May 30, 2008

**Case No:** C 01-01351 TEH
CIV S90-0520 LKK

**Case Title**: PLATA, et al. v. SCHWARZENEGGER, et al.
COLEMAN, et al. v. SCHWARZENEGGER, et al.

**Appearances:**

For Plaintiff(s): Don Specter, Michael Bien, Natalie Leonard, Ed Sangster

For Defendant(s): Paul Mello, Rochelle East, Lisa Tillman, Andrea Hoch

For Intervenor(s): Kimberly Hall Barlow, Carol Woodward, Steven Kaufhold, William Mitchell, Kelly Scott, Anne Keck, Theresa Fuentes

Peter Siggins (settlement consultant), Elwood Lui (settlement referee)
Brian Hoffstadt (settlement counsel)

**Deputy Clerk**: Rowena B. Espinosa        **Court Reporter**: Kathy Wyatt

## *PROCEEDINGS*

1. Three-Judge Court Status Conference - held

## *SUMMARY*

- The Court discussed settlement issues.
- The Court shall issue an order re: trial date and next status conference.