IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br><u>ORDER SETTING STATUS CONFERENCE AND TRIAL DATE AND ORDER STAYING DISCOVERY</u> |

      As discussed during the May 30, 2008 status conference, the Court finds good cause to order the following:

      1.    Discovery is hereby STAYED until **June 30, 2008**, except for the following:

          a.    All pending motions before the magistrate judge;

1         b.  The pending motion for reconsideration before this Court on the attorney-client privilege; and

2         c.  The motion for reconsideration regarding the deliberative process privilege that Defendants announced an intent to file during the May 30 status conference.

2. Absent any settlement, trial in this matter shall begin on **November 17, 2008.** Unless otherwise ordered, each trial day shall run from 9:15 AM until 4:00 PM.  The Court may also decide to hold trials on Tuesdays through Fridays only, in which case the start of trial may be delayed until November 18, 2008.  Trial shall be held in the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California.[1]

3. The parties and intervenors shall meet and confer regarding: (1) proposed new discovery deadlines given the thirty-day stay ordered above; (2) proposed pretrial dates to accompany the November trial date; and (3) the estimated length of trial.  The parties and intervenors shall set forth their views on these issues, and any other relevant issues, in a joint status conference statement to be filed on or before **June 9, 2008.**  The Court will carefully consider the parties' and intervenors' proposals but retains discretion to set its own pretrial dates and deadlines.  The parties and intervenors are advised that if they propose a dispositive motion schedule, they shall explain why such a schedule is necessary given the extensive factual disputes that exist in this case.

//
//
//
//
//
//
//

---

[1] The Court will identify at a later time the particular courtroom in which trial will occur.

4.      The parties and intervenors shall appear for a status conference before this Court on **Friday, June 27, 2008, at 10:30 AM.**  The status conference shall be held in the Ceremonial Courtroom of the United States District Court for the Northern District of California, located on the 19th Floor at 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated:  05/30/08                           On behalf of the Court:[2]

---

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[2] Under 28 U.S.C. § 2284(b)(3), a single judge on a three-judge court "may conduct all proceedings except the trial, and enter all orders permitted by the rules of civil procedure except as provided in this subsection.  He may grant a temporary restraining order on a specific finding, based on evidence submitted, that specified irreparable damage will result if the order is not granted, which order, unless previously revoked by the district judge, shall remain in force only until the hearing and determination by the district court of three judges of an application for a preliminary injunction.  A single judge shall not appoint a master, or order a reference, or hear and determine any application for a preliminary or permanent injunction or motion to vacate such an injunction, or enter judgment on the merits.  Any action of a single judge may be reviewed by the full court at any time before final judgment."