report to the Court at the Status Conference on their view of the likelihood of settlement on the basis of the Proposal.

Dated: May 27, 2008

Respectfully submitted,

By: _____
Elwood Lui
Settlement Referee

By: _____
Peter Siggins
Settlement Consultant

Submitted by:

_____
Brian M. Hoffstadt
Counsel for Referee and Consultant

LAI-2952111v2

- 11 -