1  PRISON LAW OFFICE
   DONALD SPECTER Bar No.: 83925
2  STEVEN FAMA Bar No.: 99641
   1917 Fifth Street
3  Berkeley, CA  94710-1916
   Telephone: (510) 280-2621
4  Facsimile: (510) 280-2704

5  ROSEN, BIEN & ASARO, LLP
   MICHAEL W. BIEN Bar No.: 096891
6  JANE E. KAHN Bar No.: 112239
   THOMAS NOLAN Bar No.: 169692
7  315 Montgomery Street, 10th Floor
   San Francisco, CA  94104
8  Telephone:  415-433-6830

9
   DISABILITY RIGHTS AND
10 EDUCATION DEFENSE FUND
   2212 Sixth Street
11 Berkeley, CA  94710
   Telephone:  510-644-2627

12

13
   Attorneys for Plaintiffs
14

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE &
McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

15              IN THE UNITED STATES DISTRICT COURT

16                EASTERN DISTRICT OF CALIFORNIA

17

18 RALPH COLEMAN,                    ) Case No. Civ. S 90-0520 LKK-JFM
                                     )
19      Plaintiff,                   )     **NOTICE OF CHANGE OF**
                                     )     **ADDRESS AND CONTACT**
20 vs.                              )     **INFORMATION FOR**
                                     )     **PETITIONERS'   COUNSEL**
21 ARNOLD SCHWARZENEGGER, et al.,   )     **PRISON LAW OFFICE**
                                     )
22 Defendants                       )

23 _____

24
         PLEASE TAKE NOTICE that the Prison Law Office and its attorneys, counsel for
25
   Plaintiff in the above-named case,  has or have a new address, telephone number, and
26
   facsimile number.
27

28
   _____
   NOTICE RE CHANGE OF ADDRESS FOR PLAINTIFFS' COUNSEL PRISON LAW OFFICE
                Coleman v. Schwarzenegger, Civ S-90-0520 LKK

1    The correct current contact information for Prison Law Office and its attorneys is:

2

3    PRISON LAW OFFICE

4    1917 Fifth Street

5    Berkeley, CA 94710-1916

6    Telephone: (510) 280-2621

7    Facsimile: (510) 280-2704

8

9

10    Dated: June 2, 2008

11

12                    PRISON LAW OFFICE

13

14                    By:   /s/ Donald Specter

15

16                    Attorneys for Plaintiffs

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE RE CHANGE OF ADDRESS FOR PLAINTIFFS' COUNSEL PRISON LAW OFFICE
Coleman v. Schwarzenegger, Civ S-90-0520 LKK