PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
ALISON HARDY Bar No.: 135966
E. IVAN TRUJILLO Bar No.: 228790
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
AMY WHELAN Bar No.: 215675
LORI RIFKIN Bar No.: 244081
SARAH M. LAUBACH Bar No.: 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
EDWARD P. SANGSTER, BAR No. 121041
JEFFREY L. BORNSTEIN, Bar No. 99358
RAYMOND E. LOUGHREY, Bar # 194363
FRED D, HEATHER, Bar No. 110650
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No.:  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |

| | |
|---|---|
| MARCIANO PLATA, et al., | No. C01-1351 T.E.H. |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | **NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION FOR PLAINTIFFS' COUNSEL PRISON LAW OFFICE** |
| vs. | |
| Defendants. | |

PLEASE TAKE NOTICE that the Prison Law Office and its attorneys, counsel for Plaintiff in the above-named case, has or have a new address, telephone number, and facsimile number.

The correct current contact information for Prison Law Office and its attorneys is:

PRISON LAW OFFICE

1917 Fifth Street

Berkeley, CA 94710-1916

Telephone: (510) 280-2621

Facsimile: (510) 280-2704

Dated: June 2, 2008

PRISON LAW OFFICE

By:  */s/ Donald Specter*

Donald Specter