PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
General Delivery
San Quentin, California  94964
Telephone: (415) 457-9144

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
SARAH M. LAUBACH, Bar No. 240526
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington  98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone:  (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone:  (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>      Plaintiffs,<br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    vs.<br><br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR RECONSIDERATION OF MAY 29, 2008 RULING** |

[217162-1]

1    I, Lori Rifkin, declare:

2        1.      I am a member of the Bar of this Court and an associate in the law firm Rosen,

3    Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case.

4    I have personal knowledge of the matters set forth herein and if called as a witness I could

5    competently so testify.  I make this declaration in support of Plaintiffs' Opposition to

6    Defendants' Request For Reconsideration of May 29, 2008 Ruling Or Request For Stay By

7    Three-Judge Court.

8        2.      On February 15, 2008, pursuant to the January 29, 2008 order from the

9    Magistrate Judge, defendants produced their final privilege logs to plaintiffs.  These privilege

10   logs constituted the last of multiple iterations of privilege logs from defendants over a period

11   of four months, and are responsive to plaintiff's first request for production of documents,

12   served September 5, 2007.  Defendants first produced privilege logs in response to this request

13   in November 2007.  Those privilege logs were rejected by the Magistrate Judge as wholly

14   inadequate in a written order on December 7, 2007 and he ordered production of all documents

15   cited therein.  On December 14, 2007, this Court granted defendants additional time to review

16   and revise their privilege logs, and the Magistrate Judge ordered production of the revised logs

17   on or before January 28, 2008.  On January 28, 2008, defendants filed an *ex parte* request for

18   an extension of time, stating that they needed additional time to conduct yet another review of

19   documents and to review and correct errors in the revised privilege logs.  The extension of time

20   was granted and defendants were ordered to produce corrected logs corresponding to some of

21   the documents on or before February 4, 2008, and final logs for additional documents on or

22   before February 15, 2008.  On February 4, 2008, defendants produced yet another incomplete

23   version of their privilege logs.  On February 15, 2008, they produced "final" privilege logs that

24   purported to incorporate and correct the entries on those logs.

25       3.      Prior to production of any of the more than 50,000 documents listed on the

26   original sets of privilege logs, defendants produced approximately 25,000 documents to

27   plaintiffs in response to plaintiffs' requests for production of documents.  Subsequently, in

28

[217162-1]

1  February 2008, defendants abandoned their claims of privilege for approximately 36,000 of the

2  documents listed on their original logs, and produced them to plaintiffs.  Defendants continued

3  to maintain assertions of privilege for approximately 16,788 documents in their February 15,

4  2008 log.

5          4.      On April 14, 2008, the Magistrate Judge ordered defendants to produce a group

6  of documents to plaintiffs for which he found that defendants had not satisfied their burden to

7  establish attorney-client privilege and/or attorney work-product protection.  These documents

8  were listed in Attachment A to the April 14, 2008 order.  The Magistrate Judge also found that

9  these privileges had not been sufficiently established for sixty-nine additional documents listed

10  in Attachment C to the order.  However, because defendants also asserted deliberative process

11  privilege for these sixty-nine documents, the Magistrate Judge did not order them produced at

12  that time.  On May 29, 2008, in the Magistrate Judge's order concerning deliberative process

13  privilege, defendants were ordered to produce all documents for which they asserted solely

14  deliberative process, as well as the sixty-nine documents in Attachment C to the April 14, 2008

15  order.  For the Court's reference, a spreadsheet that reproduces entries from defendants'

16  February 15, 2008 privilege log for these sixty-nine documents is attached hereto as **Exhibit A**.

17  Under my supervision, a paralegal at my office compiled these entries by electronically

18  copying, cutting, and pasting the entries in defendants' February 15, 2008 privilege log directly

19  into the excel spreadsheet.  The entries on the spreadsheet have been arranged in ascending

20  order by document number.  This spreadsheet supplements the spreadsheet previously

21  submitted as Exhibit A to my Declaration In Support of Pls.' Statement Regarding Discovery

22  Disputes (*Coleman* Doc. No. 2690), which lists all documents for which defendants claimed

23  solely deliberative process privilege.  Together, they identify all documents at issue in the

24  present dispute.

25          5.      In previous briefing, defendants have identified their efforts to address

26  overcrowding including the AB 900 prison construction plan, out of state transfers, and

27  administrative parole changes as relief other than a prisoner release order that will remedy the

28

[217162-1]

1    constitutional violations at issue.  The initial disclosures by *Coleman* and *Plata* defendants that

2    plaintiffs received on March 17, 2008 confirm that defendants continue to anticipate raising

3    these efforts to reduce overcrowding as their defenses at trial.

4          6.       Based on plaintiffs' tracking of the documents produced by defendants to

5    plaintiffs, I am informed and believe that as of June 9, 2008, defendants have produced to

6    plaintiffs a total number of approximately 68,000 documents corresponding to approximately

7    485,000 pages.  I am informed and believe that these numbers include all documents produced

8    by defendants in response to all of plaintiffs' requests for production from September 2007 to

9    present, including the approximately 36,00 documents for which defendants abandoned claims

10   of privilege and documents which defendants produced pursuant to the Magistrate Judge's

11   April 14, 2008 order.

12

13         I declare under penalty of perjury under the laws of California and the United States that

14   the foregoing is true and correct, and that this declaration is executed this 11th day of June

15   2008 in San Francisco, California.

16                                        _____*/s/Lori Rifkin*_____
                                                 Lori Rifkin

[217162-1]

# EXHIBIT A

Entries from Defendants' February 15, 2008 Privilege Logs for 69 Documents Listed in Attachment C of Court's April 14, 2008 Order

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00000375 | E00000374 | E00000377 | CDCR | Hayhoe, Joyce | 7/27/2007 | Agreement/Contract | Hysen, Deborah (CDCR - Chief Deputy Secretary, Office of Facility Planning, Construction and Management) | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation);Heintz, Lisa;Kessler, Steve;Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Slavin, Bruce (CDCR - General Counsel);Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Reentry Program Facility Siting Agreement. | Attorney Client, Deliberative Process |
| E00000376 | E00000374 | E00000377 | CDCR | Hayhoe, Joyce | 7/27/2007 | Report | Hysen, Deborah (CDCR - Chief Deputy Secretary, Office of Facility Planning, Construction and Management) | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation);Heintz, Lisa;Kessler, Steve;Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Slavin, Bruce (CDCR - General Counsel);Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Reentry Program Facility Design Guidelines and Performance Criteria. | Attorney Client, Deliberative Process |
| E00000377 | E00000374 | E00000377 | CDCR | Hayhoe, Joyce | 7/27/2007 | Report | Hysen, Deborah (CDCR - Chief Deputy Secretary, Office of Facility Planning, Construction and Management) | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation);Heintz, Lisa;Kessler, Steve;Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Slavin, Bruce (CDCR - General Counsel);Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of report titled, Options For Funding Secure Re-Entry Facilities. | Attorney Client, Deliberative Process |
| E00000847 | | | CDCR | Hayhoe, Joyce | 11/13/2006 | Email | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Dovey, John (CDCR - Director, Divison of Adult Institutions);Hidalgo, Oscar (Office of Public and Employee Communications);Kernan, Scott (CDCR);Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Runnels, David (CDCR - Undersecretary of Operations);Slavin, Bruce (CDCR - General Counsel);Subia, Richard;Tilton, Jim (CDCR - Secretary) | Email thread discussing CDCR Populations projections. | Attorney Client; Deliberative Process |
| E00000848 | | | CDCR | Hayhoe, Joyce | 11/13/2006 | Email | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Dovey, John (CDCR - Director, Divison of Adult Institutions);Hidalgo, Oscar (Office of Public and Employee Communications);Kernan, Scott (CDCR - Chief Deputy Secretary for Adult Operations);Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Runnels, David (CDCR - Undersecretary of Operations);Slavin, Bruce (CDCR - General Counsel);Subia, Richard;Tilton, Jim (CDCR - Secretary) | Email thread discussing CDCR Populations projections. | Attorney Client; Deliberative Process |
| E00001099 | E00001099 | E00001100 | CDCR | Hayhoe, Joyce | 7/27/2007 | Email | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Budd, Mimi (GOV);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hysen, Deborah (GOV - Former Chair of Facilities Construction Strike Team);Jett, Kathy;Kessler, Steve;Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Ryan, Chris;Slavin, Bruce (CDCR - General Counsel);Swanberg, Chris (CDCR - Senior Staff Counsel, Office of Legal Affairs) | Email thread attaching AB 900 Proposed Amendments. | Attorney Client;Deliberative Process |
| E00001100 | E00001099 | E00001100 | CDCR | Hayhoe, Joyce | 2/22/2007 | Report | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Tilton, Jim (CDCR - Secretary) | Pre-decisional draft AB 900 Proposed Amendments. | Attorney Client;Deliberative Process; Attorney Work Product; Official Information |

Entries from Defendants' February 15, 2008 Privilege Logs for 69 Documents Listed in Attachment C of Court's April 14, 2008 Order

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00001145 | E00001145 | E00001147 | CDCR | Hayhoe, Joyce | 7/12/2007 | Email | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Budd, Mimi (GOV);Burruel, Armand (CDCR - Acting Director, Division of Reentry and Recidivism Reduction);Carney, Scott (CDCR - Deputy Director, Business Services);Carrington, Michael;Cregger, Deborah (DOF -Staff Counsel);Csizmar, Eric (GOV - Deputy Legislative Secretary);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hysen, Deborah;Jett, Kathy;Kessler, Steve;Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO);Powers, Thomas;Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Sifuentes, George (CDCR - Director of Facilities Management, Office of Facility Planning, Construction and Management);Slavin, Bruce (CDCR - General Counsel);Swanberg, Chris (CDCR - Senior Staff Counsel, Office of Legal Affairs);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Email thread attaching AB 900 Proposed Amendments and finance comments to proposed AB 900 modifications. | Attorney Client, Deliberative Process |
| E00001146 | E00001145 | E00001147 | CDCR | Hayhoe, Joyce | 2/22/2007 | Report | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Budd, Mimi (GOV);Burruel, Armand (CDCR - Acting Director, Division of Reentry and Recidivism Reduction);Carney, Scott (CDCR - Deputy Director, Business Services);Carrington, Michael;Cregger, Deborah (DOF -Staff Counsel);Csizmar, Eric (GOV - Deputy Legislative Secretary);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hysen, Deborah;Jett, Kathy;Kessler, Steve;Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO);Powers, Thomas;Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Sifuentes, George (CDCR - Director of Facilities Management, Office of Facility Planning, Construction and Management);Slavin, Bruce (CDCR - General Counsel);Swanberg, Chris (CDCR - Senior Staff Counsel, Office of Legal Affairs);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Pre-decisional draft AB 900 Proposed Amendments. | Attorney Client, Deliberative Process |
| E00001147 | E00001145 | E00001147 | CDCR | Hayhoe, Joyce | 7/12/2007 | Report | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Budd, Mimi (GOV);Burruel, Armand (CDCR - Acting Director, Division of Reentry and Recidivism Reduction);Carney, Scott (CDCR - Deputy Director, Business Services);Carrington, Michael;Cregger, Deborah (DOF -Staff Counsel);Csizmar, Eric (GOV - Deputy Legislative Secretary);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hysen, Deborah;Jett, Kathy;Kessler, Steve;Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO);Powers, Thomas;Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Sifuentes, George (CDCR - Director of Facilities Management, Office of Facility Planning, Construction and Management);Slavin, Bruce (CDCR - General Counsel);Swanberg, Chris (CDCR - Senior Staff Counsel, Office of Legal Affairs);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Pre-decisional draft finance comments to proposed AB 900 modifications. | Attorney Client, Deliberative Process |

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00001702 | E00001701 | E00001703 | CDCR | Hayhoe, Joyce | 4/27/2007 | Memo | Kabatek, John | Blanchard, Clark;Bryant, Cynthia (GOV);Csizmar, Eric (GOV - Deputy Legislative Secretary);Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Fillmore, John;Fisher, Susan;Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation);Hidalgo, Oscar;Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Kazarian, Karnig (GOV - Special Assistant to Chief of Staff);Kennedy, Susan (GOV - Chief of Staff);LaJeunesse, Ross;Matosantos, Ana;Mendelsohn, Adam;Page, Lisa;Portillo, Luis;Prosio, Michael;Quintana, Brenda;Rice, Benjamin;Roldan, Alberto;Sawyer, Tom;Tilton, Jim (CDCR - Secretary);Walsh, Sean | Memo summarizingbriefing call between Governor's staff about correction system reform. | Attorney Client, Deliberative Process |
| E00001703 | E00001701 | E00001703 | CDCR | Hayhoe, Joyce | 4/27/2007 | Notes | Kabatek, John | Blanchard, Clark;Bryant, Cynthia (GOV);Csizmar, Eric (GOV - Deputy Legislative Secretary);Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Fillmore, John;Fisher, Susan;Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation);Hidalgo, Oscar;Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Kazarian, Karnig (GOV - Special Assistant to Chief of Staff);Kennedy, Susan (GOV - Chief of Staff);LaJeunesse, Ross;Matosantos, Ana;Mendelsohn, Adam;Page, Lisa;Portillo, Luis;Prosio, Michael;Quintana, Brenda;Rice, Benjamin;Roldan, Alberto;Sawyer, Tom;Tilton, Jim (CDCR - Secretary);Walsh, Sean | List of participants in briefing call to discuss corrections system reform, attached to privileged email. | Attorney Client, Deliberative Process |
| E00001751 | E00001751 | E00001752 | CDCR | Hayhoe, Joyce | 5/1/2007 | Email | Kessler, Steve | Alston, Steve M.;Bither, Nancy (CDCR - Deputy Director, Human Resources);Esmael, Martha;Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation);Johnson, Tracy (Office of Fiscal Services - Associate Director, Budget Management Branch);Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Slavin, Bruce (CDCR - General Counsel);Tilton, Jim (CDCR - Secretary) | Email discussion of AB 900 concept papers and attaching chart. | Attorney Client, Deliberative Process |
| E00001752 | E00001751 | E00001752 | CDCR | Hayhoe, Joyce | 5/1/2007 | Graph/Chart | Kessler, Steve | Alston, Steve M.;Bither, Nancy (CDCR - Deputy Director, Human Resources);Esmael, Martha;Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation);Johnson, Tracy (Office of Fiscal Services - Associate Director, Budget Management Branch);Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Slavin, Bruce (CDCR - General Counsel);Tilton, Jim (CDCR - Secretary) | Analysis and chart summarizing AB 900 sections and requirements and authorizations. | Attorney Client, Deliberative Process |
| E00002088 | | | CDCR | Runnels, David | 6/12/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Genest, Mike (DOF - Director);Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Kernan, Scott (CDCR - Chief Deputy Secretary for Adult Operations);Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations);Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs) | Email discussing inmate population management. | Attorney Client, Deliberative Process |
| E00002111 | E00002110 | E00002111 | CDCR | Runnels, David | 7/12/2007 | Report | Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Kernan, Scott (CDCR - Chief Deputy Secretary for Adult Operations); Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs) | Pre-decisional draft schedule detailing bad bed deactivation plan. | Attorney Client, Deliberative Process |

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|-------|----------|----------|--------|-----------|---------|---------|--------|-------|---------|-----------|
| E00002637 | | | CDCR | Gaddi, Kathy | 6/3/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00002638 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00002639 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00002640 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00002641 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00002642 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00002643 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00002644 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00002645 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |

Entries from Defendants' February 15, 2008 Privilege Logs for 69 Documents Listed in Attachment C of Court's April 14, 2008 Order

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00002646 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00002647 | | | CDCR | Gaddi, Kathy | 6/2/2007 | Email | Kernan, Scott (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations); Quackenbush, Timothy; Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Tilton, Jim (CDCR - Secretary) | Pre-decisional email thread discussing backfilling bad beds. | Attorney Client; Deliberative Process |
| E00003041 | E00003040 | E00003047 | CDCR | Gaddi, Kathy | 8/13/2007 | Letter | Dezember, Robin (CDCR - Chief Deputy Secretary, Correctional Health Care Services) | | Letter discussing supplemental bed plan report attached to privileged report. | Attorney Client; Attorney Work Product; Deliberative Process |
| E00006745 | E00006744 | E00006748 | CDCR | Hysen, Debra | 7/26/2007 | Agenda | Burruel, Armand (CDCR - Acting Director, Division of Reentry and Recidivism Reduction) | Bruce, James E;Cummings, Corey;Larson, Carl;Swanberg, Chris (CDCR - Senior Staff Counsel, Office of Legal Affairs) | Agenda pertaining to project review scope and schedule. | Attorney Client, Deliberative Process |
| E00006756 | | | CDCR | Hysen, Debra | 7/25/2007 | Email | Gutierres, Paula | Arnold, Molly (DOF - Chief Counsel);Cregger, Deborah (DOF -Staff Counsel);Hysen, Deborah (CDCR - Chief Deputy Secretary, Office of Facility Planning, Construction and Management);Slavin, Bruce (CDCR - General Counsel) | Email thread discussing states ability to enter into land exchange of Nelles based on existing authority. | Attorney Client |
| E00007081 | E00007080 | E00007081 | CDCR | Hysen, Debra | 8/23/2007 | Report | Hysen, Deborah;Tilton, Jim (CDCR - Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Draft report on AB 900 funding, attached to privilegedEmail | Attorney Client, Deliberative Process |
| E00007103 | E00007103 | E00007106 | CDCR | Hysen, Debra | 8/20/2007 | Email | Hysen, Deborah | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Rice, Benjamin; Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Tilton, Jim (CDCR - Secretary) | Email thread providing analysis of AB 900 projects and attaching report. | Attorney Client, Deliberative Process |

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00007104 | E00007103 | E00007106 | CDCR | Hysen, Debra | 8/20/2007 | Report | Hysen, Deborah | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Rice, Benjamin; Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Tilton, Jim (CDCR - Secretary) | Report discussing legislative actions to expedite short term options for housing adult inmates, attached to privilegedEmail | Attorney Client, Deliberative Process |
| E00007105 | E00007103 | E00007106 | CDCR | Hysen, Debra | 8/20/2007 | Report | Hysen, Deborah | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Rice, Benjamin; Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Tilton, Jim (CDCR - Secretary) | Report discussing AB 900 lease-revenue funding, attached to privilegedEmail and report. | Attorney Client, Deliberative Process |
| E00007106 | E00007103 | E00007106 | CDCR | Hysen, Debra | 8/20/2007 | Report | Hysen, Deborah | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Rice, Benjamin; Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Tilton, Jim (CDCR - Secretary) | Report discussing requirements and barriers for AB 900 projects, attached to privilegedEmail and reports. | Attorney Client, Deliberative Process |
| E00007126 | E00007126 | E00007129 | CDCR | Hysen, Debra | 8/15/2007 | Email | Hysen, Deborah | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Dunne, Dennis;Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hoch, Andrea (GOV - Legal Affairs Secretary);Morgan, Andy;Rice, Benjamin;Tilton, Jim (CDCR - Secretary) | Email providing analysis of AB 900 projects and attaching report. | Attorney Client, Deliberative Process |
| E00007127 | E00007126 | E00007129 | CDCR | Hysen, Debra | 8/15/2007 | Report | Hysen, Deborah | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Dunne, Dennis;Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hoch, Andrea (GOV - Legal Affairs Secretary);Morgan, Andy;Rice, Benjamin;Tilton, Jim (CDCR - Secretary) | Report providing discussion of legislative actions to expedite options for housing adult inmates in facilities, attached to privilegedEmail. | Attorney Client, Deliberative Process |

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00007128 | E00007126 | E00007129 | CDCR | Hysen, Debra | 8/15/2007 | Report | Hysen, Deborah | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Dunne, Dennis;Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hoch, Andrea (GOV - Legal Affairs Secretary);Morgan, Andy;Rice, Benjamin;Tilton, Jim (CDCR - Secretary) | Report discussing AB 900 lease-revenue funding, attached to privilegedEmail | Attorney Client, Deliberative Process |
| E00007129 | E00007126 | E00007129 | CDCR | Hysen, Debra | 8/15/2007 | Report | Hysen, Deborah | Davey, Melissa (CDCR - Administrative Assistant to the Secretary);Dunne, Dennis;Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hoch, Andrea (GOV - Legal Affairs Secretary);Morgan, Andy;Rice, Benjamin;Tilton, Jim (CDCR - Secretary) | Report discussing requirements and barriers for AB 900 projects, attached to privilegedEmail. | Attorney Client, Deliberative Process |
| E00016045 | | | CDCR | Borg, Dean | 9/5/2007 | Email | Borg, Dean (CDCR) | Cregger, Deborah (DOF - Staff Counsel);Dunne, Dennis;Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Sifuentes, George (CDCR - Director of Facilities Management, Office of Facility Planning, Construction and Management) | Email thread discussing AB 900 funding. | Attorney Client, Deliberative Process |
| E00018112 | | | DOF | Jerue, Todd (COR/GEN) | 10/24/2006 | Email | Thomson, Jaci-Marie (DOF - Principal Program Budget Analyst) | Arnold, Molly (DOF - Chief Counsel);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Email thread discussing EOP Beds at Reception Centers and Medical Construction. | Attorney Client; Deliberative Process |
| E00020277 | | | DOF | Finn, Karen (CAPOutlay) | 2/22/2007 | Legislation | Aghazarian (Assemblyman - California State Assembly);Machado, Michael (California State Senate - Senator);Solorio, Jose (Assemblyman - California State Assembly) | Cregger, Deborah (DOF - Staff Counsel);Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO);Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO) | Draft of AB 900. | Attorney Client; Deliberative Process |
| E00020680 | E00020679 | E00020680 | DOF | Rogers, Greg (CAPOutlay) | 6/1/2007 | Report | Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO) | Benson, Stephen (DOF - Finance Budget Analyst, Capital Outlay); Cregger, Deborah (DOF - Staff Counsel); Hicks, Amy; Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen); Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO); Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen); Rogers, Greg (DOF - Assistant Budget Manager, Capital Outlay, RECO); Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Facilities Management Staffing report. | Attorney Client, Deliberative Process |

Entries from Defendants' February 15, 2008 Privilege Logs for 69 Documents Listed in Attachment C of Court's April 14, 2008 Order

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00033095 | E00033089 | E00033096 | CDCR_MH | Radavsky, Cindy | 2/6/2006 | Report | McKeever, Doug (CDCR - Director, Mental Health Programs) | Avritt, Bill; Dovey, John (CDCR - Director, Divison of Adult Institutions); Duveneck, Sandra; Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hubbard, Suzan; Kanan, M.D., Renee (CDCR - MPH, Deputy Director, DCHCS); Keeshen, Kathleen M. (CDCR - Chief Deputy General Counsel, Office of Legal Affairs); Mangum, Sarah (DOF - Principal Program Budget Analyst, Corrections and General Government Unit); Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General); Woodford, Jeanne (CDCR - Undersecretary) | Capital Outlay BCP Budget Year 2006/2007 for Consolidated Care Center. | Deliberative Process; Attorney Client |
| E00033437 | E00033429 | E00033440 | CDCR_MH | Radavsky, Cindy | 2/6/2006 | Report | McKeever, Doug (CDCR - Director, Mental Health Programs) | Avritt, Bill; Dovey, John; Duveneck, Sandra; Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hubbard, Suzan; Kanan, M.D., Renee (CDCR - MPH, Deputy Director, DCHCS); Keeshen, Kathleen M. (CDCR - Chief Deputy General Counsel, Office of Legal Affairs); Mangum, Sarah (DOF - Principal Program Budget Analyst, Corrections and General Government Unit); Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services); Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General); Woodford, Jeanne (CDCR - Undersecretary) | Draft budget change proposal. | Deliberative Process; Attorney Client |
| E00033442 | E00033441 | E00033450 | CDCR_MH | Radavsky, Cindy | 2/14/2006 | Report | Barks, Michael (CDCR - Health Program Specialist II, Clinical Policy, Program, and Project Coordination) | Avritt, Bill;  Dezember, Robin (CDCR - Chief Deputy Secretary, Division of Correctional Health Care Services);  Dovey, John (CDCR);  Duveneck, Sandra (CDCR);  Farber-Szekrenyi, Peter (CDCR - Director, DCHCS);  Fishback, MD, Tim (CDCR - Chief of Mental Health, California Institution for Women);  Hubbard, Suzan;  Kanan, M.D., Renee (CDCR - MPH, Deputy Director, DCHCS);  Keeshen, Kathleen M. (CDCR - Chief Deputy General Counsel, Office of Legal Affairs);  McKeever, Doug (CDCR - Director, Mental Health Programs);  Mynhier, Yulanda (CDCR - Deputy Director (A), Health Care Administrative Operations Branch, DCDCS);  Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services);  Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Budget Change Proposal | Deliberative Process; Attorney Client |
| E00033445 | E00033441 | E00033450 | CDCR_MH | Radavsky, Cindy | 2/14/2006 | Report | Barks, Michael (CDCR - Health Program Specialist II, Clinical Policy, Program, and Project Coordination) | Avritt, Bill;  Dezember, Robin (CDCR - Chief Deputy Secretary, Division of Correctional Health Care Services);  Dovey, John (CDCR);  Duveneck, Sandra (CDCR);  Farber-Szekrenyi, Peter (CDCR - Director, DCHCS);  Fishback, MD, Tim (CDCR - Chief of Mental Health, California Institution for Women);  Hubbard, Suzan;  Kanan, M.D., Renee (CDCR - MPH, Deputy Director, DCHCS);  Keeshen, Kathleen M. (CDCR - Chief Deputy General Counsel, Office of Legal Affairs);  McKeever, Doug (CDCR - Director, Mental Health Programs);  Mynhier, Yulanda (CDCR - Deputy Director (A), Health Care Administrative Operations Branch, DCDCS);  Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services);  Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Report discussing bed population. | Deliberative Process; Attorney Client |

Entries from Defendants' February 15, 2008 Privilege Logs for 69 Documents Listed in Attachment C of Court's April 14, 2008 Order

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00033447 | E00033441 | E00033450 | CDCR_MH | Radavsky, Cindy | 2/14/2006 | Report | Barks, Michael (CDCR - Health Program Specialist II, Clinical Policy, Program, and Project Coordination) | Avritt, Bill;  Dezember, Robin (CDCR - Chief Deputy Secretary, Division of Correctional Health Care Services);  Dovey, John (CDCR);  Duveneck, Sandra (CDCR);  Farber-Szekrenyi, Peter (CDCR - Director, DCHCS);  Fishback, MD, Tim (CDCR - Chief of Mental Health, California Institution for Women);  Hubbard, Suzan;  Kanan, M.D., Renee (CDCR - MPH, Deputy Director, DCHCS);  Keeshen, Kathleen M. (CDCR - Chief Deputy General Counsel, Office of Legal Affairs);  McKeever, Doug (CDCR - Director, Mental Health Programs);  Mynhier, Yulanda (CDCR - Deputy Director (A), Health Care Administrative Operations Branch, DCDCS);  Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services);  Tillman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Budget Change Proposal | Deliberative Process; Attorney Client |
| E00033514 | E00033512 | E00033522 | CDCR_MH | Radavsky, Cindy | 7/7/2006 | Report | Cubanski, Eileen (CHHS - Assistant Secretary) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs);Mayberg, Steve (DMH - Director);Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services) | Branded Special Session Language. | Deliberative Process, Attorney Client |
| E00033515 | E00033512 | E00033522 | CDCR_MH | Radavsky, Cindy | 7/7/2006 | Report | Cubanski, Eileen (CHHS - Assistant Secretary) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs);Mayberg, Steve (DMH - Director);Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services) | Branded Special Session Language. | Deliberative Process, Attorney Client |
| E00033516 | E00033512 | E00033522 | CDCR_MH | Radavsky, Cindy | 7/7/2006 | Report | Cubanski, Eileen (CHHS - Assistant Secretary) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs);Mayberg, Steve (DMH - Director);Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services) | Branded Special Session Language. | Deliberative Process, Attorney Client |
| E00033517 | E00033512 | E00033522 | CDCR_MH | Radavsky, Cindy | 7/7/2006 | Report | Cubanski, Eileen (CHHS - Assistant Secretary) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs);Mayberg, Steve (DMH - Director);Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services) | Branded Special Session Language. | Deliberative Process, Attorney Client |
| E00033519 | E00033512 | E00033522 | CDCR_MH | Radavsky, Cindy | 7/7/2006 | Report | Cubanski, Eileen (CHHS - Assistant Secretary) | Mayberg, Steve (DMH - Director);Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services), Hoch, Andrea (GOV - Secretary, Office of Legal Affairs) | Branded Special Session Language. | Deliberative Process, Attorney Client |
| E00033520 | E00033512 | E00033522 | CDCR_MH | Radavsky, Cindy | 7/7/2006 | Report | Cubanski, Eileen (CHHS - Assistant Secretary) | Mayberg, Steve (DMH - Director);Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services), Hoch, Andrea (GOV - Secretary, Office of Legal Affairs) | Branded Special Session Language. | Deliberative Process, Attorney Client |
| E00033521 | E00033512 | E00033522 | CDCR_MH | Radavsky, Cindy | 7/7/2006 | Report | Cubanski, Eileen (CHHS - Assistant Secretary) | Mayberg, Steve (DMH - Director);Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services), Hoch, Andrea (GOV - Secretary, Office of Legal Affairs) | Branded Special Session Language. | Deliberative Process, Attorney Client |
| E00033522 | E00033512 | E00033522 | CDCR_MH | Radavsky, Cindy | 7/7/2006 | Report | Cubanski, Eileen (CHHS - Assistant Secretary) | Mayberg, Steve (DMH - Director);Radavsky, Cindy (DMH - Deputy Director, Long Term Care Services), Hoch, Andrea (GOV - Secretary, Office of Legal Affairs) | Branded Special Session Language. | Deliberative Process, Attorney Client |
| E00084461 | | | GOV | Gore, Robert | 8/20/2007 | Report | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kennedy, Susan (GOV - Chief of Staff); Tilton, Jim (CDCR - Secretary) | Governors' AB 900 Facilities Strike Team Recommendations. | Attorney Client, Deliberative Process |

Entries from Defendants' February 15, 2008 Privilege Logs for 69 Documents Listed in Attachment C of Court's April 14, 2008 Order

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00084741 | | | GOV | Hoch, Andrea | 10/8/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary); Prosio, Michael; Ryan, Chris (GOV); Sheehy, Tom | Email thread discussing status of SB 99. | Attorney Client, Deliberative Process |
| E00085018 | E00085017 | E00085018 | GOV | Hoch, Andrea | 3/5/2007 | Agenda | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Cappel, Ronald;Csizmar, Eric (GOV - Deputy Legislative Secretary);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hoch, Andrea (GOV - Secretary, Office of Legal Affairs);Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen);Tilton, Jim (CDCR - Secretary) | Proposed agenda for governor's meeting with legislative leaders on prison reform. | Attorney Client;Deliberative Process |
| E00085021 | E00085021 | E00085022 | GOV | Hoch, Andrea | 3/5/2007 | Email | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Cappel, Ronald;Csizmar, Eric (GOV - Deputy Legislative Secretary);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hoch, Andrea (GOV - Secretary, Office of Legal Affairs);Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen);Tilton, Jim (CDCR - Secretary) | Email attaching proposed agenda for governor's meeting with legislative leaders on prison reform. | Attorney Client;Deliberative Process |
| E00085022 | E00085021 | E00085022 | GOV | Hoch, Andrea | 3/5/2007 | Agenda | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Cappel, Ronald;Csizmar, Eric (GOV - Deputy Legislative Secretary);Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Hoch, Andrea (GOV - Secretary, Office of Legal Affairs);Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Rice, Benjamin (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen);Tilton, Jim (CDCR - Secretary) | Proposed agenda for governor's meeting with legislative leaders on prison reform. | Attorney Client;Deliberative Process |
| E00085983 | | | DOF | | 6/16/2006 | Email | Bost, Sue (DOF - Program Budget Manager, SSDU) | Alves, Jim (DOF);Arnold, Molly (DOF - Chief Counsel);Boynton, Ann (CHHS - Undersecretary);Cubanski, Eileen (CHHS);Doyle, John (DOF - Principal Program Budget Analyst, HHS);Eileen@CHHS;Furtek, Frank (CHHS - Chief Counsel);Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Kessler, Steve (DOF - Chief Operating Officer);Mayberg, Steve (DMH - Director);Munso, Joe (CHHS);Rodriguez, John (DMH - Deputy Director);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen);Tilton, Jim (CDCR - Secretary);Wilkening, Mike (DOF - Program Budget Manager, Health and Human Services, HHS) | Email thread re screening of high risk sex offenders at CDCR. | Attorney Client |
| E00086783 | E00086780 | E00086781 | DOF | | | Email | Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen) | Arnold, Molly (DOF - Chief Counsel); Brown, Vince (DOF - Chief Deputy Director of Budgets); Howard, Justyn (DOF - Assistant Finance Budget Analyst, CorGen); Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen); Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen); Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen); Wunderlich, Natasha (DOF - Assistant Finance Budget Analyst, CorGen) | Report detailing Procedure for parolees unable to participate in Parole Revocation Process due to Mental Incompetency. | Attorney Client, Deliberative Process |

Entries from Defendants' February 15, 2008 Privilege Logs for 69 Documents Listed in Attachment C of Court's April 14, 2008 Order

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00086968 | | | DOF | | 2/16/2007 | Email | Wunderlich, Natasha (DOF - Assistant Finance Budget Analyst, CorGen) | Arnold, Molly (DOF - Chief Counsel); Brown, Vince (DOF - Chief Deputy Director of Budgets); Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen) | Email discussing upcoming deadlines. | Attorney Client, Deliberative Process |
| E00099569 | | | DOF | | 4/5/2006 | Email | Arnold, Molly (DOF - Chief Counsel);Cornett, Craig (Budget Director for Speaker of the Assembly);Cummins, Diane;Tilton, Jim (CDCR - Secretary) | Arnold, Molly (DOF - Chief Counsel);Brown, Vince (DOF - Chief Deputy Director of Budgets); Cummins, Diane;Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Mangum, Sarah (DOF - Principal Program Budget Analyst, Corrections and General Government Unit);Tilton, Jim (CDCR - Secretary) | Email discussing CDCR Health Care Budget Proposal and potential concerns and edits. | Attorney Client;Deliberative Process |
| E00099573 | E00099573 | E00099574 | DOF | | 4/5/2006 | Email | Arnold, Molly (DOF - Chief Counsel);Cornett, Craig (Budget Director for Speaker of the Assembly);Cummins, Diane | Arnold, Molly (DOF - Chief Counsel);Brown, Vince (DOF - Chief Deputy Director of Budgets);Cummins, Diane;Tilton, Jim (CDCR - Secretary) | Email discussing CDCR Health Care Budget Proposal and potential concerns and edits. | Attorney Client;Deliberative Process |
| E00001112 | **E00001109*** | E00001112 | CDCR | Hayhoe, Joyce | 7/26/2007 | Report | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Ashford, Elizabeth (GOV - Deputy Communications Secretary); Calvillo, Alice Dowdin (GOV); Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Gould, Kelli (GOV); Grutzius, Jennifer; Hoch, Andrea (GOV - Legal Affairs Secretary); Kessler, Steve; Maile, Bill; Mauro, Louis; Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations); Rice, Benjamin; Tilton, Jim (CDCR - Secretary) | Major Case Weekly Briefing. | Attorney Client; Deliberative Process |
| E00001111 | **E00001109*** | E00001112 | CDCR | Hayhoe, Joyce | 7/26/2007 | Report | Tilton, Jim (CDCR - Secretary) | Ashford, Elizabeth (GOV - Deputy Communications Secretary); Calvillo, Alice Dowdin (GOV); Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Gould, Kelli (GOV); Grutzius, Jennifer; Hoch, Andrea (GOV - Legal Affairs Secretary); Kessler, Steve; Maile, Bill; Mauro, Louis; Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations); Rice, Benjamin; Tilton, Jim (CDCR - Secretary) | CDCR Week Ahead Report. | Attorney Client; Deliberative Process |
| E00002007 | **E00002005**** | E00002008 | CDCR | Hayhoe, Joyce | 7/12/2007 | Report | Tilton, Jim (CDCR - Secretary) | Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary); Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);  Hoch, Andrea (GOV - Secretary, Office of Legal Affairs) | Week Ahead Report. | Attorney Client; Deliberative Process; Redacted |
| E00002008 | **E00002005**** | E00002008 | CDCR | Hayhoe, Joyce | 7/12/2007 | Report | Tilton, Jim (CDCR - Secretary) | Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary); Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);  Hoch, Andrea (GOV - Secretary, Office of Legal Affairs) | Major Case Weekly Briefing. | Attorney Client; Deliberative Process |

* Attachment C to 4/14/08 Order lists document E00001109.
This entry did not appear as a DocID on 2/15/08 Privilege Logs.
E00001109 appears as BegDocID in DocIDs E00001111 and E00001112
E00001111 appeared on 4/14/08 Order list, while E00001112 did not, and both have been included here as the best estimate of the document listed in Attachment C.
** Attachment C to 4/14/08 Order lists document E00002005.
This entry did not appear as a DocID on 2/15/08 Privilege Logs.
E00002005 appears as BegDocID in DocIDs E00002007 and E00002008
E00002007 and E00002008 did not appear on 4/14/08 Order list, but have both been included here as the best estimate of the document listed in Attachment C.