IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,                No. CIV S-90-0520 LKK JFM P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.      AMENDED ORDER[1]

         The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the special master in the above-captioned case through the month of April 2008.

         Good cause appearing, IT IS HEREBY ORDERED that:

         1. The Clerk of the Court is directed to pay to

               Matthew A. Lopes, Jr., Esq.
               Special Master
               Pannone Lopes & Devereaux LLC
               317 Iron Horse Way, Suite 301
               Providence, RI 02908

the amount of $382,408.32 in accordance with the attached statement; and

---

[1] This order amends the attachment to this court's June 11, 2008 order.

1

2. A copy of this order shall be served on the financial department of this court.

DATED: June 12, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
cole0520.apr

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.,
    Plaintiffs,

v.                                    No. Civ. S-90-0520 LKK JFM P

ARNOLD SCHWARZENEGGER et al.,
    Defendants.

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through April 30, 2008.

Matthew A. Lopes, Jr., Special Master
    Services                             $43,078.00
    Disbursements               $   4,578.11

        Total amount due                               $47,656.11

Linda E. Buffardi, Deputy Special Master
    Services                             $44,675.00
    Disbursement                $     -0-

        Total amount due                               $44,675.00

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                             $42,543.00
    Disbursements               $     -0-

        Total amount due                               $42,543.00

Mary-Joy Spencer, J.D.
    Services                             $25,020.00
    Disbursements               $     -0-

        Total amount due                               $25,020.00

Kerry F. Walsh, J.D.
    Services                             $30,656.25
    Disbursements               $     -0-

        Total amount due                               $30,656.25

Paul Nicoll, M.A.P.A.
    Services                             $10,343.00
    Disbursements                   657.40

        Total amount due                               $11,000.40

1  Kerry C. Hughes, M.D.
            Services                        $14,002.50
2           Disbursements                    1,485.72
            Total amount due                              $15,488.22
3
   Jeffrey L. Metzner, M.D.
4           Services                        $13,520.00
            Disbursements                    1,059.70
5
            Total amount due                              $14,579.70
6
   Raymond F. Patterson, M.D.
7           Services                        $4,725.00
            Disbursements                   $    -0-
8
            Total amount due                              $4,725.00
9
   Ted Ruggles, Ph.D.
10          Services                        $26,392.00
            Disbursements                   $ 2,862.06
11
            Total amount due                              $29,254.06
12
   Melissa G. Warren, Ph.D.
13          Services                        $20,559.50
            Disbursements                   $ 2,619.75
14
            Total amount due                              $23,179.25
15
   Kathryn A. Burns, MD, MPH
16          Services                        $6,635.00
            Disbursements                   $   591.58
17
            Total amount due                              $7,226.58
18
   Yong Joo Erwin, LCSW
19          Services                        $2,902.50
            Disbursements                   $    -0-
20
            Total amount due                              $2,902.50
21
   Mary Perrien, Ph.D.
22          Services                        $13,094.00
            Disbursements                   $   829.43
23
            Total amount due                              $13,923.43
24

25

26

4

Patricia M. Williams, J.D.
    Services                                            $14,614.00
    Disbursements                             $  2,262.88

        Total amount due                                    $16,876.88

Angela P. Shannon, M.D.
    Services                                            $9,948.00
    Disbursements                             $1,090.56

        Total amount due                                    $11,038.56

Henry A. Dlugacz, MSW, J.D.
    Services                                            $12,010.50
    Disbursements                             $  1,322.70

        Total amount due                                    $13,333.20

J. Ronald Metz
    Services                                            $1,980.00
    Disbursements                             $     -0-

        Total amount due                                    $1,980.00

I.C. Haunani Henry
    Services                                            $25,322.00
    Disbursements                             $  1,039.18

        Total amount due                                    $26,350.18

**TOTAL AMOUNT TO BE REIMBURSED**          **$382,408.32**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

5