UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RALPH COLEMAN, | ) | No.:  Civ S 90-0520 LKK-JFM |
| Plaintiffs, | ) ) | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ENTITLEMENT TO** |
| v. | ) ) | **REASONABLE ATTORNEYS' FEES AND COSTS FOR DISPUTED ITEMS IN THE** |
| ARNOLD SCHWARZENEGGER, et al., | ) | **FOURTH QUARTER OF 2007** |
| Defendants | ) ) ) | |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ENTITLEMENT TO REASONABLE ATTORNEYS' FEES AND COSTS FOR DISPUTED ITEMS IN THE FOURTH QUARTER OF 2007, NO.: CIV S 90-0520 LKK-JFM

[218041-1]

On June 16, 2008, plaintiffs filed a motion to compel payment of disputed attorneys' fees and costs incurred during the fourth quarter of 2007. After considering the briefs and all evidence submitted by the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiffs' professional services and costs incurred for work on overcrowding are compensable under the applicable legal standard, in that the work performed and the costs incurred were directly and reasonably incurred in enforcing the relief ordered for the constitutional violations found in the Court's September 13, 1995 Order.

2. Within 30 days of the date of this order, the parties shall complete a meet and confer regarding the amounts to be paid for plaintiffs' work on the overcrowding motion in quarter four of 2007. At the conclusion of the meet and confer, the parties shall submit a stipulation and proposed order regarding payment of the disputed attorneys' fees and costs. Interest has been running on those amounts, pursuant to Paragraph 6 of the Periodic Fees Order, since the 31st day following defendants' receipt of the underlying bills.

3. If the parties are unable to reach agreement on the specific fees and costs after meeting and conferring in good faith, the Court will determine a reasonable award.

4. Plaintiffs are entitled to reasonable attorneys' fees and costs incurred litigating the overcrowding and three-judge panel matter moving forward. Defendants may not contest plaintiffs' entitlement to reasonable compensation for this work, but may, as always, object to the work based on factors such as the reasonableness of the hours, efficiency of staff members performing those hours, and unnecessary duplication of effort.

IT IS SO ORDERED.

Dated: _____     _____
                              U.S. Magistrate Judge John F. Moulds