FUTTERMAN & DUPREE LLP
MARTIN H. DODD (104363)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
martin@dfdlaw.com

*Attorneys for Receiver*
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>    *Plaintiffs*,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    *Defendants*. | Case No. CIV S-90-0520 LKK JFM P |
| CARLOS PEREZ, et al.,<br>    *Plaintiffs*,<br>v.<br>JAMES TILTON, et al.,<br>    *Defendants*. | Case No. C 05-05241 JSW |
| JOHN ARMSTRONG, et al.,<br>    *Plaintiffs*,<br>v.<br>ARNOLD SCHWARZENEGGER, et al.,<br>    *Defendants*. | Case No. C 94-2307 CW<br><br>**EXHIBITS TO THE RECEIVER'S EIGHTH QUARTERLY REPORT** |

# APPENDIX OF EXHIBITS

**EXHIBIT #**

1. Receiver's Turnaround Plan of Action, June 6, 2008
2. Master Contract Waiver Summary Report
3. Reception Center Flow Plan
4. San Quentin Health Care Access Preliminary Data, Week of May 14, 2008
5. Emergency Medical Response Program Policies and Procedures
6. Navigant Consulting Inc., Assessment of the CDCR's Health Care Contracting Unit, Phase 1 Report, April 21, 2008
7. Human Resources Recruitment and Retention Report, May 2008
8. Credentialing and Privileging Policies and Procedures
9. John Hagar Letter to Corrections Corporation of America, May 21, 2008
10. Pharmacy Management Consulting Services Monthly Progress Report to the California Prison Health Care Receivership Corporation March 2008 and April 2008
11. Pharmacy & Therapeutics Committee Targeted Contract Savings, January through April 2008
12. GuardianRx® Implementation Comprehensive Schedule
13. Legislative Analyst's Office Recommendations on Receiver's Construction Proposal, May 22, 2008
14. California Prison Health Care Receivership Corporation Discussion and Analysis of Unaudited Financial Statements