IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>           Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>           Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

Plaintiffs have requested modification of this court's May 27, 2008 protective order concerning the unredacted report of the Office of the Inspector General concerning the release of Scott Thomas from San Quentin State Prison (hereafter unredacted Thomas Report). Good cause appearing, IT IS HEREBY ORDERED that plaintiffs shall forthwith

/////

/////

/////

/////

1  deliver to the chambers of the undersigned for in camera review a copy of the unredacted
2  Thomas Report.
3  DATED: June 20, 2008.

UNITED STATES MAGISTRATE JUDGE