```
PRISON LAW OFFICE                          BINGHAM, McCUTCHEN, LLP
DONALD SPECTER, Bar No. 83925              WARREN E. GEORGE, Bar No. 53588
STEVEN FAMA, Bar No. 99641                 Three Embarcadero Center
E. IVAN TRUJILLO, Bar No. 228790           San Francisco, California 94111
1917 Fifth Street                          Telephone: (415) 393-2000
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile:  (510) 280-2704

ROSEN, BIEN & GALVAN, LLP                  HELLER, EHRMAN, WHITE & McAULIFFE
MICHAEL W. BIEN, Bar No. 96891             RICHARD L. GOFF, Bar No. 36377
JANE E. KAHN, Bar No. 112239               701 Fifth Avenue
AMY WHELAN, Bar No. 215675                 Seattle, Washington 98104
LORI RIFKIN, Bar No. 244081                Telephone: (206) 447-0900
SARAH M. LAUBACH, Bar No. 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –                    KIRKPATRICK & LOCKHART PRESTON
EMPLOYMENT LAW CENTER                      GATES ELLIS LLP
CLAUDIA CENTER, Bar No. 158255             JEFFREY L. BORNSTEIN, Bar No. 99358
600 Harrison Street, Suite 120             55 Second Street, Suite 1700
San Francisco, CA 94107                    San Francisco, CA 94105-3493
Telephone: (415) 864-8848                  Telephone: (415) 882-8200
```

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No.: Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> vs. <br><br> Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br><br> **PROOF OF SERVICE** |

I, Sofia Millham, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco, California 94104. On June 20, 2008, I served the following documents:

**JOINT STATEMENT RE: PLAINTIFFS' REQUEST FOR LEAVE TO TREAT THE UNREDACTED THOMAS REPORT AS CONFIDENTIAL INFORMATION UNDER THE *COLEMAN* AND *PLATA* PROTECTIVE ORDERS**

**[PROPOSED ORDER] RE: PLAINTIFFS' REQUEST TO TREAT THE UNREDACTED THOMAS REPORT AS CONFIDENTIAL INFORMATION UNDER THE *COLEMAN* AND *PLATA* PROTECTIVE ORDERS**

**PLAINTIFFS' NOTICE OF FILING SEALED DOCUMENTS**

**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF JOINT STATEMENT RE: PLAINTIFFS' REQUEST FOR LEAVE TO TREAT THE UNREDACTED THOMAS REPORT AS CONFIDENTIAL INFORMATION UNDER THE *COLEMAN* AND *PLATA* PROTECTIVE ORDERS [FILED UNDER SEAL]**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ X ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [ X ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

[219018-1]

1 | **All documents were sent to the following persons in the following manner:**

2

**VIA FEDERAL EXPRESS**
Barbara Sheldon
Office of the Inspector General
3927 Lennane Drive
Sacramento, CA 95834

**VIA FEDERAL EXPRESS**
Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

**VIA FEDERAL EXPRESS AND MESSENGER**
Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

**VIA MESSENGER**
Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

**VIA FEDERAL EXPRESS AND MESSENGER**
Honorable John F. Moulds
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 20th day of June, 2008, at San Francisco, California.

Sofia Millham

[219018-1]