UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

    v.                      CIV. NO. S-90-520 LKK/JFM

ARNOLD SCHWARZENEGGER, et al.,

        Defendants.
_____/

SHERIE LEMIRE, individually and as personal representative for the ESTATE OF ROBERT ST. JOVITE, GERARD CHARLES ST. JOVITE and NICOLE ST. JOVITE

        Plaintiffs,

    v.                      CIV. NO. S-08-455 GEB/EFB

ARNOLD SCHWARZENEGGER, et al.,    NON-RELATED CASE ORDER

        Defendants.
_____/

    The court has received the Notice of Related Cases concerning the above-captioned cases filed June 20, 2008.  See Local Rule 83-123, E.D. Cal. (1997).  The court has determined, however, that it

is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: June 25, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT