1   Brian M. Hoffstadt (State Bar No. 187003)
    bhoffstadt@jonesday.com
2   K. Chris Palamountain (State Bar No. 183246)
    kcpalamountain@jonesday.com
3   JONES DAY
    555 South Flower Street
4   Fiftieth Floor
    Los Angeles, CA  90071-2300
5   Telephone:    (213) 489-3939
    Facsimile:    (213) 243-2539
6
    Counsel for Referee and Consultant
7

8            IN THE UNITED STATES DISTRICT COURTS

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10           AND THE NORTHERN DISTRICT OF CALIFORNIA

11       UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13

| | |
|---|---|
| 14  RALPH COLEMAN, et al., | Case No.  CIV S-90-0520 LKK JFM P |
| 15              Plaintiffs, | |
| | THREE-JUDGE COURT |
| 16       v. | |
| 17  ARNOLD SCHWARZENEGGER, et al.,, | |
| 18              Defendants. | |
| 19  MARCIANO PLATA, et al., | Case No. C01-1351 TEH |
| 20              Plaintiffs, | |
| | THREE-JUDGE COURT |
| 21       v. | |
| 22  ARNOLD SCHWARZENEGGER, et al., | NOTICE OF ELECTRIC SERVICE - CONFIDENTIAL SUPPLEMENTAL STATUS REPORT |
| 23              Defendants. | |
| 24 | [UNDER SEAL] |

25

26

27

28

LAI-2958042v1
Plata / Coleman Notice of Electronic Service

**PROOF OF SERVICE**

I, Brian Hoffstadt, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On June 25, 2008, I served a copy of the within document(s):

**NOTICE OF ELECTRONIC FILING - CONFIDENTIAL SUPPLEMENTAL STATUS REPORT [UNDER SEAL]**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth on the attached Service List.

**SEE ATTACHED**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 25, 2008, at Los Angeles, California.

_____
Brian Hoffstadt

COLEMAN, ET AL. v. SCHWARZENEGGER, ET AL.

CIV S-90-0520 LKK JFM P
and C01-1351 TEH

## SERVICE LIST

| | |
|---|---|
| Michael Bien, Esq.<br>Rosen, Bien & Galvan, LLP<br>315 Montgomery Street, 10th Floor<br>San Francisco, CA 94104<br>Tel. 415-433-6830<br>mbien@rbg-law.com | Counsel for Plaintiffs |
| Donald Specter, Esq.<br>Prison Law Office<br>General Delivery<br>San Quentin, CA 94964<br>Tel. 415-457-9144<br>dspecter@prisonlaw.com | Counsel for Plaintiffs |
| Rochelle C. East<br>Supervising Deputy Attorney General<br>Office of the Attorney General<br>1300 I Street, Suite 125<br>Sacramento, CA 94244-2550<br>Rochelle.East@doj.ca.gov | Counsel for Defendants |
| Charles J. Antonen, Deputy Attorney General<br>Office of the Attorney General<br>455 Golden Gate Avenue, Suite 1100<br>San Francisco, CA 94102<br>Tel. 415-703-5843<br>Charles.Antonen@doj.ca.gov | Counsel for Defendants |
| Paul B. Mello, Esq.<br>Hanson Bridgett Marcus Vlahos and Rudy<br>333 Market Street, Suite 2100<br>San Francisco, CA 94105<br>650-233-4096<br>pmello@hansonbridgett.com | Counsel for Defendants |
| Natalie Leonard, Esq.<br>Carroll Burdick and McDonough<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br>NLeonard@cbmlaw.com | Counsel for Intervenors - CCPOA |

LA1-2958042v1
Plata / Coleman Notice of Electronic Service

- 4 -

| | |
|---|---|
| Karen Pank, Esq.<br>Warner & Pank, LLC<br>1415 L Street, Suite 200<br>Sacramento, CA 95814<br>Tel. 916.443.7318<br>karen@warnerandpank.com | Counsel for Intervenors |
| Kimberly Hall Barlow, Esq.<br>Jones & Mayer<br>3777 N. Harbor Boulevard<br>Fullerton, CA 92835<br>Tel. 714-446-1400<br>khb@jones-mayer.com | Counsel for Intervenors |
| Steven Shea Kaufhold, Esq.<br>Akin Gump Strauss Hauer & Feld<br>580 California Street, Suite 1500<br>San Francisco, CA 94104<br>Tel. 415-765-9500<br>skaufhold@akingump.com | Counsel for Intervenors<br>Republican Legislators (Assembly and Senate) |
| William E. Mitchell, Esq.<br>Riverside County District Attorney's Office<br>4075 Main Street<br>Riverside, CA 92501<br>WEmitchell@RivCoDA.org | Counsel for Intervenors<br>District Attorneys |
| William Charles Hughes, Esq.<br>Riverside County District Attorney's Office<br>4075 Main Street<br>Riverside, CA 92501<br>Tel. 951-955-5400<br>chughes@rivcoda.org | Counsel for Intervenors<br>District Attorneys |
| Anne L. Keck, Esq.<br>Office of Sonoma County Counsel<br>575 Administration Drive, Suite 105a<br>Santa Rosa, CA 95402<br>Tel. 707-565-2421<br>akeck@sonoma-county.org | Counsel for Intervenors<br>Sonoma County |
| Theresa J. Fuentes, Esq.<br>Office of the County Counsel<br>70 West Hedding Street<br>9th Floor, East Wing<br>San Jose, CA 95110<br>Tel. 408-299-5917<br>theresa.fuentes@cco.sccgov.org | Counsel for Intervenors<br>County Intervenors |