PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
ERNEST GALVAN Bar No.: 196065
LORI RIFKIN Bar No.: 244081
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
GEOFFREY THOMAS HOLTZ Bar No.: 191370
KRISTEN A. PALUMBO Bar No.: 215857
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No.: 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM |
| JERRY VALDIVIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. Civ. S-94-0671 LKK/GGH<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR INJUNCTIVE RELIEF REQUIRING TIMELY ACCESS TO INPATIENT PSYCHIATRIC HOSPITALIZATION**<br><br>Hearing Date: July 25, 2008<br>Time: 10:00 a.m.<br>Location: Courtroom 4<br>Judge: Hon. Lawrence K. Karlton |

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR INJUNCTIVE RELIEF REQUIRING TIMELY ACCESS TO INPATIENT PSYCHIATRIC HOSPITALIZATION - Case Nos. Civ S 90-0520 LKK-JFM; Civ S-94-0671 LKK/GGH

[219254-2]

## NOTICE OF MOTION

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 25, 2008, *Coleman* and *Valdivia* Plaintiffs, through their counsel of record, will and hereby do move for an order that Defendants shall immediately take all necessary steps to provide timely access to all levels of inpatient care, including inpatient beds operated by the Department of Mental Health, to persons in CDCR custody regardless of parole revocation status or parole date.

This Motion is also being filed concurrently with Plaintiffs' Notice of Motion and Motion For Leave to File Consolidated Motion and Request For Modification of Protective Orders.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declarations of Jane E. Kahn, Ernest Galvan, and Lori Rifkin in Support of this Motion, the Notice of Motion and Motion for Leave to File Consolidated Motion and Request for Modification of Protective Orders, the Memorandum of Points and Authorities and Declaration of Michael W. Bien in support thereof, the pleadings and orders on file in the above-captioned matters, and any oral argument or evidence permitted at any hearings on this motion.

Dated: June 25, 2008                                    Respectfully submitted,


                                                        /s/ *Lori Rifkin*
                                                        Lori Rifkin
                                                        Rosen, Bien & Galvan
                                                        Attorneys for Plaintiffs

---

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR INJUNCTIVE RELIEF REQUIRING TIMELY ACCESS TO INPATIENT PSYCHIATRIC HOSPITALIZATION
NO.: CIV S 90-0520 LKK-JFM

[219254-2]