PRISON LAW OFFICE
DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
E. IVAN TRUJILLO Bar No.: 228790
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE Bar No.: 53588
GEOFFREY THOMAS HOLTZ Bar No.: 191370
KRISTEN A. PALUMBO Bar No.: 215857
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN Bar No.: 096891
JANE E. KAHN Bar No.: 112239
ERNEST GALVAN Bar No.: 196065
LORI RIFKIN Bar No.: 244081
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF Bar No.: 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No.: 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. Civ S 90-0520 LKK-JFM |
| JERRY VALDIVIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. Civ. S-94-0671 LKK/GGH<br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED MOTION AND GRANTING PLAINTIFFS' REQUEST FOR MODIFICATION OF PROTECTIVE ORDERS**<br><br>Hearing Date: July 25, 2008<br>Time: 10:00 a.m.<br>Location: Courtroom 4<br>Judge: Hon. Lawrence K. Karlton |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED MOTION AND GRANTING PLAINTIFFS' REQUEST FOR MODIFICATION OF PROTECTIVE ORDERS - Case Nos. Civ S 90-0520 LKK-JFM; Civ S-94-0671 LKK/GGH

[219497-2]

1    Plaintiffs' Motion for Leave to File Consolidated Motion and Request for Modification of
2  Protective Orders came on regularly for hearing before this Court on July 25, 2008, at 10:00 a.m.
3  The Court, having considered the arguments and briefs of the parties, and the entire record in the
4  cases *Coleman v. Schwarzenegger* and *Valdivia v. Schwarzenegger*, and good cause appearing,
5  hereby issues the following Order:
6    For the reasons articulated by Plaintiffs and in the interest of judicial efficiency, the Court
7  GRANTS Plaintiffs' motion for leave to file jointly in *Valdivia* and *Coleman* their Motion for
8  Injunctive Relief Requiring Timely Access to Inpatient Psychiatric Hospitalization. The Court
9  further GRANTS Plaintiffs' request for an order modifying the protective orders to permit
10 review of confidential materials by the court personnel, special masters and their staffs, counsel,
11 experts, witnesses, and related staff in both cases. Specifically, the *Coleman* Modified Protective
12 Order (Docket 2109) shall be modified to permit review by individuals as described in subparts
13 (a) through (e) on page 2, who are associated with the case *Valdivia v. Schwarzenegger*. The
14 *Valdivia* Stipulated Protective Order (Docket 519) shall be modified to include similar language
15 permitting review of confidential materials by the court personnel, special master, counsel,
16 experts, witnesses, and related staff in the case *Coleman v. Schwarzenegger*.
17    IT IS HEREBY ORDERED.

Date: _____        _____

Hon. Lawrence K. Karlton
Judge of the U.S. District Court

[219497-2]

1

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED MOTION AND GRANTING PLAINTIFFS' REQUEST FOR MODIFICATION OF PROTECTIVE ORDERS - Case Nos. Civ S 90-0520 LKK-JFM; Civ S-94-0671 LKK/GGH