Brian M. Hoffstadt (State Bar No. 187003)
bhoffstadt@jonesday.com
Chris Palamountain (State Bar No. 24061004)
kcpalamountain@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071-2300
Telephone: (213) 489-3939
Facsimile: (213) 243-2539

Attorneys for Referee and Consultant

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. CIV S-90-0520 LKK JFM P<br><br><br>THREE-JUDGE COURT |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. C01-1351 TEH<br><br>[PROPOSED] ORDER TO FILE CONFIDENTIAL STATUS REPORT [UNDER SEAL] |

The Three-Judge Court's request to file the Confidential Status Report under seal is **HEREBY GRANTED**.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE LAWRENCE K. KARLTON<br>
SENIOR UNITED STATES<br>
DISTRICT COURT JUDGE

LAI-2958333v1
Proposed Order to File Doc Under Seal

- 2 -