UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge:  Thelton E. Henderson, Lawrence Karlton and Stephen Reinhardt**

**Date**:  June 27, 2008

**Case No:** C 01-01351 TEH
          CIV S90-0520 LKK

**Case Title**:  PLATA, et al.  v.  SCHWARZENEGGER, et al.
          COLEMAN, et al.  v.  SCHWARZENEGGER, et al.

**Appearances:**

     For Plaintiff(s): Don Specter, Michael Bien, Natalie Leonard, Edward Sangster,
          Lori Rifkin

     For Defendant(s): Rochelle East, Lisa Tillman, Jerrold Schaefer

     For Intervenor(s): Kimberly Hall Barlow, William Mitchell, Anne Keck, Kelly Scott,
          Theresa Fuentes, Steve Kaufhold

          Edward Lui (settlement referee)

**Deputy Clerk**:  Rowena B. Espinosa          **Court Reporter**: Joan Columbini

## *PROCEEDINGS*

1.  Three-Judge Court Status Conference - held

## *SUMMARY*

- The June 25, 2008 confidential status report is ordered unsealed.  The Court shall issue order.
- The trial date remains on Nov. 17, 2008.  The pretrial date and other deadlines will be set at a later by way of an order.
- The parties discussed the trial in terms of schedule, issues to be raised, deadlines, etc.