EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　　　Defendants. | 2:90-cv-00520 LKK JFM P<br><br>STIPULATION AND [PROPOSED] ORDER TO AMEND MENTAL HEALTH BED PLAN RE: OFFICE AND TREATMENT SPACE AT CSP-SACRAMENTO<br><br>Judge: The Honorable Lawrence K. Karlton |

I.

PRELIMINARY STATEMENT

In the December 2006 mental health bed plan, as supplemented in their August 2007 submission, Defendants stated their intent to construct sufficient office and treatment space for the existing 384 Enhanced Outpatient Program beds at California State Prison, Sacramento, with an anticipated construction completion date of June 30, 2011. (Def. Bed Plan, filed 12/19/06, p. 10.) Due to a misunderstanding, the project was programmed for construction of office and treatment space for the 192 patients in the A facility and the 192 patients in the B facility.

Stipulation Re: SAC Scope

1

1  Defendants have since determined that the accurate scope of the SAC project is the construction
2  of office and treatment space for 192 patients in the B facility.

3                                           II.

4                                      **STIPULATION**

5       By this stipulation, Defendants and Plaintiffs agree that the December 2006 mental
6  health bed plan should be amended to reflect the re-scoping of the California State Prison,
7  Sacramento project to address the construction of sufficient office and treatment space for 192
8  patients within the B facility. The change in the scope of this project may extend the anticipated
9  construction completion date by approximately six months.

10 Dated:    July 3, 2008              By: _____
                                          Jane Kahn, Esq.
11                                        Rosen, Bien & Galvan
                                          Counsel for Plaintiffs
12

13
   Dated:    July 1, 2008              By: _____
14                                        Lisa Tillman, Esq.
                                          Office of the Attorney General
15                                        Counsel for Defendants

16

17

18

19
   30444514.wpd
20 CF1997CS0003

21

22

23

24

25

26

27

28

Stipulation Re: SAC Scope