IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>                                    Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**[PROPOSED] ORDER APPROVING PARTIES' STIPULATION RE: RE-SCOPE OF CALIFORNIA STATE PRISON, SACRAMENTO PROJECT** |

      This Court has reviewed the stipulation of the parties enabling the re-scoping of the California State Prison, Sacramento project to construct sufficient office and treatment space to address the office and treatment needs of only those mental health patients within the B facility of that facility. The parties also stipulated that the re-scoping could engender a change in the anticipated completion date by approximately six months. This Court hereby adopts the stipulation as an order of this court, and so approves Defendants' change in the scope of the project to construction for sufficient office and treatment space to meet the needs of the 192 mental health patients within the B facility, with an delay in the anticipated construction completion date by approximately six months.

Dated: _____             _____
                                                             The Honorable Lawrence K. Karlton

[Proposed] Order