2:90-cv-00520 LKK JFM P

# DEFENDANTS' OPPOSITION TO MOTION FOR INJUNCTIVE RELIEF REQUIRING ACCESS TO INPATIENT PSYCHIATRIC HOSPITALIZATION

Exhibit B, SM Riveland letter, 5/28/08

***Chase Riveland***
**Office of the Special Master**
<u>Valdivia v. Schwartzenegger</u>

5714 Deer Harbor Rd.
Box 367
Deer Harbor, WA 98243
Tel: (360)376-2870
Fax: (360)376-2879
E-mail:
riveland@rockisland.com

August 10, 2008

<u>VIA EMAIL & U.S. MAIL</u>

Ms. Jessica Devencenzi             Mr. Ernest Galvan
Deputy Attorney General            ROSEN, BIEN & ASARO
1300 "I" Street, Eighth Floor      315 Montgomery Street, Tenth
PO Box 944255                      Floor
Sacramento, CA 94244-2550          San Francisco, CA 94104

Dear Ms. Devencenzi and Mr. Galvin:

The Order regarding mentally ill parolees unable to participate in revocation hearings signed by Judge Lawrence Karlton on January 14, 2008 allowed me to grant an extension of time on any of the deadlines imposed by that Order.

At the request of both parties I am extending the deadline imposed in paragraph number 5, namely the deadline for implementation of the policies and procedures from June 15, 2008 to August 15, 2008.

Sincerely yours,

Chase Riveland
Chase Riveland
Special Master


CC: Judge Karlton
    Virginia Morrison
    Nancy Campbell