PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
E. IVAN TRUJILLO, Bar No. 228790
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants | No. C01-1351 TEH<br>**THREE-JUDGE COURT**<br>**EVENSON DECLARATION IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISPUTE**<br>Date: July 9, 2008<br>Place: Courtroom 26<br>Judge: Hon. John F. Moulds, Magistrate Judge |

I, Rebekah Evenson, declare as follows:

1. I am an attorney admitted to practice in this state and before this Court. I am a staff attorney at the Prison Law Office, and one of the attorneys for the plaintiff class in this action.

2. I attended the status conference held before the three-judge Court on June 27, 2008. At the status conference, plaintiffs' counsel stated that further prison tours would be unnecessary, provided defendants would not contend that the conditions at the prisons had changed in the period since November, 2007 when the plaintiffs' expert tours were conducted. Judge Karlton then asked defense counsel whether they would so stipulate, and defendants declined to do so.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed this ninth day of July 2008 in Berkeley, California.

      /s/ *Rebekah Evenson*
Rebekah Evenson

-1-
JUDGE: HON. JOHN F. MOULDS, MAGISTRATE JUDGEEVENSON DECLARATION IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISPUTE, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[219945-1]