1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Acting Senior Assistant Attorney General
4  LISA A. TILLMAN, State Bar No. 126424
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone:  (916) 327-7872
7    Fax:  (916) 324-5205
     Email:  Lisa.Tillman@doj.ca.gov
8
   Attorneys for Defendants
9

10

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  **RALPH COLEMAN, et al.,**              2:90-cv-00520 LKK JFM P

15                          Plaintiffs,     **NOTICE OF FILING SEALED
                                            DOCUMENT**
16          **v.**

17  **ARNOLD SCHWARZENEGGER, et al.,**

18                          Defendants.

19

20                      **INTRODUCTION**

21          On May 23, 2007, this Court ordered Defendant Department of Mental Health (DMH)

22  to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates

23  from any level of outpatient mental health care to any level of inpatient mental health care, and

24  from any level of inpatient mental health care to a different level of mental health care.  The

25  report must include a complete list of all class members currently waiting for transfer to any

26  level of DMH hospital care.  Such identifying patient information is subject to a protective order

27  entered in this action on January 12, 2007.

28                         **NOTICE**

Notice of Filing Sealed Document

1          Notice is hereby given under Local Rule 39-141(c), that Defendant Department of

2    Mental Health is filing a document in compliance with the Court's May 23, 2007 Order under

3    seal and shall manually file the document and serve copies upon the parties.

4          Dated: July 15, 2008

5
                              Respectfully submitted,
6
                              EDMUND G. BROWN JR.
7                             Attorney General of the State of California

8                             DAVID S. CHANEY
                              Chief Assistant Attorney General
9                             ROCHELLE C. EAST
                              Acting Senior Assistant Attorney General
10

11                            /s/ *Lisa A. Tillman*

12                            LISA A. TILLMAN
                              Deputy Attorney General
13                            Attorneys for Defendants

14

15   30503125.wpd
     CF1997CS0003

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Filing Sealed Document

2