EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
LISA A. TILLMAN, State Bar No. 126424
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-7872
 Fax: (916) 324-5205
 Email: Lisa.Tillman@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P |

**THIS DOCUMENT IS FILED UNDER SEAL IN ACCORDANCE WITH**

**A PROTECTIVE ORDER ISSUED BY THE COURT**

**AND MAY NOT BE COPIED OR EXAMINED**

**EXCEPT IN COMPLIANCE WITH THAT ORDER**

(See Stipulated Protective Order, 1/12/07, ¶ 7.)

30482773.wpd

CF1997CS0003

Sealed Document Cover Page

1