## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Coleman, et al. v. Schwarzenegger, et al.**

No.:  **2:90-cv-00520 LKK JFM P**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>July 15, 2008</u>, I served the attached **Notice of Filing Sealed Document, Modified Protective Order, Sealed Document Cover Page and Monthly Bed Utilization Report for the Department of Mental Health Hospitals and Psychiatric Programs** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

| | |
|---|---|
| Matthew A. Lopes, Jr., Esq. | Michael Bien, Esq. |
| Office of the Special Master | Rosen Bien & Galvan, LLP |
| Pannone Lopes & Devereaux, LLC | 315 Montgomery Street, 10th Floor |
| 317 Iron Horse Way, Ste. 301 | San Francisco, CA  94104 |
| Providence, RI  02908 | |

Donald Specter
Prison Law Office
1917 Fifth Street
Berkeley, CA  94710-1916

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 15, 2008, at Sacramento, California.

| T. Treichel | /s/ **T. Treichel** |
|---|---|
| Declarant | Signature |