JONES & MAYER
Martin J. Mayer (SB # 73890)
Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com

Attorneys for Intervenor-Defendants
LAW ENFORCEMENT INTERVENORS

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No: CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>[F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]<br><br>**NOTICE OF CHANGE OF NAME TO INTERVENTION PLEADING BY SHERIFF INTERVENOR-DEFENDANTS** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, et | Case No.: C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

-1-

al.,

   Defendants.

TO THE COURTS, TO ALL PARTIES AND TO THEIR RESPECTIVE COUNSELS OF RECORD:

PLEASE TAKE NOTICE of the following changes in the Intervention Pleading by the Sheriff Intervenor Defendants:

Riverside County Sheriff Bob Doyle retired on October 1, 2007. The new Riverside County Sheriff is Stanley Sniff Jr., who has authorized this change.

Orange County Sheriff-Coroner Mike Carona was replaced by Sandra Hutchens, who has authorized this change.

Sutter County Sheriff-Coroner Jim Denney was replaced by J. Paul Parker, who has authorized this change.

It is requested that the Courts and parties make any necessary corrections to their respective files and records.

                                        Respectfully submitted,

DATED:   July 16, 2008                  JONES & MAYER


                                        By: _____/s/_____
                                            Ivy M. Tsai
                                            Attorneys for Sheriff, Probation,
                                            Police Chief, and Corrections Intervenor-
                                            Defendants