EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Acting Senior Assistant Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

1    The *Plata* and *Coleman* Defendants Governor Arnold Schwarzenegger, Michael Genest, and Matthew Cate ("Defendants") appeal to the United States Court of Appeal for the Ninth Circuit from the order of the Three Judge Panel denying Defendant's Motion for Reconsideration of the Magistrate Judge's April 14, 2008 order, entered on June 17, 2008 (*Plata* docket no. 1246; *Coleman* docket no. 2825) and all other interlocutory orders that gave rise to that order, including but not limited to the Magistrate Judge's Order regarding a joint list of disputed documents for which the attorney-client privilege was claimed (April 14, 2008, *Plata* docket no. 1160; *Coleman* docket no. 2753). The Ninth Circuit has jurisdiction pursuant to the collateral order doctrine. *UMG Recording, Inc. v. Bertelsmann AG (Napster)*, 479 F.3d 1078, 1088 (9th Cir. 2007).

Defendants are concurrently filing a petition for writ of mandamus regarding the same order that is subject to this appeal. Said petition for writ of mandamus is a related case to this appeal.

DATED: July 16, 2008

HANSON BRIDGETT LLP

By: /s/ Paul Mello
PAUL MELLO
Attorneys for Defendants Arnold Schwarzenegger, et al.

DATED: July 16, 2008

EDMUND G. BROWN JR.
Attorney General for the State of California

By: /s/
ROCHELLE EAST
Acting Senior Assistant Attorney General
Attorneys for Defendants Arnold Schwarzenegger, et al.

A-11 (rev. 7/00)                                                                                              Page 1 of 2



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: Northern/ Eastern | JUDGE: Henderson, Karlton, Reinhardt |
|---|---|---|
| Ralph Coleman, et al. v. Arnold Schwarzenegger, et al. | DISTRICT COURT NUMBER: | 01-1351 TEH; S-90-0520 LKK JFM |
| Marciano Plata, et al. v. Arnold Schwarzenegger, et al. | DATE NOTICE OF APPEAL FILED: July , 2008 | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
These are two class action lawsuits concerning the provision of medical and mental health care to state prisoners. Judgment has previously been entered in both actions. These actions were consolidated before a Three-Judge Court for purposes of considering plaintiffs' motion for a prisoner release order pursuant to 18 USC 3626.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
Whether the Three-Judge Court improperly denied Defendants-Appellants motion for reconsideration of the Magistrate Judge's April 14, 2008 order requiring Defendants to produce attorney-client privileged communications.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**
Appellants will file a Petition for Writ of Mandamus, wherein Appellants seek review of the Three-Judge Court's order denying reconsideration. This Notice reserves Appellants' right to appeal.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) <u>Defendants-Appellants will file a motion for stay of the Three-Judge Court's order.</u>

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

_____

☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☒ FEDERAL QUESTION | ☐ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ |
| ☐ DIVERSITY | ☐ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☐ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| ☐ OTHER (SPECIFY): | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | | ☐ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | | ☐ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | | ☐ DECLARATORY JUDGMENT | ☐ DENIED |
| | ☒ OTHER (SPECIFY): Collateral Order Doctrine | ☐ JUDGMENT AS A MATTER OF LAW | ☐ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | | ☒ OTHER (SPECIFY): Denying reconsideration of Magistrate Judge's order to produce attorney-client privileged communications. | ☐ PENDING |
| | | | ☐ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_____        July 16, 2008
Signature                               Date

## COUNSEL WHO COMPLETED THIS FORM

NAME: Paul Mello
FIRM: Hanson Bridgett LLP
ADDRESS: 425 Market Street, 26th Floor
San Francisco, CA 94105
E-MAIL: pmello@hansonbridgett.com
TELEPHONE: 415-777-3200
FAX: 415-541-9366

✽THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✽
✽IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✽

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| Arnold Schwarzenegger, et al.,<br><br>Defendants-Appellants,<br><br>v.<br><br>Ralph Coleman, et al.,<br><br>Plaintiffs-Respondents. | No. 2:90-cv-0520 LKK JFM<br><br>**THREE-JUDGE COURT** |
| Arnold Schwarzenegger, et al.<br><br>Defendants-Appellants,<br><br>v.<br><br>Marciano Plata, et al.<br><br>Plaintiffs-Respondents. | No. C 01-1351 TEH<br><br>**THREE-JUDGE COURT** |

## REPRESENTATION STATEMENT

On Appeal From the Three-Judge United States District Court, Eastern and Northern Districts of California.
Presiding Over the Consolidated Proceedings of
Case No. C 01-1351 TEH and
Case No. S:90-cv-0520 LKK JFM P
The Honorable Thelton E. Henderson, Lawrence K. Karlton, and Stephen Reinhardt, Presiding.

- 1 -

1556624.1

The undersigned represent Governor Schwarzenegger, Defendant and Appellant in this matter, and the other named Defendants in this matter. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit rule 3-2(b).)

DATED: July 17, 2008

HANSON BRIDGETT LLP

By: /s/ Paul Mello
PAUL MELLO
Attorneys for Appellants
Arnold Schwarzenegger, et al.

DATED: July 17, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California

By: /s/ Rochelle East
ROCHELLE EAST
Acting Senior Assistant Attorney General
Attorneys for Appellants
Arnold Schwarzenegger, et al.

## DECLARATION OF SERVICE BY OVERNIGHT COURIER SERVICE

Case Name:   Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284
Coleman, et al. v. Schwarzenegger, et al.
USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM
Plata, et al. v. Schwarzenegger, et al.
USDC, Northern District of California, Case No. C-01-1351 TEH

No.:   C 90-0520 LKK / C 01-01351 TEH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On **July 17, 2008**, I served the attached

**1) NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**

**2) UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT CIVIL APPEALS DOCKETING STATEMENT**

**3) REPRESENTATION STATEMENT**

by placing a true copy thereof enclosed in a sealed envelope with the **On Trac Courier Service**, addressed as follows:

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012 (over night mail)

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102 (In Person)

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814 (over night mail)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 17, 2008**, at San Francisco, California.

_____R. Panganiban_____          _____/s/ R. Panganiban_____
          Declarant                                      Signature