| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| ALISON HARDY, Bar No. 135966 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | LORI RIFKIN, Bar No. 244081 |
| REBEKAH EVENSON, Bar No. 207825 | LISA ELLS, Bar No. 243657 |
| E. IVAN TRUJILLO, Bar No. 228790 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | No. Civ S 90-0520 LKK-JFM P |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | **STIPULATION AND PROPOSED ORDER SHORTENING TIME** |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |
| MARCIANO PLATA, et al., | No. C01-1351 TEH |
| Plaintiffs, | **THREE-JUDGE COURT** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

1     WHEREAS Local Rule 37-251 provides that a motion must be noticed twenty-one (21)
2 days prior to the hearing date;
3     WHEREAS the Parties have met and conferred and agreed upon a shortened time for
4 hearing plaintiff's motion to compel certain depositions;
5     WHEREAS the Parties jointly conferred with the Court clerk regarding their proposed
6 briefing and hearing schedule;
7     IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs that the
8 briefing schedule and hearing on the motion to compel certain depositions be as follows:
9     1. The parties shall file their Joint Statement re: Discovery dispute no later than August
10 1, 2008;
11    2. The hearing on the Joint Statement re: Discovery Dispute shall be held at 11:00 on
12 August 7, 2008.

13 Dated: July 21, 2008                    By:   /s/ *Rebekah Evenson*
                                                 Rebekah Evenson
14

15                                              Rebekah Evenson
                                                PRISON LAW OFFICE
16                                              1917 Fifth Street
                                                Berkeley, CA  94710
17                                              Telephone:  (510) 280-2621

18                                              *Attorneys for Plaintiffs*

19 Dated: July 21, 2008                    By:   /s/ *Samantha D. Tama*
                                                 Samantha D. Tama
20

21                                              Samantha D. Tama
                                                HANSON BRIDGETT LPP
22                                              425 Market Street, 26th Floor
                                                San Francisco, CA 94105
23

24                                              *Attorneys for Defendants*

1 | Pursuant to the foregoing stipulation, IT IS SO ORDERED
2 | Dated: July ___, 2008

                                            _____
3 |                                           United States Magistrate Judge

**ATTESTATION OF CONCURRENCE OF FILING**

    I, Rebekah Evenson, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

By:   /s/ *Rebekah Evenson*
Rebekah Evenson