1  PRISON LAW OFFICE
   DONALD SPECTER, Bar No. 83925
2  STEVEN FAMA, Bar No. 99641
   E. IVAN TRUJILLO, Bar No. 228790
3  SARA NORMAN, Bar No. 189536
   ALISON HARDY, Bar No. 135966
4  REBEKAH EVENSON, Bar No. 207825
   1917 Fifth Street
5  Berkeley, CA  94710
   Telephone:  (510) 280-2621
6
   KIRKPATRICK & LOCKHART PRESTON
7  GATES ELLIS LLP
   JEFFREY L. BORNSTEIN, Bar No. 99358
8  EDWARD P. SANGSTER, Bar No. 121041
   RAYMOND E. LOUGHREY, Bar No. 194363
9  55 Second Street, Suite 1700
   San Francisco, CA  94105-3493
10 Telephone:  (415) 882-8200

11 THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
12 CLAUDIA CENTER, Bar No. 158255
   600 Harrison Street, Suite 120
13 San Francisco, CA  94107
   Telephone:  (415) 864-8848

14 Attorneys for Plaintiffs

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

15 IN THE UNITED STATES DISTRICT COURTS

16 FOR THE EASTERN DISTRICT OF CALIFORNIA

   AND THE NORTHERN DISTRICT OF CALIFORNIA

17 UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

18 PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| 19 RALPH COLEMAN, et al., ) | No.:  Civ S 90-0520 LKK-JFM P |
| 20       Plaintiffs, ) | **THREE-JUDGE COURT** |
| 21    vs. ) | |
| 22 ARNOLD SCHWARZENEGGER, et al., ) | |
| 23       Defendants ) | |
| 24 MARCIANO PLATA ,et al., ) | No. C01-1351 TEH |
| 25       Plaintiffs, ) | **THREE-JUDGE COURT** |
|    vs. ) | |
| 26 ) | **PLAINTIFFS' NOTICE OF MOTION** |
|    ARNOLD SCHWARZENEGGER, et al., ) | **AND MOTION TO COMPEL CERTAIN** |
| 27 ) | **DEFENDANTS' DEPOSITIONS** |
|    vs. ) | |
| 28       Defendants ) | |

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL CERTAIN DEFENDANTS' DEPOSITIONS,
NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[225947-1]

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-ENTITLED ACTION:

PLEASE TAKE NOTICE that on August 7, 2008, at 11:00 a.m., or as soon thereafter as the matter may be heard, the Plaintiff Class will and hereby does move this Court to compel certain Defendants' depositions.  Plaintiffs make this motion under Federal Rules of Civil Procedures 30 and 37, and Local Rule 37-251.

The Motion will be supported by this Notice of Motion and Motion, the Joint Statement Regarding Discovery Disagreements, the Declaration of Rebekah Evenson In Support of the Joint Statement Regarding Discovery Disagreements, the exhibits attached thereto, the papers and pleadings on file and entire record in this action, and other such pleadings, and evidence and arguments as may come before the Court upon the hearing of this matter.

Dated:  July 21, 2008                                   Respectfully submitted,


                                                        */s/ Maria V. Morris*
                                                        Maria V. Morris
                                                        Rosen, Bien & Galvan
                                                        Attorneys for *Coleman* Plaintiffs and on
                                                        Behalf of *Plata* Plaintiffs

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL CERTAIN DEFENDANTS' DEPOSITIONS,
NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[225947-1]