| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>SARA NORMAN, Bar No. 189536<br>ALISON HARDY, Bar No. 135966<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA  94105-3493<br>Telephone:  (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.:  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>    Plaintiffs,<br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    vs.<br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL SUPPLEMENTAL RESPONSES AND PRODUCTION** |

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL SUPPLEMENTAL RESPONSES AND PRODUCTION,
NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[225583-1]

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THE ABOVE-ENTITLED ACTION:

PLEASE TAKE NOTICE that on August 7, 2008, at 11:00 a.m., or as soon thereafter as the matter may be heard, the Plaintiff Class will and hereby does move this Court to compel Defendants to supplement their responses and productions responsive to certain discovery requests. Plaintiffs make this motion under Federal Rules of Civil Procedures 26(e) and 37(c), and Local Rule 37-251.

The Motion will be supported by this Notice of Motion and Motion, the Joint Statement Regarding Discovery Disagreements, the Declaration of Maria V. Morris In Support of the Joint Statement Regarding Discovery Disagreements, the exhibits attached thereto, the papers and pleadings on file and entire record in this action, and other such pleadings, and evidence and arguments as may come before the Court upon the hearing of this matter.

Dated: July 21, 2008                               Respectfully submitted,


>    */s/ Maria V. Morris*
>    Maria V. Morris
>    Rosen, Bien & Galvan
>    Attorneys for *Coleman* Plaintiffs and on
>    Behalf of *Plata* Plaintiffs

-1-
PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL SUPPLEMENTAL RESPONSES AND PRODUCTION, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[225583-1]