| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>SARA NORMAN, Bar No. 189536<br>ALISON HARDY, Bar No. 135966<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA  94105-3493<br>Telephone:  (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   Defendants | No.:  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>   Plaintiffs,<br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>   vs.<br>   Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION AND [PROPOSED] ORDER SHORTENING TIME** |

[225935-1]

1     WHEREAS Local Rule 37-251 provides that a motion must be noticed twenty-one (21) days prior to the hearing date;

3     WHEREAS the Parties have met and conferred and agreed upon a shortened time for hearing plaintiff's motion to compel supplemental responses and production;

5     WHEREAS the Parties jointly conferred with the Court clerk regarding their proposed briefing and hearing schedule;

7     IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs that the briefing schedule and hearing on the motion to compel supplemental responses and production be as follows:

    1. The parties shall file their Joint Statement re: Discovery dispute no later than August 1, 2008;

    2. The hearing on the Joint Statement re: Discovery Dispute shall be held at 11:00 on August 7, 2008.

Dated: July 21, 2008      By: /s/ *Maria V. Morris*
    Maria V. Morris
    ROSEN BIEN & GALVAN
    315 Montgomery St., 10th Floor
    San Francisco, CA  94104
    *Attorneys for Plaintiffs*

Dated: July 21, 2008      By: */s/ Lisa Tillman*
    Lisa Tillman
    OFFICE OF THE ATTORNEY GENERAL
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
    *Attorneys for Defendants*

Pursuant to the foregoing stipulation, IT IS SO ORDERED

Dated: July ___, 2008      _____
    United States Magistrate Judge John F. Moulds