| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>SARA NORMAN, Bar No. 189536<br>ALISON HARDY, Bar No. 135966<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN,<br>　　Plaintiff,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　Defendants. | Case No. Civ. S 90-0520 LKK-JFM<br><br>**ORDER REGARDING DEFENDANTS' JUNE 15, 2006 REVISED INTERIM BED PLAN** |
| MARCIANO PLATA, et al.,<br>　　Plaintiff,<br>vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　Defendants. | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION AND ORDER SHORTENING TIME** |

_____
STIPULATION AND ORDER SHORTENING TIME

1  WHEREAS Local Rule 37-251 provides that a motion must be noticed twenty-one (21) days prior to the hearing date;

2  WHEREAS the Parties have met and conferred and agreed upon a shortened time for hearing plaintiff's motion to compel supplemental responses and production;

3  WHEREAS the Parties jointly conferred with the Court clerk regarding their proposed briefing and hearing schedule;

4  IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs that the briefing schedule and hearing on the motion to compel supplemental responses and production be as follows:

1. The parties shall file their Joint Statement re: Discovery dispute no later than August 1, 2008;

2. The hearing on the Joint Statement re: Discovery Dispute shall be held at 11:00 on August 7, 2008.

Dated: July 21, 2008

By: /s/ *Maria V. Morris*
Maria V. Morris
ROSEN BIEN & GALVAN
315 Montgomery St., 10th Floor
San Francisco, CA  94104
*Attorneys for Plaintiffs*

Dated: July 21, 2008

By: /s/ *Lisa Tillman*
Lisa Tillman
OFFICE OF THE ATTORNEY GENERAL
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
*Attorneys for Defendants*

/////

/////

1  Pursuant to the foregoing stipulation, IT IS SO ORDERED

2  Dated: July 22, 2008

_____
UNITED STATES MAGISTRATE JUDGE

/colemansupp