| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>SARA NORMAN, Bar No. 189536<br>REBEKAH EVENSON, Bar No. 207825<br>E. IVAN TRUJILLO, Bar No. 228790<br>1917 Fifth Street<br>Berkeley, CA  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA  94105-3493<br>Telephone:  (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION AND ORDER SHORTENING TIME** |
| MARCIANO PLATA, et al.,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1     WHEREAS Local Rule 37-251 provides that a motion must be noticed twenty-one (21) days prior to the hearing date;

    WHEREAS the Parties have met and conferred and agreed upon a shortened time for hearing plaintiff's motion to compel certain depositions;

    WHEREAS the Parties jointly conferred with the Court clerk regarding their proposed briefing and hearing schedule;

    IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs that the briefing schedule and hearing on the motion to compel certain depositions be as follows:

    1. The parties shall file their Joint Statement re: Discovery dispute no later than August 1, 2008;

    2. The hearing on the Joint Statement re: Discovery Dispute shall be held at 11:00 on August 7, 2008.

Dated:  July 21, 2008            PRISON LAW OFFICE

By:  /s/ *Rebekah Evenson*
     Rebekah Evenson

Rebekah Evenson
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

*Attorneys for Plaintiffs*

Dated:  July 21, 2008            By:  /s/ *Samantha D. Tama*
     Samantha D. Tama

Samantha D. Tama
HANSON BRIDGETT LPP
425 Market Street, 26th Floor
San Francisco, CA 94105

*Attorneys for Defendants*

1 | Pursuant to the foregoing stipulation, IT IS SO ORDERED
2 | Dated: July 22, 2008.

>
> _____/s/_____
> JOHN F. MOULDS
> UNITED STATES MAGISTRATE JUDGE

**ATTESTATION OF CONCURRENCE OF FILING**

I, Rebekah Evenson, under penalty of perjury of the laws of the United States of America, attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

By:  /s/ *Rebekah Evenson*
Rebekah Evenson