1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | ROCHELLE C. EAST - 183792
Acting Senior Assistant Attorney General
4 | LISA A. TILLMAN - 126424
Deputy Attorney General
5 | KYLE A. LEWIS - 201041
Deputy Attorney General
6 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 | Telephone: (415) 703-5677
Facsimile: (415) 703-5843
8 | rochelle.east@doj.ca.gov
kyle.lewis@doj.ca.gov
9 | lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

10 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |

The *Plata* and *Coleman* Defendants Governor Arnold Schwarzenegger, Michael Genest, and Matthew Cate ("Defendants") appeal to the United States Court of Appeal for the Ninth Circuit from the order of the Three Judge Panel denying Defendant's Motion for Reconsideration of the Magistrate Judge's May 29, 2008 order, entered on July 8, 2008 (*Plata* docket no. 1300) and all other interlocutory orders that gave rise to that order, including but not limited to the Magistrate Judge's Order re Joint list of disputed documents (May 29, 2008, *Plata* docket no. 1216). The Ninth Circuit has jurisdiction pursuant to the collateral order doctrine. *UMG Recording, Inc. v. Bertelsmann AG (Napster)*, 479 F.3d 1078, 1088 (9th Cir. 2007).

Defendants will be filing a petition for writ of mandamus and an emergency motion for stay regarding the same order that is subject to this appeal. Said petition for writ of mandamus is a related case to this appeal.

DATED: July 23, 2008

HANSON BRIDGETT LLP

By: /s/ Paul Mello
PAUL MELLO
Attorneys for Defendants Arnold Schwarzenegger, et al.

DATED: July 23, 2008

EDMUND G. BROWN JR.
Attorney General for the State of California

By: /s/ Kyle Lewis
KYLE LEWIS
Deputy Attorney General
Attorneys for Defendants Arnold Schwarzenegger, et al.



| USCA DOCKET # (IF KNOWN) |
|---|
|  |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL:<br>Ralph Coleman, et al.<br>v.<br>Arnold Schwarzenegger, et al.<br>Marciano Plata, et al.<br>v.<br>Arnold Schwarzenegger, et al. | DISTRICT: Eastern/Northern  JUDGE: Karlton, Henderson, Reinhardt |
|---|---|
| | DISTRICT COURT NUMBER: S-90-0520;C-01-1351 |
| | DATE NOTICE OF APPEAL FILED: July 23, 2008 | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): 08-73124 |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
These are two class action lawsuits concerning the provision of medical and mental health care to state prisoners. Judgement has previously been entered in both actions. These actions were consolidated before a Three-Judge Court for purposes of considering Plaintiff's motion for a prisoner release order pursuant to 18 USC 3626.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
Whether the Three-Judge Court improperly denied Defendants-Appellants'Motion for Reconsideration of The Magistrate Judge's May 29, 2008 order requiring Defendants to produce deliberative process privileged documents.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**
Appellants will file a Petition for Writ of Mandamus, wherein Appellants seek review of the Three-Judge Court's order denying reconsideration. This Notice reserves Appellants' right to appeal. Appellants also intend to file an Emergency Motion for Stay.

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) Appellants will file an Emergency Motion for Stay of the Three-Judge Court's order.

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| [X] FEDERAL QUESTION | [ ] FINAL DECISION OF DISTRICT COURT | [ ] DEFAULT JUDGMENT | [ ] DAMAGES: SOUGHT $_____ AWARDED $_____ |
| [ ] DIVERSITY | [ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | [ ] DISMISSAL/JURISDICTION | [ ] INJUNCTIONS: |
| [ ] OTHER (SPECIFY): | [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | [ ] DISMISSAL/MERITS | [ ] PRELIMINARY |
| | | [ ] SUMMARY JUDGMENT | [ ] PERMANENT |
| | | [ ] JUDGMENT/COURT DECISION | [ ] GRANTED |
| | | [ ] JUDGMENT/JURY VERDICT | [ ] DENIED |
| | | [ ] DECLARATORY JUDGMENT | |
| | [X] OTHER (SPECIFY): Collateral Order Doctrine | [ ] JUDGMENT AS A MATTER OF LAW | [ ] ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | | [X] OTHER (SPECIFY): Denying reconsideration of Magistrate Judge's order to produce deliberative process privileged documents. | [ ] PENDING |
| | | | [ ] COSTS: $_____ |

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_[signature]_                                    July 23, 2008
Signature                                         Date

## COUNSEL WHO COMPLETED THIS FORM

| NAME: | Paul B. Mello |
|---|---|
| FIRM: | Hanson Bridgett LLP |
| ADDRESS: | 425 Market Street, 26th Floor San Francisco, California 94105 |
| E-MAIL: | pmello@hansonbridgett.com |
| TELEPHONE: | (415)777-3200 |
| FAX: | (415)541-9366 |

✻**THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL**✻
✻**IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS**✻

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| Arnold Schwarzenegger, et al., <br><br> Defendants-Appellants, <br><br> v. <br><br> Ralph Coleman, et al., <br><br> Plaintiffs-Respondents. | No. 2:90-cv-0520 LKK JFM <br><br> **THREE-JUDGE COURT** |
| Arnold Schwarzenegger, et al. <br><br> Defendants-Appellants, <br><br> v. <br><br> Marciano Plata, et al. <br><br> Plaintiffs-Respondents. | No. C 01-1351 TEH <br><br> **THREE-JUDGE COURT** |

## REPRESENTATION STATEMENT

On Appeal From the Three-Judge United States District Court, Eastern and Northern Districts of California.
Presiding Over the Consolidated Proceedings of
Case No. C 01-1351 TEH and
Case No. S:90-cv-0520 LKK JFM P.
The Honorable Thelton E. Henderson, Lawrence K. Karlton, and Stephen Reinhardt, Presiding.

- 1 -

1565382.1

- 2 -

The undersigned represent Governor Schwarzenegger, Defendant and Appellant in this matter, and the other named Defendants in this matter. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, address, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit rule 3-2(b).)

DATED: July 23, 2008                HANSON BRIDGETT LLP

                                    By: *[signature]*
                                    PAUL MELLO
                                    Attorneys for Appellants
                                    Arnold Schwarzenegger, et al.

DATED: July 23, 2008                EDMUND G. BROWN JR.
                                    Attorney General of the State of California

                                    By: *[signature]*
                                    KYLE LEWIS
                                    Deputy Attorney General
                                    Attorneys for Appellants
                                    Arnold Schwarzenegger, et al.

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284
Coleman, et al. v. Schwarzenegger, et al.
USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM
Plata, et al. v. Schwarzenegger, et al.
USDC, Northern District of California, Case No. C-01-1351 THE

No.:   C 90-0520 LKK / C 01-01351 THE

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **July 23, 2008**, I served the attached

**Notice of Appeal to the United States Court of Appeal for the Ninth Circuit**

**United States Court of Appeals for the Ninth Circuit Civil Appeals Docketing Statement**

**Representation Statement**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102, addressed as follows:

Donald Specter
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710

Michael W. Bien
Rosen, Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

Jeffrey L. Bornstein
K & L Gates LLP
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

Claudia Center
The Legal Aid Society -
Employment Law Center
600 Harrison Street, Suite 120
San Francisco, CA 94107

Warren E. George
Bingham, McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111

Richard Goff
Heller, Ehrman, White & McAuliffe
701 Fifth Avenue
Seattle, WA 98104

1

| | |
|---|---|
| Lead Counsel for County Intervenors<br>Ann Miller Ravel<br>Theresa Fuentes<br>Office of the County Counsel<br>70 West Hedding, East Wing, 9th Floor<br>San Jose, CA 95110<br><br>California Correctional Peace Officers'<br>Association (CCPOA) Intervenors<br>Natalie Leonard<br>Gregg MacClean Adam<br>Carroll, Burdick & McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104<br><br>District Attorney Intervenors<br>William E. Mitchell<br>Assistant District Attorney<br>Riverside County District Attorney's Office<br>4075 Main Street, First Floor<br>Riverside, CA 92501<br><br>Paul B. Mello, Esq.<br>Hanson & Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105<br><br>Honorable Lawrence K. Karlton<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814<br>(Via Overnight) | California Sheriff, Probation, Police Chief and<br>Corrections Intervenors<br>Jones & Mayer LLP<br>Martin J. Mayer<br>Michael R. Capizzi<br>Kimberly Hall Barlow<br>Elizabeth R. Feffer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835<br><br>Republican Assembly and Senate<br>Intervenors<br>Steven S. Kaufhold<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104<br><br>County of Sonoma Intervenors<br>Anne L. Keck, Deputy County Counsel<br>Steven Woodside<br>575 Administration Drive, Room 105A<br>Santa Rosa, CA 95403<br><br>Honorable Stephen Reinhardt<br>United States Courthouse<br>312 North Spring Street, Suite 1747<br>Los Angeles, CA 90012<br>(Via Overnight)<br><br>Honorable Thelton E. Henderson<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>(Via in person) |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 23, 2008**, at San Francisco, California.

_____
J. Palomino
Declarant

[Signature: J. Palomino]

20127162.wpd