UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**USCA NUMBER: _____**
USCA, please fill in your case number on the copy provided and <u>return</u> to the US District Court.

**TO:** **CLERK, U.S. COURT OF APPEALS**

**FROM:** **CLERK, U.S. DISTRICT COURT**

**SUBJECT:** **NEW APPEALS DOCKETING INFORMATION**

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:90−CV−00520−LKK−JFM** |
| USDC Judge: | **SENIOR JUDGE LAWRENCE K. KARLTON** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RALPH COLEMAN vs. JOHN S ZIL MD** |
| Type: | **CIVIL** |
| Complaint Filed: | **05/14/90** |
| Appealed Order/Judgment Filed: | **06/17/008** |
| Court Reporter Information: | |

FEE INFORMATION

**Fee Status: Not Paid − Billed**

Information prepared by: /s/ **A. Benson , Deputy Clerk**