UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
      Plaintiff

    v.                                          **CASE NO. 2:90−CV−00520−LKK−JFM**

**JOHN S ZIL MD, ET AL.,**
      Defendant

   You are hereby notified that a Notice of Appeal was filed on **July 17, 2008** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

July 24, 2008

                             **VICTORIA C. MINOR**
                             **CLERK OF COURT**

                      **by:** /s/  A. Benson

                        Deputy Clerk