UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**Victoria C. Minor**
Clerk of Court

### BILL FOR FEES DUE

**To:** Schwarzenegger, et al.,

**RE:** RALPH COLEMAN vs. JOHN S ZIL MD

   **USDC:**       2:90−CV−00520−LKK−JFM

A Notice of Appeal has been filed in the above−referenced case without the appropriate fee paid.   You are hereby notified that the filing fee of $455.00 is due immediately.

**VICTORIA C. MINOR**
**CLERK OF COURT**

By: /s/ **A. Benson**
    Deputy Clerk