1

2          IN THE UNITED STATES DISTRICT COURTS

3          FOR THE EASTERN DISTRICT OF CALIFORNIA

4          AND THE NORTHERN DISTRICT OF CALIFORNIA

5     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

6       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

7

8    RALPH COLEMAN, et al.,

9                    Plaintiffs,
                                              NO. CIV S-90-0520 LKK JFM P
10          v.
                                              **THREE-JUDGE COURT**
11   ARNOLD SCHWARZENEGGER,
     et al.,
12
                    Defendants.
13

14   MARCIANO PLATA, et al.,

15                   Plaintiffs,
                                              NO. C01-1351 TEH
16          v.
                                              **THREE-JUDGE COURT**
17   ARNOLD SCHWARZENEGGER,
     et al.,                                  ORDER SETTING SUMMARY
18                                            JUDGMENT MOTION
                    Defendants.               SCHEDULE
19

20

21          Having carefully reviewed the *Plata* Defendants' July 10, 2008 filing regarding their

22   intended motion for summary judgment, the Court finds good cause to order the following

23   briefing schedule:

24          1.  Any such motion shall be filed on or before **September 15, 2008.**

25          2.  Opposition briefs or statements of non-opposition shall be filed within fourteen

26   calendar days of the filing of the motion.

27          3.  The reply brief shall be filed within twenty-one calendar days of the filing of the

28   motion.

1      4.  The matter shall then be taken under submission without oral argument, unless

2  otherwise ordered.

3      The Court is aware that the intended motion is focused on expert testimony and that

4  the expert discovery cut-off is not until October 6, 2008.  However, the Court expects the

5  parties and intervenors to manage and prioritize such discovery so that they can meet the

6  above briefing schedule.

7

8  **IT IS SO ORDERED.**

9

10  Dated:   07/24/08                                    /s/
                                                     _____
11                                                   STEPHEN REINHARDT
                                                     UNITED STATES CIRCUIT JUDGE
12                                                   NINTH CIRCUIT COURT OF APPEALS

13

14  Dated:   07/24/08
                                                     _____
15                                                   LAWRENCE K. KARLTON
                                                     SENIOR UNITED STATES DISTRICT JUDGE
16                                                   EASTERN DISTRICT OF CALIFORNIA

17

18  Dated:   07/24/08
                                                     _____
19                                                   THELTON E. HENDERSON
                                                     SENIOR UNITED STATES DISTRICT JUDGE
20                                                   NORTHERN DISTRICT OF CALIFORNIA

21

22

23

24

25

26

27

28