EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Acting Senior Assistant Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**TO: MAGISTRATE JUDGE MOULDS**<br><br>**STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCOVERY AND EVIDENCE** |

Counsel for Defendants Arnold Schwarzenegger, et al., and counsel for Plaintiffs

- 1 -

1  Marciano Plata, et al., met and conferred regarding the various scheduling conflicts
2  facing their respective experts.  Defendants' expert, Dr. Thomas, has scheduling
3  conflicts, including important medical appointments, that will prevent Dr. Thomas from
4  inspecting prison facilities before the end of August.  A copy of Dr. Thomas' schedule for
5  August 2008 is attached as Exhibit A.  Dr. Thomas is, however, available to tour prisons
6  during the first week of September.  Plaintiffs' expert, Dr. Krisberg, has another
7  commitment that prevents him from completing his expert report by August 15, 2008.
8      Accordingly, after meeting and conferring, the parties hereby stipulate to the
9  following regarding expert discovery and evidence:
10     Dr. Thomas will be permitted to inspect CDCR institutions up to and through
11 September 8, 2008.  Dr. Thomas may rely on evidence from these inspections in forming
12 his opinion, including in his supplemental expert report, and Defendants may introduce
13 evidence at trial that was obtained during these inspections.  Plaintiffs will be entitled to
14 present rebuttal evidence of prison conditions during the same period.
15     Dr. Thomas' supplemental expert report will be due on or before September 19,
16 2008.
17     Dr. Krisberg's supplemental expert report will due on or before September 8,
18 2008.
19     IT IS SO STIPULATED.

20  DATED: July 25, 2008                HANSON BRIDGETT LLP

21                                      By: /s/ Paul Mello
22                                      PAUL MELLO
                                        Attorneys for Defendants Arnold
23                                      Schwarzenegger, et al.

24  DATED: July 25, 2008                PRISON LAW OFFICE

25                                      By: /s/ Alison Hardy
                                        ALISON HARDY
26                                      Attorneys for Plaintiffs Marciano Plata, et al.

27

28

- 2 -

1       Pursuant to the foregoing stipulation, IT IS SO ORDERED:

2

3   DATED: _____          _____

                                                                        Magistrate Judge John Moulds
4                                                           United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. RE EXPERT DISCOVERY
CASE NOS. 01-1351; 2:90-0520

1568425.1