| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>SARAH M. LAUBACH, Bar No. 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF, Bar No. 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2008** |

On March 19, 1996, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the First Quarter of 2008 to defendants via overnight Federal Express on April 25, 2008. The parties

completed their meet-and-confer process on July 8, 2008. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the First Quarter of 2008.

Significant items remain in dispute, primarily in two categories. (1) all time as to which Defendants have interposed an objection that the work was undertaken for purposes related to the overcrowding remedy before the three-judge panel; and (2) all paralegal rates. As to the first issue, all time to which Defendants have interposed the overcrowding objection remains in dispute. As to the second issue, all paralegal hours remain in dispute in an amount equal to the difference between the "CDCR Demanded Rates" and the "PLRA Rates for Counsel and Plaintiffs' Offer of PLRA Cap for Paralegals" shown in the attached charts at Exhibit A.

The parties agree to the payment of $201,558.29 in fees and costs incurred during the First Quarter of 2008.

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $201,558.29 plus interest is due and collectable as of 45 days from the date of entry of this Order. Daily Interest runs from May 29, 2008 at the rate of 2.17%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $201,558.29 | 2.17% | $11.98 | May 29, 2008 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO STIPULATED.

DATED: July 29 2008

Lisa Tillman, Esq.
Deputy Attorney General
Attorney for Defendants

DATED: July 11, 2008

/s/ Amy Whelan
Amy Whelan, Esq.
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

Rosen, Bien & Galvan
Attorneys for *Coleman* Plaintiffs and on Behalf of *Plata* Plaintiffs

-1-
STIPULATION CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2008,
NO.: CIV S 90-0520 LKK-JFM

**Exhibit A**

## Coleman v. Schwarzenegger
**First Quarterly Statement of 2008**
**January 1, 2008 through March 31, 2008**

**SUMMARY OF UNDISPUTED FEES AND COSTS**

|  | CLAIMED FEES | CLAIMED COSTS |
|---|---|---|
| **MONITORING** | $ 172,594.04 | $ 9,471.45 |
| **MONITORING FEES ON FEES** | $ 18,422.25 | $ 1,070.55 |
| **TOTALS:** | $ 191,016.29 | $ 10,542.00 |

**TOTAL UNDISPUTED FEES AND COSTS**   $ 201,558.29

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - First Quarterly Statement, 2008
January 1, 2008 through March 31, 2008

*Monitoring Work - 489-3*

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | CDCR Demanded Rates | PLRA Rates for Counsel and Plaintiffs' Offer of PLRA Cap For Paralegals | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 219.50 | 219.10 | 156.00 | 11.70 | 0.30 | 144.00 | 74.80 | $ 169.50 | $ 169.50 | $ 12,678.60 | $ 24,408.00 |
| Ernest Galvan (EG) | 46.80 | 46.80 | 45.00 | 0.00 | 0.00 | 45.00 | 1.80 | $ 169.50 | $ 169.50 | $ 305.10 | $ 7,627.50 |
| Jane E. Kahn (JEK) | 292.80 | 291.60 | 124.10 | 23.80 | 1.00 | 99.30 | 191.30 | $ 169.50 | $ 169.50 | $ 32,425.35 | $ 16,831.35 |
| Gay C. Grunfeld (GCG) | 1.30 | 1.30 | 0.90 | 0.10 | 0.00 | 0.80 | 0.50 | $ 169.50 | $ 169.50 | $ 84.75 | $ 135.60 |
| Thomas Nolan (TN) | 181.20 | 180.30 | 131.00 | 17.30 | 11.90 | 101.80 | 66.60 | $ 169.50 | $ 169.50 | $ 11,288.70 | $ 17,255.10 |
| Holly M. Baldwin (HMB) | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 33.90 |
| Anne Mania (AHM) | 0.30 | 0.30 | 0.20 | 0.10 | 0.00 | 0.10 | 0.10 | $ 169.50 | $ 169.50 | $ 33.90 | $ 16.95 |
| Amy E. Whelan (AEW) | 262.40 | 261.60 | 209.90 | 2.60 | 0.00 | 207.30 | 54.30 | $ 169.50 | $ 169.50 | $ 9,203.85 | $ 35,137.35 |
| Maria V. Morris (MVM) | 3.10 | 3.10 | 3.10 | 0.00 | 0.00 | 3.10 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 525.45 |
| Shirley Huey (SH) | 0.10 | 0.10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 169.50 | $ 16.95 | $ - |
| F. Nura Maznavi (FNM) | 0.40 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 33.90 |
| Kenneth M. Walczak (KMW) | 1.80 | 1.50 | 1.50 | 0.00 | 0.00 | 1.50 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 254.25 |
| Megan R. Lang (MRL) | 13.40 | 13.40 | 3.40 | 0.00 | 0.00 | 3.40 | 10.00 | $ 169.50 | $ 169.50 | $ 1,695.00 | $ 576.30 |
| Lori E. Rifkin (LER) | 311.90 | 311.50 | 281.70 | 6.50 | 11.70 | 263.50 | 36.30 | $ 169.50 | $ 169.50 | $ 6,152.85 | $ 44,663.25 |
| Loren Stewart (LGS) | 1.40 | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 | $ 169.50 | $ 169.50 | $ 186.45 | $ - |
| Sarah L. Laubach (SML) | 13.50 | 13.50 | 9.00 | 0.40 | 0.00 | 8.60 | 4.90 | $ 169.50 | $ 169.50 | $ 830.55 | $ 1,457.70 |
| Lisa A. Ells (LAE) | 259.00 | 253.60 | 237.70 | 15.70 | 4.20 | 217.80 | 31.60 | $ 169.50 | $ 169.50 | $ 5,356.20 | $ 36,917.10 |
| LeeAnn Hasting (LAH) - Law Clerk | 43.10 | 43.10 | 43.10 | 0.00 | 0.00 | 43.10 | 0.00 | $ 169.50 | $ 169.50 | $ - | $ 7,305.45 |
| Sofia A. Millham (SAM) (Market Rate $180) | 293.10 | 242.00 | 139.50 | 47.20 | 5.90 | 86.40 | 149.70 | $ 135.00 | $ 135.00 | $ 20,209.50 | $ 11,664.00 |
| Katherine Johnsom-Silk (KJS) (Market Rate $170) | 282.90 | 266.00 | 239.70 | 58.20 | 1.80 | 179.70 | 84.50 | $ 135.00 | $ 135.00 | $ 11,407.50 | $ 24,259.50 |
| Katie Richardson (KMR) (Market Rate $170) | 170.90 | 131.10 | 91.80 | 32.70 | 1.80 | 57.30 | 72.00 | $ 135.00 | $ 135.00 | $ 9,720.00 | $ 7,735.50 |
| Maya Weltman-Fahs (MWF) (Market Rate $170) | 31.90 | 31.90 | 30.10 | 0.60 | 0.00 | 29.50 | 2.40 | $ 135.00 | $ 135.00 | $ 324.00 | $ 3,982.50 |
| Melanie Wilkinson (MEW) (Market Rate $170) | 0.40 | 0.40 | 0.10 | 0.10 | 0.00 | 0.00 | 0.40 | $ 135.00 | $ 135.00 | $ 54.00 | $ - |
| Ritika S. Aggarwal (RSA) (Market Rate $160) | 236.20 | 210.20 | 153.90 | 42.50 | 3.50 | 107.90 | 98.80 | $ 135.00 | $ 135.00 | $ 13,338.00 | $ 14,566.50 |
| Matthew Harrison (MRH) (Market Rate $160) | 0.90 | 0.70 | 0.60 | 0.00 | 0.00 | 0.00 | 0.70 | $ 135.00 | $ 160.00 | $ 18,279.00 | $ - |
| Pui Yee Yu (PYY) (Market Rate $170) | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | $ 135.00 | $ 169.50 | $ 27.00 | $ - |
| Marisa C. Diaz (MCD) (Market Rate $160) | 1.50 | 1.50 | 0.50 | 0.50 | 0.00 | 0.00 | 1.50 | $ 135.00 | $ 160.00 | $ 202.50 | $ - |
| **RBG Totals:** | 2669.90 | 2526.10 | 1903.20 | 260.60 | 42.10 | 1600.50 | 883.50 | | | $ 135,608.25 | $ 255,387.15 |
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Ivan Trujillo (IT) | 69.70 | 69.70 | 41.60 | 41.30 | 0.00 | 0.30 | 69.40 | $ 169.50 | $ 169.50 | $ 11,763.30 | $ - |
| Megan Hagler (MH) | 0.50 | 0.50 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | $ 169.50 | $ 169.50 | $ 84.75 | $ 50.85 |
| Sue Christian (SC) | 0.30 | 0.30 | 0.30 | 0.30 | 0.00 | 0.00 | 0.30 | $ 169.50 | $ 169.50 | $ 50.85 | $ - |
| Zoe Schonfeld (ZS) | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | $ 169.50 | $ 169.50 | $ 33.90 | $ - |
| Tobias Smith (TS) (Market Rate $170) | 0.10 | 0.10 | 0.10 | 0.10 | 0.00 | 0.00 | 0.10 | $ 169.50 | $ 169.50 | $ 16.95 | $ - |
| Sam Weiner (SW) (Market Rate $170) | 0.70 | 0.70 | 0.50 | 0.50 | 0.00 | 0.00 | 0.70 | $ 135.00 | $ 169.50 | $ 94.50 | $ - |
| Rebecca Rees (RR) (Market Rate $170) | 135.40 | 135.40 | 124.10 | 124.10 | 0.00 | 0.00 | 135.40 | $ 135.00 | $ 169.50 | $ 18,279.00 | $ - |
| Pui Yee Yu (PYY) (Market Rate $170) | 0.20 | 0.20 | 0.20 | 0.20 | 0.00 | 0.00 | 0.20 | $ 135.00 | $ 169.50 | $ 27.00 | $ - |
| **PLO Totals:** | 207.10 | 207.10 | 167.50 | 167.20 | 0.00 | 0.30 | 206.80 | | | $ 30,350.25 | $ 50.85 |
| **K & L Gates** | | | | | | | | | | | |
| Fred Heather | 4.90 | 4.90 | 2.50 | 0.00 | 0.00 | 2.50 | 2.40 | $ 169.50 | $ 169.50 | $ 406.80 | $ 423.75 |
| Ed Sangster | 15.70 | 15.70 | 14.00 | 0.00 | 0.00 | 14.00 | 1.70 | $ 169.50 | $ 169.50 | $ 288.15 | $ 2,373.00 |
| Jeff Bornstein | 34.00 | 34.00 | 30.50 | 0.00 | 0.00 | 30.50 | 3.50 | $ 169.50 | $ 169.50 | $ 593.25 | $ 5,169.75 |
| Ray Loughrey | 15.60 | 15.60 | 12.20 | 0.00 | 0.00 | 12.20 | 3.40 | $ 169.50 | $ 169.50 | $ 576.30 | $ 2,067.90 |
| Timothy Fredricks | 2.30 | 2.30 | 0.00 | 0.00 | 0.00 | 0.00 | 2.30 | $ 169.50 | $ 169.50 | $ 389.85 | $ - |
| Linda Woo (Market Rate $300) | 40.00 | 37.20 | 8.30 | 0.00 | 0.00 | 8.30 | 28.90 | $ 135.00 | $ 169.50 | $ 3,901.50 | $ 1,120.50 |
| **K&L Totals:** | 112.50 | 109.70 | 67.50 | 0.00 | 0.00 | 67.50 | 42.20 | | | $ 6,155.85 | $ 11,154.90 |
| **Employment Law Center** | | | | | | | | | | | |
| Claudia Center | 2.83 | 2.83 | 1.08 | 1.08 | 0.00 | 0.00 | 2.83 | $169.50 | 169.50 | 479.69 | - |
| **ELC Hours:** | 2.83 | 2.83 | 1.08 | 1.08 | 0.00 | 0.00 | 2.83 | | | $ 479.69 | $ - |
| **Total Monitoring - All Offices** | 2992.33 | 2845.73 | 2139.28 | 428.88 | 42.10 1st Quarter 2008 | 1668.30 | 1135.33 | | | $ 172,594.04 | $ 266,552.90 |

**Coleman v. Schwarzenegger**
Summary Of Undisputed Fees - Fourth Quarterly Statement, 2007
October 1, 2007 through December 31, 2007

*Fees Work - 489-5*

| | Actual Hours | Claimed Hours | Initial Objections | Objections W/D By Defendant | Time W/D By Plaintiff | Remaining Disputed Hours | Undisputed Hours | CDCR Demanded Rates | PLRA Rates for Counsel and Plaintiffs' Offer of PLRA Cap For Paralegals | Undisputed Fees | Disputed Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ROSEN BIEN & GALVAN** | | | | | | | | | | | |
| Michael W. Bien (MWB) | 5.10 | 5.10 | 4.80 | 0.00 | 0.00 | 4.80 | 0.30 | $ 169.50 | $ 169.50 | $ 50.85 | $ 813.60 |
| Ernest Galvan (EG) | 5.70 | 5.70 | 3.90 | 0.00 | 0.00 | 3.90 | 1.80 | $ 169.50 | $ 169.50 | 305.10 | 661.05 |
| Amy E. Whelan (AEW) | 43.80 | 43.80 | 13.90 | 0.00 | 0.00 | 13.90 | 29.90 | $ 169.50 | $ 169.50 | 5,068.05 | 2,356.05 |
| Kenneth M. Walczak (KMW) | 30.20 | 30.20 | 28.70 | 0.00 | 0.00 | 28.70 | 1.50 | $ 169.50 | $ 169.50 | 254.25 | 4,864.65 |
| Pamela Derrico (PD) (Market Rate $190) | 103.90 | 97.60 | 6.70 | 0.00 | 0.60 | 6.10 | 90.90 | $ 135.00 | $ 169.50 | 12,271.50 | 823.50 |
| **RBG Totals:** | 188.70 | 182.40 | 58.00 | 0.00 | 0.60 | 57.40 | 124.40 | | | $ 17,949.75 | 9,518.85 |
| **PRISON LAW OFFICE** | | | | | | | | | | | |
| Edie DeGraff (ED) (Market Rate $160) | 3.50 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | | $ 160.00 | 472.50 | - |
| **PLO Totals:** | 3.50 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | | | $ 472.50 | - |
| **Total Fees - All Offices** | 192.20 | 185.90 | 58.00 | 0.00 | 0.60 | 57.40 | 127.90 | | | $ 18,422.25 | $ 9,518.85 |

# Coleman v. Schwarzenegger
## Summary Of Undisputed Costs - First Quarterly Statement, 2008
### January 1, 2008 through March 31, 2008

### Matter: 489-3 (Monitoring)

| | Claimed Costs | Defendants' Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Dispute |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @.20) | $ 12,319.95 | $ 12,319.95 | $ - | $ - | $ - | $ 12,319.95 |
| Photocopying (outside services) | $ 7,027.19 | $ 7,027.19 | $ - | $ - | $ - | $ 7,027.19 |
| Document Processing/ Management Services | $ 77,257.86 | $ 77,257.86 | $ - | $ - | $ - | $ 77,257.86 |
| International Effectiveness - Translation Spanish/English | $ 917.00 | $ - | $ - | $ - | $ 917.00 | $ - |
| Online Research - Pacer | $ 100.24 | $ - | $ - | $ - | $ 100.24 | $ - |
| Dept of Corrections - Request for C-File | $ 16.20 | $ - | $ - | $ - | $ 16.20 | $ - |
| Defendant Witness Fees & Expenses | $ 3,494.89 | $ 3,494.89 | $ - | $ - | $ - | $ 3,494.89 |
| Depositions and Hearings Transcripts & DVD's | $ 4,247.52 | $ 4,008.17 | $ - | $ - | $ 239.35 | $ 4,008.17 |
| Miscellaneous Research | $ 165.58 | $ 165.58 | $ - | $ - | $ - | $ 165.58 |
| Postage & Delivery | $ 1,719.85 | $ - | $ - | $ - | $ 1,719.85 | $ - |
| Telephone | $ 174.08 | $ - | $ - | $ - | $ 174.08 | $ - |
| Requests For Coroner's Reports | $ 2,499.23 | $ 1,091.75 | $ 1,091.75 | $ - | $ 2,499.23 | $ - |
| Westlaw | $ 1,545.23 | $ 1,545.23 | $ - | $ - | $ - | $ 1,545.23 |
| Telefax | $ 22.00 | $ - | $ - | $ - | $ 22.00 | $ - |
| Travel | $ 3,209.81 | $ 2,608.86 | $ 800.35 | $ 70.76 | $ 1,401.30 | $ 1,737.75 |
| **RBG Totals:** | $ 114,716.63 | $ 109,519.48 | $ 1,892.10 | $ 70.76 | $ 7,089.25 | $ 107,556.62 |
| **PRISON LAW OFFICE** | | | | | | |
| Photocopying (in-house @.20) | | | | | $ - | |
| Travel | $ 1,297.20 | $ - | $ - | $ - | $ 1,297.20 | $ - |
| International Effectiveness for letter translation | $ 93.36 | $ - | $ - | $ - | $ 93.36 | $ - |
| Telefax | $ 135.00 | $ - | $ - | $ - | $ 135.00 | $ - |
| Postage & Delivery | $ 70.00 | $ - | $ - | $ - | $ 70.00 | $ - |
| Telephone | $ 696.31 | $ - | $ - | $ - | $ 696.31 | $ - |
| | $ 2.14 | $ - | $ - | $ - | $ 2.14 | $ - |
| **PLO Totals:** | $ 2,294.01 | $ - | $ - | $ - | $ 2,294.01 | $ - |
| **K & L Gates** | | | | | | |
| Telephone/Conference Calls/FX Line Trans | $ 36.12 | $ - | $ - | $ - | $ 36.12 | $ - |
| Word Processing | $ 39.62 | $ - | $ - | $ - | $ 39.62 | $ - |
| OT Dinner, Cabs, Parking | $ 12.45 | $ - | $ - | $ - | $ 12.45 | $ - |
| **K&L Gates TOTALS:** | $ 88.19 | $ - | $ - | $ - | $ 88.19 | $ - |
| **Total Monitoring Costs:** | $ 117,098.83 | $ 109,519.48 | $ 1,892.10 | $ 70.76 | $ 9,471.45 | $ 107,556.62 |

### Matter: 489-5 (Monitoring Fees on Fees)

| | Claimed Costs | Defendants' Objections | Objections Withdrawn By Defendants | Objections Withdrawn By Plaintiffs | Undisputed Costs | Still in Dispute |
|---|---|---|---|---|---|---|
| **ROSEN, BIEN & GALVAN** | | | | | | |
| Photocopying (in-house @.20) | $ 91.80 | $ - | $ - | $ - | $ 91.80 | $ - |
| Photocopying (outside services) | $ 309.23 | $ - | $ - | $ - | $ 309.23 | $ - |
| Westlaw | $ 579.60 | $ - | $ - | $ - | $ 579.60 | $ - |
| Online Research - Pacer | $ 5.92 | $ - | $ - | $ - | $ 5.92 | $ - |
| Postage & Delivery | $ 71.15 | $ - | $ - | $ - | $ 71.15 | $ - |
| Telephone | $ 12.85 | $ - | $ - | $ - | $ 12.85 | $ - |
| **Total Fees Costs:** | $ 1,070.55 | $ - | $ - | $ - | $ 1,070.55 | $ - |
| **TOTAL UNDISPUTED COSTS** | $ 118,169.38 | $ 109,519.48 | $ 1,892.10 | $ 70.76 | $ 10,542.00 | $ 107,556.62 |