IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | ) Case No. Civ. S 90-0520 LKK-JFM |
| Plaintiff, | ) **[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2008** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants | |

_____
[PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS

On July 29, 2008, the parties in this case filed a Stipulation confirming the results of their meet and confer session concerning fees and costs for the First Quarter of 2008, pursuant to the March 19, 1996, periodic fees order in this case.

Pursuant to the stipulation, IT IS HEREBY ORDERED that plaintiffs fees and costs of $201,558.29, plus interest, are due and collectable as of 45 days from the date of entry of this order.  Daily Interest runs from May 29, 2008 at the rate of 2.17%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $201,558.29 | 2.17% | $11.98 | May 29, 2008 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated:

                                                           _____
                                                           John F. Moulds, Magistrate Judge
                                                           United States District Court