IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER,<br>et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER,<br>et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

On July 25, 2008, counsel for defendants Arnold Schwarzenegger, et al., and counsel for plaintiffs Marciano Plata, et al. filed a stipulation and proposed order regarding expert discovery. Therein, the parties seek approval by this court of a stipulation they have reached extending until September 19, 2008 the time for delivery of a supplemental expert report by defendants' expert, Dr. Thomas and extending until September 8, 2008 the time for delivery of a supplemental report by plaintiffs' expert, Dr. Krisberg. Those dates exceed the deadlines for exchange of expert reports set in the order of the three-judge court filed July 2, 2008.

1  This court has extended until September 10, 2008, the deadline for service of an
2  expert report of prison inspections. See Order filed July 11, 2008. Absent approval of the
3  three-judge court, this court will not authorize any deadline for service of expert reports that
4  exceeds the September 10, 2008 deadline authorized by the court's July 11, 2008 order. For
5  that reason, the court will not approve the July 25, 2008 stipulation.
6  IT IS SO ORDERED.
7  DATED: July 29, 2008.

UNITED STATES MAGISTRATE JUDGE

12
discoverystip1.o

2