1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST - 183792
   Acting Senior Assistant Attorney General
4  LISA A. TILLMAN - 126424
   Deputy Attorney General
5  KYLE A. LEWIS - 201041
   Deputy Attorney General
6  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
7  Telephone: (415) 703-5677
   Facsimile: (415) 703-5843
8  rochelle.east@doj.ca.gov
   kyle.lewis@doj.ca.gov
9  lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

10 Attorneys for Defendants

11               UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13              AND THE EASTERN DISTRICT OF CALIFORNIA

14      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| 16  RALPH COLEMAN, et al., | No. 2:90-cv-00520 LKK JFM P |
| 17             Plaintiffs, | **THREE-JUDGE COURT** |
| 18      v. | |
| 19  ARNOLD SCHWARZENEGGER, et al., | |
| 20             Defendants. | |
| 21 | |
| 22  MARCIANO PLATA, et al., | No. C01-1351 TEH |
| 23             Plaintiffs,<br>      v. | **THREE-JUDGE COURT** |
| 24  ARNOLD SCHWARZENEGGER, et al., | **STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCOVERY AND EVIDENCE** |
| 25             Defendants | |
| 26 | |

27       Counsel for Defendants Arnold Schwarzenegger, et al., and counsel for Plaintiffs

28

- 1 -

Marciano Plata, et al., met and conferred regarding the various scheduling conflicts facing their respective experts. Defendants' expert, Dr. Thomas, has scheduling conflicts, including important medical appointments, that will prevent Dr. Thomas from inspecting prison facilities before the end of August. A copy of Dr. Thomas' schedule for August 2008 is attached as Exhibit A. Dr. Thomas is, however, available to tour prisons during the first week of September. Plaintiffs' expert, Dr. Krisberg, has another commitment that prevents him from completing his expert report by August 15, 2008.

Accordingly, after meeting and conferring, on July 25, 2008, the parties reached a stipulation regarding expert discovery and evidence, a copy of which is attached as Exhibit B. The parties agreed to submit, and did submit, the stipulation to Magistrate Moulds on July 25, 2008. On July 29, 2008, Magistrate Moulds issued an order declining to approve the stipulation, stating: "Absent approval of the three-judge court, this court will not authorize any deadline for service of expert reports that exceeds the September 10, 2008 deadline authorized by the court's July 11, 2008 order." A copy of Magistrate Moulds' July 29, 2008 Order is attached as Exhibit C.

The parties have altered the proposed stipulation slightly and hereby stipulate as follows:

Dr. Thomas will be permitted to inspect CDCR institutions up to and through September 6, 2008. Dr. Thomas may rely on evidence from these inspections in forming his opinion, including in his supplemental expert report, and Defendants may introduce evidence at trial that was obtained during these inspections. Plaintiffs will be entitled to present rebuttal evidence of prison conditions during the same period.

Dr. Thomas' supplemental expert report will be due 12 days after he completes his inspections, either on September 17 or September 18, 2008.

Dr. Krisberg's supplemental expert report will due on or before September 8, 2008.

The parties now seek approval of the proposed stipulation by the Three-Judge Court.

- 2 -

JOINT STIP. RE EXPERT DISCOVERY
CASE NOS. 01-1351; 2:90-0520

1568425.3

1  IT IS SO STIPULATED.

2  DATED: July 30, 2008                         HANSON BRIDGETT LLP

3                                               By: /s/ Paul Mello
4                                               PAUL MELLO
                                                Attorneys for Defendants Arnold
5                                               Schwarzenegger, et al.

6  DATED: July 30, 2008                         PRISON LAW OFFICE

7                                               By: /s/ Alison Hardy
                                                ALISON HARDY
8                                               Attorneys for Plaintiffs Marciano Plata, et al.

9

10  Pursuant to the foregoing stipulation, IT IS SO ORDERED:

11

12  DATED: _____
                                                _____
                                                Stephen Reinhardt
13                                              United States Circuit Judge
                                                Ninth Circuit Court of Appeals
14

15  DATED: _____
                                                _____
16                                              Lawrence K. Karlton
                                                Senior United States District Judge
17                                              Eastern District of California

18

19  DATED: _____
                                                _____
20                                              Thelton E. Henderson
                                                Senior United States District Judge
                                                Northern District of California

21

22

23

24

25

26

27

28

- 3 -

JOINT STIP. RE EXPERT DISCOVERY
CASE NOS. 01-1351; 2:90-0520

1568425.3