# Exhibit A

*Plata v. Schwarzenegger*

**Re: Dr. Thomas' Schedule for August 2008**

| | |
|---|---|
| August 4 | Academic Correctional conference call - Dr. Thomas is involved in hosting an Academic Corrections conference with UMASS medical school as the co-host |
| | Academical Society Ice Breaker - Dr. Thomas is the faculty advisor to a group of 26 students and this is their first meeting |
| August 5 | MPH Curriculum Committee (Dr. Thomas is also a Professor of Public Health and this is the curriculum meeting for that program |
| | Small Group - Dr. Thomas has a group of eight students assigned to him for clinical medicine presentations |
| August 5 | Meet with Tony Weaver - a student interested in otolaryngology residency |
| August 7 | Center for Bioterrorism and All Hazards Preparedness quarterly planning meeting |
| | Travel to Sarasota and head for the ACA meeting in New Orleans. Dr. Thomas is on the Board of Governors of the ACA, is one of their speakers, and is engaged at the ACA meeting until Wednesday, August 13, 2008 |
| August 14 | IRB meeting - Dr. Thomas is 2nd Vice Chair of the IRB for NSU |
| August 15 | Faculty Council - Dr. Thomas is the Chair of the Faculty Council for the Medical College |
| August 18 | Dr. Thomas is evaluating the Sarasota County Jail for its medical services |
| August 19 | Council of Chairs meeting |
| | Small group teaching responsibility |
| August 20 | Curriculum Committee for the Medical College |
| August 21 | Travel to and be evaluated by Dr. Vishun Patel in Celebration, Florida (near Orlando) for robotic surgical procedure |
| August 21-24 | Weekend - Meeting of the Consortium for Medical Excellence - Dr. Thomas is presenting on Sunday |
| August 25 | Appointment in Sarasota with cardiologist for clearance for surgery |
| August 26 | Continuing Education and Faculty Development Committee meeting |
| | Small group teaching |
| August 27 | Student Surgical Association meeting - Dr. Thomas is the speaker |
| | Travel to Sarasota for meeting in Orlando in am |
| August 28 | Meeting of the Blueprint Commission on Juvenile Justice - a Governor's appointment to evaluate and guide the Department of Juvenile Justice in Florida. |

1565693.1

<u>August 29</u>     Heme/Lymph- Lecture of Cancer and Diseases of the Spleen to the M-2 medical students