**Exhibit B**

| | | |
|---|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of the State of California | HANSON BRIDGETT LLP<br>JERROLD C. SCHAEFER - 39374 |
| 2 | DAVID S. CHANEY<br>Chief Assistant Attorney General | PAUL B. MELLO - 179755<br>SAMANTHA TAMA - 240280 |
| 3 | ROCHELLE C. EAST - 183792<br>Acting Senior Assistant Attorney General | RENJU P. JACOB - 242388<br>425 Market Street, 26th Floor |
| 4 | LISA A. TILLMAN - 126424<br>Deputy Attorney General | San Francisco, CA 94105<br>Telephone: (415) 777-3200 |
| 5 | KYLE A. LEWIS - 201041<br>Deputy Attorney General | Facsimile: (415) 541-9366<br>jschaefer@hansonbridgett.com |
| 6 | 455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004 | pmello@hansonbridgett.com<br>stama@hansonbridgett.com |
| 7 | Telephone: (415) 703-5677<br>Facsimile: (415) 703-5843 | rjacob@hansonbridgett.com |
| 8 | rochelle.east@doj.ca.gov<br>kyle.lewis@doj.ca.gov | |
| 9 | lisa.tillman@doj.ca.gov | |

10  Attorneys for Defendants

11  UNITED STATES DISTRICT COURT

12  FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  AND THE EASTERN DISTRICT OF CALIFORNIA

14  UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15  PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**TO: MAGISTRATE JUDGE MOULDS**<br><br>**STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCOVERY AND EVIDENCE** |

Counsel for Defendants Arnold Schwarzenegger, et al., and counsel for Plaintiffs

- 1 -

JOINT STIP. RE EXPERT DISCOVERY AND EVIDENCE
CASE NOS. 01-1351; 2:90-0520

1568425.1

1  Marciano Plata, et al., met and conferred regarding the various scheduling conflicts
2  facing their respective experts. Defendants' expert, Dr. Thomas, has scheduling
3  conflicts, including important medical appointments, that will prevent Dr. Thomas from
4  inspecting prison facilities before the end of August. A copy of Dr. Thomas' schedule for
5  August 2008 is attached as Exhibit A. Dr. Thomas is, however, available to tour prisons
6  during the first week of September. Plaintiffs' expert, Dr. Krisberg, has another
7  commitment that prevents him from completing his expert report by August 15, 2008.
8      Accordingly, after meeting and conferring, the parties hereby stipulate to the
9  following regarding expert discovery and evidence:
10      Dr. Thomas will be permitted to inspect CDCR institutions up to and through
11  September 8, 2008. Dr. Thomas may rely on evidence from these inspections in forming
12  his opinion, including in his supplemental expert report, and Defendants may introduce
13  evidence at trial that was obtained during these inspections. Plaintiffs will be entitled to
14  present rebuttal evidence of prison conditions during the same period.
15      Dr. Thomas' supplemental expert report will be due on or before September 19,
16  2008.
17      Dr. Krisberg's supplemental expert report will due on or before September 8,
18  2008.
19      IT IS SO STIPULATED.
20  DATED: July 25, 2008                HANSON BRIDGETT LLP
21                                       By: /s/ Paul Mello
22                                       PAUL MELLO
                                         Attorneys for Defendants Arnold
23                                       Schwarzenegger, et al.
24  DATED: July 25, 2008                PRISON LAW OFFICE
25                                       By: /s/ Alison Hardy
                                         ALISON HARDY
26                                       Attorneys for Plaintiffs Marciano Plata, et al.
27
28

- 2 -

JOINT STIP. RE EXPERT DISCOVERY
CASE NOS. 01-1351; 2:90-0520

1568425.1

1     Pursuant to the foregoing stipulation, IT IS SO ORDERED:

2

3   DATED: _____

                                                                 Magistrate Judge John Moulds
                                                                  United States District Court

**EXHIBIT A TO STIPULATION AND PROPOSED ORDER REGARDING EXPERT DISCOVERY AND EVIDENCE**

**Plata v. Schwarzenegger**

**Re: Dr. Thomas' Schedule for August 2008**

| | |
|---|---|
| August 4 | Academic Correctional conference call - Dr. Thomas is involved in hosting an Academic Corrections conference with UMASS medical school as the co-host |
| | Academical Society Ice Breaker - Dr. Thomas is the faculty advisor to a group of 26 students and this is their first meeting |
| August 5 | MPH Curriculum Committee (Dr. Thomas is also a Professor of Public Health and this is the curriculum meeting for that program |
| | Small Group - Dr. Thomas has a group of eight students assigned to him for clinical medicine presentations |
| August 5 | Meet with Tony Weaver - a student interested in otolaryngology residency |
| August 7 | Center for Bioterrorism and All Hazards Preparedness quarterly planning meeting |
| | Travel to Sarasota and head for the ACA meeting in New Orleans. Dr. Thomas is on the Board of Governors of the ACA, is one of their speakers, and is engaged at the ACA meeting until Wednesday, August 13, 2008 |
| August 14 | IRB meeting - Dr. Thomas is 2nd Vice Chair of the IRB for NSU |
| August 15 | Faculty Council - Dr. Thomas is the Chair of the Faculty Council for the Medical College |
| August 18 | Dr. Thomas is evaluating the Sarasota County Jail for its medical services |
| August 19 | Council of Chairs meeting |
| | Small group teaching responsibility |
| August 20 | Curriculum Committee for the Medical College |
| August 21 | Travel to and be evaluated by Dr. Vishun Patel in Celebration, Florida (near Orlando) for robotic surgical procedure |
| August 21-24 | Weekend - Meeting of the Consortium for Medical Excellence - Dr. Thomas is presenting on Sunday |
| August 25 | Appointment in Sarasota with cardiologist for clearance for surgery |
| August 26 | Continuing Education and Faculty Development Committee meeting |
| | Small group teaching |
| August 27 | Student Surgical Association meeting - Dr. Thomas is the speaker |
| | Travel to Sarasota for meeting in Orlando in am |
| August 28 | Meeting of the Blueprint Commission on Juvenile Justice - a Governor's appointment to evaluate and guide the Department of Juvenile Justice in Florida. |

1565693.1

<u>August 29</u>    Heme/Lymph- Lecture of Cancer and Diseases of the Spleen to the M-2 medical students