PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
E. IVAN TRUJILLO, Bar No. 228790
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. Civ S 90-0520 LKK-JFM P <br> **THREE-JUDGE COURT** <br><br> **PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. C01-1351 TEH <br> **THREE-JUDGE COURT** <br><br> Date: August 7, 2008 <br> Place: Courtroom 26 <br> Judge: Hon. John F. Moulds, Magistrate Judge |

Plaintiffs hereby apply, pursuant to Local Rule 6-144(e), for an Order Shortening Time to brief and hear Plaintiffs' Motion to Compel Discovery Responses.  The attached Declaration demonstrates that the hearing of this motion on shortened time is necessary because plaintiffs need the data they seek for the report of their expert Dr. James Austin, and expert reports are due August 15, 2008, and rebuttal reports are due August 27, 2008.  Evenson Decl, ¶ 4. Defendants have refused to produce any of the data that is essential to Dr. Austin's report. Evenson Decl, ¶ 16. Without Dr. Austin's analysis, plaintiffs will suffer substantial prejudice in their ability to present evidence on whether a "prisoner release order" would have an "adverse impact on public safety" pursuant to the Prison Litigation Reform Act.  (18 U.S.C. §3626(a)(2)). Evenson Decl, ¶ 8.

Defendants have proffered only baseless and meritless objections to plaintiffs' requests for specific data and are therefore unjustly hindering plaintiffs' ability to present expert testimony on a key element of the case.  Evenson Decl, ¶¶ 8-16. Defendants have also refused to stipulate to any shortened time for hearing plaintiffs' motion to compel the production of data.  Evenson Decl, ¶ 16.

The parties to this action currently have two other discovery motions scheduled for hearing before this Court on August 7, 2008.

For the foregoing reasons, plaintiffs request that the Court shorten the time in which to hear and brief Plaintiffs' Motion to Compel Discovery Responses and schedule the motion to be heard on August 7, 2008.

Dated:  July 31, 2008

Respectfully submitted,

/s/ *Rebekah Evenson*

Rebekah Evenson
PRISON LAW OFFICE
Attorneys for Plaintiffs

-1-

[219945-1]