# EXHIBIT C

Part 1

**Rebekah Evenson**

| | |
|---|---|
| **From:** | Rebekah Evenson [revenson@prisonlaw.com] |
| **Sent:** | Wednesday, June 25, 2008 12:24 PM |
| **To:** | 'Lisa.Tillman@doj.ca.gov'; 'Misha.Igra@doj.ca.gov'; 'Rochelle.East@doj.ca.gov'; 'Charles.Antonen@doj.ca.gov'; 'Kyle.Lewis@doj.ca.gov'; 'PMello@hansonbridgett.com'; 'STama@hansonbridgett.com' |
| **Cc:** | 'Alison'; 'Sara Norman'; 'Amy Whelan'; 'Don' |
| **Subject:** | Plata data request |
| **Attachments:** | 08.06.25 Austin Data Request For CDCR.doc; 08.06.25 Risk Assessment presentation.ppt |

Counsel,

  As we discussed yesterday in a conference call with Lisa Tillman, Kyle Lewis and Amy Whelan, Plaintiffs seek certain updated data from CDCR that our expert Dr. James Austin needs to perform his analysis. As you recall, the CDCR Office of Research provided Mr. Austin with certain electronically-stored data to enable him to complete a report he prepared to aid the mediation effort. We need to obtain substantially the same type of data as the Office of Research previously provided – but for a more current timeframe. The first attachment to this email is a matrix listing two types of data that Mr. Austin needs, broken into two categories: Data Request No. 1 and Data Request No. 2.

  Data Request No. 1 seeks electronically-stored data that the Department previously provided to Mr. Austin for an earlier time period. The request uses a format and terminology that should be recognizable and compatible with the way that data is kept by the CDCR Office of Research. Indeed, the Office of Research has previously provided us with data in substantially the form we are requesting.

  Data Request No. 2 seeks certain electronically-stored data that CDCR used to develop the California Static Risk Assessment instrument. The second attachment to this email is an April 2, 2008 Power Point presentation by Jesse Janetta, which references (in slide no. 5) data from approximately 100,000 "releasees" from CDCR in fiscal year 2002-2003, some portion of which were used as a "construction sample" and the remainder were used as a "validation sample." Data Request No. 2 seeks the data from those approximately 100,000 releasees, with the specific data fields identified in the first attachment to this email.

  The simplest and most direct way to facilitate this information exchange would be for Mr. Austin to speak directly to a designee at the Office of Research (on previous occasions, Mr. Austin communicated with Jay Atkinson) so that Mr. Austin can further explain his data request and discuss the appropriate format for the production of the data. If you prefer, we can arrange any such call so that an attorney for the Department and Plaintiffs can participate as well.

  Please let me know by the end of the day on Thursday, June 26 whether you are amenable to providing this data without a separate Request For Production, and the timeframes for doing so, as we had discussed in yesterday's call, or whether it will be necessary to serve a new Request for Production.

  Thanks for your willingness to work cooperatively with us in this matter.

Sincerely,

Rebekah Evenson

7/28/2008

*Staff Attorney*
PRISON LAW OFFICE
Telephone (510) 280-2621
Fax (510) 280-2704
www.prisonlaw.com

*This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

7/28/2008

Data Request #1 For CDCR

| Data Item | Prison | | |
|---|---|---|---|
| | All Admissions 6/1/07 - 5/30/08 | All Releases 6/1/07 – 5/30/08 | Stock Prisoner Population 6/1/08 |
| ID# | X | X | X |
| DOB | X | X | X |
| Race/Ethnicity | X | X | X |
| Gender | X | X | X |
| CDCR Prison Admit Date | X | X | X |
| CDCR Prison Admit Status | X | X | X |
| CDCR Prison Commitment | X | X | X |
| Jail Credits | X | X | X |
| 3rd Strike Flag | X | X | X |
| 2nd Strike Flag | X | X | X |
| Serious Offender Flag | X | X | X |
| Good-Time Earning Class (50%, 80% etc) | X | X | X |
| Primary Offense Category | X | X | X |
| Primary Offense Code | X | X | X |
| Current Sentence | X | X | X |
| County of Commitment | X | X | X |
| State of Commitment | X | X | X |
| Initial Class (839) Record – All Items | X | X | X |
| Most Recent Reclass (840) – All Items | X | X | X |
| Expected Prison Release Date | X | | X |
| Facility Location (current or at release) | | X | X |
| Mental Health Code (CCCMS, EOP, etc.) | X | X | X |
| Release Date | | X | |
| Release Type | | X | |
| Gang Flag | X | X | X |

Data Request #2 for CDCR

2002/2003 Prison Release File Used by CDCR to Develop Static Risk Instrument

| | |
|---|---|
| ID# | Primary Offense Code |
| DOB | Current Sentence |
| Race/Ethnicity | County of Commitment |
| Gender | State of Commitment |
| CDCR Prison Admit Date | Initial Class (839) Record – All Items |
| CDCR Prison Admit Status | Most Recent Reclass (840) – All Items |
| CDCR Prison Commitment | Mental Health Code (CCCMS, EOP, etc.) |
| Jail Credits | Release Date |
| 3rd Strike Flag | Release Type |
| 2nd Strike Flag | CDCR Static Risk Factors (all items) |
| Serious Offender Flag | All Arrest and Conviction Data Used for Validation |
| Good-Time Earning Class (50%, 80% etc) | Gang flag |
| Primary Offense Category | Facility location at release |

# Development of the California Static Risk Assessment (CSRA)

Jesse Jannetta

UC Irvine

April 2, 2008

UC Irvine | Center for Evidence-Based Corrections

# CDCR Has Embraced Risk Based Decision-Making

- Risk tools are used in criminal justice for a variety of purposes
  - Pretrial release, sentencing guidelines, parole release and revocation decisions, probation caseload assignment, priority for programming
- Allows efficient allocation of resources
- Helps assure consistency in decision making
- Recommended by reviewers of CDCR practices
  - Expert panel recommendations
    - Risk assessment part of the California Logic Model
  - Strike Team
    - Realigning parole resources with offender risk

UCIrvine | Consortium for Public Affairs Consulting

# CEBC Asked to Assist in CSRA Development

- Respond to immediate need for validated risk assessment
  - Potential insert for COMPAS
  - Using only available automated information
- Meet short project timeline
  - Due by January 2008
- Deliver risk scale, scoring mechanism, supporting material

UC Irvine
Center for Evidence-Based Corrections

# Procedure Established by WSIPP Served as Model for CSRA Development

- WSIPP started by validating the LSI-R
  - One of most widely used risk/needs assessments
  - Includes static and dynamic factors
- WSIPP selected/added items based on prior record and some demographic factors
  - Juvenile and adult criminal records
  - Final tool used static factors only
- WSIPP used reconviction as outcome (arrests not available)
- WSIPP used ~51,000 probationers and prisoners as validation sample
  - Construction sample of 308,000



UCIrvine | Center for Evidence-Based Corrections