# EXHIBIT C

Part 2

# CEBC Built on WSIPP's Work

- CSRA work started by replicating the Washington instrument's items and scales using available CA data
  - No juvenile criminal history record data
- CSRA was tested for added predictive validity using OBIS/DJJ data
- CSRA uses arrests and reconvictions as outcomes
- CA used ~100,000 releasees in FY02/03
  - Half used as construction sample, half as the validation sample

# CSRA Has Three Scoring Scales To Create Risk Groups

- Violent Score
- Property & Violent Score
- Felony Score
- Offender assigned to one risk group
  - High violent (highest probability of violence)
  - High property (not violent but high property)
  - High drug
  - Moderate
  - Low

UCIrvine | Center for Evidence-Based Corrections

# CSRA in the California Risk Assessment Context

| | Based on existing automated data? | Number of items | Arrest as outcome? | Measure of predictive validity? |
|---|---|---|---|---|
| **CSRA** | Yes | 22 | Yes (Also Reconviction) | Yes (AUC) |
| **Washington Static Risk Instrument** | Yes | 26 (22 as adapted in California) | No (Reconviction) | Yes (AUC) |
| **Austin Instrument** | Partial | 8 (Males) 5 (Females) | No (Return to CDCR custody) | No |

# How Well Does CSRA Perform?

- Measures of AUC
  - Standardized metric used to compare the predictive power of assessments
- Predicted recidivism by risk group
  - How many "low risk" recidivate (risks to public safety)
  - Depends upon risk cut points chosen

# AUC is the Consistent Metric For Scale Predictive Accuracy

- AUC is the probability that a randomly-chosen recidivist will have a higher risk score on the instrument than a randomly-chosen non-recidivist
- AUC of 0.70 or above is considered acceptably predictive
  - AUC of 0.80 or above is considered strongly predictive
- AUC of 0.50 indicates a worthless test

UCIrvine | Center for Evidence-Based Corrections

# CSRA Performs within Usual Range for Risk Assessments

| Instrument | AUC | Sample | Recidivism Measure | Source |
| --- | --- | --- | --- | --- |
| CSRA | 0.70 | 100,000 releasees | Felony arrest | Current |
| COMPAS | 0.67 | 515 California parolees | Return to prison | Farabee and Zhang (2007) |
| Criminal History Computation | 0.68 | 28,519 Federal offenders | Re-conviction, re-arrest w/out dispo. available, supervision revocation | US Sentencing Commission (2004) |
| LSI-R | 0.67 | 22,533 Wash. offenders | Any conviction | WSIPP (2003) |
| Washington Static Risk Assessment | 0.74 | 51,648 Wash. offenders | Felony conviction | WSIPP (2007 |

# Scale Performance Depends on How Risk Groups are Defined

- Risk groups can be developed based on different criteria
  - size of group, percent or number in groups
  - recidivism rates we are willing to accept in each risk group
- Risk group can be based on subscales
- "Science" informs risk groups, but policy and practice determine choice

# Risk Groups are Assigned Hierarchically

Violent Score 103 or higher? — Yes →

No ↓

Property/Viol. Score 119 or higher? — Yes →

No ↓

Felony Score 127 or higher? — Yes →

No ↓

Property/Viol. Score or Felony Score 96 or higher? — Yes →

No ↓

UCIrvine | Center for Evidence-Based Corrections

# CSRA Reconviction Prediction with 22% of Releasees in Low Risk Group

100
90
80
70
60
50
40
30
20
10
0
Percent
Any Felony
Drug Felony
Property Felony
Violent Felony
Low (22%)
Moderate (34%)
High Drug (9%)
High Property (19%)
High Violent (16%)
Reconviction Rates by Risk Group

UCIrvine | Center for Evidence-Based Corrections