# EXHIBIT C

Part 3

CSRA Rearrest Prediction with 22% of Releasees in Low Risk Group

Legend: Any Felony, Drug Felony, Property Felony, Violent Felony

Arrest Rates by Risk Group

Low (22%), Moderate (34%), High Drug (9%), High Property (19%), High Violent (16%)

Percent (0–90)

UC Irvine — Center for Evidence-Based Corrections

# Questions?

## Contact Information

Jesse Jannetta

Research Specialist, Center for Evidence-Based Corrections, UC Irvine

949-824-5324

jjannett@uci.edu

UC Irvine Center for Evidence-Based Corrections

# Supplementary Figures

UC Irvine | Center for Evidence-Based Corrections

# CSRA Prediction with 32% of Releasees in Low Risk Group

Legend: Any Felony, Drug Felony, Property Felony, Violent Felony

Reconviction Rates by Risk Group

Low (32%)   Moderate (23%)   High Drug (9%)   High Property (19%)   High Violent (16%)

Percent (y-axis): 0, 10, 20, 30, 40, 50, 60, 70, 80, 90, 100

UCIrvine | Center for Evidence-Based Corrections

# CSRA Prediction Using High Capture Model

Reconviction Rates by Risk Group.

Percent

Legend:
- Any Felony
- Drug Felony
- Property Felony
- Violent Felony

Low (14%)    Moderate (10%)    High Drug (25%)    High Property (25%)    High Violent (25%)

UC Irvine — Center for Evidence-Based Corrections

# Sample Item Weights— Felony Scale



UCIrvine | Center for Evidence-Based Corrections

# Sample Item Weights—
## Violent Scale




UCIrvine | CENTER FOR EVIDENCE-BASED CORRECTIONS

# Arrest Rates by Felony Score and Violent Score Deciles



Arrest Rates by Sample Deciles (Validation Set)

--- Felony Score
--- Violent Score

UCIrvine