| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>SARA NORMAN, Bar No. 189536<br>REBEKAH EVENSON, Bar No. 207825<br>E. IVAN TRUJILLO, Bar No. 228790<br>1917 Fifth Street<br>Berkeley, CA  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA  94105-3493<br>Telephone:  (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants | No.  Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br><br>**EVENSON DECLARATION IN SUPPORT OF JOINT STATEMENT RE DISCOVERY DISPUTE ABOUT DEPOSITIONS**<br>Date: August 7, 2008<br>Place: Courtroom 26<br>Judge:  Hon. John F. Moulds, Magistrate Judge |
| MARCIANO PLATA ,et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants | No. C01-1351 TEH<br>**THREE-JUDGE COURT** |

EVENSON DECLARATIONEVENSON DECLARATION IN SUPPORT OF JOINT STATEMENT RE DISCOVERY DISPUTE ABOUT DEPOSITIONS, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[219945-1]

I, Rebekah Evenson, declare as follows:

1. I am an attorney admitted to practice in this state and before this Court. I am a staff attorney at the Prison Law Office, and one of the attorneys for the plaintiff class in this action.

2. Plaintiffs will designate Governor Arnold Schwarzenegger, Robert Gore and Susan Kennedy as trial witnesses in this matter.

3. On June 30, 2008 plaintiffs noticed the depositions of Robert Gore, Governor Arnold Schwarzenegger, and Susan Kennedy for September 24, 25 and 26th, respectively. Defendants did not respond. On July 10, 2008, after the Three-Judge Panel had set September 8, 2008 as the non-expert discovery cutoff, plaintiffs re-noticed the depositions for September 2, 3, and 4th. Attached hereto as Exhibit A is a true and correct copy of the operative amended deposition notice.

4. I sent a letter accompanying the deposition notice asking defendants to inform us whether they would agree to the noticed deposition dates, whether they wished to suggest alternative dates, or whether they intended to object to any of the depositions. Attached hereto as Exhibit B is a true and correct copy of my July 10, 2008 letter to defense counsel.

5. Defendants have neither proposed alternative deposition dates for Governor Schwarzenegger, Robert Gore or Susan Kennedy's depositions, nor filed formal objections, nor sought a protective order. On July 14, 2008 defense counsel Samantha Tama sent me a letter stating that defendants object to the depositions of Governor Schwarzenegger, Robert Gore, Susan Kennedy and Victor Brewer on the grounds that none of those witnesses will be identified as testifying witnesses for defendants. Attached hereto as Exhibit C is a true and correct copy of Samantha Tama's July 14, 2008 letter to me.

6. On July 17, 2008, Samantha Tama and I spoke by telephone to discuss, among other things, the disputed depositions. I informed Ms. Tama that plaintiffs intend to identify Robert Gore, Governor Arnold Schwarzenegger, Susan Kennedy and Victor Brewer as plaintiffs' trial witnesses, and I asked whether defendants persisted in objecting to those depositions. Ms. Tama told me that she would consult with her clients and her co-counsel, and we agreed to speak again on July 21, 2008.

-1-
EVENSON DECLARATION IN SUPPORT OF JOINT STATEMENT RE DISCOVERY DISPUTE ABOUT DEPOSITIONS, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[219945-1]

7. On July 21, 2008 Samantha Tama and I again spoke by telephone. Ms. Tama agreed to drop defendants' objection to the deposition of Victor Brewer, but stated that defendants continue to object to the depositions of Robert Gore, Governor Arnold Schwarzenegger and Susan Kennedy on the grounds that it is improper to depose high government officials. I asked her whether defendants interposed additional objections, including objections based upon the deliberative process privilege, and Ms. Tama informed me that defendants' only objection at that time was that the deponents were high government officials. I asked Ms. Tama whether defendants would consider negotiating further, and suggested that plaintiffs remain open to scheduling the depositions at a time and place convenient to the deponents. Ms. Tama stated that no further negotiations would be fruitful. We then agreed to submit the matter to this Court.

8. Attached hereto as Exhibit D is a true and correct copy of the Governor's October 4, 2006 Prison Overcrowding State of Emergency Proclamation. The Emergency Proclamation remains in effect.

9. Attached hereto as Exhibit E is a true and correct copy of a February 23, 2007 news article produced in discovery by defendants in which the Governor is quoted as stating that "if we don't clean up the mess, the federal courts will do it for us" and agreeing to consider releasing some inmates early.

10. Attached hereto as Exhibit F is a true and correct copy of a June 17, 2008 letter sent by the Governor to several members of the State Senate and State Assembly.

11. Attached hereto as Exhibit G is a true and correct copy of an April 26, 2007 letter sent by the Governor to Senate Republican leader Dick Ackerman.

12. Attached hereto as Exhibit H is a true and correct copy of a May 11, 2007 email from Robert Gore to the members of the Governor's strike teams to implement AB 900.

13. Attached hereto as Exhibit I is a true and correct copy of a July 10, 2007 email from Robert Gore stating that "Enhanced parole tools . . . are the most immediate way to reduce overcrowding and improve public safety."

-2-
EVENSON DECLARATION IN SUPPORT OF JOINT STATEMENT RE DISCOVERY DISPUTE ABOUT DEPOSITIONS, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[219945-1]

1  14. Attached hereto as Exhibit J is a true and correct copy of a May 13, 2007 memorandum produced by Robert Gore in discovery titled "AB 900: The Public Safety & Offender Rehabilitation Services Act of 2007" which states that Mr. Gore is the "manager" of the Governor's Strike Teams and is tasked with certain "[h]air on fire" duties.

15. Attached hereto as Exhibit K is a true and correct copy of an August 31, 2007 memorandum produced by Robert Gore in discovery that is from Bob Gore to Susan Kennedy and is titled "Confidential & Privileged Critical Issue Briefing."

16. Attached hereto as Exhibit L is a true and correct copy of an email exchange in which Robert Gore discusses out-of-state transfer issues.  Out-of-state prison transfers were authorized by the Governor's Emergency Proclamation.

17. Attached hereto as Exhibit M is a true and correct copy of an email exchange in which Robert Gore inquires with a CDCR official about changes in prison population.

18. Attached hereto as Exhibits N and O are true and correct copies of July 13, 2007 and August 26, 2007 emails in which Robert Gore discusses AB 900 clean-up legislation.

19. Attached hereto as Exhibit P is a true and correct copy of a June 16, 2007 letter from Robert Gore to Governor George Deukmejian.  The redactions in the exhibit were made by defendants.  Plaintiffs do not possess an unredacted copy of this document because the version of the exhibit that defendants produced to plaintiffs was already redacted.

20. Attached hereto as Exhibit Q is a true and correct copy of an excerpt of the Governor's Budget Summary for Corrections and Rehabilitation, which contemplates (at p. 178), "an average daily population reduction of 22,159 in 2008-2009."   Exhibit Q can be found at http://govbud.dof.ca.gov/pdf/BudgetSummary/CorrectionsandRehabilitation.pdf (site last visited 7/23/08).

21. Although Ms. Kennedy has yet to produce many documents in discovery, defendants' privilege logs demonstrate that Ms. Kennedy has been integrally involved in every step of the process, and that she sent and received dozens of letters and memos about overcrowding.  Defendants' full privilege log is on file with the Court at Coleman Docket No.

-3-
EVENSON DECLARATION IN SUPPORT OF JOINT STATEMENT RE DISCOVERY DISPUTE ABOUT DEPOSITIONS, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[219945-1]

2690, as an exhibit to the declaration of Lori Rifkin. Attached hereto as Exhibit R is a very small sampling of the Kennedy-related entries in that log.

22. Attached hereto as Exhibit S is a true and correct copy of the Initial Disclosures of Witnesses and Documents by the Legislator Intervenors dated April 28, 2008.

23. Attached hereto as Exhibit T is a true and correct copy of a July 23, 2006 San Francisco Chronicle article titled "Uncertainty in the ranks over prison plan; Schwarzenegger's plan not enough, say two of his officials."

24. Attached hereto as Exhibit U is a true and correct copy of a July 24, 2008 declaration of Robert Gore.

25. Attached hereto as Exhibit V is a true and correct copy of Defendant Cate's Responses to Plaintiff Coleman's First Set of Interrogatories.

26. Defendants have informed plaintiffs' counsel that Joan Petersilia will be an expert witness for the defense. To my knowledge, Dr. Petersilia is a Professor of Criminology, Law & Society at the University of California, Irvine.

27. I attended the status conference held before the three-judge Court on June 27, 2008. At the status conference, the Court inquired whether defendants would agree not to contend that the conditions at the prisons had changed in the period since November, 2007; defendants declined to so stipulate.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed this first of August, 2008 in Berkeley, California.

    /s/ *Rebekah Evenson*
Rebekah Evenson