EXHIBIT K

# CONFIDENTIAL & PRIVILEGED
# CRITICAL ISSUE BRIEFING

**TO:     SUSAN KENNEDY**
**CC: DAN DUNMOYER & ANDREA HOCH**

**FROM:   BOB GORE**

**REVISED & UPDATED: August 31, 2007**

**Background:** AB 900 was signed into law in May. Federal courts created an unprecedented 3-judge panel to possibly intervene in overcrowding management. The Governor recently directed Cabinet to ensure CDCR achieves substantial progress on population reduction within 60 days. This follow-up briefing covers progress to date and near-term plans in the areas of inmate population reduction, recidivism reduction, construction and management changes. (Note: Kathy Jett is managing the GANTT chart you requested to show tasks, milestones and date for AB 900 statutory goals. For "real numbers," Kathy said the chart will be ready Sept. 11.)

**Summary:**
Inmate Population Reduction
- *OUT-OF-STATE TRANSFERS* – About 860 inmates housed out of state, another 250 ready for transport and CDCR commits to 1,300 by Sept. 30. CDCR has located 500 new beds in Michigan. Cabinet contacted a private vendor that reported 2,000 beds available by Dec. 31; another 3,000 next year. CDCR is evaluating 1,700 beds from a second vendor. This week there were 173,171 prison inmates, an increase of 313 from the week before and 2,268 below projections. Roadblock: CCPOA legal action on appeal to overturn such transfers. Bulldozer: State won in trial court and will continue to fight. Roadblock: Receiver's medical reviews

GOVPRIV001404

could slow transfers. Bulldozer: CDCR is working with Receiver. Roadblock: County jails could quit holding about 2,000 parole violators. Bulldozer: CDCR works weekly with Sheriffs to move inmates.

- *PAROLE REFORM* – There are 127,920 parolees, an increase of 4,352 from a year ago. Parole violations decreased 14% in the 2nd quarter of 2007, compared to the same period last year. The Board of Parole Hearings (BPH) retained 46% of violators on parole in FY0607, compared to 41% the prior year. (Parole violators can account for up to 60% of prison admissions.) Penal Code 3001 permits "clean time" discharge at the 13th month of the 3-year parole period, accounting for 39% of all discharges in August, up from 33% a year ago. To enhance PC 3001 and protect public safety, a special risk assessment tool, developed by the Governor's Rehabilitation Strike Team (RST), will be rolled out in an Orange County phase I. There are 460 offenders in the SB1453 drug diversion beds; the first offenders graduated last week. There are nearly 4,000 parolees in drug diversion programs, and the Governor's RST located 1,800 new community drug program beds. Special drug diversion programs will be established in each Parole Region in the third quarter to keep these beds filled. Roadblock: CCPOA may use legal action to block enactments, and training is required by labor contract. Bulldozer: CDCR, with GO Legal and DPA counsel that a public safety emergency exists, is rolling out PC3001 tools without CCPOA negotiation and beginning training concurrently.

Recidivism Reduction

- *RE-ENTRY FACILITIES* – A total of 20 county sheriffs have signed letters of intent to negotiate 4,800 re-entry beds and program space. (AB 900 Phase I requires 6,000.) CDCR finishes its 10th community presentation Oct. 12. Two facilities are available, the former women's prison in

GOVPRIV001405

Stockton and juvenile prison in Paso Robles. The latter would be for vocational education. Santa Barbara County has indicated a desire to proceed immediately; Cabinet will so direct CDCR. Tom Sawyer has assumed an oversight role of re-entry negotiations. Roadblock: Receiver seeks approval authority for re-entry contracts; wants to make sheriffs *Plata* defendants and liable for anti-overcrowding court actions. Bulldozer: Legal and Cabinet working informally and, if necessary, in court, to block. Roadblock: Community opposition may emerge as the process progresses. Bulldozer: CDCR is working with local officials to educate and involve community groups.

- *GOVERNOR'S RST* – The RST expedited the hiring of 200 teachers by CDCR. In September it will fast-track new programs with an innovative RFP to all prison wardens to compete for a significant portion of the $50 million in program funds in AB 900. The panel is creating several tools that will reduce population and protect public safety, such as incentives for inmate program participation, needs assessment, expanded vocational training and better resource training for parole agents. It is also working with CDCR to expand the number of civil addict commitments. It is designing specific ways to meet all 13 AB900 Phase I goals. Susan Fisher is involving victims, and employee groups will be providing input. Roadblock: CDCR middle management adoption of RST ideas, which requires senior management diligence. Bulldozer: Cabinet, Legal, DOF, OIG and DPA are coordinating management and culture reforms with new personnel and training.

Construction
- *NEW BEDS* – 4,100 of 12,000 infill beds were this week scheduled to start construction in 2008, following Cabinet direction to move up from 2009. An RFP for private firms to

build 2,000 infill beds will be open for bids in October, moved up from December. Roadblocks: Receiver's medical bed siting could slow the process. The expedited schedule is dependent upon CEQA negative declarations and procurement waivers. Bulldozer: Cabinet keeps CDCR and Receiver closely coordinated in weekly meetings. Receiver agreed informally to assist CDCR with waivers if clean-up legislation fails. Roadblock: Most of the infill beds are proposed for Central Valley prisons, and the Receiver is citing Valley Fever as a concern. Bulldozer: Director of Public Health Dr. Mark Horton enlisted to coordinate mitigation. Cabinet obtained Receiver agreement that mitigation will permit construction.

- *BAD BEDS* – There are 19,566 bad beds, unchanged from the week before. CDCR last week, with Cabinet direction, developed a new plan to eliminate about 1,400 bad beds by December 31; the previous total was 300 for the whole FY.
- *PROGRAM SPACE* – The Governor's RST is working closely with CDCR to ensure prison design achieves AB 900 programming goals. CDCR completed Cabinet-ordered systemwide inventory of space for RST on Thursday.

Management
- To put the "R" with CDC, the Governor should appoint RST Chair Kathy Jett to the new post of Undersecretary of Adult Programs.
- Add more proven "can-do" executives: Dave Runnels as the Operations Undersecretary (Bud Prunty is retiring) and Don Currier as Chief Counsel. Others are being evaluated.
- Cabinet is working with Office of Inspector General, DOF and DPA in developing detailed direction for CDCR management, such as creation of new classes of employees (such as rehabilitation specialists) to drive cultural change.

- CDCR is finished installing LAPD Comstat process. As OIG told Cabinet, "If Comstat measures it, it works." This involves monthly meetings where Wardens are held personally responsible for meeting certain goals, as measured by selected performance indicators.

**Cabinet Actions:**
- Monitor out-of-state transfer pipeline daily. Drive CDCR to sign and fill as many available OST beds as possible as soon as possible.
- Achieve CDCR increases in PC3001 parole discharges, utilization of SB1453 program and drug diversion beds.
- Ensure re-entry bed negotiations begin as soon as legally permissible and that CSA jail awards are expedited.
- Assist RST in meeting program goals.
- Aggressively monitor bad beds; get planned reduction.
- Coordinate Legal, Receiver and DOF to assist CDCR in obtaining infill bed construction waivers to break ground in 2008.
- Achieve the October release date for 2,000 infill bed RFP from private sector.
- Designate CDCR management performance improvement benchmarks.

GOVPRIV001408

# EXHIBIT L

## Robert Gore

| | |
|---|---|
| **From:** | Robert Gore |
| **Sent:** | Wednesday, August 29, 2007 12:53 PM |
| **To:** | 'Brnovich, Mark' |
| **Subject:** | RE: CCA bed schedule |

Mark, you're welcome.
Your activation table – does it mean CCA could have a total of 4752 beds available and filled by June 2008?
Does that include the current scheduled occupancies?
What are the locations of the four facilities?
Bob

---

**From:** Brnovich, Mark [mailto:Mark.Brnovich@correctionscorp.com]
**Sent:** Monday, August 27, 2007 10:07 AM
**To:** robert.gore@gov.ca.gov
**Subject:** CCA bed schedule

Dear Mr. Gore:

Thank you once again for taking time to meet with us last week. I have attached the bed activation schedule we're using with CDCR. As you can see, the schedule closely matches the bed availability we have coming on-line by the end of his calendar year (a total of 2000 additional beds). Please do not hesitate to call or email if you have any further questions. Thanks. Mark.

Mark Brnovich, Senior Director
Corrections Corporation of America
602-266-8602 (office)
615-439-5076 (mobile)

---

**(i) This e-mail and any files transmitted with it are confidential and intended solely for the use of the intended recipient(s). If you have received this e-mail in error, please notify the sender immediately and delete this e-mail and any associated files from your system. (ii) Views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of Corrections Corporation of America. (iii) The recipient should check this e-mail and any attachments for the presence of viruses. The company accepts no liability for errors or omissions caused by e-mail transmission or any damage caused by any virus transmitted by or with this e-mail. This email has been scanned for content and viruses by the CipherTrust Email Security System.**

GOVPRIV001237

EXHIBIT M

| | |
|---|---|
| **From:** | Kernan, Scott [Scott.Kernan@cdcr.ca.gov] |
| **Sent:** | Friday, June 15, 2007 11:58 AM |
| **To:** | bob.gore@gov.ca.gov |
| **Subject:** | RE: Female Bad Beds |

Bob,

Reflects the conversion of CRC facility from female to male . Had to overcrowd some woman bad beds to make room. Conversion necessary to empty backlog in RC's and reduce county jail backlog. The male increase is result of door retrofit project at Mule Creek.   had to take down some traditional beds at MCSP while they fix the doors and opened up some bad beds at PVSP to make it work.

Scott

**From:** bob.gore@gov.ca.gov [mailto:bob.gore@gov.ca.gov]
**Sent:** Friday, June 15, 2007 11:41 AM
**To:** Kernan, Scott
**Subject:** Female Bad Beds

Hey Scott,

Female bad beds increased from 396 to 972 in a one week; males went up by 144 to 18,003 - this is after several weeks of stability and OST restart...what's up?

For my information only, and thanks.

This may be part of our education built around a deactivation schedule.

A phone call is fine - no need to write yet another mini-report.

Have a peaceful weekend.

Robert J. Gore

Deputy Cabinet Secretary

Office of Governor Arnold Schwarzenegger

State Capitol

Sacramento, CA  95814

916.445.6131

*CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*

6/25/2007

EXHIBIT N

**Robert Gore**

| | |
|---|---|
| **From:** | Robert Gore |
| **Sent:** | Friday, July 13, 2007 3:00 PM |
| **To:** | 'Hayhoe, Joyce'; Kathy.Jett@cdcr.ca.gov |
| **Cc:** | Tilton, Jim; Bud.Prunty@cdcr.ca.gov; Andrea Hoch; Benjamin Rice |
| **Subject:** | AB900 cleanup |

**Importance:** High

Complete the review of the AB900 clean-up language as you requested.
One addition:
GO, CDCR and a representative of the federal courts earlier this week identified as critical obtaining 1800 or more drug diversion beds in community programs at the earliest possible date to house diverted parole violators. Please ensure that the cleanup bill contains language similar to that for OSTs, that provides for expedited contracting with vendors.
Kathy and Ben will work with you on this.
It is imperative that the bill address this issue; be glad to provide further information.

Thanks, Joyce,

Robert J. Gore
Deputy Cabinet Secretary
Office of Governor Arnold Schwarzenegger
State Capitol
Sacramento, CA 95814
916.445.6131

*CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.*

1

GOVPRIV001341

# EXHIBIT O

**Robert Gore**

| | |
|---|---|
| **From:** | Robert Gore |
| **Sent:** | Sunday, August 26, 2007 4:09 PM |
| **To:** | Chris Ryan |
| **Subject:** | Fw: AB900 Cleanup |

```
----- Original Message -----
From: Robert Gore
To: 'Christopher.Ryan@asm.ca.gov' <Christopher.Ryan@asm.ca.gov>;
'joyce.hayhoe@cdcr.ca.gov' <joyce.hayhoe@cdcr.ca.gov>
Sent: Sun Aug 26 16:08:55 2007
Subject: AB900 Cleanup

Perhaps I missed it, but there appears to be no reference to waiving contracting
requirements for obtaining drug diversion beds -- similar to the OST language. Section 22
might be a good place. These beds are critical to achieving fast pop reduction, as GAS and
the federal judges wish. Kathy Jett can provide details. Please advise.
```

1

GOVPRIV001340

# EXHIBIT P

CONFIDENTIAL

July 16, 2007

Governor George Deukmejian



Governor,

The California Independent Review Panel's (IRP) report is a seminal document that will guide the Governor's Cabinet Office in managing the expedited development more effective and efficient correctional policy. The Legislature subsequently passed and Governor Schwarzenegger signed the Public Safety & Offender Rehabilitation Services Act of 2007 (AB 900), which authorized new rehabilitation programs, such as re-entry facilities, and the construction of 53,000 prison and jail beds.

A few weeks ago, the CDCR Expert Panel reinforced all of the IRP's recommendations and provided some additional concepts. Governor Schwarzenegger asked me to form and direct Rehabilitation and Facilities Strike Teams, composed of a few key experts and CDCR staff, to implement the IRP and Expert Panel findings in conjunction with meeting the terms of AB 900.

Federal Judges Henderson and Karlton are overseeing three cases that will likely result in the formation of a 3-judge panel to examine prison overcrowding. Representatives of the court have privately informed Cabinet that an immediate effort to reduce overcrowding could forestall drastic measures. Failing that, "you might have 90 days to release 20,000 inmates."

Parole reform is the quickest way to reduce overcrowding, as your IRP concluded. Cabinet is in the final few days of drafting new regulations and administrative procedures to authorize the use of a parole violate matrix and intermediate sanctions, to allow parole agents to revoke fewer nonserious, nonviolent technical parole violators, to divert more addicts into community substance abuse beds and to requite CDCR and the Board of Parole Hearings to coordinate various processes that will reduce the revolving door effect.

Longer term, we are planning to enact most of the IRP and Expert Panel recommendations, including staff training, program participation incentives, enhanced good time credits, expanded risk assessments and treatment plans, and more reforms.

The legislative Republican Caucuses indicate they are strongly opposed to such measures, particularly any move that results in fewer parole violators returning to prison. We disagree. As Sheriff Kolender says, putting an inmate on a bunk for four months – after you have taken away his new residence, disconnected his family again and perhaps lost his new job – creates more anger and actually endangers public safety.

Governor, your voice is one of the few that can start this historic public safety reform. If you consider it, with all due deference and respect, your contacts with Sen. Ackerman and Asm. Villines, would resolve the debate before it begins.

Before I joined the current Administration on Feb. 1 to manage criminal justice and healthcare policies, for the past two years I had been asked by the past three CDCR Secretaries to serve as a volunteer consultant. As such, I was very familiar with the IRP's report, and will continue to strive to make its work a reality.

Very Truly Yours,

Robert J. Gore
Deputy Cabinet Secretary

PS — ████████████████ the 7-year-old girl who formerly ran errands for you, is now a 24-year-old wife and mother... ███████████████████████████████████
She still cherishes the photo of you, Mrs. Deukmejian and her. Hope life is well and full.

# EXHIBIT Q

# CORRECTIONS AND REHABILITATION

The mission of the Department of Corrections and Rehabilitation (CDCR) is to enhance public safety through safe and secure incarceration of offenders, effective parole supervision, and rehabilitative strategies to successfully reintegrate offenders into communities. These strategies include providing safe and secure detention facilities for adults and juveniles, educational opportunities, services such as food, clothing, health care, direct supervision, surveillance, and when necessary apprehension of the state's parolee population. The CDCR is organized into 12 programs: Corrections and Rehabilitation Administration; Corrections Standards Authority; Juvenile Operations; Juvenile Education, Vocations, and Offender Programs; Juvenile Parole Operations; Juvenile Health Care Services; Adult Operations; Adult Parole Operations; Board of Parole Hearings; Community Partnerships; Adult Education, Vocations, and Offender Programs; and Correctional Health Care Services.

The proposed budget was constructed first by computing the workload budget funding level. From the workload budget, adjustments are made to reflect specific policy adjustments and reductions, including budget-balancing reductions. With these adjustments, the Governor's Budget includes $11.4 billion ($10.3 billion General Fund

## WORKLOAD BUDGET

- A workload budget reflects what a given program will cost next year under existing law and policy.

- Government Code Section 13308.05 defines workload budget as the budget year cost of currently authorized services, adjusted for changes in enrollment, caseload, or population, and other factors including inflation, one-time expenditures, and federal and court-ordered mandates.

CORRECTIONS AND REHABILITATION

and $1.1 billion other funds) for CDCR. This reflects an increase of $646.7 million
($172.4 million General Fund) or six percent over the revised 2007-08 budget.
Change Table DCR-01 illustrates the major changes proposed to the CDCR in the
Governor's Budget.

Change Table DCR-01

**Corrections and Rehabilitation Agency — Changes by Broad Categories**

| | 2007-08 | | | 2008-09 | | |
|---|---|---|---|---|---|---|
| | General Fund | Other Funds | Positions | General Fund | Other Funds | Positions |
| **2007 Budget Act** | $9,836,311 | $588,396 | 66,627.4 | $9,753,804 | $330,029 | 66,627.4 |
| **Workload Adjustments** | | | | | | |
| AB 900 Implementation | 2,509 | — | 20.6 | 35,382 | — | 166.9 |
| Enrollment/Caseload/Population | 17,054 | –416 | 60.2 | 20,351 | –1,445 | –829.8 |
| Employee Compensation/Retirement | 217,523 | 822 | — | 230,911 | 952 | — |
| Court Orders/Lawsuits | 17,683 | — | 24.2 | 8,981 | — | 814.0 |
| Expiring Programs or Positions | — | — | — | –10,400 | — | –87.6 |
| One-Time Cost Reductions | — | — | — | –66,581 | –1,951 | — |
| Full-Year Cost of New Programs | — | — | — | 248,352 | –2,800 | 511.1 |
| Other Workload Adjustments | –36,760 | –11,834 | 25.2 | 67,370 | –4,454 | –288.4 |
| Infrastructure Adjustment | 55,995 | 71,834 | — | 350,116 | 777,805 | — |
| **Totals, Workload Adjustments** | $274,004 | $60,406 | 130.2 | $884,482 | $768,107 | 286.2 |
| **Policy Adjustments** | | | | | | |
| Population Adjustment - Female Rehabilitative Community Correctional | 2,927 | — | 16.2 | 30,407 | — | 86.2 |
| Other Policy Adjustments | 727 | — | 6.5 | –21,353 | 25,000 | 10.1 |
| **Totals, Policy Adjustments** | $3,654 | $0 | 22.7 | $9,054 | $25,000 | 96.3 |
| **Total Adjustments** | $277,658 | $60,406 | 152.9 | $893,536 | $793,107 | 382.5 |
| **Budget Prior to Reductions** | $10,113,969 | $648,802 | 66,780.3 | $10,647,340 | $1,123,136 | 67,009.9 |
| **Budget-Balancing Reductions**[1] | –$17,882 | $0 | –200.0 | –$378,901 | $0 | –5,854.0 |
| **Governor's Budget** | $10,096,087 | $648,802 | 66,580.3 | $10,268,439 | $1,123,136 | 61,155.9 |

[1] These dollars and PYs are included in the General Government agency; therefore, not included in each agency's totals in the applicable Summary Schedules.

* Dollars in Thousands

# PROPOSED WORKLOAD BUDGET

The major workload adjustments required by law for 2008-09 include the following:

- AB 900 Implementation-The Budget includes $2.5 million in 2007-08 and $35.4 million in 2008-09 to implement AB 900 (Chapter 7, Statutes of 2007). Resources are provided to expand substance abuse treatment capacity, conduct inmate risk and needs assessments, provide day treatment and crisis care services for mentally ill parolees, create an administrative structure for the rehabilitative adult programs, and train CDCR staff on effective rehabilitation principles and programs.

- Enrollment/Caseload/Population-The Budget includes $17.1 million in 2007-08 and $20.4 million in 2008-09 to address changes in adult and juvenile population and parolee caseloads.

- Court Orders and Lawsuits-The Budget includes $17.7 million in 2007-08 and $9 million in 2008-09 to comply with court orders and lawsuits, including activities of the federal Receiver in the case of *Plata v. Schwarzenegger.*

- Employee Compensation and Retirement-The Budget includes $217.5 million in 2007-08 and $230.9 million in 2008-09 for employee compensation costs and adjustments to the retirement contribution rate.

## ADULT POPULATION ADJUSTMENTS

Under existing law, the average daily inmate population is projected to increase from 173,993 in 2007-08 to 177,021 in 2008-09, an increase of 3,028 inmates, or 1.7 percent. This change is due primarily to the projected increase in the number of parole violators returned to prison because they committed a specific parole violation. This is partially offset by a small decline in new admissions from the court. The 2007 Budget Act assumed an average daily inmate population of 174,300. (See Figure DCR-01) Included within these totals is an average daily population of 6,935 inmates who are projected to be housed in out-of-state correctional facility beds.

Similarly, under existing law the average daily parole population is projected to increase from 129,343 in 2007-08 to 133,061 in 2008-09, an increase of 3,718 parolees, or 2.9 percent. The projected increase is due to fewer discharges from parole and more releases to parole from prison than expected. The 2007 Budget Act assumed an average daily parole population of 124,862.

CORRECTIONS AND REHABILITATION



Figure DCR-01
**Department of Corrections and Rehabilitation**
**Institution and Parole Population Percentage Change**

The fiscal impact of these population changes in 2007-08 is an increase of $14 million General Fund and a reduction of $45,000 in other funds. In 2008-09, the fiscal impact is an increase of $77.2 million General Fund and a reduction of $459,000 other funds.

## JUVENILE POPULATION ADJUSTMENTS

The Division of Juvenile Justice (DJJ) projects a juvenile institution average daily population of 2,294 youthful offenders in 2007-08, 78 more than anticipated in the 2007 Budget Act. The fiscal impact in 2007-08 is an increase of $5.6 million General Fund. In 2008-09, the juvenile institution average daily population is expected to decrease by 508 wards, or 22.2 percent, to 1,786. The population decrease is primarily due to shifting responsibility for housing non-serious and non-violent juvenile offenders to local jurisdictions beginning September 1, 2007. The fiscal impact in 2008-09 is a decrease of $48.8 million General Fund and a decrease of $986,000 other funds. The total General Fund expenditures are partially offset by revenues from the sliding scale fees paid by counties. In 2007-08, these revenues are estimated to be $12.4 million, a decrease of

$922,000 from the revenue expected at the time of the 2007 Budget Act. In 2008-09, these revenues are estimated to decrease to $8.2 million as a result of the population shift.

The juvenile parole average daily population is expected to be 2,415 in 2007-08, a decrease of 148 from the 2007 Budget Act. In 2008-09, the juvenile parole average daily population is expected to decrease by 452 parolees, or 18.7 percent, to 1,963. However, costs will increase due to a higher number of reentry caseload parolees, which require a lower ratio of parolees to parole agents. The fiscal impact of the change in the juvenile parole population in 2007-08 is an increase of $76,000 General Fund. In 2008-09, the fiscal impact is a decrease of $1.7 million General Fund.

The population adjustment proposed in the Governor's Budget for the Juvenile Education Program reflects staffing ratios consistent with the requirements of the Education Remedial Plan. General Fund Proposition 98 funding is projected to decrease by $2.6 million in 2007-08 and $6.3 million in 2008-09.

## HOUSING AND SUPERVISION OF JUVENILE OFFENDERS

On September 1, 2007, local jurisdictions became responsible for housing and supervising non-serious and non-violent juvenile offenders. In order to provide resources to local jurisdictions for housing and supervising these additional juvenile offenders, the Youthful Offender Block Grant was established and provides local assistance funding of approximately $24 million in 2007-08, $66 million in 2008-09, and $92 million in 2009-10 and ongoing. In addition, the 2007 Budget Act included $100 million in lease-revenue bonds to finance the acquisition, design, renovation, or construction of local juvenile facilities to ensure that counties have adequate capacity and program space to house and serve juvenile offenders.

## IMPLEMENTATION OF AB 900

In May of 2007, the Governor signed AB 900 (Chapter 7, Statutes of 2007), also known as the Public Safety and Offender Rehabilitation Services Act of 2007, which provided $7.3 billion in lease revenue bond financing to add 53,000 prison, reentry, and jail beds in two phases, and fundamentally shifts how the CDCR approaches rehabilitation for California's prisoners. AB 900 also appropriated $50 million General Fund for additional rehabilitative programming activities and $300 million General Fund to make infrastructure improvements at state prisons. The Budget proposes a total of $2.5 million in 2007-08 and $35.4 million in 2008-09 to implement the rehabilitation components of AB 900. Of this amount, $2.5 million in 2007-08 and $31.4 million in 2008-09 is funded from the AB 900 appropriation, consistent with the requirements of SB 81 (Chapter 175, Statutes of 2007).

CORRECTIONS AND REHABILITATION

### REHABILITATION STRIKE TEAM AND PATHWAYS TO REHABILITATION

Following the enactment of AB 900, the Governor convened a Rehabilitation Strike Team charged with evaluating existing education, training and substance abuse programs; exploring ways that services can best be delivered to inmates and parolees in order to improve public safety; and putting into action rehabilitative programming recommendations made by the Expert Panel on Corrections Reform in accordance with the performance benchmarks mandated in AB 900. The Budget includes $5 million for a comprehensive integrative case management demonstration project which will showcase the pathway of rehabilitative programming for a group of inmates. A full continuum of assessment and rehabilitative programming will begin with an initial risk and needs assessment in the reception center at intake. A comprehensive assessment will be conducted at the general population level to determine needs-based programming, and intensive programming efforts will continue within prisons and reentry centers up to the time of release. Aftercare and follow-up will be provided by CDCR's partners in the community to maximize opportunities for successful reintegration.

### INMATE RISK AND NEEDS ASSESSMENTS INCLUDING CLASSIFICATION SERVICES

AB 900 requires the CDCR to implement an inmate assessment at reception centers, and use the assessment to assign inmates to rehabilitation programs. The 2007 Budget Act includes $4.7 million for the CDCR to implement risk and needs assessments at reception centers. Building upon the Department's current efforts to meet the mandates of AB 900, the Governor's Budget includes an additional $483,000 General Fund in 2007-08 and $5.2 million General Fund in 2008-09 to continue the implementation of the risk and needs assessments at reception, and to create behavior management plans for inmates identified as a high risk to recidivate.

### SUBSTANCE ABUSE TREATMENT EXPANSION

AB 900 requires the CDCR to expand substance abuse treatment services in prisons to accommodate at least 4,000 additional inmates who have histories of substance abuse. To meet this mandate, the Governor's Budget includes $308,000 General Fund in 2007-08 and $8.1 million General Fund in 2008-09 to provide evidence-based substance abuse treatment services for 2,000 inmates and continuing care for 1,330 parolees. This augmentation will fund the first phase of the 4,000-bed expansion, and provide an additional 2,000 in-custody treatment slots, continuing care, and training for the substance abuse staff.

REHABILITATION STAFF SKILLS TRAINING

The Governor's Budget includes $1.4 million General Fund in 2007-08 and $5.4 million General Fund in 2008-09 to provide training on effective rehabilitation, cognitive behavioral intervention, interviewing, and other skills to approximately 1,900 prison staff who will provide specific communication skills and techniques designed to reduce offender resistance, increase offender motivation to change, and reduce individual criminal risk. The CDCR will begin by training existing staff at reception centers that are directly responsible for administering the risk and needs assessments. During those initial training sessions, the CDCR will also train new correctional counselors to serve as department-wide trainers, who will then travel the state in teams and train staff at all the institutions. Ultimately, this rehabilitation training will be added to the academies where it will be required for all participants.

DAY TREATMENT AND CRISIS CARE SERVICES FOR MENTALLY ILL PAROLEES

AB 900 requires the CDCR to obtain day treatment, and to contract for crisis care services, for parolees with mental health problems. To meet this mandate, the Governor's Budget includes $6 million General Fund for the CDCR's Division of Adult Parole Operations to enhance mental health rehabilitative and stabilization services initiated under the Department's Reducing Recidivism Strategies. This augmentation will expand services and provide more intensive treatment for severely mentally ill parolees who currently receive outpatient services through the Parole Outpatient Clinics. The CDCR will work with county providers to ensure that parolees receive the necessary services when in mental health crisis, and can step-down to the day treatment programming or other care services as appropriate.

ADULT PROGRAMS REALIGNMENT AND OFFICE OF RESEARCH FUNDING

The Governor's Budget includes $301,000 General Fund in 2007-08 and $4.7 million General Fund in 2008-09 to provide critical program infrastructure so that the CDCR can meet the AB 900 mandates and more fully integrate rehabilitative programming into the correctional setting. This augmentation will provide funding for the newly-established Office of Program and Policy Development, facilitate and implement the Prison-to-Employment Plan, staff the newly established Local Government Liaison Unit, and provide staffing for the new Office of the Undersecretary for Adult Programs. This augmentation also funds enterprise data system enhancements and expansion of data analysis and reporting capacity and capability to effectively implement the mandates for rehabilitation programming.

## EdFIRST

The Governor's Budget includes $961,000 General Fund in 2008-09 to implement the Education for Inmates Reporting and Statewide Tracking project (EdFIRST). EdFIRST is an information technology system that will store inmate educational files and data electronically. This system will provide the CDCR an electronic means to track student participation, progress, and achievement, and replace the existing manual system. EdFIRST will also allow the CDCR to more effectively manage and report on educational participation and progress.

## SECURE REENTRY FACILITIES

The Governor's Budget includes $727,000 General Fund in 2007-08 and $1.1 million General Fund in 2008-09 to establish the pre-activation team for the new reentry facility in Stockton, authorized by Chapter 228, Statutes of 2007 (SB 943). This augmentation will allow the Department to conduct a site assessment to identify renovation and construction needs, identify the population for the reentry facility, identify the appropriate staffing criteria for the facility, design reentry programs and services, engage in ongoing communication and participation with local stakeholders, and establish contracts with community providers.

The Governor's Budget also includes $2.5 million General Fund in 2008-09 to contract with the San Francisco County Sheriff's Office to provide twelve months of intensive, in-custody reentry programming, followed by twelve months of accountability-based, out-of-custody reentry programming.

## REENTRY FACILITIES

Secure reentry facilities are designed to improve public safety by reducing recidivism. AB 900 provides for 16,000 new beds in community-based reentry centers, each of which will house up to 500 inmates for their last 12 months in custody. These facilities will provide intensive rehabilitation, and offer offender job training, mental health and substance abuse counseling, housing placement, educational assistance, and other services in the critical few months just prior to an inmate's release.

CORRECTIONS AND REHABILITATION

---

## COURT AND LAWSUIT-RELATED ISSUES

### PLATA V. SCHWARZENEGGER

The 2007 Budget Act includes an appropriation of $125 million along with language that allows for the transfer of these funds for the purpose of funding activities of the Receiver appointed by the court in *Plata v. Schwarzenegger*, and for coordinated activities of the Receiver, and the *Coleman v. Schwarzenegger* and *Perez v. Tilton* courts. Of this amount, approximately $26.2 million has been transferred to date, resulting in ongoing costs of approximately $14.3 million, which are included in the Governor's Budget. In addition to funding these costs, the Governor's Budget includes $1.7 million to establish an Office of Third Level Health Care Appeals, $45.8 million to expand Health Care Access Units to all institutions, $26 million for the California Prison Health Care Receivership Corp. operating budget, and the elimination of $125 million in unallocated funding. This represents approval of $73.5 million of the Receiver's funding proposals, which totaled $168.9 million in 2007-08 and $369.3 million in 2008-09.

The Receiver also submitted nine placeholder budget requests, including one capital outlay proposal that will be considered during the spring process. The initial cost estimate by the Receiver for these requests is $104.3 million in 2007-08 and $518.9 million in 2008-09. The most significant cost is for capital outlay projects to improve CDCR's health care facilities, which represents $84 million of the 2007-08 request and $415.1 million of the 2008-09 request. The Receiver has indicated a need for an additional 5,000 medical beds. Despite the lack of specifics as to this proposal, in recognition of the resources necessary to keep the Receiver's capital outlay program moving forward, the Governor's Budget proposes to make the $2.5 billion previously appropriated for infill beds, reentry facilities, and medical/mental health/dental treatment and housing in Phase II of AB 900 available for the Receiver's use.

### CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP

In April 2001, a class-action lawsuit, now known as *Plata v. Schwarzenegger*, was filed in federal court contending that the state was in violation of the Eighth and Fourteenth Amendments to the United States Constitution by providing inadequate medical care to prison inmates. On June 30, 2005, the court ordered the establishment of a receivership to take control of the CDCR's medical care system due to the state's delay in successfully implementing the changes required by the Stipulated Agreement for Injunctive Relief, entered into as the settlement of the *Plata v. Schwarzenegger* case. The Receiver was appointed in February 2006 and has broad authority over CDCR's medical care program.

The Administration continues to work cooperatively with the Receiver to address correctional medical care in the most efficient and comprehensive manner possible. However, because the Receiver's 2008-09 budget requests did not contain the level of workload data and information regarding baseline resources that is typically necessary in order for the Administration to include a proposal in the Governor's Budget, and the timing of receipt of the proposals made it difficult to ascertain this information through an iterative process, the Receiver's entire funding request has not been included in the Governor's Budget. Out of respect for the federal court, and the Receiver's obligations to the court, the entire budget request as presented by the Receiver will be submitted to the Legislature. In addition, the medical care services budget, nearly $1.6 billion in 2008-09, has been exempted from the budget-balancing reduction plan (discussed below), which will significantly reduce CDCR's institution population, resulting in savings in the medical care services program and thereby freeing up resources for other activities and priorities of the Receiver.

### Perez v. Tilton

*Perez v. Tilton* is a class action lawsuit alleging that the CDCR fails to provide adequate dental care to inmates, causing permanent and unnecessary damage to their health in violation of the Eighth Amendment to the United States Constitution. The Governor's Budget includes $2.6 million General Fund to continue the state's efforts to comply with the *Perez v. Tilton* lawsuit. This augmentation will provide funding for the establishment of a Statewide Deputy Dental Director, Regional Dental Directors, and associated support staff, and the creation of a Dental Authorization Review committee which will be responsible for reviewing dental treatment plans, reviewing and making recommendations on requests for otherwise excluded dental services, and evaluating the cost efficiency and effectiveness of the dental services provided to inmates.

### Lugo v. Schwarzenegger

*Lugo v. Schwarzenegger* is a class action lawsuit, brought by inmates with life sentences with the possibility of parole, which alleged that the Board of Parole Hearings was not conducting parole eligibility hearings within the statutory time frames. The Governor's Budget includes $8.2 million General Fund in 2008-09 to continue state efforts to comply with the requirements of *Lugo*. This augmentation provides resources for additional Commissioners to conduct hearings for inmates sentenced to life in prison, initial psychological evaluations and follow-up psychological evaluations for these inmates who are eligible for parole, and increased workload associated with hearing file preparation and psychological evaluation file preparation for this population.

## VALDIVIA V. SCHWARZENEGGER

*Valdivia v. Schwarzenegger* is a class action lawsuit, filed by parolees, which alleged that California's parole revocation process violated parolee and prisoner due process rights under the Fourteenth Amendment to the United States Constitution. The Governor's Budget includes $1.2 million General Fund in 2007-08 and $5.3 million General Fund in 2008-09 to ensure continued compliance with the Valdivia Remedial Plan. Included in these funds are $1.1 million in 2008-09 for the CDCR's Division of Addiction and Recovery Services to manage and implement 1,800 statewide community-based treatment beds for parolees.

## ARMSTRONG V. SCHWARZENEGGER

The Governor's Budget includes $15.7 million General Fund in 2007-08 and $43.9 million General Fund in 2008-09 to continue state efforts to comply with the requirements of the *Armstrong v. Schwarzenegger* lawsuits. Major components of this augmentation include the following:

- $6.9 million to conduct field file and information tracking system reviews prior to parole proceedings, enter parolee disability information based on observations and parolee self disclosure within 24 hours, and provide computer training for parole agents and basic Americans with Disabilities Act (ADA) concept training to all Division of Adult Parole Operations field staff.

- $14.9 million to enter, track, analyze and control the quality of the ADA program within the CDCR's automated facility maintenance system, implement ADA structural improvements within the institutions, and improve the path of travel within the institutions.

- $16.2 million ($15.3 million in 2007-08) to provide connectivity and computers to all correctional counselors at the institutions and create a statewide integrated real-time computerized tracking and compliance system.

- $4.4 million to increase self-monitoring tours in order to capture a statistically significant sampling of the affected population.

### ARMSTRONG V. SCHWARZENEGGER

The *Armstrong* lawsuits alleged that the CDCR and the Board of Parole Hearings (Board) violated provisions of the ADA and the Fourteenth Amendment to the United States Constitution right to due process. In 1996, the CDCR entered into a settlement agreement to develop a Disability Placement Program. This settlement is commonly referred to as *Armstrong I*. In 1999, the United States District Court found that the Board had violated disabled inmates' and parolees' rights under the ADA and issued a permanent injunction to remedy the violations. This injunction is commonly referred to as *Armstrong II*.

### L.H. v. SCHWARZENEGGER

*L.H. v. Schwarzenegger* is a class action suit filed by juvenile parolees alleging that California's parole revocation process violates due process rights under the Fourteenth Amendment to the United States Constitution. The Governor's Budget includes $2 million General Fund in 2007-08 and $2.9 million General Fund in 2008-09 to provide staffing and resources to address juvenile parole due process elements not currently being met, such as, conducting revocation hearings in a timely manner and ensuring the appointment of counsel and appearances of witnesses at hearings throughout the parole revocation process.

### FARRELL v. TILTON

*Farrell v. Tilton* is a taxpayer lawsuit alleging that the DJJ fails to provide adequate care and services to juvenile offenders housed in DJJ facilities. In November 2004, the state entered into a consent decree whereby the state concurred with the basis of the lawsuit and agreed to address the issues of conditions of confinement in DJJ facilities. The Governor's Budget includes $1.6 million General Fund in 2008-09 to comply with the *Farrell* lawsuit. Specifically, the Budget includes $513,000 on a two-year limited-term basis to revise, develop and adopt regulations, and develop and implement policies and procedures as required by the Farrell lawsuit. The Budget also includes $1.1 million to provide the DJJ with additional information technology staff to support enhancements to the Ward Information Network as required by the Farrell lawsuit.

---

### OTHER WORKLOAD ISSUES

The Administration continues to take steps to address various operational needs of the Department. Toward those efforts, the Budget includes additional resources for academy operations and peace officer selection, information technology projects, human resources support, and other critical areas.

#### PEACE OFFICER SELECTION AND ACADEMIES

The Administration remains committed to addressing correctional officer and parole agent vacancies. To that end, the Governor's Budget includes $19.9 million General Fund in 2008-09 to expand the existing parole academy, run a one-time annex academy for entry-level correctional officers at a difficult-to-staff institution, and add contract funding to ease the backlog in background investigations and pre-employment medical clearances for peace officer applicants. Additionally, the CDCR is currently seeking an appropriate site for a Southern California Training Academy and plans to request any needed budget authority to activate such a facility during the spring Budget process.

### DISCHARGED OFFENDER RECORD MANAGEMENT SYSTEM

The Governor's Budget includes $3.2 million General Fund to cover the increased cost of scanning and hosting inmate files in the Discharged Offender Record Management System (DORMS). The DORMS is an information technology project that scans a discharged inmate's central files into an electronic format, which can be stored and easily retrieved if the inmate returns to custody.

### HUMAN RESOURCES SUPPORT

The Governor's Budget continues $4.7 million General Fund to support recruitment, selection, and hiring activities mostly as a result of various court orders and legislative mandates. The continuation of these resources will ensure that the CDCR is able to perform these tasks in a timely and efficient manner. This augmentation also includes resources to permanently establish and fund positions authorized in the 2007 Budget Act specifically for the hiring of critical dental and mental health positions in response to the *Perez* and *Coleman* courts.

### FILLING VACANCIES

CDCR is making progress toward meeting its goal to select and hire correctional officers to fill every established position vacancy, including new court required positions. CDCR has intensified its recruitment efforts to increase the number of correctional officers who are needed throughout the state. CDCR receives approximately 7,500 correctional officer applications per month. Typically, only four percent of the potential candidates pass the selection process, which includes psychological, academic, background investigation, medical and physical fitness evaluations.

### INCARCERATION OF UNDOCUMENTED FELONS

The CDCR expects to spend approximately $965.3 million in 2007-08 for the incarceration of undocumented persons. The state will receive $102.4 million in federal State Criminal Alien Assistance Program (SCAAP) funding for 2007-08. Undocumented persons are expected to comprise 11.2 percent of inmates in the state prison system. The CDCR's costs in 2008-09 are estimated to increase to $1 billion, an increase of 4.6 percent. For 2008-09, it is estimated that California will again receive approximately $102.4 million in federal SCAAP funding. At this level of funding, the state will be reimbursed for only 10.1 percent of the costs associated with the incarceration and related debt service associated with the undocumented felon population, with $906.6 million in costs in excess of the level of federal reimbursements.

During the current fiscal year, the Administration will continue to aggressively pursue all strategies designed to maximize federal funding for the incarceration of undocumented felons.

## PROPOSED BUDGET-BALANCING REDUCTIONS

- Total budget balancing reductions for the CDCR amount to $17.9 million and 200 positions in 2007-08 and $378.9 million and 5,854 positions in 2008-09. This grows to $782.7 million in 2009-10.

- Programs exempted from reductions include lease payments securing lease revenue bonds, costs related to juvenile offenders, medical expenditures controlled by the federal Receiver, and the Corrections Standards Authority, for a total exemption of $2.4 billion.

- The major reductions are described below:

  - $4.3 million and 66 positions in 2007-08 and $256.4 million and 4,194 positions in 2008-09 resulting from the CDCR releasing specified non-violent, non-serious, non-sex offenders without prior serious or violent offenses or strikes, 20 months earlier than their original release date. This proposal would result in an institutional average daily population reduction of 22,159 in 2008-09. This reduction assumes the necessary statutory changes will be enacted by March 1, 2008. Due to the CDCR's recent success in filling vacant correctional officer positions, layoffs will be necessary to achieve this reduction and the savings reflects a lag time related to the state layoff process. Once the layoff process has been completed, this savings grows to $526.7 million in 2009-10.

  - $13.6 million and 134 positions in 2007-08 and $97.9 million and 1,660 positions in 2008-09 resulting from the CDCR placing non-serious, non-violent, non-sex offenders on summary parole. Summary parole will have minimal conditions of parole and involve no active supervision. These offenders would be subject to searches and drug testing, but would not return to prison without first being prosecuted locally for any new offenses they commit. This proposal would result in a parole average daily population reduction of 18,522 in 2008-09 and an institutional average daily population reduction of 6,249. This savings grows to $231.5 million in 2009-10. This reduction assumes the necessary statutory changes will be enacted by March 1, 2008.

- $24.6 million in 2008-09 for local assistance grant funding. This proposal would reduce funding for the Mentally Ill Offender Crime Reduction Grant Program, which supports the implementation and evaluation of locally developed demonstration projects intended to reduce recidivism and promote long-term stability among mentally ill adult and juvenile offenders by $4.5 million, from $44.6 million to $40.1 million. This proposal would also reduce funding for the Juvenile Probation and Camps Program, which allocates funds to all 58 counties to support a broad spectrum of county probation services targeting at-risk youth, juvenile offenders, and the families of those youth, and to support the operation of camps and/or ranches by $20.1 million, from $201.4 million to $181.3 million.

EXHIBIT R

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| E00011217 | E00011219 | CDCR | Tilton, James | 12/23/2006 | Email | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Tilton, Jim (CDCR - Secretary) | Pre-decisional Email thread discussing Schwarzenegger's Plan to transfer inmates to out of state prisons to ease overcrowding. |
| E00011221 | E00011223 | CDCR | Tilton, James | 1/17/2007 | Email | Roney, Rick | Montes, Marisela (CDCR - Chief Deputy Secretary, Adult Programs)/Sayles-Owen, Del (CDCR - Director, Division of Community Partnerships)/Tilton, Jim (CDCR - Secretary) | Email attaching pre-decisional spreadsheet containing analysis of inmate overcrowding with potential plan of action. |
| E00011230 | E00011231 | CDCR | Tilton, James | 1/18/2007 | Report | Tilton, Jim (CDCR - Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | CDCR Weekly Report to the Governor containing schedule for Secretary Tilton and significant events. |
|  |  | CDCR | Tilton, James | 2/3/2007 | Email | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Tilton, Jim (CDCR - Secretary) | Email attaching pre-decisional draft Pew prison projections. |
|  |  | CDCR | Tilton, James | 5/12/2007 | Email | Montes, Marisela (CDCR - Chief Deputy Secretary, Adult Programs) | Burruel, Armand (CDCR - Acting Director, Division of Reentry and Recidivism Reduction), Hidalgo, Oscar (Office of Public and Employee Communications); Prunty, Kingston "Bud" (CDCR - Former Undersecretary of Operations); Tilton, Jim (CDCR - Secretary) | Pre-decisional email discussing Reentry Document pertaining to Chief Buieramann So. Cal Law Enforcement Conference. |
| E00011303 | E00011304 | CDCR | Tilton, James | 5/16/2007 | Email | Montes, Marisela (CDCR - Chief Deputy Secretary, Adult Programs) | Tilton, Jim (CDCR - Secretary) | Pre-decisional AB 900 Implementation Strike Force Briefing 05/18/2007. |
|  |  | CDCR | Tilton, James | 5/18/2007 | Report | Takeshta, Robert (CDCR - Deputy Director, Corrections Standards Authority) | Davey, Melissa (CDCR - Administrative Assistant to the Secretary); Johnson, Tracy (Office of Fiscal Services - Associate Director, Budget Management Branch) | Pre-decisional email discussing Governor's Strike Team and Expert Panel report and requesting information on final draft. |
| E00011318 | E00011319 | CDCR | Tilton, James | 5/24/2007 | Email | Carney, Scott (CDCR - Deputy Director, Business Services Branch) | Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Conference Committee Bullet Points. |
| E00011322 | E00011323 | CDCR | Tilton, James | 5/25/2007 | Report | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Tilton, Jim (CDCR - Secretary) | Pre-decisional AB 900 Implementation Strike Force Briefing for 05/18/2007. |
|  |  | CDCR | Tilton, James | 5/18/2007 | Email | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary)/Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary)/Hoch, Andrea (GOV - Legal Affairs Secretary)/Mauro, Louis/Tilton, Jim (CDCR - Secretary) | Pre-decisional Email thread containing and discussing AB 900 Strike Team To Do List. |
|  |  | CDCR | Tilton, James | 5/18/2007 | Email | Kennedy, Susan | Tilton, Jim (CDCR - Secretary) | Email discussing inmate transfer and bed bed backfill. |
| E00011338 | E00011342 | CDCR | Tilton, James | 6/1/2007 | Email | Siluentes, George (CDCR - Director, Office of Facility Planning, Management and Construction) | Hysen, Deborah (CDCR - Chief Deputy Secretary, Office of Facility Planning, Construction and Management) | Email thread regarding draft response to Senate questions. |
| E00011338 | E00011342 | CDCR | Tilton, James | 6/12/2007 | Email | Siluentes, George (CDCR - Director, Office of Facility Planning, Management and Construction) | Hysen, Deborah (CDCR - Chief Deputy Secretary, Office of Facility Planning, Construction and Management) | Email thread regarding draft response to Senate questions. |
|  |  | CDCR | Tilton, James | 6/15/2007 | Report | Hysen, Deborah (CDCR - Chief Deputy Secretary, Office of Facility Planning, Construction and Management) | Hysen, Deborah (CDCR - Chief Deputy Secretary, Office of Facility Planning, Construction and Management) | Email thread regarding draft response to Senate questions. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| E0007494 | E0007501 | CDCR | Hysen, Debra | 8/3/2007 | Report | Hysen, Deborah (GOV - Former Chair of Facilities Construction Strike Team) | Dummoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional report on validation of In-fill Bed Plan. |
| E0007494 | E0007501 | CDCR | Hysen, Debra | 8/3/2007 | Report | Hysen, Deborah (GOV - Former Chair of Facilities Construction Strike Team) | Dummoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional report on validation of In-fill Bed Plan. |
| E0007494 | E0007501 | CDCR | Hysen, Debra | 8/23/2007 | Report | Hysen, Deborah (GOV - Former Chair of Facilities Construction Strike Team) | Dummoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional Significant Issue Report on AB 900 funding. |
| E0007494 | E0007501 | CDCR | Hysen, Debra | 6/25/2007 | Email | Tilton, Jim (CDCR - Secretary) | Hysen, Deborah (GOV - Former Chair of Facilities Construction Strike Team) | Draft letter responding to Select Committee on Prison Population Management and Capacity Inquiry. |
| E0007494 | E0007501 | CDCR | Hysen, Debra | 6/26/2007 | Report | Hysen, Deborah (GOV - Former Chair of Facilities Construction Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Hysen, Deborah (GOV - Former Chair of Facilities Construction Strike Team) | Pre-decisional CDCR Secretary's Weekly Report to the Governor. |
| E0007483 | E0007464 | CDCR | Hysen, Debra | 6/26/2007 | Report | Hysen, Deborah (GOV - Former Chair of Facilities Construction Strike Team) | Kennedy, Susan (GOV - Chief of Staff) | Email discussing and attaching AB 900 Facilities Strike Team report. |
| E0007465 | E0007484 | CDCR | Hysen, Debra | 6/26/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional AB 900 Facilities Strike Team Executive Summary. |
| E0007465 | E0007466 | CDCR | Hysen, Debra | 6/24/2007 | Report | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Email thread attaching AB 900 Strike Team report |
| E0007459 | E0007466 | CDCR | Hysen, Debra | 6/24/2007 | Email | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Kernan, Scott (CDCR), Hysen, Deborah | Pre-decisional Governors AB 900 Facilities Strike Team Recommendations. |
| E0007459 | E0007460 | CDCR | Hysen, Debra | 6/21/2007 | Email | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Kernan, Scott (CDCR), Hysen, Deborah | Pre-decisional Assessment of the Capacity of the Office of Facilities Management to Meet the Requirements of AB 900. |
| | E0007460 | CDCR | Hysen, Debra | 6/21/2007 | Misc | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Kernan, Scott (CDCR), Hysen, Deborah | Email thread attaching AB 900 Office of Facilities Assessment. |
| | | CDCR | Hysen, Debra | 6/21/2007 | Misc | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Kernan, Scott (CDCR), Hysen, Deborah | Email thread discussing changes to AB 900 project management documents. |
| | | CDCR | Hysen, Debra | 6/21/2007 | Misc | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Kernan, Scott (CDCR), Hysen, Deborah | Pre-decisional AB 900 Jail Bonds Project Implementation timeline. |
| | | CDCR | Hysen, Debra | 6/21/2007 | Report | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Kernan, Scott (CDCR), Hysen, Deborah | Pre-decisional AB 900 Management Project Implementation timeline. |
| | | CDCR | Hysen, Debra | 6/21/2007 | Report | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Kernan, Scott (CDCR), Hysen, Deborah | Pre-decisional AB 900 Construction Project Implementation timeline. |
| | | CDCR | Hysen, Debra | 10/20/2006 | Report | Tilton, Jim (CDCR - Secretary) | Kernan, Scott (CDCR), Hysen, Deborah | Pre-decisional AB 900 Rehabilitative Program Project Implementation timeline. |
| | | CDCR | Hysen, Debra | 09/00/2006 | Letter | Tilton, Jim (CDCR - Secretary) | Kernan, Scott (CDCR), Hysen, Deborah | Pre-decisional Public Safety and Offender Rehabilitation Services Act of 2007 Implementatio... Pre-decisional AB 900 Implementation Strike Tea... Barriers. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| | | DOF | Jerue, Todd (CORGEN) | 5/13/2007 | Report | | Bryant, Cynthia (GOV)/Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary)/Jerue, Todd | Pre-decisional report detailing AB 900 Points and Authorities. |
| | | DOF | Jerue, Todd (CORGEN) | 6/5/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | General Government, CorGen)/Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary)/Kennedy, Sus | Email thread discussing Strike Team Update and attaching various related documents. |
| | | DOF | Jerue, Todd (CORGEN) | 5/2/2007 | Email | DOF | DOF | Pre-decisional draft report discussing sensitive issues in Governor's Budget. |
| | | DOF | Jerue, Todd (CORGEN) | 5/2/2007 | Report | DOF | Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen); Fred, Osborn, Jennifer (DOF - Principal Program Budget A | Pre-decisional draft report discussing sensitive issues in Governor's Budget. |
| | | DOF | Jerue, Todd (CORGEN) | 5/3/2007 | Email | DOF | Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen); Fred, Osborn, Jennifer (DOF - Principal Program Budget A | Pre-decisional email thread discussing issues for the CDCR Strike Force Meeting including adult probation, teacher funding, and implementation of the twelve month clean time concept. |
| | | DOF | Jerue, Todd (CORGEN) | 5/3/2007 | Email | DOF | Brown, Vince (DOF - Chief Deputy Director of Budgets); Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen); Klass, Fred; Osborn, Jennifer (DOF - Principal Program Budget A | Pre-decisional email thread discussing issues for the CDCR Strike Force Meeting including adult probation, teacher funding, and implementation of the twelve month clean time concept. |
| | | DOF | Jerue, Todd (CORGEN) | 6/6/2007 | Report | DOF | Brown, Vince (DOF - Chief Deputy Director of Budgets); Genest, Mike (DOF - Director); Hicks, Amy | Pre-decisional draft report discussing sensitive issues in Governor's Budget not discussed in conference. |
| | | DOF | Jerue, Todd (CORGEN) | 6/6/2007 | Report | DOF | | Pre-decisional draft report discussing sensitive issues in Governor's Budget discussed in conference. |
| | | DOF | Jerue, Todd (CORGEN) | 6/6/2007 | Report | DOF | | Pre-decisional draft report discussing sensitive issues in Governor's Budget not discussed in conference. |
| | | DOF | Wilkening, Mike (DMH) | 8/1/2007 | Report | DMH | | Pre-decisional draft veto messages for SB 77. |
| | | DOF | Wilkening, Mike (DMH) | 8/1/2007 | Report | DMH | DMH | Pre-decisional draft veto messages for SB 77. |
| | | DOF | Wilkening, Mike (DMH) | 7/31/2007 | Report | DMH | Brown, Vince (DOF - Chief Deputy Director of Budgets); Genest, Mike (DOF - Director); Klass, Fred; Osborn, Jennifer (DOF - Principal Program Bud | Pre-decisional Draft Veto Messages for Senate Bill 77 Version 2. |
| | | DOF | Wilkening, Mike (DMH) | 5/26/2007 | Report | Wilkening, Mike | | Pre-decisional draft veto messages for SB 77. |
| | | DOF | Brown, Vince (CAPOffice) | 8/20/2007 | Report | DOF | Arnold, Molly (DOF - Chief Counsel); Brown, Vince (DOF - Chief Deputy Director of Budgets); Klass, Fred | Pre-decisional draft report discussing sensitive issues in Governor's Budget. |
| | | DOF | Brown, Vince (CAPOffice) | 8/20/2007 | Report | DOF | | Pre-decisional draft veto messages for SB 77, Version 3. |
| | | DOF | Brown, Vince (CAPOffice) | 8/1/2007 | Report | DOF | DOF | Pre-decisional draft Veto Messages for Senate Bill 77 Version 3. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| | | DOF | Brown, Vince (CAPOffice) | 5/2/2006 | Email | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Genest, Mike (DOF - Director); Palmer, H.D. (DOF - Deputy Director of External Affairs); Sheehan, Anne | Pre-decisional email thread discussing 2003 - 2006 Mid Year Cut Proposals (including results), comparison of current spending versus prior spending, the VLF tax relief increase of General Fund expenditures, and attaching spreadsheet containing California Population, Rehabilitation, and Housing Management Plan. |
| | | DOF | Brown, Vince (CAPOffice) | 7/31/2006 | Report | CDCR | DOF | Pre-decisional draft report discussing Inmate Decreased Services. |
| | | DOF | Brown, Vince (CAPOffice) | 10/16/2006 | Memo | Williams, M.D. B. (Psychiatrist, Mule Creek State Prison) | McKeever, Doug (CDCR - Director, Mental Health Programs) | Memorandum titled, MHS Expansion Options. |
| | | DOF | Brown, Vince (CAPOffice) | 10/16/2006 | Memo | Lipon, M.D., R.E. (CDCR - Chief Psychiatrist, Mule Creek State Prison) | McKeever, Doug (CDCR - Director, Mental Health Programs) | Memorandum titled, Expansion of Level III EOP Program On B Yard and "Modified Program." |
| | | DOF | Brown, Vince (CAPOffice) | 10/17/2006 | Memo | Campbell, Rosanne | McKeever, Doug (CDCR - Director, Mental Health Programs) | Memorandum titled, Mule Creek State Prison Activation of Level II EOP/SNY Beds 2006/2007 Fiscal Year. |
| | | DOF | Brown, Vince (CAPOffice) | 11/4/2006 | Report | Genest, Mike (DOF - Director); Palmer, H.D. (DOF - Deputy Director of External Affairs); Sheehan, Anne | Genest, Mike (DOF - Director); Palmer, H.D. (DOF - Deputy Director of External Affairs); Sheehan, Anne | Pre-decisional Policy Brief titled Establish the Government Employee Retirement Benefits Funding Commission (GERBFC or the Commission) containing background, proposal, policy points, messaging, fiscal impact, and legal issues. |
| | | DOF | Brown, Vince (CAPOffice) | 11/3/2006 | Report | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Genest, Mike (DOF - Director); Palmer, H.D. (DOF - Deputy Director of External Affairs); Sheehan, Anne | Pre-decisional Policy Brief titled Jessica's Law containing background, key points, legal issues, and fiscal impact. |
| | | DOF | Brown, Vince (CAPOffice) | 11/2/2006 | Report | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Genest, Mike (DOF - Director); Palmer, H.D. (DOF - Deputy Director of External Affairs); Sheehan, Anne | Pre-decisional policy brief titled Redistricting Reform, containing background, key points, legal issues, and fiscal impact. |
| | | DOF | Brown, Vince (CAPOffice) | 12/30/2006 | Email | Kessler, Steve (DOF - Chief Operating Officer) | Bryant, Cynthia (GOV);Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Genest, Mike;Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Kennedy, Susan (GOV - Chief of Staff and Cabinet Secretary);Genest, Mike | Pre-decisional Email thread containing pre-decisional discussion of Budget Summary. |
| | | DOF | Brown, Vince (CAPOffice) | 1/10/2007 | Report | Kessler, Steve (DOF - Chief Operating Officer) | Bryant, Cynthia (GOV);Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Genest, Mike;Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Kennedy, Susan (GOV - Chief of Staff and Cabinet Secretary) | Pre-decisional draft of Governor's Budget Summary. |
| | | DOF | Brown, Vince (CAPOffice) | 2/20/2007 | Email | Wilkening, Mike (DOF - Program Budget Manager, Health and Human Services, HHS) | Brown, Vince (DOF - Chief Deputy Director of Budgets); Kessler, Steve | Pre-decisional email thread discussing highlights from 02/16/2007 CDCR Legal Meeting including the CCPOA arbitration settlement, impact of CDC raises on DMH and DDS, Coleman Long-Term Bed Plan, and CDCR pharmaceutical contract negotiations. |
| | | DOF | | 2/2/2007 | Email | Jerue, Todd (DOF - Program Budget Manager, Resources, Environment, Capital Outlay and Otros, RECO); Theodorovic, Zlatko (DOF - Budgets), Finn, Karen (DOF - Program Budget Manager); Thomson, Jac-Marie (DOF - Pr | Bryant, Cynthia (GOV);Durmoyer, Dan (GOV - Deputy Chief of Staff and Assistant Program Budget Manager, CorGen); Thomson, Jac-Marie (DOF - Pr | Pre-decisional email thread discussing tentative schedule for February 7, 2007 Correctional Health Care and Related Lawsuit Compliance meeting. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| | | DOF | Finn, Karen (CAPOutlay) | 5/2/2007 | Email | Martone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO) | Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros concerns. | Pre-decisional email thread discussing AB 900 |
| | | DOF | Finn, Karen (CAPOutlay) | 10/17/2007 | Report | CDCR | DOF | Pre-decisional report titled "Assessment of Authorization for Infill Program in AB 900. |
| E00020707 | E00020709 | DOF | Rogers, Greg (CAPOutlay) | 9/26/2007 | Email | Palmer, H.D. (DOF - Deputy Director of External Affairs) | Brown, Vince (DOF - Chief Deputy Director of Budgets); Genest, Mike, McLear, Aaron; Rogers, Greg (DOF - Assistant Budget Manager, Capital Outlay RECO); Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen); Thompson, Donald | Email thread discussing receiver's report. |
| | | DOF | Rogers, Greg (CAPOutlay) | 4/18/2007 | Graph/Chart | Chung-Ng, Veronica | Rogers, Greg (DOF - Assistant Budget Manager, Capital Outlay, RECO); Sheehan, Anne | Proposed chart on Spending per California Resident, 1993-2007. |
| | | DOF | Rogers, Greg (CAPOutlay) | 4/18/2007 | Email | Chung-Ng, Veronica | Rogers, Greg (DOF - Assistant Budget Manager, Capital Outlay, RECO); Sheehan, Anne | Proposed chart on Spending per California Resident, 1993-2007. |
| E00020710 | E00020712 | DOF | Rogers, Greg (CAPOutlay) | 4/6/2006 | Graph/Chart | Genest, Mike | Brown, Vince (DOF - Chief Deputy Director of Budgets); Bruss, Gregory, Chaves, Oscar, Chung-Ng, Veronica, Kessler, Stephen (CDCR - Undersecretary, Program Support); Sheehan, Anne | Proposed chart on Spending per California Resident, 1993-2007. |
| E00020710 | E00020712 | DOF | Rogers, Greg (CAPOutlay) | 4/6/2006 | Email | Genest, Mike | Brown, Vince (DOF - Chief Deputy Director of Budgets); Bruss, Gregory, Chaves, Oscar, Chung-Ng, Veronica, Kessler, Stephen (CDCR - Undersecretary, Program Support); Sheehan, Anne | Email thread discussing 00/00/2002 mid-year cut proposals. |
| | | DOF | Genest, Michael (CAPOffice) | 12/30/2006 | Email | Genest, Mike; Kessler, Steve | Brown, Vince (DOF - Chief Deputy Director of Budgets); Bryant, Cynthia (GOV)/Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary)/Genest, Mike/Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary)/Kennedy, Susan (GOV - Chief of Staff)/Sheehan, Anne | Email thread containing pre-decisional discussion of Budget Summary. |
| | | DOF | Genest, Michael (CAPOffice) | 12/30/2006 | Report | Genest, Mike; Kessler, Steve | Brown, Vince (DOF - Chief Deputy Director of Budgets); Bryant, Cynthia (GOV)/Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary)/Genest, Mike/Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary)/Kennedy, Susan (GOV - Chief of Staff)/Sheehan, Anne | Pre-decisional draft of Governor's Budget for 2007-2008. |
| | | DOF | Genest, Michael (CAPOffice) | 12/26/2006 | Email | Genest, Mike (DOF - Director) | Bryant, Cynthia (GOV); Klass, Fred, Oropeza, Jeannie, Sheehan, Anne | Email thread attaching and discussing SGP issue including transportation, whether or not to address building schools, and attaching BS-INF-W draft as of 12/22/2006. |
| | | DOF | Genest, Michael (CAPOffice) | 12/22/2006 | Report | Genest, Mike (DOF - Director) | Bryant, Cynthia (GOV); Klass, Fred, Oropeza, Jeannie, Sheehan, Anne | Pre-decisional BS-INF-W draft report titled The California Strategic Growth Plan. |
| | | DOF | Genest, Michael (CAPOffice) | 12/26/2006 | Email | Genest, Mike | Kennedy, Susan (GOV - Chief of Staff) | Email thread containing pre-decisional discussion of SGP A-Pages. |
| | | DOF | Genest, Michael (CAPOffice) | 12/26/2006 | Report | Genest, Mike | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional draft of California Strategic Growth Plan. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| E00021998 | E00021999 | DOF | Wunderlich, Natasha | 3/19/2007 | Memo | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary); Dummoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Genest, Mike; Kennedy, Susan (GOV - Chief of Staff) | Memo discussing DMH Staffing Crisis and LA Times Coverage, attached to privilegedEmail. |
| E00022108 | E00022109 | DOF | Sturges, Jay | 5/22/2006 | Email | Martinez, Nora | Gustafson, Gordon, Howard, Justyn (DOF - Assistant Finance Budget Analyst, CorGen); Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen) | Email thread discussing and attaching pre-decisional spreadsheet titled Trailer Bill List (post May Revision). |
| E00022108 | E00022109 | DOF | Sturges, Jay | 5/22/2006 | Graph/Chart | Martinez, Nora | Gustafson, Gordon, Howard, Justyn (DOF - Assistant Finance Budget Analyst, CorGen); Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen) | Pre-decisional Trailer Bill List as of May 22 for FY 2005 - 2006 and FY 2006 - 2007. |
| E00022106 | E00022107 | DOF | Sturges, Jay | 5/1/2006 | Graph/Chart | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen) | Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen) | Pre-decisional Trailer Bill List as of May 25 for FY 2005 - 2006 and FY 2006 - 2007. |
| E00022106 | E00022107 | DOF | Sturges, Jay | 5/1/2006 | Email | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen) | Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen) | Email thread discussing pre-decisional May Revision Trailer Bill list update and language, and attaching spreadsheet titled Trailer Bill List as of May Revision. |
| E00022110 | E00022112 | DOF | Osborn, Jennifer | 5/14/2007 | Notes | Osborn, Jennifer (DOF - Principal Analyst, CorGen); Johnson, Nathan; Lewis, David | Osborn, Jennifer (DOF - Program Budget Manager, CorGen); Jerue, Todd (DOF - Corrections and General Government, CorGen) | Notes detailing sensitive issues in conference. |
| E00022110 | E00022112 | DOF | Osborn, Jennifer | 5/14/2007 | Notes | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen) | Osborn, Jennifer (DOF - Program Budget Manager, CorGen); Jerue, Todd (DOF - Corrections and General Government, CorGen) | Notes detailing CDCR related issues that still nee to be addressed. |
| E00022112 | | DOF | Sturges, Jay | 6/2/2006 | Graph/Chart | Martinez, Nora | Sturges, Jay (DOF - Principal Program Budget Analyst, CorGen) | Pre-decisional Trailer Bill List as of June 2 for FY 2005 - 2006 and FY 2006 - 2007. |
| E00022198 | E00022202 | DOF | Sturges, Jay | 5/21/2007 | Agenda | Bosler, Keely M. (Senate Budget and Fiscal Review Committee - Consultant) | Various | Pre-decisional agenda for Senate Committee on Budget and Fiscal Review - Four meeting. |
| E00022198 | E00022202 | DOF | Sturges, Jay | 5/21/2007 | Agenda | Bosler, Keely M. (Senate Budget and Fiscal Review Committee - Consultant) | Various | Pre-decisional agenda for Senate Committee on Budget and Fiscal Review - Subcommittee No. Four meeting. |
| E00022198 | E00022202 | DOF | Sturges, Jay | 5/21/2007 | Graph/Chart | Bosler, Keely M. (Senate Budget and Fiscal Review Committee - Consultant) | Various | Pre-decisional spreadsheet attached to agenda fo Senate Committee on Budget and Fiscal Review - Subcommittee No. Four meeting. |
| E00022198 | E00022202 | DOF | Sturges, Jay | 5/21/2007 | Agenda | Bosler, Keely M. (Senate Budget and Fiscal Review Committee - Consultant) | Various | Pre-decisional agenda for Senate Committee on Budget and Fiscal Review - Subcommittee No. Four meeting. |
| | | DOF | Theodorovic, Zlatko | 05/00/2007 | Report | CDCR | DOF | Pre-decisional draft of Corrections and Rehabilitation May Revisions. |
| | | DOF | Theodorovic, Zlatko | 05/00/2007 | Report | CDCR | DOF | Pre-decisional draft of Corrections and Rehabilitation May Revisions - Governor's Anti-Gang Initiative. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| E00027827 | E00027832 | Department of Finance | Benson, Stephen | 5/17/2007 | Memo | Sifuentes, George (CDCR - Director, Office of Facility Planning, Management and Construction) | Alvarez, Danny; Benson, Stephen (DOF - Finance Budget Analyst, Capital Outlay); Borg, Dean (CDCR - Assistant Deputy Director, Office of Facilities Management); Bosler, Keely M. (Senate Budget and Fiscal Review Committee - Consultant); Brown, Brian (Legis) | Pre-decisional memo containing Corrections Standard Authority. May Revision. |
| E00027853 | E00027855 | DOF | Miyao, Michael | 10/2/2007 | Email | Miyao, Michael (DOF - Junior Staff Analyst, CorGen) | Leonardi, Nancy | Email attaching pre-decisional Plata HR support and questions. |
| E00027853 | E00027855 | DOF | Miyao, Michael | 10/2/2007 | Notes | Miyao, Michael (DOF - Junior Staff Analyst, CorGen) | Leonardi, Nancy | Pre-decisional Human Resources Support BCP Fiscal Year 2008-09. |
| E00027855 | E00027857 | DOF | Osborn, Jennifer | 8/20/2007 | Email | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Carney, Scott (CDCR - Deputy Director, Business Services); Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary); Jett, Kathy (CDCR - Undersecretary for Programs); Kessler, Stephen (CDCR - Undersecretary, Program Support); Osborn, Jennifer (DOF - Princip | Pre-decisional email about Rehab Strike Team. |
| E00027964 | E00027965 | DOF | Osborn, Jennifer | 12/13/2006 | Report | Hayhoe, Joyce (CDCR - Assistant Secretary, Office of Legislation); Kennedy, Susan (GOV - Chief of Staff) | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen) | Pre-decisional report discussing Prison and parole reform options. |
| E00027964 | E00027965 | DOF | Osborn, Jennifer | 12/14/2006 | Email | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen); Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Email attaching pre-decisional briefing |
| E00027966 | E00027970 | DOF | Osborn, Jennifer | 12/7/2006 | Email | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen); Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Email attaching pre-decisional briefing documents |
| E00027966 | E00027970 | DOF | Osborn, Jennifer | 12/7/2006 | Report | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen); Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Pre-decisional Prison reform options. |
| E00027966 | E00027970 | DOF | Osborn, Jennifer | 12/7/2006 | Legislation | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen); Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Proposed language sentencing commission. |
| E00027966 | E00027970 | DOF | Osborn, Jennifer | 12/7/2006 | Legislation | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen); Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen) | Proposed language parole reform. |
| E00027966 | E00027970 | DOF | Osborn, Jennifer | 12/7/2006 | Graph/Chart | Osborn, Jennifer (DOF - Principal Program Budget Analyst, CorGen); Theodorovic, Zlatko (DOF - Program Budget Manager, CorGen) | Arnold, Molly (DOF - Chief Counsel); Brown, Vince (DOF - Chief Deputy Director of Budgets); Finn, Karen (DOF - Program Budget Manager, Resources, Environment, Capital Outlay, and Otros, RECO); Kessler, Stephen (CDCR - Undersecretary, Program Support); Thomson | Felony Classification attached to privileged email. |
| | E00027970 | DOF | Sturges, Jay | 2/23/2007 | Email | Marrone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO) | Matrone, Jim (DOF - Principal Program Budget Analyst, Capital Outlay, RECO); Kessler, Stephen (CDCR - Undersecretary, Program Support); Thomson | Email thread discussing draft response to report. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 12/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| | | GOV | Petersilia, Joan and Hysen, Debra | 10/25/2007 | Report | Petersilia, Joan (GOV - Current Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional draft of Governor's Rehabilitation Strike Team - A Status Report and Roadmap. |
| | | GOV | Petersilia, Joan and Hysen, Debra | 08/00/2007 | Report | | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional draft of Recommendations concerning Department Policy, Budget, Facilities, and Program Changes. |
| | | GOV | Petersilia, Joan and Hysen, Debra | 08/00/2007 | Report | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional draft of AB 900 - Rehabilitation Strike Team Recommendations to CDCR. |
| | | GOV | Petersilia, Joan and Hysen, Debra | 5/25/2007 | Report | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Reform Secretary);Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of AB 900 Facilities Strike Team Recommendations to CDCR. |
| | | GOV | Gore, Robert | | Report | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Tilton, Jim (CDCR - Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Reform Options. | Pre-decisional draft of CDCR Prison and Parole Reform Options. |
| | | GOV | Gore, Robert | | Report | Csizmar, Eric (GOV - Deputy Legislative Secretary)/Saragosa, Michael (GOV - Deputy Cabinet Secretary) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of briefing for 12/21/2006 Prison Reform media event. |
| | | GOV | Nonaka, Linda | 6/20/2007 | Report | Jett, Katty (GOV - Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Governor's Rehabilitation Program Projects. |
| | | GOV | Nonaka, Linda | 6/20/2007 | Report | Jett, Katty (GOV - Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Rehabilitation, Addiction, Vocational Education and Job Training Workgroup Summary. |
| | | GOV | Nonaka, Linda | 6/20/2007 | Report | Jett, Katty (GOV - Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Rehabilitation Program Services Strategic Plan. |
| | | GOV | Nonaka, Linda | 8/1/2007 | Report | Jett, Katty (GOV - Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Governor's Rehabilitation Strike Team Status Report. |
| | | GOV | Nonaka, Linda | 8/25/2007 | Report | Jenness, Valerie | Sore, Robert (GOV - Acting Chief Deputy Secretary);Tilton, Jim (CDCR - Secretary), Jett, Katty (GOV - Chair of Rehabilitation Strike Team) | Pre-decisional draft of Governor's Rehabilitation Strike Team Request for Proposals. |
| | | GOV | Dunmoyer, Dan | 12/18/2006 | Report | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Tilton, Jim (CDCR - Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Reform Options. | Pre-decisional draft of CDCR Prison and Parole Reform Options. |
| | | GOV | Dunmoyer, Dan | 12/21/2006 | Report | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Tilton, Jim (CDCR - Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional draft of Prison Reform Proposal. |
| | | GOV | Kennedy, Susan | 12/21/2006 | Report | Kennedy, Susan (GOV - Chief of Staff) | Kahn, Chris (GOV - Legislative Secretary)/Prosio, Michael/Ryan, Chris (GOV) | Email thread discussing Sentencing Commission Bill. |
| | | GOV | Kahn, Chris | 9/2/2007 | Email | Kahn, Chris (GOV) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary)/Prosio, Michael/Ryan, Chris | Email thread discussing Sentencing Commission Bill. |
| | | GOV | Kahn, Chris | 9/2/2007 | Email | Ryan, Chris (GOV) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary)/Kennedy, Susan (GOV - Chief of Staff)/Prosio, Michael | Email thread discussing Sentencing Commission Bill. |
| | | GOV | Kahn, Chris | 9/2/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary)/Prosio, Michael/Ryan, Chris (GOV) | Email thread discussing Sentencing Commission Bill. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| E00082946 | E00082948 | GOV | Kahn, Chris | 5/1/2007 | Report | Ashford, Elizabeth (GOV - Deputy Communications Secretary) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Pre-decisional draft of report titled More Rehabilitation, Fewer Victims. |
| | | GOV | Kahn, Chris | 2/26/2007 | Email | Jetue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Cszmar, Eric (GOV - Deputy Legislative Secretary);Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Theodorovic, Zlatko (DOF - Assistant Program Budget Manager, CorGen); Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Kennedy, Susan (GOV - Chief of Staff);Mendelsohn, Adam | Email thread attaching pre-decisional draft Proposal for Early Release. |
| | | GOV | Kahn, Chris | 9/25/2007 | Email | Malie, Bill | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Email discussing draft of press release. |
| | E00082958 | GOV | Kahn, Chris | 9/2/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Prosio, Michael;Ryan, Chris (GOV). | Email thread discussing Sentencing Commission Bill. |
| E00082959 | E00082959 | GOV | Kahn, Chris | 6/19/2007 | Report | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Cszmar, Eric (GOV - Deputy Legislative Secretary) | Pre-decisional draft of AB 900 TBL Merged language document. |
| E00082960 | E00082960 | GOV | Kahn, Chris | 6/11/2007 | Report | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Gonzalez, Deborah; Chick, Dan | Pre-decisional email thread discussing CCPOA |
| E00082960 | E00082961 | GOV | Kahn, Chris | 5/11/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Gonzalez, Deborah; Chick, Dan | Pre-decisional draft Governor's Budget May Revision 2007/2008. |
| E00082961 | E00082961 | GOV | Kahn, Chris | 5/12/2007 | Report | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary);Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Sore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Kennedy, Susan (GOV - Chief of Staff);Mendelsohn, Adam | Pre-decisional draft Governor's Budget May Revision 2007/2008. |
| | | GOV | Kahn, Chris | 5/10/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Bosler, Keely M. (Senate Budget and Fiscal Review Committee - Consultant);Cooper, Allan;Cornett, Craig (Budget Director for Speaker of the Assembly);Cummins, Diane;Curran, Shelley;Gonzalez, ;Lewis, David (CDCR - Associate Director of Fiscal Service | Pre-decisional email thread discussing CDCR Strike Teams Press Release. |
| | | GOV | Kahn, Chris | 5/11/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing press release on Prison Reform Plan. |
| | | GOV | Kahn, Chris | 5/4/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Cornett, Craig (Budget Director for Speaker of the Assembly) | Pre-decisional email thread discussing Implementation of AB 900. |
| | | GOV | Kahn, Chris | 5/4/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing Implementation of AB 900. |
| | | GOV | Kahn, Chris | 5/4/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Cornett, Craig (Budget Director for Speaker of the Assembly) | Pre-decisional email thread discussing Implementation of AB 900. |
| E00082971 | E00082971 | GOV | Kahn, Chris | 9/2/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Cszmar, Eric (GOV - Deputy Legislative Secretary) | Email thread attaching pre-decisional draft of AB 900. |
| E00082971 | E00082972 | GOV | Kahn, Chris | 5/22/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Cszmar, Eric (GOV - Deputy Legislative Secretary) | Email thread attaching pre-decisional draft of Prison Bill Signing speech. |
| E00082972 | E00082972 | GOV | Kahn, Chris | | Presentation | Cszmar, Eric (GOV - Deputy Legislative Secretary) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Pre-decisional draft of Prison Bill Signing speech. |
| | | GOV | Kahn, Chris | 5/3/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Cszmar, Eric (GOV - Deputy Legislative Secretary); Legislative Secretary) | Email containing pre-decisional draft of letter to Senator Ackerman. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| E00084212 | E00084213 | GOV | Gore, Robert | 9/30/2007 | Report | Johnson, Lester | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional report detailing Develop And Implement A Behavioral Management Plan For Adult Offenders In A CDCR Reception Center, Prison, And Parole Region. |
| | E00084219 | GOV | Gore, Robert | 9/18/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Ashford, Elizabeth (GOV - Deputy Communications Secretary) | Pre-decisional email thread discussing report titles. Governors Vision on Prison Reform will increase Public Safety. |
| | | GOV | Gore, Robert | 9/19/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Ashford, Elizabeth (GOV - Deputy Communications Secretary) | Pre-decisional email thread discussing Governors Vision on Prison Reform will increase Public Safety. |
| | E00084221 | GOV | Gore, Robert | 9/18/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email discussing CDCR Bed Bed Reduction Plan. |
| E00084221 | | GOV | Gore, Robert | 9/14/2007 | Email | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Email discussing and attaching pre-decisional letters. |
| | | GOV | Gore, Robert | 9/14/2007 | Letter | Hsiang, Jessica | Davey, Melissa (CDCR - Administrative Assistant to the Secretary); Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional draft letter discussing Valley Fever impact on AB 900. |
| E00084222 | | GOV | Gore, Robert | 9/11/2007 | Email | Hsiang, Jessica | Davey, Melissa (CDCR - Administrative Assistant to the Secretary); Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Email attaching pre-decisional draft article discussing out of state inmate transfers. |
| E00084222 | E00084224 | GOV | Gore, Robert | 9/11/2007 | Article | Unger, Seth (CDCR - Press Secretary) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional draft article discussing out of state inmate transfers. |
| E00084224 | | GOV | Gore, Robert | 9/6/2007 | Presentation | Unger, Seth (CDCR - Press Secretary) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional draft speech discussing three judge panel. |
| E00084295 | | GOV | Gore, Robert | 8/29/2007 | Email | Kepley, John | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional email thread discussing bullet point solutions for prison overcrowding. |
| E00084294 | | GOV | Gore, Robert | 8/29/2007 | Email | Starr, Shane (GOV - Executive Office Assistant) | Starr, Shane (GOV - Executive Office Assistant); Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional email thread discussing bullet point solutions for prison overcrowding. |
| | | GOV | Gore, Robert | 8/22/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional email thread discussing community forums to discuss programming for re-entry facilities. |
| | | GOV | Gore, Robert | 8/21/2007 | Email | Starr, Shane (GOV - Executive Office Assistant) | Gore, Anita | Pre-decisional email thread discussing community forums to discuss programming for re-entry facilities. |
| | | GOV | Gore, Robert | 8/21/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional email thread discussing community forums to discuss programming for re-entry facilities. |
| | | GOV | Gore, Robert | 8/21/2007 | Email | Sawyer, Tom | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional email thread discussing community forums to discuss programming for re-entry facilities. |
| | | GOV | Gore, Robert | 8/21/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Sawyer, Tom | Pre-decisional email thread discussing community forums to discuss programming for re-entry facilities. |
| | | GOV | Gore, Robert | 8/17/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Kennedy, Susan (GOV - Chief of Staff); Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Pre-decisional email thread discussing CDCR GO project list. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| | | GOV | Durmoyer, Dan | 8/1/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Kennedy, Susan (GOV - Chief of Staff), Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional email discussing prison construction. |
| E00084623 | E00084623 | GOV | Durmoyer, Dan | 8/1/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Email thread attaching pre-decisional draft press release discussing Governors' AB 900 Facilities Strike Team recommendations for AB 900 implementation. |
| E00084624 | E00084624 | GOV | Durmoyer, Dan | 6/18/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional draft press release discussing Governors' AB 900 Facilities Strike Team recommendations for AB 900 implementation. |
| | E00084624 | GOV | Durmoyer, Dan | 6/18/2007 | Article | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Email thread attaching pre-decisional draft press release discussing Governors' AB 900 Facilities Strike Team recommendations for AB 900 implementation. |
| E00084625 | | GOV | Durmoyer, Dan | 6/19/2007 | Email | Dumoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional draft press release discussing Governors' AB 900 Facilities Strike Team recommendations for AB 900 implementation. |
| E00084626 | E00084626 | GOV | Durmoyer, Dan | 6/19/2007 | Article | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Durmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional draft press release discussing Governors' AB 900 Facilities Strike Team recommendations for AB 900 implementation. |
| | | GOV | Kennedy, Susan | 9/25/2007 | Email | Malie, Bill | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing article pertaining to creation of first secure community reentry facility. |
| | | GOV | Kennedy, Susan | 9/25/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Malie, Bill | Pre-decisional email thread discussing article pertaining to creation of first secure community reentry facility. |
| | | GOV | Kennedy, Susan | 9/6/2007 | Email | Ripchick, Colleen (Press Office of Governor Arnold Schwarzenegger) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing article pertaining to Schwarzenegger joining with Assembly Republicans and law enforcement officials to warn of possible inmate release. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread requesting timeline for implementation of 12 month cleanup. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread requesting timeline for implementation of 12 month cleanup. |
| | | GOV | Kennedy, Susan | 8/24/2007 | Email | Ashford, Elizabeth (GOV - Deputy Communications Secretary); Kazarian, Kamig (GOV - Special Assistant to Chief of Staff) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing budget press release. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional email thread requesting timeline for implementation of 12 month cleanup. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional email thread discussing article pertaining to implementation of 12 month cleanup. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Tilton, Jim (CDCR - Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing timeline for implementation of 12 month cleanup. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kazarian, Kamig (GOV - Special Assistant to Chief of Staff) | Pre-decisional email thread discussing parole reform. |
| | | GOV | Kennedy, Susan | 5/14/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kazarian, Kamig (GOV - Special Assistant to Chief of Staff) | Pre-decisional email thread discussing funding allotments. |
| | | GOV | Kennedy, Susan | 5/3/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Malie, Bill | Pre-decisional email thread discussing press release pertaining to Schwarzenegger signing AB 900. |
| | | GOV | Kennedy, Susan | 3/12/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Malie, Bill | Pre-decisional email thread providing article discussing safety concerns with AB 900 implementation. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| E00084623 | E00084624 | GOV | Dunmoyer, Dan | 8/1/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Kennedy, Susan (GOV - Chief of Staff); Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional email discussing prison construction. |
| E00084623 | E00084624 | GOV | Dunmoyer, Dan | 6/18/2007 | Email | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Email thread attaching pre-decisional draft press release discussing Governors' AB 900 Facilities Strike Team recommendations for AB 900 implementation. |
| E00084623 | E00084624 | GOV | Dunmoyer, Dan | 6/18/2007 | Article | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional draft press release discussing Governors' AB 900 Facilities Strike Team recommendations for AB 900 implementation. |
| E00084625 | E00084626 | GOV | Dunmoyer, Dan | 6/19/2007 | Email | Gore, Robert (GOV - Acting Chief Cabinet Secretary) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Kennedy, Susan (GOV - Chief of Staff) | Email thread attaching pre-decisional draft press release discussing Governors' AB 900 Facilities Strike Team recommendations for AB 900 implementation. |
| E00084625 | E00084626 | GOV | Dunmoyer, Dan | 6/19/2007 | Article | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary); Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional draft press release discussing Governors' AB 900 Facilities Strike Team recommendations for AB 900 implementation. |
| E00084623 | E00084626 | GOV | Kennedy, Susan | 9/25/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing article pertaining to creation of first secure community re entry facility |
| | | GOV | Kennedy, Susan | 9/6/2007 | Email | Maile, Bill | Maile, Bill | Pre-decisional email thread discussing article pertaining to creation of first secure community re entry facility |
| | | GOV | Kennedy, Susan | 9/25/2007 | Email | Ripotnick, Colleen (Press Office of Governor Arnold Schwarzenegger) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing article pertaining to Schwarzenegger joining with Assembly Republicans and law enforcement officials to warn of possible inmate release. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Ashford, Elizabeth (GOV - Deputy Communications Secretary); Kazarian, Karnig (GOV - Special Assistant to Chief of Staff; Maile, Bill; Mendelsohn, Adam | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing budget press release. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kazarian, Karnig (GOV - Special Assistant to Chief of Staff) | Pre-decisional email thread requesting timeline for implementation of 12 month cleanup. |
| | | GOV | Kennedy, Susan | 8/24/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional email thread requesting timeline for implementation of 12 month cleanup. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread requesting timeline for implementation of 12 month cleanup. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread requesting timeline for implementation of 12 month cleanup. |
| | | GOV | Kennedy, Susan | 7/25/2007 | Email | Tilton, Jim (CDCR - Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing parole reform. |
| | | GOV | Kennedy, Susan | 5/14/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kazarian, Karnig (GOV - Special Assistant to Chief of Staff) | Pre-decisional email thread discussing funding allotments. |
| | | GOV | Kennedy, Susan | 5/3/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kazarian, Karnig (GOV - Special Assistant to Chief of Staff) | Pre-decisional email thread discussing press release pertaining to Schwarzenegger signing AB 900. |
| | | GOV | Kennedy, Susan | 3/12/2007 | Email | Maile, Bill | Maile, Bill | Pre-decisional email thread providing article discussing safety concerns with AB 900 implementation. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| | | CDCR | | 02/00/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2008/2009 Capital Outlay BCP for Salinas Valley State Prison 70-Bed EOP / Administrative Segregation Unit Mental Health Facility. |
| | | CDCR | | 02/00/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2008/2009 Capital Outlay BCP for Salinas Valley State Prison Mental Health Facility. |
| | | CDCR | | 1/2/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2007/2008 Capital Outlay BCP for Salinas Valley State Prison Mental Health Treatment and Program, Space. |
| | | CDCR | | 1/2/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2008/2009 Capital Outlay BCP for Salinas Valley State Prison Mental Health Treatment and Program, Space. |
| | | CDCR | | 7/11/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2008/2009 Capital Outlay BCP for Salinas Valley State Prison Mental Health Treatment and Program, Space. |
| | | CDCR | | 02/00/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2008/2009 Capital Outlay BCP for Salinas Valley State Prison Mental Health Treatment and Program, Space. |
| | | CDCR | | 2/23/2007 | Memo | Sifuentes, George (CDCR - Director, Office of Facility Planning, Management and Construction) | Alston, Steve M.;Farber-Szekrenyi, Peter (CDCR - Director, DCHCS);Jett, Kathy; Keller, Darc (CDCR - Former Deputy Director, Division of Correctional Health Care Services);Kernan, Scott (CDCR - Deputy Director, Division of Adult Institutions;Marigum, Jaime | Pre-decisional memo discussing CDCR 5-Year Infrastructure Plan. |
| | | CDCR | | 2/8/2007 | Memo | Sifuentes, George (CDCR - Director, Office of Facility Planning, Management and Construction) | Baldo, Jeff (CDCR - Office of Information Technology);Burruel, Armand (CDCR - Acting Director, Division of Reentry and Recidivism Reduction);Deerbaugh, Dennis (CDCR - Information Technology Services);Dovey, John (CDCR - Director, Division of Adult Institut | Pre-decisional memo discussing CDCR 5-Year Infrastructure Plan. |
| | | CDCR | | 02/00/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional Facility Project SRP COBCP |
| | | CDCR | | 02/00/2007 | Report | Genest, Mike (DOF - Director) | | COSTS report. |
| | | DOF | | 02/00/2007 | Report | Genest, Mike | | COSTS report. |
| | | DOF | | 5/22/2007 | Email | Genest, Mike | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing department funding scenarios. |
| | | DOF | | 4/23/2007 | Email | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets);Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary);Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Kennedy, Susan (GOV - Chief of Staff);Klass, Fred;Lynn, Tim (DOF);Mendels | Pre-decisional email thread discussing Coleman salary increases. |
| | | DOF | | 4/23/2007 | Email | Genest, Mike (DOF - Director) | Genest, Mike (DOF - Director) | Pre-decisional email thread discussing Coleman salary increases. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege in 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| | | DOF | | 4/23/2007 | Email | Genest, Mike (DOF - Director) | Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary);Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Gilb, Dave (DPA),Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Kennedy, Susan (GOV - Chief of Staff);Klass, Fred;M | Pre-decisional email thread discussing Coleman salary increases. |
| E00098484 | E00098488 | DOF | | 3/21/2007 | Email | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Pre-decisional email thread discussing budget issues and attaching budget documents. |
| E00098484 | E00098488 | DOF | | 3/21/2007 | Email | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Pre-decisional report on budget for Governor's Finance Letter Meeting. |
| E00098484 | E00098488 | DOF | | 3/21/2007 | Report | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Pre-decisional summary of Recommended 04/01/2007 Finance Letters. |
| E00098484 | E00098488 | DOF | | 3/21/2007 | Graph/Chart Report | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Pre-decisional summary of all approved General Fund issues. |
| E00098484 | E00098488 | DOF | | 3/20/2007 | Financial Report | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Fund Net Operating Surplus. |
| E00098484 | E00098488 | DOF | | 3/20/2007 | Financial | Genest, Mike (DOF - Director) | Corrections and General Government, CorGen) | Pre-decisional summary of 2007/2008 General |
| | | DOF | | 12/27/2006 | Email | Genest, Mike (DOF - Director) | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Pre-decisional email thread discussing CDCR teacher salaries. |
| | | DOF | | 12/27/2006 | Email | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets);Gilb, Dave (DPA);Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing increasing CDCR teacher salaries. |
| | | DOF | | 12/11/2006 | Email | Genest, Mike (DOF - Director) | Hill, Mark;Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen);Schwind, Maureen (DOF - Assistant to Director) | Pre-decisional email thread discussing increasing CDCR teacher salaries. |
| | | DOF | | 12/10/2006 | Email | Genest, Mike (DOF - Director) | Klass, Fred | Pre-decisional email thread discussing possibility funding drug treatment programs with parole reform savings. |
| | | DOF | | 12/10/2006 | Email | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets);Kessler, Steve | Pre-decisional email thread discussing possibility funding drug treatment programs with parole reform savings. |
| | | DOF | | 7/5/2006 | Email | Genest, Mike (DOF - Director) | Budgets);Kessler, Steve | Pre-decisional email thread discussing possibility funding drug treatment programs with parole reform savings. |
| | | DOF | | 7/5/2006 | Email | Genest, Mike (DOF - Director) | Kennedy, Susan (GOV - Chief of Staff);Wetmore, David | Pre-decisional email thread discussing constructi of Mendota Prison. |
| | | DOF | | 7/5/2006 | Email | Genest, Mike (DOF - Director) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing constructi of Mendota Prison. |
| | | DOF | | 10/24/2007 | Email | Genest, Mike (DOF - Director) | Arnold, Molly (DOF - Chief Counsel);Klass, Fred | Pre-decisional email thread discussing pay increase proposal. |
| | | DOF | | 7/30/2007 | Email | Genest, Mike (DOF - Director) | Belshe, Kimberly (CHHS);Boynton, Ann (CHHS - Undersecretary);Munso, Joe (CHHS) | Pre-decisional email thread discussing DMH staffing. |
| | | DOF | | 7/20/2007 | Email | Genest, Mike (DOF - Director) | Ashford, Elizabeth (GOV - Deputy Communications Secretary) | Pre-decisional email thread discussing 2008 Budget Talking Points. |
| | | DOF | | 7/20/2007 | Email | Genest, Mike (DOF - Director) | Ashford, Elizabeth (GOV - Deputy Communications Secretary) | Pre-decisional email thread discussing 2008 Budget Talking Points. |
| | | DOF | | 7/20/2007 | Email | Genest, Mike (DOF - Director) | Mendelson, Adam | Pre-decisional email thread discussing 2008 Budget Talking Points. |
| | | DOF | | 4/23/2007 | Email | Genest, Mike (DOF - Director) | Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary);Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Gilb, Dave (DPA);Wikening, Mike | Pre-decisional email thread discussing salary increase proposal. |
| | | DOF | | 3/23/2007 | Email | Genest, Mike (DOF - Director) | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Pre-decisional email thread discussing DMH briefing for Governor. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
|  |  | GOV | Petersilia, Joan and Hysen, Debra | 10/3/2007 | Report | Petersilia, Joan (GOV - Current Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional draft of Governor's Rehabilitation Strike Team - A Status Report and Roadmap. |
|  |  | GOV | Petersilia, Joan and Hysen, Debra | 08/00/2007 | Report | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional draft of Recommendations concerning Department Policy, Budget, Facilities, and Program Changes. |
|  |  | GOV | Petersilia, Joan and Hysen, Debra | 5/25/2007 | Report | Hysen, Deborah (GOV - Chair, AB 900 Facilities Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Pre-decisional draft of AB 900 Facilities Strike Team Recommendations to CDCR. |
|  |  | GOV | Gore, Robert |  | Report | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary),Tilton, Jim (CDCR - Secretary) | Durmoyer, Dan (GOV - Deputy Chief of Staff and Reform Options.) | Pre-decisional draft of CDCR Prison and Parole Reform Options. |
|  |  | GOV | Gore, Robert | 12/21/2006 | Report | Csizmar, Eric (GOV - Deputy Legislative Secretary),Saragosa, Michael (GOV - Deputy Cabinet Secretary) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary),Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of briefing for 12/21/2006 Prison Reform media event. |
|  |  | GOV | Noraka, Linda | 6/20/2007 | Report | Jett, Kathy (GOV - Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary),Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Rehabilitation Strike Team Status Report. |
|  |  | GOV | Noraka, Linda | 6/20/2007 | Report | Jett, Kathy (GOV - Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary),Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Rehabilitation Strike Team Status Report. |
|  |  | GOV | Noraka, Linda | 6/20/2007 | Report | Jett, Kathy (GOV - Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary),Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Rehabilitative Services Strategic Plan. |
|  |  | GOV | Noraka, Linda | 8/1/2007 | Report | Jett, Kathy (GOV - Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary),Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Rehabilitation Vocational Education and Job Training Workgroup Program Projects. |
|  |  | GOV | Noraka, Linda | 8/1/2007 | Report | Jett, Kathy (GOV - Chair of Rehabilitation Strike Team) | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary),Tilton, Jim (CDCR - Secretary) | Pre-decisional draft of Rehabilitation Vocational Education and Job Training Workgroup Summary. |
|  |  | GOV | Noraka, Linda | 8/25/2007 | Report | Jenness, Valerie | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary),Tilton, Jim (CDCR - Secretary), Jett, Kathy (GOV - Chair of Rehabilitation Strike Team) | Pre-decisional draft of Governor's Rehabilitation Strike Team Request for Proposals. |
|  |  | GOV | Durnmoyer, Dan | 12/18/2006 | Report | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary),Tilton, Jim (CDCR - Secretary) | Durnmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary) | Pre-decisional draft of CDCR Prison and Parole Reform Options. |
|  |  | GOV | Kennedy, Susan | 12/21/2006 | Report | Kennedy, Susan (GOV - Chief of Staff),Tilton, Jim (CDCR - Secretary) | Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional draft of Prison Reform Proposal. |
|  |  | GOV | Kahn, Chris | 9/2/2007 | Email | Kennedy, Susan (GOV - Chief of Staff) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Prosio, Michael;Ryan, Chris | Email thread discussing Sentencing Commission Bill. |
|  |  | GOV | Kahn, Chris | 9/2/2007 | Email | Ryan, Chris (GOV) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Kennedy, Susan (GOV - Chief of Staff);Prosio, Michael;Ryan, Chris | Email thread discussing Sentencing Commission Bill. |
|  |  | GOV | Kahn, Chris | 9/2/2007 | Email | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Kennedy, Susan (GOV - Chief of Staff);Prosio, Michael;Ryan, Chris | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Prosio, Michael;Ryan, Chris (GOV) | Email thread discussing Sentencing Commission Bill. |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| E00082921 | E00082922 | GOV | Kahn, Chris | 8/28/2007 | Email | Ryan, Chris (GOV) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Pre-decisional draft of Proposed Changes to AB 900. |
| E00082924 | E00082925 | GOV | Kahn, Chris | 8/23/2007 | Email | Ryan, Chris (GOV) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Prosio, Michael | Email thread attaching and discussing pre-decisional draft of Proposed Changes to AB 900. |
| | | GOV | Kahn, Chris | 8/23/2007 | Email | Ryan, Chris (GOV) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Pre-decisional draft of Proposed Changes to AB 900. |
| E00082929 | E00082930 | GOV | Kahn, Chris | 6/19/2007 | Email | Bryant, Cynthia (GOV) | Csazmar, Eric (GOV - Deputy Legislative Secretary;Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Email thread attaching and discussing pre-decisional draft of AB 900 TBL Merged Language. |
| | | GOV | Kahn, Chris | 6/19/2007 | Report | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Pre-decisional draft of AB 900 TBL Merged Language. |
| | | GOV | Kahn, Chris | 6/8/2007 | Report | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Pre-decisional Motion to Approve Senate Version with Modified Trailer Bill Language and Supplemental Reporting Language. |
| E00082931 | E00082933 | GOV | Kahn, Chris | 6/8/2007 | Misc. | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary) | Jerue, Todd (DOF - Program Budget Manager, Corrections and General Government, CorGen) | Pre-decisional draft of Conference Action Comments. |
| E00082935 | E00082937 | GOV | Kahn, Chris | 5/14/2007 | Email | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Pre-decisional email thread discussing 05/00/2007 Revision. |
| | | GOV | Kahn, Chris | 05/00/2007 | Report | Brown, Vince (DOF - Chief Deputy Director of Budgets) | Hill, Mark | Pre-decisional draft of 05/00/2007 Revision Budget Release Briefing. |
| E00082938 | E00082939 | GOV | Kahn, Chris | 5/13/2007 | Email | Hill, Mark | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Email thread attaching pre-decisional draft 2007/2008 of Governor's Budget May Revision 2007/2008. |
| | | GOV | Kahn, Chris | 5/13/2007 | Report | Bryant, Cynthia (GOV) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Pre-decisional draft of Governor's Budget May Revision 2007/2008. |
| | | GOV | Kahn, Chris | 5/10/2007 | Email | Mendelsohn, Adam | Gore, Robert (GOV - Acting Chief Deputy Cabinet Secretary);Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Kennedy, Susan (GOV - Chief of Staff;Maile, Bill | Email discussing pre-decisional draft of press release on Prison Reform Plan. |
| | | GOV | Kahn, Chris | 5/4/2007 | Email | Cornett, Craig (Budget Director for Speaker of the Assembly) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Kennedy, Susan (GOV - Chief of Staff) | Pre-decisional email thread discussing Implementation of AB 900. |
| | | GOV | Kahn, Chris | 5/4/2007 | Email | Cornett, Craig (Budget Director for Speaker of the Assembly) | Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary) | Pre-decisional email thread discussing Implementation of AB 900. |
| | | GOV | Kahn, Chris | 5/4/2007 | Email | | Bosler, Keely M. (Senate Budget and Fiscal Review Committee - Consultant);Cooper, Allan;Cummins, Diane;Curran, Shelley;Gonzalez, Deborah;Kahn, Chris (GOV - Deputy Chief of Staff and Legislative Secretary);Lewis, David (CDCR - Associate Director of ... Fiscal | Pre-decisional email discussing Implementation of AB 900. |
| E00082944 | E00082945 | GOV | Kahn, Chris | 5/3/2007 | Memo | Brown, Brian (Legislative Analyst's Office - Senior Fiscal and Policy Analyst);Carson, Dan (LAO);Durham, Steve | Legislative Correctional Consultants | Pre-decisional memorandum regarding Technical Clean-Up of AB 900 (as enrolled). |

Disputed Documents For Which Defendants Assert Deliberative Process Privilege In 2/15/08 Log (Electronic)

| BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIP | SUMMARY |
|---|---|---|---|---|---|---|---|---|
| | | CDCR | | 02/00/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2008/2009 Capital Outlay BCP for Salinas Valley State Prison 70-Bed EOP / Administrative Segregation Unit Mental Health Facility. |
| | | CDCR | | 1/2/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2007/2008 Capital Outlay BCP for Salinas Valley State Prison Mental Health Treatment and Program; Space. |
| | | CDCR | | 1/2/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2008/2009 Capital Outlay BCP for Salinas Valley State Prison Mental Health Treatment and Program; Space. |
| | | CDCR | | 7/11/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2008/2009 Capital Outlay BCP for Salinas Valley State Prison Mental Health Treatment and Program; Space. |
| | | CDCR | | 02/00/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional 2008/2009 Capital Outlay BCP for Salinas Valley State Prison Mental Health Treatment and Program; Space. |
| | | CDCR | | 2/23/2007 | Memo | Sifuentes, George (CDCR - Director, Office of Facility Planning, Management and Construction) | Alston, Steve M.; Farber-Szekrenyi, Peter (CDCR - Director, DCHCS),Lett, Kathy;Keller, Darc (CDCR - Former Deputy Director, Division of Correctional Health Care Services);Kernan, Scott (CDCR - Deputy Director, Division of Adult Institutions);Mangrum, Jamie | Pre-decisional memo discussing CDCR 5-Year Infrastructure Plan. |
| | | CDCR | | 2/8/2007 | Memo | Sifuentes, George (CDCR - Director, Office of Facility Planning, Management and Construction) | Balto, Jeff (CDCR - Office of Information Technology);Burnell, Armand (CDCR - Acting Director, Division of Reentry and Recidivism Reduction);Deatbaugh, Dennis (CDCR - Information Technology Services);Dovey, John (CDCR - Director, Division of Adult Institut | Pre-decisional memo discussing CDCR 5-Year Infrastructure Plan. |
| | | CDCR | 2/8/2007 | | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | Pre-decisional Facility Project SRP COBCP |
| | | CDCR | | 02/00/2007 | Report | Tilton, Jim (CDCR - Secretary) | Genest, Mike (DOF - Director) | COSTS report. |
| | | CDCR | | 02/00/2007 | Report | Genest, Mike | Genest, Mike (DOF - Director) | COSTS report. |
| | | DOF | | 5/2/2007 | Email | Genest, Mike | Kennedy, Susan (GOV - Chief of Staff); Brown, Vince (DOF - Chief Deputy Director of Budgets);Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary);Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Kennedy, Susan (GOV - Chief of Staff),Klass, Fred;Lynn, Tim (DOF);Mendels | Pre-decisional email thread discussing department funding scenarios. |
| | | DOF | | 4/23/2007 | Email | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets);Calvillo, Alice Dowdin (GOV - Chief Deputy Cabinet Secretary);Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Kennedy, Susan (GOV - Chief of Staff),Klass, Fred;Lynn, Tim (DOF);Mendels | Pre-decisional email thread discussing Coleman salary increases. |
| | | DOF | | 4/23/2007 | Email | Genest, Mike (DOF - Director) | Brown, Vince (DOF - Chief Deputy Director of Budgets);Calvillo, Alice Dowdin (GOV - Deputy Cabinet Secretary);Dunmoyer, Dan (GOV - Deputy Chief of Staff and Cabinet Secretary);Kennedy, Susan (GOV - Chief of Staff),Klass, Fred;Lynn, Tim (DOF);Mendels | Pre-decisional email thread discussing Coleman salary increases. |

EXHIBIT S

1
2
3
4               IN THE UNITED STATES DISTRICT COURTS
5             FOR THE EASTERN DISTRICT OF CALIFORNIA
6             AND THE NORTHERN DISTRICT OF CALIFORNIA
7         UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
8          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
9

| | |
|---|---|
| 10  RALPH COLEMAN, et al., | Case No.: CIV S-90-0520 LKK JFM P |
| 11          Plaintiffs, | **THREE-JUDGE COURT** |
| 12      vs. | |
| 13  ARNOLD SCHWARZENEGGER, et al., | |
| 14          Defendants. | |
| 15  MARCIANO PLATA, et al., | Case No.: C01-1351 THE |
| 16          Plaintiffs, | **THREE-JUDGE COURT** |
| 17      vs. | **INITIAL DISCLOSURES OF** |
| 18  ARNOLD SCHWARZENEGGER, et al., | **WITNESSES AND DOCUMENTS BY**<br>**THE LEGISLATOR INTERVENORS** |
| 19          Defendants. | |

20
21
22
23
24
25
26
27
28

1

1    Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, the Legislator Intervenors

2    provide the following initial disclosures.  The Legislator Intervenors make these disclosures without

3    waiving any claim of privilege, work-product protection, or other protection.

## I. WITNESSES

5    The Legislator Intervenors believe the following individuals are likely to have discoverable

6    information that the Legislator Intervenors may use to support their claims and defenses:

7    1.    **Assemblyman Mike Villines**, State Capitol, Room 3104, Sacramento, CA 94249-0029

8    Subjects: Assemblyman Villines is expected to provide testimony on the corrections-related legislation

9    and legislative alternatives to a prisoner release order.

10   Contact: Assemblyman Villines can be contacted through counsel for the Legislator Intervenors.

11   2.    **Assemblyman Todd Spitzer**, State Capitol, Room 5126, Sacramento, CA 95814

12   Subjects: Assemblyman Spitzer is expected to provide testimony on corrections-related legislation and

13   legislative alternatives to a prisoner release order.

14   Contact: Assemblyman Spitzer can be contacted through counsel for the Legislator Intervenors.

15   3.    **Governor Arnold Schwarzenegger**, State Capitol Building, Sacramento, CA 95814

16   Subjects: Governor Schwarzenegger is expected to give testimony as to past and present efforts by the

17   State to address medical and mental healthcare needs in the prisons.

18   Contact: Governor Schwarzenegger can be contacted through counsel for Defendants.

19   4.    **Susan Kennedy**, Chief of Staff, Office of the Governor, State Capitol Building,

20        Sacramento, CA 95814

21   Subjects: Susan Kennedy is expected to give testimony as to past and present efforts by the State to

22   address medical and mental healthcare needs in the prisons.

23   Contact: Susan Kennedy can be contacted through counsel for Defendants.

24   5.    **Robert Gore,** Deputy Cabinet Secretary, Office of the Governor, State Capitol

25        Building, Sacramento, CA 95814

26   Subjects: Robert Gore is expected to give testimony as to past and present efforts by the State to

27   address medical and mental healthcare needs in the prisons, as well as his work with the Governor's

28   Corrections Strike Teams.

INITIAL DISCLOSURES OF THE LEGISLATOR INTERVENORS

1    Contact: Robert Gore can be contacted through counsel for Defendants.

2        6.    **James Tilton**, Secretary of CDCR, 1515 S Street, Sacramento, CA

3        Subjects: Mr. Tilton is expected to give testimony on the size of the CDCR population and the

4    means of addressing that population through a combination of programs, such as reduced recidivism

5    through parole reform, direct release of certain offenders, enhanced clerical support to enable timely

6    discharge parolees.

7        Contact: Secretary Tilton can be contacted through Defendants' counsel.

8        7.    **Scott Kernan**, Chief Deputy Secretary, Adult Operations, CDCR, 1515 S Street,

9        Sacramento, CA

10       Subjects: Mr. Kernan is expected to give testimony concerning the status, implementation, and

11    impact of the certain programs on the overall size of the CDCR population. He will address the

12    following programs: out-of-state transfer program, in-fill bed program, parole reform measures, and

13    placement in community programs and community correctional facilities.

14       Contact: Scott Kernan can be contacted through Defendants' counsel.

15       8.    **Deborah Hysen**, Chief Deputy Secretary, Facilities, Planning and Construction,

16        CDCR, 1515 S Street, Sacramento, CA (former Chair of the Facilities Strike Team within the

17        Office of the Governor).

18       Subjects: Ms. Hysen is expected to give testimony, based upon her tenure as Chair of the

19    Facilities Construction Strike Team as well as her present and past work administering large

20    construction programs, relevant to the development of the necessary mental health beds, treatment, and

21    office space to meet the mental health care needs of the present and forecasted CDCR mental health

22    population. Ms. Hysen is also anticipated to provide testimony on the development of reentry beds and

23    infill beds to meet the bed and rehabilitation needs of the overall CDCR population. She may also

24    provide a fiscal analysis of the means of financing and administering these construction programs.

25       Contact: Deborah Hysen can be contacted through Defendants' counsel.

26       9.    **Kathryn P. Jett**, Undersecretary Programs, CDCR, 1515 S Street, Sacramento, CA

27        (former Chair of the Facilities Strike Team within the Office of the Governor).

28

INITIAL DISCLOSURES OF THE LEGISLATOR INTERVENORS

1    Subjects:  Ms. Jett is expected to give testimony, based upon her tenure as Chair of the

2  Rehabilitation Strike Team with the Office of the Governor as well as her present work with CDCR,

3  relevant to the status and impact of rehabilitation and reentry beds and programs implemented by

4  CDCR and their impact, if any, on the size of the CDCR population.  She is anticipated to provide

5  testimony on whether there are any means of addressing the size of the CDCR population problems

6  and deficiencies other than placing a cap on or reducing of the prison population or sub-classes of such

7  population.

8    Contact: Ms. Jett can be contacted through Defendants' counsel.

9    10.    **Tom Hoffman**, Director, Division of Adult Parole Operations, CDCR, 1515 S Street,

10    Sacramento, CA

11    Subjects: Mr. Hoffman is expected to give testimony relevant to the status of parole reform

12  measures, including any rehabilitation and reentry programs, and the overall issue of the whether such

13  measures provide a less intrusive means of addressing the CDCR population.

14    Contact: Tom Hoffman can be contacted through Defendants' counsel.

15    11.    **Robin Dezember**, Chief Deputy Secretary, Correctional Health Care Services CDCR,

16    501 J Street, Sacramento, CA

17    Subjects: Mr. Dezember is expected to give testimony relevant to the issues to be determined in

18  Phase 1 of this matter, including, but not limited to (1) the quality and status of the delivery of mental

19  health care to inmates at CDCR's adult institutions; (2) problems and deficiencies in the delivery of

20  mental health care to inmates at CDCR's adult institutions; (3) causes of such problems and

21  deficiencies; (4) whether crowding is the primary cause of such problems and deficiencies; (5) whether

22  placing a cap on or reducing the prison population or a sub-class of the population will solve the

23  problems and deficiencies in the delivery of mental health care to inmates at CDCR's adult institutions;

24  and (6) whether there are any solutions to such problems and deficiencies  other than placing a cap on

25  or reducing the prison population or a sub-class of such population.

26    His testimony is expected to address efforts to address the deficiencies impacting the mental

27  health system, including retention and recruitment of staff, the availability and construction of beds,

28  treatment and office space for the care of Coleman members, implementation and training on the

1    applicable policies and procedures for mental health care, and efforts to reduce suicide events within

2    the inmate population.

3          Contact: This witness can be contacted through Defendants' counsel.

4    12.    **Doug McKeever**, Project Director (1/05 - 10/06), Mental Health Program Director

5    (10/06-1/08), CDCR (presently employed with Division of Juvenile Justice of CDCR).

6          Subjects: Mr. McKeever is expected to give testimony relevant to the work he conducted and/or

7    oversaw during his tenure with the Division of Correctional Health Care Services Division relevant to

8    the issues to be determined in Phase 1 of this matter including, but not limited to: (1) the quality and

9    status of the delivery of mental health care to inmates at CDCR's adult institutions; (2) problems and

10   deficiencies in the delivery of mental health care to inmates at CDCR's adult institutions; (3) causes of

11   such problems and deficiencies; (4) whether crowding is the primary cause of such problems and

12   deficiencies; (5) whether placing a cap on or reducing the prison population or a sub-class of the

13   population will solve the problems and deficiencies in the delivery of mental health care to inmates at

14   CDCR's adult institutions; and (6) whether there are any solutions to such problems and deficiencies

15   other than placing a cap on or reducing the prison population or a sub-class of such population.

16         His testimony is expected to address efforts to address the deficiencies impacting the mental

17   health system during his tenure with the Division of Correctional Health Care Services Division,

18   including retention and recruitment of staff, the availability and construction of beds, treatment and

19   office space for the care of Coleman members, implementation and training on the applicable policies

20   and procedures for mental health care, and efforts to reduce suicide events within the inmate

21   population.

22         Contact: This witness can be contacted through Defendants' counsel.

23   13.    **Todd Jerue**, Program Budget Manager, Corrections and Rehabilitation, Judicial,

24   Justice, General Government, State and Consumer Services Unit, of the California Department

25   of Finance, 915 L Street, Sacramento, CA 95814

26         Subjects: Mr. Jerue is expected to give testimony relevant to the issues to be determined in this

27   matter including any fiscal analyses on the impact of a prisoner release order on the State budget and

28   the impact of a less intrusive remedy than a prisoner release order. He is expected to give testimony

1    concerning any fiscal analyses of AB 900 and its impact on the development of a constitutionally

2    adequate mental health care system, the development of reentry and rehabilitation programs, and the

3    development of those infrastructure programs (such as information technology, pharmacy operations,

4    in-fill beds, designated dental, medical, and mental health care construction addressed by the Office of

5    the Receiver and the coordinated courts.

6        Contact: This witness can be contacted through Defendants' counsel.

7        14.    **Karen Finn**, Program Budget Manager, Resources, Energy, Environment, Capital

8        Outlay of the California Department of Finance, 915 L Street, Sacramento, CA 95814

9        Subjects: Ms. Finn is expected to give testimony relevant to the issues to be determined in this

10    matter including any fiscal analyses on the impact of a prisoner release order on the State budget and

11    the impact of a less intrusive remedy than a prisoner release order. She is expected to give testimony

12    concerning any fiscal analyses of AB 900 and its impact on the development of a constitutionally

13    adequate mental health care system, the development of reentry and rehabilitation programs, and the

14    development of those infrastructure programs (such as information technology, pharmacy operations,

15    in-fill beds, designated dental, medical, and mental health care construction addressed by the Office of

16    the Receiver and the coordinated courts.

17        Contact: This witness can be contacted through Defendants' counsel.

18        15.    **Cindy Radavsky**, Deputy Director of Long-Term Care Services, Department of

19        Mental Health (DMH), 1600 Ninth Street, Room 250, Sacramento, CA 95814, 916-654-2413.

20        Subjects: Ms. Radavsky is expected to give testimony relevant to the issues to be determined

21    in this matter including, but not limited to: (1) the quality and status of the delivery of mental health

22    care to those Coleman caseload members who are referred by CDCR and accepted for inpatient care at

23    DMH facilities (Salinas Valley Psychiatric Program, Vacaville Psychiatric Program, Coalinga State

24    Hospital, Napa State Hospital, Atascadero State Hospital, Patton State Hospital); (2) problems and

25    deficiencies, if any, in the referral and acceptance process; (3) problems and deficiencies, if any, in the

26    delivery of DMHs mental health care to such referred Coleman class members; (4) whether crowding

27    of the Coleman population within CDCR is the primary cause of any problems and deficiencies in the

28    delivery of DMH's mental health care to Coleman class members; (5) the requirements of and

1  compliance efforts of DMH with the CRIPA consent decree as related to the delivery of mental health
2  care to Coleman class members the impact of an order requiring the release of Coleman class members
3  on the delivery of mental health care by DMH to Coleman class members and to other recipients of its
4  care, (6) the requirements of and compliance efforts of DMH with the CRIPA consent decree as related
5  to the delivery of mental health care to CDCR Coleman class members.

6  Contact: This witness can be contacted through Defendants' counsel.

7  **16.    The Office of the Plata Receiver:**
8  Clark Kelso, present *Plata* Receiver
   John Hagar, Chief of Staff, Office of the Receiver
9  Tim Rougeux
   Jackie Clark, RN
10 Steve Cambra
   Betsy Chang Ha, R.N., M.S., C.H.P.Q.
11 Terry Hill
   Dr. Kent Imai
12 Robert Sillen, former *Plata* Receiver
13 Location: 501 J Street, Suite 100, Sacramento, CA 95814, (916) 323-1221
   (Mr. Sillen's location is 1731 Technology Drive, Suite 700, San Jose, CA 95510, (408) 436-
14 6800.)

15 Subjects: These witnesses are expected to provide testimony on the issues of the development
16 of certain components of a constitutionally adequate mental health care system - credentialing, hiring,
17 information technology, pharmacy, mental health care beds - vested by the Coordinated Court order(s)
18 as within the authority of the Office of the Receiver.   They may also provide testimony on mental
19 health medication issues and out-of-state screening criteria and processes.

20 Contact: These witnesses can be contacted through the Office of the Receiver's counsel.

21 **17.    The Coleman Special Master and Court-Appointed Experts/Monitors**
   Special Master J. Michael Keating, Jr. (now retired)
22 Special Master Matthew Lopes, Jr.
23 Jeffrey Metzner
   Ray Patterson
24 Melissa Warren
   Ted Ruggles
25 Mohamedu Jones
   Dennis Koson
26 J. Michael Keating, Jr.
27 Special Master
   2351 Sussex Drive
28 Fernandina Beach, FL 32034

7

Telephone: 904-491-7157
Special Master Lopes, Jr. and Referenced Monitors
Pannone Lopes & Devereaux LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
Telephone: 401.824.5100

Subjects: The Special Masters and the court-appointed monitors are expected to give testimony relevant to the issues to be determined in this matter, including, but not limited to: (1) the quality and status of the delivery of mental health care to inmates at CDCR's adult institutions; (2) problems and deficiencies in the delivery of mental health care to inmates at CDCR's adult institutions; (3) causes of such problems and deficiencies; (4) whether crowding is the primary cause of such problems and deficiencies; (5) whether placing a cap on or reducing the prison population or a sub-class of the population will solve the problems and deficiencies in the delivery of mental health care to inmates at CDCR's adult institutions; and (6) whether there are any solutions to such problems and deficiencies other than placing a cap on or reducing the prison population or a sub-class of such population. Their testimony is expected to arise from observations made their monitoring tours and/or any reports filed with the Coleman court concerning the efforts of Defendants to address the deficiencies impacting the mental health system, including retention and recruitment of staff, the availability and construction of beds, treatment and office space for the care of Coleman members, implementation and training on the applicable policies and procedures for mental health care, and efforts to reduce suicide events within the inmate population.

In addition, Special Master Keating is expected to testify on the issue of the sought prisoner relief order and available, less-intrusive means of addressing the population issues from the perspective of the Coleman caseload members and the operation of the mental health services delivery system.

Contact: Special Master J. Michael Keating, Jr. (retired) and Special Master Lopes may be contacted through their offices. The listed court experts and monitors may be contacted through Special Master Lopes.

18.    **Joan Petersilia, Ph.D.**, former Chair of the Rehabilitation Strike Team within the Office of the Governor; Professor of Criminology, Law & Society, and Director, UCI Center on Evidence Based Corrections, University of California, Irvine.

8

Subjects: Dr. Petersilia is expected to give testimony, based upon her tenure as Chair of the Rehabilitation Strike Team as well as her past and present academic work, relevant to the issues to be determined in Phase I of this matter, including but not limited to: (1) her studies and reports and related data and conclusions that may be drawn from such data and reports and (2) whether there are any solutions to such problems and deficiencies other than placing a cap on or reducing of the prison population or sub-classes of such population.

Contact: Ms. Petersilia can be contacted through Defendants' counsel.

19.    **John Misener**, McManis Consulting, 2401 Bayshore Blvd. #905, Tampa, FL 33629, (813) 251-1418

Subjects: John Misener is expected to give testimony relevant to his past and ongoing reported forecasts of the size of Coleman population, by gender and level of care, for Defendants in this matter (see Mr. Misener's annual report on population, dated July 2007, and his reports attached to Defendants' August 2007 mental health bed plan).  This testimony is foundational and so relevant to the issues of (a) the constitutional adequacy of the mental health care provided to CDCR inmates in terms of the single component of available and forecasted mental health care beds, (b) the forecasted size and mental health care bed needs of the Coleman mental health population as related to a remedy less intrusive than a prisoner release order, and (c) the forecasted size and mental health care bed needs of the Coleman mental health population subject to any prisoner release order as related to the impact of any prisoner release order on the Coleman class members, communities and other interested entities. Mr. Misener has already been deposed by Plaintiffs.

Contact:  Mr. Misener may be contacted directly.

20.    **Robert Kennard,** Department of Public Health, California Department of Public Health.

Subjects: Robert Kennard is expected to give testimony concerning his agency's licensure of certain mental health facilities within CDCR.  This testimony is foundational and  relevant to the issue of the constitutional adequacy of the mental health care provided to CDCR inmates.

Mr. Kennard has already been deposed by Plaintiffs.

INITIAL DISCLOSURES OF THE LEGISLATOR INTERVENORS

1    Contact:  Mr. Kennard may be contacted through his attorney, Kathleen Keeshen, General

2    Counsel, Office of Legal Services, Department of Public Health, Sacramento, CA, (916) 558-1730

3    21.    **Christopher Mumola**, Policy Analyst and Program Manager of Deaths in Custody

4    Reporting Program, Bureau of Justice Statistics, U.S. Department of Justice.

5    Subjects: Mr. Mumola is expected to give testimony concerning his collection and analysis of

6    in-custody death information from correctional agencies throughout the nation.

7    Contact: Mr. Mumola may be contacted at the Bureau of Justice Statistics, U.S. Dept. of

8    Justice, 810 Seventh Street, NW, Washington, DC  20531, (202) 353-2132

9    **22.    Dr. Dwight Winslow**, State Medical Director, CDCR

10   Subject(s):  Dr. Winslow is expected to give testimony relevant to issues including, but not

11   limited to: (1) the quality and status of the delivery of medical care to inmates at CDCR's adult

12   institutions; (2) problems and deficiencies in the delivery of medical care to inmates at CDCR's adult

13   institutions; (3) causes of such problems and deficiencies; (4) whether crowding is the primary cause

14   of such problems and deficiencies; (5) whether placing a cap on or reducing the prison population or a

15   sub-class of the population will solve the problems and deficiencies with the delivery of medical care

16   to inmates at CDCR's adult institutions; and (6) whether there are any solutions to such problems and

17   deficiencies other than placing a cap on or reducing the prison population or sub-classes of such

18   population.  Dr. Winslow can be contacted through defense counsel.

19   **23.    Dr. Renee Kanan,** Chief Medical Officer (A), California State Folsom, San Quentin,

20   CDCR

21   Subject(s):  Dr. Kanan is expected to give testimony relevant to issues, including, but not

22   limited to: (1) the quality and status of the delivery of medical care to inmates at CDCR's adult

23   institutions; (2) problems and deficiencies in the delivery of medical care to inmates at CDCR's adult

24   institutions; (3) causes of such problems and deficiencies; (4) whether crowding is the primary cause

25   of such problems and deficiencies; (5) whether placing a cap on or reducing the prison population or a

26   sub-class of the population will solve the problems and deficiencies in the delivery of medical care to

27   inmates at CDCR's adult institutions; and (6) whether there are any solutions to such problems and

28

INITIAL DISCLOSURES OF THE LEGISLATOR INTERVENORS

1  deficiencies other than placing a cap on or reducing of the prison population or sub-classes of such

2  population.

3      Contact: Dr. Kanan can be contacted through defense counsel.

4      **24.**    **Dr. David Thomas** , Professor and Chairman, Department of Surgery and Professor

5      and Chairman, Division of Correctional Medicine, Nova Southeastern University College of

6      Osteopathic Medicine.

7      Subject(s):  Dr. Thomas is expected to give testimony relevant to issues including, but not

8  limited to: (1) the quality and status of the delivery of medical care to inmates at CDCR's adult

9  institutions; (2) problems and deficiencies in the delivery of medical care to inmates at CDCR's adult

10 institutions; (3) causes of such problems and deficiencies; (4) whether crowding is the primary cause

11 of such problems and deficiencies; (5) whether placing a cap on or reducing the prison population or a

12 sub-class of the population will solve the problems and deficiencies in the delivery of medical care to

13 inmates at CDCR's adult institutions; and (6) whether there are any solutions to such problems and

14 deficiencies other than placing a cap on or reducing of the prison population or a sub-class of such

15 population.

16     Contact: Dr. Thomas can be contacted through defense counsel.

17     Legislator Intervenors state that they have made a reasonable inquiry regarding the matters

18 associated with these consolidated proceedings, and have made these disclosures based upon that

19 inquiry and information known at this time.  Legislator Intervenors also reserve their right to call any

20 witnesses identified in Plaintiff, Defendants, or Plaintiff Intervenors CCPOA's Initial Disclosures.

21                   **II. DOCUMENTS**

22     The Legislator Intervenors identify the following categories of documents, data compilations,

23 and tangible things that they presently anticipate using to support their defenses in this case.  The

24 described documents have all been listed in the initial disclosures of *Coleman* and *Plata* Defendants, or

25 are in the public record.[1]

26

27     [1] For a comprehensive list of the documented that are referenced by category herein, please see

28 the Initial Disclosures exchanged by *Coleman* and *Plata* Defendants.  The categories listed here
correspond to the document categories delineated in the *Coleman* Defendants' Initial Disclosures.

INITIAL DISCLOSURES OF THE LEGISLATOR INTERVENORS

1. Documents within *Coleman, Plata*, and Coordinated Court Files

2. Reports issued by the *Coleman* Special Master

3. Defendants' Plans and Reports Filed with the *Coleman* Court

4. Reports Issued by the *Plata* Receiver

5. Publications and Reports of the Office of the Governor

6. Published Reports Concerning CDCR Population

7. Defendants' Parole and Facilities Measures

8. Transcripts of Testimony and Hearings

9. Pleadings Filed in and Orders Issued by this Three-Judge Panel

10. Discovery and Documents Produced by All Parties, Including Defendants, Plaintiffs, Defendant-Intervenors, or CCPOA Intervenors.

## III. DAMAGES

Legislator Intervenors have made no claim for damages against any party in this action.

## IV. INSURANCE

Legislator Intervenors do not believe any insurance agreement will be implicated under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse Legislator Intervenors for payments made to satisfy the judgment.

## CERTIFICATION OF DISCLOSURE

I am an attorney with the law firm of Akin Gump Strauss Hauer and Feld, LLP, attorneys of record for Legislator Intervenors. My business address is 580 California Street, Suite 1500, San Francisco, California 94104. Investigation is continuing. I certify to the best of my knowledge, information, and belief, formed after inquiry this disclosure is correct as to the information currently available to counsel.

DATED: April 28, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____

Chad A. Stegeman
Attorney for Republican Assembly and Senator
Defendant-Intervenors

INITIAL DISCLOSURES OF THE LEGISLATOR INTERVENORS

1

PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, CA 94104. On April 28, 2008, I served the foregoing document(s) described as: **Initial Disclosures of Witnesses and Documents by The Legislator Intervenors** on the interested party(ies) below, using the following means:

4

5

6

SEE ATTACHED SERVICE LIST

7

☐ BY PERSONAL SERVICE  I delivered such envelope(s) by hand to the offices of the addressee(s).

8

☒ BY UNITED STATES MAIL  I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

9

10

11

☐ BY OVERNIGHT DELIVERY  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the respective address(es) of the party(ies) stated above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

12

13

14

☐ BY MESSENGER SERVICE  I served the documents by placing them in an envelope or package addressed to the respective address(es) of the party(ies) stated above and providing them to a professional messenger service for service.

15

16

☐ BY FAX  Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the respective fax number(s) of the party(ies) as stated above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission(s), which I printed out, is attached.

17

18

19

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

20

21

☐ (STATE)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22

23

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

24

Executed on April 28, 2008 at San Francisco, California.

25

26

_NANCIE R. WARD_

NANCIE R. WARD

27

28

13

INITIAL DISCLOSURES OF THE LEGISLATOR INTERVENORS

1

**SERVICE LIST**

2

3    Paul B. Mello, Esq.                    Donald Specter
     pmello@hansonbridgett.com              dspecter@prisonlaw.com
4    Hanson Bridgett Marcus Vlahos & Rudy   Attorney at Law
     LLP-SF                                 Prison Law Office
5    425 Market Street, 26th Floor          General Delivery
     San Francisco, CA 94105                San Quentin, CA 94964

6    California Correctional Peace Officer's  Office of the Attorney General
     Association (CCPOA) Inventors          Michelle Devorah Igra
7    Greg MacClean Adam Carroll             Misha.Igra@doj.ca.gov
     gadam@cbmlaw.com                       Rochelle C. East
8    Jennifer Spencer Stoughton             Rochelle.east@doj.ca.gov
     jstoughton@cbmlaw.com                  Charles J. Antonen
9    Burdick & McDonough, LLP               Charles.Antonen@doj.ca.gov
     44 Montgomery Street, Suite 400        1300 I St
10   San Francisco, CA 94104                Sacramento, CA 95814

11   Alison Hardy, Esq.                     California Sheriff, Probation, Police Chief
     ahardy@prisonlaw.com                   and Corrections Intervenors
12   Prison Law Office                      Jones & Mayer LLP
     General Delivery                       Ivy M. Tsai
13   San Quentin, CA 94964                  imt@jones-mayer.com
                                            Michael R. Capizzi
14                                          mrc@jones-mayer.com
                                            Kimberly Hall Barlow
15                                          khb@jones-mayer.com
                                            3777 North Harbor Boulevard
16                                          Fullerton, CA 92835

17   William Charles Hughes
18   chughes@RivCoDA.org                    Michael W. Bien, Esq.
     Alan Tate                              mbien@rbg-law.com
19   atate@RivCoDA.org                      Lori Rifkin
     District Attorney                      lrifkin@rbg-law.com
20   County of Riverside                    Rosen, Bien & Galvan, LLP
     4075 Main Street, First Floor          315 Montgomery Street, 10th Floor
21   Riverside, CA 92501                    San Francisco, CA 94104

22   County of Santa Clara Intervenors      Anne L. Keck
     Theresa Fuentes                        akeck@sonoma-county.org
23   theresa.fuentes@cco.sccgov.org         Office of Sonoma County Counsel
     Office of the County Counsel           575 Administration Drive, Suite 105a
24   70 West Hedding, East Wing, 9th Floor  Santa Rosa, CA 9540
     San Jose, CA 94110
25
     Lisa A. Tillman                        Claudia B Center, Legal Aid Society
26   Lisa.Tillman@doj.ca.gov                Employment Law Center
     Deputy Attorney General                600 Harrison Street, Suite 120
27   1300 I Street, Suite 125               San Francisco, CA 94107
     Sacramento, CA 95814
28

INITIAL DISCLOSURES OF THE LEGISLATOR INTERVENORS

1    Warren E. George             Richard Goff
    Bingham McCutchen        Heller, Ehrman White & McAuliffe
2    3 Embarcadero Center, 24th Floor  701 Fifth Avenue
    San Francisco, CA 94104      Seattle, WA 98104

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INITIAL DISCLOSURES OF THE LEGISLATOR INTERVENORS

EXHIBIT T

**SFGate**.com     Print This Article     Back to
Article
**SFGate**.com



classmates.com

She became
what kind of
"dancer"?!

○ Broadway     ○ Showgirl     ◉ Exotic

## Uncertainty in the ranks over prison plan
### Schwarzenegger's proposal not enough, say 2 of his officials

James Sterngold, Chronicle Staff Writer
Sunday, July 23, 2006





FIND OUT NOW >

Two top Schwarzenegger administration officials said in an interview that the governor's nearly $4 billion emergency plan for repairing the failing state corrections system will still leave the prisons crowded far beyond their capacity and does not address costly problems such as a major crisis in staff vacancies and medical care.

Gov. Arnold Schwarzenegger has called for a special session of the Legislature, to begin Aug. 7, to address what his administration now describes as a public safety emergency in the state's 33 prisons. With a record 172,000 inmates, the system is operating at double capacity and, by the administration's own admission, nearly every service and treatment program is in a state of collapse.

In the interview, Susan Kennedy, the governor's chief of staff, defended the governor's record but described the prisons as part of "a system that is so broken it's a powder keg."

In fact, she used the expression "powder keg" twice, and James Tilton, the director of the Department of Corrections and Rehabilitation, acknowledged in the interview that, because of the breakdown in training and therapeutic programs, 75 percent of the inmates in some prisons have no activities at all during the day, which he described as a volatile and unsustainable problem.

"That scares me to death, but I can't do anything about programs if I haven't got any space," Tilton said.

With an election approaching, the Republican governor has offered a large, expensive package of corrective measures for the Legislature to debate, relying heavily on a massive construction scheme for expanding existing prisons and building new ones. In addition, the governor proposed building as many as 25 new types of smaller prisons, called "re-entry program facilities," focused on treatment and therapy for inmates nearing release.

Most of these re-entry prisons, which would be intended to keep more parolees out of prison by helping them find jobs and stay off drugs, would be located within urban areas throughout the state where the inmates came from, which means a large number would be in the Bay Area and the Los Angeles area.

But, if anything, the new plan understates the total costs taxpayers will have to bear to fix the ailing system. The corrections department currently spends close to $9 billion a year. That figure would likely soar under the governor's plan because of the need to pay for large increases in staff, the costs of a proposal to transfer thousands of prisoners to for-pay prisons in other states and unprecedented increases in the number of parole agents and drug treatment experts envisioned.

Kennedy and Tilton admitted in the interview that the governor's package is riddled with unanswered questions, includes an ambitious construction schedule and leaves out some potentially costly issues that will have to be addressed later -- such as the need to fill the high number of vacancies in critical staff jobs.

With 172,000 inmates, the system already has about 85,000 more inmates than it was designed for, and 16,000 inmates are living in makeshift facilities such as tents and gyms, which Kennedy called unacceptable.

"I've overcrowded all I can safely," Tilton said.

In addition, the corrections department projects the population will swell to 193,000 by 2011. Making matters worse, the state has been ordered by a federal judge to spend what could amount to more than $1 billion on separate new facilities for the rising number of severely mentally ill inmates.

A number of prison experts have harshly criticized Schwarzenegger's latest plan because, they say, there is no way he can build prisons fast enough to keep up with the expected inflow of convicted criminals and the constant reincarceration of parolees. (The governor's Democratic challenger, Phil Angelides, has offered a plan that similarly relies heavily on new prison construction.)

California has one of the highest recidivism rates in the country, with close to 70 percent of inmates ending up back in prison within three years, a cycle that Schwarzenegger came into office pledging to break, but with no success. Many experts have urged more spending to try to sharply reduce the rate at which parolees return to prison, through drug treatment, education, rehabilitation and therapy rather than spending to build new prison cells.

Kennedy said that if the state succeeds in creating more than 40,000 new beds by 2021, as envisioned, the prison system still would be operating at far more than its designed capacity. She said it would be less than double, but neither she nor Tilton said they knew what the level would be.

"We'll always be over the design capacity," Kennedy said.

And both officials said additional money would be needed to construct space for rehabilitation, treatment, medical care and training programs -- costs that are not included in the governor's plan.

Adding all the new beds under the plan itself is a stretch, the two officials admitted. For instance, Tilton said, it could be difficult to win approvals from the communities where the small re-entry prisons would be located because of concerns over public safety.

Kennedy said there had already been some conversations with local police officials, but that they refused to even permit their names or locations to be disclosed.

"That issue is so real," Kennedy said. "It's never going to be easy to sell" the idea of constructing these new prisons in crowded communities.

Kennedy acknowledged that, although it has made many proposals, the Schwarzenegger administration had failed to make much headway in prison reform and that the prospects for building new rehabilitation programs were limited at best.

"We have now hit a wall on programming based on overcrowding," Kennedy said. "We are now sitting on a powder keg over here."

The governor came into office promising, for instance, that a new parole reform program, which would send many nonviolent parole violators into treatment programs rather than back to prison, would slash the inmate population by nearly 20,000. But within a year he abandoned the program, allowing the population to grow even larger.

A federal judge ordered the governor to reinstate the programs but, eight months later, the state has failed.

Kennedy bitterly criticized Schwarzenegger's predecessor, Gov. Gray Davis, for accelerating the decline of the state's prisons by slashing budgets and leaving the corrections department strapped. Kennedy has been the subject of much controversy because she is a Democrat and was Davis' chief of staff, which means she was intimately involved in policy planning. But she blamed herself and her colleagues for creating the current prison crisis.

"It wasn't just a reduction in programs," said Kennedy of the Davis administration. "We gutted programs."

Schwarzenegger's new package does not include what would probably be rocketing increases in the prison system's $9 billion operating costs.

In addition, Tilton said, the plan includes no allowance for expected increases in costs for operating the prison health care system, which has been seized by a federal district court judge and placed under a receiver because of its failures.

Tilton said the department would have to wait for the receiver to issue his recovery plan before beginning to account for those expenses, which the receiver has indicated could come to billions of dollars in the coming years.

Among the problems hampering the Department of Corrections and Rehabilitation has been the fact that the longtime director, Roderick Hickman, resigned abruptly in April, followed a few weeks later by his successor.

A court-appointed receiver recently accused Kennedy of playing a role in those disruptions, saying she had undermined the directors by going behind their backs to deal directly with the leaders of the powerful prison guards union -- which has always been a big influence in state elections.

Kennedy flatly denied in the interview that she had done anything wrong, and she defended her conversations with union officials as essential for improving the ailing prisons. She insisted that she would do nothing differently, and that the governor had supported both directors before they quit.

Asked if the governor's latest plan involved election-year politics, Kennedy denied it.

"Whether or not this is seen as political is out of our hands," said Kennedy, noting that some elements of the plan, such as moving many female inmates to community facilities closer to their homes, have been discussed for many months.

"There's no more room for delay," she said.

*E-mail James Sterngold at jsterngold@sfhronicle.com.*

http://sfgate.com/cgi-bin/article.cgi?f=/c/a/2006/07/23/MNG18K42CC1.DTL

This article appeared on page **A - 2** of the San Francisco Chronicle

| San Francisco Chronicle Sections | Go |
| --- | --- |

© 2006 Hearst Communications Inc. | Privacy Policy | Feedback | RSS Feeds | FAQ | Site Index | Contact