EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Acting Senior Assistant Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF PAUL MELLO IN SUPPORT OF JOINT STATEMENT REGARDING DISCOVERY DISPUTE ABOUT DEPOSITIONS OF GOVERNOR SCHWARZENEGGER, SUSAN KENNEDY, AND ROBERT GORE** |

- 1 -

I, Paul Mello, declare as follows:

1. I am a partner with the law offices of Hanson Bridgett LLP, counsel of record for Defendants Arnold Schwarzenegger, et al., in this matter. I submit this declaration in support of Defendants' joint statement regarding discovery disputes about the depositions of Governor Schwarzenegger, his Chief of Staff Susan Kennedy, and Senior Deputy Cabinet Secretary Robert Gore. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, would and could competently testify to the matters set forth below.

2. Attached as Exhibit A is a true and correct copy of Plaintiffs' initial disclosures, as served on Defendants on March 14, 2008.

3. Attached as Exhibit B is a true and correct copy of the supplement to Plaintiffs' initial disclosures, as served on Defendants on March 19, 2008.

4. Plaintiffs never listed Governor Schwarzenegger, Susan Kennedy, or Robert Gore as individuals likely to have discoverable information in the course of their initial or supplemental disclosures. Indeed, Defendants were not made aware of Plaintiffs' intent to depose the Governor, his Chief of Staff, or his Senior Deputy Cabinet Secretary until Defendants received a letter on July 10, 2008, noticing their depositions. A true and correct copy of this letter is attached as Exhibit C. In the course of meeting and conferring with Plaintiffs' counsel, Defendants informed Plaintiffs by letter that per the Court's July 2, 2008 order, they were barred from deposing non-testifying witnesses. A true and correct copy of this letter is attached as Exhibit D. It was not until Plaintiffs were reminded of the Court's July 2, 2008 order that Plaintiffs then informed Defendants that they now intended to call these three high-ranking governmental officials as testifying witnesses at trial.

5. After receiving from Plaintiffs the notice of depositions of certain California Department of Corrections and Rehabilitation (CDCR) and Department of Mental Health (DMH) officials, Defendants endeavored to cooperate with Plaintiffs in scheduling mutually agreeable times for these depositions, despite the fact the these depositions

- 2 -

1 | were unilaterally noticed by Plaintiffs. Attached as Exhibit E is a true and correct copy of
2 | an e-mail from Rebekah Evenson, staff attorney at the Prison Law Office, which I
3 | received regarding the result of the parties' conversations regarding finding mutually
4 | agreeable times for these depositions.

5 |     6. Attached as Exhibit F is a true and correct copy of Plaintiff Ralph
6 | Coleman's First Set of Interrogatories to Defendant Cate, served July 1, 2008.

7 |     7. Attached as Exhibit G is a true and correct copy of Plaintiff Ralph
8 | Coleman's Second Set of Interrogatories to Defendant Cate, served July 18, 2008.

9 |     8. Attached as Exhibit H is a true and correct copy of Plaintiff Marciano
10 | Plata's First Set of Interrogatories to Defendant Cate, served July 22, 2008.

11 |     9. Attached as Exhibit I is a true and correct copy of Defendant
12 | Schwarzenegger's Responses to Plaintiff Ralph Coleman's First Set of Interrogatories,
13 | served November 7, 2007.

15 | I declare under penalty of perjury that the foregoing is true and correct. Executed
16 | in San Francisco, California, on August 1, 2008.

*/s/ Paul Mello*
Paul Mello