# EXHIBIT A



# PRISON LAW OFFICE
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Penny Godbold
Megan Hagler
Alison Hardy
Vibeke Martin
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

March 14, 2008

VIA EMAIL AND U.S. MAIL

Paul Mello, Hanson Bridget
425 Market Street, 26th Floor
San Francisco CA 94105
(Attorney for *Plata* defendants)

Lisa Tillman
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004
(Attorney for *Coleman* defendants)

Steven S. Kaufhold
Chad Stegeman
Akin, Gump, Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104-1036
(Attorneys for Republican Intervenors)

Rod Pacheco
District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501
(Attorneys for District Attorney Intervenors)

Martin J. Mayer
Kimberly Hall Barlow
Jones & Mayer
3777 North Harbor Boulevard
Fullerton, CA 92835
(Attorneys for California Sheriff, Probation, Police Chief and Corrections Intervenors)

Ann Miller Ravel, County Counsel
Theresa Fuentes, Deputy County Counsel
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110-1770
(Attorneys for County Intervenors)

Steven M. Woodside, County Counsel
Anne L. Keck, Deputy County Counsel
575 Administration Drive, Room 105A
Santa Rosa, CA 95403-2815
(Attorneys for Sonoma County Intervenor)

Natalie Leonard
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
(Attorneys for CCPOA Intervenors

Re: *Coleman v. Schwarzenegger*, No. CIV S-90-0520 LKK JFM
    *Plata v. Schwarzenegger*, No. CIV 01-1351 TEH

Dear Counsel:

Below please find plaintiffs' Rule 26(a)(1) initial disclosure.

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Rule 16(a)(1) disclosure
March 14, 2008
Page Two

**The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiffs' response: Individuals likely to have discoverable information that plaintiffs may use to support our claims include defendants, their agents and employees, whose addresses and telephone numbers are known to defendants; and plaintiffs' experts, as set forth in their declarations filed on November 9, 2007, who may be reached at 2173 East Francisco Blvd., San Rafael, CA 94901 and (415) 457-9144.

**A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiffs' response: everything in plaintiffs' possession, custody, or control currently responsive to this requirement was obtained through discovery from defendants in these proceedings and/or listed in plaintiffs' responses to defendants' discovery requests and plaintiffs' Statement of Relief, provided to defendants and intervenors on March 7, 2008.

        Very truly yours,

        ROSEN, BIEN & GALVAN, LLP

        /s/ Michael W. Bien

        By: Michael W. Bien

        PRISON LAW OFFICE

        /s/ Donald Specter

        By: Donald Specter