# EXHIBIT B



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Rachel Farbiarz
Penny Godbold
Megan Hagler
Alison Hardy
Vibeke Martin
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

March 19, 2008

VIA EMAIL AND U.S. MAIL
Paul Mello, Hanson Bridgett
425 Market Street, 26th Floor
San Francisco CA 94105
(Attorney for *Plata* defendants)

Rochelle East, DAG
455 Golden Gate Ave., Ste 11000
San Francisco, CA 94102-7004
(Attorney for *Plata* and *Coleman* defendants)

Lisa Tillman, DAG
P.O. Box 944255
Sacramento, CA 94244-9555
(Attorney for *Coleman* defendants)

Steven S. Kaufhold and Chad Stegeman
Akin, Gump, Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104-1036
(Attorneys for Republican Intervenors)

Steven M. Woodside, County Counsel
Anne L. Keck, Deputy County Counsel
575 Administration Drive, Room 105A
Santa Rosa, CA 95403-2815
(Attorneys for Sonoma County Intervenor)

Martin J. Mayer and Kimberly Hall
Jones & Mayer
3777 North Harbor Boulevard
Fullerton, CA 92835
(Attorneys for California Sheriff, Probation, Police Chief and Corrections Intervenors)

Rod Pacheco, District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501
(Attorneys for District Attorney Intervenors)

Ann Miller Ravel and Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110-1770
(Attorneys for County Intervenors)

Natalie Leonard and Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
(Attorneys for CCPOA Intervenors)

Re:   *Coleman v. Schwarzenegger*, No. CIV S-90-0520 LKK JFM
      *Plata v. Schwarzenegger*, No. CIV 01-1351 TEH

Dear Counsel:

The *Plata* defendants' counsel has requested more specificity in plaintiffs' Rule 26(a)(1)

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Rule 16(a)(1) disclosure
March 19, 2008
Page 2

initial disclosure. Accordingly, plaintiffs provide the following additional information.

**The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiffs' response: Individuals likely to have discoverable information that plaintiffs may use to support our claims include Doyle Wayne Scott, Jeanne Woodford, Dr. Ronald Shansky, Dr. James Austin, Dr. Pablo Stewart, and Dr. Craig Haney. The subjects of the discoverable information for all of the above are set forth in their Declarations filed on November 9, 2007. They may be reached through plaintiffs' counsel at 2173 East Francisco Blvd., San Rafael, CA 94901 and (415) 457-9144.

In addition, plaintiffs list the following persons, known to date, who may have discoverable information in this litigation:

Dr. Barry Krisberg (remedies for overcrowding and potential public safety impacts)
National Council on Crime and Delinquency
1970 Broadway, Oakland, CA 94612
(510) 208-0500

James Tilton (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Scott Kernan (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Deborah Hysen (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Kathryn Jett (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Joan Petersilia (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Tom Hoffman (current conditions with regard to overcrowding and medical and/or mental health

Rule 16(a)(1) disclosure
March 19, 2008
Page 3

care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Dr. Dwight Winslow (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Dr. Renee Kanan (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Robin Dezember (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Doug McKeever (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

Victor Brewer (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
Contact through defendants' counsel.

John Misener (current and forecasted mental health population and current and projected shortages of mental health beds at all levels of care)
McManis Consulting
2401 Bayshore Blvd., 905
Tapa, FL 33629
(813) 251-1418

Robert Kennard (current conditions with regard to overcrowding and medical and/or mental health care, defendants' remedial efforts, other possible remedies)
California Department of Public Health
(916) 558-1730

**A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment.**

Plaintiffs' response:

Expert Panel on Adult Offender and Recidivism Reduction Programming, Report to the State Legislature, A Roadmap for Effective Offender Programming in California (June 29, 2007)

Rule 16(a)(1) disclosure
March 19, 2008
Page 4

Little Hoover Commission, Solving California's Corrections Crisis: Time is Running Out (January 2007);

Reforming Corrections: Report of the Corrections Independent Review Panel, June 30, 2004 (Former Gov. Deukmejian, Chairman)

Petersilia, Joan, Understanding California Corrections, California Policy Research Center, University of California (May 2006) (http://www.ucop.edu/cprc/documents/understand_ca_corrections.pdf)

Final Report and Recommendations, Feb. 2008, Blue Ribbon Commission on Jail Overcrowding, County of Santa Barbara (http://www.sbsheriff.org/documents/FullFinalBRCReport.pdf)

Governor's Rehabilitation Strike Team Report, Meeting the Challenges of Rehabilitation in California's Prison and Parole System, December 2007 (http://www.cdcr.ca.gov/news/docs/GovRehabilitationStrikeTeamRpt_012308.pdf)

Governor Schwarzenegger's Proclamation of a State of Emergency regarding prison overcrowding

CDCR's Inmate Population, Rehabilitation, and Housing Management Plans.

Record Transcript from the October 5, 2006 Hearing in *Madrid v. Tilton*, Case No. 90-3094 TEH.

Findings of Fact and Conclusions of Law Re Appointment of Receiver, entered October 3, 2005.

Corrections Independent Review Panel, "Reforming Corrections," June 2004.

CDCR Population Statistics, dated November 1, 2006.

Record Transcript from the April 26 and 27, 2006 Hearing in *Coleman v. Schwarzenegger*, 90-0520 LKK.

Memorandum written by John Dovey, entitled "Memorandum Re: Modification to Correctional Operations Due to Compelling Operational Need," dated October 25, 2006.

Dr. Peter Farber-Szekrenyi's Letter to Robert Sillen and J. Michael Keating, Jr., dated September 1, 2006.

Governor Schwarzenegger's Proclamation to convene a special session of the Legislature, issued June 26, 2006.

Statement of CDCR Acting Secretary James Tilton on the Legislature's Failure to Act on Critical Prison Reform Legislation, issued September 1, 2006.

Rule 16(a)(1) disclosure
March 19, 2008
Page 5

Office of the Inspector General, "Accountability Audit, Review of the Audits of the California Department of Corrections and Rehabilitation Adult Operations and Adult Programs, 2000-2004," April 2006

California Department of Corrections (CDCR) Spring 2007 Adult Population Projections.

Ruling on Submitted Matter: Petition for Writ of Mandate, Injunction and Declaratory Relief, *California Correctional Peace Officers' Association v. Schwarzenegger*, No. 06CS01568 (Sacramento Superior Ct.), filed Feb. 20, 2007.

Senate Budget and Fiscal Review Committee Subcommittee No. 4, Agenda of April 12, 2007;

Draft Seventeenth Monitoring Report on the Defendants' Compliance with Provisionally Approved Plans, Policies, and Protocols, issued by the Special Master on or about May 4, 2007, in *Coleman v. Schwarzenegger*, No. Civ S 90-0520 LKK.

Senate Budget and Fiscal Review Committee Subcommittee No. 4, Agenda of May 9, 2007.

Dr. Joan Petersilia, "Understanding California Corrections," May 29, 2007.

Declaration of Scott Kernan in Opposition to Writ of Mandate, *California Correctional Peace Officers' Organization v. Schwarzenegger*, No. 06CS01568 (Sacramento Superior Ct.), filed January 19, 2007.

Plata Defendants' Report in Response to the Court's February 15, 2007 Order, May 16, 2007.

California State Sheriffs' Association, "Do the Crime, Do the Time? Maybe Not, in California: Jail Cell Shortage is Upsetting the Balance," June 2006.

All monitoring reports prepared by Plaintiffs and sent to Defendants in *Plata v. Schwarzenegger*.

All reports commissioned by or prepared by the Office of the Receiver.

Declaration of Jeanne Woodford, November 9, 2007, and all documents, articles, and photographs referenced therein.

Declaration of Doyle Wayne Scott, November 9, 2007, and all documents, articles, and photographs referenced therein.

Declaration of Ronald Shansky, November 9, 2007, and all documents, articles, and photographs referenced therein.

Declaration of James Austin, November 9, 2007, and all documents, articles, and photographs referenced therein.

Rule 16(a)(1) disclosure
March 19, 2008
Page 6

Declaration of Pablo Stewart, November 9, 2007, and all documents, articles, and photographs referenced therein.

Declaration of Craig Haney, November 9, 2007, and all documents, articles, and photographs referenced therein.

Photographs and statistics from the CDCR website, www.cdcr.ca.gov

Armstrong Monitoring Report, San Quentin (June 20, 2007)

Armstrong Monitoring Report, San Quentin (August 30, 2006)

Plata Report, Pleasant Valley State Prison (October 12, 2006)

Plata Report, Centinela State Prison (October 24, 2006)

Plata Report, Salinas Valley State Prison (January 29, 2007)

Plata Report, Central California Women's Facility (February 7, 2007)

Plata Report, Centinela State Prison (February 8, 2007)

Plata Report, High Desert State Prison (February 9, 2007)

Plata Report, Richard J. Donovan Correctional Facility (March 1, 2007)

Plata Report, California State Prison-Sacramento (March 8, 2007)

Plata Report, High Desert State Prison (March 30, 2007)

Plata Report, California State Prison-Los Angeles County (April 18, 2007)

Plata Report, California Institution for Women (May 7, 2007)

Plata Report, California Medical Facility (May 7, 2007)

Plata Report, Avenal State Prison (May 30, 2007)

Plata Report, California Rehabilitation Center (June 6, 2007)

Plata Report, Calipatria State Prison (June 25, 2007)

Plata Report, Chuckawalla Valley State Prison (July 2, 2007)

Rule 16(a)(1) disclosure
March 19, 2008
Page 7

Plata Report, California State Prison - Solano (July 10, 2007)

Plata Report, Richard J. Donovan Correctional Facility (July 18, 2007)

Plata Report, Pleasant Valley State Prison (July 24, 2007)

Plata Report, Corcoran State Prison (July 25, 2007)

Plata Report, California Men's Colony (August 3, 2007)

Plata Report, Kern Valley State Prison (August 15, 2007)

Plata Report, San Quentin State Prison (September 7, 2007)

Plata Report, Deuel Vocational Institute (September 24, 2007)

Plata Report, Salinas Valley State Prison (October 4, 2007)

Plata Report, Mule Creek State Prison (October 9, 2007)

Plata Report, California Correctional Center (October 18, 2007)

Plata Report, Substance Abuse Treatment Facility (October 19, 2007)

CDCR's Mark IV Vacancy Report (October 2006 through September 2007)

Declaration of Joseph McGrath in Support of Receiver's Supplemental Application No. 3 for Order Waiving State Contracting Statues, Regulations and Procedures, Approving Receiver's Substitute Procedure for Bidding and Award of Contracts, November 27, 2007, (Plata Docket No. 982)

pCDCR Memorandum Re: Standardization of Mental Health Crisis Bed Admission Procedures (July 21, 2005)

Report on Status of Funding for Acute, Intermediate and Mental Health Crisis Bed Plan, filed September 11, 2006 (Coleman Docket 1969)

Judge Karlton's 5/2/06 Order Regarding Defendants' Long Range Bed Plan (Coleman Docket 1800)

Judge Karlton's 3/1/07 Order Regarding Defendants' December 2006 Bed Plan (Coleman Docket 2154)

*Coleman* Special Master's 4/12/07 Report and Recommendations on Defendants' Establishment of Interim Inpatient Intermediate Care Beds (Coleman Docket 2186)

Rule 16(a)(1) disclosure
March 19, 2008
Page 8


*Coleman* Special Master's 5/9/06 Report and Recommendations on Suicides in the California Department of Corrections in the Calendar Year 2004 (Coleman Docket 1806)

*Coleman* Special Masters' 5/14/07 Supplemental Report and Recommendations on Defendants' Plan to Prevent Suicides in Administrative Segregation (Coleman Docket 2210)

Judge Karlton's 6/28/07 Order Regarding Inpatient Beds at Atascadero State Hospital (ASH) (Coleman Docket 2301)

*Coleman* Special Master's 7/2/07 Report and Recommendations on Defendants' Enhanced Outpatient Treatment Programs in Reception Centers (Coleman Docket 2302)

Judge Karlton's 8/2/07 Order Regarding Enhanced Outpatient Treatment Programs in Reception Centers (Coleman Docket 2344)

*Coleman* Special Master's 8/15/07 Supplemental Report and Recommendations on Defendants' Enhanced Outpatient Treatment Program in Reception Centers (Coleman Docket 2369)

*Coleman* Special Master's 9/24/07 Report and Recommendations on Defendants' August 2007 Supplemental Bed Plan (Coleman Docket 2432 through 2432-3)

Judge Karlton's 8/23/07 Order Regarding Defendants' Long-Range Bed Plan (Coleman Docket 2386)

*Coleman* Defendants' Status Report on the Implementation of Plan for Increased Intermediate Care Facility and Day Treatment Beds at CMF, Report Date 11/1/07

*Coleman* Defendants' Response to Court Order Requiring Amended Long-Range Bed Plan (June 30, 2006) (Coleman Docket 1867)

*Coleman* Defendants' 2005 *Annual Suicide Report* for the California Department of Corrections (September 8, 2006)

Memorandum from CSP-SAC, entitled "Report On Use of Alternate Sites for Crisis Bed Patients" (October 5, 2007) (20th Round SAC Tour Binder)

Collection of 43 Email Notifications from CDCR Regarding 2006 Suicides (Received between January and December 2006)

DVI Corrective Action Plan (*Coleman* Tour Binder, Printed 9/21/07)

DVI Institution Program Status (*Coleman* Tour Binder, 9/19/07)

SVSP Current Mental Health Listing-Case Manager/Alpha (*Coleman* Expert Tour, Printed 10/29/07)

Rule 16(a)(1) disclosure
March 19, 2008
Page 9

Transcript of Proceedings, April 26, 2006, *Coleman v. Schwarzenegger,* No. C 90-520 TEH

CDCR Monthly Population Report for January 2003

CDCR Monthly Population Report for July 2007

CDCR MHSDS Prevalence Data for January 2003 and July 2007 from CDCR Monthly Reports

CDCR Weekly Population Report for July 5, 2006

June 8, 2007 CDCR Health Care Placement Unit Chart Showing Percentage of Mentally Ill Inmates In Administrative Segregation and SHU units

*Coleman* Defendants' 10/29/07 Small Management Yard Plan (Coleman Docket 2492)

January 2007 CDCR Estimated Construction Schedule for Infill Bed Plan, Exhibit 20 To Receiver's 5/15/07 Report Re: Overcrowding

CIM Corrective Action Plan (CAP) (*Coleman* Tour Binder, October 10-12, 2007 Tour)

CIM *Suicide Prevention and Response Focused Improvement Team* Minutes, May 10, 2007 Meeting (*Coleman* Tour Binder, October 10-12, 2007 Tour)

Document Regarding Suicide Precaution Plan and 30-minute Welfare Checks (*Coleman* Tour Binder, October 10-12, 2007 Tour)

CDCR Health Care Placement Unit Report Regarding Mental Health Inmates in Administrative Segregation (ASU), Security Housing Units (SHUs) and Psychiatric Housing Units (PSUs) (June 8, 2007).

Judge Karlton Order Adopting Special Master's Report & Recommendations Regarding Defendants' Plan to Prevent Suicides in Administrative Segregation (June 1, 2007) (Coleman Docket 2255)

Judge Karlton Order Granting Three Judge Panel (July 23, 2007) (Coleman Docket 2320)

Judge Karlton Order Regarding Defendants' Revised Program Guide (March 2, 2006) (Coleman Docket 1773)

Judge Karlton Order Adopting Special Masters' September 24, 2007 Report and Recommendations (October 18, 2007) (Coleman Docket 2461)

Rule 16(a)(1) disclosure
March 19, 2008
Page 10


Supplemental Declaration of Lori Rifkin In Support of Plaintiffs' Supplemental Brief in Support of Motion to Convene a Three Judge Panel to Limit the Prison Population and Exhibits A-CC (May 25, 2007) (Coleman Docket 2240)

Supplemental Declaration of Ernest Galvan In Support of Plaintiffs' Supplemental Brief in Support of Motion to Convene a Three Judge Panel to Limit the Prison Population and Exhibits A-W, May 25, 2007 (Coleman Docket 2242)

Defendants' Supplemental Brief in Opposition to Plaintiffs' Motion to Convene a Three-Judge Panel and Exhibits, and Supporting Declarations of Joan Petersilia, Doug McKeever, Margaret McAloon, Scott Kernan, Kathryn P. Jett and Deborah Hysen (May 24, 2007) (Coleman Docket 2238)
SAC MOHU Data Corrective Action Plan SAC Tour October 29-31, 2007

California State Auditor, High Risk: The California State Auditor's Initial Assessment of High-Risk Issues the State and Select State Agencies Face (May 2007)

CDCR Report Regarding *Inmate Incidents in Institutions, Calendar Year 2006* (Published September 2007)

Mental Health Services Delivery System Program Guide (September 2006)

Declaration of Scott Kernan in Support of Defendants' Report in Response to the Court's February 15, 2007 Order (May 16, 2007) (Plata Docket 668-1)

Declaration of Peter Cole in Support of Motions for Enforcement and Further Remedial Orders and for Three Judge Panel in *Armstrong v. Schwarzenegger* (November 18, 2006) (Armstrong Docket 958)

Senate Budget and Fiscal Review Committee Subcommittee No. 4, Agenda of April 12, 2007

Senate Budget and Fiscal Review Committee Subcommittee No. 4, Agenda of May 9, 2007

CDCR Division of Adult Parole Operations Mental Health Services Continuum Program Budget Change Proposal Fiscal Year 2007-2008

CDCR Division of Adult Parole Operations Parole Outpatient Clinics Budget Change Proposal Fiscal Year 2007/08

CDCR Budget Change Proposal for Reception Center EOP Services Fiscal Year 2007/08

California Department of Corrections, Spring 2007 Adult Population Projections: 2007-2012 (http://www.cdcr.ca.gov)

Rule 16(a)(1) disclosure
March 19, 2008
Page 11

California Department of Corrections, Fall 2007 Adult Population Projections: 2008-2013 (http://www.cdcr.ca.gov)

CDCR Weekly Population Report, June 1, 2005

CDCR Monthly Population Report, June 30, 1995

CDCR Weekly Population Report, January 10, 2007

CDCR Weekly Population Report, July 11, 2007

CDCR Weekly Population Report, October 24, 2007

CDCR Weekly Population Report, October 31, 2007

Receiver's Report Regarding Overcrowding and Appendices to same (May 15, 2007) (Plata Docket 673 and 674)

Receiver's Supplemental Report Regarding Overcrowding (June 11, 2007) (Plata Docket 705)

Declaration of John Hagar In Support of Receiver's Supplemental Report Regarding Overcrowding (June 11, 2007) (Plata Docket 706).

Receiver's Second Bi-Monthly Report (September 19, 2006) (Plata Docket 547).

Receiver's Fourth Bi-Monthly Report (March 20, 2007) (Plata Docket 618).

Receiver's Fifth Quarterly Report (June 20, 2007) (Plata Docket 723).

Receiver's Sixth Quarterly Report (September 25, 2007) (Plata Docket 866).

Receiver's Motion for Waiver of State Law re Receiver Career Executive Assignment Positions (April 13, 2007) (Plata Docket 636)

Receiver's Analysis of CDCR 2006 Death Reviews 2006 (August 20, 2007)

*Coleman* Special Master's Report Regarding Overcrowding (May 31, 2007) (Coleman Docket 2253)

*Coleman* Special Master's 18th Monitoring Report (July 30, 2007) (Coleman Docket 2334 through 2334-11).

*Coleman* Special Master's 17th Monitoring Report, Part A (2/14/07) (Coleman Docket 2140 through 2140-3).

*Coleman* Special Master's 17th Monitoring Report, Part B (4/02/07) (Coleman Docket 2180 through 2180-5).

*Coleman* Special Master's 17th Monitoring Report, Part C (6/13/07) (Coleman Docket 2274 through 2274-7).

*Coleman* Special Master's 15th Monitoring Report (1/23/07) (Coleman Docket 1746).

Transcript of Proceedings, October 5, 2006, *Madrid v. Woodford,* No. C 90-3094 TEH.

Transcript of Proceedings, December 20, 2006, *Madrid v. Woodford,* No. C 90-3094 TEH.

"Folsom Prison Staph Infections Bring Fines. Health Agency Levies $21,000 for Failure to Probe, Report Cases," Sacramento Bee Article (November 1, 2007).

Office of the Inspector General (OIG) Special Review Into the Death of Correctional Officer Manuel A. Gonzalez, Jr. on January 10, 2005 at the California Institution for Men (March 16, 2005)

Office of the Inspector General (OIG), Accountability Audit, Review of the Audits of the California Department of Corrections and Rehabilitation Adult Operations and Adult Programs, 2000-2004, April 2006, vol. 1.

Office of the Inspector General (OIG), Special Review into In-Prison Substance Abuse Programs Managed by the CDCR (February 2007).

Office of the Inspector General (OIG), Special Review into the California Department of Corrections and Rehabilitation's Release of Inmate Scott Thomas (October 2007).

Letter from CDCR Secretary James E. Tilton to Honorable Denise Ducheny Regarding 2007 Expert Panel Report (September 25, 2007).

Declaration of James Austin In Support of Plaintiffs' Supplemental Reply Brief Regarding Overcrowding (May 29, 2007) (Plata Docket 694).

American Corrections Association, Standards for Adult Correctional Institutions (4th ed. 2003).

CDCR 2005 Annual Report *California Prisoners & Parolees* (Published in 2006).

Receiver's First Bi-Monthly Report (July 5, 2006) (Plata Docket 524).

Letter from Dr. Peter Farber-Szekrenyi to Plata Receiver Robert Sillen and Coleman Special Master J. Michael Keating, Jr. (September 1, 2006).

Rule 16(a)(1) disclosure
March 19, 2008
Page 13

Letter from Receiver to Schwarzenegger, et al. Regarding Additional Perspective for the Upcoming Special Session of the Legislature (July 24, 2006).

The California Bottom Line, $1 Billion in Savings on Prisons, Commentary on California's Budget Crisis from SEIU Local 1000, March 14, 2008.

One in 100: Behind Bars in America 2008, Public Safety Performance Project, PEW Charitable Trusts, February 2008.

Senate Budget and Fiscal Review Subcommittee #4 on State Administration, General Government, Judicial and Transportation, Michael J. Machado, Chair, March 12, 2008.

State of Overcrowding in California's Prisons - Part II Building Our Way Out, California Department of Corrections and Rehabilitation, Senate Briefing of February 19, 2008.

From Cellblocks to Classrooms: Reforming Inmate Education to Improve Public Safety, Elizabeth G. Hill, Legislative Analyst, California Legislative Analyst's Office, February 2008.

All documents in the record in the *Plata* and *Coleman* cases, beginning with the motions of November 13, 2007, to convene a three-judge panel to limit the prison population.

Documents previously produced and discovery responses served by defendants in this proceeding.

Documents previously produced and discovery responses served by plaintiffs in this proceeding.

Very truly yours,

ROSEN, BIEN & GALVAN, LLP

/s/ Michael W. Bien

By: Michael W. Bien

PRISON LAW OFFICE

/s/ Donald Specter

By: Donald Specter