# EXHIBIT C



# PRISON LAW OFFICE
General Delivery, San Quentin CA 94964
Telephone (510) 280-2621 • Fax (510) 280-2704
www.prisonlaw.com

Director:
Donald Specter

Staff Attorneys:
Susan Christian
Rebekah Evenson
Steven Fama
Penny Godbold
Megan Hagler
Alison Hardy
Kelly Knapp
Millard Murphy
Sara Norman
Judith Rosenberg
Zoe Schonfeld
E. Ivan Trujillo

July 10, 2008

<u>VIA EMAIL AND U.S. MAIL</u>
Paul Mello, Hanson Bridgett
425 Market Street, 26th Floor
San Francisco CA 94105
(Attorney for *Plata* defendants)

Rochelle East, DAG
455 Golden Gate Ave., Ste 11000
San Francisco, CA 94102-7004
(Attorney for *Plata* and *Coleman* defendants)

Lisa Tillman, DAG
P.O. Box 944255
Sacramento, CA 94244-9555
(Attorney for *Coleman* defendants)

Steven S. Kaufhold and Chad Stegeman
Akin, Gump, Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104-1036
(Attorneys for Republican Intervenors)

Steven M. Woodside, County Counsel
Anne L. Keck, Deputy County Counsel
575 Administration Drive, Room 105A
Santa Rosa, CA 95403-2815
(Attorneys for Sonoma County Intervenor)

Martin J. Mayer and Kimberly Hall Barlow
Jones & Mayer
3777 North Harbor Boulevard
Fullerton, CA 92835
(Attorneys for California Sheriff, Probation, Police Chief and Corrections Intervenors)

Rod Pacheco, District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501
(Attorneys for District Attorney Intervenors)

Ann Miller Ravel and Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110-1770
(Attorneys for County Intervenors)

Natalie Leonard and Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
(Attorneys for CCPOA Intervenors)

Board of Directors
Penelope Cooper, President • Michele WalkinHawk, Vice President • Marshall Krause, Treasurer
Honorable John Burton • Felecia Gaston • Christiane Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts

Counsel for Defendants and Intervenors
July 10, 2008
Page 2

Dear Counsel:

I am writing to schedule depositions that the *Plata* and *Coleman* plaintiffs have noticed or are noticing today. All of the individuals are persons for whom we have "very good cause" to take depositions, and most will also be designated as trial witnesses for Plaintiffs.

In light of the short timeframe in which all parties must complete outstanding discovery, we need to move quickly to schedule the remaining depositions and, if there are any disputes, to obtain resolution from the Magistrate Judge as soon as possible. Following is a proposed list of depositions, dates and locations.

| DEPONENT | DATE | LOCATION |
|---|---|---|
| **State Defendants** | | |
| Victor Brewer | August 4, 2008 | Rosen Bien & Galvan |
| Scott Kernan | August 27, 2008 | Prison Law Office |
| Matthew Cate | August 29, 2008 | Prison Law Office |
| Susan Kennedy | September 2, 2008 | Prison Law Office |
| Governor Arnold Schwarzenegger | September 3, 2008 | Governor's office |
| Robert Gore | September 4, 2008 | Prison Law Office |
| Kathy Jett | August 28, 2008 | Prison Law Office |
| Deborah Hysen | August 29, 2008 | Prison Law Office |
| | | |
| **Intervenors** | | |
| Dave Cogdill | July 16, 2008 | Phillips (Sacramento) |
| Dick Ackerman | July 18, 2008 | Phillips (Sacramento) |
| Michael M. Villines | July 25, 2008 | Phillips (Sacramento) |
| Todd Spitzer | July 29, 2008 | Phillips (Sacramento) |
| Jerry Powers | July 31, 2008 | K&L Gates (San Francisco) |
| Sonoma 30(b)(6) designee | August 4, 2008 | K&L Gates (San Francisco) |
| Lee Baca | August 5, 2008 | K&L Gates (Los Angeles) |
| William B. Kolender | August 7, 2008 | K&L Gates (Irvine) |
| Loren Buddress | August 11, 2008 | K&L Gates (San Francisco) |
| | | |
| **Non-party witnesses** | | |
| Joan Petersilia | July 31, 2008 | Prison Law Office |

(Plaintiffs reserve the right to notice depositions of any additional individuals designated as trial witnesses or experts by the parties.)

In light of the impending discovery cutoff, we request that you let us know by the end of the day on Monday, July 14, 2008 whether the proposed deposition dates are agreeable to you, or whether you intend to suggest alternative dates. Also, please inform us by the end of the day on Monday, July 14, 2008 whether you intend to object to the taking of any of these depositions.

Counsel for Defendants and Intervenors
July 10, 2008
Page 3

    We expect that we will be able to work cooperatively with you to schedule all of the proposed depositions. However, in light of recent difficulties we have encountered in informally resolving discovery matters, and the short timeframes for completing discovery, we need a firm deadline to settle the desposition schedule. Accordingly, if we do not hear from you by the end of the day on Monday, July 14, 2008, we will have no choice but to assume that you object to all of the proposed depositions, and we will file a motion to compel before the Magistrate Judge. I hope that such a motion will be unnecessary.

                                      Sincerely,

                                      Rebekah Evenson

cc: Michael Bien, Rosen, Bien & Galvan