# EXHIBIT D



SAMANTHA D. TAMA
ATTORNEY
DIRECT DIAL 415 995 5020
DIRECT FAX 415 995 3547
E-MAIL stama@hansonbridgett.com

July 14, 2008

VIA ELECTRONIC MAIL AND U.S. MAIL

Rebekah Evenson
Prison Law Office
1917 Fifth Street
Berkeley, CA 94710-1916

Re:   Plaintiffs' Deposition Notices
      *Plata v. Schwarzenegger*, U.S. District Court, Northern District of California, Case No. 01-1351 TEH;
      *Coleman v. Schwarzenegger*, U.S. District Court, Eastern District of California, Case No. 2:90-cv-0520 LKK

Dear Ms. Evenson:

I write this letter in response to your letter dated July 10, 2008 with regard to scheduling depositions in both *Plata* and *Coleman*. As a preliminary matter, Defendants take no position with respect to the Intervenors' depositions.

With regard to the depositions of Scott Kernan, Matthew Cate, Kathy Jett, and Deborah Hysen, Defendants were not provided with sufficient time to confirm these deponents' availability for the dates their depositions were noticed.[1] Indeed, Defendants were not consulted before Plaintiffs unilaterally scheduled the dates for the above individuals' depositions. However, Defendants are willing to work with Plaintiffs to find mutually agreeable dates and locations for these depositions, and will contact you when we obtain these deponents' availability.

Susan Kennedy, Victor Brewer, Governor Arnold Schwarzenegger, and Robert Gore, however, have not been identified as testifying witnesses by Plaintiffs or Defendants. Nor do Defendants intend to call these individuals to testify at trial. Defendants therefore assume that Plaintiffs will either withdraw the deposition notices for these individuals, or will appropriately file a motion to depose a non-testifying witness with Magistrate Judge Moulds demonstrating "very good cause" in compliance with the Three Judge Court's July 2, 2008 order. Defendants will oppose the depositions of these non-testifying witnesses in the absence of an order from Magistrate Judge Moulds.

---

[1] Defendants received Plaintiffs' letter noticing various depositions on Thursday, July 10, 2008 at 4:35 p.m., and Plaintiffs requested a response no later than Monday, July 14, 2008.

**Hanson Bridgett LLP**
425 Market Street, 26th Floor, San Francisco, CA 94105   hansonbridgett.com

1555942.1

Rebekah Evenson
July 14, 2008
Page 2

Defendants will send you a separate communication regarding your deposition notice of Dr. Joan Petersilia.

Sincerely,

*[signature]*

Samantha D. Tama

cc (via electronic mail):

    Paul Mello
    Rochelle East
    Kyle Lewis
    Lisa Tillman
    Steven Kaufhold
    Chad Stegeman
    Theresa Wang
    William Mitchell
    Natalie Leonard
    Theresa Fuentes
    Anne Keck
    Kimberly Hall Barlow
    Martin Mayer

1555942.1