# EXHIBIT E

## Samantha D. Tama

**From:** Rebekah Evenson [revenson@prisonlaw.com]
**Sent:** Friday, July 25, 2008 4:21 PM
**To:** 'Rebekah Evenson'; Samantha D. Tama
**Cc:** 'Rochelle East'; 'Lisa Tillman'; Paul B. Mello; Theresa.Fuentes@cco.sccgov.org; 'Kaufhold, Steven'; 'Leonard, Natalie'; AKECK@sonoma-county.org; WEmitchell@RivCoDA.org; mjm@jones-mayer.com; 'Kimberly Hall Barlow'; 'Stegeman, Chad'; Renju P. Jacob; 'Kyle Lewis'; 'Wang, Teresa'; imt@jones-mayer.com; 'Donald Specter'; 'Michael W. Bien'; 'Sara Norman'; 'Hardy, Alison (EXTERNAL)'; 'Amy Whelan'; 'Lori E. Rifkin'; 'Maria Morris'
**Subject:** Plata/Coleman - Deposition schedule

Counsel

I am writing to confirm that, as I've discussed with Samantha Tama, the deposition of Scott Kernan will proceed as noticed at the Prison Law Office on August 27, at 9:30 a.m. The deposition of Victor Brewer will proceed as noticed on August 4, 2008 at the offices of Rosen, Bien & Galvan at 9:30 a.m. The deposition of Kate Hysen will be rescheduled for September 3, 2008 at the Prison Law Office, beginning at 9:30 a.m. The current schedule of the depositions of state defendants is thus as follows:

Victor Brewer (August 4, 2008 at Rosen Bien & Galvan)
Scott Kernan (August 27, 2008 at Prison Law Office)
Kathy Jett (August 28, 2008 at Prison Law Office)
Matthew Cate (August 29, 2008 at Prison Law Office)
Deborah Hysen (September 3, 2008 at Prison Law Office)

Each set of counsel: please reply to me only to let me know whether you plan to attend any of these depositions, and if so, how many attorneys you anticipate will attend, so that we can make appropriate arrangements.

Thank you,

Rebekah Evenson
*Staff Attorney*
PRISON LAW OFFICE
Telephone (510) 280-2621
Fax (510) 280-2704
www.prisonlaw.com

---

*This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*