# EXHIBIT G

| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>SARA NORMAN, Bar No. 189536<br>ALISON HARDY, Bar No. 135966<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFF COLEMAN'S SECOND SET OF INTERROGATORIES TO DEFENDANT CATE** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

| | |
|---|---|
| PROPOUNDING PARTIES: | Plaintiff Ralph Coleman |
| RESPONDING PARTIES: | Defendant Matthew Cate |
| SET NUMBER: | TWO |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 33, Plaintiff Ralph Coleman requests that Defendant Cate is hereby requested to answer the following interrogatories separately and fully in writing under oath within twenty-one (21) days after service pursuant to Magistrate Judge Moulds' 10/30/07 Order [Docket 2495].

## DEFINITIONS

1. "INCLUDING" means "including, but not limited to," and is not to be construed to limit a Request.

2. "OR" shall be construed as disjunctive and conjunctive and, as used herein, shall include "and."

3. "ANY" as used herein, shall include "each" and "every."

4. "YOU" and "YOUR" refers to all defendants in this litigation, their agents, representatives, attorneys, and all other persons or entities acting on their behalf.

5. "PRISON" means any and all facilities in which class members in this litigation are or can be incarcerated, including DMH facilities, and any planned redesigns of, construction to, or renovations of such facilities, and any new such facilities contemplated by AB 900.

6. "*COLEMAN* CLASS MEMBERS" or "PLAINTIFFS" means the class of state prisoners with serious mental disorders, including but not limited to those CDCR inmate-patients within the Correctional Clinical Case Management System (CCCMS), the Enhanced Outpatient Program (EOP), Day Treatment Program (DTP), intermediate care beds, mental health crisis beds, and acute care beds.

7. "LEVEL OF CARE" means the designated placement of a *COLEMAN* CLASS MEMBER into the clinically appropriate mental health program.

8. "APPROPRIATE HOUSING" means housing in a unit that meets the requirements and standards of the Program Guide for a given *COLEMAN* CLASS MEMBER, according to the *COLEMAN* CLASS MEMBER's LEVEL OF CARE.

9. "MATERIAL" means having some significance to the information requested OR relevance to the issues in dispute in these proceedings.

10. "TREATMENT SPACE" means a place designated for medical or mental health treatment.

## INTERROGATORIES

**INTERROGATORY NO. 1:** If YOU contend that that there have been ANY MATERIAL changes to the ability of California Department of Corrections and Rehabilitation to timely place *COLEMAN* CLASS MEMBERS in APPROPRIATE HOUSING in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 2:** If YOU contend that there have been ANY MATERIAL changes in the amount OR quality of office space available for medical professionals OR mental health professionals in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 3:** If YOU contend that there have been ANY MATERIAL changes in the amount OR quality of TREATMENT SPACE in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 4:** If YOU contend that there have been ANY MATERIAL changes in the mental health treatment provided to *COLEMAN* CLASS MEMBERS housed in Administrative Segregation Units in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

//
//
//

**INTERROGATORY NO. 5:** If YOU contend that there has been ANY MATERIAL change in the ability to move *COLEMAN* CLASS MEMBERS to higher LEVELS OF CARE in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

Dated: July 17, 2008

Respectfully submitted,

ROSEN BIEN & GALVAN, LLP

By: /s/ Maria Morris
Maria V. Morris
Attorneys for Plaintiffs

# PROOF OF SERVICE

I, Sofia Millham, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco, California 94104. On July 18, 2008, I served the following document:

**PLAINTIFF COLEMAN'S SECOND SET OF INTERROGATORIES TO DEFENDANT CATE**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ X ] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service on July 17, 2008 for service on July 18, 2008. (A declaration by the messenger is attached hereto as a separate document.) |
| [ X ] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

All documents were sent to the following persons in the following manner:

**VIA MESSENGER**
Lisa A. Tillman
Deputy Attorney General
1300 I Street
Sacramento, CA 95814

**VIA MESSENGER**
Rochelle East
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

**VIA US MAIL**
Lead Counsel for County Intervenors
Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

**VIA MESSENGER**
Paul B. Mello, Esq.
Hanson & Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

**VIA US MAIL**
California Correctional Peace Officers'
Association (CCPOA) Intervenors
Natalie Leonard
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

**VIA US MAIL**
Republican Assembly and Senate Intervenors
Steven S. Kaufhold
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

**VIA US MAIL**
District Attorney Intervenors
William E. Mitchell
Assistant District Attorney
Riverside County District Attorney's Office
4075 Main Street, First Floor
Riverside, CA 92501

**VIA US MAIL**
County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

**VIA US MAIL**
California Sheriff, Probation, Police Chief and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

Courtesy copies were also sent via email on July 18, 2008. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this 18th day of July, 2008, at San Francisco, California.

Sofia Millham