# EXHIBIT H

PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

RALPH COLEMAN, et al.,

    Plaintiffs,

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

No. Civ S 90-0520 LKK-JFM P

**THREE-JUDGE COURT**

MARCIANO PLATA, et al.,

    Plaintiffs,

    vs.

ARNOLD SCHWARZENEGGER, et al.,

    Defendants

No. C01-1351 TEH

**PLAINTIFF PLATA'S FIRST SET OF INTERROGATORIES TO DEFENDANT CATE**

| | |
|---|---|
| PROPOUNDING PARTIES: | Plaintiff Marciano Plata |
| RESPONDING PARTIES: | Defendant Matthew Cate |
| SET NUMBER: | ONE |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure Rule 33, Plaintiff Marciano Plata requests that Defendant Cate is hereby requested to answer the following interrogatories separately and fully in writing under oath within twenty-one (21) days after service pursuant to Magistrate Judge Moulds' 10/30/07 Order [Docket 2495].

## DEFINITIONS

1. "INCLUDING" means "including, but not limited to," and is not to be construed to limit a Request.

2. "OR" shall be construed as disjunctive and conjunctive and, as used herein, shall include "and."

3. "ANY" as used herein, shall include "each" and "every."

4. "YOU" and "YOUR" refers to all defendants in this litigation, their agents, representatives, attorneys, and all other persons or entities acting on their behalf.

5. "PRISON" means any and all facilities in which class members in this litigation are or can be incarcerated, including DMH facilities, and any planned redesigns of, construction to, or renovations of such facilities, and any new such facilities contemplated by AB 900.

6. "STAFFING" means the number, distribution, and qualifications of persons regularly employed in a given PRISON, facility, OR program, and includes custody, medical and mental health personnel.

7. "MATERIAL" means having some significance to the information requested OR relevance to the issues in dispute in these proceedings.

//
//
//

## INTERROGATORIES

**INTERROGATORY NO. 1:** If YOU contend that there have been ANY MATERIAL changes in the number of persons in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 2:** If YOU contend that there have been ANY MATERIAL changes in capacity in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 3:** If YOU contend that there have been ANY MATERIAL changes in the STAFFING of ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 4:** If YOU contend that that there has been ANY MATERIAL change in YOUR ability to administer, prescribe, deliver OR monitor medications, in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

**INTERROGATORY NO. 5:** If YOU contend that there has been ANY MATERIAL change in the frequency OR duration of lockdowns in ANY PRISON, PRISON housing unit OR PRISON treatment program since October 1, 2007, please state all facts supporting your contention.

Dated: July 22, 2008

Respectfully submitted,

ROSEN, BIEN & GALVAN

By: _____
Maria V. Morris
Attorneys for *Coleman* Plaintiffs
and on Behalf of *Plata* Plaintiffs

*Plata v. Schwarzenegger,* NO. C01-1351 TEH

## PROOF OF SERVICE

I, Kathleen Johnson-Silk, declare that I am a resident of the State of California, am over the age of eighteen years and am not a party to the within action. I am employed with Rosen, Bien & Galvan LLP, whose address is 315 Montgomery Street, Tenth Floor, San Francisco, California 94104. On July 22, 2008, I served the following document:

**PLAINTIFF PLATA'S FIRST SET OF INTERROGATORIES TO DEFENDANT CATE**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [X] | **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons listed below and providing them to a professional messenger service for service. (A declaration by the messenger is attached hereto as a separate document.) |
| [X] | **By United States mail.** I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Francisco, California. |
| [ ] | **By overnight delivery.** I enclosed the documents in a sealed envelope or package provided by Federal Express and addressed it to the persons listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier and I arranged to pay for all fees for delivery. |
| [ ] | **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below from Rosen Bien & Galvan's facsimile transmission telephone number, (415) 433-7104. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached. |
| [ ] | **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addressed listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

227506_1.DOC

[227506-1]

All documents were sent to the following persons in the following manner:

**VIA MESSENGER**
Rochelle East
Office of the Attorney General
455 Golden Gate, Suite 11000
San Francisco, CA 94102-7004

**VIA US MAIL**
Lisa A. Tillman
Deputy Attorney General
1300 I Street
Sacramento, CA 95814

**VIA US MAIL**
Lead Counsel for County Intervenors
Ann Miller Ravel
Theresa Fuentes
Office of the County Counsel
70 West Hedding, East Wing, 9th Floor
San Jose, CA 95110

**VIA US MAIL**
Paul B. Mello, Esq.
Hanson & Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105

**VIA US MAIL**
California Correctional Peace Officers' Association (CCPOA) Intervenors
Natalie Leonard
Gregg MacClean Adam
Carroll, Burdick & McDonough, LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104

**VIA US MAIL**
Republican Assembly and Senate Intervenors
Steven S. Kaufhold
Akin, Gump Strauss Hauer & Feld, LLP
580 California Street, 15th Floor
San Francisco, CA 94104

**VIA US MAIL**
District Attorney Intervenors
William E. Mitchell
Assistant District Attorney
Riverside County District Attorney's Office
4075 Main Street, First Floor
Riverside, CA 92501

**VIA US MAIL**
County of Sonoma Intervenors
Anne L. Keck, Deputy County Counsel
Steven Woodside
575 Administration Drive, Room 105A
Santa Rosa, CA 95403

**VIA US MAIL**
California Sheriff, Probation, Police Chief and Corrections Intervenors
Jones & Mayer LLP
Martin J. Mayer
Michael R. Capizzi
Kimberly Hall Barlow
Elizabeth R. Feffer
3777 North Harbor Boulevard
Fullerton, CA 92835

Courtesy copies were also sent via email on July 22, 2008. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Proof of Service was executed on this ___ day of July, 2008, at San Francisco, California.

Kathleen Johnson-Silk

227506_1.DOC
[227506-1]
-1-