Gregg McLean Adam, No. 203436
Natalie Leonard, No. 236634
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:   415.989.0932
Email:         gadam@cbmlaw.com
                   jstoughton@cbmlaw.com

David A. Sanders, No. 221393
Christine Albertine, No. 141033
Daniel M. Lindsay, No. 142895
**CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION**
755 Riverpoint Drive, Suite 200
West Sacramento, CA 95605-1634
Telephone:   916.372.6060
Facsimile:   916.372.9805
E-Mail:        david.sanders@ccpoa.org

Attorneys for Intervenor California Correctional Peace
Officers' Association

IN THE UNITED STATES DISTRICT COURTS
FOR THE NORTHERN AND EASTERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| MARCIANO PLATA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, *et al.*, <br><br> Defendants. | No. Civ C01-1351 TEH (N.D. Cal.) *and* <br><br> No. Civ S90-0520 LKK-JFM (E.D. Cal.) <br><br> **THREE-JUDGE COURT** |
| RALPH COLEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, *et al.*, <br><br> Defendants. | **PLAINTIFF INTERVENOR CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION'S LIST OF NON-EXPERT WITNESSES EXPECTED TO TESTIFY AT TRIAL** |

1    Pursuant to this court's order dated July 2, 2008, Plaintiff Intervenor the
2    California Correctional Peace Officers' Association ("CCPOA") submits the following
3    list of non-expert witnesses expected to testify at trial in this matter:
4    Eric Adelman, Correctional Officer, California Medical Facility (will discuss
5    observations regarding delivery of care in an overcrowded environment versus a less
6    crowded environment)
7    Donald J. Baumann, Correctional Officer, California Rehabilitation Center
8    (will discuss issues related to staffing levels and logistics in the prisons as well as
9    authentication of video footage).
10   Gary L. Benson, Correctional Officer, Folsom State Prison (will discuss
11   observations regarding prisons and communicable diseases at his workplace)
12   Patrecia E. Fuentes, Correctional Officer, California Institute for Men (will
13   discuss the danger observed to inmates and correctional officers when medical and mental
14   healthcare is provided in an overcrowded environment at her workplace)
15   Brenda Gibbons, Correctional Officer, Salinas Valley State Prison (will discuss
16   observations regarding assisting in the delivery of medical care to inmates in an
17   overcrowded environment)
18   Ruben Leija, Correctional Officer, Chuckawalla Valley State Prison, (will
19   discuss observations related to the spread of communicable diseases at his workplace)
20   Brian Alan Messer, Correctional Officer, Salinas Valley State Prison (will
21   discuss observations regarding the effects of crowding on care delivery)
22   Rene Antonio Pastor, Correctional Officer, Salinas Valley State Prison (will
23   discuss observations regarding the effects of crowding on care delivery)
24   Kevin L. Raymond, Correctional Officer (will discuss observations regarding
25   staffing and logistics issues, as well as authentication of video footage)
26   Deborah Rowlett, Correctional Officer, Solano State Prison (served as a
27   medical professional and a correctional officer in the prisons and will discuss her
28   observations in both roles at her workplace)

1  All individuals above may be contacted through Plaintiff Intervenor's counsel
2  at 44 Montgomery Street, Suite 400, San Francisco, CA 94104, (415) 989-5900.
3  Dated: August 1, 2008

CARROLL, BURDICK & McDONOUGH LLP

By  /s/ *Natalie Leonard*
Gregg McLean Adam
Natalie Leonard
Attorneys for Intervenor California Correctional
Peace Officers' Association

CBM-SF\SF413685.1                      -3-

**PLAINTIFF INTERVENOR CCPOA'S LIST OF NON-EXPERT WITNESSES EXPECTED TO TESTIFY AT TRIAL**