*Plata, et al. v. Schwarzenegger, et al.* **(U.S.D.C., Northern Dist. of Cal., Case No. C01-1351 T.E.H.);** *Coleman, et al. v. Schwarzenegger, et al.* **(U.S.D.C., Eastern Dist. of Cal., Case No. CIV S-90-0520)** <u>**THREE**</u>-<u>**JUDGE**</u> <u>**COURT**</u>

### PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of San Francisco, California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104. On August 1, 2008, I served the enclosed:

### PLAINTIFF INTERVENOR CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION'S LIST OF NON-EXPERT WITNESSES EXPECTED TO TESTIFY AT TRIAL

on the parties in said cause (listed below) by enclosing a true copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection (in the offices of Carroll, Burdick & McDonough LLP) in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on the same day.

Fred D. Heather                                       *Attorneys for Plaintiffs in Three-*
K & L Gates, LLP                                    *Judge Court*
55 Second Street, Suite 1700
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on August 1, 2008, at San Francisco, California.

*/s/ Carrie Y. Takahata*
Carrie Y. Takahata

CBM-SF\SF413871.1

1

**PROOF OF SERVICE**