EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
LISA A. TILLMAN, SBN 126424
CHARLES J. ANTONEN, SBN 221207
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5708
 Fax:  (415) 703-5843
 Email: Charles.Antonen@doj.ca.gov

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179775
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:90-cv-00520 LKK JFM P<br><br>**THREE JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | No. C 01-1351 TEH<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF CHARLES J. ANTONEN IN SUPPORT OF DEFENDANTS' PORTION OF THE JOINT STATEMENT RE PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES AND PRODUCTION** |

# DECLARATION OF CHARLES J. ANTONEN

I, CHARLES J. ANTONEN, declare as follows:

1. I am an attorney admitted to practice law before all courts in the State of California, the United States District Court for the Eastern and Northern Districts of California, and the United States Court of Appeals for the Ninth Circuit. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants in this matter. I submit this declaration in support of Defendants' portion of the Joint Statement re Plaintiffs' Motion to Compel Supplemental Responses and Production. Unless otherwise indicated, I am competent to testify to the matters set forth in this declaration, and if called upon to do so, I would and could so testify.

2. To date, Defendants have produced over 500,000 pages of documents to Plaintiffs, with some of those documents produced as supplemental responses. With respect to supplemental responses, in December 2007, Defendants provided supplemental responses to Plaintiff Coleman's First Request for Production to Defendants Schwarzenegger, et al. Nos. 1, 23, 24, 25, 29, 35, and 36. Moreover, in March 2008, Defendants provided supplemental responses to Plaintiff Coleman's First Request for Production to Defendants Schwarzenegger, et al. Nos. 5 and 7. Additionally, in April 2008, Defendants provided supplemental responses to institution specific request for production issued by Plaintiffs.

3. Since December 2007, the Coleman Defendants have produced to Plaintiffs various documents in the course of ongoing compliance efforts. For example, Plaintiffs received from Defendants a May 1, 2008 revised plan to provide Enhanced Outpatient Care in Reception Centers. Likewise, Defendants provided Plaintiffs with the May 1, 2008 revisions of other court-mandated mental health care plans, including the plans to provide mental health assessments for CCCMS inmates within the disciplinary process; to enhance referrals to intermediate care beds at Atascadero State Hospital; to provide EOP care in administrative segregation centers, and to enhance recruitment efforts. Furthermore, Defendants sent Plaintiffs a copy of the Mental Health Bed Plan of July 16, 2008, with its attached projections of the

mental health population. These bed plans were and will continue to be discussed with Plaintiffs at joint meetings held periodically under the sponsorship of the Receiver at the Bovis Consulting offices. Defendants have continued to provide Plaintiffs with monthly statistical packages on the mental health population, clinical staffing, and bed utilization since January 2008.

4. During the course of Coleman compliance efforts, Plaintiffs have received the Coleman Special Master's 19th and 20th monitoring reports concerning his monitoring findings and recommendations for the period of 2007 to date. These monitoring reports include Special Master Lopes' annual report on Suicides Committed in California Department of Corrections and Rehabilitation in Calendar for Year 2006.

5. During the meet and confer process on this supplemental discovery responses issue, Plaintiffs initially stated that only a couple of Defendants' previous discovery responses would need to be updated. Plaintiffs sought such updates on an informal basis. Attached as Exhibit A is a true and correct copy of an email from Plaintiffs' counsel that encapsulates this informal request for updates from Defendants.

6. This request for informal updates was followed by Plaintiff Coleman's Third Request for Production to Defendants Schwarzenegger, et al. and two sets of interrogatories and a request for production to the Secretary of CDCR. Attached as Exhibit B is a true and correct copy of Plaintiff Coleman's Third Request for Production to Defendants Schwarzenegger, et al. and the two sets of interrogatories and a request for production to the Secretary of CDCR. Of the fifty-two requests for production in Plaintiff Coleman's Third Request for Production to Defendants Schwarzenegger, et al., forty-five specifically seek "updated" information and one particular request seeks the 21st round tour binders. In the same fashion, Plaintiff Coleman's first and second set of interrogatories to Secretary Cate seek "updated" information on the interrogatories issued against then-Secretary Tilton in Fall 2007.

7. I am informed that Defendants have responded or are in the process of responding to this discovery propounded by Plaintiffs. I am further informed that Defendants responded to Plaintiff Coleman's Third Request for Production to Defendants Schwarzenegger, et al. on July 24, 2008 and have already produced approximately 15,000 pages of documents responsive to

1  these requests for "updated' information. I am also informed that the Coleman tour binders from
2  the 20th and 21st monitoring rounds have been produced or are in the process of being produced
3  to Plaintiffs.

4      8.    Since the drafting of Plaintiffs' portion of this joint statement, the parties have
5  been able to further narrow the disputed discovery requests to Plaintiff Coleman's First Request
6  for Production to Defendants Schwarzenegger, et al. Nos. 22, 28, 30, and 38 and Plaintiff Plata's
7  First Request for Production to Defendants Schwarzenegger, et al. Nos. 32 and 33. Defendants
8  have otherwise agreed to provide supplemental responses, if warranted, for Plaintiff Coleman's
9  First Request for Production to Defendants Schwarzenegger, et al. Nos. 7, 24, 25, 26, 27, 29, 31,
10 32, 34, and 35. Additionally, Defendants have committed to provide by August 15, 2008
11 supplemental responses, if warranted, to Plaintiff Plata's First Set of Interrogatories to Defendant
12 Tilton Nos. 10-13 and Plaintiff Coleman's First Set of Interrogatories to Defendant Tilton Nos.
13 1-15, 23, and 24.

14     9.    Attached as Exhibit C is a true and correct copy of Defendants' responses to
15 Plaintiff Coleman's First Request for Production to Defendants Schwarzenegger, et al. Nos. 22,
16 28, 30, and 38 and Plaintiff Plata's First Request for Production to Defendants Schwarzenegger,
17 et al. Nos. 32 and 33. To date, Plaintiffs have not filed a motion to compel Defendants to
18 provide further responses to Plaintiff Coleman's First Request for Production to Defendants
19 Schwarzenegger, et al. Nos. 28 and 30 and Plaintiff Plata's First Request for Production to
20 Defendants Schwarzenegger, et al. Nos. 32 and 33.

22     I declare under the penalty of perjury under the laws of the State of California that the
23 foregoing is true and correct. Executed in San Francisco, California on August 1, 2008.

25                                         /s/ Charles J. Antonen
                                        CHARLES J. ANTONEN

**DECLARATION OF SERVICE BY OVERNIGHT COURIER**

Case Name:  **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
**Coleman, et al. v. Schwarzenegger, et al.**
USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM
**Plata, et al. v. Schwarzenegger, et al.**
USDC, Northern District of California, Case No. C-01-1351 TEH

No.:  **C 90-0520 LKK / C 01-01351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550.

On August 1, 2008, I served the attached **Declaration of Charles J. Antonen in support of defendants' portion of the joint statement re plaintiffs' motion to compel supplemental responses and production** by placing a true copy thereof enclosed in a sealed envelope with the **Ontrac Overnight Messenger**, addressed as follows:

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 1, 2008, at Sacramento, California.

| J. Palomino | /s/ J. Palomino |
|---|---|
| Declarant | Signature |

20129862.wpd

[Document Title]

1