| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>SARA NORMAN, Bar No. 189536<br>REBEKAH EVENSON, Bar No. 207825<br>1917 Fifth Street<br>Berkeley, CA 94710<br>Telephone: (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants | No. Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>*PLATA* AND *COLEMAN* PLAINTIFFS' **INITIAL DISCLOSURE OF NON-EXPERT WITNESSES** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br>  v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>  Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

[229359-4]

PLATA AND COLEMAN PLAINTIFFS' INITIAL DISCLOSURE OF NON-EXPERT WITNESSES, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

TO EACH PARTY AND EACH ATTORNEY OF RECORD:

YOU ARE HEREBY NOTIFIED that the following is an initial list of individuals who may be called to testify as non-expert witnesses for plaintiffs in the above-captioned matters:

| | **Name** | **Entity/Title** | **Contact Information** |
|---|---|---|---|
| 1. | Ackerman, Dick | California State Senator | Akin, Gump, Strauss Hauer & Feld, LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104-1036<br>(415) 765-9500 |
| 2. | Baca, Lee | Los Angeles County Sherriff | Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835<br>(714) 446-1400 |
| 3. | Brewer, Victor | Department of Mental Health | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 4. | Buddress, Loren | Chief Probation Officer, San Mateo County | Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835<br>(714) 446-1400 |
| 5. | Cate, Matthew | Secretary, CDCR | Lisa A. Tillman, Esq.<br>P.O. Box 944255<br>Sacramento, CA 94244-2550Deputy Attorney General<br>(916) 327-7872 |
| 6. | Chaiken, Shama | CDCR Chief Psychologist | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 7. | Cogdill, Dave | California State Senator | Akin, Gump, Strauss Hauer & Feld, LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104-1036<br>(415) 765-9500 |
| 8. | Gore, Robert | Governor's Office | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |

|     | Name | Entity/Title | Contact Information |
|-----|------|--------------|---------------------|
| 9.  | Hysen, Deborah | Chair, AB 900 Facilities Strike Team | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 10. | Ingrassia, John | San Diego Sheriff's Department, Captain, Detention Services Bureau | Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835<br>(714) 446-1400 |
| 11. | Jett, Kathy | CDCR Undersecretary for Programs | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 12. | Johnson, Rick | Chief of Health Care Placement Oversight Program, Division of Correctional Health Care Services. | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 13. | Kennedy, Susan | Governor's Chief of Staff | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 14. | Kernan, Scott | CDCR Chief Deputy Secretary for Adult Operations | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 15. | Kolender, William B. | San Diego County Sheriff | Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835<br>(714) 446-1400 |
| 16. | Petersilia, Joan | University of California, Irvine | Margaret Wu<br>University Counsel<br>University of California, Office of the General Counsel<br>1111 Franklin St., 8th Fl.<br>Oakland, CA 94607<br>(510) 987-9747 |
| 17. | Powers, Jerry | Chief Probation Officer, Stanislaus County Chief Probation Officer | Jones & Mayer<br>3777 North Harbor Boulevard<br>Fullerton, CA 92835<br>(714) 446-1400 |

| | Name | Entity/Title | Contact Information |
|---|---|---|---|
| 18. | Schwarzenegger, Arnold | Governor | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 19. | Spitzer, Todd | California State Assembly | Akin, Gump, Strauss Hauer & Feld, LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104-1036<br>(415) 765-9500 |
| 20. | Storms, Robert | Division of Adult Parole Operations | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 21. | Swanson, Andrew | Chief Psychiatrist, DCHCS | Lisa A. Tillman, Esq.<br>Deputy Attorney General<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>(916) 327-7872 |
| 22. | Villines, Michael M. | California State Assembly | Akin, Gump, Strauss Hauer & Feld, LLP<br>580 California Street, 15th Floor<br>San Francisco, CA 94104-1036<br>(415) 765-9500 |

Plaintiffs may call as trial witnesses any trial witnesses identified by any other party or intervenor as a trial witness or expert witness. Discovery is ongoing and defendants and intervenors have yet to complete production of documents or to respond in full to pending discovery. Plaintiffs reserve the right to supplement this list based on newly discovered information.

Plaintiffs will identify expert witnesses with the expert disclosures on or before August 15, 2008, as provided by the July 2, 2008, Order for Pretrial Preparation, at page 3.

Although Plaintiffs anticipate that the parties will reach pre-trial stipulations regarding authentication of documents, Plaintiffs reserve the right to identify additional witnesses for authentication purposes in the event the parties are unable to reach an agreement about

authenticating documents for trial.  In the absence of a stipulation on authentication, Plaintiffs presently anticipate that witnesses needed for authentication purposes may include but not be limited to the following list.

|    | Name | Entity | Contact Information |
|----|------|--------|---------------------|
| **1.** | Custodian of Records | Business Advantage Consulting | Business Advantage Consulting, Inc.<br>101 Parkshore Drive, Ste 100<br>Folsom, CA  95630<br>(916) 932-7181 |
| **2.** | Custodian of Records | University of California at Irvine, Center for Evidence-Based Corrections | Margaret Wu<br>University Counsel<br>University of California, Office of the General Counsel<br>1111 Franklin St., 8th Fl.<br>Oakland, CA 94607<br>(510) 987-9747 |
| **3.** | Custodian of Records | Center for Effective Public Policy | Center for Effective Public Policy<br>8403 Colesville Rd, Ste 720<br>Silver Spring, MD  20910<br>(301) 589-9383 |
| **4.** | Custodian of Records | Phase 2 Consulting | Phase 2 Consulting, Inc.<br>7733 Forsyth Blvd, Ste 2300<br>St. Louis, MO  63105<br>(314) 863-7422 |
| **5.** | Custodian of Records | Navigant Consulting | One Market Street<br>Spear Street Tower, Suite 1200<br>San Francisco, CA  94105<br>United States<br>415.356.7100 |
| **6.** | Custodian of Records | McManis Consulting | McManis Consulting<br>2401 Bayshore Blvd., Suite 905<br>Tampa, FL  33629<br>813-251-1418 |

| | Name | Entity | Contact Information |
|---|---|---|---|
| 7. | Custodian of Records | Office of the Inspector General | Barbara L. Sheldon, Chief Counsel<br>Office of the Inspector General<br>P.O. Box 348780<br>Sacramento, CA  95834-8780<br>916 830 3600 |

Dated:  August 1, 2008

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By:  */s/ Ernest Galvan*
Ernest Galvan
Attorneys for Plaintiffs