PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES AND PRODUCTION** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES AND PRODUCTION,
NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[229722-1]

1   Plaintiffs' Motion to Compel Supplemental Responses and Production came on
2   regularly for hearing before this Court on August 7, 2008, at 11:00 a.m.  The Court, having
3   considered the arguments and briefs of the parties, and good cause appearing, hereby orders:

4   (1) Defendants shall make complete supplements, including both written responses and
5   production of documents, to all Interrogatories and Document Requests specified by Plaintiffs
6   in the Joint Statement Re Plaintiffs' Motion to Compel Supplemental Responses and
7   Production without further delay, no later than _____;

8   (2)  Any documents or responses produced after _____ shall be considered
9   timely produced only upon a showing that they could not have been produced earlier;

10  (3) If Defendants do not provide supplements by _____, no evidence or
11  argument regarding changes since December 2007 of any circumstances that were the subject
12  of discovery requests propounded prior to December 2007;  and

13  (4) Plaintiffs are entitled to all attorneys' fees associated with the cost of bringing this
14  motion to compel.  Within 10 court days of this Order, Plaintiffs shall file with the Court
15  documentation of the attorneys' fees associated with this motion.

16  IT IS SO ORDERED.

18  Dated: _____

Hon. John F. Moulds
Magistrate Judge

22  Dated: _____                    Respectfully submitted,

*/s/ Maria V. Morris*
Maria V. Morris
Rosen, Bien & Galvan
Attorneys for *Coleman* Plaintiffs and on
Behalf of *Plata* Plaintiffs

-1-
[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES AND PRODUCTION,
NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[229722-1]