EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
VICKIE P. WHITNEY
Supervising Deputy Attorney General
MISHA D. IGRA, State Bar No. 208711
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5388
  Fax: (916) 324-5205

Attorneys for Defendants
CF1997CS0003

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | Case No.: 2:90-cv-00520 LKK JFM P <br><br> **NOTICE OF CHANGE IN DESIGNATION OF COUNSEL** <br><br> [L. R. 83-182(c)(1)] |

TO: CLERK OF THE COURT AND COUNSEL FOR PLAINTIFFS:

PLEASE TAKE NOTICE: The following attorney is no longer associated with the above-captioned case:

> Misha D. Igra, Deputy Attorney General
> Office of the Attorney General
> 1300 "I" Street
> P.O. Box 944255
> Sacramento, CA 94244-2550
> Email: Misha.Igra@doj.ca.gov
> Telephone: (916) 324-5388
> Fax: (916) 324-5205

/ / /

/ / /

Please remove Deputy Attorney General Misha D. Igra from your service list for this action.

Dated: July 31, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

ROCHELLE C. EAST
Senior Assistant Attorney General

VICKIE P. WHITNEY
Supervising Deputy Attorney General

MISHA D. IGRA
Deputy Attorney General

Attorneys for Defendants

30515896.wpd

Notice of Change in Designation of Counsel

2