IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER |

    The Plata plaintiffs have filed a request for an order shortening time for hearing on a motion to compel data and documents responsive to Requests Nos. 40-43 of their Third Set of Requests for Production of Documents. Plaintiffs seek hearing on the motion on August 7, 2008, at 11:00 a.m. Plaintiffs contend that the data they seek is "essential to their expert's analysis of the impact of a 'prisoner release order' on public safety." Plaintiffs' Notice of Motion and Motion for Order to Compel Discovery Responses and Memorandum of Points and Authorities in Support Thereof, filed July 31, 2008, at 2. Expert reports are due on August 15, 2008, and rebuttal reports are due on August 27, 2008. See Order for Pretrial Preparation, filed July 2, 2008, at 3.

1    Defendants oppose the request for a hearing on shortened time on the ground that the
2 parties are engaged in an ongoing meet and confer process to resolve the dispute.
3    Good cause appearing, IT IS HEREBY ORDERED that:
4    1.  Plaintiffs' July 31, 2008 request for an order shortening time is granted;
5    2.  Plaintiffs' July 31, 2008 motion to compel is set for hearing on August 7, 2008 at
6 11:00 a.m. before the undersigned.
7    3.  Defendants' response to plaintiffs' motion shall be filed and served on or before
8 4:30 p.m. on August 5, 2008.
9    4.  The matter may be removed from calendar at any time up to an including the time
10 set for hearing by oral or written stipulation of counsel that the matter has been resolved.
11 DATED: August 4, 2008.

UNITED STATES MAGISTRATE JUDGE

12
discovery25.o

2