UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | NO. Civ. S-90-520 LKK/JFM |
| Plaintiff, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| JERRY VALDIVIA, et al., | NO. Civ. S-94-671 LKK GGH |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED MOTION AND GRANTING PLAINTIFFS' REQUEST FOR MODIFICATION OF PROTECTIVE ORDER |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiffs' Motion for Leave to File Consolidated Motion and Request for Modification of Protective Orders came on regularly for hearing before this Court on July 25, 2008, at 10:00 a.m. The Court, having considered the arguments and briefs of the parties, and the entire record in the cases

1

*Coleman v. Schwarzenegger* and *Valdivia v. Schwarzenegger*, and good cause appearing, hereby issues the following Order:

For the reasons articulated by Plaintiffs and in the interest of judicial efficiency, the Court GRANTS Plaintiffs' motion for leave to file jointly in *Valdivia* and *Coleman* their Motion for Injunctive Relief Requiring Timely Access to Inpatient Psychiatric Hospitalization. The Court further GRANTS Plaintiffs' request for an order modifying the protective orders to permit review of confidential materials by the court personnel, special masters and their staffs, counsel, experts, witnesses, and related staff in both cases. Specifically, the *Coleman* Modified Protective Order (Docket 2109) shall be modified to permit review by individuals as described in subparts (a) through (e) on page 2, who are associated with the case *Valdivia v. Schwarzenegger*. The *Valdivia* Stipulated Protective Order (Docket 519) shall be modified to include similar language permitting review of confidential materials by the court personnel, special master, counsel, experts, witnesses, and related staff in the case *Coleman v. Schwarzenegger*.

IT IS HEREBY ORDERED.

August 4, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT