EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Acting Senior Assistant Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AND THE EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF RENJU JACOB IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES**<br><br>TO: MAGISTRATE JUDGE MOULDS |

- 1 -

I, Renju P. Jacob, declare as follows:

1. I am an attorney with the law offices of Hanson Bridgett LLP, counsel of record for Defendants in the *Plata v. Schwarzenegger*, et. al matter. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Documents. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, would and could competently testify to the matters set forth below.

2. The Plata Plaintiffs propounded their Third Set of Requests for Production of Documents on Defendants on June 30, 2008. This request for production of documents contained several requests including request for production numbers 40 to 43. These requests seek data and are the subject of the instant discovery motion. Each of these requests for production requested data seeking twenty one to twenty three separate data fields. Specifically request number 43 requests data the Center for Evidence Based Corrections at the University of California at Irvine used to create its static risk assessment. I am informed that Plaintiffs served a subpoena duces tecum on the Center for Evidence Based Corrections at the University of California at Irvine on or about the same time Plaintiffs served its Third Set of Requests for Production of Documents. I am also informed that the documents and data sought in Request 43 is also sought by Plaintiffs by their subpoena.

3. Plaintiffs' counsel Rebekah Evenson sent an email to Defendants' counsel before discovery reopened on June 25, 2008 requesting that Defendants provide the data now requested in Plata Requests for Production nos. 40-43 informally. I advised Plaintiffs to request the data formally as dictated under Rule 34 of the Federal Rules of Civil Procedure.

4. Defendants and Plaintiffs engaged in good faith meet and confer regarding the documents subject to Plaintiffs' current motion. On Thursday, Ms. Evenson offered Defendants a proposal to resolve this dispute. On August 5, 2008, Ms. Evenson sent me her updated proposal in writing to resolve this motion. A true and correct copy of this proposal is attached as Exhibit A. Exhibit A captures the substance of the proposal that

- 2 -

1 | Plaintiffs offered on Thursday, July 31, but it M now includes the additional provision of
2 | allowing Dr. Austin to include his data analysis in his supplemental report.  Defendants
3 | have thoroughly evaluated this proposal and are still considering it.  Defendants have
4 | also considered alternative measures to provide responsive data.
5 |     I declare under penalty of perjury that the foregoing is true and correct.  Executed
6 | in San Francisco, California, on August 5, 2008.

_____
Renju Jacob

- 3 -
DECL. OF RENJU JACOB ISO DEFS' OPPOSITION TO PLS' MOT. TO COMPEL
DOCUMENTS (CASE NOS. 01-1351; S-90-0520)

1575200.1