**EXHIBIT A**

Renju P. Jacob

**From:** Rebekah Evenson [revenson@prisonlaw.com]
**Sent:** Tuesday, August 05, 2008 1:42 PM
**To:** Renju P. Jacob
**Cc:** Paul B. Mello; 'Donald Specter'
**Subject:** Plata/ Coleman data discovery

Renju,
As we discussed last Thursday, plaintiffs would withdraw our motion to compel re data if:

1) you will agree to a complete waiver of the mediation privilege for all data that Dr. Austin received from CDCR's office of research during the mediation process; and

2) you immediately provide us with all data used by CDCR contractor Dr. Jesse Jannetta (or other UCI researchers) to analyze CDCR's Risk Assessment Instrument. According to Dr. Jannetta's powerpoint presentation, the data from UCI should contain information regarding approximately 100,000 releasees. You recently told me that CDCR provided UCI with only "rap sheets" on the 1000,000 releasees. As we discussed, information contained in "rap sheets" will not be sufficient; plaintiffs are making this proposal on the assumption that UCI used additional data to analyze the risk assessment instrument, and that the data file UCI used would contain data fields roughly equivalent to the data fields requested by Dr. Austin (which I attached to my June 25, 2008 email to you).

We would need to receive the UCI data in an electronic, machine-readable format (preferably standard software used by social science researches, such as spss (statistical package of social sciences) or sas). Also, we would need proper documentation for all data you produce (i.e. documentation showing what the various data fields mean).

3) Finally, as I told you last week, Dr. Austin will need at least two weeks from the date he receives the data to write a report. Since it is now August 5, Dr. Austin will be unable to include his full data analysis in an August 15, 2008 report. We will need to reach a stipulation that Dr. Austin may include his data analysis in a supplemental report.

Let me know if you have any questions about this.
Thanks,
Rebekah


Rebekah Evenson
*Staff Attorney*
PRISON LAW OFFICE
Telephone (510) 280-2621
Fax (510) 280-2704
www.prisonlaw.com

*This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.*

8/5/2008