EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Acting Senior Assistant Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. 2:90-cv-00520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER REGARDING EXPERT DISCOVERY AND EVIDENCE** |

Counsel for Defendants Arnold Schwarzenegger, et al., and counsel for Plaintiffs

- 1 -

Marciano Plata, et al., met and conferred regarding the various scheduling conflicts facing their respective experts. Defendants' expert, Dr. Thomas, has scheduling conflicts, including important medical appointments, that will prevent Dr. Thomas from inspecting prison facilities before the end of August. A copy of Dr. Thomas' schedule for August 2008 is attached as Exhibit A. Dr. Thomas is, however, available to tour prisons during the first week of September. Plaintiffs' expert, Dr. Krisberg, has another commitment that prevents him from completing his expert report by August 15, 2008.

Accordingly, after meeting and conferring, on July 25, 2008, the parties reached a stipulation regarding expert discovery and evidence, a copy of which is attached as Exhibit B. The parties agreed to submit, and did submit, the stipulation to Magistrate Moulds on July 25, 2008. On July 29, 2008, Magistrate Moulds issued an order declining to approve the stipulation, stating: "Absent approval of the three-judge court, this court will not authorize any deadline for service of expert reports that exceeds the September 10, 2008 deadline authorized by the court's July 11, 2008 order." A copy of Magistrate Moulds' July 29, 2008 Order is attached as Exhibit C.

The parties have altered the proposed stipulation slightly and hereby stipulate as follows:

Dr. Thomas will be permitted to inspect CDCR institutions up to and through September 6, 2008. Dr. Thomas may rely on evidence from these inspections in forming his opinion, including in his supplemental expert report, and Defendants may introduce evidence at trial that was obtained during these inspections. Plaintiffs will be entitled to present rebuttal evidence of prison conditions during the same period.

Dr. Thomas' supplemental expert report will be due 12 days after he completes his inspections, either on September 17 or September 18, 2008.

Dr. Krisberg's supplemental expert report will due on or before September 8, 2008.

The parties now seek approval of the proposed stipulation by the Three-Judge Court.

JOINT STIP. RE EXPERT DISCOVERY
CASE NOS. 01-1351; 2:90-0520

1568425.3

IT IS SO STIPULATED.

DATED: July 30, 2008                    HANSON BRIDGETT LLP

                                        By:  /s/ Paul Mello
                                        PAUL MELLO
                                        Attorneys for Defendants Arnold
                                        Schwarzenegger, et al.

DATED: July 30, 2008                    PRISON LAW OFFICE

                                        By:  /s/ Alison Hardy
                                        ALISON HARDY
                                        Attorneys for Plaintiffs Marciano Plata, et al.

Pursuant to the foregoing stipulation, IT IS SO ORDERED:[1]

DATED: 08/07/08                         /s/
                                        Stephen Reinhardt
                                        United States Circuit Judge
                                        Ninth Circuit Court of Appeals

DATED: 08/07/08                         /s/
                                        Lawrence K. Karlton
                                        Senior United States District Judge
                                        Eastern District of California

DATED: 08/07/08                         
                                        Thelton E. Henderson
                                        Senior United States District Judge
                                        Northern District of California

[1] The Court grants this stipulation with the understanding that all other dates, including the trial date, are firm and shall remain unchanged.

JOINT STIP. RE EXPERT DISCOVERY
CASE NOS. 01-1351; 2:90-0520                                    1568425.3