| ✎ AO 435 (Rev. 12/03) *Please Read Instructions above* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | **FOR COURT USE ONLY** **DUE DATE:** |
|---|---|---|

| 1. NAME Samantha D. Tama  Hanson Bridgett LLP | 2. PHONE NUMBER  415-995-5020 | 3. DATE August 8, 2008 |
|---|---|---|
| 4. MAILING ADDRESS  425 Market Street, 26th Floor | 5. CITY San Francisco | 6. STATE CA | 7. ZIP CODE 94105 |
| 8. CASE NUMBER 90-cv-0520 | 9. JUDGE John F. Moulds | DATES OF PROCEEDINGS  10. FROM 3-12-08   11. | |
| 12. CASE NAME Coleman v. Schwarzenegger, et al. | LOCATION OF PROCEEDINGS  13. Eastern District   14. | |

15. ORDER FOR
[X] APPEAL No. 08-16682  [ ] CRIMINAL  [ ] CRIMINAL JUSTICE ACT  [ ] BANKRUPTCY
[ ] NON-APPEAL  [ ] CIVIL  [ ] IN FORMA PAUPERIS  [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | Status Conference 3/12/08 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [X] | NO. OF COPIES 2 | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL    0.00

18. SIGNATURE  /s/ Samantha D. Tama

PROCESSED BY

19. DATE August 8, 2008

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| ORDER RECEIVED | DATE | BY | |
|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES  0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT  0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE  0.00 |

(Previous editions of this form may still be used)
**DISTRIBUTION:**  COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY