EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Senior Assistant Attorney General
JONATHAN L. WOLFF - 193479
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile: (415) 703-5843
kyle.lewis@doj.ca.gov
lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. 2:90-cv-00520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>DEFENDANTS' STATEMENT IN RESPONSE TO COURT'S INQUIRIES<br><br>**TO: MAGISTRATE JUDGE MOULDS** |

- 1 -

1  During a hearing before this Court on August 7, 2008, Magistrate Judge Moulds
2  instructed Defendants to submit by Monday, August 11, 2008, a statement indicating
3  either that Defendants have produced to Plaintiffs all documents previously withheld on
4  the basis of privilege, or provide authority in support of Defendants' position that
5  Defendants need not produce such documents despite this Court's orders. This Court
6  further instructed Defendants to explain whether Governor Schwarzenegger will testify at
7  trial in light of the Intervenors' witness statements. Defendants respond to each of the
8  Court's inquiries below.

### A. Defendants Produced all Documents Ordered Produced.

10  By noon today, Defendants will serve Plaintiffs with copies of the documents
11  previously withheld on the basis of privilege, that were later ordered produced by this
12  Court's April 14, 2008 and May 29, 2008 orders.

### B. No Party, Other than the *Coleman* and *Plata* Plaintiffs, Identified the Governor, his Chief of Staff, and his Senior Deputy Cabinet Secretary as Trial Witnesses in Their August 1, 2008 Disclosures of Non-Expert Trial Witnesses.

16  While the Joint Statement Regarding Discovery Dispute About Depositions noted
17  that the Legislative Intervenors identified the Governor, Ms. Kennedy, and Mr. Gore as
18  potential witnesses in their Initial Disclosures, no party other than Plaintiffs identified
19  them as trial witnesses in their August 1, 2008 disclosures of non-expert trial witnesses.
20  Defendants confirm that, as indicated in the hearing on August 7, 2008, Defendants will
21  object to any attempt by any party to call the Governor, Ms. Kennedy, or Mr. Gore as trial
22  witnesses on the same grounds that they object to being deposed in this matter: that
23  they are all high-ranking executive state officials, none of their conduct or actions is at
24  issue, and alternative sources of relevant factual information exist, such as officials with
25  the California Department of Corrections and Rehabilitation (CDCR), who have not
26  claimed the privilege against testifying. Additionally, as of today, Defendants produced
27  all deliberative process privileged documents previously ordered produced, providing
28  Plaintiffs with yet another source of the information they seek. Authority cited in the Joint

1  Statement supports the objection of the Governor, Ms. Kennedy, and Mr. Gore to being
2  called as trial witnesses, including *Simplex Time Recorder Co. v. Secretary of Labor*,
3  776 F.2d 575 (D.C. Cir. 1985) and *Deukmeijan v. Super. Court*, 143 Cal. App. 3d 632
4  (Cal. App. 1983).  Defendants therefore respectfully request that this Court deny
5  Plaintiffs' motion to compel the depositions of Governor Schwarzenegger, Susan
6  Kennedy, and Robert Gore.

7  DATED: August 11, 2008              HANSON BRIDGETT LLP

9                                      By:      /s/ Paul B. Mello
10                                         PAUL B. MELLO
                                           Attorneys for *Plata* Defendants Arnold
11                                         Schwarzenegger, et al.

13  DATED: August 11, 2008              EDMUND G. BROWN JR.
                                        Attorney General for the State of California

15                                      By:      /s/ Kyle Lewis
16                                         KYLE LEWIS
                                           Deputy Attorney General
17                                         Attorneys for Defendants Arnold
                                           Schwarzenegger, et al.

- 3 -

DEFS.' STMT. IN RESPONSE TO COURT'S INQUIRIES
CASE NOS. 01-1351; S:90-0520

1577992.3