PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
ALISON HARDY, Bar No. 135966
SARA NORMAN, Bar No. 189536
REBEKAH EVENSON, Bar No. 207825
E. IVAN TRUJILLO, Bar No. 228790
1917 Fifth Street
Berkeley, CA  94710
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY–
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br>  Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br>  Defendants | No. Civ S 90-0520 LKK-JFM P <br><br> **THREE-JUDGE COURT** <br><br> **STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY DISPUTE RE DATA** |
| MARCIANO PLATA, et al., <br><br>  Plaintiffs, <br><br> vs. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br>  Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** |

STIPULATION AND PROPOSED ORDER REGARDING DISCOVERY DISPUTE RE DATA, NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

1     WHEREAS Plaintiffs filed a motion to compel discovery responses on July 31, 2008
2 (Coleman Docket No. 2903) seeking responses to Plata Plaintiffs' Requests for Production of
3 Documents Nos. 40-43, which request certain data;
4     WHEREAS plaintiffs' expert Dr. James Austin contends that he needs at least two
5 weeks to analyze the data plaintiffs seek and to produce a report analyzing said data;
6     WHEREAS Defendants filed their opposition papers on August 5, 2008 (Coleman
7 Docket No. 1365);
8     WHEREAS the Parties have met and conferred and reached a tentative settlement of the
9 dispute at issue in Plaintiffs' Motion to Compel;
10     IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs that:
11     1. Defendants hereby waive the mediation privilege for all data that the CDCR Office
12 of Research previously provided to Dr. James Austin during the prior mediation process in this
13 Three-Judge proceeding.  Defendants aver that such waiver is expressly limited to the data
14 received as described in this paragraph and is limited to this Three-Judge proceeding;
15     2. Plaintiffs shall withdraw their Motion to Compel responses to Requests for
16 Production of Documents Nos. 40-42;
17     3.  Defendants have sent plaintiffs a set of data that defendants represent is the data they
18 provided to their consultants at U.C. Irvine for the development and analysis of the California
19 Static Risk Assessment Instrument in electronic format, with full documentation, by overnight
20 mail for delivery on Monday, August 11, 2008;
21     4.  Plaintiffs continue their Motion to Compel response to Request for Production of
22 Documents No. 43 until Thursday, August 14, 2008.  On or before that date, plaintiffs shall
23 review the documents referenced in paragraph 3 above.  If the documents are as represented in
24 paragraph 3, and are complete, accurate and substantially similar to the data requested in
25 Document Request No. 43, plaintiffs shall withdraw the motion;
26     5.  Defendants agree to stipulate to a reasonable extension of time to allow Dr. Austin to
27 disclose a supplemental expert report analyzing the data responsive to Requests Nos. 40-43.
28 Plaintiffs shall be permitted to disclose Dr. Austin's supplemental report on August 27, 2008 or

1  two weeks after the data responsive to Request No. 43 is provided pursuant to paragraph 3 or
2  produced pursuant to court order, whichever is later.

3  Dated:  August 11, 2008                         By:   /s/ *Rebekah Evenson*
4                                                         Rebekah Evenson

5                                                  Rebekah Evenson
                                                   PRISON LAW OFFICE
6                                                  1917 Fifth Street
                                                   Berkeley, CA  94710
7                                                  Telephone:  (510) 280-2621

8                                                  *Attorneys for Plaintiffs*

9                                                  By:   /s/ *Renju Jacob*
                                                           Renju Jacob
10

11                                                 (approved on August 11, 2008)

12                                                 Renju Jacob
                                                   HANSON BRIDGETT LLP
13                                                 425 Market Street, 26th Floor
14                                                 San Francisco, CA 94105

15                                                 *Attorneys for Defendants*

1
2  Pursuant to the foregoing stipulation, IT IS SO ORDERED
3      Dated: August___, 2008                    _____
4                                                United States Magistrate Judge