| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile:  (510) 280-2704 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>MARIA MORRIS, Bar No. 223903<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF, Bar No. 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　Plaintiffs,<br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　vs.<br><br>　　Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**PLAINTIFFS' *EX PARTE*<br>APPLICATION FOR ORDER<br>SHORTENING TIME FOR HEARING<br>ON MOTION FOR SANCTIONS** |

PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTIONS FOR SANCTIONS
NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232411-1]

Plaintiffs hereby apply, pursuant to Local Rule 6-144(e), for an Order Shortening Time to brief and hear Plaintiffs' Motion for Discovery Sanctions. The Declaration of Maria V. Morris in Support of Plaintiffs' Motion for Discovery Sanctions and Ex Parte Application for Hearing on Shortened Time ("Morris Decl.") and the Declaration of Ernest Galvan in Support of Plaintiffs' Motion for Discovery Sanctions and Ex Parte Application for Hearing on Shortened Time ("Galvan Decl."), filed herewith, demonstrates that the hearing of this motion on shortened time is necessary because fact discovery is set to close on September 8, 2008, Plaintiffs need the documents in question for use in depositions, and Defendants have repeatedly employed obfuscation and delay tactics to frustrate Plaintiffs' ability to get and use these documents.

Discovery in this case is set to close in less than a month. Plaintiffs are taking depositions for which the improperly withheld documents are relevant. For example, Plaintiffs have noticed the depositions of James Tilton, Matt Cate, Robert Gore, Susan Kennedy, Joyce Hayhoe, Todd Jerue, and Karen Finn. Morris Decl. ¶ 19. The first of these depositions is tentatively scheduled to take place on August 22, 2008. *Id.* Each of these individuals is the author or recipient of numerous of the documents listed on the August 5, 2008 log. Morris Decl. Ex. I. Further, because Defendants produced the previously withheld in TIFF format, which will delay Plaintiffs in their ability to review the documents in time to identify which documents should be explored with which deponent. Galvan Decl. ¶4.

Defendants have refused to provide the documents the Court ordered Defendants to produce on April 14, 2008 and May 29, 2008 in native format, despite the fact that Plaintiffs' document requests specified that format and Defendants have previously produced in that format. Morris Decl. Ex. S. Defendants' refusal will cost Plaintiffs at least a week and a half of time in which they cannot review or use the documents, in addition to additional expenses of over $10,000. Galvan Decl. ¶ 4. Defendants have no adequate justification for the failure to produce the documents in a reasonably useable form, as they stipulated to do. Dkt. 2573. These excessive and pointless delays, coming months after Defendants were ordered to produce the documents in question and did not, are unjustly hindering Plaintiffs' ability to

-1-
PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR SANCTION
NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232411-1]

prepare for depositions in this case, which are slated to begin during the week of August 18, 2008. Morris Decl ¶ 19.

In addition to delaying and unnecessarily prolonging the meet and confer process, Defendants have refused to cooperate with Plaintiffs to establish a briefing schedule for this motion. During a meet and confer on August 12, 2008 regarding Defendants' privilege log, Plaintiffs stated that a motion would be required. Defendants explicitly refused to even discuss a briefing schedule on these matters. Morris Decl. ¶ 18.

For the foregoing reasons, Plaintiffs request that the Court shorten the time in which to hear and brief Plaintiffs' Motion for Discovery Sanctions. In light of the importance of the documents, the delays Defendants have caused, and the short time remaining prior to the end of discovery, Plaintiffs' request that the Defendants' opposition to the Motion for Discovery Sanctions be due on August 14, 2008 and that the Motion be heard by the Court on August 15, 2008.

Dated: August 12, 2008                    Respectfully submitted,


/s/ Maria V. Morris
Maria V. Morris
Rosen, Bien & Galvan
Attorneys for *Coleman* Plaintiffs and on
Behalf of *Plata* Plaintiffs

[232411-1]