| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>MARIA MORRIS, Bar No. 223903<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF, Bar No. 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    vs.<br>    Defendants | No. C01-1351 THE<br><br>**THREE-JUDGE COURT**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR ORDER SHORTENING TIME** |

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME
NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232414-1]

-1-

Having read and considered the application requesting an order shortening time for a hearing on Plaintiffs' Motion for Sanctions, and good cause appearing therefor,

IT IS ORDERED THAT:

1. The application for an order shortening time is granted.

2. The hearing on the motion to compel production of data shall take place in Courtroom 26 on August 15, 2008, at 1:30 p.m.

3. All papers opposing the motion must be filed with copies lodged in Courtroom 26 and served by electronic mail transmission no later than Thursday, August 14, 2008 at 5 p.m.

4. Any reply shall be presented orally at the hearing.

IT IS SO ORDERED.

DATED: _____         _____
                                                                                JOHN F. MOULDS,
                                                                                Magistrate Judge

-1-
[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME
NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232414-1]