| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile:  (510) 280-2704 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>SARAH M. LAUBACH, Bar No. 240526<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF, Bar No. 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>           Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>           Defendants | No.:  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA ,et al.,<br><br>           Plaintiffs,<br><br>    vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    vs.<br><br>           Defendants | No. C01-1351 TEH<br><br>THREE-JUDGE COURT<br><br>**DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS AND EX PARTE APPLICATION FOR SHORTENING TIME** |

DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS AND EX PARTE APPLICATION FOR SHORTENING TIME, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232364-1]

I, Maria V. Morris, declare as follows:

1. I am an attorney at law admitted to practice before the Federal District Court for the Eastern District of California, an associate in the firm Rosen, Bien & Galvan, LLP ("RBG"), and one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Motion for Discovery Sanctions and *Ex Parte* Application to Expedite Hearing on Plaintiffs' Motion.

2. I have personal knowledge of the matters set forth herein and if called as a witness I could and would competently so testify.

3. On June 10, 2008, defendants produced certain documents responsive to the document requests propounded on them in the fall of 2007. They also produced a privilege log. A true and correct copy of the letter transmitting the privilege log and documents is attached hereto as Exhibit A. Defendants did not, at that time, provide any declarations to support the assertions of deliberative process privilege.

4. On July 25, 2008, my office received from defendants a privilege log listing documents withheld from the production of documents responsive to Plaintiff Coleman's Third Request for Production of Documents, and three declarations in support of the assertions of deliberative process privilege. True and correct copies of the July 24, 2008 Log and the three declarations are attached hereto as Exhibits B-E.

5. On July 30, 2008, Michael Bien of my office sent defendants an e-mail raising issues regarding the privilege log and production, asking for additional information by August 1, 2008, and to have a meet and confer on August 5, 2008.

6. On August 1, 2008, Kyle Lewis of the Attorney General's office, responded to Mr. Bien's e-mail, providing little of the information requested, and not mentioning a further meet and confer. A true and correct copy of the e-mails described in Paragraphs 5-6 is attached hereto as Exhibit F.

7. On August 4, 2008, I sent an e-mail to defendants, again asking to meet and confer. The following day, I left two messages for Mr. Lewis, stating that we needed to meet

1    and confer. Mr. Lewis responded by e-mail late in the day on August 5, 2008, without
2    providing any substantive information. I again asked Mr. Lewis for a meet and confer. A true
3    and correct copy of the e-mail exchange between Mr. Lewis and myself is attached hereto as
4    Exhibit G.

5        8.    On August 6, 2008, I met and conferred telephonically with Mr. Lewis and
6    Samantha Tama of the law firm of Hanson Bridgett. Mr. Lewis and Ms. Tama indicated for
7    the first time that there would be an additional production, privilege log, and declarations
8    produced that day or the next. They told me that they did not intend to change the language in
9    the declarations to provide more information about confidentiality of the documents on the log,
10   because they did not agree with the Court's Order. They did indicate that there would be other
11   changes to the declarations. The representation that there would be a new log and declarations
12   cut short the discussion. I also asked whether there were in fact declarations supporting the
13   assertion of deliberative process privilege on the June 10, 2008 log. Ms. Tama and Mr. Lewis
14   said they would look into the question. I sent an e-mail later that day memorializing the
15   discussion, and asking that there be another meet and confer on Friday, August 8, 2008 to
16   discuss any remaining issues about the new privilege log and declarations. Ms. Tama
17   responded that defendants could not meet on August 8, 2008. I responded, asking to therefore
18   have a meeting on Monday, August 11, 2008. A true and correct copy of these e-mails is
19   attached hereto as Exhibit H.

20       9.    Plaintiffs received a new privilege log and three new declarations on August 8,
21   2008, dated August 5, 2008. True and correct copies of the August 5, 2008 log and
22   declarations are attached hereto as Exhibits I-L.

23       10.   Having reviewed the log and declarations, I e-mailed Mr. Lewis and Ms. Tama
24   on August 8, 2008 regarding the deficiencies I saw, including objections to the assertions of
25   attorney-client privilege by log entry number. I asked that defendants meet and confer with me
26   on August 11, 2008. I also asked in a follow up e-mail that defendants confirm that, pursuant
27   to the Stipulation entered on November 2, 2007, they had submitted all documents listed on
28

1 their privilege logs to the Court for in camera review.  True and correct copies of my two e-
2 mails are attached hereto as Exhibit M.

3     11.    On August 11, 2008, Mr. Lewis e-mailed me that he and Ms. Tama were not
4 available on August 11, but offered to speak with me on August 12, 2008.  I agreed.  A true
5 and correct copy of our e-mail exchange is attached hereto as Exhibit N.

6     12.    On August 12, 2008, I spoke with Mr. Lewis and Ms. Tama.  I asked them if they
7 intended to change the language in the declarations, and Ms. Tama reiterated that they
8 considered the declarations to be adequate and believed that the Court's position was incorrect.
9 We addressed the specific items listed in my e-mail.  Defendants agreed to double check
10 whether the recipient of Documents 364-366 was in fact an attorney.  This individual, Chris
11 Ryan, does not appear to be a member of the California Bar, according to www.calbar.org.
12 Defendants stated that they had not checked whether the documents I had listed as not
13 apparently involving a request for or provision of legal advice were in fact legal in nature, but
14 said that they would check.  As it became clear that plaintiffs would be filing a motion related
15 to the privilege log, Ms. Tama stated that she might not double check that they were in fact
16 legal.  With regard to documents that were provided to an attorney, we disagreed as to whether
17 such documents are privileged.

18     13.    I asked Mr. Kyle and Ms. Tama if they could discuss the attorney-client
19 assertions on the June 10, 2008 log.  They said that they were not ready to do so.

20     14.    With regard to the deliberative process privilege, Ms. Tama and Mr. Lewis stated
21 that the July 24, 2008 declarations addressed the documents listed on the July 24, 2008 log,
22 whereas the August 5, 2008 declarations addressed the documents that were added to the log
23 between July 24, 2008 and August 5, 2008.  Mr. Lewis and Ms. Tama stated that they believed
24 the declarations were sufficient.

25     15.    Mr. Lewis refused to speak with me about setting up a briefing schedule.
26     16.    Following the conversation, I realized I had not inquired whether they had
27 deposited the withheld documents with the Court for in camera review.  I called Mr. Lewis
28

1  shortly after 11:00 to ask.  He did not answer the phone, so I left a message asking him to
2  confirm.  He has not responded.

3      17.    On August 11, 2008, defendants produced previously withheld documents to
4  plaintiffs.  The documents were produced in TIFF format, an unsearchable format requiring a
5  costly and time-consuming process to make the documents readable.  Lori Rifkin of my office
6  e-mailed Defendants requesting the immediate production of the previously withheld
7  documents in native format.  Mr. Lewis responded on August 12, 2008, that the documents
8  would not be produced in native format.  A true and correct copy of the e-mail exchange
9  between Ms. Rifkin and Mr. Lewis is attached hereto as Exhibit O.

10     18.    Plaintiffs have noticed the depositions of several witnesses, including James
11 Tilton, Matt Cate, Robert Gore, Susan Kennedy, Joyce Hayhoe, Todd Jerue, and Karen Finn.
12 The depositions of these witnesses will take place starting August 22, 2008.

13     19.    Attached hereto are true and correct copies of the following documents:
14     a.    Exhibit P:  Defendant James E. Tilton's Responses to Plaintiff Marciano
15           Plata's First Set of Interrogatories;
16     b.    Exhibit Q:  Defendant Governor Schwarzenegger's Responses to Plaintiff
17           Coleman's First Set of Interrogatories;
18     c.    Exhibit R:  Defendant Cate's Responses to Second Set of Interrogatories
19           from Plaintiff Coleman; and
20     d.    Exhibit S: August 7 and 8, 2008 Orders from the Ninth Circuit Court of
21           Appeals denying Defendants' petitions for writs of mandamus and
22           denying their emergency motions for a stay as moot.

24     I declare under penalty of perjury that the foregoing is true and correct, and that this
25 declaration was executed this 12th day of August, 2008, in San Francisco, California.

*/s/ Maria V. Morris*
Maria V. Morris