# EXHIBIT A



**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

455 GOLDEN GATE AVENUE
SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (425) 703-5677
Facsimile: (415) 703-5843
E-Mail: Kyle.Lewis@doj.ca.gov

June 10, 2008

Amy Whelan
Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

RE:    Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284
       *Coleman, et al. v. Schwarzenegger, et al.*
       USDC, Eastern District of California, Case No. 2: 90-cv-00520 LKK JFM
       *Plata, et al. v. Schwarzenegger, et al.*
       USDC, Northern District of California, Case No. 01-1351 TEH

Dear Ms. Whelan:

       Enclosed please find one compact disc containing supplemental disclosures by Defendants. We also enclose a privilege log concerning privileged documents withheld from the production.

       The information on these discs originates from the computer hard drives utilized by five former California Department of Corrections and Rehabilitation (CDCR) officials: John Dovey, Teresa Schwartz, Brigid Hansen, Dr. Peter Farber-Szekrenyi, and Darc Keller.  The first three individuals left CDCR between December 2006 and September 2007, after which their hard drives were removed by information technology personnel and set aside in computer service rooms.  With respect to the last two individuals, a copy of their hard drives was located at the Office of the Inspector General.  Given the volume of data collected under the compressed discovery schedule, the number of staff involved in the process, and the multitude of office locations, these hard drives were either missed or not identified during the initial search for discoverable material.  As such, they were not included in Defendants' previous document production.

       If have any questions, please do not hesitate to contact me.

                                         Sincerely,

                                         KYLE A. LEWIS
                                         Deputy Attorney General

                       For      EDMUND G. BROWN JR.
                                Attorney General

RECEIVED

JUN 1 0 2008

Rosen, Bien & Galvan

Enclosures

KAL

# 3 Judge Panel - Coleman Plata
## CDCR Supplemental Privilege Log

| DOCID | BEGDOC | ENDDOC | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIPIENT | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00000617 | E00000617 | | CDCR | Dowey, John | 10/24/2006 | Email | Williams, Robert W. (CDCR - Correctional Administration) | Dowey, John (CDCR); Kernan, Scott (CDCR) | Email attaching draft documents discussing influenza | Deliberative Process |
| E00000616 | E00000616 | | CDCR | Dowey, John | 10/24/2006 | Report | Williams, Robert W. (CDCR - Correctional Administration) | Dowey, John (CDCR); Kernan, Scott (CDCR) | Draft documents discussing influenza planning efforts. | Deliberative Process |
| E00000616 | E00000616 | | CDCR | Dowey, John | 10/24/2006 | Report | Williams, Robert W. (CDCR - Correctional Administration) | Dowey, John (CDCR); Kernan, Scott (CDCR) | Draft documents discussing influenza planning efforts. | Deliberative Process |
| E00000616 | E00000616 | | CDCR | Dowey, John | 10/24/2006 | Report | Williams, Robert W. (CDCR - Correctional Administration) | Dowey, John (CDCR); Kernan, Scott (CDCR) | Draft documents discussing influenza planning efforts. | Deliberative Process |
| E00000616 | E00000616 | | CDCR | Dowey, John | 10/24/2006 | Report | Williams, Robert W. (CDCR - Correctional Administration) | Dowey, John (CDCR); Kernan, Scott (CDCR) | Draft documents discussing influenza planning efforts. | Deliberative Process |
| E00000616 | E00000616 | | CDCR | Dowey, John | 10/24/2006 | Report | Williams, Robert W. (CDCR - Correctional Administration) | Dowey, John (CDCR); Kernan, Scott (CDCR) | Draft documents discussing influenza planning efforts. | Deliberative Process |
| E00000616 | E00000616 | | CDCR | Dowey, John | 10/24/2006 | Report | Williams, Robert W. (CDCR - Correctional Administration) | Dowey, John (CDCR); Kernan, Scott (CDCR) | Draft documents discussing influenza planning efforts. | Deliberative Process |
| E00000616 | E00000616 | | CDCR | Dowey, John | 10/24/2006 | Report | Williams, Robert W. (CDCR - Correctional Administration) | Dowey, John (CDCR); Kernan, Scott (CDCR) | Draft documents discussing influenza planning efforts. | Deliberative Process |
| E00000617 | E00000617 | | CDCR | Dowey, John | 10/27/2006 | Email | Williams, Robert W. (CDCR - Correctional Administration) | Johnson-Dowey, Lisa | Email discussing official information detailing transportation issues. | Official Information |
| E00000617 | E00000617 | | CDCR | Dowey, John | 10/27/2006 | Memo | Johnson-Dowey, Lisa | Johnson-Dowey, Lisa | Memo containing official information detailing inmate transportation issues. | Official Information |
| E00000617 | E00000617 | | CDCR | Dowey, John | 10/27/2006 | Report | Johnson-Dowey, Lisa | Johnson-Dowey, Lisa | Report containing official information detailing transportation of inmate property, files and records. | Official Information |
| E00000620 | E00000620 | | CDCR | Dowey, John | 10/24/2006 | Email | Lee, Melissa (CDCR) | Lee, Melissa; Trent, Randy (CDCR - Division of Adult Institutions) | Email discussing and attaching draft documents. | Deliberative Process |
| E00000620 | E00000620 | | CDCR | Dowey, John | 10/24/2006 | Report | Lee, Melissa; Trent, Randy (CDCR - Division of Adult Institutions) | | Pre-decisional IRP Update. | Deliberative Process |
| E00000623 | E00000623 | | CDCR | Dowey, John | 10/24/2006 | Email | McDonald, Terri (CDCR - Chief Deputy Warden, California Out of State Correctional Facilities) | McDonald, Terri (CDCR - Chief Deputy Warden, California Out of State Correctional Facilities) | Email discussing and attaching IRP Update. | Deliberative Process |
| E00000623 | E00000623 | | CDCR | Dowey, John | 10/24/2006 | Report | McDonald, Terri (CDCR - Chief Deputy Warden, California Out of State Correctional Facilities) | | IRP Update | Deliberative Process |
| E00000627 | E00000627 | | CDCR | Dowey, John | 8/7/2006 | Email | Dowey, John (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Email from Dowey to Gaddi attaching documents discussing pandemic planning efforts. | Deliberative Process |
| E00000627 | E00000627 | | CDCR | Dowey, John | 8/7/2006 | Report | Dowey, John (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Report related to pandemic planning efforts. | Deliberative Process |
| E00000627 | E00000627 | | CDCR | Dowey, John | 8/7/2006 | Report | Dowey, John (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Report related to pandemic planning efforts. | Deliberative Process |
| E00000627 | E00000627 | | CDCR | Dowey, John | 8/7/2006 | Report | Dowey, John (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Report related to pandemic planning efforts. | Deliberative Process |
| E00000635 | E00000635 | | CDCR | Dowey, John | 10/24/2006 | Report | Dowey, John (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Report related to pandemic planning efforts. | Deliberative Process |
| E00000635 | E00000635 | | CDCR | Dowey, John | 10/24/2006 | Report | Dowey, John (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Report related to pandemic planning efforts. | Deliberative Process |
| E00000635 | E00000635 | | CDCR | Dowey, John | 10/24/2006 | Report | Dowey, John (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Report related to pandemic planning efforts. | Deliberative Process |
| E00000637 | E00000637 | | CDCR | Dowey, John | 8/2/2006 | Email | Dowey, John (CDCR) | Gaddi, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Report related to Executive planning efforts. | Deliberative Process |
| E00000637 | E00000637 | | CDCR | Dowey, John | 8/2/2006 | Email | Quackenbush, Timothy | Dowey, John (CDCR) | Email discussing and attaching draft talking points for IRP. | Deliberative Process |
| E00000638 | E00000638 | | CDCR | Dowey, John | 8/2/2006 | Report | Quackenbush, Timothy | | Draft talking points for IRP. | Deliberative Process |
| E00000644 | E00000644 | | CDCR | Dowey, John | 8/2/2006 | Email | Lee, Melissa (CDCR) | Kernan, Scott | Email discussing discussion of California correction strategy. | Deliberative Process |
| E00000646 | E00000646 | | CDCR | Dowey, John | 8/2/2006 | Report | Lee, Melissa (CDCR) | | Email containing discussion of California correction strategy. | Deliberative Process |
| E00000648 | E00000648 | | CDCR | Dowey, John | 4/27/2006 | Report | McKeever, Doug (CDCR - Director, Mental Health Programs) | Felon, Chris (CDCR); Dickerson, Kathleen (CDCR); Dickson-Davis, Velda; Hickman, Roderick; Kirkland, Richard; Runnels, David (CDCR - Chief Deputy Secretary and Transitional Housing Section); Hubbard, Suzan; Kane, Anthony (CDCR - Associate Director, Division of Adult Institutions); Grannis, Max S. (CDCR - Chief Deputy Warden, San Quentin State Prison); McMahon, Marie; Moss, Joseph W. (CDCR - Correctional Captain, Level III and IV GP Program); Prudhomme, Pamela (CDCR - Associate Director, Division of Adult Institutions); Schwartz, Teresa (CDCR - Deputy Director, Division of Adult Institutions); Still, Wendy (CDCR - Associate Director, Adult Institutions); Harjoye, Joyce (CDCR - Assistant Secretary, Office of Legislation); Kernan, Scott (CDCR) | Draft quarterly report for 01/01/2006 through 03/31/2006. | Deliberative Process |
| E00000644 | E00000644 | | CDCR | Dowey, John | 7/12/2006 | Report | Dowey, John (CDCR) | Felon, Chris (CDCR); Dickerson, Kathleen (CDCR); Dickson-Davis, Velda; Hickman, Roderick; Kirkland, Richard; Runnels, David (CDCR - Chief Deputy Secretary and Transitional Housing Section); Hubbard, Suzan; Kane, Anthony (CDCR - Associate Director, Division of Adult Institutions); Grannis, Max S. (CDCR - Chief Deputy Warden, San Quentin State Prison); McMahon, Marie; Moss, Joseph W. (CDCR - Correctional Captain, Level III and IV GP Program); Prudhomme, Pamela (CDCR - Associate Director, Division of Adult Institutions); Schwartz, Teresa (CDCR - Deputy Director, Division of Adult Institutions); Still, Wendy (CDCR - Associate Director, Adult Institutions); Harjoye, Joyce (CDCR - Assistant Secretary, Office of Legislation); Kernan, Scott (CDCR) | Draft quarterly report. | Deliberative Process |
| E00000649 | E00000649 | | CDCR | Dowey, John | 7/12/2006 | Email | Dowey, John (CDCR) | General Counsel); Tilton, Mike (DOJ - Deputy Attorney General, Office of the Attorney General) | Email containing communications related to Coleman court order. | Attorney Client; Deliberative Process |
| E00000650 | E00000650 | | CDCR | Dowey, John | 7/12/2006 | Email | Dowey, John (CDCR) | Harjoye, Joyce (CDCR - Assistant Secretary, Office of Legislation); Kernan, Scott (CDCR) | Email discussing discussion of draft documents related to SB 618 planning. | Deliberative Process |
| E00000651 | E00000651 | | CDCR | Dowey, John | 7/12/2006 | Report | Harjoye, Joyce (CDCR - Assistant Secretary, Office of Legislation); Kernan, Scott (CDCR) | | Email thread discussing and attaching draft documents related to SB 618 planning. | Deliberative Process |
| E00000653 | E00000653 | | CDCR | Dowey, John | 7/12/2006 | Misc | Harjoye, Joyce (CDCR - Assistant Secretary, Office of Legislation); Kernan, Scott (CDCR) | | Email discussing draft documents related to SB 618 planning. | Deliberative Process |
| E00000655 | E00000655 | | CDCR | Dowey, John | 7/12/2006 | Report | Dowey, John (CDCR) | | Draft fact sheet related to SB 618 planning. | Deliberative Process |
| E00000655 | E00000655 | | CDCR | Dowey, John | 7/12/2006 | Report | Dowey, John (CDCR) | | Draft fact sheet related to SB 618 planning. | Deliberative Process |
| E00000657 | E00000657 | | CDCR | Dowey, John | 7/12/2006 | Report | Dowey, John (CDCR) | | Draft flow chart related to SB 618 planning. | Deliberative Process |

3 Judge Panel - Coleman Plata
CDCR Supplemental Privilege Log

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECSPEC | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00000065 | E00000065 | E00000065 | | Dowey, John | 7/1/2006 | Report | Dowey, John (CDCR) | Haynok, Joyce (CDCR - Assistant Secretary, Office of Legislation), Kernan, Scott | Draft eligibility criteria related to SB 618 community re-entry | Deliberative Process |
| E00000066 | E00000066 | E00000066 | CDCR | Dowey, John | 7/1/2006 | Report | Dowey, John (CDCR) | Haynok, Joyce (CDCR - Assistant Secretary, Office of Legislation), Kernan, Scott | Draft SB 618 multiagency reentry plan for fiscal year 2006 | Deliberative Process |
| E00000067 | E00000067 | E00000067 | CDCR | Dowey, John | 7/1/2006 | Report | Dowey, John (CDCR) | Haynok, Joyce (CDCR - Assistant Secretary, Office of Legislation), Kernan, Scott | Draft answers to questions related to SB 618 planning | Deliberative Process |
| E00000068 | E00000068 | E00000068 | CDCR | Dowey, John | 6/16/2006 | Email | Trent, Randy (CDCR - Division of Adult Institutions) | Dowey, John (CDCR) | Email thread discussing strategy implementation | Deliberative Process |
| E00000071 | E00000071 | E00000071 | CDCR | Dowey, John | 6/16/2006 | Report | Trent, Randy (CDCR - Division of Adult Institutions) | Dowey, John (CDCR) | Briefing document discussing strategy proposals to meet accomplishments | Deliberative Process |
| E00000071 | E00000071 | E00000071 | CDCR | Dowey, John | 6/16/2006 | Report | Trent, Randy (CDCR - Division of Adult Institutions) | Dowey, John (CDCR) | Draft chief executive proposed plan expenditures | Deliberative Process |
| E00000072 | E00000072 | E00000072 | CDCR | Dowey, John | 6/16/2006 | Report | Trent, Randy (CDCR - Division of Adult Institutions) | Dowey, John (CDCR) | Draft executive summary for 2006 Accountability Audit | Deliberative Process |
| E00000073 | E00000073 | E00000073 | CDCR | Dowey, John | 6/16/2006 | GraphiChart | Trent, Randy (CDCR - Division of Adult Institutions) | Dowey, John (CDCR) | Briefing document discussing strategy proposals to meet demands | Deliberative Process |
| E00000075 | E00000075 | E00000075 | CDCR | Dowey, John | 6/16/2006 | PleadingLog | Trent, Randy (CDCR - Division of Adult Institutions) | Dowey, John (CDCR) | Draft document discussing CDCR long-term goal of reducing overcrowding | Deliberative Process |
| E00000081 | E00000081 | E00000081 | | Dowey, John | 6/16/2006 | Report | Trent, Randy (CDCR - Division of Adult Institutions) | Dowey, John (CDCR) | Memo discussing reception center and state of emergency solutions | Deliberative Process |
| E00000088 | E00000088 | E00000088 | CDCR | Dowey, John | 12/1/2006 | Memo | Dowey, John (CDCR - Director, Division of Adult Institutions); Dickerson, Kathleen (CCPOA) | Associate Directors, Division of Adult Institutions; Dickerson, Kathleen (CCPOA); Rummel, David (CDCR - Undersecretary of Operations); Winslow | Memo containing discussion of incident reporting | Deliberative Process |
| E00000073 | E00000073 | E00000073 | CDCR | Dowey, John | 9/20/2004 | Memo | Dowey, John (CDCR) | Notes to self | Draft talking points discussing gender responsive strategies | Deliberative Process |
| E00000075 | E00000075 | E00000075 | CDCR | Dowey, John | 5/17/2004 | Memo | Grattet, Ryken (CDCR - Assistant Secretary, Office of Research) | Dowey, John (CDCR); Pagel, Jeff; Rummel, David (CDCR - Undersecretary of Operations); Jeanne | Memo discussing possible prison population reduction | Deliberative Process |
| E00000010 | E00000010 | E00000010 | CDCR | Dowey, John | 7/11/2006 | Email | Petenides, Anan | Dowey, John (CDCR) | Draft CIM CIII Brief Items | Deliberative Process |
| E00000011 | E00000011 | E00000011 | CDCR | Dowey, John | 9/28/2006 | Email | Rummels, David (CDCR - Undersecretary of Operations) | Dowey, John (CDCR) | Email thread containing discussion of cost-benefit analysis for restricted parole violators | Deliberative Process |
| E00000014 | E00000014 | E00000014 | CDCR | Dowey, John | 9/28/2006 | Email | Rummels, David (CDCR - Undersecretary of Operations) | Dowey, John (CDCR) | Email thread discussing and attaching comments on RIP | Deliberative Process |
| E00000016 | E00000016 | E00000016 | CDCR | Dowey, John | 9/28/2006 | Report | Rummels, David (CDCR - Undersecretary of Operations) | Dowey, John (CDCR) | Comments on CIII panel | Deliberative Process |
| E00000016 | E00000016 | E00000016 | CDCR | Dowey, John | 9/28/2006 | Report | Rummels, David (CDCR - Undersecretary of Operations) | Dowey, John (CDCR) | Comments on CIII panel | Deliberative Process |
| E00000015 | E00000015 | E00000015 | CDCR | Dowey, John | 9/28/2006 | Report | Ruuh, Celene | Dowey, John (CDCR) | Email thread discussing and attaching comments on RIP | Deliberative Process |
| E00000015 | E00000015 | E00000015 | CDCR | Dowey, John | 9/28/2006 | Report | Ruuh, Celene | Dowey, John (CDCR) | List of recommendations by contact | Deliberative Process |
| E00000016 | E00000016 | E00000016 | CDCR | Dowey, John | 9/28/2006 | Report | Ruuh, Celene | Dowey, John (CDCR) | List of recommendations by contact | Deliberative Process |
| E00000018 | E00000018 | E00000018 | | Dowey, John | 9/28/2006 | Report | Ruuh, Celene | Dowey, John (CDCR) | List of recommendations by contact | Deliberative Process |
| E00000019 | E00000019 | E00000019 | | Dowey, John | 9/28/2006 | Report | Ruuh, Celene | Dowey, John (CDCR) | Comments on CIII panel | Deliberative Process |
| E00000019 | E00000019 | E00000019 | | Dowey, John | 9/28/2006 | Email | Rummels, David (CDCR - Undersecretary of Operations) | Dowey, John (CDCR) | List of recommendations by contact | Deliberative Process |
| E00000021 | E00000021 | E00000021 | CDCR | Dowey, John | 9/28/2006 | Email | Rummels, David (CDCR - Undersecretary of Operations) | Dowey, John (CDCR); Rummels, David (CDCR - Undersecretary of Operations) | Email discussing aspects of draft emergency proclamation. | Deliberative Process |
| E00000023 | E00000023 | E00000023 | CDCR | Dowey, John | 9/28/2006 | Email | Ruuh, Celene | Dowey, John (CDCR); Rummels, David (CDCR - Undersecretary of Operations) | Email thread discussing and attaching comments on RIP | Deliberative Process |
| E00000025 | E00000025 | E00000025 | CDCR | Dowey, John | 9/28/2006 | Email | Hubbard, Suzan | Kathleen M. (CDCR - Chief Deputy General Counsel, Office of Legal Affairs); Mayberly, Michael (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Programs), Kernan | Email thread discussing draft emergency proclamation. | Attorney Client; Deliberative Process |
| E00000027 | E00000027 | E00000027 | Misc | Dowey, John | 8/9/2006 | Email | Hubbard, Suzan | Bogart, Terri (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Slavin, Bruce (CDCR - General Counsel) | Email thread discussing draft emergency proclamation. | Attorney Client; Deliberative Process |
| E00000029 | E00000029 | E00000029 | CDCR | Dowey, John | | Email | Hertz, Lisa | Bogart, Terri (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Slavin, Bruce (CDCR - General Counsel) | Email thread discussing draft emergency proclamation. | Attorney Client; Deliberative Process |
| E00000031 | E00000031 | E00000031 | CDCR | Dowey, John | | Email | Hertz, Lisa | Bogart, Terri (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Slavin, Bruce (CDCR - General Counsel) | Email thread discussing draft emergency proclamation. | Attorney Client; Deliberative Process |
| E00000035 | E00000035 | E00000035 | CDCR | Dowey, John | | Report | Trent, Randy (CDCR - Division of Adult Institutions) | | Deliberative Process |
| E00000036 | E00000036 | E00000036 | CDCR | Dowey, John | | Report | Trent, Randy (CDCR - Division of Adult Institutions) | | Deliberative Process |
| E00000037 | E00000037 | E00000037 | CDCR | Dowey, John | | Report | Trent, Randy (CDCR - Division of Adult Institutions) | | Deliberative Process |
| E00000038 | E00000038 | E00000038 | CDCR | Dowey, John | | Report | Trent, Randy (CDCR - Division of Adult Institutions) | | Deliberative Process |

3.4dfpe Panel - Coleman Plata
CDCR Supplemental Privilege Log

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIPIENT | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00000054 | E00000056 | E00000056 | | CDCR | | Report | Tichi, Randy (CDCR - Division of Adult Institutions) | Tichi, Randy (CDCR - Division of Adult Institutions) | Comments on CIR period | Deliberative Process |
| E00000058 | | | | CDCR | 8/29/2006 | Report | Dovey, John (CDCR) | Notes to self | Draft responses to Senate Budget Committee questions. | Deliberative Process |
| E00000059 | | | | CDCR | 8/29/2006 | Report | Dovey, John (CDCR) | Notes to self | Draft responses to Senate Committee questions. | Deliberative Process |
| E00000064 | | | | CDCR | 8/29/2006 | Report | Dovey, John (CDCR) | Notes to self | Draft responses to Senate Committee questions. | Deliberative Process |
| E00000065 | | | | CDCR | 8/29/2006 | Report | Dovey, John (CDCR) | Notes to self | Draft responses to Senate Committee questions. | Deliberative Process |
| E00000066 | | | | CDCR | 8/29/2006 | Report | Dovey, John (CDCR) | Notes to self | Draft responses for Additional Programming for | Deliberative Process |
| E00000067 | | | | CDCR | 8/29/2006 | Report | Dovey, John (CDCR) | Notes to self | Draft briefing document discussing issues and challenges | Deliberative Process |
| E00000069 | | | | CDCR | 8/29/2006 | Report | Dovey, John (CDCR) | Notes to self | FY 000000000 - 000000000 | Deliberative Process |
| E00000069 | E00000061 | E00000061 | | CDCR | 8/29/2006 | Agenda | Dovey, John (CDCR) | Schwartz, Teresa (CDCR - Deputy Director, Division of Adult Institutions) | RIP recommendation status and comments | Deliberative Process |
| E00000061 | E00000061 | E00000061 | | CDCR | 8/29/2006 | Report | Dovey, John (CDCR) | Schwartz, Teresa (CDCR - Deputy Director, Division of Adult Institutions) | Email thread discussing and attaching regarding agenda | Deliberative Process |
| E00000064 | | | | CDCR | 11/08/2006 | Email | Hanson, Brigid | Schwartz, Teresa (CDCR - Deputy Director, Division of Adult Institutions) | Email thread discussing and attaching comments on RIP | Deliberative Process |
| E00000077 | | | | CDCR | 1/02/2007 | Email | Hanson, Brigid | Schwartz, Teresa (CDCR - Deputy Director, Division of Adult Institutions) | List of recommendations by contact | Deliberative Process |
| E00000084 | E00000084 | | | CDCR | 8/29/2006 | Email | Virga, Tim (CDCR) | Ferber-Szakmary, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | Email discussing long-range bed plan teleconference | Deliberative Process |
| E00000089 | E00000089 | | | CDCR | 2/23/2006 | Email | Baker, Karen (Correctional Business Manager, Female Offender Programs) | Hanson, Brigid (CDCR) | Email thread discussing draft of J.LBC letter | Deliberative Process |
| E00000068 | E00000068 | | | CDCR | 9/06/2006 | Report | Baker, Karen (Correctional Business Manager, Female Offender Programs) | | Email thread discussing draft of J.LBC letter | Deliberative Process |
| E00000068 | E00000068 | | | CDCR | 2/23/2006 | Memo | Baker, Karen (Correctional Business Manager, Female Offender Programs) | | | Deliberative Process |
| E00000083 | E00000083 | | | CDCR | 9/06/2006 | Report | Banks, Michael (CDCR - Health Program Specialist II, Clerical Policy, Program and Project Coordination) | | Email thread discussing attorney client communication | Attorney Client |
| E00000065 | E00000065 | | | CDCR | 9/06/2006 | Report | Banks, Michael (CDCR - Health Program Specialist II, Clerical Policy, Program and Project Coordination) | | | Attorney Client |
| E0010000007 | E0010000007 | | CDCR | Hanson, Brigid | 9/06/2006 | Email | Banks, Michael (CDCR - Health Program Specialist II, Clerical Policy, Program and Project Coordination) | | Email thread discussing draft letters ICF and MHCB | Attorney Client |
| E0010003 | E0010003 | | CDCR | Hanson, Brigid | 9/06/2006 | Email | Banks, Michael (CDCR - Health Program Specialist II, Clerical Policy, Program and Project Coordination) | | Email thread discussing draft letters ICF and MHCB | Attorney Client |
| E0010005 | E0010005 | | CDCR | Hanson, Brigid | 9/06/2006 | Email | Banks, Michael (CDCR - Health Program Specialist II, Clerical Policy, Program and Project Coordination) | | Email thread discussing ICF and MHCB Plan containing attorney client | Attorney Client |
| E0010003 | E0010003 | | CDCR | Hanson, Brigid | 9/06/2006 | Email | Banks, Michael (CDCR - Health Program Specialist II, Clerical Policy, Program and Project Coordination) | | Email thread discussing ICF and MHCB Plan containing attorney client | Attorney Client |
| E0010007 | E0010007 | | CDCR | Hanson, Brigid | 9/00/2006 | Agenda | Banks, Michael (CDCR - Health Program Specialist II, Clerical Policy, Program and Project Coordination) | | Memo setting forth DMH / CMF held plan for summer months. | Deliberative Process |
| E0010005 | E0010005 | | CDCR | Hanson, Brigid | 9/06/2006 | Email | Banks, Michael (CDCR - Health Program Specialist II, Clerical Policy, Program and Project Coordination) | | Agenda for Coleman Executive Team 05/01/2006 meeting | Deliberative Process |
| E0010018 | E0010018 | | CDCR | Hanson, Brigid | 9/07/2006 | Email | Ridz, Tom (Associate Warden, CDCR SB 618 Program Manager) | | Policy and procedures related to heat precautions during | Attorney Client |
| E0010013 | E0010013 | | CDCR | Hanson, Brigid | 9/06/2006 | Email | Ridz, Tom (Associate Warden, CDCR SB 618 Program Manager) | | inclement weather. | Attorney Client |
| E0010013 | E0010013 | | CDCR | Hanson, Brigid | 7/18/2006 | GraphiChart | Hanson, Brigid (CDCR) | | Email thread discussing RO Medical Services Transfer to San Diego County. | Attorney Client |
| E0010024 | E0010024 | | CDCR | Hanson, Brigid | | Report | Tittman, Lisa (DOJ - Deputy Attorney General, DCHCS) | To self | Agenda for Coleman Executive Team 05/01/2006 meeting | Attorney Client |
| E0010031 | E0010031 | | CDCR | Hanson, Brigid | 9/20/2006 | Report | Tittman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | To self | Email thread discussing RO Medical Services Transfer to San Diego County. | Attorney Client |
| E0010003 | E0010003 | | CDCR | Hanson, Brigid | 9/22/2006 | Email | Tittman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Mello, Paul B. (Hanson, Bridgett LLP); Paras, Leslie, Stone, Michael (CDCR - Staff) | Draft Dental BOP for FY 2007 - 2008. | Attorney Client |
| E0010003 | E0010003 | | CDCR | Hanson, Brigid | 10/19/2006 | Email | Tittman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | | Draft BOP for FY 2007 - 2008 - Comprehensive Inmate Dental Services Program. | Deliberative Process |
| E0010047 | E0010047 | | CDCR | Hanson, Brigid | 10/13/2006 | Email | Tittman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Paras, Leslie, Wolf, Jon (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing Plaintiff's PVGP Pack-Tour Report. | Attorney Client |
| E0010045 | E0010045 | | CDCR | Hanson, Brigid | 10/13/2006 | Email | Elmset, Martha (CDCR - Chief of Strategic Management, Office of the Secretary) | Slavin, Bruce (CDCR - General Counsel) | Email thread discussing responses to court experts concerns. | Attorney Client |
| E0010051 | E0010051 | | CDCR | Hanson, Brigid | 10/13/2006 | Report | Elmset, Martha (CDCR - Chief of Strategic Management, Office of the Secretary) | Slavin, Bruce (CDCR - General Counsel) | Report on Recommendations for CDCR. | Attorney Client; Deliberative Process |

**3. Judge Panel – Coleman Plata**
**CDCR Supplemental Privilege Log**

| DOCID | BEGDOC ENDDOC | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIPIENT | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| EO010055 | EO010055 | CDCR | Hanson, Brigid | 10/27/2006 | Memo | Gaski, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | Email thread discussing and attaching document for transport | Official Information |
| EO010056 | EO010056 | CDCR | Hanson, Brigid | 10/27/2006 | Memo | Gaski, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | Memo discussing California Out-Of-State Correctional Facility Program, Phase I and inmate transfer procedures. | Official Information |
| EO010057 | EO010057 | CDCR | Hanson, Brigid | 10/27/2006 | Report | Gaski, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | List of restricted or dis-allowed property. | Official Information |
| EO010058 | EO010058 | CDCR | Hanson, Brigid | 10/27/2006 | Memo | Gaski, Kathi (CDCR - Executive Assistant to Chief Deputy Secretary for Adult Operations) | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | Memo discussing California Out-Of-State Correctional Facilities: Transportation Of Inmate's Property, Central Files And Live! Health Records. | Official Information |
| EO010059 | EO010059 | CDCR | Hanson, Brigid | 10/4/2006 | Email | Hanson, Brigid (CDCR) | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | Memo discussing California Out-Of-State Correctional Facilities: Transportation Of Inmate's Property, Central Files And Live! Health Records. | Official Information |
| EO010060 | EO010060 | CDCR | Hanson, Brigid | 2/16/2007 | Email | Hanson, Brigid (CDCR) | Tittman, Lisa (DOJ), Tittman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General), Vela, Tim | | Attorney Client |
| EO010061 | EO010061 | CDCR | Hanson, Brigid | 12/14/2006 | Email | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS) | Coppin, Ronald (CDCR), Tittman, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing Atascadero State Hospital CAP. | Attorney Client |
| EO010062 | EO010062 | CDCR | Hanson, Brigid | 12/14/2006 | Email | Rigel (CDCR) | Kanteman, Vun (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing order in Coleman. | Attorney Client |
| EO010063 | EO010063 | CDCR | Hanson, Brigid | 12/14/2006 | Email | Kanteman, Vun (DOJ - Deputy Attorney General, Office of the Attorney General) | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); McKeever, Doug (CDCR - Chief Psychologist, Division of Correctional Health Care Services); Hanson, Brigid | Email thread discussing order in Coleman | Attorney Client |
| EO010064 | EO010064 | CDCR | Hanson, Brigid | 12/20/2006 | Email | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS) | Martin, Christine; Paine, Leslie; Slavin, Bruce (CDCR - General Counsel) | | Attorney Client |
| EO010065 | EO010065 | CDCR | Hanson, Brigid | 12/20/2006 | Email | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS) | Martin, Christine; Paine, Leslie; Slavin, Bruce (CDCR - General Counsel) | Email thread discussing SMR documents | Attorney Client |
| EO010066 | EO010066 | CDCR | Hanson, Brigid | 12/22/2006 | Email | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS) | Paine, Leslie; Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| EO010067 | EO010067 | CDCR | Hanson, Brigid | 12/22/2006 | Report | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS) | Paine, Leslie; Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| EO010068 | EO010068 | CDCR | Hanson, Brigid | 12/22/2006 | Report | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS) | Paine, Leslie; Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| EO010069 | EO010069 | CDCR | Hanson, Brigid | 12/25/2007 | Report | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS) | Paine, Leslie; Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| EO010070 | EO010070 | CDCR | Hanson, Brigid | 12/25/2007 | Report | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS) | Paine, Leslie; Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| EO010071 | EO010071 | CDCR | Hanson, Brigid | 12/25/2007 | Report | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | Paine, Leslie; Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| EO010072 | EO010074 | CDCR | Hanson, Brigid | 2/12/2007 | Email | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | Hanson, Christine; Paine, Leslie; Slavin, Bruce (CDCR - General Counsel) | Report concerning litigation calendar. | Attorney Client |
| EO010073 | EO010075 | CDCR | Hanson, Brigid | 2/12/2007 | Email | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | Andrew (DOJ - Chief Deputy Director, DCHCS), Arnold, Andrew (DOJ - Chief Psychologist, Division of Correctional Health Care Services); Farber-Szekrenyi, Peter (CDCR - Director, DCHCS), McKeever, Doug (CDCR - Chief Psychologist, Division of Correctional Health Care Services) | Email thread discussing IRP Monthly Briefing to the Secretary/Undersecretary | Attorney Client |
| EO010074 | EO010081 | CDCR | Hanson, Brigid | 2/12/2007 | Email | Farber-Szekrenyi, Peter (CDCR - Director, DCHCS); Hanson, Brigid (CDCR) | Runnels, David (CDCR - Undersecretary of Operations) | Report on Recommendations for CDCR. | Attorney Client |
| EO010075 | EO010081 | CDCR | Hanson, Brigid | 2/12/2007 | Email | Dewey, Melissa (CDCR - Administrative Assistant to the Secretary) | Runnels, David (CDCR - Undersecretary of Operations) | Report on Recommendations for CDCR. | Deliberative Process |
| EO010076 | EO010083 | CDCR | Hanson, Brigid | 10/3/2007 | Report | Dewey, Melissa (CDCR - Administrative Assistant to the Secretary) | Runnels, David (CDCR - Undersecretary of Operations) | Report on Provision 22 Status. | Deliberative Process |
| EO010104 | EO010104 | CDCR | Hanson, Brigid | 5/9/2007 | Report | McDonald, Terri (CDCR - Chief Deputy Warden, California Out of State Correctional Facility) | Runnels, David (CDCR - Undersecretary of Operations) | Report on Provision 22 Status. | Deliberative Process |
| EO010111 | EO010111 | CDCR | Hanson, Brigid | 5/9/2007 | Report | McDonald, Terri (CDCR - Chief Deputy Warden, California Out of State Correctional Facility) | Slavin, Bruce (CDCR - General Counsel) | Email thread discussing and attaching Provision 22 Status – Follow-Up | Deliberative Process |
| EO010112 | EO010112 | CDCR | Hanson, Brigid | 5/9/2007 | Email | Roden, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Slavin, Bruce (CDCR - General Counsel) | Email thread discussing staff AB 900 - CCCF BCP document. | Deliberative Process |
| EO010116 | EO010118 | CDCR | Hanson, Brigid | 5/8/2007 | Report | Roden, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Slavin, Bruce (CDCR - General Counsel) | Draft BCP. | Attorney Client |
| EO010118 | EO010122 | CDCR | Hanson, Brigid | 5/8/2007 | Report | Roden, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Slavin, Bruce (CDCR - General Counsel) | Report on Litigation. | Attorney Client |
| EO010121 | EO010122 | CDCR | Hanson, Brigid | 5/8/2007 | Calendar | Slavin, Bruce (CDCR - General Counsel) | Slavin, Bruce (CDCR - General Counsel) | Comprehensive litigation calendar. | Attorney Client |
| EO010133 | EO010133 | CDCR | Hanson, Brigid | 01/02/2007 | Email | Hanson, Brigid (CDCR) | Dezember, Robin (CDCR); Titton, Jim (CDCR - Secretary) | Email discussing and attaching Titton Questions | Deliberative Process |
| EO010134 | EO010134 | CDCR | Hanson, Brigid | 01/02/2007 | Email | Hanson, Brigid (CDCR) | Dezember, Robin (CDCR); Titton, Jim (CDCR - Secretary) | Email discussing and attaching Titton Questions | Deliberative Process |
| EO010135 | EO010135 | CDCR | Hanson, Brigid | 01/02/2007 | Email | Hanson, Brigid (CDCR) | Dezember, Robin (CDCR); Titton, Jim (CDCR - Secretary) | Report on draft responses to Senate Rules Committee Questions | Deliberative Process |

3 Judge Panel - Coleman Plata
CDCR Supplemental Privilege Log

| DOCID | REDDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIPIENT | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00100144 | E00100138 | E00100137 | CDCR | Hanson, Birgit | 11/17/2006 | Email | Bright, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Hanson, Birgit (CDCR - Deputy Director; Human Resources); Chrisler, Sharra (CDCR - Chief Counsel); Johnson, Jennifer; Johnson, Rob; Lewis, Jarol; McKeon, Margaret; Bright, Birgit; Stamm (CDCR - Chief, Prohealth; DCHCS) | Email thread discussing and attaching responses to court. | Attorney Client |
| E00100144 | E00100142 | E00100142 | CDCR | Hanson, Birgit | 9/14/2006 | Misc | Wilson, Carol | Hanson, Birgit (CDCR), Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Chart discussing mental personnel funding. | Attorney Client |
| E00100142 | E00100142 | E00100142 | CDCR | Hanson, Birgit | 9/14/2006 | GraphiChart | Wilson, Carol | Hanson, Birgit (CDCR), Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Chart discussing mental personnel funding. Projections. | Attorney Client |
| E00100147 | E00100148 | E00100148 | CDCR | Hanson, Birgit | 9/14/2006 | Email | Wilson, Carol | Hanson, Birgit (CDCR), Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Email thread discussing and attaching responses to court. | Attorney Client |
| E00100146 | E00100148 | E00100148 | CDCR | Hanson, Birgit | 9/14/2006 | Report | Wilson, Carol | Hanson, Birgit (CDCR), Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report on Desktop Procedures For Updating CDCR Dental Procedures And Staffing By Facility Model. | Attorney Client |
| E00100146 | E00100148 | E00100148 | CDCR | Hanson, Birgit | 9/14/2006 | Report | Wilson, Carol | Hanson, Birgit (CDCR), Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report on Desktop Procedures For Updating CDCR Dental Procedures And Staffing By Facility Model. | Attorney Client |
| E00100143 | E00100142 | E00100142 | CDCR | Hanson, Birgit | 9/14/2006 | Report | Wilson, Carol | Hanson, Birgit (CDCR), Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report concerning Organizational Analysis & Classification & Compensation Study. | Attorney Client |
| E00100142 | E00100142 | E00100142 | CDCR | Hanson, Birgit | 9/14/2006 | Report | Wilson, Carol | Hanson, Birgit (CDCR), Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Report on Panel Chart Experts | Attorney Client |
| E00100151 | E00100142 | E00100142 | CDCR | Hanson, Birgit | 5/12/2007 | Report | Prud'homme, Pamela (CDCR - Correctional Administrator, Division of Adult Institutions) | Hanson, Birgit (CDCR), Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Email thread discussing and attaching draft BCIS FY 2008/09 | Deliberative Process |
| E00100165 | E00100157 | E00100157 | CDCR | Hanson, Birgit | 5/5/2006 | Report | Martin, Christine (CDCR - Deputy Director, DCHCS) | Haylock, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Draft CDCR RCP for Enorfive Office. | Deliberative Process |
| E00100165 | E00100157 | E00100157 | CDCR | Hanson, Birgit | 5/5/2006 | Report | Martin, Christine (CDCR - Deputy Director, DCHCS) | Haylock, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Email thread discussing and attaching draft confirmation | Deliberative Process |
| E00100165 | E00100157 | E00100157 | CDCR | Hanson, Birgit | 5/5/2006 | Report | Martin, Christine (CDCR - Deputy Director, DCHCS) | Haylock, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Email discussing draft responses to Senate Rules Committee questions. | Deliberative Process |
| E00100157 | E00100160 | E00100160 | CDCR | Hanson, Birgit | 10/12/2007 | Email | Martin, Christine (CDCR - Deputy Director, DCHCS) | Haylock, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Email thread discussing draft responses to Senate Rules Committee questions. | Deliberative Process |
| E00100154 | E00100160 | E00100160 | CDCR | Hanson, Birgit | 10/12/2007 | Report | Martin, Christine (CDCR - Deputy Director, DCHCS) | Haylock, Joyce (CDCR - Assistant Secretary, Office of Legislation) | Report on draft responses to Senate Rules Committee | Deliberative Process |
| E00100160 | E00100159 | E00100159 | CDCR | Hanson, Birgit | 3/14/2007 | Email | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Runnels, David (CDCR - Undersecretary of Operations) | Email thread discussing and attaching Provision 22 Status. | Deliberative Process |
| E00100172 | E00100172 | E00100172 | CDCR | Hanson, Birgit | 3/14/2007 | Email | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Runnels, David (CDCR - Undersecretary of Operations) | Follow-up | Deliberative Process |
| E00100171 | E00100172 | E00100172 | CDCR | Hanson, Birgit | 1/2/2007 | Report | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Runnels, David (CDCR - Undersecretary of Operations) | Report on Provision 22 Status. | Deliberative Process |
| E00100188 | E00100161 | E00100161 | CDCR | Hanson, Birgit | 1/11/2007 | Report | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Runnels, David (CDCR - Undersecretary of Operations) | Email thread discussing and attaching Critical Receivers Assignment. | Deliberative Process |
| E00100188 | E00100161 | E00100161 | CDCR | Hanson, Birgit | 1/11/2007 | Report | Davey, Melissa (CDCR - Deputy Director, DCHCS) | Runnels, David (CDCR - Undersecretary of Operations) | Email thread discussing and attaching draft receivers Follow-Up. | Deliberative Process |
| E00100188 | E00100161 | E00100161 | CDCR | Hanson, Birgit | 6/8/2007 | Report | Martin, Christine (CDCR - Deputy Director, DCHCS) | Tilton, Jim (CDCR - Secretary) | Email discussing and attaching draft Titan Questions | Deliberative Process |
| E00100161 | E00100100 | E00100100 | CDCR | Hanson, Birgit | 6/11/2007 | Report | Davey, Melissa (CDCR - Administrative Assistant to the Secretary); Tilton, Jim (CDCR - Secretary) | Tilton, Jim (CDCR - Secretary) | Email discussing and attaching Titan Questions | Deliberative Process |
| E00100100 | E00100107 | E00100108 | CDCR | Hanson, Birgit | 6/8/2007 | Report | Dezember, Robin (CDCR - Director, Division of Correctional Health Care Services) | Tilton, Jim (CDCR - Secretary) | Report on draft responses to Senate Rules Committee questions. | Deliberative Process |
| E00100107 | E00100108 | E00100108 | CDCR | Hanson, Birgit | 6/8/2007 | Report | Dezember, Robin (CDCR - Director, Division of Correctional Health Care Services) | Tilton, Jim (CDCR - Secretary) | Report on draft responses to Senate Rules Committee questions. | Deliberative Process; Redacted |
| E00100100 | E00100108 | E00100108 | CDCR | Hanson, Birgit | 6/8/2007 | Report | Dezember, Robin (CDCR - Director, Division of Correctional Health Care Services) | Tilton, Jim (CDCR - Secretary) | Draft of Week Ahead Report for 06/11/2007. | Deliberative Process; Redacted |
| E00000022 | E00000004 | E00000004 | CDCR | Hanson, Birgit | 6/8/2007 | Report | Einsel, Martha (CDCR - Chief of Strategic Management, Office of the Secretary) | Runnels, David (CDCR - Undersecretary of Operations); Haylock, Joyce (CDCR - Assistant Secretary, Office of Legislation); Sitvich, Breva (CDCR - General Counsel) | Draft of Week Ahead Report for 06/11/2007. | Deliberative Process |
| E00000022 | E00000004 | E00000004 | CDCR | Hanson, Birgit | 6/8/2007 | Report | Einsel, Martha (CDCR - Chief of Strategic Management, Office of the Secretary) | Runnels, David (CDCR - Undersecretary of Operations); Haylock, Joyce (CDCR - Assistant Secretary, Office of Legislation); Sitvich, Breva (CDCR - General Counsel) | Report on Recommendations for CDCR RIP Update. | Deliberative Process |
| E00000024 | E00000004 | E00000004 | CDCR | Hanson, Birgit | 6/8/2007 | Report | Einsel, Martha (CDCR - Chief of Strategic Management, Office of the Secretary) | Runnels, David (CDCR - Undersecretary of Operations); Haylock, Joyce (CDCR - Assistant Secretary, Office of Legislation); Sitvich, Breva (CDCR - General Counsel) | Email thread discussing and attaching RIP Update. | Deliberative Process |
| E00000024 | E00000004 | E00000004 | CDCR | Hanson, Birgit | 6/8/2007 | Report | Einsel, Martha (CDCR - Chief of Strategic Management, Office of the Secretary) | Runnels, David (CDCR - Undersecretary of Operations); Haylock, Joyce (CDCR - Assistant Secretary, Office of Legislation); Sitvich, Breva (CDCR - General Counsel) | Report on Recommendations for CDCR | Deliberative Process |
| E00000004 | E00100024 | | CDCR | | 1/26/2007 | Email | Davey, Melissa (CDCR - Administrative Assistant to the Secretary) | Runnels, David (CDCR - Undersecretary of Operations) | Email discussing ordre e Coleman. | Attorney Client |
| E00000006 | E00100213 | | CDCR | | 1/26/2007 | GraphiChart | | | Chart of Case Records Staffing - 10% Express Upgrade. | Deliberative Process |
| E00000006 | E00100213 | | CDCR | | 1/26/2007 | Report | | | Report on Provision 22 Status. | Deliberative Process |
| E00000008 | E00100023 | | CDCR | | 1/26/2007 | GraphiChart | | | Guideline Covers Chart summary. | Deliberative Process |

3-Judge Panel - Coleman Plata
CDCR Supplemental Privilege Log

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCTYPE | DOCDATE | AUTHOR | RECIPIENT | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00100259 | E00100259 | E00100259 | CDCR | Hansen, Brigid | Calendar | 10/12/2008 | Tilton, Jim (CDCR - Secretary) | Hansen, Brigid (CDCR) | Meeting notice and discussion of RIP process. | Attorney Client; Deliberative Process |
| E00100258 | E00100258 | E00100227 | CDCR | Hansen, Brigid | Email | 10/12/2008 | Tilton, Jim (CDCR - Secretary) | Hansen, Brigid (CDCR) | Report on Recommendations for CDCR. | Attorney Client; Deliberative Process |
| E00100257 | E00100257 | E00100226 | CDCR | Hansen, Brigid | Calendar | 10/12/2008 | Tilton, Jim (CDCR - Secretary) | Hansen, Brigid (CDCR) | Report on RIP Update. | Attorney Client; Deliberative Process |
| E00100253 | E00100253 | E00100226 | CDCR | Hansen, Brigid | Calendar | 10/12/2008 | Stone, Bruce (CDCR - General Counsel) | Hansen, Brigid (CDCR) | Meeting notice for RIP Update. | Attorney Client; Deliberative Process |
| E00100251 | E00100251 | E00100233 | CDCR | Hansen, Brigid | Email | 11/22/2008 | Wolf, Jon (DOJ - Deputy Attorney General, Office of the Attorney General) | Hanson, Brigid (CDCR); Melbi, Paul B. (Hanson, Brigid; Marcus, Vishss and Rudy, LLP), Wolf, Jon (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing and attaching Plaintiff's PxSP Posit-agreement. | Attorney Client |
| E00100249 | E00100249 | E00100231 | CDCR | Hansen, Brigid | Email | 4/19/2007 | Rogoza, Teri (CDCR) | Hanson, Brigid (CDCR); Melbi, Paul B. (Hanson, Marcus, Vishss and Rudy, LLP), Wolf, Jon (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing and attaching CDC-CDPCA agreement. | Attorney Client |
| E00100248 | E00100248 | E00100244 | CDCR | Hansen, Brigid | Report | 4/19/2007 | Rogoza, Teri (CDCR) | Brady, Dennis (CDCR - Assistant Chief Counsel, Office of Legal Affairs) | Comprehensive litigation calendar. | Attorney Client |
| E00100247 | E00100247 | E00100244 | CDCR | Hansen, Brigid | Calendar | 1/15/2007 | Rodin, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Brady, Dennis (CDCR - Assistant Chief Counsel, Office of Legal Affairs) | Email discussing and attaching SHR documents. | Attorney Client |
| E00100246 | E00100246 | E00100244 | CDCR | Hansen, Brigid | Report | 1/15/2007 | Rodin, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Brady, Dennis (CDCR - Assistant Chief Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| E00100345 | E00100345 | E00100244 | CDCR | Hansen, Brigid | Report | 1/15/2007 | Rodin, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Brady, Dennis (CDCR - Assistant Chief Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| E00100344 | E00100344 | E00100244 | CDCR | Hansen, Brigid | Report | 1/15/2007 | Rodin, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Brady, Dennis (CDCR - Assistant Chief Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| E00100340 | E00100340 | E00100244 | CDCR | Hansen, Brigid | Report | 1/15/2007 | Rodin, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Brady, Dennis (CDCR - Assistant Chief Counsel, Office of Legal Affairs) | Report on Litigation. | Attorney Client |
| E00100340 | E00100340 | E00100244 | CDCR | Hansen, Brigid | Agenda | 4/12/2007 | Rodin, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Tilbani, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Notes and agenda for Mental Health Population Projections / Next Bed Study - Based on Fall 2006 Population Projections. | Attorney Client |
| E00100340 | E00100340 | E00100226 | CDCR | Hansen, Brigid | Meeting Minutes | 4/12/2007 | Rodin, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Tilbani, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Draft meeting minutes for Bed Forecast Kick-off Meeting. | Attorney Client |
| E00100340 | E00100340 | E00100244 | CDCR | Hansen, Brigid | Report | 4/12/2007 | Rodin, Angie (CDCR - Executive Assistant, Office of Legal Affairs) | Tilbani, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Draft report on Mental Health Bed Next Study - Based on Fall Forecast. | Attorney Client |
| E00100352 | E00100352 | E00100226 | CDCR | Hansen, Brigid | Report | 4/12/2007 | Ryman, Deborah (CDCR - Chief Deputy Secretary, Office of Facility Planning, Construction and Management) | Tilbani, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Draft report discussing mental health funding. | Attorney Client |
| E00100352 | E00100352 | E00100226 | CDCR | Hansen, Brigid | Email | 6/14/2007 | Rios, Benjamin (DOV - Deputy Legal Affairs Secretary, Office of the Attorney General) | Tilbani, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Email thread discussing Coleman court orders. | Attorney Client |
| E00100352 | E00100352 | E00100226 | CDCR | Hansen, Brigid | Email | 4/29/2008 | Domnick, Sandra (CDCR) | Tilbani, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General; Division of Adult Institutions) | Email thread discussing Coleman court questions. | Attorney Client; Deliberative Process |
| E00100352 | E00100352 | E00100226 | CDCR | Martin, Christine | Calendar | 5/2/2008 | Martin, Christine (CDCR - Deputy Director, DOHCS) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS) | | Attorney Client; Deliberative Process |
| E00100328 | E00100328 | E00100213 | CDCR | Farber-Szekrenyi, Peter | Report | 5/12/2008 | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Keller, Clark (CDCR - Former Deputy Director, Division of Correctional Health Care Services) | Martin, Christine | Draft response to Senate Rules Committee questions. | Deliberative Process |
| E00100328 | E00100328 | E00100213 | CDCR | Farber-Szekrenyi, Peter | Report | 7/26/2006 | Banks, Michael (CDCR - Health Program Specialist II, Policy, Program, and Project Coordination) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS) | Draft Senate Confirmation Response to Senate Rules Committee Questions. | Deliberative Process |
| E00100015 | E00100015 | E00100318 | CDCR | Farber-Szekrenyi, Peter | Report | 8/7/2008 | Tilbani, Lisa (DOJ - Deputy Attorney General, Attorney General) | Bogert, Terri (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Reid, Scott (GOV); Shimasu, Stephanie (GOV); Stevin, Bruce (CDCR - General Counsel) | Draft California Institute for Men Correctional Treatment Center Budget Staffing Proposal. | Attorney Client |
| E00100015 | E00100015 | E00100318 | CDCR | Farber-Szekrenyi, Peter | Report | 8/7/2008 | Tilbani, Lisa (DOJ - Deputy Attorney General, Attorney General) | Bogert, Terri (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Reid, Scott (GOV); Shimasu, Stephanie (GOV); Stevin, Bruce (CDCR - General Counsel) | Draft California Institute for Men Correctional Treatment Center Budget Staffing Proposal. | Attorney Client |
| E00100015 | E00100015 | E00100318 | CDCR | Farber-Szekrenyi, Peter | Report | 8/7/2008 | Tilbani, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Bogert, Terri (GOV - Deputy Legal Affairs Secretary, Office of Legal Affairs); Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Reid, Scott (GOV); Shimasu, Stephanie (GOV); Stevin, Bruce (CDCR - General Counsel) | Draft Interim Intermediate Care Facility and Mental Health Crisis Bed Plan attached to privileged email. | Attorney Client |
| E00100013 | E00100013 | E00100318 | CDCR | Farber-Szekrenyi, Peter | Report | 6/7/2008 | Tilbani, Lisa (DOJ - Deputy Legal Affairs Secretary, Office of the Attorney General) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Reid, Scott (GOV); Shimasu, Stephanie (GOV); Stevin, Bruce | Draft Mental Health Bed Plan attached to privileged email. | Attorney Client |
| E00100013 | E00100013 | E00100318 | CDCR | Farber-Szekrenyi, Peter | Report | 6/7/2008 | Tilbani, Lisa (DOJ - Deputy Attorney General, Office of the Attorney General) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Reid, Scott (GOV); Shimasu, Stephanie (GOV); Stevin, Bruce | Draft Program Manual Procedures for Heat Precautions During Inclement Weather. | Attorney Client |
| E00100013 | E00100013 | E00100318 | CDCR | Farber-Szekrenyi, Peter | Report | 6/7/2008 | Johnson, Tracy (Farber-Szekrenyi, Peter (CDCR - Director, DOHCS)) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS) | Email thread response to privileged email. | Deliberative Process |
| E00100081 | E00100081 | E00100318 | CDCR | Farber-Szekrenyi, Peter | Report | 12/16/2006 | Johnson, Tracy (Farber-Szekrenyi, Peter (CDCR - Director, DOHCS)) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS) | Draft California Institute for Men Correctional Treatment Center Budget Staffing Proposal. | Deliberative Process |
| E00100081 | E00100081 | E00100318 | CDCR | Farber-Szekrenyi, Peter | Report | 8/12/2006 | Kaylandvli, William (CDCR - Chief Dentist, Health Care Services Division) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Hagen, Katrina (CDCR); Martin, Carmelita; Melbi, Paul B. (Hanson, Bridgett, Marcus, Vishss and Rudy, LLP); Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs); Wilson, Carol (CDCR) | Email thread seeking legal advice concerning court experts. | Attorney Client |
| E00100081 | E00100081 | E00100318 | CDCR | Farber-Szekrenyi, Peter | Misc | 8/12/2006 | Kaylandvli, William (CDCR - Chief Dentist, Health Care Services Division) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Hagen, Katrina (CDCR); Martin, Carmelita; Melbi, Paul B. (Hanson, Bridgett, Marcus, Vishss and Rudy, LLP); Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs); Wilson, Carol (CDCR) | Discussion re population projections. | Attorney Client |
| E00100309 | E00100309 | E00100226 | CDCR | Farber-Szekrenyi, Peter | Report | 9/1/2006 | Kaylandvli, William (CDCR - Chief Dentist, Health Care Services Division) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Hagen, Katrina (CDCR); Martin, Carmelita; Melbi, Paul B. (Hanson, Bridgett, Marcus, Vishss and Rudy, LLP); Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs); Wilson, Carol | Desktop Procedures for Updating CDCR Dental Procedures Manual (CDCR Dental Staffing by Facility Model attached to privileged email). | Attorney Client |
| E00100309 | E00100309 | E00100226 | CDCR | Farber-Szekrenyi, Peter | Report | 9/1/2006 | Kaylandvli, William (CDCR - Chief Dentist, Health Care Services Division) | Farber-Szekrenyi, Peter (CDCR - Director, DOHCS); Hagen, Katrina (CDCR); Martin, Carmelita; Melbi, Paul B. (Hanson, Bridgett, Marcus, Vishss and Rudy, LLP); Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs); Wilson, Carol | Dental Services Report. | Attorney Client |

6/1/2006 1:40 PM

3 Judge Panel - Coleman Plata
CDCR Supplemental Privilege Log

| DOCID | BEGDOCID | ENDDOCID | SOURCE | CUSTODIAN | DOCDATE | DOCTYPE | AUTHOR | RECIPID | SUMMARY | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|---|
| E00100063 | E00100049 | E00100052 | CDCR | Fisher-Szatynskyn, Peter | 9/12/2006 | Report | Kaykendall, William (CDCR - Chief Dentist, Health Care Services Division) | Fisher-Szatynskyn, Peter (CDCR - Director, DDHCS); Hagen, Katrina (CDCR); Martin, Carmichie; Mello, Paul B. (Hanson, Bridgett, Marcus, Vlahos and Rudy, LLP); Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Dental Services Survey report. | Attorney Client |
| E00100061 | E00100046 | E00100048 | CDCR | Fisher-Szatynskyn, Peter | 9/12/2006 | Notes | Kaykendall, William (CDCR - Chief Dentist, Health Care Services Division) | Fisher-Szatynskyn, Peter (CDCR - Director, DDHCS); Hagen, Katrina (CDCR); Martin, Carmichie; Mello, Paul B. (Hanson, Bridgett, Marcus, Vlahos and Rudy, LLP); Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Responses to Agenda Items - Perez Court Experts. | Attorney Client |
| E00100062 | E00100046 | E00100053 | CDCR | Fisher-Szatynskyn, Peter | 9/12/2006 | Report | Kaykendall, William (CDCR - Chief Dentist, Health Care Services Division) | Fisher-Szatynskyn, Peter (CDCR - Director, DDHCS); Hagen, Katrina (CDCR); Martin, Carmichie; Mello, Paul B. (Hanson, Bridgett, Marcus, Vlahos and Rudy, LLP); Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | Chart of health program staff requests. | Attorney Client |
| E00100058 | E00100058 | E00100058 | CDCR | Fisher-Szatynskyn, Dr. Peter | 5/4/2006 | GraphiChart | Fisher-Szatynskyn, Peter (CDCR - Director, DDHCS) | Fisher-Szatynskyn, Peter (CDCR - Director, DDHCS); Hagen, Katrina (CDCR); Martin, Carmichie; Mello, Paul B. (Hanson, Bridgett, Marcus, Vlahos and Rudy, LLP); Stone, Michael (CDCR - Staff Counsel, Office of Legal Affairs) | | |
| E00100059 | E00100059 | E00100059 | CDCR | Fisher-Szatynskyn, Dr. Peter | 5/4/2006 | Email | Fisher-Szatynskyn, Peter (CDCR - Director, DDHCS) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Keller, Danz (CDCR - Former Deputy Director, Division of Correctional Health Care Services) | Email thread re Senate Rules Committee confirmation responses. | Attorney Client |
| E00100060 | E00100060 | E00100060 | CDCR | Fisher-Szatynskyn, Dr. Peter | 5/7/2006 | Report | Fisher-Szatynskyn, Peter (CDCR - Director, DDHCS) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Keller, Danz (CDCR - Former Deputy Director, Division of Correctional Health Care Services) | Draft response to Senate Rules Committee Questions. | Attorney Client |
| E00100062 | E00100062 | E00100062 | CDCR | Fisher-Szatynskyn, Dr. Peter | 5/7/2006 | Report | Fisher-Szatynskyn, Peter (CDCR - Director, DDHCS) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs); Keller, Danz (CDCR - Former Deputy Director, Division of Correctional Health Care Services) | Draft response to Senate Rules Committee Questions. | Attorney Client |
| E00100081 | E00100081 | E00100081 | CDCR | Fisher-Szatynskyn, Dr. Peter | 5/0/2006 | Email | Fisher-Szatynskyn, Peter (CDCR - Director, DDHCS) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs) | Email re Senate Rules Committee confirmation responses. | Attorney Client |
| E00100082 | E00100081 | E00100082 | CDCR | Fisher-Szatynskyn, Dr. Peter | 5/0/2006 | Report | Fisher-Szatynskyn, Peter (CDCR - Former Deputy Director, Division of Correctional Health Care Services) | Hoch, Andrea (GOV - Secretary, Office of Legal Affairs) | Draft response to Senate Rules Committee Questions. | Attorney Client |

## DECLARATION OF SERVICE BY MESSENGER

Case Name:  **Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284**
            **Coleman, et al. v. Schwarzenegger, et al.**
            **USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM**
            **Plata, et al. v. Schwarzenegger, et al.**
            **USDC, Northern District of California, Case No. C-01-1351 TEH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On **June 10, 2008**, I served the attached

1) Letter dated June 10, 2008

3) Privilege Log

2) Compact disc containing supplemental disclosures by Defendants

by placing a true copy thereof to be delivered by messenger service to the following person(s) at the address(es) as follows:

Amy Whelan
Rosen Bien & Galvan, LLP
315 Montgomery Street, 10th Floor
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 10, 2008**, at San Francisco, California.

| | |
|---|---|
| R. Panganiban | |
| Declarant | Signature |

20115875.wpd

# EXHIBIT B

Plaintiffs/Coleman: Three Judge Panel -Defendants' July 24, 2008 Privilege Log

| PRIVILEGE CLAIMED | DOC_DATE | DOC_TYPE | SOURCE | AUTHOR | RECIPIENT | DOC_DESCRIPTION |
|---|---|---|---|---|---|---|
| Deliberative Process | 3/17/2008 | Report | Governor's Office | Jim Tilton | Robert Gore | Document titled "Use of Private Sector Strategies in Project Delivery: Updated Prison Reform Facilities Plan" Seeking to Governor Arnold Schwarzenegger" containing advice and recommendations to formulate official action |
| Deliberative Process | 6/9/2008 | Report | Governor's Office | Matthew Cate | Ben Rice and other members of the Governor's cabinet | Document titled "Integrated Strategy to Address Overcrowding in CDCR's Adult Institutions" containing confidential predecisional strategies pertaining to overcrowding |
| Deliberative Process, Attorney Client Privilege | 1/16/2008 | Memorandum | Governor's Office | Robert Gore | Susan Kennedy, Dan Dunmoyer, Dalia Kalta, Adam Mendelsohn, Andrea Hoch | Briefing document concerning rehabilitation links teams containing external deliberations and draft recommendations |
| Deliberative Process | 4/9/2008 | Memorandum | Governor's Office | Jim Tilton | Susan Kennedy and other members of the Governor's cabinet | Briefing document concerning AB 900 containing objectives and recommendations to assist in the formulation of policy and directives |
| Attorney Client | undated | Flowchart | Governor's Office | Deborah Hysen | Andrea Hoch | Flowchart describing program implementation and concerning Prison Reform sent for the purpose of obtaining legal advice |
| Deliberative Process, Attorney Client | undated | Memorandum | Governor's Office | Kathy Jett | Andrea Hoch | Memorandum discussing AB 900 Rehabilitation Objectives provided for attorney advice and review |
| Deliberative Process, Attorney Client | 3/25/2008 | Memorandum | Governor's Office | David Runnels | Andrea Hoch | Memorandum containing attorney work product and analysis regarding AB 900 provided for attorney advice and review |
| Attorney Client, Attorney Work Product, Deliberative Process | 7/2/2008 | Memorandum | Governor's Office | Andrea Hoch | Matthew Cate, Don Carrier | Legal Memorandum containing attorney work product and analysis regarding AB 900 discussing legal issues used to assist in contracting |
| Attorney Client | Jan-08 | Memorandum | Governor's Office | Downey Brand LLP | Matthew Cate, Andrea Hoch | Legal Memorandum containing attorney research and analysis regarding AB 900 authority |
| Attorney Client | 6/24/2008 | Memorandum | Governor's Office | Wendy Bogdan Esq., Kevin Takei Esq., of Downey Brand LLP | Michael Dodrell, Mark Muszynski, Andrea Hoch | Legal Memorandum containing attorney research and analysis regarding CDCR authority to contract with private entities |
| Attorney Client, Deliberative Process | undated | Report | Governor's Office | Todd Jerue | Andrea Hoch | Briefing document concerning California Strategic Growth Plan outlining budget for legal advice and to assist in the formulation of policy and agency decisionmaking |
| Deliberative Process | 11/2/2007 | Report | Governor's Office | Jim Tilton | Andrea Hoch | Report titled "2008-2009 Reduction Options" sent for legal advice and comment prior to formal agency decision-making |
| Deliberative Process | 6/25/2008 | Draft | Finance | Sara VanDyke | Stephen Benson, Lucinda Winward | Draft FY 2009/10 Project Priority List and supporting documentation discussing prison project proposals for Agency determination |
| Deliberative Process | 6/25/2008 | Draft | Wendy Sanos | Wendy Sanos | Stephen Benson, Lucinda Winward | Draft 2007/08 Advanced Planning Funds and supporting documentation discussing prison project proposals for Agency determination |
| Deliberative Process | 5/20/2008 | Draft | Finance | Wendy Sanos | Chris Lief, Stephen Benson, Lucinda Winward | Draft Five Year Proposal List, FY 2009-2014 and supporting documentation discussing prison project proposals for Agency determination |
| Deliberative Process | 6/12/2008 | Draft | Finance | Wendy Sanos | Stephen Benson | Draft Five Year Proposal List, FY 2009-2014 and supporting documentation discussing prison project proposals for agency determination |
| Deliberative Process | Jan-08 | Binder | Finance | Stephen Benson | to self | Binder labeled "State of California Department of Corrections and Rehabilitation Five Year Infrastructure Plan 2009-2014" and supporting documentation supporting preliminary draft SCPs for presentation to agency leadership and agency deliberation |

RECEIVED
JUL 2 5 2008
Rosen, Bien & Galvan

1666969_2

Plaintiffs/Comms- Three Judge Panel - Defendants' July 24, 2008 Privilege Log

| PRIVILEGE CLAIMED | DOC_DATE | DOC_TYPE | SOURCE | AUTHOR | RECIPIENT | DOC_DESCRIPTION |
|---|---|---|---|---|---|---|
| Deliberative Process | 7/1/2008 | Report | CCDR | CDCR, Office of Fiscal Services | CDCR, Executive Staff | Reported and supporting attachments titled "California Department of Corrections and Rehabilitation 2008/09 Population Budget Change Proposal Division of Correctional Health Care Services Mental Health Crisis Bed Addition at Stark for Olah" detailing proposal regarding staffing and beds for executive staff. |
| Deliberative Process | 7/1/2008 | Document | CCDR, Office of Fiscal Services | Jennifer Valdez | Scott Ceney | Draft BCS concerning staffing at prisons for executive review and consideration. |
| Deliberative Process | 7/17/2008 | Document | CCDR, Office of Fiscal Services | Jennifer Valdez | Scott Ceney | Draft BCS concerning staffing at prisons for executive review and consideration. |
| Deliberative Process | undated | Document | CCDR, Executive Staff | Troy Ferrezi | Scott Ceney | Draft BCP concerning official psychology internship program supporting documentation for executive review and consideration. |
| Deliberative Process | 2/14/2008 | Document | CDCR | Scott Ceney | Scott Ceney | Draft Finance Letter concerning the Automated Risk and Needs Assessment Tool (ARNAT) Project for executive review and consideration. |
| Deliberative Process | 2/21/2008 | Document | CDCR | Robin Walter | Scott Ceney | Draft Finance Letter concerning prison funding and programs regarding substance abuse for executive review and consideration. |
| Deliberative Process | 4/14/2008 | Document | CDCR | Steven Chapma | Scott Ceney | Draft BCS concerning funding for additional research center in conjunction with AB 900 for executive review and consideration. |
| Deliberative Process | 4/14/2008 | Document | CDCR | Paula Agostini | Scott Ceney | Draft BCS concerning AB 900 School Infrastructure and Expansion for Executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | John Dague | Scott Ceney | Draft BCP concerning prison programs and oversight for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Robyn Loeffler | Scott Ceney | Draft BCS concerning continuation of community college programs for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Robyn Loeffler | Scott Ceney | Draft BCS concerning funding adjustments and position allocation for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Duncan Fallon | Scott Ceney | Draft BCP concerning AB 900 staffing allocation for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Scott Ceney | Scott Ceney | Draft BCP concerning AB 900 staffing allocation for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Rob Churchill | Scott Ceney | Draft BCS concerning statewide certification training for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Rob Churchill | Scott Ceney | Draft BCS concerning administrative support for reentry facilities for the executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Ed Clark | Scott Ceney | Draft BCP concerning petition to employment program for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Ed Clark | Scott Ceney | Draft BCP concerning petition to employment program for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Jennifer Valdez | Scott Ceney | Draft BCP concerning prison to employment program for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Jan Blaylock | Scott Ceney | Draft BCS concerning prison programs and oversight. |
| Deliberative Process | undated | Document | CDCR | Jennifer Valdez | Scott Ceney | Draft BCP concerning prison programs and oversight. |
| Deliberative Process | undated | Document | CDCR | Scott Ceney | Scott Ceney | Draft BCS concerning substitute teacher pool for executive review and consideration. |
| Deliberative Process | undated | Document | CDCR | Jan Blaylock | Scott Ceney | Draft BCS concerning substitute teacher pool for executive review and discussion. |
| Deliberative Process | undated | Document | CDCR | Bill Whitney | Scott Ceney | Draft BCS concerning AB 900 and tool for executive review and discussion. |
| Deliberative Process | undated | Document | CDCR | Bill Whitney | Scott Ceney | Draft BCP concerning AB 900 and substance abuse treatment for executive review and consideration. |

1566699_2

Plata/Coleman: Three Judge Panel - Defendants' July 24, 2008 Privilege Log

| PRIVILEGE CLAIMED | DOC_DATE | DOC_TYPE | SOURCE | AUTHOR | RECIPIENT | DOC_DESCRIPTION |
|---|---|---|---|---|---|---|
| Deliberative Process | 2008 | Report | Finance | Jim Tilton | Governor's Cabinet | Report briefing Governor's Cabinet on population management and fiscal process for review and deliberation. |
| Deliberative Process | 2008 | Report | Finance | Jim Tilton | Governor's Cabinet | Report briefing Governor's Cabinet on population management and fiscal impacts for review and deliberation. |
| Deliberative Process | 2008 | Report | Finance | Jim Tilton | Governor's Cabinet | Report briefing Governor's Cabinet on population management and fiscal impacts for review and deliberation. |
| Deliberative Process | 2008 | Report | Finance | Jim Tilton, CDCR Division of Adult Parole | Governor's Cabinet | Report briefing Governor's Cabinet on population management and fiscal impacts for review and deliberation. |
| Deliberative Process | 2008 | Report | Finance | Jim Tilton | Governor's Cabinet | Report briefing Governor's Cabinet on summary parole expansion for review and deliberation. |
| Deliberative Process | 2008 | Report | Finance | Jim Tilton | Governor's Cabinet | Report briefing Governor's Cabinet on summary parole supervision for review and deliberation. |
| Deliberative Process | 1/22/2008 | Report | Finance | Jim Tilton | Ben Rice and other members of the Governor's cabinet | Document discussing Governor's proposal to balance budget for CDCR relating to population control with handwritten notes. |
| Deliberative Process | undated | Email | Finance | Zlatko Theodorovic | Jennifer Osborn, Amy Jarvis | Email discussing internal deliberations regarding various budgeted programs for executive review. |
| Deliberative Process | undated | Spreadsheet | Finance | CDCR Fiscal Management | CDCR Executive Staff | Document summarizing various budgeted programs for executive review. |
| Deliberative Process | undated | Spreadsheet | Finance | CDCR Fiscal Management | CDCR Executive Staff | Document discussing proposed budget for various medical services programs for executive review. |
| Deliberative Process | 1/22/2006 | Email | Finance | Zlatko Theodorovic | Jennifer Osborn, Amy Jarvis | Email discussing internal deliberations regarding internal deliberations. |
| Deliberative Process | undated | Report | Finance | CDCR | DOF | Document discussing timelines by the Receiver for executive review and consideration. |
| Deliberative Process | undated | Memorandum | Finance | CDCR, Division of Adult Parole Operations | Jim Tilton | Memorandum analyzing and discussing summary parole implementation for agency review and determination. |
| Deliberative Process | 11/20/2007 | Spreadsheet | Finance | Dave Lewis | Jennifer Osborn, Amy Jarvis | Spreadsheets and supporting documentation pertaining to budget reductions and overcrowding for executive review. |
| Deliberative Process | 11/20/2007 | Spreadsheets | Finance | Zlatko Theodorovic | Jennifer Osborn, Amy Jarvis, Jeff Carozzine | Spreadsheets and supporting documentation pertaining to budget reductions and overcrowding for executive review. |
| Deliberative Process | 12/11/2007 | Spreadsheets | Finance | Zlatko Theodorovic | Jennifer Osborn, Amy Jarvis, Jeff Carozzine | Spreadsheets and supporting documentation pertaining to budget reductions and overcrowding for executive review. |
| Deliberative Process | 12/11/2007 | Spreadsheet | Finance | Zlatko Theodorovic | Jennifer Osborn, Amy Jarvis, Jeff Carozzine | Spreadsheets and supporting documentation pertaining to budget reductions and overcrowding for executive review. |
| Deliberative Process | 12/11/2007 | Spreadsheet | Finance | Zlatko Theodorovic | Jennifer Osborn, Amy Jarvis, Jeff Carozzine | Spreadsheets and supporting documentation pertaining to budget reductions and overcrowding for executive review. |
| Deliberative Process | 1/29/2008 | Email | Finance | Judyh Howard | Jennifer Osborn | Email discussing issues of budget reductions for executive review. |
| Deliberative Process | undated | Report | Finance | CDCR | DOF | Report titled " 2008-2009 Governor's Budget Budget-balancing Reduction Proposal" sent for formal agency review and consideration. |
| Deliberative Process | 12/3/2007 | Spreadsheet | Finance | Dave Lewis | DOF | Spreadsheet summarizing impact of budget balancing reductions for agency review and consideration. |
| Deliberative Process | 12/3/2007 | Draft | Finance | Jennifer Osborn | DOF | Draft language for a press release concerning early release and discharges for subsequent agency review and determination. |
| Deliberative Process | 12/30/2007 | Report | Finance | CDCR | DOF | Draft Report concerning Governor's Budget Balancing Reduction Proposal for executive review and consideration. |
| Deliberative Process | 12/5/2007 | Report | Finance | Amy Jarvis | Scott Garvey, Dave Lewis | Budget reports for CDCR for agency review and consideration. |
| Deliberative Process | undated | Report | Finance | CDCR | DOF | Spreadsheet/worksheet for agency review and consideration. |
| Deliberative Process | undated | Finance | | CDCR | DOF | Budget worksheet for agency review and consideration. |

Page 3

1566999_2

Plata/Coleman: Three Judge Panel - Defendants' July 24, 2008 Privilege Log

| PRIVILEGE CLAIMED | DOC_DATE | DOC_TYPE | SOURCE | AUTHOR | RECIPIENT | DOC_DESCRIPTION |
|---|---|---|---|---|---|---|
| Deliberative Process | 12/25/2007 | Report | Finance | CDCR | DOF | Draft Report concerning Governor's Budget balancing reduction proposal for executive review and consideration. |
| Deliberative Process | undated | Report | Finance | CDCR | DOF | Report of Auxiliary Savings and supporting documentation concerning various prison programs for executive review and consideration. |
| Deliberative Process | 10/1/2007 | Report | Finance | Michael Genest | DOF | Decision Agency report evaluating various prison programs for executives review and consideration. |
| Deliberative Process | 11/15/2007 | Memorandum | Finance | Stephen Kessler | Michael Genest | Across the board reductions for 2008-09 budget reductions for executive review and consideration. |
| Deliberative Process | 9/21/2007 | Memorandum | Finance | Stephen Kessler | Michael Genest | Memorandum explaining general fund reduction options for CDCR and supporting documents. |
| Deliberative Process | 5/14/2008 | Email | Finance | Judith Howard | Ana Matosantos | Email discussing budgetary impact of parole programs for executive review and consideration. |
| Deliberative Process | 5/13/2008 | Email | Finance | Zlatko Theodorovic H.D. Palmer | | Email discussing budgetary impact on parole programs for executive review and consideration. |
| Deliberative Process | undated | Finance | | CDCR Division of Adult Parole Operations CDCR | DOF | Report and supporting documents regarding adult population projections. |
| Deliberative Process | 4/28/2008 | Document | Finance | | DOF | Draft legislation pertaining to Assembly Budget Subcommittee No. 4 on State Administration for executive review and consideration. |
| Deliberative Process | undated | Chart | Finance | | DOF | Predecisional budget proposal concerning mentally ill facility unit for executive review and consideration. |
| Deliberative Process | undated | Memorandum | Finance | | DOF | Predecisional budget proposal concerning mentally ill facility unit for the executive review and consideration. |
| Deliberative Process | undated | Memorandum | Finance | | DOF | Memorandum briefing issues pertaining to correctional funding for executive review and consideration. |
| Deliberative Process | undated | Document | Finance | | DOF | Cumulative Report of various correctional projects for agency review and consideration. |
| Deliberative Process | undated | Chart | Finance | | DOF | Cumulative Report of various mental health projects for agency review and consideration. |
| Deliberative Process | undated | Chart | Finance | | DOF | Cumulative Report of various mental health projects for agency review and consideration. |
| Deliberative Process | undated | Chart | Finance | | DOF | Report of various mental health projects for agency review and consideration. |
| Deliberative Process | May-08 | Memorandum | Finance | | DOF | Report of various mental health projects for agency review and consideration. |
| Deliberative Process | undated | Chart | Finance | | DOF | Budget Proposal for Psychiatric Services Unit for agency review and consideration. |
| Deliberative Process | undated | Chart | Finance | | DOF | Prison reform package chart for executive review and consideration. |
| Deliberative Process | 4/22/2008 | Document | Finance | | DOF | Document analyzing financial issues pertaining to AB 900 for executive review and consideration. |
| Deliberative Process | 4/22/2008 | Chart | Finance | | DOF | Chart analyzing financial issues pertaining to AB 900 for Agency Review and consideration. |
| Deliberative Process | undated | Chart | Finance | | DOF | Briefing Memorandum concerning AB 900 Jail Financing Budget shwing for executive review and consideration. |
| Deliberative Process | undated | Chart | Finance | | DOF | Spreadsheet and notes preparing executive Budget for budget hearing concerning prison funding. |
| Deliberative Process | 5/1/2008 | Document | Finance | CDCR | DOF | Budget Proposal concerning mentaly facility bed expansion for executive review and consideration. |
| Deliberative Process | 5/1/2008 | Document | Finance | CDCR | DOF | Memorandum analyzing prison capacity at San Quentin. |

Plata/Coleman, Three Judge Panel - Defendants' July 24, 2008 Privilege Log

| PRIVILEGE CLAIMED | DOC_DATE | DOC_TYPE | SOURCE | AUTHOR | RECIPIENT | DOC_DESCRIPTION |
|---|---|---|---|---|---|---|
| Deliberative Process | undated | Document | Finance | Jim Tilton | Governor's Cabinet | Governor's Briefing document regarding population management for consideration and review |

Page 5

1566699_2

# EXHIBIT C

1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DAVID S. CHANEY
    Chief Assistant Attorney General
3   ROCHELLE C. EAST - 183792
    Acting Senior Assistant Attorney General
4   LISA A. TILLMAN - 126424
    Deputy Attorney General
5   KYLE A. LEWIS - 201041
    Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5677
    Facsimile:  (415) 703-5843
8   rochelle.east@doj.ca.gov
    kyle.lewis@doj.ca.gov
9   lisa.tillman@doj.ca.gov

    HANSON BRIDGETT LLP
    JERROLD C. SCHAEFER -
    39374
    PAUL B. MELLO - 179755
    SAMANTHA TAMA - 240280
    RENJU P. JACOB - 242388
    425 Market Street, 26th Floor
    San Francisco, CA  94105
    Telephone: (415) 777-3200
    Facsimile:  (415) 541-9366
    jschaefer@hansonbridgett.com
    pmello@hansonbridgett.com
    stama@hansonbridgett.com
    rjacob@hansonbridgett.com

RECEIVED

JUL 2 5 2008

Rosen, Bien & Galvar

10   Attorneys for Defendants

11              UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13          AND THE EASTERN DISTRICT OF CALIFORNIA

14      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16
17   RALPH COLEMAN, et al.,

              Plaintiffs,
18

19        v.

20   ARNOLD SCHWARZENEGGER, et al.,

21            Defendants.

|   No.  2:90-cv-00520 LKK JFM P
|   **THREE-JUDGE COURT**

22   MARCIANO PLATA, et al.,

23            Plaintiffs,
              v.
24
     ARNOLD SCHWARZENEGGER, et al.,
25
              Defendants
26

|   No. C01-1351 TEH
|   **THREE-JUDGE COURT**
|   **DECLARATION OF ANA MATOSANTOS
|   IN SUPPORT OF PRIVILEGE LOG OF
|   JULY 24, 2008**

27        I, Ana Matosantos, declare:

28
                        - 1 -

1      1.    I am the Chief Deputy Director of the Budget, Department of Finance. In

2  this role, my responsibilities include reviewing the Governor's Budget before its

3  presentation to the legislature.

4      2.    I am familiar with the following matters and if called as a witness, I could

5  and would testify competently to them.

6      3.    I have reviewed Plaintiffs' requests for production of documents

7  propounded upon named Defendants in this Three-Judge Court proceeding, including

8  Michael C. Genest, in his official capacity as Director of Finance. I have also reviewed

9  responses to that discovery.

10     4.    In my capacity as Chief Deputy Director, Budget, of the Department of

11  Finance, I am familiar with the Department's responsibilities within State government.

12  The Department of Finance serves in an advisory role to the Office of the Governor. The

13  Department advises the Office of the Governor on specific budget requests from state

14  agencies each fiscal year as well as the overall condition of the State budget. The

15  Department of Finance provides the fiscal analyses integral to developing the State

16  budget each year. Further, the Department of Finance is responsible for overseeing the

17  constitutional, statutory, and court-ordered mandates for and limitations upon fiscal

18  expenditures are followed. The Department also provides input on the drafting,

19  development, and/or implementation of specific legislation pertaining to government

20  expenditures.

21     5.    I am familiar with the Department of Finance's processes for reviewing

22  budget change proposals and other fiscal requests submitted by State agencies for

23  presentation to the Office of the Governor for final approval. Within the timeframe of the

24  sought discovery propounded on the Director of Finance in this matter, the Department

25  of Finance has received budget change proposals reflecting analyses of the resources

26  needed to enable compliance with court orders in class action lawsuits pending against

27  CDCR and other state entities. Those class actions include *Coleman v.*

28  *Schwarzenegger*, USDC Eastern District, Case No. 90-0520; *Plata v. Schwarzenegger*,

- 2 -

DECL. MATOSANTOS SUPP. DEFS' PRIVILEGE LOG
CASE NOS.01-1351; S:90-0520                                      1567384.1

1   USDC Northern District, Case No. 01-1351; *Armstrong v. Schwarzenegger*, USDC

2   Northern District, Case No. CV-94-2307; and *Perez v. Tilton*, USDC Northern District,

3   Case No. C-05-5241.

4         6.    Even before submitting a budget change proposal to support compliance

5   efforts, the departments that are named Defendants in the indicated class action suits

6   will routinely provide the Department of Finance with proposed responses to the court

7   orders issued in those cases.  The Department of Finance evaluates the fiscal viability

8   and likely resources for the proposed plan.  Given Michael Genest's status as a

9   Defendant, in his official capacity as Director of Finance, in the *Coleman* and *Plata* class

10  actions, the Department of Finance is attuned to the courts' orders in these class actions

11  and the proposed responses and resource needs of the departments that are named

12  Defendants.

13        7.    Moreover, through executive level reports from the Office of the Governor

14  and state agencies, the Department of Finance is apprized of and analyzes the ongoing

15  costs of litigation involving State agencies and, in particular, of the present and potential

16  resource needs arising from those matters.  For instance, within the timeframe of the

17  sought discovery propounded on the Secretary of the CDCR in this matter, the

18  Department of Finance has received and generated reports concerning the means and

19  costs of complying with specific court orders from the above-referenced class action

20  suits, including orders enhance information technology capabilities, provide a uniform

21  pharmaceutical service, construct healthcare beds, construct in-fill and other beds for

22  adult and juvenile offenders, enable disability access to prison facilities, and, more

23  generally, provide constitutionally adequate mental, medical, and dental health care.

24  Because these class action suits have similar, overarching issues, these documents

25  often reveal discussions about an issue in more than one pending class action.  These

26  materials are maintained as privileged and confidential by the Department of Finance.

27        8.    Department of Finance staff analyze the budget change proposals on their

28  individual merits and within the larger context of overall State budget planning.  The

- 3 -

1  Department of Finance's deliberations are communicated in emails, fiscal summaries,

2  and reports to the Office of the Governor.  The Department of Finance also prepares

3  draft letters responding to budget inquiries from state agencies, Legislative members,

4  and other interested persons.  I have routinely reviewed, if not prepared, proposed

5  responses to those budget requests and inquiries, and circulated those proposed

6  responses to other executive level staff within the Department of Finance and the Office

7  of the Governor for discussion.  These materials are maintained as privileged and

8  confidential by the Department of Finance.

9         9.      The Department of Finance's own internal analyses of constitutional and

10  statutory spending mandates may be part of draft responses to budget change

11  proposals, proposed responses to court orders, and draft letters to state agencies and

12  Legislative members and their staff.  I have routinely reviewed, if not prepared, such

13  analyses of constitutional and statutory mandates for fiscal resources and circulated

14  those analyses to other executive level staff within the Department of Finance and the

15  Office of the Governor for review and discussion.  These materials are maintained as

16  privileged and confidential by the Department of Finance.

17        10.      Those privileged and non-privileged documents in the possession of the

18  Department of Finance that are responsive to Plaintiffs' requests for production of

19  documents propounded upon Governor Arnold Schwarzenegger and other named

20  Defendants in this Three-Judge Court proceeding have been located and continue to be

21  searched for by Defendants.  Moreover, responsive documents have been, and will be if

22  additional are responsive documents are located, provided to Defendants' counsel.

23        11.      I understand Defendants' counsel has reviewed the privileged and non-

24  privileged documents provided by the Department of Finance in response to these

25  requests for production.  I have been provided access to copies of documents from the

26  Department of Finance that have been marked as protected by the deliberative process

27  privilege in the privilege log of July 24, 2008.

28        12.      In reviewing the documents provided to me that were marked as protected

- 4 -

1  under the deliberative process privilege, I found the following categories of information

2  revealed in those documents:

3      (a) Issues pending in the *Coleman, Plata,* and *Perez* class action cases, and the

4  Three-Judge Panel proceeding: This category consists of documents discussing the

5  significance, analysis, and implementation of court orders issued in class action cases

6  against CDCR and other state entities, such as the *Coleman, Plata,* and *Perez* orders

7  (including the pharmaceutical services plan, adult and juvenile offender bed needs and

8  plans, and state hospital bed needs and plans), budget measures and mechanisms to

9  support those responses to court orders, proposed bill language to enable certain

10  responses to court orders, corollary lawsuits impacting compliance with court orders, and

11  writings discussing the fiscal impact of ongoing and proposed responses to court orders

12  in these cases.

13      (b) Budget Issues: This category consists of documents discussing individual

14  budget requests and the overall status of the State budget, including proposed mid-year

15  cuts, appropriation language to address court orders issued in the class action cases

16  against CDCR, proposed language regarding AB 900, draft agendas and discussion

17  points with legislative leaders regarding pending or proposed legislation impacting

18  CDCR.  The documents include, among other things, non-final BCPs, non-final

19  COBCPs, draft finance letters, and proposed budget proposals by CDCR and other state

20  agencies.

21      13.    The persons who were sent and received these documents were

22  executive-level staff of the Department of Finance, senior management level staff of the

23  Department of Finance (Program Budget Managers or Assistant Program Budget

24  Managers) that are responsible for CDCR and DMH budget planning, or the capital

25  outlay budget-planning for CDCR and DMH, and fiscal oversight or coordination of

26  responses to the various class action court orders, and in-house counsel of the

27  Department of Finance.

28      14.    These documents often were in the form of email communications, draft

- 5 -

1 talking point memos, notes, and executive summaries and briefings.

2     15.    These documents specifically pertain to the Department of Finance's

3 discussions and deliberations concerning the fiscal impact and possible means of

4 resolving the issues in the *Coleman, Plata, Armstrong,* and *Perez* class action cases as

5 well as the Three-Judge Court proceeding. These documents therefore demonstrate the

6 Department of Finance's internal deliberation of matters within the realm of government

7 decision-making.

8     I declare under penalty of perjury that the foregoing is true and correct. Executed

9 on July 24, 2008, in Sacramento, California.

10

11

                        Ana Matosantos

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. MATOSANTOS SUPP. DEFS' PRIVILEGE LOG
CASE NOS.01-1351; S:90-0520

1567384.1

# EXHIBIT D

1  EDMUND G. BROWN JR.
Attorney General of the State of California

2  DAVID S. CHANEY
Chief Assistant Attorney General

3  ROCHELLE C. EAST - 183792
Acting Senior Assistant Attorney General

4  LISA A. TILLMAN - 126424
Deputy Attorney General

5  KYLE A. LEWIS - 201041
Deputy Attorney General

6  455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

7  Telephone: (415) 703-5677
Facsimile: (415) 703-5843

8  rochelle.east@doj.ca.gov
kyle.lewis@doj.ca.gov

9  lisa.tillman@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

RECEIVED

JUL 2 5 2008

Rosen, Bien & Galvan

10  Attorneys for Defendants

11          UNITED STATES DISTRICT COURT

12      FOR THE NORTHERN DISTRICT OF CALIFORNIA

13      AND THE EASTERN DISTRICT OF CALIFORNIA

14    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

15    PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

16  RALPH COLEMAN, et al.,

17          Plaintiffs,

18      v.

19  ARNOLD SCHWARZENEGGER, et al.,

20          Defendants.

21

No.  2:90-cv-00520 LKK JFM P

**THREE-JUDGE COURT**

22  MARCIANO PLATA, et al.,

23          Plaintiffs,

24      v.

25  ARNOLD SCHWARZENEGGER, et al.,

          Defendants

26

No. C01-1351 TEH

**THREE-JUDGE COURT**

**DECLARATION OF DAVID RUNNELS IN SUPPORT OF PRIVILEGE LOG OF JULY 24, 2008**

27      I, David Runnels, declare:

28      1.    I am the Undersecretary of Operations for the California Department of

- 1 -

DECL. RUNNELS SUPP. DEFS.' PRIVILEGE LOGS
CASE NOS. 01-1351; 2:90-0520

1567693.1

1  Corrections and Rehabilitation (CDCR). I am responsible for overseeing the

2  management and operation of the juvenile and adult correctional facilities within CDCR.

3  I am familiar with and am an instrumental participant in the development of CDCR's

4  policies and procedures for ensuring the care and custody of inmates. I am also familiar

5  with CDCR's role as a state agency responsive to the directives of the Office of the

6  Governor and the orders of the federal courts.

7        2.        I am familiar with the following matters and if called as a witness, I could

8  and would testify competently to them.

9        3.        I have reviewed Plaintiffs' requests for production of documents

10  propounded upon Governor Arnold Schwarzenegger and other named Defendants in

11  this Three-Judge Court proceeding. I have also reviewed responses to that discovery.

12        4.        In my capacity as the Undersecretary of Operations for CDCR, I am

13  familiar with CDCR's responsibilities within State government and with CDCR's

14  responses to a wide range of inmate care and custody issues arising within CDCR.

15  More specifically, I am familiar with this agency's responses to those issues arising from

16  its provision of constitutionally adequate mental, medical, and dental health to inmates

17  within the California Department of Corrections and Rehabilitation in *Coleman v.*

18  *Schwarzenegger*, USDC Eastern District, Case No. 90-0520; *Plata v. Schwarzenegger*,

19  USDC Northern District, Case No. 01-1351; and *Perez v. Tilton*, USDC Northern District,

20  Case No. C-05-5241. Many of those issues have arisen in the course of the individual

21  class actions underlying this Three-Judge Court proceeding, such as the selection and

22  components of new prison sites, the recruitment and retention of staff, the utilization of

23  medical and mental health beds by CDCR inmates, the construction and/or renovation of

24  facilities within CDCR to provide inpatient care, the licensure of CDCR health care

25  facilities, the reduction of recidivism, parole reform and reentry strategies, and the out-of-

26  state transfer of inmates. I oversee securing of resources to enable compliance with

27  court orders.

28        5.        Because I am an instrumental participant in the development of this

- 2 -

1    agency's responses to those referenced class action and Three-Judge Court proceeding

2    issues, I have received and reviewed numerous documents discussing these issues and

3    potential responses to these issues.  The documents reflect internal analysis,

4    deliberation, and discussion of these issues.  I have commonly reviewed, if not prepared,

5    draft or proposed responses to these issues and circulated those drafts to other

6    executive level staff and to attorneys for review and discussion.  This agency maintains

7    such documents as privileged and confidential.

8        6.    I am also familiar with and participate in the state government processes

9    for the development of this agency's budget, including the preparation of draft budget

10   change proposals for internal review, the submission of those draft budget change

11   proposals to the Department of Finance and the Office of the Governor, and ultimately

12   the presentation of certain budget proposals to the Legislature during hearings.  The

13   Department's fiscal deliberations are communicated in emails, fiscal summaries, and

14   reports to the Office of the Governor.  The Department also prepares draft letters

15   responding to budget inquiries from the Department of Finance, Legislative members,

16   and other interested persons.  I have routinely reviewed, if not prepared, proposed

17   responses to those budget requests and inquiries, and circulate those proposed

18   responses to other executive level staff within CDCR, the Department of Finance, and

19   the Office of the Governor for discussion.  These materials are maintained as privileged

20   and confidential by CDCR.

21       7.    I receive on a routine basis various documents containing or discussing

22   legal opinions prepared by in-house counsel as well as outside counsel.  These legal

23   opinions address ongoing and anticipated litigation, including the pending class actions

24   underlying this Three-Judge Court proceeding, the costs of such litigation, and the

25   means of resolving such litigation.  These materials are maintained as privileged and

26   confidential.

27       8.    Those privileged and non-privileged documents in the possession of CDCR

28   that are responsive to Plaintiffs' requests for production of documents propounded upon

- 3 -

1    Governor, Arnold Schwarzenegger and other named Defendants in this Three-Judge

2    Court proceeding have been located and continue to be searched for by Defendants.

3    Moreover, responsive documents have been provided to Defendants' counsel, and

4    additional responsive documents will be provided if any are located.

5        9.    I understand Defendants' counsel has reviewed the privileged and non-

6    privileged documents provided by CDCR in response to these requests for production. I

7    have been provided access to copies of documents from CDCR that have been marked

8    as protected by the deliberative process privilege in the privilege log of July 24, 2008.

9        10.    In reviewing documents marked as protected under the deliberative

10    process privilege, I found the following categories of information revealed in those

11    documents:

12        (a) Analyses of issues pending in the *Coleman, Plata, Armstrong, Perez,* and

13    Three-Judge Court cases: This category included documents discussing the

14    significance, analysis, and implementation of these courts' orders, draft plans responsive

15    to those court orders (including the recruitment and retention plans, pay parity plans, bed

16    space studies and plans, custody staff needs, suicide reduction strategies), budget

17    measures and mechanisms to support those responses to court orders, proposed bill

18    language to enable certain responses to court orders, statutory and regulatory

19    impediments to proposed responses to court orders, corollary lawsuits impacting

20    compliance with court orders, and writings discussing the fiscal impact of ongoing and

21    proposed responses. I have personal knowledge of these documents. These

22    documents are deliberative because they include frank discussion, recommendation on

23    deliberations, on a pre-decision basis, regarding governmental decisions and policies.

24        The persons who sent and/or received these documents were executive-level

25    staff of the Office of the Governor, members of the Governor's Cabinet, executive-level

26    staff at CDCR, executive-level staff at the Department of Mental Health, and/or

27    executive-level and senior management level staff of the Department of Finance

28    responsible for CDCR and DMH budget planning and fiscal oversight or coordination of

- 4 -

DECL. RUNNELS SUPP. DEFS.' PRIVILEGE LOGS
CASE NOS. 01-1351; 2:90-0520

1567693.1

1    responses to the various class action court orders.

2         These documents often were in the form of email communications, draft talking

3    point memos, notes, and executive summaries and briefings.

4         These documents specifically pertain to CDCR's discussions and deliberations

5    concerning the legislative, policy and financial means of resolving the issues in the

6    *Coleman, Plata, Armstrong, Madrid*, and *Perez* class actions as well as the Three-Judge

7    Court proceeding. These documents show CDCR's internal deliberations of matters

8    within the realm of government decision-making.

9         (b) Prison Reform Policy Issues: This category consists of documents discussing

10   proposed responses to the CDCR population and other operational issues. These

11   documents discuss, among other things, proposed reform measures, and legal opinions

12   concerning certain facets of proposed prison reform strategies. I have personal

13   knowledge of these documents. These documents are deliberative because they

14   include frank discussion, recommendation on deliberations, on a pre-decision basis,

15   regarding governmental decisions and policies.

16        The persons who sent and/or received these documents were executive-level

17   staff of the Office of the Governor, members of the Governor's Cabinet, executive-level

18   staff at CDCR, executive-level staff at the Department of Mental Health, and/or

19   executive-level and senior management level staff of the Department of Finance

20   responsible for CDCR and DMH budget planning and fiscal oversight or coordination of

21   responses to the various class action court orders.

22        These documents often were in the form of email communications, draft talking

23   point memos, notes, and executive summaries and briefings.

24        These documents specifically pertain to CDCR's discussions and deliberations

25   concerning the legislative, policy and financial means of resolving the issues in the

26   *Coleman, Plata, Armstrong, Madrid*, and *Perez* class actions as well as the Three-Judge

27   Court proceeding. These documents show CDCR's internal deliberations of matters

28   within the realm of government decision-making.

- 5 -

1     (c) Budget Issues: This category consists of documents discussing individual

2     budget requests and the overall status of the State budget, including proposed mid-year

3     cuts, appropriation language to address court orders issued in the class action cases

4     against CDCR, proposed language regarding AB 900, draft agendas and discussion

5     points with legislative leaders regarding pending or proposed legislation impacting

6     CDCR.  The documents include, among other things, non-final BCPs, non-final

7     COBCPs, draft finance letters, and proposed budget proposals by CDCR.  I have

8     personal knowledge of these documents.  These documents are deliberative because

9     they include frank discussion, recommendation on deliberations, on a pre-decision basis,

10    regarding governmental decisions and policies.

11          The persons who sent and/or received these documents were executive-level

12    staff of the Office of the Governor, members of the Governor's Cabinet, executive-level

13    staff at CDCR, executive-level staff at the Department of Mental Health, and/or

14    executive-level and senior management level staff of the Department of Finance

15    responsible for CDCR and DMH budget planning and fiscal oversight or coordination of

16    responses to the various class action court orders.

17          These documents often were in the form of email communications, draft talking

18    point memos, notes, and executive summaries and briefings.

19          These documents specifically pertain to CDCR's discussions and deliberations

20    concerning the legislative, policy and financial means of resolving the issues in the

21    *Coleman, Plata, Armstrong, Madrid,* and *Perez* class actions as well as the Three-Judge

22    Court proceeding.  These documents show CDCR's internal deliberations of matters

23    within the realm of government decision-making.

24

25    _____

26    David Runnels

27

28

- 6 -