PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
SARAH M. LAUBACH, Bar No. 240526
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

HELLER, EHRMAN, WHITE & McAULIFFE
RICHARD L. GOFF, Bar No. 36377
701 Fifth Avenue
Seattle, Washington 98104
Telephone: (206) 447-0900

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS AND *EX PARTE* APPLICATION FOR HEARING ON SHORTENED TIME** |

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS AND EX PARTE APPLICATION FOR HEARING ON SHORTENED TIME, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232362-1]

I, Ernest Galvan, declare:

1. I am an attorney at law admitted to practice before this Court, a partner in the firm Rosen, Bien & Galvan, LLP ("RBG"), and one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I submit this declaration in support of Plaintiffs' Motion for Discovery Sanctions and *Ex Parte* Request for Hearing on Shortened Time.

2. At approximately 11:50 a.m. on August 11, 2008, Defendants delivered to us five discs containing documents the Court ordered Defendants to produce on April 14, 2008 and May 29, 2008. I reviewed the contents of the discs and discovered that 4,429 documents contained on three of the discs were in .TIFF image format, not in the native format in which the documents were created, e.g., Microsoft Word, Outlook, Excel, and Adobe PDF, and without the text information needed to efficiently sort and review the documents. Based on the Bates number ranges, I calculated that the 4,429 documents translated to 40,689 pages of images.

3. In the overcrowding litigation, we have engaged an electronic discovery vendor to process, code and upload documents into our document review system so that attorneys at my law firm can review them for use in the case.

4. At approximately 2:00 p.m. on August 11, 2008, I spoke with one of our document vendors to determine the cost and time delay that we would incur due to the absence of native form documents. I learned that in order to process the 4,429 non-native documents Defendants produced to us, it would cost at least $11,600 more than if the documents had been produced in their native format, and that the coding and processing of the documents would take a minimum of one and a half weeks before the documents would be searchable and

///

///

///

-1-
DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS AND EX PARTE APPLICATION FOR HEARING ON SHORTENED TIME, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[232362-1]

1  indexed to allow for efficient review.  In my experience, similar volumes of documents in
2  native format could be processed for such review in a day or less.

4      I declare under penalty of perjury that the foregoing is true and correct, and that this
5  declaration was executed this 12th day of August, 2008, in San Francisco, California.

7            */s/ Ernest Galvan*
          Ernest Galvan