| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>E. IVAN TRUJILLO, Bar No. 228790<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br>Facsimile: (510) 280-2704 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>MARIA MORRIS, Bar No. 244081<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE & McAULIFFE<br>RICHARD L. GOFF, Bar No. 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |
| THE LEGAL AID SOCIETY –<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA 94107<br>Telephone: (415) 864-8848 | KIRKPATRICK & LOCKHART PRESTON<br>GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>55 Second Street, Suite 1700<br>San Francisco, CA 94105-3493<br>Telephone: (415) 882-8200 |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>vs.<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS** |

Plaintiffs' Motion for Discovery Sanctions came on for hearing before this Court on August 15, 2008, at 1:30 p.m. The Court, having considered the arguments and briefs of the parties, and the entire record in this case, and good cause appearing, hereby issues the following Orders:

IT IS HEREBY ORDERED that Plaintiffs' Motion for Discovery Sanctions is granted. Defendants shall:

(1) Produce in native format, no later than 5:00 p.m. August 15, 2008, all documents that were ordered produced in the April 14, 2008 and May 29, 2008 Orders;

(2) Produce in native format, no later than 5:00 p.m. August 15, 2008, all documents withheld based on deliberative process privilege that are listed on Defendants' June 10, 2008 privilege log;

(3) Produce in native format, no later than 5:00 p.m. August 15, 2008, all documents withheld based on deliberative process privilege that are listed on Defendants' August 5, 2008 privilege log; and

(4) Produce, in native format, no later than 5:00 p.m. August 15, 2008, all documents for which attorney-client privilege was not properly asserted on the June 10, 2008 and August 5, 2008 privilege logs. These documents are enumerated in Attachment A hereto.

In addition, Defense Counsel and Defendants shall pay to Plaintiffs counsel all reasonable attorneys fees incurred in bringing the Motion for Discovery Sanctions, and all expenses related to the processing of the documents produced to Plaintiffs on August 11, 2008 and all documents produced pursuant to this Order.

Plaintiffs shall submit a declaration setting forth their fees and costs within 21 days of this Order.

IT IS SO ORDERED.

DATED: _____

_____
JOHN F. MOULDS,
Magistrate Judge