| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| ALISON HARDY, Bar No. 135966 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | LORI RIFKIN, Bar No. 244081 |
| REBEKAH EVENSON, Bar No. 207825 | LISA ELLS, Bar No. 243657 |
| E. IVAN TRUJILLO, Bar No. 228790 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California  94104 |
| Berkeley, CA  94710 | Telephone: (415) 433-6830 |
| Telephone:  (510) 280-2621 | |

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA  94105-3493
Telephone:  (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California  94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA  94107
Telephone:  (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | ) No.  Civ S 90-0520 LKK-JFM P |
| | ) |
| Plaintiffs, | ) **THREE-JUDGE COURT** |
| | ) |
| vs. | ) **STIPULATION AND ORDER REGARDING** |
| | ) **DISCOVERY DISPUTE RE DATA** |
| ARNOLD SCHWARZENEGGER, et al., | ) |
| | ) |
| Defendants | ) |
| | ) |
| MARCIANO PLATA ,et al., | ) No. C01-1351 TEH |
| | ) |
| Plaintiffs, | ) **THREE-JUDGE COURT** |
| | ) |
| vs. | ) |
| | ) |
| ARNOLD SCHWARZENEGGER, et al., | ) |
| | ) |
| Defendants | ) |

WHEREAS Plaintiffs filed a motion to compel discovery responses on July 31, 2008 (Coleman Docket No. 2903) seeking responses to Plata Plaintiffs' Requests for Production of Documents Nos. 40-43, which request certain data;

WHEREAS plaintiffs' expert Dr. James Austin contends that he needs at least two weeks to analyze the data plaintiffs seek and to produce a report analyzing said data;

WHEREAS Defendants filed their opposition papers on August 5, 2008 (Coleman Docket No. 1365);

WHEREAS the Parties have met and conferred and reached a tentative settlement of the dispute at issue in Plaintiffs' Motion to Compel;

IT IS HEREBY STIPULATED by and between Defendants and Plaintiffs that:

1. Defendants hereby waive the mediation privilege for all data that the CDCR Office of Research previously provided to Dr. James Austin during the prior mediation process in this Three-Judge proceeding.  Defendants aver that such waiver is expressly limited to the data received as described in this paragraph and is limited to this Three-Judge proceeding;

2. Plaintiffs shall withdraw their Motion to Compel responses to Requests for Production of Documents Nos. 40-42;

3.  Defendants have sent plaintiffs a set of data that defendants represent is the data they provided to their consultants at U.C. Irvine for the development and analysis of the California Static Risk Assessment Instrument in electronic format, with full documentation, by overnight mail for delivery on Monday, August 11, 2008;

4.  Plaintiffs continue their Motion to Compel response to Request for Production of Documents No. 43 until Thursday, August 14, 2008.  On or before that date, plaintiffs shall review the documents referenced in paragraph 3 above.  If the documents are as represented in paragraph 3, and are complete, accurate and substantially similar to the data requested in Document Request No. 43, plaintiffs shall withdraw the motion;

5.  Defendants agree to stipulate to a reasonable extension of time to allow Dr. Austin to disclose a supplemental expert report analyzing the data responsive to Requests Nos. 40-43. Plaintiffs shall be permitted to disclose Dr. Austin's supplemental report on August 27, 2008 or

1  two weeks after the data responsive to Request No. 43 is provided pursuant to paragraph 3 or

2  produced pursuant to court order, whichever is later.

3  Dated:  August 11, 2008                    By:   /s/ Rebekah Evenson
                                                   Rebekah Evenson
4

5                                              Rebekah Evenson
                                               PRISON LAW OFFICE
6                                              1917 Fifth Street
                                               Berkeley, CA  94710
7                                              Telephone:  (510) 280-2621

8                                              Attorneys for Plaintiffs

9                                              By:   /s/ Renju Jacob
                                                   Renju Jacob
10

11                                             (approved on August 11, 2008)

12                                             Renju Jacob
                                               HANSON BRIDGETT LLP
13                                             425 Market Street, 26th Floor
                                               San Francisco, CA 94105
14

15                                             Attorneys for Defendants

16

17  Pursuant to the foregoing stipulation, IT IS SO ORDERED

18  Dated:  August 13, 2008.

19

20

21                                             /s/
                                               JOHN F. MOULDS
22                                             UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28