**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 08 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: ARNOLD SCHWARZENEGGER. | No. 08-73291 |
| ARNOLD SCHWARZENEGGER,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA; et al.,<br><br>Respondents,<br><br>RALPH COLEMAN; et al.,<br><br>Real Parties in Interest. | D.C. Nos. 3:01-cv-01351-TEH<br>2:90-cv-00520-LKK-JFM<br>Northern District of California, San Francisco<br>Eastern District of California, Sacramento<br><br>ORDER |

**FILED**

AUG 12 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

Petitioner's emergency motion for a stay is denied as moot.

KS/MOATT