| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER, Bar No. 83925<br>STEVEN FAMA, Bar No. 99641<br>ALISON HARDY, Bar No. 135966<br>SARA NORMAN, Bar No. 189536<br>REBEKAH EVENSON, Bar No. 207825<br>E. IVAN TRUJILLO, Bar No. 228790<br>1917 Fifth Street<br>Berkeley, CA  94710<br>Telephone:  (510) 280-2621 | ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN, Bar No. 96891<br>JANE E. KAHN, Bar No. 112239<br>AMY WHELAN, Bar No. 215675<br>LORI RIFKIN, Bar No. 244081<br>LISA ELLS, Bar No. 243657<br>315 Montgomery Street, 10th Floor<br>San Francisco, California  94104<br>Telephone: (415) 433-6830 |
| KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP<br>JEFFREY L. BORNSTEIN, Bar No. 99358<br>EDWARD P. SANGSTER, Bar No. 121041<br>RAYMOND E. LOUGHREY, Bar No. 194363<br>55 Second Street, Suite 1700<br>San Francisco, CA  94105-3493<br>Telephone:  (415) 882-8200 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE, Bar No. 53588<br>Three Embarcadero Center<br>San Francisco, California  94111<br>Telephone: (415) 393-2000 |
| THE LEGAL AID SOCIETY–<br>EMPLOYMENT LAW CENTER<br>CLAUDIA CENTER, Bar No. 158255<br>600 Harrison Street, Suite 120<br>San Francisco, CA  94107<br>Telephone: (415) 864-8848 | |

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants | No.  Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT**<br><br>**NOTICE OF WITHDRAWAL OF MOTION** |
| MARCIANO PLATA ,et al.,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT** |

1  Pursuant to the stipulation and proposed order filed on August 11, 2008 (Coleman
2  Docket No. 2934) and entered by the Court on August 13, 2008 (Coleman Docket No. 2941),
3  plaintiffs hereby withdraw the motion to compel discovery responses which was filed on July
4  31, 2008 (Coleman Docket No. 2903).

5  Dated:  August 14, 2008            By:   /s/ *Rebekah Evenson*
                                             Rebekah Evenson

7   Rebekah Evenson
    PRISON LAW OFFICE
8   1917 Fifth Street
    Berkeley, CA  94710
9   Telephone:  (510) 280-2621

10  *Attorneys for Plaintiffs*