August 14, 2008

Clerk of the Court
U.S. District Court, Eastern District of California
501 "I" Street
Sacramento, CA  95814

  RE: *Ralph Coleman, et al. v. Arnold Schwarzenegger, et al.*
     Case No. CIV S 90-0520 LKK-JFM

Dear Clerk of the Court:

  I urgently request I be removed from the email service list in the Coleman case.  My only appearance in the case was as an amicus. This was on a narrow issue resolved years ago and no longer an issue in this case. I have no continuing interest in the case. My clients are not a party.  Receiving the constant emails from this case significantly interferes with my ability to take care of my clients.

  Thank you very much for your attention to this request.

        Very truly yours,


        s/s Andrew J. Kahn
        ANDREW J. KAHN, SBN 129776
        DAVIS, COWELL & BOWE, LLP
        595 Market Street, Suite 1400
        San Francisco, CA  94105
        Telephone: (415) 597-7200
        Fax:   (415) 597-7201
        Email:  ajk@dcbsf.com