1  JONES & MAYER
   Martin J. Mayer (SB # 73890)
2  Michael R. Capizzi (SB # 35864)
   Kimberly Hall Barlow (SB # 149902)
3  Ivy M. Tsai (SB # 223168)
   3777 North Harbor Boulevard
4  Fullerton, California 92835
   (714) 446-1400; Fax (714) 446-1448
5  e-mail: mjm@jones-mayer.com
   e-mail: mrc@jones-mayer.com
6  e-mail: khb@jones-mayer.com
   e-mail: imt@jones-mayer.com
7
   Attorneys for Law Enforcement
8  Intervenor-Defendants

9

10              IN THE UNITED STATES DISTRICT COURTS

11           FOR THE EASTERN DISTRICT OF CALIFORNIA

12           AND THE NORTHERN DISTRICT OF CALIFORNIA

13      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15

16  RALPH COLEMAN, et al.,              Case No:  CIV S-90-0520 LKK JFM P

         Plaintiffs,                    **THREE-JUDGE COURT**
17
         vs.
18                                       [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)]
    ARNOLD SCHWARZENEGGER, et
19  al.,

20       Defendants.                     **DECLARATION OF IVY M. TSAI IN
                                         SUPPORT OF MOTION FOR
21                                       CLARIFICATION OF ORDER FOR
                                         PRETRIAL PREPARATION**

22

23

24                                       Case No.:  C01-1351 TEH

25  MARCIANO PLATA, et al.,             **THREE-JUDGE COURT**

26       Plaintiffs,

27       vs.

28                                        -1-

ARNOLD SCHWARZENEGGER, et al.,

Defendants.

I, IVY M. TSAI, declare as follows:

1.    I am one of the attorneys representing the Sheriff, Police Chief, Chief Probation, and Corrections Chief Intervenors ("Law Enforcement Intervenors") in this action. I have personal knowledge of the following facts and could and would testify competently thereto if called upon.

2.    On July 2, 2008, I received an electronic copy of the Court's Order for Pretrial Preparation. The Order provides: "Expert disclosures shall be made, and expert reports exchanged, on or before August 15, 2008." Our office understood that order to set a deadline for expert disclosures and reports pursuant to Rule 26 of the Federal Rules of Civil Procedure. Pursuant to Rule 26(a)(2)(B), we did not contemplate expert reports because our designated experts are all Intervenors or their representatives. These individuals are not retained or specially employed to provide expert testimony in this case and, while the representatives of the Intervenors are employees, their duties do not regularly involve giving expert testimony.

3.    On August 1, 2008, I prepared and served on all parties a disclosure of percipient witnesses as required by the Court's Order for Pretrial Preparation, identifying a number of witnesses who are themselves Intervenors or their employees, specifically indicating that they would be offering testimony on the basis of their own experience and observations and that we reserved the right to designate any or all of them as expert witnesses. A true and correct copy of that designation is attached hereto as Exhibit "A."

4.    On August 5, 2008, at 4:35 p.m., I received an e-mail from Plaintiffs' counsel, Amy Whelan, stating Plaintiffs' position that non-retained experts must submit expert reports by August 15, 2008, and that if expert reports are not submitted, Plaintiffs will move to exclude the testimony of those witnesses in its entirety. A true and correct copy of this e-mail is attached hereto as Exhibit "B." This e-mail appears to have been

-2-

1  distributed to all parties.

2      5.    Upon receipt of Ms. Whelan's e-mail, our office researched supporting

3  authority for Plaintiffs' position and discussed Plaintiffs' position with the other

4  Intervenors joining in the motion for clarification.  Our office also considered the

5  feasibility of asking those Law Enforcement Intervenors or their representatives who we

6  intended to designate as experts to prepare reports.   However, we strongly believe, based

7  on our research, that Plaintiffs' position is unsupported, and it would be highly injurious

8  to our clients' case to be compelled to prepare expert reports in such a short time frame,

9  in particular because our experts do not normally give expert testimony and are not

10  experienced in the preparation of expert reports.

11      6.    I am preparing the Law Enforcement Intervenors' expert disclosures to be

12  served on all parties by August 15, 2008.  These disclosures will include the names of

13  designated experts and their topics of testimony.  Other Intervenors have already

14  provided topics of testimony in their non-expert disclosures.  See Sonoma County

15  Intervenors' Disclosure of Non-Retained Percipient Expert Witness, a true and correct

16  copy of which is attached hereto as Exhibit "C."

17      I declare under penalty of perjury that the foregoing is true and correct.

18      Executed this 14th day of August, 2008 in Fullerton, California.

19

20

21                              IVY M. TSAI

22

23

24

25

26

27

28

-3-

# EXHIBIT A

1 | JONES & MAYER
Martin J. Mayer (SB # 73890)
2 | Michael R. Capizzi (SB # 35864)
Kimberly Hall Barlow (SB # 149902)
3 | Ivy M. Tsai (SB # 223168)
3777 North Harbor Boulevard
4 | Fullerton, California 92835
(714) 446-1400; Fax (714) 446-1448
5 | e-mail: mjm@jones-mayer.com
e-mail: mrc@jones-mayer.com
6 | e-mail: khb@jones-mayer.com
e-mail: imt@jones-mayer.com
7
Attorneys for Law Enforcement
8 | Intervenor-Defendants

9

10              IN THE UNITED STATES DISTRICT COURTS

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12          AND THE NORTHERN DISTRICT OF CALIFORNIA

13      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15

| | |
|---|---|
| 16 RALPH COLEMAN, et al., | Case No:  CIV S-90-0520 LKK JFM P |
| 17          Plaintiffs, | **THREE-JUDGE COURT** |
| 18      vs. | [F.R.C.P. 24; 18 U.S.C. § 3626(a)(3)(F)] |
| 19 ARNOLD SCHWARZENEGGER, et al., | **LAW ENFORCEMENT INTERVENORS' LIST OF NON-EXPERT WITNESSES INTENDED TO TESTIFY AT TRIAL** |
| 20          Defendants. | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 MARCIANO PLATA, et al., | Case No.:  C01-1351 TEH |
| 26          Plaintiffs, | **THREE-JUDGE COURT** |
| 27      vs. | |
| 28 ARNOLD SCHWARZENEGGER, et | |

-1-

EXHIBIT A

1    al.,

2             Defendants.

3    TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

4    Pursuant to the Three-Judge Court's order dated July 2, 2008, the Sheriff, Police

5    Chief, Chief Probation, and Corrections Chief Intervenor-Defendants ("Law Enforcement

6    Intervenors") hereby disclose the following list of all non-expert witnesses whom they

7    intend to call to testify at trial. These witnesses are Law Enforcement Intervenors or their

8    representatives, and their testimony will be based in part on their own observations and

9    experiences. This designation is without prejudice to Law Enforcement Intervenors'

10   right to designate these or other witnesses as expert witnesses.

11         1. Dennis Burns, Los Angeles County Sheriff's Department Chief, Custody

12            Operations Division

13         2. Adam Christianson, Stanislaus County Sheriff

14         3. Richard Conklin, Chief Mental Health Clinician, San Diego Sheriff's

15            Department

16         4. Karen Dalton, Los Angeles County Sheriff's Department, Director of

17            Bureau Operations

18         5. Rick Dostal, Orange County Sheriff's Department, Executive Director of

19            Services

20         6. Jerry Dyer, City of Fresno Police Chief

21         7. John Ingrassia, San Diego County Sheriff's Department Commander,

22            Detention Services Bureau

23         8. Mike Harden, City of Modesto Assistant Police Chief

24         9. Jerry Powers, Stanislaus County Probation Chief

25         10. Martin Ryan, Amador County Sheriff

26         11. Stephen Smith, Los Angeles County Sheriff's Department Lieutenant,

27            Custody Support Services

28         12. Roy Wasden, City of Modesto Police Chief

-2-

1    13. Rich Word, City of Vacaville Police Chief

2    14. Alex Yim, Los Angeles County Sheriff's Department Chief, Correctional

3    Services Division

4    15. To the extent that the parties cannot stipulate the custodian of records of

5    these witnesses will appear as percipient witnesses to authenticate records.

6                                   Respectfully submitted,

7    DATED:    August 1, 2008         JONES & MAYER

8

9                                   By: _____

10                                       Ivy M. Tsai
                                         Attorneys for Law Enforcement
11                                       Intervenor-Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW ENFORCEMENT INTERVENORS' LIST OF NON-EXPERT WITNESSES

# PROOF OF SERVICE
## (§ 1013a, 2015.5 C.C.P.)

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the aforesaid county; I am over the age of eighteen years and not a party to the within entitled action; my business address is: 3777 N. Harbor Boulevard, Fullerton, California 92835.

On **August 1, 2008**, I served the within **LAW ENFORCEMENT INTERVENORS' LIST OF NON-EXPERT WITNESSES INTENDED TO TESTIFY AT TRIAL**, on the interested parties in said action by placing [X] a true and correct copy or [ ] the delivered by one or more of the means set forth below:

**SEE ATTACHED SERVICE LIST**

[x ]  [*Via Mail*]  By depositing said envelope with postage thereon fully prepaid in the United States mail at La Habra, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fullerton, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

[  ]  [*Personal Delivery*]  I cause the above referenced document(s) to be delivered to the addressee set forth above.

[  ]  [*Overnight Courier*]  I caused the above referenced document(s) to be delivered to an overnight delivery service, for delivery to the addressee(s) on the attached service list.

[  ]  [*Via Facsimile Transmission*]  I caused the above referenced document(s) to be transmitted to the named person(s) to the fax number(s) set forth on the attached Service List.

[x]  [*Federal*]  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **August 1, 2008**, at Fullerton, California.

Rita J. Alger

## SERVICE LIST

1

2   Prison Law Office                                   K&L Gates LLP
    Donald Specter                                      Jeffrey L. Bornstein
3   Steven Fama                                         Edward P. Sangster
    E. Ivan Trujillo                                    Raymond E. Loughrey
4   Sara Norman                                         55 Second Street, Suite 1700
    Alison Hardy                                         San Francisco, CA 94105-3493
5   Rebekah Evenson
    1917 Fifth Street
6   Berkeley, CA 94710

7   The Legal Aid Society–                              Rosen, Bien & Galvan, LLP
    Employment Law Center                               Michael W. Bien
8   Claudia Center                                      Jane E. Kahn
    600 Harrison Street, Suite 120                      Amy Whelan
9   San Francisco, CA 94107                             Lori Rifkin
                                                        Lisa Ells
10                                                      315 Montgomery Street, 10th Floor
                                                        San Francisco, CA 94104
11

12  Bingham, McCutchen, LLP                             Natalie Leonard
    Warren E. George                                    Gregg MacClean Adam
13  Three Embarcadero Center                            Carroll, Burdick & McDonough, LLP
    San Francisco, CA 94111                             44 Montgomery Street, Suite 400
                                                        San Francisco, CA 94104
14
    Lisa A. Tillman                                     Paul B. Mello, Esq.
15  Deputy Attorney General                             Hanson Bridgett LLP
    P. O. Box 944255                                    425 Market Street, 26th Floor
16  Sacramento, CA 94244-2550                           San Francisco, CA 94105

17  Steven S. Kaufhold                                  William E. Mitchell
    Teresa Wang                                         Assistant District Attorney
18  Akin Gump Strauss Hauer & Feld, LLP                 Riverside County District Attorney's Office
    580 California, Suite 1500                          4075 Main Street, First Floor
19  San Francisco, CA 94104-1036                        Riverside, CA 92501

20  Anne L. Keck, Deputy County Counsel                 Rochelle East
    Steven Woodside                                     Office of Attorney General
21  575 Administration Drive, Room 105A                 455 Golden Gate, Suite 11000
    Santa Rosa, CA 95403-2815                           San Francisco, CA 94102-7004

22  Ann Miller Ravel
    Theresa Fuentes
23  Office of the County Counsel
    County of Santa Clara
24  70 West Hedding, East Wing, 9th Floor
    San Jose, CA 95110

25

26

27

28

# EXHIBIT B

**Ivy M. Tsai**

| | |
|---|---|
| **From:** | Amy Whelan [AWhelan@RBG-Law.com] |
| **Sent:** | Tuesday, August 05, 2008 4:35 PM |
| **To:** | 'Theresa.Fuentes@cco.sccgov.org'; 'AKECK@sonoma-county.org'; 'Carol Woodward'; 'WEmitchell@RivCoDA.org'; Kimberly Hall Barlow; 'Lisa Tillman'; 'Paul B. Mello'; 'Rochelle East'; 'Samantha D. Tama'; 'Renju P. Jacob'; Kyle Lewis; 'twang@akingump.com'; 'cstegeman@akingump.com'; 'cathy.stephenson@sdcda.org'; 'Leonard, Natalie'; 'gadam@cbmlaw.com'; 'skaufhold@akingump.com'; Ivy M. Tsai; Martin J. Mayer |
| **Cc:** | Coleman Team - RBG Only; Donald Specter; Sara Norman; 'Hardy, Alison  (EXTERNAL)'; 'Rebekah Evenson'; Coleman KL Gates |
| **Subject:** | Percipient and Expert Witnesses, Plata/Coleman OVR |
| **Importance:** | High |

Dear All,

We have now received all of the intervenors' trial witness lists with the exception of the District Attorneys, who have informed us that they are only designating non-retained experts. Several of the intervenors have disclosed county or other witnesses as both percipient witnesses and "non-retained experts" or "non-retained testifying experts." Theresa Fuentes, counsel for Santa Clara County, contacted plaintiffs' counsel yesterday to determine our position on these designations. Rather than respond only to Ms. Fuentes, we are providing our response to counsel for all parties. In particular, Ms. Fuentes asked whether we agree that non-retained, testifying experts are exempt from providing expert reports. Our position is as follows:  If you exert control over your "non-retained experts," (e.g. if the "non retained experts" are parties, or are employees of or contractors of parties) they must submit reports by the August 15, 2008 deadline. To the extent your non-retained experts plan to testify about matters outside their personal knowledge or outside the scope of their employment (e.g. the effects a prisoner release order might have), they also must submit Rule 26(a)(2)(B) disclosures. *See, e.g., Funai Elec. Co. v. Daewoo Electronics Corp.*, 2007 WL 1089702, *6 (N.D. Cal. 2007). If your witnesses do not submit reports, we will move to exclude their testimony in its entirety.

We hope this clarifies plaintiffs' position.

Sincerely,

Amy Whelan, Esq.
Rosen, Bien & Galvan LLP
315 Montgomery Street, 10th Floor
San Francisco, CA  94104
T:  415/433-6830
awhelan@rbg-law.com
www.rbg-law.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbg@rbg-law.com <mailto:rbg@rbg-law.com>

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.


EXHIBIT B

# EXHIBIT C

1  STEVEN M. WOODSIDE #58684
   County Counsel
2  ANNE L. KECK #136315
   Deputy County Counsel
3  County of Sonoma
   575 Administration Drive, Room 105A
4  Santa Rosa, California 95403-2815
   Telephone: (707) 565-2421
5  Fax: (707) 565-2624
   swoodsid@sonoma-county.org
6  akeck@sonoma-county.org

7  Attorneys for Intervenors THE
   COUNTY OF SONOMA, SONOMA
8  COUNTY SHERIFF/CORONER
   WILLIAM COGBILL, SONOMA
9  COUNTY DISTRICT ATTORNEY
   STEPHAN PASSALACQUA,
10 and SONOMA COUNTY CHIEF
   PROBATION OFFICER ROBERT OCHS

11

12              IN THE UNITED STATES DISTRICT COURTS

13           FOR THE EASTERN DISTRICT OF CALIFORNIA

14           AND THE NORTHERN DISTRICT OF CALIFORNIA

15      UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

16      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

17
   RALPH COLEMAN, et al.,                No.    CIV S-90-0520 LKK JFM P
18        Plaintiffs,
                                         **THREE-JUDGE COURT**
19 v.

20 ARNOLD SCHWARZENEGGER, et al.,
          Defendants.
21 _____/
                                         No. C-01-1351 THE
22 MARCIANO PLATA, et al.,
          Plaintiffs,                    **THREE-JUDGE COURT**
23
24 v.                                    **SONOMA COUNTY INTERVENORS'**
                                         **DISCLOSURE OF NON-RETAINED**
25 ARNOLD SCHWARZENEGGER, et al.,        **PERCIPIENT EXPERT WITNESS**
          Defendants.
26 _____/

27

28

                              EXHIBIT C

   No. 96128
   Sonoma County Intervenors' Disclosure of                              1

1    Pursuant to the Court's Order for Pretrial Preparation, entered July 2, 2008 (the

2    "Order"), the County of Sonoma, Sonoma County Sheriff William Cogbill, Sonoma County

3    District Attorney Stephan Passalacqua, and Sonoma County Chief Probation Officer Robert

4    Ochs (collectively referred to herein as, "SONOMA COUNTY INTERVENORS") hereby

5    disclose the following non-retained percipient expert witness who is expected to present

6    evidence at trial:

7    **Sonoma County Sheriff-Coroner William Cogbill**, 2796 Ventura Avenue,
     Santa Rosa, California, telephone number (707) 565-2781.  Sheriff Cogbill is
8    expected to testify regarding the adverse impacts that certain prisoner release
     orders would have on public safety, and more specifically, the impacts such
9    orders would have on Sonoma County's current criminal and penal justice
     reform efforts.

10   This witness is a duly-elected public official of the County of Sonoma, and has not

11   been retained or specially employed to provide expert testimony in this case, nor do his duties

12   regularly involve giving expert testimony.  Accordingly, the provisions of Federal Rule of

13   Civil Procedure 26(a)(2)(B) do not require him to submit a written expert report herein.

14   Instead, SONOMA COUNTY INTERVENORS will submit his testimony primarily through

15   written declaration, pursuant to the terms of the Order as well as the Court's Order

16   Bifurcating Proceedings and Setting Deadlines for Phase I (partially vacated), entered

17   October 10, 2007.

18   This disclosure does not include designation of any witnesses who may be called only

19   for the purposes of impeachment or rebuttal, nor does it include disclosure of retained expert

20   witnesses (whose disclosure is due at a later date pursuant to the terms of the Order).

21   Dated: August 1, 2008              STEVEN M. WOODSIDE, County Counsel

22                                      By:_____

23                                          ANNE L. KECK
                                            Deputy County Counsel
24                                          Attorneys for Intervenors the County of Sonoma,
                                            the Sonoma County Sheriff-Coroner William
25                                          Cogbill, the Sonoma County District Attorney
                                            Stephan Passalacqua, and Sonoma County Chief
26                                          Probation Officer Robert Ochs

27

28

No. 96128

ROOF OF SERVICE BY MAIL
(Code Civ. Proc. §§ 1013a(3) and 2015.5)

I am employed in the County of Sonoma, California; I am over the age of 18 years and not a party to the within action; my business address is 575 Administration Dr., Rm. 105A, Santa Rosa, California. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On August 1, 2008, following ordinary business practice, I served the **"SONOMA COUNTY INTERVENORS' DISCLOSURE OF NON-RETAINED PERCIPIENT EXPERT WITNESSES"** on the parties in said cause, by placing on that date at my place of business, a true copy thereof, enclosed in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business, addressed as follows:

| | |
|---|---|
| Steven A. Kaufhold, Esq.<br>Akin Gump Straus, et al.<br>580 California St., 15th Floor<br>San Francisco, CA 94104-1036 | Paul B. Mello, Esq.<br>Hanson & Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 |
| Gregg MacClean Adam, Esq.<br>Natalie Leonard<br>Carroll, Burdick, McDonough, LLP<br>44 Montgomery Street, Suite 400<br>San Francisco, CA 94104 | Rochelle East<br>Deputy Attorney General<br>Office of the Attorney General<br>455 Golden Gate Ave, Suite 1100<br>San Francisco, CA 94102 |
| Ann Miller Ravel<br>Office of the County Counsel<br>County of Santa Clara<br>70 West Headding, East Wing 9th Floor<br>San Jose, CA 95110 | Martin J. Mayer, Esq.<br>Kimberly Hall Barlow<br>Jones & Mayer LLP<br>3777 North Harbor Blvd.<br>Fullerton, CA 92835 |

1

Lisa Tillman
Deputy Attorney General
Office of the Attorney General
1300 "I" Street
Sacramento, CA 94244-2550

William E. Mitchell, Esq.
Assistant District Attorney
County of Riverside
4075 Main Street, First Floor
Riverside, CA 92501

2

3

4

5

Michael W. Bien, Esq.
Kathleen Johnson-Silk
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104

Prison Law Office
Donald Spectre, Esq.
1917 Fifth Street
Berkeley, CA 94710

6

7

8

9

Jeffrey L. Bornstein, Esq.
Kirkpatrick & Lockhart, et al.
55 Second Street, Suite 1700
San Francisco, CA 94105-3493

Claudia Center
The Legal Aid Society
600 Harrison street, Suite 120
San Francisco, CA 94107

10

11

12

Warren E. George, Esq.
Bingahm, McCutchen, et al.
Three Embarcadero Center
San Francisco, CA 94111

13

14

15

    I declare under penalty of perjury under the laws of the State of California that the

16

foregoing is true and correct, and that this declaration was executed on August 1, 2008, at

17

Santa Rosa, California.

18

19

_Eileen Shired_

20

Eileen Shired

21

22

23

24

25

26

27

28