1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN AND NORTHERN DISTRICTS OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | Case No:  CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | Case No.:  C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>[PROPOSED] ORDER GRANTING DEFENDANT INTERVENORS' JOINT MOTION FOR CLARICATION OF ORDER FOR PRETRIAL PREPARATION (ENTERED 7/2/08) |

11
12
13
14
15
16
17
18
19
20
21
22
23

24      Upon review and consideration of the Joint Motion for Clarification of Order for

25  Pretrial Preparation, entered July 2, 2008 (hereinafter the "Order"), which motion was

26  filed on August 14, 2008, by Defendant Intervenors, including the Sheriff, Probation,

27  Police Chief, Corrections, Republican Legislators, District Attorneys, Counties, and

28

-1-

1    Sonoma County Intervenors (collectively, "Intervenors"), and with good cause appearing

2    therefor,

3        IT IS HEREBY ORDERED AS FOLLOWS:

4        Intervenors and their designated employees who have been disclosed by

5    Intervenors as potential trial witnesses and who are "hybrid" non-retained percipient

6    expert witnesses are not required to submit expert reports, either under the terms of the

7    Order or under Federal Rule of Civil Procedure 26(a)(2)(B).

8        IT IS SO ORDERED.

9

10   DATED:                                    _____
                                              STEPHEN REINHARDT

11                                            UNITED STATES CIRCUIT JUDGE
                                              NINTH CIRCUIT COURT OF APPEALS

12

13   DATED:                                    _____
                                              LAWRENCE K. KARLTON

14                                            SENIOR UNITED STATES DISTRICT JUDGE
                                              EASTERN DISTRICT OF CALIFORNIA

15

16
     DATED:                                    _____
17                                            THELTON E. HENDERSON
                                              SENIOR UNITED STATES DISTRICT JUDGE

18                                            NORTHERN DISTRICT OF CALIFORNIA

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT INTERVENORS' JOINT MOTION FOR
CLARICATION OF ORDER FOR PRETRIAL PREPARATION (ENTERED 7/2/08)