DENNIS BUNTING, SBN #055499
County Counsel
AZNIV DARBINIAN, SBN #197787
Assistant County Counsel
KIM ALEXANDER YARBOR, SBN #197587
Deputy County Counsel
675 Texas Street, Suite 6600
Fairfield, California 94533
Telephone: (707) 784-6140
Facsimile: (707) 784-6862

Attorneys for SOLANO COUNTY

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | No. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>No. C01-1351 TEH |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | **STIPULATION OF PARTIES AND PROPOSED ORDER DISMISSING SOLANO COUNTY AS INTERVENOR** |

1.　　This Court granted Solano County intervening party status on September 19, 2007, for purposes of opposing the issuance of a prisoner release order under

1

Stipulation of Parties and Proposed Order　　　　Case No. CIV S-90-0520-LKK JFM P, C 01-1341 TEH
Dismissing Solano County as Intervenor

consideration by this court pursuant to the Prison Litigation Reform Act, 18 U.S.C. 3626 *et seq.*; and,

2. Solano County appeared at the September 24, 2007, hearing conducted by the Court and has evaluated whether continued participation as an Intervenor is necessary or appropriate given the current posture of the case and the presence of numerous other "statutory intervenors."

3. Solano County has contacted legal counsel for Plaintiffs, Defendants, and all parties designated as Intervenors as of October 25, 2007, to obtain consent to its withdrawal; and,

4. Plaintiffs, Defendants and Intervenors have stipulated to dismissing Solano County as an Intervenor in the proceedings now before this Court; and,

5. Solano County requests this Court order Solano County be dismissed, with prejudice, as an Intervenor in CIV S-90-0520 LKK JFM P and No. C01-1341 TEH, as those cases are now pending before this Court.

IT IS SO STIPULATED.

Dated:                                          DENNIS BUNTING
                                                County Counsel


                                        By:    *Kim Alexander Yarbor*
                                                KIM ALEXANDER YARBOR
                                                Deputy County Counsel
                                                Attorneys for Solano County

///

///

2

```
 1  Dated:                                    MICHAEL P. MURPHY
 2                                            County Counsel
 3
 4                              By:           /s/
                                              CAROL WOODWARD
 5                                            Deputy County Counsel
                                              Attorneys for Intervenor,
 6                                            COUNTY OF SAN MATEO
 7
 8  Dated:                                    STEPHEN SHANE STARK
                                              County Counsel
 9
10                              By:           /s/
                                              KELLY SCOTT
11                                            Deputy County Counsel
                                              Attorneys for Intervenor,
12                                            COUNTY OF SANTA BARBARA
13
14  Dated:                                    STEVEN M. WOODSIDE
15                                            County Counsel
16
17                              By:           /s/
                                              ANNE L. KECK
18                                            Deputy County Counsel
                                              Attorneys for Intervenor,
19                                            COUNTY OF SONOMA
                                              SONOMA COUNTY SHERIFF
20                                            SONOMA COUNTY PROBATION
21                                            OFFICER
22
23  Dated:                                    ANN MILLER RAVEL
                                              County Counsel
24
25
26                              By:           /s/
                                              THERESA J. FUENTES
27                                            Deputy County Counsel
                                              Attorneys for Intervenor,
28                                            COUNTY OF SANTA CLARA
```

3

Stipulation of Parties and Proposed Order       Case No. CIV S-90-0520-LKK JFM P, C 01-1341 TEH
Dismissing Solano County as Intervenor

| | | |
|---|---|---|
| Dated: | | ROD PACHECO<br>District Attorney |
| | By: | /s/<br>WILLIAM MITCHELL<br>Assistant District Attorney<br>Attorneys for District Attorney Intervenors |
| Dated: | | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | By: | /s/<br>CHAD STEGEMAN<br>Attorneys for Assembly and Senate Republican Intervenors |
| Dated: | | JONES & MAYER |
| | By: | /s/<br>KIMBERLY HALL-BARLOW<br>Attorneys for Sheriff Intervenors, Probation Intervenors, and Chief of Correction Intervenors |
| Dated: | | CARROLL, BURDICK & MCDONOUGH LLP |
| | By: | /s/<br>NATALIE LEONARD<br>Attorneys for Intervenor California Correctional Peace Officer's Association |
| Dated: | | ROSEN, BIEN & GALVAN, LLP |
| | By: | /s/<br>AMY WHELAN<br>Attorneys for Plaintiffs |

4

1 | Dated:            PRISON LAW OFFICE

By: /s/
DONALD SPECTER
Attorneys for Plaintiffs

Dated:            EDMUND G. BROWN JR.
Attorney General, State of California

By: /s/
ROCHELLE C. EAST
KYLE A. LEWIS
Deputy Attorneys General
Attorneys for Defendants

I declare under penalty of perjury under the laws of the State of California that I obtained approval of this Stipulation from each signatory listed above. Executed on this 18th day of August, 2008 at Fairfield, California.

DENNIS BUNTING
County Counsel

By: *Kim Alexander Yarbor*
KIM ALEXANDER YARBOR
Deputy County Counsel
Attorneys for Solano County

5

Stipulation of Parties and Proposed Order
Dismissing Solano County as Intervenor      Case No. CIV S-90-0520-LKK JFM P, C 01-1341 TEH

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____
STEPHEN REINHARDT
UNTIED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS


Dated: _____
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA


Dated: _____
THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

Stipulation of Parties and Proposed Order    Case No. CIV S-90-0520-LKK JFM P, C 01-1341 TEH
Dismissing Solano County as Intervenor