EXHIBIT A

COPY

```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF CALIFORNIA
 3                              --oOo--
 4  RALPH COLEMAN, et al.,        ) Case No. 2:90-cv-00520-LKK-JFM
                                  )
 5                 Plaintiffs,    )
                                  ) Sacramento, California
 6       vs.                      ) Tuesday, January 29, 2008
                                  ) 1:39 P.M.
 7  SCHWARZENEGGER, et al.,       )
                                  ) Hearing re: status conference.
 8                 Defendants.    )
                                  )
 9  _____
                    TRANSCRIPT OF PROCEEDINGS
10           BEFORE THE HONORABLE JOHN F. MOULDS
                UNITED STATES MAGISTRATE JUDGE
11
    APPEARANCES:
12
    For Coleman and Plata         MICHAEL BIEN
13    Plaintiffs:                 LORI E. RIFKIN
                                  Rosen, Bien & Galvan, LLP
14                                315 Montgomery Street 10th Floor
                                  San Francisco CA    94105
15                                (415) 433-6830

16  For Coleman Defendants:       PAUL B. MELLO
                                  Hanson, Bridgett, Marcuos,
17                                  Vlahos and Rudy
                                  333 Market Street, Suite 2100
18                                San Francisco, CA    94105
                                  (650) 233-4096
19
    For Plata Defendants:         ROCHELLE C. EAST
20                                Attorney General's Office
                                  455 Golden Gate Avenue
21                                Suite 11000
                                  San Francisco, CA    94102
22                                (415) 703-5500

23  Court Recorder:               (UNMONITORED)
                                  U.S. District Court
24                                501 I Street, Suite 4-200
                                  Sacramento, CA    95814
25                                (916) 930-4193
```

ii

| | |
|---|---|
| 1 | APPEARANCES (Cont.): |
| 2 | Transcription Service:          Petrilla Reporting & |
| 3 |                                 Transcription<br>5002 - 61st Street |
| 4 |                                 Sacramento, CA   95820<br>(916) 455-3887 |

24  Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.

28

1          (Pause - Court and Clerk confer.)
2          THE COURT: I'll reserve some time on my law and
3  motion calendar for the 28th.
4          MR. BIEN: Okay. Your Honor, I don't know if it's
5  worth raising, and Paul, if you don't object -- Mr. Mello, I'm
6  sorry, if you don't object, to just discuss one of the issues
7  that's come up in this new log that had not been surfaced
8  before, which was the idea of redaction of documents rather
9  than -- in the past either holding a document or producing, and
10 now they're taking us at a different position of redacting, and
11 I'm not sure.
12         We've been looking at the local rules about this.
13 I've had different experiences in different courts about that,
14 and I'm not sure if this Court has anything to share on that
15 issue, or we should discuss it. Basically, it's a claim of
16 privilege as to those words, or paragraphs or pages that are
17 being withheld, but which -- and they're going to be listed on
18 the privilege log as I understand it. But it just raises a
19 slightly different procedural issue.
20         THE COURT: Well, I assume it's more within the same
21 time frame, though, aren't we?
22         MR. MELLO: It would be -- I guess I"m not
23 understanding your question.
24         THE COURT: You're not going to -- you'll be
25 delivering the documents on or before the 15th with redactions.

```
                                                                   29
```

| | |
|---|---|
| 1 | MR. MELLO: Yes. |
| 2 | THE COURT: And stating the basis for the redaction. |
| 3 | MR. MELLO: Yeah, it will -- |
| 4 | THE COURT: And you will be conferring on them by the |
| 5 | 20th, and filing a joint memo of your positions on that by the |
| 6 | 25th. |
| 7 | MR. MELLO: Okay. |
| 8 | THE COURT: So I think this is simply another |
| 9 | variation of a document being withheld in part, not in toto. |
| 10 | MR. MELLO: Right. |
| 11 | MR. BIEN: Okay. |
| 12 | THE COURT: Let's talk about discovery. Is there any |
| 13 | reason, and please feel free to tell me if there is, but is |
| 14 | there any reason why outstanding discovery cannot -- and -- |
| 15 | outstanding Phase 1 discovery cannot be completed in its |
| 16 | entirety by the end of February? |
| 17 | MR. MELLO: I don't know how to quite say this, but |
| 18 | beyond the stay issued by the three-judge panel? Issues beyond |
| 19 | the stay in the case, you're asking? |
| 20 | I think that defendants -- |
| 21 | THE COURT: Beyond or within. |
| 22 | MR. MELLO: Okay. You know, I -- can I confer with |
| 23 | counsel? |
| 24 | (Pause - counsel conferring.) |
| 25 | MR. MELLO: I mean, as lead counsel in Plata, I know |