EXHIBIT C

GOVPRIV001683

**Prison Reform Package**
**AB 900 Summary**

|  | Infill Beds | Re-Entry Beds | Medical, Mental Health, or Dental Beds | Local Beds | Totals |
|---|---|---|---|---|---|
| Phase I Costs | $ 1,800,000,000 | $ 975,000,000 | $ 857,100,000 | $ 750,000,000 | $ 4,382,100,000 |
| Phase II Costs | $ 600,000,000 | $ 1,625,000,000 | $ 285,700,000 | $ 470,000,000 | $ 2,980,700,000 |
| Totals - Lease Revenue | $ 2,400,000,000 | $ 2,600,000,000 | $ 1,142,800,000 | $ 1,220,000,000 | $ 7,362,800,000 |
| Capital Outlay improvements at existing facilities | | | | | $ 300,000,000 |
| Rehabilitation and treatment services | | | | | $ 50,000,000 |
| Totals - General Fund | | | | | $ 350,000,000 |
| **Total Costs of AB 900** | | | | | **$ 7,712,800,000** |
| Phase I Beds | 12,000 | 6,000 | 6,000 | 8,000 | |
| Phase II Beds | 4,000 | 10,000 | 2,000 | 5,000 | |
| Total Beds - AB 900 | 16,000 | 16,000 | 8,000 | 13,000 | 53,000 |

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
# MAJOR DELIVERABLES/MILESTONES
# AB 900 IMPLEMENTATION

| SECTION | DELIVERABLE | DATE(S) | PHASE II DEPENDENCY | DEPENDENT PROJECT? |
|---|---|---|---|---|
| 15819.40 (a)(1)(A) | PHASE I: 7,484 Replacement Beds | | 4,000 of these beds must be under construction | Y |
| 15819.40 (a)(1)(B) | PHASE I: 4,516 Replacement Beds      $1.8 bill | | | Y |
| 15819.40 (b) | PHASE I: 6,000 Re-Entry Beds   $857.1 mill | | 2,000 of these beds must be under construction or sited | Y |
| 15819.40 (c) | PHASE I: 6,000 Medical/Dental/Mental Health Beds   $975 mill | | | |
| 15819.41(a) | PHASE II: 4,000 New Prison Beds    $600 mill | | | Y |
| 15819.41(b) | PHASE II: 2,000 Medical/Dental/Mental Health/ Beds   $285.7 mill | | | Y |
| 15819.41(c) | PHASE II: 10,000 Re-Entry Beds   $1.625 mill | | | Y |
| 15820.901 (a) | PHASE I: County Jail Bed Construction   $750 mill | | | |
| 15820.911 (a) | PHASE II: County Jail Bed Construction   $470 mill | | | |

GOVPRIV001684

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
# MAJOR DELIVERABLES/MILESTONES
# AB 900 IMPLEMENTATION

| SECTION | DELIVERABLE | DATE(S) | PHASE II DEPENDENCY | DEPENDENT PROJECT? |
|---|---|---|---|---|
| PC 2061 (a) | Plan to Address Management Deficiencies | 1/15/2008 | Plan must be implemented | Y |
| PC 2062 (a) | Plan to Obtain Additional Rehabilitation and Treatment Services for Inmates and Parolees | 1/15/2008 | Plan must be implemented | Y |
| PC 2713.2 | Report on the Adequacy of Inmate Release Funds | 1/15/2008 | | |
| PC 2694 | Expand SAT services for 4,000 inmates and expand follow-up treatment services in the Community | | 2,000 of these slots must be established with aftercare in the community | Y |
| PC 3020 | Assess all inmates for Program Placement to aid in their Re-Entry to society and reduce chance of reoffending. | | Established in RC's for 6 months to assign inmates to rehabilitation programs | Y |
| PC 3073 | Obtain Day Treatment and crisis care services for Parolees with Mental Health problems | | 300 parolees must be served | Y |
| PC 3105 | Plan for Inmate Treatment and Prison-to-Employment | 10/1/2007 1/15/2008 4/1/2008 | Plan must be completed | Y |
| PC 6140 | Establish 11-Member C-ROB in the OIG | | C-ROB must be in operation for one year | Y |
| PC 6141 | C-ROB to meet quarterly and report to the Governor and the Legislature on January 15th and July 15th of each year | Annually on January 15th and July 15th | | |
| PC 7003.5 (a) | Department to provide quarterly reports on funded projects to the Joint Legislative Budget Committee | | | |
| PC 7003.5 (b) | Department to provide an Annual Report to the Legislature on Jan 10 on projects listed in the Master Plan | Annually on January 10 | | |

GOVPRIV001685

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## MAJOR DELIVERABLES/MILESTONES
## AB 900 IMPLEMENTATION

| SECTION | DELIVERABLE | DATE(S) | PHASE II DEPENDENCY | DEPENDENT PROJECT? |
|---|---|---|---|---|
| PC 2054.2 | Develop System of incentives to increase inmate participation in academic & vocational assignments consistent with needs identified in Assessments conducted pursuant to PC 3020 | | | |
| PC 7021 (a) | Three Member Panel to verify conditions so SPWB can release Phase II funding (See Attachment) | | | |
| PC 11191 (a) | Authorize Out-of-State Transfers | | | |
| PC 13602.1 | Establish Southern Training Academy | | | |
| PC 1302.1 (a) | $300 million in Capital Outlay to renovate, improve, or expand infrastructure at existing prison facilities | | | |
| PC 1302.1 (b) | $50 million in Capital Outlay to supplement funds for rehabilitation and treatment of prison inmates and parolees | | | |
| THE FOLLOWING ITEMS ARE LISTED AS THEY ARE PRE-REQUISITES FOR THE THREE MEMBER PANEL VERIFIES THESE CONDITIONS HAVE BEEN MET BEFORE SPWB CAN RELEASE PHASE II FUNDS ||||| 
| PC 7021 (a)(5) | Prison institutional drug treatment slots have averaged at least 75% participation over previous 6 months | | Action Item | Y |
| PC 7021 (a)(10) | At least 75% of managerial positions have been filled for at least 6 months | | Action Item | Y |
| PC 7021 (a)(11) | The Department has increased full-time participation in inmate academic and vocational education programs by 10% from April 1, 2007 statistics | | Action Item | Y |
| PC 7021 (a)(12) | Vacancy rate for positions dedicated to rehabilitation and treatment services in prisons and parole offices is no greater than the statewide average vacancy rates for all state positions | | Action Item | Y |
| PC 7021 (a)(13) | The Department has reviewed existing parole procedures | | Action Item | Y |

GOVPRIV001686