EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Senior Assistant Attorney General
JONATHAN L. WOLFF - 193479
Supervising Deputy Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
KYLE A. LEWIS - 201041
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5677
Facsimile:  (415) 703-5843
kyle.lewis@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
S. ANNE JOHNSON - 197415
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone: (415) 777-3200
Facsimile:  (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AND THE EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | **No.  2:90-cv-00520 LKK JFM P**<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF ROCHELLE EAST IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS CONCERNING FORMAT OF DOCUMENTS**<br><br>**Date and time: August 15, 2008, 2:00 p.m.<br>Courtroom: 26<br>Judge: Magistrate Judge John F. Moulds** |

- 1 -

DECL. OF ROCHELLE EAST ISO DEFS.' OPP. TO PLFS.' MOT. FOR DISCOVERY SANCTIONS CONCERNING FORMAT OF DOCUMENTS (CASE NO. 2:90-CV-00520 LKK JFM P/ C01-1351 TEH)

1584547.1

I, Rochelle C. East, declare that:

1. I am a Senior Assistant Attorney General and counsel of record for Defendants in this action. I make this declaration in support of Defendants' Opposition pertaining to Plaintiffs' Motion for Discovery Sanctions and the format of documents produced. I have personal knowledge of the matters stated in this declaration and can testify competently as to the matters stated here.

2. On December 19, 2007, counsel for Defendants and Plaintiffs met in chambers before Magistrate Judge Moulds to discuss discovery issues and production of documents in this proceeding. Donald Specter, Sara Norman, and an attorney from Rosen Bien & Galvan were present on behalf of Plaintiffs. Paul Mello and I were present on behalf of Defendants. I recall the parties discussing the format of the documents at this meeting. My recollection is that Magistrate Judge Moulds and the parties agreed that Defendants could produce redacted documents, and that production in TIFF format would be appropriate because the TIFF format permitted documents to be redacted, unlike the native format. My review of my notes last week refreshed my recollection.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on this 18th day of August 2008 at San Francisco, California.

          //s// Rochelle C. East
ROCHELLE C. EAST

- 2 -

DECL. OF ROCHELLE C. EAST ISO DEFS.' OPP. TO PLFS.' MOT. FOR DISCOVERY SANCTIONS CONCERNING FORMAT OF DOCUMENTS (case no. 2:90-cv-00520 LKK JFM P/ C01-1351 TEH)

1584547.1