IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | NO. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　　Defendants. | NO. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT-INTERVENORS' AUGUST 14, 2008 MOTION FOR CLARIFICATION |

　　　　The Court has reviewed Defendant-Intervenors' August 14, 2008 motion for clarification regarding whether non-retained hybrid witnesses, who will testify as both percipient and expert witnesses at trial, must disclose expert reports. Given the trial schedule in this case, the Court HEREBY ORDERS the following expedited briefing schedule on Defendant-Intervenors' motion:

　　　　1. Any opposition shall be filed on or before **August 25, 2008.**

　　　　2. The reply shall be filed on or before **September 2, 2008,** at 12:00 noon.

　　　　3. No oral argument will be heard unless otherwise ordered by the Court.

4. If the Court ultimately rules against Defendant-Intervenors, it will extend any necessary pretrial deadlines to allow for the preparation and disclosure of expert reports by hybrid witnesses.

5. Any depositions of the witnesses at issue that have already been scheduled shall proceed as scheduled. If necessary following the resolution of Defendant-Intervenors' motion, the Court may allow a brief period for conducting supplemental depositions of any hybrid witnesses who have already been deposed.

**IT IS SO ORDERED.**

Dated: 08/19/08

/s/
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 08/19/08

LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 08/19/08

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA