| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER Bar No.: 83925<br>STEVEN FAMA Bar No.: 99641<br>E. IVAN TRUJILLO Bar No.: 228790<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144 | BINGHAM, McCUTCHEN, LLP<br>WARREN E. GEORGE Bar No.: 53588<br>Three Embarcadero Center<br>San Francisco, California 94111<br>Telephone: (415) 393-2000 |
| ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN Bar No.: 096891<br>JANE E. KAHN Bar No.: 112239<br>AMY WHELAN Bar No.: 215675<br>LORI RIFKIN Bar No.: 244081<br>MARIA MORRIS Bar No. 223903<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone: (415) 433-6830 | HELLER, EHRMAN, WHITE &<br>McAULIFFE<br>RICHARD L. GOFF Bar No.: 36377<br>701 Fifth Avenue<br>Seattle, Washington 98104<br>Telephone: (206) 447-0900 |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER Bar No.: 158255
LEWIS BOSSING Bar No.: 227402
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>vs.<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DISCOVERY SANCTIONS** |

DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DISCOVERY SANCTIONS, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[234175-1]

I, Maria V. Morris, declare as follows:

I am an attorney at law admitted to practice before the Federal District Court for the Eastern District of California, an associate in the firm Rosen, Bien & Galvan, LLP ("RBG").

1. I make this declaration in support of Plaintiffs' Supplemental Brief in Support of Motion for Discovery Sanctions. I have personal knowledge of the matters set forth herein and if called as a witness I could and would competently so testify.

2. On August 15, 2008, I had a telephonic meet and confer with Defense Counsel Danielle O'Bannon. We discussed the documents from the August 5, 2008 privilege log over which attorney-client privilege had been asserted that had been challenged in my Motion for Discovery Sanctions. While we were talking, Ms. O'Bannon examined the documents we were discussing. Ms. O'Bannon stated that some of the documents discussed were not in fact privileged and would be produced. Of the seventeen documents we discussed, Ms. O'Bannon informed me that there were inaccuracies in the listing on the log of the author or recipient or both for eight of the documents as follows:

- Doc. 171 – did not include three of the recipients, namely Michael Genest, Chris Ryan, and Ana Matosantos;
- Doc. 190 – lists the author and recipient as Don Curier and Benjamin Rice respectively, but the actual document shows that the author as Jim Tilton and the recipient as Alberto Roldan;
- Doc. 195 – the list of recipients omits Benjamin Rice;
- Doc. 300 – the list of recipients omits Ashford Rice;
- Doc. 358 was listed as having Amy Jarvis as the author and Benjamin Rice as the sole recipient, but the actual author was Michael Genest and the recipient was Robert Sillen; and
- Docs. 364-366 – the list of recipients omits Andrea Hoch.

3. On August 18, 2008, I had another telephonic meet and confer with Ms. O'Bannon, this time regarding the June 10, 2008 privilege log. Ms. O'Bannon agreed that numerous of the previously withheld documents were not privileged and would be produced.

-1-
DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DISCOVERY SANCTIONS; NOS.:  CIV S 90-0520 LKK-JFM, C01-1351 TEH

[234175-1]

Additionally, Ms. O'Bannon stated that all documents withheld solely on the basis of deliberative process privilege on the June 10, 2008 log would be produced. Later in the day, Ms. O'Bannon e-mailed me confirming our discussion and stating that all the documents would be produced on August 20, 2008. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of that e-mail from Danielle O'Bannon regarding the August 18, 2008 meet and confer.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of an e-mail string between myself and Danielle O'Bannon regarding the August 15, 2008 meet and confer regarding the August 5, 2008 privilege log, and scheduling the subsequent meet and confer.

5. My understanding from the meet and confer process is that Defendants re-reviewed only those documents that were challenged in the Motion for Discovery Sanctions. I did not understand them to be undertaking a review of all documents on the log to ensure that the authors and recipients listed on the logs were accurate.

6. Following the production of documents in TIFF format on August 11, 2008 and the hearing on August 13, 2008, we asked our vendor to upload the documents as quickly as possible. Asking that documents be processed as a rush order costs additional money.

7. Because of the timing of the production and the upcoming depositions, we decided to forego coding of fields that would ordinarily be done, resulting in the documents being available to us for review more quickly, but in a less useful format in which searches would be less reliable.

8. In my experience reviewing documents, I have found that documents produced from TIFFs are less useful than those from native format. For example, if a document was originally in Excel and is produced in Excel, it is sortable as well as searchable. This is true for other databases as well. Documents that were converted into TIFFs and then re-converted into a searchable file do not regain the functionality of the original document.

9. I watched a search for e-mails from "Tilton" performed on the documents produced on August 11, 2008. This search turned up no documents. We then did a search on "Tilton" and 1029 documents were returned. There is no way to be certain without going through all 1029 documents that we have all e-mails from Tilton.

10. A true and correct copy of an excerpt of the August 13, 2008 hearing, showing Defendants' offer to produce the documents in native format by August 22, 2008 is attached hereto as Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 19th day of August, 2008, in San Francisco, California.

*/s/ Maria V. Morris*
Maria V. Morris

-3-
DECLARATION OF MARIA V. MORRIS IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR DISCOVERY SANCTIONS; NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[234175-1]

# EXHIBIT 1

# Maria Morris

**From:** Danielle OBannon [Danielle.OBannon@doj.ca.gov]
**Sent:** Monday, August 18, 2008 3:25 PM
**To:** Maria Morris
**Cc:** pmello@hansonbridgett.com; Renju P. Jacob; Samantha D. Tama
**Subject:** Today's Meet and Confer

The parties agreed to the following:

1. To Keep Privileged as AC: E00100148, E00100274-276, E00100278, E00100315, E00100316, E00100346.

2. To Produce: E00100006, E00100050, E00100074, E00100075, E00100143-147, E00100226-228, E00100281, E00100317, E00100318, E00100347-350, E00100352. We will produce these documents to you on Wednesday, August 20, 2008.

3. We also agreed to produce all of the documents designated only as deliberative process unless otherwise agreed to be withheld based on the meet and confer re: attorney client privilege on the June 10, 2008 privilege log. We will produce these documents to you on Wednesday, August 20, 2008.

4. I have been thinking about your concern regarding the accuracy of the August 5, 2008 log. I have looked at the log and the document designations are accurate and all of the AC documents have an attorney on them. They either have an attorney as a recipient/sender of the actual document or the cover email attaching the document. If you still have a concern with the accuracy of the logs, this motion would be the most appropriate time to raise that issue with the court.


Danielle F. O'Bannon
Deputy Attorney General
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-5500
Phone: 415-703-5735
Fax: 415-703-5843
E-mail: Danielle.OBannon@doj.ca.gov

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

8/18/2008

**EXHIBIT 2**

**Maria Morris**

| | |
|---|---|
| **From:** | Danielle OBannon [Danielle.OBannon@doj.ca.gov] |
| **Sent:** | Monday, August 18, 2008 9:48 AM |
| **To:** | Maria Morris |
| **Subject:** | RE: Meet and Confer re: June 10, 2008 A/C documents |

Maria:

Your correct it is 358

Danielle F. O'Bannon
Deputy Attorney General
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-5500
Phone: 415-703-5735
Fax: 415-703-5843
E-mail: Danielle.OBannon@doj.ca.gov

>>> Maria Morris <MMorris@rbg-law.com> 8/18/2008 9:40 AM >>>
Danielle,

I'll call you at 11:00.

I believe you miswrote one of the numbers defendants will be producing. I think it should be 300, 358 (not 383), 369 and 371.

---

**From:** Danielle OBannon [mailto:Danielle.OBannon@doj.ca.gov]
**Sent:** Friday, August 15, 2008 4:45 PM
**To:** Maria Morris
**Cc:** Jon Wolff; pmello@hansonbridgett.com; Renju P. Jacob; Samantha D. Tama
**Subject:** Meet and Confer re: June 10, 2008 A/C documents

Maria:

I should be able to get the June 10, 2008 documents by Monday morning. Lets schedule our meet and confer for Monday, August 18, 2008 at 11:00 a.m. to ensure my ability to receive and review the documents.

I also wanted to confirm that Defendants have agreed to produce log numbers 300, 383, 369, 371 for the August 5, 2008 log. We can provide your office with all of the documents we have agreed to produce as a result of our meet and confer by Wednesday, August 20, 2008.

Danielle F. O'Bannon
Deputy Attorney General
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-5500
Phone: 415-703-5735

8/19/2008

Fax: 415-703-5843
E-mail: Danielle.OBannon@doj.ca.gov

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**CONFIDENTIALITY NOTICE:** This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**EXHIBIT 3**

```
 1                    UNITED STATES DISTRICT COURT
 2                   EASTERN DISTRICT OF CALIFORNIA
 3                              --oOo--
 4   RALPH COLEMAN, et al.,        ) Case No. 2:90-cv-00520-LKK-JFM
                                   )
 5                  Plaintiffs,    )
                                   ) Sacramento, California
 6      vs.                        ) Wednesday, August 13, 2008
                                   ) 11:37 A.M.
 7   SCHWARZENEGGER, et al.,       )
                                   ) Telephonic Hearing re: order
 8                  Defendants.    ) shortening time re: discovery
                                   )
 9
                        TRANSCRIPT OF PROCEEDINGS
10               BEFORE THE HONORABLE JOHN F. MOULDS
                    UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12
     For Coleman Plaintiffs:       MARIA V. MORRIS
13                                 LORI E. RIFKIN
                                   Rosen, Bien & Galvan, LLP
14                                 315 Montgomery Street 10th Floor
                                   San Francisco CA   94105
15                                 (415) 433-6830

16   For Defendants:               RENJU P. JACOB
                                   SAMANTHA TAMA
17                                 Hanson Bridgett, LLP
                                   425 Market Street, 26th Floor
18                                 San Francisco, CA   94105
                                   (415) 995-5049
19
     For Defendants:               DANIELLE O'BANNON
20                                 CHARLES J. ANTONEN
                                   Attorney General's Office
21                                 455 Golden Gate Avenue
                                   Suite 11000
22                                 San Francisco, CA   94102
                                   (415) 703-5500
23
     Court Recorder:               CASEY SCHULTZ
24                                 U.S. District Court
                                   501 I Street, Suite 4-200
25                                 Sacramento, CA   95814
                                   (916) 930-4193
```

ii

1  APPEARANCES (Cont.):

2  Transcription Service:            Petrilla Reporting &
                                        Transcription
3                                    5002 - 61st Street
                                     Sacramento, CA    95820
4                                    (916) 455-3887

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
   Proceedings recorded by electronic sound recording;
25 transcript produced by transcription service.

21

1   Court's possession, and which are there available for
2   you -- and I'm certain --
3           MS. MORRIS:  But we're certainly not going to find
4   any --
5           THE COURT:  Well, now, just a minute.  I'm not
6   encouraging you to do it, because you've got enough work to do
7   without going on something you think's a wild goose chase, just
8   because you think the Court offered it to you, all right?
9           But if you decide to review those documents, please
10  notify my chambers of that at your earliest opportunity so we
11  don't find ourselves sitting there scratching our head while
12  you come by saying, I'd like to review some documents.  Okay?
13          MS. MORRIS:  Yes, certainly.
14          MR. JACOB:  Your Honor, this is Renju Jacob.  The
15  documents that we provided to Your Honor for in-camera review
16  go beyond the documents that were produced and ordered produced
17  in your two orders.  He -- we essentially have -- I believe
18  have provided every single document that are on the privilege
19  logs.  As an alternative, Your Honor, defendants would request
20  that the Court allow defendants to provide all the native files
21  for these documents that -- in a manner that does not
22  compromise our ability to protect solely the documents that are
23  privileged, and we can do that by the end of next week, so
24  August 22nd.
25          THE COURT:  Well, if you want to work out something

1  warning.  I gave them the same one myself a little while ago,
2  and I think that' where we are.  And beyond that, this matter
3  is -- the hearing is over, and thank you.
4           MR. JACOB:  Thank you, Your Honor.
5           MS. RIFKIN:  Your Honor, this is Lori Rifkin.  Can I
6  just try one last time to try and clarify what -- why we
7  continue to dispute this?  Is everyone still there?  Nope.
8       (Whereupon the hearing in the above-entitled matter was
9  adjourned at 5:06 p.m.)
10                           --o0o--
11                          CERTIFICATE
12      I certify that the foregoing is a correct transcript from
13  the electronic sound recording of the proceedings in the above-
14  entitled matter.
15
16  _____        August 15, 2008
17  Patricia A. Petrilla, Transcriber
18  AAERT CERT*D-113
19
20
21
22
23
24
25