PRISON LAW OFFICE
DONALD SPECTER, Bar No. 83925
STEVEN FAMA, Bar No. 99641
E. IVAN TRUJILLO, Bar No. 228790
SARA NORMAN, Bar No. 189536
ALISON HARDY, Bar No. 135966
REBEKAH EVENSON, Bar No. 207825
1917 Fifth Street
Berkeley, CA 94710
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN, Bar No. 96891
JANE E. KAHN, Bar No. 112239
AMY WHELAN, Bar No. 215675
LORI RIFKIN, Bar No. 244081
LISA ELLS, Bar No. 243657
MARIA V. MORRIS, Bar No. 223903
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP
JEFFREY L. BORNSTEIN, Bar No. 99358
EDWARD P. SANGSTER, Bar No. 121041
RAYMOND E. LOUGHREY, Bar No. 194363
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 882-8200

BINGHAM, McCUTCHEN, LLP
WARREN E. GEORGE, Bar No. 53588
Three Embarcadero Center
San Francisco, California 94111
Telephone: (415) 393-2000

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants | No.: Civ S 90-0520 LKK-JFM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>vs.<br><br>Defendants | No. C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS** |

DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS,
NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[234286-1]

I, Lori Rifkin, declare:

1. I am a member of the Bar of this Court and an associate in the law firm Rosen, Bien & Galvan, LLP, one of the counsel of record for the *Coleman* Plaintiff class in this case. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this declaration in support of Plaintiffs' Motion for Discovery Sanctions

2. I attended a discovery conference on behalf of plaintiffs in chambers before Magistrate Moulds on December 19, 2007. The other participants in this conference were Paul Mello and Rochelle East on behalf of defendants, and Don Specter and Sara Norman on behalf of plaintiffs. This conference was convened following the Three-Judge Court's December 14, 2007 Order denying defendants' request for reconsideration regarding the Magistrate Judge's December 7, 2007 Order, but granting defendants additional time to review and revise their privilege logs. I have reviewed an e-mail I sent to my co-counsel on December 20, 2007 summarizing this conference and base the statements contained herein on my recollection of the conference as well as the summary statements I wrote in the December 20, 2007 e-mail.

3. During this conference, the parties and the Magistrate Judge discussed the schedule for defendant's review and revision of their logs and interpretation of the Three-Judge Court's order. We also discussed defendants' assertions of various privileges including deliberative process privilege, attorney-client privilege, and official information privilege, as well as defendants' assertion of privacy protections. As part of this conversation, we discussed the possibility that the parties may be able to come to agreement concerning defendants' production of documents for which they claimed official information privilege and privacy rights without having to renew this dispute before the Court. This discussion involved the production of these documents under the protective language in Magistrate Judge Moulds's December 7, 2007 order. We did not discuss redaction of these documents at that time. The parties and the Magistrate Judge also discussed plaintiffs' request that defendants' produce their privilege logs in excel or other native format rather than solely in the TIFF images already produced. This discussion included defendants' concerns about plaintiffs being able to access

-1-

DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS, NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[234286-1]

"metadata" from the native formats of these privilege logs. The parties agreed that even if this were possible, plaintiffs would not try to access it. We did not discuss the format of defendants' production of the actual documents at issue in the privilege log. We did not discuss modification of the parties' stipulation that electronic documents would be produced in native format. I do not recall any agreement concerning defendants' production of redacted documents, nor any agreement concerning defendants' production of documents in TIFF format in response to plaintiffs' requests for production.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct, and that this declaration is executed this 19th day of August 2008 in San Francisco, California.

                                                          */s/Lori Rifkin*
                                                          Lori Rifkin

-2-

DECLARATION OF LORI RIFKIN IN SUPPORT OF PLAINTIFFS' MOTION FOR DISCOVERY SANCTIONS,
NOS.: CIV S 90-0520 LKK-JFM, C01-1351 TEH

[234286-1]