EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST - 183792
Senior Assistant Attorney General
LISA A. TILLMAN - 126424
Deputy Attorney General
DANIELLE F. O'BANNON - 207095
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5735
Facsimile: (415) 703-5843
rochelle.east@doj.ca.gov
lisa.tillman@doj.ca.gov
danielle.obannod@doj.ca.gov

HANSON BRIDGETT LLP
JERROLD C. SCHAEFER - 39374
PAUL B. MELLO - 179755
SAMANTHA TAMA - 240280
RENJU P. JACOB - 242388
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
jschaefer@hansonbridgett.com
pmello@hansonbridgett.com
stama@hansonbridgett.com
rjacob@hansonbridgett.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AND THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. 2:90-cv-00520 LKK JFM P <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants | No. C01-1351 TEH <br><br> **THREE-JUDGE COURT** <br><br> **DECLARATION OF DANIELLE F. O'BANNON IN SUPPORT OF DEFENDANTS' OPPOSITION FOR SANCTIONS REGARDING THE PRODUCTION OF DOCUMENTS IN THE AUGUST 5, 2008 LOG** |

- 1 -

DECL. O'BANNON SUPP. DEFENDANTS' OPP'N MOT. SANCTIONS
CASE NOS. 01-1351; S:90-0520

1    I, Danielle F. O'Bannon, declare as follows:

2    1. I am a Deputy Attorney General in the California Attorney General's Office, counsel of record for Defendants in this action. I am competent to testify to the matters set forth in this Declaration, and if called upon to do so, would so testify. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Sanctions.

2. I reviewed log entry numbers 4, 171,187- 90, 300, 358, 364-366, 369, and 371 from the August 5, 2008 privilege log.

3. On August 15, 2008, Maria Morris and I participated in a telephonic meet and confer conference regarding the documents described in paragraph 2 above, which was one of the subjects of Plaintiffs' Motion for Sanctions filed on August 12, 2008. Upon completion of the meet and confer the parties agree upon the following:

   a. Defendants will produce to Plaintiffs, log entry numbers 300, 358, 369, and 371.

   b. Defendants will produce to Plaintiffs the documents in paragraph 3(a) above, by Wednesday, August 20, 2008.

   c. That log entry numbers 4, 171,187-189, 190, and 364-366 are protected by the attorney-client privilege and will not be produced.

   d. To schedule a meet and confer conference regarding the attorney-client privilege documents that were part of Plaintiffs' Motion for Sanctions for Monday, August 18, 2008.

5. I reviewed document Bates numbers E00100006, E0010051, E0010074-E00100075, E00100143-E00100148; E00100226-E00100227, E001274-E00100281, E00100316-E00100318, E00100347-E00100350, and E00100352 from the August 5, 2008 privilege log.

6. On August 18, 2008, Maria Morris and I participated in a telephonic meet and confer regarding the documents in paragraph 5 above, which was one of the subjects of Plaintiffs' Motion for Sanctions filed on August 12, 2008. Upon completion of the meet and confer the parties agree upon the following:

- 2 -

DECL. O'BANNON SUPP. MOT. SANCTIONS
CASE NOS. 01-1351; S:90-0520

        a. Defendants will produce Bate numbers E00100006, E00100050, E00100074, E00100075, E00100143-147, E00100226-228, E00100281, E00100317, E00100318, E00100347-350, and E00100352.

        b. Defendants will produce to Plaintiffs the documents in paragraph 5(a) above, by Wednesday, August 20, 2008.

        c. That Bates numbers E00100148, E00100274-276, E00100278, E00100315, E00100316, and E00100346 are protected by the attorney-client privilege and will not be produced.

        d. That bates numbers E00100277-E00100280 were inadvertently included in Plaintiff's Motion for Sanctions and these documents were not covered by the attorney-client privilege and had been previously produced by Defendants.

        e. Defendants will produce to Plaintiffs all of the documents designated only as deliberative process unless otherwise agreed to be withheld based on the meet and confer regarding attorney-client privilege on the June 10, 2008 privilege log. Defendants further agreed to produce these documents to Plaintiffs by Wednesday, August 20, 2008.

    7. I reviewed the attorney-client privilege log entries on the August 5, 2008 log. The recipient/sender information for the attorney-client entries are accurate. Each attorney-client designated document that is listed on the August 5, 2008 log has an attorney listed in either the recipient or sender column or the cover email attaching the document. Each attorney-client designated document also clearly identifies that legal advice or analysis was sought or provided.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed on August 19, 2008, in San Francisco, California.

_____
Danielle F. O'Bannon

- 3 -

DECL. O'BANNON SUPP. MOT. SANCTIONS
CASE NOS. 01-1351; S:90-0520

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:   Three-Judge Panel Proceeding Pursuant to 28 U.S.C. § 2284
  Coleman, et al. v. Schwarzenegger, et al.
  USDC, Eastern District of California, Case No. 2:90-cv-00520 LKK JFM
  Plata, et al. v. Schwarzenegger, et al.
  USDC, Northern District of California, Case No. C-01-1351 TEH

Nos.:   C 90-0520 LKK / C 01-01351 TEH

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On **August 19, 2008**, I served the attached

**DECLARATION OF DANIELLE F. O'BANNON IN SUPPORT OF DEFENDANTS' OPPOSITION FOR SANCTIONS REGARDING THE PRODUCTION OF DOCUMENTS IN THE AUGUST 5, 2008 LOG**

by placing a true copy thereof enclosed in a sealed envelope with the **OnTrac Overnight Courier Service**, addressed as follows:

Honorable Stephen Reinhardt
United States Courthouse
312 North Spring Street, Suite 1747
Los Angeles, CA 90012

Honorable Thelton E. Henderson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Honorable Lawrence K. Karlton
Robert T. Matsui United States Courthouse
501 I Street
Sacramento, CA 95814

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 19, 2008**, at San Francisco, California.

J. Baker
Declarant

Signature