```
 1  DENNIS BUNTING, SBN #055499
    County Counsel
 2  AZNIV DARBINIAN, SBN #197787
    Assistant County Counsel
 3  KIM ALEXANDER YARBOR, SBN #197587
    Deputy County Counsel
 4  675 Texas Street, Suite 6600
    Fairfield, California 94533
 5  Telephone: (707) 784-6140
    Facsimile: (707) 784-6862
 6
    Attorneys for SOLANO COUNTY
 7
```

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | No. CIV S-90-0520 LKK JFM P<br><br>**THREE-JUDGE COURT**<br><br>No. C01-1351 TEH |
| MARCIANO PLATA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | **STIPULATION OF PARTIES AND <s>PROPOSED</s> ORDER DISMISSING SOLANO COUNTY AS INTERVENOR** |

   1.   This Court granted Solano County intervening party status on September 19,

        2007, for purposes of opposing the issuance of a prisoner release order under

1

Stipulation of Parties and Proposed Order            Case No. CIV S-90-0520-LKK JFM P, C 01-1341 TEH
Dismissing Solano County as Intervenor

consideration by this court pursuant to the Prison Litigation Reform Act, 18 U.S.C. 3626 *et seq.*; and,

2. Solano County appeared at the September 24, 2007, hearing conducted by the Court and has evaluated whether continued participation as an Intervenor is necessary or appropriate given the current posture of the case and the presence of numerous other "statutory intervenors."

3. Solano County has contacted legal counsel for Plaintiffs, Defendants, and all parties designated as Intervenors as of October 25, 2007, to obtain consent to its withdrawal; and,

4. Plaintiffs, Defendants and Intervenors have stipulated to dismissing Solano County as an Intervenor in the proceedings now before this Court; and,

5. Solano County requests this Court order Solano County be dismissed, with prejudice, as an Intervenor in CIV S-90-0520 LKK JFM P and No. C01-1341 TEH, as those cases are now pending before this Court.

IT IS SO STIPULATED.

Dated:                                              DENNIS BUNTING
                                                    County Counsel


                                            By:    *Kim Alexander Yarbor*
                                                    KIM ALEXANDER YARBOR
                                                    Deputy County Counsel
                                                    Attorneys for Solano County

///

///

2

| | | |
|---|---|---|
| 1 | Dated: | MICHAEL P. MURPHY |
| 2 | | County Counsel |

By: _____/s/_____
CAROL WOODWARD
Deputy County Counsel
Attorneys for Intervenor,
COUNTY OF SAN MATEO

Dated:                          STEPHEN SHANE STARK
                                County Counsel

By: _____/s/_____
KELLY SCOTT
Deputy County Counsel
Attorneys for Intervenor,
COUNTY OF SANTA BARBARA

Dated:                          STEVEN M. WOODSIDE
                                County Counsel

By: _____/s/_____
ANNE L. KECK
Deputy County Counsel
Attorneys for Intervenor,
COUNTY OF SONOMA
SONOMA COUNTY SHERIFF
SONOMA COUNTY PROBATION
OFFICER

Dated:                          ANN MILLER RAVEL
                                County Counsel

By: _____/s/_____
THERESA J. FUENTES
Deputy County Counsel
Attorneys for Intervenor,
COUNTY OF SANTA CLARA

3

Stipulation of Parties and Proposed Order            Case No. CIV S-90-0520-LKK JFM P, C 01-1341 TEH
Dismissing Solano County as Intervenor

| | | |
|---|---|---|
| 1  Dated: | | ROD PACHECO |
| 2  | | District Attorney |
| 3  | | |
| 4  | By: | /s/ |
|    | | WILLIAM MITCHELL |
| 5  | | Assistant District Attorney |
|    | | Attorneys for District Attorney Intervenors |
| 6  | | |
| 7  Dated: | | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 8  | | |
| 9  | | |
| 10 | By: | /s/ |
|    | | CHAD STEGEMAN |
| 11 | | Attorneys for Assembly and Senate Republican Intervenors |
| 12 | | |
| 13 Dated: | | JONES & MAYER |
| 14 | | |
| 15 | By: | /s/ |
|    | | KIMBERLY HALL-BARLOW |
| 16 | | Attorneys for Sheriff Intervenors, Probation |
| 17 | | Intervenors, and Chief of Correction Intervenors |
| 18 | | |
| 19 Dated: | | CARROLL, BURDICK & MCDONOUGH LLP |
| 20 | | |
| 21 | | |
| 22 | By: | /s/ |
|    | | NATALIE LEONARD |
| 23 | | Attorneys for Intervenor California Correctional Peace Officer's Association |
| 24 | | |
| 25 Dated: | | ROSEN, BIEN & GALVAN, LLP |
| 26 | | |
| 27 | By: | /s/ |
| 28 | | AMY WHELAN |
|    | | Attorneys for Plaintiffs |

4

Stipulation of Parties and Proposed Order
Dismissing Solano County as Intervenor

Case No. CIV S-90-0520-LKK JFM P, C 01-1341 TEH

1 | Dated:                         PRISON LAW OFFICE

By:      /s/
DONALD SPECTER
Attorneys for Plaintiffs

Dated:                      EDMUND G. BROWN JR.
Attorney General, State of California

By:      /s/
ROCHELLE C. EAST
KYLE A. LEWIS
Deputy Attorneys General
Attorneys for Defendants

I declare under penalty of perjury under the laws of the State of California that I obtained approval of this Stipulation from each signatory listed above. Executed on this 18th day of August, 2008 at Fairfield, California.

DENNIS BUNTING
County Counsel


By:   *Kim Alexander Yarbor*
KIM ALEXANDER YARBOR
Deputy County Counsel
Attorneys for Solano County

5

Stipulation of Parties and Proposed Order      Case No. CIV S-90-0520-LKK JFM P, C 01-1341 TEH
Dismissing Solano County as Intervenor

1  Pursuant to Stipulation, IT IS SO ORDERED.

Dated: 08/19/08

/s/
STEPHEN REINHARDT
UNTIED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: 08/19/08

/s/
LAWRENCE K. KARLTON
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: 08/19/08

THELTON E. HENDERSON
SENIOR UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]*