| | |
|---|---|
| PRISON LAW OFFICE | ROSEN, BIEN & GALVAN, LLP |
| DONALD SPECTER, Bar No. 83925 | MICHAEL W. BIEN, Bar No. 96891 |
| STEVEN FAMA, Bar No. 99641 | JANE E. KAHN, Bar No. 112239 |
| E. IVAN TRUJILLO, Bar No. 228790 | AMY WHELAN, Bar No. 215675 |
| SARA NORMAN, Bar No. 189536 | LORI RIFKIN, Bar No. 244081 |
| ALISON HARDY, Bar No. 135966 | LISA ELLS, Bar No. 243657 |
| REBEKAH EVENSON, Bar No. 207825 | 315 Montgomery Street, 10th Floor |
| 1917 Fifth Street | San Francisco, California 94104 |
| Berkeley, CA 94710 | Telephone: (415) 433-6830 |
| Telephone: (510) 280-2621 | |
| | |
| K&L Gates LLP | BINGHAM, McCUTCHEN, LLP |
| JEFFREY L. BORNSTEIN, Bar No. 99358 | WARREN E. GEORGE, Bar No. 53588 |
| EDWARD P. SANGSTER, Bar No. 121041 | Three Embarcadero Center |
| RAYMOND E. LOUGHREY, Bar No. 194363 | San Francisco, California 94111 |
| 55 Second Street, Suite 1700 | Telephone: (415) 393-2000 |
| San Francisco, CA 94105-3493 | |
| Telephone: (415) 882-8200 | |

THE LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
CLAUDIA CENTER, Bar No. 158255
600 Harrison Street, Suite 120
San Francisco, CA 94107
Telephone: (415) 864-8848

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　Defendants. | No. Civ S 90-0520 LKK-JFM P<br>**THREE-JUDGE COURT**<br>**NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING DEPOSITIONS OF CERTAIN LEGISLATOR INVERVENORS**<br>Date:　　　　September 11, 2008<br>Time:　　　　11:00 a.m.<br>Courtroom.:　　26 - 8th Floor |
| MARCIANO PLATA ,et al.,<br>　　　Plaintiffs,<br>　　vs.<br>ARNOLD SCHWARZENEGGER, et al.,<br>　　　Defendants. | No. C01-1351 TEH<br>**THREE-JUDGE COURT** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:  PLEASE TAKE
2  NOTICE that on September 11, 2008 at 11:00 a.m. in the courtroom of the Honorable Magistrate
3  Judge John F. Moulds, the Plaintiff classes will, and hereby do, move the Court for an order
4  compelling Intervenor Defendants George Runner, Todd Spitzer, Dave Cogdill and Michael
5  Villines to appear for oral depositions.  This motion is made on the following grounds:  (1) all
6  four defendants have been designated as trial witnesses; (2) the Court's July 2, 2008 Order
7  permits the depositions of trial witnesses; (3) Plaintiffs noticed the depositions of these
8  witnesses; (4) two of the witnesses refuse to appear for oral depositions, insisting that the
9  depositions be taken through written questions; and (5) two of the witnesses refuse to appear at
10 all.
11      This Motion will be based upon this Notice, the Declaration of Edward P. Sangster, a
12 stipulation pursuant Local Rule 37-251, and such other and further evidence and argument as
13 may be adduced at the hearing hereon.

15  Dated:  August 21, 2008          By:

17                                            /s/ Edward P. Sangster
18                              JEFFREY L. BORNSTEIN
                                jeff.bornstein@klgates.com
19                              EDWARD P. SANGSTER
                                ed.sangster@klgates.com
20                              RAYMOND E. LOUGHREY
                                raymond.loughrey@klgates.com
21
22                              K&L Gates LLP
                                Attorneys for Plaintiffs

2

NOTICE OF MOTION AND MOTION FOR ORDER COMPELLING DEPOSITIONS OF CERTAIN LEGISLATOR INTERVENORS
CASE NOS.: Civ S 90-0520 LKK-JFM, C01-1351 THE